# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

-------------------------------------------------------x
                                              :

In re                                 : Chapter 9

                                         :

CITY OF DETROIT, MICHIGAN,     : Case No. 13-53846

                                         :

                        Debtor.     : Hon. Steven W. Rhodes

                                         :
-------------------------------------------------------x

## STIPULATION BY AND BETWEEN THE CITY OF DETROIT, CERTAIN INSURERS, THE TRUSTEE FOR THE WATER AND SEWER BONDS, AND THE AD HOC COMMITTEE REGARDING BALLOTING ISSUES

The City of Detroit (the "City"), the insurers that are signatories to this Stipulation (collectively, the "Insurers"), U.S. Bank National Association, in its capacity as trustee (the "Trustee") for those certain water and sewer bonds issued by the City for the Detroit Water and Sewerage Department, and the *ad hoc* committee of water and sewer bondholders (the "Ad Hoc Committee,"[1] and, collectively with the City, the Insurers, and the Trustee, the "Parties"), by and through each of their undersigned counsel, stipulate as follows:

1.        On February 28, 2014, the City filed a motion (Docket No. 2789) (the "Solicitation Procedures Motion") seeking approval of certain

---

[1]      The Ad Hoc Committee members are Fidelity Management & Research Company, Eaton Vance Management, Franklin Advisers, Inc., Nuveen Asset Management and BlackRock Asset Management, Inc.

procedures for the solicitation and tabulation of votes to accept or reject the City's

*Plan for the Adjustment of Debts of the City of Detroit (February 21, 2014)*

(Docket No. 2708) (the "Initial Plan"), including approval of the forms of the

ballots to be used for voting on the Initial Plan.

   2. On March 11, 2014, the Court entered an order (Docket

No. 2984) (the "Solicitation Procedures Order") approving the Solicitation

Procedures Motion with certain modifications.[2] The Court, however, deferred

consideration of the City's request for approval of the forms of the ballots until the

hearing to consider approval of the City's *Disclosure Statement with Respect to*

*Plan for the Adjustment of Debts of the City of Detroit (February 21, 2014)*

(Docket No. 2709), currently scheduled for April 14, 2014.[3] *See* Solicitation

Procedures Order ¶ 7.

   3. On March 31, 2014, the City filed an amended version of the

plan. *See Amended Plan for the Adjustment of Debts of the City of Detroit*

---

[2] For the avoidance of doubt, nothing in this Stipulation is intended to impact or modify any of the relief that was granted pursuant to the Solicitation Procedures Order, except as specifically set forth herein.

[3] The City has subsequently filed four amended versions of the disclosure statement. The most recent version, the *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit* (as it may be further amended, modified or supplemented, the "Disclosure Statement"), has been filed concurrently with this Stipulation.

CLI-2208781v3     -2-

13-53846-tjt  Doc 4377  Filed 05/02/14  Entered 05/02/14 14:24:50  Page 2 of 315

*(March 31, 2014)* (Docket No. 3380). On April 16, 10, 2014, the City filed a second amended version of the plan. *See Second Amended Plan for the Adjustment of Debts of the City of Detroit (April 16, 2014)* (Docket No. 4140). On April 25, 2014, the City filed a third amended version of the plan. *See Third Amended Plan for the Adjustment of Debts of the City of Detroit (April 25, 2014)* (Docket No. 4271). Concurrently herewith, the City has filed a fourth amended version of the Plan. *See Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be further amended, modified or supplemented, the "Fourth Amended Plan").[4]

4.     On April 2, 2014, the City filed its *Motion of the City of Detroit for Approval of Amended Ballots* (Docket No. 3463) (the "Ballot Motion"), seeking approval of the forms of ballots for voting on the City's plan of adjustment (other than ballots for voting Claims in Classes 10, 11 and 12; i.e., pension- and OPEB-related Claims).

5.     On April 4, 2014, without a hearing to consider the Ballot Motion, the Court entered an order granting the Ballot Motion and approving the forms of the ballots attached to the Ballot Motion (the "Approved Ballots").

---

[4]     Capitalized terms used but not defined herein have the meaning given to them in the Fourth Amended Plan.

*See Order Granting Motion of the City of Detroit for Approval of Amended Ballots*
(Docket No. 3796) (the "Ballot Order").

6. Subsequent to the filing of the Ballot Motion (and shortly before the Court's entry of the Ballot Order), certain of the Insurers and the Trustee contacted the City with suggested changes to the proposed ballots attached to the Ballot Motion. Prior to the Parties having reached agreement with respect to such suggested changes (and attendant changes to the ballots attached to the Ballot Motion), the Ballot Order was entered.

7. Subsequent to the entry of the Ballot Order, the Parties have reached agreement with respect to certain modifications and additions to the Approved Ballots. The Parties have agreed that the following ballots (collectively, the "Modified Ballots") should be used in place of the Approved Ballots:

| BALLOT | EXHIBIT TO BALLOT MOTION | EXHIBIT TO STIPULATION |
|---|---|---|
| Class 1A-1 to 1A-337 Master Ballot | 6A.1 | 1A |
| Class 1A-1 to 1A-337 Beneficial Ballot | 6A.2 | 1B |
| Class 1A-1 to 1A-337 Individual Ballot | 6A.3 | 1C |
| Class 1A-1 to 1A-337 Insurer Ballot | 6A.4 | 1D |
| Class 1E, 1F Individual Ballot | 6A.5 | Deleted |
| Class 5 Individual Ballot | 6A.6 | 1E |
| Class 7 Master Ballot | 6A.7 | 1F |
| Class 7 Beneficial Ballot | 6A.8 | 1G |
| Class 7 Individual Ballot | 6A.9 | 1H |
| Class 7 Insurer Ballot | 6A.10 | 1I |
| Class 8 Master Ballot | 6A.11 | 1J |
| Class 8 Beneficial Ballot | 6A.12 | 1K |

| BALLOT | EXHIBIT TO BALLOT MOTION | EXHIBIT TO STIPULATION |
|---|---|---|
| Class 8 Individual Ballot | 6A.13 | 1L |
| Class 8 Insurer Ballot | 6A.14 | 1M |
| Class 9 Master Ballot | 6A.15 | 1N |
| Class 9 Beneficial Ballot | 6A.16 | 1O |
| Class 9 Individual Ballot | 6A.17 | 1P |
| Class 9 Insurer Ballot | 6A.18 | 1Q |
| Class 13 Individual Ballot | 6A.19 | 1R |
| Class 14 Individual Ballot | 6A.20 | 1S |
| Class 15 Individual Ballot | 6A.21 | 1T |

8. The Modified Ballots are attached hereto as Exhibits 1A through 1T.[5] The Modified Ballots generally reflect the following additions and alterations to the Approved Ballots: (a) the deletion of any reference to Classes 1B, 1C and 1D because all claims previously placed in Class 1B, 1C or 1D have become claims in Classes 1A-1 through 1A-337 under the Fourth Amended Plan; (b) the deletion of all proposed ballots for Classes 1E and 1F because claims in those classes are unimpaired under the Fourth Amended Plan; (c) the creation of "omnibus ballots" for Insurers of Claims in Classes 1A-1 through 1A-337, Class 7, Class 8 and Class 9 to ease administration and streamline the voting and tabulation processes; and (d) minor alterations to ballot language to ensure consistency with

---

[5] Redlines showing the changes made to the form of the Approved Ballots are attached hereto collectively as Exhibit 2.

the Fourth Amended Plan and the Solicitation Procedures Order and/or to clarify ballot instructions.

9.    The Parties have agreed to, and request that the Court enter, the proposed Order attached hereto as Exhibit 3 approving this Stipulation and approving the forms of the Modified Ballots, which Modified Ballots shall be used in place of the approved Ballots, as applicable.

Dated:  May 2, 2014

 /s/ *Courtney Rogers*
David E. Lemke (TN13586)
Michael R. Paslay (TN011092)
Ryan K. Cochran (TN025851)
Courtney M. Rogers (TN25664)
WALLER LANSDEN DORTCH &
DAVIS
  LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Phone: (615) 244-6380
Fax: (615) 244-6804

– and –

Robert J. Diehl, Jr. (MI31264)
Jaimee L. Witten (P70068)
BODMAN PLC
1901 St. Antoine Street, 6th Floor
Detroit, Michigan 48226
Phone: (313) 393-7597
Fax: (313) 393-7579

*Attorneys for U.S. Bank National*
*Association, as Trustee for the Water*
*and Sewer Bonds*

 /s/ *Heather Lennox*
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 243-2382
Facsimile:  (213) 243-2539
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK
  AND STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan  48226
Telephone:  (313) 963-6420
Facsimile:  (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

*Attorneys for the City of Detroit*

/s/ *William W. Kannel*
William W. Kannel
Adrienne K. Walker
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: 617-542-6000
Fax: 617-542-2241

– and –

Andrew J. Gerdes
ANDREW J. GERDES, P.L.C.
321 W. Lake Lansing Rd.
P.O. Box 4190
East Lansing, MI 48826-4190
Tel: (517) 853-1300
Fax: (517) 853-1301

*Attorneys for Fidelity Management &
Research Company, Eaton Vance
Management, and Franklin Advisers,
Inc., members of the Ad Hoc
Bondholder Committee*

/s/ *Amy Caton*
Amy Caton
Greg Horowitz
KRAMER LEVIN NAFTALIS &
FRANKEL,
 LLP
1177 Avenue of the Americas
New York, New York  10036
Tel:  (212) 715-9100
Fax:  (212) 715-8000

– and –

Geoffrey T. Pavlic
STEINBERG SHAPIRO & CLARK
25925 Telegraph Road - Suite 203
Southfield, MI 48033
Tel: (248) 352-4700
Fax: (248) 352-4488

*Attorneys for Nuveen Asset
Management, and BlackRock Asset
Management, Inc., members of the Ad
Hoc Bondholder Committee*

**CHADBOURNE & PARKE LLP**

By: /s/ *Lawrence A. Larose*
Lawrence A. Larose
Samuel S. Kohn
Eric Daucher
30 Rockefeller Plaza
New York, NY 10012
Telephone: (212) 408-5100
llarose@chadbourne.com
skohn@chadbourne.com
edaucher@chadbourne.com

*Attorneys for Assured Guaranty*
*Municipal Corp.*


**DEBEVOISE & PLIMPTON LLP**

By: /s/ *My Chi To*
M. Natasha Labovitz
My Chi To
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
nlabovitz@debevoise.com
mcto@debevoise.com

*Attorneys for Berkshire Hathaway*
*Assurance Corporation*

**SIDLEY AUSTIN LLP**

By: /s/ *Gabriel R. MacConaill*
Jeffrey E. Bjork
Gabriel R. MacConaill
555 West Fifth Street, Ste. 4000
Los Angeles, CA 90013
Tel: (213) 896-6000
Fax: (213) 896-6600
Email: jbjork@sidley.com
Email: gmacconaill@sidley.com

SIDLEY AUSTIN LLP
Guy S. Neal
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8000
Fax: (202) 736-8711
Email: gneal@sidley.com

and

JAFFE, RAITT, HEUER & WEISS,
P.C.
Paul R. Hage (P70460)
Louis P. Rochkind (P24121)
2777 Franklin Road, Suite 2500
Southfield, MI 48034
Tel: (248) 351-3000
Fax: (248) 351-3082
Email: phage@jaffelaw.com

*Attorneys for National Public Finance*
*Guarantee Corporation*

/s/ *Alfredo R. Pérez*
Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: alfredo.perez@weil.com

– and –

Ernest J. Essad Jr.
Mark R. James
WILLIAMS, WILLIAMS, RATTNER
& PLUNKETT, P.C.
280 North Old Woodward Avenue,
Suite 300
Birmingham, MI 48009
Telephone: (248) 642-0333
Facsimile: (248) 642-0856
Email: EJEssad@wwrplaw.com
Email: mrjames@wwrplaw.com

*Attorneys for Financial Guaranty*
*Insurance Company*

**<u>EXHIBIT 1A</u>**

**Master Ballot for Classes 1A-1 through 1A-337**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
-----------------------------------------------------------------x
                                              :
In re                                         :  Chapter 9
                                              :
CITY OF DETROIT, MICHIGAN,                    :  Case No. 13-53846
                                              :
                         Debtor.              :  Hon. Steven W. Rhodes
                                              :
----------------------------------------------------------------- x
```

**MASTER BALLOT FOR ACCEPTING OR REJECTING THE
PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS 1A-[____]: DWSD Bond Claims
Series _____
CUSIP: _____

---

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
PLAN IS 5:00 P.M. EASTERN TIME ON JULY 11, 2014**

---

THIS BALLOT (A "MASTER BALLOT") IS FOR YOU, AS A BANK, BROKER OR OTHER AGENT (A "NOMINEE"), TO TRANSMIT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") THE VOTES AND ELECTIONS OF BENEFICIAL OWNERS OF DWSD BOND, [CUSIP] CLAIMS IN CLASS 1A-[____] (THE "BENEFICIAL HOLDERS").  PLEASE COMPLETE, SIGN AND DATE THE MASTER BALLOT AND RETURN IT TO THE BALLOTING AGENT AT THE ADDRESS PROVIDED BELOW.  MASTER BALLOTS MUST ACTUALLY BE RECEIVED BY THE BALLOTING AGENT BY THE VOTING DEADLINE ABOVE.  UNLESS THE TIME IS EXTENDED, BALLOTS RECEIVED AFTER THE VOTING DEADLINE WILL NOT BE COUNTED.

RETURN THIS MASTER BALLOT ONLY TO THE BALLOTING AGENT.  DO NOT RETURN THIS MASTER BALLOT TO THE BANKRUPTCY COURT, THE CITY OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  MASTER BALLOTS AND BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement").  By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order entered on May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.  You are receiving this Master Ballot because you are a Nominee of Beneficial Holders of DWSD Bond, [CUSIP] Claims as of April 14, 2014 (the "Voting Record Date").

---

[1]  Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

Use this Master Ballot to cast votes to accept or reject the Plan and to make certain treatment elections regarding the Plan, in accordance with the ballots (each, a "Beneficial Ballot") cast by the Beneficial Holders of DWSD Bond, **[CUSIP]** Claims in Class 1A-[___].

As a Nominee, you must deliver the Solicitation Package,[2] including a Beneficial Ballot, to each Beneficial Holder of DWSD Bond, **[CUSIP]** Claims in Class 1A-[___]. You must also take all actions needed for Beneficial Holders to timely complete and return their respective Beneficial Ballots, such that you can complete and deliver this Master Ballot so it is actually received by the Voting Deadline.

If you were not a Nominee with respect to DWSD Bonds, **[CUSIP]**, as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (917) 281-4800 or via email at detroitinfo@kccllc.com.

With respect to any complete Beneficial Ballots returned to you, you must:

    i.     execute this Master Ballot to reflect the voting and applicable election instructions given to you by the Beneficial Holders in the Beneficial Ballots for DWSD Bond, **[CUSIP]**;

    ii.    summarize the results of all votes cast and elections made by the Beneficial Holders on the Master Ballot;

    iii.   return the completed Master Ballot and copies of all Beneficial Ballots you receive to the Balloting Agent, such that all Master Ballots and Beneficial Ballots are actually received by the Voting Deadline; and

    iv.   retain each original Beneficial Ballot you receive in your files for at least one year after the Voting Deadline.

Please return the completed Master Ballot and copies of the Beneficial Ballots to the Balloting Agent at the following address:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
1290 Avenue of the Americas, 9th Floor
New York, New York 10104

</div>

Master Ballots and Beneficial Ballots may not be submitted by facsimile, electronic mail or other electronic means.

---

[2]    The "Solicitation Package" consists of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Master Ballot, please certify your authority to vote.

2.  In the boxes provided in Item 2 of the Master Ballot, please fill in the table (attaching additional sheets as necessary) to transmit the votes of the Beneficial Holders of the DWSD Bond, **[CUSIP]** Claims in Class 1A-[___]. Record the account number for each Beneficial Holder that returned a Beneficial Ballot and the principal amount of claims voting to accept or reject the Plan. Please note that if a Beneficial Holder holds more than one CUSIP of DWSD Bonds, it is entitled to vote differently for each CUSIP. All votes cast by a Beneficial Holder with respect to any particular CUSIP, however, must be the same. Any Beneficial Ballot that does not indicate any vote to accept or reject or indicates votes to both accept and reject the Plan shall not be counted as having been cast. Beneficial Holders who vote to reject the Plan are <u>not</u> precluded from making applicable elections on their Beneficial Ballots.

3.  In the boxes provided in Item 3 of the Master Ballot, please fill in the table (attaching additional sheets as necessary) to transmit the elections of the Beneficial Holders of DWSD Bond, **[CUSIP]** Claims in Class 1A-[___]. Beneficial Holders may elect whether or not to receive New Existing Rate DWSD Bonds. Record the account number for each Beneficial Holder that returned a Beneficial Ballot, and the principal amount of claims with respect to which a Beneficial Holder has made a valid election to receive or not to receive New Existing Rate DWSD Bonds. If a Beneficial Holder holds more than one CUSIP of DWSD Bonds, such holder may elect different treatment under this section with respect to each CUSIP. If, with respect to a single CUSIP, a Beneficial Holder (a) checks neither the "Yes" nor the "No" box for the election, (b) checks both the "Yes" and "No" box for the election or (c) attempts to split its election, such Ballot will count as an election not to receive New Existing Rate DWSD Bonds.

4.  In Item 4, please transcribe the information provided by each Beneficial Holder in Item 3 of the Beneficial Ballot relating to other ballots submitted with respect to DWSD Bond, **[CUSIP]** Claims in Class 1A-[___].

5.  In Item 5, please complete the certifications for this Master Ballot, including the date and signature.

6.  Return the complete, signed and dated Master Ballot, and copies of all Beneficial Ballots you receive, to the Balloting Agent so that they are actually received by the Voting Deadline. If a Master Ballot is received after the Voting Deadline, it will not be counted. Master Ballots submitted by email, fax or any other electronic method will not be accepted. Master Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Master Ballots received by the City, the Bankruptcy Court or an entity other than the Balloting Agent will not be valid and will not be counted as having been cast.

7.  Retain the original Beneficial Ballots you received in your records for at least one year after the Voting Deadline.

8.  If you are also a Nominee for Claims in other Classes or Claims on account of other CUSIPs of DWSD Bonds, you will receive a separate Master Ballot for such Claims. You must complete and return each Master Ballot you receive to ensure that the votes and elections of the Beneficial Holders will be counted with respect to each Class and Claim for which you are a Nominee.

9.  The Master Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

10. If you were not a Nominee with respect to DWSD Bonds, **[CUSIP]** as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (917) 281-4800 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2, 3, 4 AND 5 BELOW. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Certification of Authority to Vote.** The undersigned certifies that as of April 14, 2014, the undersigned (please check applicable box):

☐ is a broker, bank or other agent for the Beneficial Holder of the aggregate principal amount of DWSD Bond, **[CUSIP]** Claims in Class 1A-[___] listed in Item 2 below, and is the Nominee holder of such securities as of the Voting Record Date;

☐ is acting under a power of attorney and/or agency (a copy of which is available upon request) granted by a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of DWSD Bond, **[CUSIP]** Claims in Class 1A-[___] listed in Item 2 below; or

☐ has been granted a proxy (an original of which is attached) from a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of DWSD Bond, **[CUSIP]** Claims in Class 1A-[___] listed in Item 2 below, and accordingly has full power and authority to vote to accept or reject the Plan and execute applicable elections on behalf of the Beneficial Holder of the DWSD Bond, **[CUSIP]** Claims in Class 1A-[___] listed in Item 2 below.

**Item 2. Transmittal of Votes.** The undersigned transmits the following votes of Beneficial Holders of the DWSD Bonds, **[CUSIP]** in Class 1A-[___]; certifies that the Beneficial Holders identified by the account numbers below are Beneficial Holders as of the Voting Record Date; and certifies that each listed Beneficial Holder delivered a Beneficial Ballot casting such votes.

| Your Account Number for Each Beneficial Holder Voting on the Plan | Principal Amount of Claims Voted to <u>ACCEPT</u> the Plan* | Principal Amount of Claims Voted to <u>REJECT</u> the Plan* |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |
| 6. | $ | $ |
| 7. | $ | $ |
| 8. | $ | $ |
| 9. | $ | $ |
| 10. | $ | $ |
| **TOTALS** | $ | $ |

* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3.  Bond Elections.**  The undersigned transmits the following elections of Beneficial Holders of the DWSD Bond Claims in Class 1A-[____]; certifies that the Beneficial Holders identified by the account numbers below are Beneficial Holders as of the Voting Record Date; and certifies that each listed Beneficial Holder delivered a Beneficial Ballot executing such election.

| Your Account Number for Each Beneficial Holder that elects _not_ to receive **New Existing Rate DWSD Bonds***  | Principal Amount of DWSD Bonds, **[CUSIP]** | Your Account Number for Each Beneficial Holder electing to receive **New Existing Rate DWSD Bonds***  | Principal Amount of DWSD Bonds, **[CUSIP]** | VOI Number from the DTC** |
|---|---|---|---|---|
| 1. | $ | 1. | $ | |
| 2. | $ | 2. | $ | |
| 3. | $ | 3. | $ | |
| 4. | $ | 4. | $ | |
| 5. | $ | 5. | $ | |
| 6. | $ | 6. | $ | |
| 7. | $ | 7. | $ | |
| 8. | $ | 8. | $ | |
| 9. | $ | 9. | $ | |
| 10. | $ | 10. | $ | |
| **TOTALS** | | **TOTALS** | | |

\* If the space provided is not sufficient, attach additional sheets in the same format

\*\* The underlying DWSD Bonds, **[CUSIP]**, held by those Beneficial Holders electing to receive New Existing Rate DWSD Bonds are to be tendered into an election account established at the Depository Trust Company (the "DTC") for such purpose.  Input the corresponding VOI number received from the DTC in the appropriate column in the table above if the Beneficial Holder elected to receive New Existing Rate DWSD Bonds in Item 2 on its Beneficial Ballot.  Securities may not be withdrawn from the DTC election account once tendered.  No further trading will be permitted in the securities held in the election account at the DTC.  If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all securities held in the election account to the applicable Nominee for credit to the account of the applicable Beneficial Holder.

**PLEASE CONTINUE TO ITEM 4 ON THE NEXT PAGE**

**Item 4. Additional Ballots Submitted by Beneficial Holders.** The undersigned certifies that the following information is a true and accurate schedule on which the undersigned has transcribed all and any applicable information provided in Item 3 of each Beneficial Ballot received from a Beneficial Holder.

INFORMATION IN THIS SECTION IS TRANSCRIBED FROM ITEM 3 OF THE BENEFICIAL BALLOTS REGARDING OTHER BENEFICIAL BALLOTS CAST BY THE UNDERSIGNED'S BENEFICIAL HOLDERS IN RESPECT OF CLAIMS ON ACCOUNT OF DWSD BONDS, **[CUSIP]** IN CLASS 1A-[___]

| Your Account Number for Each Beneficial Holder Who Completed Item 3 of their Beneficial Ballot | Transcribe from Item 3 of the Beneficial Ballot* | | |
| --- | --- | --- | --- |
| | Account Number of Other DWSD Bond, **[CUSIP]** Claims in Class 1A-[__] | Name of Other Nominee or Other Registered Holder | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*If space provided is insufficient, attach additional sheets in the same format.

**PLEASE CONTINUE TO ITEM 5 ON THE NEXT PAGE**

**Item 5. Certifications.** By signing this Master Ballot, the undersigned certifies that the undersigned:

1.　　provided each Beneficial Holder with all materials in the Solicitation Package and a Beneficial Ballot for voting their Class 1A-[___] DWSD Bond, **[CUSIP]** Claims;

2.　　received a completed and signed Beneficial Ballot from each Beneficial Holder listed in Item 2 of this Master Ballot;

3.　　has full power and authority to vote to transmit the votes to accept or reject the Plan and the applicable elections of the Beneficial Holders to which the undersigned is a Nominee;

4.　　properly disclosed (a) the number of Beneficial Holders who completed Beneficial Ballots; (b) the respective amounts of the Class 1A-[___] DWSD Bond, **[CUSIP]** Claims held by each Beneficial Holder that completed a Beneficial Ballot; (c) each such Beneficial Holder's respective vote concerning the Plan; (d) each such Beneficial Holder's respective elections applicable under the Plan; and (e) the customer account or other identification number for each such Beneficial Holder; and

5.　　received from each such Beneficial Holder, a certification that each such Beneficial Holder is eligible to both vote on the Plan and execute applicable elections under the Plan.

_____
Name of Nominee

_____
Participant Number

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

## EXHIBIT 1B

**Beneficial Ballot for Classes 1A-1 through 1A-337**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
------------------------------------------------------------------ x
                                                  :
In re                                             : Chapter 9
                                                  :
CITY OF DETROIT, MICHIGAN,                        : Case No. 13-53846
                                                  :
                          Debtor.                 : Hon. Steven W. Rhodes
                                                  :
------------------------------------------------------------------ x
```

### BENEFICIAL HOLDER BALLOT FOR ACCEPTING OR REJECTING
### THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS 1A-[___]: DWSD Bond Claims
Series _____
CUSIP: _____

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE**
> **PLAN IS 5:00 P.M. EASTERN TIME ON JULY 11, 2014**

THIS BALLOT (A "<u>BENEFICIAL BALLOT</u>") IS TO BE USED BY BENEFICIAL OWNERS OF DWSD BOND, **[CUSIP]** CLAIMS IN CLASS 1A-[___]. PLEASE COMPLETE, SIGN AND DATE THE BENEFICIAL BALLOT AND RETURN IT TO THE BANK, BROKER OR OTHER AGENT THAT HOLDS YOUR DWSD BONDS, **[CUSIP]** (THE "<u>NOMINEE</u>"), BY THE DATE SET BY YOUR NOMINEE. A TIMELY RETURN OF THE BENEFICIAL BALLOT IS NECESSARY SO THE NOMINEE CAN COMPLETE AND RETURN A MASTER BALLOT (THE "<u>MASTER BALLOT</u>") BY THE VOTING DEADLINE ABOVE.

RETURN THIS BENEFICIAL BALLOT ONLY TO YOUR NOMINEE. DO NOT RETURN THE BENEFICIAL BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT, KURTZMAN CARSON CONSULTANTS LLC (THE "<u>BALLOTING AGENT</u>") OR ANY ENTITY OTHER THAN YOUR NOMINEE. PLEASE CONTACT YOUR NOMINEE IF YOU DID NOT RECEIVE RETURN INSTRUCTIONS FOR THIS BENEFICIAL BALLOT OR IF YOU HAVE QUESTIONS ABOUT THE NOMINEE'S RETURN INSTRUCTIONS. BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "<u>City</u>") is soliciting votes and elections with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "<u>Plan</u>")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "<u>Disclosure Statement</u>"). By order entered on March 11, 2014 (Docket No. 2984) (the "<u>Solicitation Procedures Order</u>"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order. You are receiving this Beneficial Ballot because you are a

---

[1] Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

beneficial holder of DWSD Bonds, **[CUSIP]**, as of April 14, 2014 (the "<u>Voting Record Date</u>"). Accordingly, you are entitled to submit a Ballot pursuant to the Solicitation Procedures Order.

If you were not a beneficial holder of DWSD Bonds, **[CUSIP]**, as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

Please use this Beneficial Ballot to:

      i.        cast your vote to accept or reject the Plan and

      ii.       elect whether to receive New Existing Rate DWSD Bonds in lieu of New DWSD Bonds.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan and whether to elect to receive New Existing Rate DWSD Bonds. Please note that if you elect to receive New Existing Rate DWSD Bonds, the Nominee holding your DWSD Bonds, **[CUSIP]**, must "tender" your securities into an election account established at the Depository Trust Company (the "<u>DTC</u>"). Such securities may not be withdrawn from the election account after your Nominee has tendered them to the election account. Once such securities have been tendered, no further trading will be permitted in the securities held in the election account. If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all securities held in the election account to the applicable Nominee for credit to your account. If you do <u>not</u> elect to receive New Existing Rate DWSD Bonds, then your securities will not be placed into an election account, and your securities will not be restricted from trading.

Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Beneficial Ballot in accordance with the voting information and instructions provided below. You must complete your ballot and return it to your Nominee, leaving the Nominee sufficient time to prepare a Master Ballot that includes your vote and to deliver that Master Ballot to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. Beneficial Ballots should not be sent to the City or the Bankruptcy Court.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.     In the boxes provided in Item 1 of the Beneficial Ballot, please indicate your vote to accept or reject the Plan.

       All DWSD Bond Claims against the City have been placed in Classes 1A-1 through 1A-337 under the Plan. If you hold more than one CUSIP of DWSD Bonds, you will receive a separate Beneficial Ballot on account of each such CUSIP. **Each Beneficial Ballot you receive is for voting only your Claim described on the Beneficial Ballot. Please complete and return each Beneficial Ballot you receive. The attached Beneficial Ballot is designated only for voting the DWSD Bond, [CUSIP], Claims in Class 1A-[\_\_\_] under the Plan.**

       If you hold more than one CUSIP of DWSD Bonds, you may vote differently for each respective CUSIP. All votes cast by you with respect to any particular CUSIP, however, must be the same.

       **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.     In the boxes provided in Item 2 of the Beneficial Ballot, please indicate whether you elect to receive New Existing Rate DWSD Bonds. This election applies whether you vote to accept or vote to reject the Plan. If you check both boxes or neither box, this Beneficial Ballot will count as an election not to receive New Existing Rate DWSD Bonds.

       If you hold more than one CUSIP of DWSD Bonds, you are permitted to make a different election for each CUSIP. All elections made by you with respect to a single CUSIP, however, must be the same for such CUSIP. If you attempt to split your election with respect to a single CUSIP, your Ballot will count as an election not to receive New Existing Rate DWSD Bonds with respect to such CUSIP.

3.     In Item 3 of the Beneficial Ballot, please either (a) certify that this Beneficial Ballot is the only Beneficial Ballot you will submit for Class 1A-[\_\_\_] Claims on account of **[CUSIP]**; or (b) complete the chart in Item 3 and certify that in such chart you disclosed all applicable account numbers and Nominees for any and all Beneficial Ballots you will submit for Class 1A-[\_\_\_] Claims on account of **[CUSIP]**.

4.     Please complete Item 4 of the Beneficial Ballot.

5.     Sign, date and return the Beneficial Ballot according to the instructions given by your Nominee such that the Nominee has sufficient time to prepare a Master Ballot including your vote. The Nominee must deliver the Master Ballot to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. Beneficial Ballots should not be sent directly to the Balloting Agent, the City, the Bankruptcy Court or any entity other than your Nominee. Any Beneficial Ballots received by the Balloting Agent, the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

6.     If you also (a) hold Claims in other Classes or (b) hold securities with a CUSIP different than the CUSIP identified in this Ballot, you will receive a separate ballot on account of each such Claim or each such security. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each ballot.

7.     This Beneficial Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

8.     If you were not a beneficial holder of DWSD Bonds, **[CUSIP]**, as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

CHI-1919209v16

## PLEASE READ THE VOTING INFORMATION AND INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEMS 1, 2, 3 AND 4.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF NEITHER BOX IS CHECKED, OR BOTH BOXES ARE CHECKED, IN ITEM 2, THIS BALLOT WILL COUNT AS AN ELECTION NOT TO RECEIVE NEW EXISTING RATE DWSD BONDS.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, the beneficial holder as of April 14, 2014, of the DWSD Bond, **[CUSIP]**, Claim in Class 1A-[____] of the Plan against the City of Detroit, Michigan in the amount set forth below, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan.                    ☐ **REJECT** the Plan.

> **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____

Principal Amount of DWSD Bonds, **[CUSIP]** Held: $_____

**Item 2.  Bond Election.**  If Class 1A-[____] votes to accept the Plan, and if the Bankruptcy Court approves the Plan, the undersigned elects to receive New Existing Rate DWSD Bonds with respect to DWSD Bonds, **[CUSIP]** (check <u>one</u> box):

☐ YES                    ☐ No

> **If you elect to receive New Existing Rate DWSD Bonds, the Nominee holding your DWSD Bonds, [CUSIP], must "tender" your securities into an election account established at the Depository Trust Company (the "DTC").  Such securities may not be withdrawn from the election account after your Nominee has tendered them to the election account.  Once such securities have been tendered, no further trading will be permitted in the securities held in the election account.  If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all securities held in the election account to the applicable Nominee for credit to your account.  If you do <u>not</u> elect to receive New Existing Rate DWSD Bonds, then your securities will not be placed into an election account, and your securities will not be restricted from trading.**

### PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE

**Item 3. Certification as to Class 1A-[____] Claims on Account of DWSD Bonds, [CUSIP], Held in Additional Accounts.** The undersigned certifies that: (check <u>one</u> box)

☐ This is the only Beneficial Ballot submitted by the undersigned for Class 1A-[____] Claims on account of **[CUSIP]**.

☐ The completed chart discloses all account numbers, Nominees and applicable bond information for any and all Beneficial Ballots the undersigned submitted for Class 1A-[____] Claims on account of **[CUSIP]**.

COMPLETE THIS CHART ONLY IF YOU HAVE SUBMITTED
OTHER BALLOTS WITH RESPECT TO DWSD Bonds, **[CUSIP]**.*

| Account Number of other Bond Claims in Class 1A-[____] | Name of Nominee or Other Registered Holder | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

*If the space provided is not sufficient, please attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 4 ON THE NEXT PAGE**

**Item 4. Certifications.** By signing this Beneficial Ballot, the undersigned certifies that he, she or it:

i.   is the holder of the DWSD Bonds, **[CUSIP]**, Claims in Class 1A-[___] to which this Beneficial Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan and make the elections applicable to such Claims;

ii.  received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii. has not submitted any other Beneficial Ballots with respect to the above CUSIP (including any such ballots listed in Item 3 above) that are inconsistent with the vote to accept or reject the Plan set forth in this Beneficial Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Beneficial Ballot;

iv.  understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan; and

v.   gives consent to any applicable Nominee to submit a Master Ballot reflecting the votes and applicable elections executed on this Beneficial Ballot to the Balloting Agent.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

CHI-1919209v16

**<u>EXHIBIT 1C</u>**

**Individual Ballot for Classes 1A-1 through 1A-337**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
-------------------------------------------------------------- x
                                          :
In re                                     : Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                : Case No. 13-53846
                                          :
                        Debtor.           : Hon. Steven W. Rhodes
                                          :
-------------------------------------------------------------- x
```

### BALLOT FOR ACCEPTING OR REJECTING
### THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS 1A-[____]: DWSD Bond Claims
Series _____
CUSIP: _____

---

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
PLAN IS 5:00 P.M. EASTERN TIME ON JULY 11, 2014**

---

THIS BALLOT (A "BALLOT") IS TO BE USED BY BENEFICIAL OWNERS OF DWSD BOND, **[CUSIP]** CLAIMS IN CLASS 1A-[____]. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS. BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order. You are receiving this Ballot because you are a holder of DWSD Bonds, **[CUSIP]**, as of April 14, 2014 (the "Voting Record Date"). Accordingly, you are permitted to submit a Ballot pursuant to the Solicitation Procedures Order.

---

[1]   Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

If you were not a holder of DWSD Bonds, **[CUSIP]**, as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

Please use this Ballot to:

     i.      cast your vote to accept or reject the Plan and

     ii.     elect whether to receive New Existing Rate DWSD Bonds in lieu of New DWSD Bonds.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan and whether to elect to receive New Existing Rate DWSD Bonds. Please note that if you elect to receive New Existing Rate DWSD Bonds, your DWSD Bonds, **[CUSIP]**, must be "tendered" into an election account established at the Depository Trust Company (the "DTC"). Such securities may not be withdrawn from the election account after they have been tendered to the election account. Once such securities have been tendered, no further trading will be permitted in the securities held in the election account. If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all securities held in the election account to be credited to your account. If you do not elect to receive New Existing Rate DWSD Bonds, then your securities will not be placed into an election account, and your securities will not be restricted from trading.

Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is actually received by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

All DWSD Bond Claims against the City have been placed in Classes 1A-1 through 1A-337 under the Plan. If you hold more than one CUSIP of DWSD Bonds, you will receive a separate Ballot on account of each such CUSIP.  **Each Ballot you receive is for voting only your Claim described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting the DWSD Bond, [CUSIP], Claims in Class 1A-[___] under the Plan.**

If you hold more than one CUSIP of DWSD Bonds, you may vote differently for each respective CUSIP. All votes cast by you with respect to any particular CUSIP, however, must be the same.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.      In the boxes provided in Item 2 of the Ballot, please indicate whether you elect to receive New Existing Rate DWSD Bonds.  This election applies whether you vote to accept or vote to reject the Plan.  If you check both boxes or neither box, this Ballot will count as an election not to receive New Existing Rate DWSD Bonds.

If you hold more than one CUSIP of DWSD Bonds, you are permitted to make a different election for each CUSIP.  All elections made by you with respect to a single CUSIP, however, must be the same for such CUSIP.  If you attempt to split your election with respect to a single CUSIP, your Ballot will count as an election not to receive New Existing Rate DWSD Bonds with respect to such CUSIP.

3.      Please complete Item 3 of the Ballot.

4.      Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
1290 Avenue of the Americas, 9th Floor
New York, New York 10104

</div>

The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline.  If a Ballot is received after the Voting Deadline, it will not be counted.  The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method.  Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent.  Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

5.      If you also (a) hold Claims in other Classes or (b) hold securities with a CUSIP different than the CUSIP identified in this Ballot, you will receive a separate ballot on account of each such Claim or each such security.  You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each ballot.

6.      This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

7.      If you were not a holder of DWSD Bonds, **[CUSIP]** as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

## PLEASE READ THE VOTING INFORMATION AND INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEMS 1, 2, AND 3 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF NEITHER BOX IS CHECKED, OR BOTH BOXES ARE CHECKED, IN ITEM 2, THIS BALLOT WILL COUNT AS AN ELECTION NOT TO RECEIVE NEW EXISTING RATE DWSD BONDS.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.** The undersigned, the holder as of April 14, 2014, of the DWSD Bond, **[CUSIP]**, Claim in Class 1A-[___] of the Plan against the City of Detroit, Michigan in the amount set forth below, votes to (check <u>one</u> box):

☐  **ACCEPT** the Plan.                    ☐  **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____

Principal Amount of DWSD Bonds, **[CUSIP]** Held: $_____

**Item 2.  Bond Election.** If Class 1A-[___] votes to accept the Plan, and if the Bankruptcy Court approves the Plan, the undersigned elects to receive New Existing Rate DWSD Bonds with respect to DWSD Bonds, **[CUSIP]** (check <u>one</u> box):

☐  YES                    ☐  NO

**If you elect to receive New Existing Rate DWSD Bonds, your DWSD Bonds, [CUSIP], must be "tendered" into an election account established at the Depository Trust Company (the "<u>DTC</u>").  Such securities may not be withdrawn from the election account after they have been tendered to the election account.  Once such securities have been tendered, no further trading will be permitted in the securities held in the election account.  If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all securities held in the election account to be credited to your account.  If you do <u>not</u> elect to receive New Existing Rate DWSD Bonds, then your securities will not be placed into an election account, and your securities will not be restricted from trading.**

### PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE

**Item 3. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i. is the holder of the DWSD Bond, **[CUSIP]**, Claims in Class 1A-[___] to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan and make the elections applicable to such Claims;

ii. received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii. has not submitted any other Ballots that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv. understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**<u>Exhibit 1D</u>**

**Insurer Ballot for Classes 1A-1 through 1A-337**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
--------------------------------------------------------------- x
                                         :
In re                                    : Chapter 9
                                         :
CITY OF DETROIT, MICHIGAN,               : Case No. 13-53846
                                         :
                     Debtor.             : Hon. Steven W. Rhodes
                                         :
--------------------------------------------------------------- x
```

### BALLOT FOR ACCEPTING OR REJECTING
### THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASSES 1A-1 through 1A-337: DWSD Bond Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M. EASTERN TIME ON JULY 11, 2014**

THIS BALLOT (A "BALLOT") IS FOR INSURERS OF DWSD BONDS. CLAIMS ON ACCOUNT OF SUCH BONDS ARE CLAIMS IN CLASSES 1A-1 THROUGH 1A-337. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS. BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.

You are receiving this Ballot because you are an insurer of DWSD Bonds as of April 14, 2014 (the "Voting Record Date"). Accordingly, you are entitled to submit a Ballot pursuant to the Solicitation Procedures Order.

If you did not insure DWSD Bonds as of the Voting Record Date or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

---

[1]    Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

Please use this Ballot to:

    i.      cast your vote to accept or reject the Plan and

    ii.     elect whether to have the City issue New Existing Rate DWSD Bonds in lieu of New DWSD Bonds on account of the DWSD Bonds that you insure.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan and whether to elect to have the City issue New Existing Rate DWSD Bonds. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

You must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the chart provided in Item 1 of the Ballot, please indicate your vote(s) to accept or reject the Plan.

        All Claims against the City with respect to DWSD Bonds have been placed in Classes 1A-1 through 1A-337 under the Plan.  If you insure multiple DWSD Bonds, you will vote with respect to each such bond on this Ballot.  You will <u>not</u> receive more than one Ballot with respect to DWSD Bonds classified within Classes 1A-1 through 1A-337.  **The attached Ballot is designated only for voting by insurers of DWSD Bonds.**

        If you insure more than one CUSIP of DWSD Bonds, you may vote differently for each respective CUSIP. All votes cast by you with respect to any particular CUSIP, however, must be the same.

        **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.      In the chart provided in Item 1 of the Ballot, please indicate whether you elect to have the City issue New Existing Rate DWSD Bonds with respect to each CUSIP of DWSD Bonds that you insure.  This election applies whether you vote to accept or vote to reject the Plan.

        If you insure more than one CUSIP of DWSD Bonds, you are permitted to make a different election for each respective CUSIP.  All elections made by you with respect to any particular CUSIP, however, must be the same for such CUSIP.

        If, with respect to a single CUSIP of DWSD Bonds, you do not make an election or you otherwise attempt to split your election, this Ballot will count as an election not to have the City issue New Existing Rate DWSD Bonds with respect to that CUSIP.

3.      Please complete Item 2 of the Ballot.

4.      Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
1290 Avenue of the Americas, 9th Floor
New York, New York 10104

</div>

        The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline.  If a Ballot is received after the Voting Deadline, it will not be counted.  The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method.  Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent.  Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

5.      If you also (a) hold Claims in other Classes or (b) insure bonds other than DWSD Bonds, you will receive separate ballots on account of such Claims or such bonds.  You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each ballot.

6.      This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

7.      If you were not an insurer of DWSD Bonds as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

## PLEASE READ THE VOTING INFORMATION AND INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEMS 1 AND 2.

IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN THE "VOTE" COLUMN WITH RESPECT TO A SINGLE CUSIP, OR IF BOTH BOXES ARE CHECKED, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST WITH RESPECT TO THAT CUSIP.

IF NEITHER THE "YES" NOR "NO" BOX IS CHECKED IN THE "ELECTION" COLUMN WITH RESPECT TO A SINGLE CUSIP, OR IF BOTH BOXES ARE CHECKED, THIS BALLOT WILL COUNT AS AN ELECTION NOT TO HAVE THE CITY ISSUE NEW EXISTING RATE DWSD BONDS WITH RESPECT TO THAT CUSIP.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST WITH RESPECT TO <u>ANY</u> CLAIMS.

**Item 1. Class Vote and Election.** The undersigned, an insurer of DWSD Bonds as of April 14, 2014, votes and makes elections as follows:*

| CUSIP | Aggregate Amount of Principal Insured | Vote | Election (check "YES" if you elect to have the City issue New Existing Rate DWSD Bonds) |
|---|---|---|---|
| | | ☐ ACCEPT the Plan <br><br> ☐ REJECT the Plan | ☐ YES <br><br> ☐ NO |
| | | ☐ ACCEPT the Plan <br><br> ☐ REJECT the Plan | ☐ YES <br><br> ☐ NO |
| | | ☐ ACCEPT the Plan <br><br> ☐ REJECT the Plan | ☐ YES <br><br> ☐ NO |
| | | ☐ ACCEPT the Plan <br><br> ☐ REJECT the Plan | ☐ YES <br><br> ☐ NO |
| | | ☐ ACCEPT the Plan <br><br> ☐ REJECT the Plan | ☐ YES <br><br> ☐ NO |

*If the space provided is insufficient, attach additional sheets in the same format.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 2. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i.       is an insurer of DWSD Bonds and has full power and authority to vote to accept or reject the Plan and make the elections applicable to Claims on account of such bonds;

ii.      received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii.     has not submitted any other Ballots that are inconsistent with the votes to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the votes of this Ballot; and

iv.     understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**<u>EXHIBIT 1E</u>**

**Ballot for Class 5**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

------------------------------------------------------------------ x
                        :

In re                      :  Chapter 9

                        :

CITY OF DETROIT, MICHIGAN,  :  Case No. 13-53846

                        :

            Debtor.     :  Hon. Steven W. Rhodes

                        :

------------------------------------------------------------------ x

**BALLOT FOR ACCEPTING OR REJECTING THE**
**PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS 5: COP Swap Claims

---

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE**
**PLAN IS 5:00 P.M., EASTERN TIME, ON JULY 11, 2014**

---

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF COP SWAP CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)), WHICH ARE CLAIMS IN CLASS 5.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS.  BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement").  By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order entered on May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.  You are receiving this Ballot because you are a Holder of one or more COP Swap Claims as of April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of one or more Class 5 Claims against the City, as defined in the Plan.

If you did not hold any COP Swap Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

---

[1]      Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1. In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

Any and all of your COP Swap Claims against the City have been placed in Class 5 under the Plan. If you hold multiple Claims within Class 5 under the Plan, you will receive a separate Ballot for each such Claim. **Please complete and return each Ballot you receive. The attached Ballot is designated only for voting COP Swap Claims in Class 5 under the Plan.**

If you hold more than one COP Swap Claim in Class 5, you must vote each Claim to accept or reject the Plan in the same manner. If you vote multiple Claims in Class 5 and the votes are not the same for each Claim in Class 5, your Ballots will not be counted as having been cast.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2. Please complete Item 2 of the Ballot.

3. Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245

</div>

The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline, or Ballots delivered by email, fax, or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4. If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

5. The Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6. If you were not a Holder of one or more COP Swap Claims as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2 BELOW.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, the Holder as of April 14, 2014 of a COP Swap Claim against the City of Detroit, Michigan in Class 5 under the Plan, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan.                    ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor Name: _____        Claim Amount: _____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 2. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i.     is the Holder of the COP Swap Claim in Class 5 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

ii.    received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii.   has not submitted any other Ballots for Class 5 that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.    understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**<u>EXHIBIT 1F</u>**

**Master Ballot for Class 7**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
-------------------------------------------------------------------x
                                                    :
In re                                               : Chapter 9
                                                    :
CITY OF DETROIT, MICHIGAN,                          : Case No. 13-53846
                                                    :
                            Debtor.                 : Hon. Steven W. Rhodes
                                                    :
-------------------------------------------------------------------- x
```

### MASTER BALLOT FOR ACCEPTING OR REJECTING THE
### PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS 7: Limited Tax General Obligation Bond Claims

<div style="border:1px solid">

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
PLAN IS 5:00 P.M., EASTERN TIME, ON JULY 11, 2014**

</div>

THIS BALLOT (A "MASTER BALLOT") IS FOR YOU, AS A BANK, BROKER OR OTHER AGENT (A "NOMINEE"), TO TRANSMIT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") THE VOTES OF BENEFICIAL OWNERS OF LIMITED TAX GENERAL OBLIGATION ("LTGO") CLAIMS (THE "BENEFICIAL HOLDERS"), WHICH ARE CLAIMS IN CLASS 7.  PLEASE COMPLETE, SIGN AND DATE THE MASTER BALLOT AND RETURN IT TO THE BALLOTING AGENT AT THE ADDRESS PROVIDED BELOW.  MASTER BALLOTS MUST ACTUALLY BE RECEIVED BY THE BALLOTING AGENT BY THE VOTING DEADLINE ABOVE.  UNLESS THE TIME IS EXTENDED, MASTER BALLOTS RECEIVED AFTER THE VOTING DEADLINE WILL NOT BE COUNTED.

RETURN THIS MASTER BALLOT ONLY TO THE BALLOTING AGENT.  DO NOT RETURN THIS MASTER BALLOT TO THE BANKRUPTCY COURT, THE CITY OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  MASTER BALLOTS AND BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement").  By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order entered on May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.  You are receiving this Master Ballot because you are a Nominee of Beneficial Holders of LTGO Bond Claims as of April 14, 2014 (the "Voting Record Date").

---

[1]     Capitalized terms used in this Master Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

Use this Master Ballot to cast votes to accept or reject the Plan in accordance with the beneficial ballots (each, a "Beneficial Ballot") cast by the Beneficial Holders of LTGO Bond Claims.

As a Nominee, you must deliver the Solicitation Package,[2] including a Beneficial Ballot, to each Beneficial Holder of LTGO Bond Claims. You must also take all actions needed for Beneficial Holders to timely complete and return their respective Beneficial Ballots, such that you can complete and deliver this Master Ballot so it is actually received by the Voting Deadline.

If you were not a Nominee with respect to LTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (917) 281-4800 or via email at detroitinfo@kccllc.com.

With respect to any complete Beneficial Ballots returned to you, you must:

i. execute this Master Ballot to reflect the voting instructions given to you by the Beneficial Holders in the Beneficial Ballots;

ii. summarize the results of all votes cast by the Beneficial Holders on the Master Ballot;

iii. return the completed Master Ballot and copies of all Beneficial Ballots you receive to the Balloting Agent, such that all Master Ballots and Beneficial Ballots are actually received by the Voting Deadline; and

iv. retain each original Beneficial Ballot you receive in your files for at least one year after the Voting Deadline.

Please return the completed Master Ballot and copies of the Beneficial Ballots to the Balloting Agent at the following address:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
1290 Avenue of the Americas, 9th Floor
New York, New York 10104

</div>

Master Ballots and Beneficial Ballots may not be submitted by facsimile, electronic mail or other electronic means.

---

[2] The "Solicitation Package" consists of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and all exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1. In the boxes provided in Item 1 of the Master Ballot, please certify your authority to vote.

2. In the boxes provided in Item 2 of the Master Ballot, please fill in the table (attaching additional sheets as necessary) to transmit the votes of the Beneficial Holders of the LTGO Bond Claims in Class 7. Record the account number for each Beneficial Holder that returned a Beneficial Ballot, and the principal amount of claims voting to accept or reject the Plan. Please note that each Beneficial Holder must vote all claims held by such Beneficial Holder in Class 7 in the same manner; claims may not be split. Any Beneficial Ballot that does not indicate any vote to accept or reject the Plan, or indicates votes to both accept and reject the Plan, shall not be counted as having been cast.

3. In Item 3, please transcribe the information provided by each Beneficial Holder in Item 2 of the Beneficial Ballot relating to other Claims in Class 7 voted.

4. In Item 4, please complete the certifications for this Master Ballot, including the date and signature.

5. Return the complete, signed and dated Master Ballot, and copies of all Beneficial Ballots you receive, to the Balloting Agent so that they are <u>actually received</u> by the Voting Deadline. If a Master Ballot is received after the Voting Deadline, it will not be counted. Master Ballots submitted by email, fax or any other electronic method will not be accepted. Master Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Master Ballots received by the City, the Bankruptcy Court or an entity other than the Balloting Agent will not be valid and will not be counted as having been cast.

6. Retain the original Beneficial Ballots you received in your records for at least one year after the Voting Deadline.

7. If you are also a Nominee for Claims in other Classes, you will receive a separate Master Ballot for such Claims. You must complete and return each Master Ballot you receive to ensure that the votes of the Beneficial Holders will be counted with respect to each Class and Claim for which you are a Nominee.

8. The Master Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

9. If you were not a Nominee with respect to LTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (917) 281-4800 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1, 2, 3 AND 4 BELOW. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1. Certification of Authority to Vote.** The undersigned certifies that as of April 14, 2014, the undersigned (please check applicable box):

☐ is a broker, bank or other agent for the Beneficial Holder of the aggregate principal amount of LTGO Bond Claims in Class 7 listed in Item 2 below, and is the Nominee holder of such bonds as of the Voting Record Date;

☐ is acting under a power of attorney and/or agency (a copy of which is available upon request) granted by a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of LTGO Bond Claims in Class 7 listed in Item 2 below; or

☐ has been granted a proxy (an original of which is attached) from a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of LTGO Bond Claims in Class 7 listed in Item 2 below, and accordingly has full power and authority to vote to accept or reject the Plan on behalf of the Beneficial Holder of the LTGO Bond Claims in Class 7 listed in Item 2 below.

**Item 2. Transmittal of Votes.** The undersigned transmits the following votes of Beneficial Holders of the LTGO Bond Claims in Class 7; certifies that the Beneficial Holders identified by the account numbers below are Beneficial Holders as of the Voting Record Date; and certifies that each listed Beneficial Holder delivered a Beneficial Ballot casting such votes.

| Your Account Number for Each Beneficial Holder Voting on the Plan | Principal Amount of Claims Voted to ACCEPT the Plan* | Principal Amount of Claims Voted to REJECT the Plan* |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |
| 6. | $ | $ |
| 7. | $ | $ |
| 8. | $ | $ |
| 9. | $ | $ |
| 10. | $ | $ |
| **TOTALS** | $ | $ |

* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Additional Ballots Submitted by Beneficial Holders.**  The undersigned certifies that the following information is a true and accurate schedule, on which the undersigned has transcribed all and any applicable information provided in Item 2 of each Beneficial Ballot received from a Beneficial Holder.

INFORMATION IN THIS SECTION IS TRANSCRIBED
FROM ITEM 2 OF THE BENEFICIAL BALLOTS REGARDING OTHER BENEFICIAL BALLOTS
CAST BY THE UNDERSIGNED'S BENEFICIAL HOLDERS IN RESPECT OF CLAIMS IN CLASS 7

| Your Account Number for Each Beneficial Holder Who Completed Item 2 of their Beneficial Ballot | **Transcribe from Item 2 of the Beneficial Ballot*** | | | | |
|---|---|---|---|---|---|
| | Account Number of Other Bond Claims in Class 7 | Name of Other Nominee or Other Registered Holder | CUSIP Number of Other Bonds | Series Number of Other Bonds | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*If space provided is insufficient, attach additional sheets in the same format.

**PLEASE CONTINUE TO ITEM 4 ON THE NEXT PAGE**

**Item 4. Certifications.** By signing this Master Ballot, the undersigned certifies that the undersigned:

1.  provided each Beneficial Holder with all materials in the Solicitation Package and a Beneficial Ballot for voting its Class 7 LTGO Bond Claims;

2.  received a completed and signed Beneficial Ballot from each Beneficial Holder listed in Item 2 of this Master Ballot;

3.  has full power and authority to vote to transmit the votes to accept or reject the Plan;

4.  properly disclosed (a) the number of Beneficial Holders who completed Beneficial Ballots; (b) the respective amounts of the LTGO Bond Claims in Class 7 held by each Beneficial Holder that completed a Beneficial Ballot; (c) each such Beneficial Holder's respective vote concerning the Plan; and (d) the customer account or other identification number for each such Beneficial Holder; and

5.  received from each such Beneficial Holder a certification that each such Beneficial Holder is eligible to vote on the Plan.

_____
Name of Nominee

_____
Participant Number

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**<u>EXHIBIT 1G</u>**

**Beneficial Ballot for Class 7**

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

```
-------------------------------------------------------------------- x
                                              :
In re                                         :  Chapter 9
                                              :
CITY OF DETROIT, MICHIGAN,                     :  Case No. 13-53846
                                              :
                              Debtor.          :  Hon. Steven W. Rhodes
                                              :
-------------------------------------------------------------------- x
```

### BENEFICIAL HOLDER BALLOT FOR ACCEPTING OR REJECTING THE
### PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT, MICHIGAN

CLASS 7: Limited Tax General Obligation Bond Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M., EASTERN TIME, ON JULY 11, 2014**

THIS BALLOT (A "BENEFICIAL BALLOT") IS TO BE USED BY BENEFICIAL OWNERS OF LIMITED TAX GENERAL OBLIGATION ("LTGO") BOND CLAIMS IN CLASS 7 (THE "BENEFICIAL HOLDERS"). PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO THE BANK, BROKER OR OTHER AGENT THAT HOLDS YOUR BONDS (THE "NOMINEE") BY THE DATE SET BY YOUR NOMINEE.  A TIMELY RETURN OF THE BENEFICIAL BALLOT IS NECESSARY SO THE NOMINEE CAN COMPLETE AND RETURN A MASTER BALLOT (THE "MASTER BALLOT") BY THE VOTING DEADLINE ABOVE.

RETURN THIS BENEFICIAL BALLOT ONLY TO YOUR NOMINEE.  DO NOT RETURN THE BENEFICIAL BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT, KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") OR ANY ENTITY OTHER THAN YOUR NOMINEE. PLEASE CONTACT YOUR NOMINEE IF YOU DID NOT RECEIVE RETURN INSTRUCTIONS FOR THIS BENEFICIAL BALLOT OR IF YOU HAVE QUESTIONS ABOUT THE NOMINEE'S RETURN INSTRUCTIONS.  BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement").  By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order entered on May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.  You are receiving this Beneficial Ballot because you are a

---

[1]     Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

Beneficial Holder of LTGO bonds as of April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of a Class 7 LTGO Bond Claim against the City, as defined in the Plan.

If you were not a Beneficial Holder of LTGO bonds as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Beneficial Ballot in accordance with the voting information and instructions provided below. You must complete your Beneficial Ballot and return it to your Nominee, leaving the Nominee sufficient time to prepare a Master Ballot that includes your vote and to deliver that Master Ballot to the Balloting Agent so that it is actually received by the Voting Deadline. Beneficial Ballots should not be sent to the City or the Bankruptcy Court.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.    In the boxes provided in Item 1 of the Beneficial Ballot, please indicate your vote to accept or reject the Plan.

All of your LTGO Bond Claims against the City have been placed in Class 7 under the Plan. If you hold multiple Claims within Class 7 under the Plan, you may receive a separate Beneficial Ballot for each such Claim. **Please complete and return each Beneficial Ballot you receive**. **The attached Beneficial Ballot is designated only for voting LTGO Bond Claims in Class 7 under the Plan.**

If you hold more than one LTGO Bond Claim in Class 7, you must vote each Claim to accept or reject the Plan in the same manner. If you vote multiple Claims in Class 7, and each vote is not the same for each Claim in Class 7, your Beneficial Ballots will not be counted as having been cast.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.    In Item 2 of the Beneficial Ballot, please either (a) certify that this Beneficial Ballot is the only Beneficial Ballot you submit for LTGO Bond Claims in Class 7; or (b) complete the chart in Item 2 and certify that in such chart you disclosed all applicable account numbers and Nominees for any and all Beneficial Ballots you submit for LTGO Bond Claims in Class 7.

3.    Please complete Item 3 of the Beneficial Ballot.

4.    Sign, date and return the Beneficial Ballot according to the instructions given by your Nominee such that the Nominee has sufficient time to prepare a Master Ballot including your vote. The Nominee must deliver the Master Ballot to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. Beneficial Ballots should not be sent directly to the Balloting Agent, the City, the Bankruptcy Court or any entity other than your Nominee. Any Beneficial Ballots received by the Balloting Agent, the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

5.    If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

6.    This Beneficial Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

7.    If you were not a Beneficial Holder of LTGO bonds as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2 AND 3 BELOW.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, the Beneficial Holder as of April 14, 2014, of the LTGO Bond Claims in Class 7 under the Plan against the City of Detroit, Michigan, and in the amount set forth below, votes to (check <u>one</u> box):

☐  **ACCEPT** the Plan.                 ☐  **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____          Claim Amount: $_____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 2. Certification as to Bond Claims in Class 7 Held in Additional Accounts.** The undersigned certifies that (check <u>one</u> box):

☐ This is the only Beneficial Ballot submitted by the undersigned for Claims in Class 7.

☐ The completed chart discloses all account numbers, Nominees and applicable bond information for any and all Beneficial Ballots the undersigned submitted for Claims in Class 7.

<u>COMPLETE THIS CHART ONLY IF YOU HAVE SUBMITTED OTHER BALLOTS IN CLASS 7</u>*

| Account Number of Other Bond Claims in Class 7 | Name of Nominee or Other Registered Holder | CUSIP Number of Other Bonds | Series Number of Other Bonds | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

\* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Certifications.** By signing this Beneficial Ballot, the undersigned certifies that he, she or it:

i.      is the Holder of the LTGO Bond Claims in Class 7 to which this Beneficial Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

ii.     received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii.    has not submitted any other Beneficial Ballots (including any such ballots listed in Item 2 above) that are inconsistent with the vote to accept or reject the Plan set forth in this Beneficial Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Beneficial Ballot;

iv.    understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan; and

v.     gives consent to any applicable Nominee to submit a Master Ballot reflecting the votes executed on this Beneficial Ballot to the Balloting Agent.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

<u>**EXHIBIT 1H**</u>

**Individual Ballot for Class 7**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
-------------------------------------------------------------- x
                                      :
In re                                 : Chapter 9
                                      :
CITY OF DETROIT, MICHIGAN,            : Case No. 13-53846
                                      :
                   Debtor.            : Hon. Steven W. Rhodes
                                      :
-------------------------------------------------------------- x
```

### BALLOT FOR ACCEPTING OR REJECTING
### THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS 7: Limited Tax General Obligation Bond Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M. EASTERN TIME ON JULY 11, 2014**

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF LIMITED TAX GENERAL OBLIGATION ("LTGO") BOND CLAIMS, WHICH ARE CLAIMS IN CLASS 7. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS. BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order. You are receiving this Ballot because you are Holder of LTGO bonds as of April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of a Class 7 Claim against the City, as defined in the Plan.

If you did not hold any LTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

---

[1]    Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1. In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

   All of your LTGO Bond Claims against the City have been placed in Class 7 under the Plan. If you hold multiple LTGO Bond Claims within Class 7 under the Plan, you may receive a separate Ballot for each such Claim. **Please complete and return each Ballot you receive. The attached Ballot is designated only for voting LTGO Bond Claims in Class 7 under the Plan.**

   If you hold more than one LTGO Bond Claim in Class 7, you must vote each LTGO Bond Claim to accept or reject the Plan in the same manner. If you vote multiple Claims in Class 7, and each vote is not the same for each Claim in Class 7, your Ballots will not be counted as having been cast.

   **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2. Please complete Item 2 of the Ballot.

3. Sign, date and return the Ballot to:

   <div align="center">

   Detroit Ballot Processing Center
   c/o KCC
   1290 Avenue of the Americas, 9th Floor
   New York, New York 10104

   </div>

   The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4. If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

5. This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6. If you were not a Holder of LTGO Bond Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

## PLEASE READ THE VOTING INFORMATION AND INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEMS 1 AND 2 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the Holder as of April 14, 2014, of LTGO Bond Claim in Class 7 of the Plan against the City of Detroit, Michigan in the amount set forth below, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan. ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____    Claim Amount: $_____

## PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE

**Item 2. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

    i.      is the Holder of the LTGO Bond Claim in Class 7 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan for such Claims;

    ii.     received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

    iii.    has not submitted any other Ballots that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

    iv.    understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**<u>Exhibit 1I</u>**

**Insurer Ballot for Class 7**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

--------------------------------------------------------------- x
                                          :

In re                                 : Chapter 9
                                            :

CITY OF DETROIT, MICHIGAN,     : Case No. 13-53846
                                            :

               Debtor.        : Hon. Steven W. Rhodes
                                            :

--------------------------------------------------------------- x

## BALLOT FOR ACCEPTING OR REJECTING
## THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS 7: Limited Tax General Obligation Bond Claims

---

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M. EASTERN TIME ON JULY 11, 2014**

---

THIS BALLOT (A "BALLOT") IS FOR INSURERS OF LIMITED TAX GENERAL OBLIGATION ("LTGO") BONDS. CLAIMS ON ACCOUNT OF SUCH BONDS ARE CLAIMS IN CLASS 7. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS. BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.

You are receiving this Ballot because you are an insurer of LTGO bonds as of April 14, 2014 (the "Voting Record Date"). Accordingly, you are entitled to submit a Ballot pursuant to the Solicitation Procedures Order. The Solicitation Procedures Order provides, however, that if there is a dispute regarding your right to vote on the Plan with respect to LTGO bonds, your vote will not be counted unless the Bankruptcy Court determines, at a hearing

---

[1]      Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

currently scheduled for June 26, 2014, that you are entitled to vote. You should review the Solicitation Procedures Order and consult counsel to determine whether you need to take action for your vote on this Ballot to be counted.

If you did not insure LTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

You must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

All Claims against the City with respect to LTGO bonds have been placed in Class 7 under the Plan.  If you insure multiple LTGO bonds, you will vote with respect to each such bond on this Ballot.  You will <u>not</u> receive more than one ballot with respect to LTGO bonds.  **The attached Ballot is designated only for voting by insurers of LTGO bonds.**

If you insure multiple LTGO bonds, you must vote in the same manner with respect to all such bonds.  If you attempt to split your Class 7 vote, your Ballot will not be counted as having been cast.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.      Please complete Item 2 of the Ballot.

3.      Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
1290 Avenue of the Americas, 9th Floor
New York, New York 10104

</div>

The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline.  If a Ballot is received after the Voting Deadline, it will not be counted.  The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method.  Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent.  Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4.      If you (a) also hold Claims in other Classes or sub-Classes or (b) insure securities giving rise to Claims in other Classes or sub-Classes, you will receive separate ballots on account of such Claims or such securities.  You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each ballot.

5.      This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6.      If you were not an insurer of LTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, an insurer of LTGO bonds as of April 14, 2014 in the amount set forth below, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan.          ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Insurer: _____

Aggregate Amount of Principal Insured with Respect to LTGO Bonds: $_____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 2.  Certifications.**  By signing this Ballot, the undersigned certifies that he, she or it:

i.      is an insurer of LTGO bonds and has full power and authority to vote to accept or reject the Plan on account of such bonds;

ii.     received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii.    has not submitted any other Ballots that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.     understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**<u>EXHIBIT 1J</u>**

**Master Ballot for Class 8**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

-------------------------------------------------------------------x
                                                    :
In re                                               : Chapter 9
                                                    :
CITY OF DETROIT, MICHIGAN,                           : Case No. 13-53846
                                                    :
                              Debtor.               : Hon. Steven W. Rhodes
                                                    :
------------------------------------------------------------------- x

**MASTER BALLOT FOR ACCEPTING OR REJECTING THE**
**PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS 8: Unlimited Tax General Obligation Bond Claims

---

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE**
**PLAN IS 5:00 P.M., EASTERN TIME, ON JULY 11, 2014**

---

THIS BALLOT (A "MASTER BALLOT") IS FOR YOU, AS A BANK, BROKER OR OTHER AGENT (A "NOMINEE"), TO TRANSMIT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") THE VOTES OF BENEFICIAL OWNERS OF UNLIMITED TAX GENERAL OBLIGATION ("UTGO") BOND CLAIMS (THE "BENEFICIAL HOLDERS"), WHICH ARE CLAIMS IN CLASS 8 UNDER THE PLAN. PLEASE COMPLETE, SIGN AND DATE THE MASTER BALLOT AND RETURN IT TO THE BALLOTING AGENT AT THE ADDRESS PROVIDED BELOW. MASTER BALLOTS MUST ACTUALLY BE RECEIVED BY THE BALLOTING AGENT BY THE VOTING DEADLINE ABOVE. UNLESS THE TIME IS EXTENDED, MASTER BALLOTS RECEIVED AFTER THE VOTING DEADLINE WILL NOT BE COUNTED.

RETURN THIS MASTER BALLOT ONLY TO THE BALLOTING AGENT. DO NOT RETURN THIS MASTER BALLOT TO THE BANKRUPTCY COURT, THE CITY OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. MASTER BALLOTS AND BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order. You are receiving this Master Ballot because you are a Nominee of Beneficial Holders of UTGO Bond Claims as of April 14, 2014 (the "Voting Record Date").

---

[1]     Capitalized terms used in this Master Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

Use this Master Ballot to cast votes to accept or reject the Plan in accordance with the Beneficial Ballots (each, a "Beneficial Ballot") cast by the Beneficial Holders of UTGO Bond Claims.

As a Nominee, you must deliver the Solicitation Package,[2] including a Beneficial Ballot, to each Beneficial Holder of UTGO Claims. You must also take all actions needed for Beneficial Holders to timely complete and return their respective Beneficial Ballots, such that you can complete and deliver this Master Ballot so it is actually received by the Voting Deadline.

If you were not a Nominee with respect to UTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (917) 281-4800 or via email at detroitinfo@kccllc.com.

With respect to any complete Beneficial Ballots returned to you, you must:

i.    execute this Master Ballot to reflect the voting instructions given to you by the Beneficial Holders in the Beneficial Ballots for UTGO Bond Claims;

ii.   summarize the results of all votes cast by the Beneficial Holders on the Master Ballot;

iii.  return the completed Master Ballot and copies of all Beneficial Ballots you receive to the Balloting Agent, such that all Master Ballots and Beneficial Ballots are actually received by the Voting Deadline; and

iv.   retain each original Beneficial Ballot you receive in your files for at least one year after the Voting Deadline.

Please return the completed Master Ballot and copies of the Beneficial Ballots to the Balloting Agent at the following address:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
1290 Avenue of the Americas, 9th Floor
New York, New York 10104

</div>

Master Ballots and Beneficial Ballots may not be submitted by facsimile, electronic mail or other electronic means.

---

[2]    The "Solicitation Package" consists of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Master Ballot, please certify your authority to vote.

2.      In the boxes provided in Item 2 of the Master Ballot, please fill in the table (attaching additional sheets as necessary) to transmit the votes of the Beneficial Holders of the UTGO Bond Claims in Class 8. Record the account number for each Beneficial Holder that returned a Beneficial Ballot, and the principal amount of UTGO Bond Claims voting to accept or reject the Plan. Please note that each Beneficial Holder must vote all claims held by such Beneficial Holder in Class 8 in the same manner; claims may not be split. Any Beneficial Ballot that does not indicate any vote to accept or reject the Plan, or indicates votes to both accept and reject the Plan, shall not be counted as having been cast.

3.      In Item 3, please transcribe the information provided by each Beneficial Holder in Item 2 of the Beneficial Ballot relating to other UTGO Bond Claims in Class 8 voted.

4.      In Item 4, please complete the certifications for this Master Ballot, including the date and signature.

5.      Return the complete, signed and dated Master Ballot, and copies of all Beneficial Ballots you receive, to the Balloting Agent so that they are <u>actually received</u> by the Voting Deadline. If a Master Ballot is received after the Voting Deadline, it will not be counted. Master Ballots submitted by email, fax or any other electronic method will not be accepted. Master Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Master Ballots received by the City, the Bankruptcy Court or an entity other than the Balloting Agent will not be valid and will not be counted as having been cast.

6.      Retain the original Beneficial Ballots you received in your records for at least one year after the Voting Deadline.

7.      If you are also a Nominee for Claims in other Classes, you will receive a separate Master Ballot for such Claims. You must complete and return each Master Ballot you receive to ensure that the votes and elections of the Beneficial Holders will be counted with respect to each Class and Claim for which you are a Nominee.

8.      The Master Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

9.      If you were not a Nominee with respect to UTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (917) 281-4800 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2, 3 AND 4 BELOW.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Certification of Authority to Vote.**  The undersigned certifies that as of April 14, 2014, the undersigned (please check applicable box):

☐ is a broker, bank or other agent for the Beneficial Holder of the aggregate principal amount of UTGO Bond Claims in Class 8 listed in Item 2 below, and is the Nominee holder of such securities as of the Voting Record Date.

☐ is acting under a power of attorney and/or agency (a copy of which is available upon request) granted by a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of UTGO Bond Claims in Class 8 listed in Item 2 below; or

☐ has been granted a proxy (an original of which is attached) from a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of UTGO Bond Claims in Class 8 listed in Item 2 below, and accordingly has full power and authority to vote to accept or reject the Plan on behalf of the Beneficial Holder of the UTGO Bond Claims in Class 8 listed in Item 2 below.

**Item 2.  Transmittal of Votes.**  The undersigned transmits the following votes of Beneficial Holders of the UTGO Bond Claims in Class 8; certifies that the Beneficial Holders identified by the account numbers below are Beneficial Holders as of the Voting Record Date; and certifies that each listed Beneficial Holder delivered a Beneficial Ballot casting such votes.

| Your Account Number for Each Beneficial Holder Voting on the Plan | Principal Amount of Claims Voted to <u>ACCEPT</u> the Plan* | Principal Amount of Claims Voted to <u>REJECT</u> the Plan* |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |
| 6. | $ | $ |
| 7. | $ | $ |
| 8. | $ | $ |
| 9. | $ | $ |
| 10. | $ | $ |
| **TOTALS** | $ | $ |

* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Additional Ballots Submitted by Beneficial Holders.** The undersigned certifies that the following information is a true and accurate schedule, on which the undersigned has transcribed all and any applicable information provided in Item 2 of each Beneficial Ballot received from a Beneficial Holder.

INFORMATION IN THIS SECTION IS TRANSCRIBED
FROM ITEM 2 OF THE BENEFICIAL BALLOTS REGARDING OTHER BENEFICIAL BALLOTS
CAST BY THE UNDERSIGNED'S BENEFICIAL HOLDERS IN RESPECT OF CLAIMS IN CLASS 8

| Your Account Number for Each Beneficial Holder Who Completed Item 2 of their Beneficial Ballot | Transcribe from Item 2 of the Beneficial Ballot* | | | | |
|---|---|---|---|---|---|
| | Account Number of Other Bond Claims in Class 8 | Name of Other Nominee or Other Registered Holder | CUSIP Number of Other Bonds | Series Number of Other Bonds | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*If space provided is insufficient, attach additional sheets in the same format.

**PLEASE CONTINUE TO ITEM 4 ON THE NEXT PAGE**

**Item 4. Certifications.** By signing this Master Ballot, the undersigned certifies that the undersigned:

1.  provided each Beneficial Holder with all materials in the Solicitation Package and a Beneficial Ballot for voting its Class 8 UTGO Bond Claims;

2.  received a completed and signed Beneficial Ballot from each Beneficial Holder listed in Item 2 of this Master Ballot;

3.  has full power and authority to vote to transmit the votes to accept or reject the Plan;

4.  properly disclosed (a) the number of Beneficial Holders who completed Beneficial Ballots; (b) the respective amounts of the UTGO Bond Claims in Class 8 held by each Beneficial Holder that completed a Beneficial Ballot; (c) each such Beneficial Holder's respective vote concerning the Plan; and (d) the customer account or other identification number for each such Beneficial Holder; and

5.  received from each such Beneficial Holder a certification that each such Beneficial Holder is eligible to vote on the Plan.

_____
Name of Nominee

_____
Participant Number

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**EXHIBIT 1K**

**Beneficial Ballot for Class 8**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

---------------------------------------------------------------- x

                                         :

In re                                    :   Chapter 9

                                           :

CITY OF DETROIT, MICHIGAN,        :   Case No. 13-53846

                                           :

                      Debtor.            :   Hon. Steven W. Rhodes

                                           :

---------------------------------------------------------------- x

### BENEFICIAL HOLDER BALLOT FOR ACCEPTING OR REJECTING THE
### PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT, MICHIGAN

CLASS 8: Unlimited Tax General Obligation Bond Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M., EASTERN TIME, ON JULY 11, 2014**

THIS BALLOT (A "BENEFICIAL BALLOT") IS TO BE USED BY BENEFICIAL OWNERS OF UNLIMITED TAX GENERAL OBLIGATION ("UTGO") BOND CLAIMS IN CLASS 8 (THE "BENEFICIAL HOLDERS"). PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO YOUR BANK, BROKER OR OTHER AGENT THAT HOLDS YOUR BONDS (THE "NOMINEE") BY THE DATE SET BY YOUR NOMINEE. A TIMELY RETURN OF THE BENEFICIAL BALLOT IS NECESSARY SO THE NOMINEE CAN COMPLETE AND RETURN A MASTER BALLOT (THE "MASTER BALLOT") BY THE VOTING DEADLINE ABOVE.

RETURN THIS BENEFICIAL BALLOT ONLY TO YOUR NOMINEE. DO NOT RETURN THE BENEFICIAL BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT, KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") OR ANY ENTITY OTHER THAN YOUR NOMINEE. PLEASE CONTACT YOUR NOMINEE IF YOU DID NOT RECEIVE RETURN INSTRUCTIONS FOR THIS BENEFICIAL BALLOT, OR IF YOU HAVE QUESTIONS ABOUT THE NOMINEE'S RETURN INSTRUCTIONS. BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order. You are receiving this Beneficial Ballot because you are a

---

[1]     Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

Beneficial Holder of UTGO bonds as of April 14, 2014 (the "Voting Record Date"), and accordingly you are a Holder of a Class 8 UTGO Bond Claim against the City, as defined in the Plan.

If you were not a Beneficial Holder of UTGO Bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Beneficial Ballot in accordance with the voting information and instructions provided below. You must complete your ballot and return it to your Nominee, leaving the Nominee sufficient time to prepare a Master Ballot that includes your vote and to deliver that Master Ballot to the Balloting Agent so that it is actually received by the Voting Deadline. Beneficial Ballots should not be sent to the City or the Bankruptcy Court.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.    In the boxes provided in Item 1 of the Beneficial Ballot, please indicate your vote to accept or reject the Plan.

All of your UTGO Bond Claims against the City have been placed in Class 8 under the Plan.  If you hold multiple Claims within Class 8 under the Plan, you may receive a separate Beneficial Ballot for each such UTGO Bond Claim.  **Please complete and return each Beneficial Ballot you receive.  The attached Beneficial Ballot is designated only for voting UTGO Bond Claims in Class 8 under the Plan.**

If you hold more than one UTGO Bond Claim in Class 8, you must vote each UTGO Bond Claim to accept or reject the Plan in the same manner.  If you vote multiple UTGO Bond Claims in Class 8, and each vote is not the same for each UTGO Bond Claim in Class 8, your Beneficial Ballots will not be counted as having been cast.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.    In Item 2 of the Beneficial Ballot, please either (a) certify that this Beneficial Ballot is the only Beneficial Ballot you submit for UTGO Bond Claims in Class 8; or (b) complete the chart in Item 2 and certify that in such chart you disclosed all applicable account numbers and Nominees for any and all Beneficial Ballots you submit for UTGO Bond Claims in Class 8.

3.    Please complete Item 3 of the Beneficial Ballot.

4.    Sign, date and return the Beneficial Ballot according to the instructions given by your Nominee such that the Nominee has sufficient time to prepare a Master Ballot including your vote.  The Nominee must deliver the Master Ballot to the Balloting Agent so that it is _actually received_ by the Voting Deadline.  Beneficial Ballots should not be sent directly to the Balloting Agent, the City, the Bankruptcy Court or any entity other than your Nominee.  Any Beneficial Ballots received by the Balloting Agent, the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

5.    If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim.  You must complete and return each such ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

6.    This Beneficial Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

7.    If you were not a Beneficial Holder of UTGO bonds as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2 AND 3 BELOW.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, the Beneficial Holder as of April 14, 2014, of UTGO Bond Claims in Class 8 under the Plan against the City of Detroit, Michigan, and in the amount set forth below, votes to (check <u>one</u> box):

☐  **ACCEPT** the Plan.          ☐  **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____          Claim Amount: $_____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 2. Certification as to UTGO Bond Claims in Class 8 Held in Additional Accounts.** The undersigned certifies that: (check <u>one</u> box)

☐ This is the only Beneficial Ballot submitted by the undersigned for UTGO Bond Claims in Class 8.

☐ The completed chart discloses all account numbers, Nominees and applicable bond information for any and all Beneficial Ballots the undersigned submitted for UTGO Bond Claims in Class 8.

COMPLETE THIS CHART ONLY IF YOU HAVE SUBMITTED <u>OTHER BALLOTS IN CLASS 8</u>*

| Account Number of Other Bond Claims in Class 8 | Name of Nominee or Other Registered Holder | CUSIP Number of Other Bonds | Series Number of Other Bonds | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

\* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3.  Certifications.**  By signing this Beneficial Ballot, the undersigned certifies that he, she or it:

i.    is the Holder of UTGO Bond Claims in Class 8 to which this Beneficial Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

ii.   received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii.  has not submitted any other Beneficial Ballots (including any such ballots listed in Item 2 above) that are inconsistent with the vote to accept or reject the Plan set forth in this Beneficial Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Beneficial Ballot;

iv.   understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan; and

v.    gives consent to any applicable Nominee to submit a Master Ballot reflecting the votes executed on this Beneficial Ballot to the Balloting Agent.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**<u>EXHIBIT 1L</u>**

**Individual Ballot for Class 8**

CHI-1921408v7

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

```
-------------------------------------------------------------- x
                                                               :
In re                                                          : Chapter 9
                                                               :
CITY OF DETROIT, MICHIGAN,                                     : Case No. 13-53846
                                                               :
                    Debtor.                                    : Hon. Steven W. Rhodes
                                                               :
-------------------------------------------------------------- x
```

### BALLOT FOR ACCEPTING OR REJECTING
### THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS 8: Unlimited Tax General Obligation Bond Claims

<div style="border:1px solid black">

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
PLAN IS 5:00 P.M. EASTERN TIME ON JULY 11, 2014**

</div>

THIS BALLOT (A "UNDERLINE_BALLOT") IS FOR HOLDERS OF UNLIMITED TAX GENERAL OBLIGATION ("UTGO") BOND CLAIMS, WHICH ARE CLAIMS IN CLASS 8.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  PLEASE CONTACT THE BALLOTING AGENT IF YOU DID NOT RECEIVE RETURN INSTRUCTIONS FOR THIS BALLOT OR IF YOU HAVE QUESTIONS ABOUT THE RETURN INSTRUCTIONS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement").  By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order entered on May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.  You are receiving this Ballot because you are Holder of UTGO bonds as of April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of a Class 8 Claim against the City, as defined in the Plan.

If you did not hold any UTGO Bond Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

---

[1]     Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

    All of your UTGO Bond Claims against the City have been placed in Class 8 under the Plan.  If you hold multiple UTGO Bond Claims within Class 8 under the Plan, you may receive a separate Ballot for each such UTGO Bond Claim.  **Please complete and return each Ballot you receive**.  **The attached Ballot is designated only for voting UTGO Bond Claims in Class 8 under the Plan.**

    If you hold more than one UTGO Bond Claim in Class 8, you must vote each UTGO Bond Claim to accept or reject the Plan in the same manner.  If you vote multiple UTGO Bond Claims in Class 8, and each vote is not the same for each UTGO Bond Claim in Class 8, your Ballots will not be counted as having been cast.

    **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.  Please complete Item 2 of the Ballot.

3.  Sign, date and return the Ballot to:

    <div align="center">

    Detroit Ballot Processing Center
    c/o KCC
    1290 Avenue of the Americas, 9th Floor
    New York, New York 10104

    </div>

    The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline.  If a Ballot is received after the Voting Deadline, it will not be counted.  The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method.  Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent.  Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4.  If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim.  You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

5.  This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6.  If you were not a Holder of one or more UTGO Bond Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the Holder as of April 14, 2014, of UTGO Bond Claims in Class 8 of the Plan against the City of Detroit, Michigan in the amount set forth below, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan. ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____ Claim Amount: $_____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 3. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

    i.    is the Holder of the UTGO Bond Claim in Class 8 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan for such Claims;

    ii.    received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

    iii.    has not submitted any other Ballots that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

    iv.    understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

CHI-1921408v7

**Exhibit 1M**

**Insurer Ballot for Class 8**

CHI-1923753v5

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

---------------------------------------------------------------- x
: 
In re : Chapter 9
: 
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
: 
                Debtor. : Hon. Steven W. Rhodes
: 
---------------------------------------------------------------- x

### BALLOT FOR ACCEPTING OR REJECTING
### THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS 8: Unlimited Tax General Obligation Bond Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M. EASTERN TIME ON JULY 11, 2014**

THIS BALLOT (A "BALLOT") IS FOR INSURERS OF UNLIMITED TAX GENERAL OBLIGATION ("UTGO") BONDS. CLAIMS ON ACCOUNT OF SUCH BONDS ARE CLAIMS IN CLASS 8. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. PLEASE CONTACT THE BALLOTING AGENT IF YOU DID NOT RECEIVE RETURN INSTRUCTIONS FOR THIS BALLOT OR IF YOU HAVE QUESTIONS ABOUT THE RETURN INSTRUCTIONS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.

You are receiving this Ballot because you are an insurer of UTGO bonds as of April 14, 2014 (the "Voting Record Date"). Accordingly, you are entitled to submit a Ballot pursuant to the Solicitation Procedures Order. The Solicitation Procedures Order provides, however, that if there is a dispute regarding your right to vote on the Plan with respect to UTGO bonds, your vote will not be counted unless the Bankruptcy Court determines, at a hearing

---

[1]     Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

currently scheduled for June 26, 2014, that you are entitled to vote. You should review the Solicitation Procedures Order and consult counsel to determine whether you need to take action for your vote on this Ballot to be counted.

If you did not insure UTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

You must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

All Claims against the City with respect to UTGO bonds have been placed in Class 8 under the Plan. If you insure multiple UTGO bonds, you will vote with respect to each such bond on this Ballot. You will <u>not</u> receive more than one ballot with respect to UTGO bonds. **The attached Ballot is designated only for voting by insurers of UTGO bonds.**

If you insure multiple UTGO bonds, you must vote in the same manner with respect to all such bonds. If you attempt to split your Class 8 vote, your Ballot will not be counted as having been cast.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.      Please complete Item 2 of the Ballot.

3.      Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
1290 Avenue of the Americas, 9th Floor
New York, New York 10104

</div>

The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4.      If you (a) also hold Claims in other Classes or sub-Classes or (b) insure securities giving rise to Claims in other Classes or sub-Classes, you will receive separate ballots on account of each such Claims or such securities. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each ballot.

5.      This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6.      If you were not an insurer of UTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, an insurer of UTGO bonds as of April 14, 2014 in the amount set forth below, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan. ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Insurer: _____

Aggregate Amount of Principal Insured with Respect to UTGO Bonds: $_____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 3. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

    i.    is an insurer of UTGO bonds and has full power and authority to vote to accept or reject the Plan on account of such bonds;

    ii.    received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

    iii.    has not submitted any other Ballots that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

    iv.    understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**<u>EXHIBIT 1N</u>**

**Master Ballot for Class 9**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
------------------------------------------------------------------x
                                            :
In re                                       : Chapter 9
                                            :
CITY OF DETROIT, MICHIGAN,                  : Case No. 13-53846
                                            :
                    Debtor.                 : Hon. Steven W. Rhodes
                                            :
------------------------------------------------------------------ x
```

### MASTER BALLOT FOR ACCEPTING OR REJECTING THE
### PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS 9: COP CLAIMS

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M., EASTERN TIME, ON JULY 11, 2014**

THIS BALLOT (A "MASTER BALLOT") IS FOR YOU, AS A BANK, BROKER OR OTHER AGENT (A "NOMINEE"), TO TRANSMIT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") THE VOTES AND ELECTIONS OF BENEFICIAL HOLDERS OF COP CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)) IN CLASS 9 (THE "BENEFICIAL HOLDERS"). PLEASE COMPLETE, SIGN AND DATE THE MASTER BALLOT AND RETURN IT TO THE BALLOTING AGENT AT THE ADDRESS PROVIDED BELOW. MASTER BALLOTS MUST ACTUALLY BE RECEIVED BY THE BALLOTING AGENT BY THE VOTING DEADLINE ABOVE. UNLESS THE TIME IS EXTENDED, MASTER BALLOTS RECEIVED AFTER THE VOTING DEADLINE WILL NOT BE COUNTED.

RETURN THIS MASTER BALLOT ONLY TO THE BALLOTING AGENT. DO NOT RETURN THIS MASTER BALLOT TO THE BANKRUPTCY COURT, THE CITY OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. MASTER BALLOTS AND BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order. You are receiving this Master Ballot because you are a Nominee of Beneficial Holders of COP Claims as of April 14, 2014 (the "Voting Record Date").

---

[1] Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

Use this Master Ballot to cast votes to accept or reject the Plan, and to make certain treatment and settlement elections regarding the Plan, in accordance with the beneficial ballots (each, a "Beneficial Ballot") cast by the Beneficial Holders of COP Claims.

As a Nominee, you must deliver the Solicitation Package,[2] including a Beneficial Ballot, to each Beneficial Holder of COP Claims. You must also take all actions needed for Beneficial Holders to timely complete and return their respective Beneficial Ballots, such that you can complete and deliver this Master Ballot so it is actually received by the Voting Deadline.

If you were not a Nominee with respect to COP Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (917) 281-4800 or via email at detroitinfo@kccllc.com.

With respect to any complete Beneficial Ballots returned to you, you must:

    i.      execute this Master Ballot to reflect the voting and applicable election instructions given to you by the Beneficial Holders in the Beneficial Ballots for COP Claims;

    ii.     summarize the results of all votes cast and elections made by the Beneficial Holders on the Master Ballot;

    iii.    return the completed Master Ballot and copies of all Beneficial Ballots you receive to the Balloting Agent, such that all Master Ballots and Beneficial Ballots are actually received by the Voting Deadline; and

    iv.     retain each original Beneficial Ballot you receive in your files for at least one year after the Voting Deadline.

Please return the completed Master Ballot and copies of the Beneficial Ballots to the Balloting Agent at the following address:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245

</div>

Master Ballots and Beneficial Ballots may not be submitted by facsimile, electronic mail or other electronic means.

---

[2]     The "Solicitation Package" consists of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Master Ballot, please certify your authority to vote.

2.  In the boxes provided in Item 2 of the Master Ballot, please fill in the table (attaching additional sheets as necessary) to transmit the votes of the Beneficial Holders of the COP Claims in Class 9.  Record the account number for each Beneficial Holder that returned a Beneficial Ballot, and the principal amount of COP Claims voting to accept or reject the Plan.  Any Beneficial Ballot that does not indicate any vote to accept or reject the Plan shall not be counted as having been cast.  Any Beneficial Holder in Class 9 who votes to reject the Plan with respect to all COP Claims held by such Beneficial Holder is precluded from making other applicable elections.

3.  In the boxes provided in Item 3 of the Master Ballot, please fill in the table (attaching additional sheets as necessary) to transmit the elections of the Beneficial Holders of COP Claims in Class 9 that voted to accept the Plan.  If the Bankruptcy Court approves the Plan, Beneficial Holders of Class 9 Claims that accept the Plan may elect to participate in the Plan COP Settlement and become Settling COP Claimants.  Record the account number for each Beneficial Holder that voted to accept the Plan and returned a Beneficial Ballot, and the principal amount of COP Claims that elect to participate in the Plan COP Settlement.  A Beneficial Holder with more than one Claim in Class 9 may elect different treatment for each such COP Claim with respect to the Plan COP Settlement election.  If an executed Beneficial Ballot does not make an election under this section, such ballot will count as an election not to participate in the Plan COP Settlement.

4.  In Item 4, please transcribe the information provided by each Beneficial Holder in Item 3 of the Beneficial Ballot relating to other COP Claims voted in Class 9.

5.  In Item 5, please complete the certifications for this Master Ballot, including the date and signature.

6.  Return the complete, signed and dated Master Ballot, and copies of all Beneficial Ballots you receive, to the Balloting Agent so that they are actually received by the Voting Deadline.  If a Master Ballot is received after the Voting Deadline, it will not be counted.  Master Ballots submitted by email, fax or any other electronic method will not be accepted.  Master Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent.  Any Master Ballots received by the City, the Bankruptcy Court or an entity other than the Balloting Agent will not be valid and will not be counted as having been cast.

7.  Retain the original Beneficial Ballots you received in your records for at least one year after the Voting Deadline.

8.  If you are also a Nominee for Claims in other Classes, you will receive a separate Master Ballot for such Claims.  You must complete and return each Master Ballot you receive to ensure that the votes and elections of the Beneficial Holders will be counted with respect to each Class and Claim for which you are a Nominee.

9.  The Master Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

10. If you were not a Nominee with respect to COP Claims as of the Voting Record Date or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (917) 281-4800 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2, 3, 4 AND 5 BELOW. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Certification of Authority to Vote.** The undersigned certifies that as of April 14, 2014, the undersigned (please check applicable box):

☐ is a broker, bank or other agent for the Beneficial Holder of the aggregate principal amount of COP Claims in Class 9 listed in Item 2 below, and is the Nominee holder of such COPs as of the Voting Record Date.

☐ is acting under a power of attorney and/or agency (a copy of which is available upon request) granted by a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of COP Claims in Class 9 listed in Item 2 below; or

☐ has been granted a proxy (an original of which is attached) from a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of COP Claims in Class 9 listed in Item 2 below, and accordingly has full power and authority to vote to accept or reject the Plan and execute applicable elections on behalf of the Beneficial Holder of the COP Claims in Class 9 listed in Item 2 below.

**Item 2. Transmittal of Votes.** The undersigned transmits the following votes of Beneficial Holders of the COP Claims in Class 9; certifies that the Beneficial Holders identified by the account numbers below are Beneficial Holders as of the Voting Record Date; and certifies that each listed Beneficial Holder delivered a Beneficial Ballot casting such votes.

| Your Account Number for Each Beneficial Holder Voting on the Plan* | Principal Amount of COP Claims Voted to ACCEPT the Plan | Principal Amount of COP Claims Voted to REJECT the Plan |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |
| 6. | $ | $ |
| 7. | $ | $ |
| 8. | $ | $ |
| 9. | $ | $ |
| 10. | $ | $ |
| 11. | $ | $ |
| 12. | $ | $ |
| 13. | $ | $ |
| 14. | $ | $ |
| 15. | $ | $ |

* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3.  Plan COP Settlement Elections.**  The undersigned transmits the following elections of Beneficial Holders of the COP Claims in Class 9 that have voted to accept the Plan; certifies that the Beneficial Holders identified by the account numbers below are Beneficial Holders as of the Voting Record Date; and certifies that each listed Beneficial Holder delivered a Beneficial Ballot accepting the Plan and executing such election.

| Your Account Number for Each Beneficial Holder that elects to participate in the Plan COP Settlement* | Principal Amount of COP Claims | VOI Number from the DTC** |
|---|---|---|
| 1. | $ | |
| 2. | $ | |
| 3. | $ | |
| 4. | $ | |
| 5. | $ | |
| 6. | $ | |
| 7. | $ | |
| 8. | $ | |
| 9. | $ | |
| 10. | $ | |
| 11. | $ | |
| 12. | $ | |
| 13. | $ | |
| 14. | $ | |
| 15. | $ | |

* If the space provided is not sufficient, attach additional sheets in the same format

** The underlying COPs held by those Beneficial Holders electing to participate in the Plan COP Settlement are to be tendered into the election account established at the Depository Trust Company (the "DTC") for such purpose. Input the corresponding VOI number received from the DTC in the appropriate column in the table above if the Beneficial Holder elected to participate in the Plan COP Settlement in Item 2 on its beneficial ballot.  COPs may not be withdrawn from the DTC election account once tendered.  No further trading will be permitted in the COPs held in the election account at the DTC.  If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all COPs held in the election account to the applicable Nominee for credit to the account of the applicable Beneficial Holder.

**PLEASE CONTINUE TO ITEM 4 ON THE NEXT PAGE**

**Item 4. Additional Ballots Submitted by Beneficial Holders.** The undersigned certifies that the following information is a true and accurate schedule, on which the undersigned has transcribed all and any applicable information provided in Item 3 of each Beneficial Ballot received from a Beneficial Holder.

INFORMATION IN THIS SECTION IS TRANSCRIBED
FROM ITEM 3 OF THE BENEFICIAL BALLOTS REGARDING OTHER BENEFICIAL BALLOTS
CAST BY THE UNDERSIGNED'S BENEFICIAL HOLDERS IN RESPECT OF CLAIMS IN CLASS 9

| Your Account Number for Each Beneficial Holder Who Completed Item 3 of their Beneficial Ballot | CUSIP | Transcribe from Item 3 of the Beneficial Ballot* | |
|---|---|---|---|
| | | Name of Nominee or Other Registered Holder | Principal Amount of Other COP Claims Voted in Additional Ballot(s) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\* If space provided is insufficient, attach additional sheets in the same format.

**PLEASE CONTINUE TO ITEM 5 ON THE NEXT PAGE**

**Item 5. Certifications.** By signing this Master Ballot, the undersigned certifies that the undersigned:

1.  provided each Beneficial Holder with all materials in the Solicitation Package and a Beneficial Ballot for voting their Class 9 COP Claims;

2.  received a completed and signed Beneficial Ballot from each Beneficial Holder listed in Item 2 of this Master Ballot;

3.  has full power and authority to vote to transmit the votes to accept or reject the Plan and the applicable elections of the Beneficial Holders to which the undersigned is a Nominee;

4.  properly disclosed (a) the number of Beneficial Holders who completed Beneficial Ballots; (b) the respective amounts of the COP Claims held by each Beneficial Holder that completed a Beneficial Ballot; (c) each such Beneficial Holder's respective vote concerning the Plan; (d) each such Beneficial Holder's respective elections applicable under the Plan if such Beneficial Holder has accepted the Plan; and (e) the customer account or other identification number for each such Beneficial Holder; and

5.  received from each such Beneficial Holder a certification that each such Beneficial Holder is eligible to both vote on the Plan and execute applicable elections under the Plan.

_____
Name of Nominee

_____
Participant Number

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**EXHIBIT 1O**

**Beneficial Ballot for Class 9**

CHI-1921096v10

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
------------------------------------------------------------- x
                                      :
In re                                 : Chapter 9
                                      :
CITY OF DETROIT, MICHIGAN,            : Case No. 13-53846
                                      :
                    Debtor.           : Hon. Steven W. Rhodes
                                      :
------------------------------------------------------------- x
```

**BENEFICIAL HOLDER BALLOT FOR ACCEPTING OR REJECTING THE
PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT, MICHIGAN**

CLASS 9: COP Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M., EASTERN TIME, ON JULY 11, 2014**

THIS BALLOT (A "BENEFICIAL BALLOT") IS TO BE USED BY BENEFICIAL HOLDERS OF COP CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)) IN CLASS 9 (THE "BENEFICIAL HOLDERS"). PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO YOUR BANK, BROKER OR OTHER AGENT THAT HOLDS YOUR COPS (THE "NOMINEE") BY THE DATE SET BY YOUR NOMINEE. A TIMELY RETURN OF THE BENEFICIAL BALLOT IS NECESSARY SO THE NOMINEE CAN COMPLETE AND RETURN A MASTER BALLOT (THE "MASTER BALLOT") BY THE VOTING DEADLINE ABOVE.

RETURN THIS BENEFICIAL BALLOT ONLY TO YOUR NOMINEE. DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT, KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") OR ANY ENTITY OTHER THAN YOUR NOMINEE. PLEASE CONTACT YOUR NOMINEE IF YOU DID NOT RECEIVE RETURN INSTRUCTIONS FOR THIS BALLOT, OR IF YOU HAVE QUESTIONS ABOUT THE NOMINEE'S RETURN INSTRUCTIONS. BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order. You are receiving this Beneficial Ballot because you are a Beneficial Holder of one or more Class 9 COP Claims under the Plan as of April 14, 2014 (the "Voting Record Date").

---

[1]      Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

If you were not a Beneficial Holder of any COP Claims as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

Please use this Beneficial Ballot to:

      i.      cast your vote to accept or reject the Plan; and

      ii.     if you accept the Plan, elect whether to participate in the Plan COP Settlement and become a Settling COP Claimant.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan and whether, if you accept the Plan, to elect to participate in the Plan COP Settlement and become a Settling COP Claimant. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Beneficial Ballot in accordance with the voting information and instructions provided below. You must complete your Beneficial Ballot and return it to your Nominee, leaving the Nominee sufficient time to prepare a Master Ballot that includes your vote and to deliver that Master Ballot to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. Beneficial Ballots should not be sent to the City or the Bankruptcy Court.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Beneficial Ballot, please indicate your vote to accept or reject the Plan.

    All of your COP Claims against the City have been placed in Class 9 under the Plan.  If you hold multiple COP Claims within Class 9 under the Plan, you will receive a separate Beneficial Ballot for each such Claim.  **Please complete and return each Beneficial Ballot you receive.  The attached Beneficial Ballot is designated only for voting the COP Claims in Class 9 under the Plan.**

    **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.  If you voted accept the Plan, in the boxes provided in Item 2 of the Beneficial Ballot, please indicate your election whether to participate in the Plan COP Settlement and become a Settling COP Claimant as detailed in the Plan.

    If you do not check either box in Item 3, this Beneficial Ballot will count as an election not to participate in the Plan COP Settlement.

    **If you elect to participate in the Plan COP Settlement, and the Bankruptcy Court approves the Plan, you will irrevocably be deemed to accept the treatment afforded Settling COP Claimants in the Plan.  Such treatment may affect your rights and regarding your COP Claims in Class 9.**

    **If you elect to participate in the Plan COP Settlement, the Nominee holding your COPs must "tender" your COPs into an election account established at the Depository Trust Company (the "DTC").  Such COPs may not be withdrawn from the election account after your Nominee has tendered them to the election account.  Once such COPs have been tendered, no further trading will be permitted in the COPs held in the election account.  If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all COPs held in the election account to the applicable Nominee for credit to your account.  If you do not elect to participate in the Plan COP Settlement, then your COPs will not be placed into an election account, and your COPs will not be restricted from trading.**

3.  In Item 3 of the Beneficial Ballot, please either (a) certify that this Beneficial Ballot is the only Beneficial Ballot you submit for COP Claims in Class 9; or (b) complete the chart in Item 4 and certify that in such chart you disclosed all applicable account numbers and Nominees for any and all Beneficial Ballots you submit for COP Claims in Class 9.

4.  Please complete Item 4 of the Beneficial Ballot.

5.  Sign, date and return the Beneficial Ballot according to the instructions given by your Nominee such that the Nominee has sufficient time to prepare a Master Ballot including your vote.  The Nominee must deliver the Master Ballot to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline.  Beneficial Ballots should not be sent directly to the Balloting Agent, the City, the Bankruptcy Court or any entity other than your Nominee.  Any Beneficial Ballots received by the Balloting Agent, the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

6.  If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim.  You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

7.      This Beneficial Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

8.      If you were not a Beneficial Holder of one or more COP Claims as of the Voting Record Date or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2, 3 AND 4 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF YOU ACCEPT THE PLAN AND NEITHER BOX IS CHECKED IN ITEM 2, THIS BENEFICIAL BALLOT WILL COUNT AS ONE ELECTING NOT TO PARTICIPATE IN THE PLAN COP SETTLEMENT.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the Beneficial Holder as of April 14, 2014, of the COP Claims in Class 9 of the Plan against the City of Detroit, Michigan in the amount set forth below, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan with respect to $_____ in principal amount of Class 9 COP Claims.

☐ **REJECT** the Plan with respect to $_____ in principal amount of Class 9 COP Claims.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____     Aggregate Claim Amount: $_____

**IF YOU VOTED TO ACCEPT THE PLAN WITH RESPECT TO ANY CLASS 9 COP CLAIMS, PLEASE COMPLETE ITEM 2 BELOW. IF YOU VOTED TO REJECT THE PLAN WITH RESPECT TO ALL CLASS 9 COP CLAIMS YOU HOLD, PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 2. Plan COP Settlement Option.** If the undersigned voted to approve the Plan, the undersigned elects to (check <u>one</u> box):

☐ **Participate** in the Plan COP Settlement and become a Settling COP Claimant with respect to $_____ in principal amount of Class 9 COP Claims.

☐ **NOT** Participate in the Plan COP Settlement and remain a non-settling Holder with respect to $_____ in principal amount of Class 9 COP Claims.

**If you elect to participate in the Plan COP Settlement, and the Bankruptcy Court approves the Plan, you will irrevocably be deemed to accept the treatment afforded Settling COP Claimants in the Plan. Such treatment may affect your rights and interests regarding your COP Claims in Class 9.**

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Certification as to COP Claims in Class 9 Held in Additional Accounts.** The undersigned certifies that: (check <u>one</u> box)

☐ This is the only Beneficial Ballot submitted by the undersigned for Claims in Class 9.

☐ The completed chart discloses all account numbers, Nominees and applicable information for any and all Beneficial Ballots the undersigned submitted for Claims in Class 9.

<u>COMPLETE THIS CHART ONLY IF YOU HAVE SUBMITTED OTHER BALLOTS IN CLASS 9*</u>

| Account Number of COP Claims in Class 9 | CUSIP | Name of Nominee or Other Registered Holder | Principal Amount of Other COP Claims Voted in Additional Ballot(s) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 4 ON THE NEXT PAGE**

**Item 4.  Certifications.**  By signing this Beneficial Ballot, the undersigned certifies that he, she or it:

i.      is the Holder of the COP Claims in Class 9 to which this Beneficial Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan and make the elections applicable to such Claims;

ii.      received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii.     has not submitted any other Beneficial Ballots (including any such ballots listed in Item 3 above) with respect to the Class 9 COP Claims voted hereon that are inconsistent with the vote to accept or reject the Plan set forth in this Beneficial Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Beneficial Ballot;

iv.     understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan; and

v.     gives consent to any applicable Nominee to submit a Master Ballot reflecting the votes and applicable elections executed on this Beneficial Ballot to the Balloting Agent.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**<u>EXHIBIT 1P</u>**

**Individual Ballot for Class 9**

CHI-1921416v10

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
----------------------------------------------------------------- x
                                             :
In re                                        :  Chapter 9
                                             :
CITY OF DETROIT, MICHIGAN,                   :  Case No. 13-53846
                                             :
                        Debtor.              :  Hon. Steven W. Rhodes
                                             :
----------------------------------------------------------------- x
```

### BALLOT FOR ACCEPTING OR REJECTING
### THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS 9: COP Claims

---

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
PLAN IS 5:00 P.M. EASTERN TIME ON JULY 11, 2014**

---

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF COP CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)), WHICH ARE CLAIMS IN CLASS 9. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS. BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order. You are receiving this Ballot because you are Holder of one or more COP Claims as of April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of a Class 9 Claim against the City, as defined in the Plan.

If you did not hold any COP Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

---

[1]     Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

Please use this Ballot to:

i.      cast your vote to accept or reject the Plan; and

ii.     elect whether to participate in the Plan COP Settlement and become a Settling COP Claimant.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan and whether to elect to participate in the Plan COP Settlement and become a Settling COP Claimant. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.       In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

All of your COP Claims against the City have been placed in Class 9 under the Plan.  If you hold multiple Claims within Class 9 under the Plan, you will receive a separate Ballot for each such Claim.  **Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting the COP Claims in Class 9 under the Plan.**

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.       If you voted to accept the Plan, in the boxes provided in Item 2 of the Ballot, please indicate your election whether to participate in the Plan COP Settlement and become a Settling COP Claimant as detailed in the Plan.

**If you do not check either box in Item 2, this Ballot will count as an election not to participate in the Plan COP Settlement.**

**If you accept the Plan and elect to participate in the Plan COP Settlement, and the Bankruptcy Court approves the Plan, you will irrevocably be deemed to accept the treatment afforded Settling COP Claimants in the Plan.  Such treatment may affect your rights and regarding your Claims in Class 9.**

3.       Please complete Item 3 of the Ballot.

4.       Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245

</div>

The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline.  If a Ballot is received after the Voting Deadline, it will not be counted.  The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method.  Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent.  Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as cast.

5.       If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim.  You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

6.       This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

7.       If you were not a Holder of one or more COP Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

## PLEASE READ THE VOTING INFORMATION AND
## INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.

---

PLEASE COMPLETE ITEMS 1, 2 AND 3 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS CAST.

IF YOU ACCEPT THE PLAN AND NEITHER BOX IS CHECKED IN ITEM 2, THIS BALLOT WILL COUNT AS ONE ELECTING NOT TO PARTICIPATE IN THE PLAN COP SETTLEMENT.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1. Class Vote.** The undersigned, the Holder as of April 14, 2014, of COP Claims in Class 9 of the Plan against the City of Detroit, Michigan in the amount set forth below, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan with respect to $_____ in principal amount of Class 9 COP Claims.

☐ **REJECT** the Plan with respect to $_____ in principal amount of Class 9 COP Claims.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____     Aggregate Claim Amount: $_____

**IF YOU VOTED TO ACCEPT THE PLAN WITH RESPECT TO ANY CLASS 9 COP CLAIMS, PLEASE COMPLETE ITEM 2 BELOW. IF YOU VOTED TO REJECT THE PLAN WITH RESPECT TO ALL CLASS 9 COP CLAIMS YOU HOLD, PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE.**

**Item 2. Plan COP Settlement Option.** If the undersigned voted to accept the Plan, the undersigned elects to (check <u>one</u> box):

☐ **Participate** in the Plan COP Settlement and become a Settling COP Claimant with respect to $_____ in principal amount of Class 9 COP Claims.

☐ **NOT** Participate in the Plan COP Settlement and remain a non-settling Holder with respect to $_____ in principal amount of Class 9 COP Claims.

**If you elect to participate in the Plan COP Settlement, and the Bankruptcy Court approves the Plan, you will irrevocably be deemed to accept the treatment afforded Settling COP Claimants in the Plan. Such treatment may affect your rights and interests regarding your Claims in Class 9.**

### PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE

**Item 3. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i.      is the Holder of the COP Claims in Class 9 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan and make the elections applicable to such Claim;

ii.      received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii.      has not submitted any other Ballots with respect to the Class 9 COP Claims voted hereon that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.      understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**<u>Exhibit 1Q</u>**

**Insurer Ballot for Class 9**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

```
------------------------------------------------------------------ x
                                          :
In re                                     : Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                : Case No. 13-53846
                                          :
                          Debtor.         : Hon. Steven W. Rhodes
                                          :
------------------------------------------------------------------ x
```

**BALLOT FOR ACCEPTING OR REJECTING
THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS 9: COP Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M. EASTERN TIME ON JULY 11, 2014**

THIS BALLOT (A "BALLOT") IS FOR INSURERS OF COPs (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)). CLAIMS ON ACCOUNT OF COPs ARE CLAIMS IN CLASS 9. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS. BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order dated March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order dated May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.

You are receiving this Ballot because you are an insurer of COPs as of April 14, 2014 (the "Voting Record Date"). Accordingly, you are entitled to submit a Ballot pursuant to the Solicitation Procedures Order. The Solicitation Procedures Order provides, however, that if there is a dispute regarding your right to vote on the Plan with respect to COPs, your vote will not be counted unless the Bankruptcy Court determines, at a hearing currently scheduled for

---

[1]     Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

June 26, 2014, that you are entitled to vote. You should review the Solicitation Procedures Order and consult counsel to determine whether you need to take action for your vote on this Ballot to be counted.

If you did not insure COPs as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at Detroitinfo@kccllc.com.

Please use this Ballot to:

    i.      cast your vote to accept or reject the Plan; and

    ii.     if you accept the Plan, elect whether to participate in the Plan COP Settlement and become a Settling COP Claimant.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan and whether to elect to participate in the Plan COP Settlement and become a Settling COP Claimant. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/Detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

You must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is actually received by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.    In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

All COP Claims against the City have been placed in Class 9 under the Plan. If you insure multiple COPs, you will vote with respect to each such COP on this Ballot. You will not receive more than one ballot with respect to COPs. **The attached Ballot is designated only for voting by insurers of COPs.**

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.    If you voted to accept the Plan, in the boxes provided in Item 2 of the Ballot, please indicate your election whether to participate in the Plan COP Settlement and become a Settling COP Claimant as detailed in the Plan.

**If you do not check either box in Item 2, this Ballot will count as an election not to participate in the Plan COP Settlement.**

**If you accept the Plan and elect to participate in the Plan COP Settlement, and the Bankruptcy Court approves the Plan, you will irrevocably be deemed to accept the treatment afforded Settling COP Claimants in the Plan. Such treatment may affect your rights and interests regarding Claims in Class 9.**

3.    Please complete Item 3 of the Ballot.

4.    Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245

</div>

The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as cast.

5.    If you (a) also hold Claims in other Classes or sub-Classes or (b) insure securities giving rise to Claims in other Classes or sub-Classes, you will receive a separate ballot on account of each such Claim or security. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each ballot.

6.    This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

7.    If you were not an insurer of COPs as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at Detroitinfo@kccllc.com.

## PLEASE READ THE VOTING INFORMATION AND
## INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEMS 1 AND 2 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN THE "VOTE" COLUMN WITH RESPECT TO A PARTICULAR CUSIP, THIS BALLOT WILL NOT BE COUNTED AS CAST WITH RESPECT TO THAT CUSIP.

IF YOU ACCEPT THE PLAN WITH RESPECT TO A PARTICULAR CUSIP AND NEITHER BOX IS CHECKED IN THE "ELECTION" COLUMN, THIS BALLOT WILL COUNT AS ONE ELECTING NOT TO PARTICIPATE IN THE PLAN COP SETTLEMENT WITH RESPECT TO THAT CUSIP.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, an insurer of COPs as of April 14, 2014, votes and makes elections as follows:*

| CUSIP | Aggregate Amount of Principal Insured | Vote | Election** |
|-------|---------------------------------------|------|------------|
|       |                                       | ☐ ACCEPT the Plan <br><br> ☐ REJECT the Plan | ☐ PARTICIPATE in the Plan COP Settlement <br><br> ☐ NOT PARTICIPATE in the Plan COP Settlement |
|       |                                       | ☐ ACCEPT the Plan <br><br> ☐ REJECT the Plan | ☐ PARTICIPATE in the Plan COP Settlement <br><br> ☐ NOT PARTICIPATE in the Plan COP Settlement |
|       |                                       | ☐ ACCEPT the Plan <br><br> ☐ REJECT the Plan | ☐ PARTICIPATE in the Plan COP Settlement <br><br> ☐ NOT PARTICIPATE in the Plan COP Settlement |
|       |                                       | ☐ ACCEPT the Plan <br><br> ☐ REJECT the Plan | ☐ PARTICIPATE in the Plan COP Settlement <br><br> ☐ NOT PARTICIPATE in the Plan COP Settlement |

\* If the space provided is insufficient, attach additional sheets in the same format.

\*\* You are only entitled to make this election with respect to any CUSIP for which you have voted to ACCEPT the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are**

not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.

If you elect to participate in the Plan COP Settlement, and the Bankruptcy Court approves the Plan, you will irrevocably be deemed to accept the treatment afforded Settling COP Claimants in the Plan. Such treatment may affect your rights and interests regarding your Claims in Class 9.

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 2. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i.     is an insurer of COPs to which this Ballot pertains and has full power and authority to vote to accept or reject the Plan and make the elections applicable to Claims on account of such COPs;

ii.    received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii.    has not submitted any other Ballots with respect to the Class 9 COP Claims voted hereon that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.    understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**EXHIBIT 1R**

**Ballot for Class 13**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

---------------------------------------------------------------- x

                                                        :

In re                                  : Chapter 9

                                                        :

CITY OF DETROIT, MICHIGAN,      : Case No. 13-53846

                                                        :

                     Debtor.            : Hon. Steven W. Rhodes

                                                          :

---------------------------------------------------------------- x

## BALLOT FOR ACCEPTING OR REJECTING THE
## PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS 13: Downtown Development Authority Claims

---

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
PLAN IS 5:00 P.M., EASTERN TIME, ON JULY 11, 2014**

---

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF DDA CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)), WHICH ARE CLASSIFIED IN CLASS 13.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS.  BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement").  By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order entered on May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.  You are receiving this Ballot because you are a Holder of one or more DDA Claims as of April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of one or more Class 13 Claims against the City, as defined in the Plan.

If you did not hold any DDA Claims as of the Voting Record Date or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

---

[1]       Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

Please use this Ballot to cast your vote to accept or reject the Plan.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is actually received by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

Any and all of your DDA Claims against the City have been placed in Class 13 under the Plan. If you hold multiple DDA Claims within Class 13 under the Plan, you will receive a separate Ballot for each such DDA Claim. **Please complete and return each Ballot you receive. The attached Ballot is designated only for voting DDA Claims in Class 13 under the Plan.**

If you hold more than one DDA Claim in Class 13, you must vote each DDA Claim to accept or reject the Plan in the same manner. If you vote multiple DDA Claims in Class 13, and the votes are not the same for each DDA Claim in Class 13, your Ballots will not be counted as having been cast.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.      Please complete Item 2 of the Ballot.

3.      Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245

</div>

The Balloting Agent must actually receive all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline, or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4.      If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

5.      The Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6.      If you were not a Holder of any DDA Claims as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the DDA Claim Holder in Class 13 as of April 14, 2014 against the City of Detroit, Michigan, votes to (check <u>one</u> box):

   ☐ **ACCEPT** the Plan.       ☐ **REJECT** the Plan.

  **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor Name: _____.   Amount of Claim  $_____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 2. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

    i.     is the Holder of one or more DDA Claims in Class 13 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

    ii.    received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

    iii.   has not submitted any other Ballots for Class 13 that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

    iv.   understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**<u>EXHIBIT 1S</u>**

**Ballot for Class 14**

CHI-1921007v9

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
------------------------------------------------------------------ x
                                        :
In re                                   :  Chapter 9
                                        :
CITY OF DETROIT, MICHIGAN,              :  Case No. 13-53846
                                        :
                    Debtor.             :  Hon. Steven W. Rhodes
                                        :
------------------------------------------------------------------ x
```

### BALLOT FOR ACCEPTING OR REJECTING THE
### PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS 14: Other Unsecured Claims

<div style="border:1px solid black">

### THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
### PLAN IS 5:00 P.M., EASTERN TIME, ON JULY 11, 2014

</div>

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF OTHER UNSECURED CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)) WHICH ARE CLASSIFIED IN CLASS 14. PLEASE COMPLETE, SIGN, AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS. BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order. You are receiving this Ballot because you are a Holder of one or more Other Unsecured Claims as of April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of one or more Class 14 Claims against the City, as defined in the Plan.

If you did not hold any Other Unsecured Claim as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

---

[1]     Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

Please use this Ballot to:

       i.      cast your vote to accept or reject the Plan; and

      ii.     elect whether to treat your Other Unsecured Claim as a Class 15 Convenience Claim under the Plan.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan and whether to elect to treat your Other Unsecured Claim as a Class 15 Convenience Claim.  Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code.  If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case.  If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below.  You must complete your ballot and return it to the Balloting Agent so that it is actually received by the Voting Deadline.  The Balloting Agent will not accept Ballots received after the Voting Deadline, or Ballots delivered by email, fax or any other electronic method.  Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1. In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

   Any and all of your Other Unsecured Claims against the City have been placed in Class 14 under the Plan. If you hold multiple Claims within Class 14 under the Plan, you will receive a separate Ballot for each such Claim. **Please complete and return each Ballot you receive. The attached Ballot is designated only for voting Other Unsecured Claims in Class 14 under the Plan.**

   If you hold more than one Other Unsecured Claim in Class 14, you must vote each Claim to accept or reject the Plan in the same manner. If you vote multiple Claims in Class 14 and the votes are not the same for each Claim in Class 14, your Ballots will not be counted as having been cast.

   **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2. In the boxes provided in Item 2 of the Ballot, please indicate your election whether to treat your Other Unsecured Claim as a Class 15 Convenience Claim under the Plan. If you check both boxes, or neither box, in Item 2, this Ballot will count as an election <u>not</u> to treat your Other Unsecured Claim as a Class 15 Convenience Claim.

3. If you elect to treat your Class 14 Other Unsecured Claim as a Class 15 Convenience Claim, your vote to accept or reject the Plan in this Ballot will count as a vote for Class 15 tabulation purposes and your vote will not count for Class 14 tabulation purposes.

4. Please complete Item 3 of the Ballot.

5. Sign, date and return the Ballot to:

   <div align="center">

   Detroit Ballot Processing Center
   c/o KCC
   2335 Alaska Avenue
   El Segundo, CA 90245

   </div>

   The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline, or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

6. If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

7. The Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

8. If you were not a Holder of any Other Unsecured Claims as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2, AND 3 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF BOTH BOXES ARE, OR NEITHER BOX IS, CHECKED IN ITEM 2, THIS BALLOT WILL COUNT AS ONE NOT ELECTING CONVENIENCE CLAIM TREATMENT FOR YOUR CLASS 14 OTHER UNSECURED CLAIM.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the Other Unsecured Claim Holder in Class 14 as of April 14, 2014 against the City of Detroit, Michigan, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan. ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor Name: _____. Amount of Claim: $_____

**Item 2. Convenience Class Election.** The undersigned, the Other Unsecured Claim Holder in Class 14 as of April 14, 2014 against the City of Detroit, Michigan, elects to (check <u>one</u> box):

☐ **Treat** the undersigned's Other Unsecured Claim as a Class 15 Convenience Claim under the Plan. ☐ **Not Treat** the undersigned's Other Unsecured Claim as a Class 15 Convenience Claim under the Plan.

**If you elect to treat your Class 14 Other Unsecured Claim as a Class 15 Convenience Claim, your vote to accept or reject the Plan in this Ballot will count as a vote for Class 15 tabulation purposes and your vote will not count for Class 14 tabulation purposes.**

**Convenience Claim elections are subject to the terms contained in the Plan. This Convenience Claim Election will be deemed irrevocable and legally binding on you upon (i) execution of this election on the Ballot and (ii) confirmation of the Plan. Class 15 Convenience Claims will be paid in accordance with the Plan terms.**

Creditor Name: _____. Claim Amount: $_____

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3.  Certifications.**  By signing this Ballot, the undersigned certifies that he, she or it:

i.  is the Holder of one or more Other Unsecured Claims in Class 14 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan and make the elections applicable to such Claims;

ii.  received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii.  has not submitted any other Ballots for Class 14 that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.  understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email address

**<u>EXHIBIT 1T</u>**

**Ballot for Class 15**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
-------------------------------------------------------------- x
                                                :
In re                                           : Chapter 9
                                                :
CITY OF DETROIT, MICHIGAN,                      : Case No. 13-53846
                                                :
                     Debtor.                    : Hon. Steven W. Rhodes
                                                :
-------------------------------------------------------------- x
```

### BALLOT FOR ACCEPTING OR REJECTING THE
### PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS 15: Convenience Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M., EASTERN TIME, ON JULY 11, 2014**

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF CONVENIENCE CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)), WHICH ARE CLASSIFIED IN CLASS 15. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS. BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order. You are receiving this Ballot because you are a Holder of one or more Convenience Claims as of April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of one or more Class 15 Claims against the City, as defined in the Plan.

If you did not hold any Convenience Claims as of the Voting Record Date or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

---

[1]     Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is actually received by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline, or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

      Any and all of your Convenience Claims against the City have been placed in Class 15 under the Plan. If you hold multiple Claims within Class 15 under the Plan, you will receive a separate Ballot for each such Claim. **Please complete and return each Ballot you receive. The attached Ballot is designated only for voting Convenience Claims in Class 15 under the Plan.**

      If you hold more than one Convenience Claim in Class 15, you must vote each Convenience Claim to accept or reject the Plan in the same manner. If you vote multiple Convenience Claims in Class 15, and the votes are not the same for each Convenience Claim in Class 15, your Ballots will not be counted as having been cast.

      **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.      Please complete Item 2 of the Ballot.

3.      Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245

</div>

      The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline, or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court, or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4.      If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

5.      The Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6.      If you were not a Holder of one or more Convenience Claims as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the Convenience Claim Holder in Class 15 as of April 14, 2014 against the City of Detroit, Michigan, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan. ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor Name: _____. Amount of Claim: $_____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 2. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i.      is the Holder of one or more Convenience Claims in Class 15 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

ii.     received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii.    has not submitted any other Ballots for Class 15 that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.    understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

**EXHIBIT 2**

**EXHIBIT ~~6A.~~1A**

**Master Ballot for Classes 1A~~,~~-1~~B, ~~through 1~~C and 1D~~A-337**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
------------------------------------------------------------x
                                          :
In re                                     :  Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                :  Case No. 13-53846
                                          :
                    Debtor.               :  Hon. Steven W. Rhodes
                                          :
------------------------------------------------------------ x
```

**MASTER BALLOT FOR ACCEPTING OR REJECTING THE
PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS 1A-[ ___ ~~: [NAME OF CLASS]~~]: DWSD Bond Claims
Series _____
CUSIP: _____

---

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
PLAN IS 5:00 P.M. EASTERN TIME ON ~~JUNE 30~~JULY 11, 2014**

---

THIS BALLOT (A "MASTER BALLOT") IS FOR YOU, AS A BANK, BROKER OR OTHER AGENT (A "NOMINEE"), TO TRANSMIT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") THE VOTES AND ELECTIONS OF BENEFICIAL OWNERS OF ~~[DWSD BOND SERIES]~~, [CUSIP] CLAIMS IN ~~[CLASS NUMBER~~1A-[____] (THE "BENEFICIAL HOLDERS").  PLEASE COMPLETE, SIGN AND DATE THE MASTER BALLOT AND RETURN IT TO THE BALLOTING AGENT AT THE ADDRESS PROVIDED BELOW.  MASTER BALLOTS MUST ACTUALLY BE RECEIVED BY THE BALLOTING AGENT BY THE VOTING DEADLINE ABOVE.  UNLESS THE TIME IS EXTENDED, BALLOTS RECEIVED AFTER THE VOTING DEADLINE WILL NOT BE COUNTED.

RETURN THIS MASTER BALLOT ONLY TO THE BALLOTING AGENT.  DO NOT RETURN THIS MASTER BALLOT TO THE BANKRUPTCY COURT, THE CITY OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  MASTER BALLOTS AND BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit* (~~March 31~~*May 2*, 2014) (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit* (~~March 31~~*May 2*, 2014) (as it may be amended, supplemented or modified, the "Disclosure Statement").  By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order entered on ~~April~~May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.  You are receiving this Master Ballot because you are a Nominee of Beneficial Holders of ~~[DWSD Bond Series]~~, [CUSIP] Claims as of April 14, 2014 (the "Voting Record Date").

---

[1]  Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

Use this Master Ballot to cast votes to accept or reject the Plan and to make certain treatment elections regarding the Plan, in accordance with the ballots (each, a "Beneficial Ballot") cast by the Beneficial Holders of [DWSD Bond Series], [CUSIP] Claims in [Class No.1A-[____].

As a Nominee, you must deliver the Solicitation Package,[2] including a Beneficial Ballot, to each Beneficial Holder of [DWSD Bond Series], [CUSIP] Claims in [Class No.1A-[____].  You must also take all actions needed for Beneficial Holders to timely complete and return their respective Beneficial Ballots, such that you can complete and deliver this Master Ballot so it is actually received by the Voting Deadline.

If you were not a Nominee with respect to [Bond Series] securitiesDWSD Bonds, [CUSIP], as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (917) 281-4800 or via email at detroitinfo@kccllc.com.

With respect to any complete Beneficial Ballots returned to you, you must:

i.      execute this Master Ballot to reflect the voting and applicable election instructions given to you by the Beneficial Holders in the Beneficial Ballots for [DWSD Bond Series], [CUSIP];

ii.     summarize the results of all votes cast and elections made by the Beneficial Holders on the Master Ballot;

iii.    return the completed Master Ballot and copies of all Beneficial Ballots you receive to the Balloting Agent, such that all Master Ballots and Beneficial Ballots are actually received by the Voting Deadline; and

iv.     retain each original Beneficial Ballot you receive in your files for at least one year after the Voting Deadline.

Please return the completed Master Ballot and copies of the Beneficial Ballots to the Balloting Agent at the following address:

<div style="text-align:center">

Detroit Ballot Processing Center
c/o KCC
1290 Avenue of the Americas, 9th Floor
New York, New York 10104

</div>

Master Ballots and Beneficial Ballots may not be submitted by facsimile, electronic mail or other electronic means.

---

[2]    The "Solicitation Package" consists of:  (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1. In the boxes provided in Item 1 of the Master Ballot, please certify your authority to vote.

2. In the boxes provided in Item 2 of the Master Ballot, please fill in the table (attaching additional sheets as necessary) to transmit the votes of the Beneficial Holders of the **[DWSD** Bond ~~Series]~~, **[CUSIP]** Claims in **[**Class ~~No.~~1A-[\_\_\_\_]**]**. Record the account number for each Beneficial Holder that returned a Beneficial Ballot and the principal amount of claims voting to accept or reject the Plan. Please note that if a Beneficial Holder holds more than one CUSIP of ~~[Bond Series] securities~~DWSD Bonds, it is entitled to vote differently for each CUSIP. All votes cast by a Beneficial Holder with respect to any particular CUSIP, however, must be the same. Any Beneficial Ballot that does not indicate any vote to accept or reject or indicates votes to both accept and reject the Plan shall not be counted as having been cast. Beneficial Holders who vote to reject the Plan are <u>not</u> precluded from making applicable elections on their Beneficial Ballots.

3. In the boxes provided in Item 3 of the Master Ballot, please fill in the table (attaching additional sheets as necessary) to transmit the elections of the Beneficial Holders of **[DWSD** Bond ~~Series]~~, **[CUSIP]** Claims in **[**Class ~~No.~~1A-[\_\_\_\_]**]**. Beneficial Holders may elect whether or not to receive New Existing Rate ~~Water/Sewer~~DWSD Bonds. Record the account number for each Beneficial Holder that returned a Beneficial Ballot, and the principal amount of claims with respect to which a Beneficial Holder has made a valid election to receive or not to receive New Existing Rate ~~Water/Sewer~~DWSD Bonds. If a Beneficial Holder holds more than one CUSIP of ~~[Bond Series] securities in [Class No.]~~DWSD Bonds, such holder may elect different treatment under this section with respect to each CUSIP. If, with respect to a single CUSIP, a Beneficial Holder (a) checks neither the "Yes" nor the "No" box for the election, (b) checks both the "Yes" and "No" box for the election or (c) attempts to split its election, such Ballot will count as an election not to receive New Existing Rate ~~Water/Sewer~~DWSD Bonds.

4. In Item 4, please transcribe the information provided by each Beneficial Holder in Item 3 of the Beneficial Ballot relating to other ballots submitted with respect to **[DWSD** Bond ~~Series]~~, **[CUSIP]** Claims in **[**Class ~~No.~~1A-[\_\_\_\_]**]**.

5. In Item 5, please complete the certifications for this Master Ballot, including the date and signature.

6. Return the complete, signed and dated Master Ballot, and copies of all Beneficial Ballots you receive, to the Balloting Agent so that they are actually received by the Voting Deadline. If a Master Ballot is received after the Voting Deadline, it will not be counted. Master Ballots submitted by email, fax or any other electronic method will not be accepted. Master Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Master Ballots received by the City, the Bankruptcy Court or an entity other than the Balloting Agent will not be valid and will not be counted as having been cast.

7. Retain the original Beneficial Ballots you received in your records for at least one year after the Voting Deadline.

8. If you are also a Nominee for Claims in other Classes or Claims on account of other CUSIPs ~~in [Class No.]~~of DWSD Bonds, you will receive a separate Master Ballot for such Claims. You must complete and return each Master Ballot you receive to ensure that the votes and elections of the Beneficial Holders will be counted with respect to each Class and Claim for which you are a Nominee.

9. The Master Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

10.    If you were not a Nominee with respect to [Bond Series] securitiesDWSD Bonds, **[CUSIP]** as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (917) 281-4800 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2, 3, 4 AND 5 BELOW. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Certification of Authority to Vote.** The undersigned certifies that as of April 14, 2014, the undersigned (please check applicable box):

☐ is a broker, bank or other agent for the Beneficial Holder of the aggregate principal amount of [DWSD Bond Series], [CUSIP] Claims in [Class No.1A-[____] listed in Item 2 below, and is the Nominee holder of such securities as of the Voting Record Date;

☐ is acting under a power of attorney and/or agency (a copy of which is available upon request) granted by a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of [DWSD Bond Series], [CUSIP] Claims in [Class No.1A-[____] listed in Item 2 below; or

☐ has been granted a proxy (an original of which is attached) from a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of [DWSD Bond Series], [CUSIP] Claims in [Class No.1A-[____] listed in Item 2 below, and accordingly has full power and authority to vote to accept or reject the Plan and execute applicable elections on behalf of the Beneficial Holder of the [DWSD Bond Series], [CUSIP] Claims in [Class No.1A-[____] listed in Item 2 below.

**Item 2. Transmittal of Votes.** The undersigned transmits the following votes of Beneficial Holders of the [Bond Series] securitiesDWSD Bonds, [CUSIP] in [Class No.1A-[____]; certifies that the Beneficial Holders identified by the account numbers below are Beneficial Holders as of the Voting Record Date; and certifies that each listed Beneficial Holder delivered a Beneficial Ballot casting such votes.

| Your Account Number for Each Beneficial Holder Voting on the Plan | Principal Amount of Claims Voted to ACCEPT the Plan* | Principal Amount of Claims Voted to REJECT the Plan* |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |
| 6. | $ | $ |
| 7. | $ | $ |
| 8. | $ | $ |
| 9. | $ | $ |
| 10. | $ | $ |
| **TOTALS** | $ | $ |

* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Bond Elections.** The undersigned transmits the following elections of Beneficial Holders of the [DWSD Bond ~~Series]~~ Claims in [Class ~~No.~~1A-[_____]; certifies that the Beneficial Holders identified by the account numbers below are Beneficial Holders as of the Voting Record Date; and certifies that each listed Beneficial Holder delivered a Beneficial Ballot executing such election.

| Your Account Number for Each Beneficial Holder that elects not to receive New Existing Rate ~~Water/Sewer~~DWSD Bonds* | Principal Amount of ~~[Bond Series]~~DWSD Bonds, [CUSIP] | Your Account Number for Each Beneficial Holder electing to receive New Existing Rate ~~Water/Sewer~~DWSD Bonds* | Principal Amount of ~~[Bond Series]~~DWSD Bonds, [CUSIP] | VOI Number from the DTC** |
|---|---|---|---|---|
| 1. | $ | 1. | $ | |
| 2. | $ | 2. | $ | |
| 3. | $ | 3. | $ | |
| 4. | $ | 4. | $ | |
| 5. | $ | 5. | $ | |
| 6. | $ | 6. | $ | |
| 7. | $ | 7. | $ | |
| 8. | $ | 8. | $ | |
| 9. | $ | 9. | $ | |
| 10. | $ | 10. | $ | |
| TOTALS | | TOTALS | | |

* If the space provided is not sufficient, attach additional sheets in the same format

** The underlying ~~[Bond Series] securities~~DWSD Bonds, [CUSIP], held by those Beneficial Holders electing to receive New Existing Rate ~~Water/Sewer~~DWSD Bonds are to be tendered into an election account established at the Depository Trust Company (the "DTC") for such purpose. Input the corresponding VOI number received from the DTC in the appropriate column in the table above if the Beneficial Holder elected to receive New Existing Rate ~~Water/Sewer~~DWSD Bonds in Item 2 on its Beneficial Ballot. Securities may not be withdrawn from the DTC election account once tendered. No further trading will be permitted in the securities held in the election account at the DTC. If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all securities held in the election account to the applicable Nominee for credit to the account of the applicable Beneficial Holder.

**PLEASE CONTINUE TO ITEM 4 ON THE NEXT PAGE**

**Item 4. Additional Ballots Submitted by Beneficial Holders.** The undersigned certifies that the following information is a true and accurate schedule on which the undersigned has transcribed all and any applicable information provided in Item 3 of each Beneficial Ballot received from a Beneficial Holder.

INFORMATION IN THIS SECTION IS TRANSCRIBED FROM ITEM 3 OF THE BENEFICIAL BALLOTS REGARDING OTHER BENEFICIAL BALLOTS CAST BY THE UNDERSIGNED'S BENEFICIAL HOLDERS IN RESPECT OF CLAIMS ON ACCOUNT OF [BOND SERIES]DWSD BONDS, [CUSIP] IN [CLASS NO.1A-[___]

| Your Account Number for Each Beneficial Holder Who Completed Item 3 of their Beneficial Ballot | Transcribe from Item 3 of the Beneficial Ballot* | | |
|---|---|---|---|
| | Account Number of Other [DWSD Bond Series], [CUSIP] Claims in [Class No.1A-[___] | Name of Other Nominee or Other Registered Holder | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*If space provided is insufficient, attach additional sheets in the same format.

**PLEASE CONTINUE TO ITEM 5 ON THE NEXT PAGE**

**Item 5. Certifications.** By signing this Master Ballot, the undersigned certifies that the undersigned:

1.  provided each Beneficial Holder with all materials in the Solicitation Package and a Beneficial Ballot for voting their [Class ~~No.~~]1A-[_____] DWSD Bond ~~Series]~~, [CUSIP] Claims;

2.  received a completed and signed Beneficial Ballot from each Beneficial Holder listed in Item 2 of this Master Ballot;

3.  has full power and authority to vote to transmit the votes to accept or reject the Plan and the applicable elections of the Beneficial Holders to which the undersigned is a Nominee;

4.  properly disclosed (a) the number of Beneficial Holders who completed Beneficial Ballots; (b) the respective amounts of the [Class ~~No.~~]1A-[_____] DWSD Bond ~~Series]~~, [CUSIP] Claims held by each Beneficial Holder that completed a Beneficial Ballot; (c) each such Beneficial Holder's respective vote concerning the Plan; (d) each such Beneficial Holder's respective elections applicable under the Plan; and (e) the customer account or other identification number for each such Beneficial Holder; and

5.  received from each such Beneficial Holder, a certification that each such Beneficial Holder is eligible to both vote on the Plan and execute applicable elections under the Plan.

 

_____
Name of Nominee

_____
Participant Number

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

| Summary Report: Litera Change-Pro ML IC 6.5.0.313 Document Comparison done on 5/1/2014 7:52:48 PM | |
|---|---|
| **Style Name:** JD Color With Moves | |
| **Original Filename:** | |
| **Original DMS:**iw://CHI/CHI/1919768/9 | |
| **Modified Filename:** | |
| **Modified DMS:** iw://CHI/CHI/1919768/14 | |
| **Changes:** | |
| Add | 68 |
| Delete | 94 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| **Total Changes:** | 162 |

**EXHIBIT ~~6A.2~~1B**

**Beneficial Ballot for Classes 1A~~,~~ ~~1B, through~~ 1~~C and 1D~~A-337**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
-------------------------------------------------- x
                                                   :
In re                                              : Chapter 9
                                                   :
CITY OF DETROIT, MICHIGAN,                         : Case No. 13-53846
                                                   :
                                Debtor.            : Hon. Steven W. Rhodes
                                                   :
-------------------------------------------------- x
```

**BENEFICIAL HOLDER BALLOT FOR ACCEPTING OR REJECTING**
**THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS 1A-[____: [NAME OF CLASS]]: DWSD Bond Claims
Series _____
CUSIP: _____

+------------------------------------------------------------+
| **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE**          |
| **PLAN IS 5:00 P.M. EASTERN TIME ON JUNE 30JULY 11, 2014** |
+------------------------------------------------------------+

THIS BALLOT (A "BENEFICIAL BALLOT") IS TO BE USED BY BENEFICIAL OWNERS OF [DWSD BOND SERIES], [CUSIP]. CLAIMS IN [CLASS NO.] (THE "BENEFICIAL HOLDERS")1A-[____]. PLEASE COMPLETE, SIGN AND DATE THE BENEFICIAL BALLOT AND RETURN IT TO THE BANK, BROKER OR OTHER AGENT THAT HOLDS YOUR [BOND SERIES]DWSD BONDS, [CUSIP], SECURITIES (THE "NOMINEE"), BY THE DATE SET BY YOUR NOMINEE. A TIMELY RETURN OF THE BENEFICIAL BALLOT IS NECESSARY SO THE NOMINEE CAN COMPLETE AND RETURN A MASTER BALLOT (THE "MASTER BALLOT") BY THE VOTING DEADLINE ABOVE.

RETURN THIS BENEFICIAL BALLOT ONLY TO YOUR NOMINEE. DO NOT RETURN THE BENEFICIAL BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT, KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") OR ANY ENTITY OTHER THAN YOUR NOMINEE. PLEASE CONTACT YOUR NOMINEE IF YOU DID NOT RECEIVE RETURN INSTRUCTIONS FOR THIS BENEFICIAL BALLOT OR IF YOU HAVE QUESTIONS ABOUT THE NOMINEE'S RETURN INSTRUCTIONS. BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Fourth* Amended Plan *for the Adjustment of Debts of the City of Detroit (March 31May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth* Amended Disclosure Statement with Respect to *Fourth* Amended Plan for the Adjustment of Debts of the City of Detroit (*March 31May 2, 2014*) (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on AprilMay [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order. You are receiving this Beneficial Ballot because you are a Beneficial Holder of [Bond Series] securitiesbeneficial holder of DWSD Bonds, [CUSIP], as of April 14, 2014 (the "Voting Record Date"), and accordingly. Accordingly, you are a

---

[1]  Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

Holder of a **[Class No.]** Claim against the City, as defined in the Plan entitled to submit a Ballot pursuant to the Solicitation Procedures Order.

If you were not a Beneficial Holder of **[Bond Series]** securities beneficial holder of DWSD Bonds, **[CUSIP]**, as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

Please use this Beneficial Ballot to:

    i.        cast your vote to accept or reject the Plan and

    ii.        elect whether to receive New Existing Rate Water/Sewer DWSD Bonds in lieu of New Water/Sewer DWSD Bonds.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan and whether to elect to receive New Existing Rate Water/Sewer DWSD Bonds. Please note that if you elect to receive New Existing Rate Water/Sewer DWSD Bonds, the Nominee holding your **[Bond Series] securities** DWSD Bonds, **[CUSIP]**, must "tender" your securities into an election account established at the Depository Trust Company (the "DTC"). Such securities may not be withdrawn from the election account after your Nominee has tendered them to the election account. Once such securities have been tendered, no further trading will be permitted in the securities held in the election account. If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all securities held in the election account to the applicable Nominee for credit to your account. If you do not elect to receive New Existing Rate Water/Sewer DWSD Bonds, then your securities will not be placed into an election account, and your securities will not be restricted from trading.

Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Beneficial Ballot in accordance with the voting information and instructions provided below. You must complete your ballot and return it to your Nominee, leaving the Nominee sufficient time to prepare a Master Ballot that includes your vote and to deliver that Master Ballot to the Balloting Agent so that it is actually received by the Voting Deadline. Beneficial Ballots should not be sent to the City or the Bankruptcy Court.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Beneficial Ballot, please indicate your vote to accept or reject the Plan.

    All ~~of your [Name of Class]~~DWSD Bond Claims against the City have been placed in ~~[Class Number]~~Classes 1A-1 through 1A-337 under the Plan.  If you hold ~~multiple Claims within [Class Number] under the Plan~~more than one CUSIP of DWSD Bonds, you will receive a separate Beneficial Ballot ~~for~~on account of each such ~~Claim~~CUSIP.  **Each Beneficial Ballot you receive is for voting only your Claim described on the Beneficial Ballot.  Please complete and return each Beneficial Ballot you receive**.  The attached Beneficial Ballot is designated only for voting the **[~~DWSD~~ Bond ~~Series~~],** **[CUSIP], Claims in ~~[Class Number~~1A-[____] under the Plan.**

    If you hold more than one CUSIP of ~~[Bond Series] securities~~DWSD Bonds, you may vote differently for each respective CUSIP.  All votes cast by you with respect to any particular CUSIP, however, must be the same.

    **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~I, Article IV.~~H~~K and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.  In the boxes provided in Item 2 of the Beneficial Ballot, please indicate whether you elect to receive New Existing Rate ~~Water/Sewer~~DWSD Bonds.  This election applies whether you vote to accept or vote to reject the Plan.  If you check both boxes or neither box, this Beneficial Ballot will count as an election not to receive New Existing Rate ~~Water/Sewer~~DWSD Bonds.

    If you hold more than one CUSIP of ~~[Bond Series] securities~~DWSD Bonds, you are permitted to make a different election for each CUSIP.  All elections made by you with respect to a single CUSIP, however, must be the same for such CUSIP.  If you attempt to split your election with respect to a single CUSIP, your Ballot will count as an election not to receive New Existing Rate ~~Water/Sewer~~DWSD Bonds with respect to such CUSIP.

    ~~If you elect to receive New Existing Rate Water/Sewer Bonds, you are electing to irrevocably waive any and all rights to object to the Plan on any grounds, and any such objection may be disregarded by the Bankruptcy Court solely on the basis of such election.~~

3.  In Item 3 of the Beneficial Ballot, please either (a) certify that this Beneficial Ballot is the only Beneficial Ballot you will submit for ~~[Class No.~~1A-[____] Claims on account of **[CUSIP]**; or (b) complete the chart in Item 3 and certify that in such chart you disclosed all applicable account numbers and Nominees for any and all Beneficial Ballots you will submit for ~~[Class No.~~1A-[____] Claims on account of **[CUSIP]**.

4.  Please complete Item 4 of the Beneficial Ballot.

5.  Sign, date and return the Beneficial Ballot according to the instructions given by your Nominee such that the Nominee has sufficient time to prepare a Master Ballot including your vote.  The Nominee must deliver the Master Ballot to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline.  Beneficial Ballots should not be sent directly to the Balloting Agent, the City, the Bankruptcy Court or any entity other than your Nominee.  Any Beneficial Ballots received by the Balloting Agent, the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

6.      If you also (a) hold Claims in other ~~Classes or sub~~ Classes or (b) hold securities with a CUSIP different than the CUSIP identified in this Ballot, you will receive a separate ballot on account of each such Claim or each such security.  You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each ballot.

7.      This Beneficial Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

8.      If you were not a ~~Beneficial Holder of **[Bond Series]** securities~~beneficial holder of DWSD Bonds, **[CUSIP]**, as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

---

PLEASE COMPLETE ITEMS 1, 2, 3 AND 4.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF NEITHER BOX IS CHECKED, OR BOTH BOXES ARE CHECKED, IN ITEM 2, THIS BALLOT WILL COUNT AS AN ELECTION NOT TO RECEIVE NEW EXISTING RATE ~~WATER/SEWER~~DWSD BONDS.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote.**  The undersigned, the ~~Beneficial Holder~~beneficial holder as of April 14, 2014, of the ~~[~~DWSD Bond ~~Series]~~, **[CUSIP]**, Claim in ~~[~~Class ~~No.~~1A-[___] of the Plan against the City of Detroit, Michigan in the amount set forth below, votes to (check _one_ box):

☐  **ACCEPT** the Plan.                    ☐  **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~I, Article IV.~~H~~K and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____

Principal Amount of ~~[Bond Series] Securities~~DWSD Bonds, **[CUSIP]** Held: $_____

**Item 2.  Bond Election.**  If Class 1A-[___] votes to accept the Plan, and if the Bankruptcy Court approves the Plan, the undersigned elects to receive New Existing Rate ~~Water/Sewer~~DWSD Bonds with respect to ~~[Bond Series] securities~~DWSD Bonds, **[CUSIP]** (check _one_ box):

☐  YES                                      ☐  No

**If you elect to receive New Existing Rate ~~Water/Sewer~~DWSD Bonds, the Nominee holding your ~~[Bond Series] securities~~DWSD Bonds, [CUSIP], must "tender" your securities into an election account established at the Depository Trust Company (the "DTC").  Such securities may not be withdrawn from the election account after your Nominee has tendered them to the election account.  Once such securities have been tendered, no further trading will be permitted in the securities held in the election account.  If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all securities held in the election account to the applicable Nominee for credit to your account.  If you do not elect to receive New Existing Rate ~~Water/Sewer~~DWSD Bonds, then your securities will not be placed into an election account, and your securities will not be restricted from trading.**

~~If you elect to receive New Existing Rate Water/Sewer Bonds, you are electing to irrevocably waive any and all rights to object to the Plan on any grounds, and any such objection may be disregarded by the Bankruptcy Court solely on the basis of such election.~~

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3.  Certification as to [Class ~~No.~~1A-[____] Claims on Account of ~~[Bond Series] Securities~~DWSD Bonds, [CUSIP], Held in Additional Accounts.** The undersigned certifies that: (check one box)

☐ This is the only Beneficial Ballot submitted by the undersigned for [Class ~~No.~~1A-[____] Claims on account of **[CUSIP]**.

☐ The completed chart discloses all account numbers, Nominees and applicable bond information for any and all Beneficial Ballots the undersigned submitted for [Class ~~No.~~1A-[____] Claims on account of **[CUSIP]**.

COMPLETE THIS CHART ONLY IF YOU HAVE SUBMITTED
OTHER BALLOTS WITH RESPECT TO ~~[BOND SERIES] SECURITIES~~DWSD Bonds, **[CUSIP]**.*

| Account Number of other Bond Claims in [Class ~~No.~~1A-[____] | Name of Nominee or Other Registered Holder | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

*If the space provided is not sufficient, please attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 4 ON THE NEXT PAGE**

**Item 4.  Certifications.**  By signing this Beneficial Ballot, the undersigned certifies that he, she or it:

i.      is the ~~Holder~~holder of the **[Bond Series]**DWSD Bonds, **[CUSIP]**, Claims in **[**Class ~~No.~~1A-[____] to which this Beneficial Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan and make the elections applicable to such Claims;

ii.     received a copy of the solicitation package consisting of:  (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots ~~and,~~ (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii.    has not submitted any other Beneficial Ballots with respect to the above CUSIP (including any such ballots listed in Item 3 above) that are inconsistent with the vote to accept or reject the Plan set forth in this Beneficial Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Beneficial Ballot;

iv.     ~~understands that an election to receive New Existing Rate Water/Sewer Bonds constitutes an irrevocable waiver of any and all rights to object to the Plan on any grounds, and that any such objection may be disregarded by the Bankruptcy Court solely on the basis of such election;~~

~~v~~iv.   understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan; and

~~vi~~v.   gives consent to any applicable Nominee to submit a Master Ballot reflecting the votes and applicable elections executed on this Beneficial Ballot to the Balloting Agent.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

CHI-1919209v~~10~~16

| Summary Report: Litera Change-Pro ML IC 6.5.0.313 Document Comparison done on 5/2/2014 7:19:53 AM | |
|---|---|
| **Style Name:** JD Color With Moves | |
| **Original Filename:** | |
| **Original DMS:** iw://CHI/CHI/1919209/10 | |
| **Modified Filename:** | |
| **Modified DMS:** iw://CHI/CHI/1919209/16 | |
| **Changes:** | |
| Add | 75 |
| Delete | 88 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| **Total Changes:** | 163 |

**EXHIBIT ~~6A.3~~1C**

**Individual Ballot for Classes 1A~~,~~ ~~1B,~~ through 1~~C and 1D~~A-337**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
------------------------------------------------------------- x
                                                :
In re                                           : Chapter 9
                                                :
CITY OF DETROIT, MICHIGAN,                       : Case No. 13-53846
                                                :
                          Debtor.               : Hon. Steven W. Rhodes
                                                :
------------------------------------------------------------- x
```

**BALLOT FOR ACCEPTING OR REJECTING**
**THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS 1A-[ ___ ~~: [NAME OF CLASS]~~]: DWSD Bond Claims
Series _____
CUSIP: _____

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE**
> **PLAN IS 5:00 P.M. EASTERN TIME ON ~~JUNE 30~~JULY 11, 2014**

THIS BALLOT (A "BALLOT") IS TO BE USED BY BENEFICIAL ~~HOLDERS~~OWNERS OF ~~[BOND SERIES]~~DWSD BOND, [CUSIP] CLAIMS IN CLASS 1A-~~[CLASS NUMBER] (THE "BENEFICIAL HOLDERS")~~___]. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS. BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Fourth* Amended *Plan for the Adjustment of Debts of the City of Detroit* (~~March 31~~*May 2*, 2014) (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth* Amended *Disclosure Statement with Respect to Fourth* Amended *Plan for the Adjustment of Debts of the City of Detroit* (~~March 31~~*May 2*, 2014) (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on ~~April~~May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order. You are receiving this Ballot because you are ~~Holder~~a holder of ~~[Bond Series] securities~~DWSD Bonds, [CUSIP], as of April 14, 2014 (the "Voting Record Date")~~, and accordingly~~. Accordingly, you are ~~a Holder of a [Class No.] Claim against the City, as defined in the Plan~~permitted to submit a Ballot pursuant to the Solicitation Procedures Order.

If you were not a ~~Holder~~holder of ~~[Bond Series] securities~~DWSD Bonds, [CUSIP], as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.net.

---

[1]  Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

Please use this Ballot to:

    i.    cast your vote to accept or reject the Plan and

    ii.    elect whether to receive New Existing Rate ~~Water/Sewer~~DWSD Bonds in lieu of New ~~Water/Sewer~~DWSD Bonds.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan and whether to elect to receive New Existing Rate ~~Water/Sewer~~DWSD Bonds. Please note that if you elect to receive New Existing Rate ~~Water/Sewer~~DWSD Bonds, your **[Bond Series] securities**DWSD Bonds, **[CUSIP]**, must be "tendered" into an election account established at the Depository Trust Company (the "DTC"). Such securities may not be withdrawn from the election account after they have been tendered to the election account. Once such securities have been tendered, no further trading will be permitted in the securities held in the election account. If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all securities held in the election account to be credited to your account. If you do not elect to receive New Existing Rate ~~Water/Sewer~~DWSD Bonds, then your securities will not be placed into an election account, and your securities will not be restricted from trading.

Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is actually received by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

All ~~of your~~ **[Name of Class]**DWSD Bond Claims against the City have been placed in **[Class Number]**Classes 1A-1 through 1A-337 under the Plan.  If you hold ~~multiple Claims within [Class Number] under the Plan~~more than one CUSIP of DWSD Bonds, you will receive a separate Ballot ~~for~~on account of each such ~~Claim~~CUSIP.  **Each Ballot you receive is for voting only your Claim described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting the [~~DWSD~~ Bond ~~Series]~~, [CUSIP], Claims in [Class ~~Number~~1A-[____] under the Plan.**

If you hold more than one CUSIP of **[Bond Series]** ~~securities~~DWSD Bonds, you may vote differently for each respective CUSIP.  All votes cast by you with respect to any particular CUSIP, however, must be the same.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~.I, Article IV.~~H~~K and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.      In the boxes provided in Item 2 of the Ballot, please indicate whether you elect to receive New Existing Rate ~~Water/Sewer~~DWSD Bonds.  This election applies whether you vote to accept or vote to reject the Plan.  If you check both boxes or neither box, this Ballot will count as an election not to receive New Existing Rate ~~Water/Sewer~~DWSD Bonds.

If you hold more than one CUSIP of **[Bond Series]** ~~securities~~DWSD Bonds, you are permitted to make a different election for each CUSIP.  All elections made by you with respect to a single CUSIP, however, must be the same for such CUSIP.  If you attempt to split your election with respect to a single CUSIP, your Ballot will count as an election not to receive New Existing Rate ~~Water/Sewer~~DWSD Bonds with respect to such CUSIP.

~~If you elect to receive New Existing Rate Water/Sewer Bonds, you are electing to irrevocably waive any and all rights to object to the Plan on any grounds, and any such objection may be disregarded by the Bankruptcy Court solely on the basis of such election.~~

3.      Please complete Item 3 of the Ballot.

4.      Sign, date and return the Ballot to:

Detroit Ballot Processing Center
c/o KCC
1290 Avenue of the Americas, 9th Floor
New York, New York 10104

The Balloting Agent must actually receive all Ballots by the Voting Deadline.  If a Ballot is received after the Voting Deadline, it will not be counted.  The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method.  Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent.  Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

5. If you also (a) hold Claims in other ~~Classes or sub-~~Classes or (b) hold securities with a CUSIP different than the CUSIP identified in this Ballot, you will receive a separate ballot on account of each such Claim or each such security.  You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each ballot.

6. This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

7. If you were not a ~~Holder~~holder of **~~[Bond Series]~~ ~~securities~~**DWSD Bonds, **[CUSIP]** as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1, 2, AND 3 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF NEITHER BOX IS CHECKED, OR BOTH BOXES ARE CHECKED, IN ITEM 2, THIS BALLOT WILL COUNT AS AN ELECTION NOT TO RECEIVE NEW EXISTING RATE ~~WATER/SEWER~~ DWSD BONDS.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1. Class Vote.** The undersigned, the ~~Holder~~holder as of April 14, 2014, of the [~~DWSD~~ Bond ~~Series~~], **[CUSIP]**, Claim in [Class ~~Number~~1A-[___] of the Plan against the City of Detroit, Michigan in the amount set forth below, votes to (check one box):

         ☐ **ACCEPT** the Plan.                ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~I, Article IV.~~H~~K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____

Principal Amount of ~~[Bond Series] Securities~~DWSD Bonds, **[CUSIP]** Held: $_____

**Item 2. Bond Election.** If Class 1A-[___] votes to accept the Plan, and if the Bankruptcy Court approves the Plan, the undersigned elects to receive New Existing Rate ~~Water/Sewer~~DWSD Bonds with respect to ~~[Bond Series]~~ ~~securities~~DWSD Bonds, **[CUSIP]** (check one box):

         ☐ YES                  ☐ NO

**If you elect to receive New Existing Rate ~~Water/Sewer~~DWSD Bonds, your ~~[Bond Series] securities~~DWSD Bonds, [CUSIP], must be "tendered" into an election account established at the Depository Trust Company (the "DTC"). Such securities may not be withdrawn from the election account after they have been tendered to the election account. Once such securities have been tendered, no further trading will be permitted in the securities held in the election account. If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all securities held in the election account to be credited to your account. If you do not elect to receive New Existing Rate ~~Water/Sewer~~DWSD Bonds, then your securities will not be placed into an election account, and your securities will not be restricted from trading.**

**~~If you elect to receive New Existing Rate Water/Sewer Bonds, you are electing to irrevocably waive any and all rights to object to the Plan on any grounds, and any such objection may be disregarded by the Bankruptcy Court solely on the basis of such election.~~**

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i. is the ~~Holder~~holder of the ~~[~~DWSD Bond ~~Series]~~, **[CUSIP]**, Claims in ~~[Class No.~~1A-[___] to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan and make the elections applicable to such Claims;

ii. received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots~~and~~, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii. has not submitted any other Ballots that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv. ~~understands that an election to receive New Existing Rate Water/Sewer Bonds constitutes an irrevocable waiver of any and all rights to object to the Plan on any grounds, and that any such objection may be disregarded by the Bankruptcy Court solely on the basis of such election; and~~

~~v~~iv. understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

| Summary Report: Litera Change-Pro ML IC 6.5.0.313 Document Comparison done on 5/2/2014 7:22:58 AM | |
|---|---|
| **Style Name:** JD Color With Moves | |
| **Original Filename:** | |
| **Original DMS:**iw://CHI/CHI/1921366/4 | |
| **Modified Filename:** | |
| **Modified DMS:** iw://CHI/CHI/1921366/10 | |
| **Changes:** | |
| Add | 69 |
| Delete | 74 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| **Total Changes:** | 143 |

**Exhibit ~~6A.4~~1D**

**Insurer Ballot for Classes 1A~~,~~-1~~B, through~~ 1~~C and 1D~~A-337**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
------------------------------------------------------------------ x
                                        :
In re                                   : Chapter 9
                                        :
CITY OF DETROIT, MICHIGAN,              : Case No. 13-53846
                                        :
                      Debtor.           : Hon. Steven W. Rhodes
                                        :
------------------------------------------------------------------ x
```

**BALLOT FOR ACCEPTING OR REJECTING**
**THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASSES 1A-1 through 1A-337: DWSD Bond Claims
~~CLASS _____: [NAME OF CLASS]~~
~~Series _____~~
~~CUSIP: _____~~

+-------------------------------------------------------------+
| **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE**           |
| **PLAN IS 5:00 P.M. EASTERN TIME ON ~~JUNE 30~~JULY 11, 2014** |
+-------------------------------------------------------------+

THIS BALLOT (A "BALLOT") IS FOR INSURERS OF ~~[BOND SERIES] SECURITIES, [CUSIP]~~DWSD BONDS.  CLAIMS ON ACCOUNT OF SUCH ~~SECURITIES~~BONDS ARE CLAIMS IN ~~[CLASS NUMBER]~~CLASSES 1A-1 THROUGH 1A-337.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS.  BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (~~March 31~~May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (~~March 31~~May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement").  By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order entered on ~~April~~May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.

You are receiving this Ballot because you are an insurer of ~~[Bond Series] securities, [CUSIP].~~DWSD Bonds as of April 14, 2014 (the "Voting Record Date").  Accordingly, you are entitled to submit a Ballot pursuant to the Solicitation Procedures Order.~~  The Solicitation Procedures Order provides, however, that if there is a dispute regarding your right to vote on the Plan with respect to [Bond Series] securities, [CUSIP], your vote will not be counted unless the Bankruptcy Court determines, at a hearing currently scheduled for June 26, 2014, that you are~~

---

[1]  Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

~~entitled to vote. You should review the Solicitation Procedures Order and consult counsel to determine whether you need to take action for your vote on this Ballot to be counted.~~

If you did not insure ~~[Bond Series] securities, [CUSIP]~~DWSD Bonds as of the Voting Record Date~~,~~ or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

Please use this Ballot to:

    i.      cast your vote to accept or reject the Plan and

    ii.     elect whether to ~~receive~~have the City issue New Existing Rate ~~Water/Sewer~~DWSD Bonds in lieu of New ~~Water/Sewer~~DWSD Bonds on account of the DWSD Bonds that you insure.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan and whether to elect to ~~receive~~have the City issue New Existing Rate ~~Water/Sewer~~DWSD Bonds. ~~Please note that if you elect to receive New Existing Rate Water/Sewer Bonds, the Nominee holding the [Bond Series] securities, [CUSIP] that you insure must "tender" those securities into an election account established at the Depository Trust Company (the "DTC"). Such securities may not be withdrawn from the election account after the Nominee has tendered them to the election account. Once such securities have been tendered, no further trading will be permitted in the securities held in the election account. If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all securities held in the election account to the applicable Nominee for credit to the beneficial holder's account. If you do not elect to receive New Existing Rate Water/Sewer Bonds, then the securities you insure will not be placed into an election account, and the securities will not be restricted from trading.~~Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

You must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1. In the ~~boxes~~chart provided in Item 1 of the Ballot, please indicate your vote~~(s)~~ to accept or reject the Plan.

All Claims against the City with respect to **~~[Bond Series]~~ ~~securities, [CUSIP]~~DWSD Bonds** have been placed in **~~[Class Number]~~Classes 1A-1 through 1A-337** under the Plan.  If you insure multiple ~~bonds with different CUSIPs within [Bond Series]DWSD Bonds, you will~~ ~~receive a separate Ballot on account of~~vote ~~with respect to~~ each such ~~CUSIP.  **Each Ballot you receive is for voting only on account of the specific CUSIP identified on the**bond on this Ballot.  **~~Please complete and return each Ballot you~~You will not** receive ~~more than one Ballot with respect to DWSD Bonds classified within Classes 1A-1 through 1A-337.~~ **The attached Ballot is designated only for voting by insurers of ~~[Bond Series] securities, [CUSIP]~~DWSD Bonds.**

If you insure more than one CUSIP of ~~securities in [Bond Series]~~DWSD Bonds, you may vote differently for each respective CUSIP.  All votes cast by you with respect to any particular CUSIP, however, must be the same.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~I, Article IV.~~H~~K and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2. In the ~~boxes~~chart provided in Item ~~2~~1 of the Ballot, please indicate whether you elect to ~~receive~~have the City issue New Existing Rate ~~Water/Sewer~~DWSD Bonds with respect to each CUSIP of DWSD Bonds that you insure.  This election applies whether you vote to accept or vote to reject the Plan.  ~~If you check both boxes or neither box, this Ballot will count as an election not to receive New Existing Rate Water/Sewer Bonds.~~

If you insure more than one CUSIP of ~~securities in [Bond Series]~~DWSD Bonds, you are permitted to make a different election for each respective CUSIP ~~of securities in [Bond Series]~~.  All elections made by you with respect to any particular CUSIP, however, must be the same for such CUSIP.

If ~~you attempt to split your election~~, with respect to a single CUSIP, of DWSD Bonds, you do not make an election or you otherwise attempt to split your election, this Ballot will count as an election not to ~~receive~~have the City issue New Existing Rate ~~Water/Sewer~~DWSD Bonds with respect to ~~such~~that CUSIP.

~~If you elect to receive New Existing Rate Water/Sewer Bonds, you are electing to irrevocably waive any and all rights to object to the Plan on any grounds, and any such objection may be disregarded by the Bankruptcy Court solely on the basis of such election.~~

3. Please complete Item ~~3~~2 of the Ballot.

4. Sign, date and return the Ballot to:

Detroit Ballot Processing Center
c/o KCC
1290 Avenue of the Americas, 9th Floor
New York, New York 10104

The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline.  If a Ballot is received after the Voting Deadline, it will not be counted.  The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method.  Ballots should not be

sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

5. If you also (a) hold Claims in other Classes or ~~sub-Classes,~~ (b) insure ~~securities giving rise to Claims in other Classes or sub-Classes or (c) insure securities with a CUSIP different than the CUSIP identified in this Ballot~~bonds other than DWSD Bonds, you will receive ~~a~~ separate ~~ballot~~ballots on account of ~~each~~ such ~~Claim~~Claims or ~~each~~ such ~~security~~bonds. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each ballot.

6. This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

7. If you were not an insurer of **[Bond Series]** ~~securities, **[CUSIP]**,~~DWSD Bonds as of the Voting Record Date~~,~~ or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1~~, 2,~~ AND ~~3 BELOW~~2.

IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED ~~IN ITEM 1~~IN THE "VOTE" COLUMN WITH RESPECT TO A SINGLE CUSIP, OR IF BOTH BOXES ARE CHECKED ~~IN ITEM 1~~, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST WITH RESPECT TO THAT CUSIP.

IF NEITHER THE "YES" NOR "NO" BOX IS CHECKED IN THE "ELECTION" COLUMN WITH RESPECT TO A SINGLE CUSIP, OR IF BOTH BOXES ARE CHECKED ~~IN ITEM 2~~, THIS BALLOT WILL COUNT AS AN ELECTION NOT TO ~~RECEIVE~~HAVE THE CITY ISSUE NEW EXISTING RATE ~~WATER/SEWER~~DWSD BONDS WITH RESPECT TO THAT CUSIP.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST WITH RESPECT TO ANY CLAIMS.

**Item 1. Class Vote and Election.** The undersigned, an insurer of ~~[Bond Series] securities, [CUSIP],~~DWSD Bonds as of April 14, 2014 ~~in the amount set forth below, votes to (check one box)~~, votes and makes elections as follows:*

☐ ~~ACCEPT the Plan.~~        ☐ ~~REJECT the Plan.~~

| CUSIP | Aggregate Amount of Principal Insured | Vote | Election (check "YES" if you elect to have the City issue New Existing Rate DWSD Bonds) |
|---|---|---|---|
|  |  | ☐ ACCEPT the Plan<br><br>☐ REJECT the Plan | ☐ YES<br><br>☐ NO |
|  |  | ☐ ACCEPT the Plan<br><br>☐ REJECT the Plan | ☐ YES<br><br>☐ NO |
|  |  | ☐ ACCEPT the Plan<br><br>☐ REJECT the Plan | ☐ YES<br><br>☐ NO |
|  |  | ☐ ACCEPT the Plan<br><br>☐ REJECT the Plan | ☐ YES<br><br>☐ NO |
|  |  | ☐ ACCEPT the Plan<br><br>☐ REJECT the Plan | ☐ YES<br><br>☐ NO |

*If the space provided is insufficient, attach additional sheets in the same format.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.G_I, Article IV.H_K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Insurer: _____

Aggregate Amount of Principal and Interest Insured
with Respect to **[Bonds Series]** securities, **[CUSIP]**: $_____

**Item 2. Bond Election.** If the Bankruptcy Court approves the Plan, the undersigned elects to receive New Existing Rate Water/Sewer Bonds with respect to **[Bond Series]** securities, **[CUSIP]**:

☐ YES                                ☐ NO

**If you elect to receive New Existing Rate Water/Sewer Bonds, the Nominee holding the [Bond Series] securities, [CUSIP] that you insure must "tender" those securities into an election account established at the Depository Trust Company (the "DTC"). Such securities may not be withdrawn from the election account after the Nominee has tendered them to the election account. Once such securities have been tendered, no further trading will be permitted in the securities held in the election account. If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all securities held in the election account to the applicable Nominee for credit to the beneficial holder's account. If you do not elect to receive New Existing Rate Water/Sewer Bonds, then the securities will not be placed into an election account, and the securities will not be restricted from trading.**

**If you elect to receive New Existing Rate Water/Sewer Bonds, you are electing to irrevocably waive any and all rights to object to the Plan on any grounds, and any such objection may be disregarded by the Bankruptcy Court solely on the basis of such election.**

**PLEASE CONTINUE TO ITEM 3_2 ON THE NEXT PAGE**

**Item 32.** **Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i.     is an insurer of **[Bond Series]** securities, **[CUSIP]**, to which this Ballot pertainsDWSD Bonds and has full power and authority to vote to accept or reject the Plan and make the elections applicable to Claims on account of such securitiesbonds;

ii.    received a copy of the solicitation package consisting of:  (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii.   has not submitted any other Ballots that are inconsistent with the votevotes to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the votevotes of this Ballot; and

iv.    understands that an election to receive New Existing Rate Water/Sewer Bonds constitutes an irrevocable waiver of any and all rights to object to the Plan on any grounds, and that any such objection may be disregarded by the Bankruptcy Court solely on the basis of such election; and

viv.   understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

CHI-1923551v17

| Summary Report:<br>Litera Change-Pro ML IC 6.5.0.313 Document Comparison done on<br>5/2/2014 7:23:47 AM | |
|---|---|
| **Style Name:** JD Color With Moves | |
| **Original Filename:** | |
| **Original DMS:** iw://CHI/CHI/1923551/1 | |
| **Modified Filename:** | |
| **Modified DMS:** iw://CHI/CHI/1923551/7 | |
| **Changes:** | |
| Add | 87 |
| Delete | 93 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 1 |
| Table Delete | 2 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| **Total Changes:** | 183 |

**EXHIBIT** ~~6A.6~~1E

**Ballot for Class 5**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

```
------------------------------------------------------------------ x
                                              :
In re                                         :  Chapter 9
                                              :
CITY OF DETROIT, MICHIGAN,                    :  Case No. 13-53846
                                              :
                            Debtor.           :  Hon. Steven W. Rhodes
                                              :
------------------------------------------------------------------ x
```

**BALLOT FOR ACCEPTING OR REJECTING THE
PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS 5: COP Swap Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M., EASTERN TIME, ON ~~JUNE 30~~JULY 11, 2014**

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF COP SWAP CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)), WHICH ARE CLAIMS IN CLASS 5.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS.  BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (~~March 31~~May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (~~March 31~~May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement").  By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order entered on ~~April~~May [____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.  You are receiving this Ballot because you are a Holder of one or more COP Swap Claims as of April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of one or more Class 5 Claims against the City, as defined in the Plan.

If you did not hold any COP Swap Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

---

[1]  Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1. In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

Any and all of your COP Swap Claims against the City have been placed in Class 5 under the Plan. If you hold multiple Claims within Class 5 under the Plan, you will receive a separate Ballot for each such Claim. **Please complete and return each Ballot you receive**. **The attached Ballot is designated only for voting COP Swap Claims in Class 5 under the Plan.**

If you hold more than one COP Swap Claim in Class 5, you must vote each Claim to accept or reject the Plan in the same manner. If you vote multiple Claims in Class 5 and the votes are not the same for each Claim in Class 5, your Ballots will not be counted as having been cast.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~I, Article IV.~~H~~K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2. Please complete Item 2 of the Ballot.

3. Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245

</div>

The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline, or Ballots delivered by email, fax, or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4. If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

5. The Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6. If you were not a Holder of one or more COP Swap Claims as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the Holder as of April 14, 2014 of a COP Swap Claim against the City of Detroit, Michigan in Class 5 under the Plan, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan. ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~I, Article IV.~~H~~K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor Name: _____ Claim Amount: _____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 2. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i.      is the Holder of the COP Swap Claim in Class 5 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

ii.     received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii.    has not submitted any other Ballots for Class 5 that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.    understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

| Summary Report: Litera Change-Pro ML IC 6.5.0.313 Document Comparison done on 5/2/2014 7:24:22 AM | |
|---|---|
| **Style Name:** JD Color With Moves | |
| **Original Filename:** | |
| **Original DMS:**iw://CHI/CHI/1921114/5 | |
| **Modified Filename:** | |
| **Modified DMS:** iw://CHI/CHI/1921114/7 | |
| **Changes:** | |
| Add | 16 |
| Delete | 12 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| **Total Changes:** | 28 |

**EXHIBIT ~~6A.7~~1F**

**Master Ballot for Class 7**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
-----------------------------------------------------------------x
                                            :
In re                                       : Chapter 9
                                            :
CITY OF DETROIT, MICHIGAN,                  : Case No. 13-53846
                                            :
                        Debtor.             : Hon. Steven W. Rhodes
                                            :
----------------------------------------------------------------- x
```

**MASTER BALLOT FOR ACCEPTING OR REJECTING THE**
**PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS 7: Limited Tax General Obligation Bond Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE**
> **PLAN IS 5:00 P.M., EASTERN TIME, ON ~~JUNE 30~~JULY 11, 2014**

THIS BALLOT (A "MASTER BALLOT") IS FOR YOU, AS A BANK, BROKER OR OTHER AGENT (A "NOMINEE"), TO TRANSMIT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") THE VOTES OF BENEFICIAL OWNERS OF LIMITED TAX GENERAL OBLIGATION ("LTGO") CLAIMS (THE "BENEFICIAL HOLDERS"), WHICH ARE CLAIMS IN CLASS 7. PLEASE COMPLETE, SIGN AND DATE THE MASTER BALLOT AND RETURN IT TO THE BALLOTING AGENT AT THE ADDRESS PROVIDED BELOW. MASTER BALLOTS MUST ACTUALLY BE RECEIVED BY THE BALLOTING AGENT BY THE VOTING DEADLINE ABOVE. UNLESS THE TIME IS EXTENDED, MASTER BALLOTS RECEIVED AFTER THE VOTING DEADLINE WILL NOT BE COUNTED.

RETURN THIS MASTER BALLOT ONLY TO THE BALLOTING AGENT. DO NOT RETURN THIS MASTER BALLOT TO THE BANKRUPTCY COURT, THE CITY OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. MASTER BALLOTS AND BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit* (~~March 31~~*May 2, 2014*) (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit* (~~March 31~~*May 2, 2014*) (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on ~~April~~May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order. You are receiving this Master Ballot because you are a Nominee of Beneficial Holders of LTGO Bond Claims as of April 14, 2014 (the "Voting Record Date").

Use this Master Ballot to cast votes to accept or reject the Plan in accordance with the beneficial ballots (each, a "Beneficial Ballot") cast by the Beneficial Holders of LTGO Bond Claims.

---

[1]    Capitalized terms used in this Master Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

13-53846-tjt    Doc 4377    Filed 05/02/14    Entered 05/02/14 14:24:50    Page 193 of 315

As a Nominee, you must deliver the Solicitation Package,[2] including a Beneficial Ballot, to each Beneficial Holder of LTGO Bond Claims.  You must also take all actions needed for Beneficial Holders to timely complete and return their respective Beneficial Ballots, such that you can complete and deliver this Master Ballot so it is actually received by the Voting Deadline.

If you were not a Nominee with respect to LTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (917) 281-4800 or via email at detroitinfo@kccllc.com.

With respect to any complete Beneficial Ballots returned to you, you must:

    i.        execute this Master Ballot to reflect the voting instructions given to you by the Beneficial Holders in the Beneficial Ballots;

    ii.       summarize the results of all votes cast by the Beneficial Holders on the Master Ballot;

    iii.     return the completed Master Ballot and copies of all Beneficial Ballots you receive to the Balloting Agent, such that all Master Ballots and Beneficial Ballots are actually received by the Voting Deadline; and

    iv.     retain each original Beneficial Ballot you receive in your files for at least one year after the Voting Deadline.

Please return the completed Master Ballot and copies of the Beneficial Ballots to the Balloting Agent at the following address:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
1290 Avenue of the Americas, 9th Floor
New York, New York 10104

</div>

Master Ballots and Beneficial Ballots may not be submitted by facsimile, electronic mail or other electronic means.

---

[2]    The "Solicitation Package" consists of:  (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and all exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Master Ballot, please certify your authority to vote.

2.  In the boxes provided in Item 2 of the Master Ballot, please fill in the table (attaching additional sheets as necessary) to transmit the votes of the Beneficial Holders of the LTGO Bond Claims in Class 7. Record the account number for each Beneficial Holder that returned a Beneficial Ballot, and the principal amount of claims voting to accept or reject the Plan. Please note that each Beneficial Holder must vote all claims held by such Beneficial Holder in Class 7 in the same manner; claims may not be split. Any Beneficial Ballot that does not indicate any vote to accept or reject the Plan, or indicates votes to both accept and reject the Plan, shall not be counted as having been cast.

3.  In Item 3, please transcribe the information provided by each Beneficial Holder in Item 2 of the Beneficial Ballot relating to other Claims in Class 7 voted.

4.  In Item 4, please complete the certifications for this Master Ballot, including the date and signature.

5.  Return the complete, signed and dated Master Ballot, and copies of all Beneficial Ballots you receive, to the Balloting Agent so that they are <u>actually received</u> by the Voting Deadline. If a Master Ballot is received after the Voting Deadline, it will not be counted. Master Ballots submitted by email, fax or any other electronic method will not be accepted. Master Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Master Ballots received by the City, the Bankruptcy Court or an entity other than the Balloting Agent will not be valid and will not be counted as having been cast.

6.  Retain the original Beneficial Ballots you received in your records for at least one year after the Voting Deadline.

7.  If you are also a Nominee for Claims in other Classes, you will receive a separate Master Ballot for such Claims. You must complete and return each Master Ballot you receive to ensure that the votes of the Beneficial Holders will be counted with respect to each Class and Claim for which you are a Nominee.

8.  The Master Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

9.  If you were not a Nominee with respect to LTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (917) 281-4800 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2, 3 AND 4 BELOW. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Certification of Authority to Vote.** The undersigned certifies that as of April 14, 2014, the undersigned (please check applicable box):

☐ is a broker, bank or other agent for the Beneficial Holder of the aggregate principal amount of LTGO Bond Claims in Class 7 listed in Item 2 below, and is the Nominee holder of such bonds as of the Voting Record Date;

☐ is acting under a power of attorney and/or agency (a copy of which is available upon request) granted by a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of LTGO Bond Claims in Class 7 listed in Item 2 below; or

☐ has been granted a proxy (an original of which is attached) from a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of LTGO Bond Claims in Class 7 listed in Item 2 below, and accordingly has full power and authority to vote to accept or reject the Plan on behalf of the Beneficial Holder of the LTGO Bond Claims in Class 7 listed in Item 2 below.

**Item 2. Transmittal of Votes.** The undersigned transmits the following votes of Beneficial Holders of the LTGO Bond Claims in Class 7; certifies that the Beneficial Holders identified by the account numbers below are Beneficial Holders as of the Voting Record Date; and certifies that each listed Beneficial Holder delivered a Beneficial Ballot casting such votes.

| Your Account Number for Each Beneficial Holder Voting on the Plan | Principal Amount of Claims Voted to <u>ACCEPT</u> the Plan* | Principal Amount of Claims Voted to <u>REJECT</u> the Plan* |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |
| 6. | $ | $ |
| 7. | $ | $ |
| 8. | $ | $ |
| 9. | $ | $ |
| 10. | $ | $ |
| **TOTALS** | $ | $ |

\* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Additional Ballots Submitted by Beneficial Holders.** The undersigned certifies that the following information is a true and accurate schedule, on which the undersigned has transcribed all and any applicable information provided in Item 2 of each Beneficial Ballot received from a Beneficial Holder.

INFORMATION IN THIS SECTION IS TRANSCRIBED
FROM ITEM 2 OF THE BENEFICIAL BALLOTS REGARDING OTHER BENEFICIAL BALLOTS
CAST BY THE UNDERSIGNED'S BENEFICIAL HOLDERS IN RESPECT OF CLAIMS IN CLASS 7

| Your Account Number for Each Beneficial Holder Who Completed Item 2 of their Beneficial Ballot | **Transcribe from Item 2 of the Beneficial Ballot\*** | | | | |
|---|---|---|---|---|---|
| | Account Number of Other Bond Claims in Class 7 | Name of Other Nominee or Other Registered Holder | CUSIP Number of Other Bonds | Series Number of Other Bonds | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\*If space provided is insufficient, attach additional sheets in the same format.

**PLEASE CONTINUE TO ITEM 4 ON THE NEXT PAGE**

**Item 4. Certifications.** By signing this Master Ballot, the undersigned certifies that the undersigned:

1.      provided each Beneficial Holder with all materials in the Solicitation Package and a Beneficial Ballot for voting ~~their~~its Class 7 LTGO Bond Claims;

2.      received a completed and signed Beneficial Ballot from each Beneficial Holder listed in Item 2 of this Master Ballot;

3.      has full power and authority to vote to transmit the votes to accept or reject the Plan;

4.      properly disclosed (a) the number of Beneficial Holders who completed Beneficial Ballots; (b) the respective amounts of the LTGO Bond Claims in Class 7 held by each Beneficial Holder that completed a Beneficial Ballot; (c) each such Beneficial Holder's respective vote concerning the Plan; and (d) the customer account or other identification number for each such Beneficial Holder; and

5.      received from each such Beneficial Holder a certification that each such Beneficial Holder is eligible to vote on the Plan.

 

_____
Name of Nominee

_____
Participant Number

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

| Summary Report: Litera Change-Pro ML IC 6.5.0.313 Document Comparison done on 5/1/2014 8:01:02 PM | |
|---|---|
| **Style Name:** JD Color With Moves | |
| **Original Filename:** | |
| **Original DMS:**iw://CHI/CHI/1921150/5 | |
| **Modified Filename:** | |
| **Modified DMS:** iw://CHI/CHI/1921150/7 | |
| **Changes:** | |
| Add | 13 |
| Delete | 9 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| **Total Changes:** | 22 |

**EXHIBIT ~~6A.8~~1G**

**Beneficial Ballot for Class 7**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
----------------------------------------------------------------- x
                                          :
In re                                     : Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                : Case No. 13-53846
                                          :
                        Debtor.           : Hon. Steven W. Rhodes
                                          :
----------------------------------------------------------------- x
```

**BENEFICIAL HOLDER BALLOT FOR ACCEPTING OR REJECTING THE**
**PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT, MICHIGAN**

CLASS 7: Limited Tax General Obligation Bond Claims

---

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE**
**PLAN IS 5:00 P.M., EASTERN TIME, ON ~~JUNE 30~~JULY 11, 2014**

---

THIS BALLOT (A "BENEFICIAL BALLOT") IS TO BE USED BY BENEFICIAL OWNERS OF LIMITED TAX GENERAL OBLIGATION ("LTGO") BOND CLAIMS IN CLASS 7 (THE "BENEFICIAL HOLDERS"). PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO THE BANK, BROKER OR OTHER AGENT THAT HOLDS YOUR BONDS (THE "NOMINEE") BY THE DATE SET BY YOUR NOMINEE. A TIMELY RETURN OF THE BENEFICIAL BALLOT IS NECESSARY SO THE NOMINEE CAN COMPLETE AND RETURN A MASTER BALLOT (THE "MASTER BALLOT") BY THE VOTING DEADLINE ABOVE.

RETURN THIS BENEFICIAL BALLOT ONLY TO YOUR NOMINEE. DO NOT RETURN THE BENEFICIAL BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT, KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") OR ANY ENTITY OTHER THAN YOUR NOMINEE. PLEASE CONTACT YOUR NOMINEE IF YOU DID NOT RECEIVE RETURN INSTRUCTIONS FOR THIS BENEFICIAL BALLOT OR IF YOU HAVE QUESTIONS ABOUT THE NOMINEE'S RETURN INSTRUCTIONS. BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (~~March 31~~May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (~~March 31~~May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on ~~April~~May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order. You are receiving this Beneficial Ballot because you are a Beneficial Holder of LTGO bonds as of April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of a Class 7 LTGO Bond Claim against the City, as defined in the Plan.

---

[1]  Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

If you were not a Beneficial Holder of LTGO bonds as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Beneficial Ballot in accordance with the voting information and instructions provided below. You must complete your Beneficial Ballot and return it to your Nominee, leaving the Nominee sufficient time to prepare a Master Ballot that includes your vote and to deliver that Master Ballot to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. Beneficial Ballots should not be sent to the City or the Bankruptcy Court.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Beneficial Ballot, please indicate your vote to accept or reject the Plan.

    All of your LTGO Bond Claims against the City have been placed in Class 7 under the Plan.  If you hold multiple Claims within Class 7 under the Plan, you ~~will~~may receive a separate Beneficial Ballot for each such Claim.  ~~Each Beneficial Ballot you receive is for voting only your Claim described on the Beneficial Ballot~~.  **Please complete and return each Beneficial Ballot you receive.  The attached Beneficial Ballot is designated only for voting LTGO Bond Claims in Class 7 under the Plan.**

    If you hold more than one LTGO Bond Claim in Class 7, you must vote each Claim to accept or reject the Plan in the same manner.  If you vote multiple Claims in Class 7, and each vote is not the same for each Claim in Class 7, your Beneficial Ballots will not be counted as having been cast.

    **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~.I, Article IV.~~H~~K and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.  In Item 2 of the Beneficial Ballot, please either (a) certify that this Beneficial Ballot is the only Beneficial Ballot you submit for LTGO Bond Claims in Class 7; or (b) complete the chart in Item 2 and certify that in such chart you disclosed all applicable account numbers and Nominees for any and all Beneficial Ballots you submit for LTGO Bond Claims in Class 7.

3.  Please complete Item 3 of the Beneficial Ballot.

4.  Sign, date and return the Beneficial Ballot according to the instructions given by your Nominee such that the Nominee has sufficient time to prepare a Master Ballot including your vote.  The Nominee must deliver the Master Ballot to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline.  Beneficial Ballots should not be sent directly to the Balloting Agent, the City, the Bankruptcy Court or any entity other than your Nominee.  Any Beneficial Ballots received by the Balloting Agent, the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

5.  If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim.  You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

6.  This Beneficial Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

7.  If you were not a Beneficial Holder of LTGO bonds as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2 AND 3 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS
CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE
COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE
VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the Beneficial Holder as of April 14, 2014, of the LTGO Bond Claims in
Class 7 under the Plan against the City of Detroit, Michigan, and in the amount set forth below, votes to (check <u>one</u>
box):

☐ **ACCEPT** the Plan.                    ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation,
expungement, injunction and release provisions contained in the Plan. Such provisions include, but are
not limited to, the provisions contained in Article III.D, Article IV.~~G~~J, Article IV.~~H~~K and Article V.C of
the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____        Claim Amount: $ _____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 2. Certification as to Bond Claims in Class 7 Held in Additional Accounts.** The undersigned certifies that (check <u>one</u> box):

☐ This is the only Beneficial Ballot submitted by the undersigned for Claims in Class 7.

☐ The completed chart discloses all account numbers, Nominees and applicable bond information for any and all Beneficial Ballots the undersigned submitted for Claims in Class 7.

<u>COMPLETE THIS CHART ONLY IF YOU HAVE SUBMITTED OTHER BALLOTS IN CLASS 7*</u>

| Account Number of Other Bond Claims in Class 7 | Name of Nominee or Other Registered Holder | CUSIP Number of Other Bonds | Series Number of Other Bonds | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

\* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Certifications.** By signing this Beneficial Ballot, the undersigned certifies that he, she or it:

i.      is the Holder of the LTGO Bond Claims in Class 7 to which this Beneficial Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

ii.     received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots ~~and~~, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii.    has not submitted any other Beneficial Ballots (including any such ballots listed in Item 2 above) that are inconsistent with the vote to accept or reject the Plan set forth in this Beneficial Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Beneficial Ballot;

iv.    understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan; and

v.     gives consent to any applicable Nominee to submit a Master Ballot reflecting the votes executed on this Beneficial Ballot to the Balloting Agent.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

CHI-1921042v68

| Summary Report: Litera Change-Pro ML IC 6.5.0.313 Document Comparison done on 5/2/2014 7:28:37 AM | |
|---|---|
| **Style Name:** JD Color With Moves | |
| **Original Filename:** | |
| **Original DMS:**iw://CHI/CHI/1921042/6 | |
| **Modified Filename:** | |
| **Modified DMS:** iw://CHI/CHI/1921042/8 | |
| **Changes:** | |
| Add | 17 |
| Delete | 14 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| **Total Changes:** | 31 |

**EXHIBIT ~~6A.9~~1H**

**Individual Ballot for Class 7**

CHI-1921403v~6~8

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
------------------------------------------------------------------ x
                                          :
In re                                     : Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                : Case No. 13-53846
                                          :
                        Debtor.           : Hon. Steven W. Rhodes
                                          :
------------------------------------------------------------------ x
```

**BALLOT FOR ACCEPTING OR REJECTING**
**THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS 7: Limited Tax General Obligation Bond Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE**
> **PLAN IS 5:00 P.M. EASTERN TIME ON ~~JUNE 30~~JULY 11, 2014**

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF LIMITED TAX GENERAL OBLIGATION ("LTGO") BOND CLAIMS, WHICH ARE CLAIMS IN CLASS 7.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS.  BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit* (~~*March 31*~~*May 2, 2014*) (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit* (~~*March 31*~~*May 2, 2014*) (as it may be amended, supplemented or modified, the "Disclosure Statement").  By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order entered on ~~April~~May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.  You are receiving this Ballot because you are Holder of LTGO bonds as of April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of a Class 7 Claim against the City, as defined in the Plan.

If you did not hold any LTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan.  Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

---

[1]  Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code.  If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case.  If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below.  You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline.  The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method.  Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

All of your LTGO Bond Claims against the City have been placed in Class 7 under the Plan. If you hold multiple LTGO Bond Claims within Class 7 under the Plan, you ~~will~~may receive a separate Ballot for each such Claim. ~~Each Ballot you receive is for voting only your LTGO Bond Claim described on the Ballot~~. **Please complete and return each Ballot you receive. The attached Ballot is designated only for voting LTGO Bond Claims in Class 7 under the Plan.**

If you hold more than one LTGO Bond Claim in Class 7, you must vote each LTGO Bond Claim to accept or reject the Plan in the same manner. If you vote multiple Claims in Class 7, and each vote is not the same for each Claim in Class 7, your Ballots will not be counted as having been cast.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~I, Article IV.~~H~~K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.      Please complete Item 2 of the Ballot.

3.      Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
1290 Avenue of the Americas, 9th Floor
New York, New York 10104

</div>

The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4.      If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

5.      This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6.      If you were not a Holder of LTGO Bond Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1 AND 2 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1. Class Vote.** The undersigned, the Holder as of April 14, 2014, of LTGO Bond Claim in Class 7 of the Plan against the City of Detroit, Michigan in the amount set forth below, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan. ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~I, Article IV.~~H~~K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____     Claim Amount: $_____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 2. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i.      is the Holder of the LTGO Bond Claim in Class 7 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan for such Claims;

ii.     received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots ~~and~~, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii.     has not submitted any other Ballots that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.     understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

 

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

| Summary Report: Litera Change-Pro ML IC 6.5.0.313 Document Comparison done on 5/2/2014 7:34:36 AM | |
|---|---|
| **Style Name:** JD Color With Moves | |
| **Original Filename:** | |
| **Original DMS:** iw://CHI/CHI/1921403/6 | |
| **Modified Filename:** | |
| **Modified DMS:** iw://CHI/CHI/1921403/8 | |
| **Changes:** | |
| Add | 17 |
| Delete | 14 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| **Total Changes:** | 31 |

**Exhibit ~~6A.10~~1I**

**Insurer Ballot for Class 7**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

```
---------------------------------------------------------------- x
                                         :
In re                                    : Chapter 9
                                         :
CITY OF DETROIT, MICHIGAN,               : Case No. 13-53846
                                         :
                       Debtor.           : Hon. Steven W. Rhodes
                                         :
---------------------------------------------------------------- x
```

**BALLOT FOR ACCEPTING OR REJECTING
THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS 7: Limited Tax General Obligation Bond Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M. EASTERN TIME ON ~~JUNE 30~~JULY 11, 2014**

THIS BALLOT (A "BALLOT") IS FOR INSURERS OF LIMITED TAX GENERAL OBLIGATION ("LTGO") BONDS. CLAIMS ON ACCOUNT OF SUCH BONDS ARE CLAIMS IN CLASS 7. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS. BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (~~March 31~~May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (~~March 31~~May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on ~~April~~May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.

You are receiving this Ballot because you are an insurer of LTGO bonds as of April 14, 2014 (the "Voting Record Date"). Accordingly, you are entitled to submit a Ballot pursuant to the Solicitation Procedures Order. The Solicitation Procedures Order provides, however, that if there is a dispute regarding your right to vote on the Plan with respect to LTGO bonds, your vote will not be counted unless the Bankruptcy Court determines, at a hearing currently scheduled for June 26, 2014, that you are entitled to vote. You should review the Solicitation Procedures Order and consult counsel to determine whether you need to take action for your vote on this Ballot to be counted.

---

[1]  Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

If you did not insure LTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

You must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is actually received by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

    All Claims against the City with respect to LTGO bonds have been placed in Class 7 under the Plan. If you insure multiple LTGO bonds, you will ~~receive a separate Class 7 Ballot on account of~~vote with respect to each such bond. ~~Please complete and return each Ballot you~~ on this Ballot. You will not receive more than one ballot with respect to LTGO bonds. **The attached Ballot is designated only for voting by insurers of LTGO bonds.**

    If you insure multiple LTGO bonds, you must vote in the same manner with respect to all such bonds. If you ~~submit multiple~~attempt to split your Class 7 ~~Ballots and each~~vote ~~is not the same on each Ballot~~, your ~~Ballots~~Ballot will not be counted as having been cast.

    **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~.I, Article IV.~~H~~K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.  Please complete Item 2 of the Ballot.

3.  Sign, date and return the Ballot to:

    <div align="center">

    Detroit Ballot Processing Center
    c/o KCC
    1290 Avenue of the Americas, 9th Floor
    New York, New York 10104

    </div>

    The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4.  If you (a) also hold Claims in other Classes or sub-Classes or (b) insure securities giving rise to Claims in other Classes or sub-Classes, you will receive ~~a~~ separate ~~ballot~~ballots on account of ~~each~~ such ~~Claim~~Claims or ~~each~~ such ~~security~~securities. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each ballot.

5.  This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6.  If you were not an insurer of LTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, an insurer of LTGO bonds as of April 14, 2014 in the amount set forth below, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan.  ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~I, Article IV.~~H~~K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Insurer: _____

Aggregate Amount of Principal ~~and Interest~~ Insured with Respect to LTGO Bonds: $_____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 2. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i.    is an insurer of LTGO bonds ~~to which this Ballot pertains~~ and has full power and authority to vote to accept or reject the Plan on account of such bonds;

ii.   received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots ~~and~~, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii.  has not submitted any other Ballots that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.   understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

| Summary Report: Litera Change-Pro ML IC 6.5.0.313 Document Comparison done on 5/2/2014 7:35:29 AM | |
|---|---|
| **Style Name:** JD Color With Moves | |
| **Original Filename:** | |
| **Original DMS:**iw://CHI/CHI/1923725/4 | |
| **Modified Filename:** | |
| **Modified DMS:** iw://CHI/CHI/1923725/6 | |
| **Changes:** | |
| Add | 24 |
| Delete | 26 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| **Total Changes:** | 50 |

**EXHIBIT ~~6A.11~~1I**

**Master Ballot for Class 8**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

```
----------------------------------------------------------------x
                                              :
In re                                         :  Chapter 9
                                              :
CITY OF DETROIT, MICHIGAN,                    :  Case No. 13-53846
                                              :
                         Debtor.              :  Hon. Steven W. Rhodes
                                              :
---------------------------------------------------------------- x
```

**MASTER BALLOT FOR ACCEPTING OR REJECTING THE
PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS 8: Unlimited Tax General Obligation Bond Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M., EASTERN TIME, ON ~~JUNE 30~~JULY 11, 2014**

THIS BALLOT (A "MASTER BALLOT") IS FOR YOU, AS A BANK, BROKER OR OTHER AGENT (A "NOMINEE"), TO TRANSMIT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") THE VOTES OF BENEFICIAL OWNERS OF UNLIMITED TAX GENERAL OBLIGATION ("UTGO") BOND CLAIMS (THE "BENEFICIAL HOLDERS"), WHICH ARE CLAIMS IN CLASS 8 UNDER THE PLAN.  PLEASE COMPLETE, SIGN AND DATE THE MASTER BALLOT AND RETURN IT TO THE BALLOTING AGENT AT THE ADDRESS PROVIDED BELOW.  MASTER BALLOTS MUST ACTUALLY BE RECEIVED BY THE BALLOTING AGENT BY THE VOTING DEADLINE ABOVE.  UNLESS THE TIME IS EXTENDED, MASTER BALLOTS RECEIVED AFTER THE VOTING DEADLINE WILL NOT BE COUNTED.

RETURN THIS MASTER BALLOT ONLY TO THE BALLOTING AGENT.  DO NOT RETURN THIS MASTER BALLOT TO THE BANKRUPTCY COURT, THE CITY OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  MASTER BALLOTS AND BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Fourth* Amended Plan for the Adjustment of Debts of the City of Detroit (~~March 31~~*May 2, 2014*) (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth* Amended Disclosure Statement with Respect to *Fourth* Amended Plan for the Adjustment of Debts of the City of Detroit (~~March 31~~*May 2, 2014*) (as it may be amended, supplemented or modified, the "Disclosure Statement").  By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order entered on ~~April~~May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.  You are receiving this Master Ballot because you are a Nominee of Beneficial Holders of UTGO Bond Claims as of April 14, 2014 (the "Voting Record Date").

Use this Master Ballot to cast votes to accept or reject the Plan in accordance with the Beneficial Ballots (each, a "Beneficial Ballot") cast by the Beneficial Holders of UTGO Bond Claims.

---

[1]   Capitalized terms used in this Master Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

As a Nominee, you must deliver the Solicitation Package,[2] including a Beneficial Ballot, to each Beneficial Holder of UTGO Claims. You must also take all actions needed for Beneficial Holders to timely complete and return their respective Beneficial Ballots, such that you can complete and deliver this Master Ballot so it is actually received by the Voting Deadline.

If you were not a Nominee with respect to UTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (917) 281-4800 or via email at detroitinfo@kccllc.com.

With respect to any complete Beneficial Ballots returned to you, you must:

    i.      execute this Master Ballot to reflect the voting instructions given to you by the Beneficial Holders in the Beneficial Ballots for UTGO Bond Claims;

    ii.     summarize the results of all votes cast by the Beneficial Holders on the Master Ballot;

    iii.    return the completed Master Ballot and copies of all Beneficial Ballots you receive to the Balloting Agent, such that all Master Ballots and Beneficial Ballots are actually received by the Voting Deadline; and

    iv.    retain each original Beneficial Ballot you receive in your files for at least one year after the Voting Deadline.

Please return the completed Master Ballot and copies of the Beneficial Ballots to the Balloting Agent at the following address:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
1290 Avenue of the Americas, 9th Floor
New York, New York 10104

</div>

Master Ballots and Beneficial Ballots may not be submitted by facsimile, electronic mail or other electronic means.

---

[2] The "Solicitation Package" consists of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Master Ballot, please certify your authority to vote.

2.  In the boxes provided in Item 2 of the Master Ballot, please fill in the table (attaching additional sheets as necessary) to transmit the votes of the Beneficial Holders of the UTGO Bond Claims in Class 8. Record the account number for each Beneficial Holder that returned a Beneficial Ballot, and the principal amount of UTGO Bond Claims voting to accept or reject the Plan. Please note that each Beneficial Holder must vote all claims held by such Beneficial Holder in Class 8 in the same manner; claims may not be split. Any Beneficial Ballot that does not indicate any vote to accept or reject the Plan, or indicates votes to both accept and reject the Plan, shall not be counted as having been cast.

3.  In Item 3, please transcribe the information provided by each Beneficial Holder in Item 2 of the Beneficial Ballot relating to other UTGO Bond Claims in Class 8 voted.

4.  In Item 4, please complete the certifications for this Master Ballot, including the date and signature.

5.  Return the complete, signed and dated Master Ballot, and copies of all Beneficial Ballots you receive, to the Balloting Agent so that they are <u>actually received</u> by the Voting Deadline. If a Master Ballot is received after the Voting Deadline, it will not be counted. Master Ballots submitted by email, fax or any other electronic method will not be accepted. Master Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Master Ballots received by the City, the Bankruptcy Court or an entity other than the Balloting Agent will not be valid and will not be counted as having been cast.

6.  Retain the original Beneficial Ballots you received in your records for at least one year after the Voting Deadline.

7.  If you are also a Nominee for Claims in other Classes, you will receive a separate Master Ballot for such Claims. You must complete and return each Master Ballot you receive to ensure that the votes and elections of the Beneficial Holders will be counted with respect to each Class and Claim for which you are a Nominee.

8.  The Master Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

9.  If you were not a Nominee with respect to UTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (917) 281-4800 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2, 3 AND 4 BELOW.  IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Certification of Authority to Vote.**  The undersigned certifies that as of April 14, 2014, the undersigned (please check applicable box):

    ☐  is a broker, bank or other agent for the Beneficial Holder of the aggregate principal amount of UTGO Bond Claims in Class 8 listed in Item 2 below, and is the Nominee holder of such securities as of the Voting Record Date.

    ☐  is acting under a power of attorney and/or agency (a copy of which is available upon request) granted by a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of UTGO Bond Claims in Class 8 listed in Item 2 below; or

    ☐  has been granted a proxy (an original of which is attached) from a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of UTGO Bond Claims in Class 8 listed in Item 2 below, and accordingly has full power and authority to vote to accept or reject the Plan on behalf of the Beneficial Holder of the UTGO Bond Claims in Class 8 listed in Item 2 below.

**Item 2.  Transmittal of Votes.**  The undersigned transmits the following votes of Beneficial Holders of the UTGO Bond Claims in Class 8; certifies that the Beneficial Holders identified by the account numbers below are Beneficial Holders as of the Voting Record Date; and certifies that each listed Beneficial Holder delivered a Beneficial Ballot casting such votes.

| Your Account Number for Each Beneficial Holder Voting on the Plan | Principal Amount of Claims Voted to <u>ACCEPT</u> the Plan* | Principal Amount of Claims Voted to <u>REJECT</u> the Plan* |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |
| 6. | $ | $ |
| 7. | $ | $ |
| 8. | $ | $ |
| 9. | $ | $ |
| 10. | $ | $ |
| **TOTALS** | $ | $ |

* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Additional Ballots Submitted by Beneficial Holders.** The undersigned certifies that the following information is a true and accurate schedule, on which the undersigned has transcribed all and any applicable information provided in Item 2 of each Beneficial Ballot received from a Beneficial Holder.

INFORMATION IN THIS SECTION IS TRANSCRIBED
FROM ITEM 2 OF THE BENEFICIAL BALLOTS REGARDING OTHER BENEFICIAL BALLOTS
CAST BY THE UNDERSIGNED'S BENEFICIAL HOLDERS IN RESPECT OF CLAIMS IN CLASS 8

| Your Account Number for Each Beneficial Holder Who Completed Item 2 of their Beneficial Ballot | **Transcribe from Item 2 of the Beneficial Ballot\*** | | | | |
|---|---|---|---|---|---|
| | Account Number of Other Bond Claims in Class 8 | Name of Other Nominee or Other Registered Holder | CUSIP Number of Other Bonds | Series Number of Other Bonds | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\*If space provided is insufficient, attach additional sheets in the same format.

**PLEASE CONTINUE TO ITEM 4 ON THE NEXT PAGE**

**Item 4.  Certifications.**  By signing this Master Ballot, the undersigned certifies that the undersigned:

1.       provided each Beneficial Holder with all materials in the Solicitation Package and a Beneficial Ballot for voting ~~their~~its Class 8 UTGO Bond Claims;

2.       received a completed and signed Beneficial Ballot from each Beneficial Holder listed in Item 2 of this Master Ballot;

3.       has full power and authority to vote to transmit the votes to accept or reject the Plan;

4.       properly disclosed (a) the number of Beneficial Holders who completed Beneficial Ballots; (b) the respective amounts of the UTGO Bond Claims in Class 8 held by each Beneficial Holder that completed a Beneficial Ballot; (c) each such Beneficial Holder's respective vote concerning the Plan; and (d) the customer account or other identification number for each such Beneficial Holder; and

5.       received from each such Beneficial Holder a certification that each such Beneficial Holder is eligible to vote on the Plan.

<br>

_____
Name of Nominee

_____
Participant Number

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

| Summary Report: Litera Change-Pro ML IC 6.5.0.313 Document Comparison done on 5/1/2014 8:06:19 PM | |
|---|---|
| **Style Name:** JD Color With Moves | |
| **Original Filename:** | |
| **Original DMS:** iw://CHI/CHI/1921151/6 | |
| **Modified Filename:** | |
| **Modified DMS:** iw://CHI/CHI/1921151/8 | |
| **Changes:** | |
| Add | 13 |
| Delete | 9 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| **Total Changes:** | 22 |

**EXHIBIT ~~6A.12~~1K**

**Beneficial Ballot for Class 8**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
------------------------------------------------------------ x
                                              :
In re                                         : Chapter 9
                                              :
CITY OF DETROIT, MICHIGAN,                    : Case No. 13-53846
                                              :
                         Debtor.              : Hon. Steven W. Rhodes
                                              :
------------------------------------------------------------ x
```

### BENEFICIAL HOLDER BALLOT FOR ACCEPTING OR REJECTING THE
### PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT, MICHIGAN

CLASS 8: Unlimited Tax General Obligation Bond Claims

<div style="border:1px solid black">

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
PLAN IS 5:00 P.M., EASTERN TIME, ON ~~JUNE 30~~JULY 11, 2014**

</div>

THIS BALLOT (A "BENEFICIAL BALLOT") IS TO BE USED BY BENEFICIAL OWNERS OF UNLIMITED TAX GENERAL OBLIGATION ("UTGO") BOND CLAIMS IN CLASS 8 (THE "BENEFICIAL HOLDERS"). PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO YOUR BANK, BROKER OR OTHER AGENT THAT HOLDS YOUR BONDS (THE "NOMINEE") BY THE DATE SET BY YOUR NOMINEE.  A TIMELY RETURN OF THE BENEFICIAL BALLOT IS NECESSARY SO THE NOMINEE CAN COMPLETE AND RETURN A MASTER BALLOT (THE "MASTER BALLOT") BY THE VOTING DEADLINE ABOVE.

RETURN THIS BENEFICIAL BALLOT ONLY TO YOUR NOMINEE.  DO NOT RETURN THE BENEFICIAL BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT, KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") OR ANY ENTITY OTHER THAN YOUR NOMINEE. PLEASE CONTACT YOUR NOMINEE IF YOU DID NOT RECEIVE RETURN INSTRUCTIONS FOR THIS BENEFICIAL BALLOT, OR IF YOU HAVE QUESTIONS ABOUT THE NOMINEE'S RETURN INSTRUCTIONS.  BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (~~March 31~~May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (~~March 31~~May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement").  By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order entered on ~~April~~May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.  You are receiving this Beneficial Ballot because you are a Beneficial Holder of UTGO bonds as of April 14, 2014 (the "Voting Record Date"), and accordingly you are a Holder of a Class 8 UTGO Bond Claim against the City, as defined in the Plan.

---

[1]  Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

If you were not a Beneficial Holder of UTGO Bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Beneficial Ballot in accordance with the voting information and instructions provided below. You must complete your ballot and return it to your Nominee, leaving the Nominee sufficient time to prepare a Master Ballot that includes your vote and to deliver that Master Ballot to the Balloting Agent so that it is actually received by the Voting Deadline. Beneficial Ballots should not be sent to the City or the Bankruptcy Court.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Beneficial Ballot, please indicate your vote to accept or reject the Plan.

    All of your UTGO Bond Claims against the City have been placed in Class 8 under the Plan.  If you hold multiple Claims within Class 8 under the Plan, you ~~will~~may receive a separate Beneficial Ballot for each such UTGO Bond Claim.  ~~Each Beneficial Ballot you receive is for voting only your UTGO Bond Claim described on the Beneficial Ballot~~.  **Please complete and return each Beneficial Ballot you receive.  The attached Beneficial Ballot is designated only for voting UTGO Bond Claims in Class 8 under the Plan.**

    If you hold more than one UTGO Bond Claim in Class 8, you must vote each UTGO Bond Claim to accept or reject the Plan in the same manner.  If you vote multiple UTGO Bond Claims in Class 8, and each vote is not the same for each UTGO Bond Claim in Class 8, your Beneficial Ballots will not be counted as having been cast.

    **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~I, Article IV.~~H~~K and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.  In Item 2 of the Beneficial Ballot, please either (a) certify that this Beneficial Ballot is the only Beneficial Ballot you submit for UTGO Bond Claims in Class 8; or (b) complete the chart in Item 2 and certify that in such chart you disclosed all applicable account numbers and Nominees for any and all Beneficial Ballots you submit for UTGO Bond Claims in Class 8.

3.  Please complete Item 3 of the Beneficial Ballot.

4.  Sign, date and return the Beneficial Ballot according to the instructions given by your Nominee such that the Nominee has sufficient time to prepare a Master Ballot including your vote.  The Nominee must deliver the Master Ballot to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline.  Beneficial Ballots should not be sent directly to the Balloting Agent, the City, the Bankruptcy Court or any entity other than your Nominee.  Any Beneficial Ballots received by the Balloting Agent, the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

5.  If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim.  You must complete and return each such ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

6.  This Beneficial Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

7.  If you were not a Beneficial Holder of UTGO bonds as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1, 2 AND 3 BELOW.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote.**  The undersigned, the Beneficial Holder as of April 14, 2014, of UTGO Bond Claims in Class 8 under the Plan against the City of Detroit, Michigan, and in the amount set forth below, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan.                    ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~I, Article IV.~~H~~K and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____        Claim Amount: $_____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 2.  Certification as to UTGO Bond Claims in Class 8 Held in Additional Accounts.**  The undersigned certifies that: (check <u>one</u> box)

☐ This is the only Beneficial Ballot submitted by the undersigned for UTGO Bond Claims in Class 8.

☐ The completed chart discloses all account numbers, Nominees and applicable bond information for any and all Beneficial Ballots the undersigned submitted for UTGO Bond Claims in Class 8.

COMPLETE THIS CHART ONLY IF YOU HAVE SUBMITTED <u>OTHER BALLOTS IN CLASS 8</u>*

| Account Number of Other Bond Claims in Class 8 | Name of Nominee or Other Registered Holder | CUSIP Number of Other Bonds | Series Number of Other Bonds | Principal Amount of Other Bond Claims Voted in Additional Ballot(s) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

\* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3.  Certifications.**  By signing this Beneficial Ballot, the undersigned certifies that he, she or it:

i.      is the Holder of UTGO Bond Claims in Class 8 to which this Beneficial Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

ii.     received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii.    has not submitted any other Beneficial Ballots (including any such ballots listed in Item 2 above) that are inconsistent with the vote to accept or reject the Plan set forth in this Beneficial Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Beneficial Ballot;

iv.     understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan; and

v.      gives consent to any applicable Nominee to submit a Master Ballot reflecting the votes executed on this Beneficial Ballot to the Balloting Agent.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

| Summary Report: Litera Change-Pro ML IC 6.5.0.313 Document Comparison done on 5/2/2014 7:36:10 AM | |
|---|---|
| **Style Name:** JD Color With Moves | |
| **Original Filename:** | |
| **Original DMS:**iw://CHI/CHI/1921044/6 | |
| **Modified Filename:** | |
| **Modified DMS:** iw://CHI/CHI/1921044/7 | |
| **Changes:** | |
| Add | 17 |
| Delete | 14 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| **Total Changes:** | 31 |

**EXHIBIT ~~6A.13~~1L**

**Individual Ballot for Class 8**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
----------------------------------------------------------------- x
                                                  :
In re                                             :  Chapter 9
                                                  :
CITY OF DETROIT, MICHIGAN,                        :  Case No. 13-53846
                                                  :
                                  Debtor.          :  Hon. Steven W. Rhodes
                                                  :
----------------------------------------------------------------- x
```

### BALLOT FOR ACCEPTING OR REJECTING
### THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS 8: Unlimited Tax General Obligation Bond Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M. EASTERN TIME ON ~~JUNE 30~~JULY 11, 2014**

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF UNLIMITED TAX GENERAL OBLIGATION ("UTGO") BOND CLAIMS, WHICH ARE CLAIMS IN CLASS 8.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  PLEASE CONTACT THE BALLOTING AGENT IF YOU DID NOT RECEIVE RETURN INSTRUCTIONS FOR THIS BALLOT OR IF YOU HAVE QUESTIONS ABOUT THE RETURN INSTRUCTIONS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (~~March 31~~May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (~~March 31~~May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement").  By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order entered on ~~April~~May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.  You are receiving this Ballot because you are Holder of UTGO bonds as of April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of a Class 8 Claim against the City, as defined in the Plan.

If you did not hold any UTGO Bond Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan.  Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

---

[1]  Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is underlined actually received by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.    In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

All of your UTGO Bond Claims against the City have been placed in Class 8 under the Plan.  If you hold multiple UTGO Bond Claims within Class 8 under the Plan, you ~~will~~may receive a separate Ballot for each such UTGO Bond Claim.  ~~Each Ballot you receive is for voting only your UTGO Bond Claim described on the Ballot.~~  **Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting UTGO Bond Claims in Class 8 under the Plan.**

If you hold more than one UTGO Bond Claim in Class 8, you must vote each UTGO Bond Claim to accept or reject the Plan in the same manner.  If you vote multiple UTGO Bond Claims in Class 8, and each vote is not the same for each UTGO Bond Claim in Class 8, your Ballots will not be counted as having been cast.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~.I, Article IV.~~H~~K and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.    Please complete Item 2 of the Ballot.

3.    Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
1290 Avenue of the Americas, 9th Floor
New York, New York 10104

</div>

The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline.  If a Ballot is received after the Voting Deadline, it will not be counted.  The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method.  Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent.  Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4.    If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim.  You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

5.    This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6.    If you were not a Holder of one or more UTGO Bond Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

## PLEASE READ THE VOTING INFORMATION AND
## INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEMS 1 AND 2 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the Holder as of April 14, 2014, of UTGO Bond Claims in Class 8 of the Plan against the City of Detroit, Michigan in the amount set forth below, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan.          ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~I, Article IV.~~H~~K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____     Claim Amount: $_____

## PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE

**Item 3.  Certifications.**  By signing this Ballot, the undersigned certifies that he, she or it:

i.       is the Holder of the UTGO Bond Claim in Class 8 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan for such Claims;

ii.     received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii.    has not submitted any other Ballots that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.    understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

| Summary Report: Litera Change-Pro ML IC 6.5.0.313 Document Comparison done on 5/2/2014 7:36:49 AM | |
|---|---|
| **Style Name:** JD Color With Moves | |
| **Original Filename:** | |
| **Original DMS:** iw://CHI/CHI/1921408/5 | |
| **Modified Filename:** | |
| **Modified DMS:** iw://CHI/CHI/1921408/7 | |
| **Changes:** | |
| Add | 17 |
| Delete | 14 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| **Total Changes:** | 31 |

**Exhibit 6A.141M**

**Insurer Ballot for Class 8**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
------------------------------------------------------------- x
                                          :
In re                                     : Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                : Case No. 13-53846
                                          :
                        Debtor.           : Hon. Steven W. Rhodes
                                          :
------------------------------------------------------------- x
```

### BALLOT FOR ACCEPTING OR REJECTING
### THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS 8: Unlimited Tax General Obligation Bond Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M. EASTERN TIME ON ~~JUNE 30~~JULY 11, 2014**

THIS BALLOT (A "BALLOT") IS FOR INSURERS OF UNLIMITED TAX GENERAL OBLIGATION ("UTGO") BONDS.  CLAIMS ON ACCOUNT OF SUCH BONDS ARE CLAIMS IN CLASS 8.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  PLEASE CONTACT THE BALLOTING AGENT IF YOU DID NOT RECEIVE RETURN INSTRUCTIONS FOR THIS BALLOT OR IF YOU HAVE QUESTIONS ABOUT THE RETURN INSTRUCTIONS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Fourth* Amended Plan for the Adjustment of Debts of the City of Detroit (~~*March 31*~~*May 2*, 2014) (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth* Amended Disclosure Statement with Respect to *Fourth* Amended Plan for the Adjustment of Debts of the City of Detroit (~~*March 31*~~*May 2*, 2014) (as it may be amended, supplemented or modified, the "Disclosure Statement").  By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order entered on ~~April~~May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.

You are receiving this Ballot because you are an insurer of UTGO bonds as of April 14, 2014 (the "Voting Record Date").  Accordingly, you are entitled to submit a Ballot pursuant to the Solicitation Procedures Order.  The Solicitation Procedures Order provides, however, that if there is a dispute regarding your right to vote on the Plan with respect to UTGO bonds, your vote will not be counted unless the Bankruptcy Court determines, at a hearing currently scheduled for June 26, 2014, that you are entitled to vote.  You should review the Solicitation Procedures Order and consult counsel to determine whether you need to take action for your vote on this Ballot to be counted.

---

[1]  Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

If you did not insure UTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

You must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is actually received by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

    All Claims against the City with respect to UTGO bonds have been placed in Class 8 under the Plan.  If you insure multiple UTGO bonds, you will ~~receive a separate Class 8 Ballot on account of~~ vote with respect to each such bond.  ~~Please complete and return each Ballot you~~ on this Ballot.  You will not receive more than one ballot with respect to UTGO bonds.  **The attached Ballot is designated only for voting by insurers of UTGO bonds.**

    If you insure multiple UTGO bonds, you must vote in the same manner with respect to all such bonds.  If you ~~submit multiple~~ attempt to split your Class 8 ~~Ballots and each~~ vote ~~is not the same on each Ballot~~, your ~~Ballots~~ Ballot will not be counted as having been cast.

    **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~I, Article IV.~~H~~K and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.  Please complete Item 2 of the Ballot.

3.  Sign, date and return the Ballot to:

    <div align="center">

    Detroit Ballot Processing Center
    c/o KCC
    1290 Avenue of the Americas, 9th Floor
    New York, New York 10104

    </div>

    The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline.  If a Ballot is received after the Voting Deadline, it will not be counted.  The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method.  Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent.  Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4.  If you (a) also hold Claims in other Classes or sub-Classes or (b) insure securities giving rise to Claims in other Classes or sub-Classes, you will receive ~~a~~ separate ~~ballot~~ ballots on account of each such ~~Claim~~ Claims or ~~each~~ such ~~security~~ securities.  You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each ballot.

5.  This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6.  If you were not an insurer of UTGO bonds as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

## PLEASE READ THE VOTING INFORMATION AND
## INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEMS 1 AND 2 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, an insurer of UTGO bonds as of April 14, 2014 in the amount set forth below, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan.              ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~I, Article IV.~~H~~K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Insurer: _____

Aggregate Amount of Principal ~~and Interest~~ Insured with Respect to UTGO Bonds: $_____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 3. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i.    is an insurer of UTGO bonds ~~to which this Ballot pertains~~ and has full power and authority to vote to accept or reject the Plan on account of such bonds;

ii.   received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots ~~and~~, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii.  has not submitted any other Ballots that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.   understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

| Summary Report: Litera Change-Pro ML IC 6.5.0.313 Document Comparison done on 5/2/2014 7:37:37 AM | |
|---|---|
| **Style Name:** JD Color With Moves | |
| **Original Filename:** | |
| **Original DMS:**iw://CHI/CHI/1923753/3 | |
| **Modified Filename:** | |
| **Modified DMS:** iw://CHI/CHI/1923753/5 | |
| **Changes:** | |
| Add | 24 |
| Delete | 26 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| **Total Changes:** | 50 |

**EXHIBIT ~~6A.15~~1N**

**Master Ballot for Class 9**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
------------------------------------------------------------x
                                         :
In re                                    :  Chapter 9
                                         :
CITY OF DETROIT, MICHIGAN,               :  Case No. 13-53846
                                         :
                   Debtor.               :  Hon. Steven W. Rhodes
                                         :
------------------------------------------------------------ x
```

### MASTER BALLOT FOR ACCEPTING OR REJECTING THE
### PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

### CLASS 9: COP CLAIMS

<div style="border:1px solid black">

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
PLAN IS 5:00 P.M., EASTERN TIME, ON ~~JUNE 30~~JULY 11, 2014**

</div>

THIS BALLOT (A "MASTER BALLOT") IS FOR YOU, AS A BANK, BROKER OR OTHER AGENT (A "NOMINEE"), TO TRANSMIT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") THE VOTES AND ELECTIONS OF BENEFICIAL HOLDERS OF COP CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)) IN CLASS 9 (THE "BENEFICIAL HOLDERS"). PLEASE COMPLETE, SIGN AND DATE THE MASTER BALLOT AND RETURN IT TO THE BALLOTING AGENT AT THE ADDRESS PROVIDED BELOW. MASTER BALLOTS MUST ACTUALLY BE RECEIVED BY THE BALLOTING AGENT BY THE VOTING DEADLINE ABOVE. UNLESS THE TIME IS EXTENDED, MASTER BALLOTS RECEIVED AFTER THE VOTING DEADLINE WILL NOT BE COUNTED.

RETURN THIS MASTER BALLOT ONLY TO THE BALLOTING AGENT. DO NOT RETURN THIS MASTER BALLOT TO THE BANKRUPTCY COURT, THE CITY OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. MASTER BALLOTS AND BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Fourth* Amended Plan for the Adjustment of Debts of the City of Detroit (~~March 31~~*May 2*, 2014) (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth* Amended Disclosure Statement with Respect to *Fourth* Amended Plan for the Adjustment of Debts of the City of Detroit (~~March 31~~*May 2*, 2014) (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on ~~April~~May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order. You are receiving this Master Ballot because you are a Nominee of Beneficial Holders of COP Claims as of April 14, 2014 (the "Voting Record Date").

Use this Master Ballot to cast votes to accept or reject the Plan, and to make certain treatment and settlement elections regarding the Plan, in accordance with the beneficial ballots (each, a "Beneficial Ballot") cast by the Beneficial Holders of COP Claims.

---

[1]   Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

As a Nominee, you must deliver the Solicitation Package,[2] including a Beneficial Ballot, to each Beneficial Holder of COP Claims. You must also take all actions needed for Beneficial Holders to timely complete and return their respective Beneficial Ballots, such that you can complete and deliver this Master Ballot so it is actually received by the Voting Deadline.

If you were not a Nominee with respect to COP Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (917) 281-4800 or via email at detroitinfo@kccllc.com.

With respect to any complete Beneficial Ballots returned to you, you must:

    i.      execute this Master Ballot to reflect the voting and applicable election instructions given to you by the Beneficial Holders in the Beneficial Ballots for COP Claims;

    ii.     summarize the results of all votes cast and elections made by the Beneficial Holders on the Master Ballot;

    iii.    return the completed Master Ballot and copies of all Beneficial Ballots you receive to the Balloting Agent, such that all Master Ballots and Beneficial Ballots are actually received by the Voting Deadline; and

    iv.    retain each original Beneficial Ballot you receive in your files for at least one year after the Voting Deadline.

Please return the completed Master Ballot and copies of the Beneficial Ballots to the Balloting Agent at the following address:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245

</div>

Master Ballots and Beneficial Ballots may not be submitted by facsimile, electronic mail or other electronic means.

---

[2]   The "Solicitation Package" consists of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.    In the boxes provided in Item 1 of the Master Ballot, please certify your authority to vote.

2.    In the boxes provided in Item 2 of the Master Ballot, please fill in the table (attaching additional sheets as necessary) to transmit the votes of the Beneficial Holders of the COP Claims in Class 9.  Record the account number for each Beneficial Holder that returned a Beneficial Ballot, and the principal amount of COP Claims voting to accept or reject the Plan.  Any Beneficial Ballot that does not indicate any vote to accept or reject the Plan shall not be counted as having been cast.  Any Beneficial Holder in Class 9 who votes to reject the Plan with respect to all COP Claims held by such Beneficial Holder is precluded from making other applicable elections.

3.    In the boxes provided in Item 3 of the Master Ballot, please fill in the table (attaching additional sheets as necessary) to transmit the elections of the Beneficial Holders of COP Claims in Class 9 that voted to accept the Plan.  If the Bankruptcy Court approves the Plan, Beneficial Holders of Class 9 Claims that accept the Plan may elect to participate in the Plan COP Settlement and become Settling COP Claimants.  Record the account number for each Beneficial Holder that voted to accept the Plan and returned a Beneficial Ballot, and the principal amount of COP Claims that elect to participate in the Plan COP Settlement.  A Beneficial Holder with more than one Claim in Class 9 may elect different treatment for each such COP Claim with respect to the Plan COP Settlement election.  If an executed Beneficial Ballot does not make an election under this section, such ballot will count as an election not to participate in the Plan COP Settlement.

4.    In Item 4, please transcribe the information provided by each Beneficial Holder in Item 3 of the Beneficial Ballot relating to other COP Claims voted in Class 9.

5.    In Item 5, please complete the certifications for this Master Ballot, including the date and signature.

6.    Return the complete, signed and dated Master Ballot, and copies of all Beneficial Ballots you receive, to the Balloting Agent so that they are actually received by the Voting Deadline.  If a Master Ballot is received after the Voting Deadline, it will not be counted.  Master Ballots submitted by email, fax or any other electronic method will not be accepted.  Master Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent.  Any Master Ballots received by the City, the Bankruptcy Court or an entity other than the Balloting Agent will not be valid and will not be counted as having been cast.

7.    Retain the original Beneficial Ballots you received in your records for at least one year after the Voting Deadline.

8.    If you are also a Nominee for Claims in other Classes, you will receive a separate Master Ballot for such Claims.  You must complete and return each Master Ballot you receive to ensure that the votes and elections of the Beneficial Holders will be counted with respect to each Class and Claim for which you are a Nominee.

9.    The Master Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

10.    If you were not a Nominee with respect to COP Claims as of the Voting Record Date or you believe for any other reason that you received the wrong Master Ballot, please contact the Balloting Agent immediately at (917) 281-4800 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1, 2, 3, 4 AND 5 BELOW. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1. Certification of Authority to Vote.** The undersigned certifies that as of April 14, 2014, the undersigned (please check applicable box):

☐ is a broker, bank or other agent for the Beneficial Holder of the aggregate principal amount of COP Claims in Class 9 listed in Item 2 below, and is the Nominee holder of such ~~securities~~COPs as of the Voting Record Date.

☐ is acting under a power of attorney and/or agency (a copy of which is available upon request) granted by a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of COP Claims in Class 9 listed in Item 2 below; or

☐ has been granted a proxy (an original of which is attached) from a broker, bank or other agent or nominee that is the Nominee holder of the aggregate principal amount of COP Claims in Class 9 listed in Item 2 below, and accordingly has full power and authority to vote to accept or reject the Plan and execute applicable elections on behalf of the Beneficial Holder of the COP Claims in Class 9 listed in Item 2 below.

**Item 2. Transmittal of Votes.** The undersigned transmits the following votes of Beneficial Holders of the COP Claims in Class 9; certifies that the Beneficial Holders identified by the account numbers below are Beneficial Holders as of the Voting Record Date; and certifies that each listed Beneficial Holder delivered a Beneficial Ballot casting such votes.

| Your Account Number for Each Beneficial Holder Voting on the Plan* | Principal Amount of COP Claims Voted to ACCEPT the Plan* | Principal Amount of COP Claims Voted to REJECT the Plan* |
|---|---|---|
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |
| 6. | $ | $ |
| 7. | $ | $ |
| 8. | $ | $ |
| 9. | $ | $ |
| 10. | $ | $ |
| 11. | $ | $ |
| 12. | $ | $ |
| 13. | $ | $ |
| 14. | $ | $ |
| 15. | $ | $ |

\* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Plan COP Settlement Elections.** The undersigned transmits the following elections of Beneficial Holders of the COP Claims in Class 9 that have voted to accept the Plan; certifies that the Beneficial Holders identified by the account numbers below are Beneficial Holders as of the Voting Record Date; and certifies that each listed Beneficial Holder delivered a Beneficial Ballot accepting the Plan and executing such election.

| Your Account Number for Each Beneficial Holder that elects to participate in the Plan COP Settlement* | Principal Amount of COP Claims | VOI Number from the DTC** |
|---|---|---|
| 1. | $ | |
| 2. | $ | |
| 3. | $ | |
| 4. | $ | |
| 5. | $ | |
| 6. | $ | |
| 7. | $ | |
| 8. | $ | |
| 9. | $ | |
| 10. | $ | |
| 11. | $ | |
| 12. | $ | |
| 13. | $ | |
| 14. | $ | |
| 15. | $ | |

* If the space provided is not sufficient, attach additional sheets in the same format

** The underlying COPs held by those Beneficial Holders electing to participate in the Plan COP Settlement are to be tendered into the election account established at the Depository Trust Company (the "DTC") for such purpose. Input the corresponding VOI number received from the DTC in the appropriate column in the table above if the Beneficial Holder elected to participate in the Plan COP Settlement in Item 2 on its beneficial ballot. COPs may not be withdrawn from the DTC election account once tendered. No further trading will be permitted in the COPs held in the election account at the DTC. If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all COPs held in the election account to the applicable Nominee for credit to the account of the applicable Beneficial Holder.

<center>**PLEASE CONTINUE TO ITEM 4 ON THE NEXT PAGE**</center>

**Item 4. Additional Ballots Submitted by Beneficial Holders.** The undersigned certifies that the following information is a true and accurate schedule, on which the undersigned has transcribed all and any applicable information provided in Item 3 of each Beneficial Ballot received from a Beneficial Holder.

INFORMATION IN THIS SECTION IS TRANSCRIBED
FROM ITEM 3 OF THE BENEFICIAL BALLOTS REGARDING OTHER BENEFICIAL BALLOTS
CAST BY THE UNDERSIGNED'S BENEFICIAL HOLDERS IN RESPECT OF CLAIMS IN CLASS 9

| Your Account Number for Each Beneficial Holder Who Completed Item 3 of their Beneficial Ballot | CUSIP | Transcribe from Item 3 of the Beneficial Ballot* | |
| --- | --- | --- | --- |
| | | Name of Nominee or Other Registered Holder | Principal Amount of Other ~~Bond~~COP Claims Voted in Additional Ballot(s) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\* If space provided is insufficient, attach additional sheets in the same format.

**PLEASE CONTINUE TO ITEM 5 ON THE NEXT PAGE**

**Item 5. Certifications.** By signing this Master Ballot, the undersigned certifies that the undersigned:

1.  provided each Beneficial Holder with all materials in the Solicitation Package and a Beneficial Ballot for voting their Class 9 COP Claims;

2.  received a completed and signed Beneficial Ballot from each Beneficial Holder listed in Item 2 of this Master Ballot;

3.  has full power and authority to vote to transmit the votes to accept or reject the Plan and the applicable elections of the Beneficial Holders to which the undersigned is a Nominee;

4.  properly disclosed (a) the number of Beneficial Holders who completed Beneficial Ballots; (b) the respective amounts of the COP Claims held by each Beneficial Holder that completed a Beneficial Ballot; (c) each such Beneficial Holder's respective vote concerning the Plan; (d) each such Beneficial Holder's respective elections applicable under the Plan if such Beneficial Holder has accepted the Plan; and (e) the customer account or other identification number for each such Beneficial Holder; and

5.  received from each such Beneficial Holder a certification that each such Beneficial Holder is eligible to both vote on the Plan and execute applicable elections under the Plan.

_____
Name of Nominee

_____
Participant Number

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

| Summary Report:<br>**Litera Change-Pro ML IC 6.5.0.313 Document Comparison done on<br>5/1/2014 8:10:59 PM** | |
|---|---|
| **Style Name:** JD Color With Moves | |
| **Original Filename:** | |
| **Original DMS:** iw://CHI/CHI/1921101/7 | |
| **Modified Filename:** | |
| **Modified DMS:** iw://CHI/CHI/1921101/10 | |
| **Changes:** | |
| Add | 20 |
| ~~Delete~~ | 14 |
| ~~Move From~~ | 0 |
| Move To | 0 |
| Table Insert | 17 |
| ~~Table Delete~~ | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| **Total Changes:** | 51 |

**EXHIBIT ~~6A.16~~1O**

**Beneficial Ballot for Class 9**

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

```
------------------------------------------------------------- x
                                              :
In re                                         : Chapter 9
                                              :
CITY OF DETROIT, MICHIGAN,                    : Case No. 13-53846
                                              :
                          Debtor.             : Hon. Steven W. Rhodes
                                              :
------------------------------------------------------------- x
```

### BENEFICIAL HOLDER BALLOT FOR ACCEPTING OR REJECTING THE
### PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT, MICHIGAN

CLASS 9: COP Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE**
> **PLAN IS 5:00 P.M., EASTERN TIME, ON ~~JUNE 30~~JULY 11, 2014**

THIS BALLOT (A "BENEFICIAL BALLOT") IS TO BE USED BY BENEFICIAL HOLDERS OF COP CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)) IN CLASS 9 (THE "BENEFICIAL HOLDERS").  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO YOUR BANK, BROKER OR OTHER AGENT THAT HOLDS YOUR ~~SECURITIES~~COPS (THE "NOMINEE") BY THE DATE SET BY YOUR NOMINEE.  A TIMELY RETURN OF THE BENEFICIAL BALLOT IS NECESSARY SO THE NOMINEE CAN COMPLETE AND RETURN A MASTER BALLOT (THE "MASTER BALLOT") BY THE VOTING DEADLINE ABOVE.

RETURN THIS BENEFICIAL BALLOT ONLY TO YOUR NOMINEE.  DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT, KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") OR ANY ENTITY OTHER THAN YOUR NOMINEE.  PLEASE CONTACT YOUR NOMINEE IF YOU DID NOT RECEIVE RETURN INSTRUCTIONS FOR THIS BALLOT, OR IF YOU HAVE QUESTIONS ABOUT THE NOMINEE'S RETURN INSTRUCTIONS.  BENEFICIAL BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Fourth* Amended Plan for the Adjustment of Debts of the City of Detroit (~~March 31~~*May 2*, 2014) (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth* Amended Disclosure Statement with Respect to *Fourth* Amended Plan for the Adjustment of Debts of the City of Detroit (~~March 31~~*May 2*, 2014) (as it may be amended, supplemented or modified, the "Disclosure Statement").  By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order entered on ~~April~~May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.  You are receiving this Beneficial Ballot because you are a Beneficial Holder of one or more Class 9 COP Claims under the Plan as of April 14, 2014 (the "Voting Record Date").

---

[1]  Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

If you were not a Beneficial Holder of any COP Claims as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

Please use this Beneficial Ballot to:

i.  cast your vote to accept or reject the Plan; and

ii.  if you accept the Plan, elect whether to participate in the Plan COP Settlement and become a Settling COP Claimant.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan and whether, if you accept the Plan, to elect to participate in the Plan COP Settlement and become a Settling COP Claimant.  Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code.  If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case.  If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Beneficial Ballot in accordance with the voting information and instructions provided below.  You must complete your Beneficial Ballot and return it to your Nominee, leaving the Nominee sufficient time to prepare a Master Ballot that includes your vote and to deliver that Master Ballot to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline.  Beneficial Ballots should not be sent to the City or the Bankruptcy Court.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.     In the boxes provided in Item 1 of the Beneficial Ballot, please indicate your vote to accept or reject the Plan.

    All of your COP Claims against the City have been placed in Class 9 under the Plan. If you hold multiple COP Claims within Class 9 under the Plan, you will receive a separate Beneficial Ballot for each such Claim. ~~Each Beneficial Ballot you receive is for voting only your COP Claim described on the Beneficial Ballot.~~ **Please complete and return each Beneficial Ballot you receive. The attached Beneficial Ballot is designated only for voting the COP Claims in Class 9 under the Plan.**

    **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~I, Article IV.~~H~~K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.     If you voted accept the Plan, in the boxes provided in Item 2 of the Beneficial Ballot, please indicate your election whether to participate in the Plan COP Settlement and become a Settling COP Claimant as detailed in the Plan.

    If you do not check either box in Item 3, this Beneficial Ballot will count as an election not to participate in the Plan COP Settlement ~~and become a Settling COP Claimant~~.

    **If you elect to participate in the Plan COP Settlement, and the Bankruptcy Court approves the Plan, you will irrevocably be deemed to accept the treatment afforded Settling COP Claimants in the Plan. Such treatment may affect your rights and regarding your COP Claims in Class 9.**

    **If you elect to participate in the Plan COP Settlement, the Nominee holding your COPs must "tender" your COPs into an election account established at the Depository Trust Company (the "DTC"). Such COPs may not be withdrawn from the election account after your Nominee has tendered them to the election account. Once such COPs have been tendered, no further trading will be permitted in the COPs held in the election account. If the Plan is not confirmed, the DTC will, in accordance with its customary practices and procedures, return all COPs held in the election account to the applicable Nominee for credit to your account. If you do not elect to participate in the Plan COP Settlement, then your COPs will not be placed into an election account, and your ~~securities~~COPs will not be restricted from trading.**

3.     In Item 3 of the Beneficial Ballot, please either (a) certify that this Beneficial Ballot is the only Beneficial Ballot you submit for COP Claims in Class 9; or (b) complete the chart in Item 4 and certify that in such chart you disclosed all applicable account numbers and Nominees for any and all Beneficial Ballots you submit for COP Claims in Class 9.

4.     Please complete Item 4 of the Beneficial Ballot.

5.     Sign, date and return the Beneficial Ballot according to the instructions given by your Nominee such that the Nominee has sufficient time to prepare a Master Ballot including your vote. The Nominee must deliver the Master Ballot to the Balloting Agent so that it is actually received by the Voting Deadline. Beneficial Ballots should not be sent directly to the Balloting Agent, the City, the Bankruptcy Court or any entity other than your Nominee. Any Beneficial Ballots received by the Balloting Agent, the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

6.      If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim.  You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

7.      This Beneficial Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

8.      If you were not a Beneficial Holder of one or more COP Claims as of the Voting Record Date or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2, 3 AND 4 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF YOU ACCEPT THE PLAN AND NEITHER BOX IS CHECKED IN ITEM 2, THIS BENEFICIAL BALLOT WILL COUNT AS ONE ELECTING NOT TO PARTICIPATE IN THE PLAN COP SETTLEMENT.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the Beneficial Holder as of April 14, 2014, of the COP Claims in Class 9 of the Plan against the City of Detroit, Michigan in the amount set forth below, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan with respect to $_____ in principal amount of Class 9 COP Claims.

☐ **REJECT** the Plan with respect to $_____ in principal amount of Class 9 COP Claims.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~J, Article IV.~~H~~K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____     Aggregate Claim Amount: $_____

**IF YOU VOTED TO ACCEPT THE PLAN WITH RESPECT TO ANY CLASS 9 COP CLAIMS, PLEASE COMPLETE ITEM 2 BELOW. IF YOU VOTED TO REJECT THE PLAN WITH RESPECT TO ALL CLASS 9 COP CLAIMS YOU HOLD, PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 2. Plan COP Settlement Option.** If the undersigned voted to approve the Plan, the undersigned elects to (check <u>one</u> box):

☐ **Participate** in the Plan COP Settlement and become a Settling COP Claimant with respect to $_____ in principal amount of Class 9 COP Claims.

☐ **NOT** Participate in the Plan COP Settlement and remain a non-settling Holder with respect to $_____ in principal amount of Class 9 COP Claims.

**If you elect to participate in the Plan COP Settlement, and the Bankruptcy Court approves the Plan, you will irrevocably be deemed to accept the treatment afforded Settling COP Claimants in the Plan. Such treatment may affect your rights and interests regarding your COP Claims in Class 9.**

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3.  Certification as to COP Claims in Class 9 Held in Additional Accounts.**  The undersigned certifies that: (check <u>one</u> box)

☐ This is the only Beneficial Ballot submitted by the undersigned for Claims in Class 9.

☐ The completed chart discloses all account numbers, Nominees and applicable information for any and all Beneficial Ballots the undersigned submitted for Claims in Class 9.

<u>COMPLETE THIS CHART ONLY IF YOU HAVE SUBMITTED OTHER BALLOTS IN CLASS 9*</u>

| Account Number of COP Claims in Class 9 | CUSIP | Name of Nominee or Other Registered Holder | Principal Amount of Other ~~Bond~~COP Claims Voted in Additional Ballot(s) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\* If the space provided is not sufficient, attach additional sheets in the same format

**PLEASE CONTINUE TO ITEM 4 ON THE NEXT PAGE**

**Item 4. Certifications.** By signing this Beneficial Ballot, the undersigned certifies that he, she or it:

i.       is the Holder of the COP Claims in Class 9 to which this Beneficial Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan and make the elections applicable to such Claims;

ii.      received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Beneficial Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots ~~and~~ (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii.     has not submitted any other Beneficial Ballots (including any such ballots listed in Item 3 above) with respect to the Class 9 COP Claims voted hereon that are inconsistent with the vote to accept or reject the Plan set forth in this Beneficial Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Beneficial Ballot;

iv.      understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan; and

v.       gives consent to any applicable Nominee to submit a Master Ballot reflecting the votes and applicable elections executed on this Beneficial Ballot to the Balloting Agent.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

CHI-1921096v610

-8-

| Summary Report: Litera Change-Pro ML IC 6.5.0.313 Document Comparison done on 5/2/2014 7:38:57 AM | |
|---|---|
| **Style Name:** JD Color With Moves | |
| **Original Filename:** | |
| **Original DMS:**iw://CHI/CHI/1921096/6 | |
| **Modified Filename:** | |
| **Modified DMS:** iw://CHI/CHI/1921096/10 | |
| **Changes:** | |
| Add | 18 |
| Delete | 17 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 12 |
| Table Delete | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| **Total Changes:** | 47 |

**EXHIBIT ~~6A.17~~1P**

**Individual Ballot for Class 9**

CHI-1921416v~~6~~10

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
------------------------------------------------------------- x
                                            :
In re                                       : Chapter 9
                                            :
CITY OF DETROIT, MICHIGAN,                  : Case No. 13-53846
                                            :
                    Debtor.                 : Hon. Steven W. Rhodes
                                            :
------------------------------------------------------------- x
```

### BALLOT FOR ACCEPTING OR REJECTING
### THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS 9: COP Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE**
> **PLAN IS 5:00 P.M. EASTERN TIME ON ~~JUNE 30~~JULY 11, 2014**

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF COP CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)), WHICH ARE CLAIMS IN CLASS 9.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS.  BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit* (~~March 31~~*May 2, 2014*) (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit* (~~March 31~~*May 2, 2014*) (as it may be amended, supplemented or modified, the "Disclosure Statement").  By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order entered on ~~April~~May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.  You are receiving this Ballot because you are Holder of one or more COP Claims as of April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of a Class 9 Claim against the City, as defined in the Plan.

If you did not hold any COP Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

---

[1]   Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

Please use this Ballot to:

i.      cast your vote to accept or reject the Plan; and

ii.     elect whether to participate in the Plan COP Settlement and become a Settling COP Claimant.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan and whether to elect to participate in the Plan COP Settlement and become a Settling COP Claimant. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.    In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

All of your COP Claims against the City have been placed in Class 9 under the Plan.  If you hold multiple Claims within Class 9 under the Plan, you will receive a separate Ballot for each such Claim.  **~~Each Ballot you receive is for voting only your COP Claim described on the Ballot.~~  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting the COP Claims in Class 9 under the Plan.**

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~J, Article IV.~~H~~K and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.    If you voted to accept the Plan, in the boxes provided in Item 2 of the Ballot, please indicate your election whether to participate in the Plan COP Settlement and become a Settling COP Claimant as detailed in the Plan.

**If you do not check either box in Item 2, this Ballot will count as an election not to participate in the Plan COP Settlement.**

**If you accept the Plan and elect to participate in the Plan COP Settlement, and the Bankruptcy Court approves the Plan, you will irrevocably be deemed to accept the treatment afforded Settling COP Claimants in the Plan.  Such treatment may affect your rights and regarding your Claims in Class 9.**

3.    Please complete Item 3 of the Ballot.

4.    Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center

c/o KCC

2335 Alaska Avenue

El Segundo, CA 90245

</div>

The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline.  If a Ballot is received after the Voting Deadline, it will not be counted.  The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method.  Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent.  Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as cast.

5.    If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim.  You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

6.    This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

7.    If you were not a Holder of one or more COP Claims as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1, 2 AND 3 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS CAST.

IF YOU ACCEPT THE PLAN AND NEITHER BOX IS CHECKED IN ITEM 2, THIS BALLOT WILL COUNT AS ONE ELECTING NOT TO PARTICIPATE IN THE PLAN COP SETTLEMENT.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1. Class Vote.** The undersigned, the Holder as of April 14, 2014, of ~~the~~ COP Claims in Class 9 of the Plan against the City of Detroit, Michigan in the amount set forth below, votes to (check one box):

       ☐ **ACCEPT** the Plan with respect to $_____ in principal amount of Class 9 COP Claims.

       ☐ **REJECT** the Plan with respect to $_____ in principal amount of Class 9 COP Claims.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~I, Article IV.~~H~~K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor: _____     Aggregate Claim Amount: $_____

**IF YOU VOTED TO ACCEPT THE PLAN WITH RESPECT TO ANY CLASS 9 COP CLAIMS, PLEASE COMPLETE ITEM 2 BELOW. IF YOU VOTED TO REJECT THE PLAN WITH RESPECT TO ALL CLASS 9 COP CLAIMS YOU HOLD, PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE.**

**Item 2. Plan COP Settlement Option.** If the undersigned voted to accept the Plan, the undersigned elects to (check one box):

       ☐ **Participate** in the Plan COP Settlement and become a Settling COP Claimant with respect to $_____ in principal amount of Class 9 COP Claims.

       ☐ **NOT** Participate in the Plan COP Settlement and remain a non-settling Holder with respect to $_____ in principal amount of Class 9 COP Claims.

**If you elect to participate in the Plan COP Settlement, and the Bankruptcy Court approves the Plan, you will irrevocably be deemed to accept the treatment afforded Settling COP Claimants in the Plan. Such treatment may affect your rights and interests regarding your Claims in Class 9.**

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i.      is the Holder of the COP Claims in Class 9 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan and make the elections applicable to such Claim;

ii.     received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii.    has not submitted any other Ballots with respect to the Class 9 COP Claims voted hereon that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.    understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

| Summary Report: Litera Change-Pro ML IC 6.5.0.313 Document Comparison done on 5/2/2014 7:39:42 AM | |
|---|---|
| **Style Name:** JD Color With Moves | |
| **Original Filename:** | |
| **Original DMS:** iw://CHI/CHI/1921416/6 | |
| **Modified Filename:** | |
| **Modified DMS:** iw://CHI/CHI/1921416/10 | |
| **Changes:** | |
| Add | 15 |
| Delete | 14 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| **Total Changes:** | 29 |

**Exhibit ~~6A.18~~1Q**

**Insurer Ballot for Class 9**

CHI-1923763v~~3~~5

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
------------------------------------------------------------ x
                                       :
In re                                  :  Chapter 9
                                       :
CITY OF DETROIT, MICHIGAN,             :  Case No. 13-53846
                                       :
                        Debtor.        :  Hon. Steven W. Rhodes
                                       :
------------------------------------------------------------ x
```

### BALLOT FOR ACCEPTING OR REJECTING
### THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS 9: COP Claims

---

**THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE
PLAN IS 5:00 P.M. EASTERN TIME ON ~~JUNE 30~~JULY 11, 2014**

---

THIS BALLOT (A "BALLOT") IS FOR INSURERS OF COPs (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)).  CLAIMS ON ACCOUNT OF COPs ARE CLAIMS IN CLASS 9.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS.  BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit* (~~March 31~~*May 2, 2014*) (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit* (~~March 31~~*May 2, 2014*) (as it may be amended, supplemented or modified, the "Disclosure Statement").  By order dated March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order dated ~~April~~May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.

You are receiving this Ballot because you are an insurer of COPs as of April 14, 2014 (the "Voting Record Date").  Accordingly, you are entitled to submit a Ballot pursuant to the Solicitation Procedures Order.  The Solicitation Procedures Order provides, however, that if there is a dispute regarding your right to vote on the Plan with respect to COPs, your vote will not be counted unless the Bankruptcy Court determines, at a hearing currently scheduled for June 26, 2014, that you are entitled to vote.  You should review the Solicitation Procedures Order and consult counsel to determine whether you need to take action for your vote on this Ballot to be counted.

---

[1]  Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

If you did not insure COPs as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at Detroitinfo@kccllc.com.

Please use this Ballot to:

     i.      cast your vote to accept or reject the Plan; and

     ii.     if you accept the Plan, elect whether to participate in the Plan COP Settlement and become a Settling COP Claimant.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan and whether to elect to participate in the Plan COP Settlement and become a Settling COP Claimant. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/Detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

You must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1. In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

   All COP Claims against the City have been placed in Class 9 under the Plan. If you insure multiple COPs, you will ~~receive a separate Ballot on account of~~ vote with respect to each such COP. ~~Each Ballot you receive is for voting only on account of the COP described on the~~ on this Ballot. ~~Please complete and return each Ballot you~~ You will not receive more than one ballot with respect to COPs. **The attached Ballot is designated only for voting by insurers of COPs.**

   **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~I, Article IV.~~H~~K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2. If you voted to accept the Plan, in the boxes provided in Item 2 of the Ballot, please indicate your election whether to participate in the Plan COP Settlement and become a Settling COP Claimant as detailed in the Plan.

   **If you do not check either box in Item 2, this Ballot will count as an election not to participate in the Plan COP Settlement.**

   **If you accept the Plan and elect to participate in the Plan COP Settlement, and the Bankruptcy Court approves the Plan, you will irrevocably be deemed to accept the treatment afforded Settling COP Claimants in the Plan. Such treatment may affect your rights and interests regarding Claims in Class 9.**

3. Please complete Item 3 of the Ballot.

4. Sign, date and return the Ballot to:

   <div align="center">

   Detroit Ballot Processing Center
   c/o KCC
   2335 Alaska Avenue
   El Segundo, CA 90245

   </div>

   The Balloting Agent must actually receive all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as cast.

5. If you (a) also hold Claims in other Classes or sub-Classes or (b) insure securities ~~or COPs~~ giving rise to Claims in other Classes or sub-Classes, you will receive a separate ballot on account of each such Claim or security ~~or COP~~. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each ballot.

6. This Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

7. If you were not an insurer of COPs as of the Voting Record Date, or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at Detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND**
**INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1~~, 2~~ AND 3~~2~~ BELOW.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ~~ITEM 1~~THE "VOTE" COLUMN WITH RESPECT TO A PARTICULAR CUSIP, THIS BALLOT WILL NOT BE COUNTED AS CAST WITH RESPECT TO THAT CUSIP.

IF YOU ACCEPT THE PLAN WITH RESPECT TO A PARTICULAR CUSIP AND NEITHER BOX IS CHECKED IN ~~ITEM 2~~THE "ELECTION" COLUMN, THIS BALLOT WILL COUNT AS ONE ELECTING NOT TO PARTICIPATE IN THE PLAN COP SETTLEMENT WITH RESPECT TO THAT CUSIP.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1.  Class Vote.**  The undersigned, an insurer of COPs as of April 14, 2014 ~~in the amount set forth below~~, votes ~~to~~and makes elections as follows:*

☐ **ACCEPT** ~~the Plan with respect to $_____ in principal amount of COPs.~~

☐ **REJECT** ~~the Plan with respect to $_____ in principal amount of COPs.~~

| CUSIP | Aggregate Amount of Principal Insured | Vote | Election** |
|---|---|---|---|
| | | ☐ ACCEPT the Plan  ☐ REJECT the Plan | ☐ PARTICIPATE in the Plan COP Settlement  ☐ NOT PARTICIPATE in the Plan COP Settlement |
| | | ☐ ACCEPT the Plan  ☐ REJECT the Plan | ☐ PARTICIPATE in the Plan COP Settlement  ☐ NOT PARTICIPATE in the Plan COP Settlement |
| | | ☐ ACCEPT the Plan  ☐ REJECT the Plan | ☐ PARTICIPATE in the Plan COP Settlement  ☐ NOT PARTICIPATE in the Plan COP Settlement |

| | | ☐ ACCEPT the Plan<br><br>☐ REJECT the Plan | ☐ PARTICIPATE in the Plan COP Settlement<br><br>☐ NOT PARTICIPATE in the Plan COP Settlement |
|---|---|---|---|

\* If the space provided is insufficient, attach additional sheets in the same format.

\*\* You are only entitled to make this election with respect to any CUSIP for which you have voted to ACCEPT the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~I, Article IV.~~H~~K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

~~Insurer:_____~~

~~Aggregate Amount of Principal and Interest Insured With Respect to COPs: $_____~~

~~**IF YOU VOTED TO ACCEPT THE PLAN WITH RESPECT TO ANY COPs, PLEASE COMPLETE ITEM 2 BELOW.  IF YOU VOTED TO REJECT THE PLAN WITH RESPECT TO ALL COPs THAT YOU INSURED, PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE.**~~

~~**Item 2.  Plan COP Settlement Option.**  If the undersigned voted to accept the Plan, the undersigned elects to:~~

| ⊟ ~~**Participate** in the Plan COP Settlement and become a Settling COP Claimant with respect to $_____ in principal amount of COPs.~~ | ⊟ ~~**NOT** Participate in the Plan COP Settlement and remain a non-settling Holder with respect to $_____ in principal amount of COPs.~~ |
|---|---|

**If you elect to participate in the Plan COP Settlement, and the Bankruptcy Court approves the Plan, you will irrevocably be deemed to accept the treatment afforded Settling COP Claimants in the Plan.  Such treatment may affect your rights and interests regarding your Claims in Class 9.**

**PLEASE CONTINUE TO ITEM ~~3~~2 ON THE NEXT PAGE**

**Item 32. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i.        is an insurer of COPs to which this Ballot pertains and has full power and authority to vote to accept or reject the Plan and make the elections applicable to Claims on account of such COPs;

ii.       received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii.      has not submitted any other Ballots with respect to the Class 9 COP Claims voted hereon that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.      understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

| | |
|---|---|
| **Summary Report:**<br>**Litera Change-Pro ML IC 6.5.0.313 Document Comparison done on**<br>**5/2/2014 7:40:29 AM** | |
| **Style Name:** JD Color With Moves | |
| **Original Filename:** | |
| **Original DMS:**iw://CHI/CHI/1923763/3 | |
| **Modified Filename:** | |
| **Modified DMS:** iw://CHI/CHI/1923763/5 | |
| **Changes:** | |
| Add | 33 |
| Delete | 29 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 1 |
| Table Delete | 2 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| **Total Changes:** | 65 |

**EXHIBIT ~~6A.19~~1R**

**Ballot for Class 13**

CHI-1921006v~4~6

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

```
-------------------------------------------------------------- x
                                          :
In re                                     :  Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                :  Case No. 13-53846
                                          :
                      Debtor.             :  Hon. Steven W. Rhodes
                                          :
-------------------------------------------------------------- x
```

### BALLOT FOR ACCEPTING OR REJECTING THE
### PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS 13: Downtown Development Authority Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE**
> **PLAN IS 5:00 P.M., EASTERN TIME, ON ~~JUNE 30~~JULY 11, 2014**

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF DDA CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)), WHICH ARE CLASSIFIED IN CLASS 13. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT. PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS. BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (~~March 31~~May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (~~March 31~~May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement"). By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan. By order entered on ~~April~~May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement. Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order. You are receiving this Ballot because you are a Holder of one or more DDA Claims as of April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of one or more Class 13 Claims against the City, as defined in the Plan.

If you did not hold any DDA Claims as of the Voting Record Date or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

---

[1]  Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

Please use this Ballot to cast your vote to accept or reject the Plan.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is _actually received_ by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.  In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

    Any and all of your DDA Claims against the City have been placed in Class 13 under the Plan.  If you hold multiple DDA Claims within Class 13 under the Plan, you will receive a separate Ballot for each such DDA Claim.  **Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting DDA Claims in Class 13 under the Plan.**

    If you hold more than one DDA Claim in Class 13, you must vote each DDA Claim to accept or reject the Plan in the same manner.  If you vote multiple DDA Claims in Class 13, and the votes are not the same for each DDA Claim in Class 13, your Ballots will not be counted as having been cast.

    **If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~J, Article IV.~~H~~K and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.  Please complete Item 2 of the Ballot.

3.  Sign, date and return the Ballot to:

    <div align="center">

    Detroit Ballot Processing Center
    c/o KCC
    2335 Alaska Avenue
    El Segundo, CA 90245

    </div>

    The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline.  If a Ballot is received after the Voting Deadline, it will not be counted.  The Balloting Agent will not accept Ballots received after the Voting Deadline, or Ballots delivered by email, fax or any other electronic method.  Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent.  Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4.  If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim.  You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

5.  The Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6.  If you were not a Holder of any DDA Claims as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1 AND 2 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the DDA Claim Holder in Class 13 as of April 14, 2014 against the City of Detroit, Michigan, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan.               ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~I, Article IV.~~H~~K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor Name: _____.     Amount of Claim  $_____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 2. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i.  is the Holder of one or more DDA Claims in Class 13 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

ii.  received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots ~~and~~, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii.  has not submitted any other Ballots for Class 13 that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.  understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

| Summary Report: Litera Change-Pro ML IC 6.5.0.313 Document Comparison done on 5/2/2014 7:42:21 AM | |
|---|---|
| **Style Name:** JD Color With Moves | |
| **Original Filename:** | |
| **Original DMS:** iw://CHI/CHI/1921006/4 | |
| **Modified Filename:** | |
| **Modified DMS:** iw://CHI/CHI/1921006/6 | |
| **Changes:** | |
| Add | 16 |
| Delete | 12 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| **Total Changes:** | 28 |

**EXHIBIT ~~6A.20~~1S**

**Ballot for Class 14**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
-------------------------------------------------------- x
                                                         :
In re                                                    : Chapter 9
                                                         :
CITY OF DETROIT, MICHIGAN,                               : Case No. 13-53846
                                                         :
                              Debtor.                    : Hon. Steven W. Rhodes
                                                         :
-------------------------------------------------------- x
```

### BALLOT FOR ACCEPTING OR REJECTING THE
### PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

CLASS 14: Other Unsecured Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE**
> **PLAN IS 5:00 P.M., EASTERN TIME, ON ~~JUNE 30~~JULY 11, 2014**

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF OTHER UNSECURED CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)) WHICH ARE CLASSIFIED IN CLASS 14.  PLEASE COMPLETE, SIGN, AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS.  BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS.

The City of Detroit, Michigan (the "City") is soliciting votes and elections with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit* (~~March 31~~*May 2*, 2014) (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit* (~~March 31~~*May 2*, 2014) (as it may be amended, supplemented or modified, the "Disclosure Statement").  By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order entered on ~~April~~May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.  You are receiving this Ballot because you are a Holder of one or more Other Unsecured Claims as of April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of one or more Class 14 Claims against the City, as defined in the Plan.

If you did not hold any Other Unsecured Claim as of the Voting Record Date, or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

Please use this Ballot to:

---

[1]  Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

i.      cast your vote to accept or reject the Plan; and

    ii.     elect whether to treat your Other Unsecured Claim as a Class 15 Convenience Claim
            under the Plan.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan and whether to elect to treat your Other Unsecured Claim as a Class 15 Convenience Claim. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline, or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.　　In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

Any and all of your Other Unsecured Claims against the City have been placed in Class 14 under the Plan. If you hold multiple Claims within Class 14 under the Plan, you will receive a separate Ballot for each such Claim. **Please complete and return each Ballot you receive. The attached Ballot is designated only for voting Other Unsecured Claims in Class 14 under the Plan.**

If you hold more than one Other Unsecured Claim in Class 14, you must vote each Claim to accept or reject the Plan in the same manner. If you vote multiple Claims in Class 14 and the votes are not the same for each Claim in Class 14, your Ballots will not be counted as having been cast.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~I, Article IV.~~H~~K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.　　In the boxes provided in Item 2 of the Ballot, please indicate your election whether to treat your Other Unsecured Claim as a Class 15 Convenience Claim under the Plan. If you check both boxes, or neither box, in Item 2, this Ballot will count as an election <u>not</u> to treat your Other Unsecured Claim as a Class 15 Convenience Claim.

3.　　If you elect to treat your Class 14 Other Unsecured Claim as a Class 15 Convenience Claim, your vote to accept or reject the Plan in this Ballot will count as a vote for Class 15 tabulation purposes and your vote will not count for Class 14 tabulation purposes.

4.　　Please complete Item 3 of the Ballot.

5.　　Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245

</div>

The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline, or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

6.　　If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

7.　　The Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

8.　　If you were not a Holder of any Other Unsecured Claims as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1, 2, AND 3 BELOW.  IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF BOTH BOXES ARE, OR NEITHER BOX IS, CHECKED IN ITEM 2, THIS BALLOT WILL COUNT AS ONE NOT ELECTING CONVENIENCE CLAIM TREATMENT FOR YOUR CLASS 14 OTHER UNSECURED CLAIM.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1.  Class Vote.**  The undersigned, the Other Unsecured Claim Holder in Class 14 as of April 14, 2014 against the City of Detroit, Michigan, votes to (check one box):

☐　**ACCEPT** the Plan.　　　　　　　　☐　**REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.  Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~I, Article IV.~~H~~K and Article V.C of the Plan.  Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor Name: _____.    Amount of Claim: $_____

**Item 2.  Convenience Class Election.**  The undersigned, the Other Unsecured Claim Holder in Class 14 as of April 14, 2014 against the City of Detroit, Michigan, elects to (check one box):

☐　**Treat** the undersigned's Other
　　Unsecured Claim as a Class 15
　　Convenience Claim under the Plan.

☐　**Not Treat** the undersigned's
　　Other Unsecured Claim as a
　　Class 15 Convenience Claim
　　under the Plan.

**If you elect to treat your Class 14 Other Unsecured Claim as a Class 15 Convenience Claim, your vote to accept or reject the Plan in this Ballot will count as a vote for Class 15 tabulation purposes and your vote will not count for Class 14 tabulation purposes.**

**Convenience Claim elections are subject to the terms contained in the Plan.  This Convenience Claim Election will be deemed irrevocable and legally binding on you upon (i) execution of this election on the Ballot and (ii) confirmation of the Plan.  Class 15 Convenience Claims will be paid in accordance with the Plan terms.**

Creditor Name: _____.    Claim Amount: $_____

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

**Item 3. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

    i.      is the Holder of one or more Other Unsecured Claims in Class 14 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan and make the elections applicable to such Claims;

    ii.     received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

    iii.    has not submitted any other Ballots for Class 14 that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

    iv.    understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email address

CHI-1921007v29

| | |
|---|---|
| **Summary Report:** <br> **Litera Change-Pro ML IC 6.5.0.313 Document Comparison done on** <br> **5/2/2014 7:43:07 AM** | |
| **Style Name:** JD Color With Moves | |
| **Original Filename:** | |
| **Original DMS:**iw://CHI/CHI/1921007/7 | |
| **Modified Filename:** | |
| **Modified DMS:** iw://CHI/CHI/1921007/9 | |
| **Changes:** | |
| Add | 16 |
| Delete | 12 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| **Total Changes:** | 28 |

**EXHIBIT ~~6A.2~~1T**

**Ballot for Class 15**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
-------------------------------------------------------------- x
                                                :
In re                                           : Chapter 9
                                                :
CITY OF DETROIT, MICHIGAN,                      : Case No. 13-53846
                                                :
                        Debtor.                 : Hon. Steven W. Rhodes
                                                :
-------------------------------------------------------------- x
```

**BALLOT FOR ACCEPTING OR REJECTING THE**
**PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

CLASS 15: Convenience Claims

> **THE "VOTING DEADLINE" TO ACCEPT OR REJECT THE**
> **PLAN IS 5:00 P.M., EASTERN TIME, ON ~~JUNE 30~~JULY 11, 2014**

THIS BALLOT (A "BALLOT") IS FOR HOLDERS OF CONVENIENCE CLAIMS (AS SUCH TERM IS DEFINED IN THE PLAN (AS DEFINED BELOW)), WHICH ARE CLASSIFIED IN CLASS 15.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT TO KURTZMAN CARSON CONSULTANTS LLC (THE "BALLOTING AGENT") SO THAT IT IS ACTUALLY RECEIVED BY THE VOTING DEADLINE ABOVE.

DO NOT RETURN THE BALLOT TO THE CITY OF DETROIT, THE BANKRUPTCY COURT OR ANY ENTITY OTHER THAN THE BALLOTING AGENT.  PLEASE CONTACT THE BALLOTING AGENT IF YOU HAVE QUESTIONS REGARDING THE BALLOT RETURN INSTRUCTIONS.  BALLOTS MAY NOT BE SUBMITTED BY FACSIMILE, ELECTRONIC MAIL OR OTHER ELECTRONIC MEANS

The City of Detroit, Michigan (the "City") is soliciting votes with respect to the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (~~March 31~~May 2, 2014)* (as it may be amended, supplemented or modified, the "Plan")[1] described in the accompanying *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (~~March 31~~May 2, 2014)* (as it may be amended, supplemented or modified, the "Disclosure Statement").  By order entered on March 11, 2014 (Docket No. 2984) (the "Solicitation Procedures Order"), the Bankruptcy Court approved procedures regarding the solicitation and tabulation of votes on the Plan.  By order entered on ~~April~~May [_____], 2014 (Docket No. [_____]), the Bankruptcy Court approved the Disclosure Statement.  Accordingly, the City is authorized to solicit votes in accordance with the approved procedures set forth in the Solicitation Procedures Order.  You are receiving this Ballot because you are a Holder of one or more Convenience Claims as of April 14, 2014 (the "Voting Record Date"), and accordingly, you are a Holder of one or more Class 15 Claims against the City, as defined in the Plan.

If you did not hold any Convenience Claims as of the Voting Record Date or you believe for any other reason that you received the wrong ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

---

[1]  Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Disclosure Statement contains information to assist you in deciding whether to accept or reject the Plan. Copies of the Plan and Disclosure Statement are contained on the CD included in your package of solicitation materials, and they are also available via the internet at http://kccllc.net/detroit or http://www.detroitmi.gov.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (i) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class of Claims who vote on the Plan and (ii) otherwise satisfies the applicable requirements of sections 943 and 1129(a) of the Bankruptcy Code. If the Plan does not obtain the requisite acceptances, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (i) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (ii) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code that are applicable in this case. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote, and whether or not you vote to accept or reject the Plan.

To have your vote counted, you must complete, sign and return this Ballot in accordance with the voting information and instructions provided below. You must complete your Ballot and return it to the Balloting Agent so that it is <u>actually received</u> by the Voting Deadline. The Balloting Agent will not accept Ballots received after the Voting Deadline, or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent to the City, the Bankruptcy Court or any entity other than the Balloting Agent.

# VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate your vote to accept or reject the Plan.

Any and all of your Convenience Claims against the City have been placed in Class 15 under the Plan. If you hold multiple Claims within Class 15 under the Plan, you will receive a separate Ballot for each such Claim. **Please complete and return each Ballot you receive. The attached Ballot is designated only for voting Convenience Claims in Class 15 under the Plan.**

If you hold more than one Convenience Claim in Class 15, you must vote each Convenience Claim to accept or reject the Plan in the same manner. If you vote multiple Convenience Claims in Class 15, and the votes are not the same for each Convenience Claim in Class 15, your Ballots will not be counted as having been cast.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~I, Article IV.~~H~~K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

2.      Please complete Item 2 of the Ballot.

3.      Sign, date and return the Ballot to:

<div align="center">

Detroit Ballot Processing Center
c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245

</div>

The Balloting Agent must <u>actually receive</u> all Ballots by the Voting Deadline. If a Ballot is received after the Voting Deadline, it will not be counted. The Balloting Agent will not accept Ballots received after the Voting Deadline, or Ballots delivered by email, fax or any other electronic method. Ballots should not be sent directly to the City, the Bankruptcy Court, or any entity other than the Balloting Agent. Any Ballots received by the City or the Bankruptcy Court will not be valid and will not be counted as having been cast.

4.      If you also hold Claims in other Classes, you will receive a separate ballot for each such Claim. You must complete and return each ballot you receive to ensure that your vote will be counted with respect to each Class in which you are a Claim holder.

5.      The Ballot does not constitute and shall not be deemed a proof of Claim or an assertion of a Claim.

6.      If you were not a Holder of one or more Convenience Claims as of the Voting Record Date or you believe for any other reason that you received the wrong Ballot, please contact the Balloting Agent immediately at (877) 298-6236 or via email at detroitinfo@kccllc.com.

**<u>PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.</u>**

---

PLEASE COMPLETE ITEMS 1 AND 2 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1. Class Vote.** The undersigned, the Convenience Claim Holder in Class 15 as of April 14, 2014 against the City of Detroit, Michigan, votes to (check <u>one</u> box):

☐ **ACCEPT** the Plan.               ☐ **REJECT** the Plan.

**If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.~~G~~I, Article IV.~~H~~K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.**

Creditor Name: _____.    Amount of Claim: $_____

**PLEASE CONTINUE TO ITEM 2 ON THE NEXT PAGE**

**Item 2. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i.      is the Holder of one or more Convenience Claims in Class 15 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan;

ii.     received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots and, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii.    has not submitted any other Ballots for Class 15 that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv.     understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

_____
Name

_____
Social Security or Federal Tax I.D. No. (optional)

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

_____
Email Address

| Summary Report: Litera Change-Pro ML IC 6.5.0.313 Document Comparison done on 5/2/2014 7:43:56 AM | |
|---|---|
| **Style Name:** JD Color With Moves | |
| **Original Filename:** | |
| **Original DMS:** iw://CHI/CHI/1921154/5 | |
| **Modified Filename:** | |
| **Modified DMS:** iw://CHI/CHI/1921154/7 | |
| **Changes:** | |
| Add | 16 |
| Delete | 12 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| **Total Changes:** | 28 |

# EXHIBIT 3

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
-----------------------------------------------------x
                                        :
In re                                   : Chapter 9
                                        :
CITY OF DETROIT, MICHIGAN,              : Case No. 13-53846
                                        :
                        Debtor.         : Hon. Steven W. Rhodes
                                        :
-----------------------------------------------------x
```

## ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, CERTAIN INSURERS, THE TRUSTEE FOR THE WATER AND SEWER BONDS, AND THE AD HOC COMMITTEE REGARDING BALLOTING ISSUES

This matter came before the Court on the *Stipulation by and Between the City of Detroit, Certain Insurers, the Trustee for the Water and Sewer Bonds, and the Ad Hoc Committee Regarding Balloting Issues* (the "Stipulation")[1] filed by the City and the Insurers. The Court has reviewed the Stipulation and finds that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iii) notice of the Stipulation was adequate under the circumstances and (iv) the terms of the Stipulation are fair, equitable and in the best interests of the City, the Insurers, the

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Stipulation.

Trustee, the Ad Hoc Committee, the City's creditors and all other parties in interest.

Accordingly, it is hereby ORDERED that:[2]

1.      The Stipulation is APPROVED.

2.      The forms of the Modified Ballots attached to the Stipulation are hereby approved, and the Modified Ballots shall replace the corresponding Approved Ballots, as applicable.

3.      With the exception of the approval of the Modified Ballots, nothing contained in this Order shall be deemed to amend, modify or otherwise alter any of the findings of fact or conclusions of law set forth in the Court's *Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Adjustment and (II) Approving Notice Procedures Related to Confirmation of the Plan of Adjustment* (Docket No. 2789) or the Court's *Order Granting Motion of the City of Detroit for Approval of Amended Ballots* (Docket No. 3796).

4.      The City is authorized to make further non-substantive or immaterial changes to the Modified Ballots, without further order of the Court, including, but not limited to (a) ministerial changes to correct typographical and

---

[2]      To the extent any finding of fact in this order constitutes a conclusion of law, it is adopted as such.  To the extent any conclusion of law in this order constitutes a finding of fact, it is adopted as such.

grammatical errors, (b) conforming changes to the Modified Ballots based on future modifications to the Fourth Amended Plan and Disclosure Statement and (c) altering the format of the Modified Ballots to facilitate their efficient distribution.

5.      Upon occurrence of any material modification, amendment or alteration to or of the proposed Fourth Amended Plan, or the filing by the City of any alternative plan of adjustment under chapter 9 of the Bankruptcy Code, any Insurer, the Trustee, and/or the Ad Hoc Committee shall be entitled to file a motion with this Court requesting any appropriate relief on an expedited basis, including, without limitation, entry of an order modifying, vacating or amending this Order.

6.      Notwithstanding any provision in this Order, the rights of all Insurers, the Trustee, and/or the Ad Hoc Committee to make any and all objections to the City's proposed Fourth Amended Plan, including, but not limited to, any objection to any of the City's proposed classifications of claims, are fully preserved.

7.      The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

8.      The City and its counsel are authorized, in their discretion, to take or refrain from taking any action necessary or appropriate to effectuate the

terms of and relief granted by the Order in accordance with the Motion and without further order of the Court.

9. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and enforcement of this Order.

## Certificate of Service

I, Heather Lennox, certify that the foregoing *Stipulation by and Between the City of Detroit, Certain Insurers, the Trustee for the Water and Sewer Bonds, and the Ad Hoc Committee Regarding Balloting Issues* was filed and served via the Court's electronic case filing and noticing system on this 2nd day of May, 2014.

/s/ Heather Lennox
Heather Lennox