UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                      Chapter 9
City of Detroit, Michigan,                                  Case No. 13-53846
    Debtor.                              Hon. Steven W. Rhodes
_____/

### Order Requiring Briefing on Standing or Joinder of City of Detroit to Motion to Clarify Fee Review Order (Dkt. #3929)

The City of Detroit Water & Sewerage Department ("DWSD") filed a Motion for an Order, Pursuant to 11 U.S.C. § 105, Amending and Clarifying the Fee Review Order, on April 9, 2014. Dkt. #3929  The DWSD is not a distinct legal entity; it is a department of the City of Detroit.  Accordingly, the Court hereby Orders the DWSD, the City of Detroit, the DWSD Bond Trustee, and the Ad Hoc Committee of DWSD Bondholders to file briefs with the Court regarding whether the DWSD has standing independent of the City to file the Motion.  Briefs shall be filed by Friday, May 9, 2014, and shall not exceed five pages in length.  In the alternative, the City may file a Joinder to the Motion.

It is so ordered.

.

**Signed on May 02, 2014**

                                                                            **/s/ Steven Rhodes**
                                                                       **Steven Rhodes**
                                                                       **United States Bankruptcy Judge**