UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------x
                                                       :
In re                                                  : Chapter 9
                                                       :
CITY OF DETROIT, MICHIGAN,                             : Case No. 13-53846
                                                       :
                Debtor.                                : Hon. Steven W. Rhodes
                                                       :
                                                       :
-------------------------------------------------------x
```

**ORDER GRANTING *EX PARTE* EMERGENCY MOTION OF DEBTOR FOR AN ORDER EXTENDING THE DEADLINE FOR FILING THE FINAL DISCLOSURE STATEMENT SET FORTH IN THE COURT'S FOURTH AMENDED ORDER ESTABLISHING PROCEDURES, DEADLINES AND HEARING DATES RELATING TO THE DEBTOR'S PLAN OF ADJUSTMENT [DOCKET NO. 4202]**

This matter coming before the Court on the *Ex Parte* Emergency Motion of Debtor for an Order Extending the Deadline for Filing the Final Disclosure Statement Set Forth in the Court's Fourth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtors' Plan of Adjustment [Docket No. 4202] (the "Motion"),[1] filed by the City of Detroit, Michigan (the "City"); the Court having reviewed the Motion; the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (c) good cause for the relief requested in the Motion has been established;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The deadline for the City to file its final Disclosure Statement is hereby extended until 12:00 p.m. (Eastern Time) on May 5, 2014.

3. All other provisions of the Court's Fourth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtors' Plan of Adjustment (Docket No. 4202) remain in full force and effect.

.

**Signed on May 02, 2014**

                                              /s/ Steven Rhodes
                                              Steven Rhodes
                                              United States Bankruptcy Judge