CASE NO. 13-53846 In The
UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN – S.D.

JEFFREY SANDERS(IFP – Pro per),............Creditor-Appellant.

Jeffrey Sanders (IFP – Pro per)
16599 Hubbell Street
Detroit, Michigan 48235-4030

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

vs.

In Re: CITY OF DETROIT, MICHIGAN/,................Debtor-Appellee.

## EMERGENCY NOTICE OF APPEAL

[Appellant] JEFFREY SANDERS, per U.S. Const. Article III - **11 U.S.C. s362(b)(1)** ascendant "**18 U.S.C. s241'**; **28 U.S.C.** s158(a)(3) - **s1915(d),** s2108, s2111; **plus 42 U.S.C.s1983' Claims" acceded-verified,** APPEALS from the Court's 03/24/2014 ORDER(Dkt.#3171) recorded, absolutely exacting incumbent - overdue - 'redress' from this Court's aberrant - collusive - **Errs,** rampantly "**Violati(ng)ve of** [Appellant's] U.S. Const. Amendment I, IV, V-XIV **Protections' concern 11 U.S.C. s362(b)(1)' plus 18 U.S.C. s241;** 28 U.S.C. s158 - s1915(d), s2108, s2111, **and 42 U.S.C. s1983 directive 'Mandates'"** ascend(ed)ing in USBC-E.D. Mich. Case No. 13-53846 embodiment - incorporat(ed)ion of USDC-E.D. Mich. Case No. 07-14206, **hence,** ascending – inciting incumbent auspic(es)ing of Payton v New York, 445 U.S. 573, n[1] 576(1980) - Kaupp v Texas, 538 U.S. 626, n[3] 630(2003) **plus** Georgia v Randolph 547 U.S. 103, 109-123(2006) via U.S. v Elkins, 300 F3d 638, n[28] 655(2002) - Cherrington v Skeeter, 344 F3d 631, n[9] 643(6-2003)...w/Parsons v City Of Pontiac, 533 F3d 492, n[1]-[16] 500-504(6-2008) (cert. den.) - Statnton v Sims, 571 U.S. __(Per Curiam) Opinion Page 3(cit. omit.)(11/04/2013). **Appeal contests the Court's** collusive - unwarranted invocation of 28 U.S.C. s1930(f) **and** 11 U.S.C. s362(a) per 28 U.S.C. s1915(e) - s1915A, **obviating** [City Of Detroit]'s inherently - unerring "**Elective Option (c)**" acceded - verified on 10/03/2007 - 07/24/2009(Dkt.#1 - #68).., to date, **Absent verified contest in law!**

Authored – Served on April 01, 2014, By:/s/_____ (Pro per)
Subscribed and sworn to before JEFFREY SANDERS(IFP-Pro se)
me this 0_1_ day of April, 2014. 16599 HUBBELL ST.
(Notary) _____ DETROIT, MICH. 48235-4030
My Commission Expires:

May 12, 2017

GARY HICKS
Notary Public - Michigan
Wayne County
My Commission Expires May 12, 2017
Acting in the County of Wayne