| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |
|---|---|---|

In re: **CITY OF DETROIT, MICHIGAN,**

Case No.: **13-53846**

Debtor.
_____/

**JEFFREY SANDERS,**     Adv. No.: **07-14206**

Appellant,

v.

**CITY OF DETROIT, MICHIGAN,**

Appellee.

---

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| ☒ | [422] 11 U.S.C. 362(b)(1) | Bankruptcy Appeal |
| ☒ | [422] 28 U.S.C. 158 - **1361** | Motion for Leave to Appeal |
| ___ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| ___ | [423] 28 U.S.C. 157(c)(1) | Proposed Findings of Fact and Conclusions of Law |
| ___ | [423] 28 U.S.C. 158 (c)(a) | Order of Contempt |

Date: **APRIL 1, 2014**      Name: *[signature] Jeffrey Sanders*