CASE NO. 13-53846
In The
FILED
2014 APR 15 A 10: 11
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN – S.D.

In Re: CITY OF DETROIT, MICHIGAN,
_____Debtor,_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

vs.

In Re: JEFFREY SANDERS (IFP-Pro se),
Jeffrey Sanders(IFP-Pro se, Creditor 161)
16599 Hubbell Street
Detroit, Michigan 48235-4030

## NOTICE OF APPEAL

Per 11 U.S.C. s362(b)(1) concern 18 U.S.C. s241 w/ 28 U.S.C. s354(b)(2)(B) - s2101(b), [Creditor] JEFFREY SANDERS **Appeals** the Court's 03/24/2014 ORDER((Dkt.3171), as Entered, to the Supreme Court Of The United States, lawfully **Exacting abrupt'** - incumbent - overdue - unerring "**Redress**" respecting absolute - conceded - exacted - irrefuted "**18 U.S.C. s241 and 42 U.S.C. s1983 Claims**" ad-**vocat(ed)ions' irrefuted** - **verified** attend(ant)ing USDC-E.D. Mich. Case No. 07-14206 embodiment - incorporat(ed)ion of **this** Case No. 13-53846, **heretofore,** absolutely / **strictly** subject to unerring rami-fication of **11 U.S.C. s362(b)(1)** per **18 U.S.C. s241** w/ 28 U.S.C. s151 - s1915(d), s2101(b), s2105-06, s2108 - s2111; 42 U.S.C. s1983 concern FRCP 54 - E.D. Mich. LR 58.1(b)...directive "**MANDATES**".

This Notice Of Appeal exacts incumbent - judicially **sanctioned redress** - **relief** ow(ed)ing abusive, collusive, errant, rampant Judicature oversights' violating [Creditor]'s U.S. Const. Amendment I, IV, V - XIV 'Protections'; substantive lawful 'Mandates' etc., for ultimately 'unwarranted' delay - distortions of [Creditor]'s Constitutional, unerring - wanting, **Declaratory Judgement Award - Recovery Of Money Damages,** verified in sum of $7,960,000.00, per [City Of Detroit, Mi.]'s compliant / unerring "**Elective Option (c)**" ascending **record** herein **Filed** on 10/03/2007 - 07/24/2009(Dkt.#1-2, 5-40, 54-68), **Exact!**

Duly Exacted – Executed On 04/15/2014, By:/s/ _____
Subscribed and sworn to before                JEFFREY SANDERS (IFP – Pro se)
me this 15 th day of April, 2014.              16599 HUBBELL STREET
(Notary) _____                    DETROIT, MICH. 48235-4030
My Commission Expires: 03/24/2020

TIM BARNES
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires March 24, 2020
Acting in the County of WAYNE