UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                                         :
In re                                                    : Chapter 9
                                                         :
CITY OF DETROIT, MICHIGAN,                               : Case No. 13-53846
                                                         :
                    Debtor.                              : Hon. Steven W. Rhodes
                                                         :
---------------------------------------------------------x

# ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, CERTAIN INSURERS, THE TRUSTEE FOR THE WATER AND SEWER BONDS, AND THE AD HOC COMMITTEE REGARDING BALLOTING ISSUES

This matter came before the Court on the *Stipulation by and Between the City of Detroit, Certain Insurers, the Trustee for the Water and Sewer Bonds, and the Ad Hoc Committee Regarding Balloting Issues* (the "<u>Stipulation</u>")[1] filed by the City and the Insurers. The Court has reviewed the Stipulation and finds that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iii) notice of the Stipulation was adequate under the circumstances and (iv) the terms of the Stipulation are fair, equitable and in the best interests of the City, the Insurers, the

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Stipulation.

Trustee, the Ad Hoc Committee, the City's creditors and all other parties in interest.

Accordingly, it is hereby ORDERED that:[2]

1. The Stipulation is APPROVED.

2. The forms of the Modified Ballots attached to the Stipulation are hereby approved, and the Modified Ballots shall replace the corresponding Approved Ballots, as applicable.

3. With the exception of the approval of the Modified Ballots, nothing contained in this Order shall be deemed to amend, modify or otherwise alter any of the findings of fact or conclusions of law set forth in the Court's *Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Adjustment and (II) Approving Notice Procedures Related to Confirmation of the Plan of Adjustment* (Docket No. 2789) or the Court's *Order Granting Motion of the City of Detroit for Approval of Amended Ballots* (Docket No. 3796).

4. The City is authorized to make further non-substantive or immaterial changes to the Modified Ballots, without further order of the Court, including, but not limited to (a) ministerial changes to correct typographical and

---

[2] To the extent any finding of fact in this order constitutes a conclusion of law, it is adopted as such. To the extent any conclusion of law in this order constitutes a finding of fact, it is adopted as such.

grammatical errors, (b) conforming changes to the Modified Ballots based on future modifications to the Fourth Amended Plan and Disclosure Statement and (c) altering the format of the Modified Ballots to facilitate their efficient distribution.

5. Upon occurrence of any material modification, amendment or alteration to or of the proposed Fourth Amended Plan, or the filing by the City of any alternative plan of adjustment under chapter 9 of the Bankruptcy Code, any Insurer, the Trustee, and/or the Ad Hoc Committee shall be entitled to file a motion with this Court requesting any appropriate relief on an expedited basis, including, without limitation, entry of an order modifying, vacating or amending this Order.

6. Notwithstanding any provision in this Order, the rights of all Insurers, the Trustee, and/or the Ad Hoc Committee to make any and all objections to the City's proposed Fourth Amended Plan, including, but not limited to, any objection to any of the City's proposed classifications of claims, are fully preserved.

7. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

8. The City and its counsel are authorized, in their discretion, to take or refrain from taking any action necessary or appropriate to effectuate the

terms of and relief granted by the Order in accordance with the Motion and without further order of the Court.

9. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and enforcement of this Order.

.

**Signed on May 05, 2014**

                             **/s/ Steven Rhodes**
                             **Steven Rhodes**
                             **United States Bankruptcy Judge**