UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
--------------------------------------------------x
                                                  :
In re                                             :    Chapter 9
                                                  :
CITY OF DETROIT, MICHIGAN,                        :    Case No. 13-53846
                                                  :
                        Debtor.                   :    Hon. Steven W. Rhodes
                                                  :
                                                  :
--------------------------------------------------x
```

## ORDER APPROVING THE PROPOSED DISCLOSURE STATEMENT

This matter came before the Court on the *Motion of the City of Detroit for Approval of the Proposed Disclosure Statement* (the "Motion") (Docket No. 2713). The Court reviewed the Motion, the *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit* (Docket No. 4391) (as it may be further amended, modified or supplemented, the "Disclosure Statement"), and the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit* (Docket No. 4392) (as it may be further amended, modified or supplemented, the "Plan") and heard the statements of counsel regarding the relief requested in the Motion at hearings before the Court on April 17, 2014 and April 28, 2014 (together, the "Hearing"). The Court has determined, after due deliberation, that (i) it has jurisdiction over this matter, (ii) this matter is a core proceeding, (iii) notice of the Motion and the Hearing was

adequate under the circumstances and (iv) the relief requested in the Motion is fair, equitable and in the best interests of the City of Detroit (the "City"), its creditors and other parties in interest.[1]

Accordingly, it is hereby ORDERED that:

1. The Motion is granted, as set forth herein.

2. All objections to the Motion are overruled in their entirety to the extent not resolved or rendered moot by the City's amendments, modifications or supplements to the Disclosure Statement.

3. The Disclosure Statement contains "adequate information" as defined by section 1125(a)(1) of title 11 of the United States Code and is hereby approved.

4. The Disclosure Statement provides adequate notice of, and satisfies Federal Rule of Bankruptcy Procedure 3016(c) with respect to, the injunction provisions contained in Article III of the Plan.

5. The City is authorized to make non-substantive or immaterial changes to the Disclosure Statement and all related documents (including, without limitation, all related exhibits), without further order of the Court, including, without limitation, (a) ministerial changes to correct typographical and grammatical errors, (b) conforming changes among the Disclosure Statement, the

---

[1] To the extent any finding of fact in this order constitutes a conclusion of law, it is adopted as such. To the extent any conclusion of law in this order constitutes a finding of fact, it is adopted as such.

Plan and any related materials and (c) altering the format of such documents to facilitate their efficient distribution.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

7. The City and its counsel are authorized, in their discretion, to take or refrain from taking any action necessary or appropriate to effect the terms of and relief granted by the Order in accordance with the Motion and without further order of the Court.

8. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and enforcement of this Order.

.

**Signed on May 05, 2014**

                                           **/s/ Steven Rhodes**
                                           **Steven Rhodes**
                                           **United States Bankruptcy Judge**