UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

_____/

**MOTION OF THE DETROIT PUBLIC SAFETY UNIONS
FOR ENTRY OF AN ORDER EXTENDING DEADLINE TO RESPOND TO
DISCOVERY REQUESTS AND EXTENDING DEADLINE TO FILE
OBJECTIONS TO THE PLAN OF ADJUSTMENT**

The Detroit Fire Fighters Association (the "DFFA"), the Detroit Police Officers Association (the "DPOA"), the Detroit Police Lieutenants & Sergeants Association (the "DPLSA") and the Detroit Police Command Officers Association (the "DPCOA") (collectively, the "Detroit Public Safety Unions"), through their counsel, Erman, Teicher, Zucker & Freedman, P.C., state their Motion for Entry of an Order Extending the Deadline to Respond to Discovery Requests and Extending the Deadline to File Objections to the Plan of Adjustment as follows:

1. In its Fourth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment [Docket No. 4202] (the "Fourth Amended Order"), this Court established May 6, 2014 (the "Discovery Deadline") as the deadline to comply with all timely written discovery requests and May 12, 2014 (the "Plan Objection Deadline") as the deadline for parties other

than individual bondholders and individual retirees to file objections to the City's Plan of Adjustment (the "Plan").

2. Over the last few weeks, while mindful of the discovery response deadline, the Detroit Public Safety Unions and their counsel have devoted most of their time negotiating with the City with a view toward reaching a settlement on their treatment under the Plan.

3. As of the date of this Motion, the DPCOA, and the DPLSA have reached tentative agreements with the City. The DPOA and the DFFA continue with negotiations, but as of the date hereof, settlements have not been achieved.

4. The course of events since the City's discovery requests were served on the Detroit Public Safety Unions have impaired the Detroit Public Safety Unions' ability to respond to the discovery requests by the May 6, 2014 deadline. Therefore, the Detroit Public Safety Unions request an extension of their Discovery Deadline to May 9, 2014.

5. Upon counsel's request, the City's counsel consented to extend the discovery response deadline to Friday, May 9, 2014.

6. The Detroit Public Safety Unions also request an extension of the date for the Detroit Public Safety Unions to file an objection to the Plan to May 16, 2014. Based upon the very fluid nature of events pertaining to the Detroit Public Safety Unions over the past week, the Detroit Public Safety Unions believe the additional time may avoid certain objections, and may help tailor other objections.

2

7. Both extensions of time which are sought are fairly nominal extensions, but would be significant to the Detroit Public Safety Unions. The extensions would not result in any change to the overall timing of events in this matter and would not impair the City's timetable or the other dates set forth in the Fourth Amended Order. The requested extension for the discovery responses is just three days, and the requested extension for the Plan objections is just four days. The City has until May 26, 2014 to file its combined response to plan objections. Therefore, there would be sufficient time for the City to address any objections filed by the Detroit Public Safety Unions if the extension were granted.

8. This Court is authorized to grant the requested relief pursuant to Bankruptcy Rule 9006(c)(1) and Local Bankruptcy Rule 9006-1(b).

9. The Detroit Public Safety Unions have requested concurrence in the relief requested in this motion from the City. As noted above, the City's counsel agreed relative to the discovery responses, but has not directly responded to the relief requested relative to filing of objections to the Plan.

WHEREFORE, the Detroit Public Safety Unions respectfully request that this Honorable Court issue an Order extending their Discovery Deadline to May 9, 2014, and their Plan Objection Deadline to _May 16, 2014, in the form attached hereto as Exhibit 1.

ERMAN, TEICHER,
ZUCKER & FREEDMAN, P.C.

By: */s/ Barbara A. Patek*
　　Earle I. Erman (P24296)
　　Barbara A. Patek (P34666)
　　Craig E. Zucker (P39907)
　　Counsel for the Detroit Public
　　Safety Unions
　　400 Galleria Officentre, Suite 444
　　Southfield, MI  48034
　　Telephone: (248) 827-4100
　　Facsimile:  (248) 827-4106
　　E-mail:  bpatek@ermanteicher.com

DATED:   May 5, 2014

F:\CHAP 9\DETROIT\mot extend deadline for discovery and to object to plan.docx

4

# SUMMARY OF ATTACHMENTS

The following documents are attached to this Motion, labeled in accordance with Local Rule 9014-1(b).

Exhibit 1:  Proposed Form of Order

Exhibit 2:  None [Ex Parte Motion for Expedited Hearing Filed Seperately]

Exhibit 3:  None [Brief Not Required]

Exhibit 4:  Certificate of Service

Exhibit 5:  None [No Affidavits Filed With This Motion]

Exhibit 6:  None [No Documentary Exhibits Filed With This Motion]

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

_____/

**ORDER EXTENDING DEADLINE TO RESPOND TO DISCOVERY REQUESTS AND EXTENDING DEADLINE TO FILE OBJECTIONS TO THE PLAN OF ADJUSTMENT**

This matter is before the Court on the Motion of the Detroit Public Safety Unions' Motion for Entry of Order Extending the Deadline to Respond to Discovery Requests and Extending Deadline to File Objections to the Plan of Adjustment (the "Motion"). The Court is duly advised in the premises and finds good cause for entry of this Order;

IT IS HEREY ORDERED that:

1. The Motion is GRANTED.

2. The deadline for the Detroit Public Safety Unions to respond to the City's discovery requests relating to the City's Plan of Adjustment is extended through and including May 9, 2014.

3. The deadline for the Detroit Public Safety Unions to file their objections to the City's Plan of Adjustment is extended through and including May 16, 2014.

# EXHIBIT 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

_____/

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 5, 2014, the Detroit Public Safety Unions' Motion for Entry of Order Extending the Deadline to Respond to Discovery Requests and Extending Deadline to File Objections to the Plan of Adjustment, Proposed Order, and Certificate of Service were electronically filed with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

ERMAN, TEICHER,
ZUCKER & FREEDMAN, P.C.

By: /s/ Barbara A. Patek
    Barbara A. Patek (P34666)
    Counsel for the Detroit
    Public Safety Unions
    400 Galleria Officentre, Suite 444
    Southfield, MI 48034
    Telephone: (248) 827-4100
    Facsimile: (248) 827-4106
    E-mail: bpatek@ermanteicher.com

DATED: May 5, 2014