# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

**APPELLANT'S DESIGNATION OF THE CONTENTS
OF THE RECORD AND STATEMENT OF ISSUES ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), appellants Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (together, "Syncora") file this designation of the contents of the record and statement of issues regarding Syncora's April 21, 2014 notice of appeal [Doc. No. 4208], filed pursuant to Bankruptcy Rule 8001 and 28 U.S.C. § 158(a), from this Court's final order, entered April 15, 2014 (the "Order"), approving a settlement and plan support agreement (collectively, the "Settlement Agreement").

## 1. DESIGNATION OF THE CONTENTS OF THE RECORD ON APPEAL

### (a) Docket Entries from Case No. 13-53846

| Item # | Date | Docket Number | Document Title |
|---|---|---|---|
| 1 | 7/18/2013 | 17 | Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of That Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant to Rule 9019 and (III) |

| Item # | Date | Docket Number | Document Title |
|---|---|---|---|
| | | | Granting Related Relief |
| 2 | 7/24/2013 | 157 | Corrected Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of That Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant to Rule 9019 and (III) Granting Related Relief |
| 3 | 8/1/2013 | 234 | Statement of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. in Advance of the August 2, 2013, Initial Status Conference on the Debtor's Assumption Motion |
| 4 | 8/2/2013 | 285 | Transcript Order Form of Hearing Held August 2, 2013 |
| 5 | 8/16/2013 | 366 | Objection of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. to Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of That Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant Rule 9019, and (III) Granting Related Relief |
| 6 | 8/16/2013 | 367 | Syncora Guarantee Inc. and Syncora Capital Assurance Inc. Disclosure of Witnesses and Documents in Advance of the September 9, 2013 Hearing |
| 7 | 8/20/2013 | 524 | Statement of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. in Advance of Status Conference |
| 8 | 9/5/2013 | 721 | Syncora Guarantee Inc. and Syncora Capital Assurance Inc.'s Disclosure of Rebuttal |

| Item # | Date | Docket Number | Document Title |
|---|---|---|---|
| | | | Witnesses and Documents in Advance of the September 23, 2013 Hearing |
| 9 | 9/10/2013 | 804 | Syncora Guarantee Inc. and Syncora Capital Assurance Inc.'s Amended Disclosure of Rebuttal Witnesses and Documents in Advance of the September 23, 2013 Hearing |
| 10 | 9/18/2013 | 933 | The Objectors' Motion in Limine to Preclude Debtor From Offering Evidence Regarding the Likelihood of Success, Complexity, and Expense of Claims the City Seeks to Settle With the Forbearance and Optional Termination Agreement |
| 11 | 9/18/2013 | 937 | Syncora Capital Assurance and Syncora Guarantee Inc.'s Response to Debtor's Motion in Limine to Exclude Testimony of Alexandra Schwarzman |
| 12 | 9/19/2013 | 954 | The Objectors' Motion to Admit Certain Deposition Testimony of Kevyn Orr and Kenneth Buckfire |
| 13 | 12/2/2014 | 1892 | Syncora Guarantee Inc. and Syncora Capital Assurance Inc. Disclosure of Witnesses and Documents in Advance of the December 17-19, 2013 Hearings |
| 14 | 12/9/2014 | 1980 | Syncora Guarantee Inc. and Syncora Capital Assurance Inc.'s Disclosure of Exhibits in Advance of the Hearing on December 17-19, 2013 |
| 15 | 12/11/2013 | 2035 | The Objectors' Supplemental Motion to Admit Certain Deposition Testimony of Charles Moore and James Doak |

| Item # | Date | Docket Number | Document Title |
|---|---|---|---|
| 16 | 12/11/2013 | 2036 | Ex Parte Motion for an Order Shortening Notice and Scheduling an Expedited Hearing on the Objectors' Supplemental Motion to Admit Certain Deposition Testimony of Charles Moore and James Doak |
| 17 | 12/11/2013 | 2048 | Order Denying (1) Syncora's Motion to Admit Certain Deposition Testimony [Dkt. #954]; (2) Syncora's Supplemental Motion to Admit Certain Deposition Testimony [Dkt. #2035]; and (3) Syncora's Motion for an Expedited Hearing Regarding Pleading #2035 [Dkt. #2036] |
| 18 | 12/11/2013 | 2058 | Motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. to Adjourn Hearing on the Debtor's Assumption Motion [Dkts. 17 and 157] and Motion to Approve Post-Petition Financing [Dkt. 1520] |
| 19 | 12/12/2013 | 2082 | Debtor's Amended List of Exhibits for Hearing on the City of Detroit's Assumption Motion [Dkts. 17 and 157] and Motion to Approve Post-Petition Financing [Dkt. 1520] |
| 20 | 12/13/2013 | 2120 | Syncora Guarantee Inc. and Syncora Capital Assurance Inc.'s Amended Disclosure of Exhibits in Advance of the Hearing on December 17-19, 2013 |
| 21 | 12/15/2013 | 2127 | Transcript Order Form of Hearing Held December 13, 2013 |
| 22 | 12/16/2013 | 2147 | Syncora Guarantee Inc. and Syncora Capital Assurance Inc.'s Second Amended Disclosure of Exhibits in Advance of the Hearing on December 17-19, 2013 |

| Item # | Date | Docket Number | Document Title |
|---|---|---|---|
| 23 | 12/16/2013 | 2186 | Amended Statement of Stipulated Facts Regarding Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of That Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant to Rule 9019, and (III) Granting Related Relief |
| 24 | 12/18/2013 | 2207 | Transcript Order Form of Hearing Held December 17, 2013 |
| 25 | 12/18/2013 | 2221 | Transcript Order Form of Hearing Held December 18, 2013 |
| 26 | 12/27/2013 | 2333 | Expedited Transcript Order Form of Hearing Held December 20, 2013 |
| 27 | 12/27/2013 | 2341 | Supplement to Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of That Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant Rule 9019, and (III) Granting Related Relief |
| 28 | 12/31/2013 | 2353 | Third Notice of Revised Proposed Order in Connection With a Final Order Pursuant to 11 U.S.C. §§ 105, 362, 364(C)(1), 364(C)(2), 364(e), 364(f), 503, 507(a)(2), 904, 921, and 922 (I) Approving Post-Petition Financing, (II) Granting Liens and Providing Superpriority Claim Status and (III) Modifying Automatic Stay |
| 29 | 1/7/2014 | 2421 | Transcript Order Form of Hearing Held January 3, 2014 |

| Item # | Date | Docket Number | Document Title |
|---|---|---|---|
| 30 | 1/14/2014 | 2468 | Transcript Order Form of Hearing Held January 13, 2014 |
| 31 | 1/16/2014 | 2493 | Transcript Order Form of Hearing Held January 16, 2014 |
| 32 | 1/17/2014 | 2511 | Order Denying Debtor's Assumption Motion |
| 33 | 3/4/2014 | 2806 | Corrected Motion of the Debtor for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving a Settlement and Plan Support Agreement and Granting Related Relief |
| 34 | 3/17/2014 | 3051 | Objection of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. to Corrected Motion of Debtor for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving a Settlement and Plan Support Agreement and Granting Related Relief |
| 35 | 3/21/2014 | 3145 | Omnibus Reply of the City of Detroit to Objections to the Motion of Debtor for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving a Settlement and Plan Support Agreement and Granting Related Relief |
| 36 | 3/26/2014 | 3234 | Supplement to Motion of Debtor for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving a Settlement and Plan Support Agreement Granting Related Relief |
| 37 | 3/27/2014 | 3257 | Second Supplement, to Correct Technical Errors, to Motion of Debtor for Entry of an Order, Pursuant to Section 105(a) of the |

| Item # | Date | Docket Number | Document Title |
|---|---|---|---|
| | | | Bankruptcy Code and Bankruptcy Rule 9019, Approving a Settlement and Plan Support Agreement and Granting Related Relief |
| 38 | 3/28/2014 | 3287 | Motion of Objectors for Adjournment of the Hearing Regarding the Debtor's Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving a Settlement and Plan Support Agreement and Granting Related Relief |
| 39 | 4/4/2014 | 3781 | Transcript Order Form for Hearing Held April 3, 2014 |
| 40 | 4/11/2014 | 3969 | Transcript Order Form for Hearing Held April 11, 2014 |

    **(b)**     **Hearing Transcripts from *In re City of Detroit, Mich.*, Case No. 13-53846**

| Item # | Date | Docket Number | Document Title |
|---|---|---|---|
| 41 | 8/9/2013 | 316 | Transcript Regarding Hearing Held August 2, 2013 |
| 42 | 12/15/2013 | 2132 | Transcript Regarding Hearing Held December 13, 2013 |
| 43 | 12/20/2013 | 2280 | Transcript Regarding Hearing Held December 18, 2013 |
| 44 | 12/23/2013 | 2299 | Transcript Regarding Hearing Held December 17, 2013 |
| 45 | 12/26/2013 | 2311 | Transcript Regarding Hearing Held December 20, 2013 |

| Item # | Date | Docket Number | Document Title |
|---|---|---|---|
| 46 | 1/10/2014 | 2447 | Transcript Regarding Hearing Held January 3, 2014 |
| 47 | 1/17/2014 | 2512 | Transcript Regarding Hearing Held January 13, 2014 |
| 48 | 1/18/2014 | 2521 | Transcript Regarding Hearing Held January 16, 2014 re: Bench Opinion |
| 49 | 4/9/2014 | 3930 | Transcript Regarding Hearing Held April 3, 2014 |
| 50 | 4/14/2014 | 4069 | Transcript Regarding Hearing Held April 11, 2014 |

**2. STATEMENT OF ISSUES ON APPEAL**

(a) Whether the bankruptcy court exceeded its statutory and constitutional jurisdiction and authority or otherwise erred in approving the release of liens provided for under the Settlement Agreement.

(b) Whether the bankruptcy court exceeded its statutory and constitutional jurisdiction and authority or otherwise erred in approving a settlement that impaired third party rights.

(c) Whether the bankruptcy court exceeded its statutory and constitutional jurisdiction and authority or otherwise erred in entering an overbroad bar order and injunction against the Service Corporations.

(d) Whether the Bankruptcy Court erroneously determined the following:

   (i) that Syncora's rights were preserved by the Settlement Agreement;

(ii) that the Settlement Agreement was not a modification of the Collateral Agreement and/or the Amended Swap;

(iii) that the Swap Counterparties had authority to settle claims relating to the Collateral Agreement liens; and

(iv) that Syncora was not a third-party beneficiary under the Collateral Agreement.

*[The remainder of this page is intentionally left blank.]*

| | |
|---|---|
| Dated: May 5, 2014 | /s/ *Ryan Blaine Bennett* |
| | James H.M. Sprayregen, P.C. |
| | Ryan Blaine Bennett |
| | Stephen C. Hackney |
| | KIRKLAND & ELLIS LLP |
| | 300 North LaSalle |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | |
| | and |
| | |
| | Stephen M. Gross |
| | David A. Agay |
| | Joshua Gadharf |
| | MCDONALD HOPKINS PLC |
| | 39533 Woodward Avenue |
| | Bloomfield Hills, MI 48304 |
| | Telephone: (248) 646-5070 |
| | Facsimile: (248) 646-5075 |
| | |
| | *Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.* |