UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

-------------------------------------------------------

## CERTIFICATE OF SERVICE

    I hereby certify that on May 5, 2014, I electronically filed the Objection of Jamie S. Fields to the City of Detroit's Fourth Amended Plan of Adjustment (Doc. 4392) Dated May 5, 2014 on the City of Detroit with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

                                        /s/Jamie S. Fields_____
                                        Jamie S. Fields (P-52808)
                                        555 Brush #2409
                                        (313) 570-3906
                                        Detroit, Michigan 48226
                                        jeansartre@msn.com