UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

## Order Requiring Responses

Syncora Capital Assurance Inc. and Syncora Guarantee Inc. have filed a Motion to Compel the Debtor to Provide More Specific Descriptions of the Subjects that Each Fact Witness Will Address (Dkt. #4409) and a Motion to Expedite Hearing regarding the Motion to Compel (Dkt. #4410). The Court concludes that it is necessary and appropriate to review the City's responses to these motions before determining how to proceed.

Accordingly, it is hereby ordered that the City shall file a response to these motions by May 9, 2014.

.

**Signed on May 06, 2014**

                                              /s/ Steven Rhodes  
                                              **Steven Rhodes**  
                                              **United States Bankruptcy Judge**