UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                    Chapter 9

City of Detroit, Michigan,                                Case No. 13-53846

        Debtor.                                  Hon. Steven W. Rhodes

_____/

**ORDER EXTENDING DEADLINE TO RESPOND TO DISCOVERY
REQUESTS AND EXTENDING DEADLINE TO FILE
<u>OBJECTIONS TO THE PLAN OF ADJUSTMENT</u>**

This matter is before the Court on the Motion of the Detroit Public Safety Unions' Motion for Entry of Order Extending the Deadline to Respond to Discovery Requests and Extending Deadline to File Objections to the Plan of Adjustment (the "Motion"). The Court is duly advised in the premises and finds good cause for entry of this Order;

IT IS HEREY ORDERED that:

1.    The Motion is GRANTED.

2.    The deadline for the Detroit Public Safety Unions to respond to the City's discovery requests relating to the City's Plan of Adjustment is extended through and including May 9, 2014.

3. The deadline for the Detroit Public Safety Unions to file their objections to the City's Plan of Adjustment is extended through and including May 16, 2014.

.

**Signed on May 06, 2014**

                                                **/s/ Steven Rhodes**
                                      **Steven Rhodes**
                                      **United States Bankruptcy Judge**