UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2014, I served on the attorney of record for Detroit Public Safety Union, David M. Eisenberg, by emailing and mailing to him at Deisenberg@ermanteicher.com; Erman, Teicher, Zucker & Freeman, P.C., 400 Galleria Officentre, Ste. 444, Southfield, MI 48034, with first class postage fully prepaid, the **State of Michigan's Answers and Objections to Detroit Public Safety Unions' Interrogatories (Dkt. 4019)**. I am efiling this Certificate of Service with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

          */s/Matthew Schneider*
          Matthew Schneider
          Chief Legal Counsel
          Attorney for State of Michigan
          P.O. Box 30754, Lansing, Michigan 48909
          (517) 373-3203
          SchneiderM7@michigan.gov [P62190]