UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**STATE OF MICHIGAN'S ANSWERS AND OBJECTIONS TO DETROIT PUBLIC SAFETY UNIONS' REQUESTS FOR PRODUCTION OF DOCUMENTS**

**Request No. 1:** Produce a copy of the State Contribution Agreement.

**ANSWER:** The State objects to this request because it seeks a document that does not yet exist. The State Contribution Agreement has not yet been finalized and executed. However, the unexecuted draft State Contribution Agreement was filed as Exhibit I.A.268 to the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 5, 2014) (Dkt. #4392) and a copy of this document may be obtained from publicly filed court records.

Respectfully submitted,

*/s/Matthew Schneider*
Matthew Schneider

|  |  |
|---|---|
|  | Chief Legal Counsel<br>Attorney for State of Michigan<br>P.O. Box 30754<br>Lansing, Michigan 48909<br>(517) 373-3203<br>SchneiderM7@michigan.gov<br>[P62190] |
|  | Margaret A. Nelson<br>Assistant Attorney General |
|  | Steven G. Howell<br>Special Assistant Attorney General<br>Dickinson Wright PLLC<br>500 Woodward Ave., Ste. 4000<br>Detroit, Michigan 48226-3425 |
| May 6, 2014 | Attorneys for the State of Michigan |