UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | In Proceedings Under Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2014, I electronically served *Wayne County's Objections to Subpoena from the Official Retiree's Committee for Debtor* with the Court using the CM/ECF system.

Respectfully Submitted,

BUTZEL LONG, a professional Corporation

/s/ Max J. Newman
By: Max J. Newman (P51483)
By: Beth Gotthelf (P38951)
Attorneys for Wayne County
Stoneridge West
41000 Woodward Ave
Bloomfield Hills, MI 48304
(248) 258-2907
newman@butzel.com

Dated: May 6, 2014