I worked for the Detroit Police Department for almost 40 years and retired in 2006. I stayed in the City as required all that time because I was promised first class health insurance and a small pension. I worked Saturdays and Sundays and most Holidays just to make a decent living. I was forced to work a month of midnights, afternoons, and then days.

As you know the governor decided to take income tax from my pension of $200. A month.

You lowered the salaries of working police officers by over 30% of their net and then forced them to take the poorest health insurance available with only CVS Caremark for all prescriptions with no other choice. Is this because they were heavy contributors to the governor's election? By the way I see the Governor just gave his cousin a 40 million dollar contract for furniture.

Now as of March 1st you took away my health insurance, Dental and Vision care which were 55% of my retirement, I didn't spend six years working my way through college for you to come along and destroy my life. Since the day in 1968 when I was hired every supervisor I had said my hospitalization and pension were protected by the State of Michigan and Federal Government how can you do this??

Because I never paid into or was allowed to pay for Social Security I am not eligible to receive Medicare or Social Security benefits.

In my sixties I can't start a new career, I can't get my wife's youth returned to me or mine, It's like we paid for something and now it's being stolen. Why would anyone work if their pensions were not secure?

All of our planned trips have been cancelled and I'm worried how we are going to live. How can I help my children and grandchildren?

I see nothing but corruption with the governor spending money like crazy then sashaying over to Europe to enjoy himself.

As a Federal Judge what are you doing to protect my Health Insurance, Dental, and Vision care and why would you allow anyone to touch my pension?? Is the State of Michigan broke or just the City of Detroit that the politicians ran into the ground? Is this a Country just for the rich and powerful?

Dan Headapohl
52507 Robin's Nest
Chesterfield Township, 48047