UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Case No. 13-53846<br><br>In Proceedings Under<br>Chapter 9<br><br>Hon. Steven W. Rhodes |

### CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2014, I electronically served *Wayne County's Objections to Subpoena from the Ad Hoc Bondholders* with the Court using the CM/ECF system.

Respectfully Submitted,

BUTZEL LONG, a professional Corporation

/s/ Max J. Newman
By: Max J. Newman (P51483)
By: Beth Gotthelf (P38951)
Attorneys for Wayne County
Stoneridge West
41000 Woodward Ave
Bloomfield Hills, MI 48304
(248) 258-2907
newman@butzel.com

Dated: May 6, 2014

999999999\0920\1587046-1