**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 716, 231 W. Lafayette, Detroit, MI 48226** on **5/12/14** at **10:00 AM** to consider and act upon the following:

*4431* – Objection to Subpoena from the Official Retiree's Committee for Debtor Filed by Interested Party Wayne County Corporation. (Attachments: # 1 Exhibit A) (Newman, Max)

Dated: 5/6/14

                                       BY THE COURT

                                       Katherine B. Gullo
                                       Clerk, U.S. Bankruptcy Court

                                       BY: christine sikula
                                       Deputy Clerk