# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN

| | )  |
|---|---|
| In re | ) Chapter 9 |
| | ) |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| | ) |
| Debtor. | ) Hon. Steven W. Rhodes |
| | ) |
| | ) |

## CERTIFICATION OF SERVICE

I, Regina Drouillard, hereby certify that on May 6, 2014, I electronically filed the following:

- Responses and Objections to Debtor's First Request for Production of Documents

with the Clerk of the Court using the ECF and I hereby certify that the Court's ECF system has served all registered users and served the foregoing document upon:

| | |
|---|---|
| Bruce Bennett, Esq. | Geoffrey S. Irwin, Esq. |
| Attorney for Debtor | Attorney for Debtor |
| bbennett@jonesday.com | gsirwin@jonesday.com |

Via electronic mail.

ALLARD & FISH, P.C.

/S/Regina Drouillard
535 Griswold
2600 Buhl Building
Detroit MI 48226
(313) 961-6141

Dated: May 6, 2014
z:\13\079\plds\cos.response to prod. docs.doc