# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## CERTIFICATION OF SERVICE

I, Regina Drouillard, hereby certify that on May 6, 2014, I served the following document:

- Responses and Objection to Debtor's First Set of Interrogatories

Upon: Bruce Bennett, Esq.  
      Attorney for Debtor  
      bbennett@jonesday.com

Geoffrey S. Irwin, Esq.  
Attorney for Debtor  
gsirwin@jonesday.com

Via electronic mail.

ALLARD & FISH, P.C.

/S/Regina Drouillard  
535 Griswold  
2600 Buhl Building  
Detroit MI 48226  
(313) 961-6141

Dated: May 6, 2014  
z:\13\079\plds\cos.resp. to interog.doc