## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |

## ORDER EXTENDING DEADLINE TO RESPOND TO DISCOVERY SERVED UPON THE GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT BY THE INTERNATIONAL UNION, UAW

This matter having come before the Court upon the Stipulation of the International Union, UAW (the "UAW") and the General Retirement System of the City of Detroit (the "GRS"); the UAW having served the GRS with Document Requests of International Union, UAW to the General Retirement System of the City of Detroit Regarding Plan Confirmation [Dkt. No. 3963] (the "Document Requests") and Interrogatories of International Union, UAW to the General Retirement System of the City of Detroit Regarding Plan Confirmation [Dkt. No. 3961] (the "Interrogatories" and together with the Document Requests, the "Discovery Requests"); responses to the Discovery Requests being due on May 6, 2014 pursuant to the Fourth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment [Dkt. No. 4202]

(the "Plan Scheduling Order"); the GRS having produced certain responsive documents on April 17, 2014, but requiring additional time to complete written responses and objections to the Discovery Requests and to complete production of responsive documents and the related privilege log; the parties having agreed to an extension of the deadline for responding or objecting to the Discovery Requests and for producing responsive documents; and, the Court finding that good cause exists for granting the relief herein:

**IT IS HEREBY ORDERED THAT**:

1.     GRS's written responses and objections to the Discovery Requests shall be served on or before May 8, 2014.

2.     GRS's rolling production of documents and the related privilege log responsive to the Document Requests shall be completed by Monday, May 12, 2014.

.

**Signed on May 06, 2014**

                              **/s/ Steven Rhodes**
                              **Steven Rhodes**
                              **United States Bankruptcy Judge**

        3.