UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

**STIPULATION TO EXTEND DEADLINE TO RESPOND TO SUBPOENAS ISSUED TO THE DETROIT INSTITUTE OF ARTS**

The Detroit Institute of Arts, a Michigan non-profit corporation, f/k/a, among other things, the Detroit Museum of Arts, Detroit Museum of Arts Founders' Society, and Founders Society Detroit Museum of Art ("**DIA Corp.**"), and the Issuing Parties[1] **STIPULATE** and **AGREE** as follows:

1. The Issuing Parties served subpoenas on the DIA Corp. on or about March 31, 2014 and April 11, 2014, seeking, among other things, documents related to the public art institute that is commonly known as the Detroit Institute of Arts.

2. As a result of several conferences, including conferences on April 14,

---

[1] The Issuing Parties include Financial Guaranty Insurance Company, Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Eurpaische Pfandbrief-und Kommunalkreditbank Aktiengesellshaft in Luxemburg S.A., FMS Wertmanagement AoR, Dexia Credit Local & Dexia Holdings, Inc., the Official Committee of Retirees, Syncora Guarantee Inc. Syncora Capital Assurance Inc., and other parties on whose behalf counsel for the Issuing Parties may be acting.

2014 and April 21, 2014, the parties reached an agreement to narrow the scope of the documents to be produced subject to certain terms and reservations of rights ("**Agreement**").

3. The DIA Corp. has taken substantial steps to collect and produce responsive documents consistent with the terms of the Agreement. Given the volume of documents and the difficulty associated with producing such documents, however, the DIA Corp. cannot fully comply with the May 6, 2014 deadline set forth in the Court's *Fourth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment* [Dkt. No. 4202] ("**Scheduling Order**").

4. Based on the foregoing, the parties stipulate and agree to extend the deadline for the DIA Corp. to comply with the subpoenas to May 20, 2014. The deadline to object is also extended by agreement of the parties.

5. This stipulation is made in good faith and not for any dilatory purpose, and the parties will not be prejudiced by the granting of this stipulation.

HONIGMAN MILLER SCHWARTZ
AND COHN LLP

By: */s/* Scott B. Kitei
Arthur T. O'Reilly (P70406)
Scott B. Kitei (P78064)
Daniel N. Adams (P72328)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7000
aoreilly@honigman.com

and

CRAVATH, SWAINE & MOORE LLP
Richard Levin
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
rlevin@cravath.com

*Attorneys for The Detroit Institute of Arts*

*/s/* Deborah L. Fish
Deborah L. Fish (P38560)
ALLARD & FISH, P.C.
2600 Buhl Building
535 Griswold
Detroit, MI 48226
Telephone: (313) 961-6141
Facsimile: (313) 961-6142
dfish@allardfishpc.com

and

KRAMER LEVIN NAFTALIS &
FRANKEL LLP
Thomas Moers Mayer
Jonathan M. Wagner
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel to Dexia Crédit Local &
Dexia Holdings, Inc.*

| | |
|---|---|
| */s/* Vincent J. Marriott, III | */s/* Alfredo R. Pérez |
| Vincent J. Marriott, III, Esquire | Alfredo R. Pérez |
| BALLARD SPAHR LLP | WEIL, GOTSHAL & MANGES LLP |
| 1735 Market Street, 51st Floor | 700 Louisiana Street, Suite 1600 |
| Philadelphia, Pennsylvania 19103 | Houston, TX 77002 |
| Tel: (215) 864-8236 | Telephone: (713) 546-5000 |
| Fax: (215) 864-9762 | Facsimile: (713) 224-9511 |
| E-mail: marriott@ballardspahr.com | Email: alfredo.perez@weil.com |
| | |
| Matthew G. Summers, Esquire | – and – |
| BALLARD SPAHR LLP | |
| 919 North Market Street, 11th Floor | Ernest J. Essad Jr. |
| Wilmington, Delaware 19801 | Mark R. James |
| Telephone: (302) 252-4428 | WILLIAMS, WILLIAMS, RATTNER |
| Facsimile: (302) 252-4466 | & PLUNKETT, P.C. |
| E-mail: summersm@ballardspahr.com | 280 North Old Woodward Avenue, Suite 300 |
| | Birmingham, MI 48009 |
| -and- | Telephone: (248) 642-0333 |
| | Facsimile: (248) 642-0856 |
| Howard S. Sher, Esq. (P38337) | Email: EJEssad@wwrplaw.com |
| JACOB & WEINGARTEN, P.C. | Email: mrjames@wwrplaw.com |
| Somerset Place | |
| 2301 W. Big Beaver Road, Suite 777 | *Attorneys for Financial Guaranty Insurance Company* |
| Troy, Michigan 48084 | |
| Tel: (248) 649-1200 | |
| Fax: (248) 649-2920 | |
| E-mail: howard@jacobweingarten.com | |
| | |
| *Attorneys for Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A.* | |

4

/s/ Rick L. Frimmer
Rick L. Frimmer
J. Mark Fisher
Michael W. Ott
SCHIFF HARDIN, LLP
233 W. Wacker Drive, Suite 6600
Chicago, Illinois 60606
Telephone: (313) 258-5600
Facsimile: (312) 258-5600
E-mail: rfrimmer@schiffhardin.com
E-mail: mfisher@schiffhardin.com
E-mail: mott@schiffhardin.com

*Attorneys for FMS Wertmanagement AöR*

/s/ Arthur H. Ruegger
Claude D. Montgomery (P29212)
Carole Neville
Arthur H. Ruegger
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
claude.montgomery@dentons.com
carole.neville@dentons.com

Sam J. Alberts
DENTONS US LLP
1301 K. Street, NW
Suite 600, East Tower
Washington, DC 2005-3364
Tel: (202) 408-6400
Fax: (202) 408-6399
sam.alberts@dentons.com

Matthew E. Wilkins (P56697)
Paula A. Hall (P61101)
BROOKS WILKINS SHARKEY & TURCO PLLC
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
Direct: (248) 971-1711
Cell: (248) 882-8496
Fax: (248) 971-1801
wilkins@bwst-law.com
hall@bwst-law.com

*Counsel for the Official Committee of Retirees*

5

*/s/* Stephen C. Hackney
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

    - and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075

*Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*

6

## CERTIFICATE OF SERVICE

  I, Scott B. Kitei, hereby certify that the foregoing Stipulation to Extend Deadline to Respond to Subpoenas Issued to the Detroit Institute of Arts was filed and served via the Court's electronic case filing and noticing system on this 6th day of May 2014.

            /s/ Scott B. Kitei

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

**ORDER EXTENDING DEADLINE TO RESPOND TO
SUBPOENAS ISSUED TO THE DETROIT INSTITUTE OF ARTS**

This matter having come before the Court on the Stipulation to Extend Deadline to Respond to Subpoenas Issued to The Detroit Institute of Arts ("**DIA Corp.**"), no further notice or hearing being required, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that, solely with respect to the DIA Corp., the deadline in the Court's Fourth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment ("**Scheduling Order**") to comply with or object to timely written discovery requests shall be extended until May 20, 2014. All other terms and conditions set forth in the Scheduling Order shall continue to govern except as otherwise altered by the Court.