# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

Debtor.
_____/

Chapter 9

Case No: 13-53846

Hon. Steven. W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2014, I caused: (i) *National Public Finance Guarantee Corporation's Responses and Objections to Debtor's Requests for Production of Documents* [Doc. No. 4475], and (ii) *National Public Finance Guarantee Corporation's Responses and Objections to Debtor's First Set of Interrogatories* [Doc. No. 4476] to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants in this bankruptcy case.

Respectfully Submitted,

**JAFFE RAITT HEUER & WEISS, P.C.**

By: /s/ Paul R. Hage
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214
Telephone: (248) 351-3000
phage@jaffelaw.com

Dated: May 6, 2014

*Counsel for National Public Finance Guarantee Corp.*

2771783.1