# EXHIBIT 6-A

## COMPARISON OF SHAW FISHMAN HOURLY RATES

| MEMBERS | 2013 STANDARD RATES | 2013 DETROIT RATES |
|---|---|---|
| Robert M. Fishman | $675.00 | $600.00 |
| Ira Bodenstein | $495.00 | $425.00 |
| Peter J. Roberts | $475.00 | $410.00 |
| Gordon E. Gouveia | $370.00 | $325.00 |
| ASSOCIATES | | |
| David R. Doyle | $290.00 | $250.00 |
| Marc S. Reiser | $290.00 | $250.00 |
| Allison B. Hudson | $250.00 | $200.00 |
| PARAPROFESSIONALS | | |
| Melissa A. Westbrook | $200.00 | $170.00 |

## COMPARISON OF KAPILA & COMPANY HOURLY RATES

| PROFESSIONAL STAFF | 2013 STANDARD RATES | 2013 DETROIT RATES |
|---|---|---|
| Soneet R. Kapila | $520.00 | $442.00 |
| Mary M. McMickle | $366.00 | $330.00 |
| Joseph E. Gillis | $300.00 | $260.00 |
| Shantel Thomas | $240.00 | $208.00 |
| Mark Parisi | $180.00 | $156.00 |