# EXHIBIT 6-B

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151
Fed Tax ID: 36-3844420

Invoice 12414
October 31, 2013

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 10/31/2013

### Please include Invoice Number with Payment

| | | |
|---|---:|---:|
| Balance Forward | | 44,797.20 |
| Current Fees | 9,300.00 | |
| Total Current Charges | | 9,300.00 |
| **Total Due** | | **54,097.20** |

### Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---:|---:|---:|
| 08/31/13 | 11516 | 28,407.85 | 0.00 | 28,407.85 |
| 09/30/13 | 12044 | 16,389.35 | 0.00 | 16,389.35 |
| | **Totals** | 44,797.20 | 0.00 | 44,797.20 |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| Robert Fishman as Detroit Fee Examiner | October 31, 2013 |
|---|---|
| I.D. 10661-002 - RMF | Invoice 12414 |
| Re: Robert Fishman | |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/13 | RMF | Spoke to J. Ellman re the status of submissions of deliverables, including initial invoices (.3). Reviewed pleadings (.6). | 0.90 | 600.00 | 540.00 |
| 10/02/13 | RMF | Spoke to C. Moore and K. Hand of Conway re fee review issues (.3). Spoke to J. Green of Canfield re fee review issues (.2). Spoke to G. Gouveia re logistics of review and reporting (.4) | 0.90 | 600.00 | 540.00 |
| 10/04/13 | RMF | Office conference with members of working group regarding issues related to redacted invoice deliveries, possible review of indenture trustee bills and related research issues, issues related to certain professional retention agreements, and delegation of various tasks in preparation for invoice review and related reporting (1.2). Began review of documents received from various Professionals (1.3). Spoke to J. Ellman re fee review issues (.4). | 2.90 | 600.00 | 1,740.00 |
| 10/05/13 | RMF | Began review of and comments to Jones Day July Invoice. | 1.10 | 600.00 | 660.00 |
| 10/07/13 | RMF | Further review of and comments to Jones Day July Invoice. | 2.40 | 600.00 | 1,440.00 |
| 10/09/13 | RMF | Spoke to J. Ellman re several fee review issues (.2). Drafted email to J. Ellman and others re timing of presentment of redacted invoices (.2). | 0.40 | 600.00 | 240.00 |
| 10/10/13 | RMF | Spoke to D. Heiman re status of case generally. | 0.80 | 600.00 | 480.00 |
| 10/11/13 | RMF | Met with Shaw Fishman fee review team to discuss fee review process and logistics, types of potentially problematic time entries and appropriate responses to such entries (2.7). Reviewed and revised memo re fee review criteria (.4). Exchanged emails with fee review team re fee review process, logistics and deadlines (.4). | 3.50 | 600.00 | 2,100.00 |
| 10/25/13 | RMF | Spoke to J. Ellman re reimbursement claims of secured creditors, Shaw Fishman invoice questions and related fee examiner issues. | 0.40 | 600.00 | 240.00 |
| 10/28/13 | RMF | Spoke to A. Hudson re Miller Buckfire, Milliman and Conway invoices (.2). Summary review of same (.8). Spoke to J. Ellman re Miller Buckfire and Milliman invoices and issues respecting the same (.4). Reviewed and revised Shaw Fishman September Detailed Statement of Services Rendered (.8). | 2.20 | 600.00 | 1,320.00 |
| | | **Total Fees** | **15.50** | | **9,300.00** |

| | |
|---|---|
| Total Fees and Disbursements | 9,300.00 |
| Total Current Charges | 9,300.00 |
| Balance Forward | 44,797.20 |
| **Total Amount Due** | **54,097.20** |

13-53846-tjt    Doc 4499-5    Filed 05/06/14    Entered 05/06/14 21:00:16    Page 3 of 8

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 12978
December 31, 2013

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 11/30/2013

### Please include Invoice Number with Payment

| | | |
|---|---:|---:|
| Previous Balance | | 54,097.20 |
| Payments | | -38,361.45 |
| Balance Forward | | 15,735.75 |
| Current Fees | 24,540.00 | |
| Total Current Charges | | 24,540.00 |
| **Total Due** | | **40,275.75** |

### Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---:|---:|---:|
| 08/31/13 | 11516 | 28,407.85 | 24,276.85 | 4,131.00 |
| 09/30/13 | 12044 | 16,389.35 | 14,084.60 | 2,304.75 |
| 10/31/13 | 12414 | 9,300.00 | 0.00 | 9,300.00 |
| | Totals | 54,097.20 | 38,361.45 | 15,735.75 |

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner
I.D. 10661-002 - RMF
Re: Robert Fishman

December 31, 2013
Invoice 12978

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/06/13 | RMF | Reviewed invoices. | 2.30 | 600.00 | 1,380.00 |
| 11/07/13 | RMF | Prepared for and participated in conference call with Miller Buckfire team and I. Bodenstein re suggested changes to Miller Buckfire invoice (1.6). Reviewed invoices (4.7). | 6.30 | 600.00 | 3,780.00 |
| 11/08/13 | RMF | Reviewed invoices. | 4.60 | 600.00 | 2,760.00 |
| 11/10/13 | RMF | Reviewed invoices. | 3.20 | 600.00 | 1,920.00 |
| 11/11/13 | RMF | Met with D. Doyle and reviewed Jones Day invoice and compiled joint comments for Preliminary Report (2.7). Reviewed and revised draft Preliminary Report, Final Report and Quarterly Report forms (1.1). | 3.80 | 600.00 | 2,280.00 |
| 11/18/13 | RMF | Spoke to D. Lempke and C. Rogers re extent of applicability of Fee Examiner Order. | 0.40 | 600.00 | 240.00 |
| 11/19/13 | RMF | Participated in three conferences with the teams that reviewed the Pepper Hamilton, Dentons and Miller Canfield invoices, reviewing the consolidated review spreadsheets and discussing the comments thereon with the team members (4.2). Spoke to J. Ellman re several fee review topics (.6). | 4.80 | 600.00 | 2,880.00 |
| 11/20/13 | RMF | Participated in two conferences with the teams that reviewed the Foley and Jones Day invoices, reviewing the consolidated review spreadsheets and discussing the comments thereon with the team members (2.7). Spoke to P. Roberts and G. Gouveia re language for preliminary reports (.2). | 2.90 | 600.00 | 1,740.00 |
| 11/21/13 | RMF | Participated in two conferences with the teams that reviewed the EY and Conway, reviewing the consolidated review spreadsheets and discussing the comments thereon with the team members. | 4.50 | 600.00 | 2,700.00 |
| 11/24/13 | RMF | Reviewed and revised multiple Preliminary Reports. | 2.60 | 600.00 | 1,560.00 |
| 11/25/13 | RMF | Reviewed and revised various Preliminary Reports (3.2). Finalized and transmitted all of the July/August Preliminary Reports (.6). Spoke to J. Ellman re fee review issues (.3). | 4.10 | 600.00 | 2,460.00 |
| 11/26/13 | RMF | Spoke to J. Ellman re Lazard retention order and fee review order issues (.4). Reviewed Lazard draft order (.2). Reviewed and revised Shaw Fishman invoices for October 2013 (.8). | 1.40 | 600.00 | 840.00 |
| | | **Total Fees** | **40.90** | | **24,540.00** |

| | |
|---|---|
| **Total Fees and Disbursements** | 24,540.00 |
| **Total Current Charges** | 24,540.00 |
| Balance Forward | 15,735.75 |

Page: 1

Robert Fishman as Detroit Fee Examiner
I.D. 10661-002 - RMF
Re: Robert Fishman

December 31, 2013
Invoice 12978

**Total Amount Due**     40,275.75

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654-
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 13352
January 31, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 12/31/2013

### Please include Invoice Number with Payment

| | | |
|---|---:|---:|
| Previous Balance | | 40,275.75 |
| Payments | | -7,905.00 |
| Balance Forward | | 32,370.75 |
| Current Fees | 13,200.00 | |
| Total Current Charges | | 13,200.00 |
| **Total Due** | | **45,570.75** |

### Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---:|---:|---:|
| 08/31/13 | 11516 | 28,407.85 | 24,276.85 | 4,131.00 |
| 09/30/13 | 12044 | 16,389.35 | 14,084.60 | 2,304.75 |
| 10/31/13 | 12414 | 9,300.00 | 7,905.00 | 1,395.00 |
| 12/31/13 | 12978 | 24,540.00 | 0.00 | 24,540.00 |
| | **Totals** | **78,637.20** | **46,266.45** | **32,370.75** |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| Robert Fishman as Detroit Fee Examiner | January 31, 2014 |
|---|---|
| I.D. 10661-002 - RMF | Invoice 13352 |
| Re: Robert Fishman | |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/13 | RMF | Reviewed Preliminary Reports for Pepper Hamilton and Jones Day in preparation for my telephonic meetings with same (1.3). Spoke to B. Hertzberg re Pepper Hamilton Preliminary Report (.4). Spoke with J. Ellman and D. Doyle re Jones Day Preliminary Report (.9). | 2.60 | 600.00 | 1,560.00 |
| 12/03/13 | RMF | Reviewed Miller Canfield Preliminary Report (.3). Conference call with Miller Canfield and G. Gouveia re Miller Canfield Preliminary Report (.6). | 0.90 | 600.00 | 540.00 |
| 12/04/13 | RMF | Continued reviewing Jones Day September invoice (1.6). Reviewed Miller Buckfire revised July/August invoice (.3). Spoke to I. Bodenstein re Miller Buckfire (.2). | 2.10 | 600.00 | 1,260.00 |
| 12/05/13 | RMF | Reviewed Dentons Preliminary Report (.3) and discussed same with I. Bodenstein (.2). | 0.50 | 600.00 | 300.00 |
| 12/06/13 | RMF | Met with S. Alberts to discuss Dentons Preliminary Report. | 1.10 | 600.00 | 660.00 |
| 12/09/13 | RMF | Spoke to G. Gouveia re Conway meet and confer situation (.2). Reviewed EY Preliminary Report in preparation for telephone conference with EY (.2). Telephone conference with Fee Examiner team and EY team re EY responses to Preliminary report (.3). | 0.70 | 600.00 | 420.00 |
| 12/11/13 | RMF | Spoke to J. Ellman re various fee issues. | 0.30 | 600.00 | 180.00 |
| 12/13/13 | RMF | Continued review of invoices. | 1.20 | 600.00 | 720.00 |
| 12/16/13 | RMF | Reviewed Lazard Order prior to hearing (.1). Participated in Lazard hearing (.3). Continued reviewing invoices (1.2). | 1.60 | 600.00 | 960.00 |
| 12/17/13 | RMF | Continued reviewing invoices. | 3.10 | 600.00 | 1,860.00 |
| 12/27/13 | RMF | Continued reviewing the spreadsheets reflecting the responses from the various firms (2.8). Spoke to G. Gouveia re Miller Canfield responses (.2). | 3.00 | 600.00 | 1,800.00 |
| 12/30/13 | RMF | Reviewed and revised various draft preliminary reports and spreadsheets (4.2). Multiple email exchanges with team members re same (.7). | 4.90 | 600.00 | 2,940.00 |
| | | **Total Fees** | **22.00** | | **13,200.00** |

| | |
|---|---|
| Total Fees and Disbursements | 13,200.00 |
| Total Current Charges | 13,200.00 |
| Balance Forward | 32,370.75 |
| **Total Amount Due** | **45,570.75** |