UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____ )
In re ) Case No. 13-53846
)
CITY OF DETROIT, MICHIGAN, ) In Proceedings Under
) Chapter 9
Debtor. )
_____ ) Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2014, Ambac Assurance Corporation's Objections and Responses to Debtor's First Set of Interrogatories were served via the email upon:

Bruce Bennett, Esq.
Attorney for Debtor
bbennett@jonesday.com

Geoffrey S. Irwin, Esq.
Attorney for Debtor
gsirwin@jonesday.com

                Respectfully Submitted,

                **ARENT FOX LLP**

Dated: May 6, 2014    By: /s/ Carol Connor Cohen
                              CAROL CONNOR COHEN

CAROLINE TURNER ENGLISH
1717 K Street, NW
Washington, DC 20036-5342
(202) 857-6054
Carol.Cohen@arentfox.com

DAVID L. DUBROW
MARK A. ANGELOV
1675 Broadway
New York, NY 10019
(212) 484-3900

and

**SCHAFER AND WEINER, PLLC**

DANIEL J. WEINER (P32010)
BRENDAN G. BEST (P66370)
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
bbest@schaferandweiner.com

*Counsel for Ambac Assurance Corporation*

2

13-53846-tjt    Doc 4502    Filed 05/06/14    Entered 05/06/14 22:11:12    Page 2 of 2