# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I, Kenneth E. Noble, hereby certify that on May 6, 2014, I served the following document:

- DEUTSCHE BANK'S RESPONSES AND OBJECTIONS TO DEBTOR'S FIRST SET OF INTERROGATORIES

Upon:  Bruce Bennett, Esq.  Geoffrey S. Irwin, Esq.
       Attorney for Debtor   Attorney for Debtor
       bbennett@jonesday.com  gsirwin@jonesday.com

Via electronic mail.

Dated: May 6, 2014

*/s/ Kenneth E. Noble*
Kenneth E. Noble
E-mail: kenneth.noble@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Tel: 212-940-8800