UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Case No. 13-53846<br><br>In Proceedings Under<br>Chapter 9<br><br>Hon. Steven W. Rhodes |

### NOTICE OF WITHDRAWAL OF DOCKET NO. 4431 and 4432

PLEASE TAKE NOTICE THAT on May 6, 2014, Wayne County filed Objections to Subpoena From the Official Retiree's Committee for Debtor [Docket No. 4431] and Certificate of Service [Docket No. 4432] which has been filed incorrectly in this proceeding. Wayne County hereby withdraws these pleadings.

Respectfully Submitted,

BUTZEL LONG, a professional corporation

/s/ Max J. Newman
By: Max J. Newman (P51483)
Attorneys for Debtor
Stoneridge West
41000 Woodward Ave.,
Bloomfield Hills, MI 48304
(248) 258-2907
newman@butzel.com

DATED: May 6, 2014

# CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2014, I electronically served *Wayne County's Notice of Withdrawal of Dockets Nos. 4431 and 4432* with the Court using the CM/ECF system.

                                            Respectfully Submitted,

                                            BUTZEL LONG, a professional Corporation

                                            /s/ Max J. Newman
                                            By: Max J. Newman (P51483)
                                            By: Beth Gotthelf (P38951)
                                            Attorneys for Wayne County
                                            Stoneridge West
                                            41000 Woodward Ave
                                            Bloomfield Hills, MI 48304
                                            (248) 258-2907
                                            newman@butzel.com

Dated: May 6, 2014