UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |

**ORDER GRANTING MOTION OF THE DETROIT RETIREMENT SYSTEMS FOR AN ORDER EXTENDING DEADLINE TO RESPOND TO DISCOVERY REQUESTS**

This matter having come before the Court upon the Motion of the Detroit Retirement Systems for an Order Extending Deadline to Respond to Discovery Requests (the "Motion"); the Court having considered the Motion and finding that good cause exists for granting the relief requested:

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Retirement Systems' written responses and objections to the Discovery Requests shall be served on or before May 7, 2014.

3. The Retirement Systems' rolling production of documents responsive to the Document Requests shall begin on May 6, 2014.

4. The Retirement Systems' rolling production of documents, including electronically stored information, and the related privilege log responsive to the Document Requests shall be completed by Monday, May 19, 2014.

5. The City and the Retirement Systems may stipulate to further extend: (a) the deadline for written responses and objections to the Discovery Requests and (b) the Retirement Systems' deadline for completing production of documents, including electronically stored information, and the related privilege log.

6. The Retirement Systems may seek additional extensions of time to respond or object to the Discovery Requests and to produce responsive documents, including electronically stored information, and the related privilege log directly from the Court.

.

**Signed on May 07, 2014**

                                              /s/ Steven Rhodes
                                              Steven Rhodes
                                              United States Bankruptcy Judge