UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

### ORDER EXTENDING DEADLINE TO RESPOND TO SUBPOENAS ISSUED TO THE DETROIT INSTITUTE OF ARTS

This matter having come before the Court on the Stipulation to Extend Deadline to Respond to Subpoenas Issued to The Detroit Institute of Arts ("**DIA Corp.**"), no further notice or hearing being required, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that, solely with respect to the DIA Corp., the deadline in the Court's Fourth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment ("**Scheduling Order**") to comply with or object to timely written discovery requests shall be extended until May 20, 2014. All other terms and conditions set forth in the Scheduling Order shall continue to govern except as otherwise altered by the

Court.

**Signed on May 07, 2014**

.
/s/ Steven Rhodes
Steven Rhodes
United States Bankruptcy Judge