UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------------------x
In re : Chapter 9
:
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Steven W. Rhodes
Debtor. :
:
:
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Claude D. Montgomery, hereby certify that service of the Motion of the Official Committee of Retirees to Compel the Production of a Privilege Log, was filed and served via the Court's electronic case filing and noticing system on May 7, 2014.

/s/ Claude D. Montgomery
Claude D. Montgomery