**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---------------------------------------------------------------------x
In re

CITY OF DETROIT, MICHIGAN,

                    Debtor.
---------------------------------------------------------------------x

: Chapter 9
:
: Case No. 13-53846
:
: Hon. Steven W. Rhodes
:
:
:

## CERTIFICATE OF SERVICE

I, Claude D. Montgomery, hereby certify that service of the *Ex Parte* Motion of the Official Committee of Retirees for an Order Shortening Notice and Scheduling an Expedited Hearing With Respect to the Motion of the Official Committee of Retirees to Compel Production of a Privilege Log, was filed and served via the Court's electronic case filing and noticing system on May 7, 2014.

                                                    /s/ Claude D. Montgomery
                                                    Claude D. Montgomery