211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Proof of Service Missing for Response to Discovery, (Entry #4437).

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a) (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☐ Original Signature
- ☑ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 5/7/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court