UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| In re: | ) |
|  | ) Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN | ) |
|  | ) Chapter 9 |
| Debtor | ) |
|  | ) Hon. Steven W. Rhodes |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 6, 2014, County of Macomb, Michigan, a Michigan Constitutional corporation, by and through its County Agency, the Macomb County Public Works Commissioner filed the following documents with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record:

- Objections and Responses to Subpoena Duces Tecum and Ad Testificandum [Docket No. 4460]

- Objections and Responses to Subpoena Duces Tecum [Docket No. 4461]

- Objections and Responses to Debtor's First Requests for Production of Documents to the County of Macomb, Michigan [Docket No. 4466]

- Responses and Objections to Subpoena to Produce Documents, Information, or Objects [Docket No. 4468]

The undersigned further certifies that on May 6, 2014, County of Macomb, Michigan, a Michigan Constitutional corporation, by and through its County Agency, the Macomb County Public Works Commissioner served the Responses and Objections to the Debtor's First Set of Interrogatories to the County of Macomb, Michigan on the parties listed below via electronic mail transmission:

David Heiman - dgheiman@jonesday.com
Gregory Shumaker - gshumaker@jonesday.com
Geoffrey Irwin - gsirwin@jonesday.com
Bruce Bennett - bbennett@jonesday.com
Heather Lennox - hlennox@jonesday.com
Thomas Wilson - tawilson@jonesday.com
Jonathan Green - greenj@millercanfield.com
Stephen LaPlante - laplante@millercanfield.com

Dated: May 7, 2014

DECHERT LLP

By: /s/ Allan S. Brilliant
Allan S. Brilliant
G. Eric Brunstad
Stephen M. Wolpert
1095 Avenue of the Americas
New York, NY 10016
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
allan.brilliant@dechert.com
eric.brunstad@dechert.com
stephen.wolpert@dechert.com

*Attorneys for County of Macomb, Michigan*