UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN

Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

# VERIFICATION TO THE COUNTY OF OAKLAND, MICHIGAN'S ANSWERS TO DEBTOR'S FIRST SET OF INTERROGATORIES

## VERIFICATION

I, Robert Daddow, declare that the statements above, made in response to Debtor's First Set of Interrogatories, are true to the best of my information, knowledge and belief, and/or have been communicated to me by County of Oakland's staff as true to the best of his/her information, knowledge and belief.

*Robert J. Daddow*
Robert Daddow

Subscribed and sworn to before me
this 7th day of May, 2014

*Lee Ann Ciecko*
____Oakland____, Notary Public
My commission expires:
____12/16/16____ County, Michigan

> LEE ANN CIECKO
> NOTARY PUBLIC - STATE OF MICHIGAN
> COUNTY OF OAKLAND
> My Commission Expires December 16, 2016

— 12 —

# CERTIFICATE OF SERVICE

I certify that on May 7, 2014 I electronically filed the Verification for The County of Oakland, Michigan's Answers to Debtor's First Set of Interrogatories with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

**YOUNG & ASSOCIATES**

 /s/ Sara K. MacWilliams
27725 Stansbury Boulevard, Suite 125
Farmington Hills, Michigan 48334
248.353.8620
efiling@youngpc.com
P67805