# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 7, 2014, The Detroit Retirement Systems' Responses and Objections to the Debtor's Interrogatories to the Detroit Retirement Systems were served by electronic mail upon the counsel for the City of Detroit identified below:

Heather Lennox at hlennox@JonesDay.com

Geoffrey S. Irwin, gsirwin@JonesDay.com

Gregory M. Shumaker, gshumaker@JonesDay.com

CLARK HILL PLC

/s/ Shannon L. Deeby
Robert D. Gordon (P48627)
Shannon L. Deeby (P60242)
Jennifer K. Green (P69019)
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Telephone: (248) 988-5882
sdeeby@clarkhill.com

*Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit*

Dated: May 7, 2014