Form ntchrg

211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 716, 231 W. Lafayette, Detroit, MI 48226** on **5/12/14** at **10:00 AM** to consider and act upon the following:

*4532* – Letter from Expert Witness Martha E. M. Kopacz (ckata)

Dated: 5/8/14

                      BY THE COURT

                      Katherine B. Gullo
                      Clerk, U.S. Bankruptcy Court

                      BY: christine sikula
                      Deputy Clerk