# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

In re:                                          Chapter 9
                                                Case No. 13-53846
City of Detroit, Michigan                       Honorable Steven W Rhodes


          Debtors
_____/

## CERTIFICATE OF SERVICE

      The undersigned states that on May 8, 2014 copies of **ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3)** were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Eric D. Carlson                                 Sean M. Cowley
Miller, Canfield, Paddock & Stone PLC           211 West Fort Street, Suite 700
150 West Jefferson                              Detroit, MI 48226
Suite 2500
Detroit, MI 48226

Daniel M. McDermott
200 Public Square, Suite 20-3300
Cleveland, OH 44114


and I hereby certify that I have mailed by United States Postal Service, postage prepaid, copies of **ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3)** to the following non-ECF participants:

Lessie Viola Harris
Homer Harris
13485 Maine Street
Detroit, MI 48212




Date:    May 8, 2014                        /s/ <u>Myra Gilmore</u>
                                                Myra Gilmore
                                                Bankruptcy Specialist
                                                Orlans Associates, P.C.
                                                Attorneys for Champion Mortgage Company
                                                P.O. Box 5041
                                                Troy, MI 48007
                                                (248) 502-1400
                                                Email: eabood-carroll@orlans.com
                                                File Number: 14-005054