# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN            Chapter 9

    Debtor.            Case No. 13-53846
           Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 6, 2014, the following documents were filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filings to all counsel of record:

1. Answer to Debtor's Interrogatories to Retiree Associations; and
2. Response of Retiree Associations to Debtor's Requests for Production of Documents.

Respectfully submitted,

/s/ Ryan C. Plecha
Ryan C. Plecha
Lippitt O'Keefe Gornbein, PLLC
370 E. Maple Rd., 3rd Floor
Birmingham, MI 48009
(248) 646-8292
rplecha@lippittokeefe.com

Dated: May 8, 2014