UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                               Chapter 9

City of Detroit, Michigan,                Case No. 13-53846

           Debtor.                            Hon. Steven W. Rhodes

_____/

## *EX PARTE* ORDER GRANTING MOTION TO EXPEDITE

This matter is before the Court on the *ex parte* motion (the "Motion") of Erman Teicher for expedited consideration of its Motion (the "Withdrawal Motion") [Docket No. 4537]. The Court is fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is Granted as follows:

2. A hearing on the Withdrawal Motion is scheduled for May 12, 2014 at 10:00 a.m. (prevailing Eastern Time) before the Hon. Steven Rhodes in Courtroom 716, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

.

**Signed on May 08, 2014**

                                                            /s/ Steven Rhodes
                                                            **Steven Rhodes**
                                                            **United States Bankruptcy Judge**