UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Denying Oakland County's Motion for Entry of an Order Extending Deadline to File Objections to the City of Detroit, Michigan's Proposed Fourth Amended Plan of Adjustment (Dkt. #4450)

On May 6, 2014, Oakland County, Michigan filed a motion for entry of an order extending deadline to file objections to the City of Detroit, Michigan's Proposed Fourth Amended Plan of Adjustment (Dkt. #4450) and an ex parte motion to shorten notice and for expedited treatment or hearing on the motion to extend (Dkt. #4452). A hearing is not necessary for the Court to make a determination regarding the motion. Therefore, the motion for expedited hearing is denied. The Court finds that good cause has not been shown which would warrant the granting of the motion to extend. Accordingly, the motion to extend deadline (Dkt. #4450) is denied.

.

**Signed on May 08, 2014**

                                    /s/ Steven Rhodes  
                                  **Steven Rhodes**  
                                  **United States Bankruptcy Judge**