Form regardother

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

**NOTICE TO DISREGARD PREVIOUS NOTICE OF HEARING REGARDING DOCKET NO. 4431 (DKT. No. 4431 has been withdrawn)**

To the Creditors of the above named Debtor(s):

NOTICE IS HEREBY GIVEN that on **5/6/2014** a Notice of Hearing (relating to Dkt. No. 4431 which is withdrawn) was sent in the above entitled case in error. Please disregard this notice.

Dated: 5/8/14

                                      BY THE COURT

                                      Katherine B. Gullo , Clerk of Court
                                      UNITED STATES BANKRUPTCY COURT