# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 8, 2014, The General Retirement Systems of the City of Detroit's Responses and Objections to Interrogatories of International Union, UAW Regarding Plan Confirmation were served by electronic mail upon the counsel of record for the International Union, UAW identified below:

Babette A. Ceccotti, bceccotti@cwsny.com

Peter D. DeChiara, pdechiara@cwsny.com

CLARK HILL PLC

/s/ Robert D. Gordon
Robert D. Gordon (P48627)
Shannon L. Deeby (P60242)
Jennifer K. Green (P69019)
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Telephone: (248) 988-5882
rgordon@clarkhill.com

*Counsel to the General Retirement System of the City of Detroit*

Dated: May 8, 2014