211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226
Social Security No.:


Employer's Tax I.D. No.:
   38−6004606

NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Electronic Signature does not match login on Responses to Discovery. (Related Docs. #4396 and #4397).

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☑ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☐ Original Signature
- ☐ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet

☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 5/6/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

United States Bankruptcy Court
Eastern District of Michigan

In re:
City of Detroit, Michigan
     Debtor

Case No. 13-53846-swr
Chapter 9

## CERTIFICATE OF NOTICE

District/off: 0645-2      User: ckata      Page 1 of 14      Date Rcvd: May 06, 2014
                          Form ID: def2      Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust        Daniel M. McDermott
                                          TOTALS: 1, * 0, ## 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2014                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2014 at the address(es) listed below:
        A. Stephen Ramadan   on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
        Alfredo R. Perez   on behalf of Creditor   Financial Guaranty Insurance Company
         alfredo.perez@weil.com,kelly.diblasi@weil.com,debora.hoehne@weil.com,elizabeth.hendee@weil.com
        Allan S. Brilliant   on behalf of Creditor   Macomb County allan.brilliant@dechert.com
        Allan S. Brilliant   on behalf of Creditor   County of Macomb, Michigan
         allan.brilliant@dechert.com
        Allison  Bach   on behalf of Interested Party   State of Michigan, Department of Attorney General
         abach@dickinsonwright.com
        Amy D. Caton   on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com,
         achouprouta@kramerlevin.com
        Amy D. Caton   on behalf of Creditor   BlackRock Financial Management, Inc.
         acaton@kramerlevin.com,  achouprouta@kramerlevin.com
        Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government
         aap43@outlook.com,  aap43law@gmail.com
        Andrew A. Paterson, Jr.   on behalf of Creditor Robert  Davis aap43@outlook.com,
         aap43law@gmail.com
        Andrew J. Gerdes   on behalf of Creditor   Fidelity Management & Research Company
         agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
        Andrew J. Gerdes   on behalf of Creditor   Eaton Vance Management agerdes@gerdesplc.com,
         wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
        Angela  Williams   on behalf of Creditor   Detroit Housing Commission williamsa@dhcmi.org,
         HollisR@dhcmi.org
        Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com,
         stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;akochis@ecf.info
         ruptcy.com
        Arthur  O'Reilly   on behalf of Interested Party   Detroit Institute of Arts
         aoreilly@honigman.com,  ahatcher@honigman.com
        Babette A. Ceccotti   on behalf of Creditor   International Union, United Automobile, Aerospace
         and Agricultural Implement Workers of America bceccotti@cwsny.com
        Babette A. Ceccotti   on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
        Barbara A. Patek   on behalf of Creditor   Detroit Police Command Officers Association
         bpatek@ermanteicher.com
        Barbara A. Patek   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
         bpatek@ermanteicher.com
        Barbara A. Patek   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
         bpatek@ermanteicher.com
        Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association
         bpatek@ermanteicher.com
        Barry S. Fagan   on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo
         bfagan@dibandfagan.com
        Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation
         bbest@schaferandweiner.com,  wkyles@schaferandweiner.com
        Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com,
         wkyles@schaferandweiner.com
        Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com,
         wkyles@schaferandweiner.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Brendan H. Frey   on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteselaw.com,
ssikorski@manteselaw.com

Brett A. Border   on behalf of Creditor   U.S. Bank, N.A. bborder@sspclegal.com,
joumedian@sspclegal.com

Brett A. Border   on behalf of Creditor   U.S. Bank National Association bborder@sspclegal.com,
joumedian@sspclegal.com

Brett A. Border   on behalf of Interested Party   Schneiderman and Sherman, P.C.
bborder@sspclegal.com, joumedian@sspclegal.com

Brett A. Border   on behalf of Interested Party   Kondaur Capital Corporation
bborder@sspclegal.com, joumedian@sspclegal.com

Brett A. Border   on behalf of Creditor   Flagstar Bank, FSB bborder@sspclegal.com,
joumedian@sspclegal.com

Brian D. O'Keefe   on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association
bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com

Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue
Care Network of Michigan btrumbauer@bodmanlaw.com

Bruce  Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan
bbennett@jonesday.com

Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com

Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com

Carol Connor Cohen   on behalf of Interested Party   Ambac Assurance Corporation
carol.cohen@arentfox.com

Carol Connor Cohen   on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com

Carole  Neville   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
Michigan carole.neville@dentons.com

Carole  Neville   on behalf of Retiree Committee   Official Committee of Retirees
carole.neville@dentons.com

Caroline Turner English   on behalf of Plaintiff   Ambac Assurance Corporation
caroline.english@arentfox.com

Caroline Turner English   on behalf of Interested Party   Ambac Assurance Corporation
caroline.english@arentfox.com

Carolyn Beth Markowitz   on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM

Charles Bruce Idelsohn   on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
charlesID@hotmail.com

Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com

Charles N. Ash   on behalf of Creditor   UBS AG cash@wnj.com, kkranz@wnj.com

Charles N. Ash   on behalf of Defendant   UBS AG cash@wnj.com, kkranz@wnj.com

Charles N. Ash   on behalf of Defendant   Merrill Lynch Capital Services, Inc. cash@wnj.com,
kkranz@wnj.com

Charles N. Ash   on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com,
kkranz@wnj.com

Christopher A. Grosman   on behalf of Interested Party   BlackRock Financial Management, Inc.
BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

Christopher A. Grosman   on behalf of Creditor   Oakland County, Michigan BRCY@CarsonFischer.com,
cgrosman@carsonfischer.com

Claude D. Montgomery   on behalf of Retiree Committee   Official Committee of Retirees
claude.montgomery@dentons.com,docketny@dentons.com,
carole.neville@dentons.com;sam.alberts@dentons.com

Claude D. Montgomery   on behalf of Plaintiff   Official Committee of Retirees of the City of
Detroit, Michigan claude.montgomery@dentons.com,
carole.neville@dentons.com;sam.alberts@dentons.com

Courtney M. Rogers   on behalf of Creditor   U.S. Bank National Association
courtney.rogers@wallerlaw.com

Courtney M. Rogers   on behalf of Interested Party   U.S. Bank National Association
courtney.rogers@wallerlaw.com

Craig B. Rule   on behalf of Creditor   Everhome Mortgage Company bankruptcy@orlans.com,
ANHSOA@earthlink.net

Craig E. Zucker   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
czucker@ermanteicher.com

Craig E. Zucker   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
czucker@ermanteicher.com

Craig E. Zucker   on behalf of Creditor   Detroit Police Officers Association
czucker@ermanteicher.com

Craig E. Zucker   on behalf of Creditor   Detroit Police Command Officers Association
czucker@ermanteicher.com

Dan  Korobkin   on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org

Dan  Korobkin   on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Dan  Korobkin   on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party James  Washington dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
        Daniel J. Weiner   on behalf of Plaintiff   Ambac Assurance Corporation
        dweiner@schaferandweiner.com
        Daniel J. Weiner   on behalf of Interested Party   Ambac Assurance Corporation
        dweiner@schaferandweiner.com
        Daniel N. Adams   on behalf of Interested Party   Detroit Institute of Arts dadams@honigman.com,
        litdocket@honigman.com
        David  Eisenberg   on behalf of Creditor   Detroit Police Command Officers Association
        deisenberg@ermanteicher.com
        David  Eisenberg   on behalf of Creditor   Detroit Police Officers Association
        deisenberg@ermanteicher.com
        David  Eisenberg   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
        deisenberg@ermanteicher.com
        David  Eisenberg   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
        deisenberg@ermanteicher.com
        David A. Lerner   on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com,
        nwinagar@plunkettcooney.com
        David E. Lemke   on behalf of Creditor   U.S. Bank National Association david.lemke@wallerlaw.com
        David Gilbert Heiman   on behalf of Defendant   City of Detroit, Michigan dgheiman@jonesday.com
        David Gilbert Heiman   on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
        David Gilbert Heiman   on behalf of Debtor In Possession   City of Detroit, Michigan
        dgheiman@jonesday.com
        David L. Dubrow   on behalf of Plaintiff   Ambac Assurance Corporation david.dubrow@arentfox.com
        David L. Dubrow   on behalf of Interested Party   Ambac Assurance Corporation
        david.dubrow@arentfox.com
        David M. Zack   on behalf of Other Professional   McAlpine PC dmzack@mcalpinelawfirm.com,
        nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
        nepc.com
        David T. Lin   on behalf of Interested Party   The Kales Grand Circus Park, LLC dlin@seyburn.com,
        kbilpo@seyburn.com
        Dawn R. Copley   on behalf of Interested Party   State of Michigan, Department of Attorney
        General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
        Deborah  Kovsky-Apap   on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Debtor In Possession   City of Detroit, Michigan
        kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Plaintiff   City of Detroit, Michigan kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Defendant   City of Detroit, Michigan kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah L. Fish   on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
        dfish@allardfishpc.com,  allardfishpc@yahoo.com
        Debra N. Pospiech   on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com
        Debra N. Pospiech   on behalf of Interested Party Kimberly  James dpospiech@morganmeyers.com
        Debra N. Pospiech   on behalf of Interested Party Denise  Gardner dpospiech@morganmeyers.com
        Dirk H. Beckwith   on behalf of Defendant   U.S. Bank, N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Interested Party   U.S. Bank N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Creditor   Wilmington Trust Company, National Association
        dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Creditor   U.S. Bank National Association
        dbeckwith@fosterswift.com
        Donald G. McGuigan, II   on behalf of Interested Party   Mario's Restaurant, Inc.
        don@mcguiganlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Douglas  Steele   on behalf of Interested Party   International Association of Fire Fighters,
           AFL-CIO, CLC dls@wmlaborlaw.com
          Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein
           dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Earle I. Erman   on behalf of Creditor   Detroit Police Command Officers Association
           eerman@ermanteicher.com
          Earle I. Erman   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
           eerman@ermanteicher.com
          Earle I. Erman   on behalf of Creditor   Detroit Police Officers Association
           eerman@ermanteicher.com
          Earle I. Erman   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
           eerman@ermanteicher.com
          Edward J. Gudeman   on behalf of Interested Party   Enjoi Transportation, LLC
           ejgudeman@gudemanlaw.com,  ecf@gudemanlaw.com
          Edward J. Gudeman   on behalf of Interested Party   Upright Wrecking & Demolition, L.L.C.
           ejgudeman@gudemanlaw.com,  ecf@gudemanlaw.com
          Edward Todd Sable   on behalf of Interested Party   General Motors LLC tsable@honigman.com,
           litdocket@honigman.com
          Elias T. Majoros   on behalf of Interested Party   US Health & Life Insurance Company
           emajoros@glmpc.com
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Federal National Mortgage Association
           (Fannie Mae) bankruptcy@orlans.com,  ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   EverBank bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Champion Mortgage Company
           bankruptcy@orlans.com,  ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Everhome Mortgage Company
           bankruptcy@orlans.com,  ANHSOA@earthlink.net
          Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
           ecrowder@sbplclaw.com,  lhaas@sbplclaw.com
          Eric  Rosenberg   on behalf of Interested Party Patricia  Ramirez EJR@morganmeyers.com,
           amendiola@morganmeyers.com
          Eric B. Gaabo   on behalf of Debtor In Possession   City of Detroit, Michigan gaabe@detroitmi.gov
          Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan
           carlson@millercanfield.com
          Eric David Novetsky   on behalf of Creditor   National Public Finance Guarantee Corporation
           enovetsky@jaffelaw.com
          Ethan D. Dunn   on behalf of Creditor   Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
           bankruptcy.maxwelldunn@gmail.com
          Evan Justin Feldman   on behalf of Creditor   Police and Fire Retirement System of the City of
           Detroit efeldman@clarkhill.com
          Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit
           efeldman@clarkhill.com
          Fred  Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com
          Geoffrey T. Pavlic   on behalf of Creditor   BlackRock Financial Management, Inc.
           pavlic@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          Geoffrey T. Pavlic   on behalf of Creditor   Ad Hoc Bondholder Committee
           pavlic@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          Geoffrey T. Pavlic   on behalf of Creditor   Nuveen Asset Management pavlic@steinbergshapiro.com,
           jbrown@steinbergshapiro.com
          H. Nathan Resnick   on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
           jabdelnour@resnicklaw.net
          Harold E. Nelson   on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
          Harold E. Nelson   on behalf of Creditor   Advisacare Health Care Solutions, Inc.
           ecf-hen@rhoadesmckee.com
          Heath Douglas Rosenblat   on behalf of Counter-Claimant   Wilmington Trust, N.A.
           Heath.Rosenblat@dbr.com,  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust Company, National Association
           Heath.Rosenblat@dbr.com,  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust, National Association
           Heath.Rosenblat@dbr.com,  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat   on behalf of Defendant   Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
           Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heather  Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan
           hlennox@jonesday.com
          Heather  Lennox   on behalf of Defendant   City of Detroit, Michigan hlennox@jonesday.com
          Heidi  Peterson   hdpeterson75@gmail.com
          Howard R. Hawkins, Jr.   on behalf of Defendant   UBS AG howard.hawkins@cwt.com,
           mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
          Howard R. Hawkins, Jr.   on behalf of Creditor   Merrill Lynch Capital Services, Inc.
           howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
          Howard R. Hawkins, Jr.   on behalf of Defendant   Merrill Lynch Capital Services, Inc.
           howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
          Howard S. Sher   on behalf of Intervenor-Defendant   Hypothekenbank Frankfurt AG
           howard@jacobweingarten.com
          Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt AG howard@jacobweingarten.com
          Howard S. Sher   on behalf of Intervenor-Defendant   Deutsche Bank AG, London
           howard@jacobweingarten.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
 howard@jacobweingarten.com
Howard S. Sher   on behalf of Intervenor-Defendant   Erste Europaische Pfandbrief- und
 Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
Howard S. Sher   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank
 Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Holdings, Inc.
 howard@jacobweingarten.com
Howard S. Sher   on behalf of Intervenor-Defendant   Hypothekenbank Frankfurt International S.A.
 howard@jacobweingarten.com
Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Credit Local howard@jacobweingarten.com
Howard S. Sher   on behalf of Intervenor-Defendant   FMS Wertmanagement AR
 howard@jacobweingarten.com
Hugh M. Davis   on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
Hugh M. Davis   on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
James  Sprayregen   on behalf of Interested Party   Syncora Capital Assurance Inc.
 james.sprayregen@kirkland.com
James  Sprayregen   on behalf of Interested Party   Syncora Guarantee Inc.
 james.sprayregen@kirkland.com
James  Sprayregen   on behalf of Interested Party   Syncora Holdings Ltd.
 james.sprayregen@kirkland.com
Jamie Scott Fields   on behalf of Creditor Jamie  Fields jeansartre@msn.com
Jamie Scott Fields   on behalf of Creditor   Retired Detroit Police Members Association
 jeansartre@msn.com
Jason L. Weiner   on behalf of Creditor   Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
 sharrow@mcdonaldhopkins.com
Jason W. Bank   on behalf of Interested Party   Wade Trim Associates, Inc. jbank@kerr-russell.com
Jason W. Bank   on behalf of Interested Party   New England Fertilizer Company
 jbank@kerr-russell.com
Jeffery R. Sieving   on behalf of Creditor   International Outdoor, Inc. jeff@iobillboard.com
Jeffrey  Rossman   on behalf of Creditor   U.S. Bank National Association jrossman@mwe.com
Jeffrey  Rossman   on behalf of Defendant   U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
 Lhaidostian@mwe.com
Jeffrey David Eaton   on behalf of Creditor   FMS Wertmanagement jeaton@schiffhardin.com
Jeffrey H. Bigelman   on behalf of Creditor   Xerox Corporation jhb_ecf@osbig.com,  tc@osbig.com
Jeffrey S. Grasl   on behalf of Creditor   Sprint Communications Company LP
 jgrasl@mcdonaldhopkins.com,  sharrow@mcdonaldhopkins.com
Jennifer  Zbytowski Belveal   on behalf of Defendant   Detroit Entertainment, LLC
 jbelveal@honigman.com,  mjohnson@honigman.com
Jennifer  Zbytowski Belveal   on behalf of Defendant   Greektown Casino, LLC
 jbelveal@honigman.com,  mjohnson@honigman.com
Jeremiah Buffalo Wirgau   on behalf of Interested Party   CitiMortgage, Inc. jwirgau@sspclegal.com
Jerome D. Goldberg   on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
Jerome D. Goldberg   on behalf of Creditor David  Sole apclawyer@sbcglobal.net
Jill Kristen Smith   on behalf of Creditor   Macomb County Jill.Smith@macombgov.org
John E. Eaton   on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
 pjohnson@bredhoff.com
John Joseph Ramirez   on behalf of Interested Party   Deutsche Bank AG, London
 john.ramirez@kattenlaw.com
John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com
John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
 john.sieger@kattenlaw.com
John T. Gregg   on behalf of Creditor   36th District Court for the State of Michigan
 jgregg@btlaw.com
Jonathan S. Green   on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC
 green@millercanfield.com
Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan
 green@millercanfield.com
Joseph M. Fischer   on behalf of Creditor   Oakland County, Michigan brcy@carsonfischer.com,
 jfischer@carsonfischer.com
Joseph Mark Fisher   on behalf of Creditor   FMS Wertmanagement mfisher@schiffhardin.com
Joseph Mark Fisher   on behalf of Intervenor   FMS Wertmanagement AR mfisher@schiffhardin.com
Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com,
 litdocket@honigman.com
Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf   on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
Judy B. Calton   on behalf of Creditor   Country West Apartments, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Interested Party   Detroit Entertainment, LLC jcalton@honigman.com,
 litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
 blundberg@honigman.com,  litdocket@honigman.com
Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
 jcalton@honigman.com,  litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
 litdocket@honigman.com
Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
 mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
 jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
 344 jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Creditor    Detroit Police Command Officers Association
 jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 jteicher@ermanteicher.com
Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
 karen.dine@kattenlaw.com
Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
 Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
 Association Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
 Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
 Avery@SilvermanMorris.com
Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
 kressk@pepperlaw.com,  alexsym@pepperlaw.com
Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London
 kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
 kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
 kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
 kschneider@schneidermiller.com
Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
 kevin.baum@kattenlaw.com
Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance – Michigan, Inc.
 ksummers@dflaw.com,  mmichael@psedlaw.com;ccook@dflaw.com
Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
 kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
 kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
 llarose@chadbourne.com,
 skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
 llarose@chadbourne.com,
 skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
Leah Montesano    on behalf of Interested Party    Ambac Assurance Corporation
 leah.montesano@arentfox.com
Leland Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
Lisa Okasinski    on behalf of Creditor    HRT Enterprises lisa@demolaw.com
Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit
 Lisa.Fenning@aporter.com
Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of
 Detroit Lisa.Fenning@aporter.com
Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
 lrochkind@jaffelaw.com,  dburris@jaffelaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
           lrochkind@jaffelaw.com,   dburris@jaffelaw.com
          Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association
           lbrimer@stroblpc.com,   kvanakin@stroblpc.com
          M. Ellen Dennis    on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
           dwhadden@umich.edu
          Mallory  Field    on behalf of Creditor    Retired Detroit Police Members Association
           MField@stroblpc.com,   jmckeogh@stroblpc.com
          Mami  Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
           324 mkato@sachswaldman.com,   pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
           mkato@sachswaldman.com,   pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan
           swansonm@millercanfield.com
          Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
          Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
           mark.angelov@arentfox.com
          Mark E. Bredow    on behalf of Interested Party    Resnick & Moss, P.C. mbredow@resnicklaw.net,
           jabdelnour@resnicklaw.net
          Mark H. Shapiro    on behalf of Creditor    Nuveen Asset Management shapiro@steinbergshapiro.com,
           jbrown@steinbergshapiro.com
          Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc.
           shapiro@steinbergshapiro.com,   jbrown@steinbergshapiro.com
          Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company
           mrj@wwrplaw.com
          Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
          Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
          Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
           bankrout@davispolk.com
          Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
           mbcobbs@flash.net
          Mary Beth Cobbs    on behalf of Interested Party    City of Detroit Law Department
           cobbm@detroitmi.gov,   mbcobbs@flash.net
          Matthew  Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
          Matthew  Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
          Matthew  Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan wilkins@bwst-law.com,   marbury@bwst-law.com
          Matthew  Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           wilkins@bwst-law.com,   marbury@bwst-law.com
          Matthew  Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
           wilkins@bwst-law.com,   marbury@bwst-law.com
          Matthew  Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
           wilkins@bwst-law.com,   marbury@bwst-law.com
          Matthew  Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           wilkins@bwst-law.com,   marbury@bwst-law.com
          Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
           Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt AG
           summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    FMS Wertmanagement summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
           summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Intervenor-Defendant    Erste Europaische Pfandbrief- und
           Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
           summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt
           International S.A. summersm@ballardspahr.com
          Max J. Newman    on behalf of Interested Party    Wayne County Corporation newman@butzel.com
          Melissa L. Demorest    on behalf of Creditor    John W. and Vivian M. Denis Trust
           melissa@demolaw.com,   paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor John  Denis melissa@demolaw.com,   paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
           paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor James  Herbert melissa@demolaw.com,   paula@demolaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Melissa L. Demorest   on behalf of Creditor   HRT Enterprises melissa@demolaw.com,
    paula@demolaw.com
    Mercedes Varasteh Dordeski   on behalf of Creditor Johnathan Aaron Brown
    mdordeski@foleymansfield.com,cindy@loevy.com
    Meredith Taunt   on behalf of Creditor   Retired Detroit Police Members Association
    mtaunt@stroblpc.com,  KVanAkin@stroblpc.com
    Michael Anthony Karman   on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com
    Michael Anthony Karman   on behalf of Creditor   Fountain Court Consumer Housing Cooperative
    makarmanesq@gmail.com
    Michael C. Hammer   on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
    Michael C. Hammer   on behalf of Interested Party   MGM Grand Detroit, LLC
    mchammer2@dickinsonwright.com
    Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
    Michael R. Bell   on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
    Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association
    mike.paslay@wallerlaw.com,
    Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
    rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
    Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC
    msl@maddinhauser.com,  bac@maddinhauser.com
    My Chi To   on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
    mao-bk-ecf@debevoise.com
    Nabih H. Ayad   on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
    Nabih H. Ayad   on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
    Nabih H. Ayad   on behalf of Interested Party   Michigan State Conference NAACP
    ayadlaw@hotmail.com
    Nabih H. Ayad   on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
    Nabih H. Ayad   on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
    Nabih H. Ayad   on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com
    Niraj R. Ganatra   on behalf of Creditor   International Union, United Automobile, Aerospace and
    Agricultural Implement Workers of America Nganatra@uaw.net
    Noah J. Ornstein   on behalf of Interested Party   Syncora Guarantee Inc.
    noah.ornstein@kirkland.com
    Noah J. Ornstein   on behalf of Interested Party   Syncora Capital Assurance Inc.
    noah.ornstein@kirkland.com
    Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
    Paige.Barr@kattenlaw.com
    Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com,
    mkisell@plunkettcooney.com
    Patrick E. Mears   on behalf of Creditor   36th District Court for the State of Michigan
    pmears@btlaw.com
    Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation
    phage@jaffelaw.com,  jtravick@jaffelaw.com
    Paul R. Hage   on behalf of Plaintiff   National Public Finance Guarantee Corporation
    phage@jaffelaw.com,  jtravick@jaffelaw.com
    Paula A. Hall   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
    Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
    Paula A. Hall   on behalf of Interested Party   Official Committee of Retirees of the City of
    Detroit, Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
    Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com,
    marbury@bwst-law.com;pleban@bwst-law.com
    Peter D. Dechiara   on behalf of Creditor   International Union, United Automobile, Aerospace and
    Agricultural Implement Workers of America pdechiara@cwsny.com
    Peter J. Roberts   on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
    Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation
    pcanzano@sidley.com
    Ralph A. Taylor   on behalf of Interested Party   Ambac Assurance Corporation
    ralph.taylor@arentfox.com
    Ralph A. Taylor   on behalf of Plaintiff   Ambac Assurance Corporation ralph.taylor@arentfox.com
    Randall A. Pentiuk   on behalf of Interested Party   Joliet Town Houses Cooperative Association
    RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
    Randall A. Pentiuk   on behalf of Interested Party   Lafayette Town Houses, Inc.
    RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
    Randall A. Pentiuk   on behalf of Creditor   St. Martins Cooperative RPentiuk@PCK-Law.Com,
    Pentiukpc@aol.com
    Randall A. Pentiuk   on behalf of Interested Party   St. James Cooperative RPentiuk@PCK-Law.Com,
    Pentiukpc@aol.com
    Randall A. Pentiuk   on behalf of Interested Party   Nicolet Town Houses Cooperative Association
    RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
    Randall A. Pentiuk   on behalf of Interested Party   Lasalle Town Houses Cooperative Association
    RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
    Raymond  Guzall, III   on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
    Raymond  Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
    Richard  Levin   on behalf of Interested Party   Detroit Institute of Arts rlevin@cravath.com,
    mao@cravath.com
    Richard A. Roble (UST)   on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
    Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage
    Department ecf@kaalaw.com,  wjackson@KAALaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Robert Darnell  on behalf of Interested Party  United States Nuclear Regulatory Commission
robert.darnell@usdoj.gov

Robert Fetter  on behalf of Interested Party  Local 3308 of the American Federation of State,
County and Municipal Employees rfetter@millercohen.com,
richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
com

Robert Fetter  on behalf of Plaintiff  AFSCME Sub-Chapter 98, City of Detroit Retirees
rfetter@millercohen.com,
richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
com

Robert Fetter  on behalf of Interested Party  Local 917 of the American Federation of State,
County and Municipal Employees rfetter@millercohen.com,
richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
com

Robert A. Weisberg  on behalf of Creditor  Oakland County, Michigan BRCY@CARSONFISCHER.COM,
rweisberg@carsonfischer.com

Robert D. Gordon  on behalf of Creditor  General Retirement System of the City of Detroit
rgordon@clarkhill.com,  lbellguzzo@clarkhill.com

Robert D. Gordon  on behalf of Creditor  Police and Fire Retirement System of the City of
Detroit rgordon@clarkhill.com,  lbellguzzo@clarkhill.com

Robert J. Diehl, Jr.  on behalf of Interested Party  U.S. Bank N.A. rdiehl@bodmanlaw.com

Robert M. Fishman  rfishman@shawfishman.com

Robert N. Bassel  on behalf of Interested Party  Lasalle Town Houses Cooperative Association
bbassel@gmail.com,  robertbassel@hotmail.com

Robert N. Bassel  on behalf of Interested Party  Lafayette Town Houses, Inc. bbassel@gmail.com,
robertbassel@hotmail.com

Robert N. Bassel  on behalf of Interested Party  Joliet Town Houses Cooperative Association
bbassel@gmail.com,  robertbassel@hotmail.com

Robert N. Bassel  on behalf of Interested Party  St. James Cooperative bbassel@gmail.com,
robertbassel@hotmail.com

Robert N. Bassel  on behalf of Interested Party  Nicolet Town Houses Cooperative Association
bbassel@gmail.com,  robertbassel@hotmail.com

Robert S. Hertzberg  on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg  on behalf of Defendant  City of Detroit, Michigan hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg  on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg  on behalf of Plaintiff  City of Detroit hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg  on behalf of Debtor In Possession  City of Detroit, Michigan
hertzbergr@pepperlaw.com,  alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg  on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg  on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg  on behalf of Plaintiff  City of Detroit, Michigan hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg  on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com

Ronald C. Liscombe  on behalf of Creditor  Public Lighting Authority rliscombe@alglawpc.com

Ronald L. Rose  on behalf of Interested Party Angie  Wong rrose@dykema.com

Ronald L. Rose  on behalf of Interested Party Laura  Malher rrose@dykema.com

Ronald L. Rose  on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com

Ronald L. Rose  on behalf of Interested Party Ian  Mobley rrose@dykema.com

Ronald L. Rose  on behalf of Interested Party James  Washington rrose@dykema.com

Ronald L. Rose  on behalf of Interested Party Wanda  Leverette rrose@dykema.com

Ronald L. Rose  on behalf of Interested Party  Health Alliance Plan of Michigan rrose@dykema.com

Ronald L. Rose  on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com

Ronald L. Rose  on behalf of Interested Party Paul  Kaiser rrose@dykema.com

Ronald L. Rose  on behalf of Interested Party Kimberly  Mobley rrose@dykema.com

Ronald L. Rose  on behalf of Interested Party Stephanie  Hollander rrose@dykema.com

Ronald L. Rose  on behalf of Interested Party Nathaniel  Price rrose@dykema.com

Ronald L. Rose  on behalf of Interested Party Jerome  Pierce rrose@dykema.com

Ryan Cochran  on behalf of Creditor  U.S. Bank National Association ryan.cochran@wallerlaw.com

Ryan Plecha  on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha  on behalf of Interested Party  Retired Detroit Police and Fire Fighers
Association rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha  on behalf of Plaintiff  Retired Detroit Police and Fire Fighters Association
rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha  on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha  on behalf of Interested Party  Detroit Retired City Employees Association
rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha  on behalf of Plaintiff  Detroit Retired City Employees Association
rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                Ryan  Plecha   on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
                 jgreeniajdobrzycki@lippittokeefe.com
                Ryan  Plecha   on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
                 jgreeniajdobrzycki@lippittokeefe.com
                Ryan Blaine Bennett   on behalf of Interested Party    Syncora Guarantee Inc.
                 ryan.bennett@kirkland.com,
                 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
                 nd.com;noah.ornstein@kirkland.com
                Ryan Blaine Bennett   on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
                 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
                 nd.com;noah.ornstein@kirkland.com
                Ryan Blaine Bennett   on behalf of Interested Party    Syncora Capital Assurance Inc.
                 ryan.bennett@kirkland.com,
                 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
                 nd.com;noah.ornstein@kirkland.com
                Ryan Blaine Bennett   on behalf of Interested Party    Syncora Guarantee Inc.
                 ryan.bennett@kirkland.com,
                 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
                 nd.com;noah.ornstein@kirkland.com
                Ryan Blaine Bennett   on behalf of Interested Party    Syncora Holdings Ltd.
                 ryan.bennett@kirkland.com,
                 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
                 nd.com;noah.ornstein@kirkland.com
                Sam J. Alberts   on behalf of Retiree Committee    Official Committee of Retirees
                 sam.alberts@dentons.com,  dan.barnowski@dentons.com
                Sam J. Alberts   on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
                 Michigan sam.alberts@dentons.com,  dan.barnowski@dentons.com
                Samuel S. Kohn   on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
                 mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
                Samuel S. Kohn   on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
                 mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
                Sandra L. O'Connor   on behalf of Interested Party    US Health & Life Insurance Company
                 soconnor@glmpc.com
                Sara Klettke MacWilliams   on behalf of Creditor    Oakland County, Michigan
                 macwilliams@youngpc.com,  efiling@youngpc.com
                Scott A. Wolfson   on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
                 david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
                 stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com
                Scott B. Kitei   on behalf of Interested Party    Detroit Institute of Arts skitei@honigman.com
                Scott M. Watson   on behalf of Creditor    UBS AG swatson@wnj.com
                Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
                Shannon L. Deeby   on behalf of Creditor    Police and Fire Retirement System of the City of
                 Detroit sdeeby@clarkhill.com
                Shannon L. Deeby   on behalf of Creditor    General Retirement System of the City of Detroit
                 sdeeby@clarkhill.com
                Sharon L. Levine   on behalf of Creditor    Michigan Council 25 of the American Federation of
                 State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
                Sharon L. Levine   on behalf of Creditor    Michigan Council 25 of the American Federation of
                 State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
                Sharon L. Levine   on behalf of Creditor    Michigan Council 25 Of The American Federation of
                 State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
                 slevine@lowenstein.com
                Sheldon S. Toll   on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
                 lawtoll@comcast.net
                Sherrie L. Farrell   on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
                 mpearson@dykema.com;docket@dykema.com
                Sherrie L. Farrell   on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
                 mpearson@dykema.com;docket@dykema.com
                Sheryl L. Toby   on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
                 dguerrero@dykema.com
                Sheryl L. Toby   on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
                 dguerrero@dykema.com
                Stephen  Wolpert   on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
                Stephen B. Grow   on behalf of Creditor    UBS AG sgrow@wnj.com,  kfrantz@wnj.com
                Stephen B. Grow   on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
                 kfrantz@wnj.com
                Stephen B. Grow   on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
                 kfrantz@wnj.com
                Stephen B. Grow   on behalf of Defendant    UBS AG sgrow@wnj.com,  kfrantz@wnj.com
                Stephen C. Hackney   on behalf of Interested Party    Syncora Holdings Ltd.
                 stephen.hackney@kirkland.com
                Stephen C. Hackney   on behalf of Interested Party    Syncora Guarantee Inc.
                 stephen.hackney@kirkland.com
                Stephen C. Hackney   on behalf of Interested Party    Syncora Capital Assurance Inc.
                 stephen.hackney@kirkland.com
                Stephen C. Hackney   on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
                Stephen M. Gross   on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
                 shelly.harrow@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
                 sgross@mcdonaldhopkins.com,    shelly.harrow@gmail.com
                Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
                 shelly.harrow@gmail.com
                Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
                 sgross@mcdonaldhopkins.com,    shelly.harrow@gmail.com
                Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
                 sgross@mcdonaldhopkins.com,    shelly.harrow@gmail.com
                Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
                 laplante@millercanfield.com,    skoczylas@millercanfield.com
                Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
                 laplante@millercanfield.com,    skoczylas@millercanfield.com
                Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts
                 laplante@millercanfield.com,    skoczylas@millercanfield.com
                Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
                Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
                 General showell@dickinsonwright.com
                Susheel Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
                 susheelkirpalani@quinnemanuel.com,    monicatarazi@quinnemanuel.com
                Susheel Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
                 susheelkirpalani@quinnemanuel.com,    monicatarazi@quinnemanuel.com
                Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
                 mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
                 rdin.com
                Thomas B. Radom    on behalf of Defendant    Detroit Police And Fire Retirement System Service
                 Corporation Radom@butzel.com
                Thomas B. Radom    on behalf of Defendant    Detroit General Retirement System Service Corporation
                 Radom@butzel.com
                Thomas P. Christy    on behalf of Creditor    Berkshire Hathaway Assurance Corporation
                 tchristy@garanlucow.com
                Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association
                 morris@silvermanmorris.com,    marlene@silvermanmorris.com
                Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
                 marlene@silvermanmorris.com
                Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
                 marlene@silvermanmorris.com
                Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
                 Association morris@silvermanmorris.com,    marlene@silvermanmorris.com
                Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
                 morris@silvermanmorris.com,    marlene@silvermanmorris.com
                Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
                 marlene@silvermanmorris.com
                Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
                 morris@silvermanmorris.com,    marlene@silvermanmorris.com
                Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
                 marlene@silvermanmorris.com
                Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
                Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
                 fusco@millercanfield.com
                Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
                 tgraves@allardfishpc.com,    allardfishpc@yahoo.com
                Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
                 allardfishpc@yahoo.com
                Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
                 allardfishpc@yahoo.com
                Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com,
                 allardfishpc@yahoo.com
                Tracy M. Clark    on behalf of Interested Party    Local 917 of the American Federation of State,
                 County and Municipal Employees clark@steinbergshapiro.com,    clark@ecf.inforuptcy.com
                Tracy M. Clark    on behalf of Interested Party    St. James Cooperative clark@steinbergshapiro.com,
                 clark@ecf.inforuptcy.com
                Tracy M. Clark    on behalf of Interested Party    Joliet Town Houses Cooperative Association
                 clark@steinbergshapiro.com,    clark@ecf.inforuptcy.com
                Tracy M. Clark    on behalf of Interested Party    Lafayette Town Houses, Inc.
                 clark@steinbergshapiro.com,    clark@ecf.inforuptcy.com
                Tracy M. Clark    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
                 clark@steinbergshapiro.com,    clark@ecf.inforuptcy.com
                Tracy M. Clark    on behalf of Interested Party    Local 3308 of the American Federation of State,
                 County and Municipal Employees clark@steinbergshapiro.com,    clark@ecf.inforuptcy.com
                Tracy M. Clark    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
                 clark@steinbergshapiro.com,    clark@ecf.inforuptcy.com
                Trevor J. Zamborsky    on behalf of Creditor Micholas  Martin tzamborsky@romanolawpllc.com,
                 trevor.zamborsky@gmail.com
                Trevor J. Zamborsky    on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
                 trevor.zamborsky@gmail.com
                Trevor J. Zamborsky    on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
                 trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Trevor J. Zamborsky    on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky    on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Trevor J. Zamborsky   on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Vanessa G. Fluker   on behalf of Interested Party   Center for Community Justice and Advocacy
        vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
        William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com
        William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
        William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
        William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
        William C. Blasses   on behalf of Interested Party Gary  Segatti wcb@osbig.com
        William C. Blasses   on behalf of Creditor   Jackie's Transport, Inc. wcb@osbig.com
        William C. Blasses   on behalf of Interested Party   Michigan Property Tax Relief, LLC
         wcb@osbig.com
        William C. Blasses   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
        William H. Goodman   on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
        William H. Goodman   on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
        William H. Goodman   on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
        William H. Goodman   on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
        William Norman Listman   on behalf of Interested Party   Southeastern Oakland County Water
         Authority wlistman@davislistman.com
        William Pfeiffer Smith   on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
        William W. Kannel   on behalf of Creditor   Ad Hoc Bondholder Committee wkannel@mintz.com
        Wolfgang  Mueller   on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
         jsmith@olsmanlaw.com
        Wolfgang  Mueller   on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
         jsmith@olsmanlaw.com
        Wolfgang  Mueller   on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
         jsmith@olsmanlaw.com
        Wolfgang  Mueller   on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
         jsmith@olsmanlaw.com
        Yuliy  Osipov   on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
         yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy  Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC
         yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy  Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
         yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy  Osipov   on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com,
         yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                            TOTAL: 553