UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,                          Chapter 9
                                                     Case No. 13-53846
        Debtor.                                      Hon. Steven W. Rhodes
_____/

## MOTION FOR LIMITED RELIEF FROM AUTOMATIC STAY

K.S. Doe ("Movant"), by and through his attorneys, files this Motion for Limited Relief
from Automatic Stay for the limited purposes of asserting a claim for civil rights violations
against Charles Pugh, a City of Detroit employee. In support of this Motion, Movant states as
follows:

### Jurisdiction

1.      The above-captioned Chapter 9 proceedings were commenced by the City on July
18, 2013.

2.      This motion is filed under 11 U.S.C. § 362(d), as made applicable by 11 U.S.C. §
§922(b) and Fed. R. Bankr. P. 4001 and 9014.

3.      This is a core proceeding over which this Court has jurisdiction. *See* 28 U.S.C §
157(b)(2)(G) and 28 U.S.C. § 1334.

### Background

4.      When the City's bankruptcy case was filed, Charles Pugh was the President of
Detroit City Council, and an employee of the City of Detroit.

5.      Movant, K.S. Doe, is a Michigan resident residing in the City of Highland Park.

6.     In 2009, while City Council President, Charles Pugh established the Charles Pugh Leadership Forum at the Frederick Douglass Academy for Young Men ("the Academy"). At the time, Movant was a student attending the Academy.

7.     Movant's claim arises from a series of incidents beginning in 2013 when Pugh, in his capacity as City Council President and as the facilitator for the Charles Pugh Leadership Forum, sexually harassed Movant.

8.     Movant's claims are secured by the filing of a Proof of Claim with this Court on February 20, 2014. A copy of the filed form is attached as **Exhibit A**.

9.     On March 21, 2014, Movant's counsel contacted Heather Lennox of the Jones-Day law firm seeking stipulation for relief from the bankruptcy stay.

10.     On March 24, 2014, Movant's counsel sent a proposed stipulation to lift the bankruptcy stay to Stephen LaPlante of Miller, Canfield, Paddock, & Stone (co-counsel in the bankruptcy proceedings), attached hereto as **Exhibit B.**

11.     Over the next seven weeks Movant's counsel forwarded a stipulation, a draft complaint and answered all questions posed by counsel for the City of Detroit in the bankruptcy proceeding. Movant's counsel further indicated that given Mr. Pugh's apparent willingness to flee to avoid responsibility in this case, Movant's counsel did not wish to file a motion that would put Pugh on notice. At that point in time, Movant was aware of where Mr. Pugh resided.

12.     On April 29, 2014, Mr. LaPlante informed Movant's counsel by email that we "should have an approved version of the stipulation and order for you by Wednesday or Thursday". *See* **Exhibit C.**

13.    On May 6, 2014, Mr. LaPlante informed Movant's counsel that the City of Detroit Law Department had denied our request, without any explanation or counter proposal, in spite of Movant's request for an explanation. *See* **Exhibit D.**

14.    Movant seeks to file a complaint against Charles Pugh individually and the Detroit Public Schools. Movant's proof of claim against the City of Detroit has, pursuant to the Court's scheduling order, been filed in this Court. *See* **Exhibit A**.

15.    Movant is willing to stipulate that any proceedings that directly impact the City of Detroit, including any direct action against the City, claims for indemnification and/or contribution be addressed only in this Court. Further, Movant will only seek relief from the stay that would allow the filing of a complaint against Pugh individually, the Charles Pugh Leadership Forum, and Detroit Public Schools.

### Legal Basis for Motion

16.    Pursuant to 11 U.S.C. § 362(d), the automatic stay created by the filing of these proceedings may be terminated, annulled, or modified for "cause". *See* 11 U.S.C. §§ 922(b) and 362(d).

17.    The Bankruptcy Code does not define cause for purposes of when to allow relief from the automatic stay, so "courts must determine whether discretionary relief is appropriate on a case-by-case basis." *Trident Associates Ltd. P'ship v. Metro Life Ins. Co. (In re Trident Associates Ltd. P'ship),* 52 F.3d 127, 131 (6th Cir. 1995).

18.    To guide the bankruptcy court's exercise of its discretion, the Sixth Circuit identifies five factors for the court to consider: (1) "judicial economy"; (2) "trial readiness"; (3) "the resolution of preliminary bankruptcy issues"; (4) "the creditor's chance of success on the merits"; and (5) "the cost of defense or other potential burden to the bankruptcy estate and the

impact of the litigation on other creditors." *Garzoni v. K-Mart Corp.*(*In re Garzoni*), 35 Fed.

Appx. 179, 181 (6th Cir. Mich. 2002)(citing *In re United Imports, Inc.*, 203 B.R. 162, 167

(Bankr. D. Neb. 1996)).

19.     Movant asserts that cause exists for limited relief from the automatic stay for the

reasons stated in the accompanying brief.

## Request for Relief

WHEREFORE, Movant respectfully requests that this Court enter an order lifting the

automatic stay to permit Movant to assert a claim for civil rights violations against Charles Pugh,

and pursuant to the attached proposed order, no effort to collect any funds shall occur outside of

this honorable court's jurisdiction in bankruptcy, as well as grant such further relief as the Court

deems just and equitable considering the facts and circumstances of this case.

STEINBERG SHAPIRO & CLARK


/s/ Tracy M. Clark (P60262)
Co-counsel for Movant
25925 Telegraph Road, Suite 203
Southfield, MI 48033
(248) 352-4700
clark@steinbergshapiro.com

-and-

SEIKALY & STEWART, P.C.


/s/ with consent William R. Seikaly (P33165)
Choi T. Portis (P77123)
Co-counsel for Movant
30300 Northwestern Hwy., Suite 200
Farmington Hills, Michigan 48334
(248) 785-0102
wrs@sslawpc.com

Dated: May 9, 2014

4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,                          Chapter 9
                                                    Case No. 13-53846
          Debtor.                                   Hon. Steven W. Rhodes
_____/

**ORDER GRANTING MOTION FOR LIMITED RELIEF FROM AUTOMATIC STAY**

This matter having come to be heard on the Motion for Limited Relief from the Automatic Stay filed by K.S. Doe, Movant. All parties in interest were provided notice of the Motion and the Court is advised that no objections were filed or received. The Court is otherwise fully advised in this matter.

IT IS ORDERED that:

A.      The Motion for Limited Relief from the Automatic Stay is granted.

B.      Relief from that automatic stay applicable under 11 U.S.C. § 922(a) and 11 U.S.C. § 362(a) is granted to allow Movant to prosecute claims for civil rights violations against Charles Pugh.

C.      Movant shall not make any effort to collect any funds from the City of Detroit outside of this Court's jurisdiction.

D.      The provisions of Fed. R. Bankr. P. 4001(a)(3) are waived and this Order shall be in full force and effect upon entry.

In re:

| | |
|---|---|
| City of Detroit, Michigan, | Chapter 9 |
| 2 Woodward Avenue, Suite 1126 | Case No. 13-53846 |
| Detroit, MI 48226 | Hon. Steven W. Rhodes |
| xx-xxx4606 | |

                         Debtor.

_____/

**14 DAY NOTICE OF MOTION FOR LIMITED RELIEF FROM AUTOMATIC STAY**

K.S Doe, Movant, filed a motion seeking limited relief from the automatic stay for the purpose of pursuing claims for civil rights violations against Charles Pugh.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Trustee's motion, or if you want the Court to consider your views on the motion, within 14 days from the date this notice is served, you or your attorney must:

1.      File with the Court a written objection or request for hearing, explaining your position at:[1]

      U.S. Bankruptcy Court
      211 West Fort Street
      Detroit, Michigan 48226

If you mail your objection or request for hearing to the Court for filing, you must mail it early enough so the Court will **receive** it before the 14 day period expires.

2.      Mail a copy to:

      Tracy M. Clark, Esq.
      Steinberg Shapiro & Clark
      25925 Telegraph Rd., Suite 203
      Southfield, MI 48033

      -and-

---

[1]Objection or request for hearing must comply with F.R. Civ.P. 8(b), (c) and (e).

William R. Seikaly, Esq.
Seikaly & Stewart, P.C.
30300 Northwestern Highway, Suite 200
Farmington Hills, MI 48334

If an objection or request for hearing is timely filed, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time, and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

STEINBERG SHAPIRO & CLARK


/s/ Tracy M. Clark (P60262)
Co-counsel for Movant
25925 Telegraph Road, Suite 203
Southfield, MI 48033
(248) 352-4700
clark@steinbergshapiro.com

-and-

SEIKALY & STEWART, P.C.


/s/ with consent William R. Seikaly (P33165)
Choi T. Portis (P77123)
Co-counsel for Movant
30300 Northwestern Hwy., Suite 200
Farmington Hills, Michigan 48334
(248) 785-0102
wrs@sslawpc.com

Dated: May 9, 2014

2

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,                          Chapter 9
                                                    Case No. 13-53846
            Debtor.                                 Hon. Steven W. Rhodes

_____/

**BRIEF IN SUPPORT OF MOTION FOR
LIMITED RELIEF FROM AUTOMATIC STAY**

**Facts**

K.S. Doe ("Movant") relies on the facts, authority, and exhibits cited and attached in his Motion for Limited Relief From Automatic Stay. Further, this case involves lifting the stay to pursue claims against former City Council President, Charles Pugh. In his capacity as City Council President, he established the Charles Pugh Leadership Forum at the Academy. This program was designed to provide mentorship to students attending the Academy. The program then developed into a mandatory class for high school seniors. Pugh, in his capacity as City Council President, used his power, title, and prestige to target vulnerable young men, including but not limited to Movant. As such, he used his position and title as an opportunity to sexually harass Movant.

**Law**

An automatic stay serves several purposes. First, it gives a bankrupt a breathing spell from creditors by stopping all collection efforts, all harassment, and all foreclosure actions. The stay is "automatic" because it is triggered as against all entities upon the filing of a bankruptcy petition, irrespective of whether the parties to the proceedings stayed are aware that a petition has been filed. Only the bankruptcy court with jurisdiction over the case has the authority to grant

relief from the stay of judicial proceedings against the debtor. *Maritime Elec. Co., Inc. v. United Jersey Bank*, 959 F.2d 1194, 1204 (3rd Cir. 1991).

In this case, this Court entered an order on July 25, 2013 whereby all persons were stayed, restrained, and enjoined from commencing any judicial, administrative, or other proceeding that would have been commenced before the City's chapter 9 case was commenced (docket 167). The order further stayed commencement of any action against City Officers, in whatever capacity they may serve. This case specifically involves one of the highest-ranking officials in the City of Detroit, the Council President. In his capacity as City Council President, Pugh established the Charles Pugh Leadership Forum at the Academy. He used his power, prestige, and title to place himself in a position to abuse Movant. As such, the stay prohibiting commencement of any action against City Officers must be lifted in order to make Movant whole.

For reasons unknown to Movant's counsel, the City of Detroit has refused to stipulate to the relief requested herein, without explanation, in spite of their history of doing this in other matters. (*See* docket 2584.)

In exercising its power to vacate or modify a stay, the court must consider the particular circumstances of the case and ascertain what is just to the claimants, the debtor, and the estate. *In re Mego Intern., Inc.,* 28 B.R. 324, 326 (Bkrtcy. S.D.N.Y. 1983).

In this case, Movant and his family have suffered emotional and psychological damage as a result of Pugh's actions. Additionally, Movant was taunted and harassed not only by his peers, but also by the press as a result of these incidents. Conversely, Pugh has suffered only shame and embarrassment that he brought upon himself as a result of his sexual harassment of Movant. In weighing the particulars of this case, it is clear that Movant's harms and damages greatly

outweigh Pugh's self-inflicted embarrassment. As such, this Court is requested to lift this stay in order to allow Movant to vindicate his rights.

Based on the foregoing, Movant respectfully requests that this Court grant relief from the automatic stay, for the limited purpose of allowing Movant to assert a claim for civil rights violations against Charles Pugh.

STEINBERG SHAPIRO & CLARK

/s/ Tracy M. Clark (P60262)
Co-counsel for Movant
25925 Telegraph Road, Suite 203
Southfield, MI 48033
(248) 352-4700
clark@steinbergshapiro.com

-and-

SEIKALY & STEWART, P.C.

/s/ with consent William R. Seikaly (P33165)
Choi T. Portis (P77123)
Co-counsel for Movant
30300 Northwestern Hwy., Suite 200
Farmington Hills, Michigan 48334
(248) 785-0102
wrs@sslawpc.com

Dated: May 9, 2014

3

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

        Debtor.
_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

**CERTIFICATE OF SERVICE**

I certify that on May 9, 2014, I served a copy of this *Motion for Limited Relief from Automatic Stay; Proposed Order; 14 Day Notice; Brief in Support;* and *Certificate of Service* via first class mail on the following:

Charles Pugh
145 Odell Clark Place, Apt. 5W
New York, NY 10030

And I certify that on May 9, 2014, I electronically filed this *Motion for Limited Relief from Automatic Stay; Proposed Order; 14 Day Notice; Brief in Support;* and *Certificate of Service* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

- Elizabeth M. Abood-Carroll    bankruptcy@orlans.com, ANHSOA@earthlink.net
- Daniel N. Adams    dadams@honigman.com, litdocket@honigman.com
- Sam J. Alberts    sam.alberts@dentons.com, dan.barnowski@dentons.com
- Carla Orman Andres    candres@gklaw.com
- Mark A. Angelov    mark.angelov@arentfox.com
- Charles N. Ash    cash@wnj.com, kkranz@wnj.com
- Karin F. Avery    Avery@SilvermanMorris.com
- Nabih H. Ayad    ayadlaw@hotmail.com
- Allison Bach    abach@dickinsonwright.com
- Jason W. Bank    jbank@kerr-russell.com
- Paige E. Barr    Paige.Barr@kattenlaw.com
- Robert N. Bassel    bbassel@gmail.com, robertbassel@hotmail.com

- Kevin M. Baum    kevin.baum@kattenlaw.com

- Dirk H. Beckwith    dbeckwith@fosterswift.com

- Michael R. Bell    BellM1@michigan.gov

- Bruce Bennett    bbennett@jonesday.com

- Ryan Blaine Bennett    ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com

- Douglas C. Bernstein    dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com

- Brendan G. Best    bbest@schaferandweiner.com, wkyles@schaferandweiner.com

- Jeffrey H. Bigelman    jhb_ecf@osbig.com, tc@osbig.com

- William C. Blasses    wcb@osbig.com

- Brett A. Border    bborder@sspclegal.com, joumedian@sspclegal.com

- Randall A. Brater    randall.brater@arentfox.com

- Mark E. Bredow    mbredow@resnicklaw.net, jabdelnour@resnicklaw.net

- Allan S. Brilliant    allan.brilliant@dechert.com

- Lynn M. Brimer    lbrimer@stroblpc.com, kvanakin@stroblpc.com

- Charles D. Bullock    cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com

- Judy B. Calton    jcalton@honigman.com, litdocket@honigman.com

- Judy B. Calton    jcalton@honigman.com,blundberg@honigman.com, litdocket@honigman.com

- Peter L. Canzano    pcanzano@sidley.com

- Eric D. Carlson    carlson@millercanfield.com

- Julia A. Caroff    julia.caroff@usdoj.gov, mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov

- Amy D. Caton    acaton@kramerlevin.com, achouprouta@kramerlevin.com

- Babette A. Ceccotti    bceccotti@cwsny.com

- Thomas P. Christy    tchristy@garanlucow.com

- Tracy M. Clark    clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

- Mary Beth Cobbs     cobbm@detroitmi.gov, mbcobbs@flash.net

- Ryan Cochran     ryan.cochran@wallerlaw.com

- Carol Connor Cohen     carol.cohen@arentfox.com

- Dawn R. Copley     dcopley@dickinsonwright.com, dnavin@dickinsonwright.com

- Sean M. Cowley (UST)     Sean.cowley@usdoj.gov

- Elliot G. Crowder     ecrowder@sbplclaw.com, lhaas@sbplclaw.com

- Robert Darnell     robert.darnell@usdoj.gov

- Hugh M. Davis     Info@ConLitPC.com

- Peter D. Dechiara     pdechiara@cwsny.com

- Shannon L. Deeby     sdeeby@clarkhill.com

- Melissa L. Demorest     melissa@demolaw.com, paula@demolaw.com

- M. Ellen Dennis     m.ellen.dennis@gmail.com,dwhadden@umich.edu

- Robert J. Diehl     rdiehl@bodmanlaw.com

- Karen B. Dine     karen.dine@kattenlaw.com

- Mercedes Varasteh Dordeski     mdordeski@foleymansfield.com,cindy@loevy.com

- David L. Dubrow     david.dubrow@arentfox.com

- Ethan D. Dunn     bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com

- Jeffrey David Eaton     jeaton@schiffhardin.com

- John E. Eaton     jeaton@cousenslaw.com, pjohnson@bredhoff.com

- David Eisenberg     deisenberg@ermanteicher.com

- Caroline Turner English     caroline.english@arentfox.com

- Earle I. Erman     eerman@ermanteicher.com

- Barry S. Fagan     bfagan@dibandfagan.com

- Sherrie L. Farrell     sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com

- Evan Justin Feldman     efeldman@clarkhill.com

- Lisa Hill Fenning     Lisa.Fenning@aporter.com

- Robert Fetter      rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

- Mallory Field      MField@stroblpc.com, jmckeogh@stroblpc.com

- Jamie Scott Fields      jeansartre@msn.com

- Joseph M. Fischer      brcy@carsonfischer.com, jfischer@carsonfischer.com

- Deborah L. Fish      dfish@allardfishpc.com, allardfishpc@yahoo.com

- Joseph Mark Fisher      mfisher@schiffhardin.com

- Robert M. Fishman      rfishman@shawfishman.com

- Steven B. Flancher      flanchers@michigan.gov

- Vanessa G. Fluker      vgflawyer@sbcglobal.net, dfjohnson@cfaith.com

- Mark S. Frankel      mfrankel@couzens.com

- Brendan H. Frey      bfrey@manteselaw.com, ssikorski@manteselaw.com

- Timothy A. Fusco      fusco@millercanfield.com

- Eric B. Gaabo      gaabe@detroitmi.gov

- Joshua A. Gadharf      jgadharf@mcdonaldhopkins.com

- Niraj R. Ganatra      Nganatra@uaw.net

- Andrew J. Gerdes      agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com

- Jerome D. Goldberg      apclawyer@sbcglobal.net

- William H. Goodman      mail@goodmanhurwitz.com

- Robert D. Gordon      rgordon@clarkhill.com, lbellguzzo@clarkhill.com

- Jeffrey S. Grasl      jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com

- Timothy R. Graves      tgraves@allardfishpc.com, allardfishpc@yahoo.com

- Jonathan S. Green      green@millercanfield.com

- John T. Gregg      jgregg@btlaw.com

- Christopher A. Grosman      BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

- Stephen M. Gross      sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

4

- Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com

- Edward J. Gudeman    ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com

- Raymond Guzall    rayguzall@attorneyguzall.com

- Stephen C. Hackney    stephen.hackney@kirkland.com

- Paul R. Hage    phage@jaffelaw.com, jtravick@jaffelaw.com

- Paula A. Hall    hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com

- Michael C. Hammer    mchammer2@dickinsonwright.com

- Howard R. Hawkins    howard.hawkins@cwt.com,
  mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com

- David Gilbert Heiman    dgheiman@jonesday.com

- Robert S. Hertzberg    hertzbergr@pepperlaw.com,
  alexsym@pepperlaw.com;kuschj@pepperlaw.com

- Steven G. Howell    showell@dickinsonwright.com

- Marshall S. Huebner    bankrout@davispolk.com

- Charles Bruce Idelsohn    charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com

- Mark R. James    mrj@wwrplaw.com

- William W. Kannel    wkannel@mintz.com

- John P. Kapitan    easternecf@trottlaw.com

- Michael Anthony Karman    makarmanesq@gmail.com

- Michael Joseph Karwoski    mjkarwoski@alumni.nd.edu

- Mami Kato    mkato@sachswaldman.com, pmerchak@sachswaldman.com

- Richardo I. Kilpatrick    ecf@kaalaw.com, wjackson@KAALaw.com

- Susheel Kirpalani    susheelkirpalani@quinnemanuel.com,
  monicatarazi@quinnemanuel.com

- Scott B. Kitei    skitei@honigman.com

- Anthony J. Kochis    akochis@wolfsonbolton.com,
  stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;
  akochis@ecf.inforuptcy.com

- Samuel S. Kohn    skohn@chadbourne.com, mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com

- Dan Korobkin    dkorobkin@aclumich.org

- Deborah Kovsky-Apap    kovskyd@pepperlaw.com, alexsym@pepperlaw.com

- Kay Standridge Kress    kressk@pepperlaw.com, alexsym@pepperlaw.com

- Stephen S. LaPlante    laplante@millercanfield.com, skoczylas@millercanfield.com

- Patrick C. Lannen    plannen@plunkettcooney.com, mkisell@plunkettcooney.com

- Lawrence A. Larose    llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com

- Caralyce M. Lassner    ecf@lassnerlaw.com

- Michael S. Leib    msl@maddinhauser.com, bac@maddinhauser.com

- David E. Lemke    david.lemke@wallerlaw.com

- Heather Lennox    hlennox@jonesday.com

- David A. Lerner    dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com

- Richard Levin    rlevin@cravath.com, mao@cravath.com

- Sharon L. Levine    slevine@lowenstein.com

- David T. Lin    dlin@seyburn.com, kbilpo@seyburn.com

- Ronald C. Liscombe    rliscombe@alglawpc.com

- William Norman Listman    wlistman@davislistman.com

- Sara Klettke MacWilliams    macwilliams@youngpc.com, efiling@youngpc.com

- Elias T. Majoros    emajoros@glmpc.com

- Carolyn Beth Markowitz    DVCCOUNSEL@AOL.COM

- Donald G. McGuigan    don@mcguiganlaw.com

- Patrick E. Mears    pmears@btlaw.com

- Leah Montesano    leah.montesano@arentfox.com

- Claude D. Montgomery    claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com

- Claude D. Montgomery    claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com

- Thomas R. Morris    morris@silvermanmorris.com, marlene@silvermanmorris.com

- Wolfgang Mueller    wmueller@olsmanlaw.com, jsmith@olsmanlaw.com

- Harold E. Nelson    ecf-hen@rhoadesmckee.com

- Fred Neufeld    fneufeld@sycr.com

- Carole Neville    carole.neville@dentons.com

- Karen Vivian Newbury    knewbury@schiffhardin.com

- Max J. Newman    newman@butzel.com

- Kenneth E. Noble    kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com

- Eric David Novetsky    enovetsky@jaffelaw.com

- Sandra L. O'Connor    soconnor@glmpc.com

- Brian D. O'Keefe    bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

- Arthur O'Reilly    aoreilly@honigman.com, ahatcher@honigman.com

- Lisa Okasinski    lisa@demolaw.com

- Noah J. Ornstein    noah.ornstein@kirkland.com

- Yuliy Osipov    yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

- Michael R. Paslay    mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com

- Barbara A. Patek    bpatek@ermanteicher.com

- Andrew A. Paterson    aap43@outlook.com, aap43law@gmail.com

- Geoffrey T. Pavlic    pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com

- Randall A. Pentiuk    RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

- Alfredo R. Perez    alfredo.perez@weil.com,kelly.diblasi@weil.com,dana.kaufman@weil.com,brian.wells@weil.com

- Alfredo R. Perez    alfredo.perez@weil.com,kelly.diblasi@weil.com,debora.hoehne@weil.com,elizabeth.hendee@weil.com

- Heidi Peterson    hdpeterson75@gmail.com

- Ryan Plecha    rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

- Debra N. Pospiech    dpospiech@morganmeyers.com

- Leland Prince    princel@dteenergy.com

- Thomas B. Radom    Radom@butzel.com

- A. Stephen Ramadan    steveramadan@gmail.com

- John Joseph Ramirez    john.ramirez@kattenlaw.com

- H. Nathan Resnick    hnresnick@resnicklaw.net, jabdelnour@resnicklaw.net

- Peter J. Roberts    proberts@shawfishman.com

- Kimberly Joan Robinson    kim.robinson@bfkn.com

- Richard A. Roble (UST)    Richard.A.Roble@usdoj.gov

- Louis P. Rochkind    lrochkind@jaffelaw.com, dburris@jaffelaw.com

- Courtney M. Rogers    courtney.rogers@wallerlaw.com

- Ronald L. Rose    rrose@dykema.com

- Eric Rosenberg    EJR@morganmeyers.com, amendiola@morganmeyers.com

- Heath Douglas Rosenblat    Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com

- Jeffrey Rossman    jrossman@mwe.com

- Jeffrey Rossman    jrossman@mwe.com,ncoco@mwe.com,Lhaidostian@mwe.com

- Craig B. Rule    bankruptcy@orlans.com, ANHSOA@earthlink.net

- Edward Todd Sable    tsable@honigman.com, litdocket@honigman.com

- Kenneth M. Schneider    kschneider@schneidermiller.com

- Matthew Schneider    SchneiderM7@michigan.gov

- Joseph R. Sgroi    jsgroi@honigman.com, litdocket@honigman.com

- Mark H. Shapiro    shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com

- Howard S. Sher    howard@jacobweingarten.com

- John P. Sieger    john.sieger@kattenlaw.com

- Jeffery R. Sieving    jeff@iobillboard.com

8

- Jill Kristen Smith    Jill.Smith@macombgov.org

- William Pfeiffer Smith    wsmith@mwe.com

- James Sprayregen    james.sprayregen@kirkland.com

- Douglas Steele    dls@wmlaborlaw.com

- Kevin N. Summers    ksummers@dflaw.com,
  mmichael@psedlaw.com;ccook@dflaw.com

- Matthew Gernet Summers    summersm@ballardspahr.com

- Marc N. Swanson    swansonm@millercanfield.com

- Meredith Taunt    mtaunt@stroblpc.com, KVanAkin@stroblpc.com

- Ralph A. Taylor    ralph.taylor@arentfox.com

- Julie Beth Teicher    jteicher@ermanteicher.com

- Kurt Thornbladh    kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

- My Chi To    mcto@debevoise.com, mao-bk-ecf@debevoise.com

- Sheryl L. Toby    stoby@dykema.com, dguerrero@dykema.com

- Sheldon S. Toll    lawtoll@comcast.net, lawtoll@comcast.net

- Matthew Troy    matthew.troy@usdoj.gov

- Brian R. Trumbauer    btrumbauer@bodmanlaw.com

- Suzanne L. Wahl    swahl@schiffhardin.com,
  mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com
  ;edocket@schiffhardin.com

- Scott M. Watson    swatson@wnj.com

- Daniel J. Weiner    dweiner@schaferandweiner.com

- Jason L. Weiner    jweiner@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com

- Robert A. Weisberg    BRCY@CARSONFISCHER.COM,
  rweisberg@carsonfischer.com

- William A. Wertheimer    billwertheimer@gmail.com

- Matthew Wilkins    wilkins@bwst-law.com, marbury@bwst-law.com

- Angela Williams    williamsa@dhcmi.org, HollisR@dhcmi.org

- Jeremiah Buffalo Wirgau    jwirgau@sspclegal.com

9

- Scott A. Wolfson
  swolfson@wolfsonbolton.com,david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
  stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com

- Stephen Wolpert    stephen.wolpert@dechert.com

- David M. Zack    dmzack@mcalpinelawfirm.com,
  nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com

- Trevor J. Zamborsky    tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

- Jennifer Zbytowski Belveal    jbelveal@honigman.com, mjohnson@honigman.com

- Craig E. Zucker    czucker@ermanteicher.com


/s/ Christine T. Leach, Legal Assistant
Steinberg Shapiro & Clark
Attorneys for Trustee
25925 Telegraph Rd., Suite 203
Southfield, MI 48033
(248) 352-4700
cleach@steinbergshapiro.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,                          Chapter 9
                                                     Case No. 13-53846
       Debtor.                                      Hon. Steven W. Rhodes
_____/

**EXHIBIT LIST**

| Exhibit | Description |
| --- | --- |
| A | Proof of Claim |
| B | Email dated March 24, 2014 |
| C | Email dated April 29, 2014 |
| D | Email dated May 6, 2014 |

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
  K.S. Doe

Name and address where notices should be sent:
  William R. Seikaly (P33165)
  30300 Northwestern Highway, Suite 200
  Farmington Hills, MI 48334
Telephone number: 2487850102    email: wrs@sslawpc.com

Name and address where payment should be sent (if different from above):

Telephone number:        email:

**FILED**

FEB 2 0 2014

COURT USE ONLY

☐ Check this box if this claim amends a previously filed claim.

US Bankruptcy Court
MI Eastern District

Court Claim Number:_____
    (*If known*)

Filed on:_____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed:    $ Amount to be determined in excess of $1 Million Dollars

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: personal injury/ violation of civil rights, 42 USC 1983, against Dave Bing as Mayor
   (See instruction #2) and Charles Pugh, individually, and as City Council President as well as the City of Detroit

3. Last four digits of any number by which creditor identifies debtor:_____    3a. Debtor may have scheduled account as:_____
                                                                                  (See instruction #3a)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐Real Estate  ☐Motor Vehicle  ☐Other
Describe:

Value of Property: $_____

Annual Interest Rate (when case was filed)_____% ☐Fixed  or ☐Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:    $_____

Basis for perfection:_____

Amount of Secured Claim:  $_____

Amount Unsecured:  $_____

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).    $_____

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. §_____    $_____

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS.
ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. Signature: (See instruction # 8)
Check the appropriate box.

☐ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: William R. Seikaly
Title:  Attorney
Company:  Seikaly & Stewart, P.C.
Address and telephone number (if different from notice address above):
  30300 Northwestern Highway
  Suite 200
Farmington Hills, MI 48334
Telephone number: 2487850102    email: wrs@sslawpc.com

(Signature)

February 20, 2014
(Date)

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

# In re: City of Detroit Michigan Chapter 9 Bankruptcy

## Choi Portis

Mon 3/24/2014 1:32 PM

To:LaPlante@millercanfield.com <LaPlante@millercanfield.com>;

Cc:William Seikaly <wrs@sslawpc.com>;

📎 1 attachment

stip and order for relief from stay.pdf;

Hello Mr. LaPlante,

My name is Choi Portis and I am an associate attorney at Seikaly & Stewart, P.C. I contacted Heather Lennox from Jones Day regarding this issue, and she indicated that I should contact you.

We have a case in which we would like to seek a stipulation from you regarding limited relief from the automatic stay put in place by Judge Rhodes's order. I have attached the stipulation to this email. I have also copied, William Seikaly, the senior attorney on this file.

In the event that you do not agree to the stipulation, we are prepared to file a motion for limited relief from the stay.

Kindest Regards,

Choi Portis


**Choi T. Portis**
***Associate Attorney***
Seikaly & Stewart, P.C.
30300 Northwestern Highway, Suite 200
Farmington Hills, MI 48334
(248) 785-0102, ext 264
Fax (248) 737-8033
ctp@seikalystewart.com

Note: This is a confidential communication. If you do not believe that you are the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, or in any way have received this message in error, please delete this message immediately without further disseminating it in any way. Please also contact this sender by return e-mail or by telephone at the number listed above.

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

In re:

CITY OF DETROIT, MICHIGAN;

                                       Chapter 9
                                       Case No. 13-53846
                                       Hon. Steven W. Rhodes

        Debtor,

_____/

| | |
|---|---|
| SEIKALY & STEWART, P.C. | MILLER, CANFIELD, PADDOCK, & STONE, PLC |
| Attorneys for Plaintiff-Creditor | |
| WILLIAM R. SEIKALY (P33165) | STEPHEN S. LAPLANTE (P48063) |
| CHOI T. PORTIS (P77123) | Attorney for Defendant-Debtor |
| 30300 Northwestern Hwy., Ste. 200 | 150 W Jefferson Ave. Ste. 2500 |
| Farmington Hills, MI 48334 | Detroit, MI 48226 |
| (248) 785-0102 | (313) 496-8452 |
| wrs@sslawpc.com | laplante@millercanfield.com |

_____/

## STIPULATION REGARDING LIMITED RELIEF FROM AUTOMATIC STAY

### STIPULATION

      Through their respective counsel, Creditor-Plaintiff, K.S. Doe and Debtor-Defendant City of Detroit here by stipulate and agree as follows:

      IT IS HEREBY STIPULATED AND AGREED that the automatic stay issued by this Court on July 25, 2013 is lifted for the limited purpose of allowing Creditor-Plaintiff, K.S. Doe to assert claims of civil rights violations against Charles Pugh and others, provided that the City of Detroit not be named in the lawsuit nor shall any effort be made to collect against the City of Detroit, absent further order of this Court.


| | |
|---|---|
| **_____** | **_____** |
| WILLIAM R. SEIKALY (P33165) | STEPHEN S. LAPLANTE (P48063) |
| Attorney for Creditor-Plaintiff | Attorney for City of Detroit |

## ORDER

At a session of said Court held in the
United States Courthouse in the
Eastern District of Michigan,
this _____ day of March, 2014.

PRESENT:  HON. STEVEN W. RHODES
United States Bankruptcy Court Judge

This matter having come before the Court on the Stipulation of the parties, the Court

having reviewed said Stipulation and otherwise being fully advised in the premises:

**IT IS HERE BY ORDERED** that the automatic stay issued by this Court on July 25,

2013 is lifted for the limited purpose of allowing Creditor-Plaintiff, K.S. Doe to assert claims of

civil rights violations against Charles Pugh and others, provided that the City of Detroit not be

named in the lawsuit nor shall any effort be made to collect against the City of Detroit, absent

further order of this Court.

_____
Hon. Steven W. Rhodes
United States Bankruptcy Court Judge

# RE: Stipulation

## LaPlante, Stephen S. <laplante@MillerCanfield.com>

Tue 4/29/2014 6:22 PM

To:Choi Portis <ctp@sslawpc.com>;

Cc:William Seikaly <wrs@sslawpc.com>;

Dear Ms. Portis,

I should have an approved version of the stipulation and order for you by Wednesday or Thursday at the latest.

Regards,

**Stephen S. LaPlante** | Attorney and Counselor at Law
**Miller Canfield**
150 West Jefferson, Suite 2500
Detroit, Michigan 48226 (USA)
**T** +1.313.496.8478 | **F** +1.313.496.8452 | **Mobile** +1.734.635.0322
laplante@millercanfield.com | View Profile + VCard

**From:** Choi Portis [mailto:ctp@sslawpc.com]
**Sent:** Tuesday, April 29, 2014 3:25 PM
**To:** LaPlante, Stephen S.
**Cc:** William Seikaly
**Subject:** Stipulation

Mr. LaPlante,

Can you provide a status update on when we should expect the stipulation.

Kindest Regards,

Choi Portis

**Choi T. Portis**
*Associate Attorney*
Seikaly & Stewart, P.C.
30300 Northwestern Highway, Suite 200

Farmington Hills, MI 48334
(248) 785-0102, ext 264
Fax (248) 737-8033
ctp@seikalystewart.com

Note: This is a confidential communication. If you do not believe that you are the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, or in any way have received this message in error, please delete this message immediately without further disseminating it in any way. Please also contact this sender by return e-mail or by telephone at the number listed above.

_____

NOTICE TO PERSONS SUBJECT TO UNITED STATES TAXATION (MCPS)

DISCLOSURE UNDER TREASURY CIRCULAR 230: The United States Federal tax advice, if any, contained in this document and its attachments may not be used or referred to in the promoting, marketing or recommending of any entity, investment plan or arrangement, nor is such advice intended or written to be used, and may not be used, by a taxpayer for the purpose of avoiding Federal tax penalties.

_____

# RE: Stipulation

## LaPlante, Stephen S. <laplante@MillerCanfield.com>

Tue 5/6/2014 2:06 PM

To:William Seikaly <wrs@sslawpc.com>; Choi Portis <ctp@sslawpc.com>;

Mr. Seikaly and Ms. Portis:

The City Law Department did not approve the proposed stipulation.  Please send me a copy of the complaint once it has been served.

Regards,

---

**Stephen S. LaPlante** | Attorney and Counselor at Law
**Miller Canfield**
150 West Jefferson, Suite 2500
Detroit, Michigan 48226 (USA)
**T** +1.313.496.8478 | **F** +1.313.496.8452 | **Mobile** +1.734.635.0322
laplante@millercanfield.com | View Profile + VCard

---

**From:** Choi Portis [mailto:ctp@sslawpc.com]
**Sent:** Monday, May 05, 2014 1:01 PM
**To:** LaPlante, Stephen S.
**Cc:** William Seikaly
**Subject:** Re: Stipulation

Thank you. Any idea on how about long they will take to come to a decision?

Choi

Sent from my iPhone

On May 5, 2014, at 12:58 PM, "LaPlante, Stephen S." <laplante@MillerCanfield.com> wrote:

> Choi, I spoke with the City Law Department and they were taking it up for consideration.  I am
> waiting for a response.
>
>
> <image001.gif>
> **Stephen S. LaPlante**
> Miller, Canfield, Paddock and Stone, P.L.C.

—

150 W. Jefferson Ave., Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Direct Dial (313) 496-8478
Fax (313) 496-8452
Cell phone (734) 635-0322
laplante@millercanfield.com

**From:** Choi Portis [mailto:ctp@sslawpc.com]
**Sent:** Monday, May 05, 2014 12:52 PM
**To:** LaPlante, Stephen S.
**Cc:** William Seikaly
**Subject:** Re: Stipulation

Stephen,

Do you have an update on the stipulation?

Choi

Sent from my iPhone

On Apr 29, 2014, at 6:22 PM, "LaPlante, Stephen S." <laplante@MillerCanfield.com> wrote:

> Dear Ms. Portis,
>
> I should have an approved version of the stipulation and order for you by Wednesday or Thursday at the latest.
>
> Regards,
>
> ---
>
> **Stephen S. LaPlante** | Attorney and Counselor at Law
> **Miller Canfield**
> 150 West Jefferson, Suite 2500
> Detroit, Michigan 48226 (USA)
> **T** +1.313.496.8478 | **F** +1.313.496.8452 | **Mobile** +1.734.635.0322
> laplante@millercanfield.com | View Profile + VCard
>
> ---

**From:** Choi Portis [mailto:ctp@sslawpc.com]
**Sent:** Tuesday, April 29, 2014 3:25 PM
**To:** LaPlante, Stephen S.
**Cc:** William Seikaly
**Subject:** Stipulation

Mr. LaPlante,

Can you provide a status update on when we should expect the stipulation.

Kindest Regards,

Choi Portis

**Choi T. Portis**
*Associate Attorney*
Seikaly & Stewart, P.C.
30300 Northwestern Highway, Suite 200
Farmington Hills, MI 48334
(248) 785-0102, ext 264
Fax (248) 737-8033
ctp@seikalystewart.com

Note: This is a confidential communication. If you do not believe that you are the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, or in any way have received this message in error, please delete this message immediately without further disseminating it in any way. Please also contact this sender by return e-mail or by telephone at the number listed above.

_____

NOTICE TO PERSONS SUBJECT TO UNITED STATES TAXATION (MCPS)

DISCLOSURE UNDER TREASURY CIRCULAR 230: The United States Federal tax advice, if any, contained in this document and its attachments may not be used or referred to in the promoting, marketing or recommending of any entity, investment plan or arrangement, nor is such advice intended or written to be used, and may not be used, by a taxpayer for the purpose of avoiding Federal tax penalties.

_____