# EXHIBIT B

# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001.2113

TELEPHONE: +1.202.879.3939 • FACSIMILE: +1.202.626.1700

Direct Number: (202) 879-3768
gsirwin@JonesDay.com

May 8, 2014

VIA E-MAIL

Sharon L. Levine
Wojciech F. Jung
Philip J. Gross
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, New Jersey 07068
Tel.: (973) 597-2500
Fax: (973) 597-2400
E-mail: slevine@lowenstein.com
E-mail: wjung@lowenstein.com
E-mail: pgross@lowenstein.com

Lynn M. Brimer
Meredith E. Taunt
Mallory A. Field
STROBL & SHARP, P.C.
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
Tel.: (248) 540-2300
Fax: (248) 645-2690
E-mail: lbrimer@stroblpc.com
E-mail: mtaunt@stroblpc.com
E-mail: mfield@stroblpc.com

Robert D. Gordon
Shannon L. Deeby
Jennifer K. Green
Evan J. Feldman
CLARK HILL PLC
151 South Old Woodward Avenue
Suite 200
Birmingham, Michigan 48009
Tel.: (248) 988-5882
Fax: (248) 988-2502
E-mail: rgordon@clarkhill.com
Email: sdeeby@clarkhill.com
Email: jgreen@clarkhill.com
Email: efeldman@clarkhill.com

Earle I. Erman
Craig E. Zucker
Barbara A. Patek
ERMAN, TEICHER, MILLER, ZUCKER &
FREEDMAN, P.C.
400 Galleria Officentre
Suite 444
Southfield, MI 48034
Tel.: (248) 827-4100
Fax: (248) 827-4106
Email: eerman@ermanteicher.com
Email: czucker@ermanteicher.com
E-mail: bpatek@ermanteicher.com

Babette A. Ceccotti
Peter D. DeChiara
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
25th Floor
New York, New York 10036-6976
Tel.: (212) 563-4100
Fax: 212-695-5436
E-mail: bceccotti@cwsny.com
E-mail: pdechiara@cwsny.com

Claude Montgomery
Carole Neville
DENTONS
221 Avenue of the Americas
New York, NY 10020-1089
United States
Tel.: (212) 768 6700
Fax: (212) 768 6800
E-mail: claude.montgomery@dentons.com
E-mail: carole.neville@dentons.com

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

13-53846-tjt  Doc 4560-3  Filed 05/09/14  Entered 05/09/14 15:12:56  Page 2 of 6

May 8, 2014
Page 2

| | |
|---|---|
| Carol Connor Cohen<br>Caroline Turner English<br>ARENT FOX LLP<br>1717 K Street, NW<br>Washington, DC 20036-5342<br>(202) 857-6054<br>Email: carol.cohen@arentfox.com<br>Email: caroline.english@arentfox.com | James H.M. Sprayregen, P.C.<br>Ryan Blaine Bennett<br>Stephen C. Hackney<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: james.sprayregen@kirkland.com<br>Email: ryan.bennett@kirkland.com<br>Email: stephen.hackney@kirkland.com |
| David E. Lemke (TN13586)<br>Michael R. Paslay (TN011092)<br>Ryan K. Cochran (TN025851)<br>Courtney M. Rogers (TN25664)<br>WALLER LANSDEN DORTCH & DAVIS LLP<br>511 Union Street, Suite 2700<br>Nashville, Tennessee 37219<br>Phone: (615) 244-6380<br>Fax: (615) 244-6804<br>Email: dave.lemke@wallerlaw.com<br>Email: mike.paslay@wallerlaw.com<br>Email: ryan.cochran@wallerlaw.com<br>Email: courtney.rogers@wallerlaw.com | Amy Caton<br>Greg Horowitz<br>KRAMER LEVIN NAFTALIS & FRANKEL, LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 715-9100<br>Fax: (212) 715-8000<br>Email: acaton@kramerlevin.com<br>Email: ghorowitz@kramerlevin.com |
| William W. Kannel<br>Adrienne K. Walker<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.<br>One Financial Center<br>Boston, MA 02111<br>Tel: 617-542-6000<br>Fax: 617-542-2241<br>Email: BKannel@mintz.com<br>Email: AWalker@mintz.com | Kenneth E. Noble<br>John J. Ramirez<br>KATTEN MUCHIN ROSENMAN LLP<br>575 Madison Avenue<br>New York, NY 10022-2585<br>Tel: 212-940-8800<br>E-mail: Kenneth.noble@kattenlaw.com<br>Email: john.ramirez@kattenlaw.com |
| Allan S. Brilliant<br>G. Eric Brunstad<br>Stephen M. Wolpert<br>DECHERT LLP<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 698-3500<br>Facsimile: (212) 698-3599<br>Email: allan.brilliant@dechert.com<br>Email: stephen.wolpert@dechert.com | Vincent J. Marriott, III, Esquire<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, Pennsylvania 19103<br>Tel: (215) 864-8236<br>Fax: (215) 864-9762<br>E-mail: marriott@ballardspahr.com |

13-53846-tjt    Doc 4560-3    Filed 05/09/14    Entered 05/09/14 15:12:56    Page 3 of 6

Rick L. Frimmer
J. Mark Fisher
Michael W. Ott
SCHIFF HARDIN, LLP
233 S. Wacker Drive, Suite 6600
Chicago, Illinois 60606
Telephone: (312) 258-5600
Facsimile: (312) 258-5600
E-mail: rfrimmer@schiffhardin.com
E-mail: mfisher@schiffhardin.com
E-mail: mott@schiffhardin.com

Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77002
Tel: (713) 546-5000
Fax: (713) 224-9511
Email: alfredo.perez@weil.com

Brian D. O'Keefe (P39603)
Ryan C. Plecha (P71957)
LIPPITT O'KEEFE GORNBEIN, PLLC
370 East Maple Road, 3rd Floor
Birmingham, Michigan 48009
Tel: (248) 646-8292; Fax: (248) 646-8375
Email: bokeefe@lippittokeefe.com
Email: rplecha@lippittokeefe.com

James F. Bendernagel, Jr.
Guy S. Neal
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8041
Email: jbendernagel@sidley.com
Email: gneal@sidley.com

Kristin K. Going
Heath D. Rosenblat
Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036-2714
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
E-mail: Kristin.Going@dbr.com
E-mail: Heath.Rosenblat@dbr.com

Joseph M. Fischer (P13452)
Robert A. Weisberg (P26698)
Christopher Grosman (P58693)
CARSON FISCHER, P.L.C.
4111 Andover Road, West- Second Floor
Bloomfield, Michigan 48302-1924
Telephone: (248) 644-4840
Facsimile: (248) 644-1832
Email: JFischer@CarsonFischer.com
Email: RWeisberg@CarsonFischer.com
Email: CGrosman@CarsonFischer.com

Thomas Moers Mayer
Jonathan M. Wagner
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Email: tmayer@kramerlevin.com
Email: jwagner@kramerlevin.com

Lawrence A. Larose
Samuel S. Kohn
Eric Daucher
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10012
Telephone: (212) 408-5100
Email: llarose@chadbourne.com
Email: skohn@chadbounrne.com
Email: edaucher@chadbourne.com

My Chi To, Esq.
DEBEVOISE & PLIMPTON, LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-7435
Fax: (212) 521-7425
Email: mcto@debevoise.com

Jerome D. Goldberg (P61678)
2921 East Jefferson, Suite 205
Detroit, MI 48207
Phone: 313-393-6001
Fax: 313-393-6007
Email: apclawyer@sbcglobal.net

H. Nathan Resnick (P42424)
Resnick & Moss, P.C.
40900 Woodward Avenue, Suite 111
Bloomfield Hills, MI 48304
Phone: 248-642-5400
Email: hnresnick@resnicklaw.net

Re: *In re: City of Detroit, Michigan*, Case No. 13-53846
(E.D. Mich. Bankr.)

Counsel:

The City of Detroit, Michigan (the "City") has determined that it inadvertently produced as part of its May 6, 2014 production the following documents which contain privileged materials:

| | |
|---|---|
| POA00164970-4971 | POA00121891-1897 |
| POA00146692-6694 | POA00121900-1906 |
| POA00146695-6697 | POA00121908-1912 |
| POA00162439-2442 | POA00239719-9719 |
| POA00162350-350 | POA00046641-6643 |
| POA00106724-6724 | POA00040719-0720 |
| POA00106742-6743 | POA0004072800728 |
| POA00128031-8031 | POA00000125-0125 |
| POA00121800-1813 | POA00040755-0758 |
| POA00121827-1840 | POA00040849-0852 |
| POA00121851-859 | POA00040856-0858 |
| POA00121867-1875 | POA00040922-0922 |
| POA00121878-1886 | POA00072371-2376 |

| | |
|---|---|
| POA00124098-4101 | POA00065877-5878 |
| POA00124107-4112 | POA00065880-5960 |
| POA00124113-4117 | POA00065961-5976 |
| POA00124118-4123 | POA00065977-5992 |
| POA00124132-4137 | POA00243592-3592 |
| POA00124138-4141 | POA00243595-3839 |
| POA00124143-4146 | POA00243840-3840 |
| POA00124148-4150 | POA00243842-4086 |
| POA00124151-4152 | |

Pursuant to the reservation of its rights regarding the inadvertent production of any documents protected by the work product doctrine, common interest doctrine, the attorney-client privilege or any other applicable privilege, including the mediation privilege (see Dkt. 0322), the City hereby instructs counsel that the documents identified above should not be used or disclosed as originally produced and asks all parties to destroy all electronic and/or paper copies of these documents. Unless I hear from you to the contrary, I will assume that you have complied with this request.

Thank you for your attention to this matter.

Very truly yours,

Geoffrey S. Irwin