# Exhibit Index

1. April 20 Email from Debtor's counsel
2. April 23, 2014 Letter from Macomb County's counsel
3. Affidavit of Keith Lerminiaux, Esq.