# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## ORDER GRANTING *EX PARTE* MOTION FOR SHORTENED NOTICE AND EXPEDITED HEARING ON MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS

This matter having come before the Court on the motion (the "*Ex Parte* Motion") of Syncora for the entry of an order shortening the notice period and scheduling an expedited hearing on the *Motion to Compel the Production of Documents* (the "Motion to Compel"), the Court having reviewed Syncora's *Ex Parte* Motion; and the Court having determined that the legal and factual bases set forth in the motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. Syncora's *Ex Parte* Motion is GRANTED.

2. The hearing with respect to the Syncora's Motion to Compel shall be held on May 12, 2014 at 10:00 a.m. before Hon. Steven Rhodes in Courtroom 716,

U.S. Theodore Levin Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

**IT IS SO ORDERED.**

.

**Signed on May 09, 2014**

                      _/s/ Steven Rhodes_
                      **Steven Rhodes**
                      **United States Bankruptcy Judge**