UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN<br><br>Debtor. | Chapter 9<br>Case No. 13-53846<br>Hon. Steven W. Rhodes |

## OAKLAND COUNTY'S NOTICE OF DEPOSITION OF SUE MCCORMICK

Oakland County, by its attorneys, Carson Fischer PLC and Young & Associates, will take the deposition of Sue McCormick on June 4, 2014, at 9:00 a.m. at the offices of Young & Associates, 27725 Stansbury Boulevard, Suite 125, Farmington Hills, MI 48334 and shall continue from day to day thereafter until completed. The deposition will be taken for discovery purposes, for use at court hearings or trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure and Federal Rules of Bankruptcy Procedure and in the presence of a qualified court reporter. You are invited to attend.

Respectfully submitted,

**CARSON FISCHER, P.L.C.**

**By:** */s/Joseph M. Fischer*
Joseph M. Fischer (P13452)
Robert A. Weisberg (P26698)
Christopher Grosman (P58693)
4111 Andover Road, West – Second Floor
Bloomfield, Michigan 48302-1924
Telephone: (248) 644-4840
Facsimile: (248) 644-1832
Email: JFischer@CarsonFischer.com
        RWweisberg@CarsonFischer.com
        CGrosman@CarsonFischer.com

*Counsel for Oakland County, Michigan*

**YOUNG & ASSOCIATES**

By: */s/ Sara K. MacWilliams*
Sara K. MacWilliams (P67805)
Jaye Quadrozzi (P71646)
27725 Stansbury Blvd., Suite 125
Farmington Hills, MI 48334
Telephone: (248) 353-8620
Email: efiling@youngpc.com
        macwilliams@youngpc.com
        quadrozzi@youngpc.com

*Co-counsel for Oakland County, Michigan*

Date: May 9, 2014

# CERTIFICATE OF SERVICE

I certify that on May 9, 2014 I electronically filed Oakland County's Notice of Deposition of Sue McCormick with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

**YOUNG & ASSOCIATES**

  /s/ Sara K. MacWilliams
27725 Stansbury Boulevard, Suite 125
Farmington Hills, Michigan 48334
248.353.8620
efiling@youngpc.com
P67805
