UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

**ORDER GRANTING *EX PARTE* MOTION FOR SHORTENED NOTICE AND EXPEDITED HEARING ON MOTION TO COMPEL RESPONSES TO INTERROGATORIES**

This matter having come before the Court on the motion (the "*Ex Parte* Motion*") of Syncora for the entry of an order shortening the notice period and scheduling an expedited hearing on the *Motion to Compel Responses to Interrogatories* (the "Motion to Compel"), the Court having reviewed Syncora's *Ex Parte* Motion; and the Court having determined that the legal and factual bases set forth in the motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. Syncora's *Ex Parte* Motion is GRANTED.

2. The hearing with respect to the Syncora's Motion to Compel Responses to Interrogatories shall be held on May 12, 2014 at 10:00 a.m. before Hon. Steven Rhodes, Courtroom 716, U.S. Theodore Levin Courthouse, 231 W.

Lafayette Blvd., Detroit, Michigan.

    **IT IS SO ORDERED.**

.

**Signed on May 09, 2014**

                                                  /s/ Steven Rhodes
                                                **Steven Rhodes**
                                                **United States Bankruptcy Judge**