IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

**ORDER GRANTING *EX PARTE* MOTION FOR SHORTENED
NOTICE AND EXPEDITED HEARING WITH RESPECT
TO MOTION TO COMPEL FULL CLAWBACK OF DEBTOR'S
DOCUMENT PRODUCTION AND RELATED RELIEF**

This matter coming before the Court on the Movants' *Ex Parte Motion for an Expedited Hearing With Respect to Motion to Compel Debtor to Claw Back Improperly Produced Documents* (the "*Ex Parte* Motion") seeking entry of an order shortening notice and scheduling an expedited hearing with respect to the Movants' *Motion to Compel Full Clawback of Debtor's Document Production and Related Relief* (the "Motion to Compel"); the Court having reviewed the *Ex Parte* Motion; the Court having found that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (L), and (iv) notice of the *Ex Parte* Motion was sufficient under the circumstances; the Court having determined after due deliberation that good and sufficient cause exists for granting the relief requested in the *Ex Parte* Motion.

**IT IS HEREBY ORDERED THAT:**

1. Movants' *Ex Parte* Motion is GRANTED as follows:

2. The hearing with respect to the Movants' Motion shall be held on May 12, 2014 at 10:00 a.m. before the Hon. Steven Rhodes in Courtroom 716, U.S. Theodore Levin Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

.

**Signed on May 09, 2014**

                                               /s/ Steven Rhodes
                                               **Steven Rhodes**
                                               **United States Bankruptcy Judge**