UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                             Chapter 9

City of Detroit, Michigan,                         Case No. 13-53846

      Debtor.
_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 9, 2014 the Detroit Police Officers Association's Responses to the Debtor's Second Set of Interrogatories to the Detroit Public Safety Unions were served upon the following parties via e-mail and first class mail:

| | |
|---|---|
| Bruce Bennett<br>Jones Day<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, California 90071<br>bbennett@jonesday.com | David G. Heiman<br>Heather Lennox<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>dgheiman@jonesday.com<br>hlennox@jonesday.com |
| Jonathan S. Green<br>Stephen S. LaPlante<br>Miller, Canfield, Paddock and Stone, P.L.C.<br>150 West Jefferson, Ste. 2500<br>Detroit, MI 48226<br>green@millercanfield.com<br>laplante@millercanfield.com | |
| | /s/ Barbara A. Patek<br>BARBARA A. PATEK (P34666)<br>Erman, Teicher, Miller,<br>Zucker & Freedman, P.C.<br>400 Galleria Officentre, Ste. 444<br>Southfield, MI 48034<br>Telephone: 248-827-4100<br>Facsimile: 248-827-4106 |
| Dated: May 9, 2014<br>F:\CHAP9\DETROIT\cert of service - 2nd resp dpoa.docx | Email: bpatek@ermanteicher.com |