UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                              Chapter 9

City of Detroit, Michigan,                          Case No. 13-53846

          Debtor.

_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 9, 2014 the Detroit Police Lieutenants

& Sergeants Association's Responses to the Debtor's Second Set of Interrogatories

to the Detroit Public Safety Unions were served upon the following parties via e-

mail and first class mail:

| | |
|---|---|
| Bruce Bennett<br>Jones Day<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, California 90071<br>bbennett@jonesday.com | David G. Heiman<br>Heather Lennox<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>dgheiman@jonesday.com<br>hlennox@jonesday.com |
| Jonathan S. Green<br>Stephen S. LaPlante<br>Miller, Canfield, Paddock and Stone, P.L.C.<br>150 West Jefferson, Ste. 2500<br>Detroit, MI 48226<br>green@millercanfield.com<br>laplante@millercanfield.com | |

                      */s/  Barbara A. Patek*
                      BARBARA A. PATEK (P34666)
                      Erman, Teicher, Miller,
                      Zucker & Freedman, P.C.
                      400 Galleria Officentre, Ste. 444
                      Southfield, MI 48034
                      Telephone: 248-827-4100
                      Facsimile: 248-827-4106

Dated:  May 9, 2014              Email:  bpatek@ermanteicher.com
F:\CHAP9\DETROIT\cert of service - 2nd resp dplsa.docx