UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                                         :
In re                                                    :   Chapter 9
                                                         :
CITY OF DETROIT, MICHIGAN,                               :   Case No. 13-53846
                                                         :
                    Debtor.                              :   Hon. Steven W. Rhodes
                                                         :
---------------------------------------------------------x

**ORDER APPROVING THE STIPULATION
MODIFYING CERTAIN DEADLINES ESTABLISHED
IN THE FOURTH AMENDED ORDER ESTABLISHING
PROCEDURES, DEADLINES AND HEARING DATES RELATING
TO THE DEBTOR'S PLAN OF ADJUSTMENT [Docket No. 4202]**

The Stipulation Modifying Certain Deadlines Established in the Fourth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (the "Stipulation"), attached hereto as Exhibit A, having been entered into by the (i) City of Detroit; (ii) Official Committee of Retirees appointed in the above-captioned chapter 9 case; (iii) General Retirement System for the City of Detroit; (iv) Police and Fire Retirement System for the City of Detroit; (v) Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees; (vi) Retired Detroit Police and Fire Fighters Association; (vii) Detroit Retired City Employees Association;

(viii) Detroit Police Lieutenants and Sergeants Association; and (ix) Detroit Police Command Officers Association; the Court having reviewed the Stipulation; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

Signed on May 9, 2014

                                              /s/ Steven Rhodes
                                              Steven Rhodes
                                              United States Bankruptcy Judge