**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-------------------------------------------------------x
                                                      :

In re                                           :      Chapter 9

CITY OF DETROIT, MICHIGAN,       :      Case No. 13-53846

                  Debtor.              :      Hon. Steven W. Rhodes

-------------------------------------------------------x

**STIPULATION MODIFYING CERTAIN DEADLINES
ESTABLISHED IN THE FOURTH AMENDED ORDER ESTABLISHING
PROCEDURES, DEADLINES AND HEARING DATES RELATING
TO THE DEBTOR'S PLAN OF ADJUSTMENT [Docket No. 4202]**

        This Stipulation (this "Stipulation") is made by and among the (i) City of Detroit (the "City"); (ii) Official Committee of Retirees appointed in the above-captioned chapter 9 case (the "Retiree Committee"); (iii) General Retirement System for the City of Detroit ("GRS"); (iv) Police and Fire Retirement System for the City of Detroit ("PFRS"); (v) Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees ("AFSCME"); (vi) Retired Detroit Police and Fire Fighters Association ("RDPFFA"); (vii) Detroit Retired City Employees Association ("DRCEA"); (viii) Detroit Police Lieutenants and Sergeants Association ("DPLSA"); and (ix) Detroit Police Command Officers Association ("DPCOA" and, collectively with the City, the Retiree Committee, GRS, PFRS,

AFSCME, RDPFFA, DRCEA and DPSLA, the "Parties"). The Parties other than the City shall be referred to collectively as the "Non-City Parties." By and through each of their undersigned counsel, the Parties have reached agreement with respect to, and request the entry of an order approving, the following:

## RECITALS

A. As of the date of this Stipulation, the City has reached agreements or agreements in principle with each of the Non-City Parties regarding the treatment of "Pension Claims" and/or "OPEB Claims" (as such terms are defined in the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 5, 2014) (Docket No. 4392) (the "Plan"))[1] as described in the Plan and/or the Disclosure Statement, provided that (1) both Classes 10 and 11 vote to accept the Plan (and, with respect to certain of the Non-City Parties, Class 12); and (2) the funding contemplated by the State Contribution Agreement and the DIA Settlement is actually committed, subject to the fulfillment of the conditions that accompany such funding (the "Funding Commitments"). Nothing herein is intended to alter, amend or expand those agreements or agreements in principle.

B. In light of these agreements and agreements in principle, the Parties have further agreed to the modification of certain deadlines established by

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Plan.

this Court's Fourth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (Docket No. 4202) (the "Fourth Amended Scheduling Order") as set forth herein.

C.  The Non-City Parties are appellants in appeals (collectively, the "Sixth Circuit Appeals") of this Court's Opinion Regarding Eligibility (Docket No. 1945) and Order for Relief Under Chapter 9 of the Bankruptcy Code (Docket No. 1946) pending before the United States Court of Appeals for the Sixth Circuit (the "Sixth Circuit").

**STIPULATION**

**NOW, THEREFORE,** it is hereby stipulated and agreed by and among the Parties, through their undersigned counsel:

1.  Plan Objections.  If the Funding Commitments are not made by June 20, 2014, the Non-City Parties shall file and serve their (a) initial objections to confirmation of the Plan and (b) list of fact witnesses and the subject that each witness will address by June 22, 2014.

2.  If the Funding Commitments are made by June 20, 2014, the Non-City Parties shall submit (a) conditional objections to the Plan and (b) their list of fact witnesses and the subject that each witness will address to counsel for the City on or before June 22, 2014 (each, a "Conditional Objection"), but shall not

file such Conditional Objections on the docket of the Chapter 9 Case, except as provided in paragraph 3 of this Stipulation.

3. In the event that on or prior to July 16, 2014 (a) it is determined by the Parties that any of Classes 10, 11 or 12 has voted to reject the Plan or (b) the Plan is materially modified to the detriment of the treatment of Holders of Claims in Class 10, 11 or 12, any of the Non-City Parties may file and serve their Conditional Objections to the Plan no later than July 17, 2014. Such Conditional Objections also may be supplemented to include objections arising from (x) the results of discovery, (y) the results of Plan voting and (z) events that occur on or after June 20, 2014.

4. The provisions of paragraphs 1-3 of this Stipulation shall apply to the Parties in lieu of the deadlines established by paragraphs 7(b)-(c) and 18 of the Fourth Amended Scheduling Order.

5. Expert Reports. If the Funding Commitments are made by June 20, 2014, the deadline for the Parties to serve copies of their experts' reports (which reports shall not be filed) shall be July 17, 2014. July 21, 2014 shall be the deadline for the Parties to (a) serve copies of their rebuttal expert reports (which reports shall not be filed) and (b) complete all expert depositions. If the Funding Commitments are made by June 20, 2014, the provisions of this paragraph 5 shall apply to the Parties in lieu of the deadlines established by paragraphs 11, 13 and 17

of the Fourth Amended Scheduling Order. If the Funding Commitments are not made by June 20, 2014, the deadlines established by paragraphs 11, 13 and 17 of the Fourth Amended Scheduling Order shall remain unmodified.

6. <u>Discovery</u>. The Non-City Parties may observe, but not participate in, any depositions of City witnesses; <u>provided</u> <u>that</u> each of the Non-City Parties, as appropriate, may actively defend against any challenges by an objecting party at such depositions regarding Pension Claims and OPEB Claims and the Plan's treatment of the Classes 10, 11 or 12.

7. If any Non-City Party files an objection to the Plan pursuant to paragraph 1 of this Stipulation, then, from and after June 23, 2014, such Party may recall City witnesses that have already been deposed for additional depositions, which recalled depositions shall be limited to two hours per witness.

8. From and after June 23, 2014 through July 17, 2014, the City shall be permitted to depose the witnesses of any Non-City Party who files or submits an objection pursuant to paragraphs 1-3 of this Stipulation, as applicable.

9. The provisions of paragraphs 6-8 of this Stipulation shall apply to the Parties in lieu of the deadlines established by paragraphs 5 and 12 of the Fourth Amended Scheduling Order.

10. If Class 10, 11 or 12 votes to reject the Plan, any of the Parties may raise further timing issues with the Court at the scheduled July 23, 2014 final pretrial conference.

11. <u>Sixth Circuit Appeals</u>. The Parties agree that briefing in their respective Sixth Circuit Appeals shall continue pursuant to the schedule established by the Sixth Circuit. The Parties may seek a stay of oral argument in the Sixth Circuit Appeals upon verifying that Classes 10 and 11 have voted to accept the Plan.

12. <u>Modification of Stipulation</u>. The terms of this Stipulation may be amended, modified or supplemented only as agreed in writing by the Parties and by further order of this Court.

13. <u>No Other Modifications</u>. Except as modified herein with respect to the Parties, the provisions of the Fourth Amended Scheduling Order remain in full force and effect; provided, however, that any other concerns or objections that any Non-City Party has or may have regarding the Fourth Amended Scheduling Order are preserved and not waived and may be brought before the Court separately from this Stipulation.

Dated: May 9, 2014

| /s/   Sam J. Alberts | /s/   Heather Lennox |

Sam J. Alberts
DENTONS US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC  20005-3364
Telephone:  (202) 408-6400
sam.alberts@dentons.com

Carole Neville
Claude D. Montgomery
DENTONS US LLP
1221 Avenue of the Americas
New York, New York  10020
Telephone:  (212) 768-6700
carole.neville@dentons.com
claude.montgomery@dentons.com

Matthew E. Wilkins (P56697)
Paula A. Hall (P61101)
BROOKS WILKINS SHARKEY &
     TURCO PLLC
401 South Old Woodward Avenue
Suite 400
Birmingham, Michigan  48009
Telephone:  (248) 971-1800
wilkins@bwst-law.com
hall@bwst-law.com

*Attorneys for the Retiree Committee*

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 243-2382
Facsimile:  (213) 243-2539
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK
     AND STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan  48226
Telephone:  (313) 963-6420
Facsimile:  (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

*Attorneys for the City of Detroit*

-7-
13-53846-tjt    Doc 4587-1    Filed 05/09/14    Entered 05/09/14 18:39:34    Page 8 of 11

/s/ Robert D. Gordon
Robert D. Gordon (P48627)
Shannon L. Deeby (P60242)
Jennifer K. Green (P69019)
CLARK HILL PLC
151 South Old Woodward Avenue
Suite 200
Birmingham, Michigan 48009
Telephone: (248) 988-5882
Facsimile: (248) 988-2502
rgordon@clarkhill.com

*Attorneys for the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit*

/s/ Sharon L. Levine
Sharon L. Levine
Philip J. Gross
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-6247
slevine@lowenstein.com
pgross@lowenstein.com

-and-

Herbert A. Sanders
THE SANDERS LAW FIRM PC
615 Griswold Street, Suite 913
Detroit, Michigan 48226
Telephone: (313) 962-0099
Facsimile: (313) 962-0044
hsanders@miafscme.org

-and-

Richard G. Mack, Jr.
MILLER COHEN PLC
600 West Lafayette Boulevard
Fourth Floor
Detroit, Michigan 48226-3191
Telephone: (313) 566-4787
Facsimile: (313) 964-4490
richardmack@millercohen.com

*Attorneys for Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees*

/s/ Ryan C. Plecha
Brian D. O'Keefe (P39603)
Ryan C. Plecha (P71957)
LIPPITT O'KEEFE GORNBEIN, PLLC
370 East Maple Road
Third Floor
Birmingham, Michigan 48009
Telephone: (248) 646-8292
Facsimile: (248) 646-8375
bokeefe@lippittokeefe.com
rplecha@lippittokeefe.com

-and-

Thomas R. Morris (P39141)
Karin F. Avery (P45364)
SILVERMAN & MORRIS, P.L.L.C.
30500 Northwestern Highway
Suite 200
Farmington Hills, Michigan 48334
Telephone: (248) 539-1330
Facsimile: (248) 539-1355
morris@silvermanmorris.com
avery@silvermanmorris.com

*Attorneys for the Retired Detroit Police & Fire Fighters Association and the Detroit Retired City Employees Association*

/s/ Julie B. Teicher
Julie B. Teicher (P34300)
Barbara A. Patek (P34666)
Earle I. Erman (P24296)
ERMAN, TEICHER, ZUCKER &
   FREEDMAN, P.C.
400 Galleria Officentre, Suite 444
Southfield, Michigan 48034
Telephone: (248) 827-4100
Facsimile: (248) 827-4106
jteicher@ermanteicher.com
bpatek@ermanteicher.com

*Attorneys for the Detroit Police Lieutenants & Sergeants Association and the Detroit Police Command Officers Association*