UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                              :

In re                                     :         Chapter 9

CITY OF DETROIT, MICHIGAN,    :         Case No. 13-53846

                    Debtor.      :         Hon. Steven W. Rhodes
                                              :
---------------------------------------------------------x

**ORDER APPROVING THE STIPULATION
MODIFYING CERTAIN DEADLINES ESTABLISHED
IN THE FOURTH AMENDED ORDER ESTABLISHING
PROCEDURES, DEADLINES AND HEARING DATES RELATING
TO THE DEBTOR'S PLAN OF ADJUSTMENT [Docket No. 4202]**

The Stipulation Modifying Certain Deadlines Established in the Fourth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (the "<u>Stipulation</u>"), attached hereto as <u>Exhibit A</u>, having been entered into by the (i) City of Detroit and (ii) International Union, United Automobile, Aerospace and Agricultural Implement Workers of America; the Court having reviewed the Stipulation; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

Signed on May 9, 2014

                                                    /s/ Steven Rhodes
                                                    Steven Rhodes
                                                    United States Bankruptcy Judge