211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

---

Case No.: 13–53846–swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38–6004606

---

NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non–Compliant:

Proof of Service Missing for Response to Discovery, (Entry #4437).

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010–1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances – Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non–Compliant (LBR 9010–1(c))
- ☐ Notice to Respondent
- ☐ Original Signature
- ☑ Proof of Service Missing or Non–Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet

☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 5/7/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

In re:                                                              Case No. 13-53846-swr
City of Detroit, Michigan                                           Chapter 9
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2        User: ckata           Page 1 of 14          Date Rcvd: May 07, 2014
                           Form ID: def2          Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust          Daniel M. McDermott
                                                                 TOTALS: 1, * 0, ## 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2014                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2014 at the address(es) listed below:
          A. Stephen Ramadan   on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
          Alfredo R. Perez   on behalf of Creditor   Financial Guaranty Insurance Company
          alfredo.perez@weil.com,kelly.diblasi@weil.com,debora.hoehne@weil.com,elizabeth.hendee@weil.com
          Allan S. Brilliant   on behalf of Creditor   Macomb County allan.brilliant@dechert.com
          Allan S. Brilliant   on behalf of Creditor   County of Macomb, Michigan
          allan.brilliant@dechert.com
          Allison Bach   on behalf of Interested Party   State of Michigan, Department of Attorney General
          abach@dickinsonwright.com
          Amy D. Caton   on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com,
          achouprouta@kramerlevin.com
          Amy D. Caton   on behalf of Creditor   BlackRock Financial Management, Inc.
          acaton@kramerlevin.com,  achouprouta@kramerlevin.com
          Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government
          aap43@outlook.com,  aap43law@gmail.com
          Andrew A. Paterson, Jr.   on behalf of Creditor Robert  Davis aap43@outlook.com,
          aap43law@gmail.com
          Andrew J. Gerdes   on behalf of Creditor   Fidelity Management & Research Company
          agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
          Andrew J. Gerdes   on behalf of Creditor   Eaton Vance Management agerdes@gerdesplc.com,
          wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
          Angela Williams   on behalf of Creditor   Detroit Housing Commission williamsa@dhcmi.org,
          HollisR@dhcmi.org
          Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com,
          stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;akochis@ecf.info
          ruptcy.com
          Arthur O'Reilly   on behalf of Interested Party   Detroit Institute of Arts
          aoreilly@honigman.com,  ahatcher@honigman.com
          Babette A. Ceccotti   on behalf of Creditor   International Union, United Automobile, Aerospace
          and Agricultural Implement Workers of America bceccotti@cwsny.com
          Babette A. Ceccotti   on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
          Barbara A. Patek   on behalf of Creditor   Detroit Police Command Officers Association
          bpatek@ermanteicher.com
          Barbara A. Patek   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
          bpatek@ermanteicher.com
          Barbara A. Patek   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
          bpatek@ermanteicher.com
          Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association
          bpatek@ermanteicher.com
          Barry S. Fagan   on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo
          bfagan@dibandfagan.com
          Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation
          bbest@schaferandweiner.com,  wkyles@schaferandweiner.com
          Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com,
          wkyles@schaferandweiner.com
          Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com,
          wkyles@schaferandweiner.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
          ssikorski@manteselaw.com
          Brett A. Border    on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com,
          joumedian@sspclegal.com
          Brett A. Border    on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com,
          joumedian@sspclegal.com
          Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C.
          bborder@sspclegal.com, joumedian@sspclegal.com
          Brett A. Border    on behalf of Interested Party    Kondaur Capital Corporation
          bborder@sspclegal.com, joumedian@sspclegal.com
          Brett A. Border    on behalf of Creditor    Flagstar Bank, FSB bborder@sspclegal.com,
          joumedian@sspclegal.com
          Brian D. O'Keefe    on behalf of Creditor Donald    Taylor bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association
          bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
          Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party Donald    Taylor bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue
          Care Network of Michigan btrumbauer@bodmanlaw.com
          Bruce Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan
          bbennett@jonesday.com
          Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
          Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
          Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation
          carol.cohen@arentfox.com
          Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
          Carole Neville    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
          Michigan carole.neville@dentons.com
          Carole  Neville    on behalf of Retiree Committee    Official Committee of Retirees
          carole.neville@dentons.com
          Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation
          caroline.english@arentfox.com
          Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation
          caroline.english@arentfox.com
          Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
          Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
          charlesID@hotmail.com
          Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
          cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
          Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com, kkranz@wnj.com
          Charles N. Ash    on behalf of Defendant    UBS AG cash@wnj.com, kkranz@wnj.com
          Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com,
          kkranz@wnj.com
          Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com,
          kkranz@wnj.com
          Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc.
          BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
          Christopher A. Grosman    on behalf of Creditor    Oakland County, Michigan BRCY@CarsonFischer.com,
          cgrosman@carsonfischer.com
          Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
          claude.montgomery@dentons.com,docketny@dentons.com,
          carole.neville@dentons.com;sam.alberts@dentons.com
          Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of
          Detroit, Michigan claude.montgomery@dentons.com,
          carole.neville@dentons.com;sam.alberts@dentons.com
          Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association
          courtney.rogers@wallerlaw.com
          Courtney M. Rogers    on behalf of Interested Party    U.S. Bank National Association
          courtney.rogers@wallerlaw.com
          Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com,
          ANHSOA@earthlink.net
          Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
          czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
          czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association
          czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Command Officers Association
          czucker@ermanteicher.com
          Dan  Korobkin    on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Dan  Korobkin   on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party James  Washington dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
        Daniel J. Weiner   on behalf of Plaintiff  Ambac Assurance Corporation
        dweiner@schaferandweiner.com
        Daniel J. Weiner   on behalf of Interested Party  Ambac Assurance Corporation
        dweiner@schaferandweiner.com
        Daniel N. Adams   on behalf of Interested Party  Detroit Institute of Arts dadams@honigman.com,
        litdocket@honigman.com
        David  Eisenberg   on behalf of Creditor  Detroit Police Command Officers Association
        deisenberg@ermanteicher.com
        David  Eisenberg   on behalf of Creditor  Detroit Police Officers Association
        deisenberg@ermanteicher.com
        David  Eisenberg   on behalf of Creditor  Detroit Police Lieutenants and Sergeants Association
        deisenberg@ermanteicher.com
        David  Eisenberg   on behalf of Creditor  Detroit Fire Fighters Association, I.A.F.F. Local 344
        deisenberg@ermanteicher.com
        David A. Lerner   on behalf of Creditor  Waste Management Inc. etal dlerner@plunkettcooney.com,
        nwinagar@plunkettcooney.com
        David E. Lemke   on behalf of Creditor  U.S. Bank National Association david.lemke@wallerlaw.com
        David Gilbert Heiman   on behalf of Defendant  City of Detroit, Michigan dgheiman@jonesday.com
        David Gilbert Heiman   on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
        David Gilbert Heiman   on behalf of Debtor In Possession  City of Detroit, Michigan
        dgheiman@jonesday.com
        David L. Dubrow   on behalf of Plaintiff  Ambac Assurance Corporation david.dubrow@arentfox.com
        David L. Dubrow   on behalf of Interested Party  Ambac Assurance Corporation
        david.dubrow@arentfox.com
        David M. Zack   on behalf of Other Professional  McAlpine PC dmzack@mcalpinelawfirm.com,
        nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
        nepc.com
        David T. Lin   on behalf of Interested Party  The Kales Grand Circus Park, LLC dlin@seyburn.com,
        kbilpo@seyburn.com
        Dawn R. Copley   on behalf of Interested Party  State of Michigan, Department of Attorney
        General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
        Deborah  Kovsky-Apap   on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Debtor In Possession  City of Detroit, Michigan
        kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Plaintiff  City of Detroit, Michigan kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Plaintiff  City of Detroit kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap   on behalf of Defendant  City of Detroit, Michigan kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah L. Fish   on behalf of Interested Party  Ad Hoc COPs Holders dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party  Dexia Credit Local dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party  Dexia Holdings, Inc. dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party  Norddeutsche Landesbank Luxembourg, S.A.
        dfish@allardfishpc.com,  allardfishpc@yahoo.com
        Debra N. Pospiech   on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com
        Debra N. Pospiech   on behalf of Interested Party Kimberly  James dpospiech@morganmeyers.com
        Debra N. Pospiech   on behalf of Interested Party Denise  Gardner dpospiech@morganmeyers.com
        Dirk H. Beckwith   on behalf of Defendant  U.S. Bank, N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Interested Party  U.S. Bank N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Creditor  Wilmington Trust Company, National Association
        dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Creditor  U.S. Bank National Association
        dbeckwith@fosterswift.com
        Donald G. McGuigan, II   on behalf of Interested Party  Mario's Restaurant, Inc.
        don@mcguiganlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Douglas Steele   on behalf of Interested Party   International Association of Fire Fighters,
AFL-CIO, CLC dls@wmlaborlaw.com

Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein
dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com

Earle I. Erman   on behalf of Creditor   Detroit Police Command Officers Association
eerman@ermanteicher.com

Earle I. Erman   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
eerman@ermanteicher.com

Earle I. Erman   on behalf of Creditor   Detroit Police Officers Association
eerman@ermanteicher.com

Earle I. Erman   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
eerman@ermanteicher.com

Edward J. Gudeman   on behalf of Interested Party   Enjoi Transportation, LLC
ejgudeman@gudemanlaw.com,  ecf@gudemanlaw.com

Edward J. Gudeman   on behalf of Interested Party   Upright Wrecking & Demolition, L.L.C.
ejgudeman@gudemanlaw.com,  ecf@gudemanlaw.com

Edward Todd Sable   on behalf of Interested Party   General Motors LLC tsable@honigman.com,
litdocket@honigman.com

Elias T. Majoros   on behalf of Interested Party   US Health & Life Insurance Company
emajoros@glmpc.com

Elizabeth M. Abood-Carroll   on behalf of Creditor   Federal National Mortgage Association
(Fannie Mae) bankruptcy@orlans.com,  ANHSOA@earthlink.net

Elizabeth M. Abood-Carroll   on behalf of Creditor   EverBank bankruptcy@orlans.com,
ANHSOA@earthlink.net

Elizabeth M. Abood-Carroll   on behalf of Creditor   Champion Mortgage Company
bankruptcy@orlans.com,  ANHSOA@earthlink.net

Elizabeth M. Abood-Carroll   on behalf of Creditor   Everhome Mortgage Company
bankruptcy@orlans.com,  ANHSOA@earthlink.net

Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
ecrowder@sbplclaw.com,  lhaas@sbplclaw.com

Eric Rosenberg   on behalf of Interested Party Patricia  Ramirez EJR@morganmeyers.com,
amendiola@morganmeyers.com

Eric B. Gaabo   on behalf of Debtor In Possession   City of Detroit, Michigan gaabe@detroitmi.gov

Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan
carlson@millercanfield.com

Eric David Novetsky   on behalf of Creditor   National Public Finance Guarantee Corporation
enovetsky@jaffelaw.com

Ethan D. Dunn   on behalf of Creditor   Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
bankruptcy.maxwelldunn@gmail.com

Evan Justin Feldman   on behalf of Creditor   Police and Fire Retirement System of the City of
Detroit efeldman@clarkhill.com

Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit
efeldman@clarkhill.com

Fred Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com

Geoffrey T. Pavlic   on behalf of Creditor   BlackRock Financial Management, Inc.
pavlic@steinbergshapiro.com,  jbrown@steinbergshapiro.com

Geoffrey T. Pavlic   on behalf of Creditor   Ad Hoc Bondholder Committee
pavlic@steinbergshapiro.com,  jbrown@steinbergshapiro.com

Geoffrey T. Pavlic   on behalf of Creditor   Nuveen Asset Management pavlic@steinbergshapiro.com,
jbrown@steinbergshapiro.com

H. Nathan Resnick   on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
jabdelnour@resnicklaw.net

Harold E. Nelson   on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com

Harold E. Nelson   on behalf of Creditor   Advisacare Health Care Solutions, Inc.
ecf-hen@rhoadesmckee.com

Heath Douglas Rosenblat   on behalf of Counter-Claimant   Wilmington Trust, N.A.
Heath.Rosenblat@dbr.com,  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com

Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust Company, National Association
Heath.Rosenblat@dbr.com,  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com

Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust, National Association
Heath.Rosenblat@dbr.com,  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com

Heath Douglas Rosenblat   on behalf of Defendant   Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com

Heather Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan
hlennox@jonesday.com

Heather Lennox   on behalf of Defendant   City of Detroit, Michigan hlennox@jonesday.com

Heidi Peterson   hdpeterson75@gmail.com

Howard R. Hawkins, Jr.   on behalf of Defendant   UBS AG howard.hawkins@cwt.com,
mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com

Howard R. Hawkins, Jr.   on behalf of Creditor   Merrill Lynch Capital Services, Inc.
howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com

Howard R. Hawkins, Jr.   on behalf of Defendant   Merrill Lynch Capital Services, Inc.
howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com

Howard S. Sher   on behalf of Intervenor-Defendant   Hypothekenbank Frankfurt AG
howard@jacobweingarten.com

Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt AG howard@jacobweingarten.com

Howard S. Sher   on behalf of Intervenor-Defendant   Deutsche Bank AG, London
howard@jacobweingarten.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
      Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
        howard@jacobweingarten.com
      Howard S. Sher   on behalf of Intervenor-Defendant   Erste Europaische Pfandbrief- und
      Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
      Howard S. Sher   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank
      Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
      Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Holdings, Inc.
        howard@jacobweingarten.com
      Howard S. Sher   on behalf of Intervenor-Defendant   Hypothekenbank Frankfurt International S.A.
        howard@jacobweingarten.com
      Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Credit Local howard@jacobweingarten.com
      Howard S. Sher   on behalf of Intervenor-Defendant   FMS Wertmanagement AR
        howard@jacobweingarten.com
      Hugh M. Davis   on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
      Hugh M. Davis   on behalf of Creditor Thomas Stephens Info@ConLitPC.com
      James Sprayregen   on behalf of Interested Party   Syncora Capital Assurance Inc.
        james.sprayregen@kirkland.com
      James Sprayregen   on behalf of Interested Party   Syncora Guarantee Inc.
        james.sprayregen@kirkland.com
      James Sprayregen   on behalf of Interested Party   Syncora Holdings Ltd.
        james.sprayregen@kirkland.com
      Jamie Scott Fields   on behalf of Creditor Jamie  Fields jeansartre@msn.com
      Jamie Scott Fields   on behalf of Creditor   Retired Detroit Police Members Association
        jeansartre@msn.com
      Jason L. Weiner   on behalf of Creditor   Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
        sharrow@mcdonaldhopkins.com
      Jason W. Bank   on behalf of Interested Party   Wade Trim Associates, Inc. jbank@kerr-russell.com
      Jason W. Bank   on behalf of Interested Party   New England Fertilizer Company
        jbank@kerr-russell.com
      Jeffery R. Sieving   on behalf of Creditor   International Outdoor, Inc. jeff@iobillboard.com
      Jeffrey Rossman   on behalf of Creditor   U.S. Bank National Association jrossman@mwe.com
      Jeffrey Rossman   on behalf of Defendant   U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
        Lhaidostian@mwe.com
      Jeffrey David Eaton   on behalf of Creditor   FMS Wertmanagement jeaton@schiffhardin.com
      Jeffrey H. Bigelman   on behalf of Creditor   Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
      Jeffrey S. Grasl   on behalf of Creditor   Sprint Communications Company LP
        jgrasl@mcdonaldhopkins.com,  sharrow@mcdonaldhopkins.com
      Jennifer  Zbytowski Belveal   on behalf of Defendant   Detroit Entertainment, LLC
        jbelveal@honigman.com,  mjohnson@honigman.com
      Jennifer  Zbytowski Belveal   on behalf of Defendant   Greektown Casino, LLC
        jbelveal@honigman.com,  mjohnson@honigman.com
      Jeremiah Buffalo Wirgau   on behalf of Interested Party   CitiMortgage, Inc. jwirgau@sspclegal.com
      Jerome D. Goldberg   on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
      Jerome D. Goldberg   on behalf of Creditor David  Sole apclawyer@sbcglobal.net
      Jill Kristen Smith   on behalf of Creditor   Macomb County Jill.Smith@macombgov.org
      John E. Eaton   on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
        pjohnson@bredhoff.com
      John Joseph Ramirez   on behalf of Interested Party   Deutsche Bank AG, London
        john.ramirez@kattenlaw.com
      John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com
      John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
        john.sieger@kattenlaw.com
      John T. Gregg   on behalf of Creditor   36th District Court for the State of Michigan
        jgregg@btlaw.com
      Jonathan S. Green   on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC
        green@millercanfield.com
      Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan
        green@millercanfield.com
      Joseph M. Fischer   on behalf of Creditor   Oakland County, Michigan brcy@carsonfischer.com,
        jfischer@carsonfischer.com
      Joseph Mark Fisher   on behalf of Creditor   FMS Wertmanagement mfisher@schiffhardin.com
      Joseph Mark Fisher   on behalf of Intervenor   FMS Wertmanagement AR mfisher@schiffhardin.com
      Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com,
        litdocket@honigman.com
      Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc.
        jgadharf@mcdonaldhopkins.com
      Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc.
        jgadharf@mcdonaldhopkins.com
      Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd.
        jgadharf@mcdonaldhopkins.com
      Joshua A. Gadharf   on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
      Judy B. Calton   on behalf of Creditor   Country West Apartments, LLC jcalton@honigman.com,
        litdocket@honigman.com
      Judy B. Calton   on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
        litdocket@honigman.com
      Judy B. Calton   on behalf of Interested Party   Detroit Entertainment, LLC jcalton@honigman.com,
        litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
          blundberg@honigman.com,   litdocket@honigman.com
          Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
          jcalton@honigman.com,   litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
          mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
          Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
          jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
          344 jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Creditor    Detroit Police Command Officers Association
          jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
          jteicher@ermanteicher.com
          Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
          karen.dine@kattenlaw.com
          Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
          Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
          Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
          Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
          Association Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
          Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
          Avery@SilvermanMorris.com
          Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
          kressk@pepperlaw.com,  alexsym@pepperlaw.com
          Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London
          kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
          Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
          kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
          Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
          kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
          Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
          kschneider@schneidermiller.com
          Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
          kevin.baum@kattenlaw.com
          Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
          ksummers@dflaw.com,  mmichael@psedlaw.com;ccook@dflaw.com
          Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
          Kurt  Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
          kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
          kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
          llarose@chadbourne.com,
          skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
          Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
          llarose@chadbourne.com,
          skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
          Leah  Montesano    on behalf of Interested Party    Ambac Assurance Corporation
          leah.montesano@arentfox.com
          Leland  Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
          Lisa  Okasinski    on behalf of Creditor    HRT Enterprises lisa@demolaw.com
          Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit
          Lisa.Fenning@aporter.com
          Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of
          Detroit Lisa.Fenning@aporter.com
          Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
          lrochkind@jaffelaw.com,  dburris@jaffelaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Louis P. Rochkind  on behalf of Creditor  National Public Finance Guarantee Corporation
lrochkind@jaffelaw.com, dburris@jaffelaw.com

Lynn M. Brimer  on behalf of Creditor  Retired Detroit Police Members Association
lbrimer@stroblpc.com, kvanakin@stroblpc.com

M. Ellen Dennis  on behalf of Creditor Ben McKenzie, Jr. m.ellen.dennis@gmail.com,
dwhadden@umich.edu

Mallory Field  on behalf of Creditor  Retired Detroit Police Members Association
MField@stroblpc.com, jmckeogh@stroblpc.com

Mami Kato  on behalf of Interested Party  International Union of Operating Engineers, Local
324 mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato  on behalf of Creditor Devery Jones mkato@sachswaldman.com,
pmerchak@sachswaldman.com

Mami Kato  on behalf of Creditor Bruce Goldman mkato@sachswaldman.com,
pmerchak@sachswaldman.com

Mami Kato  on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
pmerchak@sachswaldman.com

Mami Kato  on behalf of Creditor Mary Washington mkato@sachswaldman.com,
pmerchak@sachswaldman.com

Mami Kato  on behalf of Interested Party  Service Employees International Union, Local 517M
mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato  on behalf of Creditor Michael Wells mkato@sachswaldman.com,
pmerchak@sachswaldman.com

Mami Kato  on behalf of Creditor Mary Whitson mkato@sachswaldman.com,
pmerchak@sachswaldman.com

Marc N. Swanson  on behalf of Debtor In Possession  City of Detroit, Michigan
swansonm@millercanfield.com

Mark A. Angelov  on behalf of Plaintiff  Ambac Assurance Corporation mark.angelov@arentfox.com

Mark A. Angelov  on behalf of Interested Party  Ambac Assurance Corporation
mark.angelov@arentfox.com

Mark E. Bredow  on behalf of Interested Party  Resnick & Moss, P.C. mbredow@resnicklaw.net,
jabdelnour@resnicklaw.net

Mark H. Shapiro  on behalf of Creditor  Nuveen Asset Management shapiro@steinbergshapiro.com,
jbrown@steinbergshapiro.com

Mark H. Shapiro  on behalf of Creditor  BlackRock Financial Management, Inc.
shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com

Mark R. James  on behalf of Interested Party  Financial Guaranty Insurance Company
mrj@wwrplaw.com

Mark R. James  on behalf of Creditor  Financial Guaranty Insurance Company mrj@wwrplaw.com

Mark S. Frankel  on behalf of Creditor  Waste Management Inc. etal mfrankel@couzens.com

Marshall S. Huebner  on behalf of Creditor  Merrill Lynch Capital Services, Inc.
bankrout@davispolk.com

Mary Beth Cobbs  on behalf of Interested Party  Treasurer, City of Detroit cobbm@detroitmi.gov,
mbcobbs@flash.net

Mary Beth Cobbs  on behalf of Interested Party  City of Detroit Law Department
cobbm@detroitmi.gov, mbcobbs@flash.net

Matthew Schneider  on behalf of Interested Party  State of Michigan SchneiderM7@michigan.gov

Matthew Troy  on behalf of Interested Party  United States of America matthew.troy@usdoj.gov

Matthew Wilkins  on behalf of Plaintiff  Official Committee of Retirees of the City of Detroit,
Michigan wilkins@bwst-law.com, marbury@bwst-law.com

Matthew Wilkins  on behalf of Plaintiff  AFSCME Sub-Chapter 98, City of Detroit Retirees
wilkins@bwst-law.com, marbury@bwst-law.com

Matthew Wilkins  on behalf of Retiree Committee  Official Committee of Retirees
wilkins@bwst-law.com, marbury@bwst-law.com

Matthew Wilkins  on behalf of Plaintiff  Detroit Retired City Employees Association
wilkins@bwst-law.com, marbury@bwst-law.com

Matthew Wilkins  on behalf of Plaintiff  Retired Detroit Police and Fire Fighters Association
wilkins@bwst-law.com, marbury@bwst-law.com

Matthew Gernet Summers  on behalf of Creditor  Erste Europaische Pfandbrief- und
Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com

Matthew Gernet Summers  on behalf of Intervenor-Defendant  Hypothekenbank Frankfurt AG
summersm@ballardspahr.com

Matthew Gernet Summers  on behalf of Creditor  FMS Wertmanagement summersm@ballardspahr.com

Matthew Gernet Summers  on behalf of Creditor  Hypothekenbank Frankfurt International S.A.
summersm@ballardspahr.com

Matthew Gernet Summers  on behalf of Intervenor-Defendant  Erste Europaische Pfandbrief- und
Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com

Matthew Gernet Summers  on behalf of Creditor  Hypothekenbank Frankfurt AG
summersm@ballardspahr.com

Matthew Gernet Summers  on behalf of Intervenor-Defendant  Hypothekenbank Frankfurt
International S.A. summersm@ballardspahr.com

Max J. Newman  on behalf of Interested Party  Wayne County Corporation newman@butzel.com

Melissa L. Demorest  on behalf of Creditor  John W. and Vivian M. Denis Trust
melissa@demolaw.com, paula@demolaw.com

Melissa L. Demorest  on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com

Melissa L. Demorest  on behalf of Creditor  T&T Management, Inc. melissa@demolaw.com,
paula@demolaw.com

Melissa L. Demorest  on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Melissa L. Demorest   on behalf of Creditor    HRT Enterprises melissa@demolaw.com,
              paula@demolaw.com
              Mercedes Varasteh Dordeski   on behalf of Creditor Johnathan Aaron Brown
              mdordeski@foleymansfield.com,cindy@loevy.com
              Meredith  Taunt   on behalf of Creditor    Retired Detroit Police Members Association
              mtaunt@stroblpc.com, KVanAkin@stroblpc.com
              Michael Anthony Karman   on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
              Michael Anthony Karman   on behalf of Creditor    Fountain Court Consumer Housing Cooperative
              makarmanesq@gmail.com
              Michael C. Hammer   on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
              Michael C. Hammer   on behalf of Interested Party    MGM Grand Detroit, LLC
              mchammer2@dickinsonwright.com
              Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
              Michael R. Bell   on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
              Michael R. Paslay   on behalf of Creditor    U.S. Bank National Association
              mike.paslay@wallerlaw.com,
              Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
              rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
              Michael S. Leib   on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
              msl@maddinhauser.com, bac@maddinhauser.com
              My Chi To   on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
              mao-bk-ecf@debevoise.com
              Nabih H. Ayad   on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
              Nabih H. Ayad   on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
              Nabih H. Ayad   on behalf of Interested Party    Michigan State Conference NAACP
              ayadlaw@hotmail.com
              Nabih H. Ayad   on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
              Nabih H. Ayad   on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
              Nabih H. Ayad   on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
              Niraj R. Ganatra   on behalf of Creditor    International Union, United Automobile, Aerospace and
              Agricultural Implement Workers of America Nganatra@uaw.net
              Noah J. Ornstein   on behalf of Interested Party    Syncora Guarantee Inc.
              noah.ornstein@kirkland.com
              Noah J. Ornstein   on behalf of Interested Party    Syncora Capital Assurance Inc.
              noah.ornstein@kirkland.com
              Paige E. Barr   on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
              Paige.Barr@kattenlaw.com
              Patrick C. Lannen   on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
              mkisell@plunkettcooney.com
              Patrick E. Mears   on behalf of Creditor    36th District Court for the State of Michigan
              pmears@btlaw.com
              Paul R. Hage   on behalf of Creditor    National Public Finance Guarantee Corporation
              phage@jaffelaw.com, jtravick@jaffelaw.com
              Paul R. Hage   on behalf of Plaintiff    National Public Finance Guarantee Corporation
              phage@jaffelaw.com, jtravick@jaffelaw.com
              Paula A. Hall   on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
              Michigan Hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
              Paula A. Hall   on behalf of Interested Party    Official Committee of Retirees of the City of
              Detroit, Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
              Paula A. Hall   on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
              marbury@bwst-law.com;pleban@bwst-law.com
              Peter D. Dechiara   on behalf of Creditor    International Union, United Automobile, Aerospace and
              Agricultural Implement Workers of America pdechiara@cwsny.com
              Peter J. Roberts   on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
              Peter L. Canzano   on behalf of Creditor    National Public Finance Guarantee Corporation
              pcanzano@sidley.com
              Ralph A. Taylor   on behalf of Interested Party    Ambac Assurance Corporation
              ralph.taylor@arentfox.com
              Ralph A. Taylor   on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
              Randall A. Pentiuk   on behalf of Interested Party    Joliet Town Houses Cooperative Association
              RPentiuk@PCK-Law.com,  Pentiukpc@aol.com
              Randall A. Pentiuk   on behalf of Interested Party    Lafayette Town Houses, Inc.
              RPentiuk@PCK-Law.com,  Pentiukpc@aol.com
              Randall A. Pentiuk   on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
              Pentiukpc@aol.com
              Randall A. Pentiuk   on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
              Pentiukpc@aol.com
              Randall A. Pentiuk   on behalf of Interested Party    Nicolet Town Houses Cooperative Association
              RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
              Randall A. Pentiuk   on behalf of Interested Party    Lasalle Town Houses Cooperative Association
              RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
              Raymond  Guzall, III   on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
              Raymond  Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
              Richard  Levin   on behalf of Interested Party    Detroit Institute of Arts rlevin@cravath.com,
              mao@cravath.com
              Richard A. Roble (UST)   on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
              Richardo I. Kilpatrick   on behalf of Interested Party    City of Detroit Water and Sewerage
              Department ecf@kaalaw.com,  wjackson@KAAlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Robert  Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission
          robert.darnell@usdoj.gov
          Robert  Fetter   on behalf of Interested Party   Local 3308 of the American Federation of State,
          County and Municipal Employees rfetter@millercohen.com,
          richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
          com
          Robert  Fetter   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
          rfetter@millercohen.com,
          richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
          com
          Robert  Fetter   on behalf of Interested Party   Local 917 of the American Federation of State,
          County and Municipal Employees rfetter@millercohen.com,
          richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
          com
          Robert A. Weisberg   on behalf of Creditor   Oakland County, Michigan BRCY@CARSONFISCHER.COM,
          rweisberg@carsonfischer.com
          Robert D. Gordon   on behalf of Creditor   General Retirement System of the City of Detroit
          rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
          Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of
          Detroit rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
          Robert J. Diehl , Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert M. Fishman   rfishman@shawfishman.com
          Robert N. Bassel   on behalf of Interested Party   Lasalle Town Houses Cooperative Association
          bbassel@gmail.com,  robertbassel@hotmail.com
          Robert N. Bassel   on behalf of Interested Party   Lafayette Town Houses, Inc. bbassel@gmail.com,
          robertbassel@hotmail.com
          Robert N. Bassel   on behalf of Interested Party   Joliet Town Houses Cooperative Association
          bbassel@gmail.com,  robertbassel@hotmail.com
          Robert N. Bassel   on behalf of Interested Party   St. James Cooperative bbassel@gmail.com,
          robertbassel@hotmail.com
          Robert N. Bassel   on behalf of Interested Party   Nicolet Town Houses Cooperative Association
          bbassel@gmail.com,  robertbassel@hotmail.com
          Robert S. Hertzberg   on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant   City of Detroit, Michigan hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan
          hertzbergr@pepperlaw.com,  alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit, Michigan hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald C. Liscombe   on behalf of Creditor   Public Lighting Authority rliscombe@alglawpc.com
          Ronald L. Rose   on behalf of Interested Party Angie  Wong rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Laura  Malher rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Ian  Mobley rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party James  Washington rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Wanda  Leverette rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party   Health Alliance Plan of Michigan rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Paul  Kaiser rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Kimberly  Mobley rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Stephanie  Hollander rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Nathaniel  Price rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Jerome  Pierce rrose@dykema.com
          Ryan  Cochran   on behalf of Creditor   U.S. Bank National Association ryan.cochran@wallerlaw.com
          Ryan  Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
          Association rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
          rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party   Detroit Retired City Employees Association
          rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Plaintiff   Detroit Retired City Employees Association
          rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Ryan  Plecha   on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett   on behalf of Interested Party     Syncora Guarantee Inc.
          ryan.bennett@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett   on behalf of Defendant     Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party  Syncora Capital Assurance Inc.
          ryan.bennett@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party     Syncora Guarantee Inc.
          ryan.bennett@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party     Syncora Holdings Ltd.
          ryan.bennett@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Sam J. Alberts   on behalf of Retiree Committee  Official Committee of Retirees
          sam.alberts@dentons.com,  dan.barnowski@dentons.com
          Sam J. Alberts   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
          Michigan sam.alberts@dentons.com,  dan.barnowski@dentons.com
          Samuel S. Kohn   on behalf of Creditor   Assured Guaranty Municipal Corp. skohn@chadbourne.com,
          mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Samuel S. Kohn   on behalf of Plaintiff   Assured Guaranty Municipal Corp. skohn@chadbourne.com,
          mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Sandra L. O'Connor   on behalf of Interested Party  US Health & Life Insurance Company
          soconnor@glmpc.com
          Sara Klettke MacWilliams   on behalf of Creditor   Oakland County, Michigan
          macwilliams@youngpc.com,  efiling@youngpc.com
          Scott A. Wolfson   on behalf of Creditor   The Bank Of New York Mellon swolfson@wolfsonbolton.com,
          david.rosenzweig@nortonrosefulbright.com;melanie.kotler@nortonrosefulbright.com;
          stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com
          Scott B. Kitei   on behalf of Interested Party   Detroit Institute of Arts skitei@honigman.com
          Scott M. Watson   on behalf of Creditor   UBS AG swatson@wnj.com
          Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Shannon L. Deeby   on behalf of Creditor   Police and Fire Retirement System of the City of
          Detroit sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit
          sdeeby@clarkhill.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of
          State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of
          State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 Of The American Federation of
          State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
          slevine@lowenstein.com
          Sheldon S. Toll   on behalf of Interested Party   Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
          lawtoll@comcast.net
          Sherrie L. Farrell   on behalf of Attorney   Dykema Gossett PLLC sfarrell@dykema.com,
          mpearson@dykema.com;docket@dykema.com
          Sherrie L. Farrell   on behalf of Creditor   Downtown Development Authority sfarrell@dykema.com,
          mpearson@dykema.com;docket@dykema.com
          Sheryl L. Toby   on behalf of Interested Party   Barclays Capital, Inc. stoby@dykema.com,
          dguerrero@dykema.com
          Sheryl L. Toby   on behalf of Creditor   Downtown Development Authority stoby@dykema.com,
          dguerrero@dykema.com
          Stephen  Wolpert   on behalf of Creditor   Macomb County stephen.wolpert@dechert.com
          Stephen B. Grow   on behalf of Creditor   UBS AG sgrow@wnj.com,  kfrantz@wnj.com
          Stephen B. Grow   on behalf of Creditor   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
          kfrantz@wnj.com
          Stephen B. Grow   on behalf of Defendant   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
          kfrantz@wnj.com
          Stephen B. Grow   on behalf of Defendant   UBS AG sgrow@wnj.com,  kfrantz@wnj.com
          Stephen C. Hackney   on behalf of Interested Party   Syncora Holdings Ltd.
          stephen.hackney@kirkland.com
          Stephen C. Hackney   on behalf of Interested Party   Syncora Guarantee Inc.
          stephen.hackney@kirkland.com
          Stephen C. Hackney   on behalf of Interested Party   Syncora Capital Assurance Inc.
          stephen.hackney@kirkland.com
          Stephen C. Hackney   on behalf of Defendant   Syncora Guarantee, Inc. stephen.hackney@kirkland.com
          Stephen M. Gross   on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
          shelly.harrow@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Stephen M. Gross   on behalf of Interested Party   Syncora Guarantee Inc.
          sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Creditor   Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
          shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Interested Party   Syncora Holdings Ltd.
          sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Interested Party   Syncora Capital Assurance Inc.
          sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen S. LaPlante   on behalf of Defendant   City of Detroit, Michigan
          laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan
          laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante   on behalf of Interested Party   Detroit Institute of Arts
          laplante@millercanfield.com,  skoczylas@millercanfield.com
          Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov
          Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney
          General showell@dickinsonwright.com
          Susheel Kirpalani   on behalf of Plaintiff   Syncora Guarantee Inc.
          susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
          Susheel Kirpalani   on behalf of Interested Party   Syncora Guarantee Inc.
          susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
          Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com,
          mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
          rdin.com
          Thomas B. Radom   on behalf of Defendant   Detroit Police And Fire Retirement System Service
          Corporation Radom@butzel.com
          Thomas B. Radom   on behalf of Defendant   Detroit General Retirement System Service Corporation
          Radom@butzel.com
          Thomas P. Christy   on behalf of Creditor   Berkshire Hathaway Assurance Corporation
          tchristy@garanlucow.com
          Thomas R. Morris   on behalf of Plaintiff   Detroit Retired City Employees Association
          morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
          marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
          marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
          Association morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
          morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
          marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association
          morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
          marlene@silvermanmorris.com
          Timothy A. Fusco   on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco   on behalf of Debtor In Possession   City of Detroit, Michigan
          fusco@millercanfield.com
          Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
          tgraves@allardfishpc.com,  allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com,
          allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com,
          allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com,
          allardfishpc@yahoo.com
          Tracy M. Clark   on behalf of Interested Party   Local 917 of the American Federation of State,
          County and Municipal Employees clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party   St. James Cooperative clark@steinbergshapiro.com,
          clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party   Joliet Town Houses Cooperative Association
          clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party   Lafayette Town Houses, Inc.
          clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party   Lasalle Town Houses Cooperative Association
          clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party   Local 3308 of the American Federation of State,
          County and Municipal Employees clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party   Nicolet Town Houses Cooperative Association
          clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Trevor J. Zamborsky   on behalf of Creditor Nicholas  Martin tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Trevor J. Zamborsky   on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Trevor J. Zamborsky    on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Vanessa G. Fluker    on behalf of Interested Party   Center for Community Justice and Advocacy
              vgflawyer@sbcglobal.net   df.johnson@cfaith.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
        William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
        William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
        William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
        William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
        William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
        William C. Blasses    on behalf of Creditor    Jackie's Transport, Inc. wcb@osbig.com
        William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
         wcb@osbig.com
        William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
        William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
        William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
        William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
        William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
        William Norman Listman    on behalf of Interested Party    Southeastern Oakland County Water
         Authority wlistman@davislistman.com
        William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
        William W. Kannel    on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
        Wolfgang  Mueller    on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
         jsmith@olsmanlaw.com
        Wolfgang  Mueller    on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
         jsmith@olsmanlaw.com
        Wolfgang  Mueller    on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
         jsmith@olsmanlaw.com
        Wolfgang  Mueller    on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
         jsmith@olsmanlaw.com
        Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
         yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
         yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
         yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy  Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com,
         yo_ecf@osbig.com;tc_ecf@osbig.com

                                        TOTAL: 553