United States Bankruptcy Court
Eastern Dist. of Mi
Southern Division

FILED
2014 MAY -9 P 2:17
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Ja re

City of Detroit Mi

Debtor

No. 13-53846

Ch. 9

Hon Steven W Rhodes

Objection To Doc 4230 filed 4/23/14

4. a. "E communications from State issued email addresses of persons identified in paragraph 3." What about non state e-mails of this group of people? What about the people controling the pension funds for the state? ~~so~~ we can compare the treatment of their pensioners with Detroits' to see if the state is discriminatng against Detroit pensioners.

The parties agree to too narrow of a search and the discrimination cannot be investigated

without comparative data from the state pension system and pension systems all over this country.

Pensioners are the biggest aggregate investment in the stock market, I believe.

I as a retiree have asked Judge Rhodes early on to allow non-city retiree attorney, and politically committed and hard working locally Mc Clelland, to represent my interests. She, I, and others have been meeting regularly with our self created group Detroit Concerned Citizens and Retirees ((313)444-0061) on Mondays from 11 am til ___ at 1251 Woodward. We have appealed to the pension board, to no avail. Mr. Lisey or the who you appointed to the "official" retiree comittee never has represented the workers interests.

As a employee of the city, she worked for labor relations, which was an advesary to the workers on the other side of the labor negotiation table.

This appointed retiree committee is does not represent the best interests of the city retirees and furthermore does not represent the best interests of the city's current citizens. Therefore I ask that you allow the flier of the Detroit Concerned Citizens and Retirees to be included in the mailing of the ballot as well any notifications sent out by the "appointed" "announced" "official" retiree committee. We in the unofficial multitude, the majority who are affected have no real voice. If we did have the

( The "official committee" ~~and~~ voted to approve a deal before they had read it.)

money to pay to do a mailing to all our fellow retirees, we do not have a mailing list. or contact list with phone numbers or e-mails to get our ideas shared with each other. The ~~pre~~ union pension board and ~~retirees~~ appointed retiree committee must be ordered by the court to include our view as an insert into the mailing of the ballot and as an insert to pension ~~checks the~~ stubs which are are mailed each month. The bankruptcy has been used not to give Detroit a new start but ~~the~~ rather to control the riverfront, and reduce future sources of revenue through the DDA expansion and proposed stadium. The State (sale of our garbage trucks, etc. etc. etc.)

of Michigan benefits, but current Detroiters don't. The whole bankruptcy discriminates against a mostly minority, mostly poor city population in favor of corporate capitalists, attorneys and bankers.

Like Judge Rhodes, I have run for recording secretary and business manager in Local 58 International Brotherhood of Electrical Workers; As a candidate I was allowed to do a mailing to every union members expressing my views and plans if elected. This same right should be granted the Detroit Concerned Citizens and Retirees. By the way, why should anyone trust the state of Michigan who took Belle Isle said M-Dot controlled the roads, but Detroiters are still paying the

repair bill for the roads and bridges, and for the truck pointy of the light house and then the EM from Jones Day told City Coun'l they could use the money they saved on Belle Isle to keep up our own other parks, and three months later tries to get us to borrow first 300 million and then 120 million to do one of several things, take care of our other parks. I really don't think we should be borrowing money for it. Now the State of Michigan held back the federal funds of $200 million for several years that was from the hardest hit funds to help people avoid mortgage & tax foreclosures. Now that the Detroit Land Bank has been formed $52 million will be spent in less than 4 years to demolish empty houses with

basements and hard wood floors to be
replaced someday with houses on a cement slab,
if replaced at all. The money could provide
a vision for the people if it involved the
people reroofing and boarding up the houses
and putting solar on the roof for lights and
heat in a basement with a kitchen & a bathroom
where the homeless could be employed to help
create their own future instead of a future
in jail.

Do not allow the information you receive
be limited to what has been (herein) stipulated to. What
about the AARP amicus brief and the amicus
brief from the retirees in California. Their data

and experiences might help us to do the right thing. Why are we not suing UBS & Bank of America to recover the $300 million already paid out, let alone the $85 bonus they got. Why? because they have deep pockets like Illich who gets welfare too, and its easier to take it from the relatively poor unions. If our leaders have broken the law, prosecute them as well as the hedge fund managers; but they cannot represent us fairly and strongly if they can be manipulated in order to avoid their own prosecution. If the people who voted on the swap deal violated the law prosecute them. If Sydor violated the law, prose-cute him, but don't scapegoat the citizens and workers of Detroit.

city council & mayor

Linda Yanah 492 Petersburg Des. M 48201