UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
: 
In re : Chapter 9
: 
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
: 
Debtor. : Hon. Steven W. Rhodes
: 
: 
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2014, I served (A) Berkshire Hathaway Assurance Corporation's Objections and Responses to Debtor's Request for Production of Documents, and (B) Berkshire Hathaway Assurance Corporation's Objections and Answers to Debtor's First Set of Interrogatories upon the debtor as follows: Document (A) was electronically filed with the Clerk of the Court under Local Rule 7026-1 using the ECF system which will send notification of such filing to all parties of record. Documents (A) and (B) were served by e-mail upon Geoffrey S. Irwin and Miguel Eaton of Jones Day, counsel for the debtors, at gsirwin@jonesday.com and meaton@jonesday.com, who consented in writing on May 6, 2014 at 3:29 p.m. EDT to such electronic service.

This certificate of service addresses the Notice of Deficient Filing, docket #4524.

                                        Respectfully submitted,

                                        /s/ Thomas P. Christy (P55593)
                                        GARAN LUCOW MILLER, P.C.
                                        1111 West Long Lake Road, Suite 300
                                        Troy, Michigan 48098
                                        248–641–7600/fax –0222
                                        tchristy@garanlucow.com

Dated: May 12, 2014                     Co-counsel for creditor Berkshire
                                          Hathaway Assurance Corporation