UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

**CERTIFICATE OF SERVICE**

I certify that on May 12, 2014, I caused a copy of the *Limited and Cautionary Objection and Reservation of Rights of the Bank of New York Mellon, as Custodian under the Global Custody Agreements with: (A) The General Retirement System; (B) The Policemen and Firemen Retirement System; and (C) The Board of Trustees of the City of Detroit Employees' Benefit Plan, to the Confirmation of the Fourth Amended Plan for the Adjustment of Debts of The City of Detroit* to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants requesting electronic service in this bankruptcy case.

Respectfully Submitted,

Dated: May 12, 2014

By: */s/ Scott A. Wolfson*
Scott A. Wolfson (P53194)
swolfson@wolfsonbolton.com
WOLFSON BOLTON PLLC
3150 Livernois, Suite 275
Troy, Michigan 48083
(248) 247-7103 - Telephone
(248) 247-7099 – Facsimile

Counsel for The Bank of New York Mellon