UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

CITY OF DETROIT, MICHIGAN,  ) Chapter 9
) 
) Case No. 13-53846
)
Debtor.  ) Hon. Steven W. Rhodes
)
)

# EX PARTE ORDER GRANTING LEAVE TO FILE AN *AMICUS CURIAE* BRIEF FOR

## THE SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION

This matter having come before the Court on the ex parte motion of the Securities Industry and Financial Markets Association (SIFMA) for leave to file an *amicus curiae* brief, the Court having reviewed the motion, and the Court having determined that the legal and factual bases set forth in the motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. SIFMA's motion is GRANTED as set forth in this order.

2. SIFMA is permitted to file the *amicus curiae* brief, which was attached to its motion.

**IT IS SO ORDERED.**

.

**Signed on May 12, 2014**

                                                                                      /s/ Steven Rhodes
                                                                                       **Steven Rhodes**
                                                                                       **United States Bankruptcy Judge**