UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
---------------------------------------------------------

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

**OBJECTIONS OF CREDITORS DWAYNE PROVIENCE,
RICHARD MACK, AND GERALD AND ALECIA WILCOX,
INTERESTED PARTIES, TO FOURTH AMENDED PLAN FOR
THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT
AND CERTIFICATE OF SERVICE**

NOW COME DWAYNE PROVIENCE, RICHARD MACK, AND GERALD and ALECIA WILCOX, interested parties and object to the *"Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 5, 2014)."* **[Dkt. #4392]** In support of these objections, the interested parties state the following:

1. On April 22, 2014 these Petitioners filed their Objections, **[Dkt. #4224]** to the earlier *Plan for Adjustment of Debts of the City of Detroit* (March 31, 2014) **[Dkt. #3380]** and incorporate by reference their objections stated therein.

2. The Debtor's May 5, 2014, *Fourth Amended Plan of Adjustment*, specifically, Paragraph 198, proposes, once again, that § 1983 claims "are included within the definition of Other Unsecured Claims." **[Dkt. #4392, Paragraph 198]**

3. Debtor's *Amended Plan* runs counter to the purpose and intent of the 14th Amendment § 1983, as explained by the Supreme Court. See *Felder v Casey*, 487 U.S. 131, 148 (1988) (recognizing that civil rights actions "belong in court") (quoting *Burnett v Grattan,* 468 U.S. 42, 50, (1984)).

4. The Debtor's *Amended Plan of Adjustment*, **[Dkt. #4392]**, diminishes Petitioners' rights to full vindication of the egregious violations of their constitutional rights, including full compensation for their damages, as well their right to recover attorney fees and punitive damages. The Debtor's *Amended Plan* is unconstitutional to the extent that it diminishes, in any fashion, the Petitioners' constitutional rights, as well those of other petitioners who have claims arising from violations of their constitutional rights currently pending against the City of Detroit.

WHEREFORE, for the reasons stated above, these Petitioners request the same relief sought in their earlier Objections [**Dkt. 4224**] for precisely the same reasons and authority cited therein, but as to the *Fourth Amended Plan of Adjustment* [**Dkt. 4392**], in particular, Paragraph 198 thereof.

Respectfully submitted,

OLSMAN, MUELLER, WALLACE
& MacKENZIE, P.C.

/s/Wolfgang Mueller
WOLFGANG MUELLER
Attorney for Creditors, Dwayne Provience,
Richard Mack and Gerald and Alecia Wilcox
2684 W. 11 Mile Road
Berkley, MI 48072
(248) 591-2300
wmueller@olsmanlaw.com
(P43728)

Date: May 12, 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
-------------------------------------------------------

In re                                               Chapter 9

CITY OF DETROIT, MICHIGAN,                          Case No. 13-53846

             Debtor.                    Hon. Steven W. Rhodes

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2014, I served the following Paper:

    Objections of Creditors Dwayne Provience, Richard Mack, and Gerald
    and Alecia Wilcox, Interested Parties, to Fourth Amended Plan for the
    Adjustment of Debts of the City of Detroit

on the following parties:

| | | |
|---|---|---|
| David G. Heiman | Bruce Bennett | Jonathan S. Green |
| Heather Lennox | JONES DAY | Stephen S. LaPlante |
| Thomas A. Wilson | 555 South Flower Street | MILLER, CANFIELD, |
| JONES DAY | Fiftieth Floor |   PADDOCK AND STONE, PLC |
| North Point | Los Angeles, CA 90071 | 150 West Jefferson |
| 901 Lakeside Avenue | bbennett@jonesday.com | Suite 2500 |
| Cleveland, OH 44114 | | Detroit, MI 48226 |
| dgheiman@jonesday.com | | green@millercanfield.com |
| hlennox@jonesday.com | | laplante@millercanfield.com |
| tawilson@jonesday.com | | |

by the following means:   the Court's ECF system.

                    Respectfully submitted,

                    /s/Wolfgang Mueller
                    Attorney for Creditors, Dwayne Provience,
                    Richard Mack and Gerald and Alecia Wilcox
                    2684 West Eleven Mile Road
                    Berkley, MI 48072
                    (248) 591-2300
                    wmueller@olsmanlaw.com
                    (P43728)