UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
(DETROIT)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | CASE NO.: 13-53846 |
| | ) | |
| | ) | CHAPTER 9 |
| Debtor. | ) | |
| | ) | Hon. Steven W. Rhodes |

---

**ORDER AUTHORIZING DWSD BOND TRUSTEE TO FILE AN OBJECTION
TO THE CITY'S FOURTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS
OF THE CITY OF DETROIT IN EXCESS OF PAGE LIMITATIONS**

---

This matter coming before the Court on the *Ex Parte Motion of The DWSD Bond Trustee for an Order Authorizing it to File an Objection to the City's Fourth Amended Plan for the Adjustment of Debts of the City of Detroit in Excess of Page Limitations* (the "Motion")[1]; and the Court being fully advised in the premises determines and concludes that the Motion is due to be **GRANTED**.

**WHEREFORE**, based upon the foregoing, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that the Trustee is granted relief from Rule 7.1(d) of the Local Rules and may file *The DWSD Bond Trustee's Objection to the City's Fourth Amended Plan for the Adjustment of Debts of the City of Detroit* in excess of the applicable page limitations.

.

**Signed on May 12, 2014**

                                                               /s/ Steven Rhodes
                                                              Steven Rhodes
                                                              United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein bear the meaning ascribed to just term in the Motion.