UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,                Chapter 9
                                                      Case No. 13-53846
        Debtor.                         Hon. Steven W. Rhodes
_____/

## Certificate of Service

       The undersigned certifies that on May 12, 2014, he electronically filed with the Court, via the Court's Electronic Case Filing System, "*Amicus Curiae* Brief by The Securities Industry and Financial Markets Associaton", which will be sent to all parties registered to receive notice in the above-captioned case.

                                       STEINBERG SHAPIRO & CLARK

                                       /s/ Mark H. Shapiro (P43134)
                                       25925 Telegraph Road, Suite 203
                                       Southfield, MI 48033
                                       248-352-4700
                                       shapiro@steinbergshapiro.com