| Rank | ZIP Code | City/State | Percent of Homes Underwater | Percent Below Peak Home Prices | Homes In Default or Foreclosure | Population | Percent African American and Latino | Median Household Income |
|---|---|---|---|---|---|---|---|---|
| 325 | 44052 | Lorain, OH | 45% | 30% | 276 | 30,901 | 45% | $33,655 |
| 326 | 21213 | Baltimore, MD | 45% | 16% | 539 | 31,067 | 91% | $34,584 |
| 327 | 45426 | Trotwood, OH | 45% | 35% | 173 | 15,366 | 75% | $39,908 |
| 328 | 33319 | Lauderhill, FL | 45% | 57% | 1190 | 46,392 | 67% | $38,935 |
| 329 | 34947 | Fort Pierce, FL | 45% | 67% | 114 | 12,732 | 79% | $33,010 |
| 330 | 06105 | Hartford, CT | 45% | 31% | 77 | 20,583 | 67% | $28,707 |
| 331 | 64129 | Kansas City, MO | 45% | 19% | 65 | 9,707 | 56% | $32,954 |
| 332 | 64128 | Kansas City, MO | 45% | 36% | 71 | 11,878 | 95% | $23,213 |
| 333 | 60652 | Chicago, IL | 45% | 39% | 691 | 42,334 | 82% | $64,284 |
| 334 | 85653 | Marana, AZ | 44% | 35% | 191 | 14,353 | 36% | $51,272 |
| 335 | 60042 | Island Lake, IL | 44% | 38% | 153 | 8,719 | 15% | $67,944 |
| 336 | 07063 | Plainfield, NJ | 44% | 41% | 126 | 14,693 | 80% | $63,707 |
| 337 | 45403 | Dayton, OH | 44% | 35% | 155 | 15,236 | 22% | $24,803 |
| 338 | 45410 | Dayton, OH | 44% | 30% | 168 | 15,851 | 13% | $33,747 |
| 339 | 60140 | Hampshire, IL | 44% | 30% | 243 | 14,830 | 16% | $78,547 |
| 340 | 33880 | Winter Haven, FL | 44% | 50% | 393 | 36,127 | 34% | $40,015 |
| 341 | 85706 | Tucson, AZ | 44% | 43% | 277 | 57,076 | 85% | $29,556 |
| 342 | 93268 | Taft, CA | 44% | 41% | 98 | 18,924 | 33% | $41,598 |
| 343 | 63042 | Hazelwood, MO | 44% | 37% | 137 | 19,008 | 37% | $43,276 |
| 344 | 20716 | Bowie, MD | 44% | 33% | 170 | 20,400 | 65% | $94,476 |
| 345 | 06610 | Bridgeport, CT | 44% | 41% | 313 | 22,780 | 77% | $39,267 |
| 346 | 30223 | Griffin, GA | 44% | 39% | 298 | 35,539 | 42% | $37,704 |
| 347 | 33127 | Miami, FL | 44% | 62% | 409 | 31,810 | 96% | $25,913 |
| 348 | 28216 | Charlotte, NC | 44% | 22% | 561 | 46,880 | 68% | $47,953 |
| 349 | 92356 | Lucerne Valley, CA | 44% | 56% | 61 | 7,174 | 37% | $27,137 |
| 350 | 28326 | Sanford, NC | 44% | 5% | 34 | 17,199 | 35% | $42,272 |
| 351 | 61101 | Rockford, IL | 44% | 59% | 292 | 23,425 | 64% | $28,560 |
| 352 | 30046 | Lawrenceville, GA | 44% | 33% | 156 | 34,482 | 54% | $50,250 |
| 353 | 96130 | Susanville, CA | 44% | 43% | 159 | 22,769 | 26% | $53,684 |
| 354 | 33461 | Palm Springs, FL | 44% | 63% | 548 | 40,192 | 63% | $36,169 |
| 355 | 43203 | Columbus, OH | 44% | 33% | 82 | 8,058 | 82% | $18,129 |
| 356 | 48216 | Detroit, MI | 44% | N/A | 18 | 5,190 | 76% | $23,691 |
| 357 | 18210 | Penn Forest Township, PA | 44% | 29% | 108 | 7,044 | 21% | $67,405 |
| 358 | 18302 | Middle Smithfield Township, PA | 44% | 41% | 159 | 17,667 | 34% | $61,151 |
| 359 | 60629 | Chicago, IL | 44% | 46% | 1349 | 113,864 | 89% | $41,982 |
| 360 | 07522 | Paterson, NJ | 44% | 44% | 133 | 20,212 | 91% | $31,388 |

HAAS INSTITUTE FOR A FAIR AND INCLUSIVE SOCIETY

UNDERWATER AMERICA

13-53846-tjt   Doc 4622-4   Filed 05/12/14   Entered 05/12/14 14:38:26   Page 1 of 6

UNDERWATER AMERICA

| Rank | ZIP Code | City/State | Percent of Homes Underwater | Percent Below Peak Home Prices | Homes In Default or Foreclosure | Population | Percent African American and Latino | Median Household Income |
|---|---|---|---|---|---|---|---|---|
| 361 | 98402 | Tacoma, WA | 44% | 32% | 39 | 6,247 | 25% | $26,338 |
| 362 | 08861 | Perth Amboy, NJ | 44% | 39% | 262 | 52,615 | 84% | $48,477 |
| 363 | 06604 | Bridgeport, CT | 44% | 43% | 265 | 27,288 | 67% | $34,475 |
| 364 | 43608 | Toledo, OH | 44% | 26% | 200 | 17,222 | 66% | $23,718 |
| 365 | 62205 | East Saint Louis, IL | 44% | 34% | 25 | 9,060 | 98% | $21,687 |
| 366 | 02907 | Providence, RI | 44% | 47% | 146 | 27,630 | 79% | $33,067 |
| 367 | 32738 | Deltona, FL | 44% | 53% | 840 | 43,491 | 40% | $55,098 |
| 368 | 48217 | Detroit, MI | 44% | 42% | 55 | 8,873 | 93% | $29,426 |
| 369 | 60163 | Berkeley, IL | 44% | 44% | 93 | 5,176 | 59% | $57,465 |
| 370 | 89142 | Las Vegas, NV | 44% | 57% | 395 | 30,863 | 52% | $56,951 |
| 371 | 89169 | Las Vegas, NV | 44% | N/A | 170 | 24,200 | 58% | $33,768 |
| 372 | 60632 | Chicago, IL | 44% | 45% | 663 | 87,144 | 84% | $41,859 |
| 373 | 48076 | Southfield, MI | 44% | 41% | 203 | 25,268 | 58% | $66,751 |
| 374 | 21017 | Belcamp, MD | 44% | 23% | 59 | 7,311 | 27% | $81,100 |
| 375 | 60430 | Homewood, IL | 44% | 35% | 317 | 20,137 | 43% | $69,579 |
| 376 | 60501 | Summit, IL | 44% | 54% | 132 | 11,501 | 74% | $46,914 |
| 377 | 53206 | Milwaukee, WI | 44% | 25% | 189 | 29,193 | 96% | $23,121 |
| 378 | 61103 | Rockford, IL | 43% | 41% | 357 | 24,995 | 34% | $38,397 |
| 379 | 02863 | Central Falls, RI | 43% | 43% | 37 | 19,331 | 73% | $32,509 |
| 380 | 93250 | Mc Farland, CA | 43% | 45% | 31 | 13,748 | 91% | $36,211 |
| 381 | 60446 | Romeoville, IL | 43% | 30% | 729 | 38,271 | 42% | $67,351 |
| 382 | 20607 | Accokeek, MD | 43% | 26% | 106 | 8,733 | 70% | $118,022 |
| 383 | 32226 | Jacksonville, FL | 43% | 34% | 311 | 14,794 | 18% | $74,686 |
| 384 | 18301 | Stroud Township, PA | 43% | 40% | 191 | 28,495 | 31% | $59,265 |
| 385 | 48203 | Detroit, MI | 43% | 65% | 133 | 29,687 | 92% | $22,753 |
| 386 | 85602 | Benson, AZ | 43% | 28% | 68 | 9,001 | 17% | $46,898 |
| 387 | 63034 | Spanish Lake, MO | 43% | 35% | 150 | 18,562 | 57% | $72,630 |
| 388 | 30141 | Hiram, GA | 43% | 24% | 189 | 22,192 | 23% | $56,814 |
| 389 | 32725 | Deltona, FL | 43% | 54% | 813 | 44,502 | 40% | $46,822 |
| 390 | 83647 | Mountain Home, ID | 43% | N/A | 33 | 19,780 | 18% | $47,119 |
| 391 | 85017 | Phoenix, AZ | 43% | N/A | 166 | 42,017 | 73% | $30,185 |
| 392 | 60083 | Wadsworth, IL | 43% | 33% | 121 | 8,593 | 19% | $99,269 |
| 393 | 28460 | North Topsail Beach, NC | 43% | 22% | 62 | 7,874 | 4% | $48,826 |
| 394 | 45204 | Cincinnati, OH | 43% | 30% | 60 | 6,083 | 37% | $29,428 |
| 395 | 43205 | Columbus, OH | 43% | 37% | 146 | 12,017 | 74% | $22,790 |

HAAS INSTITUTE FOR A FAIR AND INCLUSIVE SOCIETY

## A NOTE ON DATA SOURCES

The data in this report on underwater homes and home prices is based on Zillow's Negative Equity Report for the end of 2013 (Gudell 2014). Zillow only reports data for ZIP codes for which it has a representative sample of homes, so its data set covers roughly 22,000 ZIP codes nationally. There are approximately 30,000 total ZIP codes in the country, excluding P.O. Box ZIP codes. The Zillow data can be accessed through this website: http://www.zillow.com/research/2013-q4-negative-equity-6371.

The default and foreclosure data in this report was prepared by Americans for Financial Reform and is based on proprietary data from RealtyTrac's 2013 Foreclosure Market Trend Report. It includes the total number of unique properties that received a notice of default, its pending notice of trustee sale, or a notice of foreclosure sale in 2013, or that became a real-estate owned property following foreclosure. These are all different types of foreclosure filings. Because ZIP code boundaries are not always fully aligned with city limits, the statistics for the number of homes in default or foreclosure at the city level should be treated as estimates rather than precise figures.

The demographic data is from the Census Bureau's 2012 American Community Survey Five-Year Demographic and Housing Estimates. Because of the way that the Census Bureau defines race and ethnicity, individuals who are both African American and Latino may have been counted twice.

## REFERENCES

Ards, Sheila D. and Samuel L. Myers Jr. 2001. "The Color of Money: Bad Credit, Wealth, and Race." American Behavioral Scientist, 45(2), pp.223-239.

Avery, Robert B., Kenneth P. Brevoort, and Glenn B. Canner. 2007. "The 2006 HMDA Data," Federal Reserve Bulletin, 93 (December) 73-109.

Blinder, Alan S. 2013. After the Music Stopped: The Financial Crisis, the Response, and the Work Ahead. New York: Penguin Books.

Board of Governors of the Federal Reserve System. Financial Accounts of the United States, Historical Annual Tables, 2005-2013, Table B100: Balance Sheet of Households and Nonprofit Organizations. http://www.federalreserve.gov/releases/z.1/Current/annuals/a2005-2013.pdf

Bocian, Debbie, Wei Li, and Keith S. Ernst. 2010. "Foreclosures by Race and Ethnicity: The Demographics of a Crisis." Center for Responsible Lending, June 18. http://www.responsiblelending.org/mortgage-lending/research-analysis/foreclosures-by-race-and-ethnicity.html

Bocian, Debbie, Delvin Davis, Sonia Garrison, and Bill Sermons. 2012. "The State of Lending in America & its Impact on U.S. Households." Center for Responsible Lending, December 13. http://www.responsiblelending.org/state-of-lending

Carr, James H. and Isaac F Megbolugbe. 1993. "The Federal Reserve Bank of Boston Study on Mortgage Lending Revisited." Journal of Housing Research, 4(2), pp.277-313.

Clear Capital. 2014. "Does Slow and Steady Win the Race? The Tale of the Housing Recovery Continues." January 6. http://www.clearcapital.com/company/MarketReport.cfm?month=January&year=2014

Ellen, Ingrid and Samuel Dastrup. 2012. Housing and the Great Recession, New York and Palo Alto: The Russell Sage Foundation and the Stanford Center on Poverty and Inequality. October.

Emmons, William R. and Bryan J. Noeth. 2012. "Household Financial Stability: Who Suffered the Most from the Crisis?" The Regional Economist, Federal Reserve Bank of St. Louis. July.

Esswein, Pat Mertz. 2014. "Housing Outlook, 2014," Kiplinger's Personal Finance, January. http://www.kiplinger.com/article/real-estate/T010-C000-S002-

Federal Reserve System. 2012. "The U.S. Housing Market: Current Conditions and Policy Considerations." http://federalreserve.gov/publications/other-reports/files/housing-white-paper-20120104.pdf (last accessed June 4, 2013).

Gelinas, Nicole. 2011. "A free-market fix to the nation's housing hangover," Los Angeles Times, July 31. http://articles.latimes.com/2011/jul/31/opinion/la-oe-gelinas-foreclosure-california-20110731/2

Gopal, Prashant. 2013. "Mortgage Delinquencies Reach 5-Year Low as Housing Heals," Bloomberg, Nov. 7. http://www.bloomberg.com/news/2013-11-07/mortgage-delinquencies-reach-5-year-low-as-housing-heals.html

Gottesdiener, Laura. 2013. "The Next Big Housing Bubble?" Utne Reader (November 27) http://www.utne.com/politics/the-next-big-housing-bubble.aspx#ixzz2nGvNhSZe

Gittelsohn, John and Heather Perlberg. 2013. "Blackstone Buys Atlanta Homes in Largest Rental Trade," Bloomberg News (April 25) http://www.bloomberg.com/news/2013-04-25/blackstone-buys-atlanta-homes-in-largest-bulk-rental-trade.html

Gudell, Svenja. 2014. "Negative Equity Crosses 20 Percent Threshold to End 2013," Zillow Real Estate Research, February 27. http://www.zillow.com/research/2013-q4-negative-equity-6371

13-53846-tjt   Doc 4622-4   Filed 05/12/14   Entered 05/12/14 14:38:26   Page 3 of 6

Hockett, Robert. 2013. "Paying Paul and Robbing No One: An Eminent Domain Solution for Underwater Mortgage Debt," Current Issues in Economics and Finance. 19 (5). www.newyorkfed.org/research/current_issues).

Joint Center for Housing Studies. 2013. "The State of the Nation's Housing 2013," Cambridge: Harvard University.

Kochhar, Rakesh, Ana Gonzalez-Barrera, and Daniel Dockterman. 2009. "Through Boom and Bust: Minorities, Immigrants and Homeownership," Washington, DC: Pew Hispanic Center, May 12. http://www.pewhispanic.org/2009/05/12/v/loans-for-home-purchase-in-2007

Kochhar, Rakesh, Richard Fry and Paul Taylor. 2011. "Twenty-to-One: Wealth Gaps Rise to Record Highs Between Whites, Blacks and Hispanics," Washington, DC: Pew Research Center.

Leopold, Les. 2013a. "Our Most Powerful Weapon Against Wall Street? The Rise of Reverse Eminent Domain," Alternet, http://www.alternet.org/economy/our-most-powerful-weapon-against-wall-street-reverse-eminent-domain (last accessed January 10, 2014).

Leopold, Les. 2013b. "Why Is Socialism Doing So Darn Well In Deep-Red North Dakota?" Alternet, http://www.alternet.org/corporate-accountability-and-workplace/why-socialism-doing-so-darn-well-deep-red-north-dakota?paging=off&current_page=1#bookmark (last accessed

January 10, 2014).

Munnell, Alicia, Geoffrey M. B. Tootell, Lynne E. Browne, and James McEneaney (1996). "Mortgage Lending in Boston: Interpreting the HMDA Data," American Economic Review, 86(1), pp.25-53.

Ocwen Financial. 2011. Curing Underwater Mortgages, Preventing Foreclosures and Avoiding Moral Hazard through Principal Reduction, Shared Appreciation Modifications, http://www.frbatlanta.org/documents/news/conferences/11rer/11rer_nesmith.pdf

Orton, Kathy. 2013. "Mortgage-assistance events not a cure-all for homeowners facing foreclosure," The New York Times (December 30): A 9.

Pfeffer, Fabian T., Sheldon Danziger, and Robert F. Schoeni. 2013. "Wealth Disparities before and after the Great Recession." Ann Arbor: University of Michigan, August.

Popper, Nathaniel. 2013. "Behind the Rise in House Prices, Wall Street Buyers," The New York Times (June 3) http://dealbook.nytimes.com/2013/06/03/behind-the-rise-in-house-prices-wall-street-buyers/ (last accessed January 10, 2014).

Raskin, Sarah Bloom. 2013. "Aspects of Inequality in the Recent Business Cycle," speech delivered at the "Building a Financial Structure for a More Stable and Equitable Economy," 32nd Annual Hyman P. Minsky Conference on the State of the U.S. and World Economies, New York, N.Y. April 18. http://www.federalreserve.gov/newsevents/speech/raskin20130418a.htm

(last accessed April 23, 2013).

Reid, Carolina and Elizabeth Laderman. 2009. "The Untold Costs of Subprime Lending: Examining the Links among Higher Priced Lending, Foreclosures and Race in California." San Francisco: Federal Reserve Bank of San Francisco, November. http://www.frbsf.org/community-development/files/wp2009_09.pdf

Relman, John. 2013. "Finding a Home for the Occupy Movement: Lessons from the Baltimore and Memphis Wells Fargo Litigation," in Chester Hartman and Gregory D. Squires (ed) 2013. From Foreclosure to Fair Lending: Advocacy, Organizing, Occupy, and the Pursuit of Equitable Credit. New York: New Village Press.

S&P/Case-Shiller Home Price Indexes. 2013. http://us.spindices.com/index-family/real-estate/sp-case-shiller

Saez, Emmanuel. 2013. Striking It Richer: The Evolution of Top Incomes in the United States (Updated with 2012 preliminary estimates). http://elsa.berkeley.edu/~saez/saez-UStopincomes-2012.pdf

Schnitt, Julie. 2013. "Rising home prices rescue underwater homeowners," USA Today (June 12, 2013). http://www.usatoday.com/story/money/business/2013/06/12/underwater-borrowers-lessen-home-prices-rise/2412847

Silver-Greenberg, Jessica and Peter Eavis. 2014. "Wall Street Predicts $50 Billion Bill to Settle U.S. Mortgage Suits," The New York Times, (January 10, 2014), A1, B6.

Smith, Marvin and Christy Hevener. 2010. "Subprime lending over time: the role of race," Federal Reserve Bank of Philadelphia, October http://www.phil.frb.org/community-development/publications/discussion-papers/subprime-lending-over-time-the-role-of-race.pdf

Tippett, Rebecca, Avis Jones-DeWeever, Maya Rockeymore, Darrick Hamilton, and William Darity Jr. 2014. Beyond Broke: Why Closing the Racial Wealth Gap is a Priority for National Economic Security. Executive Summary. Center for Global Policy Solutions http://globalpolicysolutions.org/wp-content/uploads/2014/04/BeyondBroke_Exec_Summary.pdf

U.S. Department of Housing and Urban Development. 2013. Worst Case Housing Needs 2011: Report to Congress. http://www.huduser.org/Publications/pdf/HUD-506_WorstCase2011_reportv3.pdf

U.S. Department of Justice. 2012. Justice Department Reaches Settlement with Wells Fargo Resulting in More Than $175 Million in Relief for Homeowners to Resolve Fair Lending Claims, press release, Washington, D.C.: U.S. Department of Justice July 12.

Woodstock Institute. 2012. Struggling to Stay Afloat: Negative Equity in Communities of Color in the Chicago Six County Region. http://www.woodstockinst.org/sites/default/files/documents/stayingafloat_policybrief_mar2012_0.pdf



# UNDERWATER AMERICA

This report examines national trends that are leaving many families behind and identifies the most troubled geographic "hot spots"—metro areas, cities, and neighborhoods in all regions of the country where a significant portion of families are "underwater."



haas institute
FOR A FAIR AND INCLUSIVE SOCIETY

Haas Institute for a Fair and Inclusive Society
University of California, Berkeley
http://diversity.berkeley.edu/haas-institute
facebook.com/haas-institute
twitter.com/haasInstitute