UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                                         Chapter 9
                                                                           Case No. 13-53846

City of Detroit, Michigan,

       Debtor.

_____/

**INTERESTED PARTY DAVID SOLE'S DISCLOSURE OF FACT WITNESSES
IN ADVANCE OF JULY 24, 2014 HEARING ON DEBTOR'S PLAN OF ADJUSTMENT**

       Now comes Interested Party David Sole and discloses the following potential witnesses and exhibits in connection with the July 24, 2014 hearing on Debtor's Plan of Adjustment:

**WITNESSES**

1.     David Sole – City of Detroit retiree -- actual cuts to retirees

2.     Cheryl LaBash -- City of Detroit retiree -- actual cuts to retirees

3.     Belinda A. Myers-Florence – City of Detroit retiree – impact of actual cuts to retirees

4.     Cecily McClellan – actual cuts to retirees – holding back of federal grant funds for Detroit by State of Michigan

5.     Ezza Brandon -- City of Detroit retiree – impact of actual cuts to retirees

6.     Walter Knall -- City of Detroit retiree – impact of actual cuts to retirees

7.     Any retiree who filed an objection to the plan of adjustment based on impact of cuts to the lives of retirees and their families

8.     Anthony Minghine, associate director of the Michigan Municipal League – revenue sharing owed to cities as a result of diversion of funds to state of Michigan for period 2003-2014

9.     Steve Babson – coordinator Detroit Eviction Defense – impact of foreclosures on City of Detroit

1

10. Vanessa Fluker – anti-foreclosure attorney – impact of predatory lending by banks on destruction of Detroit neighborhoods

11. Marilyn Mullane – Michigan Legal Services – impact of foreclosures on Detroit neighborhoods

12. Ted Phillips – Coordinator of United Community Housing Coalition impact of foreclosures on Detroit neighborhoods

13. Wayne County Deputy Treasurer David Szymanski – chargebacks from City of Detroit to Wayne County

14. Representative of Michigan State Housing Development Authority on use of Helping Hardest Hit Homeowners Funds in City of Detroit

Respectfully submitted,

JEROME D. GOLDBERG, PLLC

By: */s/ Jerome D. Goldberg*
Jerome D. Goldberg (P61678)
Attorney for David Sole, Party in Interest
2921 East Jefferson, Suite 205
Phone: 313-393-6001
Fax: 313-393-6007
Email: apclawyer@sbcglobal.net

DATED: May 12, 2014