UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
 Case No. 13-53846

City of Detroit, Michigan,

    Debtor.
_____/

**INTERESTED PARTY DAVID SOLE'S CERTIFICATE OF SERVICE
OF FILING WITNESS LIST FOR CITY OF DETROIT'S
HEARING ON PLAN OF ADJUSTMENT [DOCKET 4623]**

    The undersigned certifies that on May 12, 2014, he caused to be electronically filed with the Clerk of the Court Interested Party David Sole's Witness List for City of Detroit's Hearing on Plan of Adjustment [Docket 4623] and that such pleading was in turn served by the Clerk electronically upon all ECF participants in the above-captioned matter.

        Respectfully submitted,

        JEROME D. GOLDBERG, PLLC

        By: */s/ Jerome D. Goldberg*
        Jerome D. Goldberg (P61678)
        Attorney for David Sole, Party in Interest
        2921 East Jefferson, Suite 205
        Phone: 313-393-6001
        Fax: 313-393-6007
        Email: apclawyer@sbcglobal.net

DATED: May 12, 2014

1