UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN<br><br>Debtor. | Chapter 9<br>Case No. 13-53846<br>Hon. Steven W. Rhodes |

# OAKLAND COUNTY'S LIST OF FACT WITNESSES

The County of Oakland, Michigan ("Oakland County") through its counsel, identifies the following witnesses and the subjects that each witness will address:

| No. | Name/Title | Testimony Topics |
|---|---|---|
| 1 | Kenneth Alberts – Gabriel Roeder | - Plan feasibility |
| 2 | Syed Ali, P.E. – Manager, DWSD | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services |
| 3 | Nicole Bateson – CFO, DWSD | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services |

| 4 | Glenn Bowen - Principal and Consulting Actuary, Milliman, Inc | - Plan feasibility |
|---|---|---|
| 5 | Douglas Buckholz - Chief Manager, Oakland County Water Resources Commission | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services |
| 6 | Kenneth Buckfire – CEO and Managing Director, Miller Buckfire & Co. LLC | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services<br>- Plan not proposed in good faith |
| 7 | Thomas Callan - UHY | - Plan feasibility<br>- Plan not proposed in good faith |
| 8 | Suzanne Coffey - Manager, Oakland County Water Resources Commission | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services |
| 9 | Terri Conerway – Manager of Process and Quality Control, DWSD | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services |

| | | |
|---|---|---|
| 10 | Carrie Ricker Cox – Operations Engineer, Oakland County | - The City's ability to provide adequate levels of municipal services |
| 11 | Robert Daddow – Deputy County Executive, Oakland County | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services<br>- Plan not proposed in good faith |
| 12 | James Fausone – Chairperson, DWSD Board of Water Commissioners | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services |
| 13 | Bart Foster – President, The Foster Group, LLC | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services |
| 14 | Stacy Fox – Deputy EM | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services |
| 15 | Grant Gartrell – Water Supply Engineer, DWSD | - The City's ability to provide adequate levels of municipal services |

| | | |
|---|---|---|
| 16 | Kevin Haggard – Miller Buckfire | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services<br>- Plan not proposed in good faith |
| 17 | Michael Hausman – Conway MacKenzie | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services<br>- Plan not proposed in good faith |
| 18 | Kyle Herman – Miller Buckfire | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services<br>- Plan not proposed in good faith |
| 19 | Daniel Jernycic – Ernst & Young | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services |

| | | |
|---|---|---|
| 20 | W. Barnett Jones – Chief Security Officer, DWSD | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services |
| 21 | David Kausch – Gabriel Roeder | - Plan feasibility |
| 22 | Judith Kermans – Gabriel Roeder | - Plan feasibility |
| 23 | Vyto Kaunelis – Principal, OHM Engineering Advisors | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services |
| 24 | Fritz Klingler – Vice-President – NTH Consultants, Ltd. | - The City's ability to provide adequate levels of municipal services |
| 25 | Darryl A. Latimer – Deputy Director, DWSD | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services |
| 26 | Sid Lockhart – Assistant Chief Engineer, Oakland County | - The City's ability to provide adequate levels of municipal services |
| 27 | Gaurav Malhotra – Principal, Ernst & Young | - Plan feasibility |

| | | |
|---|---|---|
| 28 | Sanjay Marken – Miller Buckfire | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services |
| 29 | Sue McCormick – Director, DWSD | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services |
| 30 | Charles Moore – Senior Managing Director, Conway MacKenzie | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services<br>- Plan not proposed in good faith |
| 31 | James Nash – Oakland County Water Resources Commissioner | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services |
| 32 | Keith Parmley – Financial Consultant, Oakland County Water Resources Commission | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services<br>- Plan not proposed in good faith |

| | | |
|---|---|---|
| 33 | James Pistilli – Chief Engineer, Wastewater Division, Macomb County - retired | • The City's ability to provide adequate levels of municipal services |
| 34 | Gerald D. Poisson – Chief Deputy, Oakland County Executive, Oakland County | • Plan feasibility<br>• Plan not proposed in good faith |
| 35 | Cheryl Porter – Assistant Director, Water Supply Operations Group, DWSD | • Plan feasibility<br>• The City's ability to provide adequate levels of municipal services |
| 36 | Dan Rainey – Information Technology Director, DWSD | • Plan feasibility<br>• The City's ability to provide adequate levels of municipal services |
| 37 | Philip Sanzica – Chief Deputy, Oakland County Water Resources Commission | • Plan feasibility<br>• The City's ability to provide adequate levels of municipal services |
| 38 | Tom Saxton – Chief Deputy Treasurer, State of Michigan | • Plan not proposed in good faith<br>• Plan feasibility |
| 39 | Berin Separia – DWSD Staff | • The City's ability to provide adequate levels of municipal services |

| | | |
|---|---|---|
| 40 | Samuel A. Smalley, P.E. – Former Assistant Director, Wastewater Operations Group, DWSD | • Plan feasibility<br>• The City's ability to provide adequate levels of municipal services |
| 41 | Suzanne Taranto - Principal and Consulting Actuary, Milliman, Inc | • Plan feasibility |
| 42 | Laurie Van Pelt – Director, Department of Management and Budget, Oakland County | • Plan feasibility<br>• The City's ability to provide adequate levels of municipal services<br>• Plan not proposed in good faith |
| 43 | Katherine Warren – Principal and Consulting Actuary, Milliman, Inc. | • Plan feasibility |
| 44 | Bryan Williams – Board Member, DWSD Board of Water Commissioners | • Plan feasibility<br>• The City's ability to provide adequate levels of municipal services |
| 45 | Larry Witt – DWSD Staff | • The City's ability to provide adequate levels of municipal services |

| | | |
|---|---|---|
| 46 | William Wolfson – General Counsel, DWSD | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services |
| 47 | Representative of Debtor (preparer of exhibits K&L) | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services |
| 48 | Representative of Ernst & Young | - Plan feasibility |
| 49 | Representative of Capital Management Group | |
| 50 | Any witnesses necessary for rebuttal | |
| 51 | Any witnesses listed by another party | |

Oakland County reserves the right to supplement the testimony topics associated with each witness and to amend its witness list as may be necessary.

RESPECTFULLY SUBMITTED,

**CARSON FISCHER, P.L.C.**

**By:** */s/ Joseph M. Fischer*
Joseph M. Fischer (P13452)
Robert A. Weisberg (P26698)
Christopher Grosman (P58693)
4111 Andover Road, West – Second Floor
Bloomfield, Michigan 48302-1924
Telephone: (248) 644-4840
Facsimile: (248) 644-1832
Email: JFischer@CarsonFischer.com
RWweisberg@CarsonFischer.com
CGrosman@CarsonFischer.com

*Counsel for Oakland County, Michigan*


**YOUNG & ASSOCIATES**

By: /s/ Sara K. MacWilliams
Sara K. MacWilliams (P67805)
Jaye Quadrozzi (P71646)
27725 Stansbury Blvd., Suite 125
Farmington Hills, MI 48334
Telephone: (248) 353-8620
Email: efiling@youngpc.com
macwilliams@youngpc.com
quadrozzi@youngpc.com

*Co-counsel for Oakland County, Michigan*

Date: May 12, 2014

# CERTIFICATE OF SERVICE

I certify that on May 12, 2014 I electronically filed Oakland County's Initial Witness List with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

**YOUNG & ASSOCIATES**

　/s/ Sara K. MacWilliams
27725 Stansbury Boulevard, Suite 125
Farmington Hills, Michigan 48334
248.353.8620
efiling@youngpc.com
P67805