UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## ORDER ALLOWING WITHDRAWAL AS COUNSEL FOR SOME OF THE DETROIT PUBLIC SAFETY UNIONS

This matter is before the Court upon the Motion Regarding Withdrawal as Counsel (the "Motion"), notice of the Motion has been duly served upon all required parties. No objections to the Motion have been filed.

The Court is advised in the premises and finds good cause for granting the relief requested by the Motion.

NOW, THEREFORE,

IT IS HEREBY ORDERED that the firm of Erman, Teicher, Zucker & Freedman, P.C. may withdraw as counsel of record for the Detroit Police Command Officers Association and the Detroit Police Lieutenants and Sergeants Association.

It is further ordered that any deadlines applicable to the DPCOA and the DPCLSA within the next 14 days are extended for fourteen (14) days to allow the DPCOA and the DPLSA to obtain substitute counsel.

.

**Signed on May 12, 2014**

                                                                          /s/ Steven Rhodes
                                                           **Steven Rhodes**
                                                           **United States Bankruptcy Judge**