In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor____/   Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Lorraine DeRose Demchak
hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. (I)/we am/are interested in the Bankruptcy of the City of Detroit because
I have lived in Detroit all my life and love this city but not what is happening to it.

2. (I)/ we object to the above filing because:
we should not be in bankruptcy in the first place and should not have an E.M. Gov. Snyder has taken away the voting rights and decisions of the voters of Detroit and around the state of Michigan by passing a new law after the citizens of Michigan voted down the original E.M. law.

3. I have/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: LORRAINE M. DeRose Demchak
Signature: Lorraine Demchak
Address: 723 Delaware
Detroit, Mich. 48202
Email: LMDEMCHAK@yahoo.com

Dated: Monday, ~~April 28, 2014~~
May 12, 2014

Objection to City of Detroit's Plan of Adjustment
(Docket 2708)

The State of Michigan owes Detroit money that Gov. Snyder is withholding. He has ulterior motives for putting Detroit into bankruptcy. He wanted Belle Isle — now he has it. I feel many other things are on his agenda.

The citizens of Detroit deserve more than what we're getting. The employees and retirees deserve better too. I am a retiree from U.A.W. I know that if my retirement income would be cut as that threatened by this Plan of Adjustment and Kevyn Orr for the retirees of Detroit Police and Firemen and other city workers I would be in very dire straits.

The City is paying Kevyn Orr & other consultants millions of dollars in costs which could have been used to clean up our city, Belle Isle, etc and tear down abandoned buildings, instead of paying lawyers. We the citizens of Detroit are being raped by the Governor & Kevyn Orr and taking over or "authoritizing" all our assets.

I object to the Plan of Adjustment, the EM law, and feel the EM law is illegal since the majority of counties in Michigan had voted down the EM law in the first place.

Michigan.