UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------x
:
In re                                : Chapter 9
:
CITY OF DETROIT, MICHIGAN,           : Case No. 13-53846
:
       Debtor.                       : Hon. Steven W. Rhodes
:
:
---------------------------------------------------x

**THE DETROIT POLICE OFFICERS ASSOCIATION'S
AND DETROIT FIRE FIGHTERS ASSOCIATION'S LIST
OF FACT WITNESSES RELATED TO THE
PROPOSED PLAN FOR THE ADJUSTMENT OF DEBTS**

Detroit Police Officers Association (the "DPOA") and the Detroit Fire Fighters Association (the "DFFA"), by their attorneys, Erman, Teicher, Zucker & Freedman, P.C., and in accordance with this Court's Fourth Amended order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment [Docket No. 4202] (the "Scheduling Order"), hereby submit their list of fact witnesses and identify the subject that each witness will address:

1. The DPOA and DFFA identify the following individuals, exclusive of those to be offered for rebuttal purposes, as fact witnesses that they may call at the hearing on the proposed plan for the adjustment of the City's debts (the "Plan")

    a. Mark Diaz, DPOA President

b. Bernard Cybulski, DPOA Vice President

c. Donna Latouf, DPOA Secretary Treasurer

d. Linda Broden, DPOA Sergeant at Arms

e. George Braxton, DPOA Grievance Chairperson

f. Scott Barrick, DPOA Grievance Committeeperson

g. Stacey Cavin, DPOA Grievance Committeeperson

h. Jeffrey Pegg, DFFA President

i. Teresa S. Sanderfer, DFFA Vice President

j. Martin A. McClung, II, DFFA Secretary

k. Robert A. Shinske, DFFA Treasurer

The foregoing witnesses may testify on issues related to feasibility and the ability of the City to execute its Plan of Adjustment, including its ability to provide effective police and fire services to the City.

l. Detroit Fire Department Battalion Chief and Trustee for PFRS George Orzech

The forgoing witness may testify regarding matter related to the Police and Fire Retirement System of the City of Detroit

2. Both the DPOA and DFFA reserve the right to call and cross-examine any witnesses listed by the City, the Retirement Systems, the Retiree Committee, the DPLSA, the DPCOA, and/or any other objecting party.

3. Both the DPOA and DFFA reserve the right to supplement the testimony topics associated with each witness referenced above, and reserve the right to supplement their list of fact witnesses as may be necessary.

ERMAN, TEICHER, ZUCKER & FREEDMAN, P.C.

By: */s/ Barbara A. Patek*
Barbara A. Patek (P34666)
Counsel for the Detroit
Public Safety Unions
400 Galleria Officentre, Suite 444
Southfield, MI 48034
Telephone: (248) 827-4100
Facsimile: (248) 827-4106
E-mail: bpatek@ermanteicher.com

GREGORY, MOORE, JEAKLE & BROOKS, PC
James M. Moore (P17929)
Counsel for the DPOA
65 Cadillac Square, Suite 3727
Detroit, MI 48226-2893
Telephone: (313) 964-5600
Facsimile: (313) 964-2125
E-mail: jim@unionlaw.net

LEGGHIO & ISRAEL, PC
Christopher P. Legghio (P27378)
Counsel for the DFFA
306 S. Washington, Suite 600
Royal Oak, MI 48067
Telephone: 248 398 5900 x 1131
Facsimile: 248 398 2662
E-mail: CPL@legghioisrael.com

Dated: May 12, 2014

F:\CHAP 9\DETROIT\Plan of Adjustment\discovery materials\DFFA DPOA witness list.docx

# CERTIFICATE OF SERVICE

The undersigned certifies that on May 12, 2014 the Detroit Police Officers Association's and Detroit Fire Fighters Association's List of Fact Witnesses Related to the Proposed Plan for the Adjustment of Debts was electronically filed with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the CM/ECF System, which will send notification of such filing to the Debtor and to all attorneys and parties of record registered electronically.

/s/ Barbara A. Patek
BARBARA A. PATEK (P34666)
Erman, Teicher, Miller,
Zucker & Freedman, P.C.
400 Galleria Officentre, Ste. 444
Southfield, MI 48034
Telephone: 248-827-4100
Facsimile: 248-827-4106
Email: bpatek@ermanteicher.com

Dated: May 12, 2014