UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:  )
 )
CITY OF DETROIT, MICHIGAN,  ) Chapter 9
Debtor.  ) Case No: 13-53846
 ) Hon. Steven W. Rhodes
 )
 )

# CARLTON CARTER, BOBBY JONES, RODERICK HOLLER AND RICHARD T. WEATHERLY'S LIST OF FACT WITNESSES

NOW COME Creditors, Carlton Carter, Bobby Jones, Roderick Holley and Richard T. Weatherly, (collectively, the "Court Officers"), by their attorneys, Resnick & Moss, P.C., and hereby submit the following list of potential fact witnesses for use relative to the above matter regarding their Objections to the City of Detroit's 4th Amended Plan for the Adjustment of Debts:

| No. | Witness | Testimony Topics, may include, but not limited to: |
|---|---|---|
| 1 | Carlton Carter | Nature and status of litigation between 36th District Court and the Court Officers. |
| 2 | Bobby Jones | Nature and status of litigation between 36th District Court and the Court Officers. |
| 3 | Roderick Holley | Nature and status of litigation between 36th District Court and the Court Officers. |
| 4 | Richard T. Weatherly | Nature and status of litigation between 36th District Court and the Court Officers. |
| 5 | Robert Fetter, Esq., Attorney for AFSCME Local 3308 and Local 971, Miller Cohen PLC | Nature and status of litigation between 36th District Court and the Court Officers. |

| | | |
|---|---|---|
| 6 | Hon. Michael Talbot, Special Judicial Administrator for the 36th District Court | Operations, Budget and Finances of the 36th District Court; nature and status of litigation between 36th District Court and the Court Officers. |
| 7 | Kelli Moore Owen, Court Administrator for the 36th District Court | Operations, Budget and Finances of the 36th District Court; nature and status of litigation between 36th District Court and the Court Officers between 36th District Court and the Court Officers. |
| 8 | Retired Chief Judge Marilyn Atkins | Nature and status of litigation between 36th District Court and the Court Officers. Operations, Budget and Finances of the 36th District Court; nature and status of litigation between 36th District Court and the Court Officers. |
| 9 | Former HR Director of the 36th District Court, Jane Meadows | Nature and status of litigation between 36th District Court and the Court Officers. Operations, Budget and Finances of the 36th District Court; nature and status of litigation between 36th District Court and the Court Officers. |
| 10 | Prior 36th District Court Administrator, Otis Davis | Nature and status of litigation between 36th District Court and the Court Officers. Operations, Budget and Finances of the 36th District Court; nature and status of litigation between 36th District Court and the Court Officers. |
| 11 | Hon. Alica Jones-Coleman, 36th District Court Judge | Nature and status of litigation between 36th District Court and the Court Officers. Operations, Budget and Finances of the 36th District Court; nature and status of litigation between 36th District Court and the Court Officers. |
| 12 | Constance Allen, prior attorney for the 36th District Court | Nature and status of litigation between 36th District Court and the Court Officers. Operations, Budget and Finances of the 36th District Court; nature and status of litigation between 36th District Court and the Court Officers. |
| 13 | A corporate representative of the City pursuant to Fed. R. Civ. P. 30(b)(6) | Operations, Budget and Finances of the 36th District Court; Responsibility of the State of Michigan and the City of Detroit to pay the operating expenses of the 36th District Court and the effect of such expenses on the plan. |
| 14 | Any custodian of records of the City necessary to authenticate documents. | Identify & authenticate documents identified and/or produced during discovery. |
| 15 | A corporate representative of the 36th District Court pursuant to Fed. R. Civ. P. 30(b)(6) | Operations, Budget and Finances of the 36th District Court; Responsibility of the State of Michigan and the City of Detroit to pay the operating expenses of the 36th District Court and the effect of such expenses on the plan. |

| 16  | Any custodian of records of the 36th District Court necessary to authenticate documents. | Identify & authenticate documents identified and/or produced during discovery. |
|-----|---|---|
| 17  | Any fact witnesses identified by the City and/or by any other objecting party. | Any fact or document relevant to the objections filed by the Court Officers. As these witnesses are not under the control of the Court Officers, their testimony cannot be indicated at this time. |
| 18  | Any fact witnesses identified by the 36th District Court or by any other objecting party. | Any fact or document relevant to the objections filed by the Court Officers. As these witnesses are not under the control of the Court Officers, their testimony cannot be indicated at this time. |
| 19  | Any witnesses necessary for rebuttal. | Any fact or document relevant to the objections filed by the Court Officers. As these witnesses are not under the control of the Court Officers, their testimony cannot be indicated at this time. |
| 20. | As Discovery is on-going, Creditors reserve the right to supplement this witness list if additional witnesses become known through Discovery | |

*/s/ H. Nathan Resnick*
H. Nathan Resnick (P42424)
Mark E. Bredow (P49744)
Resnick & Moss, P.C.
Attorneys for Carlton Carter, Bobby Jones, Roderick Holley and Richard T. Weatherly
40900 Woodward Avenue, Suite 111
Bloomfield Hills, MI 48304
Phone: 248-642-5400
Email: hnresnick@resnicklaw.net

Dated: May 12, 2014

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:                                      )
                                            )
CITY OF DETROIT, MICHIGAN,                  )    Chapter 9
Debtor.                                     )    Case No: 13-53846
                                            )    Hon. Steven W. Rhodes
                                            )
                                            )

## CERTIFICATE OF SERVICE OF
## CARLTON CARTER, BOBBY JONES, RODERICK HOLLER &
## RICHARD T. WEATHERLY'S WITNESS LIST

Counsel for Carlton Carter, Bobby Jones, Roderick Holler and Richard T. Weatherly certifies that on May 12, 2014, a copy of their Witness List was filed electronically with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, via the Court's ECF system, which will send electronic notification of such filing to Debtor's counsel, all attorneys listed on the ECF system, and interested parties of record.

                Respectfully Submitted,

                /s/ H. Nathan Resnick
                H. Nathan Resnick (P42424)
                Resnick & Moss, P.C.
                Attorneys for Carlton Carter, Bobby Jones,
                Roderick Holley and Richard T. Weatherly
                40900 Woodward Avenue, Suite 111
                Bloomfield Hills, MI 48304
                Phone: 248-642-5400
                Email: hnresnick@resnicklaw.net

Dated: May 12, 2014