UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| In re: | ) |
|  | ) Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN | ) |
|  | ) Chapter 9 |
| Debtor | ) |
|  | ) Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 12, 2014, County of Macomb, Michigan, a Michigan Constitutional corporation, by and through its County Agency, the Macomb County Public Works Commissioner and the Macomb Interceptor Drain Drainage District filed the following documents with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record:

- Objection of County of Macomb, Michigan, By and Through Its County Agency, the Macomb County Public Works Commissioner, and the Macomb Interceptor Drain Drainage District to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit and the Assumption of Sewer Contracts [Docket No. 4636]

- List of Fact Witnesses of County of Macomb, Michigan, By and Through Its County Agency, the Macomb County Public Works Commissioner, and the Macomb Interceptor Drain Drainage District Related to Confirmation of Plan of Adjustment [Docket No. 4641]

Dated: May 12, 2014

                DECHERT LLP

                By: /s/ Allan S. Brilliant
                Allan S. Brilliant
                Stephen M. Wolpert
                1095 Avenue of the Americas
                New York, NY 10016
                Telephone: (212) 698-3500
                Facsimile: (212) 698-3599
                allan.brilliant@dechert.com
                eric.brunstad@dechert.com
                stephen.wolpert@dechert.com

                *Attorneys for County of Macomb, Michigan*