UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re ) Chapter 9
)
CITY OF DETROIT, MICHIGAN, ) Case No. 13-53846
)
          Debtor. ) Hon. Steven W. Rhodes
)

# EX PARTE MOTION OF THE OBJECTORS FOR AN ORDER AUTHORIZING THE OBJECTORS TO FILE AN OBJECTION TO THE FOURTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT IN EXCESS OF PAGE LIMITATIONS

The creditors and parties in interest identified in footnote 1 (collectively, the "Objectors"),[1] by their undersigned attorneys, move this Court for entry of an Order authorizing them to file the *COPS Holders' Objection to Confirmation of the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit* (the "Confirmation Objection") in excess of the page limitations of Rule 7.1(d)(3)(A) of the Local Rules for the United States District Court for the Eastern District of Michigan (the "Local Rules"). In support of this *ex parte* motion, the Objectors state as follows:

1. The *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit* [Docket No. 4392] raises numerous, complex legal issues. In order for the Objectors to respond meaningfully, they will require more than 25 pages. Although the Objectors have made the Confirmation Objection as succinct as possible, under the circumstances, the Objectors cannot

---

[1] The creditors and parties in interest submitting this Objection are: Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A.; Deutsche Bank AG, London; Dexia Crédit Local; Dexia Holdings, Inc.; and FMS Wertmanagement AöR.

provide the Court with the information necessary for the full and fair adjudiciation of the matters presented within the page limits set by the Local Rules.

2. The Local Rules for the United States Bankruptcy Court for the Eastern District of Michigan (the "<u>Local Bankruptcy Rules</u>") do not appear to establish a specific page limit for confirmation objections. Local Bankruptcy Rule 9014-1(e) sets a 20-page limit for certain briefs, but Local Bankruptcy Rule 9014-1(e) does not appear to apply to confirmation objections.

3. The Local Rules do apply to proceedings in this Court. *See* Bankr. E.D. Mich. R. 9029-1(1)(a). Local Rule 7.1(d)(3)(A) provides that "[t]he text of a brief support a motion or response, including footnottes and signatures, may not exceed 25 pages. A person seeking to file a longer brief may apply *ex parte* in writing setting forth the reasons." E.D. Mich. R. 7.1(d)(3)(A).

4. The Objectors respectfully request entry of an order expanding the page limitations set forth in Local Rule 7.1(d)(3)(A) or Local Bankruptcy Rule 9014-1(e) to the extent that either of these rules apply to the Confirmation Objeciton.

WHEREFORE, the Objectors respectfully request that: (a) they be permitted to file the Confirmation Objection in excess of any page limitation that might apply; (b) the Court enter an order substantially in the form attached hereto granting the relief sought; and (c) such other and further relief to the Objectors be granted as the Court deems just.

Dated: May 12, 2014.                                        Respectfully submitted,

| | |
|---|---|
| */s/ Deborah L. Fish* | */s/ Matthew G. Summers* |
| Deborah L. Fish | Matthew G. Summers, Esquire |
| ALLARD & FISH, P.C. | BALLARD SPAHR LLP |
| 2600 Buhl Building | 919 North Market Street, 11th Floor |
| 535 Griswold | Wilmington, Delaware 19801 |
| Detroit, MI 48226 | Tel: (302) 252-4428 |
| Tel: (313) 309-3171 | Fax: (302) 252-4466 |
| E-mail: dfish@allardfishpc.com | E-mail: summersm@ballardspahr.com |
| | |
| -and- | Vincent J. Marriott, III, Esquire |
| | BALLARD SPAHR LLP |
| Thomas Moers Mayer | 1735 Market Street, 51st Floor |
| Jonathan M. Wagner | Philadelphia, Pennsylvania 19103 |
| KRAMER LEVIN NAFTALIS | Tel: (215) 864-8236 |
| & FRANKEL LLP | Fax: (215) 864-9762 |
| 1177 Avenue of the Americas | E-mail: marriott@ballardspahr.com |
| New York, NY 10036 | |
| Tel: (212) 715-9169 | -and- |
| E-mail: tmayer@kramerlevin.com | |
|         jwagner@kramerlevin.com | Howard S. Sher, Esquire (P38337) |
| | JACOB & WEINGARTEN, P.C. |
| *Counsel for Dexia Crédit Local* | Somerset Place |
| *and Dexia Holdings, Inc.* | 2301 W. Big Beaver Road, Suite 777 |
| | Troy, Michigan 48084 |
| | Tel: (248) 649-1200 |
| *Rick L. Frimmer* | Fax: (248) 649-2920 |
| Rick L. Frimmer | E-mail: howard@jacobweingarten.com |
| J. Mark Fisher | |
| Frederick J. Sperling | *Counsel for Hypothekenbank Frankfurt AG,* |
| Paul E. Greenwalt | *Hypothekenbank Frankfurt International S.A.,* |
| SCHIFF HARDIN LLP | *and Erste Europäische Pfandbrief- und* |
| 233 South Wacker Drive | *Kommunalkreditbank Aktiengesellschaft in* |
| Suite 6600 | *Luxemburg S.A.* |
| Chicago, IL 60606 | |
| Tel: (312) 258-5500 | |
| E-mail: rfrimmer@schiffhardin.com | |
|         mfisher@schiffhardin.com | |
|         fsperling@schiffhardin.com | |
|         pgreenwalt@schiffhardin.com | |
| | |
| *Counsel for FMS Wertmanagement AöR* | |

*Kenneth E. Noble*
Kenneth E. Noble
John J. Ramirez
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Tel: (212) 715-9393
E-mail: Kenneth.noble@kattenlaw.com
         john.ramirez@kattenlaw.com

*Counsel for Deutsche Bank AG, London*

4
DMEAST#18899771v.1
13-53846-tjt    Doc 4652    Filed 05/12/14    Entered 05/12/14 20:00:37    Page 4 of 5

## CERTIFICATE OF SERVICE

I, Matthew G. Summers, state that on May 12, 2014, I filed a copy of the foregoing *Ex Parte Motion of the Objectors for an Order Authorizing the Objectors to File an Objection to the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit in Excess of Page Limitations* with the Clerk of Court using the Court's ECF system and I hereby certify that the Court's ECF system has served all registered users that have appeared in the above-captioned case. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

*/s/ Matthew G. Summers*
Matthew G. Summers
E-mail: summersm@ballardspahr.com