UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | ) | |
|---|---|---|
| In re | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |
| | ) | |

**ORDER AUTHORIZING THE OBJECTORS TO FILE AN OBJECTION TO THE FOURTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT IN EXCESS OF PAGE LIMITATIONS**

This matter coming before the Court on the *Ex Parte Motion of the Objectors for an Order Authorizing the Objectors to File an Objection to the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit in Excess of Page Limitations* (the "Motion"),[1] and for good cause appearing; it is, by the United States Bankruptcy Court for the Eastern District of Michigan, hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Objectors' Confirmation Objection may be filed in excess of the applicable page limitations.

---

[1] The creditors and parties in interest submitting this Objection are: Hypothekenbank Frankfurt AG; Hypothekenbank Frankfurt International S.A.; Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A.; Deutsche Bank AG; London; Dexia Crédit Local; Dexia Holdings, Inc.; and FMS Wertmanagement AöR. Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.