# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | In Proceedings Under Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |

## WAYNE COUNTY'S WITNESS LIST IN CONNECTION WITH CONFIRMATION OF THE DEBTOR'S FOURTH AMENDED PLAN OF ADJUSTMENT

Wayne County, Michigan, a Michigan Constitutional corporation, a party-in-interest in this case, by and through its County Executive, Robert A. Ficano ("Wayne County"), states that it may call the following fact witnesses at the Confirmation Hearing:

| Number | Name | Topics: |
|---|---|---|
| 1. | Solon Phillips, Wayne County Deputy Chief of Staff to Wayne County Executive | • Plan Feasibility<br>• Debtor's Good Faith |
| 2. | Fran Moy-Johnson, Wayne County Department of Public Service, Environmental Services | • Plan Feasibility<br>• DWSD Operations and Capital Needs |
| 3. | Lyn Roberts, Wayne County Deputy CFO | • Plan Feasibility<br>• DWSD Economics |
| 4. | Kelly Cave, Chief Engineer, Wayne County Department of Environment | • DWSD Capital Needs<br>• Feasibility of continuation of DWSD in present form. |
| 5. | Elmeka Steele, Director, Wayne County Facilities Management, Department of Public Service, Environmental Services | • Plan Feasibility<br>• DWSD Operations and Capital Needs |
| 6. | Alan Helmkamp, Wayne County Assistant County Executive | • Plan Feasibility<br>• Debtor's Good Faith |

1

| | | |
|---|---|---|
| 7. | Sue F. McCormick, Director DWSD | - Plan Feasibility
- DWSD Operations
- DWSD Capital Needs
- DWSD History
- Viability of DWSD as currently operating |
| 8. | Nicolette Bateson, CFO, DWSD | - Plan Feasibility
- DWSD Operations
- DWSD Capital Needs
- DWSD History
- Viability of DWSD as currently operating |
| 9. | Bart Foster, rate consultant to DWSD | - Plan feasibility
- Effect of Plan on DWSD rates
- Effect of DWSD rates on poverty in City of Detroit |
| 10. | William Wolfson, Chief Operating and Compliance Officer and General Counsel, DWSD | - Plan feasibility
- DWSD pension obligations. |
| 11 | Kevyn D. Orr, Emergency Manager, City of Detroit | - Plan feasibility
- DWSD viability
- DWSD finances and capital needs
- Potential DWSD transactions
- DWSD operations. |
| 12. | Kenneth Buckfire, CEO and Managing Director, Miller Buckfire, City of Detroit financial advisors | - Plan feasibility
- DWSD viability
- DWSD finances and capital needs
- Potential DWSD transactions
- DWSD operations. |
| 13. | Charles M. Moore, Senior Managing Direct at Conway MacKenzie, Inc. operational restructuring advisors. | - Plan feasibility
- DWSD viability
- DWSD finances and capital needs
- Potential DWSD transactions
- DWSD operations. |
| 14. | Gaurav Malhotra, Principal of Ernst & Young LLP, financial restructuring advisors to City | - Plan feasibility
- DWSD viability
- DWSD finances and capital needs
- Potential DWSD transactions
- DWSD operations. |

| 15. | Vyto Kaunelis, OHM Advisors, advisor to City with respect to DWSD capital improvements | • Plan feasibility<br>• DWSD capital improvement needs |
| --- | --- | --- |
| 16. | James Fausone – Chairperson, DWSD Board of Water Commissioners | • Plan feasibility |
| 16. | Any witness listed on any other witness list filed | |
| 17. | Any rebuttal witnesses | |
| 18. | Any witness necessary to authenticate any documents. | |

Wayne County reserves the right to supplement the testimony topics associated with any witness and to amend its witness list as may be necessary.