**Exhibit C**

Composite Sale Order of the Finance Director of the City of Detroit
with respect to
Series 2003 Securities

**Whereas**, on May 7, 2003, the City Council (the *"City Council"*) of the City of Detroit (the *"City"*) adopted the resolution entitled in relevant part "Resolution Authorizing the Issuance and Sale of Sewage Disposal System Revenue and Revenue Refunding Bonds of the City of Detroit of Equal Standing with the City's Sewage Disposal System Revenue Bonds and Sewage Disposal System Revenue Refunding Bonds Now Outstanding and Which May Remain Outstanding, and Authorizing the Issuance and Sale of Sewage Disposal System Revenue Bonds of the City of Detroit of Junior Standing to the City's Sewage Disposal System Revenue Bonds and Sewage Disposal System Revenue Refunding Bonds Now Outstanding and Which Remain Outstanding, for the Collective Purposes of Defraying Part of the Cost of Acquiring and Constructing Replacements, Repairs, Extensions and Improvements to the City's Sewage Disposal System and Refunding Certain Sewage Disposal System Revenue Bonds" (the *"Bond Resolution"*);

**Whereas**, the Resolution was enacted pursuant to Ordinance No. 27-86, as amended (the *"Bond Ordinance"*) and Act 94, Public Acts of Michigan, 1933, as amended (*"Act 94"*); and

**Whereas**, the Resolution authorizes the Finance Director, acting on behalf of the City, to sell and deliver securities (*"Series 2003 Securities"*) by sale order within the parameters established by the Bond Resolution for the purposes set forth in the Bond Resolution as more fully stated below; and

**Whereas**, this document (the *"Sale Order"*) constitutes the exercise of the authority granted to the Finance Director in the Bond Resolution;

**Now, Therefore**, the undersigned Finance Director of the City of Detroit Orders as follows:

1.  **Sale Order Components.**

    This Sale Order consists of the following:
    - this Sale Order including exhibits and signature pages
    - the General Terms of 2003 Securities Supplement, which appears as Annex A (the *"GT Supplement"*)
    - the Variable Rate Mode Supplement and Agreement, which appears as Annex B (the *"VRM Supplement"*)
    - the FSA Supplement, which appears as Annex C

2.  **Definitions.**

    (a) Undefined capitalized terms used in this Sale Order and defined in any of the following are used in this Sale Order as defined in the following:

- the Preamble to this Sale Order
- the Bond Ordinance
- the Bond Resolution
- the GT Supplement
- the VRM Supplement

(b)  The following terms have the following respective meanings unless the context clearly otherwise requires:

"*Closing*" means, with respect to a particular Type and Priority of Securities, the delivery of such Securities to, and payment for such Securities by, the purchasers identified in the Sale Order and the other actions in connection therewith.

"*Bonds to be Refunded*" means the Securities defined as the "Bonds to be Refunded" in the Official Statement with respect to the Series 2003(A) Securities.

"*Closing Date*" means the date on which a Closing occurs.

"*Non-Provider Securities*" means all Series 2003 Securities except Securities issued to a Provider under the VRM Supplement (i.e., "*Provider Securities*").

"*Project Securities*" means all Non-Provider Securities except Refunding Securities.

"*Refunding Securities*" means all Series 2003(A) Securities of each Type for which a disposition of proceeds on the signature pages hereto is indicated to be for Refunding Purposes and equal, as to each such Type, in aggregate principal amount to the principal amount under the caption "*Disposition of Proceeds—Refunding Purposes.*"

"*Type*" means the manner in which a Series 2003 Security bears interest and includes all of the attributes provided by this Sale Order for Series 2003 Securities bearing interest in that manner. The following are the Types of Series 2003 Securities authorized by this Sale Order:

- Fixed Rate Securities
- Modal Securities
    - Variable Rate Securities
        - Short-Term Securities
            - Daily Rate Securities
            - Weekly Rate Securities
            - Flexible Rate Securities
        - Term Rate Securities
    - Modal Fixed Rate Securities
- Provider Securities

2

CONFIDENTIAL INFORMATION
CSchoch@winston.com
Detroit 7:07:2013 11:25

3. **Issuance of Series 2003 Securities; Disposition of Proceeds.**

(a) *Issuance.* It is hereby determined that Series 2003 Securities shall be issued in the aggregate principal amount equal to the sum of the principal amounts set forth on the signature pages hereto and of the Types and Priorities as therein set forth; provided that the aggregate principal amount of Series 2003 Securities shall not exceed $900,000,000, the amount set forth in the Bond Resolution; and provided further:

(1) in accordance with Section 4 of the Bond Resolution, Project Securities in the total principal amount appearing in Exhibit I to this Sale Order, but not more than $550,000,000 in aggregate principal amount, which total principal amount is determined to be the amount of Project Costs to be financed with Series 2003 Securities, plus such amounts as are necessary to pay matters ancillary thereto, such as funding Costs of Issuance and meeting Reserve Requirements; and

(2) in accordance with Section 4 of the Bond Resolution, Refunding Securities in the total principal amount appearing in Exhibit I to this Sale Order, but not more than $350,000,000 in aggregate principal amount, which total principal amount is determined to be the amount necessary to refund the Bonds to be Refunded, plus such amounts as are necessary to pay matters ancillary thereto, such as Costs of Issuance and meeting Reserve Requirements.

(b) *Disposition of Proceeds.*

(1) Proceeds of Project Securities shall be disposed of as set forth under the respective captions *"Disposition of Proceeds - New Money Purposes"* on certain of the signature pages hereto.

(2) Proceeds of Refunding Securities shall be disposed of as set forth under the respective captions *"Disposition of Proceeds - Refunding Purposes"* on certain of the signature pages hereto.

4. **Terms of Series 2003 Securities.**

The terms of the Series 2003 Securities shall be as provided in this Sale Order.

5. **Appointments.**

(a) Reference is made to the appointment in the Bond Resolution of U.S. Bank National Association as Transfer Agent for the Series 2003 Securities. As provided in the Bond Resolution, its acceptance of the duties of Transfer Agent shall be evidenced by a document filed with the Finance Director concurrently with the delivery of the Series 2003 Securities.

(b) The following appointments are made with respect to the Variable Rate Securities:

 (1) As Tender Agent..................U.S. Bank National Association

 (2) As Remarketing Agent..........UBS PaineWebber Inc.

Each of the foregoing shall evidence its acceptance of the duties of office to which it was appointed by executing the VRM Supplement.

6. **Reserve Requirements; Reserve Accounts.**

 (a) *Reserve Requirements.* The Reserve Requirements for the Series 2003 Securities are as provided in the signature pages hereto.

 (b) *Reserve Accounts.* No separate Bond Reserve Account is established for the Series 2003 Securities which are issued as Senior Lien Bonds.

7. **Limits.**

 (a) *Limitation on Amounts Coming Due in Any One Year.*

It is determined that, as of the date of the execution of each signature page hereto, the aggregate amount of interest and principal becoming due in any Fiscal Year (whether at maturity or by reason of Mandatory Redemption Requirements) on the outstanding Securities and the Series 2003 Securities described on such signature page and on each signature page executed before such signature page does not exceed the amount permitted by Sections 22, 36 and 37 of the Bond Ordinance.

 (b) *Sale and Interest Rate Limitation.*

It is determined that, as of the date of the execution of each signature page hereto,

  (1) the Series 2003 Securities described on such signature page bear interest at a rate or rates and are being sold at an aggregate net discount (distinct from any compensation to be paid to the purchasers in the form of a discount or any other costs of issuance of such Series 2003 Securities) of not greater than 10%; and

  (2) the true interest cost (*"TIC"*) of the Fixed Rate Securities is not greater than 8.00% per annum and the maximum rate per annum on any Variable Rate Securities does not exceed 12.00% per annum.

8. **Continuing Disclosure.**

 (a) Pursuant to Section 15 of the Bond Resolution, those Series 2003 Securities for which an exemption does not exist under the Rule shall be subject to the Continuing Disclosure Agreement.

4

(b) Those Series 2003 Securities for which an exemption exists under the Rule may nonetheless be made subject to the Continuing Disclosure Agreement and shall be so subject when such an exemption no longer exists.

9. **Establishment of Subaccount and Accounts.**

(a) *Construction Fund Subaccount.*

(1) A subaccount is created in the Construction Fund established by the Bond Ordinance and designated the "Construction Fund Series 2003" to be maintained as a separate depositary account by the present depositary of the Construction Fund.

(2) The amount, if any, identified as "Capitalized Expenses" in the Addendum to Signature Pages for Modal Securities shall be segregated in the Construction Fund Series 2003. An amount equal to the quarterly fee for the Liquidity Facility and the quarterly fees of the Remarketing Agent shall be transferred from the segregated Capitalized Expenses to the Operation and Maintenance Fund as of the first day of the month in which such fee becomes due. The segregated amount of Capitalized Expenses shall be applied to no other purpose.

(3) The Trustee is authorized and directed to establish the following two accounts:

(i) "Construction Fund Series 2003, Cost of Issuance Subaccount" - into which shall be deposited the portion of the proceeds of the Series 2003 Securities designated as "Cost of Issuance" and applied as provided in the Bond Ordinance; and

(ii) "Construction Fund Series 2003, Capitalized Expense Subaccount" - into which shall be deposited the portion of the proceeds of the Series 2003 Securities designated as "Capitalized Expenses" and applied as provided above.

(b) *Sinking Fund Accounts.*

Pursuant to Section 11 of the Bond Resolution, there is established in the Bond Interest and Redemption Fund an account designated "Series 2003 Term Bond Sinking Fund Account" for Series 2003 Securities designated as Senior Lien Term Bonds.

10. **Refunding Determination and Instructions.**

(a) It is determined that upon the issuance of the Refunding Securities, the proceeds of the Refunding Securities (exclusive of accrued interest) are sufficient to provide the Escrow Deposit after making provision for Issuance Costs and the Reserve Requirement to be provided from such proceeds; and, it is further determined that the benefits to the City from the refunding shall be increased by depositing amounts, if any, released from the Bond Reserve Account in the Escrow Fund as part of the Escrow Deposit in order to refund the maximum amount of Senior Lien Bonds.

CONFIDENTIAL INFORMATION
CSchoch@winston.com
Detroit 17.07.2013 11:25

(b) The Transfer Agent is hereby given irrevocable instructions to call the Bonds to be Refunded for redemption on their first available call dates or such other date as is permitted by the Escrow Agreement to be entered into for the refunding of the Bonds to be Refunded at the applicable redemption prices.

(c) U.S. Bank National Association is hereby appointed as the Escrow Agent and shall evidence its acceptance of such appointment by executing the Escrow Agreement.

11. **Sale of Series 2003 Securities.**

The Series 2003 Securities shall be sold as provided in the signature pages to this Sale Order, and, pursuant to Section 16 of the Bond Resolution, it is determined that the aggregate compensation to the purchasers named therein is not more than 1% of the original principal amount of each Type of Securities.

12. **Financial Facilities.**

(a) The commitments from the following providers of Financial Facilities are accepted with respect to the Series 2003 Securities set forth opposite the respective names of such providers. Each such Financial Facility is determined to be in the best interest of the City and the System.

| Financial Facility Provider | Applicable Series 2003 Securities |
|---|---|
| Financial Security Assurance Inc. (Bond Insurance) | Series 2003(A) |
| Financial Security Assurance Inc. (Bond Insurance) | Series 2003(B) |
| Dexia Credit Local, acting through its New York Agency (Liquidity Facility) | Series 2003(B) |

(b) The City shall enter into a Financial Facility Agreement with each of the foregoing, and this Sale Order shall be supplemented to the extent required by any of the foregoing.

13. **Interest Rate Exchange Agreement.**

(a) It is hereby determined to be cost effective to manage debt service on the below identified Series 2003 Securities by entering into an Interest Rate Exchange Agreement with the denoted counterparty.

6

CONFIDENTIAL INFORMATION
CSchoch@winston.com
Detroit 17.07.2013 11:25

| Interest Rate Exchange Agreement Counterparty | Applicable Series 2003 Securities |
|---|---|
| UBS AG | Series 2003(B) |

(b) Having been approved by the City Council in the Bond Resolution, such Interest Rate Exchange Agreement constitutes an Approved Interest Rate Exchange Agreement in accordance with Section 9 of the Bond Resolution. The Finance Director finds that the Approved Interest Rate Exchange Agreement, as executed, complies with the City's Swap Management Plan and Debt Management Plan.

(c) In connection with the Interest Rate Exchange Agreement, it is determined to be in the best interest of the City to insure against liability under certain circumstances for both scheduled payments and termination payments; accordingly, the following commitment for an insurance policy ("*Swap Insurance*") is accepted:

| Provider | Insuring Swap For |
|---|---|
| Financial Security Assurance Inc. | Series 2003(B) |

(d) As stated in the Approved Interest Rate Exchange Agreement, the City and the Counterparty have retained the right to amend the confirmation at a later date. Such amendment may be approved by an order of the Finance Director supplemental to this Sale Order without further action of the City Council.

**14. Reserve Account Valuation.**

The Reserve Accounts shall continue to be valued as provided in the Bond Ordinance as in effect on the Closing Date (which includes amendments through Ordinance 18-01 effective as of the Closing Date) notwithstanding any amendment of the Bond Ordinance (to the extent permitted thereby) that may hereafter become effective.

**15. Financial Arrangements.**

Exhibit II sets forth a schedule of financial arrangements authorized by this Sale Order and the location in this Sale Order of the agreements required by the providers of such financial arrangements.

**16. Authorization of U.S. Bank National Association.**

(a) U.S. Bank National Association, in any of its respective capacities under the Bond Resolution and this Sale Order, is authorized and directed to enter into such of the Financial Facility Agreements as require it to be a party to the same in such capacity.

(b) U.S. Bank National Association, in any of its respective capacities under the Bond Resolution and this Sale Order, is further authorized and directed to execute such other

CONFIDENTIAL INFORMATION
CSchoch@winston.com
Detroit/17:07:2013 11:25

documents, instruments and agreements as may be deemed necessary or appropriate to consummate the transactions contemplated by the Bond Resolution and this Sale Order.

[Signature Pages Follow]

CONFIDENTIAL INFORMATION
chadbourne@winston.com
Detroit/17:07:2013 11:25

*[Signature Pages to Sale Order of the Finance Director of the City of Detroit with respect to City of Detroit Sewage Disposal System Revenue and Revenue Refunding Bonds, Series 2003 relating to the below mentioned 2003 Securities]*

## Signature Pages for Fixed Rate Securities

1. **Reserve Requirements.**

    (a) Upon the issuance and delivery of the Fixed Rate Securities, the Reserve Requirements, calculated in accordance with the Bond Ordinance, are:

    Bond Reserve Account Requirement*
    | | |
    |---|---|
    | Before issuance of Series 2003 Securities | $ 78,952,227 |
    | Upon issuance of Series 2003 Securities | $130,691,935 |
    | Increase to be funded | $ 51,739,708 |

    * For all Senior Lien Bonds

    (b) The increase in the Bond Reserve Account Requirement shall be funded by a debt service reserve insurance policy in the amount of the increase in the Bond Reserve Account Requirement (subject to an increase at the times and amounts described therein) to be issued by Financial Security Assurance Inc., and the City shall enter into an Insurance Agreement with respect thereto having customary terms.

2. **Sale of Fixed Rate Securities.**

    The Fixed Rate Securities shall be sold to UBS PaineWebber Inc., acting on behalf of themselves and the other underwriters named in the Bond Purchase Agreement, dated as of the date of these Signature Pages, for the below stated purchase price.

    | | |
    |---|---|
    | Purchase Price | $ 640,441,485.86 |
    | Accrued Interest | 563,145.73 |
    | Total Purchase Price | $ 641,004,631.59 |

Fixed Rate Signature Page 1

3. **Disposition of Proceeds.**

   *New Money and Refunding Purposes*

| Disposition | New Money Amount | Refunding Amount |
|---|---|---|
| Accrued Interest Deposit to Interest and Redemption Fund | $ 377,430.38 | $ 185,715.35 |
| Capitalized Interest Deposit to Interest and Redemption Fund | 21,513,531.37 | 0.00 |
| Bond Insurance Premium | 2,321,355.02 | 853,881.98 |
| Reserve Account Surety Bond Premium | 945,104.77 | 0.00 |
| Deposit to Construction Fund Series 2003 Subaccount | | |
|     Costs of Issuance | 691,432.96 | 314,893.14 |
|     Project Costs | 392,901,286.62 | 0.00 |
| Escrow Deposit | 0.00 | 220,900,000.00 |
| Total Purchase Price | $418,750,141.12 | $222,254,490.47 |

*[Signature Appears on Fixed Rate Signature Page S-1]*

Fixed Rate Signature Page 2

*[Page Containing Signature of Finance Director to Signature Pages with Respect to Fixed Rate Securities]*

The Schedule of Terms for Fixed Rate Securities appended hereto are part of the Fixed Rate Signature Pages.

_____
Sean K. Werdlow
Finance Director
City of Detroit

May 14, 2003

Fixed Rate Signature Page S-1

CONFIDENTIAL INFORMATION
CSchoch@winston.com
Detroit/17:07:2013 11:25

Schedule of Terms
for
Fixed Rate Securities

1. **Interest Payment Dates, Record Dates and Day Count Convention.**

    (a) Interest on the Fixed Rate Securities is payable July 1, 2003, and semi-annually thereafter on each January 1 and July 1.

    (b) The record dates for Fixed Rate Securities are the 15th day of the calendar month preceding each interest payment date.

    (c) The Day Count Convention for Fixed Rate Securities is 12 30-day months in a year of 360 days.

2. **Senior Lien Bonds.**

    (a) *Principal Amount.* $599,380,000

    (b) *Priority.* Senior Lien Bonds.

    (c) *Title.* City of Detroit Sewage Disposal System Senior Lien Revenue and Revenue Refunding Bonds, Series 2003(A).

    (d) *Maturities and Interest Rates.*

The Series 2003(A) Securities shall mature on the dates and in the principal amounts and shall bear interest at the respective interest rates per annum as set forth below:

| Maturity (July 1) | Amount | Interest Rate | Yield | | Maturity (July 1) | Amount | Interest Rate | Yield | |
|---|---|---|---|---|---|---|---|---|---|
| 7/1/03 | 3,485,000 | 3.000% | 1.040% | | 7/1/16 | 12,535,000 | 5.500% | 3.710% | * |
| 7/1/04 | 21,560,000 | 3.000% | 1.095% | | 7/1/16 | 190,000 | 3.700% | 3.740% | |
| 7/1/05 | 6,495,000 | 4.000% | 1.330% | | 7/1/16 | 12,260,000 | 5.000% | 3.740% | † |
| 7/1/05 | 2,600,000 | 2.000% | 1.330% | | 7/1/17 | 13,215,000 | 5.500% | 3.790% | * |
| 7/1/06 | 3,315,000 | 2.000% | 1.600% | | 7/1/17 | 250,000 | 3.800% | 3.830% | |
| 7/1/07 | 1,670,000 | 4.000% | 2.030% | | 7/1/17 | 12,835,000 | 5.000% | 3.830% | † |
| 7/1/07 | 4,820,000 | 2.250% | 2.030% | | 7/1/18 | 13,950,000 | 5.500% | 3.870% | * |
| 7/1/08 | 18,165,000 | 5.000% | 2.330% | | 7/1/18 | 535,000 | 4.000% | 3.920% | † |
| 7/1/08 | 3,790,000 | 2.500% | 2.330% | | 7/1/18 | 13,180,000 | 5.000% | 3.920% | † |
| 7/1/09 | 14,180,000 | 5.000% | 2.620% | | 7/1/19 | 300,000 | 4.000% | 3.990% | † |
| 7/1/09 | 4,225,000 | 3.000% | 2.620% | | 7/1/19 | 13,585,000 | 5.000% | 3.990% | † |
| 7/1/10 | 18,510,000 | 5.000% | 2.940% | | 7/1/20 | 50,000 | 4.000% | 4.070% | |
| 7/1/10 | 1,615,000 | 3.000% | 2.940% | | 7/1/20 | 7,465,000 | 5.000% | 4.070% | † |
| 7/1/11 | 23,120,000 | 5.000% | 3.170% | | 7/1/21 | 7,720,000 | 5.000% | 4.160% | † |
| 7/1/11 | 1,720,000 | 3.200% | 3.170% | | 7/1/22 | 25,000 | 4.250% | 4.230% | |
| 7/1/12 | 12,300,000 | 5.000% | 3.290% | | 7/1/22 | 10,870,000 | 5.000% | 4.230% | † |
| 7/1/12 | 1,375,000 | 3.300% | 3.290% | | 7/1/23 | 1,000,000 | 4.300% | 4.310% | |
| 7/1/13 | 13,540,000 | 5.000% | 3.410% | | 7/1/23 | 7,935,000 | 5.000% | 4.310% | † |
| 7/1/13 | 1,515,000 | 3.400% | 3.410% | | 7/1/24 | 18,215,000 | 5.000% | 4.380% | † |
| 7/1/14 | 3,815,000 | 3.500% | 3.560% | * | 7/1/25 | 19,320,000 | 5.000% | 4.420% | † |
| 7/1/14 | 11,440,000 | 5.000% | 3.560% | † | 7/1/26 | 31,930,000 | 5.000% | 4.450% | † |
| 7/1/15 | 11,880,000 | 5.500% | 3.630% | * | 7/1/28 | 69,070,000 | 5.000% | 4.500% | † |
| 7/1/15 | 275,000 | 3.650% | 3.650% | | 7/1/32 | 135,740,000 | 5.000% | 4.530% | † |
| 7/1/15 | 11,795,000 | 5.000% | 3.650% | † | | | | | |

\* Non-callable
† Yield to July 1, 2013 call date

Fixed Rate Schedule Page 1

CONFIDENTIAL INFORMATION
CSchoch@winston.com
Detroit 07.07.2013 11:25

(e) **Senior Lien Term Bonds.**

The Series 2003(A) Securities maturing on July 1 2028 and July 1, 2032, are Term Securities subject to redemption on the dates and in the amounts of respective Sinking Fund Installments set forth below except that the last such date shall not be a redemption date but shall instead be the maturity date.

$69,070,000 2003(A) Bonds
Maturing July 1, 2028

| July 1 of Years | Sinking Fund Installment |
|---|---|
| 2027 | 33,750,000 |
| 2028 | 35,320,000 (maturity) |

$135,740,000 2003(A) Bonds
Maturing July 1, 2032

| July 1 of Years | Sinking Fund Installment |
|---|---|
| 2029 | 37,365,000 |
| 2030 | 39,185,000 |
| 2031 | 39,955,000 |
| 2032 | 19,235,000 (maturity) |

(f) **Optional Redemption.**

The Series 2003(A) Securities maturing on and after July 1, 2014, except for those Series 2003(A) Securities designated as non-callable in 2(d) above, are subject to redemption at the option of the City, as a whole or in part on any date on and after July 1, 2013, at a Redemption Price of 100% of the principal amount thereof plus interest to the Redemption Date.

3. **Second Lien Bonds.**

None of the Series 2003(A) Securities are Second Lien Bonds.

*[Signature Pages to Sale Order of the Finance Director of the City of Detroit with respect to City of Detroit Sewage Disposal System Revenue and Revenue Refunding Bonds, Series 2003 relating to the below mentioned 2003 Securities.]*



**Signature Pages for Modal Securities**

1. **Reserve Requirements.**

    (a) Bond Reserve Account Requirement[*]

    | | |
    |---|---|
    | Before issuance of Series 2003 Securities | $ 78,952,227 |
    | Upon issuance of Series 2003 Securities | $130,691,935 |
    | Increase to be funded | $ 51,739,708 |

    [*] For all Senior Lien Bonds

    (b) The increase in the Bond Reserve Account Requirement shall be funded by a debt service reserve insurance policy in the amount of the increase in the Bond Reserve Account Requirement (subject to an increase at the times and amounts described therein) to be issued by Financial Security Assurance Inc., and the City shall enter into an Insurance Agreement with respect thereto having customary terms.

2. **Initial Mode.**

    The Series 2003(B) Securities shall be issued as Variable Rate Securities in the Daily Mode, bearing interest at the rate set forth in a certificate of the Finance Director and delivered at the Closing.

3. **Sale of Modal Securities.**

    The Series 2003(B) Securities shall be sold to UBS PaineWebber Inc., acting on behalf of themselves and the other underwriters named in the Bond Purchase Agreement, dated as of the date of these Signature Pages, for the below stated purchase price.

    | | |
    |---|---|
    | Purchase Price | $149,571,107.83 |

Modal Securities Signature Page 1

4. **Disposition of Proceeds:**

*New Money Purposes*

| Disposition | Amount |
|---|---|
| Capitalized Interest Deposit to Interest and Redemption Fund | $ 6,877,762.50 |
| Bond and Swap Insurance Premium | 953,943.21 |
| Upfront Liquidity Facility Fee | 25,000.00 |
| Swap Insurance | 29,000.00 |
| Debt Service Reserve Surety Policy Premium | 354,414.29 |
| Deposits to Construction Fund Series 2003 Subaccount | 141,330,987.83 |

    Project Costs    $140,461,490.05
    Capitalized Expenses    492,759.56
    Costs of Issuance    376,738.22

Total Purchase Price    $149,571,107.83

*[Signature Appears on Model Securities Signature Page S-1]*

Modal Securities Signature Page 2

CONFIDENTIAL INFORMATION
CSchoch@winston.com
Detroit/17:07:2013 11:25

*[Page Containing Signature of Finance Director to Signature Pages with Respect to Variable Rate Securities]*

The Schedule of Terms for Modal Securities appended hereto are part of the Modal Signature Pages.

                                                _____
                                                Sean K. Werdlow
                                                Finance Director
                                                City of Detroit

May 22, 2003

Schedule of Terms
for
Modal Securities

1. **Interest Payment Dates, Record Dates and Day Count Convention.**

    (a) Interest on Modal Securities is payable on the Interest Payment Dates determined in accordance with the VRM Supplement.

    (b) The record dates for the Modal Securities are as provided in the VRM Supplement.

    (c) The Day Count Convention for Modal Securities is as provided in the VRM Supplement.

2. **Terms of Modal Securities.**

    (a) *Principal Amount.*   $150,000,000

    (b) *Priority.*   Senior Lien Bonds.

    (c) *Titles as Variable Rate Securities.*

    City of Detroit Sewage Disposal System Senior Lien Revenue Bonds (Variable Rate Demand), Series 2003(B).

    (d) *Maturity and Interest Rate.*

    Subject to change as provided in the VRM Supplement, the Series 2003(B) Securities shall mature on July 1, 2033, in the principal amount of $150,000,000 and shall bear interest at the rates as provided in the VRM Supplement.

Modal Securities Schedule Page 1

[2.2.5.2.28] [5.22.2003 Closing Transcript Sewer Series 2003(A), (B).pdf] [Page 158 of 1542]

13-53846-tjt   Doc 4674-3   Filed 05/12/14   Entered 05/12/14 22:37:39   Page 18 of 20

Schedule of Terms
for
Modal Securities

1. **Interest Payment Dates, Record Dates and Day Count Convention.**

    (a) Interest on Modal Securities is payable on the Interest Payment Dates determined in accordance with the VRM Supplement.

    (b) The record dates for the Modal Securities are as provided in the VRM Supplement.

    (c) The Day Count Convention for Modal Securities is as provided in the VRM Supplement.

2. **Terms of Modal Securities.**

    (a) *Principal Amount.*   $150,000,000

    (b) *Priority.*   Senior Lien Bonds.

    (c) *Titles as Variable Rate Securities.*

    City of Detroit Sewage Disposal System Senior Lien Revenue Bonds (Variable Rate Demand), Series 2003(B).

    (d) *Maturity and Interest Rate.*

    Subject to change as provided in the VRM Supplement, the Series 2003(B) Securities shall mature on July 1, 2033, in the principal amount of $150,000,000 and shall bear interest at the rates as provided in the VRM Supplement.

(e) *Modal Term Securities.*

Subject to change as provided in the VRM Supplement, the Modal Securities are Term Securities subject to redemption on the dates and in the amounts of respective Sinking Fund Installments set forth below except that the last such date shall not be a redemption date but shall instead be the maturity date.

| July 1 | Sinking Fund Installments |
|---|---|
| 2032 | $ 24,500,000 |
| 2033 | $ 125,500,000 (maturity) |

CONFIDENTIAL INFORMATION
CSchoch@winston.com
Detroit4170720131125

Exhibit I

## Allocation of Principal Amounts

| Series | Project Costs* | Amount Necessary to Refund Bonds to be Refunded* |
|---|---|---|
| (Fixed Rate) Series 2003(A) | $392,901,286.62 | $220,900,000.00 |
| (Variable Rate Demand) Series 2003(B) | 140,461,490.05 | 0.00 |
| Total | $533,362,776.67 | $220,900,000.00 |

* Exclusive of such amounts as are necessary to pay matters ancillary thereto, such as Costs of Issuance, Capitalized Interest, Capitalized Expenses and meeting Reserve Requirements.

CONFIDENTIAL INFORMATION
CSchoch@winston.com
Detroit/17:07:2013 11:25