**Exhibit G**

**NEW ISSUE - Book-Entry Only (DTC)**                                                                 See "RATINGS" herein.

*In the opinion of Bond Counsel, under existing law, interest on the Warrants (i) will be excluded from gross income for federal income tax purposes if the County complies with all requirements of the Internal Revenue Code that must be satisfied subsequent to the issuance of the Warrants in order that interest thereon be and remain excluded from gross income, and (ii) will not be an item of tax preference for purposes of the federal alternative minimum tax imposed on individuals and corporations; however, such interest will be taken into account in determining adjusted current earnings for the purpose of computing the alternative minimum tax imposed on certain corporations. Bond Counsel is also of the opinion that, under existing law, interest on the Warrants will be exempt from State of Alabama income taxation. See "TAX STATUS" herein for further information.*



$$\$1,785,486,521.65$$
**JEFFERSON COUNTY, ALABAMA**
Sewer Revenue Warrants
Series 2013-A to Series 2013-F

See Inside Cover for Maturity Schedule, Interest Rates, Prices or Yields, and CUSIP Numbers

**Dated: Date of Delivery**                                        **Due: October 1, as shown on the inside cover hereof**

| | |
|---|---|
| **Defined Terms** | All capitalized terms, which are not otherwise defined on this cover page, shall have the meanings provided to such terms in this Official Statement. |
| **The Warrants** | Jefferson County, Alabama (the "County") is issuing the securities captioned above, which are collectively referred to herein as the "Warrants." |
| **Purpose** | The proceeds of the Warrants, together with cash on hand of the County, will be used to (i) refund and retire the Retired Sewer Warrants or pay past due debt service thereon, and other claims under the Plan of Adjustment, as described herein, (ii) pay the premium for the Series 2013 Insurance Policy, and (iii) pay a portion of the costs of issuing the Warrants. See "ESTIMATED SOURCES AND USES" herein. |
| **Security** | The Series 2013 Senior Lien Obligations are not general obligations of the County and are not secured by any tax revenues of the County. The Series 2013 Senior Lien Obligations are being issued as limited obligations secured by and payable from, and having a first priority lien on, the General Trust Estate, which consists of gross revenues collected from the sanitary sewer system owned and operated by the County and certain other funds and accounts created in the Indenture. Additional security for the Series 2013 Senior Lien Obligations is described herein. |
| | The Series 2013 Subordinate Lien Obligations are not general obligations of the County and are not secured by any tax revenues of the County. The Series 2013 Subordinate Lien Obligations are being issued as limited obligations secured by and payable from, and having a second priority lien on, the General Trust Estate. Additional security for the Series 2013 Subordinate Lien Obligations is described herein. |
| **Letters of Credit** | The required initial deposits to the Series 2013 Senior Lien Reserve Fund and the Series 2013 Subordinate Lien Reserve Fund will be satisfied by delivery by JPMorgan Chase Bank, National Association, to the Trustee of irrevocable standby letters of credit upon issuance of the Warrants. See "SUMMARY OF THE SERIES 2013 RESERVE FUNDS LETTERS OF CREDIT" herein. |
| **Insurance for Certain Warrants** | The scheduled payment of principal of (or, in the case of the Series 2013-B Warrants and the Series 2013-C Warrants, the Accreted Value) and interest on the Series 2013 Senior Lien Obligations when due will be guaranteed under an insurance policy to be issued concurrently with the delivery of the Series 2013 Senior Lien Obligations by ASSURED GUARANTY MUNICIPAL CORP. |

**ASSURED GUARANTY MUNICIPAL**

| | |
|---|---|
| **Redemption** | The Warrants are subject to redemption prior to maturity as described herein. |
| **Additional Obligations** | The County has reserved the right to issue additional obligations secured by and payable from the General Trust Estate on parity with the Series 2013 Senior Lien Obligations (but only for refunding purposes or for certain other limited purposes), and additional obligations secured by and payable from the General Trust Estate on parity with the Series 2013 Subordinate Lien Obligations, all as described herein. |
| **Tax Status** | For information on the tax status of the Warrants, see the italicized language at the top of this cover page. |
| **Delivery Date** | It is expected that the Warrants will be available for delivery through DTC on or about December 3, 2013. |

**This cover page contains information for quick reference only. It is not a summary of this issue. Potential investors must read the entire Official Statement to obtain information essential to making an informed investment decision. There are numerous risk factors that prospective investors should carefully consider before making an investment decision regarding the Warrants. See "RISK FACTORS" herein.**

*The Warrants are offered when, as, and if received by the Underwriters, subject to prior sale, to withdrawal or modification of the offer without notice, and to the approval of the validity thereof by Balch & Bingham LLP, Bond Counsel to the County, and certain other conditions. Certain legal matters will be passed upon for the County by Bradley Arant Boult Cummings LLP, Disclosure Counsel to the County, and for the Underwriters by Hawkins Delafield & Wood LLP and Lewis & Munday, a Professional Corporation, co-counsel to the Underwriters.*

**CITIGROUP**

| | | |
|---|---|---|
| **Merchant Capital, L.L.C.** | | **Drexel Hamilton, LLC** |
| **First Tuskegee Capital Markets** | | **Securities Capital Corporation** |
| **Jefferies** | **Loop Capital Markets, LLC** | **Morgan Stanley** |
| **RBC Capital Markets** | | **Siebert Brandford Shank & Co., L.L.C.** |

Dated: November 20, 2013

# JEFFERSON COUNTY, ALABAMA

**$395,005,000**
**Senior Lien Sewer Revenue Current Interest Warrants, Series 2013-A**

$71,575,000  5.000% Term Series 2013-A Warrants Yield 5.300% due October 1, 2044; CUSIP[1] 472682QK2
$118,430,000  5.250% Term Series 2013-A Warrants Yield 5.450% due October 1, 2048; CUSIP[1] 472682QL0
$205,000,000  5.500% Term Series 2013-A Warrants Yield 5.650% due October 1, 2053; CUSIP[1] 472682QJ5

**$54,999,963.60**
**Senior Lien Sewer Revenue Capital Appreciation Warrants, Series 2013-B**

| Maturity (October 1) | Initial Principal Amount | Accreted Value at Maturity | Price | Yield | CUSIP[1] |
|---|---|---|---|---|---|
| 2025 | $2,438,595.00 | $4,700,000 | 51.885 | 5.625% | 472682QM8 |
| 2026 | 4,567,584.00 | 9,600,000 | 47.579 | 5.875 | 472682QN6 |
| 2027 | 6,481,807.20 | 14,680,000 | 44.154 | 6.000 | 472682QP1 |
| 2028 | 4,854,262.50 | 11,875,000 | 40.878 | 6.125 | 472682QQ9 |
| 2029 | 4,483,168.75 | 11,875,000 | 37.753 | 6.250 | 472682QR7 |
| 2030 | 4,130,481.25 | 11,875,000 | 34.783 | 6.375 | 472682QS5 |
| 2031 | 3,879,206.25 | 11,875,000 | 32.667 | 6.375 | 472682QT3 |
| 2032 | 3,561,193.75 | 11,875,000 | 29.989 | 6.500 | 472682QU0 |
| 2033 | 3,340,437.50 | 11,875,000 | 28.130 | 6.500 | 472682QV8 |
| 2034 | 6,132,745.50 | 23,835,000 | 25.730 | 6.625 | 472682QW6 |
| 2035 | 5,747,108.80 | 23,840,000 | 24.107 | 6.625 | 472682QX4 |
| 2036 | 5,383,373.10 | 23,835,000 | 22.586 | 6.625 | 472682QY2 |

**$149,997,926.25**
**Senior Lien Sewer Revenue Convertible Capital Appreciation Warrants, Series 2013-C**

$26,252,184.75[a]  Term Series 2013-C Warrants, Price 53.331, Yield 6.500% due October 1, 2038; CUSIP[1] 472682RA3
$63,039,907.10[a]  Term Series 2013-C Warrants, Price 52.826, Yield 6.600% due October 1, 2042; CUSIP[1] 472682QZ9
$26,184,818.40[a]  Term Series 2013-C Warrants, Price 52.078, Yield 6.750% due October 1, 2046; CUSIP[1] 472682RB1
$34,521,016.00[a]  Term Series 2013-C Warrants, Price 51.340, Yield 6.900% due October 1, 2050; CUSIP[1] 472682RC9

---

[1] The CUSIP number shown above has been assigned by Standard & Poor's CUSIP Service Bureau, a Division of The McGraw Hill Companies, Inc., and is included solely for the convenience of the Warrantholders. Neither the Underwriters nor the County is responsible for the selection or use of the CUSIP number, nor is any representation made as to its correctness on the Warrants or as indicated herein.

[a] These are initial principal amounts. For the respective Accreted Value on the Current Interest Commencement Date, see Appendix D.

**$810,915,000**
**Subordinate Lien Sewer Revenue Current Interest Warrants, Series 2013-D**

| Maturity (October 1) | Principal Amount | Interest Rate | Yield | CUSIP[1] |
|---|---|---|---|---|
| 2015 | $ 2,285,000 | 5.000% | 2.375% | 472682RD7 |
| 2016 | 7,345,000 | 5.000 | 2.625 | 472682RE5 |
| 2017 | 12,995,000 | 5.000 | 2.875 | 472682RF2 |
| 2018 | 14,215,000 | 5.000 | 3.125 | 472682RG0 |
| 2021 | 8,745,000 | 5.000 | 4.375 | 472682RJ4 |
| 2022 | 10,980,000 | 5.000 | 4.500 | 472682RK1 |
| 2023 | 14,780,000 | 5.000 | 4.625 | 472682RH8 |

$220,005,000  6.000% Term Series 2013-D Warrants Yield 6.450% due October 1, 2042; CUSIP[1] 472682RL9
$119,570,000  7.000% Term Series 2013-D Warrants Yield 6.700%[c] due October 1, 2051; CUSIP[1] 472682RN5
$399,995,000  6.500% Term Series 2013-D Warrants Yield 6.850% due October 1, 2053; CUSIP[1] 472682RM7

**$50,271,496.05**
**Subordinate Lien Sewer Revenue Capital Appreciation Warrants, Series 2013-E**

| Maturity (October 1) | Initial Principal Amount | Accreted Value at Maturity | Price | Yield | CUSIP[1] |
|---|---|---|---|---|---|
| 2028 | $2,710,212.25 | $ 8,075,000 | 33.563 | 7.500% | 472682RW5 |
| 2029 | 4,134,832.20 | 13,465,000 | 30.708 | 7.600 | 472682RP0 |
| 2030 | 5,342,191.50 | 19,050,000 | 28.043 | 7.700 | 472682RQ8 |
| 2031 | 6,350,382.00 | 24,845,000 | 25.560 | 7.800 | 472682RR6 |
| 2032 | 7,232,469.75 | 30,825,000 | 23.463 | 7.850 | 472682RS4 |
| 2033 | 7,999,770.00 | 37,000,000 | 21.621 | 7.875 | 472682RT2 |
| 2034 | 6,231,842.80 | 31,420,000 | 19.834 | 7.920 | 472682RU9 |
| 2035 | 6,932,795.55 | 38,015,000 | 18.237 | 7.950 | 472682RV7 |
| 2036 | 3,337,000.00 | 20,000,000 | 16.685 | 8.000 | 472682RX3 |

**$324,297,135.75**
**Subordinate Lien Sewer Revenue Convertible Capital Appreciation Warrants, Series 2013-F**

$66,636,575.00[a]  Term Series 2013-F Warrants, Price 48.500, Yield 7.500% due October 1, 2039; CUSIP[1] 472682RZ8
$92,828,295.25[a]  Term Series 2013-F Warrants, Price 47.365, Yield 7.750% due October 1, 2046; CUSIP[1] 472682SA2
$164,832,265.50[a]  Term Series 2013-F Warrants, Price 46.698, Yield 7.900% due October 1, 2050; CUSIP[1] 472682RY1

---

[1] The CUSIP number shown above has been assigned by Standard & Poor's CUSIP Service Bureau, a Division of The McGraw Hill Companies, Inc., and is included solely for the convenience of the Warrantholders. Neither the Underwriters nor the County is responsible for the selection or use of the CUSIP number, nor is any representation made as to its correctness on the Warrants or as indicated herein.

[a] These are initial principal amounts. For the respective Accreted Value on the Current Interest Commencement Date, see Appendix D.

[c] Priced at the stated yield to the October 1, 2028, optional redemption date at a redemption price of 100%.