# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION – DETROIT

-------------------------------------------------- )

In re: )                          Case No. 13-53846

)

CITY OF DETROIT, MICHIGAN, )          In Proceedings Under

)                          Chapter 9

Debtor. )

)                          Hon. Steven W. Rhodes

)

-------------------------------------------------- )

**WAYNE COUNTY'S WITNESS LIST IN CONNECTION WITH CONFIRMATION OF THE
DEBTOR'S FOURTH AMENDED PLAN OF ADJUSTMENT**

Wayne County, Michigan, a Michigan Constitutional corporation, a party-in-interest in this
case, by and through its County Executive, Robert A. Ficano ("Wayne County"), states that it may call
the following fact witnesses at the Confirmation Hearing:

| Number | Name | Topics: |
|---|---|---|
| 1. | Solon Phillips, Wayne County Deputy Chief of Staff to Wayne County Executive | • Plan Feasibility<br>• Debtor's Good Faith |
| 2. | Fran Moy-Johnson, Wayne County Department of Public Service, Environmental Services | • Plan Feasibility<br>• DWSD Operations and Capital Needs |
| 3. | Lyn Roberts, Wayne County Deputy CFO | • Plan Feasibility<br>• DWSD Economics |
| 4. | Kelly Cave, Chief Engineer, Wayne County Department of Environment | • DWSD Capital Needs<br>• Feasibility of continuation of DWSD in present form. |
| 5. | Elmeka Steele, Director, Wayne County Facilities Management, Department of Public Service, Environmental Services | • Plan Feasibility<br>• DWSD Operations and Capital Needs |
| 6. | Alan Helmkamp, Wayne County Assistant County Executive | • Plan Feasibility<br>• Debtor's Good Faith |

1

| 7. | Sue F. McCormick, Director DWSD | • Plan Feasibility<br>• DWSD Operations<br>• DWSD Capital Needs<br>• DWSD History<br>• Viability of DWSD as currently operating |
|---|---|---|
| 8. | Nicolette Bateson, CFO, DWSD | • Plan Feasibility<br>• DWSD Operations<br>• DWSD Capital Needs<br>• DWSD History<br>• Viability of DWSD as currently operating |
| 9. | Bart Foster, rate consultant to DWSD | • Plan feasibility<br>• Effect of Plan on DWSD rates<br>• Effect of DWSD rates on poverty in City of Detroit |
| 10. | William Wolfson, Chief Operating and Compliance Officer and General Counsel, DWSD | • Plan feasibility<br>• DWSD pension obligations. |
| 11 | Kevyn D. Orr, Emergency Manager, City of Detroit | • Plan feasibility<br>• DWSD viability<br>• DWSD finances and capital needs<br>• Potential DWSD transactions<br>• DWSD operations. |
| 12. | Kenneth Buckfire, CEO and Managing Director, Miller Buckfire, City of Detroit financial advisors | • Plan feasibility<br>• DWSD viability<br>• DWSD finances and capital needs<br>• Potential DWSD transactions<br>• DWSD operations. |
| 13. | Charles M. Moore, Senior Managing Direct at Conway MacKenzie, Inc. operational restructuring advisors. | • Plan feasibility<br>• DWSD viability<br>• DWSD finances and capital needs<br>• Potential DWSD transactions<br>• DWSD operations. |
| 14. | Gaurav Malhotra, Principal of Ernst & Young LLP, financial restructuring advisors to City | • Plan feasibility<br>• DWSD viability<br>• DWSD finances and capital needs<br>• Potential DWSD transactions<br>• DWSD operations. |

2

| 15. | Vyto Kaunelis, OHM Advisors, advisor to City with respect to DWSD capital improvements | • Plan feasibility<br>• DWSD capital improvement needs |
|---|---|---|
| 16. | James Fausone – Chairperson, DWSD Board of Water Commissioners | • Plan feasibility |
| 16. | Any witness listed on any other witness list filed | |
| 17. | Any rebuttal witnesses | |
| 18. | Any witness necessary to authenticate any documents. | |

Wayne County reserves the right to supplement the testimony topics associated with any witness and to amend its witness list as may be necessary.

Respectfully Submitted,

BUTZEL LONG, a professional Corporation

_____/s/ Max J. Newman_____
By: Max J. Newman (P51483)
By: Beth Gotthelf (P38951)
Attorneys for Wayne County
Stoneridge West
41000 Woodward Ave
Bloomfield Hills, MI 48304
(248) 258-2907
newman@butzel.com

Dated: May 12, 2014