UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
(DETROIT)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | CASE NO.: 13-53846 |
| | ) | |
| | ) | CHAPTER 9 |
| Debtor. | ) | |
| | ) | Hon. Steven W. Rhodes |
| | ) | |

___

**JOINDER OF BLACKROCK FINANCIAL MANAGEMENT, INC. IN AMBAC ASSURANCE CORPORATION'S OBJECTION TO THE FOURTH AMENDED PLAN OF ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**
___

BlackRock Financial Management, Inc. ("**BlackRock**"), on behalf of certain managed funds and accounts, by and through its undersigned counsel, hereby joins in the *Objection to the Fourth Amended Plan of Adjustment of Debts of the City of Detroit* (the "**Ambac Objection**") filed by Ambac Assurance Corporation ("**Ambac**") [Doc. 4677].

BlackRock is a holder of certain outstanding Limited Tax General Obligation ("**LTGO**") Bonds issued by the City of Detroit (the "**City**"). As set forth in the Ambac Objection, LTGO Bonds have clear legal rights that are ignored by the City's Fourth Amended Plan of Adjustment (the "**Plan**"). The City's Plan cannot be confirmed.

BlackRock agrees with and supports the Ambac Objection. In joining in the Objection, BlackRock incorporates the arguments in it as though fully set forth herein. Accordingly, for the reasons set forth in the Ambac Objection, and for such other reasons as may be stated at any hearing, or in any supplemental briefing, BlackRock respectfully requests that this Court (i) deny the City's Plan, and (ii) provide such other and further relief as is just and equitable.

Respectfully submitted this 12th day of May, 2014.

/s/ Amy Caton_____
Amy Caton, Esq.
Greg Horowitz, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL, LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000
acaton@kramerlevin.com

and

STEINBERG SHAPIRO & CLARK

/s/ Geoffrey T. Pavlic (P53770)_____
25925 Telegraph Road
Suite 203
Southfield, MI 48033
Tel: (248) 352-4700
Fax: (248) 352-4488
pavlic@steinbergshapiro.com

*Attorneys for BlackRock Financial Management, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Joinder of BlackRock Financial Management, Inc. in Ambac Assurance Corporation's Objection to the Fourth Amended Plan of Adjustment of Debts of the City of Detroit* was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter, this 12th day of May, 2014.

/s/ *Draft*
STEINBERG SHAPIRO & CLARK
Geoffrey T. Pavlic, Esq.
25925 Telegraph Road
Suite 203
Southfield, MI 48033
Tel: (248) 352-4700
Fax: (248) 352-4488
pavlic@steinbergshapiro.com

*Attorneys for BlackRock Financial Management, Inc.*