UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

_____/

## SECOND STIPULATION FOR ENTRY OF ORDER EXTENDING BAR DATE FOR THE DETROIT INSTITUTE OF ARTS TO FILE PROOF OF CLAIM

The City of Detroit, Michigan ("Debtor") and The Detroit Institute of Arts ("DIA"), by their undersigned counsel, stipulate that Detroit and DIA have reached agreement on a settlement contained in the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 5, 2014) (Docket No. 4392) and therefore agree to entry of the attached Second Order Extending Bar Date for The Detroit Institute of Arts to File Proof of Claim.

STIPULATED AND AGREED:

HONIGMAN MILLER SCHWARTZ AND
COHN LLP
Attorneys for The Detroit Institute
Of Arts

By: /s/ Judy B. Calton
    Judy B. Calton (P38733)
    Arthur T. O'Reilly (P70406)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Telephone: (313) 465-7000
Facsimile: (313) 465-8000
Email: jcalton@honigman.com

JONES DAY
Attorneys for the City of Detroit

By: /s/ David G. Heiman
    David G. Heiman (OH 0038271)
    Heather Lennox (OH 0059649)
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: dgheiman@jonesday.com
       hlennox@jonesday.com

MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
Attorneys for the City of Detroit
    Jonathan S. Green (P33140)
    Stephen S. LaPlante (P48063)
150 West Jefferson, Suite 2500
Detroit, MI 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
Email: green@millercanfield.com
      laplante@millercanfield.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## SECOND ORDER EXTENDING BAR DATE FOR THE DETROIT INSTITUTE OF ARTS TO FILE PROOF OF CLAIM

This matter having come on to be considered upon the Second Stipulation For Entry of Order Extending Bar Date For The Detroit Institute of Arts To File Proof Of Claim by the City of Detroit ("**Debtor**") and The Detroit Institute of Arts ("**DIA**"), no further notice or hearing being required, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that, solely with respect to DIA, the General Bar Date established in the "Order, Pursuant To Sections 105, 501 And 503 Of The Bankruptcy Code And Bankruptcy Rules 2002 And 3003(C), Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof" entered November 21, 2013 (ECF 1782) (the "Bar Date Order") shall be extended to permit DIA to file a proof of claim against the Debtor through and including 4:00 p.m., Eastern Time, on August 15, 2014. All other terms and conditions set forth in the Bar Date Order shall continue to govern.

14850898.2