# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

## CORRECTED CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2014, I caused the *Retired Detroit Police Members Association Answers to Debtor's First Set of Interrogatories [Docket No. 4556] and Answer to Debtor's First Requests for the Production of Documents [Docket No. 4553]* to be filed with the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: May 13, 2014

Respectfully Submitted,

**STROBL & SHARP, P.C.**

   */s/   Lynn M. Brimer*
LYNN M. BRIMER (P43291)
MEREDITH E. TAUNT (P69698)
MALLORY FIELD (75289)
Attorneys for the Retired Detroit
Police Members Association
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
Telephone: (248) 540-2300
Facsimile: (248) 645-2690
E-mail: lbrimer@stroblpc.com
E-mail: mtaunt@stroblpc.com
E-mail: mfield@stroblpc.com