# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# (DETROIT)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | CASE NO.: 13-53846 |
| | ) | |
| | ) | CHAPTER 9 |
| Debtor. | ) | |
| | ) | Hon. Steven W. Rhodes |
| | ) | |

___

## CORRECTED CERTIFICATE OF SERVICE

I hereby certify that the *Joinder of BlackRock Financial Management, Inc. in Ambac Assurance Corporation's Objection to the Fourth Amended Plan of Adjustment of Debts of the City of Detroit* was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter, on May 12, 2014.

                                                          /s/    Geoffrey T. Pavlic (P53770)
                                                          STEINBERG SHAPIRO & CLARK
                                                          25925 Telegraph Road
                                                          Suite 203
                                                          Southfield, MI 48033
                                                          Tel: (248) 352-4700
                                                          Fax: (248) 352-4488
                                                          pavlic@steinbergshapiro.com

                                                          *Attorneys for BlackRock Financial Management, Inc.*