**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

| | | |
|---|---|---|
| In re: | ) | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | ) | In Proceedings Under Chapter 9 |
| Debtor. | ) | Hon. Steven W. Rhodes |

**WAYNE COUNTY'S WITNESS LIST IN CONNECTION WITH CONFIRMATION OF THE DEBTOR'S FOURTH AMENDED PLAN OF ADJUSTMENT**

Wayne County, Michigan, a Michigan Constitutional corporation, a party-in-interest in this case, by and through its County Executive, Robert A. Ficano ("Wayne County"), states that it may call the following fact witnesses at the Confirmation Hearing:

| Number | Name | Topics: |
|---|---|---|
| 1. | Solon Phillips, Wayne County Deputy Chief of Staff to Wayne County Executive | • Plan Feasibility<br>• Debtor's Good Faith |
| 2. | Kenneth Kucel, Deputy Director, Public Services | • Plan Feasibility<br>• DWSD Operations and Capital Needs |
| 3. | Mark Abbo, Wayne County CFO | • Plan Feasibility<br>• DWSD Economics |
| 4. | Kelly Cave, Chief Engineer, Wayne County Department of Environment | • DWSD Capital Needs<br>• Feasibility of continuation of DWSD in present form. |
| 5. | Elmeka Steele, Director, Wayne County Facilities Management, Department of Public Service, Environmental Services | • Plan Feasibility<br>• DWSD Operations and Capital Needs |
| 6. | Sue F. McCormick, Director DWSD | • Plan Feasibility<br>• DWSD Operations<br>• DWSD Capital Needs |

1

| | | |
|---|---|---|
| | | - DWSD History<br>- Viability of DWSD as currently operating |
| 7. | Nicolette Bateson, CFO, DWSD | - Plan Feasibility<br>- DWSD Operations<br>- DWSD Capital Needs<br>- DWSD History<br>- Viability of DWSD as currently operating |
| 8. | Bart Foster, rate consultant to DWSD | - Plan feasibility<br>- Effect of Plan on DWSD rates<br>- Effect of DWSD rates on poverty in City of Detroit |
| 9. | William Wolfson, Chief Operating and Compliance Officer and General Counsel, DWSD | - Plan feasibility<br>- DWSD pension obligations. |
| 10 | Kevyn D. Orr, Emergency Manager, City of Detroit | - Plan feasibility<br>- DWSD viability<br>- DWSD finances and capital needs<br>- Potential DWSD transactions<br>- DWSD operations. |
| 11. | Kenneth Buckfire, CEO and Managing Director, Miller Buckfire, City of Detroit financial advisors | - Plan feasibility<br>- DWSD viability<br>- DWSD finances and capital needs<br>- Potential DWSD transactions<br>- DWSD operations. |
| 12. | Charles M. Moore, Senior Managing Director at Conway MacKenzie, Inc. operational restructuring advisors. | - Plan feasibility<br>- DWSD viability<br>- DWSD finances and capital needs<br>- Potential DWSD transactions<br>- DWSD operations. |
| 13. | Gaurav Malhotra, Principal of Ernst & Young LLP, financial restructuring advisors to City | - Plan feasibility<br>- DWSD viability<br>- DWSD finances and capital needs<br>- Potential DWSD transactions<br>- DWSD operations. |
| 14. | Vyto Kaunelis, OHM Advisors, advisor to City with respect to DWSD capital improvements | - Plan feasibility<br>- DWSD capital improvement needs |

| 15. | James Fausone – Chairperson, DWSD Board of Water Commissioners | • Plan feasibility |
|---|---|---|
| 16. | Any witness listed on any other witness list filed | |
| 17. | Any rebuttal witnesses | |
| 18. | Any witness necessary to authenticate any documents. | |

Wayne County reserves the right to supplement the testimony topics associated with any witness and to amend its witness list as may be necessary.

                Respectfully Submitted,

                BUTZEL LONG, a professional Corporation

                /s/ Max J. Newman
                By: Max J. Newman (P51483)
                By: Beth Gotthelf (P38951)
                Attorneys for Wayne County
                Stoneridge West
                41000 Woodward Ave
                Bloomfield Hills, MI 48304
                (248) 258-2907
                newman@butzel.com

Dated: May 13, 2014