

May 10, 2014

FILED

2014 MAY 12 A 10:54

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

US Bankruptcy Court
211 West Fort
Suite 1700
Detroit Michigan 48226

RE: Another Objection to sending out Ballots to Vote on the City of Detroit's Fourth Amended Plan/Disclosure Statement

Case 13-53846

I retired from the Detroit Public Library in 2010 after 38 years and 9 months of service. I worked longer so I would be comfortable in my retirement and maybe take a yearly vacation. I then moved from the City of Detroit to Saint Clair Shores to be near my mother who was in an Assisted Living Facility.

The one thing I thought I could always count on was my pension, after all it was protected by the Michigan Constitution. I always thought of the Michigan Constitution as our (public employees) version of the Pension Benefit Guaranty Corporation.

When there were talks of the City of Detroit filing for bankruptcy I was not too concerned, I knew Governor Snyder would pull the pensions from the bankruptcy filing in order to comply with the Michigan Constitution. The Governor fooled us again.

**I feel I'm being robbed-taking money back from over 10 years ago? For life? Hitting up one group of retirees to help fund the others? No right-not fair. I carefully planned my retirement-now for nothing.**

**I go from being scared to frustrated to just plain angry.**

Even when the City of Detroit filed for bankruptcy, and Judge Rhodes ruled that pensions could be cut, I thought whatever cuts made by the City would be made up by the State (my interpretation of the Michigan Constitution). Evidently Governor Snyder does not agree.

**How can we make an informed decision on whether to vote yes or no if we do not have all the information? We don't even know if Judge Rhodes will approve the plan after hearing all the objections. We don't know if there will be any changes. We should not**

vote until we get all the information on the settlement and everything is in place. The City is wasting money by sending the ballots out now.

I do not trust Governor Snyder, Kevin Orr, the Retirement Systems Trustees, the Retiree Committee, or the Detroit Retired City Employees Association. I am not sure about Judge Rhodes.

I am objecting to sending out ballots for voting on the fourth AMENDED DISCLOSURE STATEMENT WITH RESPECT TO AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT (May 5, 2014) based on the uncertainties of the following:

1. **Cuts 4.5%**-How was this calculated? For how long?
2. **Cost of Living**-No cola for 10 years, at 2.25% each year that adds another 20%+ to the cuts. For how long? Not fair.
3. **AFS Recoupment (clawback?)**-This is my main objection. Is this the 13th check and AFS recoupment 2003-2013? This is very confusing, is this another cut to be added to the 4.5%. How much? For how long-the rest of my life? What is it, what is the-maximum 15.5% or 20% of total pension or ASF? Is it no more than 15.5% or 20%of the monthly pension? it will be more than 15.5% if I live longer. Will this affect all retirees? I don't see the 13th check mentioned. The more recent retirees are being targeted-anyone who retired before 2003 will not be affected. How can you target one group of retirees? How will this be calculated? For how long? For life? Is that fair? NO! Will we get details for each year? This could add another 20% to 30% cut. How can you target one set of retirees? Just because you had the misfortune of being in the system from 2003-2013, and did not retire after 30 years of service, you can have your pension cut up to 15.5%? Again, not fair. This is inhumane and not fair.
4. **Library Retirees**-Since the Detroit Public Library is an independent municipal corporation run by a seven member commission. How will Library employees be affected?
5. **Sale of City Assets**-Where is the sale of assets to satisfy creditors? In a normal bankruptcy there is a sale of assets to pay the creditors; there has been no sale of City assets. In this plan the DIA basically gets a free ride; They get $20 some million a year from the millage and only pay the pledge of $10 million a year for retirees. I did not vote for the DIA millage-I do not want to fund the outrageous salaries for the DIA staff. City retirees and current employees are taking cuts while the DIA staff keep their outrageous salaries. I say sell the DIA- the building, all the paintings, the desks, the chairs, the staplers, the paperclips, etc. so City retirees and current employees do not have to take cuts. What about the golf courses? Sell them. I firmly believe that if the City sold some assets, cuts to retirees and current workers would not be necessary. All the City (K. Orr and Gov. Snyder) is doing is settling the bankruptcy on the backs of the retirees and current employees. The banks should get nothing-just as if you made an investment and it went under-you would get nothing. The banks knew the risks and are insured for the losses.. Retirees, and current employees, **earned** their pensions and their annuity savings fund. Retirees, and current employees, do not have their pensions or annuity

savings fund insured. We thought we had insurance in the Michigan Constitution but the Michigan Constitution is worthless.
6. **Health Care and VEBA-**I have not seen any information on the new agreement or on the VEBA. Is the VEBA for current retirees? Not clear. What is the coverage? What is cost?
7. **Contributors Default-**If the State (if they agree), DIA, or any of the foundations default on their pledges will our pensions be cut more? How much? How will this be calculated? If new officials are elected will these pledges hold?
8. **Banks $85 Million-**If this is approved by Judge Rhodes, can the banks (UBS and BOA) come back and sue the pension boards for the balance not paid by the City? Will that trigger further pension cuts? How much? How will this be calculated?
9. **Death Benefit and Life Insurance-**K. Orr has said he will eliminate the Death Benefit and Life Insurance for retirees. The City of Detroit is still deducting the monies from our pension checks. Where is this money going? Will we be reimbursed?

**I am asking Judge Rhodes to postpone sending out ballots to vote until all questions are answered, the Judge has ruled after hearing objections, and we have assurances from the State for their contribution.**

Respectfully,

*M. W. Baker*

Dorothy M. W. Baker
22406 Rio Vista Street
Saint Clair Shores, MI 48081
586-552-8397
Email: bakerdmw@gmail.com