# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **In re:** | ) | Chapter 9 |
| | ) | |
| **CITY OF DETROIT, MICHIGAN,** | ) | Case No. 13-53846 |
| | ) | |
| **Debtor.** | ) | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Debevoise & Plimpton LLP, the attorneys for Berkshire Hathaway Assurance Corporation.

2. On May 12, 2014, I caused true and correct copies of the *Objection of Berkshire Hathaway Assurance Corporation to Confirmation of Fourth Amended Plan for the Adjustment of Debts of the City of Detroit* [**Docket No. 4657**] (the "**BHAC Objection**") to be served by electronic mail upon the parties identified in **Exhibit A**.

3. On May 13, 2014, I caused true and correct copies of the BHAC Objection to be served by first class mail upon the parties identified in **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2014        */s/ Anna McDermott*
                                Anna McDermott
                                DEBEVOISE & PLIMPTON LLP
                                919 Third Avenue
                                New York, New York 10022

# EXHIBIT A

| | |
|---|---|
| steveramadan@gmail.com | senoritabonita@peoplepc.com |
| agarrett@miafscme.org | miag@michigan.gov |
| cphillips@miafscme.org | nayad@ayadlaw.com |
| dmalcolm@miafscme.org | marriott@ballardspahr.com |
| emcneil@miafscme.org | summersm@ballardspahr.com |
| clrncsndrs@yahoo.com | kim.robinson@bfkn.com |
| reesel@detroitmi.gov | jgregg@btlaw.com |
| afscme207@sbcglobal.net | pmears@btlaw.com |
| missnick64@hotmail.com | skhanna@berkre.com |
| afscmelocal229@ymail.com | edwin.smith@bingham.com |
| anurses@att.net | jared.clark@bingham.com |
| philphil48238@yahoo.com | steven.wilamowsky@bingham.com |
| union836@yahoo.com | marcus.marsh@bingham.com |
| afscmelocal1023@att.net | bbowman@bodmanlaw.com |
| deliaenright@hotmail.com | btrumbauer@bodmanlaw.com |
| arlene.kirby@yahoo.com | rdiehl@bodmanlaw.com |
| gvp1220@aol.com | aroth@bredhoff.com |
| presidentlocal1227@hotmail.com | jfreund@bredhoff.com |
| kingy687@detroitmi.gov | dgreenfield@bredhoff.com |
| yvonners2001@yahoo.com | wilkins@bwst-law.com |
| local2920@sbcglobal.net | hall@bwst-law.com |
| david.boyle@airgas.com | schristianson@buchalter.com |
| dfish@allardfishpc.com | express33@aol.com |
| tgraves@allardfishpc.com | howard.hawkins@cwt.com |
| atulocal26pba@aol.com | lary.stromfeld@cwt.com |
| dkorobkin@aclumich.org | mark.ellenberg@cwt.com |
| blurye@afscme.org | lary.stromfeld@cwt.com |
| martz@afscme.org | jason.jurgens@cwt.com |
| mblumin@afscme.org | ecf@lassnerlaw.com |
| agerdes@gerdesplc.com | jfischer@carsonfischer.com |
| carol.cohen@arentfox.com | rweisberg@carsonfischer.com |
| caroline.english@arentfox.com | cgrosman@carsonfischer.com |
| ralph.taylor@arentfox.com | llarose@chadbourne.com |
| emily.baver@arentfox.com | skohn@chadbourne.com |
| leah.montesano@arentfox.com | lazonia.clark@chasepaymentech.com |
| david.dubrow@arentfox.com | detroitinfo@kccllc.com |
| david.dubrow@arentfox.com | cobbm@detroitmi.gov |
| mark.angelov@arentfox.com | efeldman@clarkhill.com |
| carol.cohen@arentfox.com | rgordon@clarkhill.com |
| lisa.fenning@aporter.com | sdeeby@clarkhill.com |
| bellm1@michigan.gov | bceccotti@cwsny.com |
| jenkinsh@detroitmi.gov | pdechiara@cwsny.com |
| kingr@detroitmi.gov | tciantra@cwsny.com |
| patel@dwsd.org | mwarner@coleschotz.com |
| pghosh@dwsd.org | conlitpc@sbcglobal.net |
| m.neil@sbcglobal.net | jerry.ellis@couzens.com |
| theda3t@yahoo.com | rlevin@cravath.com |

detroit.chapter9.service@davispolk.com
dmollicone@dmms.com
jallmand@dmms.com
ksummers@dflaw.com
allan.brilliant@dechert.com
stephen.wolpert@dechert.com
melissa@demolaw.com
carole.neville@dentons.com
sam.alberts@dentons.com
dmcnamara344@aol.com
marcicampbel@gmail.com
dolunts320@detroitmi.gov
youngm604@detroitmi.gov
polo4491@aol.com
williamsa@dhcmi.org
diazm3329@gmail.com
info@drcea.org
bfagan@dibandfagan.com
dcopley@dickinsonwright.com
showell@dickinsonwright.com
abach@dickinsonwright.com
nicdun@detroitmi.gov
pamkin@detroitmi.gov
artp1@degc.org
gwlong@degc.org
navin@degc.org
bkott@lewismunday.com
heath.rosenblat@dbr.com
kristin.going@dbr.com
princel@dteenergy.com
rrose@dykema.com
sfarrell@dykema.com
stoby@dykema.com
jgatteno@comcast.net
bpatek@ermanteicher.com
czucker@ermanteicher.com
deisenberg@ermanteicher.com
eerman@ermanteicher.com
jteicher@ermanteicher.com
abby.wilkinson@faegrebd.com
mdordeski@foleymansfield.com
dbeckwith@fosterswift.com
jkamins@fosterswift.com
david.rosenzweig@nortonrosefulbright.com
melanie.kotler@nortonrosefulbright.com
tchristy@garanlucow.com

mvanoverbeke@vmtlaw.com
emajoros@glmpc.com
soconnor@glmpc.com
mail@goodmanhurwitz.com
bgoodman@goodmanhurwitz.com
ecf@gudemanlaw.com
aoreilly@honigman.com
jcalton@honigman.com
jsgroi@honigman.com
skitei@honigman.com
dadams@honigman.com
aoreilly@honigman.com
tsable@honigman.com
ayala.hassell@hp.com
ken.higman@hp.com
william.miller@iuoe324.org
pdibello@ca.ibm.com
mnicholson@uaw.net
nganatra@uaw.net
bankruptcy2@ironmountain.com
howard@jacobweingarten.com
enovetsky@jaffelaw.com
lrochkind@jaffelaw.com
phage@jaffelaw.com
jeansartre@msn.com
dpoitras@jmbm.com
jeff@iobillboard.com
apclawyer@sbcglobal.net
quinjohn@umich.edu
bberens@jonesday.com
dgheiman@jonesday.com
hlennox@jonesday.com
tawilson@jonesday.com
jbellman@jonesday.com
bbennett@jonesday.com
mike.gearin@klgates.com
john.sieger@kattenlaw.com
karen.dine@kattenlaw.com
kenneth.noble@kattenlaw.com
john.ramirez@kattenlaw.com
paige.barr@kattenlaw.com
jbank@kerr-russell.com
pwhunt@kerr-russell.com
ecf@kaalaw.com
james.sprayregen@kirkland.com
ryan.bennett@kirkland.com

stephen.hackney@kirkland.com
noah.ornstein@kirkland.com
acaton@kramerlevin.com
tmayer@kramerlevin.com
mlee@leeandcorrell.com
john.dillman@lgbs.com
bokeefe@lippittokeefe.com
rplecha@lippittokeefe.com
slevine@lowenstein.com
pgross@lowenstein.com
msl@maddinhauser.com
jeaton@cousenslaw.com
edunn@maxwelldunnlaw.com
dmzack@mcalpinepc.com
wsmith@mwe.com
wsmith@mwe.com
ncoco@mwe.com
jgadharf@mcdonaldhopkins.com
jweiner@mcdonaldhopkins.com
sgross@mcdonaldhopkins.com
jmaddock@mcguirewoods.com
jcanzano@michworklaw.com
mjkarwoski@alumni.nd.edu
laplante@millercanfield.com
fusco@millercanfield.com
rfetter@millercohen.com
green@millercanfield.com
swansonm@millercanfield.com
laplante@millercanfield.com
carlson@millercanfield.com
wwkannel@mintz.com
awalker@mintz.com
dpospiech@morganmyers.com
ejr@morganmeyers.com
brettmiller@mofo.com
lmarinuzzi@mofo.com
maria.d.giannirakis@usdoj.gov
sean.cowley@usdoj.gov
wmueller@olsmanlaw.com
eabood-carroll@orlans.com
crule@orlans.com
hmcgivern@orlans.com
hdickow@orlans.com
jhb_ecf@osbig.com
yo@osbig.com
kcornish@paulweiss.com

dkramer@paulweiss.com
rpentiuk@pck-law.com
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
dbernstein@plunkettcooney.com
dlerner@plunkettcooney.com
plannen@plunkettcooney.com
jturner@clarkhill.com
poam@poam.net
ck445polc@yahoo.com
hansberrym@detroitmi.gov
presidentjan@aol.com
jd@primeshares.com
transfer@primeshares.com
rayguzall@attorneyguzall.com
atonti@reedsmith.com
rdpffa@hotmail.com
tzamborsky@romanolawpllc.com
dromano@romanolawpllc.com
mkato@sachswaldman.com
claude.montgomery@dentons.com
simoliun@dwsd.org
jcarter@sbsco.com
bbest@schaferandweiner.com
dweiner@schaferandweiner.com
rfrimmer@schiffhardin.com
mott@schiffhardin.com
rfrimmer@schiffhardin.com
mott@schiffhardin.com
jeaton@schiffhardin.com
mfisher@schiffhardin.com
swahl@schiffhardin.com
kschneider@schneidermiller.com
bborder@sspclegal.com
langstony@gmail.com
ayoung586@comcast.net
aross@dwsd.org
dlin@seyburn.com
proberts@shawfishman.com
rfishman@shawfishman.com
ibodenstein@shawfishman.com
ggouveia@shawfishman.com
ddoyle@shawfishman.com
mreiser@shawfishman.com
lawtoll@comcast.net

A-3

10002623071

etashman@sidley.com
jbjork@sidley.com
gneal@sidley.com
gneal@sidley.com
jbendernagel@sidley.com
jbjork@sidley.com
pcanzano@sidley.com
morris@silvermanmorris.com
avery@silvermanmorris.com
dplon@sirlinlaw.com
kmiller@skjlaw.com
schneiderm7@michigan.gov
flanchers@michigan.gov
schneiderm7@michigan.gov
mistatetreasurer@michigan.gov
shapiro@steinbergshapiro.com
pavlic@steinbergshapiro.com
cbullock@sbplclaw.com
ecrowder@sbplclaw.com
swalsh@sbplclaw.com
lbrimer@stroblpc.com
mfield@stroblpc.com
mtaunt@stroblpc.com
susheelkirpalani@quinnemanuel.com
bjdelta55@gmail.com
tl214teams@ameritech.net
rliscombe@alglawpc.com
eduardo.rodriguez@bnymellon.com
johnsoncu@detroitmi.gov
bankruptcy@markowitzlegal.com
hsanders@miafscme.org
kthornbladh@gmail.com
susan.brown5@usbank.com
susan.jacobsen2@usbank.com
lawrence.bell@usbank.com
jcunningham@uaw.net
jcunningham@uaw.net
broor@detroitmi.gov
mimilaurie@yahoo.com
ltownse@detroitpubliclibrary.org
mnicholson@uaw.net
julia.caroff@usdoj.gov
jharrison@uwua.net
canderson@dwsd.org
mcqueen@dwsd.org
swilson@dwsd.org

vgflawyer@sbcglobal.net
pra@vanguardians.org
david.lemke@wallerlaw.com
courtney.rogers@wallerlaw.com
mike.paslay@wallerlaw.com
ryan.cochran@wallerlaw.com
cash@wnj.com
sgrow@wnj.com
ddozeman@wnj.com
cash@wnj.com
alfredo.perez@weil.com
gary.holtzer@weil.com
alfredo.perez@weil.com
kelly.diblasi@weil.com
billwertheimer@gmail.com
ejessad@wwrplaw.com
mrjames@wwrplaw.com
llarose@winston.com
skohn@winston.com
chardman@winston.com
sfoss@winston.com
swolfson@wolfsonbolton.com
akochis@wolfsonbolton.com
dls@wmlaborlaw.com
macwilliams@youngpc.com
quadrozzi@youngpc.com
efiling@youngpc.com
ecf@zaplc.com

A-4

100026230\v1

**EXHIBIT B**

| DESCRIPTION | COMPANY | CONTACT | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Union Representative | AFSCME Local #0023 | Attn: Robert Stokes | 600 W. Lafayette, Ste. 134 | Detroit | MI | 48226 |
| Union Representative | AFSCME Local #0312 | Attn: Phillip Douglas | 14022 Linwood | Detroit | MI | 48238 |
| Union Representative | AFSCME Local #0457 | Attn: Laurie Walker | 600 W. Lafayette, Ste. L – 104 | Detroit | MI | 48226 |
| Union Representative | AFSCME Local #1642 | Attn: Gina Thompson-Mitchell | 600 W. Lafayette, Ste. L – 123 | Detroit | MI | 48226 |
| Retiree Representative | Detroit Firemen's Fund Association | Attn: Kim Fett | 1301 Third St., Ste. 329 | Detroit | MI | 48226 |
| Retiree Representative | Detroit Police Benefit and Protective Association | Attn: Delbert R. Jennings, Sr. | 3031 W. Grand Boulevard, Ste. 405 | Detroit | MI | 48202 |
| Counsel to U.S. Bank National Association (Top 20 Creditor) | Faegre Baker Daniels LLP | Attn: Abby E. Wilkinson, Esq. | 2200 Wells Fargo Center 90 South Seventh Street | Minneapolis | MN | 55402-3901 |
| Union Representative | Field Engineers Association | Attn: Larry Hart | PO Box 252805 | West Bloomfield | MI | 48325 |
| The Office of the Governor of the State of Michigan | Governor Rick Snyder | | PO Box 30013 | Lansing | MI | 48909 |
| Counsel for IBM Credit LLC | IBM Credit LLC | Attn: Andy Gravina | Special Handling Group (MD NC317) 6303 Barfield Rd NE | Atlanta | GA | 30328 |
| Counsel to the City | Jones Day | Jeffrey B. Ellman, Esq. | 1420 Peachtree St., NE, Ste. 800 | Atlanta | GA | 30309 |
| Proposed Counsel for Committee of Unsecured Creditors | Morrison & Foerster, LLP | Attn: Brett H. Miller & Lorenzo Marinuzzi | 1290 Avenue of the Americas | New York | NY | 10104-0050 |
| Office of the United States Trustee | Office of the United States Trustee | Attn: Daniel McDermott | 211 West Fort Street, Ste. 700 | Detroit | MI | 48226 |
| Securities & Exchange Commission | Securities & Exchange Commission | Bankruptcy Section | 175 W Jackson Blvd, Ste. 900 | Chicago | IL | 60604-2815 |
| The City, c/o the Emergency Manager | The City of Detroit | Attn: Kevyn D. Orr, Emergency Manager | Coleman A. Young Municipal Center 2 Woodward Ave, Ste. 1126 | Detroit | MI | 48226 |