IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: | Chapter 9 |
|---|---|
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

### EX PARTE ORDER ALLOWING OBJECTION IN EXCESS OF PAGE LIMITS

This matter coming before the Court on Assured Guaranty Municipal Corp.'s *Ex Parte* Motion to File an Objection in Excess of Page Limit (the "*Ex Parte* Motion"); and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. The *Ex Parte* Motion is GRANTED.

2. Assured[1] is granted relief from Local Bankruptcy Rule 9014-1(e) and Local Rule 7.1(d) and may file an Objection in excess of the applicable page limitations.

.

**Signed on May 13, 2014**

                                                        /s/ Steven Rhodes
                                                        Steven Rhodes
                                                        United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the *Ex Parte* Motion.