UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
: 
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------------x

**EX PARTE ORDER AUTHORIZING
FINANCIAL GUARANTY INSURANCE COMPANY TO
FILE AN OBJECTION TO THE FOURTH AMENDED PLAN FOR THE
ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT IN EXCESS OF PAGE LIMIT**

This matter coming before the Court on the *Ex Parte Motion of Financial Guaranty Insurance Company for an Order Authorizing It to File an Objection to the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit in Excess of Page Limit* (the "Motion")[1] and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. FGIC may file its *Objection of Financial Guaranty Insurance Company to Plan for the Adjustment of Debts of the City of Detroit* in excess of the applicable page limitation.

.

**Signed on May 13, 2014**

                                                 /s/ Steven Rhodes
                                                 **Steven Rhodes
United States Bankruptcy Judge**

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.