UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                        Chapter 9

City of Detroit, Michigan,                   Case No. 13-53846

             Debtor.                            Hon. Steven W. Rhodes
_____/

## CERTIFICATE OF SERVICE

The undersigned states that she served papers as follows:

1. Documents served:    Order Allowing Withdrawal as Counsel for Some of the Detroit Public Safety Unions [Docket No. 4630]

2. Served upon:

    Mark Diaz, President, DPOA – diaz@detroitpoa.com, diazm3329@gmail.com; (313) 567-7875 (fax)

    Jim Moore, Esq. – jim@unionlaw.net; (313) 964-2125 (fax)

    Scott Brooks, Esq., scott@unionlaw.net; (313) 964-2125 (fax)

    Jeffrey Pegg, President, DFFA – jpegg344@aol.com; (313) 962-7899 (fax)

    Christopher Legghio, Esq. – CPL@legghioisrael.com; (248) 398-2662 (fax)

    Alidz Oshagan, Esq. – oshagan@legghioisrael.com; (248) 398-2662 (fax)

    Mark Young, President, DPLSA – polo4491@aol.com; (313) 961-0923 (fax)

    Peter Sudnick, Esq. – psudnick@sudnicklaw.com; petersudnick@yahoo.com; (248) 643-0417 (fax)

Aric Tosquia, President, DPCOA – tosquia@detroitmi.gov

Mary Ellen Gurewitz, Esq. – megurewitz@sachswaldman.com;
(313) 965-4602 (fax)

3. Date served: May 13, 2014

          */s/ Barbara A. Patek*
Barbara A. Patek
Erman, Teicher, Zucker & Freedman, P.C.
400 Galleria Officentre, Suite 444
Southfield, MI 48034
(248) 827-4100

F:\CHAP 9\DETROIT\certificate of service of order re withdrawal.docx