UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                Chapter 9
                                                                      Case No. 13-53846
City of Detroit, Michigan,                                            Hon. Steven W. Rhodes
    Debtor.
_____/

### Order Overruling Objection to Disclosure Statement

On May 7, 2014, Dorothy M. W. Baker filed an "Objection to City of Detroit's Fourth Amended Disclosure Statement" (Docket #4521). This objection was filed after the deadline set by the Court for filing objections to the disclosure statement. Accordingly, the objection is overruled as untimely.

.

**Signed on May 13, 2014**

                                                    **/s/ Steven Rhodes**
                                                  **Steven Rhodes**
                                                  **United States Bankruptcy Judge**