**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                                                 Chapter 9

City of Detroit, Michigan,                                   Case No. 13-53846

        Debtor.                                             Hon. Steven W. Rhodes

_____/

### Order Denying Motion of the Official Committee of Retirees
### To Compel Production of a Privilege Log (Dkt. #4511)

For the reasons stated on the record in open Court on May 12, 2013, it is hereby ordered

that the motion of the Official Committee of Retirees to compel each of Wayne, Macomb and

Oakland County, Michigan to produce a privilege log (Dkt. #4511) is denied.

.

**Signed on May 13, 2014**

                                        **/s/ Steven Rhodes**
                                  **Steven Rhodes**
                                  **United States Bankruptcy Judge**