UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
City of Detroit, Michigan,                          Case No. 13-53846
    Debtor.                      Hon. Steven W. Rhodes
_____/

## Notice Regarding Hearings Scheduled For May 15, 2014

    Notice is given that the following matters currently scheduled for hearing at 10:00 a.m. on May 15, 2014, in Bankruptcy Case No. 13-53846 and the related Adversary Proceeding No. 14-04112, shall be heard in the following order:

1. [#3925] Corrected Motion of Creditors for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code Directing the Debtor to Cooperate with Interested Parties Seeking to Conduct Due Diligence on the Art Collection Housed at the Detroit Institute of Arts filed by Creditor Financial Guaranty Insurance Company (Bankruptcy Case No. 13-53846)

2. [#11] Motion to Intervene Pursuant to Rule 7024 of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code filed by Creditor Financial Guaranty Insurance Company  (Adv. Proceeding No. 14-04112)

   [#12] Joint Motion to Intervene filed by Intervenor-Defendants Deutsche Bank AG London, FMS Wertmanagement AR, Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., Hypothenbank Frankfurt International S.A., Hypothekenbank Frankfurt AG, Dexia Holdings, Inc., Dexia Credit Local  (Adv. Proceeding No. 14-04112)

   [#25] Motion to Dismiss Adversary Proceeding Re: Lack of Subject-Matter Jurisdiction and Failure to State a Claim by Defendants Detroit General Retirement System Service Corporation, Detroit Police and Fire Retirement System Service Corporation  (Adv. Proceeding No. 14-04112)

3. [#4557] Motion to Compel Responses to Syncora's First Set of Interrogatories to the City of Detroit [Doc. No. 4036] filed by Interested Parties Syncora Capital Assurance Inc., Syncora Guarantee Inc.  (Bankruptcy Case No. 13-53846)

4. [#4508] Order Regarding Outstanding Objections to Written Discovery  (Bankruptcy Case No. 13-53846)

5. [#4202] Status Conference re Plan Confirmation Process (Fourth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (Bankruptcy Case No. 13-53846)

The hearings shall be held in Room 716, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

Signed on May 13, 2014

                                                     /s/ Steven Rhodes
                                                    Steven Rhodes
                                                    United States Bankruptcy Judge