UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                      Chapter 9
City of Detroit, Michigan,                                  Case No. 13-53846
    Debtor.                                         Hon. Steven W. Rhodes
_____/

**Order Denying Motion to Compel the Debtor to Provide
More Specific Descriptions of the Subjects That Each Fact
Witness Will Address (Dkt. #4409)**

For the reasons stated on the record in open Court on May 12, 2013, it is hereby ordered that the motion to compel the debtor to provide more specific descriptions of the subjects that each fact witness will address, filed by Syncora Capital Assurance Inc. and Syncora Guarantee Inc., (Dkt. #4409) is denied.

.

**Signed on May 13, 2014**

                                                /s/ Steven Rhodes
                                                Steven Rhodes
                                                **United States Bankruptcy Judge**