# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## FMS' LIST OF FACT WITNESSES
## RELATING TO THE CITY'S PROPOSED PLAN
## FOR THE ADJUSTMENT OF DEBTS

FMS Wertmanagement AöR ("FMS") through its counsel, identifies the following individual as a fact witness that it may call at the hearing on the City's proposed plan for the adjustment of debts (the "Plan"):

| Name/Title | Topics |
|---|---|
| Shervyn von Hoerl<br>Team Head AMA – Portfolio & Credit Risk Management Public Sector / Structured Products / Sovereigns for FMS-WS Service Company. | Mr. von Hoerl may testify regarding the 2006 COPs transactions and the amount of COPs held by FMS. |

1. Because the parties are still in the initial stages of fact discovery, FMS reserves the right to add additional fact witnesses and to supplement the testimony topics associated with the witness identified above.

2. In addition, FMS reserves the right to call at the hearing on the Plan any witnesses on the City's witness list or on any other creditor's witness list.

3. FMS also reserves the right to call any City witness as an adverse witness if the Court determines that the scope of cross-examination is limited to the scope of direct-examination.

Dated: May 13, 2014  Respectfully submitted,

**SCHIFF HARDIN LLP**

By: /s/ J. Mark Fisher
Rick L. Frimmer
rfrimmer@schiffhardin.com
J. Mark Fisher
mfisher@schiffhardin.com
Frederick J. Sperling
fsperling@schiffhardin.com
Paul E. Greenwalt
pgreenwalt@schiffhardin.com
SCHIFF HARDIN LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
Tel. 312-258-5500
Fax. 312-258-6500

*Attorneys for FMS Wertmanagement AöR*

**CERTIFICATE OF SERVICE**

      I, J. Mark Fisher, state that on May 13, 2014, I filed a copy of the foregoing FMS' List of Fact Witnesses Relating to the City's Proposed Plan for the Adjustment of Debts with the Clerk of Court using the Court's ECF system, and I hereby certify that the Court's ECF system has served all registered users that have appeared in the above-captioned case. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

                                                  /s/ J. Mark Fisher
                                                        J. Mark Fisher
                                              Email: mfisher@schiffhardin.com