IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

----------------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
----------------------------------------------------------------x

# CERTIFICATION OF HEATH D. ROSENBLAT PURSUANT TO ORDER GRANTING MOTION TO COMPEL FULL CLAWBACK OF DEBTOR'S DOCUMENT PRODUCTION AND RELATED RELIEF

**HEATH D. ROSENBLAT** hereby certifies as follows:

1. I am over the age of 18 and am an attorney with the law firm of Drinker Biddle & Reath LLP ("DBR"), counsel for Wilmington Trust, National Association ("WTNA"), as successor contract administrator and successor trustee.[1]

2. On May 7, 2014, DBR received a letter from Mary Hale of Jones Day LLP, counsel ("City's Counsel") for the City of Detroit, Michigan (the "City"), and an external hard

---

[1] Wilmington Trust, National Association, serves as successor to U.S. Bank National Association ("U.S. Bank"), as: (a) Trustee ("Trustee") under that certain Trust Agreement, dated June 2, 2005, by and among the Detroit General Retirement System Service Corporation (the "GRS Corporation"), the Detroit Police and Fire Retirement System Service Corporation (the "PFRS Corporation"), and U.S. Bank, and Contract Administrator ("Contract Administrator") under that certain Contract Administration Agreement, dated June 2, 2005, by and among the Detroit Retirement Systems Funding Trust (the "2005 Funding Trust"), the GRS Corporation, the PFRS Corporation, and U.S. Bank, regarding the issuance of Certificates of Participation Series 2005-A by the 2005 Funding Trust and the transactions contemplated thereby; and (b) Trustee under that certain Trust Agreement, dated June 12, 2006, by and among the GRS Corporation, the PFRS Corporation, and U.S. Bank, and as Contract Administrator under that certain Contract Administration Agreement, dated June 12, 2006, by and among the Detroit Retirement Systems Funding Trust 2006 (the "2006 Funding Trust"), the GRS Corporation, the PFRS Corporation and U.S. Bank, in each case, regarding the issuance of Certificates of Participation Series 2006-A and 2006-B by the 2006 Funding Trust and the transactions contemplated thereby.

drive containing the document production (the "Production") of the City in the above-captioned proceeding.

3. Additionally, DBR received a letter of May 8, 2014 from Geoffrey Irwin of City's Counsel regarding the City's inadvertent inclusion of confidential documents in the Production.

4. In accordance with the *Order Granting Motion to Compel Full Clawback of Debtor's Document Production and Related Relief* (Docket No. 4710) (the "Clawback Order"), entered May 13, 2014, DBR caused the Production (*i.e.*, the external hard drive) to be returned on May 12, 2014 to City's Counsel at 51 Louisiana Avenue, N.W., Washington, DC 20001 *via* overnight delivery. *See Heath D. Rosenblat Letter of May 12, 2014* attached hereto as Exhibit A.[2]

5. On May 13, 2014, DBR received confirmation of the overnight delivery service returning the Production to City's Counsel. *See* Exhibit B.

6. Prior to returning the Production, DBR did not upload any of the Production onto any DBR systems or hardware, or make any electronic or physical copies of the Production or any portion thereof. Additionally, DBR is not in possession of any electronic or physical copies of the Production or any portion thereof. Lastly, DBR did not create any work-product reflecting the contents of any document in the Production, or any portion thereof, and therefore has not retained any work product relating to the Production. Accordingly, DBR has complied with each of the provisions of paragraph 2 of the Clawback Order.

---

[2] The Production was sent to Geoffrey Irwin, Esq., as opposed to Mary Hale (the recipient designated by the Clawback Order), due to the fact that it was returned at the conclusion of the hearing conducted by the Bankruptcy Court on May 12, 2014, and prior to entry of the Clawback Order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct. Executed on May 13, 2014, in New York, New York.

/s/ Heath D. Rosenblat
Heath D. Rosenblat

ACTIVE/ 75461807.3                                           3

13-53846-tjt    Doc 4744    Filed 05/13/14    Entered 05/13/14 17:54:59    Page 3 of 3