# Exhibit A



Heath D. Rosenblat
212-248-3248 Direct
212-248-3141 Fax
Heath.Rosenblat@dbr.com

Law Offices

1177 Avenue of the Americas
41ST Floor
New York, NY
10036-2714

212-248-3140 phone
212-248-3141 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

Established 1849

May 12, 2014

<u>**Via Overnight Mail**</u>

Geoffrey S. Irwin
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

    Re:    In re: City of Detroit, Michigan,
             Case No. 13-53846 (E.D. Mich. Bankr.)

Dear Mr. Irwin:

We represent Wilmington Trust, National Association in the above-referenced matter. In connection with the statements made at the May 12, 2014 hearing and pursuant to the related rulings of the Bankruptcy Court concerning the document production of the City of Detroit, Michigan, we enclose the hard-drive sent to us on May 6, 2014 by Mary Hale.

Should you have any questions, please feel free to contact me.

Very truly yours,

*Heath D. Rosenblat* (signature)

Heath D. Rosenblat

HDR/ema
Enclosure