# **Exhibit B**

# Rosenblat, Heath D.

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Tuesday, May 13, 2014 9:36 AM |
| **To:** | Rosenblat, Heath D. |
| **Subject:** | FedEx Shipment 798828757571 Delivered |

_____

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Drinker Biddle & Reath LLP |
| Name: | Heath Rosenblat |
| E-mail: | Heath.Rosenblat@dbr.com |
| | |
| Message: | PSShip eMail Notification |

_____

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 185204.506054-ROSENBHD |
| Ship (P/U) date: | May 12, 2014 |
| Delivery date: | May 13, 2014 9:29 AM |
| Sign for by: | D.MURRAY |
| Delivery location: | WASHINGTON, DC |
| Delivered to: | Mailroom |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Box |
| Number of pieces: | 1 |
| Weight: | 1.00 lb. |
| Special handling/Services: | Deliver Weekday |
| | |
| Tracking number: | 798828757571 |

| Shipper Information | Recipient Information |
|---|---|
| Heath Rosenblat | Geoffrey S. Irwin |
| Drinker Biddle & Reath LLP | Jones Day |
| 1177 Avenue of the Americas | 51 LOUISIANA AVE NW |
| 41st Floor | WASHINGTON |
| New York | DC |
| NY | US |
| US | 20001 |
| 10036 | |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:35 AM CDT on 05/13/2014.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the status of this shipment online, please use the following:
https://www.fedex.com/insight/findit/nrp.jsp?tracknumbers=798828757571&language=en&opco=FX&clientype=ivpodalrt

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.