UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
: 
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
---------------------------------------------------------x

### ORDER APPROVING THE STIPULATION MODIFYING CERTAIN DEADLINES ESTABLISHED IN THE FOURTH AMENDED ORDER ESTABLISHING PROCEDURES, DEADLINES AND HEARING DATES RELATING TO THE DEBTOR'S PLAN OF ADJUSTMENT [Docket No. 4202]

The Stipulation Modifying Certain Deadlines Established in the Fourth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (the "Stipulation"),[1] having been entered into by (i) the City of Detroit and (ii) the Attorney General of the State of Michigan, Bill Schuette; the Court having reviewed the Stipulation; and the Court being fully advised in the premises;

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Stipulation or in the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (Docket No. 4392) (the "Plan").

IT IS HEREBY ORDERED THAT:

1. The Plan contemplates certain funding to be provided by the State Contribution Agreement and the DIA Settlement, subject to the fulfillment of the conditions that accompany such funding (the "Funding Commitments"). If the Funding Commitments are not made by June 20, 2014, the Attorney General shall file and serve his statement with respect to Michigan's Pension Clause and the Plan no later than June 22, 2014. If the Funding Commitments are made by June 20, 2014, but if either of Class 10 or Class 11 votes to reject the Plan, or the plan is materially modified to the detriment of holders of claims in class 10 or 11, the Attorney General shall file and serve his statement with respect to Michigan's Pension Clause and the Plan no later than July 17, 2014.

2. <u>Modification of Stipulation</u>. The terms of the Stipulation may be amended, modified or supplemented only as agreed in writing by the City and the Attorney General and by further order of this Court.

3. <u>No Other Modifications</u>. Except as modified by this stipulation and any other stipulations entered into by the City, the provisions of the Fourth

-2-
13-53846-tjt    Doc 4746    Filed 05/14/14    Entered 05/14/14 09:32:39    Page 2 of 3

Amended Scheduling Order remain in full force and effect.

.

**Signed on May 14, 2014**

                     **_/s/ Steven Rhodes_**
                     **Steven Rhodes**
                     **United States Bankruptcy Judge**