# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                              Chapter 9
City of Detroit, Michigan,                          Case No. 13-53846
    Debtor.                     Hon. Steven W. Rhodes
_____/

## Order Supplementing Order Appointing Expert

Upon request of Martha Kopacz, the Court's expert witness, and for the reasons stated on the record in open Court on May 12, 2013, it is hereby ordered:

1. The confidentiality to which this Court's order appointing expert witness refers is confidentiality that prohibits the expert witness from disclosing any matters pertaining to this case with the media or other non-parties. The confidentiality provision of that order does not prohibit the expert witness from the full disclosure of information in her report, in her deposition testimony, or in her trial testimony.

2. When the expert witness interviews a person to obtain information pursuant to her duties, an attorney who either (1) has identified that person as a witness or (2) is retained by that person's employer, may attend the interview. This attending attorney may not, however, participate in the interview in any way.

3. All information that the expert witness relies upon will be subject to disclosure in connection with the expert witness's report, deposition, and trial testimony. The expert witness may not accept any information with a promise or representation of confidentiality to the party providing that information.

4. The expert witness is authorized to retain legal counsel for the limited purposes identified in the expert witness's letter to the Court of May 8, 2014. (Dkt. #4532)

5. The City has agreed to pay the fees and expenses of the expert witness's attorney. The fees and expenses of the expert witness's attorney are subject to approval by the Court under the procedures of 11 U.S.C. § 330, the Federal Rules of Bankruptcy Procedure and this Court's local rules.

.

**Signed on May 14, 2014**

                                                    /s/ Steven Rhodes
                                                  **Steven Rhodes**
                                                  **United States Bankruptcy Judge**