UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | ) Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | ) In Proceedings Under |
| Debtor. | ) Chapter 9 |
| | ) Hon. Steven W. Rhodes |

**ORDER AUTHORIZING AMBAC TO FILE**
**AN OBJECTION IN EXCESS OF PAGE LIMITS**

This matter coming before the Court on Ambac's[1] *Ex Parte* Motion to File an Objection In Excess of Page Limits (the "*Ex Parte* Motion"), and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

1. The *Ex Parte* Motion is GRANTED.

2. Ambac is granted relief from Local Bankruptcy Rule 9014-1(e) and Local Rule 7.1(d) and may file an objection in excess of 25 pages.

**Signed on May 14, 2014**

                                                                         /s/ Steven Rhodes
                                                                        Steven Rhodes
                                                                        United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined have the meanings given to them in the *Ex Parte* Motion.