UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:  )
        )
CITY OF DETROIT, MICHIGAN,  )   Chapter 9
Debtor.  )   Case No: 13-53846
        )   Hon. Steven W. Rhodes
        )
        )

**<u>AFFIDAVIT OF COUNSEL FOR CREDITORS, CARLTON CARTER, BOBBY JONES, RODERICK HOLLER AND RICHARD T. WEATHERLY'S REGARDING COMPLIANCE WITH ORDER GRANTING MOTION TO COMPEL FULL CLAWBACK OF DEBTOR'S DOCUMENT PRODUCTION AND RELATED RELIEF</u>**

STATE OF MICHIGAN  )
                   ) SS.
COUNTY OF OAKLAND  )

Mark Bredow, of the law office of Resnick & Moss, P.C., counsel for Creditors, Carlton Carter, Bobby Jones, Roderick Holler, and Richard T. Weatherly, being first duly sworn, deposes and says as follows:

In compliance with the Court Order Granting Motion to Compel Full Clawback of Debtor's Document Production and Related Relief (Doc. 4710 entered 5/13/14), I hereby certify that on May 13, 2014:

1. I sent the hard drive containing the document production back to Jones Day, Attn: Mary Hale, at 51 Louisiana Ave., N.W., Washington, DC 20001, via overnight FedEx, Tracking No. 8996 6235 6297;

2. I purged all electronic copies made of the document production;

3. I destroyed all physical copies made of the document production; and

4. I destroyed all work-product reflecting the contents of any of the document production.

/s/ Mark E. Bredow
Mark E. Bredow (P49744)
Resnick & Moss, P.C.
Attorneys for Carlton Carter, Bobby Jones,
Roderick Holley and Richard T. Weatherly
40900 Woodward Avenue, Suite 111
Bloomfield Hills, MI 48304
Phone: 248-642-5400
Email: mbredow@resnicklaw.net

Subscribed and sworn to before me this
13th day of May, 2014.

/s/ Joan Abdelnour
Joan Abdelnour, Notary Public
Macomb County, MI, Acting in Oakland County
My Commission Expires 5/3/2018

## CERTIFICATE OF SERVICE

Counsel for Carlton Carter, Bobby Jones, Roderick Holler and Richard T. Weatherly certifies that on May 14, 2014, a copy of the foregoing Affidavit was filed electronically with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, via the Court's ECF system, which will send electronic notification of such filing to Debtor's counsel, all attorneys listed on the ECF system, and interested parties of record.

Respectfully Submitted,

/s/ Mark E. Bredow
Mark E. Bredow (P49744)
Resnick & Moss, P.C.
Attorneys for Carlton Carter, Bobby Jones,
Roderick Holley and Richard T. Weatherly
40900 Woodward Avenue, Suite 111
Bloomfield Hills, MI 48304
Phone: 248-642-5400
Email: mbredow@resnicklaw.net