UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

**CERTIFICATE OF COMPLIANCE BY THE OFFICIAL COMMITTEE OF RETIREES**

The Official Committee of Retirees of the City of Detroit, Michigan (the "Committee"), by and through counsel, hereby certifies its compliance with the Court's May 13, 2014 Order Granting Motion to Compel Full Clawback of Debtor's Document Production and Related Relief (Doc. 4710).

Specifically, the Committee has:

a. Sent to the Debtor via nationally recognized overnight courier the Debtor's May 6, 2014 document production (the "Production");

b. Purged any electronic copies made of the Production or of any portion thereof;

c. Destroyed any physical copies made of the Production or of any portion thereof;

d. Destroyed any work-product reflecting the contents of any document in the Production.

Dated: May 14, 2014                                    Respectfully submitted,

By: */s/ Sam J. Alberts*
Claude Montgomery                                      Sam J. Alberts
Carole Neville                                         Dan Barnowski
DENTONS US LLP                                         DENTONS US LLP
1221 Avenue of the Americas                            1301 K Street, NW, Suite 600 East Tower
New York, New York 10020                               Washington, DC 20005
Tel: (212) 768-6700                                    Tel: (202) 408-6400
Fax: (212) 768-6800                                    Fax: (202) 408-6399
claude.montgomery@dentons.com                          sam.alberts@dentons.com
carole.neville@dentons.com                             dan.barnowski@dentons.com

BROOKS WILKINS SHARKEY & TURCO PLLC
Matthew E. Wilkins
Paula A. Hall
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
Direct: (248) 971-1711
Cell: (248) 882-8496
Fax: (248) 971-1801
wilkins@bwst-law.com
hall@bwst-law.com

*Attorneys for the Official Committee of Retirees of the City of Detroit, Michigan*

# CERTIFICATE OF SERVICE

I, Sam J. Alberts, hereby certify that the foregoing document was filed and served via the Court's electronic case filing and noticing system on May 14, 2014.

By:    */s/ Sam J. Alberts*
       Sam J. Alberts