# Exhibit A
*Courtney M. Rogers Letter of May 13, 2014*



Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
P.O. Box 198966
Nashville, TN 37219-8966

615.244.6380 main
615.244.6804 fax
wallerlaw.com

Courtney M. Rogers
615.850.8583 direct
courtney.rogers@wallerlaw.com

May 13, 2014

**VIA UPS OVERNIGHT MAIL**

Jones Day
Attn: Mary Hale, Esq.
51 Louisiana Avenue, N.W.
Washington, DC 20001

    Re: *City of Detroit, Michigan*, United States Bankruptcy Court for the Eastern District of Michigan, Southern Division, Case No. 13-53846

Dear Ms. Hale:

In compliance with Order Granting Motion to Compel Full Clawback of Debtor's Document Production and Related Relief entered today, the referenced hard-drive is enclosed.

                            Kind regards,

                            Courtney M. Rogers

CMR:ct
Enclosure
David E. Lemke, Esq.
Heather J. Hubbard, Esq.