# Exhibit B
*Tracking Confirmation*

 **Proof of Delivery**                                           Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z3X73551591635671 |
| **Service:** | UPS Next Day Air® Early A.M.® |
| **Weight:** | 1.50 lbs |
| **Shipped/Billed On:** | 05/13/2014 |
| **Delivered On:** | 05/14/2014 7:50 A.M. |
| **Delivered To:** | WASHINGTON, DC, US |
| **Signed By:** | HARRIS |
| **Left At:** | Receiver |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  05/14/2014 10:31 A.M.  ET

Print This Page                                           Close Window



# Shipment Receipt

**Transaction Date:** 13 May 2014      **Tracking Number:**      1Z3X73551591635671

## 1  Address Information

**Ship To:**
Jones Day
Mary Hale
51 Louisiana Avenue, N.W.
WASHINGTON DC 200012105
Telephone:202-879-3939

**Ship From:**
Waller Lansden Dortch & Davis, LLP
Cathy Thomas
511 Union Street, Suite 2700
Nashville TN 37219
Telephone:615-850-8810

**Return Address:**
Waller Lansden Dortch & Davis, LLP
Cathy Thomas
511 Union Street, Suite 2700
Nashville TN 37219
Telephone:615-850-8810

## 2  Package Information

| Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|
| 1. 1.5 lbs (2.0 lbs billable) | UPS PAK | | Reference #1 - 001115<br>Client-Matter # - 010527-34721<br>Reference #3 - |

## 3  UPS Shipping Service and Shipping Options

**Service:** UPS Next Day Air Early A.M.
**Guaranteed By:** 8:00 AM Wednesday, May 14, 2014
**Shipping Fees Subtotal:** 85.09 USD
  Transportation   77.00 USD
  Fuel Surcharge   8.09 USD

## 4  Payment Information

**Bill Shipping Charges to:**   Shipper's Account 3X7355

**Daily rates were applied to this shipment**
**Total Charged:**   85.09 USD

Note: Your invoice may vary from the displayed reference rates.
* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.