UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

**CERTIFICATION OF STEPHEN C. HACKNEY PURSUANT TO THE COURT'S ORDER GRANTING MOTION TO COMPEL FULL CLAWBACK OF DEBTOR'S DOCUMENT PRODUCTION AND RELATED RELIEF**

**STEPHEN C. HACKNEY** hereby certifies as follows:

1. I am over the age of 18 and am a partner at the law firm of Kirkland & Ellis, counsel for Syncora Capital Assurance Inc. and Syncora Guaranty Inc. ("Syncora").

2. On May 6, 2014, Kirkland and Ellis received the Debtor's Production[1] in the form of a hard drive containing the documents the Debtor was producing.

3. In accordance with the the Court's *Order Granting Motion to Compel Full Clawback of Debtor's Document Production and Related Relief* [Doc. No. 4710] (the "Clawback Order"), on May 13, 2014 Kirkland & Ellis sent the

---

[1] Capitalized terms not defined herein have the meanings given to them in the Court's *Order Granting Motion to Compel Full Clawback of Debtor's Document Production and Related Relief* [Doc. No. 4710].

Production to the address specified in paragraph 2 in the Clawback Order via overnight delivery. (*See Hackney Letter to M. Hale,* attached hereto as Exhibit 1.)

4. Kirkland & Ellis received confirmation of the overnight delivery service returning the Production. (*See* Exhibit 2.)

5. Kirkland & Ellis has destroyed all electronic or physical copies of the Production or any portion of the Production. Kirkland & Ellis did not create any work product reflecting the contents of the documents in the Production. Thus, Kirkand & Ellis has complied with the provisions of paragraph 2 of Court's Clawback Order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2014          /s/ Stephen C. Hackney_____
                             Stephen C. Hackney