# **Exhibit 1**

|  |  |  |
|---|---|---|
| Stephen C. Hackney<br>To Call Writer Directly:<br>(312) 862-2157<br>stephen.hackney@kirkland.com | 300 North LaSalle<br>Chicago, Illinois 60654<br>(312) 862-2000<br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

May 13, 2014

Mary L. Hale
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

   Re: *In re City of Detroit, et al.*

Dear Ms. Hale:

  Pursuant to the Bankruptcy Court's *Order Granting Motion to Compel Full Clawback of Debtor's Document Production and Related Relief* [Doc. No. 4710] (the "Order"), enclosed please find the hard drive containing the City of Detroit's document production (the "Production") received by Kirkland & Ellis on May 7, 2014.

  This letter certifies that all electronic copies of the Production in Syncora's possession have been purged, all physical copies of the Production in Syncora's possession have been destroyed, and all work-product created reflecting the contents of any document in the Production has been destroyed, except that expressly permitted by paragraph three of the Court's Order.

              Sincerely,

              Stephen C. Hackney

SCH/dam

Enclosure

Beijing Hong Kong Houston London Los Angeles Munich New York Palo Alto San Francisco Shanghai Washington, D.C.

13-53846-tjt Doc 4768-1 Filed 05/14/14 Entered 05/14/14 11:47:50 Page 2 of 2