# **Exhibit 2**

| From: | McCarthy, Maureen Bernadette |
|---|---|
| To: | Gartel, Lally A. |
| Subject: | Fw: UPS Delivery Notification, Tracking Number 1Z6109641594755135 |
| Date: | Wednesday, May 14, 2014 8:37:00 AM |

**From**: UPS Quantum View [mailto:auto-notify@ups.com]
**Sent**: Wednesday, May 14, 2014 07:12 AM Central Standard Time
**To**: McCarthy, Maureen Bernadette
**Subject**: UPS Delivery Notification, Tracking Number 1Z6109641594755135

UPS

UPS My Choice® can help you avoid missed home deliveries.

Learn More

\*\*\*Do not reply to this e-mail. UPS and Kirkland & Ellis LLP - Chicago will not receive your reply.

**At the request of Kirkland & Ellis LLP - Chicago, this notice is to confirm that the following shipment has been delivered.**

**Important Delivery Information**

**Tracking Number:** 1Z6109641594755135
**Delivery Date / Time:** 14-May-2014 / 7:50 AM

**Delivery Location:** RECEIVER
**Signed by:** HARRIS

## Shipment Detail

**Ship To:**
Mary L. Hale
Jones Day
51 LOUISIANA AVE NW
WASHINGTON
DC
20019
US

**Number of Packages:** 1
**UPS Service:** NEXT DAY AIR EARLY AM
**Weight:** 1.0 LBS
**Reference Number 1:** 1387300002
**Reference Number 2:** 26852

© 2014 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.
For more information on UPS's privacy practices, refer to the UPS Privacy Policy.
Please do not reply directly to this e-mail. UPS will not receive any reply message.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.
Privacy Notice
Contact UPS

