UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
(DETROIT)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | CASE NO.: 13-53846 |
| | ) | |
| | ) | CHAPTER 9 |
| Debtor. | ) | |
| | ) | Hon. Steven W. Rhodes |
| | ) | |

___

**CERTIFICATION OF CRAIG L. SIEGEL PURSUANT TO ORDER GRANTING MOTION TO COMPEL FULL CLAWBACK OF DEBTOR'S DOCUMENT PRODUCTION AND RELATED RELIEF**
___

1. The undersigned counsel is counsel to Nuveen Asset Management ("Nuveen") and BlackRock Financial Management, Inc. ("BlackRock"), in the above-captioned proceedings. It is also co-counsel to the Ad Hoc Committee of DWSD Bondholders, of which Nuveen and BlackRock are members.

2. The undersigned counsel hereby certifies that it, and Nuveen and BlackRock, have complied with each of the provisions set forth in paragraph 2 of the Court's *Order Granting Motion to Compel Full Clawback of Debtor's Document Production and Related Relief* (Docket No. 4710).

I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2014.

/s/ *Craig L. Siegel*
Craig L. Siegel, Esq.
Amy Caton, Esq.
Gregory A. Horowitz, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL, LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000
csiegel@kramerlevin.com

and

STEINBERG SHAPIRO & CLARK
Geoffrey T. Pavlic, Esq.
25925 Telegraph Road
Suite 203
Southfield, MI 48033
Tel: (248) 352-4700
Fax: (248) 352-4488
pavlic@steinbergshapiro.com