UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN | Chapter 9 |
| Debtor | Hon. Steven W. Rhodes |

**CERTIFICATION OF ALLAN S. BRILLIANT REGARDING COMPLIANCE
WITH ORDER GRANTING MOTION TO COMPEL FULL CLAWBACK
OF DEBTOR'S DOCUMENT PRODUCTION AND RELATED RELIEF**

I, the undersigned, Allan S. Brilliant, pursuant to 28 U.S.C. § 1746, hereby declare and certify that:

1. I am a partner of Dechert LLP, attorneys for County of Macomb, Michigan, by and through Anthony V. Marrocco, Macomb County Public Works Commissioner, as County Agency for Water and Sewer Services under Public Act 342 of 1939 ("Macomb").

2. I hereby certify, based on my personal knowledge and the representations of others, Macomb's compliance with the Order Granting Motion to Compel Full Clawback of Debtor's Document Production and Related Relief, dated May 13, 2014 [Docket No. 4710].

3. As of May 14, 2014, Macomb has returned the media produced by the City of Detroit ("Debtor") containing the Debtor's May 6, 2014 document production ("Production") to the Debtor's counsel, Jones Day at 51 Louisiana Avenue, N.W., Washington, DC 20001, Attn: Mary Hale, by overnight courier.

4. As of May 14, 2014, Macomb has purged any electronic copies made of the Production or any portion thereof.

5. As of May 14, 2014, Macomb has destroyed any physical copies made of the Production or any portion thereof.

6. As of May 14, 2014, Macomb has destroyed any work-product reflecting the contents of any document in the Production.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2014

_____
Allan S. Brilliant

2

13-53846-tjt    Doc 4770    Filed 05/14/14    Entered 05/14/14 11:52:34    Page 2 of 2