UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                Chapter 9

City of Detroit, Michigan,                            Case No. 13-53846

       Debtor.                                 Hon. Steven W. Rhodes
_____/

**CERTIFICATION OF COUNSEL REGARDING
ORDER GRANTING MOTION TO COMPEL FULL CLAWBACK
OF DEBTOR'S DOCUMENT PRODUCTION AND RELATED RELIEF**

Pursuant to the Order Granting Motion to Compel Full Clawback of Debtor's Document Production and Related Relief entered by this Court on May 13, 2014 [Docket No. 4710], the undersigned counsel for the Detroit Fire Fighters Association (the "DFFA") and the Detroit Police Officers Association (the "DPOA") hereby certifies that the hard drive containing the Debtor's May 6, 2014 document production was sent by overnight courier to the Debtor's counsel on May 14, 2014 and that a copy of the hard drive made by labor counsel to the Detroit Fire Fighters Association was destroyed on that same date.

The undersigned counsel further certifies that at the time the hard drive was received, she represented the Detroit Police Lieutenants & Sergeants Association (The "DPLSA") and the Detroit Police Command Officers Association (the "DPCOA").

The undersigned counsel further certifies that no other electronic physical copies of the document production were made by the Detroit Public Safety Unions and no work product reflecting the contents of any document in the production was generated by any of the DFFA, DPOA, DPLSA & DPCOA.

                                                                       */s/ Barbara A. Patek*
                                                                        Barbara A. Patek
                                                                        Erman, Teicher, Zucker & Freedman, P.C.
                                                                         400 Galleria Officentre, Suite 444
                                                                         Southfield, MI 48034
                                                                         (248) 827-4100

DATED: May 14, 2014

F:\CHAP 9\DETROIT\certification of counsel.docx