UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

**NOTICE OF COMPLIANCE OF ORDER GRANTING MOTION
TO COMPEL FULL CLAWBACK OF DEBTOR'S DOCUMENT
PRODUCTION AND RELATED RELIEF**
_____

Certificattion of Compliance with May 13, 2014 Order Regarding Document Production is attached hereto as Exhibit A.

Dated: May 14, 2014.                  Respectfully submitted,


/S/Deborah L. Fish
**ALLARD & FISH, P.C.**
2600 Buhl Building
535 Griswold
Detroit, MI 48226
Telephone: (313) 961-6141
Facsimile: (313) 961-6142
dfish@allardfishpc.com
P38560

-and-


**KRAMER LEVIN NAFTALIS &
FRANKEL LLP**
Thomas Moers Mayer
Jonathan M. Wagner
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for Dexia Crédit Local and Dexia Holdings, Inc.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

**CERTIFICATION OF COMPLIANCE WITH MAY 13, 2014
ORDER REGARDING DOCUMENT PRODUCTION**

In accordance with paragraph 4 of this Court's Order entered May 13, 2014 [Doc. No. 4710], Dexia Crédit Local and Dexia Holdings, Inc., by their undersigned attorneys, certify that they have complied with and have caused their advisors in receipt of the Production to comply with, each of the provisions set forth in paragraph 2 of the order.

Dated: May 14, 2014

Respectfully submitted,

KRAMER LEVIN NAFTALIS &
FRANKEL LLP
Thomas Moers Mayer
Jonathan M. Wagner
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for Dexia Crédit Local and Dexia Holdings, Inc.*

KL2 2846345.1

EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## CERTIFICATION OF SERVICE

I, Regina Drouillard, hereby certify that on May 14, 2014, I electronically filed the following:

- Notice of Compliance of Order Granting Motion to Compel Full Clawback of Debtor's Document Production and Related Relief; and

- Certification of Compliance with May 13, 2014 Order Regarding Document Production.

with the Clerk of the Court using the ECF and I hereby certify that the Court's ECF system has served all registered users.

ALLARD & FISH, P.C.

/S/Regina Drouillard
535 Griswold
2600 Buhl Building
Detroit MI 48226
(313) 961-6141

Dated: May 14, 2014
z:\13\079\plds\notice of compliance.docx