# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| **CITY OF DETROIT, MICHIGAN,** | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

### CERTIFICATION OF MY CHI TO PURSUANT TO THE COURT'S ORDER GRANTING MOTION TO COMPEL FULL CLAWBACK OF DEBTOR'S DOCUMENT PRODUCTION AND RELATED RELIEF

1. I am over the age of 18 and am a partner at the law firm of Debevoise & Plimpton LLP, counsel for Berkshire Hathaway Assurance Corporation ("BHAC").

2. I hereby certify that, in accordance with the Court's May 13, 2014 Order Granting Motion To Compel Full Clawback of Debtor's Document Production And Related Relief [Docket No. 4710], BHAC has:

   a. Sent to Debtor's counsel, via nationally recognized overnight courier, Debtor's May 6, 2014 production (the "Production");

   b. Purged any electronic copies made of the Production or any portion thereof;

   c. Destroyed any physical copies made of the Production or any portion thereof; and

   d. Destroyed any work-product reflecting the contents of any document in the Production.

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York  /s/ My Chi To
       May 14, 2014  My Chi To