# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May 2014, I caused the *Certification of Compliance With Order Granting Motion to Compel Full Clawback of Debtor's Document Production and Related Relief on Behalf of Assured Guaranty Municipal Corp.* to be filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: New York, New York
      May 14, 2014

**CHADBOURNE & PARKE LLP**

By:   /s/ *Lawrence A. Larose*
Lawrence A. Larose
Samuel S. Kohn
Eric Daucher
Lisa Schapira
30 Rockefeller Plaza
New York, NY 10012
Telephone: (212) 408-5100
llarose@chadbourne.com
skohn@chadbourne.com
edaucher@chadbourne.com

*Attorneys for Assured Guaranty Municipal Corp.*