UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN

Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

### CERTIFICATION OF COMPLIANCE BY OAKLAND COUNTY

Oakland County, by and through its counsel, hereby certifies its compliance with the Court's May 13, 2014 Order Granting Motion to Compel Full Clawback of Debtor's Document Production and Related Relief ("Order") [Dkt 4710].

Specifically, Oakland County has

a. Arranged for the Debtor's May 6, 2014 document production ("Production") to be sent via overnight delivery to Mary Hale, Jones Day, 51 Louisiana Ave., N.W., Washington, D.C. (See attached Exhibit 1 – Affidavit of Mark St. Peter and tracking slip attached thereto);

b. Arranged for any electronic versions of the of the Production to be purged (See Ex. 1);

c. Destroyed any physical copies made of the Production; and

d. Destroyed any work-product reflecting the contents of any document in the Production, outside of the scope of the Order at ¶3.

Respectfully Submitted,

**Carson Fischer, P.L.C.**

By: */s/ Joseph M. Fischer*
Joseph M. Fischer (P13452)
Robert A. Weisberg (P26698)
Christopher Grosman (P58693)
4111 Andover Road, West – Second Floor
Bloomfield, Michigan 48302-1924
Telephone: (248) 644-4840
Facsimile: (248) 644-1832
Email: JFischer@CarsonFischer.com
　　　　RWweisberg@CarsonFischer.com
　　　　CGrosman@CarsonFischer.com

*Counsel for Oakland County, Michigan*

**Young & Associates**

By: */s/ Sara K. MacWilliams*
Sara K. MacWilliams (P67805)
Jaye Quadrozzi (P71646)
27725 Stansbury Blvd., Suite 125
Farmington Hills, MI 48334
Telephone: (248) 353-8620
Email: efiling@youngpc.com
　　　　macwilliams@youngpc.com
　　　　quadrozzi@youngpc.com

*Co-counsel for Oakland County, Michigan*

Date: May 14, 2014

## CERTIFICATE OF SERVICE

I certify that on May 14, 2014 I electronically filed Certification of Compliance by Oakland County with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

**YOUNG & ASSOCIATES**

/s/ Sara K. MacWilliams
27725 Stansbury Boulevard, Suite 125
Farmington Hills, Michigan 48334
248.353.8620
efiling@youngpc.com
P67805

— 3 —
13-53846-tjt    Doc 4778    Filed 05/14/14    Entered 05/14/14 13:12:40    Page 3 of 3