# Certification of Compliance by Oakland County

## Exhibit 1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor, | Hon. Steven W. Rhodes |

## DECLARATION CONCERNING MOTION TO COMPEL FULL CLAWBACK OF DEBTOR'S DOCUMENT PRODUCTION AND RELATED RELIEF

**MARK ST. PETER**, under penalty of perjury, declares as follows:

1. I, Mark St. Peter, am currently employed as the Managing Director & CEO of Computing Source.

2. I am over eighteen years of age, have personal knowledge of the statements in this declaration, and I state that the factual information and statements made herein are true and correct to the best of my knowledge, information, and belief, and if called as a witness to testify, I could and would testify to all of the following under oath.

3. I am experienced in computer forensics. I am a Certified Computer Examiner (CCE) and a Certified Fraud Examiner (CFE) both credentials requiring a strong technical background and a working knowledge of computer forensic processes.

4. I received the hard drive containing the City of Detroit's document production on May 07, 2014. Upon receipt, an on-line database was created on a hosted server from the data on the hard drive.

5. Per the Court's Order Granting Motion to Compel Full Clawback of Debtor's Document Production and Related Relief [Dkt 4710], the database has been erased and that data forensically cleansed from the server. The originally received hard drive has been sent back to Jones Day (See Ex. A, FedEx tracking slip) for overnight delivery.

6. No other copies of the hard drive or the data contained on it remain in our possession.

Pursuant to 28 U.S.C. § 1746(1), I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and complete.

Dated: **May 14, 2014**

MARK ST. PETER, CCE CFE

Subscribed and Sworn to before me this 14th Day of May, 2014.

THERESA A. WEBSTER
Notary Public, State of Michigan
County of Oakland
My Commission Expires Apr. 23, 2020
Acting in the County of Oakland

Page 2 of 2
13-53846-tjt   Doc 4778-1   Filed 05/14/14   Entered 05/14/14 13:12:40   Page 3 of 5

**Exhibit A to Declaration**

From: (248) 213-1500  Origin ID: DETA
Mark St. Peter
Computing Source
26877 NORTHWESTERN HWY
STE 106
SOUTHFIELD, MI 48033



J14101402070326

SHIP TO: (202) 879-3939  BILL SENDER
**Mary Hale**
**Jones Day**
**51 LOUISIANA AVE NW**

**WASHINGTON, DC 20001**

Ship Date: 14MAY14
ActWgt: 0.3 LB
CAD: 104299875/INET3490

Delivery Address Bar Code



Ref #
Invoice #
PO #
Dept #

TRK# 7988 5597 9016
0201

THU - 15 MAY AA
STANDARD OVERNIGHT

20001
DC-US
IAD

# EP TSGA



522G1/62D3/F220

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.