<u>Exhibit A</u>
*Eric R. Blythe Letter of May 13, 2014*

# MINTZ LEVIN

Eric R. Blythe | 617 348 4913 | erblythe@mintz.com

One Financial Center
Boston, MA 02111
617-542-6000
617-542-2241 fax
www.mintz.com

May 13, 2014

**VIA FED EX**

Ms. Mary Hale
Jones Day
51 Louisiana Avenue, N.W.,
Washington, DC 20001

    Re:    **City of Detroit**
              **Bankruptcy Case No. 13-53846**

Dear Mary:

Pursuant to the Court's May 13, 2014 Order Granting Motion to Compel Full Clawback of Debtor's Document Production and Related Relief, enclosed please find the hard drive provided to Mintz, Levin, Cohn, Ferris, Glovsky and Popeo P.C. containing the City of Detroit's May 6, 2014 document production.

Very truly yours,

Eric Blythe

30068246v.1

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | LONDON | LOS ANGELES | NEW YORK | SAN DIEGO | SAN FRANCISCO | STAMFORD | WASHINGTON