<u>**Exhibit B**</u>
*Tracking Confirmation*




*package id*
 0199977
*ship date*
 Tue, May 13 2014
*to*
 Mary Hale
 Jones Day
 51 LOUISIANA AVE NW
 WASHINGTON, DC
  20001-2105
 United States
 617-542-6000
*residential address*
 No
*return label*
 No

*from*
 Eric Blythe (erblythe)
 Mintz Levin
 One Financial Center
 Boston, MA  02111
 United States

*billing*
 FIDELITY
  INVESTMENTS.City of
  Detroit
 (18128.037)
*operator*
 Jeanne Gagne
 617-832-6438
 jmgagne@mintz.com
*create time*
 05/13/14, 6:09PM

*vendor*
 FedEx
*tracking number*
 798849601909
*service*
 FedEx Priority Overnight®
*packaging*
 FedEx® Envelope
*signature*
 Deliver without signature
*courtesy quote*
 11.96
 Quote may not reflect all
 accessorial charges

*Legal Terms and Conditions*
Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).
©2003-2014 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
FedEx service marks are owned by Federal Express Corporation and are used by permission.
Other product and company names listed are trademarks or trade names of their respective companies.

**Track a Shipment**

798849601909

Help

Save tracking results

Enter up to 30 FedEx tracking, door tag or FedEx Office order numbers(one per line).

Track

**My Shipments**
0
0
0

Track and save tracking results for your next visit to fedex.com

Ship (P/U) date
Tues 5/13/2014 5:24 pm
Boston, MA
US



Delivered
Signed for by: D.MURRAY
Actual delivery
Wed 5/14/2014 9:46 am
WASHINGTON, DC
US

**Delivery Options**

This shipment's delivery has been customized by the recipient. Login or Signup for delivery options to edit or cancel the settings.This shipment's delivery has been customized by the recipient. Signup for delivery options to edit or cancel the settings.This shipment's delivery has been customized by the recipient. Add this address to My Profile to edit or cancel the settings.Renew your enrollment to view details or edit this delivery option

Let us tell you when your shipment arrives. Sign up for delivery notifications Travel History

| Date/Time | Activity | Location |
|---|---|---|
| 5/14/2014 - Wednesday | | |
| 9:46 am | Delivered | WASHINGTON, DC |
| 8:46 am | On FedEx vehicle for delivery | WASHINGTON, DC |
| 6:12 am | At local FedEx facility | WASHINGTON, DC |
| 4:36 am | At destination sort facility | DULLES, VA |
| 3:55 am | Departed FedEx location | NEWARK, NJ |
| | | |
| 5/13/2014 - Tuesday | | |
| 11:34 pm | Arrived at FedEx location | NEWARK, NJ |
| 9:10 pm | Left FedEx origin facility | SOUTH BOSTON, MA |
| 8:24 pm | Picked up | SOUTH BOSTON, MA |
| 5:15 pm | Shipment information sent to FedEx | |

Local Scan Time ▼ Select



**Shipment Facts**

| | |
|---|---|
| Tracking number | 798849601909 |
| Weight | 1 lbs |
| Total pieces | 1 |
| Shipper reference | 18128.037 |
| Special handling section | Deliver Weekday |
| Service | FedEx Priority Overnight |
| Delivered To | Mailroom |
| Total shipment weight | 1 lbs / 0.45 kgs |
| Packaging | FedEx Envelope |