UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN             Chapter 9

    Debtor.                                     Case No. 13-53846
                                                            Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 14, 2014, the following documents were filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filings to all counsel of record:

1. Certification of Counsel Regarding Order Granting Motion to Compel Full Clawback of Debtor's Document Production and Related Relief

                                        Respectfully submitted,

                                         /s/ Judy Dobrzycki
                                         Judy Dobrzycki
                                         Legal Assistant to Ryan C. Plecha
                                         Lippitt O'Keefe Gornbein, PLLC
                                         370 E. Maple Rd., 3rd Floor
                                         Birmingham, MI 48009
                                         (248) 646-8292
                                         jdobrzycki@lippittokeefe.com

Dated: May 14, 2014