# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

Debtor.

_____/

Chapter 9

Case No: 13-53846

Hon. Steven. W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2014, I caused the *Certification of Compliance With May 13, 2014 Order Granting Creditors' Motion to Compel* [Doc. No. 4783] to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants in this bankruptcy case.

Respectfully Submitted,

**JAFFE RAITT HEUER & WEISS, P.C.**

By:   /s/ Paul R. Hage
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214
Telephone: (248) 351-3000
phage@jaffelaw.com

*Counsel for National Public Finance Guarantee Corp.*

Dated: May 14, 2014.

2778779.1