UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN,<br><br>          Debtor. | Case No. 13-53846<br><br>In Proceedings Under<br>Chapter 9<br><br>Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2014, I electronically served *Wayne County's second Amended Witness List* with the Court using the CM/ECF system.

          Respectfully Submitted,

          BUTZEL LONG, a professional Corporation

          /s/ Max J. Newman
          By: Max J. Newman (P51483)
          By: Beth Gotthelf (P38951)
          Attorneys for Wayne County
          Stoneridge West
          41000 Woodward Ave
          Bloomfield Hills, MI 48304
          (248) 258-2907
          newman@butzel.com

Dated: May 14, 2014