UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re: ) Case No. 13-53846
)
CITY OF DETROIT, MICHIGAN, ) In Proceedings Under
) Chapter 9
Debtor. )
) Hon. Steven W. Rhodes
)
)

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2014, I electronically served *Wayne County's Objection to Chapter 9 Plan* with the Court using the CM/ECF system.

Respectfully Submitted,

BUTZEL LONG, a professional Corporation

/s/ Max J. Newman
By: Max J. Newman (P51483)
By: Beth Gotthelf (P38951)
Attorneys for Wayne County
Stoneridge West
41000 Woodward Ave
Bloomfield Hills, MI 48304
(248) 258-2907
newman@butzel.com

Dated: May 14, 2014