**EXHIBIT 2: LIST OF CLAIMS**

4849-2944-9755.1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Duplicate Claim to be Disallowed and Expunged** | | | | | **Surviving Claim** | | | |
| **Name of Claimant** | **Claim Number** | **Date Filed** | **Claim Amount** | **Reason for Disallowance** | **Name of Claimant** | **Claim Number** | **Date Filed** | **Claim Amount** |
| ADAMS, EDDIE<br>MICHAEL J. GARRIS (P30185)<br>GARRIS, GARRIS, GARRIS & GARRIS, P.C.<br>300 EAST WASHINGTON STREET<br>ANN ARBOR, MI 48104 | 858 | 02/10/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$277,550.61 General Unsecured | DUPLICATE CLAIM | ADAMS, EDDIE<br>MICHAEL J. GARRIS (P30185)<br>GARRIS, GARRIS, GARRIS & GARRIS, P.C.<br>300 EAST WASHINGTON STREET<br>ANN ARBOR, MI 48104 | 880 | 02/12/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$277,550.61 General Unsecured |
| ALTURA COMMUNICATION SOLUTIONS LLC<br>ATTN LINDA PITTMAN<br>1335 S ACACIA AVE<br>FULLERTON, CA 92831 | 20 | 08/08/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$168,624.05 General Unsecured | DUPLICATE CLAIM | ALTURA COMMUNICATION SOLUTIONS LLC<br>ATTN LINDA PITTMAN<br>1335 S ACACIA AVE<br>FULLERTON, CA 92831 | 591 | 01/23/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$168,624.05 General Unsecured |
| ARMSTRONG, LATOYIA R.<br>138 GLENDALE, APARTMENT 108<br>HIGHLAND PARK, MI 48203 | 3517 | 02/24/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured | DUPLICATE CLAIM | ARMSTRONG, LATOYIA R.<br>138 GLENDALE, APARTMENT 108<br>HIGHLAND PARK, MI 48203 | 2794 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured |
| BALFOUR, DELSHONE<br>FIEGER LAW-KENNETH LETHERWOOD ESQ.<br>19390 WEST TEN MILE RD<br>SOUTHFIELD, MI 48075 | 2732 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$49,176.02 General Unsecured | DUPLICATE CLAIM | BALFOUR, DELSHONE<br>FIEGER LAW-KENNETH LETHERWOOD ESQ.<br>19390 WEST TEN MILE RD<br>SOUTHFIELD, MI 48075 | 2926 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$49,176.02 General Unsecured |
| BARBARA GUSTAFSON, AS NEXT FRIEND FOR SHAWN<br>GUSTAFSON, A MINOR<br>BARBARA GUSTAFSON<br>C/O THE SAM BERNSTEIN LAW FIRM, PLLC<br>31731 NORTHWESTERN HIGHWAY, SUITE 333<br>FARMINGTON HILLS, MI 48334 | 158 | 12/06/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$35,000.00 General Unsecured | DUPLICATE CLAIM | GUSTAFSON, BARBARA , AS NEXT FRIEND FOR SHAWN<br>GUSTAFSON, A MINOR<br>BARBARA GUSTAFSON<br>C/O THE SAM BERNSTEIN LAW FIRM, PLLC<br>31731 NORTHWESTERN HIGHWAY, SUITE 333<br>FARMINGTON HILLS, MI 48334 | 177 | 12/10/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$35,000.00 General Unsecured |
| BLUE CARE NETWORK OF MICHIGAN<br>C O BRIAN R TRUMBAUER<br>BODMAN PLC<br>1901 ST ANTOINE ST 6TH FL<br>DETROIT, MI 48226 | 3089 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | DUPLICATE CLAIM | BLUE CARE NETWORK OF MICHIGAN<br>C O BRIAN R TRUMBAUER<br>BODMAN PLC<br>1901 ST ANTOINE ST 6TH FL<br>DETROIT, MI 48226 | 3088 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured |
| BOWIN PLACE ASSOCIATES LTD. DIV. H.A.<br>KURT THORNBLADH P25858<br>THORNBLADH LEGAL GROUP PLLC<br>7301 SCHAEFER<br>DEARBORN, MI 48126 | 2689 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$5,000,000.00 General Unsecured | DUPLICATE CLAIM | BOWIN PLACE ASSOCIATES LTD. DIV. H.A.<br>KURT THORNBLADH P25858<br>THORNBLADH LEGAL GROUP PLLC<br>7301 SCHAEFER<br>DEARBORN, MI 48126 | 2692 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$5,000,000.00 General Unsecured |
| BRANAM, RONALD SR<br>21951 BEVERLY ST.<br>OAK PARK, MI 48237 | 3538 | 02/24/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$450.00 General Unsecured | DUPLICATE CLAIM | BRANAM, RONALD SR<br>21951 BEVERLY ST.<br>OAK PARK, MI 48237 | 3438 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$450.00 General Unsecured |
| BRANNON, MITCHELL<br>CHRISTOPHER TRAINOR AND ASSOCIATES<br>9750 HIGHLAND RD<br>WHITE LAKE, MI 48386 | 1108 | 02/19/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured | DUPLICATE CLAIM | BRANNON, MITCHELL<br>CHRISTOPHER TRAINOR AND ASSOCIATES<br>9750 HIGHLAND RD<br>WHITE LAKE, MI 48386 | 1338 | 02/20/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured |
| CITY OF DEARBORN<br>DEPARTMENT OF LAW<br>13615 MICHIGAN AVE STE 8<br>DEARBORN, MI 48126 | 860 | 02/12/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$5,476.30 General Unsecured | DUPLICATE CLAIM | CITY OF DEARBORN<br>DEPARTMENT OF LAW<br>13615 MICHIGAN AVE STE 8<br>DEARBORN, MI 48126 | 859 | 02/12/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$5,476.30 General Unsecured |
| CITY OF DEARBORN<br>DEPARTMENT OF LAW<br>13615 MICHIGAN AVE STE 8<br>DEARBORN, MI 48126 | 861 | 02/12/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$5,476.30 General Unsecured | DUPLICATE CLAIM | CITY OF DEARBORN<br>DEPARTMENT OF LAW<br>13615 MICHIGAN AVE STE 8<br>DEARBORN, MI 48126 | 859 | 02/12/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$5,476.30 General Unsecured |
| COLEMAN, ARNOLD<br>CHRISTOPHER TRAINOR AND ASSOCIATES<br>9750 HIGHLAND ROAD<br>WHITE LAKE, MI 48386 | 795 | 02/05/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$15,000.00 General Unsecured | DUPLICATE CLAIM | COLEMAN, ARNOLD<br>19323 STARLANE<br>SOUTHFIELD, MI 48075 | 797 | 02/10/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$15,000.00 General Unsecured |

13-53846-tjt   Doc 4792-2   Filed 05/14/14   Entered 05/14/14 16:50:04   Page 2 of 7

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Duplicate Claim to be Disallowed and Expunged** | | | | | **Surviving Claim** | | | |
| **Name of Claimant** | **Claim Number** | **Date Filed** | **Claim Amount** | **Reason for Disallowance** | **Name of Claimant** | **Claim Number** | **Date Filed** | **Claim Amount** |
| COLLIER, ANTHONY<br>C/O THE SAM BERNSTEIN LAW FIRM, PLLC<br>31731 NORTHWESTERN HIGHWAY, SUITE 333<br>FARMINGTON HILLS, MI 48334 | 152 | 12/05/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$200,000.00 General Unsecured | DUPLICATE CLAIM | COLLIER, ANTHONY<br>C/O THE SAM BERNSTEIN LAW FIRM, PLLC<br>31731 NORTHWESTERN HIGHWAY, SUITE 333<br>FARMINGTON HILLS, MI 48334 | 164 | 12/09/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$200,000.00 General Unsecured |
| CRAWFORD, KATIE<br>3852 MOHAWK<br>DETROIT, MI 48208 | 784 | 02/05/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$21,460.00 General Unsecured | DUPLICATE CLAIM | CRAWFORD, KATIE<br>3852 MOHAWK<br>DETROIT, MI 48208 | 798 | 02/10/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$21,460.00 General Unsecured |
| DAVIS, SUSAN K.<br>CHRISTOPHER TRAINOR AND ASSOCIATES<br>9750 HIGHLAND RD<br>WHITE LAKE, MI 48386 | 1109 | 02/19/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured | DUPLICATE CLAIM | DAVIS, SUSAN K.<br>CHRISTOPHER TRAINOR AND ASSOCIATES<br>9750 HIGHLAND RD<br>WHITE LAKE, MI 48386 | 1334 | 02/20/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured |
| DAVIS, SUSAN K.<br>CHRISTOPHER TRAINOR AND ASSOCIATES<br>9750 HIGHLAND RD<br>WHITE LAKE, MI 48386 | 1184 | 02/19/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured | DUPLICATE CLAIM | DAVIS, SUSAN K.<br>CHRISTOPHER TRAINOR AND ASSOCIATES<br>9750 HIGHLAND RD<br>WHITE LAKE, MI 48386 | 1334 | 02/20/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured |
| DUNLAP, MONIQUE<br>615 WOODGLEN CIR APT 308<br>AUBURN HILLS, MI 48326 | 3532 | 02/24/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured | DUPLICATE CLAIM | DUNLAP, MONIQUE<br>615 WOODGLEN CIR APT 308<br>AUBURN HILLS, MI 48326 | 3343 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured |
| EDWARDS, LISA D PROPERTY OWNER<br>2987 FULLERTON<br>DETROIT, MI 48238 | 566 | 01/16/2014 | $0.00 Administrative Priority<br>$1,692.20 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | DUPLICATE CLAIM | EDWARDS, LISA D PROPERTY OWNER<br>2987 FULLERTON<br>DETROIT, MI 48238 | 575 | 01/17/2014 | $0.00 Administrative Priority<br>$1,692.20 Secured<br>$0.00 Priority<br>$0.00 General Unsecured |
| FAKHOURY LAW FIRM PC<br>ATTN ACCOUNTS PAYABLE<br>AND JERALDINE PARNELL<br>225 S MAIN ST FL 3<br>ROYAL OAK, MI 48067 | 664 | 01/30/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$88,637.41 General Unsecured | DUPLICATE CLAIM | FAKHOURY LAW FIRM PC<br>ATTN ACCOUNTS PAYABLE<br>225 SOUTH MAIN ST FLOOR 3<br>ROYAL OAK, MI 48067 | 665 | 01/30/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$88,637.41 General Unsecured |
| FARRIS, DAVID C/O KEPES & WINE, P.C.<br>KEPES & WINE, P.C.<br>P.O. BOX 2207<br>SOUTHFIELD, MI 48037 | 585 | 01/22/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$25,000.00 General Unsecured | DUPLICATE CLAIM | FARRIS, DAVID C/O KEPES & WINE, P.C.<br>KEPES & WINE, P.C.<br>P.O. BOX 2207<br>SOUTHFIELD, MI 48034 | 101 | 10/07/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$25,000.00 General Unsecured |
| GARCIA, RICARDO<br>CHRISTOPHER TRAINOR AND ASSOCIATES<br>9750 HIGHLAND RD<br>WHITE LAKE, MI 48386 | 1140 | 02/19/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured | DUPLICATE CLAIM | GARCIA, RICARDO<br>CHRISTOPHER TRAINOR AND ASSOCIATES<br>9750 HIGHLAND RD<br>WHITE LAKE, MI 48386 | 1335 | 02/20/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured |
| GARCIA, RICARDO<br>CHRISTOPHER TRAINOR AND ASSOCIATES<br>9750 HIGHLAND RD<br>WHITE LAKE, MI 48386 | 1186 | 02/19/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured | DUPLICATE CLAIM | GARCIA, RICARDO<br>CHRISTOPHER TRAINOR AND ASSOCIATES<br>9750 HIGHLAND RD<br>WHITE LAKE, MI 48386 | 1335 | 02/20/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured |
| GARDNER, EDWARD D.<br>18016 HARLOW<br>DETROIT, MI 48235 | 3503 | 02/24/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured | DUPLICATE CLAIM | GARDNER, EDWARD D.<br>18016 HARLOW<br>DETROIT, MI 48235 | 3195 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured |
| GILES, DEWAYNE STEPHEN<br>14550 MONICA<br>DETROIT, MI 48238 | 3505 | 02/24/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured | DUPLICATE CLAIM | GILES, DEWAYNE STEPHEN<br>14550 MONICA<br>DETROIT, MI 48238 | 3341 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured |
| HADEED, FREDERICK T.<br>1517 SE 2ND STREET<br>FORT LAUDERDALE, FL 33301 | 756 | 02/03/2014 | $0.00 Administrative Priority<br>$50,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | DUPLICATE CLAIM | HADEED, FREDERICK T.<br>1517 SE 2ND STREET<br>FORT LAUDERDALE, FL 33301 | 762 | 02/04/2014 | $0.00 Administrative Priority<br>$50,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured |

13-53846-tjt    Doc 4792-2    Filed 05/14/14    Entered 05/14/14 16:50:04    Page 3 of 7

| Duplicate Claim to be Disallowed and Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| Name of Claimant | Claim Number | Date Filed | Claim Amount | Reason for Disallowance | Name of Claimant | Claim Number | Date Filed | Claim Amount |
| HARRIS, ALMA R.<br>18513 MACKAY<br>DETROIT, MI 48234 | 3529 | 02/24/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$11,016.09 General Unsecured | DUPLICATE CLAIM | HARRIS, ALMA R.<br>18513 MACKAY<br>DETROIT, MI 48234 | 2248 | 02/20/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$11,016.09 General Unsecured |
| HARRIS, GRACEL<br>CHRISTOPHER TRAINOR & ASSOCIATES<br>9750 HIGHLAND ROAD<br>WHITE LAKE, MI 48386 | 1117 | 02/19/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$12,835.00 General Unsecured | DUPLICATE CLAIM | HARRIS, GRACEL<br>CHRISTOPHER TRAINOR & ASSOCIATES<br>9750 HIGHLAND ROAD<br>WHITE LAKE, MI 48386 | 1025 | 02/14/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$12,835.00 General Unsecured |
| INLAND WATERS POLLUTION CONTROL, INC.<br>ATTN PAUL R. HAGE<br>JAFFE RAITT HEUER & WEISS, P.C.<br>27777 FRANKLIN STE 2500<br>SOUTHFIELD, MI 48034 | 3500 | 02/24/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$2,000,000.00 General Unsecured | DUPLICATE CLAIM | INLAND WATERS POLLUTION CONTROL, INC.<br>ATTN PAUL R. HAGE<br>JAFFE RAITT HEUER & WEISS, P.C.<br>27777 FRANKLIN STE 2500<br>SOUTHFIELD, MI 48034 | 1302 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$2,000,000.00 General Unsecured |
| JACKIES TRANSPORT, INC.<br>CO YULIY OSIPOV<br>20700 CIVIC CENTER DR., SUITE 420<br>SOUTHFIELD, MI 248-663-1800 | 3507 | 02/24/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$53,725.50 General Unsecured | DUPLICATE CLAIM | JACKIES TRANSPORT, INC.<br>C/O YULIY OSIPOV<br>20700 CIVIC CENTER DR., SUITE 420<br>SOUTHFIELD, MI 48076 | 3497 | 02/24/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$53,725.50 General Unsecured |
| JONES, EDDIE LOTT<br>14910 FERGUSON STREET<br>DETROIT, MI 48227-1425 | 3512 | 02/24/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured | DUPLICATE CLAIM | JONES, EDDIE LOTT<br>14910 FERGUSON STREET<br>DETROIT, MI 48227-1425 | 3170 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured |
| LAROCK, TRACEY PERSONAL REPRESENTATIVE ESTATE OF IVORY IVEY<br>TRACEY M. MARTIN & ATTORNEY EDWARD G. TAYLOR<br>1401 W FORT ST UNIT 442081<br>DETROIT, MI 48224-3584 | 3534 | 02/24/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$500,000.00 General Unsecured | DUPLICATE CLAIM | LAROCK, TRACEY, PERSONAL REPRESENTATIVE OF IVORY IVEY<br>ATTORNEY TRACEY M MORTH & ATTORNEY EDWARD G. TAYLOR<br>615 GRISWOLD, STE 720<br>DETROIT, MI 48226 | 1232 | 02/19/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$500,000.00 General Unsecured |
| LETT, CALEB J.<br>VATSIS, DENNIS G.<br>645 GRISWOLD ST STE 1966<br>DETROIT, MI 48226 | 486 | 01/08/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$10,000.00 General Unsecured | DUPLICATE CLAIM | LETT, CALEB J.<br>VATSIS, DENNIS G.<br>645 GRISWOLD ST STE 1966<br>DETROIT, MI 48226 | 509 | 01/13/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$10,000.00 General Unsecured |
| LEWIS, ANTOINE<br>HARTNER, TIMOTHY M.<br>CHRISTOPHER TRAINOR & ASSOCIATES<br>9750 HIGHLAND RD<br>WHITE LAKE, MI 48386 | 1187 | 02/19/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured | DUPLICATE CLAIM | LEWIS, ANTOINE<br>HARTNER, TIMOTHY M.<br>CHRISTOPHER TRAINOR & ASSOCIATES<br>9750 HIGHLAND RD<br>WHITE LAKE, MI 48386 | 1150 | 02/19/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured |
| LEWIS, DEONTAE<br>DEROUIN, AMY AND CABOT, SHAWN C.<br>CHRISTOPHER TRAINOR & ASSOCIATES<br>9750 HIGHLAND RD<br>WHITE LAKE, MI 48386 | 3588 | 02/25/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$150,000.00 General Unsecured | DUPLICATE CLAIM | LEWIS, DEONTAE<br>DEROUIN, AMY AND CABOT, SHAWN C.<br>CHRISTOPHER TRAINOR & ASSOCIATES<br>9750 HIGHLAND RD<br>WHITE LAKE, MI 48386 | 1551 | 02/18/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$150,000.00 General Unsecured |
| LOVATI, SUSAN<br>C/O THE SAM BERNSTEIN LAW FIRM, PLLC<br>31731 NORTHWESTERN HIGHWAY, SUITE 333<br>FARMINGTON HILLS, MI 48334 | 153 | 12/05/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$250,000.00 General Unsecured | DUPLICATE CLAIM | LOVATI, SUSAN<br>C/O SAM BERNSTEIN LAW FIRM, PLLC.,<br>31731 NORTHWESTERN HIGHWAY, SUITE 333<br>FARMINGTON HILLS, MI 48334 | 170 | 12/09/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$250,000.00 General Unsecured |
| MANOS, DINO<br>VATSIS, DENNIS G.<br>DENNIS G. VATSIS PC<br>645 GRISWOLD ST STE 1966<br>DETROIT, MI 48226 | 150 | 12/05/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$30,000.00 General Unsecured | DUPLICATE CLAIM | MANOS, DINO<br>VATSIS, DENNIS G.<br>645 GRISWOLD<br>SUITE 1966<br>DETROIT, MI 48226 | 151 | 12/05/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$30,000.00 General Unsecured |

| | Duplicate Claim to be Disallowed and Expunged | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| Name of Claimant | Claim Number | Date Filed | Claim Amount | Reason for Disallowance | Name of Claimant | Claim Number | Date Filed | Claim Amount |
| MCKENZIE, NANCY<br>DODD B. FISHER, ESQ.<br>17212 MACK AVENUE<br>GROSSE POINTE, MI 48230 | 87 | 09/13/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$60,000.00 General Unsecured | DUPLICATE CLAIM | MCKENZIE, NANCY<br>DODD B. FISHER, ESQ.<br>17212 MACK AVENUE<br>GROSSE POINTE, MI 48230 | 232 | 12/16/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$60,000.00 General Unsecured |
| MCQUEEN, BEATRICE<br>26533 BLUMFIELD ST<br>ROSEVILLE, MI 48066-3231 | 159 | 12/06/2013 | $0.00 Administrative Priority<br>$3,968.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | DUPLICATE CLAIM | MCQUEEN, BEATRICE<br>26533 BLUMFIELD<br>ROSEVILLE, MI 48066 | 785 | 02/05/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$3,968.00 Priority<br>$0.00 General Unsecured |
| MICHIGAN BUILDING AND CONSTRUCTION TRADES COUNCIL, AFL-CIO<br>MCKNIGHT, MCCLOW, CANZANO, SMITH & RADTKE, P.C.<br>400 GALLERIA OFFICENTRE, SUITE 117<br>SOUTHFIELD, MI 48034 | 2588 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | DUPLICATE CLAIM | MICHIGAN BUILDING AND CONSTRUCTION TRADES COUNCIL, AFL-CIO<br>MCKNIGHT, MCCLOW, CANZANO, SMITH & RADTKE, P.C.<br>400 GALLERIA OFFICENTRE, SUITE 117<br>SOUTHFIELD, MI 48034 | 2585 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured |
| MILES, SANDRA<br>C/O ROMANZI ATNIP PC<br>2850 DIXIE HIGHWAY<br>WATERFORD, MI 48328 | 307 | 12/13/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$25,000.00 General Unsecured | DUPLICATE CLAIM | MILES, SANDRA<br>C/O ROMANZI ATNIP PC<br>2850 DIXIE HIGHWAY<br>WATERFORD, MI 48328 | 273 | 12/17/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$25,000.00 General Unsecured |
| MITCHELL, LAQUITSHA D<br>23300 PROVIDENCE DR.APT604<br>SOUTHFIELD, MI 48075 | 3528 | 02/24/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured | DUPLICATE CLAIM | MITCHELL, LAQUITSHA D<br>23300 PROVIDENCE DR.APT604<br>SOUTHFIELD, MI 48075 | 2632 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured |
| MOORE, JAMES E.<br>5313 FARMBROOK<br>DETOIT, MI 48224 | 2450 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$1,000.80 General Unsecured | DUPLICATE CLAIM | MOORE, JAMES E.<br>5313 FARMBROOK<br>DETROIT, MI 48224 | 2627 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$1,000.80 General Unsecured |
| MOORE, JAMES E.<br>5313 FARMBROOK<br>DETROIT, MI 48224 | 2606 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | DUPLICATE CLAIM | MOORE, JAMES E.<br>5313 FARMBROOK<br>DETROIT, MI 48224 | 2621 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured |
| MOORE, JAMES E.<br>5313 FARMBROOK<br>DETROIT, MI 48224 | 2614 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$10,000.00 General Unsecured | DUPLICATE CLAIM | MOORE, JAMES E.<br>5313 FARMBROOK<br>DETROIT, MI 48224 | 2622 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$10,000.00 General Unsecured |
| MOORE, JAMES E.<br>5313 FARMBROOK<br>DETROIT, MI 48224 | 2617 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$1,668.00 General Unsecured | DUPLICATE CLAIM | MOORE, JAMES E.<br>5313 FARMBROOK<br>DETROIT, MI 48224 | 2631 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$1,668.00 General Unsecured |
| MOORE, JAMES E.<br>5313 FARMBROOK<br>DETROIT, MI 48224 | 2618 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$15,000.00 General Unsecured | DUPLICATE CLAIM | MOORE, JAMES E.<br>5313 FARMBROOK<br>DETROIT, MI 48224 | 2630 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$15,000.00 General Unsecured |
| MOORE, JAMES E.<br>5313 FARMBROOK<br>DETROIT, MI 48224 | 2620 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$333.60 General Unsecured | DUPLICATE CLAIM | MOORE, JAMES E.<br>5313 FARMBROOK<br>DETROIT, MI 48224 | 2634 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$333.60 General Unsecured |
| MOORE, TORINO<br>16191 WISCONSIN<br>DETROIT, MI 48221 | 1263 | 02/19/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$212,000.00 General Unsecured | DUPLICATE CLAIM | MOORE, TORINO<br>16191 WISCONSIN<br>DETROIT, MI 48221 | 2345 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$212,000.00 General Unsecured |

13-53846-tjt    Doc 4792-2    Filed 05/14/14    Entered 05/14/14 16:50:04    Page 5 of 7

| Duplicate Claim to be Disallowed and Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| Name of Claimant | Claim Number | Date Filed | Claim Amount | Reason for Disallowance | Name of Claimant | Claim Number | Date Filed | Claim Amount |
| NANCY IRENE KOENIG & LAWRENCE T KOENIG JR JTWROS<br>16129 DEWEY AVE<br>OMAHA, NE 68118 | 607 | 01/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$25,000.00 General Unsecured | DUPLICATE CLAIM | NANCY IRENE KOENIG & LAWRENCE T KOENIG JR JTWROS<br>16129 DEWEY AVE<br>OMAHA, NE 68118 | 584 | 01/22/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$25,000.00 General Unsecured |
| ROBERSON, ALBERT C.<br>19356 PIERSON<br>DETROIT, MI 48219-2532 | 1451 | 02/19/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | DUPLICATE CLAIM | ROBERSON, ALBERT C.<br>19356 PIERSON<br>DETROIT, MI 48219-2532 | 1461 | 02/19/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured |
| RYANS, LUCIUS<br>18500 LITTLEFIELD<br>DETROIT, MI 48235 | 1216 | 02/19/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | DUPLICATE CLAIM | RYANS, LUCIUS REED<br>18500 LITTLEFIELD<br>DETROIT, MI 48235 | 1217 | 02/19/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured |
| SAMS, MALISSA<br>4742 CANTON<br>DETROIT, MI 48207 | 2554 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$450.00 General Unsecured | DUPLICATE CLAIM | SAMS, MALISSA<br>4742 CANTON<br>DETROIT, MI 48207 | 2555 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$450.00 General Unsecured |
| SANDERS, LEILA<br>SIGAL LAW FIRM, PLLC<br>500 S. OLD WOODWARD, SUITE 200<br>BIRMINGHAM, MI 48009 | 1024 | 02/14/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$20,283.92 General Unsecured | DUPLICATE CLAIM | SANDERS, LEILA<br>SIGAL LAW FIRM, PLLC<br>500 S. OLD WOODWARD, SUITE 200<br>BIRMINGHAM, MI 48009 | 1145 | 02/19/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$20,283.92 General Unsecured |
| SHIRA NELSON, BY GUARDIAN, EQUANIA NELSON<br>19161 KELLY ROAD APT #2<br>DETROIT, MI 48224 | 3590 | 02/25/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$200,000.00 General Unsecured | DUPLICATE CLAIM | SHIRA NELSON, BY GUARDIAN EQUANIA NELSON<br>19161 KELLY RD APT #2<br>DETROIT, MI 48224 | 1550 | 02/18/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$200,000.00 General Unsecured |
| SMITH, NORRIS<br>1401 CHENE, APARTMENT 1111<br>DETROIT, MI 48205 | 3504 | 02/24/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured | DUPLICATE CLAIM | SMITH, NORRIS<br>1401 CHENE, APARTMENT 1111<br>DETROIT, MI 48205 | 2652 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured |
| SMITH-PARKER, BRANDI SHAMARA<br>16811 BRINGARD<br>DETROIT, MI 48205 | 3516 | 02/24/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured | DUPLICATE CLAIM | SMITH-PARKER, BRANDI SHAMARA<br>16811 BRINGARD<br>DETROIT, MI 48205 | 3112 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured |
| ST. MARTINS COOPERATIVE<br>C/O RANDALL A. PENTIUK, ESQ.<br>PENTIUK, COUVREUR & KOBILJAK, P.C.<br>2915 BIDDLE AVENUE, SUITE 200<br>WYANDOTTE, MI 48192 | 869 | 02/13/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$390,940.75 General Unsecured | DUPLICATE CLAIM | ST. MARTINS COOPERATIVE<br>C/O RANDALL A. PENTIUK, ESQ.<br>PENTIUK, COUVREUR & KOBILJAK, P.C.<br>2915 BIDDLE AVENUE, SUITE 200<br>WYANDOTTE, MI 48192 | 871 | 02/13/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$390,940.75 General Unsecured |
| VAUGHAN, DONNA M.<br>14024 WARWICK<br>DETROIT, MI 48223 | 3515 | 02/24/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured | DUPLICATE CLAIM | VAUGHAN, DONNA M.<br>14024 WARWICK<br>DETROIT, MI 48223 | 3196 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured |
| WEISS CONSTRUCTION COMPANY<br>ATTN DAN WEISS<br>400 RENAISSANCE CTR, SUITE 2170<br>DETROIT, MI 48243 | 821 | 02/10/2014 | $0.00 Administrative Priority<br>$4,117,761.15 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | DUPLICATE CLAIM | WEISS CONSTRUCTION COMPANY<br>ATTN DAN WEISS<br>400 RENAISSANCE CTR, SUITE 2170<br>DETROIT, MI 48243 | 3491 | 02/21/2014 | $0.00 Administrative Priority<br>$4,117,761.15 Secured<br>$0.00 Priority<br>$0.00 General Unsecured |
| WEISS CONSTRUCTION COMPANY<br>ATTN DAN WEISS<br>400 RENAISSANCE CTR, SUITE 2170<br>DETROIT, MI 48243 | 3567 | 02/24/2014 | $0.00 Administrative Priority<br>$4,117,761.15 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | DUPLICATE CLAIM | WEISS CONSTRUCTION COMPANY<br>ATTN DAN WEISS<br>400 RENAISSANCE CTR, SUITE 2170<br>DETROIT, MI 48243 | 3491 | 02/21/2014 | $0.00 Administrative Priority<br>$4,117,761.15 Secured<br>$0.00 Priority<br>$0.00 General Unsecured |
| WEISS CONSTRUCTION COMPANY<br>ATTN DAN WEISS<br>400 RENAISSANCE CTR, SUITE 2170<br>DETROIT, MI 48243 | 3568 | 02/24/2014 | $0.00 Administrative Priority<br>$4,117,761.15 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | DUPLICATE CLAIM | WEISS CONSTRUCTION COMPANY<br>ATTN DAN WEISS<br>400 RENAISSANCE CTR, SUITE 2170<br>DETROIT, MI 48243 | 3491 | 02/21/2014 | $0.00 Administrative Priority<br>$4,117,761.15 Secured<br>$0.00 Priority<br>$0.00 General Unsecured |

13-53846-tjt    Doc 4792-2    Filed 05/14/14    Entered 05/14/14 16:50:04    Page 6 of 7

| Duplicate Claim to be Disallowed and Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| Name of Claimant | Claim Number | Date Filed | Claim Amount | Reason for Disallowance | Name of Claimant | Claim Number | Date Filed | Claim Amount |
| WESTON, MICHELLE<br>38444 WATSON CIRCLE<br>WESTLAND, MI 48186 | 1022 | 02/14/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$19,000.00 General Unsecured | DUPLICATE CLAIM | WESTON, MICHELLE<br>38444 WATSON CIRCLE<br>WESTLAND, MI 48186 | 1069 | 02/18/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$19,000.00 General Unsecured |
| WOLSKE, MICHAEL ALLEN<br>ATTN MICHAEL BATTERSBY ESQ<br>THE BERNSTEIN LAW FIRM<br>31731 NORTHWESTERN HWY, STE. 333<br>FARMINGTON HILLS, MI 48334 | 959 | 02/13/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$2,000,000.00 General Unsecured | DUPLICATE CLAIM | WOLSKE, MICHAEL ALLEN<br>ATTN MICHAEL BATTERSBY ESQ<br>THE SAM BERNSTEIN LAW FIRM<br>31731 NORTHWESTERN HWY, STE. 333<br>FARMINGTON HILLS, MI 48334 | 1039 | 02/18/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$2,000,000.00 General Unsecured |
| WRIGHT, TROY C.<br>15279 DICKERSON DRIVE<br>FENTON, MI 48430 | 3514 | 02/24/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured | DUPLICATE CLAIM | WRIGHT, TROY C.<br>15279 DICKERSON DRIVE<br>FENTON, MI 48430 | 2811 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$100,000.00 General Unsecured |