**EXHIBIT 2: LIST OF CLAIMS**

| Amended and Superseded Claim to be Disallowed and Expunged | | | | Reason for Disallowance | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| Name of Claimant | Claim Number | Date Filed | Claim Amount | | Name of Claimant | Claim Number | Date Filed | Claim Amount |
| AIRGAS USA, LLC<br>6055 ROCKSIDE WOODS BLVD.<br>INDEPENDENCE, OH 44131 | 488 | 01/09/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$13,814.32 General Unsecured | AMENDED/<br>SUPERSEDED | AIRGAS USA LLC<br>6055 ROCKSIDE WOODS BLVD<br>INDEPENDENCE, OH 44131 | 3676 | 04/14/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$55,793.34 General Unsecured |
| ALEXANDER, MELANIE<br>C/O BRADLEY B. HARRIS, ESQ.<br>GOREN, GOREN & HARRIS, P.C.<br>30400 TELEGRAPH RD., SUITE 470<br>BINGHAM FARMS, MI 48025 | 17 | 08/29/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$420,000.00 General Unsecured | AMENDED/<br>SUPERSEDED | ALEXANDER, MELANIE<br>C/O BRADLEY B. HARRIS, ESQ.<br>GOREN, GOREN & HARRIS, P.C.<br>30400 TELEGRAPH RD., SUITE 470<br>BINGHAM FARMS, MI 48025 | 823 | 02/11/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$420,000.00 General Unsecured |
| BROWN, JOHNATHAN (ON BEHALF OF HIMSELF AND A CLASS OF OTHERS SIMILARLY SITUATED IN CASE #10-CV-12162 (E.D. MICH)<br>ATTN MICHAEL KANOVITZ, ARTHUR LOVEY,<br>JON LOVEY AND CINDY TSAI<br>LOEVY & LOEVY<br>312 NORTH MAY STREET, STE 100<br>CHICAGO, IL 60607 | 1842 | 02/19/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | AMENDED/<br>SUPERSEDED | BROWN, JOHNATHAN (ON BEHALF OF HIMSELF AND A CLASS OF OTHERS SIMILARLY SITUATED IN CASE #10-CV-12162 (E.D. MICH)<br>ATTN MICHAEL KANOVITZ, ARTHUR LOVEY,<br>JON LOVEY AND CINDY TSAI<br>LOEVY & LOEVY<br>312 NORTH MAY STREET, STE 100<br>CHICAGO, IL 60607 | 3667 | 03/24/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured |
| BURRELL, SHARANDA<br>C/O BRADLEY B. HARRIS, ESQ.<br>GOREN, GOREN & HARRIS, P.C.<br>30400 TELEGRAPH RD., SUITE 470<br>BINGHAM FARMS, MI 48025 | 16 | 08/29/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$320,000.00 General Unsecured | AMENDED/<br>SUPERSEDED | BURRELL, SHARANDA<br>C/O BRADLEY B. HARRIS, ESQ.<br>GOREN, GOREN & HARRIS, P.C.<br>30400 TELEGRAPH RD., SUITE 470<br>BINGHAM FARMS, MI 48025 | 826 | 02/11/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$320,000.00 General Unsecured |
| COLEMAN, JUSTINA<br>17420 GREENLAWN ST<br>DETROIT, MI 48221 | 1929 | 02/20/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$26,000.00 General Unsecured | AMENDED/<br>SUPERSEDED | COLEMAN, JUSTINA<br>17420 GREENLAWN RD.<br>DETROIT, MI 48221 | 2293 | 02/20/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$23,594.88 General Unsecured |
| COMPUWARE CORPORATION<br>ATTN ACCOUNTS RECEIVABLE FL 14-W<br>ONE CAMPUS MARTIUS<br>DETROIT, MI 48226 | 1041 | 02/18/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$267,508.65 General Unsecured | AMENDED/<br>SUPERSEDED | COMPUWARE CORPORATION<br>ATTN ACCOUNTS PAYABLE<br>ONE CAMPUS MARTIUS<br>DETROIT, MI 48226 | 3633 | 03/06/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$241,350.00 General Unsecured |
| CUMMINGS, MCCLOREY, DAVIS & ACHO PLC<br>RONALD G. ACHO<br>33900 SCHOOLCRAFT ROAD<br>LIVONIA, MI 48150 | 239 | 12/16/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$84,088.28 General Unsecured | AMENDED/<br>SUPERSEDED | CUMMINGS, MCCLOREY, DAVIS & ACHO, PLC<br>RONALD G. ACHO<br>33900 SCHOOLCRAFT ROAD<br>LIVONIA, MI 48150 | 1059 | 02/18/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$106,524.94 General Unsecured |
| DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 92 | 09/19/2013 | $0.00 Administrative Priority<br>$35,702.64 Secured<br>$1,179,986.63 Priority<br>$0.00 General Unsecured | AMENDED/<br>SUPERSEDED | DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 97 | 09/25/2013 | $0.00 Administrative Priority<br>$94,804.89 Secured<br>$1,120,884.38 Priority<br>$0.00 General Unsecured |
| DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 97 | 09/25/2013 | $0.00 Administrative Priority<br>$94,804.89 Secured<br>$1,120,884.38 Priority<br>$0.00 General Unsecured | AMENDED/<br>SUPERSEDED | DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 576 | 01/22/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured |
| DETROIT FIRE FIGHTERS ASSOCIATION, IAFF LOCAL 344<br>CHRISTOPHER P. LEGGHIO<br>LEGGHIO & ISRAEL, P.C.<br>306 SOUTH WASHINGTON, SUITE 600<br>ROYAL OAK, MI 48067 | 2812 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | AMENDED/<br>SUPERSEDED | DETROIT FIRE FIGHTERS ASSOCIATION, IAFF LOCAL 344<br>CHRISTOPHER P. LEGGHIO<br>LEGGHIO & ISRAEL, P.C.<br>306 SOUTH WASHINGTON, SUITE 600<br>ROYAL OAK, MI 48067 | 3681 | 04/17/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured |

CITY OF DETROIT, MICHIGAN
AMENDED AND SUPERSEDED CLAIMS

| Amended and Superseded Claim to be Disallowed and Expunged | | | | Reason for Disallowance | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| Name of Claimant | Claim Number | Date Filed | Claim Amount | | Name of Claimant | Claim Number | Date Filed | Claim Amount |
| FULFORD, CARMEN<br>C/O BRADLEY B. HARRIS, ESQ.<br>GOREN, GOREN & HARRIS, P.C.<br>30400 TELEGRAPH RD., SUITE 470<br>BINGHAM FARMS, MI 48025 | 15 | 08/29/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$120,000.00 General Unsecured | AMENDED/<br>SUPERSEDED | FULFORD, CARMEN<br>C/O BRADLEY B. HARRIS, ESQ.<br>GOREN, GOREN & HARRIS, P.C.<br>30400 TELEGRAPH RD., SUITE 470<br>BINGHAM FARMS, MI 48025 | 825 | 02/11/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$120,000.00 General Unsecured |
| FULLER, DAMIAN VIA HIS ATTORNEYS, SERAFINI MICHALOWSKI DERKACZ & ASSOCIATES, P.C.<br>PHILLIP S. SERAFINI<br>44444 MOUND ROAD, STE 100<br>STERLING HEIGHTS, MI 48334 | 127 | 11/13/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>BLANK General Unsecured | AMENDED/<br>SUPERSEDED | FULLER, DAMIAN VIA HIS ATTORNEYS, SERAFINI MICHALOWSKI DERKACZ & ASSOCIATES, P.C.<br>PHILLIP S. SERAFINI<br>44444 MOUND ROAD, STE 100<br>STERLING HEIGHTS, MI 48334 | 293 | 12/18/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$500,000.00 General Unsecured |
| HARON, DAVID L.<br>130 EAST NINE MILE RD<br>FERNDALE, MI 48220 | 1093 | 02/18/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$17,325.50 General Unsecured | AMENDED/<br>SUPERSEDED | FOLEY & MANSFIELD PLLP<br>DAVID L. HARON<br>130 EAST NINE MILE ROAD<br>FERNDALE, MI 48220 | 2571 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$17,325.50 General Unsecured |
| MACK, RICHARD<br>WOLFGANG MUELLER, ESQ.<br>2684 WEST ELEVEN MILE RD.<br>BERKLEY, MI 48072 | 105 | 10/14/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$740,000.00 General Unsecured | AMENDED/<br>SUPERSEDED | MACK, RICHARD<br>WOLFGANG MUELLER, ESQ.<br>2684 WEST ELEVEN MILE RD.<br>BERKLEY, MI 48072 | 269 | 12/17/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$740,000.00 General Unsecured |
| MICHIGAN CENTER FOR PHYSICAL THERAPY<br>C/O DAVID D OKEEFE<br>LAW OFFICES OF MICHAEL J MORSE PC<br>24901 NORTHWESTERN HWY STE 700<br>SOUTHFIELD, MI 48075 | 470 | 01/02/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | AMENDED/<br>SUPERSEDED | MICHIGAN CENTER FOR PHYSICAL THERAPY<br>C/O DAVID D OKEEFE<br>LAW OFFICES OF MICHAEL J MORSE PC<br>24901 NORTHWESTERN HWY STE 700<br>SOUTHFIELD, MI 48075 | 1470 | 02/19/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$23,580.37 General Unsecured |
| MOORE, CHRISTOPHER C/O LEONARD M. KOLTONOW, ESQ.<br>GURSTEN, KOLTONOW, GURSTEN, CHRISTENSEN & RAITT, P.C.<br>30101 NORTHWESTERN HIGHWAY<br>FARMINGTON HILLS, MI 48334 | 125 | 11/13/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>BLANK General Unsecured | AMENDED/<br>SUPERSEDED | MOORE, CHRISTOPHER<br>C/O LEONARD M. KOLTONOW, ESQ.<br>30101 NORTHWESTERN HIGHWAY<br>FARMINGTON HILLS, MI 48334 | 426 | 12/31/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$75,000.00 General Unsecured |
| MORGAN, DEBORAH<br>C/O BRETT D. ALTMAN, ESQ.<br>GOREN, GOREN & HARRIS, P.C.<br>30400 TELEGRAPH RD., SUITE 470<br>BINGHAM FARMS, MI 48025 | 9 | 08/19/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$275,000.00 General Unsecured | AMENDED/<br>SUPERSEDED | MORGAN, DEBORAH<br>C/O BRETT D. ALTMAN, ESQ.<br>GOREN, GOREN & HARRIS, P.C.<br>30400 TELEGRAPH RD., SUITE 470<br>BINGHAM FARMS, MI 48025 | 824 | 02/11/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$275,000.00 General Unsecured |
| NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION<br>DANIEL E. MCMANUS, JR.<br>113 KING STREET<br>ARMONK, NY 10504 | 1077 | 02/20/2014 | $0.00 Administrative Priority<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>$0.00 General Unsecured | AMENDED/<br>SUPERSEDED | MBIA INSURANCE CORPORATION<br>DANIEL E. MCMANUS, JR.<br>NATIONAL PUBLIC FINANCE GUARANTEE CORP.<br>113 KING STREET<br>ARMONK, NY 10504 | 3638 | 03/07/2014 | $0.00 Administrative Priority<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>$0.00 General Unsecured |
| PETERSON, HEIDI (PLAINTIFF IN WAYNE COUNTY CIRCUIT SUIT AGAINST WATER DEPARTMENT/CITY ET. AL.)<br>C/O CHARLES IDELSOHN ATTORNEY<br>P.O. BOX 856<br>DETROIT, MI 48231 | 18 | 08/31/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$250,000.00 General Unsecured | AMENDED/<br>SUPERSEDED | PETERSON, HEIDI (PLAINTIFF IN WAYNE COUNTY CIRCUIT SUIT AGAINST WATER DEPARTMENT/CITY ET. AL.)<br>C/O CHARLES IDELSOHN ATTORNEY<br>P.O. BOX 856<br>DETROIT, MI 48231 | 19 | 09/03/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$250,000.00 General Unsecured |
| PETERSON, HEIDI (PLAINTIFF IN WAYNE COUNTY CIRCUIT SUIT AGAINST WATER DEPARTMENT/CITY ET. AL.)<br>C/O CHARLES IDELSOHN ATTORNEY<br>P.O. BOX 856<br>DETROIT, MI 48231 | 19 | 09/03/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$250,000.00 General Unsecured | AMENDED/<br>SUPERSEDED | PETERSON, HEIDI (PLAINTIFF IN WAYNE COUNTY CIRCUIT COURT)<br>CHARLES IDELSOHN ATTORNEY<br>PO BOX 856<br>DETROIT, MI 48231 | 2265 | 02/20/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$205,043.77 General Unsecured |

| Amended and Superseded Claim to be Disallowed and Expunged | | | | Reason for Disallowance | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| Name of Claimant | Claim Number | Date Filed | Claim Amount | | Name of Claimant | Claim Number | Date Filed | Claim Amount |
| POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT<br>CYNTHIA A. THOMAS<br>EXECUTIVE DIRECTOR<br>908 COLEMAN A. YOUNG MUNICIPAL CENTER<br>DETROIT, MI 48226 | 2327 | 02/20/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$71,971,740.15 General Unsecured | AMENDED/ SUPERSEDED | POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT<br>CYNTHIA A. THOMAS<br>EXECUTIVE DIRECTOR<br>908 COLEMAN A. YOUNG MUNICIPAL CENTER<br>DETROIT, MI 48226 | 3184 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$72,654,598.93 General Unsecured |
| POLICE AND FIRE FIGHTERS RETIREMENT ASSOCIATION RETIREES AND THEIR BENEFICIARIES BY THE OFFICIAL COMMITTEE OF RETIREES<br>CAROLE NEVILLE & CLAUDE MONTGOMERY<br>DENTONS US LLP - COUNSEL TO THE OFFICIAL COMMITTEE OF RETIREES<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | 1738 | 02/20/2014 | $0.00 Administrative Priority<br>$2,234,166,370.00 Secured<br>UNLIQUIDATED Priority<br>UNLIQUIDATED General Unsecured | AMENDED/ SUPERSEDED | POLICE AND FIRE FIGHTERS RETIREMENT SYSTEM RETIREES AND THEIR BENEFICIARIES BY THE OFFICIAL COMMITTEE OF RETIREES<br>CAROLE NELVILLE AND CLAUDE MONTGOMERY<br>DENTONS US LLP<br>COUNSEL TO THE OFFICIAL COMMITTEE OF RETIREES<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | 3637 | 03/07/2014 | $0.00 Administrative Priority<br>$2,234,166,370.00 Secured<br>UNLIQUIDATED Priority<br>UNLIQUIDATED General Unsecured |
| POMILEE, PATINA<br>20228 LOCHMOOR<br>HARPER WOODS, MI 48225 | 1019 | 02/14/2014 | $15,000.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | AMENDED/ SUPERSEDED | POMILEE, PATINA<br>20228 LOCHMOOR<br>HARPER WOODS, MI 48225 | 1226 | 02/19/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$15,000.00 General Unsecured |
| PROVIENCE, DWAYNE<br>WOLFGANG MUELLER, ESQ.<br>2684 WEST ELEVEN MILE RD.<br>BERKLEY, MI 48072 | 106 | 10/14/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$5,000,000.00 General Unsecured | AMENDED/ SUPERSEDED | PROVIENCE, DWAYNE<br>WOLFGANG MUELLER, ESQ.<br>2684 WEST ELEVEN MILE RD.<br>BERKLEY, MI 48072 | 270 | 12/17/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$5,000,000.00 General Unsecured |
| RAMIREZ, PATRICIA<br>ERIC J. ROSENBERG, ESQ.<br>MORGAN & MEYERS, PLC<br>3200 GREENFIELD, STE. 260<br>DEARBORN, MI 48120 | 1408 | 02/18/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$1,500,000.00 General Unsecured | AMENDED/ SUPERSEDED | RAMIREZ, PATRICIA<br>ERIC J. ROSENBERG, ESQ.<br>MORGAN & MEYERS, PLC<br>3200 GREENFIELD, STE. 260<br>DEARBORN, MI 48120 | 1503 | 02/19/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$1,500,000.00 General Unsecured |
| RAMIREZ, PATRICIA<br>ERIC J. ROSENBERG, ESQ.<br>MORGAN & MEYERS, PLC<br>3200 GREENFIELD, STE. 260<br>DEARBORN, MI 48120 | 1503 | 02/19/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$1,500,000.00 General Unsecured | AMENDED/ SUPERSEDED | RAMIREZ, PATRICIA<br>ERIC J. ROSENBERG, ESQ.<br>MORGAN & MEYERS, PLC<br>3200 GREENFIELD, STE. 260<br>DEARBORN, MI 48120 | 1739 | 02/20/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$1,500,000.00 General Unsecured |
| RATTE, LEO, ZIMMERMAN, CLAIRE, NEXT FRIEND AND INDIVIDUALLY, CHRISTOPHER RATTE, INDIVIDUALLY<br>GARY BOREN (P31217)<br>322 E. WASHINGTON ST<br>ANN ARBOR, MI 48104 | 1294 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$626,127.91 General Unsecured | AMENDED/ SUPERSEDED | RATTE, LEO, ZIMMERMAN, CLAIRE, NEXT FRIEND AND INDIVIDUALLY, CHRISTOPHER RATTE, INDIVIDUALLY<br>GARY BOREN (P31217)<br>322 E. WASHINGTON ST<br>ANN ARBOR, MI 48104 | 1299 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$800,000.00 General Unsecured |
| RUTLEDGE, ISIDORE<br>FRIEDMAN, ERNEST F.<br>24567 NORTHWESTERN HIGHWAY #500<br>SOUTHFIELD, MI 48075 | 773 | 02/06/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$465,433.00 General Unsecured | AMENDED/ SUPERSEDED | RUTLEDGE, ISADORE<br>ERNEST F. FRIEDMAN<br>24567 NORTHWESTERN HWY., STE. 500<br>SOUTHFIELD, MI 48975 | 2750 | 02/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$485,433.00 General Unsecured |
| SHELTON, MAXINE JR.<br>JEFFREY A. BUSSELL<br>30101 NORTHWESTERN HWY<br>FARMINGTON HILLS, MI 48334 | 113 | 10/25/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$2,000,000.00 General Unsecured | AMENDED/ SUPERSEDED | SHELTON, MAXINE<br>GURSTEN, KOLTONOW, ET. AL.<br>30101 NORTHWESTERN HWY.<br>FARMINGTON HILLS, MI 48334 | 354 | 12/26/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$2,000,000.00 General Unsecured |
| SUELL, GERALDINE<br>615 GRISWOLD<br>SUITE 1116<br>DETROIT, MI 48226 | 1387 | 02/18/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$350,000.00 General Unsecured | AMENDED/ SUPERSEDED | SUELL, GERALDINE<br>615 GRISWOLD<br>SUITE 1116<br>DETROIT, MI 48226 | 1454 | 02/19/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$350,000.00 General Unsecured |
| WHITFIELD II, BRUCE A.<br>1283 FAIRWOOD DR I-7<br>WESTLAND, MI 48185 | 52 | 08/20/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>BLANK General Unsecured | AMENDED/ SUPERSEDED | WHITFIELD II, BRUCE A<br>1283 FAIRWOOD DR I-7<br>WESTLAND, MI 48185 | 2748 | 02/21/2014 | $0.00 Administrative Priority<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>$0.00 General Unsecured |

| Amended and Superseded Claim to be Disallowed and Expunged ||||| Surviving Claim ||||
|---|---|---|---|---|---|---|---|---|
| Name of Claimant | Claim Number | Date Filed | Claim Amount | Reason for Disallowance | Name of Claimant | Claim Number | Date Filed | Claim Amount |
| WILCOX, GERALD AND ALECIA<br>WOLFGANG MUELLER, ESQ.<br>2684 WEST ELEVEN MILE RD.<br>BERKLEY, MI 48072 | 107 | 10/14/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$750,000.00 General Unsecured | AMENDED/ SUPERSEDED | WILCOX, GERALD AND ALECIA<br>WOLFGANG MUELLER, ESQ.<br>2684 WEST ELEVEN MILE RD.<br>BERKLEY, MI 48072 | 274 | 12/17/2013 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$750,000.00 General Unsecured |