**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re

|                                   |                          |
|-----------------------------------|--------------------------|
|                                   | Chapter 9                |
| CITY OF DETROIT, MICHIGAN,         | Case No. 13-53846        |
|            Debtor.                | Hon. Steven W. Rhodes    |

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2014, I electronically filed the (1) Debtor's First Omnibus Objection of Certain Claims (Duplicate Claims) [Docket No. 4792]; (2) Notice of Debtor's First Omnibus Objection To Certain Claims (Duplicate Claims) [Docket No. 4793]; (3) Debtor's Second Omnibus Objection of Certain Claims (Amended and Superseded) [Docket No. 4794]; and (4) Notice of Debtor's Second Omnibus Objection to Certain Claims (Amended and Superseded) [Docket No. 4795] (the "Claim Objections"), with the Clerk of the Court which sends notice by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case. The Trustee has engaged a Noticing Agent, which will serve the Claim Objections and file a subsequent Proof of Service after it has performed the service.

Dated: May 14, 2014

FOLEY & LARDNER LLP

By: */s/ Tamar N. Dolcourt*
John A. Simon (P61866)
Tamar N. Dolcourt (P73425)
500 Woodward Ave., Ste. 2700
Detroit, MI 48226
313.234.7100
jsimon@foley.com
tdolcourt@foley.com
*Counsel for the Debtor, City of Detroit, Michigan*

4846-7058-5371.1