**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2014, the Certification on Behalf of the Detroit Retirement Systems Pursuant to Order Granting Motion to Compel Full Clawback of Debtor's Document Production and Related Relief [Dkt. No. 4796] was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        Respectfully submitted,

        CLARK HILL PLC

        /s/ Shannon L. Deeby
        Shannon L. Deeby (P60242)
        151 South Old Woodward Avenue, Suite 200
        Birmingham, Michigan 48009
        Telephone: (248) 988-5882
        Facsimile: (248) 988-2502
        sdeeby@clarkhill.com

        *Counsel to the Police and Fire Retirement*
Dated: May 14, 2014        *System of the City of Detroit and the General*
        *Retirement System of the City of Detroit*