UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
------------------------------------------------x

## PROOF OF SERVICE

Patricia A. Cotton, being first duly sworn, deposes and says that on the 14th day of May, 2014, she served a copy of ADR Notice, Order, Pursuant to Section 105 and 502 of the Bankruptcy Code, Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims and this Proof of Service upon:

Tim Sulolli, Esq.
Goodman, Acker, P.C.
17000 W. 10 Mile Road, Second Floor
Southfield, MI 48076

by enclosing same in an envelope and placing the envelope in the United States First Class Mail with the proper postage fully prepaid thereon.

_____
Patricia A. Cotton