# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

| | |
|---|---|
| City of Detroit, Michigan | Chapter 9 |
| | Case Number 13-53846 |
| Debtor | Honorable Steven W Rhodes |
| _____/ | |

## STATEMENT REGARDING OWNERSHIP

Pursuant to local rule 9013-5, attached please find the statement of corporate ownership.

Date:   May 15, 2014           /s/   Elizabeth M. Abood-Carroll
                               Craig B. Rule, Esq. P67005
                               Elizabeth M. Abood-Carroll, Esq. P46304
                               Heather D. McGivern, Esq. P59393
                               Orlans Associates, P.C.
                               Attorneys for Wells Fargo Bank, NA
                               P.O. Box 5041
                               Troy, MI 48007
                               (248) 502-1400
                               Email: eabood-carroll@orlans.com
                               File Number: 14-005276