## STATEMENT REGARDING OWNERSHIP OF WELLS FARGO HOME MORTGAGE IS A DIVISION OF WELLS FARGO BANK, N.A. WHICH IS A WHOLLY OWNED SUBSIDIARY OF WELLS FARGO & CO. OF WHICH NO ONE ENTITIY OR INDIVIDUAL OWNS 10% OR MORE.

☐ The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

Name:_____
Address:_____

Name:_____
Address:_____

Name:_____
Address:_____

(For additional names, attach an addendum to this form)

☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

This Statement is valid from execution unless the corporate ownership changes, at which time a new Statement will be executed by mortgage servicer/creditor as applicable.

Dated: 8/20/12        By: _____
                          Signature of Authorized Individual
                          for Corporate Party

                          **Trina M. Glover**
                          _____
                          Print Name

                          VP Loan Documentation
                          _____
                          Title