UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:                                             Chapter 9
                                                              13-53846-swr
City of Detroit, Michigan                                     Judge Rhodes

Debtor(s)
_____/

## STIPULATION GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3)

The City of Detroit, Michigan, ("Debtor"), by and through its counsel, Miller, Canfield,

Paddock and Stone, P.L.C., and Wells Fargo Bank, NA ("Creditor"), by and through its counsel,

Orlans Associates, P.C., hereby stipulate to the entry of the proposed Order attached as **Exhibit

A**.

Approved for entry:

DATED: May 15, 2014

| /s/ __Elizabeth M. Abood-Carroll | /s/ Eric D. Carlson (with consent) |
|---|---|
| Craig B. Rule, P67005 | Eric D. Carlson (P60277) |
| Elizabeth M. Abood-Carroll, P46304 | MILLER, CANFIELD, PADDOCK & |
| Heather D. McGivern, P59393 | STONE, P.L.C. |
| Orlans Associates, P.C. | 150 West Jefferson |
| Attorneys for Wells Fargo Bank, NA | Suite 2500 |
| P.O. Box 5041 | Detroit, Michigan 48226 |
| Troy, MI 48007 | Telephone: (313) 963-6420 |
| (248) 502-1400 | Facsimile: (313) 496-7500 |
| Email: eabood-carroll@orlans.com | carlson@millercanfield.com |
| Orlans file: 14-005276 | |

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:                                Chapter 9
                                                           13-53846-swr

City of Detroit, Michigan                   Judge Rhodes

Debtor(s)
_____/

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3)

This matter having come before this Court on the Stipulation Granting Relief from the Automatic Stay; the City of Detroit, Michigan, ("Debtor"), by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C., and Wells Fargo Bank, NA ("Creditor"), by and through its counsel, Orlans Associates, P.C having stipulated to the following; and the Court being otherwise advised of the premises;

IT IS HEREBY ORDERED that the automatic stay is modified to allow Creditor, its successors or assigns, to foreclose on the property known as 7227 Stahelin, Detroit, MI 48228; that F.R.B.P.4001(a)(3), is waived; that this order shall be served by Creditor on the Debtor and all others with an interest in the subject property.