Objections to the lastest plan of adjust[ment]

Preamble — last sentence: consider the informa[tion] included ~~on~~ on the Ballot before casting a vote to accept or reject the Plan and before choosing among ~~the~~ available treatment options.

Article I

A. The Cop agreements were they not usery, userous, sp and illegal, for pension funds particularly, even though passed thru the city. The hedge fund managers should be indicted as they prayed sp on the city. So should the New England Fertilizer Co. and the H₂O bd. director who made the worst option des[igned] to meet EPA standards re elimination of incinerators while all small excluded incinerators burn toxins & more toxin[s]

FILED
2014 MAY 12 P 1:36
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

7. Actual Return — mumbo jumbo. Lets see the real figures — what was the actual return for each year and how much did this cost the fund. Separate the general fund from the annuity fund. To protect the poorest workers only adjust the monthly pension for overpayments in the annuity. And if that brings someone below the 1½ times poverty level dont adjust them for annuity losses. Give people the option to repay the annuity loss if they would rather have a general pension to monthly check even unaltered if you promise not to dilute the pension in the future. The unholy alliance between the old mafia where

has helped to suck the life blood out of Detroit with the elected politicians of the state makes the future of Detroit and Michigan look bleak. The blood suckers will soon be sucking their own blood and there will be nothing left until the Chinesse come in to suck, and perhaps contribute. Bon The politicians are no better than the banks who bundled mortgages, or sold us the COP swaps; they do not look after the long term interests of society; but their next election or de-election and safety from threats when they don't take the bribe.

9. Jones Day ~~and~~ has written the contracts that have been pushed thru the Detroit City Council since Kevin Orr was illegally annointed as emergency manager King of Detroit. Jones Day has given the mafia a big boost. Now the State of Michigan has entered an unholy alliance with the Mafia to restructure the city of Detroit. Rizzo and their cousins from Florida (Advanced Disposal Services) have taken over ~~the Detroit~~ new garbage ~~&~~ — their trucks [that our contract pays for but they ou] go home to Steeling Heights each nite; instead of ~~have~~ mechanics, we were advised by Brown who now works for Kevin Orr to sell our truc At the end of the Privatization contract of 5 years we

will be negotiating a new contract with the mafia who owns the means of production. Detroit is like Mexico. The drug dealers have money to launder and need legitimate businesses like garbage, produce, and river front realestate to invest in and the state is helping them but not the city or the citizens of this city or the state. Why would Anna Holden's building next to the Whittier (sp) get closed and when she tried to rent at the Jeffersonian they tell her 2 weeks for a credit check, then another 2 weeks to fix up an apartment to show her; she moved outside the city but did not want to and was happier in her old place. My gu

is the Mafia has or wants the Jeffersonian.
I helped a friend get out of ~~Chester~~ ~~Pkwy~~ a
nursing home into the old Casprian Hall, and
the managers have changed 3 times in 2 years
as well as the building ownerships changing frequently.
~~The~~ Recently the state legislature passed a
law where they can padlock a building if drug
dealers are found there, evicting all the sellers
& people on nuisance abatement — the bank
were excluded from these enforcement rules.
call State Rep. Rosemary Robinson who voted
against it.

I thought the site
owned Re k
Laurchigk

Reids landing ramp is leased by the state
to an Irish name "apo american family" who also has
a boat ~~man~~ ~~nties~~ ~~aloe~~ Friend St. Jean

Last [year during July 4th] fireworks I was walking along river walk from Rosa Parks — where Koch brothers had piled up Petco or oil sands residue on the edge of Detroit River — toward the fireworks I swung around a fence at rivers edge, [struck out text] was confronted by someone who said I was trespassing. When I argued, a bunch of people (interracial 40's something) appeared, one (tall white guy) with a phony star, grabbed me, twisted both arms, while I told them to stop I had a bad rotator cup, they started applying [hurting] pressure points on my arms. Then they put handcuffs on me and escorted me to the edge of the property. They did not identify themselves. Were they part of the Mafia?

13-53846-tjt Doc 4809 Filed 05/12/14 Entered 05/15/14 12:47:10 Page 7 of 38

AARP

Calpers~~~~~~~ — San Francisco

2 yrs. Saul told McCormick re Boston
anerobic digestion, producing methane gas.
McCormick took fertilizer pellets, & disregarded
the anerobic digesters designed by

Crains writer says that 2016 — thats the
only alternative. (Cant incinerate)
Sludge makes money for Mr & Boston; here in Detroit its
all expense — natural gas to dry in proposed
driers, trucking costs to take it to the
landfill & land fill costs.
Rhenns in 1970's connected Port Huron, Belle Isle

15% pumped for Port Huron
70 % " " " Belle Isle or H₂O works plat
15% " " " Allen Park
    If big tunnel connects all of them,
fr. tunnel pumps to all communities,
1 billion gallons per day total
    600 – 700 million gal a day pumped coz pumps
are wearing down but still enough. use of
Det WTF pump 2 billion gal a day discourized, & reverse
osmosis, remove minerals to protect boilers.
    Revolving Funds for Mi has 6 billion in DWSD
already

city had
1 billion in bank 1 yr ago          22 %
now have 20 million
drip
          J   Creditors          180 ⌐40,00
BANK   1 UBS                          .3600
          2                              400
          3. Union

who are we going to pay & how much and going to pay
    7.9    70% funded    for every 1% of market gains
Bing 60        pension should ↑ 3%

Moss   appt. Technical board of engineers to approve

3½ million $H_2O$    det = 700,000
35                                      $\frac{1}{5}$ = 20%
        1.26 billion gal. out of Det.
700 million — we use

10 million ppl Berlin $H_2O$ = free
no rate payers in Chicago — no one
shuts off $H_2O$. use
          certified thieves.

70. Pure B.S. If you don't approve the emergency managers plan you will be replaced by a committee appointed by the emergency manager king. Lets revisit the American Revolution.

96. Disc??????? value of DWSD to 6.75 discount rate 1991?

106 DDA loans

112 DWSD CVR nt to receive 5% of net DWSD transortin proceeds received by general fund?

114 revolving sewer & $H_2O$ bonds?

124. eligible persons for income stabilization based on 2013 income provided no new persons are eligible in the future.
Object — to removing COLA will send many below poverty line in future

125, Kevin Orr, and any emergency manager are invalid and unconstitutional.

128, when you die, the state will bury you free of charge in a card board box if no one picks up the cost. The EM can tie a rope with a rock on the one end and me on the other, throw me into the river and let the ~~baby~~ asian carp eat me.

130, "estimated future liability" is contradicted by #124 which no new people can be added after 2014 (based on 2013 income) Income Stabilization payments according to #124 are only based on people whose incomes in 2013 qualifies them for the stabilization plan, so to fulfill their relevant systems obligations in the year of 2022, is easy cuz according to #130, no ~~alternate~~ the income stabilization stops at 201

132, Exculpated Parties —.

Should any of these people be presented if so — why are we being "represented" illegally by them and their heirs. They have consented to a bad bargain for city residents and employees to say save them as.

133. Rejects the obsolete and wasteful and ineffective technology in the contract between PWSD and New England Fertilizer Co. Boston no longer sends the remains from their anaerobic digester to New England's Co (NEFCO) Quincy Plant. Minn capol 45 Water Dept. had to buy and install anaerobic digesters to make the NEF diners work, and they use natural gas. Buy land like Chim spread it out, put ? to stop smell, load it on train

cars and sell it to farmers and/or install anerobic digesters, make & sell methane, and the rest to the farmers. NEFCO doesn't work well without anerobic digesters so why do we get the cart before the horse every time?

Reject the NEFCO contract with DSD

Reject the purchase of Polymers.

Reject the purchase of the cheapest, bulkies most ineffective form of lime purchased by the $H_2O$ dept that increases the costs to rate payers and the profits to mafia truck haulers and land fill owners.

132, — the advisors could be like the hedge fund managers who preyed on the city previously. How do we know & evaluate?

134 "expedient." IA92 IA135 filed "only if transactions related to &/or underlying such Exhibits are to be consummated by the city"

137 face amount? Steve Hamme died, his wife Sue McDonnel does not understand ...

141. fee examiner parties means collectively {
(a) fee examiner | b) all counsel & other professional advising the fee/examiner whose(?) c.) fees & expenses are subject to Fee Review Order.

143, Fee review professionals means collectively {
(a) those professionals (sic) retained by the City
(sic ie Jones Jay & EM appointedly Sov. Sydar) and the retiree committee to render services

"" Objection:
the Retiree committee does not represent the interest of the retirees and Jones Jay does not represent the interests of the City of Detroit.

The citizens of retirees of the City of Detroit

We demand a voice and money to actualize that voice.

Objection to assumptions of #143

143. We the retirees and we the citizens of Detroit are not claiming to be "Professionals" and we don't have to be to assert our rights for equal and just treatment. We are not charging ourselves $1,000 an hour and digging a deeper hole for our debtors' grave. We would just like equal opportunity to get our message out since the media is controlled by the corporate structure that is getting corporate welfare from our corpse.

146. — recourse? B.S. just cuz you say its so doesn't mean it is.

149. the general fund used to cover the police fire EMS services for the DDA downtown authority area that

until recently did not contribute any of the city's of normal portion of Wayne County taxes to the general fund. I find it ludicrous that the DDA is a creditor when they have had a free ride for police fire and EMS and the city general fund has given them million dollars budgets out of the general fund. Why doesn't the Bankruptcy do something to Help Detroit instead not Hurt of digging a deeper grave. like when the EM pushed the Illich stadium on us with less revenue than we had before and the no compete clause to tear Joe Louis Arena Down at our expense, Outrageous Fascism.

149. cont. we no longer handle this our garbay the Godfathers' sons do, out of our general fund, we no longer control the assets; we just pay for their operation and maintenance; the state mafia consortium now control the assets.

150. general obligation bond glams = ?

limited tax general obligation bonds = ?

unlimited tax `"` `"` `"` = ?

should I look these up in a dictionary or can U tell me what these terms mean besides mambo jumbo.

professional and therefore qualified to be paid

154. all terminal pensioners should commit suicide before June 30, 2014 in order to protect their spouses.

158 – 160 – HUD – if HUD is intertwined with MISDA its probably corrupt – the money we supposedly owed never got to the people. The Detroit Economic Growth Corp. which landbanked the property they burned and stole from me on fraudulent records on the Wayne Co. tax sale which was part of the anxcillary catalyst project also funded with school funds and the Michigan Strategic Fund for stadium that will give the State of Michigan Sales & income tax, but will take money out of the Michigan School Fund to do it, and will give only income tax of 1½% & 3% for people working there as regular employees or players. HUD allowed good public housing with efficient central heating to be unrepared for years and then to be torn down, privatized

and rebuilt ~~with houses~~ in no improvement in struture, value, or worth ~~nothing~~ all at the taxpayers expense. When I was on the ~~Model C~~ University "A" Citizens District Council in the 1970's, Father Tortorici (the old) from St. Dominic's at Trumbul and Warren, together questioned Mr Cunningham from Detroit Economic Growth Commission about Jeffries Project and why all the money was going into demolition instead of into rehab. Mr Cunningham, (from Detroit Economic Delepoment Commission at 150 Michigan,) a sociopathic lier, couldn't remember his lies and was contradicting himself. within 3 minutes of our questioning bombardment Alice Godfrey from 635 W. Forest. who lived above Cindy Urban who fought the urban removal (renewal) for Wayne State, then told me she saw Mr Cunningham

with a gas can in hand coming from a house
that he lit on fire for urban removal as part
of his promotional opportunties withn the
urban renewal sic removal program
administered by the Detroit Economic Develop
Commission. Those He was a true profess
... Arsonist.

161. — Impaired should include all
Detroiters. Impaired should not include
hedge fund managers, and financial institutio
that have been fined bill, ons of dollars
by the justice department for illegal finan
transactions.

162. Why stop at 2013, when Your plan
elimnates COA A? How do you know
who your plan will put in poverty in the futur

166. indirect? 36th Dist Court — the 36th Dist Court is controlled by the State, and the state of Michigan is responsible for collecting the moneys owed to it to facilitate its running. Gilbert et al, probably with the help of the state is trying to run the jails, Frank Murphy Hall of Justice and the 36th Dist Court ~~out of the~~ out of downtown near "their" football field and "theatre district" to the hinter lands analogous to the outskirts of Johannesburg. Racism and Classism, and a violation of equal justice under the law — who will want to serve on a jury of peers for defendants at a location hard to get to out Mount and Nevada, without a car, and even with a car ~~it~~, its not easy? ?

dispatch 167. — do not indemnify criminal behavior.

168 interest rate reset charge — but did you eliminate the prepay clause which were ...

169. <u>Investment Committee</u> u, established by GRS or PFRS 4 making recommendations to..., and / OR making determinations & taking actions under, and with respect to certain matters ? described herein, the <u>State Contribution Agreement</u>.?

What does this mean other than the State wants to manage our pension fund for whose benefit?

unsecured?

173 limited tax general obligation bond documents in exhibit 1A 173 = resolution adopted & orders issue with respect to limited tax general obligation bond

176 "liquidity event" — "city has complied at all times with its cop swap settlement to use its best effort to secure sufficient exit financing to pay the Net Amount on or promptly after the Effective Date, but not withstanding such compliance, is unable to secure sufficient exit financing to pay the NET amount on or promptly following the exit date."

180. Municipal Obligation = local gov. municipal obligation to be delivered by the City to the Michigan Finance Authority in accordance with the UTGO settlement & applicable law "

181. Net Amount? ?
COP swap ?

182. Net DWSD Transaction Proceeds

183. B notes → ordinances to be passed, resolutions to be adopted
orders to be issued / execution of indentures to be executed.
terms /m Exhibit I A 83

184. B note Documents /" → exhibit I A 184

86 - new DWSD secured bonds exhibit III A 186

87 New Existing DWSD bonds - (passed since Consent Agreement ?

188 New Existing bond Refi DWSD bonds secured
exhibit I A 188

189 - new pension plan for general retirement

objection

190. ✓ define & restrict basis of compensation but you do not define what is contributed into the fund to sustain it.

190 – 192 Is 1½% + social security = 2% + 0 ?

193. New Securities? = New DWSD Bonds, Existing DWSD Bonds, the New B Notes & the Municipal Obligation

195 Weiler et al vs City of Det. Case No 06-619737-CK     wca Cr C1

pursuit to consent judgement & order of dismissal

197 other secured claim means a secured claim, other than a CCP wrap claim, a DWSD Bond Claim, a DWSD revolving Bond Claim, a HUD installment Note Claim, a Parking Bond Claim or a secured GO(?) Bond Claim.

198 "other unsecured claim"   Steve Hume & Sue McDaniel
Section 1983 claims?

199 PA436 = Local Financial Stability & Choice (?) Act
B7 millions Det Bldg A
Revenue Bonds
Parking a Arenas

202. Parking Bonds, 8,080,000

203 Pass Thrraough Obligations: CK c̄ Robin

204  "    "    "   Recepients: CK c̄ Robin

2

207 Pet Ation date = 7/16/03

plan 300 ~ *raise objection*
case: 13-53846

... ??? ... any obl, cost, or expenses ... incurred by any ... *unofficial* creditors or committees (other than the ... Retirees Committee) or any member there... shall be considered an Administrative Clai...

we want our ~~voti~~ position put in retirees appointed committee bail -out
(~ elected)

? 15. Annuity ~~savings~~ fund means that sub account & pension benefit arrangement that is part of the G...
ASF Account

19. formula, let ASF current participant ... (5.1.1) ... distribution ... P...
II B 3 c & D

assigned UTGO Bond Tax Proceeds
if assigned to designee of city pursuant to UTGO settlement, substantially set forth on Exhibit ...
270

40 CFSEM Supporting Org." means Foundation for Detroit's Future, a legally separate ... of the Community Foundation for Southeast Michigan

48 — claims & balloting agent  Kurtzman Carson Consultants

59 ?? 1992 I SDA Master Agreement

68 creditor representative
Class 7 ~ LTGO ... 
if retiree + Class 7 reject committee appt ... by ...

9. I object to the representation of the retirees committee that was appointed and not elected by the members. While they negotiate money, they have totally neglected to stand on their founding principles.

The general pension should not be touched except to adjust for unjust enrichment from the annuity savings, and more importantly the workers should have the right to continue the management of their own pension, but with better disclosure requirements and without the obligation of the city to borrow money to fund unfunded pensions; the workers should control the pension investments, not some corporate investors who want to invest in what helps their friends bottom line instead of the pensioners long term security. We see corporate welfare in the Detroit Landbank, the Michigan Strategic Fund, the new proposed stadium that gives such to the State of Michigan and the Downtown Development Authority advantages but does nothing for the general fund for all Detroiters garbage population to live in but pick up every other week to make the Demolition of it more profitable for the demo companies.

yard waste ~~pickup~~ is paid for by us both
to a private companies even in January.
In the neighborhood organized crime is inten-
ally destroying housing, pulling down porches,
making holes in roofs, removing bricks at roof
top level. This is not just my opinion
but that of many. Our city will be made
to conform to the Detroit Future Plan
"by any means necessary."

69. ~~Why~~ If the plan is bad and retirees or
Class 7 rejects it, why should the person
who made the bad plan, the emergency
manager, be stipulated as the person to
appoint a new committee. ~~Already our~~ The
plans and contracts that the EM and his
law firm Jones Day have imposed on the city
council and ~~as~~ we citizens so far are terrible. Already.
Who are the 5 biggest beneficial holders in class 7?

cont.

71. The purposes of a pension and vesting rights is is to attract and retain good and loyal employees. When you eliminate an employees pension plan before he or she has ~~as~~ had enough work hours to get a vested pension by working the equivalent of 10 years, this ~~is~~ loyal worker is still making him or herself available and should be given the pension they have earned so far even though they are not yet vested. A ~~player~~ leader from Clements told me he was told he was going to get $23 a month so far for the seventeen years he has worked part time, but that was last year. This year he was told the pension system is changing and since he is not vested, he will receive $ a month now instead of the $230 he has accumulated ~~still~~ as of last year.

Other bad decisions made by the Governer who appointed the EM and the corporate controlled legislature to privatize Detroit Public Lighting which now has only 5 employees left; they work in

the lamp room at $7 an hour and less.
I made $1.35 an hour in 1986 as a street
light maintenance worker. They are changing
the lamps that the previous director of
PLD said hadn't been changed for 6 years
and their life span (last summer) is not usually more
than 5 years. So to look like the
EM is a savior and lighting the city,
they kept PLD lamp room employees
to put new lamps in, but Detroit
Edison who we are paying to receive
our assets has subcontracted with
Le Con SB to put new LED fixtures up
their for $1,100 a piece. The GE company
salesman had 2 samples of 139 watt LED
fixtures that are supposed to give out luma

equivalent to sodium vapor for only 13? watts. The mayor said the new LED had more watts and spread the light out more. The PLD lamp room workers say the LED fixtures spread the light out less. But for energy savings that would pay for themselves with lower bills from ~~Etoss~~ DTE which buys most of its power off the grid instead of generating (which we could and should do until we can generate it), we could get LED fixtures with solar batteries and with photocells plugs and plug ins that can dim the lights after a certain time. Lights should be provided for the intersections and more later when we can afford and want. Lights do not reduce crime, though people who make money off them would win

could run between $600 and $800 but the mayor proposed $60,000 lites should get a big discount, but will the general fund realize the savings or will it be lost in kick backs between corrupt politicians and companies. Ex. Mayor Berg was on the Board of Directors for DTE is I believe. It was the State Legislature and Governor who voted for a lighting current authority. I'm not saying this to privatize our lighting and give more monopoly control to Detroit Edison. One of the major signs of fascism like occurred in Nazi German was the lack of separation between government and the corporations. And here they play on racism and financial insecurity instead of anti mentally ill, etc.

Since I have been here and opened my
eyes to the politics of Detroit and the
~~south~~ Cass Corridor, I see the city
being raped by the mafia, and now
there is an unholy alliance between
the mafia, the State Government apparatus
including the present governor, the Michigan
Strategic Fund, the State legislature,
the Alec and Koch Bro. et al agenda, and
those who want to play on racism
to shore up their sinking finances by
devouring Detroit, and trying to lie to
a public who knows things could be
better for all but haven't taken power
yet to work this wonderful place
for the benefit of the people who have
already been driven out or those who
would like to come back.

to pay on the 4 2,300,030 and what are the terms of the replacement bonds? Are we going from one bankruptcy to another until you eliminate all sources of revenue so that we are in perpetual debtors prison? Is that the reasoning of bankruptcy law or just the credit card debt?

101    We fund DDA out of the general
$102    budget. We allow them to keep the cities portion of the Wayne County taxes which should go into city general funds. They owe us money. Stop all the tax diversions, &" the tax abatements on Gilbert's art properties. Sor Yearst EMS out for their police, with no tax reimbursement from Wayne Co. Taxes. FRAUD.

at least break even to be able to address

"... does everyone ...
not yet vested or only the poorest ones".
It's not their choice but yours to change
the plan. All workers should be
able to achieve pensions more than just
social security. Vesting should not be
necessary too just the 90 days to join
the union and you get laid off in 89 days
...... is this the community model we emulate?
Community means to help one another and by doing so help
ourselves

We have to communicate

We cannot be happy and gain freedom, security, opp
opportunity, creativity, happierness with the direction
we are now taking. Let us change directions and achieve

happiness, creativity, opportunity, security, and freedom!
Justine, specify the predatory loans made to
Cindy          homeowners and irregular tax sale
I bought          records. The City
                  Economic Development Dept
                  got land after tax sale
                  I was paying taxes on
                  several Detroit addre
                  and felt they should be able to
                  and at least break even, to

... yes [illegible] are [illegible] ...
not yet vested or only the poorest ones?
It's not their choice but yours to change
the plan. All workers should be
able to achieve pensions more than just
social security. Vesting should not be
necessary too just the 90 days to join
the union and you get laid off in 89 days
"...... is this the community model we emulate?"
Community means to help one another and by doing so help
ourselves
We have to communicate

We cannot be happy and gain freedom, security, oppo-

opportunity, creativity, happieness with the direction

we are now taking. Let us change directions and achieve

happieness, creativity, opportunity, security, and freedom!
Justine, specify the predatory loans made to
Cindy                      homeowners and irregular tax sale
I [illegible]                      Deborah Economic Development Dept
                              got land after tax sale
                              I was paying taxes on
                              several Detroit addre[sses]
                              and felt they should be able to
                              and at least break even, to

The Las Condes Food Coop went bankrupt because crooks mismanaged and stole the money.

So how has this bankruptcy done anything but aggravate the whole system with the government, corporate mismanagement is seeing your assets being destroyed. When the government joins the corporation and visa versa, you need socialism in government to look after the long term gain of people; have we held back money for more than 3 years the federal money for the "Hardest Hit" Fund to help avoid mortage and tax foreclosures, supposed to be used and to in order keep people in their homes Can we immigrate to China to work. Do not waste $ — per house iron bars board with louver windows

the israelis drove the palestinians out of palesti

and refused them right to return

and the israeli terrorism

so who emulates or immitates whom

If we want to stop terrorist

we need to stop terrorizing.

this is paranoid projection on the populace's
part. This morning the storage unit called
me to inform me there was a break in in my unit. Also
but did not see anything missing.

My 98 ford escort was destroyed by fire
(excellent!) like used in the church at Woodward
& Edmond Saturday morning about 5:45 am.
Same time as the church that John Loave and
I reported as open to the city council about 1½
weeks ago. owned by a waterford resident
about a year ago he bought according to Owen
Mingo. Taxes were $0, then based on $30,000
value and now up to one million. Owners son to-
day was there and would not give his name to me.
Wonder if he has insurance. I didn't. Dariah

desoontgoters.org / wendie Dariah
Ewdydariah@gmail. 492 Peterford          5/12/14