UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

       Chapter 9

CITY OF DETROIT, MICHIGAN     Case No. 13-53846-swr

       Hon. Steven W. Rhodes

---

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2014, I caused the *Certification Pursuant to the Court's Order Granting Motion to Compel Full Clawback of Debtor's Document Production and Related Relief* was filed with the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: May 15, 2014     Respectfully Submitted,

    **STROBL & SHARP, P.C.**

    */s/ Lynn M. Brimer*
    LYNN M. BRIMER (P43291)
    MEREDITH E. TAUNT (P69698)
    MALLORY FIELD (75289)
    Attorneys for the Retired Detroit
    Police Members Association
    300 East Long Lake Road, Suite 200
    Bloomfield Hills, MI 48304-2376
    Telephone: (248) 540-2300
    Facsimile: (248) 645-2690
    E-mail: lbrimer@stroblpc.com
    E-mail: mtaunt@stroblpc.com
    E-mail: mfield@stroblpc.com