IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------------x
                                                             :    Chapter 9
In re                                                        :
                                                             :    Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                                   :
                                                             :    Hon. Steven W. Rhodes
                    Debtor                                   :
-------------------------------------------------------------x
```

## NOTICE OF DEBTOR'S OBJECTION TO CLAIM NUMBER 2846 FILED BY EDITH WOODBERRY

**PLEASE TAKE NOTICE THAT** the Debtor, the City of Detroit, (the "City"), by and through its undersigned counsel, has filed an objection to claim number 2846 filed by Edith Woodberry (the "Objection") and for an order disallowing and expunging such claim.

If you do not want the court to eliminate or change your claim, or grant the relief request in the Objection, then on or before **June 18, 2014**, you or your lawyer must:

1.     File with the court, at the address below, a written response to the objection. Unless a written response is filed and served by the date specified, the court may decide that you do not oppose the objection to your claim.

Clerk of the Court<br>
United States Bankruptcy Court<br>
211 W. Fort Street, Suite 2100<br>
Detroit, MI 48226

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

2.     A copy of your response must also be mailed to counsel for the City:

1

4813-3460-7643.

<pre>
John A. Simon
Tamar N. Dolcourt
Foley & Lardner LLP
500 Woodward Ave., Ste. 2700
Detroit, MI 48226
</pre>

3.  You must also attend the hearing on the objection scheduled to be held on **June 25, 2014** at 10:00 a.m. in Courtroom 100, United States Federal Courthouse, 231 W. Lafayette Ave., Detroit, MI 48226 unless your attendance is excused by mutual agreement between yourself and the objector's attorney.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be canceled and the objection sustained.**

Date: May 15, 2014

<pre>
                                FOLEY & LARDNER LLP

                                By: /s/ Tamar N. Dolcourt
                                John A. Simon (P61866)
                                Tamar N. Dolcourt (P73425)
                                500 Woodward Ave., Ste. 2700
                                Detroit, MI 48226
                                313.234.7100
                                joneill@foley.com
                                jsimon@foley.com
                                tdolcourt@foley.com
                                *Counsel for the Debtor, City of Detroit,
                                Michigan*
</pre>