**EXHIBIT 2: CLAIM NO. 3278**

4849-2067-0747.1

| | Claim #3278 Date Filed: 2/21/2014 |
|---|---|

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT        EASTERN DISTRICT of MICHIGAN        PROOF OF CLAIM |
|---|

| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**PHEBE WOODBERRY**

Name and address where notices should be sent:
Phebe Woodberry
803 Gladstone
Det MI 48202

Telephone number: 313 575 9774    email: Judgesusan@gmail.com

FILED
FEB 21 2014
US Bankruptcy Court
M.I. Eastern District

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

RECEIVED
FEB 24 2014
KURTZMAN CARSON CONSULTANTS

Telephone number:        email:

1. **Amount of Claim as of Date Case Filed:** $ 1,000,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** City Took Property Without Paying Just Compensation
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: NA | 3a. Debtor may have scheduled account as: NA (See instruction #3a) |
|---|---|

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:
Value of Property: $ 1,000,000.00
Annual Interest Rate (when case was filed) ____ % ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ —

Basis for perfection: Eminent Domain
Amount of Secured Claim: $ 1,000,000.00
Amount Unsecured: $ -0-

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).    $ NA

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § US Const 5th Am   $ 1,000,000.00

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. **Signature:** (See instruction # 8)
Check the appropriate box.

☐ I am the creditor.   ☒ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cranston Woodberry
Title: Authorized Agent
Company:
Address and telephone number (if different from notice address above):
_____
_____
Telephone number:      email:

(Signature)       (Date) 2-21-12

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment*

13-53846-tjt  Doc 4835-3  Filed 05/15/14  Entered 05/15/14 14:34:38  Page 1 of 2
1353846140221000000000150