**EXHIBIT 2: CLAIM NO. 2905**

4816-7840-6939.1

# Claim #2905 Date Filed: 2/21/2014

B10 (Official Form 10) (04/13) (Modified)

**UNITED STATES BANKRUPTCY COURT — EASTERN DISTRICT of MICHIGAN — PROOF OF CLAIM**

| | |
|---|---|
| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property): CRANSTON WOODBERRY

**Name and address where notices should be sent:**
CRANSTON WOODBERRY
603 GLADSTONE
DET MI 48202

Telephone number: 313.575.9774  email: Jadsesugar@gmail.com

**CHAPTER 9 PROOF OF CLAIM — FILED FEB 21 2014 — US Bankruptcy Court MI Eastern District**

Court Claim Number: _____ (If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED FEB 24 2014 — KURTZMAN CARSON CONSULTANTS**

Name and address where payment should be sent (if different from above):

Telephone number:  email:

1. **Amount of Claim as of Date Case Filed:** $1,000,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** City Took Property Without Paying Just Compensation
(See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** NA

3a. Debtor may have scheduled account as: NA (See instruction #3a)

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $—

**Nature of property or right of setoff:** ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:
Value of Property: $1,000,000.00
Annual Interest Rate (when case was filed) ___% ☐ Fixed or ☐ Variable

Basis for perfection: Eminent Domain
Amount of Secured Claim: $1,000,000.00
Amount Unsecured: $ —0—

5. **Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).** $ NA

5b. **Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. §** US Const. 5th Am  $1,000,000.00

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. **Signature:** (See instruction # 8)
Check the appropriate box.

☒ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: CRANSTON WOODBERRY
Title:
Company: NA
Address and telephone number (if different from notice address above):

(Signature)  2-21-14  (Date)

Telephone number:  email: