**EXHIBIT 2: CLAIM NO. 3006**

4852-6709-2763.1

| | | |
|---|---|---|
| B10 (Official Form 10) (04/13) (Modified) | | |
| UNITED STATES BANKRUPTCY COURT    EASTERN DISTRICT of MICHIGAN | | **CHAPTER 9**<br>**PROOF OF CLAIM**<br>**FILED** |
| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 | |
| NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. | | **FEB 21 2014** |
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>GARFIELD WOODBERRY | | US Bankruptcy Court<br>MI Eastern District |
| Name and address where notices should be sent:<br>GARFIELD WOODBERRY<br>803 GLADSTONE<br>DET MI 48202 | | COURT USE ONLY<br>☐ Check this box if this claim amends a previously filed claim.<br>Court Claim Number: _____<br>(If known) |
| Telephone number: 3135759774   email: Judgesuajar@gmail.com | | Filed on: _____ |
| Name and address where payment should be sent (if different from above): | | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |
| Telephone number:     email: | | **RECEIVED**<br>**FEB 24 2014**<br>KURTZMAN CARSON CONSULTANTS |

1. Amount of Claim as of Date Case Filed: $ 1,000,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement.

2. Basis for Claim: City took Property without paying Just Compensation
   (See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: NA
   
   3a. Debtor may have scheduled account as: NA
   (See instruction #3a)

4. **Secured Claim** (See instruction #4)
   Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
   
   Nature of property or right of setoff: ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe:
   Value of Property: $ 1,000,000.00
   Annual Interest Rate (when case was filed) ____ % ☐ Fixed or ☐ Variable
   
   Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ —
   Basis for perfection: Eminent Domain
   Amount of Secured Claim: $ 1,000,000.00
   Amount Unsecured: $ —0—

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).  $ NA

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § USConst 5thAM  $ 1,000,000.00

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. (See instruction #7, and the definition of "redacted".) DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. **Signature:** (See instruction # 8)
Check the appropriate box.

☐ I am the creditor.  ☒ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: CRANSTON WOODBERRY
Title: Authorized Agent
Company:
Address and telephone number (if different from notice address above):

(Signature)      2-21-12
(Date)

Telephone number:   email: