**EXHIBIT 2: CLAIM NO. 2888**

4820-1421-3147.1

| B10 (Official Form 10) (04/13) (Modified) | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT       EASTERN DISTRICT of MICHIGAN | | CHAPTER 9<br>PROOF OF CLAIM |
| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 | **FILED**<br>FEB 2 1 2014<br>US Bankruptcy Court<br>COURT USE ONLY<br>E. Dist. of Michigan |
| NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.* | | |
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Cavel Woodberry | | |
| Name and address where notices should be sent:<br>Cavel Woodberry<br>803 Gladstone<br>Det MI 48202 | | ☐ Check this box if this claim amends a previously filed claim.<br><br>Court Claim Number: _____<br>*(If known)*<br><br>Filed on: _____ |
| Telephone number: 313 575 9774    email: Judgesugar@gmail.com | | |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number:         email: | | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.<br>**RECEIVED**<br>FEB 2 4 2014<br>KURTZMAN CARSON CONSULTANTS |
| 1. Amount of Claim as of Date Case Filed: $1,000,000.00<br>If all or part of the claim is secured, complete item 4.<br>If all or part of the claim is entitled to priority, complete item 5.<br>☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges. | | |
| 2. Basis for Claim: City Took property without paying just compensation<br>*(See instruction #2)* | | |
| 3. Last four digits of any number by which creditor identifies debtor:<br>NA | 3a. Debtor may have scheduled account as: NA<br>*(See instruction #3a)* | |
| 4. Secured Claim (See instruction #4)<br>Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information. | Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:<br>$ — | |
| Nature of property or right of setoff: ☒Real Estate  ☐Motor Vehicle  ☐Other<br>Describe:<br>Value of Property: $1,000,000.00<br>Annual Interest Rate (when case was filed) ____% ☐Fixed or ☐Variable | Basis for perfection: Eminent Domain<br>Amount of Secured Claim: $1,000,000.00<br>Amount Unsecured: $ —0— | |
| 5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2). | $ NA | |
| 5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § US Const 5th Am | $1,000,000.00 | |
| 6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6) | | |
| 7. Documents: Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br>If the documents are not available, please explain: | | |
| 8. Signature: (See instruction # 8)<br>Check the appropriate box.<br><br>☐ I am the creditor.  ☒ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)<br><br>I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.<br>Print Name: Cranston Woodberry<br>Title: Authorized Agent<br>Company: _____<br>Address and telephone number (if different from notice address above):<br>_____<br>_____<br>Telephone number:         email:                    (Signature)               2-21-14 (Date) | | |