**EXHIBIT 2: CLAIM NO. 3271**

4816-2341-4555.2

| | |
|---|---|
| | Claim #3271  Date Filed: 2/21/2014 |

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT    EASTERN DISTRICT of MICHIGAN | **PROOF OF CLAIM** FILED |
|---|---|
| Name of Debtor: City of Detroit, Michigan   Case Number: 13-53846 | FEB 21 2014 |
| NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.* | |
| Name of Creditor (the person or other entity to whom the debtor owes money or property): ADAM WOODBERRY | US Bankruptcy Court COURT USE ONLY MI Eastern District |
| Name and address where notices should be sent: ADAM Woodberry 803 GlADSTONE DET MI 48202 | ☐ Check this box if this claim amends a previously filed claim. Court Claim Number:_____ *(If known)* Filed on:_____ |
| Telephone number:            email: | |
| Name and address where payment should be sent (if different from above): | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |
| Telephone number:            email: | RECEIVED FEB 24 2014 KURTZMAN CARSON CONSULTANTS |

1. Amount of Claim as of Date Case Filed: $ 1,000,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a state

2. Basis for Claim: CITY TOOK REAL Property Without paying Just Compensation
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: NA | 3a. Debtor may have scheduled account as: NA (See instruction #3a) |
|---|---|

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:
Value of Property: $ 1,000,000.00
Annual Interest Rate (when case was filed) ____% ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$ —
Basis for perfection: EMINENT DOMAIN
Amount of Secured Claim: $ 1,000,000.00
Amount Unsecured: $ —0—

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).  $ NA

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § US Const 5th Am  $ 1,000,000.00

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. **Signature:** (See instruction # 8)
Check the appropriate box.

☐ I am the creditor.   ☒ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: CRANSTON WOODBERRY
Title: Authorized Agent
Company:
Address and telephone number (if different from notice address above):
(Signature)    2-21-14  (Date)

Telephone number: 313 375 9774  email: judgesugar@gmail.com

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment

13-53846-tjt  Doc 4843-3  Filed 05/15/14  Entered 05/15/14 14:52:24  Page 149 of 162

13538461402210000000000149