# UNITED STATES BANKRTUPCY COURT FOR
## THE EASTERN DISTRICT OF MICHIGAN
### (DETROIT)

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **CITY OF DETROIT, MICHIGAN,** | ) | **Case No. 13-53846** |
| | ) | **Chapter 9** |
| Debtor. | ) | **Honorable Steven W. Rhodes** |
| | ) | |

---

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

---

PLEASE TAKE NOTICE that the law firm of **SACHS WALDMAN, PROFESSIONAL CORPORATION** and its attorneys Mary Ellen Gurewitz and Mami Kato hereby appear as counsel for the Creditor **Detroit Police Command Officers Association ("DPCOA")**. Pursuant to Sections 102 and 342 of 11 U.S.C. §§101, *et seq.* (2012) (the "Bankruptcy Code"), Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), request is hereby made that all papers, pleadings, motions, and applications served or required to be served upon the DPCOA in this case be given to and served upon:

> Mary Ellen Gurewitz (P25724)
> Mami Kato (P74237)
> Sachs Waldman, P.C.
> 2211 E. Jefferson Ave., Ste. 200
> Detroit, MI 48207
> 313-496-9420
> Emails:  mgurewitz@sachswaldman.com
>                mkato@sachswaldman.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and above-specified Sections of the Bankruptcy Code, but also includes without limitation any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic filing or otherwise filed or made with regard to the above-captioned case and proceedings therein.

Respectfully submitted,

SACHS WALDMAN, PROFESSIONAL CORPORATION

*/s/ Mami Kato*
Mami Kato (P74237)
2211 East Jefferson Avenue, Suite 200
Detroit, Michigan 48207
(313) 496-9420
mkato@sachswaldman.com

Dated: May 15, 2014

**UNITED STATES BANKRTUPCY COURT FOR
THE EASTERN DISTRICT OF MICHIGAN
(DETROIT)**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **CITY OF DETROIT, MICHIGAN,** | ) | **Case No. 13-53846** |
| | ) | **Chapter 9** |
| Debtor. | ) | **Honorable Steven W. Rhodes** |
| | ) | |

### CERTIFICATE OF SERVICE

I, Mami Kato, being first duly sworn, hereby certify that on May 15, 2014, I electronically filed **Notice of Appearance and Request for Service of Papers** and this **Certificate of Service** with the Clerk of the Court through the Court's CM/ECF system which will provide notice and service of such documents upon the parties through counsel of record.

SACHS WALDMAN, P.C.

*/s/ Mami Kato*
Mami Kato (P74237)
Attorneys for Creditor Detroit Police
Command Officers Association ("DPCOA")
2211 East Jefferson Avenue, Suite 200
Detroit, MI 4807
Tel: (313) 496-9420
Fax: (313) 965-4602
mkato@sachswaldman.com

Dated: May 15, 2014