**EXHIBIT 2: CLAIM NO. 3236**

4825-7323-2411.1

Claim #3236 Date Filed: 2/21/2014

B10 (Official Form 10) (04/13) (Modified)

**UNITED STATES BANKRUPTCY COURT — EASTERN DISTRICT of MICHIGAN — PROOF OF CLAIM**

Name of Debtor: City of Detroit, Michigan
Case Number: 13-53846

FILED
FEB 21 2014
US Bankruptcy Court
Mi. Eastern District

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.

Name of Creditor (the person or other entity to whom the debtor owes money or property): Lucinda J. Darrah

RECEIVED FEB 26 2014 KURTZMAN CARSON CONSULTANTS

Name and address where notices should be sent:
Lucinda J Darrah
492 Peterboro
Det
Telephone number: 313 414 5185
email: cindydarrah@gmail.com

☒ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:** $150,000,000 to buy garbage & recycling trucks & keep city workers handling our garbage

2. **Basis for Claim:** I want Detroiters to control their own garbage and let the citizens in the districts run it

8. **Signature:**
Print Name: Lucinda J Darrah
Signature: Lucinda Darrah   Date: 2/21/14
313 414 5185   cindydarrah@gmail.com

13-53846-tjt  Doc 4855-3  Filed 05/15/14  Entered 05/15/14 15:27:11  Page 11 of 12

1353846140221000000001098