## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

---------------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
--------------------------------------------------------------- x

**STIPULATION FOR ENTRY OF ORDER GRANTING RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 AND 11 U.S.C. § 922; AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(a)(3)**

Phyllis Walker and Denise Whitley, by and through their counsel, B.O.C. Law Group, P.C, and the City of Detroit Michigan (the "City"), as the debtor in the above captioned case, by and through its counsel, Jones Day, stipulate to the entry of the order attached hereto as Exhibit 1.

Dated: May 15, 2014

| | |
|---|---|
| /s/ Corey M. Carpenter | /s/ Heather Lennox |
| William R. Orlow (P41634) | David G. Heiman (OH 0038271) |
| C. Jason Cardasis (P54930) | Heather Lennox (OH 0059649) |
| Corey M. Carpenter (P67818) | JONES DAY |
| Nicholas B. Andrew (P75381) | North Point |
| B.O.C. LAW GROUP, P.C. | 901 Lakeside Avenue |
| 24100 Woodward Avenue | Cleveland, Ohio 44114 |
| Pleasant Ridge, Michigan 48069 | Telephone: (216) 586-3939 |
| Telephone: (248) 584-2100 | Facsimile: (216) 579-0212 |
| Facsimile: (248) 584-1750 | dgheiman@jonesday.com |
| coreycarpenter@boclaw.com | hlennox@jonesday.com |
| | |
| ATTORNEYS FOR PHYLLIS WALKER AND DENISE WHITLEY | Bruce Bennett (CA 105430) |
| | JONES DAY |
| | 555 South Flower Street |
| | Fiftieth Floor |
| | Los Angeles, California 90071 |
| | Telephone: (213) 243-2382 |
| | Facsimile: (213) 243-2539 |
| | bbennett@jonesday.com |
| | |
| | Jonathan S. Green (MI P33140) |
| | Stephen S. LaPlante (MI P48063) |
| | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
| | 150 West Jefferson |
| | Suite 2500 |
| | Detroit, Michigan 48226 |
| | Telephone: (313) 963-6420 |
| | Facsimile: (313) 496-7500 |
| | green@millercanfield.com |
| | laplante@millercanfield.com |
| | |
| | ATTORNEYS FOR THE CITY |

**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

---------------------------------------------------------- x
                                                                                                :
In re                                                                : Chapter 9
                                                                             :
CITY OF DETROIT, MICHIGAN,            : Case No. 13-53846
                                                                              :
                                             Debtor.                : Hon. Steven W. Rhodes
                                                                                :
------------------------------------------------------ x

**ORDER GRANTING RELIEF FROM
AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 AND 11 U.S.C. § 922; AND
ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(a)(3)**

This matter comes before the Court on the Stipulation of the undersigned parties for an Order Granting Relief from the Automatic Stay in the City of Detroit's above-captioned chapter 9 case, pursuant to 11 U.S.C. § 362 and 11 U.S.C. § 922 as to Phyllis Walker and Denise Whitley, parties currently with active Chapter 13 Bankruptcy cases pending within the Eastern District of Michigan; the Court having reviewed the Stipulation; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. Pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), relief from the automatic stay of sections 362(a) and 922 of the Bankruptcy Code is granted to allow the continuation of the following adversary proceedings related to Chapter 13 cases pending before this Court:

    (a)    Phyllis Walker v. City of Detroit Water & Sewerage Dept., *et. al.*, No. 14-04224 (TJT);
    (b)    Phyllis Walker v. City of Detroit Water & Sewerage Dept., *et. al.*, No. 14-04226 (TJT);

(c) <u>Denise Whitley v. City of Detroit Treasurer and City of Detroit Water & Sewerage Dept. *et. al*., No. 14-04131</u>

2. The provision of FRBP 4001(a)(3) are waived and this Order is effective immediately upon entry.