**EXHIBIT A: CLAIM NOS. 1330 AND 1853**

4852-7029-9163.2

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**For The Aboriginal Indigenous Peoples**

Name and address where notices should be sent:
**℅ Rickie A. Holt, Agent Freehold**
**℅ 16101 Heyden St**
**Detroit Mich [48219]**

Telephone number: **248-416-6855**   email:

RECEIVED FEB 2 0 2014
KURTZMAN CARSON CONSULTANTS

Court Claim Number: _____ (If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:   email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ **7 Billion Dollars**

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.  **See Attachment**
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** **Failure To Acquire Aboriginal Indigenous Peoples Expressed Permission To File Chapter 9**
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** **4606**

**3a. Debtor may have scheduled account as:** **N/A**
(See instruction #3a)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ _____

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Basis for perfection: _____

Value of Property: $ _____   **N/A**

Amount of Secured Claim: $ _____

Annual Interest Rate (when case was filed) ____% ☐ Fixed or ☐ Variable

Amount Unsecured: $ _____

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).** $ _____

**5b. Amount of Claim Otherwise Entitled to Priority.** Specify Applicable Section of 11 U.S.C. § _____. $ _____

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. (*See instruction #7, and the definition of "redacted".*) DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature:** (See instruction # 8)
Check the appropriate box.

☐ I am the creditor.  ☒ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **℅ Rickie Allen Holt, Agent**
Title: **Peace And Freehold**
Company:
Address and telephone number (if different from notice address above):

(Signature) **Rickie Allen Holt, agent**   **Feb 14th 2014** (Date)
**All Right Reserved**
**UCC 1-308**
**Transmitting Utility**

Telephone number: **[248-416-6855]**   email:

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up*



## The Barbary Treaties Peace and Friendship, Signed at Tripoli November 4, 1796
## The National Aboriginal Indigenous Peoples to the land Americas

Rickie-Allen: of the family Holt
for the Aboriginal Indigenous Peoples Non-Domestic
℅ 16101 Heyden
Detroit Michigan [48219-9999]



In the year of our God 2014, the 27th of January

City of Detroit Claims Processing Center
℅ Kurtzman Carson Consultants, LLC
2335 Alaska Avenue
El Segundo, CA 90245

RE: **Proof of Claim Documentation**

Claim; failing to acquire the Aboriginal Indigenous Peoples Interest holder's expressed permission to file Chapter 9 Bankruptcy claim; Damages $7 Billion Dollars to be deposited in an escrow interest bearing account @ 0.0¼% interest accruing monthly, commencement date **in the year of our God 2015, 8th day December.** Account to be scribed Indigenous Peoples Benefit Fund of Detroit. Funds are only to be used for the benefit to/for the indigenous and aboriginal men, women, flesh and blood, workers, and retirees the peoples to/of the City of Detroit.

Enforcement Granted by Barbary Treaties 1786-1816

Article 2, If any goods belonging to any nation with which either of the parties is at war shall be loaded on board of vessels belonging to the other party they shall pass free, and no attempt shall be made to take or detain them.

Article 3, If any citizens, subjects or effects belonging to either party shall be found on board a prize vessel taken from an enemy by the other party, such citizens or subjects shall be set at liberty, and the effects restored to the owners.

Article 6, Vessels of either party putting into the ports of the other and having need of provisions or other supplies, they shall be furnished at the market price. And if any such vessel shall so put in from a disaster at sea and have occasion to repair, she shall be at liberty to land and re-embark her cargo without paying any duties. But in no case shall she be compelled to land her cargo.

Article 7, Should a vessel of either party be cast on the shore of the other, all proper assistance shall be given to her and her people; no pillage shall be allowed; the property shall remain at the disposition of the owners, and the crew protected and succoured till they can be sent to their country.

Article 9, The commerce between the United States and Tripoli,-the protection to be given to merchants, masters of vessels and seamen,- the reciprocal right of establishing consuls in each country, and the privileges, immunities and jurisdictions to be enjoyed by such consuls, are declared to be on the same footing with those of the most favoured nations respectively.

Proof of claim may or may not include the following lawful damages Tort, Special, Monetary and Pecuniary recoveries total; $7 Billion dollars.

Respectfully Submitted,

*Rickie-Allen: of the Family Holt*
*All Rights and Immunities Reserved*

Rickie-Allen: of the Family Holt
All Rights and Immunities Reserved

*Political Status: Classified Truth A-1*
*Freeholder By Inheritance Reg No.*
*AA222141*

[I] certify that the truth of the foregoing statements is true to the best of my knowledge; [I] reserved the right to amend statements as more information becomes available. This instrument is Rickie-Allen: of the family Holt's property and is enforce to protect his/my rights. Est. value $7,000,000,000.00

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT  EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|
| Name of Debtor: City of Detroit, Michigan  Case Number: 13-53846 | FILED |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
For The Aboriginal Indigenous Peoples

**Name and address where notices should be sent:**
℅ Rickie A. Holt Agent Freeholder
℅ 16101 Heyden St
Det. Mich. [48219]

**Telephone number:** [248 416 6855]  **email:**

2014 FEB 20 A 10: 37
COURT USE ONLY

☐ Check this box if this claim amends a previously filed claim.

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

**Court Claim Number:** _____
(If known)

**Filed on:** _____

**Name and address where payment should be sent** (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**Telephone number:**  **email:**

RECEIVED
FEB 24 2014
KURTZMAN CARSON CONSULTANTS

**1. Amount of Claim as of Date Case Filed:** $ 7 Billion Dollars
See Attachment

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Failure To Acquire Aboriginal Indigenous Peoples Expressed Permission To File Chapter 9
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** 4606

**3a. Debtor may have scheduled account as:** N/A
(See instruction #3a)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:** N/A

**Value of Property:** $ _____

**Annual Interest Rate** (when case was filed) ____ %  ☐ Fixed or ☐ Variable

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:** $ _____

**Basis for perfection:** _____

**Amount of Secured Claim:** $ _____

**Amount Unsecured:** $ _____

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).** $ _____

**5b. Amount of Claim Otherwise Entitled to Priority.** Specify Applicable Section of 11 U.S.C. § _____ . $ _____

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS.
ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature:** (See instruction # 8)
Check the appropriate box.

☐ I am the creditor.  ☑ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** ℅ Rickie Allen Holt, Agent
**Title:** Peaceana Freeholder
**Company:**
**Address and telephone number (if different from notice address above):**
℅ 16101 Heyden Det Mich [48219]
[248 416 6855]
**Telephone number:**  **email:**

(Signature) Rickie Allen Holt, agent  Feb 14, 2014
All Rights Reserved
UCC-1-308
Transmitting Utility

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for

13-53846-tjt  Doc 4857-3  Filed 05/15/14  Entered 05/15/14 15:49:51  Page 5 of 7

1353846140220000000000199

Political Status: Classified - Truth A-1
Freehold By Inheritance Reg. No AA 22214



The Barbary Treaties Peace and Friendship, Signed at Tripoli November 4, 1796
The National Aboriginal Indigenous Peoples to the land Americas

Rickie-Allen: of the family Holt
for the Aboriginal Indigenous Peoples Non-Domestic
℅ 16101 Heyden
Detroit Michigan [48219-9999]

In the year of our God 2014, the 27th of January

Office of the Clerk of the Court
United States Bankruptcy Court
For the Eastern District of Michigan
211 West Fort Street
Suite 1700
Detroit MI 48226

RE: **Proof of Claim Documentation**

Claim; failing to acquire the Aboriginal Indigenous Peoples Interest holder's expressed permission to file Chapter 9 Bankruptcy claim; Damages $7 Billion Dollars to be deposited in an escrow interest bearing account @ 0.0¼% interest accruing monthly, commencement date **in the year of our God 2015, 8th day December.** Account to be scribed Indigenous Peoples Benefit Fund of Detroit. Funds are only to be used for the benefit to/for the indigenous and aboriginal men, women, flesh and blood, workers, and retirees the peoples to/of the City of Detroit.

Enforcement Granted by Barbary Treaties 1786-1816

Article 2, If any goods belonging to any nation with which either of the parties is at war shall be loaded on board of vessels belonging to the other party they shall pass free, and no attempt shall be made to take or detain them.

Article 3, If any citizens, subjects or effects belonging to either party shall be found on board a prize vessel taken from an enemy by the other party, such citizens or subjects shall be set at liberty, and the effects restored to the owners.

Article 6, Vessels of either party putting into the ports of the other and having need of provisions or other supplies, they shall be furnished at the market price. And if any such vessel shall so put in from a disaster at sea and have occasion to repair, she shall be at liberty to land and re-embark her cargo without paying any duties. But in no case shall she be compelled to land her cargo.

Article 7, Should a vessel of either party be cast on the shore of the other, all proper assistance shall be given to her and her people; no pillage shall be allowed; the property shall remain at the disposition of the owners, and the crew protected and succoured till they can be sent to their country.

Article 9, The commerce between the United States and Tripoli,-the protection to be given to merchants, masters of vessels and seamen,- the reciprocal right of establishing consuls in each country, and the privileges, immunities and jurisdictions to be enjoyed by such consuls, are declared to be on the same footing with those of the most favoured nations respectively.

Proof of claim may or may not include the following lawful damages Tort, Special, Monetary and Pecuniary recoveries total; $7 Billion dollars.

Respectfully Submitted,

*Rickie-Allen: of the Family Holt*
*all Rights and Immunities Reserved*
Rickie-Allen: of the Family Holt
All Rights and Immunities Reserved

February 14, 2014

February
14th 2014
[illegible handwritten text]

Great Family Seal