UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                Chapter 9

City of Detroit, Michigan,                 Case No. 13-53846

         Debtor.                                Hon. Steven W. Rhodes

_____/

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 14, 2014 the Certification of Counsel Regarding Order Granting Motion to Compel Full Clawback of Debtor's Document Production and Related Relief was electronically filed with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

                                                             */s/ Barbara A. Patek*
                                                             Barbara A. Patek
                                                             Erman, Teicher, Zucker & Freedman, P.C.
                                                             400 Galleria Officentre, Suite 444
                                                             Southfield, MI 48034
                                                            (248) 827-4100

DATED:     May 15, 2014