IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------x
                                                       :    Chapter 9
In re                                                  :
                                                       :    Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                             :
                                                       :    Hon. Steven W. Rhodes
                    Debtor                             :
-------------------------------------------------------x
```

**NOTICE OF DEBTOR'S OBJECTION TO CLAIM NUMBER 458
FILED BY ALBERT O'ROURKE**

**PLEASE TAKE NOTICE THAT** the Debtor, the City of Detroit, (the "City"), by and through its undersigned counsel, has filed an objection to claim number 458 filed Albert O'Rourke (the "Objection") and for an order disallowing and expunging such claim.

If you do not want the court to eliminate or change your claim, or grant the relief request in the Objection, then on or before **June 18, 2014**, you or your lawyer must:

1. File with the court, at the address below, a written response to the objection. Unless a written response is filed and served by the date specified, the court may decide that you do not oppose the objection to your claim.

   Clerk of the Court
   United States Bankruptcy Court
   211 W. Fort Street, Suite 2100
   Detroit, MI 48226

   If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

2. A copy of your response must also be mailed to counsel for the City:

1

4832-8633-6027.

<pre>
                        John A. Simon
                      Tamar N. Dolcourt
                      Foley & Lardner LLP
                  500 Woodward Ave., Ste. 2700
                         Detroit, MI 48226
</pre>

3.  You must also attend the hearing on the objection scheduled to be held on **June 25, 2014** at 10:00 a.m. in Courtroom 100, United States Federal Courthouse, 231 W. Lafayette Ave., Detroit, MI 48226 unless your attendance is excused by mutual agreement between yourself and the objector's attorney.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be canceled and the objection sustained.**

Date:  May 15, 2014

                              FOLEY & LARDNER LLP

                              By: /s/ Tamar N. Dolcourt
                              John A. Simon (P61866)
                              Tamar N. Dolcourt (P73425)
                              500 Woodward Ave., Ste. 2700
                              Detroit, MI 48226
                              313.234.7100
                              joneill@foley.com
                              jsimon@foley.com
                              tdolcourt@foley.com
                              *Counsel for the Debtor, City of Detroit, Michigan*

2                                    4832-8633-6027.

13-53846-tjt   Doc 4872-1   Filed 05/15/14   Entered 05/15/14 17:35:31   Page 2 of 2