**EXHIBIT 3: FIRST AMENDED COMPLAINT IN DISTRICT COURT MATTER**

4816-6929-3083.2

1  ALBERT (AL) O'Rourke

2  7949 Lowry Terrace

3  LA Jolla, CA. 92037

4  (858)272-6876 (message)

5  Plaintiff In Prose

6

7

8

9  UNITED STATES DISTRICT COURT

10

11  SOUTHERN DISTRICT OF CALIFORNIA

12

13  ALBERT O'Rourke           CASE No,

14      Plaintiff             10-CV-0302

15                                (POR)
                                    (W)

16  VS.

17  UNITED STATES, ERIC        PLAINTIFFS

18  HOLDER, B. GEORGE SEIKALY,  FIRST AMENDED

19  ERIC DYE, UNIVERSITY of    COMPLAINT

20  CALIFORNIA, JERRY BROWN,

21  CALIFORNIA ATTORNEY GENERAL

22  SAN DIEGO COUNTY, SAN DIEGO

23  POLICE DEPT. UNION BANK,

24  CHASE BANK, SAN DIEGO

25  SUPERIOR COURT, LORI BAYS,

26  BONNIE BRETTILLO, SAN DIEGO COUNTY

27  MARSHALL'S OFFICE, DOES 1-(100)

28                  Defendants

FILED

2010 JUN -9  PM 2:24

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

1  (Comes Now plaintiff ALBERT (AL "chis")
2  O'Rourke with his FiST Amended
3  Complaint (Incorporating by reference
4  The Original Complaint and pleadings
5  on File in This Case) and Alleges As follows
6  Against Defendants, The following.

7                        I
8          FIRST CAUSE OF ACTION
9          _____
10         Intentional Infliction
11         OF Emotional Distress.

12

13  (1) On Sept 11, 2001 ("9-11") Plaintiffs
14
15  Father, RAymond O'Rourke, residing AT
16  7949 lowry Terrace LA Jolla, California,
17  Also Plaintiffs Residence and Home for
18  Four Decades At That Time, and Continuing
19  Now As such (Admitted by The Court in its
20  May 26, 2010 Order) (pAge 5, lines 20:21)
21  WAs WAtching Television ( 9-10 am +/- ?)
22  With AL O'Rourke serving him his light
23  Breakfast.
24  (2) When The Horrific events of "9-11"
25  Started to Appear on Television, plaintiffs
26  Father stated "This is A Terrible World"
27  And Collapsed. AL O'Rourke was Totally Shocked
28  And had To CAll An Ambulance

(3) Raymond O'Rourke, despite predictions
of the Doctors at Scripps Hospital La Jolla,
California, that Raymond would not survive
(and should be terminated) (which Al O'Rourke
objected to) did survive. And Partially
if not wholly recovered (Raymond's
Brain functions remained fully unaffected,
he simply had to accept being less
physically energetic (Though he still
drove his car).

(4). Defendants were, are fully aware that
Al O'Rourke, Raymond's (now retired)
Attorney (see SDSC 566159 or U.S. Tax
Court Case 89-13052 for examples)
Al O'Rourke and Raymond O'Rourke had
Numerous Joint Family Businesses (such as the
O'Rourke Residential Care Home [at said same
7949 Lowry Terrace) and Yacht Charters Ltd
(see SDMC 025114 or U.S. 96-CV-1442 Jm)
RORACK (a Maryland Partnership with
Alan C Kolb ("ACK") (ROR = Raymond O'Rourke)
(and into which All Real and Personal
Property rights, go into [i.e. Maryland Law
Not California). Such being originally
set up by Maryland Attorney Phil Ryan in 1967-68

1. (5) Other Joint Raymond/Al businesses
2. (Some with other parties too) being Computer,
3. Lattice Electromagnetics Inc (Albuquerque,
4. New Mexico)
   Insect
5. Investor Management Services (IMS),
6. O'Rourke + Associates, Inc, Mary (O'Rourke)'s
7. Gravity Products Inc
8. ) "Fearless Pete's Comix"
9. (the illustrations for the "Tricy", Peter O'Rourke)
10. O'Rourke's Book and others", Raymond
11.
12. (See U.S. Tax Court Case 89-13052).
13. (6) "Simply Put" Made A Significant
14. Return on the "Triparty" (Joint (Tri")
15. Partnership) of Raymond, Mary, Albert
16. O'Rourke. Such is indisputable, since
17. Defendant United States put such on
18. the Record in said U.S. Tax Court Case 89-
19. 13052)
20. (7) Such money was used to pay the
21. Home mortgage and cost, for three decades
22. At least (1970s, 1980s, 1990s).
23. (8) Eventually most of such money was
24. used as in numerous Lawsuits brought by,
25. (caused to be brought by Defendant,) over the
26. years (SDMC 625114, SDSC 566159, etc).

(RAYMOND:)

(9) Because of The Costs of The Scripps'
Hospital Bills, AL O'Rourke had to Agree
To pay such, Through The RAYMOND O'Rourke
power of Attorney (General power)
Granted to AL O'Rourke from RAYMOND in
2000 (prior to "9-11" (Sept. 11, 20-1).

(10) Obviously numerous Scripps contracts,
To pay, And be held Liable for, had to be,
And were signed by AL O'Rourke.

(11) AL O'Rourke, obviously, believed The
United States, Government would pay for
such, ultimately, Through FEMA or
otherwise, because of The "9-11" basis
That is RAYMOND's injuries being caused
by The s-pposed "Terrorists."

(12) In Any event, The already indigent
AL O'Rourke (since The mid 1990-s),
had a VALID Scripps Contract.

(13) AL O'Rourke has never Authorized Any
Medi-Cal or State of California interference,
substitution, Novation, etc by either
The City of San Diego, The County of San Diego
or The State of California (moreover, if Anything,
AL O'Rourke would have dealt with Mary (and (R-Rock)

(14) Moreover (because of RORACK/Maryland)
any Hospital Bills for Raymond, obviously
fall into the (apparently still open)
U.S. Tax Court (Case 89-13052)
(since San Diego County (County Counsel
and Defendant B George SeiKaly) has
interfered with same.

(15) And There is no dispute that
Raymond or AL are "Crime victims"
(victims of "9-11"); That is because in the
Probate Court proceedings (caused by
San Diego County (and the City/ State of California)
Superior Court pleadings (SDSC P193006)
Are served by the County), on The
"Crime Victims Unit" of The State of
California.

(16) In any event, Defendants have
Jointly Tortured AL O'Rourke, plaintiff
ever since "9-11" (Sept 11, 2001). "Simply
put" To "Solve" the "ORourke problem"
"once and for all.

(17) Defendants Knew of The pendency
and Federal Jurisdiction of 60Th
U.S.DC, 09-CV-1375(W) (Appeal) and
U.S DC 10-CV-0302 (POR)(W).

(18) The State of California (Defendant
Jerry Brown, Attorney General),
Defendant Seikaly And The San Diego
Superior Court (As usual "Annoyed"
AT AL O'Rourke's Jurisdictional
Challenges (Lee Oct 28, 2009 or
Jan 25, 2010 SDSC p ↑93 006 (37-2009
                ( +/- 50-100)          046962)
Sent in a "Small Army" of Federal
And State Officers, Law enforcement,
Para medics, Animal Control, Fire Dept,
etc. personnel on Feb 9, 2010 (+/- 8 Am)
("Tying up" La Jolla Shores Traffic for
The Day), seizing custody of AL O'Rourke's
Home And residence. And All of the
Business, Legal, personnel Letters, records, C/o The,
Books, m-sics, TV, etc

6

(19) The Defendants (including Defendant United States Government, Defendant ERic Holder, The Secret Service, or others,/other Federal Agencies Assisting in Such) blew out most of the windows, knocked off doors, Tore down walls, etc etc. (A "PEARL HARbor" like, "Sneak Attack).

(20) Leaving AL O'Rourke with absolutely nothing but the "Clothes on his back". (No Food, No water, No place to stay, No Blankets, No clother, money, Anything

(21) This in the middle of the Worst Winter Rain/Cold Storms in Decades.

(22) They then carted off As supposed "War Booty" All of AL O'Rourke, And Numerous other persons', personal properties, business records, legal records, etc etc (especially the "JFK" materials (see County Counsel's April 14, 2010 letter for example). (RAYMOND O'Rourke And E6+6 And the Dept of the NAvy had done the "Physics" Analysis of the JFK Assassination in 1963.

7

(23) They Then placed a "King Kong" style (enormous) Fence around the premises.

(24) Such left AL O'Rourke (and some of the neighbors as well) in TOTAL Shock and Emotional Distress.

(25) Such Emotional Distress (A "mini 9-11") was caused by Defendants, Jointly, for corrupt and Malicious purposes, and to degrade, humiliate, Vex and destroy plaintiff

(26) This as a "Continuation" of past Malicious Actions (see USDC 93-1880 IE6) (USDC-01-CV-042341 for example. (Incorporated by reference, but "Well Known" To The Federal District Court in San Diego (or the U.S. Court of Appeals 9th Circuit).      (U.C. SD- General Atomics (2010)

(27) Especially in light of "Predator" (extreme Low Frequency) (Actually Predator-ELF ("mind control") programs (Lattice Electromagnetics, CEA, Loveland Medical Clinic Sam White).

(28) Moreover, even after seizing the
Home of AL O'Rourke and all the
personal properties of AL O'Rourke and
the others (supra), the Defendant United
States, continued (and still continues)
to Track with Helicopters (F.A.A
Approved (Hence Federal) the movements
of AL O'Rourke (County Counsels' comments
That "AL O'Rourke has been "seen"
Around La Jolla by such (legal admission)
(29) While with most people, "9-11" is
simply a Historical/political matter
"9-11" is "up, close and personal"
To plaintiff
(30) The United States Attorneys
(Carol Lam, Robert Brewer, Charles LaBella,
Mike Aguirre (City Attorney), Alan Bersin, Eric Holder
(evidently), All being Angered at AL O'Rourke
belief that "9-11" was an "Intelligence Field"
Caused or invited (Legal "Entrapment")
by the United States, or Guantanamo Detainees
Government itself (like Pearl Harbor)

(31) Especially Annoying to The U.S.
Attorneys Office is The "Entrapment"
issue of The supposed 9-11 Terrorists.
(meaning if There Are, in fact, Any
New York "Terrorist Trials" (Mr. Holder)
how is The United States Attorneys Office
going to Not have to disclose to
The "Defendant a Terrorists" Court
Appointed Attorneys, All The secret
Entrapment/Botched Intelligence material
"simply put", The Motive of Defendant
U.S. Government And Mr. Holder.
(see Richard Clarke's views)
           (NSA/CIA)
(32) Here plaintiff has A legitimate
cause of Action in Intentional
Infliction of Emotional Distress
Against Defendants. This As his
First Cause of Action.

II

# SECOND CAUSE
## OF ACTION
### VIOLATION OF 18 U.S.C. 2340

(31) Defendant United States And Its
"WAR CRIMES" Attorney General Eric
Holder, SS, (And its Agents And Assistants
CAROL LAM, Robert Brewer, Charles LaBella
Mike Aguirre, etc (And certainly Defendants
Jerry Brown, California Attorney General
And his Agent, employee, Assistant (FRCP 11)
(Signed Court (State/Federal) pleadings)
B George Seikaly  know All About
"Shock And Awe"

(32) The Feb 9, 2010 "Pearl Harbor Style
"Japanese Sneak Attack" on 7949 Lowis Terrace
(plaintiff's Home/Residence), with 50-100 +/-
Common Agents) (All Approved, ratified,
Bank funded (CHASE BANK (UNION BANK)
                 Defendant,
Was no "oversight plan". Such had been
planned out for Years (at least from 2008
                                          -2009
Especially odious, is CHASE/UNION BANK)  To 2010).
"Going Against Their own Customer/Client
Plaintiff AL OR---ke (Home mortgage, Bank +
Stock Account etc

(33) Such was Assisted by The United States F.A.A. (Helicopters 2-3-4?) directly surveying, filming, monitoring The events of Feb 9, 10 And Thereafter (The continuous "swooping Attacks" (surveillance) on plaintiff ever since (The Latest on 6/7/10)

(34) Plaintiff Incorporates by Reference The facts And Circumstances Listed in The First Cause of Action (Supra), And now Alleges That such "Bad Faith" (FRCP 11, CCP 128.5) "Legal Tactics" were And Are so odious, injurious, And Appalling That They Violate 18 U.S.C. 2340.

(35) Defendants on Feb 9, 10, not only destroyed plaintiffs Home And residence (And have been "Carpet Bombing The Rubble" ever since (To make The 7949 Lowg Terrace Home Appear To be A "public Nuisance" "Health Hazard or whatever). All The while blocking Ingress/Egress (The "King Kong" Fence (Supra) And Tearing Down AL O'Rourke Legal Notices.

(10-cv-0302)
112

(36) Plaintiff has even personally delivered duplicate Legal Notices to CHASE BANK (La Jolla Village Square) and (And in Carlsbad, CA.) Demanded That CHASE's Attorneys contact Plaintiff. Their refusal to do such "speaks for itself" (implied admission) of Their participation in This conspiratorial plot To destroy The premises, "cover up" The Actual Federal Evidence, etc.

(37) All such being Assisted by The Defendant United States, (The 2009 Bank Reform Act, which funded CHASE's Takeover of Washington Mutual Savings, (Assisted by Union Bank),

(38) Obviously These "CASH King" Defendants have unlimited money to "Tie up in The Courts," Indigent Plaintiff AL O'Rourke! (i.e. "Judicial Notice" of self obvious events)

(39) Moreover, Since CHASE BANK is mainly in New York, There is Also ~~The~~ New York Jurisdiction (in addition to the Maryland Jurisdiction of BORACK (A Maryland Partnership) (And Plaintiff's Computer (N.Y, N.Y Commodities Trading (Peter Cella (UNION BANK, MAXWELL, SAEC UCSD Qualcomm General Atomic, etc.

(40) This is especially relevant as to the "Special Treatment" California (University of California (particularly UCSD) received in Enron (USBC-NY, NY 01-16033134?). (where Al O'Rourke's, Roback's, Raymond O'Rourke's claim is supposedly being handled by Deutsches Bank (meaning there is also German Jurisdiction (Plaintiff's middle name "Otto" (Albert Otto O'Rourke) even comes from the German professor of physics physics Otto Laporte (Heissenberg, Bethe, Meitner, Teller, etc. etc.). (Otto Laporte was the University of Michigan Physics Dept Head that taught both Raymond O'Rourke and Raymond's roomate Dr. Robert Beyster (SAIC)

(41) Hence these "International Outrages" (Feb 9, 2010 Defendant actions, (and other dates) fall under 22 U.S.C. 3001 ("Helsinki Final Act") and 18 U.S.C 2340, In fact, in the last 2-3 weeks President Obama and Secretary of State Hillary Clinton have pledged to adhere to such

(42) The (Alifornia Defendants
(Brown, SciKaly, etc) have no constitutional
basis for going against The United States
(Supremacy Clause)
Presidential policy. Nor Assist such,
Fund such, Use "Blackwater style"

"Police Tactics" etc on plaintiff. (2009)
(The Last of Such being At The Annual
Maxwell Shareholder, Meeting on May 6, '10)
(The San Diego Police Dept. Monitoring (right in
Back of) plaintiff (a Maxwell Shareholder).
(Roback was A founder of Maxwell)
(43) Especially to Assist to "Cover up"
Defendants and Maxwell's now admitted
Violation, of The U.S. Foreign Corrupt
Practices Act (Form 10-K, Sections 13 or
15(d) of The Securities Exchange Act of 1934.
(43) All Connected to plaintiff's Enron (and ATC Inc)
Claim (S-1/A) with Deutsches Bank NY, NY.
(44) And The Action, of U.C.SD (Christopher
UCSD counsel)
Patti, Soj (Marye Fox Chancellor) in The "A.S"
Ass-ciated St-dents / Predator (Predator-ELF
disputes (General mind control)
At-mics
Quailcomm

15

(45) The Federal District Court itself noted The "Predator" (actually Predator-ELF ("Mind Control") disputes with Defendant U.C.SD And The other Defendants, in its MAY 26, 2010 order.

(46) As part of its "WAR Booty", Defendant, Carted off (Feb 9, 10 And Thereafter) All The ELF/Predator-ELF Business Records And (Lattice Electromagnetics) letters To and from The University of California (now apparently claiming such may be "Lost" or "weren't capable of being salvaged or whatever).

(47) And All The North Korean A. Bomb Project records As well (Especially relevant is President OBAMA's own Citation That North Korea would be "rather quickly overwhelmed" (emphasis Added), That is Using Predator-ELF' ("putting To sleep" (Temporarily or forever) Anyone Stored enough To Try To "Push Any Buttons (North Korean Nukes).

(48) These Are All
22 USC 3001

# THIRD CAUSE OF ACTION

## VIOLATIONS OF SECTION 13 OR 15 (d) OF The United States Securities EXCHANGE Act of 1934

(49) Plaintiff Incorporates by refence All The facts and Circumstances, of The First And Second Causes of Action into This Third Cause of Action

(50) Essentially or "Simply put", Defendants on Feb 9, 2010 (As "War Booty) "Took possession and control over +/- 50 years, worth of All Plaintiff's, Plaintiff's Companies, Plaintiff's Legal file, Personal Materials, Notes, recordings, Letters etc. Plaintiff being "Wiped out" by Defendants (who have either Threatened to destroy) have destroyed such Federal Evidence (FRCP 11) (As supposedly "Unsalvageable"?)

(51) Such includes All The "R-Rate Records," (See USDC-SD - 93 - 1880 IEG or 01- ~~02~~ 04234

USBC 10117 (In re: Maxwell Technologies,

(52) It is Alleged That by doing such,
Defendants deliberately wanted to
remove Federal Evidence in this SEC
Foreign Corrupt Practices Act Violation
of Maxwell (which Affects RORACK
(because RORACK (Raymond O'Rourke/
Alan C. Kolb) (Kolb Maxwell's CEO
(and RORACK's Counsel Karl Samuelian
(Secretary + Counsel of Maxwell and
Yacht Charters, Ltd (Al O'Rourke's
Company (see SDMC 025114 / USDC-SD
Lattice Electromagnetics Inc
96-cv-1442
(Predator ELF).

(53) In fact, bizarrely, Plaintiff might be
Sued by Maxwell Shareholders (or others)
(connected or complaining about This
FCPA Violation (warned of for years,
Decades by Plaintiff (Also involving SAIC)
General Atomics, (RORACK's "Third wheel"
The Late Marshall Rosenbluth (Teller friend).
(i.e. "vicarious,
Liability.

(54) All These issues were And Are "well known" To Defendant Jerry Brown (whose FATher PAT Brown, Governor, got RAymond O'Rourke out to CAlifornia in The first place 1950's into The 1960's (To work on Nuclear Weapon, issues At U. C. Berkeley, UCSD, Scripps, etc. (And of course when Jerry Brown was himself Governor (1970's 1980's)

(55) Defendant Brown had No legitimate purpose whatsoever for A-Thorizing or "Green-lighting" The 2/9/10 RAid on plaintiff's Home. And The "Total seizure" of The business records and other personal Properties.

(56) Nor, did Eric Holder. Or The U.S. Secret Service (The JFK MATerials, Ted Kennedy And other politicians, letters, (including several U.S. Presidents),

(57) Moreover These MAxwell, Enron, SAIC, Lattice Electromagnetic issues (Predator ELF, Surveillance, Invasion of privacy etc, Are only The "Tip of The Iceberg". (As in WATerGAte) (Secret Service,

19

<u>IV</u>

# FOURTH CAUSE OF ACTION
## INVASION OF PRIVACY

(58) Plaintiff re-incorporates The facts and circumstances of The First, Second, and Third Causes of Action into This Fourth Cause of Action for Invasion of Privacy.

(59) Defendants in The unending (even After The Feb 9, '10 "Sneak Attack" Constantly "monitor" or Harass plaintiff As some kind of "frivolous" Complainor for Their money making/financial irregularity Schemes. (Enron for example), UcSD - Che Cafe

(60) Indeed, some of Their "Financial Schemes" (Such as The BANK ("Bailout") (Bank Reform Act of 2009) "Cross-Swords" with plaintiff's supposed "Normal rights" To be "left alone" Like AT SAFE MAY 6, '10 Maxwell Shareholders Meetg.

(Qualcomm Red China Irwin Jacobs Maxwell-Red China ("super-Batteries") (May 6, '10 Maxwell meetg of shareholders) (Jc/c...

2̅0̅

(61) Such involve The "Negative Use" of plaintiff's, The O'Rourks', Rorack's, Yacht Charters, Computrad, etc own Attorneys (Karl Samuelian, & Republican National Financial Chairman - Parker, Milliken, Clark, O'Hara + Samuelian) (Hale + Doan - Boston - Paul Brountas) michael Dukakis plaintiffs own Accountant, Ernst + Young, (see O'Rourke's Enron Claim with Deutsche Bank NY, NY USBC NXNY 01-(6031)-32-ot).

(62) What are supposed to be "Attorney-Client protected legal files, pleadings, Will, Trusts, business documents etc of The O'Rourks'/ Yacht charters &amp; Rorack/Computrad etc et are no longer with Plaintiff (as of 2/9/10) but with Defendants (who refuse to return such, and wish to destroy (or have) such destroyed records.

(63) Defendants' Conduct is an obvious INVASION of Property.

V

# FIFTH CAUSE OF ACTION
## LEGAL TRESPASS

(64) Plaintiff re-incorporates and re-alleges, the facts and circumstances of the First, Second, THIRD, FOURTH CAUSES of ACTION into This Fifth Cause of Action for Trespass.

(65) As noted by The Federal Court itself on MAY 26, '10, The 7949 Lowg Terrace Home is the legal residence (TAX, census, Homeowner duties) of Al O'Rourke (and his numerous friends, invitees etc).

(66) Defendants had no lawful right to come onto the premises on Feb 9, '10 or erect (and still maintain) The "King Kong" Fence (National Fence Co)

(67) The Federal Court has not authorized such Defendant Actions in any manner

(68) Nor post a supposed San Diego County Marshall's Notice That

Raymond O'Rourke (deceased) is "Suing Himself" And Albert O'Rourke (his son, legal counsel, business partner etc).

(69) Yet such is The supposed "Legal basis" (Raymond O'Rourke, plaintiff vs. Raymond O'Rourke, Albert O'Rourke Defendants).

(69) Such clearly is A "Legal Impossibility" And violates FRCP 11 ("Rule 11").

(70) And, Invades, Al O'Rourke's Rights of Privacy from Invasion

(Being "Fenced out" of "All That Remains" of 7949 Lowy Terrace).

(70) And Any personal property or business records, letters, clothes, Towels, Personal effects, That still remain (some of such are clearly visible behind the "King Kong" Fence)

(71) Hence, plaintiff has a legal cause of Action for Invasion of Privacy.

# VI

# SIXTH CAUSE OF ACTION
# INVASION OF / SLANDER OF
# RIGHTS OF TITLE

(72) Plaintiff Re-incorporates, Re-Alleges,
The facts and circumstances of the
First, Second, THIRD, FOURTH, Fifth CAUSES
OF ACTION Into This SIXTH CAUSE of
Action for Slander of Title specifically
and more generally Invasion of Title
(meaning Defendants, have used old
Title documents of 7949 Lower Terrace
La Jolla, Ca. which belong to The O'Rourke,
RORACK and Plaintiff.

(73) Again, as Noted by The Federal
District Court (and The U.S. Tax Court
in 89-13052), Albert O'Rourke
was The Co-owner of 7949 Lower
Terrace, La Jolla, Ca (paying for such
out of The "Tri-party" Joint RAYMOND
Mary, Albert Stock, Bond, BANK Accounts,
Trust Accounts,
(O'Rourke Residential

24

( State of California

(74) Even The County of San Diego
Property Tax Division ( Postponement
of property Taxes ) Lists Albert, Rorack
Raymond, Mary As Liable for The
Property Taxes.

(75) Al O'Rourke Went down in Person
or by mail every year for Decades
To Pay or postpone such. Al O'Rourke
And Rorack Are The "Responsible Parties"
(As is Rorack)

(76) Defendants Knew such ( but were
simply "Fed up" with dealing with
Al O'Rourke (Admitted by B George Seikaly
And The other Defendant, in P 193066

( SDSC 37-0046962, SDSC 566159, SDSC615878
U.S. Tax Court                     SDMC 025114    etc)
        89-13-52                  (US 96-cv
                                       -1442)
                                       etc.

(77) Hence, As stated previously,
 They seized such Title documentations
( to Al O'Rourke / Rorack/ O'Rourke Residential
Care Home ) To "Cover up" such from This
Federal District Court

# VII

## SEVENTH CAUSE OF ACTION
## FOR DECLARATORY RELIEF

(78) Plaintiff Re-incorporates and re-alleges the facts and circumstances of the first six causes of Action int This Seventh cause of Action for Declaratory Relief.

(79) Plaintiff Specifically requests That The Federal Court ("Following up" on its own MAY 26, '10 Ruling) declare That either

(a) ALbert O'Rourke owns The property

(b) RORACK owns The property

(c) Such is Jointly owned by Albert, William, CAThy O'Rourke/Warner O'Rourke

(d) Any Legal disputes About Jurisdiction (if Title is made to RORACK) should be Heard in MAryland (because of The RORACK PArtnership Agreement To such effect) ("Simply put" (CAlifornia Defendant state is "seeking Advantage" over MAryland (by The 2/9/10 RAid

# EIGHTH CAUSE OF ACTION
# INJUNCTIVE RELIEF

As his Eighth Cause of Action

(80) Plaintiff Also requests That

since he has no "Adequate Remedy"
AT LAW

To stop Defendants 'Continuing And

past Actions Against him (The "King

Kong" Fence, The "Surveillance" etc,
(The Seven previous Causes of Action)

That The Federal Court stop such

by Injunctive Relief.

# PRAYER FOR RELIEF

Wherefore, Plaintiff requests of This

Federal District Court

(1) Damages of One Trillion Dollars

(2) Title to 7949 Lowry Terrace
La Jolla, California (Declaratory Relief

(3) Injunctive Relief

(4) Other Relief As The Federal Court
May seek to grant

Respectfully Submitted

Dated June 9, 2010

ALBERT (AL) O Roush

27

# DECLARATION

I, ALBERT (AL) O'Rourke

Declare The foregoing To be

True And correct To The best of

MY Knowledge And belief

Under penalty of perjury of The

Laws of The United States

This June 9, 2010   At LA Jolla,

California

_____
Albert (AL) O'Rourke

28