**EXHIBIT 1: PROPOSED ORDER**

4815-9484-9051.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

------------------------------------------------------- x
                               :      Chapter 9

In re                           :

                               :      Case No. 13-53846

CITY OF DETROIT, MICHIGAN,   :

                               :      Hon. Steven W. Rhodes

                    Debtor       :
------------------------------------------------------- x

**ORDER GRANTING DEBTOR'S OBJECTION TO CLAIM NUMBERS 1302 AND 3500**
**FILED BY INLAND WATERS POLLUTION CONTROL, INC.**

       Upon the Debtor's Objection to Claim Nos. 1302 and 3500, dated May 15, 2014 (the

"Objection"),[1] of the Debtor, City of Detroit, Michigan, (the "City"), seeking entry of an order

disallowing and expunging Claim No. 1302 as having no basis (the "Claim") and Claim No.

3500 as a duplicate claim, and it appearing that this Court has jurisdiction over the Objection

pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding

pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and

the Objection in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing

that the relief requested in the Objection is in the best interests of the City, and its creditors;

and due and proper notice of the Objection having been given as provided in the

Objection; and it appearing that no other or further notice of the Objection need be given;

and a hearing on the Objection having been held before the Court; and any objections to

the Objection having been overruled or withdrawn; and the Court finding that the legal

and factual bases set forth in the Objection and at the hearing establish just cause for the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

relief granted; and after due deliberation and good and sufficient cause appearing therefore; it is hereby

ORDERED, DECREED AND ADJUDGED that:

1.      The Objection is granted as set forth herein.

2.      Claim No. 1302 is hereby disallowed and expunged, pursuant to Section 502(b) of the Bankruptcy Code.

3.      Claim No. 3500 is hereby disallowed and expunged as a duplicate claim, pursuant to Section 502(b) of the Bankruptcy Code.

4.      The City's claims agent is hereby authorized to update the claims register to reflect the relief granted in this Order.

5.      The City is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

6.      Notice of the Objection as provided therein is good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a) and the local rules of the Court are satisfied by such notice.