# **EXHIBIT 2: CLAIM NO. 1291**

4835-1485-8011.2
13-53846-tjt    Doc 4879-3    Filed 05/15/14    Entered 05/15/14 22:03:49    Page 1 of 4

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

Name of Debtor: City of Detroit, Michigan        Case Number: 13-53846

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

In its List of Claims, the City listed your claim as a contingent, unliquidated, and disputed unsecured claim in an unknown amount. To determine if you need to file a claim, please refer to the enclosed Information About Deadlines to File Claims.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**National Environmental Group, Llc**

Name and address where notices should be sent: NameID: 11702994
National Environmental Group, Llc
Wright, Steven A.
Steven A. Wright PC
13854 Simone Dr
Shelby Township, MI 48315
Telephone number:                email:

**COURT USE ONLY**
☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
    *(If known)*

Filed on:_____

Name and address where payment should be sent (if different from above):



Telephone number:             email:

☐ Check this box *if you are aware that* anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed:    $ 1,043,426.38 (see attached)

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: **services performed**
   (See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: ____    3a. Debtor may have scheduled account as: _____
   (See instruction #3a)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐Real Estate  ☐Motor Vehicle  ☐Other
Describe:

Value of Property: $_____
Annual Interest Rate (when case was filed)____% ☐Fixed or ☐Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $_____
Basis for perfection: _____
Amount of Secured Claim: $_____
Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).    $_____

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § ____    $_____

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. Documents: Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. Signature: (See instruction # 8)
   Check the appropriate box.

☐ I am the creditor.  ☒ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, indorser, or other codebtor.
                                                              or their authorized agent.                  (See Bankruptcy Rule 3005.)
                                                              (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Steven A. Wright
Title: Attorney
Company: Steven A. Wright, PC
Address and telephone number (if different from notice address above):
same as above

(Signature) Steven A. Wright                (Date)

Telephone number:              email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up

No. 1 continued: National Environmental Group, LLC does not believe its claim is part of this bankruptcy, but submits out of an abundance of caution.

Contract Item Billing Summary as of October, 2013

| Description | Original Contract | Approved Changes | Revised Contract | Billed | Retention Balance | Balance To Bill | Cash Receipts | |
|---|---|---|---|---|---|---|---|---|
| SW - 548 Water Treatment Plant 10-3103 | | | | | | | | |
| Asbestos Remediation | 35,000.00 | | 35,000.00 | 35,000.00 | | 0.00 | 35,000.00 | |
| Tank Cleaning (four Tanks) | 143,000.00 | | 143,000.00 | 143,000.00 | 0.00 | 0.00 | 143,000.00 | Cleaned IB twice and IA once |
| Sludge Mob 1A & 1B | 120,600.00 | | 120,600.00 | 120,600.00 | 0.00 | | 120,600.00 | |
| Sludge Mob 2A & 2B | 120,600.00 | | 120,600.00 | 120,600.00 | 0.00 | | 120,600.00 | |
| Sludge De-Mob 1A & 1B | 59,400.00 | | 59,400.00 | 59,400.00 | 0.00 | | 59,400.00 | |
| Sludge De-Mob 2A & 2B | 59,400.00 | | 59,400.00 | 59,400.00 | 0.00 | | 59,400.00 | |
| Bond (Base Bid Lump Sum) | 13,450.00 | | 13,450.00 | 13,450.00 | 0.00 | | 13,450.00 | |
| Allowance for Sludge Removal | 1,100,000.00 | | 1,100,000.00 | 1,100,000.00 | 0.00 | 0.00 | 103,829.00 | This is based on $110.00 per ton for 25 to 30 % solid per bulletin #4 |
| Allowance for Addional Bond | 27,500.00 | | 27,500.00 | 27,500.00 | | | 27,500.00 | |
| Allowance for Additional Bond | -27,500.00 | | -27,500.00 | -27,500.00 | | | -27,500.00 | |
| Setting Flume Basin 1A & 1B | | 3,577.00 | 3,577.00 | 3,577.00 | | | 3,577.00 | |
| Re-Clean Basin 1B | | 17,979.00 | 17,979.00 | 17,979.00 | | | 17,979.00 | |
| Sump Pump #1 | | 25,732.00 | 25,732.00 | 25,732.00 | | 0.00 | 25,732.00 | |
| Asbestos Remediation Not Done | -35,000.00 | | -35,000.00 | -35,000.00 | | | -35,000.00 | |
| Tank Cleaning Less (1) Tank | -35,750.00 | | -35,750.00 | -35,750.00 | | | -35,750.00 | |
| Allowance for Sludge Removal | -421,542.10 | | -421,542.10 | -421,542.10 | | | 291,293.99 | |
| **From Original Contract** 10-3103 Totals | 1,159,157.90 | 47,288.00 | 1,206,445.90 | 1,206,445.90 | 0.00 | 0.00 | 923,110.99 | |

Work Under the Recent Agreement with the Bond Rider Modifications

| Description | Original Contract | Approved Changes | Revised Contract | Billed | Retention | Balance To Bill | Cash Receipts | |
|---|---|---|---|---|---|---|---|---|
| 2nd Cleaning 2A & 2B | | | | | | | | |
| Mobilization | 120,600.00 | | | 120,600.00 | | | | |
| Demobilization | 59,400.00 | | | 59,400.00 | | | | |
| Tank Cleaning (additional two) | 71,500.00 | | | 71,500.00 | | | | |
| Bond Rider Fees | 13,973.88 | | | 13,973.88 | | | | |
| Dewatering of Basin 2A | 24,424.30 | 10,173.65 | | 24,424.30 | | | | DWSD only approved $10,173.65 -Disputing the difference of 14,250.65 |
| Allowance for Sludge removal | 470,193.29 | | | 470,193.29 | | | | Based on 11253.68 tons of sludge from Geo-bags, which resulted in 3311.22 dry tons @142/ton |
| 10-3103 Totals | 1,919,249.37 | 57,461.65 | 1,206,445.90 | 1,966,537.37 | 0.00 | 0.00 | 923,110.99 | |

| | | | | | |
|---|---|---|---|---|---|
| Amount Due from Base Contract and from Recent Agreement | | | | $ 1,043,426.38 | |
| | | Total as of 10/31/2013 | | $ 1,043,426.38 | Plus the amount of the Dry tonnage from the second cleaning |

Note Based on the laboratory testing the amount of dry tonnage from the original contract is 3510 tons at the $142.00/ton
total $498,420.00

Eddie, our books show we have invoiced $1,66,537.37 and have been paid a total of $923,110.98 with a balance of