# CERTIFICATE OF SERVICE

I, Tamar Dolcourt, hereby certify that the foregoing Objection Of The City Of Detroit, Pursuant To Sections 105 And 502(B) Of The Bankruptcy Code, Bankruptcy Rule 3007 And Local Rule 3007-1, To Proof Of Claim Number 3683 Filed By Macomb Interceptor Drain Drainage District By And Through The Macomb County Public Works Commissioner was filed and served via the Court's Electronic Case Filing and noticing system on this 15th day of May, 2014.

/s/ Tamar N. Dolcourt