UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN<br><br>Debtor. | Chapter 9<br>Case No. 13-53846<br>Hon. Steven W. Rhodes |

## Oakland County's Amended List of Fact Witnesses

The County of Oakland, Michigan ("Oakland County") through its counsel, identifies the following witnesses and the subjects that each witness will address:

| No. | Name/Title | Testimony Topics |
|---|---|---|
| 1 | Syed Ali, P.E. – Manager, DWSD | • Plan feasibility<br>• The City's ability to provide adequate levels of municipal services |
| 2 | Nicole Bateson – CFO, DWSD | • Plan feasibility<br>• The City's ability to provide adequate levels of municipal services |

| | | |
|---|---|---|
| 3 | Douglas Buchholz - Chief Manager, Oakland County Water Resources Commission | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services |
| 4 | Kenneth Buckfire – CEO and Managing Director, Miller Buckfire & Co. LLC | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services<br>- Plan not proposed in good faith |
| 5 | Suzanne Coffey - Manager, Oakland County Water Resources Commission | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services |
| 6 | Carrie Ricker Cox – Operations Engineer, Oakland County | - The City's ability to provide adequate levels of municipal services |
| 7 | Robert Daddow – Deputy County Executive, Oakland County | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services<br>- Plan not proposed in good faith |

| | | |
|---|---|---|
| 8 | Bart Foster – President, The Foster Group, LLC | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services |
| 9 | Kevin Haggard – Miller Buckfire | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services<br>- Plan not proposed in good faith |
| 10 | Vyto Kaunelis – Principal, OHM Engineering Advisors | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services |
| 11 | Fritz Klingler – Vice-President – FKA | - The City's ability to provide adequate levels of municipal services |
| 12 | Sid Lockhart – Assistant Chief Engineer, Oakland County | - The City's ability to provide adequate levels of municipal services |
| 13 | Gaurav Malhotra – Principal, Ernst & Young | - Plan feasibility |

| 14 | Sue McCormick – Director, DWSD | <ul><li>Plan feasibility</li><li>The City's ability to provide adequate levels of municipal services</li></ul> |
| 15 | Charles Moore – Senior Managing Director, Conway MacKenzie | <ul><li>Plan feasibility</li><li>The City's ability to provide adequate levels of municipal services</li><li>Plan not proposed in good faith</li></ul> |
| 16 | Keith Parmley – Financial Consultant, Oakland County Water Resources Commission | <ul><li>Plan feasibility</li><li>The City's ability to provide adequate levels of municipal services</li><li>Plan not proposed in good faith</li></ul> |
| 17 | James Pistilli – Chief Engineer, Wastewater Division, Macomb County - retired | <ul><li>The City's ability to provide adequate levels of municipal services</li></ul> |
| 18 | Cheryl Porter – Assistant Director, Water Supply Operations Group, DWSD | <ul><li>Plan feasibility</li><li>The City's ability to provide adequate levels of municipal services</li></ul> |

| 19 | Berin Separia – DWSD Staff | - The City's ability to provide adequate levels of municipal services |
|---|---|---|
| 20 | Representative of Debtor (preparer of exhibits K&L) | - Plan feasibility<br>- The City's ability to provide adequate levels of municipal services |
| 21 | Any witnesses necessary for rebuttal | |
| 22 | Any witnesses listed by another party | |

Oakland County reserves the right to supplement the testimony topics associated with each witness and to amend its witness list as may be necessary; such reservation is necessitated in large measure by the failure at this late date to have received documents requested and ordered to be provided.

Respectfully Submitted,

**Carson Fischer, P.L.C.**

By: */s/ Joseph M. Fischer*
Joseph M. Fischer (P13452)
Robert A. Weisberg (P26698)
Christopher Grosman (P58693)
4111 Andover Road, West – Second Floor
Bloomfield, Michigan 48302-1924
Telephone: (248) 644-4840
Facsimile: (248) 644-1832
Email: JFischer@CarsonFischer.com
      RWweisberg@CarsonFischer.com
      CGrosman@CarsonFischer.com

*Counsel for Oakland County, Michigan*

**Young & Associates**

By: */s/ Sara K. MacWilliams*
Sara K. MacWilliams (P67805)
Jaye Quadrozzi (P71646)
27725 Stansbury Blvd., Suite 125
Farmington Hills, MI 48334
Telephone: (248) 353-8620
Email: efiling@youngpc.com
      macwilliams@youngpc.com
      quadrozzi@youngpc.com

*Co-counsel for Oakland County, Michigan*

Date: May 16, 2014

## CERTIFICATE OF SERVICE

I certify that on May 16, 2014 I electronically filed Oakland County's Amended List of Fact Witnesses with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

**Carson Fischer, P.L.C.**
*/s/ Joseph M. Fischer*
Joseph M. Fischer (P13452)
4111 Andover Road
West – Second Floor
Bloomfield, Michigan 48302-1924
(248) 644-4840
JFischer@CarsonFischer.com