UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,
    Debtor.
_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2014, I electronically filed the following documents (collectively the "Claim Objections") with the Clerk of the Court which sends notice by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case. The Trustee has engaged a Noticing Agent, which will serve the Claim Objections and file a subsequent Proof of Service after it has performed the service.

:

- Objection to Claim No. 2846 [Dkt. No. 4834]
- Objection to Claim No. 3278 [Dkt. No. 4835]
- Objection to Claim No. 2883 [Dkt. No. 4836]
- Objection to Claim No. 2889 [Dkt. No. 4837]
- Objection to Claim No. 2880 [Dkt. No. 4838]
- Objection to Claim No. 2905 [Dkt. No. 4839]
- Objection to Claim No. 3006 [Dkt. No. 4840]
- Objection to Claim No. 2888 [Dkt. No. 4841]
- Objection to Claim No. 3271 [Dkt. No. 4843]
- Objection to Claim No. 3236 [Dkt. No. 4855]
- Objection to Claim Nos. 1330 and 1853 [Dkt. No. 4857]
- Objection to Claim No. 2902 [Dkt. No. 4859]
- Objection to Claim No. 2021 [Dkt. No. 4863]

- Objection to Claim No. 458 [Dkt. No. 4872]
- Objection to Claim Nos. 1329 and 1859 [Dkt. No. 4873]
- Objection to Claim No. 1302 and 3500 [Dkt. No. 4875]
- Objection to Claim No. 1291 [Dkt. No. 4879]

Dated: May 14, 2014

FOLEY & LARDNER LLP

By: /s/ *Tamar N. Dolcourt*
John A. Simon (P61866)
Tamar N. Dolcourt (P73425)
500 Woodward Ave., Ste. 2700
Detroit, MI 48226
313.234.7100
jsimon@foley.com
tdolcourt@foley.com
*Counsel for the Debtor, City of Detroit, Michigan*