UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

|   |   |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

**ORDER GRANTING MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS**

This matter having come before the Court on the motion of Syncora to compel the Debtor to produce documents (the "Motion to Compel"), the Court having reviewed Syncora's Motion to Compel; and the Court having determined that the legal and factual bases set forth in the Motion to Compel establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. Syncora's Motion to Compel is GRANTED in part.

2. The City shall file an affidavit by May 19, 2014 describing (a) how it compiled the documents that it is producing in response to Creditors' requests for production; (b) the search terms that it utilized to collect and cull documents responsive to Creditors' requests for production; and (c) the custodians and repositories of documents that it searched for documents responsive to Creditors' requests for production. The deadline for filing the affidavit described in this paragraph shall be extended only upon a showing of good cause.

3. The City shall file by May 19, 2014 an index consisting of a list of the requests, grouped by subject matter, with corresponding custodians who were searched or requested to provide responsive materials, and the corresponding Bates ranges for those custodians. The deadline for filing the index described in this paragraph shall be extended upon a showing of good cause.

4. The hearing on the City's objections to Creditors' discovery requests is continued to May 28, 2014 at 10:00 a.m. in Room 716, U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

5. The parties are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the motion.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Signed on May 16, 2014**

                                                                /s/ Steven Rhodes
                                                                  Steven Rhodes
                                                                  **United States Bankruptcy Judge**