UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**STATE OF MICHIGAN'S RESPONSE TO SYNCORA'S
SUBPOENA DUCES TECUM
(DKT. #3315)**

**Document Request No. 1:** All documents and communications relating to Attorney General's Opinion No. 7272.

**Answer to Request No. 1:** No answer is required. Documents responsive to this request are within the control of the Attorney General and have been provided in a separate response as recognized in the STIPULATION AND AGREEMENT regarding Syncora Guarantee's and Syncora Capital Assurances' (hereafter Syncora) subpoena to the State of Michigan (Doc. #4309, para. 1).

**Document Request No. 2:** All documents and communications regarding the Plan GRS and Plan PFRS Settlements, as those terms are defined in the Plan, including, but not limited to, documents and

communications relating to (a) the funds that the states anticipates using or appropriating for the Plan GRS and Plan PFRS Settlements; and (b) the negotiation of the Plan GRS and Plan PFRS Settlements.

**Answer to Request No. 2:** This Request requires the production of documents and communications that are subject to the Bankruptcy Court's Mediation Order (Doc. #322). The subpoena parties agree the State is precluded from producing the requested documents. (See: Doc. #4309, STIPULATION AND AGREEMENT, para. 2.)

The State also responds, versions of the State Contribution Agreement and certain exhibits related to the GFRS and PFRS "settlement" have been filed with the Bankruptcy Court as attachments to the various Plans of Adjustment beginning with the March 31, 2014 Plan of Adjustment. These are in Syncora's possession and are available to them on the case management web site.

The State further responds, the legislation introduced in the Michigan House of Representatives related to the "GFRS and PFRS settlement" and the State's contribution, House Bills No. 5566-5575 to this Response at tab 21.

**Document Request No. 3:** All documents created between January 1, 2005 and the present relating to the City's revenue-sharing arrangements with the State of Michigan.

**Answer to Request No. 3:** The State previously provided documents satisfying this Request in part. (See: Doc. #4309, STIPULATION AND AGREEMENT, para. 3.) The required factors and criteria are attached to this Response at tab 2. Additionally, general information regarding Revenue Sharing is also provided at tab 3.

**Document Request No. 4:** All communications between the City and the State of Michigan regarding State-funding, -taxation, or -revenue-sharing for the time period January 1, 2005 to the present.

**Answer to Request No. 4:** This Request has been withdrawn and no response is required. (See: Doc. #4309, STIPULATION AND AGREEMENT, para. 4.)

**Document Request No. 5:** All documents relating to funding received by the City from the State of Michigan for any purpose from the time period January 1, 2005 to the present.

**Answer to Request No. 5:** This Request has been withdrawn and no response is required. (See: Doc. #4309, STIPULATION AND AGREEMENT, para. 5.)

**Document Request No. 6:** All documents and communications relating to any federal, state, or private money that the City of Detroit either (a) has received since January l, 2010 or (b) expects to receive.

**Answer to Request No. 6:** The subpoena parties agreed to limit this Request to "any existing summary documents in the possession of the State that identify the amounts of grant money paid to the City." (See: Doc. #4309, STIPULATION AND AGREEMENT, para. 6.) Provided at tab 22. To the extent additional documents exist they are produced with the electronic production of documents to the Official Committee of Retirees, a copy of which is also being provided to Syncora per the parties' agreement. (*Id.,* para. 7.)

Note: The State's Privilege Log will be served separately.

Dated: May 16, 2014

*/s/ Matthew Schneider*
Matthew Schneider [P62190]
Chief Legal Counsel
Attorney for State of Michigan
P.O. Box 30754, Lansing, MI 48909
(517) 373-3203
SchneiderM7@michigan.gov