UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2014, I electronically filed the State of Michigan's Response to Syncora's Subpoena Duces Tecum (DKT. 3315) [Docket No. 4897] with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

Further, I certify that on May 16, 2014, my agent D4 served the State's electronic document production in response to the Syncora's Subpoena Duces Tecum upon the attorney of record for Syncora, Stephen M. Gross, and I served paper copies of certain documents produced by the State upon the attorney of record for Syncora, Stephen M. Gross, by mailing to him at McDonald Hopkins, PLC, 39533

Woodward Ave., Bloomfield Hills, MI 48304, with first class postage fully prepaid.

>*/s/Matthew Schneider*
>Matthew Schneider
>Chief Legal Counsel
>Attorney for State of Michigan
>P.O. Box 30754, Lansing, Michigan  48909
>(517) 373-3203
>SchneiderM7@michigan.gov [P62190]