UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | No. 13-53846<br><br>Chapter 9<br><br>HON. STEVEN W. RHODES |

**STATE OF MICHIGAN'S RESPONSE TO RETIREES'
COMMITTEE SUBPOENA DUCES TECUM
(DKT. #4034)**

**Document Request No. 1:** All documents sent to or by, and all communications with, the Governor, the Governor's Office, or any agent, representative, employee or assistant of the Governor regarding: (a) any third party funding (other than debt funding) that potentially was, is or will be available to the City, including but not limited to state, federal or private grants, aid or contributions, (b) all such funding that has been applied for or received by the City.

**Answer to Request No. 1:** To the extent responsive documents and communications have been identified, and they are not privileged or confidential, they are provided in the State's electronic production. Privileged or confidential communications are identified on the State's

Privilege Log. The State objects to the production of privileged and confidential documents.

**Document Request No. 2:** All documents concerning possible funds or grants from the State of Michigan or any State agency that will or might be provided to the City in the next five (5) years.

**Answer to Request No. 2:** To the extent responsive documents and communications have been identified, and they are not privileged or confidential, they are provided in the State's electronic production. Privileged or confidential communications are identified on the State's Privilege Log. The State objects to the production of privileged and confidential documents.

**Document Request No. 3:** All documents concerning potential funds or grants from the federal government or any federal agency that will or might be provided to the City in the next five (5) years.

**Answer to Request No. 3:** To the extent responsive documents and communications have been identified, and they are not privileged or confidential, they are provided in the State's electronic production. Privileged or confidential communications are identified on the State's

Privilege Log.  The State objects to the production of privileged and confidential documents.

**Document Request No. 4:** All documents sent to or by, and all communications with, the Governor, the Governor's Office, or any agent, representative, employee or assistant of the Governor regarding State reductions in funding to the City.

**Answer to Request No. 4:**  To the extent responsive documents and communications have been identified, and they are not privileged or confidential, they are provided in the State's electronic production. Privileged or confidential communications are identified on the State's Privilege Log.  The State objects to the production of privileged and confidential documents.

**Document Request No. 5:** All communications between the Governor, the Governor's Office, or any agent, representative, employee or assistant of the Governor and any Member of the United States Congress or the United States President (or their respective offices) concerning the City.

**Answer to Request No. 5:** To the extent responsive documents and communications have been identified, and they are not privileged or confidential, they are provided in the State's electronic production. Privileged or confidential communications are identified on the State's Privilege Log. The State objects to the production of privileged and confidential documents.

**Document Request No. 6:** The proposed State Contribution Agreement between the City and the State referenced in the City's Amended Plan for the Adjustment of Debts of the City of Detroit.

**Answer to Request No. 6:** The State objects to this Request because it seeks privileged and confidential documents and materials which are identified in the State's Privilege Log. To the extent responsive documents and communications have been identified, and they are not privileged or confidential, they are provided in the State's electronic production. Privileged or confidential communications are identified on the State's Privilege Log.

**Document Request No. 7:** All documents and communications regarding the proposed State Contribution Agreement between the City

and the State referenced in the City's March 31, 2014 Amended Plan for the Adjustment of Debts of the City of Detroit and/or regarding any proposed State contribution referenced in the City's February 21, 2014 Plan for the Adjustment of Debts of the City of Detroit.

**Answer to Request No. 7:** The State objects to this Request because it seeks privileged and confidential documents and materials which are identified in the State's Privilege Log. To the extent responsive documents and communications have been identified, and they are not privileged or confidential, they are provided in the State's electronic production. Privileged or confidential communications are identified on the State's Privilege Log.

**Document Request No. 8:** All documents sent to or by, and all communications with the Governor, the Governor's Office, or any agent, representative, employee or assistant of the Governor regarding: (a) the preparation of any City plan of adjustment, (b) the preparation of the City's Plan for the Adjustment of Debts of the City of Detroit, (c) the preparation of the City's March 31, 2014 Amended Plan for the Adjustment of Debts of the City of Detroit, and (d) the contents of any of the documents mentioned in (a)-( c).

5
13-53846-tjt   Doc 4899   Filed 05/16/14   Entered 05/16/14 16:24:13   Page 5 of 12

**Answer to Request No. 8:** The State objects to this Request because it seeks privileged and confidential documents and materials which are identified in the State's Privilege Log. To the extent responsive documents and communications have been identified, and they are not privileged or confidential, they are provided in the State's electronic production. Privileged or confidential communications are identified on the State's Privilege Log.

**Document Request No. 9:** All communications with the City, Orr or the Emergency Manager's Office about any of the following topics: (a) the City's bankruptcy, (b) the preparation of a plan of adjustment, (c) the City's retirees, (d) the treatment or potential treatment of pensions or OPEB in the City's Plan, (e) State funds that will or might be provided toward funding the Plan, and (f) any other funds that will or might be available to the City either in funding the Plan or in the year after the bankruptcy ends.

**Answer to Request No. 9:** The State objects to this Request because it seeks privileged and confidential documents and materials which are identified in the State's Privilege Log. To the extent responsive documents and communications have been identified, and

they are not privileged or confidential, they are provided in the State's electronic production. Privileged or confidential communications are identified on the State's Privilege Log.

**Document Request No. 10:** All communications between the Governor, the Governor's Office, or any agent, representative, employee or assistant of the Governor and any representative of Macomb, Oakland, and/or Wayne Counties regarding the Detroit Water and Sewerage Department and/or the City's bankruptcy case, *In re City of Detroit, Michigan*, Case No. 13-53846 (Bankr. E.D. Mich. 2013).

**Answer to Request No. 10:** To the extent responsive documents and communications have been identified, and they are not privileged or confidential, they are provided in the State's electronic production. Privileged or confidential communications are identified on the State's Privilege Log.

**Document Request No. 11:** All communications between the Governor, the Governor's Office, or any agent, representative, employee or assistant of the Governor and any of the following entities concerning the City's bankruptcy: (a) the Community Foundation for Southeast

Michigan, (b) the William Davidson Foundation, (c) The Fred A. and Barbara M. Erb Family Foundation, (d) the Max M. and Marjorie S. Fisher Foundation, (e) the Ford Foundation, (f) the Hudson-Webber Foundation, (g) The Kresge Foundation, (h) the W. K. Kellogg Foundation, (i) the John S. And James L. Knight Foundation, G) the McGregor Fund, (k) the Charles Stewart Mott Foundation, and/or(l) the A. Paul and Carol C. Schaap Foundation.

**Answer to Request No. 11:** To the extent responsive documents and communications have been identified, and they are not privileged or confidential, they are provided in the State's electronic production. Privileged or confidential communications are identified on the State's Privilege Log.

**Document Request No. 12:** All communications between the Governor, the Governor's Office, or any agent, representative, employee or assistant of the Governor and any of the following entities or individuals about the City bankruptcy: (a) the DIA, (b) the members of the DIA board, (c) the members of the DIA's administration, and/or (d) DIA employees.

**Answer to Request No. 12:** The State objects to this Request because it seeks privileged and confidential documents and materials which are identified in the State's Privilege Log. To the extent responsive documents and communications have been identified, and they are not privileged or confidential, they are provided in the State's electronic production. Privileged or confidential communications are identified on the State's Privilege Log.

**Document Request No. 13:** All communications between the Governor, the Governor's Office, or any agent, representative, employee or assistant of the Governor and any individual or entity expressing a potential interest in donating or providing funds for the City's retirees, the City's Plan, and/or settlement of the City's bankruptcy.

**Answer to Request No. 13:** To the extent responsive documents and communications have been identified, and they are not privileged or confidential, they are provided in the State's electronic production. Privileged or confidential communications are identified on the State's Privilege Log.

**Document Request No. 14:** Documents, including communications, concerning possible state liability for reduced City retiree pensions and/or increased State Medicare costs.

**Answer to Request No. 14:** To the extent responsive documents and communications have been identified, and they are not privileged or confidential, they are provided in the State's electronic production. Privileged or confidential communications are identified on the State's Privilege Log. The State objects to the production of any privileged or confidential document or communication.

**Document Request No. 15:** All communications between the Governor, the Governor's Office, or any agent, representative, employee or assistant of the Governor and Bill Knowling regarding (a) the City's bankruptcy, (b) the preparation of a plan of adjustment, (c) the City's retirees, (d) the treatment or potential treatment of pensions or OPEB in the City's Plan, (e) State funds that will or might be provided toward funding the Plan, and (f) any other funds that will or might be available to the City either in funding the Plan or in the year after the bankruptcy ends.

**Answer to Request No. 15:** To the extent responsive documents and communications have been identified, and they are not privileged or confidential, they are provided in the State's electronic production. Privileged or confidential communications are identified on the State's Privilege Log. The State objects to the production of any privileged or confidential document or communication.

**Document Request No. 16:** All communications between Bill Knowling and any State of Michigan representative, employee, official or agent concerning (a) the City's bankruptcy, (b) the preparation of a plan of adjustment, (c) the City's retirees, (d) the treatment or potential treatment of pensions or OPEB in the City's Plan, (e) State funds that will or might be provided toward funding the Plan, and (f) any other funds that will or might be available to the City either in funding the Plan or in the year after the bankruptcy ends.

**Answer to Request No. 16:** To the extent responsive documents and communications have been identified, and they are not privileged or confidential, they are provided in the State's electronic production. Privileged or confidential communications are identified on the State's

Privilege Log. The State objects to the production of any privileged or confidential document or communication.

Note: The State's Privilege Log will be served separately.

<table>
<tr><td>Dated: May 16, 2014</td><td>*/s/ Matthew Schneider*<br>Matthew Schneider [P62190]<br>Chief Legal Counsel<br>Attorney for State of Michigan<br>P.O. Box 30754<br>Lansing, Michigan 48909<br>(517) 373-3203<br>SchneiderM7@michigan.gov</td></tr>
</table>