# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May 2014, I caused the *Notice of Deposition of William Wolfson* to be filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: New York, New York
      May 16, 2014

                                      */s/ Lawrence A. Larose*
                                      Lawrence A. Larose
                                      Samuel S. Kohn
                                      Robert A. Schwinger
                                      CHADBOURNE & PARKE LLP
                                      30 Rockefeller Plaza
                                      New York, NY 10012
                                      Telephone: (212) 408-5100
                                      Fax: (212) 541-5369
                                      llarose@chadbourne.com
                                      skohn@chadbounrne.com
                                      rschwinger@chadbourne.com

                                      – and –

                                      Robin D. Ball
                                      CHADBOURNE & PARKE LLP
                                      350 South Grand Ave., 32nd Floor
                                      Los Angeles, CA 90071
                                      Telephone: (213) 892-2025
                                      Fax: (213) 892-2045
                                      rball@chadbourne.com

                                      *Counsel for Assured Guaranty*
                                      *Municipal Corp.*

CPAM: 6523299.1