# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May 2014, I caused the *Notice of Deposition of Kevyn D. Orr* to be filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: New York, New York
   May 16, 2014

     */s/ Lawrence A. Larose*
     Lawrence A. Larose
     Samuel S. Kohn
     Robert A. Schwinger
     CHADBOURNE & PARKE LLP
     30 Rockefeller Plaza
     New York, NY 10012
     Telephone: (212) 408-5100
     Fax: (212) 541-5369
     llarose@chadbourne.com
     skohn@chadbounrne.com
     rschwinger@chadbourne.com

     – and –

     Robin D. Ball
     CHADBOURNE & PARKE LLP
     350 South Grand Ave., 32nd Floor
     Los Angeles, CA 90071
     Telephone: (213) 892-2025
     Fax: (213) 892-2045
     rball@chadbourne.com

     *Counsel for Assured Guaranty*
     *Municipal Corp.*

CPAM: 6523299.1