# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May 2014, I caused the *Notice of Deposition of Charles M. Moore* to be filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: New York, New York
      May 16, 2014

                                        */s/ Lawrence A. Larose*
                                        Lawrence A. Larose
                                        Samuel S. Kohn
                                        Robert A. Schwinger
                                        CHADBOURNE & PARKE LLP
                                        30 Rockefeller Plaza
                                        New York, NY 10012
                                        Telephone: (212) 408-5100
                                        Fax: (212) 541-5369
                                        llarose@chadbourne.com
                                        skohn@chadbounrne.com
                                        rschwinger@chadbourne.com

                                        – and –

                                        Robin D. Ball
                                        CHADBOURNE & PARKE LLP
                                        350 South Grand Ave., 32nd Floor
                                        Los Angeles, CA 90071
                                        Telephone: (213) 892-2025
                                        Fax: (213) 892-2045
                                        rball@chadbourne.com

                                        *Counsel for Assured Guaranty*
                                        *Municipal Corp.*

CPAM: 6523299.1