# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|  |  |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## <u>NOTICE OF DEPOSITION OF GAURAV MALHOTRA</u>

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil

Procedure 26 and 30, made applicable to this proceeding by Federal Rules of

Bankruptcy Procedure 7026 and 7030, Assured Guaranty Municipal Corp.,

formerly known as Financial Security Assurance Inc. ("<u>Assured</u>") and National

Public Finance Guarantee Corporation ("<u>National</u>"), Berkshire Hathaway

Assurance Corporation ("<u>BHAC</u>"), U.S. Bank National Association, as

Indenture Trustee (the "<u>Trustee</u>") for the DWSD Bonds, the Ad Hoc Bondholder

Committee[1] (the "Ad Hoc Committee"),  and Oakland County, Michigan

("Oakland" and together with Assured, National, BHAC, the Trustee and the Ad

Hoc Committee, the "DWSD Discovery Parties"), by and through their counsel,

will take the deposition upon oral examination of **Gaurav Malhotra** at the Westin

Book Cadillac Detroit hotel, located at 1114 Washington Blvd, Detroit, MI 48226

on **Thursday, June 19, 2014** or at any other such date or place to which the parties

mutually agree.  The deposition will begin at **9:00 a.m**., and continue until

completed.[2]

The deposition will be taken before a court reporter or other person

authorized by law to administer oaths and provide an official record of the

deposition.

The deposition will be recorded by stenographic and audio visual means, for

use in the above-titled action, and for any other purpose permitted under the

Federal Rules of Civil Procedure and Federal Rules of Bankruptcy Procedure.

---

[1]  The Ad Hoc Bondholder Committee members, Fidelity Management &
Research Company, Eaton Vance Management and Franklin Advisers, Inc,
through various institutional funds they or their affiliates manage, hold DWSD
Bonds

[2]  The DWSD Discovery Parties issue this notice jointly for the sake of efficiency
and convenience only.  This notice shall be treated as if each party had served
the notice separately.

Dated: May 16, 2014

Respectfully submitted

/s/ Lawrence A. Larose
Lawrence A. Larose
Samuel S. Kohn
Robert A. Schwinger
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5100
Fax: (212) 541-5369
llarose@chadbourne.com
skohn@chadbounrne.com
rschwinger@chadbourne.com

– and –

Robin D. Ball
CHADBOURNE & PARKE LLP
350 South Grand Ave., 32nd Floor Los
Angeles, CA 90071
Telephone: (213) 892-2025
Fax: (213) 892-2045
rball@chadbourne.com

*Counsel for Assured Guaranty*
*Municipal Corp.*

/s/ Guy S. Neal
James F. Bendernagel, Jr.
Guy S. Neal
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005 Telephone:
(202) 736-8041 Fax: (202) 736-8711
jbendernagel@sidley.com
gneal@sidley.com

– and –

Jeffrey E. Bjork
Gabriel MacConaill
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Fax: (213) 896-6600
jbjork@sidley.com
gmacconaill@sidley.com

*Counsel for National Public Finance*
*Guarantee Corp.*

3

CPAM: 6523280.1

/s/ My Chi To
My Chi To
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-7435
Fax: (212) 909-6836
mcto@debevoise.com

*Counsel for Berkshire Hathaway Assurance Corporation*


/s/ Joseph M. Fischer
Joseph M. Fischer (P13452)
Robert A. Weisberg (P26698)
Christopher Grosman (P58693)
CARSON FISCHER, P.L.C.
4111 Andover Road, West
Second Floor
Bloomfield, Michigan 48302
Telephone: (248) 644-4840
Fax: (248) 644-1832
JFischer@CarsonFischer.com
RWweisberg@CarsonFischer.com
CGrosman@CarsonFischer.com


– and –


Sara K. MacWilliams (P67805)
Jaye Quadrozzi (P71646)
YOUNG & ASSOCIATES
27725 Stansbury Blvd., Suite 125
Farmington Hills, MI 48334
Telephone: (248) 353-8620
Fax:  (248) 479-7828
macwilliams@youngpc.com
quadrozzi@youngpc.com

*Counsel for Oakland County, Michigan*

/s/ David E. Lemke
David E. Lemke (TN13586)
Michael R. Paslay (TN11092)
Ryan K. Cochran (TN25851)
Courtney M. Rogers (TN25664)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Fax: (615) 244-6804
david.lemke@wallerlaw.com
mike.paslay@wallerlaw.com
ryan.cochran@wallerlaw.com
courtney.rogers@wallerlaw.com


– and –


Robert J. Diehl, Jr. (MI31264)
Jaimee L. Witten (P70068)
BODMAN PLC
1901 St. Antoine Street, 6th Floor
Detroit, Michigan 48226 Telephone: (313) 393-7597 Fax: (313) 393-7579
rdiehl@bodmanlaw.com
jwitten@bodmanlaw.com

*Counsel for U.S. Bank National Association, as Indenture Trustee for the DWSD Bonds*

4

CPAM: 6523280.1

*/s/ William W. Kannel*
William W. Kannel
Adrienne K. Walker
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY and POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Fax: (617) 542-2241
wwkannel@mintz.com
awalker@mintz.com

– and –

Andrew J. Gerdes
ANDREW J. GERDES, P.L.C.
Andrew J. Gerdes
321 W. Lake Lansing Road
P.O. Box 4190
East Lansing, Michigan 48826-4190
Telephone: (517) 853-1300
Fax: (517) 853-1301
agerdes@gerdesplc.com

*Attorneys for Fidelity Management &
Research Company, Eaton Vance
Management, and Franklin Advisers,
Inc., members of the Ad Hoc
Bondholder Committee*