IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: | Chapter 9 |
|---|---|
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May 2014, I caused the *Notice of Deposition of Gaurav Malhotra* to be filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: New York, New York
      May 16, 2014

                                    */s/ Lawrence A. Larose*
                                    Lawrence A. Larose
                                    Samuel S. Kohn
                                    Robert A. Schwinger
                                    CHADBOURNE & PARKE LLP
                                    30 Rockefeller Plaza
                                    New York, NY 10012
                                    Telephone: (212) 408-5100
                                    Fax: (212) 541-5369
                                    llarose@chadbourne.com
                                    skohn@chadbounrne.com
                                    rschwinger@chadbourne.com

                                    – and –

                                    Robin D. Ball
                                    CHADBOURNE & PARKE LLP
                                    350 South Grand Ave., 32nd Floor
                                    Los Angeles, CA 90071
                                    Telephone: (213) 892-2025
                                    Fax: (213) 892-2045
                                    rball@chadbourne.com

                                    *Counsel for Assured Guaranty*
                                    *Municipal Corp.*

CPAM: 6523299.1