211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Electronic Signature does not match login on Declaration/Certification of Craig L. Siegel..(Entry #4769).

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☑ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a) (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☐ Original Signature
- ☐ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 5/15/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                          United States Bankruptcy Court
                           Eastern District of Michigan
In re:                                                              Case No. 13-53846-swr
City of Detroit, Michigan                                           Chapter 9
        Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0645-2          User: ckata                 Page 1 of 14          Date Rcvd: May 15, 2014
                              Form ID: def2               Total Noticed: 0
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           Daniel M. McDermott
                                                                              TOTALS: 1, * 0, ## 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2014 at the address(es) listed below:
              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
               alfredo.perez@weil.com,kelly.diblasi@weil.com,debora.hoehne@weil.com,elizabeth.hendee@weil.com,
               edward.soto@weil.com,Edward.McCarthy@weil.com
              Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
               allan.brilliant@dechert.com
              Allison Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
               abach@dickinsonwright.com
              Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
               achouprouta@kramerlevin.com
              Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
               acaton@kramerlevin.com,  achouprouta@kramerlevin.com
              Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
               aap43@outlook.com,  aap43law@gmail.com
              Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
               aap43law@gmail.com
              Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
               agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
              Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
               wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
              Angela Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
               HollisR@dhcmi.org
              Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
               stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;akochis@ecf.info
               ruptcy.com
              Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
               aoreilly@honigman.com,  ahatcher@honigman.com
              Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
               and Agricultural Implement Workers of America bceccotti@cwsny.com
              Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
              Barbara A. Patek    on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C.
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
               bpatek@ermanteicher.com
              Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
               bfagan@dibandfagan.com
              Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
               bbest@schaferandweiner.com,  wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
               ssikorski@manteselaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Brett A. Border    on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com, joumedian@sspclegal.com

        Brett A. Border    on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com, joumedian@sspclegal.com

        Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C. bborder@sspclegal.com, joumedian@sspclegal.com

        Brett A. Border    on behalf of Interested Party    Kondaur Capital Corporation bborder@sspclegal.com, joumedian@sspclegal.com

        Brett A. Border    on behalf of Creditor    Flagstar Bank, FSB bborder@sspclegal.com, joumedian@sspclegal.com

        Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com

        Bruce  Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan bbennett@jonesday.com

        Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com

        Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com

        Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation carol.cohen@arentfox.com

        Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com

        Carole  Neville    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com

        Carole  Neville    on behalf of Retiree Committee    Official Committee of Retirees carole.neville@dentons.com,daniel.morris@dentons.com

        Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation caroline.english@arentfox.com

        Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation caroline.english@arentfox.com

        Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM

        Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com

        Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com,  cdbullock@msn.com;lhaas@sbplclaw.com

        Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com, kkranz@wnj.com

        Charles N. Ash    on behalf of Defendant    UBS AG cash@wnj.com, kkranz@wnj.com

        Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com

        Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com

        Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc. BRCY@CarsonFischer.com,  cgrosman@carsonfischer.com

        Christopher A. Grosman    on behalf of Creditor    Oakland County, Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

        Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com

        Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com

        Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association courtney.rogers@wallerlaw.com

        Courtney M. Rogers    on behalf of Interested Party    U.S. Bank National Association courtney.rogers@wallerlaw.com

        Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net

        Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com

        Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com

        Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association czucker@ermanteicher.com

        Craig E. Zucker    on behalf of Creditor    Detroit Police Command Officers Association czucker@ermanteicher.com

        Dan  Korobkin    on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org

        Dan  Korobkin    on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org

        Dan  Korobkin    on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org

        Dan  Korobkin    on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Dan  Korobkin    on behalf of Interested Party James  Washington dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
          Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          Daniel N. Adams    on behalf of Interested Party    Detroit Institute of Arts dadams@honigman.com,
           litdocket@honigman.com
          David Eisenberg    on behalf of Creditor    Detroit Police Command Officers Association
           deisenberg@ermanteicher.com
          David Eisenberg    on behalf of Creditor    Detroit Police Officers Association
           deisenberg@ermanteicher.com
          David Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           deisenberg@ermanteicher.com
          David Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           deisenberg@ermanteicher.com
          David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
          David E. Lemke    on behalf of Creditor    U.S. Bank National Association david.lemke@wallerlaw.com
          David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
           dgheiman@jonesday.com
          David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
          David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation
           david.dubrow@arentfox.com
          David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
           nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
           nepc.com
          David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
           kbilpo@seyburn.com
          Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
           General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
          Deborah  Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
           kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Debra N. Pospiech    on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com
          Debra N. Pospiech    on behalf of Interested Party Kimberly  James dpospiech@morganmeyers.com
          Debra N. Pospiech    on behalf of Interested Party Denise  Gardner dpospiech@morganmeyers.com
          Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association
           dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
           dbeckwith@fosterswift.com
          Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.
           don@mcguiganlaw.com
          Douglas  Steele    on behalf of Interested Party    International Association of Fire Fighters,
           AFL-CIO, CLC dls@wmlaborlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Earle I. Erman    on behalf of Creditor    Detroit Police Command Officers Association
           eerman@ermanteicher.com
          Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           eerman@ermanteicher.com
          Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
           eerman@ermanteicher.com
          Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           eerman@ermanteicher.com
          Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC
           ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
          Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C.
           ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
          Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com,
           litdocket@honigman.com
          Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
           emajoros@glmpc.com
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
           bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association
           (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    EverBank bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
           bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company
           bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
           ecrowder@sbplclaw.com, lhaas@sbplclaw.com
          Eric Rosenberg    on behalf of Interested Party Patricia  Ramirez EJR@morganmeyers.com,
           amendiola@morganmeyers.com
          Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov
          Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
           carlson@millercanfield.com
          Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
           enovetsky@jaffelaw.com
          Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
           bankruptcy.maxwelldunn@gmail.com
          Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit efeldman@clarkhill.com
          Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
           efeldman@clarkhill.com
          Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
          Geoffrey T. Pavlic    on behalf of Creditor    BlackRock Financial Management, Inc.
           pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
          Geoffrey T. Pavlic    on behalf of Creditor    Ad Hoc Bondholder Committee
           pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
          Geoffrey T. Pavlic    on behalf of Creditor    Nuveen Asset Management pavlic@steinbergshapiro.com,
           jbrown@steinbergshapiro.com
          H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
           jabdelnour@resnicklaw.net
          Harold E. Nelson    on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
          Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc.
           ecf-hen@rhoadesmckee.com
          Heath Douglas Rosenblat    on behalf of Counter-Claimant    Wilmington Trust, N.A.
           Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association
           Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association
           Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat    on behalf of Defendant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
           Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
           hlennox@jonesday.com
          Heather Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
          Heidi Peterson     hdpeterson75@gmail.com
          Howard R. Hawkins, Jr.    on behalf of Defendant    UBS AG howard.hawkins@cwt.com,
           mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
          Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
           howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
          Howard R. Hawkins, Jr.    on behalf of Defendant    Merrill Lynch Capital Services, Inc.
           howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
          Howard S. Sher    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt AG
           howard@jacobweingarten.com
          Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt AG howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
           howard@jacobweingarten.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
           howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant    Erste Europaische Pfandbrief- und
           Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
          Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
           Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant    Dexia Holdings, Inc.
           howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt International S.A.
           howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant    Dexia Credit Local howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant    FMS Wertmanagement AR
           howard@jacobweingarten.com
          Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
          Hugh M. Davis    on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
          James  Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
           james.sprayregen@kirkland.com
          James  Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
           james.sprayregen@kirkland.com
          James  Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
           james.sprayregen@kirkland.com
          Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
          Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
           jeansartre@msn.com
          Jason L. Weiner    on behalf of Creditor    Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
           sharrow@mcdonaldhopkins.com
          Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
          Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
           jbank@kerr-russell.com
          Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
          Jeffrey  Rossman    on behalf of Creditor    U.S. Bank National Association jrossman@mwe.com
          Jeffrey  Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
           Lhaidostian@mwe.com
          Jeffrey David Eaton    on behalf of Creditor    FMS Wertmanagement jeaton@schiffhardin.com
          Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com,  tc@osbig.com
          Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP
           jgrasl@mcdonaldhopkins.com,  sharrow@mcdonaldhopkins.com
          Jennifer  Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
           jbelveal@honigman.com,  mjohnson@honigman.com
          Jennifer  Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
           jbelveal@honigman.com,  mjohnson@honigman.com
          Jeremiah Buffalo Wirgau    on behalf of Interested Party    CitiMortgage, Inc. jwirgau@sspclegal.com
          Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
          Jill Kristen Smith    on behalf of Creditor    Macomb County Jill.Smith@macombgov.org
          John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
           pjohnson@bredhoff.com
          John Joseph Ramirez    on behalf of Interested Party    Deutsche Bank AG, London
           john.ramirez@kattenlaw.com
          John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
          John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
           john.sieger@kattenlaw.com
          John T. Gregg    on behalf of Creditor    36th District Court for the State of Michigan
           jgregg@btlaw.com
          Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
           green@millercanfield.com
          Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
           green@millercanfield.com
          Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
           jfischer@carsonfischer.com
          Joseph Mark Fisher    on behalf of Creditor    FMS Wertmanagement mfisher@schiffhardin.com
          Joseph Mark Fisher    on behalf of Intervenor    FMS Wertmanagement AR mfisher@schiffhardin.com
          Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
          Judy B. Calton    on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Detroit Entertainment, LLC jcalton@honigman.com,
           litdocket@honigman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
               blundberg@honigman.com, litdocket@honigman.com
              Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
               jcalton@honigman.com, litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
               mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
               jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
               344 jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Command Officers Association
               jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               jteicher@ermanteicher.com
              Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
               karen.dine@kattenlaw.com
              Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
              Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
              Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
               Avery@SilvermanMorris.com
              Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association Avery@SilvermanMorris.com
              Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               Avery@SilvermanMorris.com
              Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
               Avery@SilvermanMorris.com
              Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
               kressk@pepperlaw.com, alexsym@pepperlaw.com
              Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London
               kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
              Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
               kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
              Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
               kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
              Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
               kschneider@schneidermiller.com
              Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
               kevin.baum@kattenlaw.com
              Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
               ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
              Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
              Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
               kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
              Kurt Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
               kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
              Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
               llarose@chadbourne.com,
               skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
              Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
               llarose@chadbourne.com,
               skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
              Leah Montesano    on behalf of Interested Party   Ambac Assurance Corporation
               leah.montesano@arentfox.com
              Leland Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
              Lisa Okasinski    on behalf of Creditor    HRT Enterprises lisa@demolaw.com
              Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit
               Lisa.Fenning@aporter.com
              Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit Lisa.Fenning@aporter.com
              Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
               lrochkind@jaffelaw.com, dburris@jaffelaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
               lrochkind@jaffelaw.com, dburris@jaffelaw.com
              Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association
               lbrimer@stroblpc.com, kvanakin@stroblpc.com
              M. Ellen Dennis    on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
               dwhadden@umich.edu
              Mallory  Field    on behalf of Creditor    Retired Detroit Police Members Association
               MField@stroblpc.com, jmckeogh@stroblpc.com
              Mami  Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
               324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
               mkato@sachswaldman.com, pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan
               swansonm@millercanfield.com
              Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
              Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
               mark.angelov@arentfox.com
              Mark E. Bredow    on behalf of Creditor Carlton D. Carter mbredow@resnicklaw.net,
               jabdelnour@resnicklaw.net
              Mark E. Bredow    on behalf of Interested Party    Resnick & Moss, P.C. mbredow@resnicklaw.net,
               jabdelnour@resnicklaw.net
              Mark H. Shapiro    on behalf of Creditor    Nuveen Asset Management shapiro@steinbergshapiro.com,
               jbrown@steinbergshapiro.com
              Mark H. Shapiro    on behalf of Interested Party    The Securities Industry and Financial Markets
               Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
              Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc.
               shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
              Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company
               mrj@wwrplaw.com
              Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
              Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
              Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
               bankrout@davispolk.com
              Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
               mbcobbs@flash.net
              Mary Beth Cobbs    on behalf of Interested Party    City of Detroit Law Department
               cobbm@detroitmi.gov, mbcobbs@flash.net
              Matthew  Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
              Matthew  Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
              Matthew  Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew  Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew  Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew  Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew  Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
               Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt AG
               summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    FMS Wertmanagement summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
               summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Intervenor-Defendant    Erste Europaische Pfandbrief- und
               Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
               summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt
               International S.A. summersm@ballardspahr.com
              Max J. Newman    on behalf of Interested Party    Wayne County Corporation newman@butzel.com
              Melissa L. Demorest    on behalf of Creditor    John W. and Vivian M. Denis Trust
               melissa@demolaw.com, paula@demolaw.com
              Melissa L. Demorest    on behalf of Creditor John  Denis melissa@demolaw.com, paula@demolaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Melissa L. Demorest   on behalf of Creditor   T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com
      Melissa L. Demorest   on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com
      Melissa L. Demorest   on behalf of Creditor   HRT Enterprises melissa@demolaw.com, paula@demolaw.com
      Mercedes Varasteh Dordeski   on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com
      Meredith Taunt   on behalf of Creditor   Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com
      Michael Anthony Karman   on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com
      Michael Anthony Karman   on behalf of Creditor   Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com
      Michael C. Hammer   on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
      Michael C. Hammer   on behalf of Interested Party   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
      Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
      Michael R. Bell   on behalf of Interested Party Bill Schuette BellM1@michigan.gov
      Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
      Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com
      My Chi To   on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
      Nabih H. Ayad   on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com
      Nabih H. Ayad   on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com
      Nabih H. Ayad   on behalf of Interested Party   Michigan State Conference NAACP ayadlaw@hotmail.com
      Nabih H. Ayad   on behalf of Interested Party Donnell White ayadlaw@hotmail.com
      Nabih H. Ayad   on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com
      Nabih H. Ayad   on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com
      Niraj R. Ganatra   on behalf of Creditor   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net
      Noah J. Ornstein   on behalf of Interested Party   Syncora Guarantee Inc. noah.ornstein@kirkland.com
      Noah J. Ornstein   on behalf of Interested Party   Syncora Capital Assurance Inc. noah.ornstein@kirkland.com
      Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com
      Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
      Patrick E. Mears   on behalf of Creditor   36th District Court for the State of Michigan pmears@btlaw.com
      Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
      Paul R. Hage   on behalf of Plaintiff   National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
      Paula A. Hall   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
      Paula A. Hall   on behalf of Interested Party   Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
      Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
      Peter D. Dechiara   on behalf of Creditor   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
      Peter J. Roberts   on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
      Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation pcanzano@sidley.com
      Ralph A. Taylor   on behalf of Interested Party   Ambac Assurance Corporation ralph.taylor@arentfox.com
      Ralph A. Taylor   on behalf of Plaintiff   Ambac Assurance Corporation ralph.taylor@arentfox.com
      Randall A. Brater   on behalf of Interested Party   Ambac Assurance Corporation randall.brater@arentfox.com
      Randall A. Pentiuk   on behalf of Interested Party   Joliet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
      Randall A. Pentiuk   on behalf of Interested Party   Lafayette Town Houses, Inc. RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
      Randall A. Pentiuk   on behalf of Creditor   St. Martins Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
      Randall A. Pentiuk   on behalf of Interested Party   St. James Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
      Randall A. Pentiuk   on behalf of Interested Party   Nicolet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
      Randall A. Pentiuk   on behalf of Interested Party   Lasalle Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
      Raymond Guzall, III   on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
      Raymond Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Reginald Glenn Dozier    on behalf of Interested Party    City of Detroit Water and Sewerage
           Department rdozier@lewismunday.com
          Richard Levin    on behalf of Interested Party    Detroit Institute of Arts rlevin@cravath.com,
           mao@cravath.com
          Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
          Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
           Department ecf@kaalaw.com, wjackson@KAALaw.com
          Robert Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
           robert.darnell@usdoj.gov
          Robert Fetter    on behalf of Interested Party    Local 3308 of the American Federation of State,
           County and Municipal Employees rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert Fetter    on behalf of Interested Party    Local 917 of the American Federation of State,
           County and Municipal Employees rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert A. Weisberg    on behalf of Creditor    Oakland County, Michigan BRCY@CARSONFISCHER.COM,
           rweisberg@carsonfischer.com
          Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
           rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert M. Fishman    rfishman@shawfishman.com
          Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
           robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
           robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com
          Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
           hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John Naglik hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald C. Liscombe    on behalf of Creditor    Public Lighting Authority rliscombe@alglawpc.com
          Ronald L. Rose    on behalf of Interested Party Angie  Wong rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Laura  Malher rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Ian  Mobley rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party James  Washington rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Wanda  Leverette rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Kimberly  Mobley rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Paul  Kaiser rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Stephanie  Hollander rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Nathaniel  Price rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Jerome  Pierce rrose@dykema.com
          Ryan Cochran    on behalf of Creditor    U.S. Bank National Association ryan.cochran@wallerlaw.com
          Ryan Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Ryan Plecha on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Plaintiff Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com
- Ryan Blaine Bennett on behalf of Defendant Syncora Guarantee, Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Capital Assurance Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Holdings Ltd. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com
- Sam J. Alberts on behalf of Retiree Committee Official Committee of Retirees sam.alberts@dentons.com, dan.barnowski@dentons.com
- Sam J. Alberts on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
- Samuel S. Kohn on behalf of Creditor Assured Guaranty Municipal Corp. skohn@chadbourne.com, mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
- Samuel S. Kohn on behalf of Plaintiff Assured Guaranty Municipal Corp. skohn@chadbourne.com, mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
- Sandra L. O'Connor on behalf of Interested Party US Health & Life Insurance Company soconnor@glmpc.com
- Sara Klettke MacWilliams on behalf of Creditor Oakland County, Michigan macwilliams@youngpc.com, efiling@youngpc.com
- Scott A. Wolfson on behalf of Creditor The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com
- Scott B. Kitei on behalf of Interested Party Detroit Institute of Arts skitei@honigman.com
- Scott M. Watson on behalf of Creditor UBS AG swatson@wnj.com
- Sean M. Cowley (UST) on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
- Shannon L. Deeby on behalf of Creditor Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Creditor General Retirement System of the City of Detroit sdeeby@clarkhill.com
- Sharon L. Levine on behalf of Creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
- Sharon L. Levine on behalf of Creditor Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
- Sharon L. Levine on behalf of Creditor Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com
- Sheldon S. Toll on behalf of Interested Party Detroit Windsor Tunnel, LLC lawtoll@comcast.net, lawtoll@comcast.net
- Sherrie L. Farrell on behalf of Attorney Dykema Gossett PLLC sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
- Sherrie L. Farrell on behalf of Creditor Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
- Sheryl L. Toby on behalf of Interested Party Barclays Capital, Inc. stoby@dykema.com, dguerrero@dykema.com
- Sheryl L. Toby on behalf of Creditor Downtown Development Authority stoby@dykema.com, dguerrero@dykema.com
- Stephen Wolpert on behalf of Creditor Macomb County stephen.wolpert@dechert.com
- Stephen B. Grow on behalf of Creditor UBS AG sgrow@wnj.com, kfrantz@wnj.com
- Stephen B. Grow on behalf of Creditor Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
- Stephen B. Grow on behalf of Defendant Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
- Stephen B. Grow on behalf of Defendant UBS AG sgrow@wnj.com, kfrantz@wnj.com
- Stephen C. Hackney on behalf of Interested Party Syncora Holdings Ltd. stephen.hackney@kirkland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
          Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
           sgross@mcdonaldhopkins.com,    shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
           sgross@mcdonaldhopkins.com,    shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
           sgross@mcdonaldhopkins.com,    shelly.harrow@gmail.com
          Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
           laplante@millercanfield.com,    skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
           laplante@millercanfield.com,    skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts
           laplante@millercanfield.com,    skoczylas@millercanfield.com
          Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
          Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
           General showell@dickinsonwright.com
          Susheel  Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com,    monicatarazi@quinnemanuel.com
          Susheel  Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com,    monicatarazi@quinnemanuel.com
          Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
           mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
           rdin.com
          Tamar  Dolcourt    on behalf of Debtor In Possession    City of Detroit, Michigan
           tdolcourt@foley.com
          Thomas B. Radom    on behalf of Defendant    Detroit Police And Fire Retirement System Service
           Corporation Radom@butzel.com
          Thomas B. Radom    on behalf of Defendant    Detroit General Retirement System Service Corporation
            Radom@butzel.com
          Thomas P. Christy    on behalf of Creditor    Berkshire Hathaway Assurance Corporation
           tchristy@garanlucow.com
          Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association
           morris@silvermanmorris.com,    marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association morris@silvermanmorris.com,    marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           morris@silvermanmorris.com,    marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
           morris@silvermanmorris.com,    marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
           fusco@millercanfield.com
          Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
           tgraves@allardfishpc.com,    allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
            allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Tracy M. Clark    on behalf of Interested Party    Local 917 of the American Federation of State,
           County and Municipal Employees clark@steinbergshapiro.com,    clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    St. James Cooperative clark@steinbergshapiro.com,
            clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    Joliet Town Houses Cooperative Association
           clark@steinbergshapiro.com,    clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    Lafayette Town Houses, Inc.
           clark@steinbergshapiro.com,    clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           clark@steinbergshapiro.com,    clark@ecf.inforuptcy.com
          Tracy M. Clark    on behalf of Interested Party    Local 3308 of the American Federation of State,
           County and Municipal Employees clark@steinbergshapiro.com,    clark@ecf.inforuptcy.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Tracy M. Clark    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
               clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
              Tracy M. Clark    on behalf of Interested Party K.S. Doe clark@steinbergshapiro.com,
               clark@ecf.inforuptcy.com
              Trevor J. Zamborsky    on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Micholas  Martin tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Interested Party    1983 Claimants tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

　　　　Trevor J. Zamborsky　on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor David  Both tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　　　Trevor J. Zamborsky　on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Trevor J. Zamborsky    on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Vanessa G. Fluker    on behalf of Interested Party   Center for Community Justice and Advocacy
 vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
William C. Blasses    on behalf of Creditor   Jackie's Transport, Inc. wcb@osbig.com
William C. Blasses    on behalf of Interested Party   Michigan Property Tax Relief, LLC
 wcb@osbig.com
William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
William Norman Listman    on behalf of Interested Party   Southeastern Oakland County Water
 Authority wlistman@davislistman.com
William Pfeiffer Smith    on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
William W. Kannel    on behalf of Creditor   Ad Hoc Bondholder Committee wkannel@mintz.com
Wolfgang  Mueller    on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
 jsmith@olsmanlaw.com
Wolfgang  Mueller    on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
 jsmith@olsmanlaw.com
Wolfgang  Mueller    on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
 jsmith@olsmanlaw.com
Wolfgang  Mueller    on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
 jsmith@olsmanlaw.com
Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy  Osipov    on behalf of Interested Party   Michigan Property Tax Relief, LLC
 yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy  Osipov    on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                          TOTAL: 561
```