211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Michigan

Case No.: 13–53846–swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38–6004606

### NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non–Compliant:

Electronic Signature does not match login on Declaration/Certification of Compliance. (Entry #4777).

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010–1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances – Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☑ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non–Compliant (LBR 9010–1(c))
- ☐ Notice to Respondent
- ☐ Original Signature
- ☐ Proof of Service Missing or Non–Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet

☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 5/15/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

In re:                                                          Case No. 13-53846-swr
City of Detroit, Michigan                                       Chapter 9
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2        User: ckata          Page 1 of 14          Date Rcvd: May 15, 2014
                           Form ID: def2         Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust         Daniel M. McDermott
                                                               TOTALS: 1, * 0, ## 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2014                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2014 at the address(es) listed below:
        A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
        Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
         alfredo.perez@weil.com,kelly.diblasi@weil.com,debora.hoehne@weil.com,elizabeth.hendee@weil.com,
         edward.soto@weil.com,Edward.McCarthy@weil.com
        Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
        Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
         allan.brilliant@dechert.com
        Allison Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
         abach@dickinsonwright.com
        Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
         achouprouta@kramerlevin.com
        Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
         acaton@kramerlevin.com,  achouprouta@kramerlevin.com
        Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
         aap43@outlook.com,  aap43law@gmail.com
        Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
         aap43law@gmail.com
        Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
         agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
        Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
         wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
        Angela Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
         HollisR@dhcmi.org
        Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
         stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;akochis@ecf.info
         ruptcy.com
        Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
         aoreilly@honigman.com,  ahatcher@honigman.com
        Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
         and Agricultural Implement Workers of America bceccotti@cwsny.com
        Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
        Barbara A. Patek    on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C.
         bpatek@ermanteicher.com
        Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
         bpatek@ermanteicher.com
        Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
         bpatek@ermanteicher.com
        Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
         bfagan@dibandfagan.com
        Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
         bbest@schaferandweiner.com,  wkyles@schaferandweiner.com
        Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
         wkyles@schaferandweiner.com
        Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
         wkyles@schaferandweiner.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Brendan H. Frey   on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteselaw.com,
ssikorski@manteselaw.com
Brett A. Border   on behalf of Creditor   U.S. Bank, N.A. bborder@sspclegal.com,
joumedian@sspclegal.com
Brett A. Border   on behalf of Creditor   U.S. Bank National Association bborder@sspclegal.com,
joumedian@sspclegal.com
Brett A. Border   on behalf of Interested Party   Schneiderman and Sherman, P.C.
bborder@sspclegal.com, joumedian@sspclegal.com
Brett A. Border   on behalf of Interested Party   Kondaur Capital Corporation
bborder@sspclegal.com, joumedian@sspclegal.com
Brett A. Border   on behalf of Creditor   Flagstar Bank, FSB bborder@sspclegal.com,
joumedian@sspclegal.com
Brian D. O'Keefe   on behalf of Creditor Donald   Taylor bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association
bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party Donald   Taylor bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com
Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue
Care Network of Michigan btrumbauer@bodmanlaw.com
Bruce Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan
bbennett@jonesday.com
Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com
Carol Connor Cohen   on behalf of Interested Party   Ambac Assurance Corporation
carol.cohen@arentfox.com
Carol Connor Cohen   on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com
Carole Neville   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
Michigan carole.neville@dentons.com
Carole   Neville   on behalf of Retiree Committee   Official Committee of Retirees
carole.neville@dentons.com,daniel.morris@dentons.com
Caroline Turner English   on behalf of Plaintiff   Ambac Assurance Corporation
caroline.english@arentfox.com
Caroline Turner English   on behalf of Interested Party   Ambac Assurance Corporation
caroline.english@arentfox.com
Carolyn Beth Markowitz   on behalf of Interested Party Kevin   Lewis DVCCOUNSEL@AOL.COM
Charles Bruce Idelsohn   on behalf of Creditor Heidi   Peterson charlesidelsohnattorney@yahoo.com,
charlesID@hotmail.com
Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
Charles N. Ash   on behalf of Creditor   UBS AG cash@wnj.com, kkranz@wnj.com
Charles N. Ash   on behalf of Defendant   UBS AG cash@wnj.com, kkranz@wnj.com
Charles N. Ash   on behalf of Defendant   Merrill Lynch Capital Services, Inc. cash@wnj.com,
kkranz@wnj.com
Charles N. Ash   on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com,
kkranz@wnj.com
Christopher A. Grosman   on behalf of Interested Party   BlackRock Financial Management, Inc.
BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
Christopher A. Grosman   on behalf of Creditor   Oakland County, Michigan BRCY@CarsonFischer.com,
cgrosman@carsonfischer.com
Claude D. Montgomery   on behalf of Retiree Committee   Official Committee of Retirees
claude.montgomery@dentons.com,docketny@dentons.com,
carole.neville@dentons.com;sam.alberts@dentons.com
Claude D. Montgomery   on behalf of Plaintiff   Official Committee of Retirees of the City of
Detroit, Michigan claude.montgomery@dentons.com,
carole.neville@dentons.com;sam.alberts@dentons.com
Courtney M. Rogers   on behalf of Creditor   U.S. Bank National Association
courtney.rogers@wallerlaw.com
Courtney M. Rogers   on behalf of Interested Party   U.S. Bank National Association
courtney.rogers@wallerlaw.com
Craig B. Rule   on behalf of Creditor   Everhome Mortgage Company bankruptcy@orlans.com,
ANHSOA@earthlink.net
Craig E. Zucker   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
czucker@ermanteicher.com
Craig E. Zucker   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
czucker@ermanteicher.com
Craig E. Zucker   on behalf of Creditor   Detroit Police Officers Association
czucker@ermanteicher.com
Craig E. Zucker   on behalf of Creditor   Detroit Police Command Officers Association
czucker@ermanteicher.com
Dan  Korobkin   on behalf of Interested Party Ian   Mobley dkorobkin@aclumich.org
Dan  Korobkin   on behalf of Interested Party Nathaniel   Price dkorobkin@aclumich.org

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Dan  Korobkin   on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
      Dan  Korobkin   on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
      Dan  Korobkin   on behalf of Interested Party James  Washington dkorobkin@aclumich.org
      Dan  Korobkin   on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
      Dan  Korobkin   on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
      Dan  Korobkin   on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
      Dan  Korobkin   on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
      Dan  Korobkin   on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
      Dan  Korobkin   on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
      Dan  Korobkin   on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
      Daniel J. Weiner  on behalf of Plaintiff  Ambac Assurance Corporation
      dweiner@schaferandweiner.com
      Daniel J. Weiner  on behalf of Interested Party  Ambac Assurance Corporation
      dweiner@schaferandweiner.com
      Daniel N. Adams  on behalf of Interested Party  Detroit Institute of Arts dadams@honigman.com,
      litdocket@honigman.com
      David  Eisenberg   on behalf of Creditor   Detroit Police Command Officers Association
      deisenberg@ermanteicher.com
      David  Eisenberg   on behalf of Creditor   Detroit Police Officers Association
      deisenberg@ermanteicher.com
      David  Eisenberg   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
      deisenberg@ermanteicher.com
      David  Eisenberg   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
      deisenberg@ermanteicher.com
      David A. Lerner   on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com,
      nwinagar@plunkettcooney.com
      David E. Lemke   on behalf of Creditor   U.S. Bank National Association david.lemke@wallerlaw.com
      David Gilbert Heiman   on behalf of Defendant   City of Detroit, Michigan dgheiman@jonesday.com
      David Gilbert Heiman   on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
      David Gilbert Heiman   on behalf of Debtor In Possession   City of Detroit, Michigan
      dgheiman@jonesday.com
      David L. Dubrow   on behalf of Plaintiff   Ambac Assurance Corporation david.dubrow@arentfox.com
      David L. Dubrow   on behalf of Interested Party   Ambac Assurance Corporation
      david.dubrow@arentfox.com
      David M. Zack   on behalf of Other Professional   McAlpine PC dmzack@mcalpinelawfirm.com,
      nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
      nepc.com
      David T. Lin   on behalf of Interested Party   The Kales Grand Circus Park, LLC dlin@seyburn.com,
      kbilpo@seyburn.com
      Dawn R. Copley   on behalf of Interested Party   State of Michigan, Department of Attorney
      General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
      Deborah  Kovsky-Apap   on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
      alexsym@pepperlaw.com
      Deborah  Kovsky-Apap   on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
      alexsym@pepperlaw.com
      Deborah  Kovsky-Apap   on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
      alexsym@pepperlaw.com
      Deborah  Kovsky-Apap   on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
      alexsym@pepperlaw.com
      Deborah  Kovsky-Apap   on behalf of Debtor In Possession   City of Detroit, Michigan
      kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
      Deborah  Kovsky-Apap   on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
      alexsym@pepperlaw.com
      Deborah  Kovsky-Apap   on behalf of Plaintiff   City of Detroit, Michigan kovskyd@pepperlaw.com,
      alexsym@pepperlaw.com
      Deborah  Kovsky-Apap   on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com,
      alexsym@pepperlaw.com
      Deborah  Kovsky-Apap   on behalf of Defendant   City of Detroit, Michigan kovskyd@pepperlaw.com,
      alexsym@pepperlaw.com
      Deborah L. Fish   on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com,
      allardfishpc@yahoo.com
      Deborah L. Fish   on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com,
      allardfishpc@yahoo.com
      Deborah L. Fish   on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com,
      allardfishpc@yahoo.com
      Deborah L. Fish   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
      dfish@allardfishpc.com,  allardfishpc@yahoo.com
      Debra N. Pospiech   on behalf of Interested Party Sheila M. Johnson dpospiech@morganmeyers.com
      Debra N. Pospiech   on behalf of Interested Party Kimberly  James dpospiech@morganmeyers.com
      Debra N. Pospiech   on behalf of Interested Party Denise  Gardner dpospiech@morganmeyers.com
      Dirk H. Beckwith   on behalf of Defendant   U.S. Bank, N.A. dbeckwith@fosterswift.com
      Dirk H. Beckwith   on behalf of Interested Party   U.S. Bank N.A. dbeckwith@fosterswift.com
      Dirk H. Beckwith   on behalf of Creditor   Wilmington Trust Company, National Association
      dbeckwith@fosterswift.com
      Dirk H. Beckwith   on behalf of Creditor   U.S. Bank National Association
      dbeckwith@fosterswift.com
      Donald G. McGuigan, II   on behalf of Interested Party   Mario's Restaurant, Inc.
      don@mcguiganlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Douglas Steele   on behalf of Interested Party   International Association of Fire Fighters,
          AFL-CIO, CLC dls@wmlaborlaw.com
          Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein
          dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Earle I. Erman   on behalf of Creditor   Detroit Police Command Officers Association
          eerman@ermanteicher.com
          Earle I. Erman   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
          eerman@ermanteicher.com
          Earle I. Erman   on behalf of Creditor   Detroit Police Officers Association
          eerman@ermanteicher.com
          Earle I. Erman   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
          eerman@ermanteicher.com
          Edward J. Gudeman   on behalf of Interested Party   Enjoi Transportation, LLC
          ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
          Edward J. Gudeman   on behalf of Interested Party   Upright Wrecking & Demolition, L.L.C.
          ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
          Edward Todd Sable   on behalf of Interested Party   General Motors LLC tsable@honigman.com,
          litdocket@honigman.com
          Elias T. Majoros   on behalf of Interested Party   US Health & Life Insurance Company
          emajoros@glmpc.com
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Champion Mortgage Company
          bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Federal National Mortgage Association
          (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   EverBank bankruptcy@orlans.com,
          ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Champion Mortgage Company
          bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Everhome Mortgage Company
          bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
          ecrowder@sbplclaw.com, lhaas@sbplclaw.com
          Eric Rosenberg   on behalf of Interested Party Patricia Ramirez EJR@morganmeyers.com,
          amendiola@morganmeyers.com
          Eric B. Gaabo   on behalf of Debtor In Possession   City of Detroit, Michigan gaabe@detroitmi.gov
          Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan
          carlson@millercanfield.com
          Eric David Novetsky   on behalf of Creditor   National Public Finance Guarantee Corporation
          enovetsky@jaffelaw.com
          Ethan D. Dunn   on behalf of Creditor   Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
          bankruptcy.maxwelldunn@gmail.com
          Evan Justin Feldman   on behalf of Creditor   Police and Fire Retirement System of the City of
          Detroit efeldman@clarkhill.com
          Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit
          efeldman@clarkhill.com
          Fred Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com
          Geoffrey T. Pavlic   on behalf of Creditor   BlackRock Financial Management, Inc.
          pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
          Geoffrey T. Pavlic   on behalf of Creditor   Ad Hoc Bondholder Committee
          pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
          Geoffrey T. Pavlic   on behalf of Creditor   Nuveen Asset Management pavlic@steinbergshapiro.com,
          jbrown@steinbergshapiro.com
          H. Nathan Resnick   on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
          jabdelnour@resnicklaw.net
          Harold E. Nelson   on behalf of Creditor Brendan Mylewski ecf-hen@rhoadesmckee.com
          Harold E. Nelson   on behalf of Creditor   Advisacare Health Care Solutions, Inc.
          ecf-hen@rhoadesmckee.com
          Heath Douglas Rosenblat   on behalf of Counter-Claimant   Wilmington Trust, N.A.
          Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust Company, National Association
          Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust, National Association
          Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat   on behalf of Defendant   Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
          Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heather Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan
          hlennox@jonesday.com
          Heather Lennox   on behalf of Defendant   City of Detroit, Michigan hlennox@jonesday.com
          Heidi Peterson   hdpeterson75@gmail.com
          Howard R. Hawkins, Jr.   on behalf of Defendant   UBS AG howard.hawkins@cwt.com,
          mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
          Howard R. Hawkins, Jr.   on behalf of Creditor   Merrill Lynch Capital Services, Inc.
          howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
          Howard R. Hawkins, Jr.   on behalf of Defendant   Merrill Lynch Capital Services, Inc.
          howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
          Howard S. Sher   on behalf of Intervenor-Defendant   Hypothekenbank Frankfurt AG
          howard@jacobweingarten.com
          Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt AG howard@jacobweingarten.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Howard S. Sher   on behalf of Intervenor-Defendant   Deutsche Bank AG, London
              howard@jacobweingarten.com
          Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
              howard@jacobweingarten.com
          Howard S. Sher   on behalf of Intervenor-Defendant   Erste Europaische Pfandbrief- und
              Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
          Howard S. Sher   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank
              Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
          Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Holdings, Inc.
              howard@jacobweingarten.com
          Howard S. Sher   on behalf of Intervenor-Defendant   Hypothekenbank Frankfurt International S.A.
              howard@jacobweingarten.com
          Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Credit Local howard@jacobweingarten.com
          Howard S. Sher   on behalf of Intervenor-Defendant   FMS Wertmanagement AR
              howard@jacobweingarten.com
          Hugh M. Davis   on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
          Hugh M. Davis   on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
          James  Sprayregen   on behalf of Interested Party   Syncora Capital Assurance Inc.
              james.sprayregen@kirkland.com
          James  Sprayregen   on behalf of Interested Party   Syncora Guarantee Inc.
              james.sprayregen@kirkland.com
          James  Sprayregen   on behalf of Interested Party   Syncora Holdings Ltd.
              james.sprayregen@kirkland.com
          Jamie Scott Fields   on behalf of Creditor Jamie  Fields jeansartre@msn.com
          Jamie Scott Fields   on behalf of Creditor   Retired Detroit Police Members Association
              jeansartre@msn.com
          Jason L. Weiner   on behalf of Creditor   Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
              sharrow@mcdonaldhopkins.com
          Jason W. Bank   on behalf of Interested Party   Wade Trim Associates, Inc. jbank@kerr-russell.com
          Jason W. Bank   on behalf of Interested Party   New England Fertilizer Company
              jbank@kerr-russell.com
          Jeffery R. Sieving   on behalf of Creditor   International Outdoor, Inc. jeff@iobillboard.com
          Jeffrey Rossman   on behalf of Creditor   U.S. Bank National Association jrossman@mwe.com
          Jeffrey Rossman   on behalf of Defendant   U.S. Bank, N.A. jrossman@mwe.com, ncoco@mwe.com,
              Lhaidostian@mwe.com
          Jeffrey David Eaton   on behalf of Creditor   FMS Wertmanagement jeaton@schiffhardin.com
          Jeffrey H. Bigelman   on behalf of Creditor   Xerox Corporation jhb_ecf@osbig.com,  tc@osbig.com
          Jeffrey S. Grasl   on behalf of Creditor   Sprint Communications Company LP
              jgrasl@mcdonaldhopkins.com,  sharrow@mcdonaldhopkins.com
          Jennifer  Zbytowski Belveal   on behalf of Defendant   Detroit Entertainment, LLC
              jbelveal@honigman.com,  mjohnson@honigman.com
          Jennifer  Zbytowski Belveal   on behalf of Defendant   Greektown Casino, LLC
              jbelveal@honigman.com,  mjohnson@honigman.com
          Jeremiah Buffalo Wirgau   on behalf of Interested Party   CitiMortgage, Inc. jwirgau@sspclegal.com
          Jerome D. Goldberg   on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
          Jerome D. Goldberg   on behalf of Creditor David  Sole apclawyer@sbcglobal.net
          Jill Kristen Smith   on behalf of Creditor   Macomb County Jill.Smith@macombgov.org
          John E. Eaton   on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
              pjohnson@bredhoff.com
          John Joseph Ramirez   on behalf of Interested Party   Deutsche Bank AG, London
              john.ramirez@kattenlaw.com
          John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com
          John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
              john.sieger@kattenlaw.com
          John T. Gregg   on behalf of Creditor   36th District Court for the State of Michigan
              jgregg@btlaw.com
          Jonathan S. Green   on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC
              green@millercanfield.com
          Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan
              green@millercanfield.com
          Joseph M. Fischer   on behalf of Creditor   Oakland County, Michigan brcy@carsonfischer.com,
              jfischer@carsonfischer.com
          Joseph Mark Fisher   on behalf of Creditor   FMS Wertmanagement mfisher@schiffhardin.com
          Joseph Mark Fisher   on behalf of Intervenor   FMS Wertmanagement AR mfisher@schiffhardin.com
          Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com,
              litdocket@honigman.com
          Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc.
              jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc.
              jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd.
              jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf   on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
          Judy B. Calton   on behalf of Creditor   Country West Apartments, LLC jcalton@honigman.com,
              litdocket@honigman.com
          Judy B. Calton   on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
              litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Judy B. Calton   on behalf of Interested Party   Detroit Entertainment, LLC jcalton@honigman.com,
   litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   TC Manor House, LLC jcalton@honigman.com,
   litdocket@honigman.com
Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com,
   blundberg@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Debtor In Possession   City of Detroit, Michigan
   jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Country House Apartments jcalton@honigman.com,
   litdocket@honigman.com
Judy B. Calton   on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com,
   litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Imperial Manor House, LLC jcalton@honigman.com,
   litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Ivey & Associates LLC jcalton@honigman.com,
   litdocket@honigman.com
Judy B. Calton   on behalf of Interested Party   Greektown Casino, LLC jcalton@honigman.com,
   litdocket@honigman.com
Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com,
   litdocket@honigman.com
Julia A. Caroff   on behalf of Interested Party   United States of America julia.caroff@usdoj.gov,
   mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
Julie Beth Teicher   on behalf of Creditor   Detroit Police Officers Association
   jteicher@ermanteicher.com
Julie Beth Teicher   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local
   344 jteicher@ermanteicher.com
Julie Beth Teicher   on behalf of Creditor   Detroit Police Command Officers Association
   jteicher@ermanteicher.com
Julie Beth Teicher   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
   jteicher@ermanteicher.com
Karen B. Dine   on behalf of Interested Party   Deutsche Bank Securities Inc.
   karen.dine@kattenlaw.com
Karen Vivian Newbury   on behalf of Creditor   DEPFA Bank PLC knewbury@schiffhardin.com
Karen Vivian Newbury   on behalf of Creditor   FMS Wertmanagement knewbury@schiffhardin.com
Karin F. Avery   on behalf of Interested Party   Detroit Retired City Employees Association
   Avery@SilvermanMorris.com
Karin F. Avery   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
   Association Avery@SilvermanMorris.com
Karin F. Avery   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
   Avery@SilvermanMorris.com
Karin F. Avery   on behalf of Plaintiff   Detroit Retired City Employees Association
   Avery@SilvermanMorris.com
Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan
   kressk@pepperlaw.com, alexsym@pepperlaw.com
Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank AG, London
   kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth E. Noble   on behalf of Intervenor-Defendant   Deutsche Bank AG, London
   kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank Securities Inc.
   kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth M. Schneider   on behalf of Interested Party Kenneth M. Schneider
   kschneider@schneidermiller.com
Kevin M. Baum   on behalf of Interested Party   Deutsche Bank Securities Inc.
   kevin.baum@kattenlaw.com
Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc.
   ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com
Kurt Thornbladh   on behalf of Creditor   Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
   thornbladh.kurt3@gmail.com
Kurt Thornbladh   on behalf of Interested Party   Housing is a Human Right Coalition
   kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc.
   kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Lawrence A. Larose   on behalf of Creditor   Assured Guaranty Municipal Corp.
   llarose@chadbourne.com,
   skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
Lawrence A. Larose   on behalf of Plaintiff   Assured Guaranty Municipal Corp.
   llarose@chadbourne.com,
   skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
Leah Montesano   on behalf of Interested Party   Ambac Assurance Corporation
   leah.montesano@arentfox.com
Leland Prince   on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
Lisa Okasinski   on behalf of Creditor   HRT Enterprises lisa@demolaw.com
Lisa Hill Fenning   on behalf of Creditor   General Retirement System of the City of Detroit
   Lisa.Fenning@aporter.com
Lisa Hill Fenning   on behalf of Creditor   Police and Fire Retirement System of the City of
   Detroit Lisa.Fenning@aporter.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
  Louis P. Rochkind   on behalf of Plaintiff   National Public Finance Guarantee Corporation
   lrochkind@jaffelaw.com, dburris@jaffelaw.com
  Louis P. Rochkind   on behalf of Creditor   National Public Finance Guarantee Corporation
   lrochkind@jaffelaw.com, dburris@jaffelaw.com
  Lynn M. Brimer   on behalf of Creditor   Retired Detroit Police Members Association
   lbrimer@stroblpc.com, kvanakin@stroblpc.com
  M. Ellen Dennis   on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
   dwhadden@umich.edu
  Mallory Field   on behalf of Creditor   Retired Detroit Police Members Association
   MField@stroblpc.com, jmckeogh@stroblpc.com
  Mami  Kato   on behalf of Interested Party   International Union of Operating Engineers, Local
   324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
  Mami  Kato   on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
   pmerchak@sachswaldman.com
  Mami  Kato   on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
   pmerchak@sachswaldman.com
  Mami  Kato   on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
   pmerchak@sachswaldman.com
  Mami  Kato   on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
   pmerchak@sachswaldman.com
  Mami  Kato   on behalf of Interested Party   Service Employees International Union, Local 517M
   mkato@sachswaldman.com, pmerchak@sachswaldman.com
  Mami  Kato   on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
   pmerchak@sachswaldman.com
  Mami  Kato   on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
   pmerchak@sachswaldman.com
  Marc N. Swanson   on behalf of Debtor In Possession   City of Detroit, Michigan
   swansonm@millercanfield.com
  Mark A. Angelov   on behalf of Plaintiff   Ambac Assurance Corporation mark.angelov@arentfox.com
  Mark A. Angelov   on behalf of Interested Party   Ambac Assurance Corporation
   mark.angelov@arentfox.com
  Mark E. Bredow   on behalf of Creditor Carlton D. Carter mbredow@resnicklaw.net,
   jabdelnour@resnicklaw.net
  Mark E. Bredow   on behalf of Interested Party   Resnick & Moss, P.C. mbredow@resnicklaw.net,
   jabdelnour@resnicklaw.net
  Mark H. Shapiro   on behalf of Creditor   Nuveen Asset Management shapiro@steinbergshapiro.com,
   jbrown@steinbergshapiro.com
  Mark H. Shapiro   on behalf of Interested Party   The Securities Industry and Financial Markets
   Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
  Mark H. Shapiro   on behalf of Creditor   BlackRock Financial Management, Inc.
   shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
  Mark R. James   on behalf of Interested Party   Financial Guaranty Insurance Company
   mrj@wwrplaw.com
  Mark R. James   on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com
  Mark S. Frankel   on behalf of Creditor   Waste Management Inc. etal mfrankel@couzens.com
  Marshall S. Huebner   on behalf of Creditor   Merrill Lynch Capital Services, Inc.
   bankrout@davispolk.com
  Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov,
   mbcobbs@flash.net
  Mary Beth Cobbs   on behalf of Interested Party   City of Detroit Law Department
   cobbm@detroitmi.gov, mbcobbs@flash.net
  Matthew  Schneider   on behalf of Interested Party   State of Michigan SchneiderM7@michigan.gov
  Matthew  Troy   on behalf of Interested Party   United States of America matthew.troy@usdoj.gov
  Matthew  Wilkins   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
   wilkins@bwst-law.com, marbury@bwst-law.com
  Matthew  Wilkins   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
   Michigan wilkins@bwst-law.com, marbury@bwst-law.com
  Matthew  Wilkins   on behalf of Retiree Committee   Official Committee of Retirees
   wilkins@bwst-law.com, marbury@bwst-law.com
  Matthew  Wilkins   on behalf of Plaintiff   Detroit Retired City Employees Association
   wilkins@bwst-law.com, marbury@bwst-law.com
  Matthew  Wilkins   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
   wilkins@bwst-law.com, marbury@bwst-law.com
  Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und
   Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
  Matthew Gernet Summers   on behalf of Intervenor-Defendant   Hypothekenbank Frankfurt AG
   summersm@ballardspahr.com
  Matthew Gernet Summers   on behalf of Creditor   FMS Wertmanagement summersm@ballardspahr.com
  Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
   summersm@ballardspahr.com
  Matthew Gernet Summers   on behalf of Intervenor-Defendant   Erste Europaische Pfandbrief- und
   Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
  Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt AG
   summersm@ballardspahr.com
  Matthew Gernet Summers   on behalf of Intervenor-Defendant   Hypothekenbank Frankfurt
   International S.A. summersm@ballardspahr.com
  Max J. Newman   on behalf of Interested Party   Wayne County Corporation newman@butzel.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Melissa L. Demorest    on behalf of Creditor    John W. and Vivian M. Denis Trust
          melissa@demolaw.com,  paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor John  Denis melissa@demolaw.com,  paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
          paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor James  Herbert melissa@demolaw.com,  paula@demolaw.com
          Melissa L. Demorest    on behalf of Creditor    HRT Enterprises melissa@demolaw.com,
          paula@demolaw.com
          Mercedes Varasteh Dordeski    on behalf of Creditor Johnathan Aaron Brown
          mdordeski@foleymansfield.com,cindy@loevy.com
          Meredith  Taunt   on behalf of Creditor    Retired Detroit Police Members Association
          mtaunt@stroblpc.com,  KVanAkin@stroblpc.com
          Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
          Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative
          makarmanesq@gmail.com
          Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
          Michael C. Hammer    on behalf of Interested Party    MGM Grand Detroit, LLC
          mchammer2@dickinsonwright.com
          Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
          Michael R. Bell    on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
          Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association
          mike.paslay@wallerlaw.com,
          Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
          rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
          Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
          msl@maddinhauser.com,  bac@maddinhauser.com
          My Chi To   on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
          mao-bk-ecf@debevoise.com
          Nabih H. Ayad    on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
          ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
          Niraj R. Ganatra    on behalf of Creditor    International Union, United Automobile, Aerospace and
          Agricultural Implement Workers of America Nganatra@uaw.net
          Noah J. Ornstein    on behalf of Interested Party    Syncora Guarantee Inc.
          noah.ornstein@kirkland.com
          Noah J. Ornstein    on behalf of Interested Party    Syncora Capital Assurance Inc.
          noah.ornstein@kirkland.com
          Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
          Paige.Barr@pattenlaw.com
          Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
          mkisell@plunkettcooney.com
          Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
          pmears@btlaw.com
          Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
          phage@jaffelaw.com,  jtravick@jaffelaw.com
          Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
          phage@jaffelaw.com,  jtravick@jaffelaw.com
          Paula A. Hall    on behalf of Creditor    Official Committee of Retirees of the City of Detroit,
          Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of
          Detroit, Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
          marbury@bwst-law.com;pleban@bwst-law.com
          Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
          Agricultural Implement Workers of America pdechiara@cwsny.com
          Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
          Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation
          pcanzano@sidley.com
          Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation
          ralph.taylor@arentfox.com
          Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
          Randall A. Brater    on behalf of Interested Party    Ambac Assurance Corporation
          randall.brater@arentfox.com
          Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association
          RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc.
          RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
          Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
          Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
          RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Randall A. Pentiuk   on behalf of Interested Party   Lasalle Town Houses Cooperative Association
          RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Raymond  Guzall, III   on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
          Raymond  Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Reginald Glenn Dozier   on behalf of Interested Party   City of Detroit Water and Sewerage
          Department rdozier@lewismunday.com
          Richard Levin   on behalf of Interested Party   Detroit Institute of Arts rlevin@cravath.com,
          mao@cravath.com
          Richard A. Roble (UST)   on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
          Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage
          Department ecf@kaalaw.com,  wjackson@KAALaw.com
          Robert  Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission
          robert.darnell@usdoj.gov
          Robert  Fetter   on behalf of Interested Party   Local 3308 of the American Federation of State,
          County and Municipal Employees rfetter@millercohen.com,
          richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
          com
          Robert  Fetter   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
          rfetter@millercohen.com,
          richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
          com
          Robert  Fetter   on behalf of Interested Party   Local 917 of the American Federation of State,
          County and Municipal Employees rfetter@millercohen.com,
          richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
          com
          Robert A. Weisberg   on behalf of Creditor   Oakland County, Michigan BRCY@CARSONFISCHER.COM,
          rweisberg@carsonfischer.com
          Robert D. Gordon   on behalf of Creditor   General Retirement System of the City of Detroit
          rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
          Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of
          Detroit rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
          Robert J. Diehl , Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert M. Fishman   rfishman@shawfishman.com
          Robert N. Bassel   on behalf of Interested Party   Lasalle Town Houses Cooperative Association
          bbassel@gmail.com,  robertbassel@hotmail.com
          Robert N. Bassel   on behalf of Interested Party   Lafayette Town Houses, Inc. bbassel@gmail.com,
          robertbassel@hotmail.com
          Robert N. Bassel   on behalf of Interested Party   Joliet Town Houses Cooperative Association
          bbassel@gmail.com,  robertbassel@hotmail.com
          Robert N. Bassel   on behalf of Interested Party   St. James Cooperative bbassel@gmail.com,
          robertbassel@hotmail.com
          Robert N. Bassel   on behalf of Interested Party   Nicolet Town Houses Cooperative Association
          bbassel@gmail.com,  robertbassel@hotmail.com
          Robert S. Hertzberg   on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com/kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com/kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant   City of Detroit, Michigan hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com/kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com/kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan
          hertzbergr@pepperlaw.com,  alexsym@pepperlaw.com/kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com/kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com/kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit, Michigan hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com/kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com/kuschj@pepperlaw.com
          Ronald C. Liscombe   on behalf of Creditor   Public Lighting Authority rliscombe@alglawpc.com
          Ronald L. Rose   on behalf of Interested Party Angie  Wong rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Laura  Malher rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Ian  Mobley rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party James  Washington rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Wanda  Leverette rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party   Health Alliance Plan of Michigan rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Kimberly  Mobley rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Paul  Kaiser rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Stephanie  Hollander rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Nathaniel  Price rrose@dykema.com
          Ronald L. Rose   on behalf of Interested Party Jerome  Pierce rrose@dykema.com
          Ryan  Cochran   on behalf of Creditor   U.S. Bank National Association ryan.cochran@wallerlaw.com
          Ryan  Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Ryan Plecha  on behalf of Interested Party  Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha  on behalf of Plaintiff  Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha  on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha  on behalf of Interested Party  Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha  on behalf of Plaintiff  Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha  on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha  on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan Blaine Bennett  on behalf of Interested Party  Syncora Guarantee Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com

Ryan Blaine Bennett  on behalf of Defendant  Syncora Guarantee, Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com

Ryan Blaine Bennett  on behalf of Interested Party  Syncora Capital Assurance Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com

Ryan Blaine Bennett  on behalf of Interested Party  Syncora Guarantee Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com

Ryan Blaine Bennett  on behalf of Interested Party  Syncora Holdings Ltd. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com

Sam J. Alberts  on behalf of Retiree Committee  Official Committee of Retirees sam.alberts@dentons.com, dan.barnowski@dentons.com

Sam J. Alberts  on behalf of Plaintiff  Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com

Samuel S. Kohn  on behalf of Creditor  Assured Guaranty Municipal Corp. skohn@chadbourne.com, mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com

Samuel S. Kohn  on behalf of Plaintiff  Assured Guaranty Municipal Corp. skohn@chadbourne.com, mroitman@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com

Sandra L. O'Connor  on behalf of Interested Party  US Health & Life Insurance Company soconnor@glmpc.com

Sara Klettke MacWilliams  on behalf of Creditor  Oakland County, Michigan macwilliams@youngpc.com, efiling@youngpc.com

Scott A. Wolfson  on behalf of Creditor  The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com

Scott B. Kitei  on behalf of Interested Party  Detroit Institute of Arts skitei@honigman.com

Scott M. Watson  on behalf of Creditor  UBS AG swatson@wnj.com

Sean M. Cowley (UST)  on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov

Shannon L. Deeby  on behalf of Creditor  Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com

Shannon L. Deeby  on behalf of Creditor  General Retirement System of the City of Detroit sdeeby@clarkhill.com

Sharon L. Levine  on behalf of Creditor  Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com

Sharon L. Levine  on behalf of Creditor  Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com

Sharon L. Levine  on behalf of Creditor  Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com

Sheldon S. Toll  on behalf of Interested Party  Detroit Windsor Tunnel, LLC lawtoll@comcast.net, lawtoll@comcast.net

Sherrie L. Farrell  on behalf of Attorney  Dykema Gossett PLLC sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com

Sherrie L. Farrell  on behalf of Creditor  Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com

Sheryl L. Toby  on behalf of Interested Party  Barclays Capital, Inc. stoby@dykema.com, dguerrero@dykema.com

Sheryl L. Toby  on behalf of Creditor  Downtown Development Authority stoby@dykema.com, dguerrero@dykema.com

Stephen Wolpert  on behalf of Creditor  Macomb County stephen.wolpert@dechert.com

Stephen B. Grow  on behalf of Creditor  UBS AG sgrow@wnj.com, kfrantz@wnj.com

Stephen B. Grow  on behalf of Creditor  Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com

Stephen B. Grow  on behalf of Defendant  Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Stephen B. Grow   on behalf of Defendant   UBS AG sgrow@wnj.com,  kfrantz@wnj.com
Stephen C. Hackney   on behalf of Interested Party   Syncora Holdings Ltd.
   stephen.hackney@kirkland.com
Stephen C. Hackney   on behalf of Interested Party   Syncora Guarantee Inc.
   stephen.hackney@kirkland.com
Stephen C. Hackney   on behalf of Interested Party   Syncora Capital Assurance Inc.
   stephen.hackney@kirkland.com
Stephen C. Hackney   on behalf of Defendant   Syncora Guarantee, Inc. stephen.hackney@kirkland.com
Stephen M. Gross   on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
   shelly.harrow@gmail.com
Stephen M. Gross   on behalf of Interested Party   Syncora Guarantee Inc.
   sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
Stephen M. Gross   on behalf of Creditor   Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
   shelly.harrow@gmail.com
Stephen M. Gross   on behalf of Interested Party   Syncora Holdings Ltd.
   sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
Stephen M. Gross   on behalf of Interested Party   Syncora Capital Assurance Inc.
   sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
Stephen S. LaPlante   on behalf of Defendant   City of Detroit, Michigan
   laplante@millercanfield.com,  skoczylas@millercanfield.com
Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan
   laplante@millercanfield.com,  skoczylas@millercanfield.com
Stephen S. LaPlante   on behalf of Interested Party   Detroit Institute of Arts
   laplante@millercanfield.com,  skoczylas@millercanfield.com
Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov
Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney
   General showell@dickinsonwright.com
Susheel Kirpalani   on behalf of Plaintiff   Syncora Guarantee Inc.
   susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
Susheel Kirpalani   on behalf of Interested Party   Syncora Guarantee Inc.
   susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com,
   mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
   rdin.com
Tamar Dolcourt   on behalf of Debtor In Possession   City of Detroit, Michigan
   tdolcourt@foley.com
Thomas B. Radom   on behalf of Defendant   Detroit Police And Fire Retirement System Service
   Corporation Radom@butzel.com
Thomas B. Radom   on behalf of Defendant   Detroit General Retirement System Service Corporation
   Radom@butzel.com
Thomas P. Christy   on behalf of Creditor   Berkshire Hathaway Assurance Corporation
   tchristy@garanlucow.com
Thomas R. Morris   on behalf of Plaintiff   Detroit Retired City Employees Association
   morris@silvermanmorris.com,  marlene@silvermanmorris.com
Thomas R. Morris   on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
   marlene@silvermanmorris.com
Thomas R. Morris   on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
   marlene@silvermanmorris.com
Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
   Association morris@silvermanmorris.com,  marlene@silvermanmorris.com
Thomas R. Morris   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
   morris@silvermanmorris.com,  marlene@silvermanmorris.com
Thomas R. Morris   on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
   marlene@silvermanmorris.com
Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association
   morris@silvermanmorris.com,  marlene@silvermanmorris.com
Thomas R. Morris   on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
   marlene@silvermanmorris.com
Timothy A. Fusco   on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com
Timothy A. Fusco   on behalf of Debtor In Possession   City of Detroit, Michigan
   fusco@millercanfield.com
Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
   tgraves@allardfishpc.com,  allardfishpc@yahoo.com
Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com,
   allardfishpc@yahoo.com
Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com,
   allardfishpc@yahoo.com
Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com,
   allardfishpc@yahoo.com
Tracy M. Clark   on behalf of Interested Party   Local 917 of the American Federation of State,
   County and Municipal Employees clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
Tracy M. Clark   on behalf of Interested Party   St. James Cooperative clark@steinbergshapiro.com,
   clark@ecf.inforuptcy.com
Tracy M. Clark   on behalf of Interested Party   Joliet Town Houses Cooperative Association
   clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
Tracy M. Clark   on behalf of Interested Party   Lafayette Town Houses, Inc.
   clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Tracy M. Clark   on behalf of Interested Party  Lasalle Town Houses Cooperative Association
          clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party  Local 3308 of the American Federation of State,
          County and Municipal Employees clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party  Nicolet Town Houses Cooperative Association
          clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party K.S.  Doe clark@steinbergshapiro.com,
          clark@ecf.inforuptcy.com
          Trevor J. Zamborsky   on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Micholas  Martin tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Interested Party  1983 Claimants tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Trevor J. Zamborsky   on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Trevor J. Zamborsky   on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
      trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
      trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
      trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
      trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
      trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
      trevor.zamborsky@gmail.com
    Vanessa G. Fluker   on behalf of Interested Party  Center for Community Justice and Advocacy
     vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
    William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
    William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com
    William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
    William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
    William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
    William C. Blasses   on behalf of Interested Party Gary  Segatti wcb@osbig.com
    William C. Blasses   on behalf of Creditor   Jackie's Transport, Inc. wcb@osbig.com
    William C. Blasses   on behalf of Interested Party  Michigan Property Tax Relief, LLC
     wcb@osbig.com
    William C. Blasses   on behalf of Interested Party  P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
    William H. Goodman   on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
    William H. Goodman   on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
    William H. Goodman   on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
    William H. Goodman   on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
    William H. Goodman   on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
    William H. Goodman   on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
    William Norman Listman  on behalf of Interested Party  Southeastern Oakland County Water
     Authority wlistman@davislistman.com
    William Pfeiffer Smith   on behalf of Creditor  U.S. Bank National Association wsmith@mwe.com
    William W. Kannel  on behalf of Creditor  Ad Hoc Bondholder Committee wkannel@mintz.com
    Wolfgang  Mueller  on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
     jsmith@olsmanlaw.com
    Wolfgang  Mueller  on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
     jsmith@olsmanlaw.com
    Wolfgang  Mueller  on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
     jsmith@olsmanlaw.com
    Wolfgang  Mueller  on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
     jsmith@olsmanlaw.com
    Yuliy  Osipov  on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
     yo_ecf@osbig.com;tc_ecf@osbig.com
    Yuliy  Osipov  on behalf of Interested Party  Michigan Property Tax Relief, LLC
     yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
    Yuliy  Osipov  on behalf of Interested Party  P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
     yo_ecf@osbig.com;tc_ecf@osbig.com
    Yuliy  Osipov  on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com,
     yo_ecf@osbig.com;tc_ecf@osbig.com

                                             TOTAL: 561