UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY SANDERS,

      Appellant,                                   Civil Action No. 14-CV-11542
                                                             HON. BERNARD A. FRIEDMAN

vs.

CITY OF DETROIT,

      Appellee.
_____/

## ORDER OF DISMISSAL

      Before the Court is an appeal from an order of the Bankruptcy Court dated March 11, 2014, denying pro se appellant's "Emergency Motion for Incumbent Judgment and Relief" on the ground of frivolousness [docket entry 1]. Appellant has not paid the filing fee nor requested that it be waived. Having reviewed the record on appeal, including the order appealed from, the Court concludes that the instant appeal is frivolous as appellant's asserted grounds for relief are entirely unintelligible. See 28 U.S.C. § 1915(e)(2)(B).

      Accordingly,

      IT IS ORDERED that the appeal from the order of the Bankruptcy Court dated March 11, 2014 is dismissed.

                                                     S/ Bernard A. Friedman_____
                                                     BERNARD A. FRIEDMAN
                                                     SENIOR UNITED STATES DISTRICT JUDGE

Dated: May 16, 2014
       Detroit, Michigan