UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
## TRANSCRIPT ORDER FORM

| 111 First Street | 211 W. Fort Street | 226 W. Second Street |
|---|---|---|
| Bay City, MI 48708 | 17th Floor | Flint, MI 48502 |
| | Detroit, MI 48226 | |

**Order Party: Name, Address and Telephone Number**

Name: Judy B. Calton

Firm: Honigman Miller Schwartz and Cohn LLP

Address: 660 Woodward Avenue, Suite 2290

City, State, Zip: Detroit, MI 48226

Phone: 313-465-7344

Email: jcalton@honigman.com

**Case/Debtor Name:**

Case Number: 13-53846

Chapter: 9

Hearing Judge: Hon. Steven Rhodes

(●) Bankruptcy  ( ) Adversary

( ) Appeal  Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 04/11/2014   Time of Hearing: 10:00 am   Title of Hearing: Bench Opinion

Please specify portion of hearing requested:  ( ) Original/Unredacted  ( ) Redacted  ( ) Copy (2nd Party)

( ) Entire Hearing   (●) Ruling/Opinion of Judge   ( ) Testimony of Witness   ( ) Other

Special Instructions: _____

**Type of Request:**
- ( ) Ordinary Transcript - $3.65 per page (30 calendar days)
- ( ) 14-Day Transcript - $4.25 per page (14 calendar days)
- (●) Expedited Transcript - $4.85 per page (7 working days)
- ( ) CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Judy B. Calton   Date: 5/19/2014

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

Date   By

Order Received:

Transcript Ordered

Transcript Received