UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:  Case No. 9
City of Detroit, Michigan  Chapter 13-53846
                Debtor(s).  Hon. Steven W Rhodes
_____/
Hypothekenbank Frankfurt AG, Hypothekenbank Franfurt
International S.A., and Erste Europaische Pfanbrief and Kommunalkredibank
Aktiengesellschaft in Luxemburg S.A.

        Appellant,

  v.

City of Detroit, Michigan

        Appellee.
_____/

**NOTICE OF TRANSMITTAL OF COMPLETE RECORD**
**REGARDING NOTICE OF APPEAL**

    I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Motion for Withdrawal of Reference.

| | | | |
|---|---|---|---|
| ☒ | Notice of Appeal | ☐ | Appellee's Designation of Record |
| ☒ | Bankruptcy Matter Civil Cover Sheet | ☐ | Appellee's Statement of Issues |
| ☒ | Order on Appeal | ☐ | Notice of Deficiency |
| ☐ | Appellant's Designation of Record | ☐ | Motion for Leave to Appeal |
| ☐ | Appellant's Statement of Issues | ☐ | Motion to Withdraw the Reference |

☒     Other: Designation Items Provided on a Flash Drive

**NOTE: Items designated as \*\*FILED UNDER SEAL\*\* will be supplied to the District Court Judge by electronic filing as soon as Appellant knows who is assigned to this case and the number.**

☒ There is a previous civil matter in this bankruptcy. That matter was given civil case number 13-13873 and assigned to District Judge Bernard A Friedman

☐ This is a new matter and not previously assigned to a District Court Judge.

☐ The Appellant has not filed the Designation of Record and/or paid the filing fee.
.

Dated: May 19, 2014                                 Clerk, United States Bankruptcy Court

                                                              By:  /s/  Kristel Trionfi
                                                                   Deputy Clerk