| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |
|---|---|---|

In re: CITY OF DETROIT, MICHIGAN

Case No.: 13-53846-SWR

**Debtor.**

_____/

Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A.,

Adv. No.:

**Appellant,**

v.

City of Detroit

**Appellee.**

---

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| X | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| --- | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| --- | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| --- | [423] 28 U.S.C. 157(c)(1) | Proposed Findings of Fact and Conclusions of Law |
| --- | [423] 28 U.S.C. 158 (c)(a) | Order of Contempt |

Date: 04/16/2014                Name: /s/ Howard S. Sher

Name and Address of Interested Parties

See Attached List

# Name and Addresses of Interest Parties

Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO and Sub-Chapter 98, City of Detroit Retirees, jointly represented by:

Sharon L. Levine, Esq.
John K. Sherwood, Esq.
Philip J. Gross, Esq.
Keara M. Waldron, Esq.
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-6247
E-mail: slevine@lowenstein.com
E-mail: jsherwood@lowenstein.com
E-mail: pgross@lowenstein.com
E-mail: kwaldron@lowenstein.com

Herbert A. Sanders, Esq.
THE SANDERS LAW FIRM PC
615 Griswold St., Suite 913
Detroit, Michigan 48226
Tel: (313) 962-0099
Fax: (313) 962-0044
E-mail: hsanders@miafscme.org

-and-

Richard G. Mack, Jr., Esq.
Miller Cohen, P.L.C.
600 West Lafayette Boulevard
4th Floor
Detroit, Michigan 48226-3191

1

13-53846-swr    Doc 4109    Filed 04/16/14    Entered 04/16/14 13:47:01    Page 3 of 7
13-53846-tjt    Doc 4929-2    Filed 05/19/14    Entered 05/19/14 11:42:49    Page 3 of 7

Ambac Assurance Corporation, jointly represented by:

Carol Connor Cohen
Caroline Turner English
ARENT FOX LLP
1717 K Street, NW
Washington, DC 2003-5342
Tel: (202) 857-6054
E-mail: Carol.Cohen@arentfox.com

David L. Dubrow
Mark A. Angelov
ARENT FOX LLP
1675 Broadway
New York, New York 10019
Tel: (212) 484-3900

-and-

Daniel J. Weiner
Brendan G. Best
SCHAFER AND WEINER, PLLC
40950 Woodward Ave., Suite 100
Bloomfield Hills, Michigan 48304
Tel: (248) 540-3340
E-mail: bbest@schaferandweiner.com

Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit, represented by:

Robert D. Gordon
Jennifer Green
Shannon L. Deeby
CLARK HILL PLC
151 South Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Tel: (248) 988-5882
Fax: (248) 988-2502
E-mail: rgordon@clarkhill.com

2

FMS Wertmanagement AoR, represented by:

Rick L. Frimmer
Mark Fisher
Jeffrey Eaton
Michael W. Ott
SCHIFF HARDIN LLP
233 S. Wacker Drive, Suite 6600
Chicago, Illinois 60606
Tel: (312) 258-5600
Fax: (312) 258-5600
E-mail: rfrimmer@schiffhardin.com
E-mail: mfisher@schiffhardin.com
E-mail: jeaton@schiffhardin.com
E-mail: mott@schiffhardin.com

Financial Guaranty Insurance Company, jointly represented by:

Ernest J. Essad Jr.
Mark R. James
WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.
280 North Old Woodward Avenue, Suite 300
Birmingham, Michigan 48009
Tel: (248) 642-0333
Fax: (248) 642-0856
E-mail: EJEssad@wwrplaw.com
E-mail: mrjames@wwrplaw.com

-and-

Alfredo R. Perez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77002
Tel: (713) 546-5000
Fax: (713) 224-9511
E-mail: Alfredo.perez@weil.com

3

<u>Barclays, represented by:</u>

Daniel Slifkin
CRAVATH, SWAINE & MOORE, LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
Tel: (212) 474-1438
Fax: (212) 474-3700
E-mail: dslifkin@cravath.com

<u>Syncora Guarantee Inc. and Syncora Capital Assurance Inc., jointly represented by:</u>

James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000
Fax: (312) 862-2200

- and –

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, Michigan 48304
Tel: (248) 646-5070
Fax: (248) 646-5075

<u>Wilmington Trust, National Association, as Successor Contract Administrator</u>

Heath D. Rosenblat
Kristin K. Going
Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036-2714
Tel: (212) 248-3140
Fax: (212) 248-3141

4

<u>Interested Party David Sole, represented by:</u>

Jerome D. Goldberg
2921 East Jefferson, Suite 205
Detroit, Michigan 47207
Tel: (313) 393-6001
Fax: (313) 393-6007
E-mail: apclawyer@sbcglobal.net

5

13-53846-swr   Doc 4109    Filed 04/16/14    Entered 04/16/14 13:47:01    Page 7 of 7
13-53846-tjt   Doc 4929-2  Filed 05/19/14    Entered 05/19/14 11:42:49    Page 7 of 7