UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                                          Chapter 9
City of Detroit, Michigan,                                                         Case No. 13-53846
     Debtor.                                                                Hon. Steven W. Rhodes
_____/

### Order Denying Corrected Motion of Creditors for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code Directing the Debtor To Cooperate with Interested Parties Seeking to Conduct Due Diligence On the Art Collection Housed at the Detroit Institute of Arts (Dkt. #3925)

For the reasons stated on the record in open Court on May 15, 2014, it is hereby ordered that the corrected motion of creditors for entry of an order pursuant to Section 105(a) of the Bankruptcy Code directing the debtor to cooperate with interested parties seeking to conduct due diligence on the art collection housed at the Detroit Institute of Arts (Dkt. #3925) is denied.

**Signed on May 19, 2014**

                                                  /s/ Steven Rhodes
                                                  **Steven Rhodes**
                                                  **United States Bankruptcy Judge**