UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                                                        :

In re                                                       : Chapter 9

CITY OF DETROIT, MICHIGAN,         : Case No. 13-53846

                Debtor.                    : Hon. Steven W. Rhodes

---------------------------------------------------------x

**ORDER (A) GRANTING RELIEF FROM THE AUTOMATIC
STAY TO PERMIT THE ORDINARY COURSE LIQUIDATION OF
DISPUTED WORKERS' COMPENSATION CLAIMS AND (B) WAIVER
OF THE STAY IMPOSED BY BANKRUPTCY RULE 4001(a)(3)**

This matter coming before the Court on the Motion of the City of Detroit for (A) Relief from Automatic Stay, Pursuant to Section 362(d)(1) of the Bankruptcy Code, to Permit the Ordinary Course Liquidation of Disputed Workers' Compensation Claims and (B) Waiver of the Stay of Bankruptcy Rule 4001(a)(3) (the "<u>Motion</u>"),[1] filed by the City of Detroit (the "<u>City</u>"); the Court having reviewed the Motion and the Brief in Support and having considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing before the Court (the "<u>Hearing</u>"); the Court finding that (a) the Court has

---

[1]     Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) notice of the Motion and the Hearing was sufficient under the circumstances, (d) the relief requested in the Motion is necessary and appropriate to carry out the provisions of the Bankruptcy Code and in the best interests of the City, its creditors and other parties in interest, (e) cause exists justifying relief from the Automatic Stay to the extent necessary to allow the liquidation of the Disputed Workers' Compensation Claims pursuant to the Ordinary Workers' Compensation Procedures and (f) waiver of the stay imposed by Bankruptcy Rule 4001(a)(3) is appropriate in the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to section 362(d)(1) of the Bankruptcy Code, the Automatic Stay is modified to the extent necessary to permit the liquidation of workers' compensation claims (including, without limitation, claims of the parties identified on Exhibit 6 to the Motion) pursuant to the Ordinary Workers Compensation Procedures. For the avoidance of doubt, the foregoing relief includes the Disputed Workers' Compensation Claims and other workers' compensation claims for which no timely proof of claim was filed.

ATI-2603870v2
13-53846-tjt    Doc 4933    Filed 05/19/14    Entered 05/19/14 14:43:43    Page 2 of 3

3. The stay imposed by Bankruptcy Rule 4001(a)(3) shall not be applicable to this Order, and this Order shall be effective immediately.

.

**Signed on May 19, 2014**

                                                          /s/ Steven Rhodes
                                                         **Steven Rhodes**
                                                         **United States Bankruptcy Judge**