# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| Name, Address, Telephone Numbers:<br><br>Lewis & Munday, PC<br>Attn: Reginald G. Dozier<br>660 Woodward Avenue<br>2490 First National Building<br>Detroit, MI 48226<br>Telephone: (313) 961-2550<br>E-Mail: rdozier@lewismunday.com | CASE NO.: 13-53846<br>CHAPTER: 9 |
|---|---|
| | ❑ **REQUEST COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)** |
| In re:<br>    City of Detroit, Michigan<br><br>                                                      Debtor(s) | **XX REQUEST REMOVAL FROM COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)** |

## REQUEST TO BE ADDED OR REMOVED FROM COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)

To the Clerk of the U.S. Bankruptcy Court, I hereby:

❑ **Request Courtesy Notification of Electronic Filing.** The above named wishes to receive courtesy electronic notice of all documents filed in the above referenced case. I understand the courtesy electronic notification shall be delivered via the Court's Case Management/Electronic Filing (CM/ECF) system as a Notice of Electronic Filing (NEF) and that I must be a registered User of the Court's CM/ECF system to be eligible for courtesy NEFs.

I understand it is <u>my responsibility to add myself and my e-mail address to the above referenced case via CM/ECF in order to receive a courtesy NEF.</u>

I further understand this request *DOES NOT* impose any obligation *on* the Court, the debtors *or* any other party in the case to deliver courtesy copies of any orders, pleadings or other documents entered on the docket by mail, telephone, facsimile, or any other means of electronic transmission.

I will use docket event "Request for Courtesy Notice of Electronic Filing (NEF)."

**XX** Request <u>Removal</u> from Courtesy Notification of Electronic Filing. By selecting this option, courtesy notification of court orders and all other pleadings entered on the docket in the above referenced case will no longer be sent via electronic means to the above named.

I will use docket event "Request for REMOVAL from Courtesy Notice of Electronic Filing (NEF)."

(WARNING: This **form must be** used **to be added or removed from receiving Courtesy NEFs and may NOT be used in place of** *Substitution of Attorney* **form F 2090-1.4**)

Dated: <u>May 19, 2014</u>

                                                          Reginald G. Dozier (P38054)

**(NOTE:** This form can only be filed **electronically** via the Court's **CM/ECF system.** Scan this form to a PDF **document,** then file electronically.)