UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                             Chapter 9
                                                   Case No. 13-53846
City of Detroit, Michigan,                         Hon. Steven W. Rhodes
        Debtor.
_____/

### Order Overruling Objections to Disclosure Statement

Several parties have filed "Objections of the Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit Issued May 5, 2014." These objections were filed after the deadline set by the Court for filing objections to the disclosure statement and the objecting party has not established cause to file an untimely objection. Accordingly, the objections filed by the individuals listed below are overruled as untimely.

| | |
|---|---|
| Walter Blaney | Dkt. #4707 |
| James Lovely | Dkt. #4708 |
| Gladys Woolfork | Dkt. #4717 |
| Valerie A. Glen-Simons | Dkt. #4718 |
| Elmore N. Simons | Dkt. #4719 |
| Raphael W. Robinson | Dkt. #4721 |
| David Reid | Dkt. #4722 |
| David R. Reid | Dkt. #4723 |
| Hassan Aleem and Carl Williams | Dkt. #4726 |

| | |
|---|---|
| Dorothea Harris | Dkt. #4750 |
| Dorothea Harris | Dkt. #4751 |
| Wanda Jan Hill | Dkt. #4752 |
| Joan Robinson-Cheeks | Dkt. #4754 |
| Lory Parks | Dkt. #4755 |
| William M. Davis | Dkt. #4756 |
| Walter Blaney | Dkt. #4757 |
| Errol Griffin | Dkt. #4759 |
| Errol Griffin | Dkt. #4760 |
| Katrina Henry | Dkt. #4761 |
| Katrina Henry | Dkt. #4762 |
| Erroll Griffin | Dkt. #4763 |
| Joann Jackson | Dkt. #4764 |
| Theresa Penson | Dkt. #4765 |
| James Lovely | Dkt. #4766 |

.

**Signed on May 19, 2014**

                                                         **/s/ Steven Rhodes**
                                                         Steven Rhodes
                                                         United States Bankruptcy Judge