UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9
                                                          Case No. 13-53846
City of Detroit, Michigan,                                Hon. Steven W. Rhodes
     Debtor.
_____/

Order Overruling Objections to Disclosure Statement

Several parties have filed "Objections to City Statement of Disclosure." These objections were filed after the deadline set by the Court for filing objections to the disclosure statement and the objecting parties have not established cause to file an untimely objection. Accordingly, the objections filed by the individuals listed below are overruled as untimely.

    Naomi Selden      Dkt. #4525

    Odessa Davis      Dkt. #4527

    Marion Harris     Dkt. #4528

.

**Signed on May 19, 2014**

                                                          **/s/ Steven Rhodes**
                                                   **Steven Rhodes**
                                                   **United States Bankruptcy Judge**