UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------- x
                                                           :

In re                                        : Chapter 9

CITY OF DETROIT, MICHIGAN,        : Case No. 13-53846

                Debtor.                  : Hon. Steven W. Rhodes

---------------------------------------------------- x

**ORDER GRANTING RELIEF FROM
AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 AND 11 U.S.C. § 922; AND
ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(a)(3)**

This matter comes before the Court on the Stipulation of the undersigned parties for an Order Granting Relief from the Automatic Stay in the City of Detroit's above-captioned chapter 9 case, pursuant to 11 U.S.C. § 362 and 11 U.S.C. § 922 as to Phyllis Walker and Denise Whitley, parties currently with active Chapter 13 Bankruptcy cases pending within the Eastern District of Michigan; the Court having reviewed the Stipulation; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. Pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), relief from the automatic stay of sections 362(a) and 922 of the Bankruptcy Code is granted to allow the continuation of the following adversary proceedings related to Chapter 13 cases pending before this Court:

    (a) Phyllis Walker v. City of Detroit Water & Sewerage Dept., *et. al.*, No. 14-04224 (TJT);
    (b) Phyllis Walker v. City of Detroit Water & Sewerage Dept., *et. al.*, No. 14-04226 (TJT);
    (c) Denise Whitley v. City of Detroit Treasurer and City of Detroit Water & Sewerage Dept. *et. al*., No. 14-04131

2. The provision of FRBP 4001(a)(3) are waived and this Order is effective immediately upon entry.

.

**Signed on May 19, 2014**

                                                      /s/ Steven Rhodes
                                                   **Steven Rhodes**
                                                     **United States Bankruptcy Judge**