# EXHIBIT 1

DPSU
Exhibit
705

# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001.2113
TELEPHONE +1.202.879.3939 • FACSIMILE +1.202.626.1700

DIRECT NUMBER (202) 879-3840
EMILLER@JONESDAY.COM

July 17, 2013

Mr. Daniel F. McNamara  
President  
Detroit Fire Fighters Association  
Suite 644  
243 West Congress  
Detroit, Michigan 48226-3217  

Mr. Steve Dolunt  
President  
Detroit Police Command Officers Association  
Post Office Box 2625  
Detroit, Michigan 48202  

Mr. Mark Young  
President  
Detroit Police Lieutenants  
 & Sergeants Association  
Suite 700  
28 West Adams  
Detroit, Michigan 48226  

Mr. Mark Diaz  
President  
Detroit Police Officers Association  
1938 East Jefferson Street  
Detroit, Michigan 48207  

Re: **City of Detroit Pension Restructuring**

Gentlemen:

Thank you for your letter of July 12, 2013, and thank you further for continuing to discuss in good faith the difficult issue of pension restructuring. The Office of the Emergency Manager appreciates your strong cooperation.

Consistent with the position Dave Heiman and I expressed at the meeting, we still think it makes sense to first try to reach common ground with key unions and association leaders on actuarial assumptions and methods, and the amount of PFRS underfunding, and then tackle contributions and attendant benefit changes. Nonetheless, we are interested in hearing any pension benefit redesign thinking and proposals that come from key union leadership, including ideas to avoid a freeze. We stand ready to meet to discuss such ideas.

We also took seriously the concern expressed at our meeting last Thursday on two issues: (1) that the City's retiree health proposal for uniform retirees should include amounts for pre-age 55 early retirees and not begin at age 55; and (2) if there were to be a hard freeze at PFRS, active employees who do not have sufficient service at the freeze date to obtain a vested pension be given an opportunity to earn such service and not lose their entire pensions. The City's advisors are looking hard at those issues and we intend to report back to you shortly.

WAI-3135350v1

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

Mr. Daniel F. McNamara  
Mr. Steve Dolunt  
Mr. Mark Young  
Mr. Mark Diaz  
July 17, 2013  
Page 2

JONES DAY

Thank you for your letter and please keep the lines of communication open.

Sincerely,

Evan Miller

cc: David G. Heiman, Esq.

WAI-3135350v1