UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**STATE OF MICHIGAN'S SUPPLEMENTAL RESPONSE TO SYNCORA'S SUBPOENA DUCES TECUM (DKT. #3315)**

The State of Michigan provides the following supplemental response to Syncora's Subpoena Duces Tecum:

1. On May 16, 2014, the State personally served on Syncora's counsel, pursuant to the stipulated agreement of counsel for the subpoena parties, its electronic discovery produced in response to the Official Committee of Retirees' Subpeona Duces Tecum (DKT. #4034). This consisted of a CD-rom containing a searchable electronic version of certain responsive documents and "slip pages" identifying documents that were withheld because of privilege, confidentiality or because they were non-responsive.

Certain documents in that electronic production were identified as withheld without explanation; one document was incorrectly withheld. The enclosed CD-rom entitled "State of Michigan/Office of Attorney General City of Detroit Bankruptcy II MICH00000001- MICH00003111 May 19, 2014" is a supplemental version of the State's electronic discovery that corrects and properly identifies those documents withheld without explanation and producing the one document that was incorrectly withheld. The Production Bates # represents the page on which the corrected explanation is found and the number for the production document:

| Production Bates # | Explanation |
| --- | --- |
| MICH00000304 | withheld as non-responsive |
| MICH00000305 | withheld as non-responsive |
| MCH00000348 | withheld as privileged – See Priv-001354 |
| MICH00000351 | withheld as non-responsive |
| MICH00000352 | withheld as non-responsive |
| MICH 00000353 | withheld as privileged – See Priv-001355 |
| MICH00000763 | withheld as non-responsive |
| MICH00000865 | withheld as non-responsive |

MICH00000868             withheld as non-responsive

MICH00000876             withheld as non-responsive

MICH00000877             withheld as non-responsive

MICH00000878             withheld as non-responsive

MICH00000879             withheld as non-responsive

MICH00001798             withheld as non-responsive

MICH00001831             withheld as non-responsive

MICH00003050             incorrectly withheld – Provided

MICH00003069             withheld as non-responsive

MICH00003070             withheld as non-responsive

    2.    The State of Michigan's Privilege Log is included with this Corrected and Supplemental Response.

    */s/ Matthew Schneider*
Matthew Schneider [P62190]
Chief Legal Counsel
Attorney for State of Michigan
P.O. Box 30754, Lansing, MI 48909
(517) 373-3203
Dated: May 19, 2014    SchneiderM7@michigan.gov