# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2014, I electronically filed the State of Michigan's Supplemental Response to Syncora's Subpoena Duces Tecum (Dkt. #3315) [Docket No. 4939] with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

Further, I certify that on May 19, 2014, I served the State's supplemental electronic document production in response to the Syncora's Subpoena Duces Tecum upon the attorney of record for Syncora, Stephen M. Gross, along with the privilege long, by mailing to

him at McDonald Hopkins, PLC, 39533 Woodward Ave., Bloomfield

Hills, MI 48304, with first class postage fully prepaid.

*/s/Matthew Schneider*
Matthew Schneider
Chief Legal Counsel
Attorney for State of Michigan
P.O. Box 30754
Lansing, Michigan  48909
(517) 373-3203
SchneiderM7@michigan.gov
[P62190]