UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | No. 13-53846<br><br>Chapter 9<br><br>HON. STEVEN W. RHODES |

**STATE OF MICHIGAN'S SUPPLEMENTAL RESPONSE
TO RETIREES' COMMITTEE SUBPOENA DUCES TECUM
(DKT. #4034)**

The State of Michigan provides the following supplemental response to the Official Committee of Retirees Subpoena Duces Tecum:

1. On May 16, 2014, the State personally served on counsel for the subpoena parties, its electronic discovery produced in response to the Official Committee of Retirees' Subpeona Duces Tecum (DKT. #4034). This consisted of a CD-rom containing a searchable electronic version of certain responsive documents and "slip pages" identifying documents that were withheld because of privilege, confidentiality or because they were non-responsive.

Certain documents in that electronic production were identified as withheld without explanation; one document was incorrectly withheld.

The enclosed CD-rom entitled "State of Michigan/Office of Attorney General City of Detroit Bankruptcy II MICH00000001- MICH00003111 May 19, 2014" is a supplemental version of the State's electronic discovery that corrects and properly identifies those documents withheld without explanation and producing the one document that was incorrectly withheld. The Production Bates # represents the page on which the corrected explanation is found and the number for the production document:

| Production Bates # | Explanation |
| --- | --- |
| MICH00000304 | withheld as non-responsive |
| MICH00000305 | withheld as non-responsive |
| MCH00000348 | withheld as privileged – See Priv-001354 |
| MICH00000351 | withheld as non-responsive |
| MICH00000352 | withheld as non-responsive |
| MICH 00000353 | withheld as privileged – See Priv-001355 |
| MICH00000763 | withheld as non-responsive |
| MICH00000865 | withheld as non-responsive |
| MICH00000868 | withheld as non-responsive |
| MICH00000876 | withheld as non-responsive |

MICH00000877           withheld as non-responsive

MICH00000878           withheld as non-responsive

MICH00000879           withheld as non-responsive

MICH00001798           withheld as non-responsive

MICH00001831           withheld as non-responsive

MICH00003050           incorrectly withheld – Provided

MICH00003069           withheld as non-responsive

MICH00003070           withheld as non-responsive

    2.    The State of Michigan's Privilege Log is included with this Corrected and Supplemental Response.

Dated: May 19, 2014

*/s/ Matthew Schneider*
Matthew Schneider [P62190]
Chief Legal Counsel
Attorney for State of Michigan
P.O. Box 30754
Lansing, Michigan 48909
(517) 373-3203
SchneiderM7@michigan.gov