UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | No. 13-53846<br><br>Chapter 9<br><br>HON. STEVEN W. RHODES |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2014, I electronically filed the State of Michigan's Supplemental Response to Retirees' Committee Subpoena Duces Tecum (Dkt. #4034) [Docket No. 4941] with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

Further, I certify that on May 19, 2014, I served the State's supplemental electronic document production in response to the Retiree Committee's Subpoena Duces Tecum upon the attorney of record for the Retirees Committee, Matthew E. Wilkins, along with the privilege log, by mailing to him at Brooks Wilkins Sharkey & Turco, 401 South Old

Woodward, Ste 400, Birmingham, MI 489009, with first class postage fully prepaid.

        */s/Matthew Schneider*
        Matthew Schneider
        Chief Legal Counsel
        Attorney for State of Michigan
        P.O. Box 30754, Lansing, Michigan  48909
        (517) 373-3203
        SchneiderM7@michigan.gov [P62190]