UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re                                    Case No. 2:14−cv−11995−BAF−PJK

Detroit, City of,                        Hon. Bernard A. Friedman

                                         Magistrate Judge  Paul J. Komives

**NOTICE OF RECEIPT OF BANKRUPTCY APPEAL**

  Pursuant to the Bankruptcy Rules, notice is hereby given that a Bankruptcy Appeal was received on 5/19/2014 and assigned the case number and judicial officers as noted above.

  The bankruptcy court case number is 13−53846.

Dated:  May 19, 2014

**Certificate of Service**

  I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                            DAVID J. WEAVER, CLERK OF COURT

                            By: s/V. Lung
                                Deputy Clerk