# EXHIBIT A

## Search Terms Utilized in POA Database

(Confirm*) OR
(Asset* OR revenue* OR expend* OR cost* OR inflat* OR return* OR declin* OR invest* OR shar* OR collect* OR charg* OR increas*) OR
(Casino* OR wager*) OR
(Projection* OR assumption* OR rate OR estimate* OR budget*) OR
(Creditor*) OR
(Tax* OR millage) OR
(Wage w/5 (inflation OR reduc* OR increase*)) OR
((employ* OR hir*) w/10 city) OR
(headcount) OR
(overtime) OR
(Employment) OR
(Transfer w/10 (Wayne OR operation* OR distribution OR electricity)) OR
(PLA OR Public Lighting OR PLD) OR
(Property w/5 (valu*)) OR
((parking OR court) w/5 (fine* OR income*)) OR
(Grant*) OR
(License* OR permit* OR inspect* OR waste) OR
(Public safety) OR
(Veteran w/2 Memorial) OR
(UTGO) OR
(DWSD OR ((water OR sewer) w/5 authority) OR "Water and Sewerage" OR (water w/10 sewer)) OR
(IPH) OR
(Health and Wellness) OR
(Legacy w/10 (cost* OR expend*)) OR
(Debt w/5 service) OR
(COP OR swap) OR
(Pension*) OR
(Health w/10 benefit*) OR
(OPEB) OR
(retiree) OR
(Art) OR
(DIA OR Detroit Art Institute) OR
(foundation) OR
((basic OR Municipal) w/10 service*) OR
(Service* w/10 (improve* OR declin* OR basic OR adequate OR restor*)) OR
(Population and (declin* OR flight OR increase* OR revers* OR assum* OR project*)) OR
(Blight) OR
(Remediat*) OR
((Crime OR fire) w/10 (increase* OR decreas* OR decline*)) OR
(Light* OR grid OR streetlight*) OR
(PLA OR Lighting Authority OR Public Lighting) OR
(DTE) OR

(Police OR fire OR EMS OR DPD OR DFD) OR
(Assessor*) OR
(Utilit*) OR
((Material* OR suppl*) AND (cost* OR expend*)) OR
(ERP) OR
((DDOT OR Department w/2 Transportation OR Transportation) AND (maintain* OR maintenance OR buses OR fare* OR camera* OR surveillance OR service* OR police)) OR
(Plan w/2 (Adjustment OR Plan)) OR
(Revitalize*) OR
(Compare* And Detroit) OR
(Financial* And (viable OR stability OR stable)) OR
($1.5B OR 1.5B OR $1.5 billion OR 1.5 billion) OR
((Information w/5 system*) AND (upgrad* OR improve*)) OR
(District w/5 court)

**Search Terms Utilized in POA Database (Edwards Documents Only)**

DIA OR
((Detroit Institutes) w/3 Arts) OR
Museum OR
Founders OR
@honigman.com OR
@dia.org OR
Mcmid@detroitmi.gov OR
haddad OR
Yvonne