# **EXHIBIT B**

**Search Criteria:**

1. Any email with

    A. ken.buckfire@millerbuckfire.com, or
    B. james.doak@millerbuckfire.com, or
    C. kyle.herman@millerbuckfire.com, or
    D. Kevin.haggard@millerbuckfire.com, or
    E. Sanjay.marken@millerbuckfire.com

    in the to, from, cc or bcc fields;

2. **DURING** the period from January 1, 2013, to March 13, 2014, **ONLY**;

3. **INCLUDING** any email with "@JonesDay.com"; "@millercanfield.com"; "@conwaymackenzie.com"; and "@ey.com" in the to, from, cc or bcc fields;

4. AND as to all other emails during that period only those emails that **INCLUDE:**

    Any of the following search terms:

Confirm!

Asset! Or revenue! Or expend! Or cost! Or inflat! Or return! Or declin! Or invest! Or shar! Or collect! Or charg! Or increas!

Casino! Or wager!

Projection! Or assumption! Or rate or estimate! Or budget!

Creditor!

Tax! Or millage

Wage /5 (inflation or reduc! Or increase!)

(employ! Or hir!) /10 city

headcount

overtime

Employment

Transfer /10 (Wayne or operation! Or distribution or electricity)

PLA or "Public Lighting" or PLD

Property /5 (valu!

(parking or court)/5 (fine! Or income!)

Grant!

License! Or permit! Or inspect! Or waste

"Public safety"

"Veteran's Memorial"

UTGO

DWSD or ((water or sewer) /5 authority) or "Water and Sewerage" or (water /10 sewer)

IPH

"Health and Wellness"

Legacy /10 (cost! Or expend!)

Debt /5 service

COP or swap

Pension!

Health /10 benefit!

OPEB

retiree

Art

DIA or "Detroit Art Institute"

foundation

(basic or Municipal) /10 service!

Service! /10 (improve! Or declin! or basic or adequate or restor!)

Population and (declin! or flight or increase! Or revers! Or assum! Or project!)

Blight

Remediat!

(Crime or fire) /10 (increase! Or decreas! Or decline!)

Light! Or grid or streetlight!

PLA or "Lighting Authority" or "Public Lighting"

DTE

Police or fire or EMS or DPD or DFD

Assessor!

Utilit!

(Material! Or suppl!) And (cost! Or expend!)

ERP

(DDOT or "Department of Transportation" or Transportation) and (maintain! Or maintenance or buses or fare! Or camera! Or surveillance or service! Or police)

"Plan of Adjustment" or Plan

Revitalize!

Compare! And Detroit

Financial! And (viable or stability or stable)

$1.5B or 1.5B or "$1.5 billion" or "1.5 billion"

(Information /5 system!) and (upgrad! Or improve!)

District /5 court