# **EXHIBIT D**

Custodians Searched or Requested to Assist

| NO. | NAME | CURRENT TITLE | AFFILIATION |
|---|---|---|---|
|  | Duggan, Mike | Mayor | City of Detroit |
|  | Fox, Stacy | Deputy Emergency Manager | City of Detroit |
|  | Johnson, Nakai | Project Manager - Grants | City of Detroit |
|  | Lewand, Thomas | Group Executive for Jobs and Economic Growth | City of Detroit |
|  | Orr, Kevyn | Emergency Manager | City of Detroit |
|  | Scales, Pamela | Director | City of Detroit, Budget Department |
|  | Beal, Lorena | Receptionist | City of Detroit, Clerk's Office |
|  | Anthony, Vernice | Director | City of Detroit, Department of Health and Wellness Promotion |
|  | Whiting, Deborah | Deputy Director | City of Detroit, Department of Health and Wellness Promotion |
|  | Bawol, Peter | Contractor | City of Detroit, Finance Department |
|  | Clay, Tony | Administrative Supervisor Licenses/Permits and Revenue Collections | City of Detroit, Finance Department |
|  | Crumpler, Donita | Manager II | City of Detroit, Finance Department |
|  | Drumb, Rick | General Manager | City of Detroit, Finance Department |
|  | Duncan, Leighton | Project Manager - Treasury | City of Detroit, Finance Department |
|  | Ericson, Charlie | Manager II | City of Detroit, Finance Department |
|  | Green, Heather | Consultant, Public Consulting Group | City of Detroit, Finance Department |
|  | Higgs, Eric | Accounting Project Manager | City of Detroit, Finance Department |
|  | Hill, John | Chief Financial Officer | City of Detroit, Finance Department |
|  | Jamison, Michael | Deputy Finance Director | City of Detroit, Finance Department |
|  | Miller, Kimberly | Tax Incentive Specialist | City of Detroit, Finance Department |
|  | Naglick, John | Finance Director | City of Detroit, Finance Department |
|  | Pierce, Keisha | Contractor | City of Detroit, Finance Department |
|  | Rimmer, Jeanette | Executive Secretary | City of Detroit, Finance Department |
|  | Stoudemire, Tanya | Manager | City of Detroit, Finance Department |

Custodians Searched or Requested to Assist

| NO. | NAME | CURRENT TITLE | AFFILIATION |
|---|---|---|---|
|  | Edwards, James | Attorney | City of Detroit, Law Department |
|  | Keelean, Edward | Attorney | City of Detroit, Law Department |
|  | Raimi, Charles | Deputy Corporation Counsel | City of Detroit, Law Department |
|  | Richard, Kevin | Assistant Corporation Counsel | City of Detroit, Law Department |
|  | Lockridge, Mark | Auditor General | City of Detroit, Office of the Auditor General |
|  | Mays, Sonya | Senior Advisor | City of Detroit, Office of the Emergency Manager |
|  | Gannon, Chris | Managing Director | Conway MacKenzie |
|  | Hand, Kevin | Managing Director | Conway MacKenzie |
|  | Hausman, Michael | Managing Director | Conway MacKenzie |
|  | Hausman, Mike | Managing Director | Conway MacKenzie |
|  | Iafrate, Danielle | Senior Associate | Conway MacKenzie |
|  | Johnston, Wade | Senior Associate | Conway MacKenzie |
|  | Kushiner, Glenn | Managing Director | Conway MacKenzie |
|  | Moore, Chuck | Senior Managing Director | Conway MacKenzie |
|  | Petrovski, Emily | Director | Conway MacKenzie |
|  | Sekely, Carl | Managing Director | Conway MacKenzie |
|  | Walsh, Michael | Senior Associate | Conway MacKenzie |
|  | Data Room |  | Data Room |
|  | Whitaker, David | Director | Detroit City Council, Legislative Policy Division |
|  | Mondowney, Jo Anne G. | Executive Director | Detroit Public Library |
|  | Capers, Nancy | Manager II - Construction Management Division | Detroit Recreation Department |
|  | Minter, Alicia | Director | Detroit Recreation Department |
|  | Barrott, Wendy | General Manager of Wastewater Operations Group | Detroit Water & Sewerage Department |
|  | Bateson, Nicolette | Chief Financial Officer, Financial Services | Detroit Water & Sewerage Department |
|  | Chirolla, Raphael | Manager Financial Services Group | Detroit Water & Sewerage Department |
|  | Conerway, Terri | Process and Quality Control Manager | Detroit Water & Sewerage Department |
|  | Diebel, Alfred | Treasury Manager | Detroit Water & Sewerage Department |
|  | Johnson, Bill | Public Affairs Officer | Detroit Water & Sewerage Department |
|  | Jones, Barnett | Chief Security Officer | Detroit Water & Sewerage Department |

Custodians Searched or Requested to Assist

| NO. | NAME | CURRENT TITLE | AFFILIATION |
|---|---|---|---|
|  | Latimer, Daryll | Deputy Director | Detroit Water & Sewerage Department |
|  | McCormick, Sue | Director | Detroit Water & Sewerage Department |
|  | Porter, Cheryl | Assistant Director, Water Supply Operations | Detroit Water & Sewerage Department |
|  | Rainey, Dan | Information Technology Director and Chief Information Officer | Detroit Water & Sewerage Department |
|  | Wolfson, William | Chief Operating and Compliance Officer/General Counsel | Detroit Water & Sewerage Department |
|  | Bugden, Nick | Senior Analyst | Ernst & Young |
|  | Jerneycic, Daniel | Restructuring Advisor | Ernst & Young |
|  | Malhotra, Gaurav | Managing Director | Ernst & Young |
|  | Patel, Deven | Senior Associate | Ernst & Young |
|  | QuestTeamServerFiles |  | Ernst & Young |
|  | Santambrogio, Juan | Restructuring Advisor | Ernst & Young |
|  | Sarna, Shavi | Restructuring Advisor | Ernst & Young |
|  | Shifman, Howard | Counsel to the 36th District Court | Howard Shifman, P.C. |
|  | Hoffman, Timothy | Associate | Jones Day |
|  | Rosenblum, Benjamin | Associate | Jones Day |
|  | Stewart, Geoffrey | Partner | Jones Day |
|  | Tiller, Joseph | Associate | Jones Day |
|  | Wilson, Thomas | Partner | Jones Day |
|  | Flick, Wayne | Partner | Latham & Watkins |
|  | Buckfire, Ken | Co-President & Managing Director | Miller Buckfire |
|  | Doak, James | Managing Director | Miller Buckfire |
|  | Haggard, Kevin | Director | Miller Buckfire |
|  | Herman, Kyle | Director | Miller Buckfire |
|  | Marken, Sanjay | Vice President | Miller Buckfire |
|  | Van Dusen, Amanda | Principal | Miller Canfield |