# **EXHIBIT F**

Document Sources and Corresponding Production Bates Number Ranges

| Source | BegBates | EndBates |
|---|---|---|
| Bawol, Peter | POA00214652 | POA00214652 |
| Beal, Lorena | POA00184466 | POA00187309 |
| Beal, Lorena | POA00187310 | POA00187461 |
| Beal, Lorena | POA00201461 | POA00205506 |
| Beal, Lorena | POA00205507 | POA00207006 |
| Beal, Lorena | POA00207007 | POA00210602 |
| Beal, Lorena | POA00210603 | POA00213398 |
| Beal, Lorena | POA00216916 | POA00219215 |
| Beal, Lorena | POA00225352 | POA00227255 |
| Buckfire, Ken | POA00000001 | POA00000394 |
| Buckfire, Ken | POA00040560 | POA00041204 |
| Clay, Tony | POA00184423 | POA00184465 |
| Conway MacKenzie | POA00000395 | POA00002326 |
| Conway MacKenzie | POA00041205 | POA00106636 |
| Conway MacKenzie | POA00214504 | POA00214633 |
| Conway MacKenzie | POA00214653 | POA00216915 |
| Conway MacKenzie | POA00233438 | POA00245774 |
| Crumpler, Donita | POA00219216 | POA00219434 |
| Crumpler, Donita | POA00245775 | POA00248175 |
| Data Room | POA00219435 | POA00219436 |
| Data Room | POA00248176 | POA00248359 |
| Data Room | POA00213866 | POA00214163 |
| Data Room | POA00214166 | POA00214223 |
| Data Room | POA00219654 | POA00222673 |
| Data Room | POA00249287 | POA00251716 |
| Detroit Water & Sewerage Department | POA00219437 | POA00219653 |
| Detroit Water & Sewerage Department | POA00248360 | POA00249286 |
| Doak, James | POA00002327 | POA00003971 |
| Doak, James | POA00106637 | POA00107964 |
| Drumb, Rick | POA00188641 | POA00188719 |
| Drumb, Rick | POA00214224 | POA00214228 |
| Drumb, Rick | POA00214634 | POA00214651 |
| Duggan, Mike | POA00003972 | POA00007505 |
| Duggan, Mike | POA00222674 | POA00223981 |
| Duggan, Mike | POA00251717 | POA00252070 |
| Duncan, Leighton | POA00188720 | POA00201291 |
| Duncan, Leighton | POA00223982 | POA00223986 |
| Duncan, Leighton | POA00252071 | POA00252086 |
| Edwards, James | POA00107965 | POA00107969 |
| Edwards, James | POA00201292 | POA00201294 |
| Edwards, James | POA00223987 | POA00223990 |
| Edwards, James | POA00252087 | POA00252922 |
| Ericson, Charlie | POA00223991 | POA00224003 |
| Ernst and Young | POA00107970 | POA00112903 |
| Ernst and Young | POA00224004 | POA00225196 |
| Flick, Wayne | POA00252923 | POA00252949 |
| Fox, Stacy | POA00007506 | POA00009979 |
| Fox, Stacy | POA00112904 | POA00116531 |
| Fox, Stacy | POA00225197 | POA00225199 |
| Green, Heather | POA00214229 | POA00214469 |
| Green, Heather | POA00225200 | POA00225291 |

Document Sources and Corresponding Production Bates Number Ranges

| Source | BegBates | EndBates |
|---|---|---|
| Green, Heather | POA00233236 | POA00233437 |
| Haggard, Kevin | POA00009980 | POA00010552 |
| Haggard, Kevin | POA00116532 | POA00117434 |
| Hausman, Michael | POA00214164 | POA00214164 |
| Herman, Kyle | POA00010553 | POA00012675 |
| Herman, Kyle | POA00117435 | POA00122810 |
| Herman, Kyle | POA00225292 | POA00225307 |
| Higgs, Eric | POA00225308 | POA00225341 |
| Hill, John | POA00012676 | POA00013808 |
| Hill, John | POA00122811 | POA00127740 |
| Hill, John | POA00225342 | POA00225351 |
| Iafrate, Danielle | POA00214470 | POA00214473 |
| Jamison, Michael | POA00201295 | POA00201460 |
| Kushiner, Glenn | POA00227256 | POA00227310 |
| Lewand, Thomas | POA00227311 | POA00227387 |
| Marken, Sanjay | POA00013809 | POA00015863 |
| Marken, Sanjay | POA00127741 | POA00130386 |
| Marken, Sanjay | POA00227388 | POA00227405 |
| Mays, Sonya | POA00015864 | POA00035363 |
| Mays, Sonya | POA00130387 | POA00162997 |
| Mays, Sonya | POA00227406 | POA00228288 |
| Mays, Sonya | POA00252950 | POA00253121 |
| Miller, Kimberly | POA00213399 | POA00213649 |
| Minter, Alicia | POA00228289 | POA00228291 |
| Mondowney, Jo Anne G. | POA00187462 | POA00188640 |
| Moore, Chuck | POA00228292 | POA00228304 |
| Naglick, John | POA00228305 | POA00230112 |
| Naglick, John | POA00253350 | POA00253354 |
| Orr, Kevyn | POA00035364 | POA00040559 |
| Orr, Kevyn | POA00162998 | POA00184422 |
| Orr, Kevyn | POA00230113 | POA00231814 |
| Orr, Kevyn | POA00253122 | POA00253139 |
| Pierce, Keisha | POA00231815 | POA00232575 |
| Public Documents | POA00213650 | POA00213708 |
| Public Documents | POA00232576 | POA00232590 |
| Rimmer, Jeanette | POA00213709 | POA00213834 |
| Rosenblum, Benjamin | POA00214474 | POA00214498 |
| Sarna, Shavi | POA00214499 | POA00214499 |
| Sarna, Shavi | POA00232591 | POA00232592 |
| Scales, Pamela | POA00213835 | POA00213865 |
| Stoudemire, Tanya | POA00214500 | POA00214503 |
| Van Dusen, Amanda | POA00253140 | POA00253347 |
| Walsh, Michael | POA00214165 | POA00214165 |
| Walsh, Michael | POA00232593 | POA00232593 |
| Whitaker, David | POA00232594 | POA00232595 |
| Whitaker, David | POA00253348 | POA00253349 |
| Whiting, Deborah | POA00232596 | POA00233235 |