## Certificate of Service

I, Heather Lennox, hereby certify that the foregoing Notice of Affidavit of Mary L. Hale was filed and served via the Court's electronic case filing and noticing system on this 19th day of May, 2014.


Dated: May 19, 2014  /s/ Heather Lennox
Heather Lennox