UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


In Re                                                   Case No. 2:14−cv−11997−BAF−PJK

Detroit, City of,                                       Hon. Bernard A. Friedman

                                                        Magistrate Judge  Paul J. Komives

_____

**NOTICE OF RECEIPT OF BANKRUPTCY APPEAL**

   Pursuant to the Bankruptcy Rules, notice is hereby given that a Bankruptcy Appeal was received on 5/19/2014 and assigned the case number and judicial officers as noted above.

   The bankruptcy court case number is 13−53846.


Dated:  May 20, 2014



**Certificate of Service**

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                              DAVID J. WEAVER, CLERK OF COURT


                              By: s/V. Lung_____
                                  Deputy Clerk