UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: Lawrence A. Larose, Esq.
Firm: Chadbourne & Parke LLP
Address: 30 Rockefeller Plaza
City, State, Zip: New York, NY 10112
Phone: 212-408-1140
Email: llarose@chadbourne.com

**Case/Debtor Name:** In re City of Detroit, MI
**Case Number:** 13-53846
**Chapter:** 9
**Hearing Judge:** Hon. Steven Rhodes

⦿ Bankruptcy  ◯ Adversary
◯ Appeal    Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 05/15/2014   Time of Hearing: 10:00 AM   Title of Hearing: Confirmation status conf.

Please specify portion of hearing requested: ◯ Original/Unredacted  ◯ Redacted  ◯ Copy (2nd Party)

⦿ Entire Hearing    ◯ Ruling/Opinion of Judge    ◯ Testimony of Witness    ◯ Other

Special Instructions: Please distribute to skohn@chadbourne.com; sbloomfield@chadbourne.com

**Type of Request:**
- ◯ Ordinary Transcript - $3.65 per page (30 calendar days)
- ◯ 14-Day Transcript - $4.25 per page (14 calendar days)
- ⦿ Expedited Transcript - $4.85 per page (7 working days)
- ◯ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Lawrence A. Larose          Date: 5/20/2014
By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
                Date        By

Order Received:

Transcript Ordered

Transcript Received