UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION — DETROIT

FILED

2014 MAY 20 P 1: 50

In the matter of:

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

CITY OF DETROIT, MICHIGAN                    Case No. 13-53846-swr

                                             Chapter 9

_____Debtor_____/                  Hon. STEVEN W. RHODES

OBJECTION TO:

_City of Detroit's Plan of Adjustment__

FILED BY:_____

_Calvin C. Turner_____ hereby states **his**/her/their OBJECTION

TO:_____ for the following reasons.

1.  I/we am/are interested in the Bankruptcy of the City of Detroit because

**I feel that Democracy is being denied in the State of Michigan**

2.  I/we object to the above filing because:

I am a honorable discharged Veteran who served in the United States Marine Corp from
1966 to 1969 of which 13 months was served in Vietnam. As a Marine, I stood for democracy
from the shores of Iwo Jima to the hills of Afghanistan. When called upon I didn't hesitate to
Sacrifice life or limb for democracy. Again, as a hard core, tough Marine it breaks my heart to
see democracy in America denied in this great State of Michigan and of most, the city of
Detroit. In making your decision , please carefully consider the many men and women who
Sacrificed so much in the name of democracy worldwide.

3.  I have/have not attached additional sheets to explain and establish my potions.

I hereby certify that the statements made herein are true and correct under penalty of
perjury and contempt of Court under the laws of the United States of America.

Wherefore I/we request the Court will deny the relief sough in said filing.

Calvin C. Turner

_Calvin C. Turner_____

16091 Edmore Drive

Detroit, Michigan 48205

maddmarine66@gmail.com