UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------x
                                                       :
In re                                                  : Chapter 9
                                                       :
CITY OF DETROIT, MICHIGAN,                             : Case No. 13-53846
                                                       :
                       Debtor.                         : Hon. Steven W. Rhodes
                                                       :
                                                       :
-------------------------------------------------------x
```

# CITY OF DETROIT'S
# COUNTER-DESIGNATION OF THE CONTENTS OF THE RECORD

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, appellee the City of Detroit (the "City") hereby submits this counter-designation of the contents of the record in response to *Appellant's Designation Of The Contents Of The Record And Statement Of Issues On Appeal* [Docket No. 4408] filed by Appellants Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (collectively, "Syncora"), on May 5, 2014.

# Designation of Additional Items to Be Included in the Record On Appeal

## A.  Case No. 13-53846

| Item No. (Attached) | Docket No. | Description |
|---|---|---|
| 1. | 692 | (Excerpt) Transcript Regarding Hearing Held August 28, 2013 |
| 2. | 2029 | Omnibus Reply of the City of Detroit to Objections to the Motion for Assumption and Approval of the Forbearance and Optional Termination Agreement |
| 3. | 2033 | Statement of Merrill Lynch Capital Services, Inc. and UBS AG in Support of Debtor's Motion for an Order Pursuant to Section 365(a) of the Bankruptcy Code and Rule 9019, and in Reply to the Objections to the Motion (and the exhibits/appendices attached thereto) |
| 4. | 2061 | Statement of Stipulated Facts Regarding Motion of Debtor for Entry of an Order (I) Authorizing the Assumption of That Certain Forbearance and Optional Termination Agreement Pursuant to Section 365(a) of the Bankruptcy Code, (II) Approving Such Agreement Pursuant to Rule 9019, and (III) Granting Related Relief |
| 5. | 2364 | Second Amended Exhibit List and Objections for Hearing re City of Detroit's Assumption Motion and Motion to Approve Post-Petition Financing |
| 6. | 2655 | Notice of Termination of Forbearance and Optional Termination Agreement |

| | | |
|---|---|---|
| 7. | 2802 | Motion of Debtor for Entry of an Order, Pursuant to Section 105(A) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving a Settlement and Plan Support Agreement and Granting Related Relief |
| 8. | 2913 | Order Shortening Notice and Scheduling an Expedited Hearing With Respect to Motion for an Order Approving Settlement and Plan Support Agreement |
| 9. | 2947 | The City of Detroit's Disclosure of Witnesses in Connection With the Hearing on the City's Motion for Order Approving Settlement and Plan Support Agreement |
| 10. | 2955 | Transcript Regarding Hearing Held March 5, 2014 |
| 11. | 3061 | Certificate of Service of Deborah Kovsky-Apap re: Corrected Motion of Debtor for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving a Settlement and Plan Support Agreement and Granting Related Relief |
| 12. | 3153 | Statement of Merrill Lynch Capital Services, Inc. and UBS AG in Support of the Motion of Debtor for Entry of an Order Pursuant to Section 105(A) and Bankruptcy Rule 9019, Approving a Settlement and Plan Support Agreement, and in Reply to the Objections to the Motion (and the exhibits/appendices attached thereto) |

| | | |
|---|---|---|
| 13. | 3305 | Order Granting Ex Parte Motion for Shortened Notice and Expedited Hearing on Motion of the Objectors for Adjournment of the Hearings Regarding the Debtor's Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving a Settlement and Plan Support Agreement and Granting Related Relief |
| 14. | 3379 | City of Detroit's Response to Motion of Objectors for Adjournment of the Hearing Regarding the City's Motion for Entry of an Order Approving Settlement and Plan Support Agreement |
| 15. | 3606 | Order Denying Motion to Adjourn Hearing |
| 16. | 3817 | Corrected Transcript Regarding Hearing Held April 2, 2014 |
| 17. | 4057 | Transcript Regarding Hearing Held April 11, 2014 re: Bench Opinion re. (2806) Corrected Motion to Approve Compromise/Motion of Debtor for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving a Settlement and Plan Support Agreement and Granting Related Relief |
| 18. | Proof of Claim # 1352 | Syncora Guarantee, Inc. |
| 19. | Proof of Claim # 1354 | Syncora Capital Assurance, Inc. |

**B. City's Exhibits**

| 20. | City Ex. 1 | ISDA Master Agreement between UBS AG and Detroit General Retirement System ("GRS") Service Corporation (Local Currency Single Jurisdiction), and related Schedule |
|---|---|---|
| 21. | City Ex. 2 | ISDA Master Agreement between SBS Financial Products Company, LLC ("SBS") and GRS Service Corporation (Local Currency Single Jurisdiction), and related Schedule |
| 22. | City Ex. 4 | SBS and GRS Service Corporation Amended and Restated Schedules to 1992 ISDA Master Agreement Local Currency Single Jurisdiction dated as of June 7, 2006 |
| 23. | City Ex. 5 | UBS AG and GRS Service Corporation Amended and Restated Schedule to the 1992 ISDA Master Agreement Local Currency Single Jurisdiction dated as of June 7, 2006 |
| 24. | City Ex. 6 | Syncora Waiver and Consent, dated June 26, 2009 |
| 25. | City Ex. 11 | Collateral Agreement, dated June 15, 2009 |
| 26. | City Ex. 47 | UBS AG Insurance Policies for Scheduled Payments of GRS Service Corporation under June 7, 2006 Master Agreement |
| 27. | City Ex. 48 | SBS Insurance Policies for Scheduled Payment of GRS Service Corporation under June 7, 2006 Master Agreement |
| 28. | City Ex. 49 | Moody's and Standard & Poor's Ratings of Syncora obtained from Syncora's website (http://syncora.com/?page_id=78) |

| 29. | City Ex. 123 | City Ordinance No. 05-09 |
|---|---|---|
| 30. | City Ex. 128 | PFRS Service Contract, dated June 7, 2006 |
| 31. | City Ex. 129 | GRS Service Contract, dated June 7, 2006 |
| 32. | City Ex. 130 | Contract Administration Agreement, dated June 12, 2006 |
| 33. | City Ex. 143 | Illustrative Cash Chart |
| 34. | City Ex. 144 | City of Detroit – Illustrative Cash Flow Forecast Scenarios |
| 35. | City Ex. 145 | Settlement and Plan Support Agreement |
| 36. | City Ex. 146 | In re City of Detroit, Michigan (Case No. 13-53846), Privilege Log of Selected Documents |

Dated: May 20, 2014

Respectfully submitted,

/s/ Deborah Kovsky-Apap
Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap (P68258)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
(248) 359-7300 - Telephone
(248) 359-7700 - Fax
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

Corinne Ball
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
cball@jonesday.com

Thomas F. Cullen, Jr.
Gregory M. Shumaker
Geoffrey S. Stewart
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001.2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

ATTORNEYS FOR THE CITY OF DETROIT

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2014, I caused the foregoing *City Of Detroit's Counter-Designation Of The Contents Of The Record* to be electronically filed with the Clerk of the Court which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this bankruptcy case.

Dated: May 20, 2014 /s/ Deborah Kovsky-Apap
Deborah Kovsky-Apap (P68258)