# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

**CERTIFICATE OF COMPLIANCE WITH THE ORDER GRANTING MOTION TO COMPEL FULL CLAWBACK OF DEBTOR'S DOCUMENT PRODUCTION AND RELATED RELIEF**

In accordance with this Court's Order Granting Motion to Compel Full Clawback of Debtor's Document Production and Releated Relief date May 13, 2014 (the "**Clawback Order**"), FMS Wertmanagement AöR, by and through its counsel, Schiff Hardin LLP ("Schiff"), certifies as follows:

1. On May 7, 2014, Schiff received a package which contained a hard drive. The cover letter to package indicated that the hard drive contained a production of documents made by the City of Detroit ("**Document Production**").

2. Schiff did not access the hard drive containing the Document Production.

3. On May 21, 2014, Schiff returned the hard drive containing the Document Production to counsel for the City via FedEx First Overnight and the hard drive should be delivered on May 22, 2014.

4. Because Schiff never accessed the hard drive containing the Document Production, it made no electronic copies or hard copies of any portion of the Document Production.

5. Schiff has complied with the Clawback Order.

Dated: May 21, 2014                    Respectfully submitted,

                                       **SCHIFF HARDIN LLP**

                             By:  */s/ Jeffrey D. Eaton*
                                  Rick L. Frimmer
                                  J. Mark Fisher
                                  Jeffrey D. Eaton
                                  SCHIFF HARDIN LLP
                                  233 South Wacker Drive
                                  Suite 6600
                                  Chicago, IL 60606
                                  Tel. 312-258-5500
                                  Fax. 312-258-5600
                                  rfrimmer@schiffhardin.com
                                  mfisher@schiffhardin.com
                                  jeaton@schiffhardin.com

                                  *Attorneys for FMS Wertmanagement AöR*

39087-0003

CH2\14748327.1