UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
        Case No. 13-53846

City of Detroit, Michigan,

    Debtor.
_____/

## INTERESTED PARTY DAVID SOLE'S NOTICE OF COMPLIANCE WITH DOCKET NO. 4710

Now comes Interested Party David Sole and for his Notice of Compliance with Docket NO. 4710 states as follows:

1. Interested Party David Sole sent the May 6, 2014 document Production by Federal Express to Mary Hale, Jones Day, 51 Louisiana Avenue, N.W., Washington DC 20001.

2. No electronic copies were made of the Production and in fact, the Production was never opened.

3. No physical copies of the Production were made.

4. The Production was not utilized for any attorney work product.

Respectfully submitted,

JEROME D. GOLDBERG, PLLC

By:    */s/ Jerome D. Goldberg*
Jerome D. Goldberg (P61678)
Attorney for David Sole, Party in Interest
2921 East Jefferson, Suite 205
Phone: 313-393-6001
Fax: 313-393-6007
Email: apclawyer@sbcglobal.net

DATED: May 21, 2014

1