UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9
Case No. 13-53846

City of Detroit, Michigan,

    Debtor.
_____/

**INTERESTED PARTY DAVID SOLE'S CERTIFICATE OF SERVICE
OF NOTICE OF COMPLIANCE WITH DOCKET 4710 [Docket 4978]**

    The undersigned certifies that on May 21, 2014, he caused to be electronically filed with the Clerk of the Court Interested Party David Sole's Notice of Compliance with Docket No. 4710 and that such pleading was in turn served by the Clerk electronically upon all ECF participants in the above-captioned matter.  **[Docket 4978]**

    Respectfully submitted,

    JEROME D. GOLDBERG, PLLC

    By:  */s/ Jerome D. Goldberg*
    Jerome D. Goldberg (P61678)
    Attorney for David Sole, Party in Interest
    2921 East Jefferson, Suite 205
    Phone: 313-393-6001
    Fax: 313-393-6007
    Email: apclawyer@sbcglobal.net

DATED:  May 21, 2014

1

13-53846-tjt    Doc 4979    Filed 05/21/14    Entered 05/21/14 13:04:02    Page 1 of 1