**Exhibit A**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                          Chapter 9
City of Detroit, Michigan,                      Case No. 13-53846
     Debtor.                      Hon. Steven W. Rhodes
_____/

### Fifth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment

The City has filed a plan of adjustment and a proposed disclosure statement. To promote the just, speedy, and inexpensive determination of this case as required by Fed. R. Bankr. P. 1001, the Court hereby establishes the procedures, deadlines and hearing dates set forth below.

> *Nothing herein excuses any party from the continuing obligation to participate in good faith in any mediation as ordered by Chief Judge Rosen.*
>
> *Further, the Court again strongly encourages all parties to negotiate with full intensity and vigor with a view toward resolving their disputes regarding the treatment of claims in the City's plan of adjustment.*

**The Court will hold status conferences regarding the plan confirmation process on the following dates and times:**

    **(a)**    **June 16, 2014 at 10:00 a.m.**

    **(b)**    **July 14, 2014 at 10:00 a.m.**

    **(c)**    **August [__], 2014 at 10:00 a.m.**

**1.**    **May 27, 2014** is the deadline for the City to file one combined response to all of the timely plan objections.

**2.**    **May 28, 2014 at 10:00 a.m. will be the date and time of a hearing on the status of the City's document production and a further hearing on objections with respect to the City's responses to discovery.**

**3.**    **June 2, 2014** is the deadline:

    **(a)**    For the City to mail revised notices of the confirmation hearing, plan objection deadline, voting deadline and voting dispute procedures; and

    **(b)**    For the City to complete its production of documents responsive to the objecting parties' requests. The other dates specified in this Order are predicated on compliance with this deadline, and are subject to further adjustment if the deadline is not met.

4.    **June 24, 2014** is the deadline for the City to file its list of expert witnesses and serve copies of expert reports (which shall not be filed). Depositions of the City's experts may commence immediately thereafter.

5.    **June 27, 2014** is the deadline for any party that is not identified as having the right to vote on the plan, but who asserts a right to vote on the plan, to file a "Notice of Asserted Right to Vote a Claim" and a brief in support.

6.    **July 18, 2014** is the deadline to complete all non-expert depositions.

7.    **July 25, 2014** is the deadline:

   **(a)**    For any affected holder, the water and sewer bond trustee, the ad hoc committee of water and sewer bondholders and the COPs trustee to file a brief in response to any Notice of Asserted Right to Vote a Claim; and

   **(b)**    For objecting parties to file their list of expert witnesses and serve copies of their expert reports (which shall not be filed).

8.    **August 1, 2014** is the deadline:

   **(a)**    For plan voting;[1]

   **(b)**    For individual bondholders and individual retirees to file objections to the plan; and

   **(c)**    For any party that filed a Notice of Asserted Right to Vote a Claim to file a reply brief in support of such notice.

9.    **August 11, 2014** is the deadline for the City or the balloting agent to file a summary of the results of the tabulation of all ballots and master ballots.

10.    **August 13, 2014** is the deadline to complete all expert depositions.

11.    **August 15, 2014** is the deadline for any party that filed a timely objection to the plan to file a supplemental objection, but only to the extent that discovery or the results of plan voting give rise to additional or modified objections to the plan.

12.    **August 18, 2014 at 10:00 a.m. will be the date and time of the hearing to determine any disputes arising in connection with any Notices of Asserted Right to Vote a Claim.**

13.    **August 20, 2014** is the deadline:

   **(a)**    To submit a proposed joint final pretrial order in compliance with LBR 7016-1;

   **(b)**    To file pretrial briefs; and

---

[1] [The following parties do not support extending the voting deadline in paragraph 8 and the tabulation deadline in paragraph 9: (i) Official Committee of Retirees; (ii) General Retirement System for the City of Detroit; (iii) Police and Fire Retirement System for the City of Detroit, (iv) The Detroit Police Officers Association; and (v) The Detroit Fire Fighters Association.]

2

(c)     For the City to file one combined response to supplemental objections to the plan and to objections filed by individual bondholders and individual retirees.

14.     **August 25, 2014 at 9:00 a.m. will be the date and time of the final pretrial conference on plan confirmation.**

15.     **August 26, 2014 at 9:00 a.m. will be the date and time for the commencement of the hearing on plan confirmation.**

**Additional confirmation hearing dates, as necessary, will be August ___ ; August _____; and September _____, 2014.**

*At this hearing, in addition to any evidence addressing the factual issues raised in the parties' plan objections, the City shall present evidence establishing the feasibility of its plan as required by 11 U.S.C. § 943(b)(7).*

The dates and deadlines established herein will be extended only on motion establishing good cause.

This order amends paragraphs 7(a), 9(a), 9(c), 9(d) and 9(e) of the Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Adjustment and (II) Approving Notice Procedures Related to Confirmation of the Plan of Adjustment (Docket No. 2984). However, nothing in this order otherwise amends the Solicitation Procedures Order.

It is so ordered.

**Signed on May ____, 2014**

_____
**Steven Rhodes**
**United States Bankruptcy Judge**

3