UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED 2014 MAY 21 P 1:09
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

IN RE:

CASE NO: 13-53846
CHAPTER: _____
JUDGE: Steven Rhodes

Debtor: City of Detroit

MOTION FOR/TO: Approval to file Late Proof of claim

NOW COMES ~~Debtor(s)~~ creditor, and brings this motion for/to Maria T Powell creditor. In support of ~~Debtor(s)'s~~ creditor motion, ~~Debtor~~ states the following [state the facts]:

1. Detroit City Bus demolished creditor's property on April 27, 2013. Creditor filed a claim with the City of Detroit Law department on June 25, 2013 (claim # A32950-002812).

2. Creditor did not receive a "Notice of Need to file Proof of claim from Bankruptcy Court.

3. Creditor ~~Debtor~~ requests that I be granted to file a late proof of claim because I did not receive a notice from Bankruptcy Court

WHEREFORE, ~~Debtor~~ Credit[or] requests this Court to consider ~~Debtor's~~ Creditor's Motion for/to _____ Creditor and afford ~~Debtor~~ what further relief this Court deems equitable and just. A copy of a proposed Order is attached hereto.

Dated: 5/21/2014

Respectfully submitted,
creditor Maria T. Powell
(~~Debtor's~~ Signature)
Print Name: MARIA T. Powell

(Co-Debtor's Signature)
Print Name: _____



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CASE NO: 13-53846
CHAPTER:
JUDGE: Steven Rhodes

Creditor
~~Debtor~~.

_____/

ORDER GRANTING MOTION TO/FOR Approval to file Late Proof of Claim

This matter having come before the Court on Debtor's motion to/for _____, the Court having considered the motion, and having found cause:

**IT IS ORDERED** that the motion is granted.