Form B20A(Official Form 20A)
12/1/10

UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

In re:

**FILED** Chapter:

2014 MAY 21 P 4:0 Case No.: 13-53846

Debtor(s)    U.S. BANKRUPTCY COURT Judge: Steven Rhodes
Address 15300 Grandville   E.D. MICHIGAN-DETROIT
Detroit, MI 48223

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): 2079

## NOTICE OF MOTION

Debtor has filed papers with the court _____
{relief sought in motion or objection}

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to _____ [relief sought in motion or objection], or if you want the court to consider your views on the motion, within _____ days, you or your attorney must:

1.    File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
_____
_____

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to [enter your name and address and name and address of others to be served]:

2.    If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 5/21/2014      Signature Maria Duvell
Name
Address 15300 Grandville
Detroit, MI 48223

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

13-53846-tjt    Doc 4984    Filed 05/21/14    Entered 05/21/14 14:32:33    Page 1 of 1