UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  CASE NO: 13-53846
CHAPTER: _____
JUDGE: Steven Rhodes

FILED 2014 MAY 21 P 1:09
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Maria Powell ~~Debtor~~ Creditor

## CERTIFICATE OF SERVICE

The undersigned certifies that on __May 21, 2014__ (date of mailing), a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of Michigan, upon [specify name and mailing addressed of each party served]:

Dated: 5/21/2014

_Maria Powell_
(~~Debtor's~~ creditor Signature)
Print Name: MARIA POWELL

_____
(Co-Debtor's Signature)
Print Name: _____