UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Honorable Steven W. Rhodes |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the law firm of Foley & Lardner LLP, by the undersigned, hereby appears as counsel for City of Detroit, Michigan, as Debtor in the above-captioned action, and pursuant to Rule 2002 and Rule 9010 of the Federal Rules of Bankruptcy Procedure, requests that all notices that are required to be given and all pleadings and orders that are required to be served in the above-captioned Chapter 9 matter, and any associated adversary proceedings, be served to the following address:

> John A. Simon
> Foley & Lardner LLP
> 500 Woodward Avenue, Suite 2700
> Detroit, MI 48226-3489
> Email:  jsimon@foley.com
> Telephone: (313) 234-7100
> Facsimile:  (313) 234-2800

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices, pleadings, and orders referred to in the rules specified above, but also includes, without limitation, all other notices, papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or

4814-4583-17071

otherwise, which affects the above-captioned Debtor, property in its possession, custody, or control or the administration of the Debtor's bankruptcy case.

**FOLEY & LARDNER LLP**

*/s/ John A. Simon*
John A. Simon (P61866)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
(313) 234-7100
jsimon@foley.com
*Counsel to City of Detroit, Michigan*

Dated: May 21, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification to all counsel of record.

/s/ *John A. Simon*
John A. Simon (P61866)
FOLEY & LARDNER LLP
500 Woodward Avenue, Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
jsimon@foley.com

4814-4583-17071