# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## EX-PARTE MOTION TO FILE APPEARANCE
## IN PAPER IN LIEU OF AN ACCOUNT AND ORDER

Christopher P. Legghio, on behalf of the Detroit Fire Fighters Association, I.A.F.F., Local 344 (DFFA) files this ex-parte motion to file his appearance in paper in lieu of an account and order, pursuant to Local Bankruptcy Rule 9010-1 in the above captioned case so that he may appear before Judge Steven Rhodes for a May 22, 2014 10:00 a.m. hearing.

Christopher P. Legghio (P27378)
LEGGHIO & ISRAEL, P.C.
306 South Washington Avenue, Suite 600
Royal Oak, Michigan 48067-3837
T: 248 398 5900; F: 258 398 2662
cpl@legghioisrael.com

LEGGHIO & ISRAEL, P.C.

/s/ Christopher P. Legghio
Christopher P. Legghio (P27378)
Counsel for the Detroit Fire Fighters
Association, I.A.F.F., Local 344
306 South Washington Avenue, Suite 600
Royal Oak, Michigan 48067-3837
T: 248 398 5900;  F: 248 398 2662
cpl@legghioisrael.com

Dated: May 21, 2014