# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

In re

City of Detroit, Michigan,

           Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

---

## ORDER APPROVING EX-PARTE MOTION TO FILE APPEARANCE IN PAPER ~~IN LIEU OF AN ACCOUNT AND ORDER~~

Based on the attached Ex-Parte Motion of Christopher P. Legghio he may file his Appearance for the Detroit Fire Fighters Association, I.A.A.F. Local 344 (DFFA) in paper, ~~in lieu of an account and order in the above captioned case~~.

 

_/s/ Steven W. Rhodes_
Steven W. Rhodes
United States Bankruptcy Judge