# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the Detroit Fire Fighters Association, I.A.F.F. Local 344 (the "Appearing Party") appears by its counsel, Christopher P. Legghio from the law firm of Legghio & Israel, P.C.,

>Christopher P. Legghio
>LEGGHIO & ISRAEL, P.C.
>306 South Washington Avenue, Suite 600
>Royal Oak, Michigan 48067-3837
>T: 248 398 5900; F: 258 398 2662
>cpl@legghioisrael.com

>LEGGHIO & ISRAEL, P.C.
>
>/s/ Christopher P. Legghio
>Christopher P. Legghio (P27378)
>Counsel for the Detroit Fire Fighters
>Association, I.A.F.F., Local 344
>306 South Washington Avenue, Suite 600
>Royal Oak, Michigan 48067-3837
>T: 248 398 5900;  F: 248 398 2662
>cpl@legghioisrael.com

Dated: May 21, 2014