In re:

City of Detroit, Michigan            Chapter 9
                                               Case No. 13-53846
                                               Honorable Steven W Rhodes

       Debtor

_____/

## PROOF OF SERVICE

The undersigned states that on May 21, 2014 copies of **STIPULATION AND PROPOSED ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND WAIVING THE PROVISIONS OF F.R.B.P. 4001(a)(3)** were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

David G. Heiman
Heather Lennox
Jones Day
Attorneys for Debtor
901 Lakeside Ave.
Cleveland, OH 44114
djheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett
Jones Day
Attorneys for Debtor
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
bbennett@jonesday.com

Jonathan S. Green
Stephen S. LaPlante
Eric D. Carlson
Miller, Canfield, Paddock & Stone, P.L.C.
Attorneys for Debtor
150 West Jefferson, Suite 2500
Detroit, MI 48226
green@millercanfield.com
laplante@millercanfield.com
carlson@millercanfield.com

Judy B. Calton
Honigman Miller Schwartz & Cohn LLP
Attorneys for Debtor
2290 First National Building
Detroit, MI 48226
jcalton@honigman.com

Tamar Dolcourt
Attorney for Debtor
500 Woodward Ave., Suite 2700
Detroit, MI 48226
tdolcourt@foley.com

Eric B. Gaabo
Attorney for Debtor
1650 First National Building
Detroit, MI 48226
gaabe@detroitmi.gov

Robert S. Hertzberg
Attorney for Debtor
Pepper Hamilton LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
hertzbergr@pepperlaw.com

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, copies of **STIPULATION AND PROPOSED ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND WAIVING THE PROVISIONS OF F.R.B.P. 4001(a)(3)** to the following non-ECF participants:

| | |
|---|---|
| Andrea Jackson<br>a/k/a Andera L. Jackson<br>7227 Stahelin,<br>Detroit, MI 48228 | The Secretary of Housing and Urban Development<br>451 7th Street S.W.<br>Washington, DC 20410 |

Date: May 21, 2014

/s/ <u>Myra Gilmore</u>
Myra Gilmore
Bankruptcy Specialist
Orlans Associates, P.C.
Attorneys for Wells Fargo Bank, NA
P.O. Box 5041
Troy, MI 48007
(248) 502-1400
Email: eabood-carroll@orlans.com
File Number: 14-005276