UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:            Chapter 9
                                             13-53846-swr
City of Detroit, Michigan        Judge Rhodes

Debtor(s)
_____/

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3)

This matter having come before this Court on the Stipulation Granting Relief from the Automatic Stay; the City of Detroit, Michigan, ("Debtor"), by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C., and Wells Fargo Bank, NA ("Creditor"), by and through its counsel, Orlans Associates, P.C having stipulated to the following; and the Court being otherwise advised of the premises;

IT IS HEREBY ORDERED that the automatic stay is modified to allow Creditor, its successors or assigns, to foreclose on the property known as 7227 Stahelin, Detroit, MI 48228; that F.R.B.P.4001(a)(3), is waived; that this order shall be served by Creditor on the Debtor and all others with an interest in the subject property.

.

**Signed on May 22, 2014**

                                                                      **/s/ Steven Rhodes**
                                                                      **Steven Rhodes**
                                                                      **United States Bankruptcy Judge**