UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
                                    Chapter 9  
                                    Case No. 13-53846  
City of Detroit, Michigan,          Hon. Steven W. Rhodes  
     Debtor.  
_____/

Order Denying Motion for Intervention

On May 2, 2014, the Southeastern Oakland County Water Authority filed a motion for intervention and to be heard pursuant to Federal Rules of Bankruptcy Procedure, Rule 2018 and to support facilitative mediation with respect to issues related to the future of the Detroit Water and Sewerage Department. (Dkt. #4373) The Court concludes the motion fails to establish cause for the relief sought. Accordingly, it is denied.

.

**Signed on May 22, 2014**

                                                                                          /s/ Steven Rhodes  
                                                                                        **Steven Rhodes**  
                                                                                        **United States Bankruptcy Judge**