# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| 111 First Street | 211 W. Fort Street | 226 W. Second Street |
|---|---|---|
| Bay City, MI 48708 | 17th Floor | Flint, MI 48502 |
| | Detroit, MI 48226 | |

**Order Party: Name, Address and Telephone Number**

Name **Ambac Assurance Corporation**

Firm **Arent Fox LLP**

Address **1675 Broadway**

City, State, Zip **New York, NY 10019**

Phone **212.484.3900**

Email **mark.angelov@arentfox.com**

**Case/Debtor Name: City of Detroit, MI**

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** Hon. Steven Rhodes

( ● ) **Bankruptcy**   ( ○ ) **Adversary**

( ○ ) **Appeal**   **Appeal No:** _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 05/22/2014   **Time of Hearing:** 10 & 2   **Title of Hearing:** Hearing

Please specify portion of hearing requested: ( ● ) **Original/Unredacted**  ( ○ ) **Redacted**  ( ○ ) **Copy** (2nd Party)

( ● ) Entire Hearing   ( ○ ) Ruling/Opinion of Judge   ( ○ ) Testimony of Witness   ( ○ ) Other

Special Instructions: **Please send to miranda.perkins@arentfox.com; mark.angelov@arentfox.com**

---

**Type of Request:**

( ○ ) Ordinary Transcript - $3.65 per page (30 calendar days)

( ○ ) 14-Day Transcript - $4.25 per page (14 calendar days)

( ● ) Expedited Transcript - $4.85 per page (7 working days)

( ○ ) CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Mark Angelov   Date: **5/22/2014**

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date       By

Order Received:

Transcript Ordered

Transcript Received