# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

## NOTICE OF FILING OF FE MONTHLY INVOICE [MARCH 2014]

**PLEASE TAKE NOTICE** that, pursuant to paragraph 27 of the Court's Fee Review Order dated September 11, 2013 (Docket No. 810), Robert M. Fishman, the Court appointed fee examiner in the above-captioned case ("Fee Examiner"), caused to be filed the attached monthly invoice of the Fee Examiner Parties, which (i) requests an aggregate amount of $89,135.70 in fees and $84.25 in expenses, and (ii) consists of detailed statements of the fees and expenses requested for the month of March 2014 by (A) the Fee Examiner (*see* Exhibit A, requesting $27,501.00 in fees and $0 in expenses), (B) counsel to the Fee Examiner (*see* Exhibit B, requesting $40,221.50 in fees and $69.30 in expenses), and (C) the financial advisor to the Fee Examiner (*see* Exhibit C, requesting $21,413.20 in fees and $14.95 in expenses), a true copy of which is herewith served upon you.

Robert M. Fishman, Fee Examiner

Dated: May 22, 2014        By: /s/ Peter J. Roberts
                                One of his attorneys

Peter J. Roberts
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151 telephone
proberts@shawfishman.com

## CERTIFICATE OF SERVICE

Peter J. Roberts, an attorney, certifies that he caused a true copy of the foregoing **Notice Of Filing Of FE Monthly Invoice** to be served pursuant to the Court's CM/ECF System on this 22nd day of May, 2014.

/s/ Peter J. Roberts

{10661-001 NTC A0375341.DOCX}