UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 9
Case No. 13-53846
City of Detroit, Michigan,  Hon. Steven W. Rhodes
    Debtor.
_____/

Order Overruling Objection to Disclosure Statement

On May 12, 2014, Dorothy M. W. Baker filed "Another Objection to sending out Ballots to Vote on the City of Detroit's Fourth Amended Plan/Disclosure Statement." (Dkt. #4706) This objection was filed after the deadline set by the Court for filing objections to the disclosure statement. Accordingly, the objection is overruled as untimely.

.

**Signed on May 23, 2014**

                                    /s/ Steven Rhodes
                                    **Steven Rhodes**
                                    **United States Bankruptcy Judge**