Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
　City of Detroit, Michigan
　2 Woodward Avenue
　Suite 1126
　Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
　38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 716, 231 W. Lafayette, Detroit, MI 48226** on **5/28/14** at **10:00 AM** to consider and act upon the following:

*5011* – Letter filed by Stephen D. Lerner, Counsel to the Court Appointed Expert. (ckata)

Dated: 5/23/14

　　　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　　Katherine B. Gullo
　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　BY: christine sikula
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk