Form nstatusBK

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

**NOTICE OF STATUS CONFERENCE REGARDING PLAN CONFIRMATION PROCESS (CONTINUED FROM 5/22/2014)**

**PLEASE TAKE NOTICE** that a Status Conference regarding plan confirmation process , will be held on the above−entitled bankruptcy case at:

Location: **U.S. Courthouse, Courtroom 716, 231 W. Lafayette, Detroit, MI 48226**

Date: **5/28/14**

Time: **10:00 AM**

CONTINUATION OF STATUS CONFERENCE HELD ON 5/22/2014.

Dated: 5/23/14

                                                  BY THE COURT

                                                  Katherine B. Gullo
                                                  Clerk, U.S. Bankruptcy Court

                                                  BY: christine sikula
                                                  Deputy Clerk