**Exhibit 6B**



CONFIDENTIAL INFORMATION
JApiel@hodg____.com
Detroit/___ 09:__
SPECIMEN
NUMBER

Unless this certificate is presented by an authorized representative of The Depository Trust Company, a New York corporation ("DTC") to the City (as hereinafter defined), or its agent for registration of transfer, exchange, or payment and any certificate issued is registered in the name of Cede & Co. or in such other name as is requested by an authorized representative of DTC (and any payment is made to Cede & Co. or to such other entity as is requested by an authorized representative of DTC), ANY TRANSFER, PLEDGE, OR OTHER USE HEREOF FOR VALUE OR OTHERWISE BY OR TO ANY PERSON IS WRONGFUL inasmuch as the registered owner hereof, Cede & Co., has an interest herein.

R-11

UNITED STATES OF AMERICA
STATE OF MICHIGAN
COUNTY OF WAYNE

CITY OF DETROIT

GENERAL OBLIGATION BOND
(UNLIMITED TAX), SERIES 2008-A

| Interest Rate | Maturity Date | Date of Original Issue | CUSIP |
|---|---|---|---|
| 5.00% | April 1, 2028 | June 9, 2008 | 251093 N63 |

Registered Owner: Cede & Co.

Principal Amount: Nineteen Million Nine Hundred Eighty Thousand Dollars

The City of Detroit, County of Wayne, State of Michigan (the "City"), hereby acknowledges itself to owe and for value received promises to pay to the Registered Owner specified above, or registered assigns, on the Maturity Date specified above, unless redeemed prior thereto as hereinafter provided, the Principal Amount specified above together with interest thereon (computed on the basis of a 360-day year consisting of twelve 30-day months) at the Interest Rate per annum specified above from the Date of Original Issue specified above, or from the most recent Interest Payment Date (as hereinafter defined) to which interest has been paid, until the Principal Amount specified above is paid in full. Interest is payable semiannually on April 1 and October 1 in each year commencing on October 1, 2008 (each an "Interest Payment Date"). The interest so payable, and punctually paid or duly provided for, will be paid, as provided in the hereinafter defined Resolution, to the person in whose name this Bond is registered on the books maintained for such purpose by the hereinafter defined Paying Agent (the



"Bond Registry"), on the close of business on the Regular Record Date for such interest payment, which shall be the fifteenth day (whether or not a business day) of the calendar month immediately preceding such Interest Payment Date. Any such interest not so punctually paid or duly provided for shall herewith cease to be payable to the Registered Owner on such Regular Record Date, and may be paid to the person in whose name this Bond is registered at the close of business on a Special Record Date for the payment of such defaulted interest to be fixed by the Paying Agent, notice of which shall be given to Registered Owners at least seven days before such Special Record Date, or may be paid at any time in any other lawful manner.

The principal of this Bond is payable in lawful money of the United States of America upon presentation and surrender of this Bond at the designated corporate trust office of U.S. Bank National Association, Detroit, Michigan, as registrar, transfer agent and paying agent under the Resolution (such bank and any successor as paying agent, the "Paying Agent"). Interest on this Bond is payable in like money by check or draft drawn on the Paying Agent and mailed to the Registered Owner entitled thereto, as provided above, by first class mail or, upon the written request of a Registered Owner of at least $1,000,000 in aggregate principal amount of Bonds (with complete wiring instructions no later than the Regular Record Date for such Interest Payment Date), by wire transfer by the Paying Agent to such Registered Owner, and such request may provide that it will remain in effect with respect to subsequent Interest Payment Dates unless and until changed or revoked at any time prior to a Regular Record Date by subsequent written notice to the Paying Agent. For prompt payment of this Bond, both principal and interest, the full faith, credit and resources of the City are hereby irrevocably pledged.

This Bond is one of a series of bonds of even Date of Original Issue aggregating the principal amount of $58,630,000 (the "Bonds"), issued pursuant to a vote of the qualified electors of the City voting thereon at certain Prior Elections (as defined in the Resolution) and in accordance with Act 34, Public Acts of Michigan, 2001, as amended, and Act 279, Public Acts of Michigan, 1909, as amended, and pursuant to and in accordance with a Resolution duly adopted by the City Council of the City on November 17, 2006 and a Sale Order of the Finance Director of the City issued on May 30, 2008 (collectively, the "Resolution"). The Bonds are issued for the purpose of financing certain capital improvement projects in the City and paying costs of issuance of the Bonds.

The Bonds maturing prior to April 1, 2018 are not subject to redemption prior to maturity. The Bonds maturing on or after April 1, 2019 are subject to redemption at the option of the City, in such order of maturity as the City shall determine and within any maturity by lot, as a whole or in part in an Authorized Denomination on any date on or after April 1, 2018, at the redemption price of 100% of the principal amount of the bonds to be redeemed, plus accrued interest to the date fixed for redemption.



Bonds of this issue maturing on April 1, 2024 and April 1, 2028 (the "Term Bonds") are subject to mandatory redemption, in part, by lot, on the redemption dates and in the principal amounts set forth below, and at a redemption price equal to the principal amount thereof, without premium, together with accrued interest thereon to the date fixed for redemption.

### Term Bonds due April 1, 2024

| Redemption Dates | Principal Amounts |
|---|---|
| April 1, 2023 | $4,205,000 |
| April 1, 2024 (Maturity) | 4,415,000 |

### Term Bonds due April 1, 2028

| Redemption Dates | Principal Amounts |
|---|---|
| April 1, 2025 | $4,635,000 |
| April 1, 2026 | 4,870,000 |
| April 1, 2027 | 5,110,000 |
| April 1, 2028 (Maturity) | 5,365,000 |

The principal amount of the Term Bonds of a maturity to be redeemed on the dates set forth above shall be reduced by the principal amount of the Term Bonds of the same maturity which have been previously redeemed or called for redemption (other than as a result of a mandatory redemption) or purchased or acquired by the City and delivered to the Transfer Agent. The City may satisfy mandatory redemption requirements by the purchase and surrender of Term Bonds in lieu of the calling of such Term Bonds for redemption.

In case less than the full amount of an outstanding Bond is called for redemption, the Paying Agent, upon presentation of the Bond called in part for redemption, shall register, authenticate, and deliver to the Registered Owner, a new Bond of the same type and the same maturity, in the principal amount of the portion of the original Bond not called for redemption.

Notice of redemption shall be given to the Registered Owners of the Bonds or portions of Bonds to be redeemed by mailing of such notice by first class mail not less than 30 days prior to the date fixed for redemption to the Registered Owners at the addresses of the Registered Owners as shown on the registration books as of the date of such mailing kept by the Paying Agent. Bonds called for redemption shall not bear interest after the date fixed for redemption, whether presented for redemption or not, provided that funds are on hand with the Paying Agent to redeem the Bonds or portions of Bonds called for redemption.

This Bond is payable out of the Debt Retirement Fund of the City for this issue, and the City is obligated to levy annually sufficient taxes to provide for the payment of the principal of and interest on the Bonds as they mature without limitation as to rate or amount.

Reference is hereby made to the Resolution for the provisions with respect to the nature and extent of the security for the Bonds, the manner and enforcement of such security, the rights, duties and obligations of the City, and the rights of the Paying Agent and the Registered Owners of the Bonds. As therein provided, the Resolution may be amended in certain respects without the consent of the Registered Owners of the Bonds. Copies of the Resolution are on file and available for inspection at the office of the Finance Director and at the principal corporate trust office of the Paying Agent.

The City and the Paying Agent may treat and consider the person in whose name this Bond is registered on the Bond Registry as the absolute owner hereof, whether this Bond shall be overdue or not, for the purpose of receiving payment of, or on account of, the principal hereof and interest hereon and for all other purposes whatsoever, and all such payments so made to such person or upon his order shall be valid and effectual to satisfy and discharge the liability hereon to the extent of the sum or sums so paid.

The registration of this Bond is transferable only upon the Bond Registry by the Registered Owner hereof or by his attorney duly authorized in writing upon the presentation and surrender hereof at the designated corporate trust office of the Paying Agent together with a written instrument of transfer satisfactory to the Paying Agent, duly executed by the Registered Owner hereof or his attorney duly authorized in writing, and thereupon one or more fully executed and authenticated Bonds in any authorized denominations of like maturity and tenor, in equal aggregate principal amount shall be issued to the transferee in exchange therefor as provided in the Resolution upon the payment of the charges, if any, therein prescribed.

It is hereby certified, recited and declared that all acts, conditions and things required by law to exist, happen and to be performed, precedent to and in the issuance of this Bond and the series of Bonds of which this is one, do exist, have happened and have been performed in due time, form and manner as required by the Constitution and statutes of the State of Michigan, and that the total indebtedness of the City, including this bond and the series of Bonds of which this is one does not exceed any constitutional, statutory or charter limitation.

This Bond is not valid or obligatory for any purpose until the Paying Agent's Certificate of Authentication on this Bond has been executed by the Paying Agent.

CONFIDENTIAL INFORMATION
JApatel@chadbourne.com
Detroit28116 2013 09:43



IN WITNESS WHEREOF, the City, by authority of its City Council, has caused this Bond to be signed for and on its behalf and in its name with the facsimile signature of the Mayor of the City and the facsimile signature of its Finance Director, and the official seal of the City to be printed hereon, all as of the Date of Original Issue.

CITY OF DETROIT

By _____
        Mayor

[SEAL]

By: _____
    Norman L. White
    Finance Director

CONFIDENTIAL INFORMATION
jApel@chadbourne.com
Detroit/28:10:2015 00:43

CERTIFICATE OF AUTHENTICATION

This bond is one of the Bonds mentioned in the within described Resolution.

U.S. BANK NATIONAL ASSOCIATION
Detroit, Michigan
as Paying Agent

SPECIMEN

By _____DJBrown_____
Authorized Signatory

Authentication Date: 6/9/08

**SPECIMEN**

STATEMENT OF INSURANCE

Assured Guaranty Corp. ("Assured Guaranty"), a Maryland-domiciled insurance company, has delivered its financial guaranty insurance policy (the "Policy") with respect to the scheduled payments of principal of and interest on this bond to U.S. Bank National Association, Detroit, Michigan, as paying agent on behalf of the holders of the Bonds (the "Trustee"). Such policy is on file and available for inspection at the principal office of the Trustee and a copy thereof may be obtained from Assured Guaranty or the Trustee. All payments required to be made under the Policy shall be made in accordance with the provisions thereof. The owner of this bond acknowledges and consents to the subrogation rights of Assured Guaranty as more fully set forth in the Policy.

CONFIDENTIAL INFORMATION
JApfel@chadbourne.com
Detroit/28.10.2013 - 09.43



ASSIGNMENT

FOR VALUE RECEIVED the undersigned hereby sells, assigns and transfers unto

_____
(Please print or typewrite name and address of transferee)

the within bond and all rights thereunder, and hereby irrevocably constitutes and appoints _____ attorney to transfer the within bond on the books kept for registration thereof, with full power of substitution in the premises.

Dated:_____

Signature Guaranteed:_____

NOTICE: The signature(s) to this assignment must correspond with the name as it appears upon the face of the within bond in every particular, without alteration or enlargement or any change whatever. When assignment is made by a guardian, trustee, executor or administrator, an officer of a corporation, or anyone in a representative capacity, proof of such person's authority to act must accompany the bond.

Signature(s) must be guaranteed by a commercial bank or trust company or by a brokerage firm having a membership in one of the major stock exchanges. The transfer agent will not effect transfer of this bond unless the information concerning the transferee requested below is provided.

PLEASE INSERT SOCIAL SECURITY NUMBER OR OTHER IDENTIFYING NUMBER OF TRANSFEREE.

[          ]

(Insert number for first named transferee if held by joint account.)

Name and Address: _____
_____
_____
(Include information for all joint owners if the bond is held by joint account.)

DELIB:2978926.2\022765-00179