FILED
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

2014 MAY 23

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

| | |
|---|---|
| In re | Chapter 9 |
| City of Detroit, Michigan | Case No. 13-53846 |
| Debtor | Hon.: Steven W. Rhodes |

_____/

**Motion To Contest Debtor's Notice of Non-Voting Status and
Hold Debtor Liable for Its Misrepresentation**

NOW COMES, Creditor Irma Industrious in pro per and for her Motion to Contest Debtor's Notice of Non-Voting Status and Hold Debtor Liable for its Misrepresentation states as follows:

1. On May 15, 2014, I received a document from the Debtor entitled "Notice of Non-Voting Status Under Plan for the Adjustment of Debts of the City of Detroit".

2. I am listed as a creditor by the Debtor.

3. I have filed a claim asserting my right to reimbursement from the Debtor.

4. I am entitled to vote as a creditor of the Debtor.

5. I received a voting ballot regarding the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit.

6. The Debtor subsequently mailed to me a "Notice of Non-Voting Status Under Plan for the Adjustment of Debts of the City of Detroit"; and it appears that that the Debtor is attempting to revoke my voting ballot.

7. The Debtor's Notice of Non -Voting Status is erroneous and fraudulent.

8. I do not hold a claim in Class 1A-1 through 1A-337.

9. I do not hold a claim in Class 1B-1 through 1B-23.

1

10. I do not hold a claim in Class 1C-1 through 1C-4.

11  I do not hold a claim in Class 2A, Class 2B, Class 2C, Class 2D, Class 2E, or Class 2F.

12. I do not hold a claim in Class 3.

13. I do not hold a claim in Class 4.

14. I do not hold a claim in Class 6.

15. I do not hold a claim in Class 16.

16. I have filed claims regarding the Debtor's illegal attempt to reduce my accrued financial benefits as guaranteed by the Constitution of the State of Michigan.

17. I am entitled to vote on the Debtor's Fourth Amended Plan for the Adjustment of Debts of the City of Detroit.

18. The Debtor is misrepresenting to this Court that I possess Non-Voting status, and the Debtor is attempting to prevent me from having a vote regarding the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit.

WHEREFORE, based on the foregoing, this Creditor respectfully requests that this Court remove the Non-Voting classification status that the Debtor has erroneously designated, allow this Creditor to vote on the Debtor's Fourth Amended Plan for the Adjustment of Debts of the City of Detroit, and to also hold the Debtor liable for misrepresenting to this Court that this Creditor possess Non-Voting status.

Respectfully submitted,

Irma Industrious
In Pro Per
Creditor
3051 Lindenwood Drive,
Dearborn, MI 48120

2

13-53846-tjt   Doc 5016   Filed 05/23/14   Entered 05/23/14 15:38:48   Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re
City of Detroit, Michigan
    Debtor
_____/

Chapter 9
Case No. 13-53846
Hon.: Steven W. Rhodes

# ORDER GRANTING CREDITOR'S MOTION TO CONTEST DEBTOR'S NOTICE OF NON-VOTING STATUS AND HOLD DEBTOR LIABLE

**It is ORDERED AND ADJUDGED**, that Creditor Irma Industrious Motion To Contest Debtor's Notice of Non-Voting Status and Hold Debtor Liable for Its Misrepresentation is hereby **GRANTED.**

_____
BANKRUPTCY JUDGE
Steven W. Rhodes