UNITED STATES BANKRUPTCY COURT FILED
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

2014 MAY 23 P 3:31

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

In re  
City of Detroit, Michigan  
    Debtor  
_____/

Chapter 9  
Case No. 13-53846  
Hon.: Steven W. Rhodes

**BRIEF IN SUPPORT**

**FACTS**

This Creditor has a vested right to accrued financial benefits from the Debtor. I therefore timely filed claims with this Court asserting my entitlement to those benefits. I also served the Debtor with a copy of those claims.

The Debtor has erroneously and fraudulently represented to this Court that I possess Non-Voting status and is not entitled to vote on the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit. The Debtor is improperly attempting to deny me the right to vote on the Debtor's Fourth Amended Plan for the Adjustment of Debts of the City of Detroit.

**ARGUMENT**

The Debtor has put forth its Fourth Amended Plan for the Adjustment of Debts of the City of Detroit. This Creditor has timely filed with this Court and served the Debtor with her claims regarding her accrued financial benefits as guaranteed by the Constitution of the State of Michigan.

The Debtor, in its "Notice of Non-Voting Status Under Plan for the Adjustment of Debts of the City of Detroit", has listed classes of claims that are not entitled to vote on the Plan. The

Debtor erroneously asserts that I fall within one of the classes of claims. Clearly, I do not fall within any of the classes of claims listed by the Debtor.

The Debtor erroneously and fraudulently misrepresents to this Court that I possess Non-Voting status and therefore not entitled to vote on the Plan.

WHEREFORE, based on the foregoing, this Creditor respectfully requests that this Court remove the Non-Voting classification status that the Debtor has erroneously designated, allow this Creditor to vote on the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit, and hold the Debtor liable for misrepresenting to this Court that this Creditor possess Non-Voting status.

Respectfully submitted,

Irma Industrious
In Pro Per
Creditor
3051 Lindenwood Drive,
Dearborn, MI 48120
(313) 460-4731