FILED
2014 MAY 23 P 3:31
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Debtor.

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven W. Rhodes

## PROOF OF SERVICE

I hereby certify that on May 23, 2014 (date of mailing), I served copies as follows:

1. Document(s) served: ① Motion to Contest Debtor's Notice of Non-Voting Status and Hold Debtor Liable for its Misrepresentation

   ② Proof of Service
   ③ Proposed Order

2. Served upon [name and address of each person served]:

   Bruce Bennett
   Jones Day
   555 South Flower Street
   Fifteenth Floor
   Los Angeles, CA 90071

3. By First Class Mail.

Dated: May 23, 2014

(Signature of ~~Debtor~~) Creditor

Print Name: Irma Industrious

(Signature of Co-Debtor)

Print Name: _____

13-53846-tjt    Doc 5018    Filed 05/23/14    Entered 05/23/14 15:43:05    Page 1 of 1