UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Regarding Adjourned Status Conference

At the adjourned status conference scheduled for May 28, 2014, the City and each objecting creditor shall present to the Court a summary of the evidence as it relates to each of the requirements for plan confirmation on which it takes a position. These presentations shall be neither opening statements nor closing arguments and shall not argue or address any issues of law. The presentations should, however, be sufficiently detailed to enable the Court to evaluate the relevance, necessity and value of each witness's testimony.

.

**Signed on May 23, 2014**

                                                      /s/ Steven Rhodes  
                                                    Steven Rhodes  
                                                    United States Bankruptcy Judge