# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Regarding Identifying Legal Issues Relating to Confirmation

To facilitate and expedite the Court's consideration of the City's plan of adjustment, it is hereby ordered that by May 27, 2014, the City and each objecting creditor shall file a paper identifying any issues of law relating to confirmation that the party believes can be determined without the necessity of proof at the confirmation hearing.

The Court will review the parties' suggestions of legal issues at the status conference on May 28, 2014.

.

**Signed on May 23, 2014**

                                                                                 /s/ Steven Rhodes  
                                                                               Steven Rhodes  
                                                                               United States Bankruptcy Judge