**Exhibit 6D**

# IMPAIRED ASSURED-INSURED DWSD BONDS
# UNDER FOURTH AMENDED PLAN OF ADJUSTMENT[9]

## Sewer Bonds

| Class Number (1A-__) | Series Name | CUSIP | Lien | Maturity | Principal | Coupon | Call Date |
|---|---|---|---|---|---|---|---|
| 227 | Sewer2001C1 (Ins) | 2512376J7 | Senior | 7/1/2016 | 625,000 | 5.25% | N/A |
| 228 | Sewer2001C1 (Ins) | 2512376K4 | Senior | 7/1/2017 | 655,000 | 5.25% | N/A |
| 229 | Sewer2001C1 (Ins) | 2512376L2 | Senior | 7/1/2018 | 690,000 | 5.25% | N/A |
| 230 | Sewer2001C1 (Ins) | 2512376M0 | Senior | 7/1/2019 | 720,000 | 5.25% | N/A |
| 231 | Sewer2001C1 (Ins) | 2512376P3 | Senior | 7/1/2027 | 110,510,000 | 7.00% | 7/1/2019 |

| Class Number (1A-__) | Series Name | CUSIP | Lien | Maturity | Principal | Coupon | Call Date |
|---|---|---|---|---|---|---|---|
| 263 | Sewer2003A (Not Call) | 251237YR8 | Senior | 7/1/2016 | 12,535,000 | 5.50% | N/A |
| 265 | Sewer2003A (Not Call) | 251237YU1 | Senior | 7/1/2017 | 13,215,000 | 5.50% | N/A |
| 266 | Sewer2003A (Not Call) | 251237YX5 | Senior | 7/1/2018 | 13,950,000 | 5.50% | N/A |

| Class Number (1A-__) | Series Name | CUSIP | Lien | Maturity | Principal | Coupon | Call Date |
|---|---|---|---|---|---|---|---|
| 270 | Sewer2003B | 2512376Q1 | Senior | 7/1/2033 | 150,000,000 | 7.50% | 7/1/2019 |

---

[9] Aggregate principal of assured-insured bonds to be impaired under the Plan: $704,975,000

| Class Number (1A-__) | Series Name | CUSIP | Lien | Maturity | Principal | Coupon | Call Date |
|---|---|---|---|---|---|---|---|
| 272 | Sewer2004A | 251237B77 | Senior | 7/1/2019 | 14,830,000 | 5.25% | N/A |
| 273 | Sewer2004A | 251237B85 | Senior | 7/1/2020 | 15,605,000 | 5.25% | N/A |
| 274 | Sewer2004A | 251237B93 | Senior | 7/1/2021 | 5,525,000 | 5.25% | N/A |
| 275 | Sewer2004A | 251237C27 | Senior | 7/1/2022 | 5,545,000 | 5.25% | N/A |
| 276 | Sewer2004A | 251237C35 | Senior | 7/1/2023 | 5,835,000 | 5.25% | N/A |
| 277 | Sewer2004A | 251237C43 | Senior | 7/1/2024 | 6,145,000 | 5.25% | N/A |

| Class Number (1A-__) | Series Name | CUSIP | Lien | Maturity | Principal | Coupon | Call Date |
|---|---|---|---|---|---|---|---|
| 321 | Sewer2012A (Ins) | 251250AC0 | Senior | 7/1/2016 | 8,880,000 | 5.00% | N/A |
| 322 | Sewer2012A (Ins) | 251250AE6 | Senior | 7/1/2018 | 9,750,000 | 5.00% | N/A |

**Water Bonds**

| Class Number (1A-__) | Series Name | CUSIP | Lien | Maturity | Principal | Coupon | Call Date |
|---|---|---|---|---|---|---|---|
| 125 | Water2006A | 251255V51 | Senior | 7/1/2016 | 8,030,000 | 5.00% | N/A |
| 126 | Water2006A | 251255V69 | Senior | 7/1/2017 | 8,430,000 | 5.00% | 7/1/2016 |
| 127 | Water2006A | 251255V77 | Senior | 7/1/2018 | 8,855,000 | 5.00% | 7/1/2016 |
| 128 | Water2006A | 251255V85 | Senior | 7/1/2019 | 9,295,000 | 5.00% | 7/1/2016 |
| 129 | Water2006A | 251255V93 | Senior | 7/1/2020 | 9,760,000 | 5.00% | 7/1/2016 |
| 130 | Water2006A | 251255W27 | Senior | 7/1/2021 | 10,250,000 | 5.00% | 7/1/2016 |
| 131 | Water2006A | 251255W35 | Senior | 7/1/2022 | 10,760,000 | 5.00% | 7/1/2016 |
| 132 | Water2006A | 251255W43 | Senior | 7/1/2023 | 11,300,000 | 5.00% | 7/1/2016 |

| Class Number (1A-__) | Series Name | CUSIP | Lien | Maturity | Principal | Coupon | Call Date |
|---|---|---|---|---|---|---|---|
| 133 | Water2006A | 251255W50 | Senior | 7/1/2024 | 11,865,000 | 5.00% | 7/1/2016 |
| 134 | Water2006A | 251255W68 | Senior | 7/1/2025 | 12,460,000 | 5.00% | 7/1/2016 |
| 135 | Water2006A | 251255W76 | Senior | 7/1/2026 | 13,080,000 | 5.00% | 7/1/2016 |

| Class Number (1A-__) | Series Name | CUSIP | Lien | Maturity | Principal | Coupon | Call Date |
|---|---|---|---|---|---|---|---|
| 160 | Water2006D | 2512552D6 | Senior | 7/1/2019 | 2,650,000 | 5.00% | 7/1/2016 |
| 161 | Water2006D | 2512552E4 | Senior | 7/1/2020 | 3,200,000 | 5.00% | 7/1/2016 |
| 162 | Water2006D | 2512552F1 | Senior | 7/1/2023 | 20,135,000 | 5.00% | 7/1/2016 |
| 163 | Water2006D | 2512552G9 | Senior | 7/1/2024 | 27,425,000 | 5.00% | 7/1/2016 |
| 164 | Water2006D | 2512552H7 | Senior | 7/1/2025 | 9,955,000 | 5.00% | 7/1/2016 |

| Class Number (1A-__) | Series Name | CUSIP | Lien | Maturity | Principal | Coupon | Call Date |
|---|---|---|---|---|---|---|---|
| 142 | Water2006B | 251256AM5 | Second | 7/1/2019 | 100,000 | 5.00% | N/A |
| 143 | Water2006B | 251256AN3 | Second | 7/1/2023 | 400,000 | 5.50% | 7/1/2019 |
| 144 | Water2006B | 251256AP8 | Second | 7/1/2036 | 56,600,000 | 7.00% | 7/1/2019 |
| 145 | Water2006B | 251256AQ6 | Second | 7/1/2036 | 62,100,000 | 6.25% | 7/1/2019 |

| Class Number (1A-__) | Series Name | CUSIP | Lien | Maturity | Principal | Coupon | Call Date |
|---|---|---|---|---|---|---|---|
| 148 | Water2006C | 251255Y25 | Second | 7/1/2016 | 3,795,000 | 5.00% | N/A |
| 149 | Water2006C | 251255Y33 | Second | 7/1/2017 | 4,010,000 | 5.00% | 7/1/2016 |

| Class Number (1A-__) | Series Name | CUSIP | Lien | Maturity | Principal | Coupon | Call Date |
|---|---|---|---|---|---|---|---|
| 150 | Water2006C | 251255Y41 | Second | 7/1/2018 | 4,765,000 | 5.00% | 7/1/2016 |
| 151 | Water2006C | 251255Y58 | Second | 7/1/2022 | 5,860,000 | 5.00% | 7/1/2016 |
| 152 | Water2006C | 251255Y66 | Second | 7/1/2026 | 14,880,000 | 5.00% | 7/1/2016 |