UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                               :

In re                                       : Chapter 9

CITY OF DETROIT, MICHIGAN,     : Case No. 13-53846

                  Debtor.                   : Hon. Steven W. Rhodes

---------------------------------------------------------x

## **DECLARATION OF GEOFFREY S. STEWART**

I, Geoffrey S. Stewart, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Partner at Jones Day, which currently serves as restructuring counsel for the City of Detroit, the debtor in the above-captioned chapter 9 case.

2. On May 23, 2014, I caused to be transmitted to Stephen D. Lerner, counsel for Court-appointed expert Martha E. M. Kopacz, the letter attached to this Declaration as Exhibit A.

3. The letter attached to this Declaration as Exhibit A is a true and correct copy of the letter transmitted to Mr. Lerner.

I, the undersigned, declare under penalty of perjury that the foregoing is true and correct.

Executed on May 23, 2014    By:    /s/ Geoffrey S. Stewart_____
                                   Geoffrey S. Stewart
                                   Partner
                                   JONES DAY

2

13-53846-tjt    Doc 5023    Filed 05/23/14    Entered 05/23/14 15:58:55    Page 2 of 7

Respectfully submitted,

Dated: May 23, 2014

/s/ Heather Lennox
Heather Lennox (OH 0059649)
David G. Heiman (OH 0038271)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Thomas F. Cullen, Jr.
Gregory M. Shumaker
Geoffrey S. Stewart
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap (P68258)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
Facsimile: (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

ATTORNEYS FOR THE CITY OF DETROIT

# **EXHIBIT A**

# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001.2113

TELEPHONE: +1.202.879.3939 • FACSIMILE: +1.202.626.1700

Direct Number: (202) 879-5445
GSTEWART@JONESDAY.COM

JP306307  May 23, 2014

Stephen D. Lerner
Squire Sanders (US) LLP
221 East Fourth Street
Suite 2900
Cincinnati, Ohio 45202
stephen.lerner@squiresanders.com

Re: <u>In re City of Detroit, Michigan, Chapter 9 Case No. 13-53846</u>

Dear Stephen:

      I am writing in response to your letter of this date to Judge Rhodes. Your letter is surprising to us, since it was filed 45 minutes after Ernst & Young's principal on the Detroit engagement, Gaurav Malhotra, spoke to your client and corrected some of the misunderstandings reflected in your letter. In addition, it appears that you may not have been aware when you sent your letter of the details of proceedings before Judge Rhodes in yesterday's status conference.

      1. First, Ernst & Young ("EY") agreed some time ago to produce to your client (and also to the other parties in the case) the "fully functioning" financial models EY had prepared in connection with its work. We reiterated that commitment at yesterday's hearing and, in fact, produced those models to your client earlier today. The reason for the delay in producing the models was that they contain formulae and calculations that related to work EY had done to support the City's settlement negotiations with creditors, which were privileged. As a result, EY was required to undertake the process of removing this privileged material from its financial models, which it completed yesterday.

      2. In the meantime, EY provided your client with versions of the model, in Excel spreadsheet form, that substituted "pasted" values for the privileged information in question. Although this may not have been ideal, it was intended to allow your client to begin its work while EY completed its redaction of privileged material from the overall model.

      3. I do not believe that EY has been uncooperative. Since April 24, EY has posted 43 files to the data room in response to Phoenix' requests, representatives of EY have had eight meetings with your client, and EY has complied with numerous verbal requests to provide information or explain particular items to Phoenix. EY has done so despite its commitments to

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DUBAI • DUSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

13-53846-tjt    Doc 5023    Filed 05/23/14    Entered 05/23/14 15:58:55    Page 5 of 7

Stephen D. Lerner
May 23, 2014
Page 2

complete other projects for the City, and it has given Phoenix more favorable treatment than it has given to representatives of bondholders, unions, and other creditors of the City.

    4. EY remains prepared to discuss issues related to the restructuring and reinvestment initiatives with your client at your convenience and to provide and documents or information it needs. I understand that Ms. Kopacz suggested a meeting this next Wednesday, May 29, which EY has accepted.

    I would suggest in the future that you contact me with these issues if and when they arise. Although some misunderstandings are inevitable in a large case like this one, there is no reason counsel cannot resolve them.

Very truly yours,

Geoffrey S. Stewart

cc: The Honorable Steve W. Rhodes
    United States Bankruptcy Court
    Eastern District of Michigan
    Southern Division
    211 W. Fort Street
    Suite 1800
    Detroit, Michigan 48226

## CERTIFICATE OF SERVICE

      I, Heather Lennox, hereby certify that the foregoing DECLARATION OF GEOFFREY S. STEWART was filed and served via the Court's electronic case filing and noticing system on this 23rd day of May, 2014.

                                    /s/ Heather Lennox
                                    Heather Lennox