UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

Debtor.

_____/

Chapter 9

Case No: 13-53846

Hon. Steven. W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2014, I caused the following documents: (i) *National Public Finance Guarantee Corporation's Notice of Right to Vote the National DWSD Bond Claims* [Doc. No. 5025], and (ii) *National Public Finance Guarantee Corporation's Notice of Right to Vote Certain Class 8 Unlimited Tax General Obligation Bond Claims* [Doc. No. 5026] to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants in this bankruptcy case.

Respectfully Submitted,

**JAFFE RAITT HEUER & WEISS, P.C.**

By:  /s/ Paul R. Hage
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214
Telephone: (248) 351-3000
phage@jaffelaw.com

*Counsel for National Public Finance Guarantee Corp.*

Dated: May 23, 2014.