M. Natasha Labovitz
My Chi To
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Berkshire Hathaway Assurance Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 9 |
| | ) | |
| **CITY OF DETROIT, MICHIGAN,** | ) | Case No. 13-53846 |
| | ) | |
| **Debtor.** | ) | Hon. Steven W. Rhodes |

**BERKSHIRE HATHAWAY ASSURANCE CORPORATION'S
<u>NOTICE OF ASSERTED RIGHT TO VOTE CLAIMS</u>**

PLEASE TAKE NOTICE that, pursuant to this Court's Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Adjustment and (II) Approving Notice Procedures Related to Confirmation of the Plan of Adjustment [Docket No. 2984] and Fourth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment [Docket No. 4202], Berkshire Hathaway Assurance Corporation ("<u>BHAC</u>") hereby asserts its right to vote on (and make distribution elections under) the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit [Docket No. 4392] with respect to all claims in Classes 1A-5 to 1A-21 (DWSD Water Bond Series 2001-C), 1A-96 to 1A-113 (DWSD Water Bond Series 2005-B) and 1A-243 (DWSD Sewer Bond Series 2001-E), for the reasons set forth in the brief in support of this notice filed concurrently herewith.

Dated: New York, New York
May 23, 2014

Respectfully submitted,

/s/ My Chi To
DEBEVOISE & PLIMPTON LLP

M. Natasha Labovitz
My Chi To
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
nlabovitz@debevoise.com
mcto@debevoise.com

*Attorneys for Berkshire Hathaway
Assurance Corporation*