211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Notice to Respondent is Non−Compliant. Notice doesn't state how many days are given to object, and the Court's Address is missing from the Notice as well.

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a) (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☑ Notice to Respondent
- ☐ Original Signature
- ☐ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 5/21/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                            United States Bankruptcy Court
                            Eastern District of Michigan
In re:                                                                  Case No. 13-53846-swr
City of Detroit, Michigan                                               Chapter 9
       Debtor                      CERTIFICATE OF NOTICE
District/off: 0645-2          User: ckata              Page 1 of 14              Date Rcvd: May 21, 2014
                              Form ID: def2            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2014.
cr          +Maria T. Powell,    15300 Grandville,    Detroit, MI 48223-1709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           Daniel M. McDermott
                                                                                         TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2014                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2014 at the address(es) listed below:
              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
               alfredo.perez@weil.com,kelly.diblasi@weil.com,debora.hoehne@weil.com,elizabeth.hendee@weil.com,
               edward.soto@weil.com,Edward.McCarthy@weil.com
              Alidz Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               oshagan@legghioisrael.com,   drf@legghioisrael.com
              Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
               allan.brilliant@dechert.com
              Allison Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
               abach@dickinsonwright.com
              Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
               achouprouta@kramerlevin.com
              Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
               acaton@kramerlevin.com,   achouprouta@kramerlevin.com
              Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
               aap43@outlook.com,  aap43law@gmail.com
              Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
               aap43law@gmail.com
              Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
               agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,   ajg-ecf@hotmail.com
              Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
               wwkannel@mintz.com,awalker@mintz.com,   ajg-ecf@hotmail.com
              Angela Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
               HollisR@dhcmi.org
              Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
               stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;akochis@ecf.info
               ruptcy.com
              Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
               aoreilly@honigman.com,  ahatcher@honigman.com
              Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
               and Agricultural Implement Workers of America bceccotti@cwsny.com
              Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
              Barbara A. Patek    on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C.
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
               bpatek@ermanteicher.com
              Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
               bfagan@dibandfagan.com
              Benjamin J. Wilensky    on behalf of Creditor Robert  Cole bjw@seikalystewart.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
 bbest@schaferandweiner.com, wkyles@schaferandweiner.com
Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
 wkyles@schaferandweiner.com
Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
 wkyles@schaferandweiner.com
Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
 ssikorski@manteselaw.com
Brett A. Border    on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com,
 joumedian@sspclegal.com
Brett A. Border    on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com,
 joumedian@sspclegal.com
Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C.
 bborder@sspclegal.com, joumedian@sspclegal.com
Brett A. Border    on behalf of Interested Party    Kondaur Capital Corporation
 bborder@sspclegal.com, joumedian@sspclegal.com
Brett A. Border    on behalf of Creditor    Flagstar Bank, FSB bborder@sspclegal.com,
 joumedian@sspclegal.com
Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association
 bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
 Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue
 Care Network of Michigan btrumbauer@bodmanlaw.com
Bruce  Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan
 bbennett@jonesday.com
Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation
 carol.cohen@arentfox.com
Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
Carole  Neville    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
 Michigan carole.neville@dentons.com
Carole  Neville    on behalf of Retiree Committee    Official Committee of Retirees
 carole.neville@dentons.com,daniel.morris@dentons.com
Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation
 caroline.english@arentfox.com
Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation
 caroline.english@arentfox.com
Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
 charlesID@hotmail.com
Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
 cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com, kkranz@wnj.com
Charles N. Ash    on behalf of Defendant    UBS AG cash@wnj.com, kkranz@wnj.com
Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com,
 kkranz@wnj.com
Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com,
 kkranz@wnj.com
Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc.
 BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
Christopher A. Grosman    on behalf of Creditor    Oakland County, Michigan BRCY@CarsonFischer.com,
 cgrosman@carsonfischer.com
Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
 claude.montgomery@dentons.com,docketny@dentons.com,
 carole.neville@dentons.com;sam.alberts@dentons.com
Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of
 Detroit, Michigan claude.montgomery@dentons.com,
 carole.neville@dentons.com;sam.alberts@dentons.com
Corey M. Carpenter    on behalf of Interested Party Phyllis  Walker bocecf@boclaw.com,
 coreycarpenter@boclaw.com
Corey M. Carpenter    on behalf of Interested Party Denise Evans Whitley bocecf@boclaw.com,
 coreycarpenter@boclaw.com
Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association
 courtney.rogers@wallerlaw.com
Courtney M. Rogers    on behalf of Interested Party    U.S. Bank National Association
 courtney.rogers@wallerlaw.com
Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com,
 ANHSOA@earthlink.net
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association
           czucker@ermanteicher.com
          Dan  Korobkin     on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
          Dan  Korobkin     on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
          Dan  Korobkin     on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
          Dan  Korobkin     on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
          Dan  Korobkin     on behalf of Interested Party James  Washington dkorobkin@aclumich.org
          Dan  Korobkin     on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
          Dan  Korobkin     on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
          Dan  Korobkin     on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
          Dan  Korobkin     on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
          Dan  Korobkin     on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
          Dan  Korobkin     on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
          Dan  Korobkin     on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
          Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          Daniel N. Adams    on behalf of Interested Party    Detroit Institute of Arts dadams@honigman.com,
           litdocket@honigman.com
          David  Eisenberg    on behalf of Creditor    Detroit Police Officers Association
           deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           deisenberg@ermanteicher.com
          David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
          David E. Lemke    on behalf of Creditor    U.S. Bank National Association david.lemke@wallerlaw.com
          David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
           dgheiman@jonesday.com
          David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
          David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation
           david.dubrow@arentfox.com
          David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
           nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
           nepc.com
          David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
           kbilpo@seyburn.com
          Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
           General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
          Deborah  Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
           kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association
           dbeckwith@fosterswift.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association dbeckwith@fosterswift.com

Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc. don@mcguiganlaw.com

Douglas Steele    on behalf of Interested Party    International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com

Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com

Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com

Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association eerman@ermanteicher.com

Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com

Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com

Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C. ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com

Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com, litdocket@honigman.com

Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company emajoros@glmpc.com

Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net

Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net

Elizabeth M. Abood-Carroll    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@orlans.com, ANHSOA@earthlink.net

Elizabeth M. Abood-Carroll    on behalf of Creditor    EverBank bankruptcy@orlans.com, ANHSOA@earthlink.net

Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net

Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net

Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Eric Rosenberg    on behalf of Interested Party Patricia Ramirez EJR@morganmeyers.com, amendiola@morganmeyers.com

Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov

Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan carlson@millercanfield.com

Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation enovetsky@jaffelaw.com

Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com

Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com

Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit efeldman@clarkhill.com

Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com

Geoffrey T. Pavlic    on behalf of Creditor    BlackRock Financial Management, Inc. pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com

Geoffrey T. Pavlic    on behalf of Creditor    Ad Hoc Bondholder Committee pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com

Geoffrey T. Pavlic    on behalf of Creditor    Nuveen Asset Management pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com

H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net, jabdelnour@resnicklaw.net

Harold E. Nelson    on behalf of Creditor Brendan Mylewski ecf-hen@rhoadesmckee.com

Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc. ecf-hen@rhoadesmckee.com

Heath Douglas Rosenblat    on behalf of Counter-Claimant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com

Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com

Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com

Heath Douglas Rosenblat    on behalf of Defendant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com

Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan hlennox@jonesday.com

Heather Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com

Heidi Peterson    hdpeterson75@gmail.com

Howard R. Hawkins, Jr.    on behalf of Defendant    UBS AG howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com

Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Howard R. Hawkins, Jr.    on behalf of Defendant    Merrill Lynch Capital Services, Inc.
           howard.hawkins@cwt.com,    mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
          Howard S. Sher    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt AG
           howard@jacobweingarten.com
          Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt AG howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
           howard@jacobweingarten.com
          Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
           howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant    Erste Europaische Pfandbrief- und
           Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
          Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
           Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant    Dexia Holdings, Inc.
           howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt International S.A.
           howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant    Dexia Credit Local howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant    FMS Wertmanagement AR
           howard@jacobweingarten.com
          Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
          Hugh M. Davis    on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
          James  Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
           james.sprayregen@kirkland.com
          James  Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
           james.sprayregen@kirkland.com
          James  Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
           james.sprayregen@kirkland.com
          Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
          Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
           jeansartre@msn.com
          Jason L. Weiner    on behalf of Creditor    Bishop Real Estate, L.L.C. jweiner@mcdonaldhopkins.com,
           sharrow@mcdonaldhopkins.com
          Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
          Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
           jbank@kerr-russell.com
          Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
          Jeffrey  Rossman    on behalf of Creditor    U.S. Bank National Association jrossman@mwe.com
          Jeffrey  Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
           Lhaidostian@mwe.com
          Jeffrey David Eaton    on behalf of Creditor    FMS Wertmanagement jeaton@schiffhardin.com
          Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com,    tc@osbig.com
          Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP
           jgrasl@mcdonaldhopkins.com,    sharrow@mcdonaldhopkins.com
          Jennifer  Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
           jbelveal@honigman.com,    mjohnson@honigman.com
          Jennifer  Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
           jbelveal@honigman.com,    mjohnson@honigman.com
          Jeremiah Buffalo Wirgau    on behalf of Interested Party    CitiMortgage, Inc. jwirgau@sspclegal.com
          Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
          Jill Kristen Smith    on behalf of Creditor    Macomb County Jill.Smith@macombgov.org
          John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
           pjohnson@bredhoff.com
          John Joseph Ramirez    on behalf of Interested Party    Deutsche Bank AG, London
           john.ramirez@kattenlaw.com
          John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
          John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
           john.sieger@kattenlaw.com
          John T. Gregg    on behalf of Creditor    36th District Court for the State of Michigan
           jgregg@btlaw.com
          Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
           green@millercanfield.com
          Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
           green@millercanfield.com
          Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
           jfischer@carsonfischer.com
          Joseph Mark Fisher    on behalf of Creditor    FMS Wertmanagement mfisher@schiffhardin.com
          Joseph Mark Fisher    on behalf of Intervenor    FMS Wertmanagement AR mfisher@schiffhardin.com
          Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Judy B. Calton   on behalf of Creditor   Country West Apartments, LLC  jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Interested Party Michael Duggan, Mayor  jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Interested Party   Detroit Entertainment, LLC  jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   TC Manor House, LLC  jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts  jcalton@honigman.com, blundberg@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Debtor In Possession   City of Detroit, Michigan  jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Country House Apartments  jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Defendant   Detroit Entertainment, LLC  jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Imperial Manor House, LLC  jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Ivey & Associates LLC  jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Interested Party   Greektown Casino, LLC  jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC  jcalton@honigman.com, litdocket@honigman.com
Julia A. Caroff   on behalf of Interested Party   United States of America  julia.caroff@usdoj.gov, mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
Julie Beth Teicher   on behalf of Creditor   Detroit Police Officers Association  jteicher@ermanteicher.com
Julie Beth Teicher   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344  jteicher@ermanteicher.com
Julie Beth Teicher   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association  jteicher@ermanteicher.com
Karen B. Dine   on behalf of Interested Party   Deutsche Bank Securities Inc.  karen.dine@kattenlaw.com
Karen Vivian Newbury   on behalf of Creditor   DEPFA Bank PLC  knewbury@schiffhardin.com
Karen Vivian Newbury   on behalf of Creditor   FMS Wertmanagement  knewbury@schiffhardin.com
Karin F. Avery   on behalf of Interested Party   Detroit Retired City Employees Association  Avery@SilvermanMorris.com
Karin F. Avery   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association  Avery@SilvermanMorris.com
Karin F. Avery   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association  Avery@SilvermanMorris.com
Karin F. Avery   on behalf of Plaintiff   Detroit Retired City Employees Association  Avery@SilvermanMorris.com
Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan  kressk@pepperlaw.com, alexsym@pepperlaw.com
Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank AG, London  kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth E. Noble   on behalf of Intervenor-Defendant   Deutsche Bank AG, London  kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank Securities Inc.  kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth M. Schneider   on behalf of Interested Party Kenneth M. Schneider  kschneider@schneidermiller.com
Kevin M. Baum   on behalf of Interested Party   Deutsche Bank Securities Inc.  kevin.baum@kattenlaw.com
Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc.  ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company  kim.robinson@bfkn.com
Kurt Thornbladh   on behalf of Creditor   Hyde Park Co-Operative, et al.  kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh   on behalf of Interested Party   Housing is a Human Right Coalition  kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc.  kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Lawrence A. Larose   on behalf of Creditor   Assured Guaranty Municipal Corp.  llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
Lawrence A. Larose   on behalf of Plaintiff   Assured Guaranty Municipal Corp.  llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
Leah Montesano   on behalf of Interested Party   Ambac Assurance Corporation  leah.montesano@arentfox.com
Leland Prince   on behalf of Creditor Leland Prince DTE Energy Co  princel@dteenergy.com
Lisa Okasinski   on behalf of Creditor   HRT Enterprises  lisa@demolaw.com
Lisa Hill Fenning   on behalf of Creditor   General Retirement System of the City of Detroit  Lisa.Fenning@aporter.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Lisa Hill Fenning on behalf of Creditor Police and Fire Retirement System of the City of Detroit Lisa.Fenning@aporter.com
- Louis P. Rochkind on behalf of Plaintiff National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
- Louis P. Rochkind on behalf of Creditor National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
- Lynn M. Brimer on behalf of Creditor Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com
- M. Ellen Dennis on behalf of Creditor Ben McKenzie, Jr. m.ellen.dennis@gmail.com, dwhadden@umich.edu
- Mallory Field on behalf of Creditor Retired Detroit Police Members Association MField@stroblpc.com, jmckeogh@stroblpc.com
- Mami Kato on behalf of Interested Party International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Interested Party Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Detroit Police Command Officers Association mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Marc N. Swanson on behalf of Debtor In Possession City of Detroit, Michigan swansonm@millercanfield.com
- Mark A. Angelov on behalf of Plaintiff Ambac Assurance Corporation mark.angelov@arentfox.com
- Mark A. Angelov on behalf of Interested Party Ambac Assurance Corporation mark.angelov@arentfox.com
- Mark E. Bredow on behalf of Creditor Carlton D. Carter mbredow@resnicklaw.net, jabdelnour@resnicklaw.net
- Mark E. Bredow on behalf of Interested Party Resnick & Moss, P.C. mbredow@resnicklaw.net, jabdelnour@resnicklaw.net
- Mark H. Shapiro on behalf of Creditor Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark H. Shapiro on behalf of Interested Party The Securities Industry and Financial Markets Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark H. Shapiro on behalf of Creditor BlackRock Financial Management, Inc. shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark R. James on behalf of Interested Party Financial Guaranty Insurance Company mrj@wwrplaw.com
- Mark R. James on behalf of Creditor Financial Guaranty Insurance Company mrj@wwrplaw.com
- Mark S. Frankel on behalf of Creditor Waste Management Inc. etal mfrankel@couzens.com
- Marshall S. Huebner on behalf of Creditor Merrill Lynch Capital Services, Inc. bankrout@davispolk.com
- Mary Beth Cobbs on behalf of Interested Party Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
- Mary Beth Cobbs on behalf of Interested Party City of Detroit Law Department cobbm@detroitmi.gov, mbcobbs@flash.net
- Matthew Schneider on behalf of Interested Party State of Michigan SchneiderM7@michigan.gov
- Matthew Troy on behalf of Interested Party United States of America matthew.troy@usdoj.gov
- Matthew Wilkins on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Retiree Committee Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Gernet Summers on behalf of Creditor Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
- Matthew Gernet Summers on behalf of Intervenor-Defendant Hypothekenbank Frankfurt AG summersm@ballardspahr.com
- Matthew Gernet Summers on behalf of Creditor FMS Wertmanagement summersm@ballardspahr.com
- Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com
- Matthew Gernet Summers on behalf of Intervenor-Defendant Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
- Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt AG summersm@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Matthew Gernet Summers    on behalf of Intervenor-Defendant   Hypothekenbank Frankfurt
               International S.A. summersm@ballardspahr.com
              Max J. Newman    on behalf of Interested Party    Wayne County Corporation newman@butzel.com
              Melissa L. Demorest    on behalf of Creditor    John W. and Vivian M. Denis Trust
               melissa@demolaw.com,    paula@demolaw.com
              Melissa L. Demorest    on behalf of Creditor John   Denis melissa@demolaw.com,    paula@demolaw.com
              Melissa L. Demorest    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
               paula@demolaw.com
              Melissa L. Demorest    on behalf of Creditor James   Herbert melissa@demolaw.com,    paula@demolaw.com
              Melissa L. Demorest    on behalf of Creditor    HRT Enterprises melissa@demolaw.com,
               paula@demolaw.com
              Mercedes Varasteh Dordeski    on behalf of Creditor Johnathan Aaron Brown
               mdordeski@foleymansfield.com,cindy@loevy.com
              Meredith Taunt    on behalf of Creditor    Retired Detroit Police Members Association
               mtaunt@stroblpc.com,    KVanAkin@stroblpc.com
              Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
              Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative
               makarmanesq@gmail.com
              Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
              Michael C. Hammer    on behalf of Interested Party    MGM Grand Detroit, LLC
               mchammer2@dickinsonwright.com
              Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
              Michael R. Bell    on behalf of Interested Party Bill   Schuette BellM1@michigan.gov
              Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association
               mike.paslay@wallerlaw.com,
               Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
               rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
              Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
               msl@maddinhauser.com,    bac@maddinhauser.com
              My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
               mao-bk-ecf@debevoise.com
              Nabih H. Ayad    on behalf of Interested Party Rashida   Tlaib ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
               ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Maureen   Taylor ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Donnell   White ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Thomas   Stallworth III ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
              Niraj R. Ganatra    on behalf of Creditor    International Union, United Automobile, Aerospace and
               Agricultural Implement Workers of America Nganatra@uaw.net
              Noah J. Ornstein    on behalf of Interested Party    Syncora Guarantee Inc.
               noah.ornstein@kirkland.com
              Noah J. Ornstein    on behalf of Interested Party    Syncora Capital Assurance Inc.
               noah.ornstein@kirkland.com
              Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
               Paige.Barr@kattenlaw.com
              Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
               mkisell@plunkettcooney.com
              Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
               pmears@btlaw.com
              Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
               phage@jaffelaw.com,    jtravick@jaffelaw.com
              Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
               phage@jaffelaw.com,    jtravick@jaffelaw.com
              Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan hall@bwst-law.com,    marbury@bwst-law.com;pleban@bwst-law.com
              Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of
               Detroit, Michigan hall@bwst-law.com,    marbury@bwst-law.com;pleban@bwst-law.com
              Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
               marbury@bwst-law.com;pleban@bwst-law.com
              Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
               Agricultural Implement Workers of America pdechiara@cwsny.com
              Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
              Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation
               pcanzano@sidley.com
              Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation
               ralph.taylor@arentfox.com
              Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
              Randall A. Brater    on behalf of Interested Party    Ambac Assurance Corporation
               randall.brater@arentfox.com
              Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association
               RPentiuk@PCK-Law.Com,    Pentiukpc@aol.com
              Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc.
               RPentiuk@PCK-Law.Com,    Pentiukpc@aol.com
              Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
               Pentiukpc@aol.com
              Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
               Pentiukpc@aol.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

  Randall A. Pentiuk   on behalf of Interested Party   Nicolet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
  Randall A. Pentiuk   on behalf of Interested Party   Lasalle Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
  Raymond  Guzall, III   on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
  Raymond  Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
  Richard  Levin   on behalf of Interested Party    Detroit Institute of Arts rlevin@cravath.com, mao@cravath.com
  Richard A. Roble (UST)   on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
  Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage Department ecf@kaalaw.com, wjackson@KAALaw.com
  Robert  Darnell   on behalf of Interested Party    United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
  Robert  Fetter   on behalf of Interested Party   Local 3308 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
  Robert  Fetter   on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
  Robert  Fetter   on behalf of Interested Party    Local 917 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
  Robert A. Weisberg   on behalf of Creditor    Oakland County, Michigan BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com
  Robert D. Gordon   on behalf of Creditor    General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
  Robert D. Gordon   on behalf of Creditor    Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
  Robert J. Diehl, Jr.   on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
  Robert M. Fishman    rfishman@shawfishman.com
  Robert N. Bassel   on behalf of Interested Party    Lasalle Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
  Robert N. Bassel   on behalf of Interested Party    St. James Cooperative bbassel@gmail.com, robertbassel@hotmail.com
  Robert N. Bassel   on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com, robertbassel@hotmail.com
  Robert N. Bassel   on behalf of Interested Party    Joliet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
  Robert N. Bassel   on behalf of Interested Party    Nicolet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
  Robert S. Hertzberg   on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
  Robert S. Hertzberg   on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
  Robert S. Hertzberg   on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
  Robert S. Hertzberg   on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
  Robert S. Hertzberg   on behalf of Debtor In Possession    City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
  Robert S. Hertzberg   on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
  Robert S. Hertzberg   on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
  Robert S. Hertzberg   on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
  Robert S. Hertzberg   on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
  Ronald C. Liscombe   on behalf of Creditor    Public Lighting Authority rliscombe@alglawpc.com
  Ronald L. Rose   on behalf of Interested Party Angie  Wong rrose@dykema.com
  Ronald L. Rose   on behalf of Interested Party Laura  Malher rrose@dykema.com
  Ronald L. Rose   on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com
  Ronald L. Rose   on behalf of Interested Party Ian  Mobley rrose@dykema.com
  Ronald L. Rose   on behalf of Interested Party James  Washington rrose@dykema.com
  Ronald L. Rose   on behalf of Interested Party Wanda  Leverette rrose@dykema.com
  Ronald L. Rose   on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com
  Ronald L. Rose   on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com
  Ronald L. Rose   on behalf of Interested Party Paul  Kaiser rrose@dykema.com
  Ronald L. Rose   on behalf of Interested Party Kimberly  Mobley rrose@dykema.com
  Ronald L. Rose   on behalf of Interested Party Stephanie  Hollander rrose@dykema.com
  Ronald L. Rose   on behalf of Interested Party Nathaniel  Price rrose@dykema.com
  Ronald L. Rose   on behalf of Interested Party Jerome  Pierce rrose@dykema.com
  Ryan  Cochran   on behalf of Creditor    U.S. Bank National Association ryan.cochran@wallerlaw.com
  Ryan  Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jgreen;ajdobrzycki@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Ryan  Plecha    on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
 rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
 jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party   Detroit Retired City Employees Association
 rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Plaintiff   Detroit Retired City Employees Association
 rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party   Retired Detroit Police and Fire Fighers
 Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
 jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
 jgreeniajdobrzycki@lippittokeefe.com
Ryan Blaine Bennett    on behalf of Interested Party   Syncora Guarantee Inc.
 ryan.bennett@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
 nd.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    on behalf of Defendant   Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
 nd.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party   Syncora Capital Assurance Inc.
 ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
 nd.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party   Syncora Guarantee Inc.
 ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
 nd.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party   Syncora Holdings Ltd.
 ryan.bennett@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
 nd.com;noah.ornstein@kirkland.com
Sam J. Alberts    on behalf of Retiree Committee   Official Committee of Retirees
 sam.alberts@dentons.com, dan.barnowski@dentons.com
Sam J. Alberts    on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
 Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
Samuel S. Kohn    on behalf of Creditor   Assured Guaranty Municipal Corp. skohn@chadbourne.com,
 japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
Samuel S. Kohn    on behalf of Plaintiff   Assured Guaranty Municipal Corp. skohn@chadbourne.com,
 japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
Sandra L. O'Connor    on behalf of Interested Party   US Health & Life Insurance Company
 soconnor@glmpc.com
Sara Klettke MacWilliams    on behalf of Creditor   Oakland County, Michigan
 macwilliams@youngpc.com, efiling@youngpc.com
Scott A. Wolfson    on behalf of Creditor   The Bank Of New York Mellon swolfson@wolfsonbolton.com,
 david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
 stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com
Scott B. Kitei    on behalf of Interested Party   Detroit Institute of Arts skitei@honigman.com
Scott M. Watson    on behalf of Creditor   UBS AG swatson@wnj.com
Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
Shannon L. Deeby    on behalf of Creditor   Police and Fire Retirement System of the City of
 Detroit sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Creditor   General Retirement System of the City of Detroit
 sdeeby@clarkhill.com
Sharon L. Levine    on behalf of Creditor   Michigan Council 25 of the American Federation of
 State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine    on behalf of Creditor   Michigan Council 25 of the American Federation of
 State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine    on behalf of Creditor   Michigan Council 25 Of The American Federation of
 State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
 slevine@lowenstein.com
Sheldon S. Toll    on behalf of Interested Party   Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
 lawtoll@comcast.net
Sherrie L. Farrell    on behalf of Attorney   Dykema Gossett PLLC sfarrell@dykema.com,
 mpearson@dykema.com;docket@dykema.com
Sherrie L. Farrell    on behalf of Creditor   Downtown Development Authority sfarrell@dykema.com,
 mpearson@dykema.com;docket@dykema.com
Sheryl L. Toby    on behalf of Interested Party   Barclays Capital, Inc. stoby@dykema.com,
 dguerrero@dykema.com
Sheryl L. Toby    on behalf of Creditor   Downtown Development Authority stoby@dykema.com,
 dguerrero@dykema.com
Stephen  Wolpert    on behalf of Creditor   Macomb County stephen.wolpert@dechert.com
Stephen B. Grow    on behalf of Creditor   UBS AG sgrow@wnj.com, kfrantz@wnj.com
Stephen B. Grow    on behalf of Creditor   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
 kfrantz@wnj.com
Stephen B. Grow    on behalf of Defendant   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
 kfrantz@wnj.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Stephen B. Grow    on behalf of Defendant   UBS AG sgrow@wnj.com, kfrantz@wnj.com
Stephen C. Hackney    on behalf of Interested Party   Syncora Holdings Ltd.
 stephen.hackney@kirkland.com
Stephen C. Hackney    on behalf of Interested Party   Syncora Guarantee Inc.
 stephen.hackney@kirkland.com
Stephen C. Hackney    on behalf of Interested Party   Syncora Capital Assurance Inc.
 stephen.hackney@kirkland.com
Stephen C. Hackney    on behalf of Defendant   Syncora Guarantee, Inc. stephen.hackney@kirkland.com
Stephen M. Gross    on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
 shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Interested Party   Syncora Guarantee Inc.
 sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Creditor   Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
 shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Interested Party   Syncora Holdings Ltd.
 sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Interested Party   Syncora Capital Assurance Inc.
 sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
Stephen S. LaPlante    on behalf of Defendant   City of Detroit, Michigan
 laplante@millercanfield.com,  skoczylas@millercanfield.com
Stephen S. LaPlante    on behalf of Plaintiff   City of Detroit, Michigan
 laplante@millercanfield.com,  skoczylas@millercanfield.com
Stephen S. LaPlante    on behalf of Debtor In Possession   City of Detroit, Michigan
 laplante@millercanfield.com,  skoczylas@millercanfield.com
Stephen S. LaPlante    on behalf of Interested Party   Detroit Institute of Arts
 laplante@millercanfield.com,  skoczylas@millercanfield.com
Steven B. Flancher    on behalf of Interested Party   State of Michigan flanchers@michigan.gov
Steven G. Howell    on behalf of Interested Party   State of Michigan, Department of Attorney
 General showell@dickinsonwright.com
Susheel  Kirpalani    on behalf of Plaintiff   Syncora Guarantee Inc.
 susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
Susheel  Kirpalani    on behalf of Interested Party   Syncora Guarantee Inc.
 susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
Suzanne L. Wahl    on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com,
 mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
 rdin.com
Tamar  Dolcourt    on behalf of Debtor In Possession   City of Detroit, Michigan
 tdolcourt@foley.com
Thomas B. Radom    on behalf of Defendant   Detroit Police And Fire Retirement System Service
 Corporation Radom@butzel.com
Thomas B. Radom    on behalf of Defendant   Detroit General Retirement System Service Corporation
 Radom@butzel.com
Thomas P. Christy    on behalf of Creditor   Berkshire Hathaway Assurance Corporation
 tchristy@garanlucow.com
Thomas R. Morris    on behalf of Plaintiff   Detroit Retired City Employees Association
 morris@silvermanmorris.com,  marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
 marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
 marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Interested Party   Retired Detroit Police and Fire Fighers
 Association morris@silvermanmorris.com,  marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
 morris@silvermanmorris.com,  marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
 marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Interested Party   Detroit Retired City Employees Association
 morris@silvermanmorris.com,  marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
 marlene@silvermanmorris.com
Timothy A. Fusco    on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com
Timothy A. Fusco    on behalf of Debtor In Possession   City of Detroit, Michigan
 fusco@millercanfield.com
Timothy R. Graves    on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
 tgraves@allardfishpc.com,  allardfishpc@yahoo.com
Timothy R. Graves    on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com,
 allardfishpc@yahoo.com
Timothy R. Graves    on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com,
 allardfishpc@yahoo.com
Timothy R. Graves    on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com,
 allardfishpc@yahoo.com
Tracy M. Clark    on behalf of Interested Party   Local 917 of the American Federation of State,
 County and Municipal Employees clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
Tracy M. Clark    on behalf of Interested Party   St. James Cooperative clark@steinbergshapiro.com,
 clark@ecf.inforuptcy.com
Tracy M. Clark    on behalf of Interested Party   Joliet Town Houses Cooperative Association
 clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Tracy M. Clark   on behalf of Interested Party   Lafayette Town Houses, Inc.
         clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
        Tracy M. Clark   on behalf of Interested Party   Lasalle Town Houses Cooperative Association
         clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
        Tracy M. Clark   on behalf of Interested Party   Local 3308 of the American Federation of State,
         County and Municipal Employees clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
        Tracy M. Clark   on behalf of Interested Party   Nicolet Town Houses Cooperative Association
         clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
        Tracy M. Clark   on behalf of Interested Party K.S. Doe clark@steinbergshapiro.com,
         clark@ecf.inforuptcy.com
        Trevor J. Zamborsky   on behalf of Creditor Anthony Harmon tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Micholas Martin tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Kevin Mcdonald tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Viena Lowe tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Kevin McGillivary tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Melvin Miller tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Ezekiel Davis tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Wendy Jefferson tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Doug Taylor tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Donald Harris tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Jeffrey Theriot tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Theresa Chalch tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Eric Kimbrough tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Rodney Heard tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Angela Davis tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Yvette Spencer tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Clementine Stephens tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Michael McKay tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Jay Woods tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Laverne Covington tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Eddie Moore tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Otis Evans tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor John Collins tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Gary Musser tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Marily Cloyd tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Mario Littlejohn tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Phyllis Tharpe tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Jeffrey Peterson tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Donna Weatherspoon tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Robert Hall tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Jeremiah Duren tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Jennifer Harris-Barnes tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Jermaine Gleen tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Trevor J. Zamborsky   on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor David  Both tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Trevor J. Zamborsky    on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
           vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
          William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
          William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
          William C. Blasses    on behalf of Creditor    Jackie's Transport, Inc. wcb@osbig.com
          William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
           wcb@osbig.com
          William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
          William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
          William Norman Listman    on behalf of Interested Party    Southeastern Oakland County Water
           Authority wlistman@davislistman.com
          William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
          William W. Kannel    on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
          Wolfgang  Mueller    on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Wolfgang  Mueller    on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Wolfgang  Mueller    on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Wolfgang  Mueller    on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Yuliy  Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
           yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                             TOTAL: 560
```