**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | |

**DWSD PARTIES' STATEMENT IN RESPONSE TO COURT'S**
**ORDER REGARDING IDENTIFYING LEGAL ISSUES**
**RELATING TO CONFIRMATION**

U.S. Bank National Association, as Indenture Trustee (the "<u>Trustee</u>") for the

DWSD Bonds, National Public Finance Guarantee Corporation ("<u>National</u>"),

Assured Guaranty Municipal Corp., formerly known as Financial Security

Assurance Inc. ("<u>Assured</u>"), Berkshire Hathaway Assurance Corporation

("<u>BHAC</u>"), Financial Guaranty Insurance Company ("<u>FGIC</u>") and the Ad Hoc

Bondholder Committee[1] (together with the Trustee, National, Assured, BHAC, and

FGIC, the "<u>DWSD Parties</u>"), hereby file this joint statement in response to the

Court's *Order Regarding Identifying Legal Issues Relating to Confirmation* [Doc.

No. 5021].

---

[1] The Ad Hoc Bondholder Committee members, Fidelity Management & Research
Company, Eaton Vance Management, Franklin Advisers, Inc., Nuveen Asset
Management, and BlackRock Financial Management, Inc., through various
institutional funds they or their affiliates manage, hold DWSD Bonds.

The plan objections filed individually by each of the DWSD Parties[2] raise numerous substantial mixed questions of law and fact that cannot be determined without the necessity of proof at the confirmation hearing. Accordingly, the DWSD Parties have served written discovery and deposition notices to obtain evidence in support of their plan objections, and will call both fact and expert witnesses at trial.

Pursuant to the Court's *Order Regarding Adjourned Status Conference* [Doc. No. 5020], the DWSD Parties will be prepared to present to the Court at the May 28, 2014 hearing an overview of the issues and areas of documentary and testimonial evidence they currently envision presenting at the confirmation hearing in response to the City's opening case in regard to the plan confirmation requirements under sections 943(b) and 1129(a) and (b). These plan confirmation requirements include section 943(b)(7)'s best interests of creditors test, section 943(b)(4)'s requirement that the City is not prohibited by law from carrying out the Plan, section 943(b)(2)'s requirement that the Plan comply with the provisions of chapter 9 (which includes section 928(a)), section 943(b)(6)'s requirement regarding necessary electoral approval, section 1129(a)(3)'s good faith requirement, section 1129(a)(6)'s requirement regarding rate approvals, and the

___

[2] The DWSD Parties' plan objections have the following docket numbers: the Trustee [Doc. No. 4647], National [Doc. No. 4665], Assured [Doc. No. 4674], BHAC [Doc. No. 4657], FGIC [Doc. No. 4660], and the Ad Hoc Bondholder Committee [Doc. No. 4671].

2

cramdown requirements of section 1129(b)(1) and (2) (fair and equitable and unfair discrimination). As the City bears the burden of proof on all these issues, the DWSD Parties request that the presentation of the DWSD parties follow: (1) the status conference on the outstanding issues with respect to the City's document production, and (2) the City's opening presentation.

Dated: May 27, 2014                    Respectfully submitted,


Jeffrey E. Bjork                       */s/  Lawrence A. Larose*
Gabriel R. MacConaill                  Lawrence A. Larose
SIDLEY AUSTIN                          Samuel S. Kohn
555 West Fifth Street, Suite 4000      Robert A. Schwinger
Los Angeles, CA 90013                  CHADBOURNE & PARKE LLP
Telephone:  (213) 896-6000             30 Rockefeller Plaza
jbjork@sidley.com                      New York, NY 10012
gmacconaill@sidley.com                 Telephone:  (212) 408-5100
                                       Fax: (212) 541-5369
James F. Bendernagel, Jr.              llarose@chadbourne.com
Guy S. Neal                            skohn@chadbounrne.com
1501 K Street, N.W.                    rschwinger@chadbourne.com
Washington, D.C. 20005
Telephone: (202) 736-8041
jbendernagel@sidley.com                -and –
gneal@sidley.com
                                       Robin D. Ball
                                       CHADBOURNE & PARKE LLP
-and-                                  350 South Grand Ave., 32nd Floor
                                       Los Angeles, CA 90071
**JAFFE RAITT HEUER & WEISS,**         Telephone:  (213) 892-2025
**P.C.**                               Fax: (213) 892-2045
                                       rball@chadbourne.com
By:  /s/ Paul R. Hage
Paul R. Hage (P70460)                  *Counsel for Assured Guaranty*
27777 Franklin Road, Suite 2500        *Municipal Corp.*
Southfield, MI 48034-8214
Telephone: (248) 351-3000
phage@jaffelaw.com

*Counsel for National Public Finance*
*Guarantee Corp.*


/s/ David E. Lemke

David E. Lemke (TN13586)
Michael R. Paslay (TN11092)
Ryan K. Cochran (TN25851)
Courtney M. Rogers (TN25664)
WALLER LANSDEN DORTCH &
DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Fax: (615) 244-6804
david.lemke@wallerlaw.com
mike.paslay@wallerlaw.com
ryan.cochran@wallerlaw.com
courtney.rogers@wallerlaw.com

– and –

Robert J. Diehl, Jr. (MI31264)
Jaimee L. Witten (P70068)
BODMAN PLC
1901 St. Antoine Street, 6th Floor
Detroit, Michigan 48226
Telephone: (313) 393-7597
Fax: (313) 393-7579
rdiehl@bodmanlaw.com
jwitten@bodmanlaw.com

*Attorneys for U.S. Bank National*
*Association, as Indenture Trustee for*
*the DWSD Bonds*

/s/ William W. Kannel

William W. Kannel
Adrienne K. Walker
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY and POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Fax: (617) 542-2241
wwkannel@mintz.com
awalker@mintz.com

– and –

ANDREW J. GERDES, P.L.C.
Andrew J. Gerdes
321 W. Lake Lansing Road
P.O. Box 4190
East Lansing, Michigan 48826-4190
Telephone: (517) 853-1300
Fax: (517) 853-1301
agerdes@gerdesplc.com

*Attorneys for Fidelity Management &*
*Research Company, Eaton Vance*
*Management, and Franklin Advisers,*
*Inc., members of the Ad Hoc*
*Bondholder Committee*

4

/s/ Amy Caton
Amy Caton
Gregory Horowitz
KRAMER LEVIN NAFTALIS &
FRANKEL, LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000
acaton@kramerlevin.com
ghorowitz@kramerlevin.com

– and –

STEINBERG SHAPIRO & CLARK
Mark H. Shapiro
25925 Telegraph Road
Suite 203
Southfield, Michigan 48033
Telephone: (248) 352-4700
Fax: (248) 352-4488
Shapiro@steinbergshapiro.com

*Attorneys for Nuveen Asset Management, and BlackRock Financial Management, Inc., members of the Ad Hoc Bondholder Committee*


/s/ My Chi To
My Chi To
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-7435
Fax: (212) 909-6836
mcto@debevoise.com

*Attorneys for Berkshire Hathaway Assurance Corporation*

/s/ Alfredo R. Pérez
Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
alfredo.perez@weil.com

– and –

Ernest J. Essad Jr.
Mark R. James
WILLIAMS, WILLIAMS, RATTNER
& PLUNKETT, P.C.
280 North Old Woodward Avenue,
Suite 300
Birmingham, MI 48009
Telephone:  (248) 642-0333
Facsimile:  (248) 642-0856
EJEssad@wwrplaw.com
mrjames@wwrplaw.com

*Attorneys for Financial Guaranty Insurance Company*