UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

City of Detroit, Michigan

Debtor

_____/

Case No. 13-53846
Chapter 9
Hon. Steven W. Rhodes

# ORDER APPROVING STIPULATION RESOLVING MOTION FOR LIMITED RELIEF FROM AUTOMATIC STAY AND MODIFYING THE AUTOMATIC STAY TO THE EXTENT NECESSARY TO ALLOW K.S. DOE TO COMMENCE AND PROCEED WITH LITIGATION

Upon the Stipulation, by and between, the City of Detroit (the "City") and K.S. Doe, for Entry of an Order Resolving Motion for Limited Relief from Automatic Stay and Modifying the Automatic Stay to the Extent Necessary to allow K.S. Doe to Commence and Proceed with the Lawsuit; the Court having reviewed the Stipulation and determining that good and sufficient cause has been shown;

**IT IS HEREBY ORDERED**

1. The Motion[1] is resolved as set forth in this Order.

2. The automatic stay is modified, to the extent necessary, to allow K.S. Doe to commence and proceed with the Lawsuit.

3. K.S. Doe may not name the City as a defendant in the Lawsuit or otherwise proceed against the City except in the City's bankruptcy case.

---

[1] Terms not otherwise defined in this Order shall have the meaning ascribed to them in the Stipulation.

4. No alleged liability of the City may be adjudicated or litigated in the Lawsuit, whether in connection with the Claim or otherwise.

5. The Claim may only be liquidated through the claims adjustment process in the City's bankruptcy case.

6. If the Claim, or any portion of the Claim, becomes an "Allowed Claim", it will be treated as an "Other Unsecured Claim" under the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit. The terms "Allowed Claim" and "Other Unsecured Claims" in this paragraph shall have the meanings ascribed to them in the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit. [Doc. No. 4392]. The City expressly reserves, and does not waive, its right to object to the Claim on any basis.

7. Outside of the City's bankruptcy case, K.S. Doe may not collect, or attempt to collect, any funds from the City on account of the Claim, the Lawsuit or otherwise.

8. The automatic stays of §§ 362 and 922 will otherwise remain in full force and effect except as expressly modified by this Order.

.

**Signed on May 27, 2014**

                                                         ___/s/ Steven Rhodes_____
                                                         Steven Rhodes
                                                         United States Bankruptcy Judge