# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN ) | |
| ) | Chapter 9 |
| Debtor ) | |
| ) | Hon. Steven W. Rhodes |

## ORDER APPROVING STIPULATION EXTENDING TIME FOR MACOMB INTERCEPTOR DRAIN DRAINAGE DISTRICT TO FILE MOTION UNDER RULE 3018

This matter comes before the Court on the Stipulation Extending Time for Macomb Interceptor Drain Drainage District to File Motion Under Rule 3018 (the "Stipulation");[1] and the Court having reviewed and considered the Stipulation; and upon due deliberation and sufficient cause appearing therefore;

**IT IS ORDERED, ADJUDGED AND DECREED THAT:**

1. The Stipulation is APPROVED.

2. The time for MIDDD to file a Rule 3018 Motion is extended to and including May 30, 2014.

3. <u>Modifications of Stipulation</u>. The terms of the Stipulation may be amended, modified or supplemented only as agreed in writing by the City and MIDD and by further order of this Court.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.

4. <u>No Other Modifications</u>.  Except as modified by this Order and any other stipulations entered into by the City, the provisions of the Solicitation Procedures Order remain in full force and effect.

**Signed on May 27, 2014**

                                                                            **/s/ Steven Rhodes**
                                                                             **Steven Rhodes**
                                                                             **United States Bankruptcy Judge**