UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                       Chapter 9
City of Detroit, Michigan,                                   Case No. 13-53846
    Debtor.                                          Hon. Steven W. Rhodes
_____/

## Order Denying Motion for Reconsideration

On May 16, 2014, Dorothy M. W. Baker, filed a "Request to Rescind the Overruling Objection to Disclosure Statement (Docket #4731)", which the Court construes as a motion for reconsideration of its order issued on May 13, 2014 overruling objection to disclosure statement. This motion is to be decided pursuant to Local Bankruptcy Rule 9024-1(a)(3), which provides:

> Generally, and without restricting the discretion of the Court, a motion for rehearing or reconsideration which merely presents the same issues ruled upon by the Court, either expressly or by reasonable implication, shall not be granted. The movant shall not only demonstrate a palpable defect by which the Court and the parties have been misled but also show that a different disposition of the case must result from a correction thereof.

The Court concludes that nothing in the motion warrants reconsideration of its earlier order. Accordingly, it is hereby ordered that the motion for reconsideration (Dkt. #4996) is denied.

.

**Signed on May 27, 2014**

                                                               /s/ Steven Rhodes
                                                               Steven Rhodes
                                                               United States Bankruptcy Judge