## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN                Chapter 9

       Debtor.                        Case No. 13-53846
                                                Hon. Steven W. Rhodes

---

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on May 27, 2014, the following document was filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filings to all counsel of record:

1. Response To Order Requiring Identification Of Legal Issues Relating To Confirmation

                                  Respectfully submitted,

                                  /s/ Ryan C. Plecha
                                  Ryan C. Plecha (P71957)
                                  Lippitt O'Keefe Gornbein, PLLC
                                  370 E. Maple Rd., 3rd Floor
                                  Birmingham, MI 48009
                                  (248) 646-8292
                                  rplecha@lippittokeefe.com

Dated: May 27, 2014