# INDEX OF EXHIBITS

| Exhibit | Number |
|---|---|
| Public Act 3 of 1885 | 1 |
| DIA Corp's initial articles of incorporation | 2 |
| Public Act 67 of 1919 | 3 |
| Excerpts of the January 27, 1920 Board Minutes of the Trustees of the Detroit Museum of Art | 4 |
| Excerpts of the DMA's 1918 Annual Report | 5 |
| 1918 Charter of the City of Detroit | 6 |
| Excerpts of the DMA's 1919 Annual Report | 7 |
| Excerpts of October 1919 Bulletin of the Detroit Institute of Arts | 8 |
| 1997 Operating Agreement | 9 |
| Museum's Collections Management Policy | 10 |
| Excerpts of the City of Detroit 2012 Comprehensive Audited Financial Report | 11 |
| January 17, 1933 Letter from Arts Commission to Mayor Frank Murphy | 12 |
| Letter from Mayor David Bing to Macomb, Wayne, and Oakland Commissioners | 13 |
| Excerpts of City of Detroit Proposed Capital Agenda FY 2013-14 Through FY 2017-18 | 14 |
| June 25, 1975 Letter from Coleman Young to Frederick Cummings | 15 |
| Journal of the City Council, City of Detroit May 22 – Dec. 6, 1989 | 16 |