# Exhibit 1

# THE

# COMPILED LAWS

OF THE

# STATE OF MICHIGAN

## 1915

COMPILED, ARRANGED AND ANNOTATED UNDER ACT 247 OF 1913 AND ACT 232 OF 1915

BY

EDMUND C. SHIELDS, Lansing, Mich.
CYRENIUS P. BLACK, Lansing, Mich.
ARCHIBALD BROOMFIELD, Big Rapids, Mich.
Commissioners.



## VOL. III

LANSING, MICHIGAN
WYNKOOP HALLENBECK CRAWFORD CO., STATE PRINTERS
1916

Corporation liable to taxation.

(10755) Sec. 18. All corporations formed under the provisions of this act, shall be liable to assessment and taxation upon their real estate and personal property.

HISTORY: C. L. '71, 3204;—How. 4459;—C. L. '97, 8221.

Sec. 19.

HISTORY: C. L. '71, 3205;—How. 4460;—C. L. '97, 8222;—Rep. 1915, p. 480, Act 314, Eff. Jan. 1, 1916. (Jud. Act.) The section related to service of process upon corporations formed under this act. For the present law on this subject see Compilers' Sections 12432 et seq.

When corporation becomes insolvent directors liable.

(10756) Sec. 20. If any such corporation, organized and established under this act, shall willfully violate any of its provisions, and shall thereby become insolvent, the directors ordering or assenting to such violation shall jointly and severally be liable in an action founded on this statute, for all debts contracted after such violation.

HISTORY: C. L. '71, 3206;—How. 4461;—C. L. '97, 8223.

Legislature may rescind powers of corporation.

(10757) Sec. 21. The legislature may at any time, for just cause, rescind the powers of any corporation created pursuant to the provisions of this act, and prescribe such mode as may be necessary or expedient for the settlement of its affairs.

HISTORY: C. L. '71, 3207;—How. 4462;—C. L. '97, 8224.

Subject to provisions of former act.

(10758) Sec. 22. That this act shall be subject to the provisions of chapter fifty-five, title ten, of the revised statutes of eighteen hundred and forty-six, so far as applicable to companies formed under this act.

HISTORY: C. L. '71, 3208;—How. 4463;—C. L. '97, 8225;—Chap. 55 above referred to is Compilers' Sections 11328-11342.

Act 3, 1885, p. 2; Imd. Eff. Feb. 16.

## AN ACT for the formation of corporations for the cultivation of art.

*The People of the State of Michigan enact:*

Number to incorporate.

(10759) Section 1. Any number of people, not less than five, residents of this state may hereafter become a body corporate for the purpose of founding a public art institute in the manner and for the purposes herein set forth.

HISTORY: How. 4463a;—C. L. '97, 8226;—Am. 1911, p. 191, Act 130, Eff. Aug. 1. See Act 171 of 1903, p. 230, being Compilers' Sections 9054-9061.

Articles of association, what to state.

Acknowledgment and filing of same.

(10760) Sec. 2. Such persons shall make and sign, in duplicate, articles of association which shall state: (1) The name of the corporation; (2) that the corporation is formed for the objects and purposes contemplated by this act; (3) the names and residences of the persons signing said articles and the amount contributed by each; (4) the place where such corporation is situated; (5) the term of its existence, not to exceed thirty years. Such articles shall be duly acknowledged before some officer authorized to take the acknowledgments of deeds in this state, and when so acknowledged shall be filed in the office of the secretary of state,

and in the office of the clerk of the county in which such corporation is situated.

HISTORY: How. 4463b;—C. L. '97, 8227.

Power as to holding property.

May institute, maintain, etc., art schools.

(10761) SEC. 3. Such corporations shall have power to acquire and hold such real estate as is suitable for the site of such art buildings as it may erect or maintain thereon, to receive and use such gifts, contributions, devises, and bequests as may be made to it for art purposes; to receive, acquire, collect, and own paintings, sculpture, engravings, drawings, pictures, coins, and other works of art and to institute, maintain, or assist schools for the teaching of art.

HISTORY: How. 4463c;—C. L. '97, 8228.

Duty of corporation.

Buildings open to the public.

(10762) SEC. 4. The public exhibition of its collection of works of art shall be the duty of every such corporation, and, as soon as it shall be prepared to do so, it shall, under reasonable regulations, and without any improper discriminations, open its buildings and art collection to the general public.

HISTORY: How. 4463d;—C. L. '97, 8229.

Membership.

(10763) SEC. 5. Any person who shall contribute the sum set forth in the articles of association shall be a member thereof. If the total number of members, other than honorary, shall at any time fall below the number subscribing the original articles of incorporation, it shall be the duty of the surviving members to elect as many new members as shall be necessary to restore such original number. It shall also be competent for the members of said corporation to elect persons meritorious for the cultivation of art as honorary members, who shall have all the rights and privileges of regular members, but such honorary members shall not, at any time, exceed ten in number.

HISTORY: How. 4463e;—C. L. '97, 8230;—Am. 1911, p. 191, Act 130, Eff. Aug. 1.

Trustees.

Election of.

Appointment of.

Term of office.

Proviso.

(10764) SEC. 6. The affairs of said corporation shall be managed by a board of trustees, the number of which shall be regulated by by-law, but in no case shall the number be less than four, nor more than sixteen. Three-fourths of said trustees shall be elected by the members of the corporation, from their own number. The other one-fourth of such trustees shall be appointed from resident freeholders, by the board of aldermen of the city where such corporation is situated, upon the nomination of the mayor of such city. Said trustees shall hold their offices for the period of four years, and until their successors shall be elected or appointed: *Provided,* That the first board shall, at its first meeting, cause itself to be classified as follows: One-fourth shall hold for one year, one-fourth for two years, and one-fourth for three years, and one-fourth for four years. And such classification shall be entered on the records of such corporation.

HISTORY: How. 4463f;—C. L. '97, 8231.

Annual meeting.

(10765) SEC. 7. The time of the annual meeting of the corporation shall be fixed by by-law, and the trustees shall be elected or appointed at the time of such annual meeting, and their term shall date from that time; but in case of a failure to elect or appoint trustees, such election or appointment may be made afterwards.

HISTORY: How. 4463g;—C. L. '97, 8232.

Special meetings. Notice of.

(10766) SEC. 8. Special meetings of the members may be called at any time by the trustees; and shall be called by the trustees whenever not less than five members shall so request in writing. Not less than six days' notice shall be given of a special meeting.

HISTORY: How. 4463h;—C. L. '97, 8233.

President. Secretary, treasurer, etc. Compensation of officers.

(10767) SEC. 9. The trustees shall choose one of their own number to be president for such term as may be prescribed by the by-laws. They may appoint or employ a secretary, treasurer, and such other officers or servants as they shall find necessary, and may prescribe their duties, and fix their compensation. The president and trustees shall serve without compensation.

HISTORY: How. 4463i;—C. L. '97, 8234.

Vacancy in board of trustees. How filled.

(10768) SEC. 10. In case of a vacancy in the board of trustees, if the vacancy shall be of a trustee elected by the members, the board may fill the place until the next annual meeting, when the vacancy shall be filled for the residue of the term by the members. If the vacancy shall be of a municipal trustee, the vacancy shall be filled by the board of aldermen on the nomination of the mayor.

HISTORY: How. 4463j;—C. L. '97, 8235.

Seal, by-laws.

(10769) SEC. 11. Said corporation may adopt a corporate seal, and may make suitable by-laws and revise or alter the same.

HISTORY: How. 4463k;—C. L. '97, 8236.

Records, etc.

(10770) SEC. 12. The trustees shall cause to be kept faithful records of their doings, and also true books of account, which shall at all reasonable times be open to the inspection of any member, and also of the mayor of the city where such corporation is situated.

HISTORY: How. 4463l;—C. L. '97, 8237.

Annual report. Financial report to be published.

(10771) SEC. 13. The board of trustees shall at each annual meeting make, in writing, a report of their doings for the preceding year, including a complete schedule of the art collections, and a full report of the financial condition of the corporation, and shall cause such financial report to be published in some daily newspaper of the place where such corporation is situated.

HISTORY: How. 4463m;—C. L. '97, 8238.



(10772) SEC. 14. titled to one vote, an tion. A certificate of tion and the hand of ber, and such certific

HISTORY: How. 4463n 8239.

(10773) SEC. 15. such corporation, and the purposes for whi dividend in money or tion among its memb

HISTORY: How. 4463o 8240.

(10774) SEC. 16. tion shall not be cha incumbered, or dispos this state upon the co the mayor and board uated. But if any su from the lawful pur usefully to serve suc vide for the winding u disposition of its pro perpetuate, in the cit such corporation was

HISTORY: How. 4463p 8241.

(10775) SEC. 17. may be called by any six days' notice, print corporation is situate

HISTORY: How. 4463q 8242.

(10776) SEC. 18. empt from taxation.

HISTORY: How. 4463r 8243.

AN ACT for the for

*The People*

(10777) SECTION 1 residents of this state the purpose of the cu art institute or both,

(10778) SEC. 2. the articles of associ The name of th That the corpor contemplated by this

[Chap. 205

of the corpora- . be elected or heir term shall ect or appoint e afterwards.

mbers may be ed by the trus- equest in writ- n of a special

e of their own escribed by the treasurer, and necessary, and ion. The presi- .

ard of trustees, e members, the eting, when the n by the mem- ee, the vacancy mination of the

. corporate seal, the same.

be kept faithful unt, which shall of any member, poration is sit-

at each annual for the preced- collections, and orporation, and in some daily situated.



Vote of member. Certificate of membership.

(10772) Sec. 14. Each member of the corporation shall be entitled to one vote, and no more, at the meetings of the corporation. A certificate of membership, under the seal of the corporation and the hand of its president, shall be issued to each member, and such certificate shall not be transferable.

HISTORY: How. 4463n;—C. L. '97, 8239.

Gifts, income, etc., what to be used for. Dividends prohibited.

(10773) Sec. 15. All gifts, devises, or bequests made to any such corporation, and all its income, shall be faithfully used for the purposes for which such corporation was organized; and no dividend in money or property shall ever be made by such corporation among its members.

HISTORY: How. 4463o;—C. L. '97, 8240.

Character and purpose not to be changed except.

(10774) Sec. 16. The character and purposes of such corporation shall not be changed, nor its general art collection be sold, incumbered, or disposed of, unless authorized by the legislature of this state upon the concurrent request of said corporation, and of the mayor and board of aldermen of the city in which it is situated. But if any such corporation should ever cease, be diverted from the lawful purposes of its organization, or become unable usefully to serve such purposes, the legislature may by law provide for the winding up of its affairs and for the conservation and disposition of its property in such way as may best promote and perpetuate, in the city where it is situated, the purposes for which such corporation was originally organized.

Provision for winding up affairs.

HISTORY: How. 4463p;—C. L. '97, 8241.

First meeting.

(10775) Sec. 17. The first meeting of any such corporation may be called by any two of its corporators by giving not less than six days' notice, printed in some newspaper of the city where such corporation is situated.

HISTORY: How. 4463q;—C. L. '97, 8242.

Property exempt from taxation.

(10776) Sec. 18. The property of such corporation shall be exempt from taxation.

HISTORY: How. 4463r;—C. L. '97, 8243.

AN ACT for the formation of corporations for the cultivation of art.

Act 245, 1913, p. 466; Eff. Aug. 14.

*The People of the State of Michigan enact:*

Number may incorporate, etc.

(10777) Section 1. Any number of people, not less than five, residents of this state, may hereafter become a body corporate for the purpose of the cultivation of art or the founding of a public art institute or both, in the manner herein set forth.

Articles of association.

(10778) Sec. 2. Such persons shall make and sign in duplicate articles of association which shall state:

1. The name of the corporation;
2. That the corporation is formed for the objects and purposes contemplated by this act;

3. The names and residences of the persons signing said articles;
4. The place where such corporation is situated;
5. The terms and conditions of membership;
6. The term of its existence, not to exceed thirty years.

Such articles shall be duly acknowledged before some officer authorized to take acknowledgments of deeds in this state, and when so acknowledged shall be filed in the office of the secretary of state, and in the office of the clerk of the county in which such corporation is situated.

Corporate power.

(10779) Sec. 3. Such corporation shall have the power to acquire and hold such real estate as may be suitable for its purposes and to erect and maintain thereon such buildings as are necessary or desirable; to receive and use such gifts, contributions, devises and bequests as may be made to it for art purposes; to receive, acquire, collect and own paintings, sculpture, engravings, drawings, pictures, coins and other works of art and to institute, maintain or assist schools for the teaching of art.

Public exhibition, time of, etc.

(10780) Sec. 4. The public exhibition of its collection or works of art shall be the duty of every such corporation and as soon as it shall be prepared to do so, it shall, under reasonable regulations and without any improper discriminations, and at least once in each week, open its buildings and art collections to the general public without charge.

Board of trustees, number of.

(10781) Sec. 5. The affairs of such corporation shall be managed by a board of trustees to be elected as provided by the by-laws, but in no case shall the number be less than four or more than twenty. Said trustees shall hold their offices for one year or such other period as the by-laws shall determine and until their successors are elected.

Annual meeting.

(10782) Sec. 6. The time of the annual meeting shall be fixed by the by-laws and the trustees shall be elected at the time of such annual meeting, but in case of a failure to elect, such election may be made afterwards.

By-laws.

(10783) Sec. 7. Said corporation may make suitable by-laws and revise or alter the same.

Records.

(10784) Sec. 8. The trustees shall cause to be kept faithful records of their doings, and also true books of accounts which shall at all reasonable times be open to the inspection of any member.

Gifts, etc. how used.

(10785) Sec. 9. All gifts, devises or bequests made to any such corporation, and all its income shall be faithfully used for the purposes for which said corporation was organized, and no dividend in money or property shall ever be made by such corporation among its members.

Proceedings in case of disorganization.

(10786) Sec. 10. The character and purposes of such corporation shall not be changed nor its general art collections be sold, encumbered, or disposed of, unless authorized by the legislature of this state upon the request of a majority of its members. But if any such corporation shall ever cease, be diverted from the lawful purposes of its organization, or become unable usefully to serve such purposes, the legislature may by law provide for the winding up of its affairs and for the conservation and disposition of its property in such way as may best promote and perpetuate the purposes for which such corporation was organized originally.



(10787) Sec. 11. The
exempt from taxation: P
for commercial purposes i

AN ACT to inc

(10788) Section 1. Th
That corporate societies m
this act for the mutual b
in the science and art of
mining engineering, and fc
ing of such information
ing of such property, book
struments and machines a
may have any historical
That no two societies inco
same name.

HISTORY: How. 4471a;—C. 8244. See Act 171 of 1903,

(10789) Sec. 2. Any
may desire to become inc
section one, may execute u
edge before some person o
take the acknowledgment
tion, one copy whereof sh
secretary of state, and the
the secretary of state that
in his office, shall be retai
upon the execution and
signers thereof, and those
with them, shall become a
poses set forth in such art

HISTORY: How. 4471b;—C. 8245.

(10790) Sec. 3. The art
dition to the requirements
First, The name of such
fice for the transaction of
which it is incorporated,
That the location of the offi
Lansing, shall be at the pl
ing notice of his location w
Second, The objects for
stated with reasonable cert
Third, The number of it
time and place for holding
Fourth, Whether it is
local association, what ter
Fifth, If it is to have any
capital, the number of sh
stock paid in.

HISTORY: How. 4471c;—C. 8246.

ns signing said ar-
ıated;
);
thirty years.
fore some officer au-
this state, and when
of the secretary of
y in which such cor-

ıve the power to ac-
uitable for its pur-
buildings as are nec-
gifts, contributions,
art purposes; to re-
ulpture, engravings,
art and to institute,
art.
s collection or works
ation and as soon as
r reasonable regula-
ns, and at least once
ctions to the general

ration shall be man-
provided by the by-
s than four or more
offices for one year
rmine and until their

ıeeting shall be fixed
ected at the time of
to elect, such election

ıake suitable by-laws

e to be kept faithful
s of accounts which
spection of any mem-

equests made to any
e faithfully used for
ıs organized, and no
ıade by such corpora-

oses of such corpora-
t collections be sold,
. by the legislature of
its members. But if
erted from the lawful
ble usefully to serve
ovide for the winding
nd disposition of its
: and perpetuate the
ganized originally.



(10787) Sec. 11. The property of such corporation shall be exempt from taxation: *Provided,* That such property is not used for commercial purposes in any way.

Exempt from taxes.

AN ACT to incorporate engineering societies.

Act 232, 1887, p. 289; Eff. Sept. 28.

(10788) Section 1. *The People of the State of Michigan enact,* That corporate societies may be organized under the provisions of this act for the mutual benefit and instruction of their members in the science and art of surveying, and of civil, mechanical and mining engineering, and for the collecting, preserving and publishing of such information pertaining thereto, and the accumulating of such property, books, maps, papers, documents, articles, instruments and machines as tend to illustrate the same, or which may have any historical value in relation therewith: *Provided,* That no two societies incorporated under this act shall assume the same name.

For what purposes corporate societies may be organized.

Proviso.

HISTORY: How. 4471a;—C. L. '97, 8244. See Act 171 of 1903, p. 230. | Compilers' Sections 9054-9061.

(10789) Sec. 2. Any seven or more persons of full age who may desire to become incorporated for the purpose set forth in section one, may execute under their hands and seals, and acknowledge before some person or persons within this state authorized to take the acknowledgment of deeds, duplicate articles of association; one copy whereof shall be filed and recorded in the office of secretary of state, and the other copy, having had the certificate of the secretary of state that it is a true transcript from the records in his office, shall be retained by such society or association, and upon the execution and acknowledgment of such articles, the signers thereof, and those who may thereafter become associated with them, shall become a body politic and corporate for the purposes set forth in such articles.

Who may incorporate and how.

When a body corporate.

HISTORY: How. 4471b;—C. L. '97, 8245.

(10790) Sec. 3. The articles of association shall contain, in addition to the requirements of section two;

Articles of association, what to contain.

First, The name of such corporation and the place where its office for the transaction of business is located, and the period for which it is incorporated, not exceeding thirty years: *Provided,* That the location of the office of any such corporation, when not in Lansing, shall be at the place of business of its secretary, upon filing notice of his location with the secretary of state;

Proviso.

Second, The objects for which it is organized, which shall be stated with reasonable certainty;

Third, The number of its directors and regular officers, and the time and place for holding its annual meeting;

Fourth, Whether it is a state or local association, and if a local association, what territory is embraced in its membership;

Fifth, If it is to have any capital stock, then the amount of such capital, the number of shares of such stock and the amount of stock paid in.

HISTORY: How. 4471c;—C. L. '97, 8246.