# Exhibit 2

# ARTICLES OF INCORPORATION
## OF THE
# ✵ Detroit Museum of Art. ✵

I.

The undersigned, who are all residents of the City of Detroit, in the State of Michigan, and who have severally contributed the sum of One Thousand Dollars for the purpose of founding a public art institute in said Detroit, do hereby associate themselves together as a body corporate, by these Articles of Association, under the provisions of an Act, passed by the Legislature of Michigan, entitled "An Act for the formation of corporations for the cultivation of art," approved February 16th, 1885.

II.

The name of said corporation shall be the Detroit Museum of Art.

III.

Said corporation is formed for the objects and purposes contemplated by the act above mentioned, to wit, for the founding of a public art institute in the City of Detroit, which may acquire and hold such real estate as may be suitable for the site of such art buildings as it may erect or maintain thereon; receive and use such gifts, contributions, devises and bequests, as may be made it for art purposes; receive, acquire, collect and own paintings, sculpture, engravings, drawings, pictures, coins and other works of art, and may institute, maintain or assist schools for the teaching of art, and may do all other things authorized by said act, and have and enjoy all the privileges and franchises given thereby.

IV.

The names and several residences of the persons signing these articles, and the amount of money contributed by each, are as follows:

| Names. | Residences. | | Amount. |
|---|---|---|---|
| R. A. Alger | Detroit | Michigan | $1000 |
| H. P. Baldwin | do | do | $1000 |
| Joseph Black | do | do | $1000 |
| Collins B. Hubbard | do | do | $1000 |
| W. H. Brearley | do | do | $1000 |
| C. A. Buhl | do | do | $1000 |
| James L. Edson | do | do | $1000 |
| Charles Endicott | do | do | $1000 |
| Fred E. Farnsworth | do | do | $1000 |
| D. M. Ferry | do | do | $1000 |
| Geo. H. Hammond | do | do | $1000 |
| John L. Harper | do | do | $1000 |
| Jean Holden | do | do | $1000 |
| Bela Hubbard | do | do | $1000 |
| Lew V. Ives | do | do | $1000 |
| Geo. V. N. Lothrop | do | do | $1000 |
| C. R. Mabley | do | do | $1000 |
| James McMillan | do | do | $1000 |
| Geo. F. Moore | do | do | $1000 |
| Wm. A. Moore | do | do | $1000 |
| Sam'l R. Mumford | do | do | $1000 |
| C. A. Newcomb | do | do | $1000 |
| T. H. Palmer | do | do | $1000 |
| Francis Palms | do | do | $1000 |
| James E. Scripps | do | do | $1000 |
| Geo. H. Scripps | do | do | $1000 |
| William Shelden | do | do | $1000 |
| Mrs. E. C. Skinner | do | do | $1000 |
| Mrs. H. N. W. Crapo Smith | do | do | $1000 |
| W. A. Smith | do | do | $1000 |

| | | | |
|---|---|---|---|
| Mrs Morse Stewart | do | do | 1000 |
| S. Caroline Toms | do | do | 1000 |
| Edward W. Voigt | do | do | 1000 |
| Hiram Walker | do | do | 1000 |
| E. Chandler Walker | do | do | 1000 |
| Willis E. Walker | do | do | 1000 |
| John L. Warren | do | do | 1000 |
| Alexandrine M. Willis | do | do | 1000 |

V.

Said corporation is situated in the City of Detroit, Wayne County, Michigan.

VI.

The said corporation shall exist for the period of thirty years from the date of the filing of these articles.

In witness whereof, we have made and signed in duplicate these articles of association on this twenty-fifth (25th) day of March, in the year of our Lord one thousand eight hundred and eighty-five.

R. A. Alger  
H. P. Baldwin  
Joseph Black  
Collins B. Hubbard  
W. H. Brearley  
C. H. Buhl  
James D. Edson  
Charles Endicott  
Fred. E. Drinkwater  
H. P. Pingree  
Geo. H. Hammond  
John S. Harper  
Jesse H. Olden  
Bela Hubbard  
  per Collins B. Hubbard his attorney  
Geo. V. N. Lothrop  
C. R. Mabley  
James McMillen  
Geo. F. Moore  
Wm. A. Moore  

Saml. R. Mumford  
C. A. Newcomb  
T. W. Palmer  
Francis Palms  
James E. Scripps  
Geo. H. Scripps  
Allan Shelden  
Mrs. E. E. Skinner  
Mrs. H. H. H. Crapo Smith  
  
T. F. Thurber  
Mrs. Jas. T. Sterling  
Mrs. Morse Stewart  
S. Caroline Toms  
Edward W. Voigt  
Hiram Walker  
E. Chandler Walker  
Willis E. Walker  
John L. Warren  
Alexandrine M. Willis  

State of Michigan } ss.  
County of Wayne }

Before me a Notary Public, in and for said County, personally appeared, on the 25th day of March 1885, Joseph Black, W. H. Brearley, James

Bela Hubbard & Edwin S Harland, his Attorney in fact, and to his William H Noss & Samuel R Mumford, C W Newcomb, Francis Edi— James E Pitt[?], George W. Seey, as the Ex— her or now and S. Sibley, Morris[?] Stewart, Hiram Walker, David Stuart, & Alexandrine M. Willis, and on the 26th day of March 1855, C. H. Buhl, Charles Endicott, Z. M. Ferry, G. A. H. Hammond, C. H. Walker, James McMillan, George B. Mc—, [?]an Shelden, Mrs [?] C[?]'s Smith, W. L. Smith, and on the 27th day of March 1855, H. A. Heyer, W. B. Paid son, G.... to A. Leh—, J. Caroline Jones, & Willis E. Davis[?], and on the [?] day, A[?] 1855, E. Chandler Walker, and on the 6th day of April 1855 Edward H Leigh, and on the 15th day of April 1855, F. R. Stearns, M[?] F. Stearns & F. R. Stearns his Attorney in fact, and on the 16th day of April 1855, Collins B Hubbard to me personally known to be the persons whose names are subscribed to the foregoing articles of incorporation, who severally acknowledged that they executed the same as their free act and deed for the intents and purposes mentioned therein, and the said Collins B. Hubbard & F. R. Stearns then acknowledged that they severally executed the same as the free act and deed respectively of the said Bela Hubbard & F. Stearns by virtue of his several powers of Attorney duly recorded in the Register's Office for the County of Wayne.

Robert P. Gray
Notary Public
Wayne County
Michigan

