# Exhibit 3

[No. 67.]

AN ACT to amend act number three of the Public Acts of eighteen hundred eighty-five, entitled "An act for the formation of corporations for the cultivation of art," being sections ten thousand seven hundred fifty-nine to ten thousand seven hundred seventy-six, both inclusive, of the Compiled Laws of nineteen hundred fifteen, by adding thereto two new sections, to be numbered sections nineteen and twenty.

*The People of the State of Michigan enact:*

SECTION 1. Act number three of the Public Acts of eighteen hundred eighty-five, entitled "An act for the formation of corporations for the cultivation of art," the same being sections ten thousand seven hundred fifty-nine to ten thousand seven hundred seventy-six, both inclusive, of the Compiled Laws of nineteen hundred fifteen, is hereby amended by adding thereto two new sections numbered sections nineteen and twenty, to read as follows: <span style="float:right">Act amended.<br>Sections added.</span>

SEC. 19. Any of the real estate of a corporation organized under this act may be used for any purpose which the circuit court in chancery, of the county in which said corporation is situated determines to be a purpose kindred to that for which the corporation is organized. <span style="float:right">Use of real estate.</span>

SEC. 20. Any corporation organized under this act situated in a city empowered to maintain a public art institute like or similar to that described in this act, may convey all or any of its property to said city upon such terms, in such manner and at such time or times as may be agreed upon by its trustees and the legislative body of said city; and said property so conveyed shall in the hands of said city be faithfully used for the purposes for which such corporation was organized: *Provided, however,* That any real estate so conveyed may be used for a kindred purpose as provided in section nineteen of this act. Said trustees are hereby empowered, in the event of their conveying to the city all of the property of said corporation, to wind up its affairs by taking appropriate proceedings in the circuit court in chancery, above mentioned. <span style="float:right">Transfer of property to city.<br><br>Proviso.</span>

Approved April 15, 1919.