# Exhibit 5

# DETROIT MUSEUM OF ART

## ANNUAL REPORT
### FOR THE YEAR
### 1918



13-53846-tjt   Doc 5054-6   Filed 05/27/14   Entered 05/27/14 15:32:06   Page 2 of 10

# DETROIT MUSEUM OF ART

## REPORT FOR THE FISCAL YEAR JULY 1ST, 1917, TO JUNE 30TH, 1918



Detroit Museum of Art

# DETROIT MUSEUM OF ART

Annual Reports of the President, Secretary, Treasurer, and Director of the Detroit School of Design for the Year Ending June 30th, 1918

DETROIT

1918

# DETROIT MUSEUM OF ART

## Officers for 1918-1919

| | |
|---|---|
| President | Ralph H. Booth |
| Vice-President | Joseph J. Crowley |
| Treasurer | William J. Gray |
| Secretary and Director | Clyde H. Burroughs |

## Trustees

*(For the term expiring 1919.)*

D. M. Ferry, Jr.  David Gray

Tom May (City Appointee)

*(For the term expiring 1920)*

Henry G. Stevens  Gustavus D. Pope

Francis P. Paulus (City Appointee)

*(For the term expiring 1921)*

H. J. M. Grylls  J. J. Crowley

Wm. J. Gray (City Appointee)

*(For the term expiring 1922)*

Ralph H. Booth  Horace J. Caulkins

William B. Stratton



"A CHRISTMAS IN HEAVEN"—WOOD CARVING

by I. KIRCHMAYER

Added to the George G. Booth Loan Collection

# REPORT OF THE PRESIDENT

DETROIT, June 28, 1918.

*To the Members of the Corporation of the Detroit Museum of Art.*

Since the year 1885 when the state legislature enacted the law providing for this corporation, no 12 months period has seen action so momentous as affecting its future. From 1885 to 1893, the museum was operated entirely through private contribution. Since that year it has had increasing financial support from the municipality, with an appropriation finally of $40,000 for the ensuing year, which for the first time will give a sufficient amount to meet present needs, or nearly so.

Coincident with this financial encouragement, the city in its new charter has provided for an arts commission, contemplating that you will convey the property and trusts you hold to the city, as the basis for the Detroit Institute of Arts, as the new municipal institution is to be named. At a date to be set for the early fall you will probably be called together for the special purpose of acting upon the question of conveyance to the city, at which time your trustees will make such recommendations as may appear to them best.

It is obvious that under the new charter further maintenance of this museum by the city is contingent upon such transfer. The alternative will be to arrange for support independently.

The Detroit School of Design has completed another year, and its recent exhibit held in the galleries of the museum is good evidence of its accomplishment. Your president is pleased to say that in his opinion, which is stimulated by the comment and criticism of others, the character of the teaching as evidenced by the work accomplished would lend distinction in this branch to any institute of arts and to any city, and that we may well be proud of it. It is therefore with regret that I must announce that with the close of the

13-53846-tjt    Doc 5054-6    Filed 05/27/14    Entered 05/27/14 15:32:06    Page 8 of 10

present term your board has relinquished its control of the school of design, and has re-conveyed its property and effects to the city of Detroit.

In explanation it should be stated that the city, upon the advice of the corporation counsel, determined that it could not legally continue its financial support of the school, as it was declared to be properly an educational institution and as the school system is a function of the state. Therefore, the amount asked to cover the budget of the next school year was refused and consequent action taken by your board of trustees. It is to be hoped that in the near future it can be provided so that the city may incorporate a teaching department in the Detroit Institute of Arts.

During the past year the first steps have been taken toward the rehabilitation of the galleries of the museum, and the sorting, arranging and classifying of the collections. It is hoped and expected that during the ensuing year all other parts of our museum interior will be given equal consideration. This determination to make the very best of our present building is rendered desirable by the necessary delay in securing the much desired adequate new building upon the site obtained for the purpose.

The law suit against William C. Weber for possession of that part of our property on Woodward avenue, which appears in his name, has been allowed to stand, upon the advice of our legal counsel, pending the vote upon the city charter, and the probability of conveyance to the city, because it is understood that this is the only requirement made by Mr. Weber. He has expressed his willingness to deed it direct to the city at any time.

The children's museum is a new department, and the modest beginning with such small equipment as we now have has elicited such a degree of wholesome interest that I am sure it encourages liberal support, and will become a very useful and important addition. I ask for it due consideration of the trustees.

The boys and girls of our public schools have been brought in groups to our museum almost every day, and it

is probable that throughout the year these have included a majority of all school children. They have been taken through the galleries by instructors and helped with comment and suggestion.

The importance of music in our auditorium is something that should be given special consideration in the future. On Sunday afternoons the feature of community singing, arranged for by the recreation commission, has attracted such enthusiastic attendance that it may well be continued. If arrangements can be completed, it is hoped that the Chamber Music Society will utilize our hall as one of the centers for its work.

The past year in its entirety has been most interesting and successful. Never before we believe has there been shown such an appreciative intelligent interest in art in our city as expressed through the collections and exhibitions of the museum, and the activities within it.

No report of the past year would be complete without recognition of the titanic world struggle in which we are involved. It overlies all our activities, and in no sense should we appear to demand a consideration that would in the slightest degree divert attention or detract so much as a featherweight of support from the successful prosecution of the war, and all that it means to our country and to civilization.

But in the words of Mr. Stoughton Holborn in his lecture here, "Art and civilization are synonymous," and so we feel the necessity of uplifting the spiritual side of life at such a time as this especially, that the best in civilization may always be secured to the world. And again quoting the same authority we must "lead the common life for a noble end." In order that such an institution may live and grow, it must be conducted so that it shall have a vital influence upon the common lives of men.

Respectfully,

RALPH H. BOOTH,
*President.*

13-53846-tjt   Doc 5054-6   Filed 05/27/14   Entered 05/27/14 15:32:06   Page 10 of 10