# Exhibit 6

# CHARTER

### of the
# CITY OF DETROIT



Adopted by the People of the City of Detroit
June 25, 1918

Filed with the Secretary of State and in Effect
June 27, 1918

ntered 05/27/14 15:32:06   Page 2 of 5

**Complaints:**

Sec. 11. The commission shall promptly investigate and make report to the bureau of complaints concerning all complaints referred by such bureau to the commission relative to the performance of its duties.

**President ex-Officio Member of Board of Supervisors:**

Sec. 12. The president of the commission, if an elector and qualified to vote for mayor, shall be ex-officio a member of the board of supervisors of the county of Wayne.

**Legislation by Common Council:**

Sec. 13. The common council shall enact such ordinances as may be necessary to carry out the provisions of this chapter.

## CHAPTER XIX.

### Arts Commission.

**Department Established:**

Section 1. There shall be an Arts Commission, consisting of four members.

**Appointment; Qualifications:**

Sec. 2. The members of the commission shall be appointed by the mayor. No person shall be eligible to appointment who is not a citizen of the United States and a taxpayer of the city.

**Term of Office; Compensation:**

Sec. 3. The term of office of members of the commission, shall, subject to the provisions hereof relative to removal, be four years. The members of the first commission existing hereunder shall be appointed for the term of one year, two years, three years and four years, respectively, and annually thereafter, one member shall be appointed for the term of four years. The term of office in each instance shall begin on the first day of March in each year. Members of the commission shall serve without compensation.

**Removals From Office; Vacancies:**

Sec. 4. Members of the commission shall be subject to removal from office by the mayor without cause assigned. Any vacancy in office shall be filled by the mayor for the remainder of the unexpired term.

**Officers and Employes:**

Sec. 5. The commission shall select a president and vice-president. It shall appoint a director, and in accordance with the provisions of this charter relative to civil service, such other officers, assistants, and employes as may be necessary, and prescribe the duties thereof. The compensation of the director and other assistants and employes shall be fixed by the commission, subject to the approval of the common council.

**Meetings; Records; Quorum:**

Sec. 6. The commission shall hold meetings regularly, at least once in each week, and shall designate the time and place thereof. It shall adopt its own rules of procedure and shall keep a record of its proceedings. Proper accounts of the receipt and expenditure of money shall be kept. All meetings, records and accounts of the commission shall be public. Three members shall constitute a quorum for the transaction of business.

**General Powers and Duties:**

Sec. 7. The powers and duties of the commission shall be exercised and performed as herein provided and in conformity with the

Doc 5034-7   Filed 05/27/14   Entered 05/27/14 15:82:06

general ordinances of the city, shall be as follows:

(a) The commission shall hold, in the name of the city, such real estate as may be necessary for the accomplishment of its objects;

(b) Shall build, operate and maintain suitable buildings to be used for the exhibition of paintings and works of art and auditorium purposes, to be known as the Detroit Institute of Arts, and to which, under proper rules and regulations, the public may have access free of charge, except that on occasions when special exhibitions, public concerts or other entertainments are held in any of said buildings, the commission may in its discretion make a reasonable charge for admittance, and shall have the right to rent to other organizations or individuals any of the buildings for special occasions.

(c) Shall acquire, collect, own and exhibit, in the name of the city, works of art, books and other objects such as are usually incorporated in Museums of Art.

(d) Shall have the management and direction of the several buildings, premises and property of the city under its control, and shall make reasonable rules and regulations concerning the same;

(e) May, with the approval of the common council, in the name of the city, take and hold, by purchase, gift, devise, bequest or otherwise, such real and personal property as may be proper for carrying out the intents and purposes for which it is established;

(f) Shall recommend to the common council the institution of condemnation proceedings whenever, in its judgment, private property should be taken in the name of the city for the purposes of the commission;

(g) May, with the approval of the council, sell and convey or lease any of the buildings or land under its control, whenever required by the interests of the city;

(h) May make, with the approval of the common council, all contracts to carry out the purposes and objects of the department as herein provided; and

(i) Shall have such other powers as are herein prescribed or may be necessary hereunder for the proper discharge of its duties.

**Monthly Financial Report:**

Sec. 8. The commission shall, on the last day of each month, file with the controller and city treasurer a report giving the date of collection or receipt of all money collected or received by the commission, and shall daily pay into the city treasury all moneys so collected.

**Application of Funds; Annual Estimate:**

Sec. 9. All moneys paid into the city treasury by the commission shall apply exclusively on the payment of expenses incurred by it. On or before the fifteenth day of January of each year, the commission shall transmit to the city controller its estimate in duplicate of the amount of money required for its purposes for the ensuing fiscal year.

**Annual Report:**

Sec. 10. The commission shall, on or before the fifteenth day of January in each year, make a written report to the common council of the work of the department during the preceding year and the condition of the property under the control of the commission. The report shall be certified by the commission clerk, and published in such manner as the council may direct. The

commission shall also make such other reports as the council may, from time to time, require.

**Complaints:**

Sec. 11. The commission shall promptly investigate and make report to the bureau of complaints concerning all complaints referred by such bureau to the commission relative to the performance of its duties.

**Legislation by Common Council:**

Sec. 12. The common council shall enact such ordinances as may be necessary to carry out the provisions of this chapter.

## CHAPTER XX.

### Commissioner of Purchases and Supplies.

**Appointment of Commissioner:**

Section 1. There shall be a Commissioner of Purchases and Supplies, who shall be appointed by the mayor, not later than the first day of March, nineteen hundred and nineteen, and who shall have charge of the Department of Purchases and Supplies.

**Qualifications; Term of Office; Vacancies; Compensation:**

Sec. 2. No person shall be eligible to appointment who is not a citizen of the United States, and a resident of the city. The commissioner may be removed by the mayor at any time without cause assigned. Any vacancy in the office shall be filled by the mayor. The compensation of the commissioner shall not be less than five thousand dollars per annum.

**Officers and Employes:**

Sec. 3. The commissioner shall appoint a secretary, and in accordance with the provisions of this charter relative to civil service, such clerks and other assistants as may be necessary. The commissioner shall prescribe the duties of such secretary, clerks and assistants, and shall, subject to the approval of the common council, fix their compensation.

**Records:**

Sec. 4. The commissioner shall cause to be kept a record of the proceedings and accounts of the department and all such records, proceedings and accounts shall be public.

**General Powers and Duties:**

Sec. 5. The powers and duties of the commissioner, which shall be exercised as herein provided, and in conformity with the general ordinances of the city, shall be as follows:

(a) He shall, in the manner provided by ordinance, purchase, according to specifications furnished by the various departments and approved by the common council, all supplies, materials and equipment for all departments, offices, boards, courts, commissions and institutions, except for the house of correction and institute of arts and except material and supplies for the public welfare commission not purchased in bulk, but shall make any and all purchases for such departments at their request: Provided, That where two or more departments use