# Exhibit 7

# DETROIT MUSEUM OF ART

## ANNUAL REPORT
### FOR THE YEAR
### 1919



13-53846-tjt   Doc 5054-8   Filed 05/27/14   Entered 05/27/14 15:32:06   Page 2 of 19

# DETROIT MUSEUM OF ART

Annual Reports

of the

President, Secretary and Treasurer

For the Year Ending June 30th,

1919

DETROIT

1919

13-53846-tjt    Doc 5054-8    Filed 05/27/14    Entered 05/27/14 15:32:06    Page 3 of 19

# DETROIT MUSEUM OF ART

## REPORT FOR THE FISCAL YEAR JULY 1ST, 1918, TO JUNE 30TH, 1919



Detroit Museum of Art

# DETROIT MUSEUM OF ART

## Officers for 1918-1919

| | |
|---|---|
| President | Ralph H. Booth |
| Vice-President | Joseph J. Crowley |
| Treasurer | William J. Gray |
| Secretary | Clyde H. Burroughs |

### Trustees

*(For the term expiring 1919.)*

D. M. Ferry, Jr.                         David Gray

Tom May (City Appointee)

*(For the term expiring 1920)*

Henry G. Stevens                    Gustavus D. Pope

Francis P. Paulus (City Appointee)

*(For the term expiring 1921)*

H. J. M. Grylls                         J. J. Crowley

Wm. J. Gray (City Appointee)

*(For the term expiring 1922)*

Ralph H. Booth                      Horace J. Caulkins

William B. Stratton



KULAH PRAYER RUG

LATE XVIII CENTURY

LOANED BY MRS. GUSTAVUS D. POPE.

# REPORT OF THE PRESIDENT

DETROIT, June 27th, 1919.

*To the Members of the Corporation of the Detroit Museum of Art:*

It is with due appreciation of the honor that I submit my second annual report as President of the Detroit Museum of Art, which thus completes the 34th year of its incorporation.

The signing of the Treaty of International Peace coincident with the closing of our fiscal year will always mark this date in memory. It was not expected that in a year of such stupendous concerns the activities of our museum should indicate a normal amount of interest, and in fact, as we said in our last annual report, we did not wish to even appear to demand consideration that would in the slightest degree divert attention or detract so much as a featherweight of support from the successful prosecution of the war. It is, therefore, most gratifying that the attendance at the museum during the twelve months reached almost one hundred thousand or about twenty percent less than the previous year, and it is important to note that practically all of our members continued their support during this time; thirteen contributing members at $100.00 each, one annual member at $50.00, two at $25.00 and one hundred and fifteen at $10.00 each, making a total from memberships of $2550.00. One incorporator was added—Mr. J. J. Crowley—contributing the sum of $1200.00 for the purchase of the painting "In the Country" by Leon Kroll. One bequest came to us, from the late Elizabeth P. Kirby—$5000.00—which is added to our endowment fund. Cash contributions from seven friends, $225.00, for the purchase of laces, and from five others $175.00 was contributed toward prizes awarded at our Michigan Artists Exhibition.

The following additional gifts were received:

Water color, presented by the artist, Haley Lever.

A collection of Babylonian tablets from Henry G. Stevens.

Portrait of Henry Wood Booth by Ossip Perelma, from George G. and Ralph H. Booth.

Eight etchings presented by the artist, Arthur Hentzelman.

Ten lithographs of war-time subjects, the work of Vernon Howe Bailey; three from the artist himself and seven presented by Mr. John Russel.

Six medals from Mr. J. M. Potichke, and two medallic coins presented by Mr. F. H. Perrenoud.

The purchase of additions to the collections are as follows:

Six water color paintings by Gifford Beal, entitled "Spring," "Arabesque," "Windy Day," "Hudson River," "Summer Landscape," "Central Park," and "New York Freight Yards," purchased from the Farwell Fund and the income of the Yawkey Fund.

Water color painting by Hayley Lever, entitled "Wharf, Gloucester," purchased from the income of the Slocum Fund.

Oil painting, "Surf and Rocks," by Childe Hassam, purchased from the income of the Lizzie Merrill Palmer Fund.

Oil Painting, "The Blue Gown," by Frederick C. Frieseke, purchased from the membership fund contributed by Mr. Paul Gray, Mr. Philip Gray, Mr. David Gray, and Mrs. William R. Kales.

Oil painting, "In the Country," by Leon Kroll, purchased from the special membership fund contributed by Mr. J. J. Crowley.

Ten pieces of lace, purchased from the Special Membership and Donation Fund.

At this point President Booth digressed long enough to read a letter from Mr. George G. Booth, which had just been delivered to him by messenger, as follows:

Detroit, June 27, 1919.

*Trustees of The Detroit Museum of Art,*
  *Detroit, Mich.*

Gentlemen:

For some time I have been engaged in accumulating objects of artistic handicraft which I hoped might creditably form the basis of a permanent collection having its home in the Detroit Museum of Art.

You have honored me by accepting the collecton so far made as a loan, and have generously provided facilities for its display. I regret that great world events have somewhat interfered with plans for the enlargement of the collection, but it is my hope to be able from time to time, to make further additions which may increase its

As an earnest of my ultimate intention I desire now to tender to the Museum of Art as a free gift, the objects of art in this collection which are now in the Museum, being assured that in due time adequate provision will be made for their permanent care and exhibition.

I request that I may be permitted to continue to add to the collection as a loan, as heretofore, other objects of art which may be acquired from time to time.

Thanking you for the co-operation of your officers so generously accorded me in the past, I remain,

Yours very truly,

GEORGE G. BOOTH.

President Booth pointed out that this gift of the George G. Booth Collection constitutes the largest gift of the year and one of the most important benefactions the Museum has received.

Many important and interesting loans have been placed on exhibition, a list of which in detail will be presented by your Secretary and become a part of our report. The question of the unusually interesting lectures, musical entertainments and matters of similar interest he will also refer to in detail.

Permit me to direct your attention to the many improvements in the interior of our building and the replacing and better arrangement of many of our collections, notably the large sculpture gallery at the entrance of our building, the moving and re-installation of our Egyptian collection, the interesting Colonial room, and the Print room now nearing completion. The expert work required in connection with the Egyptian collection has resulted in bringing this department to where due recognition of its importance is given. In the new print room it is being arranged to provide for the hanging of about one hundred of our important prints at a time so that by rotation we may show our entire collection throughout the year. The prints have been examined by experts with due regard to their relative importance. Two rooms in the rear of the building are in the process of redecoration and in these will be installed in a rearranged and much better manner the important objects of the Frederick Stearns oriental collection, which, with improvements in a number of other galleries and rooms throughout the building covers the redecorating, rearranging and suitable



GHIORDES PRAYER RUG

LATE XVIII CENTURY

LOANED BY MRS. GUSTAVUS D. POPE.

marking of exhibits of our entire museum during the past two years and in a manner which gives us added pride in our splendid institution.

In the death of Mr. John L. Harper on December 7, 1918, the Museum lost one of the few remaining original incorporators. Mr. Harper was a member of the executive committee and treasurer of the art loan exhibition of 1883. As a result of this art loan, the Detroit Museum of Art came into existence, and Mr. Harper was named incorporator under the ten thousand dollar contribution of Honorable Thomas W. Palmer. There now remain but four of the original members, namely, Mr. Frederick E. Farnsworth, who was secretary of the art loan and subsequently, secretary of the Museum for many years, until his business relations called him to another city, Mrs. E. G. Holden, Mrs. H. H. Crapo Smith, and Colonel E. W. Voight.

It is fitting that the members of the corporation should also take cognizance of the death of Miss Elizabeth P. Kirby on October 16, 1918. Miss Kirby was an annual member of the Museum, who took much interest in the work of the institution, leaving the bequest of five thousand dollars heretofore mentioned.

In another important respect we are closing a significant year for this institution. I refer to the era wherein we received direct support for the maintenance from the city. Beginning with the first of July, the Arts Commission of the City of Detroit takes in charge the city funds for the carrying out of its purposes and the building we now occupy has been placed in the hands of the Arts Commission by the city for its uses. Carrying out your intention, as expressed at our last meeting called for the purpose, steps have been taken looking to the conveyance of our property and collections to the City of Detroit with due regard for the trust we hold and of the obligations attached thereto. The state legislature has amended the act under which we incorporated which will become part of the law within the next 60 days, under which it becomes proper for us to make such conveyance to the municipality. Under such conveyance the property can only be used for such purposes as we have received it or for some kindred purpose so indicated by the Circuit Court. Final action on this matter cannot be taken at this

13-53846-tnm Doc 1054-4 Filed 05/12/14 Entered 05/12/14 15:32:06 Page 12 of 19



"IN THE COUNTRY," BY LEON KROLL.
PURCHASED FROM THE SPECIAL MEMBERSHIP FUND
CONTRIBUTED BY MR. J. J. CROWLEY.

meeting, but inasmuch as we shall be without funds for maintenance otherwise, your President suggests that if it appears to you to be in order, that a resolution be passed indicating the intention to make conveyance when the law permits and in the meantime to ask the Arts Commission to accept the responsibility of the operation and maintenance of the museum for us at the expense of the city. In considering the all-important move of conveyance to the city, permit me to mention at this time that during the past year your officers have given particular attention to the value that might be set upon our collections, real estate and other

property, with the result that we believe that the collections may be conservatively valued at a million dollars and the new museum site on Woodward Avenue at over one million dollars. Our invested endowments amount to $20,000.00. Cash on hand available for purchases is $9,460.95. You have authorized your Board of Trustees to act upon this matter in accordance with their judgment, but opportunity for discussion will be given at this meeting. It was expected to make conveyance of the real estate at once as the required change in the law covered only the transfer of our collections. It was thought reasonable and in conformity with our obligation to ask the city to accept a deed to the real estate with a clause therein providing that the property should revert to this corporation if the city did not within a reasonable number of years erect thereon a suitable Museum building and properly maintain the collections later to be conveyed to it. This received the concurrence of Mr. Wm. C. Weber, in whose name some of our property stands. The form of deed was presented for consiideration by the city council but the council expressed a unanimous opinion that it would be inexpedient to accept such a transfer with any reversionary clause or any other definitely expressed obligation. If you should convey the real estate and the collections to the city in conformity with the amended legislation it should be noted that the property can be used only for such purposes as this permits, and further the conveyance would be made to the Arts Commission, who would hold the property in behalf of the city for its uses in accord with the provision of the city charter and the immediate intention of the city is definitely expressed in the appropriation for the ensuing year of $79,000.00 to cover maintenance and upkeep of the Detroit Institute of Arts, purchases for art collections and the sum of $3,000.00 to assist in the development of plans for a new museum building, which may clearly be taken as an earnest of intention.

Your President has no doubt that the collections at least should be conveyed immediately when the law permits, but if it is the desire to continue this corporation for any purpose it may be that you will consider it as conforming more exactly to your obligations to simply make a tender of the real estate to the city for acceptance whenever they are



MIDDLE XVIII CENTURY HIGHBOY
WITH BROKEN ARCH CORNICE AND BALL AND CLAW FEET.
LOANED BY MRS. GUSTAVUS D. POPE.

ready to place a suitable museum building thereon, which can have the advantage only that if through some unexpected event the city is longer delayed than is reasonable to expect, some private gift or bequest might be secured for the purpose. The matter of invested endowments should be alluded to because if conveyed to the city these funds would probably be included with all city funds and would earn approximately but 2%. Therefore, it is recommended if this corporation does not continue for the administration of these endowments that we consider placing them in the hands of trustees for administration.

Permit me to say at this time that it is a particular pleasure to have with us again today our former President, Major D. M. Ferry, Jr., who, alone of our Board of Trustees, enlisted and wore the uniform and devoted his time wholly to the service of our country during the period of the war at so great a cost of pleasure and personal comfort. Please accept our congratulations and our appreciation, Major Ferry, and our pleasure upon your return.

The time has come when we may now turn from war to the Arts of Peace—the development of the higher life. Art is vast in its influence. Civilization without Art is unthinkable. Observe the marvelous creations of God in nature with its infinite gradations of color, light and shade, its rhythm, harmony and beauty of design, and tell me whether man shall not continuously strive to so use the products of the animal, vegetable and mineral kingdoms which the Almighty has placed at his disposal and to so fashion them that they too shall delight the eye, stimulate greater aspirations and uplift the soul.

Detroit is scarcely today the beautiful city that it once was. It needs a new birth in Art. It is Art hungry and maybe it does not know it. Vast fortunes of money are being accumulated in our city. Shall it be left to future generations to gain with this wealth the attainable finer attributes of life? In many other cities this does not obtain. In fact, many of the greatest of art patrons and collectors of our country today are men who have accumulated their own fortunes. It appears to need someone to lead the way. Who will be the first man among our citizens of wealth to

prove himself a prince indeed? Let him bring to Detroit examples of the master work of the past in paintings, sculpture, tapestries, rugs, furniture, and other objects of art. These works of the past that are proven by the test of time will develop that fine sense of discrimination to enable him to judge and patronize and so help to develop in our midst contemporary productions in the Fine and Applied Arts. The Detroit man who will be the first to add this to other altruistic motives and take such a place in our midst, will quickly become our first citizen, and the real satisfaction that wealth can give will, I am sure, be realized and before he is well launched upon his pursuit, I am confident that he will excite emulation among the people of our city in degree as they are able. It is such things that make a city great, not mere bigness or simply usefulness in production. How shall we build and develop a great Institute of Arts in our city if we have no liberal regard for the Arts among our foremost citizens?

Perhaps the times are changing in this regard. It may be too long before an individual will take advantage of such a great opportunity. It may be that the time is come when the city as a whole will take its place in Art in advance of the individual. Then, let it be. Our City of Detroit has taken its first steps in this direction. Surely a million people collectively might reasonably be expected to develop an Art collection greater than that acquired by any individual. I recently viewed a collection in a gentleman's home representing an expenditure of about fifteen millions of dollars. We must start with the positive understanding that Art is for all the people. Too often we hear the idea expressed that Art, particularly the Fine Arts, is something exclusive and for the few who are supposed to have a peculiar understanding of it, or those whose hobby it is— a sort of highbrow affair—and we sometimes get such comments from men whose lives are already influenced to an astounding degree by this same uplifting force and they appear not to realize it. Some tell us they realize the importance of Art as applied to Industry, and they do not

recognize the relative importance of the Fine Arts. I am glad to say that the day of such acknowledgments is passing and the day will soon dawn when Art in its true meaning and application will be accepted as a vital, compelling and uplifting force that it certainly is. Unthinking men sometimes speak of museums as store houses of dead Art and of great paintings on our walls as static Art. They want more active force.

This Museum and its influence is the answer to those who will but take an interest and it is the function of this society to stimulate the whole people that they shall take an interest. Who can believe in the beauty and influence of a great poem if he has neither read nor heard one; and, who believes in the charm and inspiration of music if they have never listened with interest?

The attendance at Museums of Art is not as great as it should be. This should be met by taking the great Art to the people, or at least nearer to them. I wish to suggest a new general plan for the city, which I feel confident, if tried, will prove successful. It is the establishment of branch museums or galleries throughout the city, particularly in the crowded sections—a simple building, well designed and amply lighted—one room and one attendant would serve splendidly. They could be established in conjunction with our branch libraries by the addition of a wing, or a separate building. This might assist at least in the beginning.

I should like to see them placed close to the street—easy of access—and not surrounded by very much park space. In a section thickly populated, I have in mind utilizing a lot say 50 or 60 feet wide, with the building a few feet back from the sidewalk, with an inviting entrance on the sidewalk level, the building occupying the width of the lot and nicely proportioned in depth—in the rear an attractive court or garden, surrounded by a wall, a pleasant spot to rest, accessible only from the gallery. We should establish changing exhibitions in these branch museums, letting each

remain intact for, say, 30 to 60 days in one gallery; then, moved to the next, to be replaced by another exhibition. This will also, in a degree, solve the growing problem of some great museums which may otherwise be forced to hang a too vast collection permanently in one building. The attendant would be capable of giving intelligent information in reply to questions and should give carefully prepared and instructive talks on each exhibit. As the purpose is mainly educational, each exhibit should represent an idea covering a particular period or school, or be comparative of old and modern. Some should be designed particularly for children.

In the city of Boston, through the interest and personal effort of Mr. FitzRoy Carrington, backed by a group of his liberal friends, has been established one such art center, exclusively for children, in one of the crowded sections of that city.

A start might wisely be made in one or two locations, but I confidently believe that a dozen or twenty such branch museums might profitably be established and maintained in the city of a million people. It may be that such buildings at certain times of the year should be put to other uses.

In closing this report, permit me to say that it is evident that Art Museums are taking a broader view of their service to the community and are looking to the new ways in which their institutions can render larger service. We should bring into conjunction more than ever the influence of other Arts such as Music, Poetry and Architecture and welcome them to give expression in our home and so use the advantages that we have at our disposal to achieve our purposes in the largest measure.

*Respectfully,*

RALPH H. BOOTH,

*President*