# Exhibit 8



# BULLETIN OF
# THE DETROIT INSTITUTE OF ARTS
## *of the City of Detroit*

Vol. I        OCTOBER, 1919        No. 1

THE BULLETIN OF THE DETROIT INSTITUTE OF ARTS, of which this is the first number, takes the place of the BULLETIN OF THE DETROIT MUSEUM OF ART. This change marks the beginning of an epoch in the history of Detroit when it shall become a civic function of the municipality to foster art, by operating and maintaining a museum for the people of the city. It is an era when art shall become in its broadest sense democratic, with the museum and its valuable collections actually belonging to the people.

13-53846-tjt    Doc 5054-9    Filed 05/27/14    Entered 05/27/14 15:32:06    Page 2 of 4

# THE DETROIT INSTITUTE OF ART OF THE CITY OF DETROIT

As noted in the announcement on the front page of this Bulletin, the Detroit Museum of Art is now under the management of the Arts Commission of the City of Detroit, and as soon as the contemplated conveyance of the Museum's property and collections is made, the Detroit Institute of Arts, of the City of Detroit, will be in full force and effect. It is a novel, if not unique, experience among American municipalities to have, as a part of their civic function, the erection, operation, and maintenance of a public art gallery, and Detroit, with St. Louis, is in the vanguard in their actual governmental assumption of these duties, in which sooner or later every municipality of importance will engage.

This does not mean that Detroit and St. Louis are the only two cities giving financial support to Museums. This is done in many cities, and in New York and Chicago the contributions toward the support of the Museums are large, but Detroit and St. Louis are the first two cities in which the ownership and management of the Museum of Art is actually vested in the city. With the appointment of the Arts Commission by Mayor Couzens under the provisions of the new Charter adopted in June, 1918, the city assumed this new function. The powers and duties of the Arts Commission under this charter are as follows:

"The powers and duties of the Commission, which shall be exercised and performed as herein provided and in conformity with the general ordinances of the city, shall be as follows:

(a) The Commission shall hold, in the name of the City, such real estate as may be necessary for the accomplishment of its objects;

(b) Shall build, operate, and maintain suitable buildings to be used for the exhibition of paintings and works of art and auditorium purposes, to be known as the Detroit Institute of Arts, and to which, under proper rules and regulations, the public may have access free of charge, except that on occasions when special exhibitions, public concerts or other entertainments are held in any of said buildings, the Commission may in its discretion make a reasonable charge for admittance, and shall have the right to rent to other organizations or individuals any of the buildings for special occasions.

(c) Shall acquire, collect, own and exhibit, in the name of the City, works of art, books and other objects such as are usually incorporated in Museums of Art.

(d) Shall have the general management

and direction of several buildings, premises and property of the City under its control, and shall make reasonable rules and regulations concerning the same;

(e) May, with the approval of the common council, in the name of the City, take and hold, by purchase, gift, devise, bequest or otherwise, such real and personal property as may be proper for carrying out the intents and purposes for which it is established;

(f) Shall recommend to the common council the institution of condemnation proceedings whenever, in its judgment, private property should be taken in the name of the City for the purposes of the commission;

(g) May, with the approval of the council, sell and convey or lease any of the buildings or land under its control, whenever required by the interests of the City;

(h) May make, with the ap-

(Continued on Page 4)



"IN THE COUNTRY," BY LEON KROLL, PURCHASED FROM THE SPECIAL MEMBERSHIP FUND CONTRIBUTED BY MR. J. J. CROWLEY.