# Exhibit 11



# Comprehensive Annual Financial Report

## City of Detroit, Michigan
### For the Fiscal Year Ended June 30, 2012

Dave Bing, Mayor
Jack Martin, Chief Financial Officer

13-53846-tjt    Doc 5054-12    Filed 05/27/14    Entered 05/27/14 15:32:06    Page 2 of 14



"We hope for better things." | "It shall rise again from the ashes.""

# FOUNDED **1701**
# INCORPORATED **1806**
# AREA (Square Miles) **137.9**
# POPULATION **713,777**

# City of Detroit

# Comprehensive Annual Financial Report

## for the Fiscal Year Ended June 30, 2012

Dave Bing, Mayor

# TABLE OF CONTENTS

|   |   | Page |
|---|---|---|
| **I.** | **INTRODUCTORY SECTION** | |
| | LETTER OF TRANSMITTAL | I-1 |
| | AUDITOR GENERAL'S LETTER | I-4 |
| | GFOA CERTIFICATE OF ACHEIVMENT | I-5 |
| | LIST OF CITY OF DETROIT PRINCIPAL OFFICIALS | I-6 |
| | CITY OF DETROIT ORGANIZATION CHART | I-9 |
| | | |
| **II.** | **FINANCIAL SECTION** | |
| | INDEPENDENT AUDITOR'S REPORT | 2 |
| | MANAGEMENT'S DISCUSSION AND ANALYSIS (MD&A) (UNAUDITED) | 7 |
| | BASIC FINANCIAL STATEMENTS: | |
| |   A. GOVERNMENT-WIDE FINANCIAL STATEMENTS: | |
| |     Statement of Net Assets | 41 |
| |     Statement of Activities | 42 |
| |   B. FUND FINANCIAL STATEMENTS: | |
| |     Governmental Funds Financial Statements: | |
| |       Balance Sheet | 44 |
| |       Reconciliation of the Balance Sheet of Governmental Funds to the Statement of Net Assets | 46 |
| |       Statement of Revenues, Expenditures, and Changes in Fund Balances | 47 |
| |       Reconciliation of the Statement of Revenues, Expenditures, and Changes in Fund Balances of Governmental Funds to the Statement of Activities | 48 |
| |     Proprietary Funds Financial Statements: | |
| |       Statement of Net Assets | 50 |
| |       Statement of Revenues, Expenses, and Changes in Fund Net Assets | 54 |
| |       Statement of Cash Flows | 56 |
| |     Fiduciary Funds Financial Statements: | |
| |       Statement of Fiduciary Net Assets | 60 |
| |       Statement of Changes in Fiduciary Net Assets | 61 |
| |     Component Units Financial Statements: | |
| |       Combining Statement of Net Assets | 62 |
| |       Combining Statement of Activities | 64 |
| |   C. NOTES TO BASIC FINANCIAL STATEMENTS | 68 |
| | | |
| | REQUIRED SUPPLEMENTARY INFORMATION: | |
| |   A. BUDGET TO ACTUAL COMPARISON - GENERAL FUND: | |
| |     Notes to Budget to Actual Comparison | 139 |
| |     Schedule of Revenues, Expenditures, and Changes in Fund Balance - Budget and Actual - General Fund | 140 |
| |   B. EMPLOYER CONTRIBUTIONS AND FUNDING PROGRESS: | |
| |     Schedules of Funding Progress | 145 |
| |     Schedules of Employer Contributions | 146 |

# TABLE OF CONTENTS

|   |   | Page |
|---|---|---:|
| OTHER SUPPLEMENTARY INFORMATION SECTION: | | |
| A. COMBINING NON-MAJOR GOVERNMENTAL FUNDS FINANCIAL STATEMENTS: | | |
|     Other Governmental Funds: | | |
|         Combining Balance Sheet | | 152 |
|         Combining Statement of Revenues, Expenditures, and Changes in Fund Balances | | 153 |
|     Special Revenue Funds: | | |
|         Combining Balance Sheet | | 154 |
|         Combining Statement of Revenues, Expenditures, and Changes in Fund Balances | | 156 |
|     Street Funds: | | |
|         Combining Balance Sheet | | 158 |
|         Combining Statement of Revenues, Expenditures, and Changes in Fund Balances | | 159 |
|     Permanent Funds: | | |
|         Combining Balance Sheet | | 160 |
|         Combining Statement of Revenues, Expenditures, and Changes in Fund Balances | | 161 |
| B. OTHER GOVERNMENTAL FUNDS BUDGETARY COMPARISON SCHEDULES: | | |
|     Special Revenue Funds | | 162 |
|     Debt Service Fund | | 174 |
|     Capital Projects Fund | | 175 |
| C. FIDUCIARY FUNDS: | | |
|     Combining Statement of Fiduciary Net Assets | | 178 |
|     Combining Statement of Changes in Fiduciary Net Assets | | 180 |
| D. AGENCY FUNDS: | | |
|     Combining Statement of Assets and Liabilities | | 181 |
|     Combining Statement of Changes in Assets and Liabilities | | 182 |
| **III. STATISTICAL SECTION (UNAUDITED)** | | |
|     Description of Statistical Section | | 185 |
|     Schedule 1 - Net Assets by Component, Last Ten Fiscal Years | | 186 |
|     Schedule 2 - Changes in Net Assets, Last Ten Fiscal Years | | 188 |
|     Schedule 3 - Fund Balances, Governmental Funds, Last Ten Fiscal Years | | 192 |
|     Schedule 4 - Changes in Fund Balances of Governmental Funds, Last Ten Fiscal Years | | 194 |
|     Schedule 5 - Assessed and Actual Value of Taxable Property, Last Ten Fiscal Years | | 196 |
|     Schedule 6 - Direct and Overlapping Property Tax Rates, Last Ten Fiscal Years | | 198 |
|     Schedule 7 - Principal Property Tax Payers, Current Year and Nine Years Ago | | 200 |
|     Schedule 8 - Property Tax Levies and Collections, Last Ten Fiscal Years | | 202 |
|     Schedule 9 - Ratios of Outstanding Debt by Type, Last Ten Fiscal Years | | 204 |
|     Schedule 10 - Ratios of General Bonded Debt Outstanding, Last Ten Fiscal Years | | 206 |
|     Schedule 11 - Direct and Overlapping Governmental Activities Debt as of June 30, 2012 | | 209 |
|     Schedule 12 - Legal Debt Margin Information, Last Ten Fiscal Years | | 210 |
|     Schedule 13 - Pledged Revenue Coverage, Last Ten Fiscal Years | | 213 |
|     Schedule 14 - Demographic and Economic Statistics, Last Ten Calendar Years | | 215 |
|     Schedule 15 - Principal Employers, Current Year and Nine Years Ago | | 216 |
|     Schedule 16 - Full-time Equivalent City Government Employees by Function/Program, Last Ten Fiscal Years | | 219 |
|     Schedule 17 - Miscellaneous Operating Indicators by Function/Program, Last Ten Fiscal Years | | 220 |

**PHOTO CREDITS**
    All photographs courtesy of City of Detroit - Communications and Creative Services Department



CITY OF DETROIT  
FINANCE DEPARTMENT

1200 COLEMAN A. YOUNG MUNICIPAL CENTER  
DETROIT, MICHIGAN 48226

December 28, 2012

The City of Detroit  
The Honorable Mayor Dave Bing and  
The Honorable City Council

The management and staff of the Finance Department are pleased to submit the City of Detroit's Comprehensive Annual Financial Report (CAFR) for the fiscal year ended June 30, 2012 along with the Independent Auditors' Report. This report is prepared for the purpose of disclosing the City's financial condition to its residents, elected officials and other interested parties. The CAFR contains all disclosures necessary to enable the reader to gain an understanding of the City's financial activities.

## INTRODUCTION TO THE REPORT

*Responsibility:* The Finance Department prepares the City's CAFR and is responsible for both the accuracy of the data and the completeness and fairness of the presentation, including all disclosures. We believe the data presented is accurate in all material aspects, that it is presented in a manner designed to fairly set forth the financial position and results of operations of the City's primary government and component units for which it is financially accountable.

*Adherence to Generally Accepted Accounting Principles (GAAP):* GAAP requires that management provide a narrative introduction, overview and analysis to accompany the basic financial statements in the form of Management's Discussion and Analysis (MD&A). This letter of transmittal is designed to complement the MD&A and should be read in conjunction with it. The City's MD&A can be found immediately following the report of independent auditors.

*Independent Audit:* All local units of government within the State of Michigan must comply with the Uniform Budgeting and Accounting Act, PA 2 of 1968, as amended, which requires an annual audit of the financial records and transactions of the City by independent certified public accountants. The primary purpose of the auditing requirements of this act is to maintain the confidence of all interested parties in the integrity of the record keeping and financial reporting of local units of government.

## PROFILE OF THE GOVERNMENT

*Background and Overviews*: Detroit is the largest city in the state of Michigan and is the seat of Wayne County. The City covers approximately 140 square miles and accounts for nearly half of the population of Wayne County. The City is internationally known for automotive manufacturing and trade. Detroit is located on an international waterway, which is linked via the St. Lawrence Seaway to seaports around the world. The City was incorporated in 1806, and is a home rule city under State law. The organizational structure of the City is as follows:

*Executive Branch*: The Mayor heads the executive branch. The citizens of Detroit elect the Mayor to a four-year term. The City Charter grants the Mayor broad managerial powers including the authority to appoint department directors, deputy directors, and other executive branch officials. The responsibility to implement most programs, provide services, activities, and manage day-to-day operations is delegated by the Charter to the executive branch.

*Legislative Branch*: The legislative branch is comprised of the City Council and its agencies. The nine members of City Council are also elected to a four-year term. Many significant decisions, including budget appropriations, procurement of goods and services, and certain policy matters must be approved by the City Council.

*Other Agencies*: The City Clerk's Office and the Election Commission are not classified under either of the two branches mentioned above.

## LOCAL ECONOMY

Comerica Bank economists communicates that job growth in the Detroit metro area is easing in late 2012 after beating the U.S. average through 2011. Multiple factors are shaping overall job growth as we close out 2012. A major factor is the flattening out of manufacturing employment in the metro area. The auto industry bailout and the subsequent gain in auto sales have brought tens of thousands of jobs back to the Detroit area. With the ongoing fiscal crisis of the City of Detroit, government employment is falling. Total government employment in the Detroit metro area is down 5.2 percent on a year-ago basis in October. Housing prices in the Detroit metro area are firming, up 7.6 percent on a year-ago basis as of September.

## LONG-TERM FINANCIAL PLANNING

The Administration will begin preparing a triennial budget commencing with the FY 2013-2014 proposed budget.

# ACCOMPLISHMENTS/ACKNOWLEDGEMENTS

*Accomplishments*:

The Government Finance Officers Association of the United States and Canada (GFOA) has awarded a Certificate of Achievement for Excellence in Financial Reporting to the City of Detroit for its CAFR for the fiscal year ended June 30, 2011. This was the first time since 2005 that the City has received the prestigious award. This is the standard the City expects to consistently achieve.

*Acknowledgements*:

I wish to express my appreciation to the City's Finance Department, other City personnel and the fiscal staff at each of our component units whose professionalism, dedication and efficiency contributed to the preparation of this report. I also would like to extend my thanks to the Mayor's Office, Members of City Council and the Auditor General for their support.

Sincerely,

Cheryl R. Johnson
Finance Director/Group Executive



# City of Detroit
**OFFICE OF THE AUDITOR GENERAL**
2 WOODWARD AVENUE, SUITE 208
Detroit, Michigan 48226
PHONE: (313) 224-3101
FAX: (313) 224-4091
www.detroitmi.gov

Mark W. Lockridge
DEPUTY AUDITOR GENERAL

## AUDITOR GENERAL'S LETTER

December 28, 2012

The Honorable Mayor Dave Bing
And Members of the City Council
City of Detroit, Michigan

The basic financial statements included in the City's Comprehensive Annual Financial Report for the fiscal year ended June 30, 2012, were audited by KPMG LLP, under contract with the City of Detroit's, Office of the Auditor General. The audit of these financial statements and the resulting Auditors' opinion satisfies the requirements of the City Charter under Section 4-205.

Respectfully,

Mark W. Lockridge
Deputy Auditor General

# Certificate of Achievement for Excellence in Financial Reporting

Presented to

## City of Detroit Michigan

For its Comprehensive Annual
Financial Report
for the Fiscal Year Ended
June 30, 2011

A Certificate of Achievement for Excellence in Financial
Reporting is presented by the Government Finance Officers
Association of the United States and Canada to
government units and public employee retirement
systems whose comprehensive annual financial
reports (CAFRs) achieve the highest
standards in government accounting
and financial reporting.

*Christopher P Morrill*
President

*Jeffrey R. Esser*
Executive Director

**(g) Due from/to Other Governmental Agencies**

Due from/to other governmental agencies consists primarily of sales, grant reimbursement, and charges for services to/from the County, the State, and the Federal Government.

**(h) Inventory**

Inventory is stated at the lower of cost or market using the average cost method. Inventory of governmental and enterprise funds are recorded as expenditures when consumed rather than when purchased.

**(i) Capital Assets**

Capital assets, which include land, buildings, improvements, equipment, and infrastructure assets (e.g., roads, bridges, sidewalks, and similar items), are reported in the applicable governmental or business-type activities column in the government-wide financial statements. Purchased capital assets are reported at cost where historical records are available and at an estimated historical cost where no historical records exist. Donated assets are recorded at estimated fair value as of the date received. The City's capitalization levels are $5,000 on tangible personal property and for improvements other than buildings, and $50,000 on infrastructure, including sewer and storm water lines. All acquisitions of land and land improvements are capitalized regardless of cost.

Interest incurred during the construction phase of capital assets of business-type activities is reflected in the capitalized value of the asset constructed. Capitalized interest for the year ended June 30, 2012 for the Sewage Disposal and Water Funds was $18,991,646 and $7,141,796, respectively. Costs of assets sold or retired (and related amounts of accumulated depreciation) are eliminated from the accounts in the year of sale or retirement, and the resulting gain or loss is included in the operating statement of the related fund. In governmental funds, the sale of general capital assets is included in the statement of revenues, expenditures, and changes in fund balances as proceeds from sale. Other costs incurred for repairs and maintenance are expensed as incurred.

Depreciation on all assets is provided on the straight-line basis over the following estimated useful lives:

|  | Years |
|---|---|
| Land improvements | 5-67 |
| Buildings and building improvements | 5-50 |
| Interceptors and regulators | 100 |
| Mains | 67 |
| Services and meters | 20-87 |
| Improvements other than buildings | 5-50 |
| Machinery, equipment, and fixtures | 3-20 |
| Vehicles other than buses | 3-10 |
| Buses | 12 |
| Other infrastructure | 7-60 |

The City has a collection of artwork presented both in buildings and public outdoor spaces. The true value of the art is expected to either be maintained at cost or appreciate over time and, thus, the art is not depreciated. If individual pieces are lost or destroyed, the loss is recorded.

**(j) Deferred Revenue**

Deferred revenue represents revenues received, but for which the revenue recognition criteria have not been met. Accordingly, these revenues are deferred until such time as the revenue recognition criteria is met.

**(k) Bond Premiums, Discounts, Issuance Costs, and Deferred Amounts on Refunding**

In the government-wide and proprietary fund financial statements, bond premiums and discounts are deferred and amortized using the effective interest method. Issuance costs (deferred charges) and gains and losses (deferred amounts) on refunding are deferred and amortized over the life of the bonds using the straight-line method.

## NOTE V - CAPITAL ASSETS

Capital asset activity for the year ended June 30, 2012 was as follows:

|  | Balance June 30, 2011 | Additions | Retirements | Balance June 30, 2012 |
|---|---:|---:|---:|---:|
| **Governmental Activities** | | | | |
| Non-Depreciable Capital Assets: | | | | |
| Land | $ 413,828,059 $ | — $ | (1,010,022) $ | 412,818,037 |
| Works of Art | 29,804,733 | — | — | 29,804,733 |
| Construction in Progress | 20,878,802 | 19,288,971 | (18,669,488) | 21,498,285 |
| Total Non-Depreciable Capital Assets | 464,511,594 | 19,288,971 | (19,679,510) | 464,121,055 |
| Depreciable Capital Assets: | | | | |
| Buildings and Improvements | 1,101,571,687 | 24,025,176 | (1,373,506) | 1,124,223,357 |
| Machinery, Equipment, and Fixtures | 593,550,060 | 21,530,276 | (7,607,070) | 607,473,266 |
| Infrastructure | 986,953,867 | 51,475,905 | — | 1,038,429,772 |
| Total Depreciable Capital Assets | 2,682,075,614 | 97,031,357 | (8,980,576) | 2,770,126,395 |
| Less Accumulated Depreciation for: | | | | |
| Buildings and Improvements | 455,694,733 | 27,361,508 | (1,373,505) | 481,682,736 |
| Machinery, Equipment, and Fixtures | 480,203,450 | 32,108,913 | (7,447,970) | 504,864,393 |
| Infrastructure | 746,123,211 | 21,575,838 | — | 767,699,049 |
| Total Accumulated Depreciation | 1,682,021,394 | 81,046,259 | (8,821,475) | 1,754,246,178 |
| Total Governmental Activities Capital Assets, Net | $ 1,464,565,814 $ | 35,274,069 $ | (19,838,611) $ | 1,480,001,272 |

Depreciation expense for governmental activities for the year ended June 30, 2012 was charged to functions as follows:

| | |
|---|---:|
| Public Protection | $ 11,811,044 |
| Health | 531,149 |
| Recreation and Culture | 13,293,088 |
| Economic Development | 6,896,759 |
| Housing Supply and Conditions | 380,977 |
| Physical Environment | 14,376,466 |
| Transportation Facilitation | 14,367,841 |
| Development and Management | 19,388,935 |
| Total | $ 81,046,259 |