# Exhibit 12

January 17, 1933.

Honorable Frank Murphy,
Mayor of the City of Detroit,
Detroit, Michigan.

My dear Mayor Murphy:

The following revenue-producing measures have already been put in force at the Art Institute:

| | |
|---|---|
| Rental of auditoriums and sale of publications | Est. $8,000 |
| Admission fees to special exhibitions | "      600 |
| "        "    "  concerts, lectures, gallery tours | "      900 |

It is not possible under the present Charter to make a charge of admission at the door but if the Charter were changed to permit this it might possibly add $7,000 to $10,000 to our revenues. Such an admission charge at the door, however, would have the harmful effect of keeping away from the museum a very large number of people who get the most use out of the museum but who, in times like these, could not spare the admission fee from their meagre resources.

We do not know how to effect further economies in the Art Institute budget unless we were actually to close the museum. The city now has in the Detroit Institute of Arts an investment in land, building, and collections of ten millions of dollars and the care of this investment, even if the museum were closed and the Arts Department skeletonized to its most modest proportions, would cost a large part of what we are now receiving, and with a closed museum we would not only lose the revenues which we now receive but we would also alienate the members of the Founders Society and other friends who have made large special contributions. Our Department has already been curtailed 80% and the net amount allowed last year of $47,228 barely covers the essential care-taking services. Individual members of the Arts Commission and friends of the museum have added largely to this sum in order that the museum services might be maintained. Even with the museum operating on a 4-½ day week, our attendance for 1932 reached a total of 289,394 visitors and these, drawn from the public schools, city colleges, study clubs, art students, as well as from the general public, come not alone for recreation but to take advantage of the educational facilities which the Art Institute offers.

We hope it will not be necessary for you to require the Arts Commission to operate the Detroit Institute of Arts independent of the public tax budget. The art collections, estimated conservatively at two and a half millions of dollars, were largely acquired by gift and it would be a breach of trust with the donors if these collections were not made available to the public. In 1919, when the Detroit Museum of Art conveyed to the City of Detroit the bulk of these collections, it was with the understanding that the city should erect a building to house them and

provide for their maintenance. Since then the largest single bequest of $200,000 from the late Ralph H. Booth, who served for many years as president of the Arts Commission, specifically provides that objects of art in his collection must be exhibited in the galleries of the museum at least eight months of each and every year or be offered back to the heirs of the donor.

Respectfully yours,
Arts Commission

Secretary.

CHB*L