# Exhibit 13



CITY OF DETROIT
MAYOR'S OFFICE

COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE., SUITE 1126
DETROIT, MICHIGAN 48226
PHONE: 313•224•3400
FAX: 313•224•4128
WWW.DETROITMI.GOV

Dear Commissioners:

I write to thank you for your consideration of and support for preserving our region's internationally acclaimed Detroit Institute of Arts. I would greatly appreciate your vote to allow citizens in your counties to decide whether to support a sustainable business model for this jewel of our region.

As you know, the Macomb, Oakland and Wayne Counties and the City of Detroit have made significant progress in collaboration in recent years, recognizing that we have mutual interests in the vibrancy of our respective communities. Our fortunes are tied together, and our cooperative efforts have set a solid foundation for the future.

The creation of Art Authorities in your counties is the next step toward collective action to ensure economic, social and cultural vitality for our communities. This effort is particularly worthwhile, as the DIA attracts visitors and potential future residents from around the world to our region. The Wall Street Journal has described the DIA as "probably America's most visitor-friendly museum." It is recognized as one to the top six comprehensive fine-arts museums in the United States, with an encyclopedic collection that appeals to widely diverse interests. Approximately 400,000 people visit the DIA each year, many of whom reside in your jurisdictions. The museum provides tours and activities for more than 40,000 school children from all over Metropolitan Detroit.

The DIA is managed by the independent Detroit Institute of Arts, Inc. Its board of directors includes a number of prominent business leaders from your counties. The board uses sound business principles for stewardship of the collection and the facility. The recent DIA renovation employed state-of-the-art techniques to make the collection more accessible and the building more energy efficient. Moreover, the board recognized the challenging economy early and reduced staff, reformed labor contracts, and greatly reduced pension and health care costs.

Finally, I can assure you that the City of Detroit does not intend to sell the DIA art collection. Our operating agreement with the Detroit Institute of Arts expressly prohibits that, but even more important, we are committed to holding these works in trust for the public.

My wife Yvette and I are devoted to the DIA. We would greatly appreciate your continuing support for this world class regional institution.

Sincerely,

Dave Bing
Mayor