# Exhibit 14

# THE INDOMITABLE SPIRIT OF DETROIT



## Proposed Capital Agenda
### FY 2013-14 through FY 2017-18

13-53846-tjt    Doc 5054-15    Filed 05/27/14    Entered 05/27/14 15:32:06    Page 2 of 7

**Dave Bing, Mayor**

CITY OF DETROIT
BUDGET DEPARTMENT
ADMINISTRATION

COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE, SUITE 1100
DETROIT, MICHIGAN 48226
PHONE: 313•224•6260 TTY:311
FAX: 313•224•2827
WWW.DETROITMI.GOV

January 23, 2013

**HONORABLE CITY COUNCIL:**

**Re: Proposed Capital Agenda FY 2013-14 through 2017-18**

In accordance with Sec. 8-202 of the City Charter, I submit to you recommendations for the City's capital improvement plan as contained in this Capital Agenda for fiscal years 2013-14 through 2017-18. This document presents a multi-year capital improvement plan of over $2 billion to be funded through various sources.

In submitting this Capital Agenda, we present a plan that continues the City's commitment to maintain its infrastructure and to comply with federal, state and local regulations and standards under the most challenging conditions. The capital improvement plans from the various agencies compiled in this document considered the current levels of service in various communities and incorporated the communities' concerns where possible. As presented in the previous Capital Agenda, projects that rely on new funding from General Obligation Bonds are deferred until years four and five of the five-year plan. The City's below-investment-grade rating will continue to hinder our ability to issue debt for the period of this Capital Agenda.

We appreciate the support and commitment of the citizens of Detroit for their authorization of the City's capital improvement bond proposals and for their participation in meetings, workshops and forums sponsored by the city. Citizen feedback on the critical needs of their communities, both operating and capital, provides us with much needed guidance on how to improve city services. We also like to recognize the support of the various grantors and private foundations that are instrumental in helping us achieve our capital improvement goals.

We present to you this capital improvement plan for the five year period of FY 2013-14 through 2017-18. We hope it promotes your understanding of the planned capital activities for the City of Detroit and its various related entities.

Respectfully submitted,

*Brent Hartzell*

Brent Hartzell
Interim Budget Director

# PROPOSED CAPITAL AGENDA
# FY 2013-14 through FY 2017-18
# TABLE OF CONTENTS

**INTRODUCTION** ................................................................................................... 1

**SECTION 1: CITY OF DETROIT AGENCIES**
    Executive Summary ........................................................................................... 3
    Summary Debt Policy ....................................................................................... 11
    Bond Ratings ................................................................................................... 13

  **MAJOR SOURCES OF REVENUES**
    Local Funds ..................................................................................................... 14
    Enterprise Departments .................................................................................. 20
    Federal and State Funds ................................................................................. 23

  **GENERAL OBLIGATION BOND PROGRAM**
    Definitions ....................................................................................................... 35
    History of Voter Authorizations ....................................................................... 36
    History of Bond Sales ..................................................................................... 37
    Voter Authorizations- Remaining Balances .................................................... 38
    General Obligation Bonds Appropriation Balances……................................. 41
    General Obligation Bonds Recommended Five Year Plan……..................... 45

  **DEPARTMENTAL PROGRAMS (5-YEAR CAPITAL PLAN)**
    Summary of Agency ....................................................................................... 46
    Summary by Funding Source ......................................................................... 48
    Airport ............................................................................................................. 52
    Arts .................................................................................................................. 63
    Buildings and Safety Environmental ............................................................... 67
    Charles H. Wright Museum of African-American History .............................. 81
    Department of Public Works .......................................................................... 87
        Department of Public Works-Street Capital ............................................ 95
    Department of Transportation (DOT) ........................................................... 113
    Detroit Transportation Corporation (DTC) .................................................... 126
    Eastern Market .............................................................................................. 136
    Fire ................................................................................................................ 147
    General Services Department ...................................................................... 152
    Health ........................................................................................................... 160
    Historical ....................................................................................................... 164
    Library .......................................................................................................... 175
    Municipal Parking ......................................................................................... 185
    Planning and Development .......................................................................... 190
    Police ............................................................................................................ 233
    Public Lighting .............................................................................................. 241
    Recreation .................................................................................................... 246
    Sewerage ..................................................................................................... 259
    Water ............................................................................................................ 275

Zoological Institute .................................................................................................291

## PROJECT MANAGEMENT
Detroit Building Authority ................................................................................305
Non-departmental ............................................................................................308


## SECTION 2: CITY-WIDE INITIATIVES
The Detroit Works Project ...............................................................................309
Vehicle Management ........................................................................................310

## SECTION 3: RELATED AGENCIES AND PROGRAMS
### DEVELOPMENT- FINANCING ENTITIES AND PROGRAMS
Detroit Economic Growth Corporation ..............................................................314
Downtown Development Authority ..................................................................317
Economic Development Corporation ................................................................325
Subsidiary Neighborhood Development Corporation ........................................328
Tax Increment Finance Authority .....................................................................330
Local Development Finance Authority .............................................................333
Detroit Brownfield Redevelopment Authority ...................................................336
Industrial Facilities Tax .....................................................................................340
Obsolete Property Rehabilitation Act ................................................................341
Corridor Improvement Authority ......................................................................348

### DEVELOPMENT ZONES
Detroit Empowerment Zone .............................................................................350
Neighborhood Enterprise Zones ........................................................................355
Detroit Renaissance Zone ..................................................................................364

### DEVELOPMENT AREAS AND CITIZEN DISTRICT COUNCILS
Development Areas and Citizen District Councils.............................................372

### OTHER ENTITIES
Detroit Housing Commission ............................................................................376
Detroit/Wayne County Port Authority ...............................................................381

# DETROIT INSTITUTE OF ARTS

# DETROIT INSTITUTE OF ARTS

## AGENCY MISSION

The Detroit Institute of Arts collects and holds in trust for the people of Detroit, Michigan, and the world, examples of the highest quality of fine arts from all times and cultures throughout the world.

## CURRENT FACILITIES

The Detroit Institute of Arts (DIA) ranks among the top art museums in the United States. It contains an encyclopedic art collection of over 60,000 objects. The museum is housed in an approximately 650,000-square feet (sq. ft.) building on 11.5 acres in Midtown. The museum is near the junction of two major interstate highways, located close to downtown Detroit.

In 1966 and 1971 the South and North Wings, respectively, were added to the original Main (Cret) Building which was designed by Paul P. Cret in 1927. The building was designed and is maintained for the presentation of the collections, public accessibility, responsible collection maintenance, and as space for educational programs and events. The first and second floors of the Cret Building and the North and South Wings, and the third floor of the South Wing are principally gallery and public spaces. The third floor of the North Wing is used for staff offices. Space uses in the basement include collection storage rooms, kitchens, materials storage, photo lab and mechanical systems. The collection occupies approximately 44% of the building.

Major facilities within the building include an 8,500-sq. ft. research library, a 10,000-sq. ft. Conservation Services Laboratory, a 1,200-seat auditorium, 380-seat lecture hall, museum shop, two restaurants, and staff offices.

## RECENT HISTORY

In Fiscal Year 2000-01, the museum launched its Master Plan Project for the renovation, remediation and expansion of the museum, with a 35,000 sq. ft. addition to the South Wing. The Master Plan included the following major elements: Conservation Services Laboratory renovation; construction of a new kitchen, server and dining facility; replacement of the Woodward Entrance stairs; replacement of all exterior windows; installation of new basement and attic air handlers, along with rerouting the air distribution system; addition of a 4th chiller and cooling tower, total remediation/renovation of the North and South Wings (including replacement of the exterior facades of the wings; flooring over the open courts; replacing/upgrading electrical and mechanical systems; and the complete re-installation and re-interpretation of the art collections.



The Master Plan was essentially completed by the end of FY 2007-08, with some items carrying over into FY 2008-09. Total cost was approximately $170 million.

In the past year with the support of General Obligation Bonds, the DIA has installed a public address and wireless access system, initiated restoration of the exterior stairs for the DFT, and renovated the DFT lower level and Crystal Gallery windows. With support from a HUD grant, the DIA is completing a project to repair/replace the roof.