# Exhibit 15

CVM 3/40




City of Detroit Executive Office      Coleman A. Young, Mayor

June 25, 1975

Dr. Frederick Cummings, Director
Arts Department
Detroit Institute of Arts
5200 Woodward Avenue
Detroit, Michigan 48202

Dear Doctor Cummings:

Of all the budget cuts and resulting layoffs that have been forced upon us by the economic depression in Detroit, it seems to me of considerable significance that the most vocal objections have been directed at curtailments in public safety and the art museum. This priority does not surprise me. Indeed, it reflects my own conviction that the amenities of life, while always important, are especially so when everyday living becomes more difficult.

I know how disheartened you were when it became apparent that a temporary shutdown of all the galleries was the only way to meet your budget requirements. I can imagine how pleased you were to learn you could call back guards and other attendants after only 15 days under Title VI funds instead of after 30 days as we had previously done under Title II.

It is my understanding that your employees will be back on the job by July 1. The holiday on July 4 might present a difficulty which could occasion a delay in opening, but I'm confident you share my interest in the earliest possible reopening.

Dr. Frederick Cummings
Page 2
June 25, 1975

Opening the doors of the Detroit Art Institute to the people is, of course, the very goal we are seeking in our presentation to the State Legislature. I feel confident State legislators will also welcome the Institute's opportunity to open sooner than anticipated -- even though the reopening will be on a much reduced scale because of budget cutbacks.

The needs of the Detroit Institute of Arts, if the museum is to continue to serve all the people of Michigan, extend far beyond the few days' reprieve won by a change in Federal manpower rules.

I will continue my personal efforts in Lansing to win State support for this unique institution. Indeed, it will require the efforts of all people of good will if we are to enjoy the full range of services that can be offered by the Institute.

Yours for a better Detroit,

COLEMAN A. YOUNG
Mayor