# Exhibit 16

1989 through July 26, 1989, and authorize payment of same in the amount of Seventeen Thousand One Hundred Sixty-Seven and 32/100 ($17,167.32) Dollars.

Respectfully submitted,
DENNIS BURNETT
Supervising Assistant
Corporation Counsel

Approved:
DONALD PAILEN
  Corporation Counsel
By: ABIGAIL ELIAS
  Deputy Corporation Counsel

By Council Member Hood:
  Be It Resolved, That the resolution adopted on July 19, 1989 in the above-captioned matter be and the same is hereby amended; and be it further
  Resolved, That the Finance Director be, and is hereby authorized to honor a draft in the amount of Seventeen Thousand One Hundred Sixty-Seven and 32/100 ($17,167.32) Dollars payable to Douglas W. Everly and Helene Everly and their attorneys, Bello & Kaufman, P.C., which represents post judgment interest of 12% per annum at a rate of $199.62 per diem from May 2, 1989 through July 26, 1989, to be drawn by Continental Loss Adjusting Company out of the appropriate fund in full payment of any and all further claims they may have against the City of Detroit, and that said amount be paid upon presentation of Amended Judgment of Lawsuit No. 86-629-815 NI approved by the Law Department.

Approved:
DONALD PAILEN
  Corporation Counsel
By: ABIGAIL ELIAS
  Deputy Corporation Counsel

  Adopted as follows:
  Yeas — Council Members Cleveland, Eberhard, Hood, Kelley, Mahaffey, Peoples, Ravitz, and President Henderson — 8.
  Nays — None.
  *RECONSIDERATION (No. 5), per Motions before Adjournment.

---

### Arts Department
May 15, 1989

Honorable City Council:
  Our current method of acquiring art for the Detroit Institute of Arts' Permanent Collection is via gifts from the Founders Society. The museum's accession procedure requires both Arts Commission approval and City Council notice of all art received. Accepted collection management procedures however, require formalized disposition methods as well. The best current ethical practice in the museum field is to dispose of items, usually by public auction, with an absolute adherence to the principle that the proceeds be deposited in a fund which is designated for the purchase of new acquisitions in the name of the original donors.
  The Detroit Institute of Arts has developed a detailed deaccession policy (on file in the City Clerk's office) which was approved by the Arts Commission in 1988. It requires that the collection be preserved and is contingent upon curatorial recommendation, legal compliance and Arts Commission authorization. After approval of the Arts Commission, the title to the art object will be transferred to the Founders Society who will determine the nature and manner of the proposed disposition, in compliance with procedures also outlined in our deaccession policy. Net sale proceeds will be placed in the selling entity's Art Acquisition Fund and credited to the contributing curatorial department in the name of the original donor to be used only for the replenishment of the art collection.
  Therefore, at this time I am requesting your Honorable Body's acceptance of the Detroit Institute of Arts deaccession policy. In addition, I am requesting authorization to contract with the Founders Society for the disposition of art objects for a three-year period with a waiver of reconsideration. This will be subject to review and approval at the end of that time period. As in the case of acquisitions, the DIA will submit annual reports to your Honorable Body, listing all final dispositions. These guidelines will provide for the orderly disposition and replenishment of the City's art properties.

Respectfully submitted,
SAMUEL SACHS II
Director

Approved:
CLYDE DOWELL
  Deputy Budget Director
W. ROLLIN HENDERSON
  Chief Acct. Officer

By Council Member Hood:
  Whereas, The Detroit Institute of Arts is involved in accession/deaccession activities and would like to adhere to generally accepted principles of museum ethics as currently espoused by the American Association of Museums, therefore be it
  Resolved, That the Detroit Institute of Arts Deaccession Policy is hereby accepted, and placed on file in the City Clerk's Office and be it further
  Resolved, That the Arts Department is authorized to contract with the Founders Society for the disposition of art objects in the museum's Permanent Collection for a three-year period, with said contract subject to review and approval at the end of that time period.

Adopted as follows:
Yeas — Council Members Cleveland, Eberhard, Hood, Kelley, Mahaffey, Peoples, Ravitz, and President Henderson — 8.
Nays — None.
*RECONSIDERATION (No. 6), per Motions before Adjournment.

### Buildings and Safety Engineering Department
October 23, 1989

Re: Dangerous Buildings

In accordance with this Department's findings and determination that the buildings or structures on the following described premises are in a dangerous condition and should be removed, it is requested that your Honorable Body hold a hearing on each location as provided in Ord. 290-H Section 12-11-28.4 of the Building Code and this Department also recommends that you direct the City Engineering Department to take the necessary steps in each case to have the dangerous structures removed and to assess the costs of same against the property.

9154 Abington, Bldg 101, DU's 1, Lot N30' 2445; S10' 2444 Sub of Frischkorns Grand Dale #5 between Ellis and Westfield.
The one story, frame single family dwelling is vacant, open and vandalized.

9312 Biyden, Bldg 101, DU's 1, Lot 236, Sub of Stoepels Greenfield Highlands (Plats) between Westfield and Chicago.
The one story, frame single family dwelling is vacant, open and vandalized.

3299 Carter, Bldg 101, DU's 1, Lot 300, Sub of Dexter Boulevard between Wildemere and Dexter.
The two story, brick single family dwelling is vacant, open, fire damaged and vandalized.

8837-9 Chalfonte, Bldg 101, DU's 2, Lot 311, Sub of Brae Mar Sub #1 (Plats) between Indiana and Kentucky.
The two story, frame two family dwelling is vacant, open, fire damaged and vandalized.

5470 Daniels, Bldg 101, DU's 2, Lot 22; exc Gladys Ave ASOP Sub of Whitakers between Devereaux and Gladys.
The two story, frame one family dwelling is vacant, open, and vandalized.

5525 Jos Campau, Bldg 101, DU's 2, Lot 28; B62, Sub of Perriens Sub of Lots 58 & 62 between E Palmer and E Ferry.
The two story, frame two family dwelling is vacant, open and vandalized.

454-452, Sub of Seymour & Troesters Michigan Ave Sub (Plats) between Wagner and Kirkwood.
The one story, masonry warehouse is vacant, open, damaged and vandalized.

3022 Sheridan, Bldg 101, DU's 1, Lot 320, Sub of Boulevard Park Sub (Plats) between Charlevoix and Goethe.
The two story, frame single family dwelling is vacant, open, fire damaged and vandalized.

4800 St Aubin, Bldg 101, DU's 1, Lot 63, Sub of Pultes Sub (Plats) between E Hancock and W Warren.
The two story, brick office and warehouse is vacant, open, damaged and vandalized.

1430 Virginia Park, Bldg 101, DU's 2, Lot 108, Sub of Virginia Pk Sub of Pt of ¼ Sec 55 between Woodrow Wilson and Byron.
The two story, brick two family dwelling is vacant, open, fire damaged and vandalized.

9711 Woodlawn, Bldg 101, DU's 1, Lot 540, Sub of Fairmount Park (Plats) between Grace and Raymond.
The one story, frame, one family dwelling is unsafe as defined by Section 12-11-28.

1721 18th, Bldg 101, DU's 1, Lot S ½ 208, Sub of Pt P C 473 Stanton Farm (also P. 559 Deeds) between unknown and Bagley.
The one story, frame single family dwelling is vacant, open and vandalized.

676 W Alexandrine, Bldg 101, DU's 38, Lot 22; B96, Sub of Cass Farm (also P. 176-7 Plats) between Third and Second.
The three story, brick commercial building is vacant and open.

11414 Archdale, Bldg 101, DU's 1, Lot 2164, Sub of Frischkorns Grand Dale #4 between Elmira and Plymouth.
The one story, frame single family dwelling is vacant, open and vandalized.

1451-3 Blaine, Bldg 101, DU's 2, Lot 35, Sub of Bessenger & Moores Blaine Ave. between Byron and Woodrow Wilson.
The two story, brick two family dwelling is vacant, open, fire damaged and vandalized.

3640-4 Canton, Bldg 101, DU's 2, Lot 108; S5' 107, Sub of Mills Sub No. 4 (Plats) between Mack and Sylvester.
The two story, brick two family dwelling is vacant, open, fire damaged and vandalized.

# CITY COUNCIL
## (REGULAR SESSION)

All action of the City Council appearing herein is subject to reconsideration and/or approval of the Mayor.

Detroit, Wednesday, November 1, 1989

The Council met and was called to order by the President, Hon. Erma Henderson.

Present — Council Members Cleveland, Eberhard, Hood, Kelley, Mahaffey, Peoples, Ravitz, and President Henderson — 8.

There being a quorum present, the Council was declared to be in session.

The journal of the session of October 18, 1989, was approved.

### Invocation

Given by James Callaway, Metropolitan Church of God.

### COMMUNICATIONS
### Finance Department
### Purchasing Division

October 27, 1989

Honorable City Council:

The Purchasing Division of the Finance Department recommends Contracts with the following firms or persons.

Contracts and Purchase Orders which have been approved by the Human Rights Department:

8627—Furnish, Deliver, Install Misc. Dental Equipment. Patterson Dental Co., 1238 Anderson Road, Clawson, MI. Sole Bid, $22,882.00. Health/Dental.

8778—Paper 23" × 35". Zellerbach — A Mead Company, 14451 W. Chicago, Detroit, MI. 64 M Sheets @ $103.25/M. Lowest Acceptable Bid, $6,608.00. DOT & Print Shop.

8909—Lamps, Metal Halide, Puritan Electric Co., 15500 Wyoming, Detroit, MI. 300 Each @ $37.26/Each. 300 Each @ $40.33/Each. Lowest Acceptable Bid, $23,277.00. Public Lighting.

9011—Lowest SMP/SBE. Heaters, Immersion. T & N Services, Inc., 2727 Second, #162, Detroit, MI. 24 Each Heaters @ $1,192.00/Each. 9 Each Thermocouples for heaters @ $100.00/Each. Lowest Bid, $29,508.00. Water & Sewerage.

9174—Signs, Traffic, Michigan Barricading Equipment, Inc., 32800 W. Eight Mile, Farmington, MI. 8 items, quantity 144, unit prices range from $47.52 to $59.40. Lowest Bid $10,092.52. Water & Sewerage/Storage Yard.

9194—Power Sweeper/Scrubber. Clarke American Lincoln Div./Clarke Industries, 32030 Edward, PO Box 71158, Madison Heights, MI. 1 Each @ $21,560.00. Lowest Acceptable Bid. DPW.

9289—Lubricant-Hypoid Gear from November 1, 1989 to October 31, 1991. Mich-I-Penn Oil & Grease Co., 9100 Freeland, Detroit, MI. Quantities approx. 71 drums @ $159.20/drum. 21 kegs @ $54.96/keg. 25 drums @ $159.20/drum. Lowest Bid, estimated cost $16,500.00. City of Detroit.

9402—Lowest SMP/MBE. Towing Tractor. T & N Services, Inc., 2727 Second, Detroit, MI. 1 Each @ $18,293.00. DPW/Vehicle Control.

9403—Replacement Parts for Spray Paint Equipment from December 1, 1989 to November 30, 1990 with option to renew for two add'l one-year periods. Lincoln Park Painters Supply & Equipment Co., 2040 Fort St., Lincoln Park, MI. 32 Items, unit prices range from $1.00/ft. to $41.40/Ea. Lowest Bid, estimated cost $10,000.00/yr. DOT.

9425—Lowest SMP/MBE. Furnish 1990 Diaries, Calendar Refills & Bases, from November 20, 1989 to April 30, 1990. Price Office Supplies, 8500 Woodward, Detroit, MI. 20 Items, quantity 10,775, unit prices range from $.74 to $24.60/each. Estimated cost $31,185.00. City of Detroit.

9500—Lowest SMP/MBE. Office Furniture. Price Office Supplies, 8500 Woodward, Detroit, MI. 3 Only Cabinets, 2 drawer @ $255.00/Ea. 3 Only File Tops @ $82.00/Ea. 1 Only Cabinet, 3 drawer @ $365.00/Ea. 6 Only Cabinets, 4 drawer @ $415.00/Ea. 3 Only Cabinets, 5 drawer @ $485.00/Ea. $5,321.00. Finance/Accounting.

6047—(CCR: 7/8/87, 3/15/89). PO A00404. Atwater Tunnel Mechanical/Electrical Maintenance Service. Grand Prix extra to repair and provide adequate lighting in the tunnel for the 1989 Grand Prix Race @ $5,414.92 and to pay the balance for the 1988 Grand Prix race @ $698.03 = $6,112.95. Rhodes & Assoc., Inc., 14254 Grandmont St., Detroit, MI. Increase of $6,112.95 to $60,116.08. DPW/City Engineering.

6091—Change #2. PO A02747. Furnish and install a Bailey Controls Co. Burner Management System for Unit #7's existing ECA System. Original estimate $187,766.00. Increase in estimated expenditure to $233,646.00. To cover add'l startup assistance and repairs to existing field devices, and associated wiring. Bailey Controls Co., 797 Industrial Court, Bloomfield Hills, MI. Public Lighting/MPS.

6158—(CCR: 3/2/88). Repairs to Cap-sule Clutches on EMCO Packers. Joint sale Clutches on EMCO service, 1325 Howard, Clutch &



JOURNAL OF THE CITY COUNCIL

CITY OF DETROIT

PART 2
MAY 22 - DEC. 6
PAGES 1241-2824
1989

RD352
M5D4cj
1989
Pt. 2