UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re | Chapter 9

CITY OF DETROIT, MICHIGAN | Case No. 13-53846

Debtor | Hon. Steven W. Rhodes

**EX-PARTE MOTION TO ALLOW LATE FILING OF OBJECTION
BY ROBERT COLE TO THE FOURTH AMENDED PLAN
FOR THE ADJUSTMENT OF DEBTS FOR THE CITY OF DETROIT**

Benjamin J. Wilensky, on behalf of ROBERT COLE files this Ex-Parte Motion to Allow the Filing of the Objection by Robert Cole to the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (Dkt. No. 4930, copy with corrected docket text at Dkt. No. 4950). In support of this Motion, counsel states as follows:

1. Counsel for Mr. Cole has not been regularly involved in these bankruptcy proceedings and was not part of the electronic distribution system.

2. Counsel was first served with the proposed plan on May 15, 2014.

3. Principal counsel for Mr. Cole, Larry Bennett, was not in the office on May 15 or May 16.

4. The Objection to the Plan was filed on May 19, 2014, the first business day counsel was in his office after service of the Fourth Amended Plan for the Adjustment of Debts for the City of Detroit.

**RELIEF REQUESTED**

Mr. Cole requests that the Court allow the Objection by Robert Cole which was filed within four (4) days of receipt of the Fourth Amended Plan.

Respectfully submitted,


                                    /s/ Benjamin J. Wilensky
                                    Larry W. Bennett (P26294)
                                    Benjamin J. Wilensky (P75302)
                                    **SEIKALY & STEWART, P.C.**
                                    Attorneys for Creditor Robert Cole
                                    30300 Northwestern Hwy, Ste. 200
                                    Farmington Hills, MI   48334
                                    (248) 785-0102
                                    lbennett@sslawpc.com


Dated:   May 27, 2014.

## CERTIFICATE OF SERVICE

      I hereby certify that on May 127, 2014, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.  I hereby certify that I have mailed the foregoing document(s) by United States Postal Service to the following:

      Bruce Bennett
      Jones Day
      555 South Flower Street
      Fiftieth Floor
      Los Angeles, CA   90071

      /s/ Benjamin J. Wilensky
      Larry W. Bennett (P26294)
      Benjamin J. Wilensky (P75302)
      **SEIKALY & STEWART, P.C.**
      Attorneys for Creditor Robert Cole
      30300 Northwestern Hwy, Ste. 200
      Farmington Hills, MI   48334
      (248) 785-0102
      lbennett@sslawpc.com

-3-

13-53846-tjt    Doc 5055    Filed 05/27/14    Entered 05/27/14 15:52:53    Page 3 of 3