May 21, 2014

Michael K. Pelletier
Lou Ann Pelletier
2630 Lakeshore Rd.
Applegate, Michigan 48401

Honorable Steven W. Rhodes
US Federal Bankruptcy Court
Eastern District of Michigan
Southern Division
211 West Fort Street
Suite 1800
Detroit, Michigan 48226

Re: Objection to the Vote of the Detroit Chapter 9 Bankruptcy Case #13-53846

Honorable Rhodes:

Please allow this letter to serve as a formal objection to the voting of the City of Detroit, Chapter 9 Bankruptcy case. We object to the entire premise that any money is owed to the City of Detroit. As Detroit employees it was mandatory for you to be in their annuity program in order to be employed by the City of Detroit.

Please have the Governor and Kevin Orr explain:

1. A need for City officials and courts to identify legal precedence(s) for the arbitrary taking of one's pension funds which is being co-mingled with any defined benefit dollars (City) and mandatory employee contributions,
2. Lack of transparency as to what methodology is used,
3. Coercion and intimidation on the part of the City officials designed to influence and force the retirees to vote for plan A,
4. There is a lack of good faith representation by the retiree union(s) and others responsible for representing the interest of the employees.

Sincerely,

*Michael K. Pelletier*
Michael K. Pelletier

*Lou Ann Pelletier*
Lou Ann Pelletier