# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

    Debtor.

_____/

Chapter 9

Case No: 13-53846

Hon. Steven. W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2014, I caused: (i) *National Public Finance Guarantee Corporation's Amended Responses and Objections to Debtor's Requests for Production of Documents* [Doc. No. 5067], and (ii) *National Public Finance Guarantee Corporation's Amended Responses and Objections to Debtor's First Set of Interrogatories* [Doc. No. 5068] to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants in this bankruptcy case.

        Respectfully Submitted,

        **JAFFE RAITT HEUER & WEISS, P.C.**

        By:  /s/ Paul R. Hage
        Paul R. Hage (P70460)
        27777 Franklin Road, Suite 2500
        Southfield, MI 48034-8214
        Telephone: (248) 351-3000
        phage@jaffelaw.com

        *Counsel for National Public Finance Guarantee Corp.*

Dated: May 27, 2014.