UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION OF MICHIGAN
SOUTHERN DIVISION

IN RE,
CITY OF DETROIT, MICHIGAN
*Debtor.*

CHAPTER 9
CASE NO. 13-53846
HON. STEVEN W. RHODES

_____/

## NOTICE OF MOTION OF HRT ENTERPRISES FOR ENTRY OF AN ORDER GRANTING RELIEF FROM AUTOMATIC STAY, AND OPPORTUNITY TO OBJECT

Please take notice that creditor HRT Enterprises (a Michigan partnership) has filed a Motion for Relief from Automatic Stay and for Ruling that Claim is not Subject to Reduction or Compromise in Bankruptcy.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not want the court to enter an order granting the Motion or if you want the Court to consider your views on the Motion, **within 14 days**, you or your attorney must:

    1.    File with the court a written response or an answer explaining your position, at:

United States Bankruptcy Court
211 West Fort Street
Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

Melissa Demorest LeDuc
Demorest Law Firm, PLLC
322 W. Lincoln
Royal Oak, MI 48067

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time, and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Respectfully submitted,

/s/ Melissa Demorest LeDuc
Mark S. Demorest (P35912)
Melissa Demorest LeDuc (P68867)
Demorest Law Firm, PLLC
Attorneys for creditor
    HRT Enterprises
322 West Lincoln Ave.
Royal Oak, MI 48067
248-723-5500
melissa@demolaw.com

Dated: May 27, 2014

City of Detroit bankruptcy:HRT:Notice of Motion (HRT).docx