UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____
                                        )
In re                                   )   Case No. 13-53846
                                        )
CITY OF DETROIT, MICHIGAN,              )   In Proceedings Under
                                        )   Chapter 9
            Debtor.                     )
_____         )   Hon. Steven W. Rhodes


## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2014, Response of Ambac Assurance Corporation to the Order Regarding Identifying Legal Issues Relating to Confirmation was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

Respectfully Submitted,

**ARENT FOX LLP**

Dated: May 27, 2014     By: /s/ Carol Connor Cohen_____
                            CAROL CONNOR COHEN
                            CAROLINE TURNER ENGLISH
                            RANDALL BRATER
                            1717 K Street, NW
                            Washington, DC  20036-5342
                            (202) 857-6054
                            Carol.Cohen@arentfox.com

                            DAVID L. DUBROW
                            MARK A. ANGELOV
                            1675 Broadway
                            New York, NY 10019
                            (212) 484-3900

and

**SCHAFER AND WEINER, PLLC**

DANIEL J. WEINER (P32010)
BRENDAN G. BEST (P66370)
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
bbest@schaferandweiner.com

*Counsel for Ambac Assurance Corporation*