UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

---------------------------------------------------------x
:
In re: : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No.: 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
---------------------------------------------------------x

**INTERNATIONAL UNION, UAW'S LIMITED RESPONSE AND STATEMENT OF CONCURRENCE REGARDING THE COURT'S ORDER REGARDING IDENTIFYING LEGAL ISSUES RELATING TO CONFIRMATION**

**Limited Response And Statement of Concurrence**

The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW") files this limited response and statement of concurrence regarding the Court's May 23, 2014 Order Regarding Identifying Legal Issues Related to Confirmation (the "Order").

The UAW and City of Detroit (the "City") are parties to a Stipulation Regarding Proposed Order Modifying Certain Deadlines Established in the Fourth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (the "Stipulation") [Docket No. 4617] in which the parties agreed, among other things, that certain deadlines in the Fourth Amended Scheduling Order should be modified as to the City and the UAW. With

00324391.1

regard to the Stipulation, the Court entered the Corrected Order Modifying Certain Deadlines Established in the Fourth Amended Order Establishing Procedures, Deadlines and Hearing Dates relating to the Debtor's Plan of Adjustment on May 12, 2014 [Docket No. 4617] ("Order Approving the Stipulation").

Under the Order Approving the Stipulation, the UAW's time to file and serve an objection (or, in accordance with the terms of the Stipulation, to serve a conditional objection) to confirmation of the Debtor's plan was extended to June 22, 2014. In addition, under the Order Approving the Stipulation, and to the extent not filed on the docket earlier, the UAW's time to file and serve a conditional objection, was extended to July 17, 2014. Accordingly, because the UAW has not served or filed an objection to confirmation of the plan at this time, and may do so until either June 22 or July 17, the Court's May 23rd Order does not require a filing by the UAW at this time.

UAW concurs in the request by the Official Committee of Retirees, the Retired Detroit Police & Fire Fighters Association, the Detroit Retired City Employees Association and certain other creditors in their Response to Order Requiring Identification of Legal Issues Relating to Confirmation [Docket No. 5050] that the Court defer any decision on the classification or underlying substantive issues identified by the Objectors and/or the City in their responses to

the Court's Order until a later date, after the dates set forth in the Stipulation and Corrected Order, in order to permit the UAW to address such issues.

Dated: May 27, 2014

        Respectfully submitted,

    By: /s/ Peter D. DeChiara
    Cohen, Weiss and Simon LLP
    Peter D. DeChiara
    Babette Ceccotti
    330 West 42nd Street
    New York, New York 10036-6976
    T: 212-563-4100
    F: 212-695-5436
    pdechiara@cwsny.com

        - and -

    Niraj R. Ganatra (P63150)
    Michael Nicholson (P33421)
    8000 East Jefferson Avenue
    Detroit, Michigan 48214
    T: (313) 926-5216
    F: (313) 926-5240
    nganatra@uaw.net
    mnicholson@uaw.net

    *Attorneys for International Union, UAW*