UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------ x
                                 :

In re:                        :    Chapter 9
                                   :

CITY OF DETROIT, MICHIGAN,     :    Case No.: 13-53846
                                   :

               Debtor.     :    Hon. Steven W. Rhodes
------------------------------------------------------ x

## CERTIFICATE OF SERVICE

         I hereby certify that on this the 27th day of May 2014, I caused the

*Limited Response and Statement of Concurrence of International Union, UAW to Court's Order Regarding Identifying Legal  Issues Relating to Confirmation* to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:       New York, NY
               May 27, 2014


                          Cohen, Weiss and Simon LLP

                    By:  /s/ Peter D. DeChiara
                         330 West 42nd Street
                         New York, New York 10036-6976
                         T: 212-563-4100
                         pdechiara@cwsny.com

                         *Attorneys for International Union, UAW*

00324398.1