UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In Re:  Case No. 13-53846

CITY OF DETROIT, MICHIGAN,  Chapter 9

          Debtor.  Hon. Steven W. Rhodes

_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2014, I electronically filed the *Statement of Merrill Lynch Capital Services, Inc. and UBS AG in Response to Order Regarding Identifying Legal Issues Relating to Confirmation* with the Clerk of the Court using the ECF system, which will send notice of filing to all ECF participants indicated on the Electronic Notice List.

        WARNER NORCROSS & JUDD LLP

Dated: May 27, 2014  /s/ Stephen B. Grow
        Stephen B. Grow (P39622)
        111 Lyon St. NW Suite 900
        Grand Rapids, MI 49503
        (616) 752-2158
        sgrow@wnj.com

10636764