UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
(DETROIT)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | CASE NO.: 13-53846 |
| | ) | |
| | ) | CHAPTER 9 |
| Debtor. | ) | |
| | ) | Hon. Steven W. Rhodes |
| | ) | |

_____

**NOTICE OF FILING OF THE DWSD BOND TRUSTEE'S SUMMARY
OF RESPONSES AND PRODUCTION BY THE CITY OF DETROIT**
_____

U.S. Bank National Association, in its capacity as trustee (the "Trustee") for those certain bonds issued by the City of Detroit (the "City") for the Detroit Water and Sewer Department to finance and refinance improvements to the City's Water Supply System and the City's Sewage Disposal System, hereby files this *Summary of Responses and Production by the City of Detroit* (the "Summary," attached hereto as **Exhibit A**), which summarizes the current status of the City's responses and document production with respect to certain of the Trustee's document requests that were identified as high priority at the City's request.[1]

Respectfully submitted this 27th day of May, 2014.

/s/ Courtney M. Rogers
David E. Lemke (TN13586)
Heather J. Hubbard (TN23699)
Courtney M. Rogers (TN25664)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700

---

[1] The Trustee, along with the Ad Hoc Bondholder Committee, filed two requests for production of documents to the City. (Dkt. Nos. 3766, 3916, together, the "Requests for Production"). As indicated above, this Summary references only certain of the Requests for Production and does not waive the Trustee's or the Ad Hoc Bondholder Committee's right to receive all of the documents requested in their Requests for Production.

Nashville, Tennessee 37219
Phone: (615) 244-6380
Fax: (615) 244-6804
david.lemke@wallerlaw.com
heather.hubbard@wallerlaw.com
courtney.rogers@wallerlaw.com

– and –

Robert J. Diehl, Jr. (MI31264)
Jaimee L. Witten (P70068)
BODMAN PLC
1901 St. Antoine Street, 6th Floor
Detroit, Michigan 48226
Phone: (313) 393-7597
Fax: (313) 393-7579
rdiehl@bodmanlaw.com
jwitten@bodmanlaw.com

*Attorneys for U.S. Bank National Association, as Trustee for the DWSD Bonds*

2

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Notice of Filing of the DWSD Bond Trustee's Summary of Responses and Production by the City of Detroit* was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter, this 27th day of May, 2014.

/s/ Courtney M. Rogers
David E. Lemke (TN13586)
Heather J. Hubbard (TN23699)
Courtney M. Rogers (TN25664)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Phone: (615) 244-6380
Fax: (615) 244-6804

*Attorneys for U.S. Bank National Association, as Trustee for the DWSD Bonds*