# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## COP OBJECTORS' STATEMENT COMPLYING WITH THE ORDER REGARDING IDENTIFYING LEGAL ISSUES RELATING TO CONFIRMATION

The creditors and parties in interest identified in footnote 1 (collectively, the "COP Objectors"),[1] by their undersigned attorneys, file this Statement Complying with the Order Regarding Identifying Legal Issues Relating to Confirmation [Docket No. 5021] and state the following.

1. The COP Objectors filed objections to confirmation of the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit* (the "Plan").[2] (See Docket Nos. 4653, 4656, 4660, and 4679).

2. The principal objections asserted by the COP Objectors consist almost entirely of mixed questions of fact and law, and the factual issues that must be resolved in connection with these objections are substantial. These fact intensive objections to confirmation of the Plan include, but are not limited to, whether:

---

[1] The creditors and parties in interest submitting this Objection are: Deutsche Bank AG, London; Dexia Crédit Local; Dexia Holdings, Inc.; Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A.; Financial Guaranty Insurance Company; FMS Wertmanagement AöR; Hypothekenbank Frankfurt AG; Hypothekenbank Frankfurt International S.A.; Syncora Capital Assurance Inc.; Syncora Guarantee Inc.; and Wilmington Trust, National Association, as Successor Contract Administrator.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan. All references to "Section" are to the Bankruptcy Code, 11 U.S.C. §§ 101–1532.

1

(a) the Plan unfairly discriminates and cannot be confirmed pursuant to sections 901 and 1129(b)(1) of the Bankruptcy Code;

(b) the Plan is not in the best interests of creditors, is not fair and equitable, has not been proposed in good faith, and, as a result, cannot be confirmed pursuant to sections 901, 943(b)(1), 943(b)(7), 1129(a)(3), and 1129(b)(2)(B) of the Bankruptcy Code;

(c) the compromises and settlement embodied in the Plan do not meet the standards of Bankruptcy Rule 9019 or other applicable bankruptcy law; and

(d) the Plan is not feasible and cannot be confirmed pursuant to 943(b)(7) of the Bankruptcy Code.

3. Certain other objections variously asserted by the COP Objectors may raise primarily legal issues, but (a) a final determination in that regard will need to await the conclusion of fact discovery, and (b) in any event, resolution of these issues at a separate hearing will not materially improve the efficiency of the plan confirmation hearing.

4. Accordingly, the COP Objectors assert that none of their objections to confirmation of the Plan should be scheduled for a separate hearing on only legal issues and, instead, all of their objections should be heard in connection with the main plan confirmation hearing and should be decided only upon a fully developed factual record.

Dated: May 27, 2014.                                              Respectfully submitted,

| | |
|---|---|
| */s/ Mark R. James* | */s/ Matthew G. Summers* |
| Ernest J. Essad Jr. | Matthew G. Summers, Esquire |
| Mark R. James | Ballard Spahr LLP |
| WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C. | 919 North Market Street, 11th Floor |
| | Wilmington, Delaware 19801 |
| 280 North Old Woodward Avenue, Suite 300 | Tel:  (302)  252-4428 |
| Birmingham, MI 48009 | Fax:  (302)  252-4466 |
| Tel:  (248) 642-0333 | E-mail: summersm@ballardspahr.com |
| Fax:  (248) 642-0856 | |
| Email:  EJEssad@wwrplaw.com | Howard S. Sher, Esquire (P38337) |
| Email:  mrjames@wwrplaw.com | Jacob & Weingarten, P.C. |
| | Somerset Place |
| and | 2301 W. Big Beaver Road, Suite 777 |
| | Troy, Michigan 48084 |
| Alfredo R. Pérez | Tel:  (248) 649-1200 |
| WEIL, GOTSHAL & MANGES LLP | Fax:  (248) 649-2920 |
| 700 Louisiana Street, Suite 1700 | E-mail:howard@jacobweingarten.com |
| Houston, TX  77002 | |
| Tel: (713) 546-5000 | and |
| Fax:  (713) 224-9511 | |
| Email:  alfredo.perez@weil.com | Vincent J. Marriott, III, Esquire |
| | Ballard Spahr LLP |
| *Attorneys for Financial Guaranty Insurance Company* | 1735 Market Street, 51st Floor |
| | Philadelphia, Pennsylvania 19103 |
| | Tel:  (215)  864-8236 |
| | Fax: (215)  864-9762 |
| | E-mail:marriott@ballardspahr.com |
| | |
| | *Attorneys for Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A.* |

/s/ Ryan Blaine Bennett
James J.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60605
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Tel: (248) 646-5070
Fax: (248) 646-5075

*Attorneys for Syncora Capital Assurance Inc. and Syncora Guarantee Inc.*


/s/ Rick L. Frimmer
Rick L. Frimmer
J. Mark Fisher
Michael W. Ott
**SCHIFF HARDIN, LLP**
233 S. Wacker Drive, Suite 6600
Chicago, IL 60606
Telephone: (312) 258-5600
Facsimile: (312) 258-5600
E-mail: rfrimmer@schiffhardin.com
E-mail: mfisher@schiffhardin.com
E-mail: mott@schiffhardin.com

*Attorneys for FMS Wertmanagement AöR*

/s/ Kenneth E. Noble
Kenneth E. Noble
John Ramirez
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Tel: 212/715-9393
E-mail: Kenneth.noble@kattenlaw.com

*Counsel for Deutsche Bank AG, London*

/s/ Deborah L Fish
Deborah L Fish
E-mail: dfish@allardfishpc.com
ALLARD & FISH, P.C.
2600 Buhl Building
535 Griswold
Detroit, MI 48226
Tel.: (313) 309-3171

Thomas Moers Mayer
Jonathan M. Wagner
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Tel: (212) 715-9169
E-mail: tmayer@kramerlevin.com

*Counsel for Dexia Crédit Local and Dexia Holdings, Inc.*

/s/ Heath D. Rosenblat
Heath D. Rosenblat, Esquire
Kristin K. Going, Esquire
Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714
E-mail: Heath.Rosenblat@dbr.com
E-mail: Kristin.Going@dbr.com
Tel: (212) 248-3140
Fax: (212) 248-3141

*Counsel for Wilmington Trust, National Association, as Successor Contract Administrator*

4

## CERTIFICATE OF SERVICE

I, Matthew G. Summers, state that on May 27, 2014, I filed a copy of the foregoing Statement Complying with the Order Regarding Identifying Legal Issues Relating to Confirmation with the Clerk of Court using the Court's ECF system and I hereby certify that the Court's ECF system has served all registered users that have appeared in the above-captioned case. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

/s/ Matthew G. Summers
Matthew G. Summers
E-mail: summersm@ballardspahr.com