# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## SUMMARY OF OUTSTANDING ISSUES WITH THE DEBTOR'S PRODUCTION OF DOCUMENTS IN RESPONSE TO THE DWSD DISCOVERY PARTIES' DOCUMENT REQUESTS

Assured Guaranty Municipal Corp. ("Assured"), National Public Finance Guarantee Corporation ("National") and Berkshire Hathaway Assurance Corporation ("BHAC" and together with National and Assured, the "DWSD Discovery Parties"), in connection with the May 28, 2014 hearing, hereby submit the attached chart summarizing the DWSD Discovery Parties' outstanding issues with the document production of the Debtor, the City of Detroit, Michigan (the "City") in response to the *DWSD Discovery Parties' First Set of Joint Requests for the Production of Documents to Debtor the City of Detroit, Michigan* [ECF No. 4041]. The DWSD Discovery Parties and the City continue to work together to resolve the open document discovery issues as expeditiously as possible, but make this submission to identify the outstanding issues concerning the DWSD Discovery Parties at this time and in light of the May 28, 2014 hearing.

Respectfully submitted,

Dated: May 27, 2014

By: /s/ Lawrence A. Larose

Lawrence A. Larose
Samuel S. Kohn
Robert A. Schwinger
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5100
llarose@chadbourne.com
skohn@chadbounrne.com
rschwinger@chadbourne.com

– and –

Robin D. Ball
CHADBOURNE & PARKE LLP
350 South Grand Ave., 32nd Floor Los Angeles, CA 90071
Telephone: (213) 892-2025
Fax: (213) 892-2045
rball@chadbourne.com

*Counsel for Assured Guaranty Municipal Corp.*

By: /s/ My Chi To
My Chi To
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-7435
Fax: (212) 521-7425

*Counsel for Berkshire Hathaway Assurance Corporation*

By: /s/ Louis P. Rochkind

Louis P. Rochkind (P24121)
Paul R. Hage (P70460)
JAFFE RAITT HEUER & WEISS, P.C.
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214
Telephone: (248) 351-3000
lrochkind@jaffelaw.com
phage@jaffelaw.com

James F. Bendernagel, Jr.
Guy S. Neal
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8041
jbendernagel@sidley.com
gneal@sidley.com

Jeffrey E. Bjork
Gabriel MacConaill
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
jbjork@sidley.com
gmacconaill@sidley.com

*Counsel for National Public Finance Guarantee Corp.*