UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name          Courtney Rogers

Firm          Waller Lansden Dortch & Davis, LLP

Address   511 Union Street, Suite 2700

City, State, Zip   Nashville, TN 37219

Phone             (615) 850-8583

Email        courtney.rogers@wallerlaw.com

**Case/Debtor Name: City of Detroit, Michigan**

**Case Number: 13-53846**

**Chapter:   9**

**Hearing Judge: Hon. Steven Rhodes**

**x  Bankruptcy    __Adversary**

__Appeal     Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing: 4/28/2014    Time of Hearing: 10:00 a.m. (EST)    Title of Hearing: Disclosure Stmnt Hrg.**

Please specify portion of hearing requested:   **X Original/Unredacted    □ Redacted    □ Copy** (2nd Party)
X   Entire Hearing       □ Ruling/Opinion of Judge       □ Testimony of Witness       □ Other

Special Instructions: _____

**Type of Request:**

**x**  Ordinary Transcript - $3.65 per page (30 calendar days)

□  14-Day Transcript - $4.25 per page (14 calendar days)

□  Expedited Transcript - $4.85 per page (7 working days)

□  CD - $30; FTR Gold format (You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

__/s/ Courtney Rogers     Date: 4/30/2014_____
By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
                           Date          By

Order Received:

Transcript Ordered

Transcript Received