UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED (I)

2014 MAY 28 P 3: 46

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In re
City of Detroit,
        Debtor
_____/

Chapter 9
Case No. 13-53846
Hon.: Steven W. Rhodes

# NOTICE OF MOTION FOR RECONSIDERATION OF CREDITOR'S MOTION TO PARTICIPATE IN ANY NEGOTIATIONS AND REQUEST FOR EVIDENTIARY HEARING

      Creditor Dennis Taubitz has filed papers with the court a Motion for Reconsideration of Creditor's Motion to Participate in Any Negotiations and Request for Evidentiary Hearing.

      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the court to grant the Motion for Reconsideration of Creditor's Motion to Participate in Any Negotiations and Request for Evidentiary Hearing or if you want the court to consider your views on the Motion for Reconsideration of Creditor's Motion to Participate in Any Negotiations and Request for Evidentiary Hearing, then within 14 days you or your attorney must:

      File with the court a written response, or answer explaining your position at:

            Attn: Bankruptcy Court Clerk
            United States Bankruptcy Court
            Eastern District of Michigan
            211 West Fort Street
            Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

            Dennis Taubitz
            3051 Lindenwood Drive
            Dearborn, MI 48120

Heather Lennox
Bruce Bennett
Jones Day
555 South Flower Street – Fiftieth Floor
Los Angeles, CA 90071

Sam J. Alberts
Dentons US LLP
1301 K Street NW
Suite 600 East Tower
Washington DC 20005

Attend the hearing scheduled to be held on the date and time and Courtroom set by this court, United States Bankruptcy Court, Eastern District of Michigan, 211 West Fort Street, Detroit, MI 48226.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: May 28 2014        Signature: /s/ Dennis Taubitz
                                Name: Dennis Taubitz
                                Address: 3051 Lindenwood Drive, Dearborn, MI 48120