UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (I)

FILED (I)

2014 MAY 28

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

IN RE:

City of Detroit, Debtor.

CASE NO. 13-53846
CHAPTER: 9
JUDGE: Steven W. Rhodes

## PROOF OF SERVICE

I hereby certify that on MAY 28, 2014 _____ (date of mailing), I served copies as follows:

1. Document(s) served: Motion for Reconsideration of Creditor's Motion to Participate in any Negotiations and Request for Evidentiary Hearing
Notice of Motion
Order

2. Served upon [name and address of each person served]:

Heather Lennox
Bruce Bennett
Jones DAY
555 South Flower
Fifteenth Floor
Los Angeles Ca
90071

Sam J. Alberts
Dentons US LLP
1301 K Street NW
Suite 660 East Tower
Washington. DC
20005

3. By First Class Mail.

Dated: MAY 28, 2014 _____

_Demi Taubitz_
(Signature of ~~Debtor~~) Creditor

Print Name: Dennis Taubitz

_____
(Signature of Co-Debtor)

Print Name: _____