UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re
City of Detroit,
          Debtor
_____/

Chapter 9
Case No. 13-53846
Hon.: Steven W. Rhodes

FILED
2014 MAY 28 P 3:51
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

## NOTICE OF MOTION TO CONTEST DEBTOR'S NOTICE OF NON-VOTING STATUS AND HOLD DEBTOR LIABLE

Creditor Irma Industrious has filed papers with the court a Motion to Contest Debtor's Notice of Non-Voting Status and Hold Debtor Liable for its Misrepresentation.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion to Contest Debtor's Notice of Non-Voting Status and Hold Debtor Liable for its Misrepresentation or if you want the court to consider your views on the Motion to Contest Debtor's Notice of Non-Voting Status and Hold Debtor Liable for its Misrepresentation, then within 14 days you or your attorney must:

File with the court a written request for a hearing {or if the court requires a written response, an answer explaining your position} at:

> Attn: Bankruptcy Court Clerk
> United States Bankruptcy Court
> Eastern District of Michigan
> 211 West Fort Street
> Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

> Irma Industrious
> 3051 Lindenwood Drive
> Dearborn, MI 48120

1

Heather Lennox
Bruce Bennett
Jones Day
555 South Flower Street – Fiftieth Floor
Los Angeles, CA 90071

Sam J. Alberts
Dentons US LLP
1301 K Street NW
Suite 600 East Tower
Washington DC 20005

Attend the hearing scheduled to be held on the date and time and Courtroom set by this court, United States Bankruptcy Court, Eastern District of Michigan, 211 West Fort Street, Detroit, MI 48226.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: May 28, 2014　　　　　　Signature: _____
　　　　　　　　　　　　　　　Name: Irma Industrious
　　　　　　　　　　　　　　　Address: 3051 Lindenwood Drive, Dearborn, MI 48120

2