UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

2014 MAY 28 P 3:51

Debtor. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven W. Rhodes

## PROOF OF SERVICE

I hereby certify that on May 28, 2014 (date of mailing), I served copies as follows:

1. Document(s) served:
   (1) Notice of Motion to Contest Debtor's Notice of Non-Voting Status and Hold Debtor Liable
   (2) Proof of Service

2. Served upon [name and address of each person served]:

   Heather Lennox
   Bruce Bennett
   Jones Day
   555 South Flower St. - Fiftieth Floor
   Los Angeles, CA 90071

   Sam J. Alberts
   Dentons US LLP
   1301 K Street NW
   Suite 600, East Tower
   Washington DC 20005

3. By First Class Mail.

Dated: May 28, 2014

_Irma Industrious_
(Signature of ~~Debtor~~) Creditor

Print Name: Irma Industrious

_____
(Signature of Co-Debtor)

Print Name: _____