UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
------------------------------------------------------x

## ORDER EXTENDING DEADLINE FOR MICHIGAN AFSCME COUNCIL 25 AND ITS AFFILIATED DETROIT LOCALS TO FILE MOTION UNDER BANKRUPTCY RULE 3018

This matter came before the Court on the Stipulation for an Order Extending Deadline for Michigan AFSCME Council 25 and Its Affiliated Detroit Locals to File Motion Under Bankruptcy Rule 3018 (the "Stipulation"),[1] filed by the City of Detroit (the "City") and Michigan AFSCME Council 25 and Its Affiliated Detroit Locals ("AFSCME" and, together with the City, the "Parties"); the Court having reviewed the Stipulation; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court being fully advised in the premises;

---

[1] Capitalized terms not defined herein have the meanings given to them in the Stipulation.

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. The deadline for AFSCME to file any Rule 3018 Motion with respect to the Claims is hereby extended to May 30, 2014.

3. The relief granted herein is without prejudice to the right of the Parties to agree upon further extensions of the Rule 3018 Motion Deadline, subject to approval by the Court.

.

**Signed on May 29, 2014**

              ___/s/ Steven Rhodes___
              **Steven Rhodes**
              **United States Bankruptcy Judge**