# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

City of Detroit, Michigan            Case No. 13-53846
                                                  Chapter 9
              Debtor                Hon. Steven W. Rhodes
_____/

## ORDER RESOLVING MOTION TO EXTEND TIME FOR FILING PROOF OF CLAIM FILED BY NATHANIEL BRENT

Upon the Stipulation, by and among, the City of Detroit (the "City") and Nathaniel Brent ("Brent'), for Entry of an Order Resolving Motion to Extend Time for Filing Proof of Claim Filed by Nathaniel Brent; the Court having reviewed the Stipulation and determining that good and sufficient cause has been shown;

**IT IS HEREBY ORDERED**

1. The Motion[1] is resolved as set forth in this Order.

2. Solely with respect to Brent, the General Bar Date established in the Bar Date Order shall be extended to permit Brent to file a proof of claim against the City through and including 4:00 pm, Eastern Time, on June 16, 2014. All other terms and conditions set forth in the Bar Date Order shall continue to govern.

3. Any proof of claim filed by Brent on or before 4:00 pm, Eastern Time, on June 16, 2014, shall be referred to Chief United States Judge Gerald

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.
22236197.1\022765-00202

Rosen for mediation under such procedures as he determines pursuant to paragraph 20 of the ADR Order.

.

**Signed on May 29, 2014**

                  _/s/ Steven Rhodes_
                  **Steven Rhodes**
                  **United States Bankruptcy Judge**