# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
|     Debtor. | Hon. Steven W. Rhodes |
| _____/ | |

### Order Regarding Conduct in the United States Courthouse

To maintain proper decorum in the Courthouse and to demonstrate respect for the proceedings in the neighboring courtrooms, it is hereby ordered that all persons attending proceedings in this case shall maintain silence when in the hallways on the floor on which proceedings in this case are conducted.

Violations of this Order will be brought before the Chief Judge of the United States District Court for appropriate disciplinary action.

.

**Signed on May 29, 2014**

                                                                    /s/ Steven Rhodes
                                                                    **Steven Rhodes**
                                                                    **United States Bankruptcy Judge**