**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN | ) ) | Chapter 9 |
| Debtor | ) ) ) | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned certifies that the County of Macomb, Michigan, a Michigan Constitutional corporation, by and through its County Agency, the Macomb County Public Works Commissioner and the Macomb Interceptor Drain Drainage District (a) filed the Stipulation Extending Time for Macomb Interceptor Drain Drainage District to File Motion Under Rule 3018 on May 23, 2014 at docket no. 5028; and (b) filed the Statement in Response to Court's Order Regarding Identifying Legal Issues Relating to Confirmation on May 27, 2014 at docket no. 5076. Each document was filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: May 29, 2014

        DECHERT LLP

        By: /s/ *Allan S. Brilliant*
        Allan S. Brilliant
        Stephen M. Wolpert
        1095 Avenue of the Americas
        New York, NY 10016
        Telephone: (212) 698-3500
        Facsimile: (212) 698-3599
        allan.brilliant@dechert.com
        stephen.wolpert@dechert.com

        *Attorneys for County of Macomb, Michigan, by and through its County Agency, the Macomb County Public Works Commissioner*