# UNITED STATES BANKRUPTCY COURT
## IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION - DETROIT

IN RE:

CITY OF DETROIT, MICHIGAN,                          Case No. 13-53846
                                                    Chapter 11 Proceeding
                    Debtor.                         Hon. Steven W. Rhodes

_____/

## APPEARANCE AND DEMAND FOR SERVICE BY STATE OF MICHIGAN

NOW COMES, LAMBERT LESER, and hereby enters its Appearance and Demand for

Service on behalf of the State of Michigan in the above-entitled action.

                                        LAMBERT LESER

                                        /s/ Rozanne M. Giunta
DATED:    May 29, 2014          BY:     _____
                                        ROZANNE M. GIUNTA (P29969)
                                        Special Assistant Attorney General
                                        to State of Michigan
                                        916 Washington Avenue, Suite 309
                                        Bay City, Michigan 48708
                                        Telephone:   (989) 893-3518
                                        rgiunta@lambertleser.com

{00230290}