**UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION - DETROIT**

IN RE:

CITY OF DETROIT, MICHIGAN,            Case No. 13-53846
                                                   Chapter 11 Proceeding
                 Debtor.                       Hon. Steven W. Rhodes
_____/

**APPEARANCE AND DEMAND FOR SERVICE BY STATE OF MICHIGAN**

    NOW COMES, LAMBERT LESER, and hereby enters its Appearance and Demand for Service on behalf of the State of Michigan in the above-entitled action.

                                                LAMBERT LESER

                                                /s/ Winnifred P. Boylan

DATED:   May 29, 2014          BY:   _____
                                                WINNIFRED P. BOYLAN (P56587)
                                                Special Assistant Attorney General
                                                to State of Michigan
                                                916 Washington Avenue, Suite 309
                                                Bay City, Michigan 48708
                                                Telephone:   (989) 893-3518
                                                wboylan@lambertleser.com

{00230300}