## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:                                          Chapter 9

City of Detroit, Michigan,                      Case No. 13-53846

      Debtor.                              Hon. Steven W. Rhodes

_____/

### Order Amending and Clarifying Fee Review Order of September 11, 2013

For the reasons stated on the record in open Court on May 28, 2014, it is hereby ordered that:

1. The motion to amend and clarify this Court's Fee Review Order of September 11, 2013 is granted as set forth herein.

2. All fees and expenses of the professionals retained by, and the employees of, U. S. Bank National Association in its capacity as Trustee ("US Bank"), to provide services in connection with the City's Bankruptcy case, shall be subject to review by the Fee Examiner under the Fee Review Order of September 11, 2013 ("US Bank Professionals"). The US Bank Professionals shall be subject to the same procedures as are Committee Professionals under the Fee Review Order, except that:

   a. The Committee does not have to transmit a list of the US Bank Professionals to the Fee Examiner. Rather US Bank shall transmit such a list to the Fee Examiner.

   b. The Fee Examiner's Preliminary Report respecting each Monthly Invoice of a US Bank Professional ("US Bank Monthly Invoices") shall only be sent to the applicable US Bank Professionals.

   c. Pursuant to Paragraph 4 of the Fee Review Order, each US Bank Professional shall transmit a copy of its Monthly Invoice to the City (which may be redacted as provided therein).

   d. Within fourteen (14) days of receipt of the US Bank Monthly Invoices, the City shall transmit to the Fee Examiner in writing any objections that the City may have to such US Bank Monthly Invoices.

3. The US Bank Professionals, along with counsel for the City's Water Department, shall forthwith confer with the Fee Examiner to establish a procedure for the expeditious review of all fees billed to date. If the parties are unable to agree upon a

procedure, they shall notify the Court and the Court will promptly resolve any issues in a telephone conference call.

4.  If either US Bank or the City is dissatisfied with the Fee Examiner's determination regarding the reasonableness of fees, they may seek review by the Court upon an appropriate motion.

5.  This order is entered without prejudice to the right of the City and the Water Department to seek a determination that neither is liable for any of the fees of US Bank.

.

**Signed on May 29, 2014**

                                    _/s/ Steven Rhodes_
                                    **Steven Rhodes**
                                    **United States Bankruptcy Judge**