UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: | Case No. 13-53846 |
| City of Detroit, Michigan | Chapter 9 |
| Debtor(s). | Hon. Steven W Rhodes |

_____/
Dexia Credito Local, Dexia Holdings, Inc. ,
Erste Europaische Pfandbrief – and Kommunalkreditbank
Aktiengesellschaft in Luxemburg S.A., FMS Wertmanagement AoR,
Hypothekenbank Frankfurt AG, and Hypcothekenbank Frankfurt International S.A.
        Appellant,        Adv. No. N/A

    v.

City of Detroit, Michigan

        Appellee.
_____/

**NOTICE OF TRANSMITTAL OF COMPLETE RECORD
REGARDING NOTICE OF APPEAL**

I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Motion for Withdrawal of Reference.

| | | | |
|---|---|---|---|
| ☒ | Notice of Appeal | ☒ | Appellee's Designation of Record |
| ☒ | Bankruptcy Matter Civil Cover Sheet | ☐ | Appellee's Statement of Issues |
| ☒ | Order on Appeal | ☒ | Notice of Deficiency |
| ☒ | Appellant's Designation of Record | ☐ | Motion for Leave to Appeal |
| ☐ | Appellant's Statement of Issues | ☐ | Motion to Withdraw the Reference |
| ☐ | Other:  Designation Items Provided on a Flash Drive | | |

**NOTE:  Items designated as \*\*FILED UNDER SEAL\*\* will be supplied to the District Court Judge by electronic filing as soon as Appellant knows who is assigned to this case and the number.**

☒  There is a previous civil matter in this bankruptcy.  That matter was given civil case number 13-13873 and assigned to District Judge Bernard A Friedman

☐  This is a new matter and not previously assigned to a District Court Judge.

☐  The Appellant has not filed the Designation of Record and/or paid the filing fee.
.

Dated:  May 30, 2014        Clerk, United States Bankruptcy Court


        By:  /s/  Kristel Trionfi
        Deputy Clerk