**In re:**

CITY OF DETROIT, MICHIGAN,   Case No.: 13-53846

   **Debtor.**

_____/

Adv. No.:

Dexia Crédit Local, Dexia Holdings, Inc.,
Erste Europäische Pfandbrief- und Kommunalkreditbank
Aktiengesellschaft in Luxemburg S.A., FMS Wertmanagement AöR,
Hypothekenbank Frankfurt AG, and Hypothekenbank Frankfurt International S.A.
   **Appellants,**

v.

City Of Detroit, Michigan
   **Appellee.**

**CAUSE OF ACTION/NATURE OF SUIT:**  (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| __X__ | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| _____ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| _____ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| _____ | [423] 28 U.S.C. 157(c) (1) | Proposed Findings of Fact and Conclusions of Law |
| _____ | [423] 28 U.S.C. 158 (c) (a) | Order of Contempt |

Dated: April 29, 2014.                              Respectfully submitted,

| | |
|---|---|
| /s/ Deborah L Fish | /s/ Howard S. Sher |
| Deborah L Fish | Howard S. Sher (P38337) |
| E-mail: dfish@allardfishpc.com | E-mail: howard@jacobweingarten.com |
| ALLARD & FISH, P.C. | JACOB & WEINGARTEN, P.C. |
| 2600 Buhl Building | Somerset Place |
| 535 Griswold | 2301 W. Big Beaver Road, Suite 777 |
| Detroit, MI 48226 | Troy, Michigan 48084 |
| Tel: (313) 309-3171 | Tel: (248) 649-1200 |

Thomas Moers Mayer
E-mail: tmayer@kramerlevin.com
Jonathan M. Wagner
E-mail: jwagner@kramerlevin.com
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Tel: (212) 715-9169

*Counsel for Dexia Crédit Local
and Dexia Holdings, Inc.*

/s/ Rick L. Frimmer
Rick L. Frimmer
E-mail: rfrimmer@schiffhardin.com
Frederick J. Sperling
E-mail: fsperling@schiffhardin.com
Paul E. Greenwalt
E-mail: pgreenwalt@schiffhardin.com
SCHIFF HARDIN LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
Tel: (312) 258-5500

*Counsel for FMS Wertmanagement AöR*

Vincent J. Marriott, III
E-mail: marriott@ballardspahr.com
Matthew A. White
E-mail: whitema@ballardspahr.com
Benjamin M. Schmidt
E-mail: schmidtb@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 665-8500

Matthew G. Summers
E-mail: summersm@ballardspahr.com
BALLARD SPAHR LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801
Tel: (302) 252-4428

*Counsel for Hypothekenbank Frankfurt AG,
Hypothekenbank Frankfurt International S.A.,
and Erste Europäische Pfandbrief- und
Kommunalkreditbank Aktiengesellschaft in
Luxemburg S.A.*

Name and Addresses of Interested Parties:

Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., jointly represented by:

Howard S. Sher
Jacob & Weingarten, P.C.
SOMERSET PLACE
2301 W. Big Beaver Road, Suite 777
Troy, MI 48084
Tel: (248) 649-1200
Fax: (248) 649-2920
E-mail: howard@jacobweingarten.com

Vincent J. Marriott, III
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 864-8236
Fax: (215) 864-9762
E-mail: marriott@ballardspahr.com

Matthew G. Summers
BALLARD SPAHR LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801
Tel: (302) 252-4428
Fax: (302) 252-4466
E-mail: summersm@ballardspahr.com

Dexia Crédit Local and Dexia Holdings, Inc., jointly represented by:

Deborah L. Fish
ALLARD & FISH, P.C.
2600 Buhl Building
535 Griswold
Detroit, MI 48226
Tel: (313) 961-6141
Fax: (313) 961-6142
E-mail: dfish@allardfishpc.com

Thomas Moers Mayer
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Tel: (212) 715-9100
Fax: (212) 715-8000
E-mail: tmayer@kramerlevin.com

FMS Wertmanagement AöR, represented by:

Rick L. Frimmer
Mark Fisher
Jeff Eaton
Michael W. Ott
SCHIFF HARDIN LLP
233 S. Wacker Drive, Suite 6600
Chicago, IL 60606
Tel: (312) 258-5600
Fax: (312) 258-5600
E-mail: rfrimmer@schiffhardin.com
E-mail: mfisher@schiffhardin.com
E-mail: jeaton@schiffhardin.com
E-mail: mott@schiffhardin.com

City of Detroit, represented by:

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Tel: (216) 586-3939
Fax: (216) 579-0212
E-mail: dgheiman@jonesday.com
E-mail: hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Tel: (213) 243-2382
Fax: (213) 243-2539
E-mail: bbennett@jonesday.com

Thomas F. Cullen, Jr. (DC 224733)
Gregory M. Shumaker (DC 416537)
Geoffrey S. Stewart (DC 287979)
JONES DAY
51 Louisiana Ave., N.W.
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700
E-mail: tfcullen@jonesday.com
E-mail: gshumaker@jonesday.com
E-mail: gstewart@jonesday.com

Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap (P68258)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Tel: (248) 359-7300
Fax: (248) 359-7700
E-mail: hertzbergr@pepperlaw.com
E-mail: kovskyd@pepperlaw.com

Corinne Ball
JONES DAY
222 East 41st Street
New York, New York 10017
Tel: (212) 326-3939
Fax: (212) 755-7306
E-mail: cball@jonesday.com

UBS AG, represented by:

Daniel J. Kramer
Richard A. Rosen
Kelley A. Cornish
Stephen J. Shimshak
PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
E-mail: dkramer@paulweiss.com
E-mail: rrosen@paulweiss.com
E-mail: kcornish@paulweiss.com
E-mail: sshimshak@paulweiss.com
E-mail: Attorneys for Defendant UBS AG

Merrill Lynch Capital Services, Inc., represented by:

Marshall S. Huebner
Damian S. Schaible
Elliot Moskowitz
James I. McClammy
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
E-mail: marshall.huebner@davispolk.com
E-mail: damian.schaible@davispolk.com
E-mail: elliot.moskowitz@davispolk.com
E-mail: james.mcclammy@davispolk.com

Merrill Lynch Capital Services, Inc. and UBS AG, jointly represented by:

Stephen B. Grow
Charles Ash, Jr.
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503
Tel: (616) 752-2000
Fax: (616) 752-2500
E-mail: sgrow@wnj.com
E-mail: cash@wnj.com

Assured Guaranty Municipal Corp., represented by:

Lawrence A. Larose
Samuel D. Kohn
Marc D. Ashley
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10012
Tel: (212) 408-5100
E-mail: llarose@chadbourne.com
E-mail: skohn@chadbourne.com
E-mail: mashley@chadbournce.com

Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO and Sub-Chapter 98, City of Detroit Retirees, jointly represented by:

Sharon L. Levine
John K. Sherwood
Philip J. Gross
Keara M. Waldron
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, NJ 07068
Tel: (973) 597-2500
Fax: (973) 597-6247
E-mail: slevine@lowenstein.com
E-mail: jsherwood@lowenstein.com
E-mail: pgross@lowenstein.com
E-mail: kwaldron@lowenstein.com

Herbert A. Sanders
THE SANDERS LAW FIRM PC
615 Griswold St., Suite 913
Detroit, MI 48226
Tel: (313) 962-0099
Fax: (313) 962-0044
E-mail: hsanders@miafscme.org

-and-

Richard G. Mack, Jr.
Miller Cohen, P.L.C.
600 West Lafayette Boulevard
4th Floor
Detroit, MI 48226-3191

Ambac Assurance Corporation, jointly represented by:

Caol Connor Cohen
Caroline Turner English
ARENT FOX LLP
1717 K Street, NW
Washington, DC 2003-5342
Tel: (202) 857-6054
E-mail: Carol.Cohen@arentfox.com

David L. Dubrow
Mark A. Angelov
ARENT FOX LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3900

-and-

Daniel J. Weiner
Brendan G. Best
SCHAFER AND WEINER, PLLC
40950 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
Tel: (248) 540-3340
E-mail: bbest@schaferandweiner.com

<u>National Public Finance Guarantee Corporation, jointly represented by:</u>

Eric D. Novetsky
Louis P. Rochkind
JAFFE, RAITT, HEUER & WEISS, P.C.
2777 Franklin Road, Suite 2500
Southfield, MI 48034
Tel: (248) 351-3000
Fax: (248) 351-3082
E-mail: enovetsky@jaffelaw.com

Jeffrey E. Bjork
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Tel: (213) 896-6000
Fax: (213) 896-6600
E-mail: jbjork@sidley.com

-and-

Guy S. Neal
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8000
Fax: (202) 736-8711
E-mail: gneal@sidley.com

<u>Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit, represented by</u>:

Robert D. Gordon
Shannon L. Deeby
CLARK HILL PLC
151 South Old Woodward Avenue, Suite 200
Birmingham, MI 48009
Tel: (248) 988-5882
Fax: (248) 988-2502
E-mail: rgordon@clarkhill.com

Retiree Association Parties, jointly represented by:

Thomas R. Morris
Karin F. Avery
SILVERMAN & MORRIS, P.L.L.C.
30500 Northwestern Highway, Suite 200
Farmington Hills, MI 48334
Tel: (248) 539-1330
Fax: (248) 539-1355
E-mail: morris@silvermanmorris.com
E-mail: avery@silvermanmorris.com

-and-

Brian D. O'Keefe
Ryan C. Plecha
LIPPITT O'KEEFE, PLLC
370 East Maple Road, 3rd Floor
Birmingham, MI 48009
Tel: (248) 646-8292
Fax: (248) 646-8375
E-mail: bokeefe@lippittokeefe.com
E-mail: rplecha@lippittokeefe.com


Financial Guranty Insurance Company, jointly represented by:

Ernest J. Essad Jr.
Mark R. James
WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.
280 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009
Tel: (248) 642-0333
Fax: (248) 642-0856
E-mail: EJEssad@wwrplaw.com
E-mail: mrjames@wwrplaw.com

-and-

Alfredo R. Perez
WEIL, GOTSHAL & MANGES llp
700 Louisiana Street, Suite 1600
Houston, TX 77002
Tel: (713) 546-5000
Fax: (713) 224-9511
E-mail: Alfredo.perez@weil.com

The Official Committee of Retirees, represented by:

Carole Neville
Claude Montgomery
DENTONS
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 768-6700
E-mail: carole.neville@dentons.com
E-mail: claude.montgomery@dentons.com

Interested Party David Sole, represented by:

Jerome D. Goldberg (P61678)
2921 East Jefferson, Suite 205
Detroit, MI 47207
Tel: (313) 393-6001
Fax: (313) 393-6007
E-mail: apclawyer@sbcglobal.net

Syncora Guarantee Inc. and Syncora Capital Assurance Inc., jointly represented by:

James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200

- and –

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Tel: (248) 646-5070
Fax: (248) 646-5075