UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the matter of:

Case No. 13-53846

City of Detroit, Michigan

Chapter 11

_____Debtor(s)__/

Hon. Steven W. Rhodes

**STATEMENT OF DEBTOR REGARDING
CORPORATE OWNERSHIP
VILLAGE CENTER ASSOCIATES LIMITED DIVIDEND
HOUSING ASSOCIATION**

[ ]  **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

   Name:_____
   Address:_____

   Name:_____
   Address:_____

   Name:_____
   Address:_____

   Name:_____
   Address:_____

   (For additional names, attach an addendum to this form)

[ X ]  There are not entities that directly or indirectly own more than 10% or more of any class of the debtor's equity interest.
   **I declare under penalty of perjury that the foregoing is correct.**

FOR THE CREDITOR:
By:__/s/_ kurt thornbladh___
KURT THORNBLADH P25858
Thornbladh Legal Group PLLC
Schaefer Plaza
7301 Schaefer
Dearborn MI 48126
(313) 943 2678
kthornbladh@gmail.com
P25858

Dated:   10/21/2013