**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In the matter of:

                                                    Case No.13-53846

City of Detroit, Michigan                             Chapter 11

_____Debtor(s)\_\_/         Hon.Steven W. Rhodes

**STATEMENT OF DEBTOR REGARDING**
**CORPORATE OWNERSHIP**
**BOWIN PLACE ASSOCIATES LIMITED DIVIDEND**
**HOUSING ASSOCIATION**

[ ]     The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:

        Name:_____
        Address:_____

        Name:_____
        Address:_____

        Name:_____
        Address:_____

        Name:_____
        Address:_____

(For additional names, attach an addendum to this form)

[ X ]     There are not entities that directly or indirectly own more than 10% or more of any class of the debtor's equity interest.
**I declare under penalty of perjury that the foregoing is correct.**

                                             FOR THE CREDITOR:
                                             By:\_\_/s/\_ kurt thornbladh\_\_\_
                                             KURT THORNBLADH P25858
                                             Thornbladh Legal Group PLLC
                                             Schaefer Plaza
                                             7301 Schaefer
                                             Dearborn MI 48126
                                             (313) 943 2678
                                            kthornbladh@gmail.com
                                            P25858

Dated:    10/21/2013