UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the matter of:

City of Detroit, Michigan

Case No.13-53846
Chapter 11

_____Debtor(s)__/

Hon. Steven W. Rhodes

**STATEMENT OF DEBTOR REGARDING
CORPORATE OWNERSHIP
FOR CAMBRIDGE TOWER ASSOCIATES
LIMITED DIVIDEND HOUSING ASSOCIATION**

[ ] **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name:_____
Address:_____

Name:_____
Address:_____

Name:_____
Address:_____

Name:_____
Address:_____

(For additional names, attach an addendum to this form)

[ X ] There are not entities that directly or indirectly own more than 10% or more of any class of the debtor's equity interest.
**I declare under penalty of perjury that the foregoing is correct.**

FOR THE CREDITOR:

By:__/s/__kurt thornbladh_____
KURT THORNBLADH P25858
Thornbladh Legal Group PLLC
Schaefer Plaza
7301 Schaefer
Dearborn MI 48126
(313) 943 2678
kthornbladh@gmail.com

Dated: October 21, 2013