**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In the matter of:

|  |  |
|---|---|
| City of Detroit, Michigan | Case No. 13-53846 |
|  | Chapter 11 |
| _____Debtor(s)__/ | Hon. Steven W. Rhodes |

**STATEMENT OF DEBTOR REGARDING
CORPORATE OWNERSHIP
FOR PLYMOUTH SQUARE LIMITED DIVIDEND
HOUSING ASSOCIATION**

[ ]   **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name:_____
Address:_____

Name:_____
Address:_____

Name:_____
Address:_____

Name:_____
Address:_____

(For additional names, attach an addendum to this form)

[ X ]   There are not entities that directly or indirectly own more than 10% or more of any class of the debtor's equity interest.
**I declare under penalty of perjury that the foregoing is correct.**

FOR THE CREDITOR:

By:__/s/__kurt thornbladh_____
KURT THORNBLADH P25858
Thornbladh Legal Group PLLC
Schaefer Plaza
7301 Schaefer
Dearborn MI 48126
(313) 943 2678
kthornbladh@gmail.com

Dated:   October 21, 2013