UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

City of Detroit, Michigan
Debtor.

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven Rhodes

## PROOF OF SERVICE

I hereby certify that on June 2, 2014 (date of mailing), I served copies as follows:

1. Document(s) served: Motion to Require Debtor to Reissue Proper and Correct Ballot
Notice of Motion to Require Debtor to Reissue Proper and Correct Ballot
Order Granting Creditor Motion to require Debtor to Reissue Proper and Correct Ballot

2. Served upon [name and address of each person served]:

Heather Lennox
Bruce Bennett
Jones Day
555 South Flower St
Fiftieth Floor
Los Angeles, CA
90071

Sam J Alberts
Dentons US LLP
1301 K Street NW
Suite 600
East Tower
Washington DC
20005

3. By First Class Mail.

Dated: June 2, 2014

FILED
2014 JUN -2 P 10: 2[?]
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

(Signature of Debtor) Creditor

Print Name: Dennis Taubitz

_____
(Signature of Co-Debtor)

Print Name: _____

13-53846-tjt    Doc 5167    Filed 06/02/14    Entered 06/02/14 11:59:35    Page 1 of 1