Form B20A(Official Form 20A)
12/1/10

UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

In re: City of Detroit

Chapter:

Case No.: 13-53846

Judge: Stavan Rhodes

_____ Debtor(s) _____ /

Address _____

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): _____

creditor

NOTICE OF MOTION

Debtor has filed papers with the court to Approval to file Late Proof of claim
{relief sought in motion}

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to Approval to file Late Proof of claim [relief sought in motion], or if you want the court to consider your views on the motion, within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

USB 211 W. Fort
Detroit MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.
All attorneys are required to file pleadings electronically.

You must also mail a copy to [enter your name and address and name and address of others to be served]:

See Below

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 6/2/2014

Signature: Maria J. Powell
Name
Address: 15300 Grandville
Detroit MI 48223

FILED 2014 JUN -2 P 11:45 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

13-53846-tjt   Doc 5169   Filed 06/02/14   Entered 06/02/14 14:10:09   Page 1 of 1