UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Debtor: City of Detroit

CASE NO: 13-53846
CHAPTER:
JUDGE: Steven Rhodes

## PROOF OF SERVICE

I hereby certify that on 6/2/2014 (date of mailing), I served copies as follows:

1. Document(s) served:

   Motion for Approval to file Late Proof of claim, order, notice of motion

2. Served upon [name and address of each person served]:

   Bruce Bennett
   555 S. Flower Street
   Los Angeles, CA 90071

   Judy B. Calton
   Honigman Miller Schwartz + Cohn LLP
   2290 First National Building
   Detroit, MI. 48226

3. By First Class Mail.

Dated: 6/2/2014

(Signature of Debtor) Maria J. Powell

Print Name: MARIA J. POWELL

_____
(Signature of Co-Debtor)

Print Name: _____

13-53846-tjt   Doc 5170   Filed 06/02/14   Entered 06/02/14 14:12:00   Page 1 of 1