UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------------x
                                          :
In re                                     :    Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN                 :    Case No. 13-53846
                                          :
              Debtor.                     :    Hon. Steven W. Rhodes
                                          :
                                          :
-------------------------------------------------------------x
```

**WITHDRAWAL OF PROOFS OF CLAIM NOS. 592 AND 593**

Claimants Gratiot McDougall Homes, LLC, et al and West Town Homes, LLC, et al, by their attorney, hereby withdraw their Proofs of Claim Nos. 592 and 593.

        Respectfully submitted,

/s/ Brian M. Akkashian
**BRIAN M. AKKASHIAN (P-55544)**
PAESANO AKKASHIAN PC
Attorney for Claimants
7457 Franklin Rd Ste 200
Bloomfield Hills, MI 48301
(248) 792-6886
bakkashian@paesanoakkashian.com

Dated: April 30, 2014

K:\DOCS\APPEALS\whyts\a36000\misc\WS3422.WPD