# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## TRANSCRIPT ORDER FORM

111 First Street
Bay City, MI 48708

211 W. Fort Street
17th Floor
Detroit, MI 48226

226 W. Second Street
Flint, MI 48502

**Order Party: Name, Address and Telephone Number**

Name _____ Mark R. James _____

Firm _____ Williams, Williams, Rattner & Plunkett, P.C. _____

Address _____ 380 N Old Woodward Ave, Ste 300 _____

City, State, Zip _____ Birmingham, MI 48009 _____

Phone _____ 248-642-0333 _____

Email _____ mrjames@wwrplaw.com _____

**Case/Debtor Name: City of Detroit, Michigan**

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** Hon. Steven Rhodes

(●)**Bankruptcy** ( )**Adversary**

( )**Appeal** **Appeal No:** _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 10/24/2013 **Time of Hearing:** 9:00 AM **Title of Hearing:** Eligibility Trial

Please specify portion of hearing requested: (●)**Original/Unredacted** ( )**Redacted** ( )**Copy** (2nd Party)

(●)Entire Hearing ( )Ruling/Opinion of Judge ( )Testimony of Witness ( )Other

Special Instructions: _____

---

**Type of Request:**

( )Ordinary Transcript - $3.65 per page (30 calendar days)

( )14-Day Transcript - $4.25 per page (14 calendar days)

(●)Expedited Transcript - $4.85 per page (7 working days)

( )CD - $30; FTR Gold format - You must download the free
FTR Record Player™ onto your computer from
www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____ Date By

Order Received:

Transcript Ordered

Transcript Received

**Signature of Ordering Party:**

/s/ Mark R. James Date: 6/2/2014
By signing, I certify that I will pay all charges upon completion
of the transcript request.