UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
**TRANSCRIPT ORDER FORM**

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: **Mark R. James**
Firm: **Williams, Williams, Rattner & Plunkett, P.C.**
Address: **380 N Old Woodward Ave, Ste 300**
City, State, Zip: **Birmingham, MI 48009**
Phone: **248-642-0333**
Email: **mrjames@wwrplaw.com**

**Case/Debtor Name:** City of Detroit, Michigan
**Case Number:** 13-53846
**Chapter:** 9
**Hearing Judge:** Hon. Steven Rhodes

◉ Bankruptcy    ○ Adversary
○ Appeal    Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 10/25/2013    Time of Hearing: 9:00 AM    Title of Hearing: Eligibility Trial

Please specify portion of hearing requested:  ◉ Original/Unredacted  ○ Redacted  ○ Copy (2nd Party)

◉ Entire Hearing    ○ Ruling/Opinion of Judge    ○ Testimony of Witness    ○ Other

Special Instructions: _____

**Type of Request:**

○ Ordinary Transcript - $3.65 per page (30 calendar days)
○ 14-Day Transcript - $4.25 per page (14 calendar days)
◉ Expedited Transcript - $4.85 per page (7 working days)
○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Mark R. James    Date: 6/2/2014
By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date        By

Order Received:

Transcript Ordered

Transcript Received