# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: **Deborah L. Fish, Esq.**

Firm: **Allard & Fish, P.C.**

Address: **535 Griswold, 2600 Buhl Bldg.**

City, State, Zip: **Detroit, MI  48226**

Phone: **313-961-6141**

Email: **dfish@allardfishpc.com**

**Case/Debtor Name:** City of Detroit, Michigan

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** Hon. Steven Rhodes

◉ Bankruptcy  ○ Adversary

○ Appeal     Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 05/28/2014   **Time of Hearing:** 10:00 am   **Title of Hearing:** Various Items

Please specify portion of hearing requested:   ◉ **Original/Unredacted**   ○ **Redacted**   ○ **Copy** (2nd Party)

◉ Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ○ Other

Special Instructions: _____

**Type of Request:**

○ Ordinary Transcript - $3.65 per page (30 calendar days)

○ 14-Day Transcript - $4.25 per page (14 calendar days)

◉ Expedited Transcript - $4.85 per page (7 working days)

○ CD - $30; FTR Gold format ☐ You must download the free FTR Record Player™ onto your computer from ☐☐☐☐rg☐☐☐☐☐☐

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date        By

Order Received:

Transcript Ordered

Transcript Received

**Signature of Ordering Party:**

/s/ Deborah L. Fish                            Date: **June 3, 2014**

By signing, I certify that I will pay all charges upon completion of the transcript request.

13-53846-tjt    Doc 5181    Filed 06/03/14    Entered 06/03/14 09:45:04    Page 1 of 1