May 16, 2014

Hon. Steven W. Rhodes
U.S. Bankruptcy Court
Chambers 1800
211 W. Fort Street
Detroit, MI 48226

Re: DIA in City of Detroit Chapter 9 Reorganization Plan

Dear Judge Rhodes:

As a lifelong resident of Wayne County who has enjoyed the art treasures of the DIA since childhood, I have spent the past two months collecting signatures on the enclosed "Citizens Petition to Save the DIA" and send it to you to be used in whatever relevant motion hearings are scheduled before you or in whatever manner you deem appropriate. The enclosed three-page petition demonstrates the support and affection of residents of Detroit and the metropolitan area for the DIA.

It is our sincere hope that this wonderful treasure will remain available to all Michigan residents for generations to come.

Thank you for your consideration.

Very Truly Yours,

*Rosemary Garbarino*

Rosemary Garbarino (P38330)
1680 Cassady Place Drive
Plymouth, MI 48170

w/encl:
cc: Kevyn D. Orr, Emergency Manager, City of Detroit

FILED 2014 MAY 23 A 10: 23 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT