# Citizen Petition to Save the DIA *

| | Name (Please Print) | Signature | Address |
|---|---|---|---|
| 1 | ROSEMARY GARBARINO | Rosemary Herbrenio | 1680 Cassady Place Drive, Plymouth MI 48170 |
| 2 | CASSIE COBB | Cassie Cobb | 7400 Provincial Rd, Canton MI |
| 3 | Jennifer Mills | Jennifer Mills | 37753 Chase Ct. Livonia MI 48150 |
| 4 | Timothy Sherman | Timothy R. Sherman | 39580 Cother St. Canton MI 48187 |
| 5 | Mary K. Petlewski | Mary K. Petlewski | 16943 Yorkshire St. Livonia, MI 48154 |
| 6 | Jonathan Kizy | | 595 Leroy St, Ferndale MI 48220 |
| 7 | ROBERT V. SCHIKORA | RSchikora | 239 ELIZABETH ST. PLYMOUTH, MI 48170 |
| 8 | Sheila OCONNOR | egoconnor | 478 LEICESTER St., Plym. MI 48170 |
| 9 | CANDACE Nieuwkoop | Candace Nieuwkoop | 9184 RedBud, Plym MI 48170 |
| 10 | Katie McMillan | Katie P. Peters | 107 N. Haggerty, Apt 307, Plymouth 48170 |
| 11 | JEROME SHANKIN | Jerome Shanken | 6430 DEERING GARDEN CITY 48135 |
| 12 | Ruth Trammell | Ruth Trammell | 48057 Colony Farm Cir Plymouth 48170 |
| 13 | BERNIE BREEN | BBreen | 9401 MARQUERITE Plymouth 48170 |
| 14 | mandy mecum | Mandy Mecum | 321 Flowerdale Ferndale, MI 48220 |
| 15 | Scott McNamara | SMcNamara | 33438 Unicorn Ct Westland 48185 48186 |
| 16 | JAMES Campbell | James Campbell | 34775 Spring Valley Dr. Westland 48185 |
| 17 | Sunnie Schwein | | 3450 Pershing St. Wayne MI. 48184 |
| 18 | SHIRLEY McNEELY | Shirley McNeely | 1678 Cassady Pl. Dr. 48170 Plymouth |
| 19 | VICTORIA VALERIO | Victoria Valerio | 1678 Cassady Pl. Dr. 48170 Plymouth |
| 20 | Leigh Teeple | Leigh Teeple | 1682 Cassady Pl. Dr. 48170 Plymouth |
| 21 | Margaret C. Hosey | Margaret Hosey | 1686 Cassady Pl. Dr. 48170 |
| 22 | George Hosey | George Hosey | 1686 Cassady Pl. Dr. Plymouth |
| 23 | Pamela Geppert | Pm. Geppert | 1696 Cassady Place Dr 48170 |
| 24 | Joan J. Welsh | JOAN Welsh | 1712 Cassady Pl. Dr. |
| 25 | Peter J. Cunningham | PCunn | 1696 Cassady Pl dr Plymouth, MI 48170 |
| 26 | Cynthia Wortman | Cynthia Wortman | 1694 Cassady Pl dr. Plymouth MI 48170 |
| 27 | Andrew Dutka | A. Dutka | 1656 Cassady Pl dr. Ply MI 48170 |
| 28 | Jessica Hefferan | J. Hefferan | 649 Covington S. Lyon, MI 48178 |
| 29 | Jerry Evan | Evan | 13759 Callender Ct Southgate MI 48195 |
| 30 | Julie Karaszkiewicz | Julie Karasz | 9081 OPORTO Livonia MI 48150 |
| 31 | Michele R. Potter | Michele R. Potter | 917 Simpson, Plymouth, MI 48170 |
| 32 | Peter Wolf | Peter Wolf | 17146 Fairfield St. Detroit MI 48221 |
| 33 | DOROTHY GUMAS | Dorothy Gumas | 1160 Sheridan #119 Plymouth MI 48170 |
| 34 | SUE WARZECHA-CARTER | Sue Warzecha | 10579 Red Maple Dr. Plymouth MI 48170 |
| 35 | ERIN KOSTUN | Erin R Kostun | 9231 Brunswick Ave Plymouth 48170 |
| 36 | MARY MORAND | Mary B. Morand | 48133 Colony Farm Circle Plymouth 48170 |
| 37 | Mary Dareene Winter | Mary Dareene Winter | 1160 Sheridan Apt 10 Plymouth, MI 48170 |
| 38 | Mary Ann Wolf | Mary Ann Wolf | 15750 Parklane Plymouth MI 48170 |
| 39 | Robin Linkowski | RL | 816 Starkweather Ave Plymouth MI 48170 |

and Oakland, State of Michigan

*The above signed residents and taxpayers of the county of Wayne respectfully urge this honorable Court (Steven H. Rhodes) and Mr. Kevin Orr, duly appointed Emergency Manager of the city of Detroit, county of Wayne to oppose and reject the attempt by any secured or unsecured creditor including but not limited to Syncora to delay or expand the bankruptcy estate of the city of Detroit to the detriment of the D.I.A. art collections, held in public trust for the citizens of the Detroit metropolitan area, including the above signed citizens.

# Citizen Petition to Save the DIA *

| | Name | Signature | Address |
|---|---|---|---|
| 40 | Linda Roth | Linda M. R. | 49319 Fox Dr S. Plymouth MI 48170 |
| | Janet Adkins | Janet Adkins | 855 Penniman #302, Plymouth MI |
| | MEGAN SCHIKORA | Megan Schik. | 239 Elizabeth St. Plymouth, MI 48170 |
| | Sheri Sine | Sheila S. | 1941? Scenic Harbour N-ville |
| | Ashleigh Meyer | A. meyer | 29840 Chester St. Garden City MI 48135 |
| | Chelsea Schroeder | Chelsea Schroeder | 30947 Bock St. Garden City MI 48135 |
| | Ashley Cox | A. Cox | Westland, MI 48185 |
| | Ron Adelman | | 990 W. Ann Arbor T. Plymouth |
| | JUDY OUST | Judy Oust | 22405 CRANBROOKE DC Novi MI |
| | BRIAN WALTER | Brian Walter | 24916 REEDS Point Dr, NM MI 4932 48375 |
| | LAUREMIATE ANGARD | Lau Elenchard | 32449 CRANBROOK DR YOU 48375 |
| | Colleen Holden | Colleen Holden | 55408 Bog Rd. MI 48111 |
| | Ron Keller | R. Keller | 1075 W. Ann Arbor Rd, Plymouth MI |
| | Jacqueline Ruzejo | 27700 Keller | Plymouth MI 48170 |
| 55 | Silvana Joupaj | S. Joupaj | 9461 Marguerite Dr Plymouth 48170 |

# Citizen Petition to Save the DIA *

| NAME print | SIGNATURE | ADDRESS |
|---|---|---|
| 56 Kathleen Tenerowe | Kathleen Tenerowe | Plymouth Mi |
| Ally Wiemkend | Ally Wiemken | Plymouth, MI. |
| Janis Sadell | Janis Sadell | Plymouth, MI |
| Delores Norton | Delores Norton | Plymouth Mich |
| DJ Hoedel | Donna Hoedel | Plymouth, Mi |
| Patricia M. Kolar | Patricia M. Kolar | Plymouth MI. |
| 62 Ann Marie Pipiti | Ann Marie Pipiti | Plymouth MI. |

13-53846-tjt   Doc 5184-1   Filed 05/23/14   Entered 06/03/14 11:42:02   Page 3 of 3