| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| _____ | ) | |

# UNITED STATES OF AMERICA'S LIST OF FACT WITNESSES RELATED TO THE FOURTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

The United States of America, on behalf of the United States Department of Housing and Urban Development ("HUD"), hereby identifies the following fact witnesses it may call at the hearing on the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit* (the "Plan") (Docket No. 4392).

HUD identifies either Stan Gimont, Director of HUD's Office of Block Grant Assistance, or Paul Webster, Director of HUD's Financial Management Division, who would testify as to the amounts due under notes issued by the Debtor pursuant to various Contracts for Loan Guarantee Assistance under Section 108 of the Housing and Community Development Act of 1974, as amended, 42 U.S.C. § 5308 *et seq.*, by and between the Debtor, as borrower, and the Secretary of HUD, as guarantor, that the Debtor intends to reinstate under the terms of Plan.

HUD reserves the right to amend its list of fact witnesses or supplement the testimony topics identified above as may become necessary to address any amendments to the Plan.

Dated: June 3, 2014                              Respectfully submitted,

                                                                  STUART F. DELERY
                                                                  Assistant Attorney General
                                                                  Civil Division

                                                                  BARBARA L. MCQUADE
                                                                  United States Attorney

                                                                  J. CHRISTOPHER KOHN
                                                                  Director

                                                                  <u>/s/ Matthew J. Troy</u>
                                                                  TRACY J. WHITAKER
                                                                  JOHN T. STEMPLEWICZ
                                                                  MATTHEW J. TROY
                                                                 Attorneys, Civil Division
                                                                 U.S. Department of Justice
                                                                 P.O. Box 875
                                                                 Ben Franklin Station
                                                                 Washington, DC 20044
                                                                 Tel: (202) 514-9038
                                                                 Fax: (202) 514-9163
                                                                Tracy.whitaker@usdoj.gov
                                                                John.Stemplewicz@usdoj.gov
                                                                Matthew.Troy@usdoj.gov

## CERTIFICATE OF SERVICE

I, Matthew J. Troy, hereby certify that the service of this List of Fact Witnesses was filed and served via the Court's electronic case filing and noticing system on June 3, 2014.

/s/ Matthew J. Troy