# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

    Debtor.

_____/

Chapter 9

Case No. 13-53846

Hon. Steve W. Rhodes

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Jennifer Grageda, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On May 19, 2014, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail on the service list attached hereto as **Exhibit A**:

- **Motion of the City of Detroit for (A) Relief From Automatic Stay, Pursuant to Section 362(d)(1) of the Bankruptcy Code, to Permit the Ordinary Course Liquidation of Disputed Workers' Compensation Claims and (B) Waiver of the Stay Imposed by Bankruptcy Rule 4001(A)(3) [Docket No. 4263]**

Dated: May 23, 2014

                                                  Jennifer Grageda
                                                KCC
                                                2335 Alaska Ave
                                                El Segundo, CA 90245
                                                Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Served via First Class Mail**

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Arp, Archie L | 25148 Potomac Dr | South Lyon | MI | 48178-1022 |