# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steve W. Rhodes |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On May 29, 2014, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail on the service list attached hereto as **Exhibit A**:

- **Certification of No Response or Objection Regarding Motion of the City of Detroit for (A) Relief from Automatic Stay, Pursuant to Section 362(d)(1) of the Bankruptcy Code, to Permit the Ordinary Course Liquidation of Disputed Workers' Compensation Claims and (B) Waiver of the Stay Imposed by Bankruptcy Rule 4001(a)(3) [Docket No. 4741]**

Furthermore, on May 29, 2014, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail on the service list attached hereto as **Exhibit B**:

- **Order (A) Granting Relief from the Automatic Stay to Permit the Ordinary Course Liquidation of Disputed Workers' Compensation Claims and (B) Waiver of the Stay Imposed by Bankruptcy Rule 4001(a)(3) [Docket No. 4933]**

Dated: May 30, 2014

/s/ Stephanie Delgado
Stephanie Delgado
KCC
2335 Alaska Ave
El Segundo, CA 90245
Tel 310.823.900

# EXHIBIT A

**Exhibit A**

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Arp, Archie L | 25148 Potomac Dr | South Lyon | MI | 48178-1022 |

In re City of Detroit, Michigan
Case No. 13-53846　　13-53846-tjt　　Doc 5193　　Filed 06/03/14　　Entered 06/03/14 13:26:33　　Page 3 of 5
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　4 of 5

# EXHIBIT B

**Exhibit B**
**Served via First Class Mail**

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Arp, Archie L | 25148 Potomac Dr | South Lyon | MI | 48178-1022 |
| Clanton, Jessie | 18465 Buffalo St | Detroit | MI | 48234-2436 |
| Jones, Maliak | PO Box 311 | St Clr Shores | MI | 48080-0311 |
| Martin, Tyrone | 4930 E Outer Dr | Detroit | MI | 48234-3448 |
| Mullugotta, Gimbu S | PO Box 38426 | Detroit | MI | 48238-0426 |
| Reed, Larry C | PO Box 04236 | Detroit | MI | 48204-0236 |
| Stanford, Gary | 18680 Ohio St | Detroit | MI | 48221-2058 |