FILED

2014 MAY 28 A 10: 38

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

May 25, 2014

US Bankruptcy Court
211 W. Fort
Suite 1700
Detroit, Michigan 48226

**RE: Another Objection to sending out Ballots to Vote on the City of Detroit's Fourth Amended Plan/Disclosure Statement**

**Case 13-53846**

Since the FOURTH AMENDED DISCLOSURE STATEMENT WITH RESPECT TO AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT (May 5, 2014) was not available on the City's website until late on May 5th there was no way I could have read the amended disclosure statement and filed the objection any sooner. I am asking Judge Rhodes to reconsider overruling the objection.

Respectfully,

*M. W. Baker*

Dorothy M. W. Baker
22406 Rio Vista Street
Saint Clair Shores, Michigan 48081
586-552-8397
bakerdmw@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,
Debtor.

_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

Order Overruling Objection to Disclosure Statement

On May 12, 2014, Dorothy M. W. Baker filed "Another Objection to sending out Ballots to Vote on the City of Detroit's Fourth Amended Plan/Disclosure Statement." (Dkt. #4706) This objection was filed after the deadline set by the Court for filing objections to the disclosure statement. Accordingly, the objection is overruled as untimely.

Signed on May 23, 2014

                                                      /s/ Steven Rhodes
                                                      Steven Rhodes
                                                      United States Bankruptcy Judge

May 10, 2014

US Bankruptcy Court
211 West Fort
Suite 1700
Detroit Michigan 48226

**RE:  Another Objection to sending out Ballots to Vote on the City of Detroit's Fourth Amended Plan/Disclosure Statement**

**Case 13-53846**

I retired from the Detroit Public Library in 2010 after 38 years and 9 months of service. I worked longer so I would be comfortable in my retirement and maybe take a yearly vacation. I then moved from the City of Detroit to Saint Clair Shores to be near my mother who was in an Assisted Living Facility.

The one thing I thought I could always count on was my pension, after all it was protected by the Michigan Constitution. I always thought of the Michigan Constitution as our (public employees) version of the Pension Benefit Guaranty Corporation.

When there were talks of the City of Detroit filing for bankruptcy I was not too concerned, I knew Governor Snyder would pull the pensions from the bankruptcy filing in order to comply with the Michigan Constitution. The Governor fooled us again.

**I feel I'm being robbed-taking money back from over 10 years ago? For life? Hitting up one group of retirees to help fund the others? No right-not fair. I carefully planned my retirement-now for nothing.**

**I go from being scared to frustrated to just plain angry.**

Even when the City of Detroit filed for bankruptcy, and Judge Rhodes ruled that pensions could be cut, I thought whatever cuts made by the City would be made up by the State (my interpretation of the Michigan Constitution). Evidently Governor Snyder does not agree.

**How can we make an informed decision on whether to vote yes or no if we do not have all the information? We don't even know if Judge Rhodes will approve the plan after hearing all the objections. We don't know if there will be any changes. We should not**

mailed 5/10/14