UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Requiring Supplement to Motion

Creditor Irma Industrious has filed a "Motion to Contest Debtor's Notice of Non-Voting Status and Hold Debtor Liable for Its Misrepresentation." (Dkt. #5016) The motion refers to a "Notice of Non-Voting Status under Plan for the Adjustment of Debts of the City of Detroit."

It is hereby ordered that the moving party shall file by June 6, 2014, a supplement to her motion attaching this notice. Failure to comply with this order may result in the denial of the motion.

.

**Signed on June 03, 2014**

                /s/ Steven Rhodes  
            **Steven Rhodes**  
            **United States Bankruptcy Judge**