**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:  Chapter 9
City of Detroit, Michigan,  Case No. 13-53846
    Debtor.  Hon. Steven W. Rhodes
_____/

### Order Denying Motion to Require Debtor to Reissue Proper and Correct Ballots

Creditor Dennis Taubitz has filed a motion to require debtor to reissue proper and correct ballots. (Dkt. #5165) The Court concludes that the motion fails to establish cause for the relief sought. This order is entered without prejudice to the right of the creditor to object to the plan on the grounds asserted in the motion, if the objection is filed on a timely basis.

.

**Signed on June 03, 2014**

                                                  /s/ Steven Rhodes
                                                Steven Rhodes
                                                United States Bankruptcy Judge