UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                          Chapter 9
City of Detroit, Michigan,                                      Case No. 13-53846
    Debtor.                                  Hon. Steven W. Rhodes
_____/

### Order Regarding Ex-Parte Motion to Allow Late Filing of Objection (Dkt. #5055)

On May 27, 2014, Robert Cole filed an "Ex-Parte Motion to Allow Late Filing of the Objection by Robert Cole to the Fourth Amended Plan for the Adjustment of Debts for the City of Detroit." (Dkt. 5055) Upon consideration, the Court finds that this motion is defective in that it does not comply with Local Bankruptcy Rule 9014-1. Accordingly, movant shall have 7 days to file a corrected motion which complies with the requirements of L.B.R. 9014-1. If a corrected motion is not filed within 7 days of this order, the motion filed at Dkt. #5055 shall be stricken from the record.

.

**Signed on June 03, 2014**

                                                **/s/ Steven Rhodes**
                                                **Steven Rhodes**
                                                **United States Bankruptcy Judge**