UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN<br><br>          Debtor | Case No. 13-53846<br><br>Chapter 9<br><br>Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 30, 2014, the County of Macomb, Michigan, a Michigan Constitutional corporation, by and through its County Agency, the Macomb County Public Works Commissioner and the Macomb Interceptor Drain Drainage District filed the Motion for Temporary Allowance of Claim of the Macomb Interceptor Drain Drainage District Pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure for Purposes of Accepting or Rejecting the Debtor's Fourth Amended Plan of Adjustment at docket no. 5155 with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

19309813

Dated: June 3, 2014

        DECHERT LLP

        By: /s/ *Allan S. Brilliant*
        Allan S. Brilliant
        Stephen M. Wolpert
        1095 Avenue of the Americas
        New York, NY 10016
        Telephone: (212) 698-3500
        Facsimile: (212) 698-3599
        allan.brilliant@dechert.com
        stephen.wolpert@dechert.com

        *Attorneys for County of Macomb, Michigan, by and through its County Agency, the Macomb County Public Works Commissioner*