UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                                      :

In re                                          : Chapter 9

CITY OF DETROIT, MICHIGAN,      : Case No. 13-53846

               Debtor.              : Hon. Steven W. Rhodes

---------------------------------------------------------x

**STIPULATION FOR AN ORDER RESOLVING MOTION FOR APPROVAL
TO FILE LATE PROOF OF CLAIM FILED BY MARIA T. POWELL**

        Maria T. Powell and the City of Detroit stipulate to the entry of the order attached hereto as <u>Exhibit 1</u>.

Dated: June 4, 2014

| | |
|---|---|
| /s/ Maria T. Powell | /s/ Heather Lennox |
| Maria T. Powell | David G. Heiman (OH 0038271) |
| 15300 Grandville Avenue | Heather Lennox (OH 0059649) |
| Detroit, Michigan 48223-1709 | JONES DAY |
| Telephone: (313) 535-4317 | North Point |
| maria-powell@att.net | 901 Lakeside Avenue |
| | Cleveland, Ohio 44114 |
| IN PRO PER | Telephone: (216) 586-3939 |
| | Facsimile: (216) 579-0212 |
| | dgheiman@jonesday.com |
| | hlennox@jonesday.com |
| | |
| | Bruce Bennett (CA 105430) |
| | JONES DAY |
| | 555 South Flower Street |
| | Fiftieth Floor |
| | Los Angeles, California 90071 |
| | Telephone: (213) 243-2382 |
| | Facsimile: (213) 243-2539 |
| | bbennett@jonesday.com |
| | |
| | Jonathan S. Green (MI P33140) |
| | Stephen S. LaPlante (MI P48063) |
| | MILLER, CANFIELD, PADDOCK |
| | AND STONE, P.L.C. |
| | 150 West Jefferson |
| | Suite 2500 |
| | Detroit, Michigan 48226 |
| | Telephone: (313) 963-6420 |
| | Facsimile: (313) 496-7500 |
| | green@millercanfield.com |
| | laplante@millercanfield.com |
| | |
| | ATTORNEYS FOR THE CITY |

# **EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                                         :
In re                                                    : Chapter 9
                                                         :
CITY OF DETROIT, MICHIGAN,                               : Case No. 13-53846
                                                         :
                        Debtor.                          : Hon. Steven W. Rhodes
                                                         :
---------------------------------------------------------x

# ORDER RESOLVING MOTION FOR APPROVAL
# TO FILE LATE PROOF OF CLAIM FILED BY MARIA T. POWELL

This matter came before the Court on the Motion for Approval to File Late Proof of Claim Filed by Maria T. Powell (Docket No. 4983) (the "Motion"), filed by Maria T. Powell ("Ms. Powell"); Ms. Powell and the City of Detroit having jointly filed the Stipulation for an Order Resolving Motion for Approval to File Late Proof of Claim Filed by Maria T. Powell (the "Stipulation"); the Court having reviewed the Motion and the Stipulation; the Court being advised that the terms of this Order resolve the Motion; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (c) notice of the Motion was sufficient under the circumstances; and the Court otherwise being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED, as set forth herein.

2. Ms. Powell is authorized to file her proof of claim arising from the events described in the Motion by no later than June 18, 2014, and any such proof of claim shall be deemed to have been timely filed.

# **CERTIFICATE OF SERVICE**

      I, Heather Lennox, hereby certify that the foregoing Stipulation for an Order Resolving Motion for Approval to File Late Proof of Claim Filed by Maria T. Powell was filed and served via the Court's electronic case filing and noticing system on this 4th day of June, 2014.

                                      /s/ Heather Lennox