# **EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

~~In re:~~                                                    ~~Chapter 9~~
~~City of Detroit, Michigan,~~                                ~~Case No. 13-53846~~
         ~~Debtor.~~                                          ~~Hon. Steven W. Rhodes~~
                          ~~/~~

**In re:**                                                    **Chapter 9**
**City of Detroit, Michigan,**                                **Case No. 13-53846**
         **Debtor.**                                          **Hon. Steven W. Rhodes**
**/**

### ~~Fourth~~**Fifth** Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment

The City has filed a plan of adjustment and a proposed disclosure statement. To promote the just, speedy, and inexpensive determination of this case as required by Fed. R. Bankr. P. 1001, the Court hereby establishes the procedures, deadlines and hearing dates set forth below.

> *Nothing herein excuses any party from the continuing obligation to participate in good faith in any mediation as ordered by Chief Judge Rosen.*
>
> *Further, the Court again strongly encourages all parties to negotiate with full intensity and vigor with a view toward resolving their disputes regarding the treatment of claims in the City's plan of adjustment.*

The Court will hold status conferences regarding the plan confirmation process on the following dates and times:

   ~~(a)~~ ~~May 15, 2014 at 10:00 a.m.~~
   ~~(b)~~ **(a)** June 16, 2014 at 10:00 a.m.

   ~~(c)~~ ~~July 14, 2014 at 10:00 a.m.~~**(b)**   **July 14, 2014 at 10:00 a.m.**

**1. ~~April 25,~~**
   **(c)**   **August [__] and [__], 2014 at 10:00 a.m.**

**1.**   **June 13,** 2014 is the deadline for the City to ~~file an amended disclosure statement incorporating the suggestions and rulings that the Court made at the hearing on April 17, 2104, and including any additional agreements reached with creditor representatives.~~

2. ~~April 28, 2014 at 10:00 a.m. will be the date and time of the hearing on:~~

(a) ~~Final approval of the disclosure statement~~ mail revised notices of the confirmation hearing, plan objection deadline, voting deadline and voting dispute procedures; and

(b) ~~All filed objections to written discovery.~~

~~3. May 2,~~

2. June 20, 2014 is the deadline for the City to ~~file the final disclosure statement resolving any objections that the Court sustains at the hearing on April 28, 2014.~~

4. ~~May 6, 2014 is the deadline to comply with timely written discovery requests.~~

5. ~~May 7, 2014 is the date on which depositions may commence.~~

6. ~~May 12, 2014 at 10:00 a.m. will be the date and time of the hearing on any remaining objections to written discovery.~~

7. ~~May 12, 2014 is the deadline:~~

(a) ~~For the City to mail plan solicitation packages and, to the extent provided in any order approving vote solicitation procedures, to provide packages to applicable DTC participants;~~

(b) ~~For parties other than individual bondholders and individual retirees to file objections to the plan; and~~

(c) ~~For parties who have filed timely objections to plan confirmation to file a list of their fact witnesses and to identify the subjects that each witness will address.~~

   *~~A party filing an objection to the plan shall use the proper ECF event code for the filing.~~*

8. ~~May 26, 2014 is the deadline:~~

(a) ~~For the City to file one combined response to all of the timely plan objections; and~~

(b) ~~For any party that is not identified as having the right to vote on the plan, but who asserts a right to vote on the plan, to file a "Notice of Asserted Right to Vote a Claim" and a brief in support.~~ complete its production of documents responsive to the objecting parties' requests. The other dates specified in this Order are predicated on compliance with this deadline, and are subject to further adjustment if the deadline is not met.

3. June 24, 2014 at 10:00 a.m. will be the date and time of a hearing on the status of the City's document production.

4. ~~9. June 10,~~**July 1,** 2014 is the deadline for ~~all parties~~**the City** to file ~~their lists~~**its list** of expert witnesses **and serve copies of expert reports (which shall not be filed). Depositions of the City's experts may commence immediately thereafter**.

5. ~~10. June 24,~~**July 25,** 2014 is the deadline for any affected holder, the water and sewer bond trustee, the ad hoc committee of water and sewer bondholders and the COPs trustee to file a brief in response to any Notice of Asserted Right to Vote a Claim.

~~11. June 24, 2014 is the deadline for all parties to serve copies of expert reports (which shall not be filed).~~

6. ~~12. June 27,~~**August 8,** 2014 is the deadline to complete all non-expert ~~witness~~ depositions.

7. ~~13. July 1,~~**August 13,** 2014 is the deadline **for objecting parties** to file ~~a~~**their** list of ~~rebuttal~~ expert witnesses and ~~to~~ serve copies of ~~rebuttal~~**their** expert reports (which shall not be filed).

~~14. July 2, 2014 is the deadline for any party that filed a Notice of Asserted Right to Vote a Claim to file a reply brief in support of such notice.~~

8. ~~15. July 11,~~**August 22,** 2014 is the deadline:

   (a)   For plan voting;[1] ~~and~~

   (b)   For individual bondholders and individual retirees to file objections to the plan~~.~~**;** **and**

   **(c)**   ~~16. July 14, 2014 at 10:00 a.m. will be the date and time of the hearing to determine any disputes arising in connection with any Notices~~**For** any party that filed a Notice of Asserted Right to Vote a Claim~~.~~ to file a reply brief in support of such notice.

9.   **September 2, 2014 is the deadline for** the City or the balloting agent to file a summary of the results of the tabulation of all ballots and master ballots.

10. ~~17. July 15,~~**September 3,** 2014 is the deadline to complete all expert depositions.

11. ~~18. July 18,~~**September 5,** 2014 is the deadline for any party that filed a timely objection to the plan to file a supplemental objection, but only to the extent that discovery or the results of plan voting give rise to additional or modified objections to the plan.

---

[1] **[The following parties do not support extending the voting deadline in paragraph 8 and the tabulation deadline in paragraph 9, and may not support certain other dates: (i) Official Committee of Retirees; (ii) General Retirement System for the City of Detroit; (iii) Police and Fire Retirement System for the City of Detroit, (iv) The Detroit Police Officers Association; and (v) The Detroit Fire Fighters Association.]**

**12.** **September 8, 2014 at 10:00 a.m.** will be the date and time of the hearing to determine any disputes arising in connection with any Notices of Asserted Right to Vote a Claim.

**13.** ~~19. July 21,~~**September 10,** 2014 is the deadline:

  **(a)** ~~To submit a proposed joint~~ final pretrial order in compliance with LBR ~~70161~~**7016-1**;

  **(b)** To file pretrial briefs;**and**

  **(c)** For the City to file one combined response to supplemental objections to the plan and to objections filed by individual bondholders and individual retirees~~; and~~**.**

  (d) ~~For the City or the balloting agent to file a summary of the results of the tabulation of all ballots and master ballots.~~

**14.** ~~20. July 23,~~**September 15,** 2014 at 9:00 a.m. will be the date and time of the final pretrial conference on plan confirmation.

**15.** ~~21. July 24,~~**September 18,** 2014 at 9:00 a.m. will be the date and time for the commencement of the hearing on plan confirmation.

**Additional confirmation hearing dates, as necessary, will be** ~~July 25; July 28-31; August 1; August 4-8; and August 11-15,~~**September \_\_\_ ; September _____; and September \_\_\_\_\_, 2014.**

*At this hearing, in addition to any evidence addressing the factual issues raised in the parties' plan objections, the City shall present evidence establishing the feasibility of its plan as required by 11 U.S.C. § 943(b)(7).*

The dates and deadlines established herein will be extended only on motion establishing good cause.

This order amends paragraphs 7(a), 9(a), 9(c), 9(d) and 9(e) of the Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Adjustment and (II) Approving Notice Procedures Related to Confirmation of the Plan of Adjustment (Docket No. 2984). However, nothing in this order otherwise amends the Solicitation Procedures Order.

It is so ordered.

**Signed on** ~~April 21,~~**June \_\_\_\_,** 2014

              ~~/s/~~
              **Steven Rhodes**
~~Steven Rhodes~~
**United States Bankruptcy Judge**

Document comparison by Workshare Compare on Tuesday, June 03, 2014 9:19:06 PM

| Input: | |
|---|---|
| Document 1 ID | file://C:\Users\schali\Desktop\Revised Scheduling Order\4202 - Fourth Amended Order Establishing Procedures.docx |
| Description | 4202 - Fourth Amended Order Establishing Procedures |
| Document 2 ID | file://C:\Users\schali\Desktop\Revised Scheduling Order\Fifth Amended Scheduling Order DMEAST_19025464(2).DOCX |
| Description | Fifth Amended Scheduling Order DMEAST_19025464(2) |
| Rendering set | Chadbourne |

| Legend: |  |
|---|---|
| **Insertion** | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 51 |
| Deletions | 57 |
| Moved from | 8 |
| Moved to | 8 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 124 |