UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                                         :
In re                                                    :  Chapter 9
                                                         :
CITY OF DETROIT, MICHIGAN,                               :  Case No. 13-53846
                                                         :
                        Debtor.                          :  Hon. Steven W. Rhodes
                                                         :
---------------------------------------------------------x

**ORDER APPROVING THE STIPULATION REGARDING CERTAIN
CLASS 11 AND CLASS 10 BALLOTS**

The Stipulation Regarding Certain Class 11 and Class 10 Ballots (the "Stipulation"),[1] having been entered into by (i) the City of Detroit (ii) the Official Committee of Retirees and (iii) the Detroit Retired City Employees Association; the Court having reviewed the Stipulation with Annexes and Exhibits; and the Court being fully advised in the premises;

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Stipulation or in the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (Docket No. 4392) (the "Plan").

IT IS HEREBY ORDERED THAT:

1. The City shall send modified, replacement Class 11 Ballots that utilize calculations based on the ASF Recoupment Period set forth in the Plan to the Affected Holders as soon as possible.

2. If an Affected Holder has not already voted to accept or reject the Plan, he or she will be directed to use his or her pink or green replacement ballot to cast his or her vote. The vote must be received by Kurtzman Carson Consultants LLC, the Balloting Agent, in its California office no later than July 11, 2014. The Affected Holder must check the box to accept or reject the Plan and sign the replacement ballot for the vote to be counted.

3. If an Affected Holder has already voted to accept or reject the Plan, and does not wish to change his or her vote to accept or reject the Plan, the Affected Holder need not return his or her replacement ballot. The completed ballot already returned to the Balloting Agent will be counted. However, if the Affected Holder wishes to change his or her vote, or if the Affected Holder wishes to vote the same way using the replacement ballot, he or she will be directed to return the replacement ballot to the Balloting Agent.

4. A Class 10 Holder of a PFRS Pension Claim that is a participant in the Deferred Retirement Option Plan ("DROP") does not have to

certify that he or she "was retired as of March 1, 2014." The participant in the DROP program may cross out the representation on the Ballot or will be deemed to have crossed it out.

.

**Signed on June 04, 2014**

                                                       /s/ Steven Rhodes
                                                     **Steven Rhodes**
                                                     **United States Bankruptcy Judge**