June 2, 2014

United States Bankruptcy Court
For the Eastern District of Michigan
211 West Fort St.
Detroit, Michigan, 48226

FILED (I)

2014 JUN -4 P 12: 40

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Subject: Objection to "Fourth Amended Pan for the Adjustment of Debts of the City of Detroit"

Honorable Judge Rhodes

In 1979, with a strong work ethic inherited from my immigrant parents, I went to work at the Detroit Wastewater Treatment Plant. I worked with hazardous machinery, toxic chemicals and fumes, extreme temperatures, and poor health and safety conditions. Conditions gradually improved somewhat, and having accrued significant seniority, I elected to remain with DWSD, hoping to retire at age 66 to collect my defined pension and Social Security. Unfortunately, in 2012, several years short of my projected retirement date, the City of Detroit imposed changes to the retirement agreements, which made it economically undesirable to continue to work, therefore I retired. Less than one year later, the City of Detroit entered bankruptcy proceedings, and my defined pension benefits, despite being protected by the Michigan Constitution, are going to be significantly reduced.

In May 2014, I received copies of documents pertaining to the City of Detroit's proposed "Fourth Amended Plan for the Adjustment of Debts". The documents were filled with legalese and difficult to understand. The proposed pension reductions place an unfair burden on the retirees and employees of the City of Detroit. I believe that the majority of the employees and retirees are willing to do their part to help Detroit overcome its financial problems. However, I see no indication of the "shared sacrifice" frequently touted by Governor Snyder during his early term of office. The savings contribution from the retirees has been determined to be approximately $200 to $300 million. The State of Michigan is currently offering $195 million (which is less than the estimated $220 million loss of shared revenue). Similarly, years of the City of Detroit's poor fiscal policy coupled with its failure to collect on tax debts, water delinquencies and other sources of revenue must also share the blame. Popular opinion also suggests that the Federal government's trade policies significantly impacted the loss of manufacturing jobs in Michigan and Detroit. They "bailed out" the automotive companies, can they not also help with Detroit's problem? I ask that the court carefully review all these matters and make appropriate judgment as to whether the proposed pension cuts are justified.

In regards to the contents of the documents themselves and my understanding of the proposed "Fourth Amended Plan for the Adjustment of Debts", I offer the following concerns/objections:

- The proposal is purposely divisive and means to create a schism between the majority of the retirees who will not be significantly affected by the "Annuity Savings Fund Recoupment" (most likely to vote yes), and the minority who used good judgment to participate in this excellent complementary retirement vehicle (a long standing agreement endorsed by the City of Detroit). The Official Committee of Retirees as appointed by the Court, and their Counsel, did not disclose the potential existence of this situation.
- The ASFR (Annuity Savings Fund Recoupment), includes an usurious rate of 6.75%. This is unconscionable. There is no explanation as to why this rate is charged. Current mortgage and loan rates are well below this rate.
Unlike a mortgage or loan, the ASFR term is not precisely specified. The term is based on actuarial projections for the retiree and their beneficiary survivor. If the retirees achieve or exceed their lifetime projections, the amount of the recoupment could be several times the original amount. Full disclosure of these financial elements is not indicated in any of the documents. Rather much like a shady car salesman, the documents are meant to solicit a yes vote based on a bottom line change in monthly pension. Once again the Retiree Committee and their Counsel did not disclose this information. In effect, the retirees had to bring it to their attention.

- This proposed "Plan" offers no relief if the City of Detroit's financial status improves. This entire situation has a parallel to the Chrysler bailout which took place some years ago. The Chrysler employees took pay reductions and made other sacrifices to allow Chrysler to reorganize and improve its condition. When Chrysler's financial status improved, the employees benefitted from same. Why are there no such stipulations in this plan?
- The documents also frequently make reference to "Outside Funding". It is further indicated that this funding may or may not be available, and that the City of Detroit will not make up any shortfalls. If this vote is to be a binding contract specifying the financial terms, why are the retirees asked to vote on uncertain conditions?
- The Retiree Committee appointed by the Court and its Counsel failed to properly inform the retirees of the direction and terms of the negotiations. To the best of my knowledge, the retirees were never offered the opportunity to provide input regarding these matters.
- The Retiree Committee's Counsel recently held informational meetings. They scheduled a two hour meeting during which they explained the proposed plan of adjustment and voting ballot, then left about ½ hour for questions. They did not address many of the other important matters relating to the bankruptcy such as:
  - Status of the various litigation concerning the bankruptcy proceedings.
  - The possible obligations of the State of Michigan per the constitutional provision regarding pensions.
  - The prevalent attitude of the other creditors and the potential impact on the bankruptcy proceedings.
  - Any information regarding an independent review and confirmation of the City of Detroit's financial position including valuation of its major assets (DWSD, Belle Isle, DIA).

Should the Court find that my objections have validity, I respectfully request the Court to urge both parties to continue to negotiate a fair and equitable settlement in this matter. As I mentioned previously, I am willing to share the burden, and do my part to help Detroit through this financial situation. Good faith negotiations and transparency are the key to a quick resolution.

Respectfully Submitted

*[signature]*<br>Fiorenzo Fabris

Attachments: (3) ASF Recoupment Worksheet; Loan Amortization Worksheet; Social Security Actuarial Life Tables

Support Documentation
Addendum to Objection to Plan of Adjustment
Fiorenzo Fabris
27617 Martinsville Rd.
New Boston, MI. 48164

| Date | Retiree Age | Beneficiary Age | Monthly Paymt. | Cumulative Paymt. |
|---|---|---|---|---|
| January-15 | 64 | 57 | 461.02 | 461.02 |
| February-15 | 64 | 57 | 461.02 | 922.04 |
| March-15 | 64 | 57 | 461.02 | 1383.06 |
| April-15 | 64 | 57 | 461.02 | 1844.08 |
| May-15 | 64 | 57 | 461.02 | 2305.1 |
| June-15 | 64 | 57 | 461.02 | 2766.12 |
| July-15 | 64 | 57 | 461.02 | 3227.14 |
| August-15 | 64 | 57 | 461.02 | 3688.16 |
| September-15 | 64 | 57 | 461.02 | 4149.18 |
| October-15 | 64 | 57 | 461.02 | 4610.2 |
| November-15 | 64 | 57 | 461.02 | 5071.22 |
| December-15 | 64 | 57 | 461.02 | 5532.24 |
| January-16 | 65 | 58 | 461.02 | 5993.26 |
| January-17 | 66 | 59 | 5532.24 | 11525.5 |
| January-18 | 67 | 60 | 5532.24 | 17057.74 |
| January-19 | 68 | 61 | 5532.24 | 22589.98 |
| January-20 | 69 | 62 | 5532.24 | 28122.22 |
| January-21 | 70 | 63 | 5532.24 | 33654.46 |
| January-22 | 71 | 64 | 5532.24 | 39186.7 |
| January-23 | 72 | 65 | 5532.24 | 44718.94 |
| January-24 | 73 | 66 | 5532.24 | 50251.18 |
| January-25 | 74 | 67 | 5532.24 | 55783.42 |
| January-26 | 75 | 68 | 5532.24 | 61315.66 |
| January-27 | 76 | 69 | 5532.24 | 66847.9 |
| January-28 | 77 | 70 | 5532.24 | 72380.14 |
| January-29 | 78 | 71 | 5532.24 | 77912.38 |
| January-30 | 79 | 72 | 5532.24 | 83444.62 |
| January-31 | 80 | 73 | 5532.24 | 88976.86 |
| January-32 | 81 | 74 | 5532.24 | 94509.1 |
| January-33 | 82 | 75 | 5532.24 | 100041.34 |
| January-34 | **83** | 76 | 5532.24 | 105573.58 |
| January-35 | 84 | 77 | 5532.24 | 111105.82 |
| January-36 | 85 | 78 | 5532.24 | 116638.06 |
| January-37 | 86 | 79 | 5532.24 | 122170.3 |
| January-38 | 87 | 80 | 5532.24 | 127702.54 |
| January-39 | 88 | 81 | 5532.24 | 133234.78 |
| January-40 | 89 | 82 | 5532.24 | 138767.02 |
| January-41 | 90 | 83 | 5532.24 | 144299.26 |
| January-42 | 91 | **84** | 5532.24 | 149831.5 |
| January-43 | 92 | 85 | 5532.24 | 155363.74 |
| January-44 | 93 | 86 | 5532.24 | 160895.98 |
| January-45 | 94 | 87 | 5532.24 | 166428.22 |

Predicted Mortality Age based on Social Secutiry Actuarial Life Tables

# Loan Amortization Schedule

| Enter values | |
|---|---|
| Loan amount | $ 66,173.64 |
| Annual interest rate | 6.75% |
| Loan period in years | 25 |
| Number of payments per year | 12 |
| Start date of loan | 1/1/2015 |
| Optional extra payments | |

| Loan summary | |
|---|---|
| Scheduled payment | $ 457.20 |
| Scheduled number of payments | 300 |
| Actual number of payments | 300 |
| Total early payments | $ - |
| Total interest | $ 70,986.75 |

Lender name:

| Pmt. No. | Payment Date | Beginning Balance | Scheduled Payment | Extra Payment | Total Payment | Principal | Interest | Ending Balance | Cumulative Interest |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2/1/2015 | $ 66,173.64 | $ 457.20 | $ - | $ 457.20 | $ 84.97 | $ 372.23 | $ 66,088.67 | $ 372.23 |
| 2 | 3/1/2015 | $ 66,088.67 | $ 457.20 | $ - | $ 457.20 | $ 85.45 | $ 371.75 | $ 66,003.21 | $ 743.98 |
| 3 | 4/1/2015 | $ 66,003.21 | $ 457.20 | $ - | $ 457.20 | $ 85.93 | $ 371.27 | $ 65,917.28 | $ 1,115.24 |
| 4 | 5/1/2015 | $ 65,917.28 | $ 457.20 | $ - | $ 457.20 | $ 86.42 | $ 370.78 | $ 65,830.86 | $ 1,486.03 |
| 5 | 6/1/2015 | $ 65,830.86 | $ 457.20 | $ - | $ 457.20 | $ 86.90 | $ 370.30 | $ 65,743.96 | $ 1,856.33 |
| 6 | 7/1/2015 | $ 65,743.96 | $ 457.20 | $ - | $ 457.20 | $ 87.39 | $ 369.81 | $ 65,656.57 | $ 2,226.14 |
| 7 | 8/1/2015 | $ 65,656.57 | $ 457.20 | $ - | $ 457.20 | $ 87.88 | $ 369.32 | $ 65,568.69 | $ 2,595.45 |
| 8 | 9/1/2015 | $ 65,568.69 | $ 457.20 | $ - | $ 457.20 | $ 88.38 | $ 368.82 | $ 65,480.31 | $ 2,964.28 |
| 9 | 10/1/2015 | $ 65,480.31 | $ 457.20 | $ - | $ 457.20 | $ 88.87 | $ 368.33 | $ 65,391.43 | $ 3,332.61 |
| 10 | 11/1/2015 | $ 65,391.43 | $ 457.20 | $ - | $ 457.20 | $ 89.37 | $ 367.83 | $ 65,302.06 | $ 3,700.43 |
| 11 | 12/1/2015 | $ 65,302.06 | $ 457.20 | $ - | $ 457.20 | $ 89.88 | $ 367.32 | $ 65,212.18 | $ 4,067.76 |
| 12 | 1/1/2016 | $ 65,212.18 | $ 457.20 | $ - | $ 457.20 | $ 90.38 | $ 366.82 | $ 65,121.80 | $ 4,434.57 |
| 13 | 2/1/2016 | $ 65,121.80 | $ 457.20 | $ - | $ 457.20 | $ 90.89 | $ 366.31 | $ 65,030.91 | $ 4,800.88 |
| 14 | 3/1/2016 | $ 65,030.91 | $ 457.20 | $ - | $ 457.20 | $ 91.40 | $ 365.80 | $ 64,939.51 | $ 5,166.68 |
| 15 | 4/1/2016 | $ 64,939.51 | $ 457.20 | $ - | $ 457.20 | $ 91.92 | $ 365.28 | $ 64,847.59 | $ 5,531.97 |
| 16 | 5/1/2016 | $ 64,847.59 | $ 457.20 | $ - | $ 457.20 | $ 92.43 | $ 364.77 | $ 64,755.16 | $ 5,896.74 |
| 17 | 6/1/2016 | $ 64,755.16 | $ 457.20 | $ - | $ 457.20 | $ 92.95 | $ 364.25 | $ 64,662.20 | $ 6,260.98 |
| 18 | 7/1/2016 | $ 64,662.20 | $ 457.20 | $ - | $ 457.20 | $ 93.48 | $ 363.72 | $ 64,568.73 | $ 6,624.71 |
| 19 | 8/1/2016 | $ 64,568.73 | $ 457.20 | $ - | $ 457.20 | $ 94.00 | $ 363.20 | $ 64,474.72 | $ 6,987.91 |
| 20 | 9/1/2016 | $ 64,474.72 | $ 457.20 | $ - | $ 457.20 | $ 94.53 | $ 362.67 | $ 64,380.19 | $ 7,350.58 |
| 21 | 10/1/2016 | $ 64,380.19 | $ 457.20 | $ - | $ 457.20 | $ 95.06 | $ 362.14 | $ 64,285.13 | $ 7,712.72 |
| 22 | 11/1/2016 | $ 64,285.13 | $ 457.20 | $ - | $ 457.20 | $ 95.60 | $ 361.60 | $ 64,189.53 | $ 8,074.32 |
| 23 | 12/1/2016 | $ 64,189.53 | $ 457.20 | $ - | $ 457.20 | $ 96.14 | $ 361.07 | $ 64,093.40 | $ 8,435.39 |
| 24 | 1/1/2017 | $ 64,093.40 | $ 457.20 | $ - | $ 457.20 | $ 96.68 | $ 360.53 | $ 63,996.72 | $ 8,795.91 |
| 25 | 2/1/2017 | $ 63,996.72 | $ 457.20 | $ - | $ 457.20 | $ 97.22 | $ 359.98 | $ 63,899.50 | $ 9,155.89 |
| 26 | 3/1/2017 | $ 63,899.50 | $ 457.20 | $ - | $ 457.20 | $ 97.77 | $ 359.43 | $ 63,801.73 | $ 9,515.33 |
| 27 | 4/1/2017 | $ 63,801.73 | $ 457.20 | $ - | $ 457.20 | $ 98.32 | $ 358.88 | $ 63,703.42 | $ 9,874.21 |
| 28 | 5/1/2017 | $ 63,703.42 | $ 457.20 | $ - | $ 457.20 | $ 98.87 | $ 358.33 | $ 63,604.55 | $ 10,232.54 |
| 29 | 6/1/2017 | $ 63,604.55 | $ 457.20 | $ - | $ 457.20 | $ 99.43 | $ 357.78 | $ 63,505.12 | $ 10,590.32 |
| 30 | 7/1/2017 | $ 63,505.12 | $ 457.20 | $ - | $ 457.20 | $ 99.98 | $ 357.22 | $ 63,405.14 | $ 10,947.54 |
| 31 | 8/1/2017 | $ 63,405.14 | $ 457.20 | $ - | $ 457.20 | $ 100.55 | $ 356.65 | $ 63,304.59 | $ 11,304.19 |
| 32 | 9/1/2017 | $ 63,304.59 | $ 457.20 | $ - | $ 457.20 | $ 101.11 | $ 356.09 | $ 63,203.48 | $ 11,660.28 |

| Pmt. No. | Payment Date | Beginning Balance | Scheduled Payment | Extra Payment | Total Payment | Principal | Interest | Ending Balance | Cumulative Interest |
|---|---|---|---|---|---|---|---|---|---|
| 268 | 5/1/2037 | $ 13,734.97 | $ 457.20 | - | $ 457.20 | $ 379.94 | $ 77.26 | $ 13,355.03 | $ 69,711.34 |
| 269 | 6/1/2037 | $ 13,355.03 | $ 457.20 | - | $ 457.20 | $ 382.08 | $ 75.12 | $ 12,972.95 | $ 69,786.46 |
| 270 | 7/1/2037 | $ 12,972.95 | $ 457.20 | - | $ 457.20 | $ 384.23 | $ 72.97 | $ 12,588.72 | $ 69,859.43 |
| 271 | 8/1/2037 | $ 12,588.72 | $ 457.20 | - | $ 457.20 | $ 386.39 | $ 70.81 | $ 12,202.33 | $ 69,930.24 |
| 272 | 9/1/2037 | $ 12,202.33 | $ 457.20 | - | $ 457.20 | $ 388.56 | $ 68.64 | $ 11,813.76 | $ 69,998.88 |
| 273 | 10/1/2037 | $ 11,813.76 | $ 457.20 | - | $ 457.20 | $ 390.75 | $ 66.45 | $ 11,423.02 | $ 70,065.33 |
| 274 | 11/1/2037 | $ 11,423.02 | $ 457.20 | - | $ 457.20 | $ 392.95 | $ 64.25 | $ 11,030.07 | $ 70,129.59 |
| 275 | 12/1/2037 | $ 11,030.07 | $ 457.20 | - | $ 457.20 | $ 395.16 | $ 62.04 | $ 10,634.91 | $ 70,191.63 |
| 276 | 1/1/2038 | $ 10,634.91 | $ 457.20 | - | $ 457.20 | $ 397.38 | $ 59.82 | $ 10,237.53 | $ 70,251.45 |
| 277 | 2/1/2038 | $ 10,237.53 | $ 457.20 | - | $ 457.20 | $ 399.62 | $ 57.59 | $ 9,837.92 | $ 70,309.04 |
| 278 | 3/1/2038 | $ 9,837.92 | $ 457.20 | - | $ 457.20 | $ 401.86 | $ 55.34 | $ 9,436.05 | $ 70,364.38 |
| 279 | 4/1/2038 | $ 9,436.05 | $ 457.20 | - | $ 457.20 | $ 404.12 | $ 53.08 | $ 9,031.93 | $ 70,417.45 |
| 280 | 5/1/2038 | $ 9,031.93 | $ 457.20 | - | $ 457.20 | $ 406.40 | $ 50.80 | $ 8,625.53 | $ 70,468.26 |
| 281 | 6/1/2038 | $ 8,625.53 | $ 457.20 | - | $ 457.20 | $ 408.68 | $ 48.52 | $ 8,216.85 | $ 70,516.78 |
| 282 | 7/1/2038 | $ 8,216.85 | $ 457.20 | - | $ 457.20 | $ 410.98 | $ 46.22 | $ 7,805.87 | $ 70,563.00 |
| 283 | 8/1/2038 | $ 7,805.87 | $ 457.20 | - | $ 457.20 | $ 413.29 | $ 43.91 | $ 7,392.58 | $ 70,606.91 |
| 284 | 9/1/2038 | $ 7,392.58 | $ 457.20 | - | $ 457.20 | $ 415.62 | $ 41.58 | $ 6,976.96 | $ 70,648.49 |
| 285 | 10/1/2038 | $ 6,976.96 | $ 457.20 | - | $ 457.20 | $ 417.96 | $ 39.25 | $ 6,559.00 | $ 70,687.73 |
| 286 | 11/1/2038 | $ 6,559.00 | $ 457.20 | - | $ 457.20 | $ 420.31 | $ 36.89 | $ 6,138.69 | $ 70,724.63 |
| 287 | 12/1/2038 | $ 6,138.69 | $ 457.20 | - | $ 457.20 | $ 422.67 | $ 34.53 | $ 5,716.02 | $ 70,759.16 |
| 288 | 1/1/2039 | $ 5,716.02 | $ 457.20 | - | $ 457.20 | $ 425.05 | $ 32.15 | $ 5,290.98 | $ 70,791.31 |
| 289 | 2/1/2039 | $ 5,290.98 | $ 457.20 | - | $ 457.20 | $ 427.44 | $ 29.76 | $ 4,863.54 | $ 70,821.07 |
| 290 | 3/1/2039 | $ 4,863.54 | $ 457.20 | - | $ 457.20 | $ 429.84 | $ 27.36 | $ 4,433.69 | $ 70,848.43 |
| 291 | 4/1/2039 | $ 4,433.69 | $ 457.20 | - | $ 457.20 | $ 432.26 | $ 24.94 | $ 4,001.43 | $ 70,873.37 |
| 292 | 5/1/2039 | $ 4,001.43 | $ 457.20 | - | $ 457.20 | $ 434.69 | $ 22.51 | $ 3,566.74 | $ 70,895.88 |
| 293 | 6/1/2039 | $ 3,566.74 | $ 457.20 | - | $ 457.20 | $ 437.14 | $ 20.06 | $ 3,129.60 | $ 70,915.94 |
| 294 | 7/1/2039 | $ 3,129.60 | $ 457.20 | - | $ 457.20 | $ 439.60 | $ 17.60 | $ 2,690.00 | $ 70,933.54 |
| 295 | 8/1/2039 | $ 2,690.00 | $ 457.20 | - | $ 457.20 | $ 442.07 | $ 15.13 | $ 2,247.93 | $ 70,948.68 |
| 296 | 9/1/2039 | $ 2,247.93 | $ 457.20 | - | $ 457.20 | $ 444.56 | $ 12.64 | $ 1,803.37 | $ 70,961.32 |
| 297 | 10/1/2039 | $ 1,803.37 | $ 457.20 | - | $ 457.20 | $ 447.06 | $ 10.14 | $ 1,356.32 | $ 70,971.46 |
| 298 | 11/1/2039 | $ 1,356.32 | $ 457.20 | - | $ 457.20 | $ 449.57 | $ 7.63 | $ 906.74 | $ 70,979.09 |
| 299 | 12/1/2039 | $ 906.74 | $ 457.20 | - | $ 457.20 | $ 452.10 | $ 5.10 | $ 454.64 | $ 70,984.19 |
| 300 | 1/1/2040 | $ 454.64 | $ 457.20 | - | $ 454.64 | $ 452.09 | $ 2.56 | $ - | $ 70,986.75 |

# Social Security

Official Social Security Website

# Actuarial Life Table

Office of the Chief Actuary

Life Tables

A period life table is based on the mortality experience of a population during a relatively short period of time. Here we present the 2009 period life table for the Social Security area population. For this table, the period life expectancy at a given age is the average remaining number of years expected prior to death for a person at that exact age, born on January 1, using the mortality rates for 2009 over the course of his or her remaining life.

| Period Life Table, 2009 Exact age | Male | | | Female | | |
|---|---|---|---|---|---|---|
| | Death probability [a] | Number of lives [b] | Life expectancy | Death probability [a] | Number of lives [b] | Life expectancy |
| 0 | 0.006990 | 100,000 | 75.90 | 0.005728 | 100,000 | 80.81 |
| 1 | 0.000447 | 99,301 | 75.43 | 0.000373 | 99,427 | 80.28 |
| 2 | 0.000301 | 99,257 | 74.46 | 0.000241 | 99,390 | 79.31 |
| 3 | 0.000233 | 99,227 | 73.48 | 0.000186 | 99,366 | 78.32 |
| 4 | 0.000177 | 99,204 | 72.50 | 0.000150 | 99,348 | 77.34 |
| 5 | 0.000161 | 99,186 | 71.51 | 0.000133 | 99,333 | 76.35 |
| 6 | 0.000150 | 99,170 | 70.53 | 0.000121 | 99,320 | 75.36 |
| 7 | 0.000139 | 99,155 | 69.54 | 0.000112 | 99,308 | 74.37 |
| 8 | 0.000123 | 99,141 | 68.55 | 0.000104 | 99,296 | 73.38 |
| 9 | 0.000105 | 99,129 | 67.55 | 0.000098 | 99,286 | 72.39 |
| 10 | 0.000091 | 99,119 | 66.56 | 0.000094 | 99,276 | 71.39 |
| 11 | 0.000096 | 99,110 | 65.57 | 0.000098 | 99,267 | 70.40 |
| 12 | 0.000135 | 99,100 | 64.57 | 0.000114 | 99,257 | 69.41 |
| 13 | 0.000217 | 99,087 | 63.58 | 0.000143 | 99,246 | 68.41 |
| 14 | 0.000332 | 99,065 | 62.60 | 0.000183 | 99,232 | 67.42 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | 0.004444 | 93,457 | 31.06 | 0.002800 | 96,193 | 34.82 |
| 49 | 0.004878 | 93,042 | 30.20 | 0.003032 | 95,924 | 33.92 |
| 50 | 0.005347 | 92,588 | 29.35 | 0.003289 | 95,633 | 33.02 |
| 51 | 0.005838 | 92,093 | 28.50 | 0.003559 | 95,319 | 32.13 |
| 52 | 0.006337 | 91,555 | 27.66 | 0.003819 | 94,980 | 31.24 |
| 53 | 0.006837 | 90,975 | 26.84 | 0.004059 | 94,617 | 30.36 |
| 54 | 0.007347 | 90,353 | 26.02 | 0.004296 | 94,233 | 29.48 |
| 55 | 0.007905 | 89,689 | 25.21 | 0.004556 | 93,828 | 28.60 |
| 56 | 0.008508 | 88,980 | 24.41 | 0.004862 | 93,400 | 27.73 |
| 57 | 0.009116 | 88,223 | 23.61 | 0.005222 | 92,946 | 26.87 |
| 58 | 0.009723 | 87,419 | 22.82 | 0.005646 | 92,461 | 26.00 |
| 59 | 0.010354 | 86,569 | 22.04 | 0.006136 | 91,939 | 25.15 |
| 60 | 0.011046 | 85,673 | 21.27 | 0.006696 | 91,375 | 24.30 |
| 61 | 0.011835 | 84,726 | 20.50 | 0.007315 | 90,763 | 23.46 |
| 62 | 0.012728 | 83,724 | 19.74 | 0.007976 | 90,099 | 22.63 |
| 63 | 0.013743 | 82,658 | 18.99 | 0.008676 | 89,380 | 21.81 |
| 64 | 0.014885 | 81,522 | 18.24 | 0.009435 | 88,605 | 20.99 |
| 65 | 0.016182 | 80,308 | 17.51 | 0.010298 | 87,769 | 20.19 |
| 66 | 0.017612 | 79,009 | 16.79 | 0.011281 | 86,865 | 19.39 |
| 67 | 0.019138 | 77,617 | 16.08 | 0.012370 | 85,885 | 18.61 |
| 68 | 0.020752 | 76,132 | 15.39 | 0.013572 | 84,823 | 17.84 |
| 69 | 0.022497 | 74,552 | 14.70 | 0.014908 | 83,672 | 17.08 |
| 70 | 0.024488 | 72,875 | 14.03 | 0.016440 | 82,424 | 16.33 |
| 71 | 0.026747 | 71,090 | 13.37 | 0.018162 | 81,069 | 15.59 |
| 72 | 0.029212 | 69,189 | 12.72 | 0.020019 | 79,597 | 14.87 |
| 73 | 0.031885 | 67,168 | 12.09 | 0.022003 | 78,003 | 14.16 |
| 74 | 0.034832 | 65,026 | 11.47 | 0.024173 | 76,287 | 13.47 |
| 75 | 0.038217 | 62,761 | 10.87 | 0.026706 | 74,443 | 12.79 |
| 76 | 0.042059 | 60,363 | 10.28 | 0.029603 | 72,455 | 12.13 |
| 77 | 0.046261 | 57,824 | 9.71 | 0.032718 | 70,310 | 11.48 |
| 78 | 0.050826 | 55,149 | 9.16 | 0.036034 | 68,010 | 10.86 |
| 79 | 0.055865 | 52,346 | 8.62 | 0.039683 | 65,559 | 10.24 |
| 80 | 0.061620 | 49,421 | 8.10 | 0.043899 | 62,957 | 9.65 |