QX

May 21, 2014

Beatrice McQueen
26533 Plumfield
Roseville, MI 48066

FILED
2014 MAY 28 A 10:28
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

CASE No. 13-53846

THIS LETTER IS IN RESPONSE TO THE NOTIFICATION I RECEIVED IN THE MAIL ON MONDAY, MAY 19, 2014. I DO OPPOSE TO THE OBJECTION TO MY CLAIM AND WOULD LIKE FOR IT TO REMAIN.

THANK YOU.

Beatrice McQueen
5/21/2014