# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

```
-------------------------------------------------------x
                                       :
In re                                  : Chapter 9
                                       :
CITY OF DETROIT, MICHIGAN,             : Case No. 13-53846
                                       :
                 Debtor.               : Hon. Steven W. Rhodes
                                       :
                                       :
-------------------------------------------------------x
```

### RESPONSE OF THE CITY OF DETROIT TO THE NOTICE OF PROPOSED ORDER IDENTIFYING LEGAL ISSUES, ESTABLISHING BRIEFING SCHEDULE <u>AND SETTING HEARING DATE AND PROCEDURES</u>

The City of Detroit (the "<u>City</u>") hereby responds to the Court's Notice of Proposed Order Identifying Legal Issues, Establishing Briefing Schedule and Setting Hearing Date and Procedures (Docket No. 5172) (the "<u>Proposed Order</u>").

The Proposed Order identifies 14 distinct legal issues (collectively, the "<u>Issues</u>") relating to confirmation of the City's plan for the adjustment of debts and proposes that: (a) simultaneous supplemental briefs regarding the Issues be permitted to be filed by Tuesday, June 17, 2014; and (b) a hearing on the Issues (the "<u>Hearing</u>") be held on Tuesday, June 24, 2014. In addition, the Proposed Order proposes that 15 minutes of argument be allowed per side on each Issue at

the Hearing.  The Court has requested comments and suggestions regarding the foregoing procedures by June 4, 2014.

The City accepts the procedures set forth in the Proposed Order but requests that the Hearing be scheduled for July 1, 2014, or as soon thereafter as is convenient for the Court, due to the unavailability of counsel until a date after June 30, 2014.

Dated: June 4, 2014        Respectfully submitted,


                           /s/  Heather Lennox
                           David G. Heiman (OH 0038271)
                           Heather Lennox (OH 0059649)
                           JONES DAY
                           North Point
                           901 Lakeside Avenue
                           Cleveland, Ohio  44114
                           Telephone: (216) 586-3939
                           Facsimile: (216) 579-0212
                           dgheiman@jonesday.com
                           hlennox@jonesday.com

                           Bruce Bennett (CA 105430)
                           JONES DAY
                           555 South Flower Street
                           Fiftieth Floor
                           Los Angeles, California 90071
                           Telephone: (213) 243-2382
                           Facsimile: (213) 243-2539
                           bbennett@jonesday.com

                           Jonathan S. Green (MI P33140)
                           Stephen S. LaPlante (MI P48063)
                           MILLER, CANFIELD, PADDOCK AND
                           STONE, P.L.C.
                           150 West Jefferson
                           Suite 2500
                           Detroit, Michigan  48226
                           Telephone: (313) 963-6420
                           Facsimile: (313) 496-7500
                           green@millercanfield.com
                           laplante@millercanfield.com

                           ATTORNEYS FOR THE CITY

## CERTIFICATE OF SERVICE

I, Heather Lennox, hereby certify that the foregoing Response of the City of Detroit to the Notice of Proposed Order Identifying Legal Issues, Establishing Briefing Schedule and Setting Hearing Date and Procedures was filed and served via the Court's electronic case filing and noticing system on this 4th day of June, 2014.

/s/  Heather Lennox