# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. / | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 4, 2014, the Response to Proposed Order Identifying Legal Issues, Establishing Briefing Schedule and Setting Hearing Date and Procedures was electronically filed with the Clerk of the United States Bankruptcy Court for the Eastern District of Michigan, using the CM/ECF System, which will send notification of such filing to all parties of record that are registered electronically.

/s/ Marlene Kowalewski
Marlene Kowalewski, Legal Assistant
Silverman & Morris, P.L.L.C.
30500 Northwestern Hwy., Ste. 200
Farmington Hills, Michigan 48334
marlene@silvermanmorris.com
(248) 539-1330   Fax:  (248) 539-1355

Dated:  June 4, 2014