# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

### DFFA'S RESPONSE TO COURT'S NOTICE OF PROPOSED ORDER IDENTIFYING LEGAL ISSUES, ESTABLISHING BRIEFING SCHEDULE AND SETTING HEARING DATE AND PROCEDURES

The Detroit Fire Fighters Association (DFFA) agrees with and supports the procedures articulated in the Court's *Notice of Proposed Order Identifying Legal Issues, Establishing Briefing Schedule and Setting Hearing Date and Procedures* (Docket No. 5172). The DFFA believes that an early resolution of the legal issues is consistent with the interests of the DFFA and the City of Detroit.

LEGGHIO & ISRAEL, P.C.

/s/Alidz Oshagan
Christopher P. Legghio (P27378)
Alidz Oshagan (P77231)
Counsel for the DFFA
306 S. Washington Avenue, Suite 600
Royal Oak, Michigan 48067-3837
T: 248 398 5900; F: 248 398 2662
oshagan@legghioisrael.com

Dated: June 4, 2014

# CERTIFICATE OF SERVICE

I CERTIFY that on June 4, 2014 I electronically filed the **DFFA'S RESPONSE TO COURT'S NOTICE OF PROPOSED ORDER IDENTIFYING LEGAL ISSUES, ESTABLISHING BRIEFING SCHEDULE AND SETTING HEARING DATE AND PROCEDURES** and this **CERTIFICATE OF SERVICE** by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case.

LEGGHIO & ISRAEL, P.C.

*/s/Alidz Oshagan*
Christopher P. Legghio (P27378)
Alidz Oshagan (P77231)
Counsel for the DFFA
306 S. Washington Avenue, Suite 600
Royal Oak, Michigan 48067-3837
T: 248 398 5900; F: 248 398 2662
oshagan@legghioisrael.com

Dated: June 4, 2014