# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

### DPOA'S COMMENT ON COURT'S ORDER IDENTIFYING LEGAL ISSUES, ESTABLISHING BRIEFING SCHEDULE AND SETTING HEARING DATE AND PROCEDURES [Dkt #5172]

The Detroit Police Officers Association (the "DPOA") agrees with and supports the procedures articulated in the Court's *Order Identifying Legal Issues, Establishing Briefing Schedule and Setting Hearing Date and Procedures* [Dkt. #5172]. The DPOA believes that an early resolution of the legal issues is consistent with the interests of the DPOA and the City.

In supporting the early resolution of the identified legal issues, the DPOA reserves its rights to discovery and to presenting proofs at the confirmation hearing on the issue of whether §II.B.3.q.ii of the Plan relating to classification satisfies 11 U.S.C. § 1123(a)(4), should the Court determine, based upon the briefing and argument, that there are factual questions on that issue.

By: ERMAN, TEICHER, ZUCKER &
FREEDMAN, P.C.

/s/*Barbara A. Patek*
Barbara A. Patek (P34666)
Earle I. Erman (P24296)
Counsel for the Detroit Police
Officers Association
400 Galleria Officentre, Suite 444
Southfield, MI 48034
Telephone: (248) 827-4100
Facsimile: (248) 827-4106
E-mail: bpatek@ermanteicher.com

-and-

GREGORY, MOORE, JEAKLE & BROOKS, PC
James M. Moore (P17929)
Counsel for the Detroit Police
Officers Association
65 Cadillac Square, Suite 3727
Detroit, MI 48226-2893
Telephone: (313) 964-5600
Facsimile: (313) 964-2125
E-mail: jim@unionlaw.net

Dated: June 4, 2014

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

**I CERTIFY** that on June 4, 2014 I electronically filed the **DPOA'S COMMENT ON COURT'S ORDER IDENTIFYING LEGAL ISSUES, ESTABLISHING BRIEFING SCHEDULE AND SETTING HEARING DATE AND PROCEDURES** and this **CERTIFICATE OF SERVICE** by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case.

By: ERMAN, TEICHER, ZUCKER &
FREEDMAN, P.C.
/s/*Barbara A. Patek*
Barbara A. Patek (P34666)
Counsel for the Detroit Police
Officers Association
400 Galleria Officentre, Suite 444
Southfield, MI 48034
Telephone: (248) 827-4100
bpatek@ermanteicher.com

Dated: June 4, 2014