UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

                                      Chapter 9

City of Detroit, Michigan,                  Case No. 13-53846
        Debtor.                          Hon. Steven W. Rhodes
_____/

**Order Denying**
**"Response to Debtor's Objection to Claimant's Claim and Motion for a Temporary**
**Injunction to Stop the Sale of All City and State Property (Residential and Commercial) in**
**Detroit and Wayne County Based on the Fact that the Sales' Procedure is Discriminatory**
**Against Claimant Based on Mental and Physical Disabilities Race and Sex and a**
**Conspiracy Against Claimant." (Docket #5236)**

On June 2, 2014, Darrell Lamar Marshall filed a "Response to Debtor's Objection to Claimant's Claim and Motion for a Temporary Injunction to Stop the Sale of All City and State Property (Residential and Commercial) in Detroit and Wayne County Based on the Fact that the Sales' Procedure is Discriminatory Against Claimant Based on Mental and Physical Disabilities Race and Sex and a Conspiracy Against Claimant." (Docket #5236).

This pleading is incomprehensible and frivolous. Accordingly, to the extent the pleading does request any relief from this Court, that request is denied.

.

**Signed on June 05, 2014**

                                              **/s/ Steven Rhodes**
                                            **Steven Rhodes**
                                            **United States Bankruptcy Judge**