# EXHIBIT 1
# Proposed Order

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                                         :
In re                                                    : Chapter 9
                                                         :
CITY OF DETROIT, MICHIGAN,                               : Case No. 13- 53846
                                                         :
                    Debtor.                              : Hon. Steven W. Rhodes
                                                         :
                                                         :
---------------------------------------------------------x

**ORDER FOR SITE VISIT BY COURT IN CONNECTION WITH
THE HEARING ON CONFIRMATION OF
THE CITY'S PLAN OF ADJUSTMENT**

This matter having come before the Court on the motion of the Debtor, City of Detroit, for a site visit by the Court in connection with the hearing on confirmation of the City's Plan of Adjustment (the "Site Visit Motion")[1] and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the Court will conduct a Site Visit on the first day of the hearing on confirmation of the City's Plan of Adjustment, in accordance with the proposed protocol for the Site Visit filed as <u>Exhibit 6-B</u> to the Site Visit Motion (the "Site Visit Protocol"); and

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Site Visit Motion.

IT IS FURTHER ORDERED that the City shall propose, in its sole discretion and subject only to the Court's final approval, the locations to be included in the Site Visit, and shall file, under seal, the list of such locations as <u>Exhibit A</u> to the Site Visit Protocol at least one week prior to the date of the Site Visit; and

IT IS FURTHER ORDERED that the time spent on the Site Visit shall not count against any party's allocation of time for the confirmation hearing.