# EXHIBIT 4
# Certificate of Service

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

        I hereby certify that on June 6, 2014, I electronically filed the Motion of the City of Detroit for Site Visit by Court in Connection with the Hearing on Confirmation of the City's Plan of Adjustment, which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this case.

Dated: June 6, 2014             /s/ Robert S. Hertzberg
                                                         Robert S. Hertzberg (P30261)