# EXHIBIT 6A
# Documentary Exhibit

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re : Chapter 11
:
CHARLES STREET : Case No. 12-12292 (FJB)
AFRICAN METHODIST EPISCOPAL :
CHURCH OF BOSTON :
:
Debtor. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AGREED ORDER REGARDING DEBTOR CHARLES STREET AME'S MOTION IN LIMINE TO EXCLUDE APPRAISAL REPORTS OR, IN THE ALTERNATIVE, FOR JUDICIAL SITE VISIT OF THE ROXBURY RENAISSANCE CENTER**

Upon the motion (the "Motion") of Debtor Charles Street African Methodist Episcopal Church of Boston ("Charles Street AME" or the "Debtor") and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Motion has been given; and the parties having agreed to a resolution of the Motion;[1]

IT IS HEREBY AGREED AND ORDERED THAT:

1.  The Motion is GRANTED in part as follows:

---

[1] Capitalized terms defined in the Debtor's Fifth Modified First Amended Plan of Reorganization, and not otherwise defined herein, are used herein with the meanings so defined.

  a. On Tuesday, November 6, 2012, the Court shall conduct a site visit of the Church Building, the RRC Property, the Storefronts, the Milton Parsonage House, the Old Parsonage House, and the Parking Lot.

  b. The Court, counsel[2] for the Debtor, and counsel for OneUnited Bank shall meet in the lobby of the Church Building, located at 551 Warren Street, Roxbury, Massachusetts, at 10:30 a.m. on Tuesday, November 6, 2012.

  c. The Court, counsel for the Debtor and counsel for OneUnited Bank shall tour the lobby of the Church Building, then the Sanctuary, then the Sarah Gorham Society Room, and then the anteroom adjoining the Lobby.

  d. The Court, counsel for the Debtor, and counsel for OneUnited Bank shall proceed to the RRC Property. The walkthrough of the RRC Property shall proceed according to the schedule set forth in Exhibit A to this order.

  e. Upon completion of the walkthrough of the RRC Property, the Court, counsel for the Debtor, and counsel for OneUnited Bank shall proceed to the Storefronts. The walkthrough of the Storefronts shall proceed according to the schedule set forth in Exhibit A to this order. In lieu of a walkthrough of the *basement* of the Storefronts, a set of photographs taken on the afternoon of October 2, 2012 and previously exchanged among counsel shall be admitted in evidence.

  f. The Court, counsel for the Debtor and counsel for OneUnited Bank shall then proceed to the Old Parsonage House and tour it without commentary. The Court, counsel for the Debtor and counsel for OneUnited Bank shall then proceed to the Parking Lot, and then to the Milton Parsonage House, again touring (as guided by the text of Exhibit A) without commentary.

---

[2] As used in this Order, "counsel" shall include a paralegal.

   g. During the site visit, no statements by counsel shall be permitted other than statements by Debtor's counsel identifying the name of each room visited in the Church Building, the RRC Property and the Storefronts. The name of each room to be visited in the RRC Property and the Storefronts is listed on the schedules set forth in Exhibit A to this Order, The only rooms to be announced in the Church Building are the Lobby, the Sanctuary, the Sarah Gorham Society Room and the anteroom.

   h. Casual dress (*i.e.*, work clothes, not business casual) not suited to the courtroom is allowed.

   i. A stenographic record of statements made during the site visit shall be taken. The transcript of the stenographic record shall be admitted in evidence.

2. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.

Dated: October 16, 2012  
   Boston, Massachusetts   */s/ Frank J. Bailey*  
                UNITED STATES BANKRUPTCY JUDGE

-3-