# EXHIBIT 6B
# Documentary Exhibit

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| In re <br><br> CITY OF DETROIT, MICHIGAN, <br><br> Debtor. | Chapter 9 <br><br> Case No. 13-53846 <br><br> Hon. Steven W. Rhodes |

## PROPOSED PROTOCOL FOR SITE VISIT

On the first day of the Confirmation Hearing, the Court[1] shall conduct a site visit (the "Site Visit") of the locations set forth on Exhibit A hereto, filed under seal.

Counsel for the Debtor[2] and counsel for the Objectors[3] (the "Site Visit Counsel") shall be permitted to participate in the Site Visit.

---

[1] The Court will be accompanied by a court reporter, videographer and such U.S. Marshals or other security personnel as may be required.

[2] Counsel for the Debtor may include up to 3 attorneys.

[3] Counsel for the Objectors shall consist of one attorney per Objector. For purposes of this Order, "Objectors" shall mean and include Financial Guaranty Insurance Company, Syncora Guarantee Inc., National Public Finance Guarantee Corporation, Assured Guaranty Municipal Corp., the Trustee for the Detroit Water and Sewerage Department ("DWSD") Bondholders, the Ad Hoc Committee of DWSD Bondholders, a representative of the COPs Holders, the non-settling Public Safety Unions, and any retiree association or retirement system that, after conclusion of balloting, becomes an objecting party.

The Debtor shall arrange, at its sole expense, a tour bus sufficient to accommodate the Court and the Site Visit Counsel.

The tour bus shall meet the Court and the Site Visit Counsel on the first day of the Confirmation Hearing, at a time and place to be pre-determined by the Court and Site Visit Counsel. To avoid possible disruption of the Site Visit, the time and place from which the tour bus will depart shall not be made public.

The Court and the Site Visit Counsel shall tour the locations set forth on Exhibit A by driving to and stopping in front of each such location to permit a viewing of the exterior of the location; *provided, however*, that the Court in its discretion may elect to exit the tour bus and conduct a walkthrough of any of the locations, accompanied by the court reporter, videographer and the Site Visit Counsel; *and provided further* that the Court and the Site Visit Counsel shall conduct a walkthrough of the Detroit Institute of Arts according to the schedule set forth on Exhibit A.

The duration of the Site Visit shall be three hours, subject to extension in the discretion of the Court.

During the Site Visit, no statements by the Site Visit Counsel shall be permitted other than (1) statements by Debtor's counsel identifying each location and the purpose for which the Debtor included such location as part of the Site Visit, and (2) answers to any questions posed by the Court.

Counsel for the Debtor and counsel for the Objectors shall agree in advance on the language to be used by Debtor's counsel to describe each location included in the Site Visit.

A stenographic and video record of statements made during the Site Visit shall be taken. The transcript of the stenographic record and the video of the Site Visit shall be admitted in evidence.

All Site Visit Counsel shall maintain the same silence and decorum on the tour bus as they would do in the courtroom.

Time spent on the Site Visit shall not count against any party's allocated time at the Confirmation Hearing.