211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Proof of Service Missing for Response, (Entry #5225).

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a) (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☐ Original Signature
- ☒ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 6/5/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                           United States Bankruptcy Court
                           Eastern District of Michigan
In re:                                                                      Case No. 13-53846-swr
City of Detroit, Michigan                                                   Chapter 9
         Debtor
```

# CERTIFICATE OF NOTICE

District/off: 0645-2          User: ckata            Page 1 of 14          Date Rcvd: Jun 05, 2014
                              Form ID: def2          Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           Daniel M. McDermott
                                                                                        TOTALS: 1, * 0, ## 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2014 at the address(es) listed below:

              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
               alfredo.perez@weil.com,kelly.diblasi@weil.com,debora.hoehne@weil.com,elizabeth.hendee@weil.com,
               edward.soto@weil.com,Edward.McCarthy@weil.com,brenda.funk@weil.com
              Alidz Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               oshagan@legghioisrael.com,  drf@legghioisrael.com
              Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
               allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
               allan.brilliant@dechert.com
              Allison Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
               abach@dickinsonwright.com
              Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
               achouprouta@kramerlevin.com
              Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
               acaton@kramerlevin.com,  achouprouta@kramerlevin.com
              Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
               aap43@outlook.com,  aap43law@gmail.com
              Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
               aap43law@gmail.com
              Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
               agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
              Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
               wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
              Angela Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
               HollisR@dhcmi.org
              Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
               stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;akochis@ecf.info
               ruptcy.com
              Anthony R. Paesano    on behalf of Creditor    Gratiot McDougall Homes, LLC
               apaesano@paesanoakkashian.com,  anixon@paesanoakkashian.com
              Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
               aoreilly@honigman.com,  ahatcher@honigman.com
              Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
               and Agricultural Implement Workers of America bceccotti@cwsny.com
              Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
              Barbara A. Patek    on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C.
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
               bpatek@ermanteicher.com
              Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
               bfagan@dibandfagan.com
              Benjamin J. Wilensky    on behalf of Creditor Robert  Cole bjw@seikalystewart.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Brendan G. Best     on behalf of Interested Party    Ambac Assurance Corporation
 bbest@schaferandweiner.com, wkyles@schaferandweiner.com
Brendan G. Best     on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
 wkyles@schaferandweiner.com
Brendan G. Best     on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
 wkyles@schaferandweiner.com
Brendan H. Frey     on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
 ssikorski@manteselaw.com
Brett A. Border     on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com,
 joumedian@sspclegal.com
Brett A. Border     on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com,
 joumedian@sspclegal.com
Brett A. Border     on behalf of Interested Party    Schneiderman and Sherman, P.C.
 bborder@sspclegal.com, joumedian@sspclegal.com
Brett A. Border     on behalf of Interested Party    Kondaur Capital Corporation
 bborder@sspclegal.com, joumedian@sspclegal.com
Brett A. Border     on behalf of Creditor    Flagstar Bank, FSB bborder@sspclegal.com,
 joumedian@sspclegal.com
Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association
 bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
 Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue
 Care Network of Michigan btrumbauer@bodmanlaw.com
Bruce  Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan
 bbennett@jonesday.com
Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation
 carol.cohen@arentfox.com
Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
Carole  Neville    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
 Michigan carole.neville@dentons.com
Carole  Neville    on behalf of Retiree Committee    Official Committee of Retirees
 carole.neville@dentons.com,daniel.morris@dentons.com
Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation
 caroline.english@arentfox.com
Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation
 caroline.english@arentfox.com
Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
 charlesID@hotmail.com
Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
 cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com, kkranz@wnj.com
Charles N. Ash    on behalf of Defendant    UBS AG cash@wnj.com, kkranz@wnj.com
Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com,
 kkranz@wnj.com
Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com,
 kkranz@wnj.com
Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc.
 BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
Christopher A. Grosman    on behalf of Creditor    Oakland County, Michigan BRCY@CarsonFischer.com,
 cgrosman@carsonfischer.com
Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
 claude.montgomery@dentons.com,docketny@dentons.com,
 carole.neville@dentons.com;sam.alberts@dentons.com
Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of
 Detroit, Michigan claude.montgomery@dentons.com,
 carole.neville@dentons.com;sam.alberts@dentons.com
Corey M. Carpenter    on behalf of Interested Party Phyllis  Walker bocecf@boclaw.com,
 coreycarpenter@boclaw.com
Corey M. Carpenter    on behalf of Interested Party Denise Evans Whitley bocecf@boclaw.com,
 coreycarpenter@boclaw.com
Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association
 courtney.rogers@wallerlaw.com
Courtney M. Rogers    on behalf of Interested Party    U.S. Bank National Association
 courtney.rogers@wallerlaw.com
Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com,
 ANHSOA@earthlink.net
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               czucker@ermanteicher.com
              Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               czucker@ermanteicher.com
              Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association
               czucker@ermanteicher.com
              Dale  Price    on behalf of Creditor     United States Equal Employment Opportunity Commission
               dale.price@eeoc.gov,  legaldt.detroit@eeoc.gov
              Dan  Korobkin    on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
              Dan  Korobkin    on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
              Dan  Korobkin    on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
              Dan  Korobkin    on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
              Dan  Korobkin    on behalf of Interested Party James  Washington dkorobkin@aclumich.org
              Dan  Korobkin    on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
              Dan  Korobkin    on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
              Dan  Korobkin    on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
              Dan  Korobkin    on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
              Dan  Korobkin    on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
              Dan  Korobkin    on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
              Dan  Korobkin    on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
              Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation
               dweiner@schaferandweiner.com
              Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation
               dweiner@schaferandweiner.com
              Daniel N. Adams    on behalf of Interested Party    Detroit Institute of Arts dadams@honigman.com,
               litdocket@honigman.com
              David  Eisenberg    on behalf of Creditor    Detroit Police Officers Association
               deisenberg@ermanteicher.com
              David  Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               deisenberg@ermanteicher.com
              David  Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               deisenberg@ermanteicher.com
              David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
               nwinagar@plunkettcooney.com
              David E. Lemke    on behalf of Creditor    U.S. Bank National Association david.lemke@wallerlaw.com
              David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
              David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
              David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
               dgheiman@jonesday.com
              David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
              David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation
               david.dubrow@arentfox.com
              David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
               nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
              nepc.com
              David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
               kbilpo@seyburn.com
              Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
               General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
              Deborah  Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
               alexsym@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
               alexsym@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
               alexsym@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
               alexsym@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
               kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
               alexsym@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com,
               alexsym@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
               alexsym@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com,
               alexsym@pepperlaw.com
              Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
               dfish@allardfishpc.com,  allardfishpc@yahoo.com
              Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
              Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Dirk H. Beckwith   on behalf of Creditor   Wilmington Trust Company, National Association
           dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Creditor   U.S. Bank National Association
           dbeckwith@fosterswift.com
          Donald G. McGuigan, II   on behalf of Interested Party   Mario's Restaurant, Inc.
           don@mcguiganlaw.com
          Douglas Steele   on behalf of Interested Party   International Association of Fire Fighters,
           AFL-CIO, CLC dls@wmlaborlaw.com
          Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Earle I. Erman   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
           eerman@ermanteicher.com
          Earle I. Erman   on behalf of Creditor   Detroit Police Officers Association
           eerman@ermanteicher.com
          Earle I. Erman   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
           eerman@ermanteicher.com
          Edward J. Gudeman   on behalf of Interested Party   Enjoi Transportation, LLC
           ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
          Edward J. Gudeman   on behalf of Interested Party   Upright Wrecking & Demolition, L.L.C.
           ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
          Edward Todd Sable   on behalf of Interested Party   General Motors LLC tsable@honigman.com,
           litdocket@honigman.com
          Elias T. Majoros   on behalf of Interested Party   US Health & Life Insurance Company
           emajoros@glmpc.com
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Champion Mortgage Company
           bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Federal National Mortgage Association
           (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Wells Fargo Bank, NA bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   EverBank bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Champion Mortgage Company
           bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Everhome Mortgage Company
           bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
           ecrowder@sbplclaw.com, lhaas@sbplclaw.com
          Eric Rosenberg   on behalf of Interested Party Patricia  Ramirez EJR@morganmeyers.com,
           amendiola@morganmeyers.com
          Eric B. Gaabo   on behalf of Debtor In Possession   City of Detroit, Michigan gaabe@detroitmi.gov
          Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan
           carlson@millercanfield.com
          Eric David Novetsky   on behalf of Creditor   National Public Finance Guarantee Corporation
           enovetsky@jaffelaw.com
          Ethan D. Dunn   on behalf of Creditor   Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
           bankruptcy.maxwelldunn@gmail.com
          Evan Justin Feldman   on behalf of Creditor   Police and Fire Retirement System of the City of
           Detroit efeldman@clarkhill.com
          Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit
           efeldman@clarkhill.com
          Fred Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com
          Geoffrey T. Pavlic   on behalf of Creditor   Nuveen Asset Management pavlic@steinbergshapiro.com,
           jbrown@steinbergshapiro.com
          Geoffrey T. Pavlic   on behalf of Creditor   BlackRock Financial Management, Inc.
           pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
          Geoffrey T. Pavlic   on behalf of Creditor   Ad Hoc Bondholder Committee
           pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
          H. Nathan Resnick   on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
           jabdelnour@resnicklaw.net
          Harold E. Nelson   on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
          Harold E. Nelson   on behalf of Creditor   Advisacare Health Care Solutions, Inc.
           ecf-hen@rhoadesmckee.com
          Heath Douglas Rosenblat   on behalf of Counter-Claimant   Wilmington Trust, N.A.
           Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust Company, National Association
           Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust, National Association
           Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat   on behalf of Defendant   Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
           Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heather Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan
           hlennox@jonesday.com
          Heather Lennox   on behalf of Defendant   City of Detroit, Michigan hlennox@jonesday.com
          Heidi Peterson    hdpeterson75@gmail.com
          Howard R. Hawkins, Jr.   on behalf of Defendant   UBS AG howard.hawkins@cwt.com,
           mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
           howard.hawkins@cwt.com,    mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
          Howard R. Hawkins, Jr.    on behalf of Defendant    Merrill Lynch Capital Services, Inc.
           howard.hawkins@cwt.com,    mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
          Howard S. Sher    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt AG
           howard@jacobweingarten.com
          Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt AG howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
           howard@jacobweingarten.com
          Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
           howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant    Erste Europaische Pfandbrief- und
           Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
          Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
           Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant    Dexia Holdings, Inc.
           howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt International S.A.
           howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant    Dexia Credit Local howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant    FMS Wertmanagement AR
           howard@jacobweingarten.com
          Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
          Hugh M. Davis    on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
          James  Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
           james.sprayregen@kirkland.com
          James  Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
           james.sprayregen@kirkland.com
          James  Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
           james.sprayregen@kirkland.com
          Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
          Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
           jeansartre@msn.com
          Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
          Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
           jbank@kerr-russell.com
          Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
          Jeffrey  Rossman    on behalf of Creditor    U.S. Bank National Association jrossman@mwe.com
          Jeffrey  Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
           Lhaidostian@mwe.com
          Jeffrey David Eaton    on behalf of Creditor    FMS Wertmanagement jeaton@schiffhardin.com
          Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
          Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP
           jgrasl@mcdonaldhopkins.com,    sharrow@mcdonaldhopkins.com
          Jeffrey S. Grasl    on behalf of Creditor    Bishop Real Estate, L.L.C. jgrasl@mcdonaldhopkins.com,
           sharrow@mcdonaldhopkins.com
          Jennifer Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
           jbelveal@honigman.com,    mjohnson@honigman.com
          Jennifer Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
           jbelveal@honigman.com,    mjohnson@honigman.com
          Jeremiah Buffalo Wirgau    on behalf of Interested Party    CitiMortgage, Inc. jwirgau@sspclegal.com
          Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
          Jill Kristen Smith    on behalf of Creditor    Macomb County Jill.Smith@macombgov.org
          John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
          John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           jstevens@mathesonparr.com,    nlmumma@aol.com
          John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
           pjohnson@bredhoff.com
          John Joseph Ramirez    on behalf of Interested Party    Deutsche Bank AG, London
           john.ramirez@kattenlaw.com
          John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
          John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
           john.sieger@kattenlaw.com
          John T. Gregg    on behalf of Creditor    36th District Court for the State of Michigan
           jgregg@btlaw.com
          Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
           green@millercanfield.com
          Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
           green@millercanfield.com
          Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
           jfischer@carsonfischer.com
          Joseph Mark Fisher    on behalf of Creditor    FMS Wertmanagement mfisher@schiffhardin.com
          Joseph Mark Fisher    on behalf of Intervenor    FMS Wertmanagement AR mfisher@schiffhardin.com
          Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
           jgadharf@mcdonaldhopkins.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
          Judy B. Calton    on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party Michael    Duggan, Mayor jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Detroit Entertainment, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
           blundberg@honigman.com,  litdocket@honigman.com
          Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
           jcalton@honigman.com,  litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
           mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
          Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
           jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
           344 jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           jteicher@ermanteicher.com
          Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
           karen.dine@kattenlaw.com
          Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
          Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
          Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
           kressk@pepperlaw.com,  alexsym@pepperlaw.com
          Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London
           kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
          Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
           kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
          Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
           kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
          Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
           kschneider@schneidermiller.com
          Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
           kevin.baum@kattenlaw.com
          Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
           ksummers@dflaw.com,  mmichael@psedlaw.com;ccook@dflaw.com
          Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
          Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
           kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
           kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
           llarose@chadbourne.com,  skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
           llarose@chadbourne.com,  skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Leah Montesano    on behalf of Interested Party    Ambac Assurance Corporation
           leah.montesano@arentfox.com
          Leland Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
          Lisa Okasinski    on behalf of Creditor    HRT Enterprises lisa@demolaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Lisa Hill Fenning on behalf of Creditor General Retirement System of the City of Detroit Lisa.Fenning@aporter.com
- Lisa Hill Fenning on behalf of Creditor Police and Fire Retirement System of the City of Detroit Lisa.Fenning@aporter.com
- Louis P. Rochkind on behalf of Plaintiff National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
- Louis P. Rochkind on behalf of Creditor National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
- Lynn M. Brimer on behalf of Creditor Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com
- M. Ellen Dennis on behalf of Creditor Ben McKenzie, Jr. m.ellen.dennis@gmail.com, dwhadden@umich.edu
- Mallory Field on behalf of Creditor Retired Detroit Police Members Association MField@stroblpc.com, jmckeogh@stroblpc.com
- Mami Kato on behalf of Interested Party International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Interested Party Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Detroit Police Command Officers Association mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Marc N. Swanson on behalf of Debtor In Possession City of Detroit, Michigan swansonm@millercanfield.com
- Mark A. Angelov on behalf of Plaintiff Ambac Assurance Corporation mark.angelov@arentfox.com
- Mark A. Angelov on behalf of Interested Party Ambac Assurance Corporation mark.angelov@arentfox.com
- Mark E. Bredow on behalf of Creditor Carlton D. Carter mbredow@resnicklaw.net, jabdelnour@resnicklaw.net
- Mark E. Bredow on behalf of Interested Party Resnick & Moss, P.C. mbredow@resnicklaw.net, jabdelnour@resnicklaw.net
- Mark H. Shapiro on behalf of Creditor Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark H. Shapiro on behalf of Interested Party The Securities Industry and Financial Markets Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark H. Shapiro on behalf of Creditor BlackRock Financial Management, Inc. shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark R. James on behalf of Interested Party Financial Guaranty Insurance Company mrj@wwrplaw.com
- Mark R. James on behalf of Creditor Financial Guaranty Insurance Company mrj@wwrplaw.com
- Mark S. Frankel on behalf of Creditor Waste Management Inc. etal mfrankel@couzens.com
- Marshall S. Huebner on behalf of Creditor Merrill Lynch Capital Services, Inc. bankrout@davispolk.com
- Mary Beth Cobbs on behalf of Interested Party Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
- Mary Beth Cobbs on behalf of Interested Party City of Detroit Law Department cobbm@detroitmi.gov, mbcobbs@flash.net
- Matthew Schneider on behalf of Interested Party State of Michigan SchneiderM7@michigan.gov
- Matthew Troy on behalf of Interested Party United States of America matthew.troy@usdoj.gov
- Matthew Wilkins on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Retiree Committee Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Gernet Summers on behalf of Intervenor-Defendant Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com
- Matthew Gernet Summers on behalf of Creditor Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
- Matthew Gernet Summers on behalf of Intervenor-Defendant Hypothekenbank Frankfurt AG summersm@ballardspahr.com
- Matthew Gernet Summers on behalf of Creditor FMS Wertmanagement summersm@ballardspahr.com
- Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Matthew Gernet Summers  on behalf of Intervenor-Defendant  Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
    Matthew Gernet Summers  on behalf of Creditor  Hypothekenbank Frankfurt AG summersm@ballardspahr.com
    Max J. Newman  on behalf of Interested Party  Wayne County Corporation newman@butzel.com
    Melissa L. Demorest  on behalf of Creditor  John W. and Vivian M. Denis Trust melissa@demolaw.com, paula@demolaw.com
    Melissa L. Demorest  on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com
    Melissa L. Demorest  on behalf of Creditor  T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com
    Melissa L. Demorest  on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com
    Melissa L. Demorest  on behalf of Creditor  HRT Enterprises melissa@demolaw.com, paula@demolaw.com
    Mercedes Varasteh Dordeski  on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com
    Meredith Taunt  on behalf of Creditor  Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com
    Michael Anthony Karman  on behalf of Creditor  Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com
    Michael Anthony Karman  on behalf of Creditor  St. Martins Cooperative makarmanesq@gmail.com
    Michael C. Hammer  on behalf of Defendant  MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
    Michael C. Hammer  on behalf of Interested Party  MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
    Michael Joseph Karwoski  on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
    Michael R. Bell  on behalf of Interested Party Bill Schuette BellM1@michigan.gov
    Michael R. Paslay  on behalf of Creditor  U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
    Michael S. Leib  on behalf of Interested Party  Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com
    My Chi To  on behalf of Creditor  Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
    Nabih H. Ayad  on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com
    Nabih H. Ayad  on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com
    Nabih H. Ayad  on behalf of Interested Party  Michigan State Conference NAACP ayadlaw@hotmail.com
    Nabih H. Ayad  on behalf of Interested Party Donnell White ayadlaw@hotmail.com
    Nabih H. Ayad  on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com
    Nabih H. Ayad  on behalf of Interested Party  Detroit Branch NAACP ayadlaw@hotmail.com
    Niraj R. Ganatra  on behalf of Creditor  International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net
    Noah J. Ornstein  on behalf of Interested Party  Syncora Guarantee Inc. noah.ornstein@kirkland.com
    Noah J. Ornstein  on behalf of Interested Party  Syncora Capital Assurance Inc. noah.ornstein@kirkland.com
    Paige E. Barr  on behalf of Creditor  Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com
    Patrick C. Lannen  on behalf of Creditor  Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
    Patrick E. Mears  on behalf of Creditor  36th District Court for the State of Michigan pmears@btlaw.com
    Paul R. Hage  on behalf of Creditor  National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
    Paul R. Hage  on behalf of Plaintiff  National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
    Paula A. Hall  on behalf of Plaintiff  Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
    Paula A. Hall  on behalf of Interested Party  Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
    Paula A. Hall  on behalf of Retiree Committee  Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
    Peter D. Dechiara  on behalf of Creditor  International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
    Peter J. Roberts  on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
    Peter L. Canzano  on behalf of Creditor  National Public Finance Guarantee Corporation pcanzano@sidley.com
    Ralph A. Taylor  on behalf of Interested Party  Ambac Assurance Corporation ralph.taylor@arentfox.com
    Ralph A. Taylor  on behalf of Plaintiff  Ambac Assurance Corporation ralph.taylor@arentfox.com
    Randall A. Brater  on behalf of Interested Party  Ambac Assurance Corporation randall.brater@arentfox.com
    Randall A. Pentiuk  on behalf of Interested Party  Joliet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
    Randall A. Pentiuk  on behalf of Interested Party  Lafayette Town Houses, Inc. RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
    Randall A. Pentiuk  on behalf of Creditor  St. Martins Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
           Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Raymond  Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
          Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Richard Levin    on behalf of Interested Party    Detroit Institute of Arts rlevin@cravath.com,
           mao@cravath.com
          Richard A. Roble (UST)     on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
          Richard G. Mack, Jr.    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           richardmack@millercohen.com, mcoil@millercohen.com
          Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
           Department ecf@kaalaw.com, wjackson@KAALaw.com
          Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
           robert.darnell@usdoj.gov
          Robert  Fetter    on behalf of Interested Party    Local 3308 of the American Federation of State,
           County and Municipal Employees rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert  Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert  Fetter    on behalf of Interested Party    Local 917 of the American Federation of State,
           County and Municipal Employees rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert A. Weisberg    on behalf of Creditor     Oakland County, Michigan BRCY@CARSONFISCHER.COM,
           rweisberg@carsonfischer.com
          Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
           rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert M. Fishman    rfishman@shawfishman.com
          Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
           robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
           robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com
          Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
           hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald C. Liscombe    on behalf of Creditor    Public Lighting Authority rliscombe@alglawpc.com
          Ronald L. Rose    on behalf of Interested Party Angie  Wong rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Laura  Malher rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Ian  Mobley rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party James  Washington rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Wanda  Leverette rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Kimberly  Mobley rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Paul  Kaiser rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Stephanie  Hollander rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Nathaniel  Price rrose@dykema.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Ronald L. Rose on behalf of Interested Party Jerome Pierce rrose@dykema.com
- Rozanne M. Giunta on behalf of Interested Party State of Michigan rmgiunta@lambertleser.com
- Ryan Cochran on behalf of Creditor U.S. Bank National Association ryan.cochran@wallerlaw.com
- Ryan Plecha on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Plaintiff Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com
- Ryan Blaine Bennett on behalf of Defendant Syncora Guarantee, Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Capital Assurance Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Holdings Ltd. ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com
- Sam J. Alberts on behalf of Retiree Committee Official Committee of Retirees sam.alberts@dentons.com, dan.barnowski@dentons.com
- Sam J. Alberts on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
- Samuel S. Kohn on behalf of Creditor Assured Guaranty Municipal Corp. skohn@chadbourne.com, japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
- Samuel S. Kohn on behalf of Plaintiff Assured Guaranty Municipal Corp. skohn@chadbourne.com, japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
- Sandra L. O'Connor on behalf of Interested Party US Health & Life Insurance Company soconnor@glmpc.com
- Sara Klettke MacWilliams on behalf of Creditor Oakland County, Michigan macwilliams@youngpc.com, efiling@youngpc.com
- Scott A. Wolfson on behalf of Creditor The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com
- Scott B. Kitei on behalf of Interested Party Detroit Institute of Arts skitei@honigman.com
- Scott M. Watson on behalf of Creditor UBS AG swatson@wnj.com
- Sean M. Cowley (UST) on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
- Shannon L. Deeby on behalf of Creditor Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant Detroit General Retirement System Service Corporation sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Creditor General Retirement System of the City of Detroit sdeeby@clarkhill.com
- Sharon L. Levine on behalf of Creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
- Sharon L. Levine on behalf of Creditor Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
- Sharon L. Levine on behalf of Creditor Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com
- Sheldon S. Toll on behalf of Interested Party Detroit Windsor Tunnel, LLC lawtoll@comcast.net, lawtoll@comcast.net
- Sherrie L. Farrell on behalf of Attorney Dykema Gossett PLLC sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
- Sherrie L. Farrell on behalf of Creditor Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Sheryl L. Toby   on behalf of Interested Party   Barclays Capital, Inc. stoby@dykema.com, dguerrero@dykema.com

    Sheryl L. Toby   on behalf of Creditor   Downtown Development Authority stoby@dykema.com, dguerrero@dykema.com

    Stephen Wolpert   on behalf of Creditor   Macomb County stephen.wolpert@dechert.com

    Stephen B. Grow   on behalf of Creditor   UBS AG sgrow@wnj.com, kfrantz@wnj.com

    Stephen B. Grow   on behalf of Creditor   Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com

    Stephen B. Grow   on behalf of Defendant   Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com

    Stephen B. Grow   on behalf of Defendant   UBS AG sgrow@wnj.com, kfrantz@wnj.com

    Stephen C. Hackney   on behalf of Interested Party   Syncora Holdings Ltd. stephen.hackney@kirkland.com

    Stephen C. Hackney   on behalf of Interested Party   Syncora Guarantee Inc. stephen.hackney@kirkland.com

    Stephen C. Hackney   on behalf of Interested Party   Syncora Capital Assurance Inc. stephen.hackney@kirkland.com

    Stephen C. Hackney   on behalf of Defendant   Syncora Guarantee, Inc. stephen.hackney@kirkland.com

    Stephen M. Gross   on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

    Stephen M. Gross   on behalf of Interested Party   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

    Stephen M. Gross   on behalf of Creditor   Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

    Stephen M. Gross   on behalf of Interested Party   Syncora Holdings Ltd. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

    Stephen M. Gross   on behalf of Interested Party   Syncora Capital Assurance Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

    Stephen S. LaPlante   on behalf of Defendant   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

    Stephen S. LaPlante   on behalf of Plaintiff   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

    Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

    Stephen S. LaPlante   on behalf of Interested Party   Detroit Institute of Arts laplante@millercanfield.com, skoczylas@millercanfield.com

    Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov

    Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney General showell@dickinsonwright.com

    Stuart A. Gold   on behalf of Creditor   Detroit Public Library sgold@glmpc.com

    Susheel Kirpalani   on behalf of Plaintiff   Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com

    Susheel Kirpalani   on behalf of Interested Party   Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com

    Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com

    Tamar Dolcourt   on behalf of Debtor In Possession   City of Detroit, Michigan tdolcourt@foley.com

    Thomas B. Radom   on behalf of Defendant   Detroit Police And Fire Retirement System Service Corporation Radom@butzel.com

    Thomas B. Radom   on behalf of Defendant   Detroit General Retirement System Service Corporation Radom@butzel.com

    Thomas P. Christy   on behalf of Creditor   Berkshire Hathaway Assurance Corporation tchristy@garanlucow.com

    Thomas R. Morris   on behalf of Plaintiff   Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com

    Thomas R. Morris   on behalf of Interested Party Donald Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com

    Thomas R. Morris   on behalf of Creditor Donald Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com

    Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com

    Thomas R. Morris   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association morris@silvermanmorris.com, marlene@silvermanmorris.com

    Thomas R. Morris   on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com

    Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com

    Thomas R. Morris   on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com

    Timothy A. Fusco   on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com

    Timothy A. Fusco   on behalf of Debtor In Possession   City of Detroit, Michigan fusco@millercanfield.com

    Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com

        Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com

        Tracy M. Clark   on behalf of Interested Party   Local 917 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

        Tracy M. Clark   on behalf of Interested Party   St. James Cooperative clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

        Tracy M. Clark   on behalf of Interested Party   Joliet Town Houses Cooperative Association clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

        Tracy M. Clark   on behalf of Interested Party   Lasalle Town Houses Cooperative Association clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

        Tracy M. Clark   on behalf of Interested Party   Lafayette Town Houses, Inc. clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

        Tracy M. Clark   on behalf of Interested Party   Local 3308 of the American Federation of State, County and Municipal Employees clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

        Tracy M. Clark   on behalf of Interested Party   Nicolet Town Houses Cooperative Association clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

        Tracy M. Clark   on behalf of Interested Party K.S. Doe clark@steinbergshapiro.com, clark@ecf.inforuptcy.com

        Trevor J. Zamborsky   on behalf of Creditor Anthony Harmon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Nicholas Martin tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Kevin Mcdonald tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Viena Lowe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Kevin McGillivary tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Melvin Miller tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Ezekiel Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Wendy Jefferson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Doug Taylor tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Donald Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Jeffrey Theriot tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Theresa Chalch tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Eric Kimbrough tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Rodney Heard tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Angela Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Yvette Spencer tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Clementine Stephens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Michael McKay tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Jay Woods tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Laverne Covington tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Eddie Moore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Otis Evans tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor John Collins tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Gary Musser tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Marily Cloyd tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Phyllis Tharpe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Mario Littlejohn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Jeffrey Peterson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Trevor J. Zamborsky on behalf of Creditor Donna Weatherspoon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Robert Hall tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Jeremiah Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Jennifer Harris-Barnes tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Jermaine Gleen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Taesean Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Tarita Wilburn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Brandon Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Gregory Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Robert Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Terry Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Henry Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Woodrow Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Daniel Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Antonio Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Carolyn Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Ray Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Landon Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Raymond Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Winter Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Lucy Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Darnell Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Darchella Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Shumithia Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Clenette Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Bradley Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor David Both tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Floyd Brunson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Kevin Ivie tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Hondra Porter tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Taralyn Smith tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Raymond Thompson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Brandon Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Brady Johnson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Victoria Wilson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Jamie Jackson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Bernard White tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor James Matson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
- Trevor J. Zamborsky on behalf of Creditor Joseph Wright tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Trevor J. Zamborsky    on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
               vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
              William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
              William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
              William C. Blasses    on behalf of Creditor    Jackie's Transport, Inc. wcb@osbig.com
              William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
               wcb@osbig.com
              William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
              William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
              William Norman Listman    on behalf of Interested Party    Southeastern Oakland County Water
               Authority wlistman@davislistman.com
              William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
              William W. Kannel    on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
              Winnifred P. Boylan    on behalf of Interested Party    State of Michigan wpboylan@lambertleser.com
              Wolfgang  Mueller    on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
               jsmith@olsmanlaw.com
              Wolfgang  Mueller    on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
               jsmith@olsmanlaw.com
              Wolfgang  Mueller    on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
               jsmith@olsmanlaw.com
              Wolfgang  Mueller    on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
               jsmith@olsmanlaw.com
              Yuliy  Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
               yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                             TOTAL: 570