UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN  Chapter 9

    Debtor.  Case No. 13-53846
  Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 6, 2014, the following documents were filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filings to all counsel of record:

1. The Retiree Association Parties' Response Related to Discovery and Trial Procedures.

Respectfully submitted,

/s/ Judy Dobrzycki
Judy Dobrzycki
Legal Assistant to Ryan C. Plecha
Lippitt O'Keefe Gornbein, PLLC
370 E. Maple Rd., 3rd Floor
Birmingham, MI 48009
(248) 646-8292
jdobrzycki@lippittokeefe.com

Dated: June 6, 2014