UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 9

City of Detroit, Michigan,  Case No. 13-53846

        Debtor.  Hon. Steven W. Rhodes
_____/  Hon. Gerald E. Rosen

## ORDER TO CERTAIN PARTIES TO APPEAR
## FOR CONTINUED MEDIATION ON LTGO MATTERS

    At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on  June 9, 2014

    PRESENT:  Honorable Gerald E. Rosen
                       United States District Chief Judge

**TO:**  The City of Detroit
       Black Rock Financial Management
       Ambac Assurance Corporation

    **IT IS HEREBY ORDERED** that the above-named noticed parties shall appear for continuing mediation, with counsel and party-representatives **with full and complete settlement authority**, for continuing mediation in the chambers of Chief Judge Gerald E. Rosen, Room 730 Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan on **Thursday, June 12, 2014, at 9:00 a.m.**

                       s/Gerald E. Rosen
                       United States District Chief Judge,
                       Judicial Mediator

Dated: June 9, 2014