UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
                                                    Case No. 13-53846
City of Detroit, Michigan,                          Hon. Steven W. Rhodes
      Debtor.
_____/

### Notice of Hearing to Individuals Who Filed Plan Objections

Approximately 600 individuals, without counsel, have filed objections to the City's plan of adjustment. The Court recognizes that the deadline for individuals to file objections has not yet passed, but deems it appropriate to offer the individuals identified in the attached Exhibits A and B an opportunity to be heard. In the Court's discretion, the objections filed by these individuals are representative and constitute an adequate cross-section of the objections filed thus far.

Accordingly, notice is given that the Court will hold a hearing on July 15, 2014, in Courtroom 716, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan to hear the objections of these individuals. The individuals identified on Exhibit A are invited to appear at 9:30 a.m. Those identified on Exhibit B are invited to appear at 2:00 p.m. *This opportunity to be heard is only for the individuals identified in Exhibits A and B attached.* If the Court determines that objections filed after this notice warrant a second hearing, one will be scheduled and notice provided.

Just as the Court will impose time limits on the attorneys representing objecting parties at the time of the plan confirmation hearing, the Court must also impose a time limit on these individual objectors as well, due to the number of these individuals. Therefore, each individual who appears may address the Court for 5 minutes regarding their plan objection.

The City shall have 30 minutes to respond. No rebuttal will be permitted.

Due to security screening, the Court encourages the individuals who accept this opportunity to address the Court regarding their plan objections to arrive at the courthouse at least 60 minutes before their scheduled start time on the day of the hearing.

Signed on June 10, 2014

                                                      /s/ Steven Rhodes  
                                                      Steven Rhodes  
                                                      United States Bankruptcy Judge

**Exhibit A**
**Individuals Invited to Attend Hearing at 9:30 AM**

| Name | Dkt. # |
|---|---|
| Dempsey Addison | 4295 |
| Hassan Aleem | 4808 |
| Wilson Allen | 2907 |
| Laurence Aurbach | 2869 |
| Laurence J. Aurbach | 3735 |
| Dorothy M. W. Baker | 4520 |
| Patricia Beamon | 2840 |
| Audry Bellamy | 3470 |
| Harriett Billingslea | 3700 |
| Bonnie Bizzell | 3687 |
| Leonard Brogdon | 3705 |
| Minnie Brogdon | 3705 |
| Harold Franklin Bryant | 3250 |
| Eileen Burns | 3697 |
| James Capizzo | 4997 |
| Denise Cattron | 4297 |
| Thomas Cattron | 4296 |
| Gisele Caver | 3215 |
| Ronald Clegg | 3699 |
| Jo Ann Cooper | 3698 |
| Ronald Danowski | 2896 |
| Lucinda J. Darrah | 4809 |
| Eric Davis | 2888 |
| Willie Davis | 3704 |
| Lewis M. Dickens III | 3445 |
| Rita Dukerson (Dickerson) | 2879 |
| Sandra Evans | 2974 |
| Jamie Fields | 4404 |
| Fabris Fiorenzo | 5211 |
| Gerald F. Fischer | 3686 |
| Jesse Florence, Sr. | 3706 |
| Paula Ford | 2842 |
| Gerald Galazka | 3205 |
| Deborah Graham | 3701 |
| Andrea Hackett | 3219 |
| Kristen A. Hamel | 4343 |

| Name | Dkt. # |
| --- | --- |
| Cynthia Haskin | 2891 |
| Dan Headapohl | 4433 |
| Yvonne Holliday Roberts | 2860 |
| Beverly Holman | 2977 |
| Irma Industrious | 4895 |
| Bernice Jenkins | 2844 |
| Felicia Jones | 2922 |
| Rita Jordan | 2905 |
| Gerald Kent | 3702 |
| Renee Lee | 3553 |
| Diane Leipprandt | 2901 |
| Richardo C. Lewandowski | 3694 |
| Daniel Lopez (Lapez) | 2919, 2930 |
| Paula J. Lytle | 5215 |
| David L. Malhalab | 5214 |
| Janine McCallum | 2855 |
| Herman McCord | 3685 |
| Cecily McLellan | 4633 |
| Mashuk Meah | 2908 |
| Amru Meah (Mean) | 2920 |
| Linda Mulder | 3212 |
| Constance Phillips | 2980 |
| H. Jean Powell | 3716 |
| Roger D. Rice | 3734 |
| Stina Santiestevan | 3217 |
| Renla C. Session | 3420 |
| Carlottie Shaw | 2970 |
| Mark L. Smith | 3707 |
| Michael Smith | 3696 |
| Constance Spight | 2887 |
| Tina Sumner | 3407 |
| Elaine Thayer | 2976 |
| Marie Lynette Thornton | 3249 |
| Mary Jo Vortkamp | 4578, 4579 |
| Shirley J. Walker | 3435 |
| William Curtis Walton | 2899 |
| Beverly A. Welch | 3518 |
| Paul C. Wells | 3096 |
| Carl Williams | 4808 |
| Yvonne Williams-Jones | 2872 |
| Laura Wilson | 2874, 3167 |
| Steven Wojtowicz | 5163 |
| Alicia Zagar | 2991 |