**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
----------------------------------------------------x
                                      :
In re                                 : Chapter 9
                                      :
CITY OF DETROIT, MICHIGAN,            : Case No. 13- 53846
                                      :
                          Debtor.     : Hon. Steven W. Rhodes
                                      :
                                      :
                                      :
----------------------------------------------------x
```

**STIPULATION BETWEEN THE CITY OF DETROIT AND**
**SYNCORA GUARANTEE INC. REGARDING DOCUMENTS**
**TO BE PRODUCED BY THE DETROIT POLICE DEPARTMENT**

Syncora Guarantee Inc. and the City stipulate and agree that the City will not be required to perform a full search of all electronically stored information of the Detroit Police Department ("DPD"), but instead will produce the following DPD documents for the period from January 1, 2013 through April 16, 2014:

1.  Documentation showing each of the classes of new recruits that started at the Detroit Police Academy

2.  Report showing all new hires by the DPD

3.  Documents regarding the number of "interest cards" and applications submitted by prospective employees of the DPD, including the number of applicants for each open position

4.  Documents regarding the August 2013 job fair held by the DPD, which attracted over 600 applicants

5.  Documents relating to college campus visits/recruiting by the DPD

6.  Documents relating to the DPD's student intern program

7. Documents relating to opportunities for promotion within the DPD

8. Report showing all separations (including retirement, voluntary and involuntary separations)

9. Retirement requests by DPD employees

10. Notices of resignations by DPD employees

11. Documents/information gathered or created during exit interviews with separated DPD employees

12. Documents regarding grievances filed by employees

13. Results of the online survey of personnel conducted when Chief Craig arrived at the DPD

14. Documents showing case clearance rates, including changes in those rates

15. Reports/memoranda addressing equipment, fleet, technology and manpower needs

16. Memoranda prepared in conjunction with consultants from Conway MacKenzie

17. The Detroit Police Plan of Action: Strategic Restructuring / Creating Excellence in Policing (the "Plan of Action")

18. Documents relied on in creating the Plan of Action

Respectfully submitted,

/s/ Deborah Kovsky-Apap
Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap (P68258)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
Facsimile: (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

-and-

Thomas F. Cullen, Jr. (DC 224733)
Gregory M. Shumaker (DC 416537)
Geoffrey S. Stewart (DC 287979)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

ATTORNEYS FOR PLAINTIFF CITY
OF DETROIT

Dated: June 10, 2014

/s/William E. Arnault
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
William E. Arnault
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

- and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075

ATTORNEYS FOR DEFENDANT
SYNCORA GUARANTEE INC.