**Exhibit 1**

**Proposed Order**

4825-6451-9963.4

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

-------------------------------------------------------- x
                :
In re                :
                :
CITY OF DETROIT, MICHIGAN,  :
                :
         Debtor     :
-------------------------------------------------------- x

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

**ORDER PURSUANT TO 11 U.S.C. § 105(a) AND FED. R. BANKR. P. 3007**
**APPROVING CLAIM OBJECTION PROCEDURES**

Upon the Motion, dated June 10, 2014 (the "Motion"),[1] of the City of Detroit, Michigan (the "City"), pursuant to section 105(a) of title 11, United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requesting approval of certain claim objection procedures intended to streamline the claims process and conserve the City's resources, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "Hearing"); and upon the record of the Hearing and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interest of the City, its creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just

4825-6451-9963.4

cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the Claim Objection Procedures set forth in the Motion are approved; and it is further;

ORDERED that, notwithstanding anything to the contrary in Bankruptcy Rule 3007, the City, and other parties in interest, in addition to those grounds set forth in Bankruptcy Rule 3007(d), are authorized to file Omnibus Objections to claims seeking reduction, reclassification, or disallowance of claims on one or more of the following grounds (the "Additional Permitted Grounds"):

(a)     the amount claimed contradicts the City's books and records;

(b)     the claims were incorrectly classified;

(c)     the claims do not identify a valid basis for any liability of the City;

(d)     the claims do not include sufficient documentation to ascertain the validity of such claim or fail to specify the asserted claim amount (other than "unliquidated"), to the extent not already covered by Bankruptcy Rule 3007(d)(6);

(e)     the claims have been addressed by the Plan or otherwise are not subject to the claims process in this case

(f)     the claims have been settled, waived or withdrawn pursuant to an agreement with the City;

(g)     the claims are objectionable under section 502(e)(1) of the Bankruptcy Code; and

(h)     the claims are objectionable under section 502(d) of the Bankruptcy Code; and it is further

ORDERED that the City is authorized to file Omnibus Objections to no more than 100 claims at a time on the Additional Permitted Grounds; and it is further

ORDERED that, except as expressly provided herein, the City shall comply with the requirements for Omnibus Objections set forth in Bankruptcy Rule 3007(e); and it is further

ORDERED that the City will file a Declaration in support of each Omnibus Objection filed on one of the Additional Permitted Grounds; and it is further

ORDERED that in the event a timely response to an Omnibus Objection is filed, the initial hearing on the response shall be non-evidentiary; and it is further

ORDERED that any order sustaining an Omnibus Objection shall be a final order for each claim referenced in the Omnibus Objection as if an individual objection had been filed for such claim; and it is further

ORDERED that nothing in this Order shall constitute an admission of the validity, nature, amount, or priority of any claim asserted in this case; and it is further

ORDERED that entry of this Order is without prejudice to the City's right to seek entry of an order modifying or supplementing the relief granted herein; and it is further

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4825-6451-9963.4