**Exhibit 2**

**Notice and Opportunity to Respond**

4825-6451-9963.4

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
In re                                                   :  Chapter 9
                                                        :
                                                        :  Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                              :
                                                        :  Hon. Steven W. Rhodes
                         Debtor                         :
------------------------------------------------------- x

# NOTICE OF MOTION OF THE CITY OF DETROIT FOR ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 105(a) AND FED. R. BANKR. P. 3007 APPROVING CLAIM OBJECTION PROCEDURES

On June 10, 2014 the City of Detroit, (the "City"), filed its Motion for Entry of an Order Pursuant to 11 U.S.C. §105(a) and Fed. R. Bankr. P. 3007 Approving Claims Objection Procedures.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, within 14 days you or your attorney must:

File with the Court a written response or an answer[2], explaining your position at:

United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

---

[2] Response or answer must comply with Fed. R. Civ. P. 8(b), (c) and (e).

4825-6451-9963.4

You must also mail a copy to:

> John A. Simon, Esq.
> Tamar N. Dolcourt, Esq.
> Foley & Lardner, LLP
> 500 Woodward Ave., Suite 2700
> Detroit, MI 48226

If a response or answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought to the Motion and may enter an order granting that relief.**

FOLEY & LARDNER LLP

By: */s/ Tamar N. Dolcourt*
John A. Simon (P61866)
Tamar N. Dolcourt (P73425)
500 Woodward Ave., Ste. 2700
Detroit, MI 48226
313.234.7100
jsimon@foley.com
tdolcourt@foley.com

*Counsel for the City of Detroit, Michigan*

Date: June 10, 2014