**Exhibit 3**

**Brief (N/A)**

4825-6451-9963.4