**Exhibit 5**

**Affidavit (N/A)**

4825-6451-9963.4