**Exhibit 6**

**Documentary Exhibits (N/A)**

4825-6451-9963.4