UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
                                                    Case No. 13-53846
City of Detroit, Michigan,                          Hon. Steven W. Rhodes
    Debtor.
_____/

## Certificate of Service

The undersigned hereby certifies that on the 10th day of June, 2014, she sent by first-class mail through the United States Postal Service, a copy of the Notice of Hearing to Individuals Who Filed Plan Objections (Dkt. #5264) to the individuals listed in Exhibits A and B attached to this Notice of Hearing at the addresses indicated on the attached mailing list.

The undersigned was unable to serve the following individual who is listed on Exhibit B because this individual did not provide a mailing address:

    Tina Sumner (Objection at Docket #3407)


                                    /s/ Christine L. Sikula
                                    Deputy Clerk

Entered June 10, 2014

| | | |
|---|---|---|
| Dempsey Addison<br>2727 Second Ave., Suite 152<br>Detroit, MI 48201-2673 | Hassan Aleem<br>2440 Taylor<br>Detroit, MI 48206-2064 | Wilson Allen<br>19221 Keystone Street<br>Detroit, MI 48234-2334 |
| Laurance Aurbach<br>2811 McGill Terrace NW<br>Washington, DC 20008-2749 | Laurance J. Aurbach<br>2811 McGill Terrace NW<br>Washington, DC 20008-2749 | Dorothy M. W. Baker<br>22406 Rio Vista Street<br>Saint clair shores, MI 48081-2431 |
| Audry Bellamy<br>20540 Anita St.<br>Harper Woods, MI 48225-1115 | Harriett Billingslea<br>12226 Laing St.<br>Detroit, MI 48224-1040 | Bonnie Bizzell<br>8401 18 Mile Rd., Apt. 124<br>Sterling Heights, MI 48313-3052 |
| Leonard Brogdon<br>17931 Redfern<br>Detroit, MI 48219-2388 | Minnie Brogdon<br>17931 Redfern<br>Detroit, MI 48219-2388 | Harold Franklin Bryant<br>18710 Healy<br>Detroit, MI 48234-2148 |
| Eileen Burns<br>430 Leroy<br>Ferndale, MI 48220-1865 | James Capizzo<br>863 Venoy<br>Madison Heights, MI 48071-6003 | Denise Cattron<br>13330 Vassar Ave.<br>Detroit, MI 48235-1244 |
| Thomas Cattron<br>13330 Vassar Ave.<br>Detroit, MI 48235-1244 | Gisele Caver<br>26721 Berg Rd., #227<br>Southfield, MI 48033-5308 | Ronald Clegg<br>21621 Ridgedale St.<br>Oak Park, MI 48237-2725 |
| Jo Ann Cooper<br>13325 Longview St.<br>Detroit, MI 48213-1918 | Lucinda J. Darrah<br>492 Peterboro<br>Detroit, MI 48201-2302 | Eric Davis<br>16828 Whitcomb<br>Detroit, MI 48235-3720 |
| Willie Davis<br>21789 Virginia St.<br>Southfield, MI 48076-6011 | Lewis M. Dickens III<br>1362 Joliet Pl<br>Detroit, MI 48207-2834 | Rita Dukerson (Dickerson)<br>19200 Prairie<br>Detroit, MI 48221-1708 |
| Sandra Evans<br>13468 Crosley<br>Redford Twp., MI 48239-4519 | Gerald F. Fischer<br>3305 Tacoma Circle<br>Ann Arbor, MI 48108-1745 | Jesse J. Florence Sr.<br>20420 Anglin St.<br>Detroit, MI 48234-1458 |
| Paula Ford<br>1963 Thornhill Pl<br>Detroit, MI 48207-3824 | Gerald Galazka<br>44814 Marigold Dr.<br>Sterling Heights, MI 48314-1210 | Deborah Graham<br>18614 Fairfield<br>Detroit, MI 48221-2231 |

Andrea Hackett  
1321 Orleans, Apt. 1011W  
Detroit, MI 48207-3170

Kristen A. Hamel  
3550 Bishop  
Detroit, MI 48224-2314

Cynthia Haskin  
19931 Marlowe  
Detroit, MI 48235-1662

Dan Headapohl  
52507 Robin's Next  
Chesterfield Twp., MI 48047-3539

Yvonne Holliday Roberts  
47084 Grand Cypress Ct  
Macomb, MI 48044-3025

Beverly Holman  
2120 Hyde Park Dr.  
Detroit, MI 48207-3823

Irma Industrious  
3051 Lindenwood Drive  
Dearborn, MI 48120-1311

Bernice Jenkins  
20200 Strathmoor  
Detroit, MI 48235-1692

Felicia Jones  
20141 Mitchell  
Detroit, MI 48234-1525

Rita Jordan  
47091 Grand Cypress Ct.  
Macomb, MI 48044-3025

Gerald Kent  
23607 Norcrest  
Southfield, MI 48033-6821

Diane Leipprandt  
21398 Purdue Ave.  
Farmington Hills, MI 48336-5634

Richardo C. Lewandowski  
1710 Stanhope  
Grosse Pte. Woods, MI 48236

Daniel Lapez  
14338 Polk  
Taylor, MI 48180-4721

Paula J. Lytle  
11808 Valley Blvd.  
Warren, MI 48093-1227

David L. Malhalab  
8451 Appleton  
Dearborn Hgts., MI 48127-1405

Janine McCallum  
928 Leland  
Detroit, MI 48207-4768

Herman McCord  
17100 Fairfield  
Detroit, MI 48221-3022

Mashuk Meah  
16810 Rosemont Ave.  
Detroit, MI 48219-4150

Amru Meah (Mean)  
39815 Billington Ct.  
Beverly Hills, MI 48025

Linda Mulder  
21641 Kilrush Drive  
Northville, MI 48167-2838

Constance Phillips  
2720 E. Lafayette #103  
Detroit, MI 48207-3959

H. Jean Powell  
18660 Schaefer Hwy.  
Detroit, MI 48235-1756

Roger D. Rice  
9627 Blackburn  
Livonia, MI 48150-2804

Stina Santiestevan  
1411 Oklahoma  
Waterford, MI 48237-3344

Renla C. Session  
14149 Rutherford St.  
Detroit, MI 48227-1843

Carlottie Shaw  
13900 LakesideBlvd., N, Apt 320  
Shelby Township, MI 48315-6048

Mark L. Smith  
1754 Campau Farms Circle  
Detroit, MI 48207-5163

Michael Smith  
9936 Hemingway  
Redford, MI 48239-2205

Constance J. Spight  
18625 Wildemere St.  
Detroit, MI 48221-2214

| | | |
|---|---|---|
| Elaine Thayer<br>5345 Urbana Drive<br>Brighton, MI 48116-8879 | Marie Lynette Thornton<br>99 East Forest, Apt. 909<br>Detroit, MI 48201-1873 | Mary Jo Vortkamp<br>57880 Rosell<br>New Haven, MI 48048-2646 |
| Shirley J. Walker<br>24901 Blackstone St.<br>Oak Park, MI 48237-2056 | William Curtis Walton<br>4269 Glendale<br>Detroit, MI 48238-3211 | Beverly A. Welch<br>9314 Grandville Ave.<br>Detroit, MI 48228-1723 |
| Paul C. Wells<br>18640 Binder<br>Detroit, MI 48234-1947 | Carl Williams<br>10112 Somerset<br>Detroit, MI 48224-2551 | Yvonne Williams-Jones<br>153 Arden Park<br>Detroit, MI 48202-1358 |
| Laura Wilson<br>19156 Roselawn<br>Detroit, MI 48221-1643 | Steven Wojtowicz<br>5143 Seven Lakes Drive South<br>Washington Twp., MI 48095-1126 | Alicia Zagar<br>45940 Saltz Road<br>Canton, MI 48187-4848 |
| Jamie Fields<br>555 Brush<br>Detroit, MI 48226 | Fiorenzo Fabris<br>27617 Martinsville Rd.<br>New Boston, MI 48164 | Patricia A. Beamon<br>306 Briar Cove Cir.<br>Red Oak, TX 75154 |
| Renee Lee<br>20520 Murray Hill<br>Detroit, MI 48235 | Cecily McClellan<br>111 Calvert<br>Detroit, MI 48202 | Ronald Danowski<br>35660 Wood St.<br>Livonia, MI 48154-2278 |