UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

---------------------------------------------------------x
:
In re: : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No.: 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
---------------------------------------------------------x

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this the 10th day of June 2014, I caused the *Subpoena to Testify at a Deposition in a Bankruptcy Case directed to the Detroit Library Commission* to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: New York, NY
June 10, 2014

Cohen, Weiss and Simon LLP

By: <u>/s/ Peter D. DeChiara</u>
330 West 42nd Street
New York, New York 10036-6976
T: 212-563-4100
pdechiara@cwsny.com

*Attorneys for International Union, UAW*