UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------- x
:
In re: : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No.: 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
------------------------------------------------------- x

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 10th day of June 2014, I caused the *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case directed to the Detroit Library Commission* to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:   New York, NY
         June 10, 2014

                                        Cohen, Weiss and Simon LLP

                                By:  /s/ Peter D. DeChiara
                                     330 West 42nd Street
                                     New York, New York 10036-6976
                                     T: 212-563-4100
                                     pdechiara@cwsny.com

                                     *Attorneys for International Union, UAW*