UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steve W. Rhodes |

_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Marcedes L. Clanton, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On June 2, 2014, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail on the service list attached hereto as **Exhibit A**:

- **Certification of No Response or Objection Regarding Motion of the City of Detroit for (A) Relief from Automatic Stay, Pursuant to Section 362(d)(1) of the Bankruptcy Code, to Permit the Ordinary Course Liquidation of Disputed Workers' Compensation Claims and (B) Waiver of the Stay Imposed by Bankruptcy Rule 4001(a)(3)** [Docket No. 4741]

Furthermore, on May 29, 2014, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail on the service list attached hereto as **Exhibit B**:

- **Notice of Hearing to Consider Approval of Disclosure Statement with Respect to Plan for Adjustment of Debts of the City of Detroit** [attached hereto as **Exhibit C**]

- **First Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment** [Docket No. 2755]

Dated: June 06, 2014

/s/ Marcedes L. Clanton
Marcedes L. Clanton
KCC
2335 Alaska Ave
El Segundo, CA 90245
Tel 310.823.9000

# EXHIBIT A

**Exhibit A**
**Served Via First Class Mail**

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Jones, Maliak | PO Box 311 | St Clr Shores | MI | 48080-0311 |

# EXHIBIT B

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Gordon, Karla | REDACTED | REDACTED | REDACTED | REDACTED |

In re City of Detroit, Michigan
Case No. 13-53846          13-53846-tjt    Doc 5276    Filed 06/10/14    Entered 06/10/14 15:09:20    Page 5 of 5
                                                        4 of 5