IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------x
: 
In re : Chapter 9
: 
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
: 
Debtor. : Hon. Steven W. Rhodes
------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 10, 2014, he caused a copy of the ***OBJECTION AND BRIEF IN OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY AND RULING THAT CLAIM IS NOT SUBJECT TO REDUCTION OR COMPROMISE IN BANKRUPTCY FILED BY HRT ENTERPRISES*** to be served upon counsel, as listed below, via First Class United States Mail and electronic mail:

Melissa Demorest LeDuc
Demorest Law Firm, PLLC
322 West Lincoln Ave.
Royal Oak, MI 48067

Melissa@demolaw.com


Dated: June 10, 2014

By: /s/Timothy A. Fusco
Timothy A. Fusco
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
fusco@millercanfield.com