IN THE UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:
CITY OF DETROIT
MICHIGAN
Debtor

Chapter 9
Case No. 13-53846
Hon. Steven Rhodes
(Informal Brief)

Claimant ALBERT O'ROURKE'S
Response to the Debtor's
Objection to Claim No. 458

ALBERT O'ROURKE
In Pro Se (Informa Pauperis)
2316 Paseo De Laura #223
Oceanside, CA. 92056
(760) 453-2218

13-53846-tjt    Doc 5278    Filed 06/06/14    Entered 06/10/14 16:03:51    Page 1 of 8

Comes now Claimant ALBERT O'Rourke and responds to the Debtor's objection to claim #458, as follows:

## I
## BANKRUPTCY RULE 3001 STANDARDS ARE IN FACT CLEARLY MET BY CLAIMANT AL O'ROURKE IN CLAIM NO 458

City of Detroit's/Debtor's counsel in their May 15, 2014 brief claim that O'Rourke's claim number 458 does not meet B.R. 3001 standard.

In fact, Al O'Rourke's ownership or (other) legal rights attaching to 2175 Palms Ave (the O'Rourke Detroit property) are undisputed by City of Detroit. Such includes all of the (at one time) remaining "Manhattan Project" Nuclear Weapons materials of the late

Dr. Raymond C. O'Rourke, trained by both Detroit and the University of Michigan.

It is not AL O'Rourke's fault that the Federal Government and State of California Government took possession of vast amounts of such on/after Feb 9, 2010 in their "RAID" and confiscation of such materials (violating 42 USC 1983 and 22 USC 32143 (22 USC 3001 - Helsinki Final Act Standards. They either destroyed or transferred said CLASSIFIED Nuclear Weapons papers in violation of the "Patriot Act". Debtor City of Detroit is assisting them STILL.

Nevertheless, some of such materials (originals or duplicates) were/are still (?) at/around 2175 Palmes Ave Detroit, Michigan (or at the University of Michigan)

Dr. Raymond C. O'Rourke, trained by both Detroit and the University of Michigan.

It is **not** AL O'Rourke's fault that the Federal Government and State of California Government took possession of vast amounts of such on/after Feb 9, 2010 in their "RAID" and confiscation of such materials (violating 42 USC 1983 and 22 USC 32143 (22 USC 3001 - the [Sinki]; Final Act Standards). They either destroyed or transferred said <u>classified</u> Nuclear Weapons papers in violation of the "Patriot Act". Debtor City of Detroit is assisting them <u>still</u>.

Nevertheless, **some** of such materials (originals or duplicates) were/are still (?) at/around 2175 Palms Ave Detroit, Michigan (or at the University of Michigan)

All Al O'Rourke attempts to get such returned have been deliberately ignored to date by the increasingly hostile Federal and State (California and Michigan) authorities. Clearly, BR. 3001(f) standards are sufficiently met. The Government cannot destroy Federal Evidence and then claim it is Al O'Rourke's fault that he does not submit such in his claim No 458. Moreover, the "Trillion Dollar Claim", objected to by Debtor City of Detroit, is what it would cost to build the various Nuclear Weapons Devices created, assisted, reviewed etc by Dr. Raymond O'Rourke (including numerous analysis of other Nations' Nuclear programs.

## II

### DEBTOR's COUNSEL'S RESERVATION OF RIGHTS

(Bankruptcy Code 904) SPEAKS for ITSELF THAT Debtor IS ENJOYING THE property Rights of CLAIMANT

Debtor's page 6, paragraph 23 "Reservation of Rights" (BC 904) is a "Dead Give-Away" or Implicit Admission THAT it has And Is USING These Classified Nuclear Weapons Materials. Again BR 3001(f) Standards are met, implicitly.

Wherefore, Claimant AL O'Rourke requests The Bankruptcy Court To Deny Debtor's objection To Claim No. 458.

Respectfully Submitted

Dated
June 3, 2014

Albert O'Rourke

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 06 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALBERT O'ROURKE, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> UNITED STATES OF AMERICA; et al., <br><br> Defendants - Appellees. | No. 11-55118 <br><br> D.C. No. 3:10-cv-00302-W <br> Southern District of California, <br> San Diego <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The motion to proceed in forma pauperis is granted. The Clerk shall amend the docket to reflect this status and amend the docket with the change of address that appellant included in the motion to proceed in forma pauperis.

The opening brief is due June 13, 2011.

AW/MOATT

```
CSD 3010  (04/18/96)
Name, Address, Telephone No. & I.D. No.
```

Albert O'Rourke
2316 Pasco De Laria #223
Oceanside, CA. 92056
(760) 453-2218

UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

In Re: CITY OF DETROIT, Michigan
Debtor.

BANKRUPTCY NO. 13-53846

ADVERSARY NO.

Plaintiff(s)
v.
Defendant(s)

## PROOF OF SERVICE

I, AL O'ROURKE, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that I served a copy of the following documents [describe each document served]:

Claimant Albert O'Rourke's Response to the Debtor's Objection to Claim No 458

on June 3, 2014 by:

[X] Mail Service - Regular, first class United States mail, postage fully pre-paid, addressed to:

(1) Clerk, U.S. Bankruptcy Court, 211 West Fort Street, Suite 2100, Detroit, Michigan 48226

[ ] Personal Service - By leaving the documents with the following named person(s) or an officer or agent of the person(s) at:

(2) (Original and Copies) - Foley and Lardner LLP - Attn: John Simon, Esq, Tamar Dolcourt - Suite #2700, 500 Woodward Ave, Detroit, Michigan 48226

[ ] Residence Service - By leaving the documents with the following adult at:

Under penalty of perjury, I declare that the foregoing is true and correct.

June 3, 2014
[Date]

[Signature]

| Print Name | AL O'Rourke |
| Business Address | 2316 Pasco De Laria #223 |
| City, State, ZIP | Oceanside, CA 92056 |