154 Easton Drive
South Lyon, MI 48178
June 5, 2014

The Honorable Judge Steven W. Rhodes
U.S. Bankruptcy Court for the Eastern District of Michigan
Southern Division
211 W. Fort St., Suite 1800
Detroit, Michigan 48226
Courtroom 1825

RE: **City of Detroit Bankruptcy**

Dear Judge Rhodes:

I am the spouse of a Detroit Water and Sewage Department employee. I am writing on behalf of several concerns regarding possible bankruptcy outcomes and occurrences.

First, any pension cuts and medical cuts made will be very financially detrimental to my husband and our family. He is nearing retirement soon. City employees have accepted lower wages all these years with the understanding they will have a full pension and full medical benefits available to them. Now, that understanding has been seriously threatened. Please consider not slashing any pension or medical benefits for City Retirees regardless of this so called vote by retirees to approve proposed cuts by Kevyn Orr.

Second, regarding the proposed Annuity claw back proposed by Kevyn Orr, how can this be done? Auditors were paid to review these payouts all these years and now it is going to be reversed? Where is the accountability by the firms hired to audit the activities? This is an even bigger outrage to Retirees. The claw back should not be approved. Mr. Orr is looking for money wherever he can take it from. How about from the Detroit Institute of Arts collections? Sell a few pieces of million dollar art instead.

Thirdly and a delicate situation: as mentioned above, my husband who currently works for the DWSD in a high level (acting) position, has not been compensated in good order going on **(9)** months now. Payroll checks are inconsistent week after week. Fluctuations have ranged 40% lower from promised base pay. Back wages due are in the thousands. Not only exasperating, this prolonged situation is creating financial hardship. I expect this is also happening to others. Business as usual under the Bankruptcy is not applicable here. Something is highly inefficient with the DWSD payroll and/or monies are being manipulated. I ask that you have this investigated.

I can only hope you will see that the Peoples of Detroit deserve better. These situations are not of their making, but they are for some reason, being targeted to pay. I fear that things in Detroit will only get worse for those who are trapped in this God forsaken city.

Your serious consideration in these matters is greatly appreciated.

Sincerely,

*Diane L. Urbanik*
Diane L. Urbanik