UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Hon. Steven W. Rhodes |
| Debtor. | |

**ORDER GRANTING *EX PARTE* MOTION FOR SHORTENED NOTICE AND EXPEDITED HEARING ON MOTION TO QUASH SUBPOENA TO DEPOSE THE ATTORNEY GENERAL**

This matter having come before the Court on the Attorney General's *Ex Parte* Motion for the entry of an order shortening the notice period and scheduling an expedited hearing on the Motion to Quash the Subpoena to Depose the Attorney General, the Court having reviewed the Attorney General's *Ex Parte* Motion; and the Court having determined that the legal and factual bases set forth in the motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Attorney General's Ex Parte Motion is GRANTED.

2. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

IT IS SO ORDERED.

_____

**STEVEN W. RHODES**

**United States Bankruptcy Judge**