UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                      Chapter 9
                                            Case No. 13-53846
City of Detroit, Michigan,                  Hon. Steven W. Rhodes
        Debtor.
_____/

Order Striking Objection to Fifth Amended Order Establishing Procedures,
Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (Dkt. #5280)

Syncora has filed an Objection to Fifth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment. (Dkt. #5280)

There is no provision in the Federal Rules of Bankruptcy Procedure that permits such a filing. Accordingly, it is ordered that the Objection to Fifth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to Debtor's Plan of Adjustment (Dkt. #5280) filed by Syncora is hereby stricken.

.

**Signed on June 11, 2014**

                  /s/ Steven Rhodes
                 **Steven Rhodes**
                 **United States Bankruptcy Judge**