UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:	Chapter 9
	Case No. 13-53846
City of Detroit, Michigan,	Hon. Steven W. Rhodes
    Debtor.
_____/

Order Granting Corrected Ex Parte Motion for
Expedited Hearing and Setting Response Deadline

The Attorney General has filed a Corrected Ex Parte Motion for Shortened Notice and Expedited Hearing (Dkt. #5286) on the Attorney General's Corrected Motion to Quash Syncora's Subpoena to Depose Attorney General Bill Schuette. (Dkt. #5285)  The motion for expedited hearing is granted.

A hearing regarding the Attorney General's corrected motion to quash Syncora's subpoena shall be held on June 26, 2014, at 10:00 a.m. before the Honorable Steven Rhodes in Courtroom 100, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

Syncora shall file a written response by June 18, 2014.

.

**Signed on June 11, 2014**

                                                                     /s/ Steven Rhodes
                                                                       **Steven Rhodes**
                                                                       **United States Bankruptcy Judge**