211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Proof of Service Missing for Response (Entry #5249).

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☐ Original Signature
- ☑ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 6/9/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                          United States Bankruptcy Court
                           Eastern District of Michigan
In re:                                                             Case No. 13-53846-swr
City of Detroit, Michigan                                          Chapter 9
       Debtor                    CERTIFICATE OF NOTICE
District/off: 0645-2        User: ckata              Page 1 of 14          Date Rcvd: Jun 09, 2014
                            Form ID: def2            Total Noticed: 0
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust          Daniel M. McDermott
                                                                         TOTALS: 1, * 0, ## 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2014 at the address(es) listed below:
              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
               alfredo.perez@weil.com,kelly.diblasi@weil.com,debora.hoehne@weil.com,elizabeth.hendee@weil.com,
               edward.soto@weil.com,Edward.McCarthy@weil.com,brenda.funk@weil.com
              Alidz Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               oshagan@legghioisrael.com,  drf@legghioisrael.com
              Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
               allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
               allan.brilliant@dechert.com
              Allison Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
               abach@dickinsonwright.com
              Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
               achouprouta@kramerlevin.com
              Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
               acaton@kramerlevin.com,  achouprouta@kramerlevin.com
              Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
               aap43@outlook.com,  aap43law@gmail.com
              Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
               aap43law@gmail.com
              Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
               agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
              Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
               wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
              Angela Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
               HollisR@dhcmi.org
              Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
               stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;akochis@ecf.info
               ruptcy.com
              Anthony R. Paesano    on behalf of Creditor    Gratiot McDougall Homes, LLC
               apaesano@paesanoakkashian.com,  anixon@paesanoakkashian.com
              Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
               aoreilly@honigman.com,  ahatcher@honigman.com
              Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
               and Agricultural Implement Workers of America bceccotti@cwsny.com
              Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
              Barbara A. Patek    on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C.
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
               bpatek@ermanteicher.com
              Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
               bfagan@dibandfagan.com
              Benjamin J. Wilensky    on behalf of Creditor Robert  Cole bjw@seikalystewart.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com
      Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com
      Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com, wkyles@schaferandweiner.com
      Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com, ssikorski@manteselaw.com
      Brett A. Border    on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com, joumedian@sspclegal.com
      Brett A. Border    on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com, joumedian@sspclegal.com
      Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C. bborder@sspclegal.com, joumedian@sspclegal.com
      Brett A. Border    on behalf of Interested Party    Kondaur Capital Corporation bborder@sspclegal.com, joumedian@sspclegal.com
      Brett A. Border    on behalf of Creditor    Flagstar Bank, FSB bborder@sspclegal.com, joumedian@sspclegal.com
      Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
      Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
      Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
      Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
      Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
      Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
      Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com
      Bruce  Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan bbennett@jonesday.com
      Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
      Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
      Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation carol.cohen@arentfox.com
      Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
      Carole  Neville    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com
      Carole  Neville    on behalf of Retiree Committee    Official Committee of Retirees carole.neville@dentons.com,daniel.morris@dentons.com
      Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation caroline.english@arentfox.com
      Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation caroline.english@arentfox.com
      Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
      Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
      Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
      Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com, kkranz@wnj.com
      Charles N. Ash    on behalf of Defendant    UBS AG cash@wnj.com, kkranz@wnj.com
      Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
      Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
      Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
      Christopher A. Grosman    on behalf of Creditor    Oakland County, Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
      Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
      Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
      Corey M. Carpenter    on behalf of Interested Party Phyllis  Walker bocecf@boclaw.com, coreycarpenter@boclaw.com
      Corey M. Carpenter    on behalf of Interested Party Denise Evans Whitley bocecf@boclaw.com, coreycarpenter@boclaw.com
      Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association courtney.rogers@wallerlaw.com
      Courtney M. Rogers    on behalf of Interested Party    U.S. Bank National Association courtney.rogers@wallerlaw.com
      Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association
           czucker@ermanteicher.com
          Dale  Price    on behalf of Creditor    United States Equal Employment Opportunity Commission
           dale.price@eeoc.gov, legaldt.detroit@eeoc.gov
          Dan  Korobkin    on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party James  Washington dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
          Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          Daniel N. Adams    on behalf of Interested Party    Detroit Institute of Arts dadams@honigman.com,
           litdocket@honigman.com
          David  Eisenberg    on behalf of Creditor    Detroit Police Officers Association
           deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           deisenberg@ermanteicher.com
          David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
          David E. Lemke    on behalf of Creditor    U.S. Bank National Association david.lemke@wallerlaw.com
          David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
           dgheiman@jonesday.com
          David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
          David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation
           david.dubrow@arentfox.com
          David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
           nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
           nepc.com
          David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
           kbilpo@seyburn.com
          Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
           General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
          Deborah  Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
           kovskyd@pepperlaw.com, alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association
           dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
           dbeckwith@fosterswift.com
          Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.
           don@mcguiganlaw.com
          Douglas Steele    on behalf of Interested Party    International Association of Fire Fighters,
           AFL-CIO, CLC dls@wmlaborlaw.com
          Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           eerman@ermanteicher.com
          Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
           eerman@ermanteicher.com
          Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           eerman@ermanteicher.com
          Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC
           ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
          Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C.
           ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
          Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com,
           litdocket@honigman.com
          Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
           emajoros@glmpc.com
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
           bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association
           (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    EverBank bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
           bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company
           bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
           ecrowder@sbplclaw.com, lhaas@sbplclaw.com
          Eric Rosenberg    on behalf of Interested Party Patricia    Ramirez EJR@morganmeyers.com,
           amendiola@morganmeyers.com
          Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov
          Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
           carlson@millercanfield.com
          Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
           enovetsky@jaffelaw.com
          Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
           bankruptcy.maxwelldunn@gmail.com
          Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit efeldman@clarkhill.com
          Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
           efeldman@clarkhill.com
          Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
          Geoffrey T. Pavlic    on behalf of Creditor    Nuveen Asset Management pavlic@steinbergshapiro.com,
           jbrown@steinbergshapiro.com
          Geoffrey T. Pavlic    on behalf of Creditor    BlackRock Financial Management, Inc.
           pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
          Geoffrey T. Pavlic    on behalf of Creditor    Ad Hoc Bondholder Committee
           pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
          H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
           jabdelnour@resnicklaw.net
          Harold E. Nelson    on behalf of Creditor Brendan    Mylewski ecf-hen@rhoadesmckee.com
          Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc.
           ecf-hen@rhoadesmckee.com
          Heath Douglas Rosenblat    on behalf of Counter-Claimant    Wilmington Trust, N.A.
           Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association
           Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association
           Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat    on behalf of Defendant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
           Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
           hlennox@jonesday.com
          Heather Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
          Heidi Peterson    hdpeterson75@gmail.com
          Howard R. Hawkins, Jr.    on behalf of Defendant    UBS AG howard.hawkins@cwt.com,
           mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Howard R. Hawkins, Jr.    on behalf of Creditor   Merrill Lynch Capital Services, Inc.
     howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
    Howard R. Hawkins, Jr.    on behalf of Defendant   Merrill Lynch Capital Services, Inc.
     howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
    Howard S. Sher    on behalf of Intervenor-Defendant   Hypothekenbank Frankfurt AG
     howard@jacobweingarten.com
    Howard S. Sher    on behalf of Creditor   Hypothekenbank Frankfurt AG howard@jacobweingarten.com
    Howard S. Sher    on behalf of Intervenor-Defendant   Deutsche Bank AG, London
     howard@jacobweingarten.com
    Howard S. Sher    on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
     howard@jacobweingarten.com
    Howard S. Sher    on behalf of Intervenor-Defendant   Erste Europaische Pfandbrief- und
     Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
    Howard S. Sher    on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank
     Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
    Howard S. Sher    on behalf of Intervenor-Defendant   Dexia Holdings, Inc.
     howard@jacobweingarten.com
    Howard S. Sher    on behalf of Intervenor-Defendant   Hypothekenbank Frankfurt International S.A.
     howard@jacobweingarten.com
    Howard S. Sher    on behalf of Intervenor-Defendant   Dexia Credit Local howard@jacobweingarten.com
    Howard S. Sher    on behalf of Intervenor-Defendant   FMS Wertmanagement AR
     howard@jacobweingarten.com
    Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
    Hugh M. Davis    on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
    James  Sprayregen    on behalf of Interested Party   Syncora Capital Assurance Inc.
     james.sprayregen@kirkland.com
    James  Sprayregen    on behalf of Interested Party   Syncora Guarantee Inc.
     james.sprayregen@kirkland.com
    James  Sprayregen    on behalf of Interested Party   Syncora Holdings Ltd.
     james.sprayregen@kirkland.com
    Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
    Jamie Scott Fields    on behalf of Creditor   Retired Detroit Police Members Association
     jeansartre@msn.com
    Jason W. Bank    on behalf of Interested Party   Wade Trim Associates, Inc. jbank@kerr-russell.com
    Jason W. Bank    on behalf of Interested Party   New England Fertilizer Company
     jbank@kerr-russell.com
    Jeffery R. Sieving    on behalf of Creditor   International Outdoor, Inc. jeff@iobillboard.com
    Jeffrey  Rossman    on behalf of Creditor   U.S. Bank National Association jrossman@mwe.com
    Jeffrey  Rossman    on behalf of Defendant   U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
     Lhaidostian@mwe.com
    Jeffrey David Eaton    on behalf of Creditor   FMS Wertmanagement jeaton@schiffhardin.com
    Jeffrey H. Bigelman    on behalf of Creditor   Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
    Jeffrey S. Grasl    on behalf of Creditor   Sprint Communications Company LP
     jgrasl@mcdonaldhopkins.com,  sharrow@mcdonaldhopkins.com
    Jeffrey S. Grasl    on behalf of Creditor   Bishop Real Estate, L.L.C. jgrasl@mcdonaldhopkins.com,
     sharrow@mcdonaldhopkins.com
    Jennifer  Zbytowski Belveal    on behalf of Defendant   Detroit Entertainment, LLC
     jbelveal@honigman.com,  mjohnson@honigman.com
    Jennifer  Zbytowski Belveal    on behalf of Defendant   Greektown Casino, LLC
     jbelveal@honigman.com,  mjohnson@honigman.com
    Jeremiah Buffalo Wirgau    on behalf of Interested Party   CitiMortgage, Inc. jwirgau@sspclegal.com
    Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
    Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
    Jill Kristen Smith    on behalf of Creditor   Macomb County Jill.Smith@macombgov.org
    John A. Simon    on behalf of Debtor In Possession   City of Detroit, Michigan jsimon@foley.com
    John A. Stevens    on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
     jstevens@mathesonparr.com,  nlmumma@aol.com
    John E. Eaton    on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
     pjohnson@bredhoff.com
    John Joseph Ramirez    on behalf of Interested Party   Deutsche Bank AG, London
     john.ramirez@kattenlaw.com
    John P. Kapitan    on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com
    John P. Sieger    on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
     john.sieger@kattenlaw.com
    John T. Gregg    on behalf of Creditor   36th District Court for the State of Michigan
     jgregg@btlaw.com
    Jonathan S. Green    on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC
     green@millercanfield.com
    Jonathan S. Green    on behalf of Debtor In Possession   City of Detroit, Michigan
     green@millercanfield.com
    Joseph M. Fischer    on behalf of Creditor   Oakland County, Michigan brcy@carsonfischer.com,
     jfischer@carsonfischer.com
    Joseph Mark Fisher    on behalf of Creditor   FMS Wertmanagement mfisher@schiffhardin.com
    Joseph Mark Fisher    on behalf of Intervenor   FMS Wertmanagement AR mfisher@schiffhardin.com
    Joseph R. Sgroi    on behalf of Interested Party   General Motors LLC jsgroi@honigman.com,
     litdocket@honigman.com
    Joshua A. Gadharf    on behalf of Interested Party   Syncora Capital Assurance Inc.
     jgadharf@mcdonaldhopkins.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
              Judy B. Calton    on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Detroit Entertainment, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
               blundberg@honigman.com,  litdocket@honigman.com
              Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
               jcalton@honigman.com,  litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
               mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
               jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
               344 jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               jteicher@ermanteicher.com
              Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
               karen.dine@kattenlaw.com
              Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
              Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
              Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
               Avery@SilvermanMorris.com
              Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association Avery@SilvermanMorris.com
              Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               Avery@SilvermanMorris.com
              Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
               Avery@SilvermanMorris.com
              Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
               kressk@pepperlaw.com,  alexsym@pepperlaw.com
              Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London
               kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
              Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
               kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
              Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
               kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
              Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
               kschneider@schneidermiller.com
              Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
               kevin.baum@kattenlaw.com
              Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
               ksummers@dflaw.com,  mmichael@psedlaw.com;ccook@dflaw.com
              Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
              Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
               kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
              Kurt Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
               kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
              Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
               llarose@chadbourne.com,  skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
              Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
               llarose@chadbourne.com,  skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
              Leah Montesano    on behalf of Interested Party    Ambac Assurance Corporation
               leah.montesano@arentfox.com
              Leland Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
              Lisa Okasinski    on behalf of Creditor    HRT Enterprises lisa@demolaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit Lisa.Fenning@aporter.com
          Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit Lisa.Fenning@aporter.com
          Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
          Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
          Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com
          M. Ellen Dennis    on behalf of Creditor Ben   McKenzie, Jr. m.ellen.dennis@gmail.com, dwhadden@umich.edu
          Mallory Field    on behalf of Creditor    Retired Detroit Police Members Association MField@stroblpc.com, jmckeogh@stroblpc.com
          Mami Kato    on behalf of Interested Party    International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
          Mami Kato    on behalf of Creditor Devery   Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com
          Mami Kato    on behalf of Creditor Bruce   Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com
          Mami Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com
          Mami Kato    on behalf of Creditor Mary   Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com
          Mami Kato    on behalf of Interested Party    Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com
          Mami Kato    on behalf of Creditor Michael   Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com
          Mami Kato    on behalf of Creditor    Detroit Police Command Officers Association mkato@sachswaldman.com, pmerchak@sachswaldman.com
          Mami Kato    on behalf of Creditor Mary   Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com
          Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan swansonm@millercanfield.com
          Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
          Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation mark.angelov@arentfox.com
          Mark E. Bredow    on behalf of Creditor Carlton D. Carter mbredow@resnicklaw.net, jabdelnour@resnicklaw.net
          Mark E. Bredow    on behalf of Interested Party    Resnick & Moss, P.C. mbredow@resnicklaw.net, jabdelnour@resnicklaw.net
          Mark H. Shapiro    on behalf of Creditor    Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
          Mark H. Shapiro    on behalf of Interested Party    The Securities Industry and Financial Markets Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
          Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc. shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
          Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company mrj@wwrplaw.com
          Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
          Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
          Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc. bankrout@davispolk.com
          Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
          Mary Beth Cobbs    on behalf of Interested Party    City of Detroit Law Department cobbm@detroitmi.gov, mbcobbs@flash.net
          Matthew Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
          Matthew Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
          Matthew Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Wilkins    on behalf of Retiree Committee    Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Gernet Summers    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt AG summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    FMS Wertmanagement summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Matthew Gernet Summers   on behalf of Intervenor-Defendant   Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
        Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt AG summersm@ballardspahr.com
        Max J. Newman   on behalf of Interested Party   Wayne County Corporation newman@butzel.com
        Melissa L. Demorest   on behalf of Creditor   John W. and Vivian M. Denis Trust melissa@demolaw.com, paula@demolaw.com
        Melissa L. Demorest   on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com
        Melissa L. Demorest   on behalf of Creditor   T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com
        Melissa L. Demorest   on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com
        Melissa L. Demorest   on behalf of Creditor   HRT Enterprises melissa@demolaw.com, paula@demolaw.com
        Mercedes Varasteh Dordeski   on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com
        Meredith Taunt   on behalf of Creditor   Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com
        Michael Anthony Karman   on behalf of Creditor   Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com
        Michael Anthony Karman   on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com
        Michael C. Hammer   on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
        Michael C. Hammer   on behalf of Interested Party   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
        Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
        Michael R. Bell   on behalf of Interested Party Bill Schuette BellM1@michigan.gov
        Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
        Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com
        My Chi To   on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
        Nabih H. Ayad   on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com
        Nabih H. Ayad   on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com
        Nabih H. Ayad   on behalf of Interested Party   Michigan State Conference NAACP ayadlaw@hotmail.com
        Nabih H. Ayad   on behalf of Interested Party Donnell White ayadlaw@hotmail.com
        Nabih H. Ayad   on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com
        Nabih H. Ayad   on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com
        Niraj R. Ganatra   on behalf of Creditor   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net
        Noah J. Ornstein   on behalf of Interested Party   Syncora Guarantee Inc. noah.ornstein@kirkland.com
        Noah J. Ornstein   on behalf of Interested Party   Syncora Capital Assurance Inc. noah.ornstein@kirkland.com
        Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com
        Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
        Patrick E. Mears   on behalf of Creditor   36th District Court for the State of Michigan pmears@btlaw.com
        Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
        Paul R. Hage   on behalf of Plaintiff   National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
        Paula A. Hall   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
        Paula A. Hall   on behalf of Interested Party   Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
        Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
        Peter D. Dechiara   on behalf of Creditor   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
        Peter J. Roberts   on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
        Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation pcanzano@sidley.com
        Ralph A. Taylor   on behalf of Interested Party   Ambac Assurance Corporation ralph.taylor@arentfox.com
        Ralph A. Taylor   on behalf of Plaintiff   Ambac Assurance Corporation ralph.taylor@arentfox.com
        Randall A. Brater   on behalf of Interested Party   Ambac Assurance Corporation randall.brater@arentfox.com
        Randall A. Pentiuk   on behalf of Interested Party   Joliet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
        Randall A. Pentiuk   on behalf of Interested Party   Lafayette Town Houses, Inc. RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
        Randall A. Pentiuk   on behalf of Creditor   St. Martins Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
           Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Raymond   Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
          Raymond   Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Richard  Levin    on behalf of Interested Party    Detroit Institute of Arts rlevin@cravath.com,
           mao@cravath.com
          Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
          Richard G. Mack, Jr.    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           richardmack@millercohen.com, mcoil@millercohen.com
          Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
           Department ecf@kaalaw.com, wjackson@KAALaw.com
          Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
           robert.darnell@usdoj.gov
          Robert  Fetter    on behalf of Interested Party    Local 3308 of the American Federation of State,
           County and Municipal Employees rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert  Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert  Fetter    on behalf of Interested Party    Local 917 of the American Federation of State,
           County and Municipal Employees rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert A. Weisberg    on behalf of Creditor    Oakland County, Michigan BRCY@CARSONFISCHER.COM,
           rweisberg@carsonfischer.com
          Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
           rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert M. Fishman    rfishman@shawfishman.com
          Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
           robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
           robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com
          Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
           hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald C. Liscombe    on behalf of Creditor    Public Lighting Authority rliscombe@alglawpc.com
          Ronald L. Rose    on behalf of Interested Party Angie  Wong rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Laura  Malher rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Ian  Mobley rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party James  Washington rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Wanda  Leverette rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party    Health Alliance Plan of Michigan rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Kimberly  Mobley rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Paul  Kaiser rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Stephanie  Hollander rrose@dykema.com
          Ronald L. Rose    on behalf of Interested Party Nathaniel  Price rrose@dykema.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Ronald L. Rose    on behalf of Interested Party Jerome  Pierce rrose@dykema.com
Rozanne M. Giunta    on behalf of Interested Party    State of Michigan rmgiunta@lambertleser.com
Ryan  Cochran    on behalf of Creditor    U.S. Bank National Association ryan.cochran@wallerlaw.com
Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
   jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
   Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
   rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
   jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
   rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association
   rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
   jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
   jgreeniajdobrzycki@lippittokeefe.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
   ryan.bennett@kirkland.com,
   dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
   nd.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
   dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
   nd.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
   ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
   justin.bernbrock@kirkland.com,
   dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
   nd.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
   ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
   justin.bernbrock@kirkland.com,
   dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
   nd.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
   ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com,
   dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
   nd.com;noah.ornstein@kirkland.com
Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
   sam.alberts@dentons.com,  dan.barnowski@dentons.com
Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
   Michigan sam.alberts@dentons.com,  dan.barnowski@dentons.com
Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
   japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
   japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
   soconnor@glmpc.com
Sara Klettke MacWilliams    on behalf of Creditor    Oakland County, Michigan
   macwilliams@youngpc.com,  efiling@youngpc.com
Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
   david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
   stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com
Scott B. Kitei    on behalf of Interested Party    Detroit Institute of Arts skitei@honigman.com
Scott M. Watson    on behalf of Creditor    UBS AG swatson@wnj.com
Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
   Detroit sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Defendant    Detroit General Retirement System Service Corporation
   sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
   sdeeby@clarkhill.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
   State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
   State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
   State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
   slevine@lowenstein.com
Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
   lawtoll@comcast.net
Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
   mpearson@dykema.com;docket@dykema.com
Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
   mpearson@dykema.com;docket@dykema.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Sheryl L. Toby on behalf of Interested Party Barclays Capital, Inc. stoby@dykema.com, dguerrero@dykema.com
- Sheryl L. Toby on behalf of Creditor Downtown Development Authority stoby@dykema.com, dguerrero@dykema.com
- Stephen Wolpert on behalf of Creditor Macomb County stephen.wolpert@dechert.com
- Stephen B. Grow on behalf of Creditor UBS AG sgrow@wnj.com, kfrantz@wnj.com
- Stephen B. Grow on behalf of Creditor Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
- Stephen B. Grow on behalf of Defendant Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
- Stephen B. Grow on behalf of Defendant UBS AG sgrow@wnj.com, kfrantz@wnj.com
- Stephen C. Hackney on behalf of Interested Party Syncora Holdings Ltd. stephen.hackney@kirkland.com
- Stephen C. Hackney on behalf of Interested Party Syncora Guarantee Inc. stephen.hackney@kirkland.com
- Stephen C. Hackney on behalf of Interested Party Syncora Capital Assurance Inc. stephen.hackney@kirkland.com
- Stephen C. Hackney on behalf of Defendant Syncora Guarantee, Inc. stephen.hackney@kirkland.com
- Stephen M. Gross on behalf of Plaintiff Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
- Stephen M. Gross on behalf of Interested Party Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
- Stephen M. Gross on behalf of Creditor Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
- Stephen M. Gross on behalf of Interested Party Syncora Holdings Ltd. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
- Stephen M. Gross on behalf of Interested Party Syncora Capital Assurance Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
- Stephen S. LaPlante on behalf of Defendant City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
- Stephen S. LaPlante on behalf of Plaintiff City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
- Stephen S. LaPlante on behalf of Debtor In Possession City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
- Stephen S. LaPlante on behalf of Interested Party Detroit Institute of Arts laplante@millercanfield.com, skoczylas@millercanfield.com
- Steven B. Flancher on behalf of Interested Party State of Michigan flanchers@michigan.gov
- Steven G. Howell on behalf of Interested Party State of Michigan, Department of Attorney General showell@dickinsonwright.com
- Stuart A. Gold on behalf of Creditor Detroit Public Library sgold@glmpc.com
- Susheel Kirpalani on behalf of Plaintiff Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
- Susheel Kirpalani on behalf of Interested Party Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
- Suzanne L. Wahl on behalf of Creditor DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
- Tamar Dolcourt on behalf of Debtor In Possession City of Detroit, Michigan tdolcourt@foley.com
- Thomas B. Radom on behalf of Defendant Detroit Police And Fire Retirement System Service Corporation Radom@butzel.com
- Thomas B. Radom on behalf of Defendant Detroit General Retirement System Service Corporation Radom@butzel.com
- Thomas P. Christy on behalf of Creditor Berkshire Hathaway Assurance Corporation tchristy@garanlucow.com
- Thomas R. Morris on behalf of Plaintiff Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com
- Thomas R. Morris on behalf of Interested Party Donald Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com
- Thomas R. Morris on behalf of Creditor Donald Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com
- Thomas R. Morris on behalf of Interested Party Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com
- Thomas R. Morris on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association morris@silvermanmorris.com, marlene@silvermanmorris.com
- Thomas R. Morris on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com
- Thomas R. Morris on behalf of Interested Party Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com
- Thomas R. Morris on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com
- Timothy A. Fusco on behalf of Interested Party Meijer, Inc. fusco@millercanfield.com
- Timothy A. Fusco on behalf of Debtor In Possession City of Detroit, Michigan fusco@millercanfield.com
- Timothy R. Graves on behalf of Interested Party Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com
- Timothy R. Graves on behalf of Interested Party Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Tracy M. Clark   on behalf of Interested Party   Local 917 of the American Federation of State,
           County and Municipal Employees clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party   St. James Cooperative clark@steinbergshapiro.com,
           clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party   Joliet Town Houses Cooperative Association
           clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party   Lasalle Town Houses Cooperative Association
           clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party   Lafayette Town Houses, Inc.
           clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party   Local 3308 of the American Federation of State,
           County and Municipal Employees clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party   Nicolet Town Houses Cooperative Association
           clark@steinbergshapiro.com,  clark@ecf.inforuptcy.com
          Tracy M. Clark   on behalf of Interested Party K.S.  Doe clark@steinbergshapiro.com,
           clark@ecf.inforuptcy.com
          Trevor J. Zamborsky   on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Nicholas  Martin tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Trevor J. Zamborsky on behalf of Creditor Donna Weatherspoon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Robert Hall tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Jeremiah Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Jennifer Harris-Barnes tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Jermaine Gleen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Taesean Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Tarita Wilburn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Brandon Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Gregory Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Robert Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Terry Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Henry Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Woodrow Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Daniel Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Antonio Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Carolyn Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Ray Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Landon Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Raymond Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Winter Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Lucy Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Darnell Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Darchella Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Shumithia Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Clenette Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Bradley Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor David Both tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Floyd Brunson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Kevin Ivie tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Hondra Porter tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Taralyn Smith tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Raymond Thompson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Brandon Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Brady Johnson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Victoria Wilson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Jamie Jackson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Bernard White tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor James Matson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Joseph Wright tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Trevor J. Zamborsky    on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
               vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
              William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
              William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
              William C. Blasses    on behalf of Creditor    Jackie's Transport, Inc. wcb@osbig.com
              William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
               wcb@osbig.com
              William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
              William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
              William Norman Listman    on behalf of Interested Party    Southeastern Oakland County Water
               Authority wlistman@davislistman.com
              William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
              William W. Kannel    on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
              Winnifred P. Boylan    on behalf of Interested Party    State of Michigan wpboylan@lambertleser.com
              Wolfgang  Mueller    on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
               jsmith@olsmanlaw.com
              Wolfgang  Mueller    on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
               jsmith@olsmanlaw.com
              Wolfgang  Mueller    on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
               jsmith@olsmanlaw.com
              Wolfgang  Mueller    on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
               jsmith@olsmanlaw.com
              Yuliy  Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
               yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                             TOTAL: 570
```