

Phoenix Management Services®
www.phoenixmanagement.com

**Martha E. M. Kopacz**
**Senior Managing Director**

May 15, 2014

The Honorable Steven W. Rhodes
United States Bankruptcy Court
Eastern District of Michigan
Southern Division
211 W. Fort St., Suite 1800
Detroit, Michigan 48226

Dear Judge Rhodes,

Please find attached our invoice for the stub period of April 22, 2014 through April 30, 2014.
You will find 4 attached files, in addition to this cover letter:
1. US Bankruptcy Court-City of Detroit Invoice April 2014.pdf –this is the summary of our time by person. You will note we have included the 10% voluntary service on professional fees.
2. April Expenses by Category.pdf- These are the individual out of pocket expense items for the team.
3. April Summary of Time by Person.pdf- This contains the individual time entries by person.
4. April Summary of Time by Activity.pdf- This summaries activities by individuals.

If there is any additional information that you require please reach out to me.

Respectfully,


Martha E. M. Kopacz



**Phoenix Management Services, LLC**
110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

PHOENIX
PROVEN. RESULTS.

# Invoice

US Bankruptcy Court
City of Detroit
Bankruptcy
Case #13-53846

**Invoice Date:** May 13, 2014
**Invoice Num:** 2014-1
**Services Rendered** 4/22 - 4/30

### City of Detroit Bankruptcy - Managed by (Marti Kopacz)

**Professional Services:**

| Professional | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Marti Kopacz - Senior Managing Director | 44.90 | $595.00 | $26,715.50 |
| Brian F. Gleason - Senior Managing Director | 49.00 | $550.00 | $26,950.00 |
| Bob Childree - Director | 19.90 | $500.00 | $ 9,950.00 |
| Albert J. Mink - Managing Director | 19.90 | $450.00 | $ 8,955.00 |
| Michael Gaul - Director | 47.20 | $350.00 | $16,520.00 |
| Kevin Barr - Associate | 26.10 | $275.00 | $ 7,177.50 |

Total Professional Fees: $96,268.00

Less Service Credit: ($9,626.80)

**Reimbursable Expenses:**

| | |
| --- | --- |
| Air & Rail | $8,532.00 |
| Internet | $49.72 |
| Lodging | $3,824.56 |
| Meals | $1,165.41 |
| Mileage | $ 11.52 |
| Other – hotel tips | $ 5.00 |
| Parking | $ 50.00 |
| Taxi | $1,091.30 |
| **Total Expenses** | **$ 14,729.51** |

Amount Due This Invoice: $ 101,370.71

*This invoice is due upon receipt*

ACH and Wire Transfer Instructions are as Follows:
National Penn Bank
Account#218151926
ABA #031308784
Telephone:1-800-822-3321

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

**Profit Detail by Expense Code**

Printed on: 5/15/2014

Filters Used:
- Expense Log Date: 4/22/2014 to 4/30/2014
- Expense Log Project ID: City of Detroit Bankruptcy: to City of Detroit Bankruptcy:

| Date | Employee ID | Project ID | Units | Cost | Reimb Cost | MU % | Amount | Profit |
|---|---|---|---|---|---|---|---|---|
| *Air & Rail* | | | | | | | | |
| 4/23/2014 | M Kopacz | City of Detroit Bankruptcy: | 1.00 | $814.00 | $814.00 | 0.00 | $814.00 | $0.00 |
| 4/23/2014 | B Gleason | City of Detroit Bankruptcy: | 1.00 | $662.00 | $662.00 | 0.00 | $662.00 | $0.00 |
| 4/25/2014 | B Gleason | City of Detroit Bankruptcy: | 1.00 | $662.00 | $662.00 | 0.00 | $662.00 | $0.00 |
| 4/25/2014 | M Kopacz | City of Detroit Bankruptcy: | 1.00 | $25.00 | $25.00 | 0.00 | $25.00 | $0.00 |
| 4/28/2014 | B Gleason | City of Detroit Bankruptcy: | 1.00 | $662.00 | $662.00 | 0.00 | $662.00 | $0.00 |
| 4/28/2014 | A Mink | City of Detroit Bankruptcy: | 1.00 | $1,658.00 | $1,658.00 | 0.00 | $1,658.00 | $0.00 |
| 4/28/2014 | M Kopacz | City of Detroit Bankruptcy: | 1.00 | $705.00 | $705.00 | 0.00 | $705.00 | $0.00 |
| 4/28/2014 | K Barr | City of Detroit Bankruptcy: | 1.00 | $980.00 | $980.00 | 0.00 | $980.00 | $0.00 |
| 4/28/2014 | B. Childree | City of Detroit Bankruptcy: | 1.00 | $980.00 | $980.00 | 0.00 | $980.00 | $0.00 |
| 4/29/2014 | M Gaul | City of Detroit Bankruptcy: | 1.00 | $980.00 | $980.00 | 0.00 | $980.00 | $0.00 |
| 4/30/2014 | B Gleason | City of Detroit Bankruptcy: | 1.00 | $404.00 | $404.00 | 0.00 | $404.00 | $0.00 |
| | | Sub-Total: | | $8,532.00 | $8,532.00 | | $8,532.00 | $0.00 |
| *Internet* | | | | | | | | |
| 4/25/2014 | M Kopacz | City of Detroit Bankruptcy: | 1.00 | $27.46 | $27.46 | 0.00 | $27.46 | $0.00 |
| 4/29/2014 | B. Childree | City of Detroit Bankruptcy: | 1.00 | $22.26 | $22.26 | 0.00 | $22.26 | $0.00 |
| | | Sub-Total: | | $49.72 | $49.72 | | $49.72 | $0.00 |
| *Lodging* | | | | | | | | |
| 4/24/2014 | B Gleason | City of Detroit Bankruptcy: | 1.00 | $288.58 | $288.58 | 0.00 | $288.58 | $0.00 |
| 4/25/2014 | M Kopacz | City of Detroit Bankruptcy: | 1.00 | $549.70 | $549.70 | 0.00 | $549.70 | $0.00 |
| 4/28/2014 | B. Childree | City of Detroit Bankruptcy: | 1.00 | $256.07 | $256.07 | 0.00 | $256.07 | $0.00 |
| 4/28/2014 | M Kopacz | City of Detroit Bankruptcy: | 1.00 | $510.60 | $510.60 | 0.00 | $510.60 | $0.00 |
| 4/28/2014 | A Mink | City of Detroit Bankruptcy: | 1.00 | $322.87 | $322.87 | 0.00 | $322.87 | $0.00 |
| 4/29/2014 | A Mink | City of Detroit Bankruptcy: | 1.00 | $331.30 | $331.30 | 0.00 | $331.30 | $0.00 |
| 4/29/2014 | B. Childree | City of Detroit Bankruptcy: | 1.00 | $256.07 | $256.07 | 0.00 | $256.07 | $0.00 |
| 4/30/2014 | B Gleason | City of Detroit Bankruptcy: | 1.00 | $730.43 | $730.43 | 0.00 | $730.43 | $0.00 |
| 4/30/2014 | A Mink | City of Detroit Bankruptcy: | 1.00 | $322.87 | $322.87 | 0.00 | $322.87 | $0.00 |
| 4/30/2014 | B. Childree | City of Detroit Bankruptcy: | 1.00 | $256.07 | $256.07 | 0.00 | $256.07 | $0.00 |
| | | Sub-Total: | | $3,824.56 | $3,824.56 | | $3,824.56 | $0.00 |
| *Meals* | | | | | | | | |
| 4/23/2014 | M Kopacz | City of Detroit Bankruptcy: | 1.00 | $53.59 | $53.59 | 0.00 | $53.59 | $0.00 |

BillQuick Standard Report Copyright © 2012 BQE Software, Inc.

# Phoenix Management
110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 5/15/2014
Page 2 of 3

Filters Used:
- Expense Log Date: 4/22/2014 to 4/30/2014
- Expense Log Project ID: City of Detroit Bankruptcy: to City of Detroit Bankruptcy:

| Date | Employee ID | Project ID | Units | Cost | Reimb Cost | MU % | Amount | Profit |
|---|---|---|---|---|---|---|---|---|
| 4/24/2014 | M Kopacz | City of Detroit Bankruptcy: | 1.00 | $171.00 | $171.00 | 0.00 | $171.00 | $0.00 |
| 4/25/2014 | M Kopacz | City of Detroit Bankruptcy: | 1.00 | $36.73 | $36.73 | 0.00 | $36.73 | $0.00 |
| 4/25/2014 | B Gleason | City of Detroit Bankruptcy: | 1.00 | $2.60 | $2.60 | 0.00 | $2.60 | $0.00 |
| 4/25/2014 | B Gleason | City of Detroit Bankruptcy: | 1.00 | $23.36 | $23.36 | 0.00 | $23.36 | $0.00 |
| 4/28/2014 | A Mink | City of Detroit Bankruptcy: | 1.00 | $60.88 | $60.88 | 0.00 | $60.88 | $0.00 |
| 4/28/2014 | B. Childree | City of Detroit Bankruptcy: | 1.00 | $5.84 | $5.84 | 0.00 | $5.84 | $0.00 |
| 4/29/2014 | M Gaul | City of Detroit Bankruptcy: | 1.00 | $110.22 | $110.22 | 0.00 | $110.22 | $0.00 |
| 4/29/2014 | B Gleason | City of Detroit Bankruptcy: | 1.00 | $13.43 | $13.43 | 0.00 | $13.43 | $0.00 |
| 4/29/2014 | M Kopacz | City of Detroit Bankruptcy: | 1.00 | $447.55 | $447.55 | 0.00 | $447.55 | $0.00 |
| 4/30/2014 | M Gaul | City of Detroit Bankruptcy: | 1.00 | $201.60 | $201.60 | 0.00 | $201.60 | $0.00 |
| 4/30/2014 | M Kopacz | City of Detroit Bankruptcy: | 1.00 | $11.24 | $11.24 | 0.00 | $11.24 | $0.00 |
| 4/30/2014 | K Barr | City of Detroit Bankruptcy: | 1.00 | $7.41 | $7.41 | 0.00 | $7.41 | $0.00 |
| 4/30/2014 | B Gleason | City of Detroit Bankruptcy: | 1.00 | $19.96 | $19.96 | 0.00 | $19.96 | $0.00 |
| | | Sub-Total: | | $1,165.41 | $1,165.41 | | $1,165.41 | $0.00 |

## Mileage

| Date | Employee ID | Project ID | Units | Cost | Reimb Cost | MU % | Amount | Profit |
|---|---|---|---|---|---|---|---|---|
| 4/28/2014 | K Barr | City of Detroit Bankruptcy: | 18.00 | $11.52 | $0.00 | 0.00 | $11.52 | $0.00 |
| | | Sub-Total: | | $11.52 | $0.00 | | $11.52 | $0.00 |

## Other

| Date | Employee ID | Project ID | Units | Cost | Reimb Cost | MU % | Amount | Profit |
|---|---|---|---|---|---|---|---|---|
| 4/30/2014 | B Gleason | City of Detroit Bankruptcy: | 1.00 | $5.00 | $5.00 | 0.00 | $5.00 | $0.00 |
| | | Sub-Total: | | $5.00 | $5.00 | | $5.00 | $0.00 |

## Parking

| Date | Employee ID | Project ID | Units | Cost | Reimb Cost | MU % | Amount | Profit |
|---|---|---|---|---|---|---|---|---|
| 4/30/2014 | B Gleason | City of Detroit Bankruptcy: | 1.00 | $50.00 | $50.00 | 0.00 | $50.00 | $0.00 |
| | | Sub-Total: | | $50.00 | $50.00 | | $50.00 | $0.00 |

## Taxi

| Date | Employee ID | Project ID | Units | Cost | Reimb Cost | MU % | Amount | Profit |
|---|---|---|---|---|---|---|---|---|
| 4/23/2014 | M Kopacz | City of Detroit Bankruptcy: | 1.00 | $170.75 | $170.75 | 0.00 | $170.75 | $0.00 |
| 4/24/2014 | M Kopacz | City of Detroit Bankruptcy: | 1.00 | $18.00 | $18.00 | 0.00 | $18.00 | $0.00 |
| 4/25/2014 | M Kopacz | City of Detroit Bankruptcy: | 1.00 | $166.00 | $166.00 | 0.00 | $166.00 | $0.00 |
| 4/28/2014 | K Barr | City of Detroit Bankruptcy: | 1.00 | $42.00 | $42.00 | 0.00 | $42.00 | $0.00 |
| 4/28/2014 | B Gleason | City of Detroit Bankruptcy: | 1.00 | $182.50 | $182.50 | 0.00 | $182.50 | $0.00 |
| 4/28/2014 | A Mink | City of Detroit Bankruptcy: | 1.00 | $85.85 | $85.85 | 0.00 | $85.85 | $0.00 |
| 4/28/2014 | A Mink | City of Detroit Bankruptcy: | 1.00 | $73.00 | $73.00 | 0.00 | $73.00 | $0.00 |
| 4/29/2014 | M Gaul | City of Detroit Bankruptcy: | 1.00 | $51.70 | $51.70 | 0.00 | $51.70 | $0.00 |

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Profit Detail by Expense Code

Printed on: 5/15/2014
Page 3 of 3

Filters Used:
- Expense Log Date: 4/22/2014 to 4/30/2014
- Expense Log Project ID: City of Detroit Bankruptcy: to City of Detroit Bankruptcy:

| Date | Employee ID | Project ID | Units | Cost | Reimb Cost | MU % | Amount | Profit |
|---|---|---|---|---|---|---|---|---|
| 4/29/2014 | B. Childree | City of Detroit Bankruptcy: | 1.00 | $70.00 | $70.00 | 0.00 | $70.00 | $0.00 |
| 4/29/2014 | M Kopacz | City of Detroit Bankruptcy: | 1.00 | $162.75 | $162.75 | 0.00 | $162.75 | $0.00 |
| 4/30/2014 | B Gleason | City of Detroit Bankruptcy: | 1.00 | $68.75 | $68.75 | 0.00 | $68.75 | $0.00 |
| | | | Sub-Total: | $1,091.30 | $1,091.30 | | $1,091.30 | $0.00 |
| | | | Grand Total: | $14,729.51 | $14,717.99 | | $14,729.51 | $0.00 |

BillQuick Standard Report Copyright © 2012 BQE Software, Inc.

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

**Time Detail by Project & Employee**

Printed on: 5/15/2014
Page 1 of 4

Filters Used:
- Time Entry Date: 4/22/2014 to 4/30/2014
- Project ID: City of Detroit Bankruptcy: to City of Detroit Bankruptcy:

\* = Invoiced (mouse over for #), ♪ = Marked as Billed, ◊ = Non-Billable, × = Xtra

**Project ID - Name (Manager): City of Detroit Bankruptcy: - City of Detroit Bankruptcy (Marti Kopacz)**

| Day | Date | Task ID | Description | Hrs | B-Hrs | Amount | |
|---|---|---|---|---|---|---|---|
| **A Mink - Albert J. Mink**, Managing Director | | | | | | | |
| Tues | 4/22/2014 | BK-COM-AM:PT | Communications with Phoenix team members | 0.80 | 0.80 | $360.00 | |
| Wed | 4/23/2014 | BK-FIN-AM:RA | Review and Analysis of Core Documents | 2.40 | 2.40 | $1,080.00 | |
| Thur | 4/24/2014 | BK-FIN-AM:RA | Review and Analysis of Core Documents | 2.60 | 2.60 | $1,170.00 | |
| Fri | 4/25/2014 | BK-COM-AM:PT | Communications with Phoenix team members | 1.60 | 1.60 | $720.00 | |
| Mon | 4/28/2014 | BK-FIN-AM:RA | Review and Analysis of Core Documents | 2.00 | 2.00 | $900.00 | |
| Tues | 4/29/2014 | BK-FIN-AM:RA | Review and Analysis of Core Documents | 2.50 | 2.50 | $1,125.00 | |
| Tues | 4/29/2014 | BK-COM-AM:PT | Communications with Phoenix team members | 2.50 | 2.50 | $1,125.00 | |
| Wed | 4/30/2014 | BK-INF-AM:IN | Prep for, follow up and interviews with parties of interest | 1.20 | 1.20 | $540.00 | |
| Wed | 4/30/2014 | BK-FIN-AM:AF | Analysis of Financials, Models, etc. | 1.00 | 1.00 | $450.00 | |
| Wed | 4/30/2014 | BK-INF-AM:RE | Research-historical city data | 3.30 | 3.30 | $1,485.00 | |
| | | | **A Mink Total:** | **19.90** | **19.90** | **$8,955.00** | |
| **B Gleason - Brian F. Gleason**, Senior Managing Director | | | | | | | |
| Tues | 4/22/2014 | BK-COM-BG:PT | Communications with Phoenix team members | 0.80 | 0.80 | $440.00 | |
| Tues | 4/22/2014 | BK-FIN-BG:RA | Review and Analysis of Core Documents | 5.20 | 5.20 | $2,860.00 | |
| Thur | 4/24/2014 | BK-INF-BG:IN | Prep for, follow up and interviews with parties of interest | 1.30 | 1.30 | $715.00 | |
| Thur | 4/24/2014 | BK-FIN-BG:RA | Review and Analysis of Core Documents | 2.60 | 2.60 | $1,430.00 | |
| Thur | 4/24/2014 | BK-INF-BG:IN | Prep for, follow up and interviews with parties of interest | 1.30 | 1.30 | $715.00 | |
| Thur | 4/24/2014 | BK-COM-BG:PT | Communications with Phoenix team members | 1.00 | 1.00 | $550.00 | |
| Thur | 4/24/2014 | BK-DEV-BG:RD | Report developement | 2.00 | 2.00 | $1,100.00 | |
| Thur | 4/24/2014 | BK-INF-BG:IN | Prep for, follow up and interviews with parties of interest | 1.80 | 1.80 | $990.00 | |
| Fri | 4/25/2014 | BK-FIN-BG:RA | Review and Analysis of Core Documents | 1.60 | 1.60 | $880.00 | |
| Fri | 4/25/2014 | BK-FIN-BG:RA | Review and Analysis of Core Documents | 0.70 | 0.70 | $385.00 | |
| Fri | 4/25/2014 | BK-COM-BG:PT | Communications with Phoenix team members | 1.60 | 1.60 | $880.00 | |
| Fri | 4/25/2014 | BK-DEV-BG:RD | Report developement | 1.50 | 1.50 | $825.00 | |
| Fri | 4/25/2014 | BK-FIN-BG:RA | Review and Analysis of Core Documents | 2.20 | 2.20 | $1,210.00 | |
| Sat | 4/26/2014 | BK-INF-BG:IN | Prep for, follow up and interviews with parties of interest | 0.80 | 0.80 | $440.00 | |
| Mon | 4/28/2014 | BK-ADMIN-BG:TR | Bankruptcy - Administration Travel | 1.50 | 1.50 | $825.00 | |
| Mon | 4/28/2014 | BK-FIN-BG:RA | Review and Analysis of Core Documents | 3.50 | 3.50 | $1,925.00 | |
| Mon | 4/28/2014 | BK-ADVIS-BG:CH | Bankruptcy - Court Hearing & Preparation | 2.00 | 2.00 | $1,100.00 | |
| Tues | 4/29/2014 | BK-COM-BG:EX | Communications with external parties of interest | 2.80 | 2.80 | $1,540.00 | |
| Tues | 4/29/2014 | BK-FIN-BG:RA | Review and Analysis of Core Documents | 2.00 | 2.00 | $1,100.00 | |
| Tues | 4/29/2014 | BK-COM-BG:PT | Communications with Phoenix team members | 2.50 | 2.50 | $1,375.00 | |
| Tues | 4/29/2014 | BK-INF-BG:IN | Prep for, follow up and interviews with parties of interest | 1.80 | 1.80 | $990.00 | |
| Wed | 4/30/2014 | BK-ADMIN-BG:AD | Bankruptcy - Administration | 2.00 | 2.00 | $1,100.00 | |
| Wed | 4/30/2014 | BK-FIN-BG:RA | Review and Analysis of Core Documents | 1.70 | 1.70 | $935.00 | |
| Wed | 4/30/2014 | BK-INF-BG:RE | Research-historical city data | 3.30 | 3.30 | $1,815.00 | |
| Wed | 4/30/2014 | BK-ADMIN-BG:TR | Bankruptcy - Administration Travel | 1.50 | 1.50 | $825.00 | |
| | | | **B Gleason Total:** | **49.00** | **49.00** | **$26,950.00** | |

**B. Childree - Bob Childree**, Director

BillQuick Standard Report Copyright © 2012 BQE Software, Inc.

**Phoenix Management**
110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Time Detail by Project & Employee

Printed on: 5/15/2014
Page 2 of 4

Filters Used:
- Time Entry Date: 4/22/2014 to 4/30/2014
- Project ID: City of Detroit Bankruptcy: to City of Detroit Bankruptcy:

※ = Invoiced (mouse over for #), ⌐ = Marked as Billed, ◊ = Non-Billable, × = Xtra

**Project ID - Name (Manager): City of Detroit Bankruptcy: - City of Detroit Bankruptcy (Marti Kopacz)**

| Day | Date | Task ID | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| Tues | 4/22/2014 | BK-COM-BC:PT | Communications with Phoenix team members | 0.70 | 0.70 | $350.00 | |
| Fri | 4/25/2014 | BK-COM-BC:PT | Communications with Phoenix team members | 1.50 | 1.50 | $750.00 | |
| Sat | 4/26/2014 | BK-FIN-BC:RA | Review and Analysis of Core Documents | 2.00 | 2.00 | $1,000.00 | |
| Sun | 4/27/2014 | BK-FIN-BC:RA | Review and Analysis of Core Documents | 2.00 | 2.00 | $1,000.00 | |
| Mon | 4/28/2014 | BK-FIN-BC:RA | Review and Analysis of Core Documents | 2.00 | 2.00 | $1,000.00 | |
| Tues | 4/29/2014 | BK-COM-BC:PT | Communications with Phoenix team members | 2.00 | 2.00 | $1,000.00 | |
| Tues | 4/29/2014 | BK-INF-BC:IN | Prep for, follow up and interviews with parties of interest | 0.50 | 0.50 | $250.00 | |
| Tues | 4/29/2014 | BK-INF-BC:IN | Prep for, follow up and interviews with parties of interest | 2.80 | 2.80 | $1,400.00 | |
| Wed | 4/30/2014 | BK-FIN-BC:RA | Review and Analysis of Core Documents | 2.00 | 2.00 | $1,000.00 | |
| Wed | 4/30/2014 | BK-COM-BC:EX | Communications with external parties of interest | 3.30 | 3.30 | $1,650.00 | |
| Wed | 4/30/2014 | BK-INF-BC:IN | Prep for, follow up and interviews with parties of interest | 1.10 | 1.10 | $550.00 | |
| | | | **B. Childree Total:** | **19.90** | **19.90** | **$9,950.00** | |

**K Barr - Kevin Barr**, Associate

| Day | Date | Task ID | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| Tues | 4/22/2014 | BK-COM-KB:PT | Communications with Phoenix team members | 0.80 | 0.80 | $220.00 | |
| Wed | 4/23/2014 | BK-FIN-KB:RA | Review and Analysis of Core Documents | 1.40 | 1.40 | $385.00 | |
| Fri | 4/25/2014 | BK-COM-KB:PT | Communications with Phoenix team members | 1.60 | 1.60 | $440.00 | |
| Fri | 4/25/2014 | BK-FIN-KB:RA | Review and Analysis of Core Documents | 3.20 | 3.20 | $880.00 | |
| Sun | 4/27/2014 | BK-FIN-KB:RA | Review and Analysis of Core Documents | 2.90 | 2.90 | $797.50 | |
| Mon | 4/28/2014 | BK-FIN-KB:RA | Review and Analysis of Core Documents | 0.80 | 0.80 | $220.00 | |
| Mon | 4/28/2014 | BK-ADMIN-KB:TR | Bankruptcy - Administration Travel | 1.50 | 1.50 | $412.50 | |
| Tues | 4/29/2014 | BK-COM-KB:EX | Communications with external parties of interest | 0.30 | 0.30 | $82.50 | |
| Tues | 4/29/2014 | BK-COM-KB:PT | Communications with Phoenix team members | 0.80 | 0.80 | $220.00 | |
| Tues | 4/29/2014 | BK-FIN-KB:RA | Review and Analysis of Core Documents | 1.70 | 1.70 | $467.50 | |
| Tues | 4/29/2014 | BK-FIN-KB:AF | Analysis of Financials, Models, etc. | 1.80 | 1.80 | $495.00 | |
| Tues | 4/29/2014 | BK-ADMIN-KB:AD | Bankruptcy - Administration | 0.20 | 0.20 | $55.00 | |
| Wed | 4/30/2014 | BK-FIN-KB:AF | Analysis of Financials, Models, etc. | 0.50 | 0.50 | $137.50 | |
| Wed | 4/30/2014 | BK-COM-KB:EX | Communications with external parties of interest | 3.30 | 3.30 | $907.50 | |
| Wed | 4/30/2014 | BK-ADMIN-KB:AD | Bankruptcy - Administration | 0.80 | 0.80 | $220.00 | |
| Wed | 4/30/2014 | BK-INF-KB:IN | Prep for, follow up and interviews with parties of interest | 1.10 | 1.10 | $302.50 | |
| Wed | 4/30/2014 | BK-ADMIN-KB:AD | Bankruptcy - Administration | 2.00 | 2.00 | $550.00 | |
| Wed | 4/30/2014 | BK-COM-KB:EX | Communications with external parties of interest | 1.10 | 1.10 | $302.50 | |
| Wed | 4/30/2014 | BK-ADMIN-KB:AD | Bankruptcy - Administration | 0.30 | 0.30 | $82.50 | |
| | | | **K Barr Total:** | **26.10** | **26.10** | **$7,177.50** | |

**M Gaul - Michael Gaul**, Director

| Day | Date | Task ID | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| Tues | 4/22/2014 | BK-COM-MG:PT | Communications with Phoenix team members | 0.80 | 0.80 | $280.00 | |
| Tues | 4/22/2014 | BK-FIN-MG:RA | Review and Analysis of Core Documents | 2.50 | 2.50 | $875.00 | |
| Wed | 4/23/2014 | BK-FIN-MG:RA | Review and Analysis of Core Documents | 4.40 | 4.40 | $1,540.00 | |
| Thur | 4/24/2014 | BK-FIN-MG:RA | Review and Analysis of Core Documents | 3.20 | 3.20 | $1,120.00 | |
| Fri | 4/25/2014 | BK-FIN-MG:RA | Review and Analysis of Core Documents | 2.60 | 2.60 | $910.00 | |

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Time Detail by Project & Employee

Printed on: 5/15/2014
Page 3 of 4

Filters Used:
- Time Entry Date: 4/22/2014 to 4/30/2014
- Project ID: City of Detroit Bankruptcy: to City of Detroit Bankruptcy:

✎ = Invoiced (mouse over for #), ✓ = Marked as Billed, ◇ = Non-Billable, × = Xtra

**Project ID - Name (Manager): City of Detroit Bankruptcy: - *City of Detroit Bankruptcy* (Marti Kopacz)**

| Day | Date | Task ID | Description | Hrs | B-Hrs | Amount | |
|---|---|---|---|---|---|---|---|
| **M Gaul - *Michael Gaul, Director*** | | | | | | | |
| Fri | 4/25/2014 | BK-COM-MG:PT | Communications with Phoenix team members | 1.60 | 1.60 | $560.00 | |
| Fri | 4/25/2014 | BK-DEV-MG:RD | Report developement | 2.80 | 2.80 | $980.00 | |
| Sat | 4/26/2014 | BK-DEV-MG:RD | Report developement | 2.20 | 2.20 | $770.00 | |
| Sat | 4/26/2014 | BK-FIN-MG:RA | Review and Analysis of Core Documents | 1.10 | 1.10 | $385.00 | |
| Sun | 4/27/2014 | BK-DEV-MG:RD | Report developement | 1.90 | 1.90 | $665.00 | |
| Sun | 4/27/2014 | BK-FIN-MG:RA | Review and Analysis of Core Documents | 1.00 | 1.00 | $350.00 | |
| Mon | 4/28/2014 | BK-FIN-MG:RA | Review and Analysis of Core Documents | 7.20 | 7.20 | $2,520.00 | |
| Tues | 4/29/2014 | ADMIN-MG:BT | Administration - Billable Travel | 1.50 | 1.50 | $525.00 | |
| Tues | 4/29/2014 | BK-COM-MG:PT | Communications with Phoenix team members | 1.40 | 1.40 | $490.00 | |
| Tues | 4/29/2014 | BK-FIN-MG:RA | Review and Analysis of Core Documents | 2.80 | 2.80 | $980.00 | |
| Wed | 4/30/2014 | BK-COM-MG:PT | Communications with Phoenix team members | 0.60 | 0.60 | $210.00 | |
| Wed | 4/30/2014 | BK-COM-MG:EX | Communications with external parties of interest | 1.10 | 1.10 | $385.00 | |
| Wed | 4/30/2014 | BK-ADMIN-MG:AD | Bankruptcy - Administration | 1.40 | 1.40 | $490.00 | |
| Wed | 4/30/2014 | BK-FIN-MG:RA | Review and Analysis of Core Documents | 3.80 | 3.80 | $1,330.00 | |
| Wed | 4/30/2014 | BK-INF-MG:RE | Research-historical city data | 3.30 | 3.30 | $1,155.00 | |
| | | | **M Gaul Total:** | **47.20** | **47.20** | **$16,520.00** | |
| **M Kopacz - *Marti Kopacz, Senior Managing Director*** | | | | | | | |
| Tues | 4/22/2014 | BK-COM-MEK:EX | Communications with external parties of interest | 1.40 | 1.40 | $833.00 | |
| Tues | 4/22/2014 | BK-COM-MEK:PT | Communications with Phoenix team members | 0.80 | 0.80 | $476.00 | |
| Wed | 4/23/2014 | BK-ADMIN-MEK:TR | Bankruptcy - Administration Travel | 2.00 | 2.00 | $1,190.00 | |
| Wed | 4/23/2014 | BK-INF-MEK:IN | Prep for, follow up and interviews with parties of interest | 3.20 | 3.20 | $1,904.00 | |
| Wed | 4/23/2014 | BK-COM-MEK:EX | Communications with external parties of interest | 1.80 | 1.80 | $1,071.00 | |
| Thur | 4/24/2014 | BK-COM-MEK:EX | Communications with external parties of interest | 0.30 | 0.30 | $178.50 | |
| Thur | 4/24/2014 | BK-INF-MEK:IN | Prep for, follow up and interviews with parties of interest | 5.90 | 5.90 | $3,510.50 | |
| Thur | 4/24/2014 | BK-COM-MEK:PT | Communications with Phoenix team members | 1.80 | 1.80 | $1,071.00 | |
| Fri | 4/25/2014 | BK-FIN-MEK:RA | Review and Analysis of Core Documents | 3.20 | 3.20 | $1,904.00 | |
| Fri | 4/25/2014 | BK-ADMIN-MEK:TR | Bankruptcy - Administration Travel | 2.00 | 2.00 | $1,190.00 | |
| Fri | 4/25/2014 | BK-ADMIN-MEK:AD | Bankruptcy - Administration | 0.60 | 0.60 | $357.00 | |
| Fri | 4/25/2014 | BK-COM-MEK:PT | Communications with Phoenix team members | 1.60 | 1.60 | $952.00 | |
| Mon | 4/28/2014 | BK-FIN-MEK:RA | Review and Analysis of Core Documents | 3.10 | 3.10 | $1,844.50 | |
| Mon | 4/28/2014 | BK-COM-MEK:EX | Communications with external parties of interest | 0.10 | 0.10 | $59.50 | |
| Tues | 4/29/2014 | BK-INF-MEK:IN | Prep for, follow up and interviews with parties of interest | 3.30 | 3.30 | $1,963.50 | |
| Tues | 4/29/2014 | BK-FIN-MEK:RA | Review and Analysis of Core Documents | 2.50 | 2.50 | $1,487.50 | |
| Tues | 4/29/2014 | BK-COM-MEK:EX | Communications with external parties of interest | 0.90 | 0.90 | $535.50 | |
| Tues | 4/29/2014 | BK-COM-MEK:PT | Communications with Phoenix team members | 0.70 | 0.70 | $416.50 | |
| Tues | 4/29/2014 | BK-ADMIN-MEK:TR | Bankruptcy - Administration Travel | 1.50 | 1.50 | $892.50 | |
| Tues | 4/29/2014 | BK-ADMIN-MEK:AD | Bankruptcy - Administration | 0.10 | 0.10 | $59.50 | |

# Phoenix Management
110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Filters Used:
- Time Entry Date: 4/22/2014 to 4/30/2014
- Project ID: City of Detroit Bankruptcy: to City of Detroit Bankruptcy:

☼ = Invoiced (mouse over for #), ✓ = Marked as Billed, ◊ = Non-Billable, × = Xtra

**Project ID - Name (Manager): City of Detroit Bankruptcy: - City of Detroit Bankruptcy (Marti Kopacz)**

| Day | Date | Task ID | Description | Hrs | B-Hrs | Amount | |
|---|---|---|---|---|---|---|---|
| M Kopacz - Marti Kopacz, Senior Managing Director | | | | | | | |
| Wed | 4/30/2014 | BK-ADMIN-MEK:AD | Bankruptcy - Administration | 2.30 | 2.30 | $1,368.50 | |
| Wed | 4/30/2014 | BK-ADMIN-MEK:GR | Research-general research on economic conditions | 5.20 | 5.20 | $3,094.00 | |
| Wed | 4/30/2014 | BK-COM-MEK:EX | Communications with external parties of interest | 0.60 | 0.60 | $357.00 | |
| | | | M Kopacz Total: | 44.90 | 44.90 | $26,715.50 | |
| | | | Project City of Detroit Bankruptcy: Total: | 207.00 | 207.00 | $96,268.00 | |
| | | | Grand Total: | 207.00 | 207.00 | $96,268.00 | |

BillQuick Standard Report Copyright © 2012 BQE Software, Inc.