UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED 2014 JUN 12 P 2:52
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

In re

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

# SUPPLEMENTAL ORDER REGARDING MEDIATION CONFIDENTIALITY

(FILED UNDER SEAL)