# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

City of Detroit, Michigan,

       Debtor.

Case No. 13-53846
Chapter 9
Hon. Steven W. Rhodes

---

**ORDER GRANTING JOINT MOTION OF COMMUNITY FOUNDATION FOR SOUTHEAST MICHIGAN, WILLIAM DAVIDSON FOUNDATION, THE FRED A. AND BARBARA M. ERB FAMILY FOUNDATION, MAX M. AND MARJORIE S. FISHER FOUNDATION, FORD FOUNDATION, HUDSON-WEBBER FOUNDATION, THE KRESGE FOUNDATION, W.K. KELLOGG FOUNDATION, JOHN S. AND JAMES L. KNIGHT FOUNDATION MCGREGOR FUND, CHARLES STEWART MOTT FOUNDATION AND A. PAUL AND CAROL C. SCHAAP FOUNDATION <u>TO QUASH SUBPOENAS DUCES TECUM</u>**

This matter having come before the Court upon the joint motion of Community Foundation for Southeast Michigan, William Davidson Foundation, The Fred A. and Barbara M. Erb Family Foundation, Max M. and Marjorie S. Fisher Foundation, Ford Foundation, Hudson-Webber Foundation, The Kresge Foundation, W.K. Kellogg Foundation, John S. and James L. Knight Foundation McGregor Fund, Charles Stewart Mott Foundation and A. Paul and Carol C. Schaap Foundation to quash subpoenas duces tecum issued to each of them by Syncora Guarantee and Syncora Capital Assurance (Docket No. \_\_\_\_); and,

The Court having read and considered the pleadings and the arguments of counsel, and it appearing to the Court that good cause has been demonstrated.

IT IS ORDERED that the joint motion of Community Foundation for Southeast Michigan, William Davidson Foundation, The Fred A. and Barbara M. Erb Family Foundation, Max M. and Marjorie S. Fisher Foundation, Ford Foundation, Hudson-Webber Foundation, The Kresge Foundation, W.K. Kellogg Foundation, John S. and James L. Knight Foundation McGregor Fund, Charles Stewart Mott Foundation and A. Paul and Carol C. Schaap Foundation to quash subpoenas duces tecum issued to each of them by Syncora Guarantee and Syncora Capital Assurance is granted in its entirety, and the depositions sought thereby shall not be held, and the document requests to each of the foregoing parties shall be quashed.

Open.18341.41654.14183784-1