UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | | |
|---|---|---|
| In re | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |
| _____ | ) | |

## NOTICE OF MOTION TO QUASH SUBPOENAS DUCES TECUM

On June 12, 2014, Community Foundation for Southeast Michigan, William Davidson Foundation, The Fred A. and Barbara M. Erb Family Foundation, Max M. and Marjorie S. Fisher Foundation, The Ford Foundation, Hudson-Webber Foundation, W.K. Kellogg Foundation, McGregor Fund, Charles Stewart Mott Foundation and A. Paul and Carol C. Schaap Foundation (the "Foundations") have filed the following Motion with the Court:

JOINT MOTION TO QUASH SUBPOENAS DUCES

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief as requested, or if you want the Court to consider your views on the motion, within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at 1:

Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the 14 day period expires.

You must also mail a copy to:

Douglas C. Bernstein, Esq.
PLUNKETT COONEY
38505 Woodward Ave., Ste. 2000
Bloomfield Hills, MI 48304

---

1 Objection or request must comply with F.R. Civ.P. 8(b), (c) and (e)

Harvey Kurzweil
Desiree M. Ripo
WINSTON & STRAWN LLP
Attorneys for The Kresge Foundation
200 Park Avenue
New York, New York 10166-4193

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

PLUNKETT COONEY

/s/ Douglas C. Bernstein
Attorneys for CFSM, the Davidson
Foundation, the Erb Foundation, the Fisher
Foundation, Ford Foundation, Hudson-Webber
Foundation, the Kellogg Foundation,
McGregor Fund, the Mott Foundation and the
Schaap Foundation
38505 Woodward Ave., Ste. 2000
Bloomfield Hills, Michigan 48304
(248) 901-4091
dbernstein@plunkettcooney.com

and

*Of counsel*

WINSTON & STRAWN LLP

Harvey Kurzweil
New York State Bar No. 1251610
Desiree M. Ripo
New York State Bar No. 4589552
Attorneys for The Kresge Foundation
200 Park Avenue
New York, New York 10166-4193
(212) 294-6700
HKurzweil@winston.com
DMRipo@winston.com

Date: June 12, 2014
Open.18341.41654.14186427-1