UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

--------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
--------------------------------------------------------x

**FOURTH STIPULATION FOR AN ORDER EXTENDING DEADLINE FOR MICHIGAN AFSCME COUNCIL 25 AND ITS AFFILIATED DETROIT LOCALS TO FILE MOTION UNDER BANKRUPTCY RULE 3018**

The City of Detroit (the "City") and Michigan AFSCME Council 25 and its affiliated Detroit Locals ("AFSCME" and, together with the City, the "Parties"), by and through each of their undersigned counsel, stipulate as follows:

1. On February 21, 2014, AFSCME filed proof of claim number 2958 asserting liabilities against the City in the aggregate amount of not less than $8,718,697,854.82 (the "AFSCME Claim").

2. Also on February 21, 2014, the Coalition of Detroit Unions, of which AFSCME is a member, filed proof of claim number 2851 asserting liabilities against the City in the aggregate amount of $242,586,116.50 (the "Coalition Claim" and, together with the AFSCME Claim, the "Claims").

3. On March 11, 2014, the Court entered the Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Adjustment and (II) Approving Notice Procedures Related to Confirmation of the Plan of Adjustment (Docket No. 2984) (the "Solicitation Procedures Order").

4. Pursuant to the tabulation rules set forth on Exhibit 1 to the Solicitation Procedures Order (the "Tabulation Rules"):

> if the City has filed and served an objection to a claim by May 15, 2014, such claim will be temporarily allowed or disallowed for voting purposes in accordance with the relief sought in the objection. If an objection does not identify the proposed amount of a claim (e.g., if the claim remains subject to estimation or liquidation), then such claim will be temporarily allowed in the amount of $1.00.

Tabulation Rules, at § VII.

5. Pursuant to the Solicitation Procedures Order, any claimant seeking treatment of a claim for voting purposes other than in accordance with the Tabulation Rules must file a motion under Rule 3018 of the Federal Rules of Bankruptcy Procedure (a "Rule 3018 Motion") by the later of: (a) May 1, 2014; or (b) 10 days after the date of service of a notice of objection, if any, to the applicable claim. Solicitation Procedures Order, at ¶ 13.

6. On May 15, 2014, the City filed and served objections to (a) the Coalition Claim (Docket No. 4874) and (b) the AFSCME Claim (Docket No. 4876). Accordingly, the deadline for AFSCME to file any Rule 3018 Motion

(the "Rule 3018 Motion Deadline") with respect to the Claims is Tuesday, May 27, 2014.

7. On May 27, 2014, the Parties filed the Stipulation for an Order Extending Deadline for Michigan AFSCME Council 25 and Its Affiliated Detroit Locals to File Motion Under Bankruptcy Rule 3018 (Docket No. 5037) (the "First Stipulation") requesting that the Court extend the Rule 3018 Motion Deadline with respect to the Claims to May 30, 2014. By an order entered on May 29, 2014 (Docket No. 5142), the Court granted the relief requested by the Parties in the First Stipulation.

8. On May 29, 2014, the Parties filed the Second Stipulation for an Order Extending Deadline for Michigan AFSCME Council 25 and Its Affiliated Detroit Locals to File Motion Under Bankruptcy Rule 3018 (Docket No. 5151) (the "Second Stipulation") requesting that the Court extend the Rule 3018 Motion Deadline with respect to the Claims to June 6, 2014. By an order entered on May 30, 2014 (Docket No. 5152), the Court granted the relief requested by the Parties in the Second Stipulation.

9. On June 5, 2014, the Parties filed the Third Stipulation for an Order Extending Deadline for Michigan AFSCME Council 25 and Its Affiliated Detroit Locals to File Motion Under Bankruptcy Rule 3018 (Docket No. 5234) (the "Third Stipulation") requesting that the Court extend the Rule 3018 Motion

Deadline with respect to the Claims to June 6, 2014. By an order entered on June 5, 2014 (Docket No. 5237), the Court granted the relief requested by the Parties in the Third Stipulation.

10. The Parties: (a) have agreed to further extend the Rule 3018 Motion Deadline through and including Thursday, June 19, 2014 and to establish (i) July 3, 2014 as the deadline for any response by the City to a timely Rule 3018 Motion filed by AFSCME and (ii) July 7, 2014 as and the reply deadline for AFSCME; and (b) request that the Court enter the proposed Order attached hereto as <u>Exhibit 1</u> approving this Stipulation.

Dated: June 13, 2014

| | |
|---|---|
| /s/ Sharon L. Levine | /s/ Heather Lennox |
| Sharon L. Levine | David G. Heiman (OH 0038271) |
| Philip J. Gross | Heather Lennox (OH 0059649) |
| LOWENSTEIN SANDLER LLP | JONES DAY |
| 65 Livingston Avenue | North Point |
| Roseland, New Jersey 07068 | 901 Lakeside Avenue |
| Telephone: (973) 597-2500 | Cleveland, Ohio 44114 |
| Facsimile: (973) 597-6247 | Telephone: (216) 586-3939 |
| slevine@lowenstein.com | Facsimile: (216) 579-0212 |
| pgross@lowenstein.com | dgheiman@jonesday.com |
| | hlennox@jonesday.com |
| Herbert A. Sanders | |
| THE SANDERS LAW FIRM PC | Bruce Bennett (CA 105430) |
| 615 Griswold St., Suite 913 | JONES DAY |
| Detroit, MI 48226 | 555 South Flower Street |
| Telephone: (313) 962-0099 | Fiftieth Floor |
| Facsimile: (313) 962-0044 | Los Angeles, California 90071 |
| hsanders@miafscme.org | Telephone: (213) 243-2382 |
| | Facsimile: (213) 243-2539 |
| Richard G. Mack, Jr., Esq. | bbennett@jonesday.com |
| MILLER COHEN PLC | |
| 600 West Lafayette Boulevard | Jonathan S. Green (MI P33140) |
| 4th Floor | Stephen S. LaPlante (MI P48063) |
| Detroit, MI 48226-3191 | MILLER, CANFIELD, PADDOCK |
| Telephone: (313) 566-4787 |   AND STONE, P.L.C. |
| Facsimile: (313) 964-4490 | 150 West Jefferson |
| richardmack@millercohen.com | Suite 2500 |
| | Detroit, Michigan 48226 |
| ATTORNEYS FOR AFSCME | Telephone: (313) 963-6420 |
| | Facsimile: (313) 496-7500 |
| | green@millercanfield.com |
| | laplante@millercanfield.com |
| | |
| | ATTORNEYS FOR THE CITY |

# **EXHIBIT 1**

------------------------------------------------------x
                                                               :

In re                                         : Chapter 9
                                             :

CITY OF DETROIT, MICHIGAN,       : Case No. 13-53846
                                             :

              Debtor.            : Hon. Steven W. Rhodes
                                             :
------------------------------------------------------x

**FOURTH ORDER EXTENDING DEADLINE FOR MICHIGAN
AFSCME COUNCIL 25 AND ITS AFFILIATED DETROIT
LOCALS TO FILE MOTION UNDER BANKRUPTCY RULE 3018**

This matter came before the Court on the Fourth Stipulation for an Order Extending Deadline for Michigan AFSCME Council 25 and Its Affiliated Detroit Locals to File Motion Under Bankruptcy Rule 3018 (the "Stipulation"),[1] filed by the City of Detroit (the "City") and Michigan AFSCME Council 25 and Its Affiliated Detroit Locals ("AFSCME" and, together with the City, the "Parties"); the Court having reviewed the Stipulation; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court being fully advised in the premises;

---

[1]     Capitalized terms not defined herein have the meanings given to them in the Stipulation.

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. The deadline for AFSCME to file any Rule 3018 Motion with respect to the Claims is hereby extended to June 19, 2014.

3. The City's response deadline with respect to any Rule 3018 Motion timely filed by AFSCME will be July 3, 2014, and AFSCME's reply deadline will be July 7, 2014.

4. The relief granted herein is without prejudice to the right of the Parties to agree upon further extensions of the Rule 3018 Motion Deadline (and the related response and reply deadlines), subject to approval by the Court.

# **CERTIFICATE OF SERVICE**

      I, Heather Lennox, hereby certify that the foregoing Fourth Stipulation for an Order Extending Deadline for Michigan AFSCME Council 25 and Its Affiliated Detroit Locals to File Motion Under Bankruptcy Rule 3018 was filed and served via the Court's electronic case filing and noticing system on this 13th day of June, 2014.

                                     /s/ Heather Lennox