UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | | |
|---|---|---|
| In re | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 13, 2014, a copy of:

JOINT MOTION OF COMMUNITY FOUNDATION FOR SOUTHEAST MICHIGAN, WILLIAM DAVIDSON FOUNDATION, THE FRED A. AND BARBARA M. ERB FAMILY FOUNDATION, MAX M. AND MARJORIE S. FISHER FOUNDATION, FORD FOUNDATION, HUDSON-WEBBER FOUNDATION, THE KRESGE FOUNDATION, W.K. KELLOGG FOUNDATION, JOHN S. AND JAMES L. KNIGHT FOUNDATION, MCGREGOR FUND, CHARLES STEWART MOTT FOUNDATION AND A. PAUL AND CAROL C. SCHAAP FOUNDATION FOR EXPEDITED HEARING ON JOINT MOTION TO QUASH SUBPOENAS DUCES TECUM

was served through the Court's ECF electronic mail system which sent notification of such filing to all ECF participants in this bankruptcy case.

> PLUNKETT COONEY
>
> /s/ Douglas C. Bernstein
> Attorneys for CFSM, the Davidson
> Foundation, the Erb Foundation, the Fisher
> Foundation, Ford Foundation, Hudson-Webber
> Foundation, the Kellogg Foundation,
> McGregor Fund, the Mott Foundation and the
> Schaap Foundation
> 38505 Woodward Ave., Ste. 2000
> Bloomfield Hills, Michigan 48304
> (248) 901-4091
> dbernstein@plunkettcooney.com

Open.18341.41654.14187548-1