UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

City of Detroit, Michigan,   Case No. 13-53846
                                                                   Chapter 9
                                                                   Hon. Steven W. Rhodes

         Debtor.

_____

**ORDER GRANTING JOINT MOTION OF COMMUNITY FOUNDATION FOR SOUTHEAST MICHIGAN, WILLIAM DAVIDSON FOUNDATION, THE FRED A. AND BARBARA M. ERB FAMILY FOUNDATION, MAX M. AND MARJORIE S. FISHER FOUNDATION, FORD FOUNDATION, HUDSON-WEBBER FOUNDATION, THE KRESGE FOUNDATION, W.K. KELLOGG FOUNDATION, JOHN S. AND JAMES L. KNIGHT FOUNDATION MCGREGOR FUND, CHARLES STEWART MOTT FOUNDATION AND A. PAUL AND CAROL C. SCHAAP FOUNDATION FOR EXPEDITED HEARING ON JOINT MOTION <u>TO QUASH SUBPOENAS DUCES TECUM</u>**

This matter having come before the Court upon the joint motion of Community Foundation for Southeast Michigan, William Davidson Foundation, The Fred A. and Barbara M. Erb Family Foundation, Max M. and Marjorie S. Fisher Foundation, Ford Foundation, Hudson-Webber Foundation, The Kresge Foundation, W.K. Kellogg Foundation, John S. and James L. Knight Foundation McGregor Fund, Charles Stewart Mott Foundation and A. Paul and Carol C. Schaap Foundation for the entry of an order expediting the hearing on their joint

motion to quash subpoenas duces tecum issued to each of them by Syncora Guarantee and Syncora Capital Assurance (Docket No. 5302); and,

The Court having read and considered the pleadings, and it appearing to the Court that good cause has been demonstrated for an expedited hearing,

IT IS ORDERED that the hearing on the joint motion of Community Foundation for Southeast Michigan, William Davidson Foundation, The Fred A. and Barbara M. Erb Family Foundation, Max M. and Marjorie S. Fisher Foundation, Ford Foundation, Hudson-Webber Foundation, The Kresge Foundation, W.K. Kellogg Foundation, John S. and James L. Knight Foundation McGregor Fund, Charles Stewart Mott Foundation and A. Paul and Carol C. Schaap Foundation to quash subpoenas duces tecum issued to each of them by Syncora Guarantee and Syncora Capital Assurance shall be held on **June 26, 2014 at 10:00 a.m.**, in Courtroom 100, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

Responses, if any, to the foregoing motion shall be filed on or before June 18, 2014.

.

**Signed on June 13, 2014**

                                               **/s/ Steven Rhodes**
                                               **Steven Rhodes**
                                               **United States Bankruptcy Judge**