UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------x
                                                       :
In re                                                  : Chapter 9
                                                       :
CITY OF DETROIT, MICHIGAN,                             : Case No. 13-53846
                                                       :
                    Debtor.                            : Hon. Steven W. Rhodes
                                                       :
-------------------------------------------------------x
```

## FOURTH ORDER EXTENDING DEADLINE FOR MICHIGAN AFSCME COUNCIL 25 AND ITS AFFILIATED DETROIT LOCALS TO FILE MOTION UNDER BANKRUPTCY RULE 3018

This matter came before the Court on the Fourth Stipulation for an Order Extending Deadline for Michigan AFSCME Council 25 and Its Affiliated Detroit Locals to File Motion Under Bankruptcy Rule 3018 (the "Stipulation"),[1] filed by the City of Detroit (the "City") and Michigan AFSCME Council 25 and Its Affiliated Detroit Locals ("AFSCME" and, together with the City, the "Parties"); the Court having reviewed the Stipulation; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court being fully advised in the premises;

---

[1]    Capitalized terms not defined herein have the meanings given to them in the Stipulation.

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. The deadline for AFSCME to file any Rule 3018 Motion with respect to the Claims is hereby extended to June 19, 2014.

3. The City's response deadline with respect to any Rule 3018 Motion timely filed by AFSCME will be July 3, 2014, and AFSCME's reply deadline will be July 7, 2014.

4. The relief granted herein is without prejudice to the right of the Parties to agree upon further extensions of the Rule 3018 Motion Deadline (and the related response and reply deadlines), subject to approval by the Court.

.

**Signed on June 13, 2014**

      /s/ Steven Rhodes
      **Steven Rhodes**
      **United States Bankruptcy Judge**