UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED

2014 JUN -5 P 4: 28

U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

In re
City of Detroit,
   Debtor
_____/

Chapter 9
Case No. 13-53846
Hon.: Steven W. Rhodes

# NOTICE OF SUPPLEMENTAL MOTION TO CONTEST DEBTOR'S NOTICE OF NON-VOTING STATUS AND HOLD DEBTOR LIABLE

<u>Creditor Irma Industrious</u> has filed papers with the court a Supplemental Motion to Contest Debtor's Notice of Non-Voting Status and Hold Debtor Liable for its Misrepresentation.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Supplemental Motion to Contest Debtor's Notice of Non-Voting Status and Hold Debtor Liable for its Misrepresentation or if you want the court to consider your views on the Supplemental Motion to Contest Debtor's Notice of Non-Voting Status and Hold Debtor Liable for its Misrepresentation, then within 14 days you or your attorney must:

File with the court a written request for a hearing {or if the court requires a written response, an answer explaining your position} at:

   Attn: Bankruptcy Court Clerk
   United States Bankruptcy Court
   Eastern District of Michigan
   211 West Fort Street
   Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

   Irma Industrious
   3051 Lindenwood Drive
   Dearborn, MI 48120

1

Heather Lennox
Bruce Bennett
Jones Day
555 South Flower Street – Fiftieth Floor
Los Angeles, CA 90071

Sam J. Alberts
Dentons US LLP
1301 K Street NW
Suite 600 East Tower
Washington DC 20005

Attend the hearing scheduled to be held on the date and time and Courtroom set by this court, United States Bankruptcy Court, Eastern District of Michigan, 211 West Fort Street, Detroit, MI 48226.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: June 5, 2014       Signature: _____
Name: Irma Industrious
Address: 3051 Lindenwood Drive, Dearborn, MI 48120