UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven W. Rhodes

Debtor.
_____/

## PROOF OF SERVICE

I hereby certify that on June 5, 2014 (date of mailing), I served copies as follows:

1. Document(s) served: (1) Supplemental Motion to Contest Debtor's Notice of Non-Voting Status and Hold Debtor Liable for its Misrepresentation

    (2) Proposed Order
    (3) Notice of Supplemental Motion

2. Served upon [name and address of each person served]:

   Heather Lennox
   Bruce Bennett
   Jones Day
   555 South Flower St. - Fiftieth Floor

   Sam J. Alberts
   Dentons US LLP
   1301 K Street NW
   Suite 600, East Tower
   Washington DC 20005

3. By First Class Mail.

Dated: June 5, 2014

_____
(Signature of ~~Debtor~~) Creditor

Print Name: Irma Industrious

_____
(Signature of Co-Debtor)

Print Name: _____

13-53846-tjt    Doc 5311    Filed 06/05/14    Entered 06/13/14 16:42:48    Page 1 of 1