IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
                                                 :      Chapter 9
In re                                         :
                                               :      Case No. 13-53846
CITY OF DETROIT, MICHIGAN,    :
                                               :      Hon. Steven W. Rhodes
                        Debtor      :
------------------------------------------------------- x

**CERTIFICATE OF SERVICE**

        I hereby certify that on June 13, 2014, I caused the *Response of the City of Detroit to Motion for Temporary Allowance of the Macomb Interceptor Drain Drainage District Pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure for Purposes of Accepting or Rejecting the Debtor's Fourth Amended Plan of Adjustment* (Dkt No. 5312) to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants in this bankruptcy case.

                                                                 Respectfully Submitted,

Dated: June 13, 2014

                                                                 FOLEY & LARDNER LLP

                                                                 By: */s/ Tamar N. Dolcourt*
                                                                 John A. Simon (P61866)
                                                                Tamar N. Dolcourt (P73425)
                                                                500 Woodward Ave., Ste. 2700
                                                                Detroit, MI 48226
                                                                313.234.7100
                                                                jsimon@foley.com
                                                                tdolcourt@foley.com
                                                                *Counsel for the City of Detroit, Michigan*

4838-3438-4923.1