UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

City of Detroit, Michigan,　　　　　　　Case No. 13-53846
　　　　　　　　　　　　　　　　　　　Chapter 9
　　　　Debtor.　　　　　　　　　　　　Hon. Steven W. Rhodes

---

# STATEMENT OF CORPORATE AFFILIATION AND FINANCIAL INTEREST OF MAX M. AND MARJORIE S. FISHER FOUNDATION INC.

[X] Max M. and Marjorie S. Fisher Foundation Inc. is a Michigan non-profit corporation. There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

The undersigned is the:

[ ] Plaintiff

[ ] Defendant

[X] Other/Interested Party

I declare under penalty of perjury that the foregoing is true and correct.

　　　　　　　　　　/s/Douglas Stewart
　　　　　　　　　　(Signature of Authorized Individual
　　　　　　　　　　for Corporate Party)

　　　　　　　　　　Executive Director
　　　　　　　　　　(Title)

Plunkett Cooney

/s/Douglas C. Bernstein (P33833)
Attorneys for Max M. and Marjorie S. Fisher Foundation Inc.
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI 48304
Phone: (248) 901-4091
Fax: (248) 901-4040
E-mail: dbernstein@plunkettcooney.com

Dated: June 16, 2014
Open.18341.41654.14185728-1