UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

City of Detroit, Michigan,   Case No. 13-53846
                             Chapter 9
Debtor.                      Hon. Steven W. Rhodes

---

# STATEMENT OF CORPORATE AFFILIATION AND FINANCIAL INTEREST OF THE FORD FOUNDATION

[X] **The Ford Foundation is a Michigan non-profit corporation. There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.**

The undersigned is the:

[ ] **Plaintiff**

[ ] **Defendant**

[X] **Other/Interested Party**

I declare under penalty of perjury that the foregoing is true and correct.

/s/Ricardo A. Castro
(Signature of Authorized Individual
for Corporate Party)

Vice President, Secretary and General Counsel
(Title)

Plunkett Cooney

/s/Douglas C. Bernstein (P33833)
Attorneys for The Ford Foundation
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI 48304
Phone: (248) 901-4091
Fax: (248) 901-4040
E-mail: dbernstein@plunkettcooney.com

Dated: June 16, 2014
Open.18341.41654.14185768-1