UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

City of Detroit, Michigan,

Debtor.

Case No. 13-53846
Chapter 9
Hon. Steven W. Rhodes

---

**STATEMENT OF CORPORATE AFFILIATION AND FINANCIAL INTEREST OF
MCGREGOR FUND**

[X]  **McGregor Fund is a Michigan non-profit corporation. There are no entities
that directly or indirectly own 10% or more of any class of the corporation's
equity interest.**

The undersigned is the:

[ ]  **Plaintiff**

[ ]  **Defendant**

[X]  **Other/Interested Party**

I declare under penalty of perjury that the foregoing is true and correct.

/s/Norah M. O'Brien
(Signature of Authorized Individual
for Corporate Party)

Chief Financial Officer and Assistant Treasurer
(Title)

Plunkett Cooney

/s/Douglas C. Bernstein (P33833)
Attorneys for McGregor Fund
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI 48304
Phone: (248) 901-4091
Fax: (248) 901-4040
E-mail: dbernstein@plunkettcooney.com

Dated: June 16, 2014
Open.18341.41654.14185881-1

2