| Date | Attorney/Staff | Description | Time | Billing Rate | Total Costs |
|---|---|---|---|---|---|
| 5/7/2014 | Jason Lopez | Extracting and uploading POA document production to network; Loading documents and images into production database and image collection. QC'ing images and data. | 4.1 | $255.00 | $1,045.50 |
| 5/8/2014 | Lawrence Larose | Review mediation order regarding confidentiality (0.3); Attention to e-mails from AF regarding production of mediation documents (0.5). | 0.8 | $950.00 | $760.00 |
| 5/8/2014 | Samuel Kohn | Review and analyze documents and correspondence regarding City's breach of privileged mediation documents (.4); teleconferences and correspondence with insurer counsel regarding same (.5); office conferences with L. Larose and CP team regarding scope and procedure forward regarding same (.4); review and revise communication to City's counsel regarding same (.4); office conferences with CP team regarding same (.2); review and analyze documents and correspondence regarding procedure forward regarding same (.3) | 2.2 | $805.00 | $1,771.00 |
| 5/8/2014 | Robert Schwinger | Investigating City's improper production of mediation-related communications, including meetings, e-mails and TCs with L. Schapira re same (1.8); Draft demand letter to City re its improper production of mediation-related communications (0.6); E-mails internally and with UTGO mediation parties re demand letter to City (0.4); Review City's clawback request letter (0.3); E-mails, TCs with Sidley, Arent Fox re reaction to City's clawback request letter (0.5); Supervise drafting of motion to compel re City's production of mediation-related communications (0.7); Editing M. Bhargava's draft of motion to compel re City's production of mediation-related communications (1.0); Meetings with L. Schapira re draft of motion to compel re City's production of mediation-related communications (0.2). | 5.5 | $835.00 | $4,592.50 |
| 5/8/2014 | Michael Bhargava | Draft and revise motion to compel City of Detroit to claw back documents (2.8); phone conferences with L. Schapira, B. Schwinger, S. Kohl re same (.5); case law research re same (.4); review documents re same (.2). | 3.9 | $705.00 | $2,749.50 |
| 5/8/2014 | Lata Nott | Drafting ex parte motion for motion to compel clawback of improperly produced documents (1.1); drafting notice of motion (0.5); proofreading and editing (0.5). | 2.1 | $505.00 | $1,060.50 |
| 5/8/2014 | Lisa Schapira | Respond to inquiries regarding mediation-related communication (3.0); draft clawback motion (3.0). | 6.0 | $615.00 | $3,690.00 |
| 5/8/2014 | Robin Ball | Emails re City's mediation document breach, conferred re same with R. Schwinger and L. Schapira (.4); conference call with Sidley re City's mediation document breach (.4); reviewed draft letter re mediation document breach, emails re same (.3); emails re additional mediation documents (.1). | 1.2 | $705.00 | $846.00 |
| 5/8/2014 | Seth Bloomfield | Confer with L. Schapira regarding mediation privilege and mediation orders (.1). | 0.1 | $405.00 | $40.50 |
| 5/9/2014 | Lawrence Larose | Attention to e-mails regarding motion to compel (0.2); Review and revise motion regarding Clawback (0.5); Document review of mediation documents (1). | 1.7 | $950.00 | $1,615.00 |
| 5/9/2014 | Samuel Kohn | Review and finalize motion to compel clawback of City's document production and reproduce expeditiously (.5); teleconferences and correspondence with insurer counsel regarding same (.4); review and analyze documents and correspondence regarding same (.3); office conferences with CP team regarding same and ex parte order regarding same (.4). | 1.6 | $805.00 | $1,288.00 |
| 5/9/2014 | Robert Schwinger | Finalizing motion re full clawback of City's document production in light of its including privileged mediation-related documents, including internal TCs, meetings, e-mails and edits (3.4) ; TC, e-mails with Sidley, Arent Fox re finalization of motion re full clawback of City's document production (0.4) | 3.8 | $835.00 | $3,173.00 |
| 5/9/2014 | Michael Bhargava | Phone conference with B. Schwinger, L Schapira re clawback motion (.3) | 0.3 | $705.00 | $211.50 |
| 5/9/2014 | Lata Nott | Revisions to motion to clawback, ex parte motion to expedite, and accompanying exhibits (1.5) | 1.5 | $505.00 | $757.50 |

| Date | Attorney/Staff | Description | Time | Billing Rate | Total Costs |
|---|---|---|---|---|---|
| 5/9/2014 | Lisa Schapira | Revise and finalize clawback motion (1.5); revise motion to expedite re clawback motion (1.5) | 3.0 | $615.00 | $1,845.00 |
| 5/9/2014 | Robin Ball | Reviewed drafts of clawback motion (0.4); emails re same, strategic issues (0.2); conference call with R. Schwinger et al. re clawback motion and discovery issues (0.5). | 1.1 | $705.00 | $775.50 |
| 5/9/2014 | Abbe Lowell | Review motions regarding wrongful disclosure (0.4). | 0.4 | $995.00 | $398.00 |
| 5/9/2014 | Jason Lopez | Exporting set of "clawback" documents from production database. | 0.7 | $255.00 | $178.50 |
| 5/12/2014 | Lawrence Larose | Finalize Claw Back Order. | 0.5 | $950.00 | $475.00 |
| 5/12/2014 | Samuel Kohn | Participate telephonically on portion of bankruptcy court hearing related to the clawback motion and court ruling (1); conferences and correspondence with CP team regarding same and meet and confer with City regarding same (.5); review and revise draft proposed order regarding clawback (.4); communicate with CP team regarding same (.3). | 2.2 | $805.00 | $1,771.00 |
| 5/12/2014 | Robert Schwinger | Attend/argue at court hearing on motion to compel clawback of City's documents and on discovery matters, and conferences with other counsel re same during break periods (0.6); Review drafts of proposed order on clawback motion and e-mails re comments on same (0.3). | 0.9 | $835.00 | $751.50 |
| 5/12/2014 | Lisa Schapira | Telephone with R. Schwinger and S. Kohn regarding clawback order and draft order (2.2). | 2.2 | $615.00 | $1,353.00 |
| 5/13/2014 | Robert Schwinger | Meetings with L. Schapira re compliance with clawback order (0.8); TCs with L. Schapira re next steps on review of City's documents in light of interruption caused by clawback order (0.3); Purging personal electronic and paper material per clawback order (0.4); Review, mark up draft of compliance certification re clawback order (0.5). | 2.0 | $835.00 | $1,670.00 |
| 5/13/2014 | Lisa Schapira | Conference with R. Schwinger regarding compliance with Clawback order (.3); draft instructions instructing compliance with clawback order and correspond with attorneys and litigation support regarding attaining compliance (2.5); draft certification of compliance with clawback order (.4). | 3.2 | $615.00 | $1,968.00 |
| 5/13/2014 | Robin Ball | Reviewed clawback order, L. Schapira memo re materials to be deleted/destroyed, and deleted/destroyed affected materials (0.7); t/c, emails w/L. Schapira re same (0.2). | 0.9 | $705.00 | $634.50 |
| 5/13/2014 | NA | Federal Express delivery charge for returning the hard drive to the City. | NA | NA | $18.54 |
| 5/14/2014 | Samuel Kohn | Review City's document production for deletion in accordance with clawback order (.6); conferences and correspondence with L. Schapira regarding same (.4) | 1.0 | $805.00 | $805.00 |
| 5/14/2014 | Robert Schwinger | E-mails internally re clawback compliance (0.2). | 0.2 | $835.00 | $167.00 |
| 5/14/2014 | Nicholas Chandler | Reviewed all stored documents and communications in accordance with clawback procedure established by L. Schapira (0.4); corresponded with L. Schapira about same (0.2). | 0.6 | $405.00 | $243.00 |
| 5/14/2014 | Lisa Schapira | Confirm with attorneys and staff re compliance with Clawback order and finalize certification (1.6). | 1.6 | $615.00 | $984.00 |
| 5/14/2014 | Robin Ball | Reviewed drafts of clawback certification and emails w/L. Schapira re same (0.4). | 0.4 | $705.00 | $282.00 |
| 5/14/2014 | Seth Bloomfield | Comply with clawback order (0.1). | 0.1 | $405.00 | $40.50 |
| 5/14/2014 | Jason Lopez | Deleting all POA production images and data from production database; Locating and deleting POA production images and data from network and workstation locations. | 2.6 | $255.00 | $663.00 |
| 5/19/2014 | Lisa Schapira | Review clawback certifications and follow-up with delinquent parties (1.0). | 1.0 | $615.00 | $615.00 |
| 5/21/2014 | Michael Bhargava | Draft and revise motion for costs (2.2); case law research re same (0.4); email communications with L. Schapira re same (0.1) | 2.7 | $705.00 | $1,903.50 |
| 5/23/2014 | Robert Schwinger | Review M. Bhargava's draft motion to recover costs associated with clawback of mediation-priviliged material (0.4); E-mail with M. Bhargava re draft motion to recover costs associated with clawback of mediation-priviliged material (0.2). | 0.6 | $835.00 | $501.00 |
| 5/28/2014 | Michael Bhargava | Draft and revise motion for costs for clawback motion (1.6); email communications with R. Schwinger re same (0.1). | 1.7 | $705.00 | $1,198.50 |

| Date | Attorney/Staff | Description | Time | Billing Rate | Total Costs |
|---|---|---|---|---|---|
| 5/29/2014 | Robert Schwinger | Revise M. Bhargava's draft motion to recover costs re clawback (0.6); Follow-up with Lisa Schapira re additional information needed for motion for costs re clawback (0.1). | 0.7 | $835.00 | $584.50 |
| 6/6/2014 | Lisa Schapira | Revise M. Bhargava's draft motion to recover costs re clawback to incorporate comments of R. Schwinger (0.8). | 0.8 | $615.00 | $492.00 |
| 6/12/2014 | Lisa Schapira | Revise M. Bhargava's draft motion to recover costs re clawback to incorporate comments of R. Schwinger (0.8); Revise draft motion to recover costs re clawback to incorporate comments of L. Larose (0.9). | 0.9 | $615.00 | $553.50 |
| 6/13/2014 | Nicholas Chandler | Review time entries and finalized Exhibit A. (1.4). | 1.4 | $405.00 | $567.00 |

**TOTAL = $45,038.54**