IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June 2014, I caused the *Motion for Costs Relating to Clawback of Debtor's Document Production* to be filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: New York, New York
      June 16, 2014

                                         */s/ Lawrence A. Larose*
                                         Lawrence A. Larose
                                         Samuel S. Kohn
                                         Robert A. Schwinger
                                         CHADBOURNE & PARKE LLP
                                         30 Rockefeller Plaza
                                         New York, NY 10012
                                         Telephone: (212) 408-5100
                                         Fax: (212) 541-5369
                                         llarose@chadbourne.com
                                         skohn@chadbounrne.com
                                         rschwinger@chadbourne.com

                                         *Counsel for Assured Guaranty*
                                         *Municipal Corp.*