UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**STATE OF MICHIGAN'S SECOND SUPPLEMENTAL
RESPONSE TO RETIREES' COMMITTEE
SUBPOENA DUCES TECUM
(DKT. #4034)**

The State of Michigan provides the following second supplemental response to the Official Committee of Retirees Subpoena Duces Tecum:

1. See attached documents identified as SOM Supp Doc Response 001-021 provided in supplemental response to the Official Retirees' Committee Subpoena Duces Tecum (DKT. #4034).

*/s/ Matthew Schneider*
Matthew Schneider [P62190]
Chief Legal Counsel
Attorney for State of Michigan
P.O. Box 30754
Lansing, Michigan 48909
(517) 373-3203
Dated: June 16, 2014    SchneiderM7@michigan.gov