UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2014, I electronically filed the STATE OF MICHIGAN'S SECOND SUPPLEMENTAL RESPONSE TO RETIREES' COMMITTEE SUBPOENA DUCES TECUM (DKT. #4034) [Docket No. 5327] with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

Further, I certify that on June 16, 2014, I served the documents related to the STATE OF MICHIGAN'S SECOND SUPPLEMENTAL RESPONSE TO RETIREES' COMMITTEE SUBPOENA DUCES TECUM (DKT. #4034) upon the attorney of record for the *Retirees Committee*, Matthew E. Wilkins, by mailing to him at Brooks Wilkins Sharkey & Turco, 401 South Old Woodward, Ste 400, Birmingham, MI

489009, and upon the attorney of record for *Syncora*, Stephen M. Gross, by mailing to him at McDonald Hopkins, PLC, 39533 Woodward Ave., Bloomfield Hills, MI 48304, with first class postage fully prepaid.

       */s/Matthew Schneider*
       Matthew Schneider
       Chief Legal Counsel
       Attorney for State of Michigan
       P.O. Box 30754, Lansing, Michigan 48909
       (517) 373-3203
       SchneiderM7@michigan.gov [P62190]