UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re                                                    Chapter 9

CITY OF DETROIT, MICHIGAN,                               Case No. 13-53846

    Debtor.                                              Hon. Steven W. Rhodes
_____/

**STIPULATION TO ENTRY OF ORDER RESOLVING OMNIBUS CLAIMS OBJECTION WITH RESPECT TO WEISS CONSTRUCTION COMPANY**

Weiss Construction Company ("Weiss") and the City of Detroit, Michigan (the "Debtor"), by and through their undersigned counsel, state as follows in support of the entry of the *Order Resolving Omnibus Claims Objection With Respect to Weiss Construction Company* attached hereto as **Exhibit 1.**

    1.    On February 10, 2014, Weiss filed a secured proof of claim [Claim No. 821] in the amount of $4,117,761.15.

    2.    On February 21, 2014, Weiss filed an amended secured proof of claim [Claim No. 3491] in the amount of $4,117,761.15, which claim was identical to Claim No. 821 except that it contained certain additional supporting documentation.

    3.    On February 24, 2014, Weiss filed duplicative copies of the proofs of claim [Claim Nos. 3567 and 3568] which likewise asserted a secured claim in the amount of $4,117,761.15.

    4.    On May 14, 2014, the Debtor filed the *Debtor's First Omnibus Objection to Certain Claims* [Doc. No. 4792] (the "Claims Objection") wherein it objected to Claim Nos. 821, 3567 and 3568 on the basis that such claims were duplicative of Claim No. 3491.

**WHEREFORE** the parties respectfully request that the Court enter an order in the form attached hereto as **Exhibit 1** resolving the Claim Objection with respect to Weiss.

Respectfully submitted by:

| JAFFE RAITT HEUER & WEISS, P.C. | FOLEY & LARDNER, LLP |
|---|---|
| By: /s/ Paul R. Hage | By: /s/ Tamar N. Dolcourt |
| Louis P. Rochkind (P24121) | John A Simon (P61866) |
| Paul R. Hage (P70460) | Tamar N. Dolcourt (P 73425) |
| Counsel for the Weiss | Counsel for the Debtor |
| 27777 Franklin Road, Suite 2500 | 500 Woodward Ave., Ste. 2700 |
| Southfield, MI 48034 | Detroit, MI 48226 |
| Phone: (248) 351-3000 | Phone: (313) 234-7100 |
| phage@jaffelaw.com | tdolcourt@foley.com |

Dated: June 16, 2014

4834-7563-7531.2