# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

    Debtor.

_____/

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

**ORDER RESOLVING OMNIBUS CLAIMS OBJECTION
WITH RESPECT TO WEISS CONSTRUCTION COMPANY**

This matter having come before the Court on the *Stipulation to Entry of Order Resolving Omnibus Claims Objection With Respect to Weiss Construction Company* (the "Stipulation"); Weiss[1] having filed Claim Nos. 821, 3491, 3567 and 3568 in the above-captioned bankruptcy case; the Debtor having filed the Claim Objection asserting that the claims filed by Weiss are duplicative of each other; and the Court being otherwise fully informed:

    **IT IS HEREBY ORDERED THAT:**

    1.    Claim Nos. 821, 3567 and 3568 filed by Weiss are withdrawn and disallowed in their entirety.

    2.    Claim No. 3491 filed by Weiss, asserting a secured claim in the amount of $4,117,761.15, will remain on the Claims Register.

    3.    Notwithstanding any provision of this Order, the City reserves any and all rights to object to Claim No. 3491 based on any grounds, and Weiss reserves its right to assert any and all defenses to any such objection.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.

4834-7563-7531.2

4. Nothing in the Stipulation or this Order affects the rights of the City with respect to Weiss or Weiss with respect to the City in any other circumstances, and the parties reserve all such rights.

4834-7563-7531.2