**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                                                    Chapter 9

City of Detroit, Michigan,                                      Case No. 13-53846

    Debtor.                                                              Hon. Steve W. Rhodes

_____/

## CERTIFICATE OF SERVICE

    I, Lydia Pastor Nino, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

    On June 9, 2014, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit A**; and via First Class mail on the service list attached hereto as **Exhibit B**:

- City of Detroit's Objections and Second Supplemental Responses to Syncora Capital Assurance Inc and Syncora Guarantee Inc.'s First Set of Interrogatories to the City of Detroit

Dated: June 16, 2014

                                                                                 /s/ Lydia Pastor Nino
                                                                                 Lydia Pastor Nino
                                                                                 KCC
                                                                                 2335 Alaska Ave
                                                                                 El Segundo, CA 90245
                                                                                 Tel 310.776.7386

# **EXHIBIT A**

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel to Syncora Capital Assurance Inc., Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc | Kirkland & Ellis LLP | James HM Sprayregen PC Ryan Blaine Bennett Noah J. Ornstein & Stephen C Hackney | james.sprayregen@kirkland.com; ryan.bennett@kirkland.com; stephen.hackney@kirkland.com; noah.ornstein@kirkland.com |
| Counsel for Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc and Bishop Real Estate, L.L.C. | McDonald Hopkins PLC | Stephen M Gross | sgross@mcdonaldhopkins.com |
| Counsel for Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc | McDonald Hopkins PLC | Joshua A Gadharf | jgadharf@mcdonaldhopkins.com |
| Counsel for Syncora Guarantee Inc | Susheel Kirpalani Quinn Emanuel Urquhart & Sullivan, LLP | | susheelkirpalani@quinnemanuel.com |

# **EXHIBIT B**

**Exhibit B**
**Served via First Class Mail**

| Party Description | Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to Syncora Capital Assurance Inc., Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc | Kirkland & Ellis LLP | James HM Sprayregen PC Ryan Blaine Bennett Noah J. Ornstein & Stephen C Hackney | 300 North LaSalle | Chicago | IL | 60654 |
| Counsel for Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc and Bishop Real Estate, L.L.C. | McDonald Hopkins PLC | Stephen M Gross & Joshua A Gadharf | 39533 Woodward Ave Ste 318 | Bloomfield Hills | MI | 48304 |
| Counsel for Syncora Guarantee Inc | Susheel Kirpalani Quinn Emanuel Urquhart & Sullivan, LLP | | 51 Madison Ave 22nd Fl | New York | NY | 10010 |

In re City of Detroit, Michigan
Case No. 13-53846

Page 1 of 1

13-53846-tjt    Doc 5333    Filed 06/16/14    Entered 06/16/14 21:01:51    Page 5 of 5