UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2014, I served on the attorney of record for Detroit Public Safety Union, David M. Eisenberg, by emailing and mailing to him at Deisenberg@ermanteicher.com; Erman, Teicher, Zucker & Freeman, P.C., 400 Galleria Officentre, Ste. 444, Southfield, MI 48034, with first class postage fully prepaid, the **State of Michigan's Supplemental Answer to Detroit Public Safety Unions' Interrogatories (Dkt. 4019)**. I am efiling this Certificate of Service with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

　　　　　　　　　　　　　　　　*/s/Matthew Schneider*
　　　　　　　　　　　　　　　　Matthew Schneider
　　　　　　　　　　　　　　　　Chief Legal Counsel
　　　　　　　　　　　　　　　　Attorney for State of Michigan
　　　　　　　　　　　　　　　　P.O. Box 30754, Lansing, Michigan 48909
　　　　　　　　　　　　　　　　(517) 373-3203
　　　　　　　　　　　　　　　　SchneiderM7@michigan.gov [P62190]