UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-----------------------------------------------------------------x
                                                    :
In re                                               :      Chapter 9
                                                    :
CITY OF DETROIT, MICHIGAN                           :      Case No. 13-53846
                                                    :
                        Debtor.                     :      Hon. Steven W. Rhodes
                                                    :
                                                    :
-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF PLEADING

Please take notice that Claimant Arrow Uniform Rental, Inc. hereby withdraws its Withdrawal of Proof of Claim No. 487 (Doc. 5289), "as having been filed in error". Proof of Claim No. 487, which is for delivery services, rental purchases, garments and dust product, has not been satisfied and is not being withdrawn. Proof of Claim No. 594, which was for revisions in property assessments, has been satisfied and will be withdrawn.

                                Respectfully submitted,

                                HONIGMAN MILLER SCHWARTZ AND COHN LLP
                                Attorneys for Arrow Uniform Rental, Inc.

                                By:/s/ Judy B. Calton
                                    Judy B. Calton (P38733)
                                    2290 First National Building
                                    660 Woodward Avenue
                                    Detroit, MI 48226
                                    (313) 465-7344
                                    jcalton@honigman.com

Dated: June 17, 2014

## CERTIFICATE OF SERVICE

I certify that on June 17, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Arrow Uniform Rental, Inc.


By:/s/ Judy B. Calton
    Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com