UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

**NOTICE OF VIDEOTAPED
DEPOSITION OF EDSEL JENKINS**

To:   The City of Detroit, Michigan.

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A, by and through their undersigned attorneys, will take the deposition upon oral examination of **EDSEL JENKINS**, Executive Fire Commissioner, Detroit Fire Department, at the offices of Jacob & Weingarten, P.C., Somerset Place, 2301 W. Big Beaver Road, Suite 777, Troy, Michigan 48084 on **July 11, 2014,** or at such other date or place to which the parties mutually agree.  The deposition will begin at **9:00 a.m.**, and continue until completed.

Mr. Jenkins' deposition will be taken before a court reporter or other person authorized by law to administer oaths and provide an official record of the deposition. Mr. Jenkins' deposition will be recorded by stenograph and videotaped for the purpose of discovery, for use in the above-titled action, and for any other purpose permitted under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

June 17, 2014				Respectfully submitted,

/s/ Matthew G. Summers
Matthew G. Summers, Esquire
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Tel: (302) 252-4428
Fax: (302) 252-4466
E-mail: summersm@ballardspahr.com

Vincent J. Marriott, III, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Tel: (215) 864-8236
Fax: (215) 864-9762
E-mail: marriott@ballardspahr.com

-and-

Howard S. Sher, Esquire
Jacob & Weingarten, P.C.
Somerset Place
2301 W. Big Beaver Road, Suite 777
Troy, Michigan 48084
Tel: (248) 649-1200
Fax: (248) 649-2920
E-mail: howard@jacobweingarten.com

*Attorneys for Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A.*

3

## Certificate of Service

     I, Matthew G. Summers, hereby certify that on June 17, 2014, I caused the foregoing *Notice of Deposition of Edsel Jenkins* to be filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

                                      */s/ Matthew G. Summers*
                                      Matthew G. Summers