UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

City of Detroit, Michigan      CHAPTER 11
                                           CASE NO. 13-53846
                    Debtor(s)      JUDGE Steven W. Rhodes
_____/

## EXHIBIT B TO RESPONSE
## TO OBJECTION TO CLAIM

For Hyde Park Cooperative

Dated: _____June 17, 2014_     __/s/kurt thornbladh_____
                                               KURT THORNBLADH P25858
                                               Thornbladh Legal Group PLLC
                                               Schaefer Plaza
                                               7301 Schaefer
                                               Dearrborn MI 48126
                                               (313) 943 2678
                                               kthornbladh@gmail.com,