Legal Software, Inc.
(800) 530-2255

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT WAYNE COUNTY | REQUEST FOR HEARING ON A MOTION (PRAECIPE) ORDER / JUDGMENT | CASE NO. 10-005687-CZ |
|---|---|---|

2 Woodward Avenue, Detroit, Michigan

| Plaintiff name(s) HYDE PARK COOPERATIVE, a Michigan Non-profit corporation, et. al. | V | Defendant name(s) CITY OF DETROIT, by and through its BUILDINGS AND SAFETY ENGINEERING DEPARTMENT |
|---|---|---|
| Plaintiff attorney, bar no., address, and telephone no. Mark K. Wasvary P51575 Becker & Wasvary. P.L.L.C. 2301 W. Big Beaver Rd., Suite 318 Troy, MI 48084 (248) 649-5667 | | Defendant's attorney, bar no., address, and telephone no. MICHAEL M. MULLER P38070 City of Detroit Law Department 660 Woodward Ave. 1650 First National Building Detroit, MI 48226-3535 (313) 237-3057 |

COPY

List additional attorneys on other side

1. Motion Title:  Plaintiff's Motion for Class Certification

2. Moving Party:  Plaintiff's Attorney     Telephone No.  248 649-5667

3. Please place on the motion calendar for:

| Judge Michael F. Sapala | Bar No. P19891 | Date Friday, February 4, 2011 | Time 8:30 a.m. |
|---|---|---|---|

Adj. to: _____    Adj. to: _____    Adj. to: _____

4. I certify that I have made personal contact with  Defendant's attorney
on  12/22/10 _____  regarding concurrence in relief sought in this motion and that concurrence has been
denied or that I have made reasonable and diligent attempts to contact counsel regarding concurrence with
motion.

Date 1/11/11 _____    Attorney _Mark Wasvary_ _____    Bar No. P- 51575

ORDER / JUDGMENT

DATED: _____

IT IS ORDERED THAT THIS MOTION IS:

☐ DENIED    ☐ GRANTED IN PART / DENIED IN PART    ☐ TAKEN UNDER ADVISEMENT    ☐ DISMISSED

☐ GRANTED AND IT IS FURTHER ORDERED AND ADJUDGED:

CIRCUIT JUDGE

Approved as to form and substance by Counsel for:

Plaintiff _____

Defendant _____

Date _____

FILE EITHER IN PERSON OR BY MAIL WITH:
CATHY MARIE GARRETT
WAYNE COUNTY CLERK
201 CITY-COUNTY BUILDING
DETROIT, MI 48226

# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

HYDE PARK COOPERATIVE, a Michigan Non-profit
corporation, VILLAGE CENTER ASSOCIATES LIMITED
DIVIDEND HOUSING ASSOCIATION, BOWIN PLACE
ASSOCIATES LIMITED DIVIDEND HOUSING
ASSOCIATION, CAMBRIDGE TOWER ASSOCIATES
LIMITED DIVIDEND HOUSING ASSOCIATION,
FENIMORE LIMITED DIVIDEND HOUSING
ASSOCIATION, MILLENDER CENTER ASSOCIATES
LIMITED PARTNERSHIP, PLYMOUTH SQUARE
LIMITED DIVIDEND HOUSING ASSOCIATION,
FOUNTAIN COURT CONSUMER HOUSING
COOPERATIVE,

Case No. 10-005687-CZ
HON: Michael F. Sapala

     Plaintiffs,

v

CITY OF DETROIT, by and through its BUILDINGS
AND SAFETY ENGINEERING DEPARTMENT,

     Defendant.

---

BECKER & WASVARY, P.L.L.C.
By: CARL G. BECKER (P10608)
By: MARK K. WASVARY (P51575)
Attorneys for Plaintiffs
2301 W. Big Beaver Rd., Suite 318
Troy, MI 48084
(248) 649-5667

MICHAEL M. MULLER (P38070)
Attorney for Defendant
City of Detroit Law Department
660 Woodward Ave
1650 First National Building
Detroit, MI 48226-3535
(313) 237-3057

---

## NOTICE OF HEARING

TO:   Michael M. Muller
      660 Woodward Ave.
      1650 First National Building
      Detroit, MI 48226-3535

PLEASE TAKE NOTICE that Plaintiff's Motion for Class Certification is scheduled

to come on for hearing before Honorable Michael F. Sapala in his courtroom, at 2

Woodward Ave., Detroit, Michigan on Friday, the 4th of February, 2011, at 8:30 o'clock in

the forenoon, or as soon thereafter as counsel may be heard.

Respectfully submitted,

BECKER & WASVARY, P.L.L.C.

By:_____
MARK K. WASVARY P51575
Attorneys for Plaintiffs
2301 W. Big Beaver Rd., Suite 318
Troy, MI 48084
(248) 649-5667
email: markwasvary@hotmail.com

DATED: January 11, 2011

2

# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

HYDE PARK COOPERATIVE, a Michigan Non-profit
corporation, VILLAGE CENTER ASSOCIATES LIMITED
DIVIDEND HOUSING ASSOCIATION, BOWIN PLACE
ASSOCIATES LIMITED DIVIDEND HOUSING
ASSOCIATION, CAMBRIDGE TOWER ASSOCIATES
LIMITED DIVIDEND HOUSING ASSOCIATION,
FENIMORE LIMITED DIVIDEND HOUSING
ASSOCIATION, MILLENDER CENTER ASSOCIATES
LIMITED PARTNERSHIP, PLYMOUTH SQUARE
LIMITED DIVIDEND HOUSING ASSOCIATION,
FOUNTAIN COURT CONSUMER HOUSING
COOPERATIVE,

Case No. 10-005687-CZ
HON: Michael F. Sapala

Plaintiffs,

v

CITY OF DETROIT, by and through its BUILDINGS
AND SAFETY ENGINEERING DEPARTMENT,



Defendant.

| BECKER & WASVARY, P.L.L.C. | MICHAEL M. MULLER (P38070) |
|---|---|
| By: CARL G. BECKER (P10608) | Attorney for Defendant |
| By: MARK K. WASVARY (P51575) | City of Detroit Law Department |
| Attorneys for Plaintiffs | 660 Woodward Ave |
| 2301 W. Big Beaver Rd., Suite 318 | 1650 First National Building |
| Troy, MI 48084 | Detroit, MI 48226-3535 |
| (248) 649-5667 | (313) 237-3057 |

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

NOW COMES, PLAINTIFFS, by and through their attorneys BECKER &
WASVARY, P.L.L.C. and for this Motion pursuant to MCR 3.501 states as follows:

1.      Plaintiffs hereby request that pursuant to MCR 3.501 this Court certify this
matter as a class action and appoint Plaintiffs and their counsel to represent the class for
reasons set forth in the Brief in Support of Plaintiffs Motion for Class Certification.

WHEREFORE, Plaintiffs pray for the following relief:

A)    An Order certifying Plaintiff class and appointing Plaintiffs and their counsel

      to represent the class;

B)    Such other and different relief as is just and equitable.

                        Respectfully submitted,

                        BECKER & WASVARY, P.L.L.C.

                        By:_____
                        MARK K. WASVARY P51575
                        Attorneys for Plaintiffs
                        2301 W. Big Beaver Rd., Suite 318
                        Troy, MI 48084
                        (248) 649-5667
                        email: markwasvary@hotmail.com

DATED: January 5, 2011

2

# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

HYDE PARK COOPERATIVE, a Michigan Non-profit
corporation, VILLAGE CENTER ASSOCIATES LIMITED
DIVIDEND HOUSING ASSOCIATION, BOWIN PLACE
ASSOCIATES LIMITED DIVIDEND HOUSING
ASSOCIATION, CAMBRIDGE TOWER ASSOCIATES
LIMITED DIVIDEND HOUSING ASSOCIATION,
FENIMORE LIMITED DIVIDEND HOUSING
ASSOCIATION, MILLENDER CENTER ASSOCIATES
LIMITED PARTNERSHIP, PLYMOUTH SQUARE
LIMITED DIVIDEND HOUSING ASSOCIATION,
FOUNTAIN COURT CONSUMER HOUSING
COOPERATIVE,

Case No. 10-005687-CZ
HON: Michael F. Sapala

Plaintiffs,

v

CITY OF DETROIT, by and through its BUILDINGS
AND SAFETY ENGINEERING DEPARTMENT,



Defendant.

| BECKER & WASVARY, P.L.L.C. | MICHAEL M. MULLER (P38070) |
|---|---|
| By: CARL G. BECKER (P10608) | Attorney for Defendant |
| By: MARK K. WASVARY (P51575) | City of Detroit Law Department |
| Attorneys for Plaintiffs | 660 Woodward Ave |
| 2301 W. Big Beaver Rd., Suite 318 | 1650 First National Building |
| Troy, MI 48084 | Detroit, MI 48226-3535 |
| (248) 649-5667 | (313) 237-3057 |

## BRIEF IN SUPPORT OF PLAINTIFFS MOTION FOR CLASS CERTIFICATION

### Introduction

This action is brought on behalf of a class of owners of residential buildings subject

to inspection by the Defendant which have been charged inspection fees that are not

based on the actual, reasonable costs of the inspection for which the fee is charged.

The City of Detroit, under its Building and Safety Engineering Department, performs

annual or near annual inspections of various types of commercial, industrial, and multi-