UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the matter of:

   City of Detroit, Michigan             Case No.13-53846
                                                                                 Chapter 9
_____Debtor_____/     Hon.Steven W. Rhodes

## NOTICE OF WITHDRAWAL

The undersigned hereby withdraws docket entry number 5334

[ ] Filed in errror

[X ] Containing an error WRONG CHAPTER

                                                       FOR HYDE PARK
                                                       COOPERATIVE:
                                                       By:_/s/_*kurt thornbladh*_____
                                                       KURT THORNBLADH
                                                       Thornbladh Legal Group  PLLC
                                                       Schaefer Plaza
                                                       7301 Schaefer
                                                       Dearborn MI 48126
                                                       (313) 943 2678
                                                       Fax (313) 447 2771
                                                       kthornbladh@gmail.com
                                                       P25858

Dated:  June 17, 2014