UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

City of Detroit, Michigan     CHAPTER 9
    CASE NO. 13-53846
    Debtor(s)     JUDGE Steven W. Rhodes
_____/

## EXHIBIT B TO RESPONSE TO OBJECTION TO CLAIM

For Hyde Park Cooperative

Dated: _____June 17, 2014_     __/s/kurt thornbladh_____
KURT THORNBLADH P25858
Thornbladh Legal Group PLLC
Schaefer Plaza
7301 Schaefer
Dearrborn MI 48126
(313) 943 2678
kthornbladh@gmail.com,