# CITY OF DETROIT
# BUILDINGS AND SAFETY ENGINEERING DEPARTMENT

## FEE SCHEDULE
## EFFECTIVE JULY 1, 2009

### PRESSURIZATION INSPECTION

Inspection of hoistways, stairwells, corridors, etc. for pressurization for smoke control
Per hour.................................................................................................................. $ 134.00

### FIRE SUPPRESSION / PROTECTION

Base fee................................................................................................................. $ 134.00
    Fire suppression fee (per head)....................................................................... $ .50

### INFORMATION INSPECTION

Information inspection of existing residential heating equipment.......................... $ 134.00

## REFRIGERATING SYSTEMS

### INSTALLATION PERMITS

Self-contained systems activated by motors or engines:
    2 HP – First 5 units at each occupancy – Each............................................... $ 74.00
    Additional units over 5 at same occupancy – Each........................................ $ 49.00
    Over 2 HP to 10 HP – First 5 units at each occupancy – Each...................... $ 96.00
    Additional units over at same occupancy – Each........................................... $ 74.00
Remote systems activated by motors or engines:
    10 HP or less – Each......................................................................................... $ 99.00

Systems and/or compressors activated by motors or engines:
    Over 10 HP to 50 HP – Each............................................................................ $ 169.00
    Over 50 HP to 100 HP – Each.......................................................................... $ 286.00
    Over 100 HP – Each.......................................................................................... $ 331.00

Alterations to each system:
    (This does not include additional compressors, such requiring
    Installation permits based on their horsepower)............................................... $ 81.00

Special or Shop Inspection of refrigeration equipment:
    Each unit – Each visit........................................................................................ $ 134.00
Approved Inspection of Unlisted refrigeration equipment........................................ $ 821.00

Failure to obtain permits......................................................................................... $ 268.00
Preliminary inspection – Each visit.......................................................................... $ 99.00

### BIENNIAL LICENSE

Class A - First 2 units at one location ( 0 HP to 5 HP) – each unit......................... $ 90.00
    Over 2 units to 5 at one location – each unit................................................... $ 43.00
    Over 5 units at one location – each unit.......................................................... $ 23.00
Class B - First 2 units at one location (Over 5 HP – 50 HP) – each unit................ $ 123.00
    Over 2 units at one location – each unit.......................................................... $ 59.00
    Over (50-HP) – each unit.................................................................................. $ 198.00

# CITY OF DETROIT
# BUILDINGS AND SAFETY ENGINEERING DEPARTMENT

## FEE SCHEDULE
## EFFECTIVE JULY 1, 2009

---

### INFORMATION INSPECTION

| | |
|---|---:|
| Information inspection of existing air conditioning equipment | $134.00 |

## SAFETY – GENERAL FEES:
## ELEVATING DEVICES

### INSTALLATION PERMITS

| | |
|---|---:|
| Each elevator, passenger and freight (does not include private residence elevator: | |
|     Base Price | $229.00 |
|     For each floor traveled by the elevator | $43.00 |
|     For each hoistway entrance opening | $43.00 |
| Maximum for any one elevator | $1,121.00 |
| (The number of floors traveled by the elevator shall include basement and balcony floors.) | |
| Counter weight safety control assembly | $276.00 |
| Private Residence Elevator – Each | $329.00 |
| Inclined Stair Lift (residence) – Each | $138.00 |
| Wheelchair Elevating Device (in private residence) – Each | $129.00 |
| Barrier Free Lifting Device | $551.00 |
| Wheelchair Elevating Device (in other than private residence) – | |
| Each | $276.00 |
| Inclined Stair Lift (in other than private residence) – Each | $276.00 |
| Dumbwaiter – Each: Traveling 5 stories or less | $216.00 |
| Traveling more than 5 stories | $253.00 |
| Manlift | $551.00 |
| Escalator – Each | $551.00 |
| Personnel Hoist – Each | $1,138.00 |
| Powered Service Platform – Each: | |
| To service building up to ten (10) stories | $681.00 |
|     For each additional ten (10) stories or portion thereof | $345.00 |
|     Maximum Fee | $1,177.00 |
| Additions and alterations to existing elevating devices: | |
|     Alterations to power supply | $204.00 |
|     Alterations to control or type of operation: | |
|         Base Price | $276.00 |
|         For each hoistway entrance opening | $43.00 |

# CITY OF DETROIT
## BUILDINGS AND SAFETY ENGINEERING DEPARTMENT

### FEE SCHEDULE
### EFFECTIVE JULY 1, 2009

| | |
|---|---:|
| Maximum fee | $ 896.00 |
| All other major alterations or additions – First | $ 142.00 |
| Each additional alteration or addition | $ 90.00 |
| Failure to obtain permits | $ 268.00 |
| Replacement of valve on hydraulic elevator (2 hour standing time) | $ 394.00 |
| Permit: | |
| Hydraulic Jack Assembly Replacement | $ 594.00 |
| Hydraulic Pipe Replacement | $ 394.00 |
| Brake Assembly Replacement | $ 394.00 |
| Safeties Replacement | $ 394.00 |
| Governor Replacement | $ 394.00 |
| Rope Gripper | $ 394.00 |

## ANNUAL LICENSES

| | |
|---|---:|
| Dumbwaiter – Each Traveling 5 stories or less | $ 135.00 |
| Traveling more than 5 stories | $ 153.00 |
| Escalator – Each | $ 206.00 |
| Freight or Passenger – Each: | |
| Elevators traveling five (5) stories or less | $ 173.00 |
| Elevators traveling more than five (5) stories | $ 200.00 |
| Inclined lift and wheelchair elevating devices: | |
| (In other than private residences) – each | $ 90.00 |
| Manlift – Each | $ 215.00 |
| Personnel Hoist – Each | $ 235.00 |
| Powered Service Platform – Each | $ 353.00 |

## INSPECTION – CERTIFICATES FOR

| | |
|---|---:|
| Special or shop inspection of elevating devices: | |
| Per Hour (Minimum 1 Hours Time) | $ 134.00 |
| Replacement of elevator capacity sign | $ 36.00 |
| Permanent elevator for temporary use | $ 235.00 |

Emergency Generator/Fireman Return Service Test on regular time $134.00 per hour per Inspector.

# EXHIBIT C

## NOTICE OF PENDENCY OF CLASS ACTION

TO: ALL PERSONS OR ENTITIES WHO OR WHICH:

ALL ENTITIES AND PERSONS CONSTITUTING OWNERS OF BUILDINGS AND PROPERTIES SUBJECT TO PROVISIONS OF THE HOUSING LAW OF MICHIGAN (MCL 125.501 et. seq.) WHICH OR WHO WERE CHARGED INSPECTION FEES BY DEFENDANT THAT EXCEED DEFENDANT'S ACTUAL, REASONABLE COST OF THE INSPECTION FOR THE PERIOD OF NOVEMBER 3, 2003 THROUGH THE PRESENT.

THE WAYNE COUNTY CIRCUIT COURT (THE "COURT") AUTHORIZED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER, THIS IS NOT A NOTICE THAT YOU HAVE BEEN SUED. THIS IS TO INFORM YOU THAT A CLASS ACTION IS PENDING UNDER THE TERMS AND CONDITIONS DESCRIBED BELOW AND THAT ACCORDING TO THE RECORDS REVIEWED BY CLASS COUNSEL AS DESCRIBED BELOW, DEFENDANT'S COUNSEL, DEFENDANT AND THE COURT, YOU FIT INTO THE CLASS DEFINITION SET FORTH ABOVE AND WILL BE DEEMED PART OF THE CLASS UNLESS YOU EXPRESSLY EXCLUDE YOURSELF FROM THE CLASS IN WRITING PURSUANT TO THE INSTRUCTIONS BELOW.

## BACKGROUND OF THE ACTION

The factual basis of the lawsuit is that the Defendant has been charging improper inspection fees to entities and persons which or who own multi-family residential properties. Plaintiff alleges an exception to governmental immunity under a theory of restitution for involuntary payment, given the lien rights granted the Defendant to enforce payment of these fees. Based on such lien rights, Plaintiff's lawyers contend that the payments made by Class Members were involuntary. Defendant has defended on the basis of governmental immunity. Further, Defendant claims payments were voluntary and the charges were acceptable over a substantial period of time by all of those parties who make up the Plaintiff Class.

The people who sued are called the Plaintiffs and the City of Detroit is called the Defendant.

## EXCLUDING YOURSELF FROM THE CLASS

If you do not want to be part of the class and instead want to keep your claims and right to sue the City of Detroit on your own, then you must take steps to get out of the class. This is called "excluding yourself from or opting out of the class." You may enter an appearance in this matter through an attorney if you so desire. You may also intervene in the instant action.

If you decide to exclude yourself from the class, you may hire your own lawyer at your own expense. Class Counsel cannot and will not represent class members who exclude

themselves from the class. To exclude yourself from the class you must send a letter by first class mail stating that you want to be excluded from "Hyde Park Cooperative, et. al. v City of Detroit, Case No. 10-005687 CZ." Be sure to include your name, address, telephone number, account number and your signature as well as the date. To be valid an exclusion request must be received no later than _____, 2011 by Class Counsel:

    Becker & Wasvary, P.L.L.C.
    2301 W. Big Beaver Rd., Suite 318
    Troy, Michigan 48084

The law firm that brought the lawsuit has been representing you and other class members, these lawyers are called Class Counsel and are Carl G. Becker and Mark K. Wasvary from Becker & Wasvary, P.L.L.C. You can send any questions you might have to them by contacting them at;

    Becker & Wasvary, P.L.L.C.
    2301 W. Big Beaver, Suite 318
    Troy, Michigan, 48084

## IF YOU DO NOTHING AT ALL, YOU WILL BE CONSIDERED PART OF THE CLASS

### GETTING MORE INFORMATION

This notice summarizes the most important aspects of the lawsuit. For more detailed information, the complete Court file in the lawsuit is available for inspection in the office of the Clerk of the Court during regular business hours at the Wayne County Circuit Court, 2 Woodward Ave., Detroit, Michigan, 48226. Should you have any questions in respect to this notice, the proposed settlement, or the litigation generally, please address your request to Class Counsel for the class or to your own attorney. Do not contact the Court regarding these questions.

Dated:

**BY ORDER OF THE WAYNE COUNTY CIRCUIT COURT**

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

HYDE PARK COOPERATIVE, a Michigan Non-profit
corporation, VILLAGE CENTER ASSOCIATES LIMITED
DIVIDEND HOUSING ASSOCIATION, BOWIN PLACE
ASSOCIATES LIMITED DIVIDEND HOUSING
ASSOCIATION, CAMBRIDGE TOWER ASSOCIATES
LIMITED DIVIDEND HOUSING ASSOCIATION,
FENIMORE LIMITED DIVIDEND HOUSING
ASSOCIATION, MILLENDER CENTER ASSOCIATES
LIMITED PARTNERSHIP, PLYMOUTH SQUARE
LIMITED DIVIDEND HOUSING ASSOCIATION,
FOUNTAIN COURT CONSUMER HOUSING
COOPERATIVE,

    Case No. 10-005687-CZ
    HON: Michael F. Sapala

    Plaintiffs,

v

CITY OF DETROIT, by and through its BUILDINGS
AND SAFETY ENGINEERING DEPARTMENT,

    Defendant.

| BECKER & WASVARY, P.L.L.C. | MICHAEL M. MULLER (P38070) |
|---|---|
| By: CARL G. BECKER (P10608) | Attorney for Defendant |
| By: MARK K. WASVARY (P51575) | City of Detroit Law Department |
| Attorneys for Plaintiffs | 660 Woodward Ave. |
| 2301 W. Big Beaver Rd., Suite 318 | 1650 First National Building |
| Troy, MI 48084 | Detroit, MI 48226-3535 |
| (248) 649-5667 | (313) 237-3057 |

## PROOF OF SERVICE

The undersigned certifies that on January 12, 2011, she served Plaintiffs Motion for Class Certification, Brief in Support of Plaintiff's Motion for Class Certification, Notice of Hearing, Praecipe and Proof of Service upon Michael M. Muller, 660 Woodward Ave., 1650 First National Building, Detroit, MI 48226-3525 by first class mail by placing same in an envelope plainly addressed as aforesaid, and depositing said envelope, with proper postage, in a US Mail Box in the City of Troy.

I declare that the statements above are true to the best of my information, knowledge and belief.

    /s/ Julie A. Schmees