UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

City of Detroit, Michigan         CHAPTER 9
                                          CASE NO. 13-53846
                   Debtor(s)      JUDGE Steven W. Rhodes
_____/

**EXHIBIT C TO RESPONSE
TO OBJECTION TO CLAIM**

For Hyde Park Cooperative

Dated: _____June 17, 2014_     __/s/kurt thornbladh_____
                                           KURT THORNBLADH P25858
                                           Thornbladh Legal Group PLLC
                                           Schaefer Plaza
                                           7301 Schaefer
                                           Dearrborn MI 48126
                                           (313) 943 2678
                                           kthornbladh@gmail.com,