UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

City of Detroit, Michigan　　　　　CHAPTER 9
　　　　　　　　　　　　　　　　　CASE NO. 13-53846
　　　　　　　Debtor(s)　　　　　　JUDGE Steven W. Rhodes
_____/

# EXHIBIT D TO RESPONSE TO OBJECTION TO CLAIM

For Hyde Park Cooperative

Dated: _____June 17, 2014_　　__/s/kurt thornbladh_____
　　　　　　　　　　　　　　　　KURT THORNBLADH P25858
　　　　　　　　　　　　　　　　Thornbladh Legal Group PLLC
　　　　　　　　　　　　　　　　Schaefer Plaza
　　　　　　　　　　　　　　　　7301 Schaefer
　　　　　　　　　　　　　　　　Dearrborn MI 48126
　　　　　　　　　　　　　　　　(313) 943 2678
　　　　　　　　　　　　　　　　kthornbladh@gmail.com,