**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In the matter of:

City of Detroit, Michigan            Case No.13-53846

                             Chapter 11

_____Debtor(s)__/     Hon. Steven W. Rhodes

**STATEMENT OF DEBTOR REGARDING**
**CORPORATE OWNERSHIP**
**OF HYDE PARK CO-OPERATIVE**
**A MICHIGAN NON-PROFIT ASSOCIATION**

[ ]     **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

       Name:_____
       Address:_____

       Name:_____
       Address:_____

       Name:_____
       Address:_____

       Name:_____
       Address:_____

(For additional names, attach an addendum to this form)

[ X ]     There are not entities that directly or indirectly own more than 10% or more of any class of the debtor's equity interest.
        **I declare under penalty of perjury that the foregoing is correct.**

                                         FOR THE CREDITOR:
                                         By:__/s/_ kurt thornbladh___
                                         KURT THORNBLADH P25858
                                         Thornbladh Legal Group PLLC
                                         Schaefer Plaza
                                         7301 Schaefer
                                         Dearborn MI 48126
                                         (313) 943 2678
                                         [kthornbladh@gmail.com](mailto:kthornbladh@gmail.com)
                                         P25858

Dated:    10/21/2013