UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

IN RE:                                    )
                                          )
City of Detroit, Michigan                 )   BANKRUPTCY NO. 13-53846
                                          )
                                          )   Chapter 11
                                          )
        Debtor(s).                        )

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2014 I electronically filed RESPONSE BY HYDE PARK COOPERATIVE, ETC. with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Elizabeth M. Abood-Carroll    bankruptcy@orlans.com, ANHSOA@earthlink.net
Daniel N. Adams    dadams@honigman.com, litdocket@honigman.com
Sam J. Alberts    sam.alberts@dentons.com, dan.barnowski@dentons.com
Carla Orman Andres    candres@gklaw.com
Mark A. Angelov    mark.angelov@arentfox.com
Charles N. Ash    cash@wnj.com, kkranz@wnj.com
Karin F. Avery    Avery@SilvermanMorris.com
Nabih H. Ayad    ayadlaw@hotmail.com
Allison Bach    abach@dickinsonwright.com
Jason W. Bank    jbank@kerr-russell.com
Paige E. Barr    Paige.Barr@kattenlaw.com
Robert N. Bassel    bbassel@gmail.com, robertbassel@hotmail.com
Kevin M. Baum    kevin.baum@kattenlaw.com
Dirk H. Beckwith    dbeckwith@fosterswift.com
Michael R. Bell    BellM1@michigan.gov
Bruce Bennett    bbennett@jonesday.com
Ryan Blaine Bennett    ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com
Douglas C. Bernstein    dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Brendan G. Best    bbest@schaferandweiner.com, wkyles@schaferandweiner.com
Jeffrey H. Bigelman    jhb_ecf@osbig.com, tc@osbig.com
William C. Blasses    wcb@osbig.com
Brett A. Border    bborder@ssplegal.com, joumedian@ssplegal.com
Winnifred P. Boylan    wpboylan@lambertleser.com
Randall A. Brater    randall.brater@arentfox.com
Mark E. Bredow    mbredow@resnicklaw.net, jabdelnour@resnicklaw.net
Allan S. Brilliant    allan.brilliant@dechert.com
Lynn M. Brimer    lbrimer@stroblpc.com, kvanakin@stroblpc.com
Charles D. Bullock    cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
Judy B. Calton    jcalton@honigman.com, litdocket@honigman.com

Judy B. Calton    jcalton@honigman.com,blundberg@honigman.com, litdocket@honigman.com
Peter L. Canzano    pcanzano@sidley.com
Eric D. Carlson    carlson@millercanfield.com
Julia A. Caroff    julia.caroff@usdoj.gov, mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
Corey M. Carpenter    bocecf@boclaw.com, coreycarpenter@boclaw.com
Amy D. Caton    acaton@kramerlevin.com, achouprouta@kramerlevin.com
Babette A. Ceccotti    bceccotti@cwsny.com
Thomas P. Christy    tchristy@garanlucow.com
Tracy M. Clark    clark@steinbergshapiro.com, clark@ecf.inforuptcy.com
Mary Beth Cobbs    cobbm@detroitmi.gov, mbcobbs@flash.net
Ryan Cochran    ryan.cochran@wallerlaw.com
Carol Connor Cohen    carol.cohen@arentfox.com
Dawn R. Copley    dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
Sean M. Cowley (UST)    Sean.cowley@usdoj.gov
Elliot G. Crowder    ecrowder@sbplclaw.com, lhaas@sbplclaw.com
Robert Darnell    robert.darnell@usdoj.gov
Hugh M. Davis    Info@ConLitPC.com
Peter D. Dechiara    pdechiara@cwsny.com
Shannon L. Deeby    sdeeby@clarkhill.com
Melissa L. Demorest    melissa@demolaw.com, paula@demolaw.com
M. Ellen Dennis    m.ellen.dennis@gmail.com,dwhadden@umich.edu
Robert J. Diehl    rdiehl@bodmanlaw.com
Karen B. Dine    karen.dine@kattenlaw.com
Tamar Dolcourt    tdolcourt@foley.com
Mercedes Varasteh Dordeski    mdordeski@foleymansfield.com,cindy@loevy.com
David L. Dubrow    david.dubrow@arentfox.com
Ethan D. Dunn    bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com
Jeffrey David Eaton    jeaton@schiffhardin.com
John E. Eaton    jeaton@cousenslaw.com, pjohnson@bredhoff.com
David Eisenberg    deisenberg@ermanteicher.com
Caroline Turner English    caroline.english@arentfox.com
Earle I. Erman    eerman@ermanteicher.com
Barry S. Fagan    bfagan@dibandfagan.com
Sherrie L. Farrell    sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
Evan Justin Feldman    efeldman@clarkhill.com
Lisa Hill Fenning    Lisa.Fenning@aporter.com
Robert Fetter    rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
Mallory Field    MField@stroblpc.com, jmckeogh@stroblpc.com
Jamie Scott Fields    jeansartre@msn.com
Joseph M. Fischer    brcy@carsonfischer.com, jfischer@carsonfischer.com
Deborah L. Fish    dfish@allardfishpc.com, allardfishpc@yahoo.com
Joseph Mark Fisher    mfisher@schiffhardin.com
Robert M. Fishman    rfishman@shawfishman.com
Steven B. Flancher    flanchers@michigan.gov
Vanessa G. Fluker    vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
Mark S. Frankel    mfrankel@couzens.com
Brendan H. Frey    bfrey@manteselaw.com, ssikorski@manteselaw.com
Timothy A. Fusco    fusco@millercanfield.com
Eric B. Gaabo    gaabe@detroitmi.gov
Joshua A. Gadharf    jgadharf@mcdonaldhopkins.com
Niraj R. Ganatra    Nganatra@uaw.net
Andrew J. Gerdes    agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com
Rozanne M. Giunta    rmgiunta@lambertleser.com
Stuart A. Gold    sgold@glmpc.com
Jerome D. Goldberg    apclawyer@sbcglobal.net
William H. Goodman    mail@goodmanhurwitz.com
Robert D. Gordon    rgordon@clarkhill.com, lbellguzzo@clarkhill.com
Jeffrey S. Grasl    jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
Timothy R. Graves    tgraves@allardfishpc.com, allardfishpc@yahoo.com
Jonathan S. Green    green@millercanfield.com
John T. Gregg    jgregg@btlaw.com

Christopher A. Grosman    BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
Stephen M. Gross    sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com
Edward J. Gudeman    ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Raymond Guzall    rayguzall@attorneyguzall.com
Stephen C. Hackney    stephen.hackney@kirkland.com
Paul R. Hage    phage@jaffelaw.com, jtravick@jaffelaw.com
Paula A. Hall    hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
Michael C. Hammer    mchammer2@dickinsonwright.com
Howard R. Hawkins    howard.hawkins@cwt.com, mark.ellenberg@cwt.com;jason.jurgens@cwt.com;ellen.halstead@cwt.com
David Gilbert Heiman    dgheiman@jonesday.com
Robert S. Hertzberg    hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Steven G. Howell    showell@dickinsonwright.com
Marshall S. Huebner    bankrout@davispolk.com
Charles Bruce Idelsohn    charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
Mark R. James    mrj@wwrplaw.com
William W. Kannel    wkannel@mintz.com
John P. Kapitan    easternecf@trottlaw.com
Michael Anthony Karman    makarmanesq@gmail.com
Michael Joseph Karwoski    mjkarwoski@alumni.nd.edu
Mami Kato    mkato@sachswaldman.com, pmerchak@sachswaldman.com
Richardo I. Kilpatrick    ecf@kaalaw.com, wjackson@KAALaw.com
Susheel Kirpalani    susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
Scott B. Kitei    skitei@honigman.com
Anthony J. Kochis    akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;akochis@ecf.inforuptcy.com
Samuel S. Kohn    skohn@chadbourne.com, japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
Dan Korobkin    dkorobkin@aclumich.org
Deborah Kovsky-Apap    kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Kay Standridge Kress    kressk@pepperlaw.com, alexsym@pepperlaw.com
Stephen S. LaPlante    laplante@millercanfield.com, skoczylas@millercanfield.com
Patrick C. Lannen    plannen@plunkettcooney.com, mkisell@plunkettcooney.com
Lawrence A. Larose    llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;mroitman@chadbourne.com;sbloomfield@chadbourne.com
Caralyce M. Lassner    ecf@lassnerlaw.com
Michael S. Leib    msl@maddinhauser.com, bac@maddinhauser.com
David E. Lemke    david.lemke@wallerlaw.com
Heather Lennox    hlennox@jonesday.com
David A. Lerner    dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
Richard Levin    rlevin@cravath.com, mao@cravath.com
Sharon L. Levine    slevine@lowenstein.com
David T. Lin    dlin@seyburn.com, kbilpo@seyburn.com
Ronald C. Liscombe    rliscombe@alglawpc.com
William Norman Listman    wlistman@davislistman.com
Sara Klettke MacWilliams    macwilliams@youngpc.com, efiling@youngpc.com
Richard G. Mack    richardmack@millercohen.com, mcoil@millercohen.com
Elias T. Majoros    emajoros@glmpc.com
Carolyn Beth Markowitz    DVCCOUNSEL@AOL.COM
Donald G. McGuigan    don@mcguiganlaw.com
Patrick E. Mears    pmears@btlaw.com
Leah Montesano    leah.montesano@arentfox.com
Claude D. Montgomery    claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
Claude D. Montgomery    claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
Thomas R. Morris    morris@silvermanmorris.com, marlene@silvermanmorris.com
Wolfgang Mueller    wmueller@olsmanlaw.com, jsmith@olsmanlaw.com
Harold E. Nelson    ecf-hen@rhoadesmckee.com
Fred Neufeld    fneufeld@sycr.com
Carole Neville    carole.neville@dentons.com,daniel.morris@dentons.com
Carole Neville    carole.neville@dentons.com
Karen Vivian Newbury    knewbury@schiffhardin.com

Max J. Newman     newman@butzel.com
Kenneth E. Noble     kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Eric David Novetsky     enovetsky@jaffelaw.com
Sandra L. O'Connor     soconnor@glmpc.com
Brian D. O'Keefe     bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Arthur O'Reilly     aoreilly@honigman.com, ahatcher@honigman.com
Lisa Okasinski     lisa@demolaw.com
Noah J. Ornstein     noah.ornstein@kirkland.com
Alidz Oshagan     oshagan@legghioisrael.com, drf@legghioisrael.com
Yuliy Osipov     yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
Michael R. Paslay     mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
Barbara A. Patek     bpatek@ermanteicher.com
Andrew A. Paterson     aap43@outlook.com, aap43law@gmail.com
Geoffrey T. Pavlic     pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
Randall A. Pentiuk     RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Alfredo R. Perez     alfredo.perez@weil.com,kelly.diblasi@weil.com,dana.kaufman@weil.com,brian.wells@weil.com,brenda.funk@weil.com
Alfredo R. Perez     alfredo.perez@weil.com,kelly.diblasi@weil.com,debora.hoehne@weil.com,elizabeth.hendee@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com,brenda.funk@weil.com
Heidi Peterson     hdpeterson75@gmail.com
Ryan Plecha     rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Leland Prince     princel@dteenergy.com
Thomas B. Radom     Radom@butzel.com
A. Stephen Ramadan     steveramadan@gmail.com
John Joseph Ramirez     john.ramirez@kattenlaw.com
H. Nathan Resnick     hnresnick@resnicklaw.net, jabdelnour@resnicklaw.net
Peter J. Roberts     proberts@shawfishman.com
Kimberly Joan Robinson     kim.robinson@bfkn.com
Richard A. Roble (UST)     Richard.A.Roble@usdoj.gov
Louis P. Rochkind     lrochkind@jaffelaw.com, dburris@jaffelaw.com
Courtney M. Rogers     courtney.rogers@wallerlaw.com
Ronald L. Rose     rrose@dykema.com
Eric Rosenberg     EJR@morganmeyers.com, amendiola@morganmeyers.com
Heath Douglas Rosenblat     Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Jeffrey Rossman     jrossman@mwe.com
Jeffrey Rossman     jrossman@mwe.com,ncoco@mwe.com,Lhaidostian@mwe.com
Craig B. Rule     bankruptcy@orlans.com, ANHSOA@earthlink.net
Edward Todd Sable     tsable@honigman.com, litdocket@honigman.com
Kenneth M. Schneider     kschneider@schneidermiller.com
Matthew Schneider     SchneiderM7@michigan.gov
Joseph R. Sgroi     jsgroi@honigman.com, litdocket@honigman.com
Mark H. Shapiro     shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
Howard S. Sher     howard@jacobweingarten.com
John P. Sieger     john.sieger@kattenlaw.com
Jeffery R. Sieving     jeff@iobillboard.com
John A. Simon     jsimon@foley.com
Jill Kristen Smith     Jill.Smith@macombgov.org
William Pfeiffer Smith     wsmith@mwe.com
James Sprayregen     james.sprayregen@kirkland.com
Douglas Steele     dls@wmlaborlaw.com
Kevin N. Summers     ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
Matthew Gernet Summers     summersm@ballardspahr.com
Marc N. Swanson     swansonm@millercanfield.com
Meredith Taunt     mtaunt@stroblpc.com, KVanAkin@stroblpc.com
Ralph A. Taylor     ralph.taylor@arentfox.com
Julie Beth Teicher     jteicher@ermanteicher.com
Kurt Thornbladh     kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
My Chi To     mcto@debevoise.com, mao-bk-ecf@debevoise.com
Sheryl L. Toby     stoby@dykema.com, dguerrero@dykema.com

Sheldon S. Toll     lawtoll@comcast.net, lawtoll@comcast.net
Matthew Troy     matthew.troy@usdoj.gov
Brian R. Trumbauer     btrumbauer@bodmanlaw.com
Suzanne L. Wahl     swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
Scott M. Watson     swatson@wnj.com
Daniel J. Weiner     dweiner@schaferandweiner.com
Robert A. Weisberg     BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com
William A. Wertheimer     billwertheimer@gmail.com
Benjamin J. Wilensky     bjw@seikalystewart.com
Matthew Wilkins     wilkins@bwst-law.com, marbury@bwst-law.com
Angela Williams     williamsa@dhcmi.org, HollisR@dhcmi.org
Jeremiah Buffalo Wirgau     jwirgau@sspclegal.com
Scott A. Wolfson     swolfson@wolfsonbolton.com,david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com
Stephen Wolpert     stephen.wolpert@dechert.com
David M. Zack     dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com
Trevor J. Zamborsky     tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Jennifer Zbytowski Belveal     jbelveal@honigman.com, mjohnson@honigman.com
Craig E. Zucker     czucker@ermanteicher.com

      And I hereby certified that I have mailed by United States Postal Service the Paper(s) to the following non-ECF participants:

Due to the numerousity of the parties to the matrix, the Creditors have only filed this Motion electronically.

Date: June 17, 2014

                                          **/s/ Kurt Thornbladh**
                                          Attorney for Creditor in the Motion
                                          Kurt Thornbladh P25858
                                          Thornbladh Legal Group PLLC
                                          7301 Schaefer 48532
                                          (313) 943-2678
                                          kthornbladh@gmail.com
                                          P25858