# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

**NOTICE OF SUBPOENA TO MICHAEL DUGGAN, MAYOR OF THE CITY OF DETROIT, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45(a)(4)**

**PLEASE TAKE NOTICE** that, on the date hereof, Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., filed the attached subpoena to Michael Duggan, Mayor of the City of Detroit, pursuant to Federal Rule of Civil Procedure 45, made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 9016, and served the same in the manner stated in the proof of service attached to the subpoena.

June 17, 2014                    Respectfully submitted,

/s/ Matthew G. Summers
Matthew G. Summers, Esquire
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Tel: (302) 252-4428
Fax: (302) 252-4466
E-mail: summersm@ballardspahr.com

Vincent J. Marriott, III, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Tel: (215) 864-8236
Fax: (215) 864-9762
E-mail: marriott@ballardspahr.com

-and-

Howard S. Sher, Esquire
Jacob & Weingarten, P.C.
Somerset Place
2301 W. Big Beaver Road, Suite 777
Troy, Michigan 48084
Tel: (248) 649-1900
Fax: (248) 649-2920
E-mail: howard@jacobweingarten.com

*Attorneys for Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A.*

2

## Certificate of Service

      I, Matthew G. Summers, hereby certify that on June 17, 2014, I caused the foregoing *Notice of Subpoena to Michael Duggan* to be filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

                              */s/ Matthew G. Summers*
                              Matthew G. Summers

3

13-53846-tjt   Doc 5351   Filed 06/17/14   Entered 06/17/14 14:54:09   Page 3 of 3