UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

City of Detroit, Michigan

                                                      Case No.13-53846
_____Debtors____/        Hon. Steven W. Rhodes
                                                      Chapter 9

### NOTICE AND OPPORTUNITY FOR HEARING

      PLEASE TAKE NOTICE that the attached <u>Debtors Motion MOTION FOR CLASS CERTIFICATION OF PROOFS OF CLAIMS ## 2638, 2651, 2654, 2659, 2676, 2689 and 2692</u> has been filed in accordance with Local Bankruptcy Rule 9014-1 (E.D.M.). Pursuant to the rule, you have fourteen (14) days after service to file and serve a response or a request for a hearing.

### YOUR RIGHTS MAY BE AFFECTED

      PLEASE TAKE FURTHER NOTICE that unless a written objection is filed within fourteen (14) days from the date of this Notice, the Court may, upon presentation of an Order by the applicant, grant the relief requested consistent with the provisions of 11 U.S.C. 102, and L.B.R. 9014-1 (E.D.M.), without a hearing.

      PLEASE TAKE FURTHER NOTICE that if a timely written objection in the form of a pleading is filed with the Clerk of the Court and served upon the Movant, the Court shall send a Notice of the date set for hearing on the objection[1]. The address of the Court is:

                              CLERK, U.S. Bankruptcy Court
                                       17th Floor
                                       211 West Fort
                                       Detroit MI 48226

      PLEASE TAKE FURTHER NOTICE that any response or request for hearing must be served electronically or upon the following address:

| KURT THORNBLADH, Esq.<br>**Attorney for Debtor**<br>**7301 Schaefer**<br>**Dearborn MI 48126** | U.S.Trustee<br>7th Floor<br>211 W. Fort Street<br>Detroit MI 48226 |
|---|---|

                                        For the Movants:

**Dated:** June 17, 2014                    ___/s/kthornbladh_____
                                             KURT THORNBLADH P25858
                                             THORNBLADH LEGAL GROUP PLLC
                                             7301 Schaefer
                                             Dearborn MI 48126
                                             (313) 943 2678
                                             kthornbladh@gmail.com

                                             **Exhibit "2"**

---

**1** Response or answer must comply with F.R.Civ.P. 8(b), (c), and (e).