UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

   City of Detroit, Michigan             CHAPTER 9
                                                           CASE NO. 13-53846
                            Debtor(s)                JUDGE Steven W. Rhodes
_____/

## BRIEF IN SUPPORT OF MOTION

I.   FACTS:

    The Creditors, Hyde Park Cooperative, Plymouth Square Ltd Housing Association, Cambridge Tower Association, Ltd. H.A., Millender Center Associates L.P. and Village Center Assoc. Ltd. Div. H.A., for their memorandum of law rely upon the facts as stated in the Motion for Class Certification filed concurrently.

II.   FACTS

SHOULD THE COURT GRANT CLASS CERTIFICATION OF THE ENUMERATED PROOFS OF CLAIM?

The Creditors say "yes".

In its Objection to Duplicate Claims the City says "yes it should".

III.   AUTHORITY

The Creditors rely upon the application of law to fact as discussed in the Motion for Class Certification of Proofs of Claim.

IV.   PRAYER FOR RELIEF

Wherefore the Creditors ask the Court to grant class certification of their Proofs of Claim.

                                                          FOR THE CREDITORS:
                                                          /s/kurt thornbladh
                                                          KURT THORNBLADH P25858
                                                          Thornbladh Legal Group PLLC
                                                          7301 Schaefer
                                                          Dearborn MI 48126
                                                          (313) 943 2678
                                                          kthornbladh@gmail.com P25858
Dated: 5/30/2014                                        P25858
                                   Exhibit "3"