UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the matter of:

City of Detroit, Michigan            Case No. 13-53846
                                         Chapter 9
_____Debtor_____/    Hon. Steven W. Rhodes

## AFFIDAVIT

State of Michigan     )
                          )SS .
County of Wayne    )

KURT THORNBLADH, first being duly sworn, deposes and says as follows:

1. I am Counsel for the Creditors named in the Motion for Class Certification of Proof of Claims ## 2638, 2651, 2654, 2659, 2676, 2683, 2689 and 2692.

2. The statements made in the Motion for Class Certification are true and correct to the best of my information and belief, based upon an investigation of the facts made by me and by co-counsel in this Motion.

3. The documentary exhibits attached hereto are complete and accurate copies of the original documents.

Further your affiant says not.

                                                      __/s/_*KURT THORNBLADH*_____
                                                      KURT THORNBLADH

Subscribed and sworn to before me
on May 30, 2014.
___/s/_hawraa al-aridhi
HAWRAA AL-ARIDHI, NOTARY PUBLIC
Wayne County, Michigan
My Commission Expires: January 19, 2017
Acting for Wayne County