# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In the matter of:

City of Detroit, Michigan

_____Debtor(s)\_\_/

Case No.13-53846

Chapter 11

Hon.Steven W. Rhodes

## STATEMENT OF DEBTOR REGARDING
## CORPORATE OWNERSHIP
## OF HYDE PARK CO-OPERATIVE
## A MICHIGAN NON-PROFIT ASSOCIATION

[ ]  The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:

Name:_____
Address:_____

Name:_____
Address:_____

Name:_____
Address:_____

Name:_____
Address:_____

(For additional names, attach an addendum to this form)

[ X ]  There are not entities that directly or indirectly own more than 10% or more of any class of the debtor's equity interest.
**I declare under penalty of perjury that the foregoing is correct.**

FOR THE CREDITOR:
By:\_\_/s/\_ kurt thornbladh\_\_\_
KURT THORNBLADH P25858
Thornbladh Legal Group PLLC
Schaefer Plaza
7301 Schaefer
Dearborn MI 48126
(313) 943 2678
kthornbladh@gmail.com
P25858

Dated:   10/21/2013