UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |

### Order Amending Dates Relating to the Court's Expert Witness

On April 22, 2014, the Court entered its Order appointing Martha E. M. Kopacz of Phoenix Management Services, the Court's appointed expert witness (the "Expert Witness") in the above-captioned case (Dkt. #4215) (the "Appointment Order").[1]

Pursuant to the Appointment Order, the Expert Witness is required, among other things, to investigate and reach a conclusion on certain aspects of the City's plan and to serve her report and supporting documentation on the parties. She also is required to be available for a consolidated deposition by any interested parties.

The Appointment Order established deadlines for the delivery of the Expert Witness' report and for the taking of her deposition by interested parties. These deadlines were established to coincide with deadlines applicable to expert witnesses of the parties.

On June 9, 2014, the Court entered its *Fifth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment* (Dkt. #5259), pursuant to which, after careful consideration of requests made by certain objecting parties, it exercised its discretion to extend certain deadlines applicable to the parties' expert witnesses and to confirmation of the City's plan.

In its discretion, the Court concludes that deadlines applicable to the Expert Witness should be extended as well.

1. **July 15, 2014** is the deadline by which the Expert Witness shall serve her report (in such manner as may be agreed by the parties or directed by the Court), along with copies of any document cited in the report or otherwise considered by the witness in preparing the report, excluding documents previously produced in discovery among the parties and publicly-available professional literature.

2. **August 4, 2014** is the deadline by which the Expert Witness shall be available for a consolidated deposition by any interested parties.

This order amends paragraphs 6 and 7 of the Appointment Order. However, nothing in this order otherwise amends the Appointment Order.

---

[1] Capitalized terms not otherwise defined carry the same meaning ascribed to them in the Appointment Order.

It is so ordered.

**Signed on June 17, 2014**

                                                                 /s/ Steven Rhodes
                                                                 **Steven Rhodes**
                                                                 **United States Bankruptcy Judge**