UNITED STATES BANKRUTPCY COURT
EASTER DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In Re:

CITY OF DETROIT, MICHIGAN,    Case No. 13-53846-SWR
                              Chapter 9
                              Hon. STEVEN W. RHODES
　　　　Debtor.

_____/

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 91

PLEASE TAKE NOTICE that INTERNATIONAL OUTDOOR, INC., by and through its attorney, JEFFERY R. SIEVING, hereby withdraws its Proof of Claim No. 91 filed September 17, 2013.

Dated: June 17, 2014    Respectfully Submitted,

By: /s/ Jeffery R. Sieving
　　Jeffery R. Sieving (P71625)
　　Attorney for International Outdoor, Inc.
　　28423 Orchard Lake Rd., Ste. 200
　　Farmington Hills, MI 48334
　　(248) 489-8989
　　jeff@iobillboard.com

## CERTIFICATE OF SERVICE

I certify that on June 17, 2014, I electronically filed the above Notice of Withdrawal of Proof of Claim No. 91 with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

Dated: June 17, 2014    Respectfully Submitted,

By: /s/ Jeffery R. Sieving
　　Jeffery R. Sieving (P71625)
　　Attorney for International Outdoor, Inc.
　　28423 Orchard Lake Rd., Ste. 200
　　Farmington Hills, MI 48334
　　(248) 489-8989
　　jeff@iobillboard.com