## Exhibit 1

## Proposed Order

*The Motion requests either of two alternative forms of relief. A proposed form of order will be provided promptly upon the Court's determination of which alternative relief (if any) to grant.*