# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

    Debtor.
_____/

Chapter 9

Case No: 13-53846

Hon. Steven. W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2014, I caused the *Limited Objection of National Public Finance Guarantee Corporation to Motion of the City of Detroit for Site Visit by Court In Connection with the Hearing on Confirmation of the City's Plan of Adjustment* [Doc. No. 5359] to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants in this bankruptcy case.

    Respectfully Submitted,

    **JAFFE RAITT HEUER & WEISS, P.C.**

    By: /s/ Paul R. Hage
    Paul R. Hage (P70460)
    27777 Franklin Road, Suite 2500
    Southfield, MI 48034-8214
    Telephone: (248) 351-3000
    phage@jaffelaw.com

    *Counsel for National Public Finance Guarantee Corp.*

Dated: June 17, 2014.