UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN

    Debtor

_____

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

## NATIONAL ENVIRONMENAL GROUP, LLC'S WITHDRAWAL OF CLAIM NUMBER 1291

The Creditor, National Environmental Group, LLC ("NEG"), by and through its counsel, **STEVEN A. WRIGHT, P.C.,** and for its Withdrawal of Claim Number 1291, states as follows:

1. NEG filed its Proof of Claim on February 21, 2014.

2. Debtor, City of Detroit, Michigan ("Debtor") filed its Objection to NEG's Claim Number 1291 on May 15, 2014.

3. In its Proof of Claim, NEG stated, "it does not believe its claim is part of this bankruptcy, but submits out of an abundance of caution."

4. After review of the Debtor's objections, NEG does not agree that it has been paid in full for its work with the Detroit Water and Sewer Department on the Southwest Water Treatment Plant, Waste Washwater and Sludge Treatment Facilities Project; however, NEG does concur that its Proof of Claim should not be part of this bankruptcy as this Court does not have jurisdiction.

**WHEREFORE,** Creditor National Environmental Group, LLC Withdrawals Proof of Claim Number 1291.

Respectfully submitted,

**STEVEN A. WRIGHT, P.C.**

/s/ Steven A. Wright
13854 Simone Drive
Shelby Township, MI 48315
(586) 532-8560
(P56970)
Email: steve@sawpc.com
Attorneys for National Environmental Group, LLC