UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Chapter 9

CITY OF DETROIT, MICHIGAN                       Case No. 13-53846

        Debtor.                        Hon. Steven W. Rhodes

_____/

# EXHIBIT A

**Relevant Portions of Claim No. 2588**

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | **FILED** |
|---|---|---|

Name of Debtor: City of Detroit, Michigan    Case Number: 13-53846

**PROOF OF CLAIM**

**FEB 2 1 2014**

US Bankruptcy Court
Mt Eastern District

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): Michigan Building and Construction Trades Council, AFL-CIO

Name and address where notices should be sent:
McKnight, McClow, Canzano, Smith & Radtke, P.C.
400 Galleria Officentre, Suite 117
Southfield, MI  48034

Telephone number: 248-354-9650  email: jcanzano@michworklaw.com

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
    *(If known)*

Filed on:_____

Name and address where payment should be sent (if different from above):

**RECEIVED**
**FEB 2 4 2014**
KURTZMAN CARSON CONSULTANTS

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number:    email:

1. Amount of Claim as of Date Case Filed:    $ unliquidated/presently undetermined

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: See Exhibit 1
   (See instruction #2)

3. Last four digits of any number by which creditor identifies debtor:

3a. Debtor may have scheduled account as:_____
    (See instruction #3a)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____
Annual Interest Rate (when case was filed)_____% ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $_____

Basis for perfection: _____

Amount of Secured Claim: $_____
Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).    $_____

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____.    $_____

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. See Exhibit 1

If the documents are not available, please explain: Documents are voluminous and in the Debtor's possession

8. Signature: (See instruction # 8)
Check the appropriate box.

☐ I am the creditor.  ☒ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  John R. Canzano
Title:   Attorney
Company: McKnight, McClow, Canzano
Address and telephone number (if different from notice address above):
_____
_____

(Signature)   2/20/14   (Date)

Telephone number:    email:

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment f*

13-53846-tjt    Doc 5362-1    Filed 06/17/14    Entered 06/17/14 17:24:38    Page 2 of 3

# EXHIBIT 1

## MICHIGAN BUILDING AND CONSTRUCTION TRADES COUNCIL, AFL-CIO
## PROOF OF CLAIM ATTACHMENT (DWSD UNITS)

This Proof of Claim and Attachment are filed to preserve the rights of Claimants. The filing of this Proof of Claim is not intended to be, and should not be construed as:

1) An election of remedies;

2) A waiver of any past, present or future defaults by the City or any third Party;

3) A waiver of Claimant's claims against any other parties liable to Claimants;

4) A waiver of Claimant's rights to amend this Proof of Claim for any purpose;

5) A limitation on the number or type of claims filed by Claimants.

The Michigan Building and Construction Trades Council (formerly known as the Detroit Building and Construction Trades Council) AFL-CIO ("Union"), is the exclusive bargaining representative and authorized to file this claim on behalf of individuals who are or were employed by the City of Detroit Water and Sewerage Department ("DWSD") in the following bargaining units:

1) A unit of non-supervisory building trades workers employed by DWSD, as detailed in Exs. 1A and 1B to the 2013-2016 Collective Bargaining Agreement between DWSD and the Union (attached as Exs. A & B hereto);

2) A unit of supervisory building trades workers employed by DWSD, as detailed in Ex. 1 to the 2013-2016 Collective Bargaining Agreement between DWSD and the Union for the Building Trades Foremen Unit (attached as Ex. C hereto);

### Basis of Claims:

Any and all claims arising from or related to the City and/or DWSD's breach of or non-performance of any collectively bargained obligations arising from any collective bargaining agreements between the City and/or DWSD and the Union.