**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON**

FILED
2014 JUN 12 A 8: 33
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

**CARL WILLIAMS AND HASSAN ALEEM**
    Creditor/Objector,

v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
    Debtor/

_____/

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

Case No. 14-cv-10434
Hon. Bernard A. Freidman
Magistrate Paul J. Komives

## SUPPLEMENTAL OBJECTIONS TO THE
## VOTING BALLOT AND THE PROCESS

THE NOTICE IS AFTER THE FACT, UNTIMELY, CONTRARY
TO THE FACTS AND MISREPRESENTATION OF THE BANK-
RUPTCY CODE AND RULES AND HAS NOT BEEN PRESENT-
ED IN A GOOD FAITH MANNER.

    We /I object to the voting ballot and the process for the following reasons:

    1) We/I object to the voting ballot because it doesn't have a Yes or No vote. It only has a yes votes. If you check this box we will take this much of your money and if you vote the other plan we will take even more. This is a violation of Article 12 Section 16 of the Constitution of the State of Michigan.

    2) We/I object to the voting process because you only have a yes vote,

1

which you agree to allow the city to reduce your pension. Also a violation of Article 12 Section 16 of the Constitution of the State of Michigan.

3) We/I object to the ballot information because of the deception of 4% is really 20%, which is a fraudulent ballot?

4) We/I object to the counting of the ballot by Jones Day Law Firm who represent the City of Detroit.

5) We/I object to plan because if you vote yes you give up your constitutional guarantee pension under Article IX Section 24 of Michigan State Constitution.

6) We/I object to the plan because the state has withheld and refuse to pay Revenue Sharing Funds.

7) We/I object to plan, the vote and the whole bankruptcy procedure because the state through the Emergency Manager, Kevyn Orr filed for bankruptcy and not the City of Detroit, without the city consent and approval. Therefore, it is illegal and the court lack jurisdiction. This is a violation of Bankruptcy code that states at section 903 (1) and (2). A State law prescribing a method of composition of indebtedness of such municipality <u>may not blind any creditor that does not consent to such composition.</u>

8) We/I object to the plan, the vote and the whole bankruptcy procedure Because it violated the 15th Amendment of your constitutional right to vote of the Constitution of the United States.

Sincerely Submitted,

Carl Williams
Name

10112 Somerset
Address

Detroit Michigan 48224
City, State and Zip Code


Hassan Alee
Name

2440 Taylor
Address

Detroit, Mich 48206
City, State and Zip Code

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED
2014 JUN 12 A 8:33
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
    Debtor/

_____/

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

Case No. 14-cv-10434
  Hon. Bernard A. Freidman
  Magistrate Paul J. Komives

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and
your name

Say that on June 12 2014. I sent a copy of Supplemental Objection to the voting ballot and the process Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_

Dated _June 12, 2014_