_BARBARA YEE_

_____

            Creditor/Objector,

v

In re:                                          Chapter 9
City OF DETROIT, MICHIGAN                        Case No. 13-53846
AND EMERGENCY MANAGER                            Judge Steven W Rhodes
KEVYN D. ORR
         Debtor/                        Case No. 14-cv-10434
                                                Hon. Bernard A. Freidman
_____/                Magistrate Paul J. Komives

## SUPPLEMENTAL OBJECTIONS TO THE
## VOTING BALLOT AND THE PROCESS

THE NOTICE IS AFTER THE FACT, UNTIMELY, CONTRARY
TO THE FACTS AND MISREPRESENTATION OF THE BANK-
RUPTCY CODE AND RULES AND HAS NOT BEEN PRESENT-
ED IN A GOOD FAITH MANNER.

We /I object to the voting ballot and the process for the following reasons:

1) We/I object to the voting ballot because it doesn't have a Yes or No

vote.  It only has a yes votes.  If you check this box we will take this much of your

money and if you vote the other plan we will take more.

2) We/I object to the voting process because you only have a yes vote,

which you agree to allow the city to reduce your pension.

1

3) We/I object to the ballot information because of the deception of 4% is really 20%.

4) We/I object to the counting of the ballot by Jones Day Law Firm who represent the City of Detroit.

5) We/I object to plan because if you vote yes you give up your constitutional guarantee pension under Article IX Section 24 of Michigan State Constitution.

6) We/I object to the plan because the state has withheld and refuse to pay Revenue Sharing Funds.

7) We/I object to plan and the vote because the whole bankruptcy is illegal because the state through the Emergency Manager, Kevyn Orr filed for bankruptcy and not the City of Detroit, without the city consent and approval.


Sincerely Submitted,

*Barbara Yee*
name

4245 COMMONWEALTH
Address

DETROIT MI 48208
City, State and Zip Code

Date  5-31-14