UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## NOTICE OF VIDEOTAPED DEPOSITION OF SYED ALI

To:   The City of Detroit, Michigan and Parties on the attached **Exhibit 1**.

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, and the Order Regarding Deposition Protocol [Doc. No. 5263], the parties set forth in **Exhibit 1**, attached hereto, by and through their attorneys of record, will take the deposition upon oral examination of **Syed Ali** at The Westin Book Cadillac, 1114 Washington Blvd, Detroit, Michigan 48226 on **Tuesday, July 1, 2014**. The deposition will begin at **9:00 a.m.** and will continue until completed. Mr. Ali's deposition will be taken before a court reporter or other person authorized by law to administer oaths and provide an official record of the deposition. Mr. Ali's deposition will be recorded by stenograph and videotaped for the purpose of discovery, for use in the above-titled action, and for any other purpose permitted under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Dated: June 18, 2014                    Respectfully submitted,

           **YOUNG & ASSOCIATES**

      By: */s/ Sara K. MacWilliams*
         Sara K. MacWilliams (P67805)
         Jaye Quadrozzi (P71646)
         YOUNG & ASSOCIATES
         27725 Stansbury Blvd. Suite 125
         Farmington Hills, MI 48334
         Telephone: (248) 353-8620
         Facsimile: (248) 479-7828
         smacwilliams@youngpc.com
         quadrozzi@youngpc.com

           - and -

         Joseph M. Fischer (P13452)
         Robert A. Weisberg (P26698)
         Christopher Grosman (P58693)
         CARSON FISCHER, P.L.C.
         4111 Andover Road
         West Second Floor
         Bloomfield, MI 48302
         Telephone: (248) 644-4840
         Facsimile: (248) 644-1832
         jfischer@carsonfischer.com
         rwweisberg@carsonfischer.com
         cgrosman@carsonfischer.com

         *Attorneys for Oakland County*

# EXHIBIT 1

| Party | Counsel for Party |
|---|---|
| *Assured Guaranty* | Lawrence A. Larose<br>Samuel S. Kohn<br>Robert A. Schwinger<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 408-5100<br>Facsimile: (212) 541-5369<br>llarose@chadbourne.com<br>skohn@chadbourne.com<br>rschwinger@chadbourne.com |
| *National Public Finance Guarantee Corp.* | James F. Bendernagel, Jr.<br>Guy S. Neal<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 736-8041<br>Facsimile: (202) 736-8711<br>jbendernagel@sidley.com<br>gneal@sidley.com<br><br>-and-<br><br>Jeffrey E. Bjork<br>Gabriel MacConaill<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600<br>jbjork@sidley.com<br>gmacconaill@sidley.com |

| Party | Counsel for Party |
|---|---|
| *Financial Guaranty Insurance Company* | Ernest J. Essad Jr.<br>Mark R. James<br>WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.<br>280 North Old Woodward Avenue, Suite 300<br>Birmingham, MI 48009<br>Telephone: (248) 642-0333<br>Facsimile: (248) 642-0856<br>jessad@wwrplaw.com<br>mrjames@wwrplaw.com |
| *Wayne County, Michigan* | Max J. Newman (P51483)<br>Beth Gotthelf (P38951)<br>BUTZEL LONG<br>Stoneridge West<br>41000 Woodward Ave<br>Bloomfield Hills, MI 48304<br>Telephone: (248) 258-2907<br>newman@butzel.com |
| *The County of Macomb, Michigan, by and through its County Agency, the Macomb County Public Works Commissioner* | Allan S. Brilliant<br>Debra D. O'Gorman<br>Stephen M. Wolpert<br>DECHERT LLP<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 698-3500<br>Facsimile: (212) 698-3599<br>allan.brilliant@dechert.com<br>stephen.wolpert@dechert.com |

| Party | Counsel for Party |
|---|---|
| *U.S. Bank National Association, as Trustee for the Water and Sewer Bonds* | David E. Lemke (TN13586)<br>Paul S. Davidson (TN11789)<br>Heather J. Hubbard (TN23699)<br>WALLER LANSDEN DORTCH & DAVIS, LLP<br>511 Union Street, Suite 2700<br>Nashville, Tennessee 37219<br>Telephone: (615) 244-6380<br>Facsimile: (615) 244-6804<br><br>-and-<br><br>Robert J. Diehl, Jr. (MI31264)<br>Jaimee L. Witten (P70068)<br>BODMAN PLC<br>1901 St. Antoine Street, 6th Floor<br>Detroit, Michigan 48226<br>Telephone: (313) 393-7597<br>Facsimile: (313) 393-7579 |

**CERTIFICATE OF SERVICE**

I certify that on June 18, 2014 I electronically filed Notice of Videotaped Deposition of Syed Ali with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

**Young & Associates**

 /s/ Sara K. MacWilliams
27725 Stansbury Boulevard, Suite 125
Farmington Hills, Michigan 48334
248.353.8620
efiling@youngpc.com
P67805