**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF MICHIGAN

In the Matter of:

| | |
|---|---|
| City of Detroit, Michigan | Case No. 13-53846 |
| | Hon. Steven W. Rhodes |
| _____ Debtor / | Chapter 9 |

NOTICE OF APPEARANCE OF COUNSEL
UNDER FED. R. BANKR. PRO. 9010

     PLYMOUTH SQUARE LIMITED HOUSING ASSOCIATION. a Creditor herein, gives notice that Kurt Thornbladh P25858 of Thornbladh Legal Group PLLC and Carl G. Becker P10608 and Mark K. Wasvary P51575 of Becker & Wasvery, P.L.L.C. are directed to appear for it in this legal proceeding.

    1.    The electronic noticing name and address of the Counsel so appearing is:

        KURT THORNBLADH P25858
        Thornbladh Legal Group PLLC
        7301 Schaefer
        Dearborn MI 48126
        313 943 2678
        Fax 313 447 2771
        kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

    2.    The mailing address of Counsel so appearing is

        Kurt Thornbladh, Esq.
        Thornbladh Legal Group PLLC
        7301 Schaefer
        Dearborn, MI 48126
        (313) 943 2678
        LEAD COUNSEL

        Carl G. Becker P10608
        Mark K. Wasvary P52575
        Becker & Wasvary, P.L.L.C.
        2401 W. Big Beaver Rd., Suite 100
        Troy MI 48084
        markwasvary@hotmail.com

    2.    Debtor directs that all future and further notices, pleadings, orders, and the like which may be filed in this Court be sent to said Lead Counsel.

3. This Notice shall be in affect until rescinded by the Party or order of the Court.

                                                       FOR PLYMOUTH SQUARE LTD
                                                       HOUSING ASSOCIATION:

                                                       By:__/s/_*kurt thornbladh*_____
                                                       KURT THORNBLADH P25858
                                                       Thornbladh Legal Group PLLC
                                                       7301 Schaefer
                                                       Dearborn MI 48126
                                                       313 943 2678
                                                       Fax 313 447 2771
                                                       LEAD COUNSEL

                                                       By:_/s/_*mark k. wasvary*_____
                                                       CARL G. BECKER P10608
                                                       MARK K. WASVARY P51575
                                                       Becker & Wasvary P.L.L.C.
                                                       2401 W. Big Beaver Rd. Suite 100
                                                       Troy MI 48084
                                                       (248) 649-5667
                                                       markwasvary@hotmail.com

Dated: June 18, 2014

# CERTIFICATE OF SERVICE

The undersigned certifies the foregoing was served by electronic ECF/CM notice on all the parties so appearing and by first class U.S. mail served upon:

| | | | |
|---|---|---|---|
| Kay Standridge Kress<br>4000 Town Center<br>Southfield MI 48075-1505 | **Bruce Bennett**<br>555 S. Flower Street<br>50th Floor<br>Los Angeles, CA 90071<br>(213) 489-3939<br>bbennett@jonesday.com<br>*Assigned: 09/06/13* | **Judy B. Calton**<br>Honigman Miller Schwartz & Cohn LLP<br>2290 First National Building<br>Detroit, MI 48226<br>(313) 465-7344<br>(313) 465-7345 (fax)<br>jcalton@honigman.com<br>*Assigned: 11/21/13* | **Eric D. Carlson**<br>150 West Jefferson<br>Suite 2500<br>Detroit, MI 48226<br>313-496-7567<br>carlson@millercanfield.com<br>*Assigned: 09/09/13* |
| **Tamar Dolcourt**<br>500 Woodward Ave.<br>Suite 2700<br>Detroit, MI 48226<br>313-234-7161<br>tdolcourt@foley.com<br>*Assigned: 05/14/14* | **Timothy A. Fusco**<br>150 West Jefferson<br>Suite 2500<br>Detroit, MI 48226-4415<br>(313) 496-8435<br>fusco@millercanfield.com<br>*Assigned: 10/14/13* | **Eric B. Gaabo**<br>1650 Frist National Building<br>Detroit, MI 48226<br>(313) 237-3052<br>gaabe@detroitmi.gov<br>*Assigned: 03/25/14* | **Jonathan S. Green**<br>150 W. Jefferson<br>Ste. 2500<br>Detroit, MI 48226<br>(313) 963-6420<br>green@millercanfield.com<br>*Assigned: 07/19/13* |
| **David Gilbert Heiman**<br>901 Lakeside Avenue<br>Cleveland, OH 44114<br>(216) 586-7175<br>dgheiman@jonesday.com<br>*Assigned: 07/18/13* | **Stephen S. LaPlante**<br>150 W. Jefferson Ave.<br>Suite 2500<br>Detroit, MI 48226<br>(313) 496-8478<br>laplante@millercanfield.com<br>*Assigned: 07/19/13* | **Robert S. Hertzberg**<br>4000 Town Center<br>Suite 1800<br>Southfield, MI 48075-1505<br>248-359-7300<br>248-359-7700 (fax)<br>hertzbergr@pepperlaw.com<br>*Assigned: 07/22/13* | **Kay Standridge Kress**<br>4000 Town Center<br>Southfield, MI 48075-1505<br>(248) 359-7300<br>(248) 359-7700 (fax)<br>kressk@pepperlaw.com<br>*Assigned: 07/25/13* |
| **Heather Lennox**<br>222 East 41st Street<br>New York, NY 10017<br>212-326-3939<br>hlennox@jonesday.com<br>*Assigned: 07/31/13* | **John A. Simon**<br>500 Woodward Avenue<br>Suite 2700<br>Detroit, MI 48226<br>(313) 234-7100<br>jsimon@foley.com<br>*Assigned: 05/21/14* | **Marc N. Swanson**<br>Miller Canfield Paddock and Stone, P.L.C<br>150 W. Jefferson<br>Suite 2500<br>Detroit, MI 48226<br>(313) 496-7591<br>swansonm@millercanfield.com<br>*Assigned: 09/09/13* | Deborah Kovsky-Apap<br>Pepper Hamilton LLP<br>4000 Town Center<br>Suite 1800<br>Southfield MI 48075 |

I hereby certify the foregoing is true and correct under penalty of perjury and contempt of court under the laws of the United States.

                              __/s/_kurt thornbladh_____
                              KURT THORNBLADH P25858
                              Thornbladh Legal Group PLLC
                              7301 Schaefer
                              Dearborn MI 48126
                              313 943 2678
                              Fax 313 447 277

Dated: June 18, 2014