UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## NOTICE OF VIDEOTAPED DEPOSITION OF SUE MCCORMICK

To: The City of Detroit, Michigan and Parties on the attached **Exhibit 1**.

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, and the Order Regarding Deposition Protocol [Doc. No. 5263], the parties set forth in **Exhibit 1**, attached hereto, by and through their attorneys of record, will take the deposition upon oral examination of **Sue McCormick** at The Westin Book Cadillac, 1114 Washington Blvd, Detroit, Michigan 48226 on **Monday, July 7, 2014**. The deposition will begin at **9:00 a.m.** and will continue until completed. Ms. McCormick's deposition will be taken before a court reporter or other person authorized by law to administer oaths and provide an official record of the deposition. Ms. McCormick's deposition will be recorded by stenograph and videotaped for the purpose of discovery, for use in the above-titled action, and for any other purpose permitted under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Dated: June 18, 2014　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**YOUNG & ASSOCIATES**

　　　　　　　　　　　　　By:　*/s/ Sara K. MacWilliams*
　　　　　　　　　　　　　　　　Sara K. MacWilliams (P67805)
　　　　　　　　　　　　　　　　Jaye Quadrozzi (P71646)
　　　　　　　　　　　　　　　　YOUNG & ASSOCIATES
　　　　　　　　　　　　　　　　27725 Stansbury Blvd. Suite 125
　　　　　　　　　　　　　　　　Farmington Hills, MI 48334
　　　　　　　　　　　　　　　　Telephone: (248) 353-8620
　　　　　　　　　　　　　　　　Facsimile: (248) 479-7828
　　　　　　　　　　　　　　　　smacwilliams@youngpc.com
　　　　　　　　　　　　　　　　quadrozzi@youngpc.com

　　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　Joseph M. Fischer (P13452)
　　　　　　　　　　　　　　　　Robert A. Weisberg (P26698)
　　　　　　　　　　　　　　　　Christopher Grosman (P58693)
　　　　　　　　　　　　　　　　CARSON FISCHER, P.L.C.
　　　　　　　　　　　　　　　　4111 Andover Road
　　　　　　　　　　　　　　　　West Second Floor
　　　　　　　　　　　　　　　　Bloomfield, MI 48302
　　　　　　　　　　　　　　　　Telephone: (248) 644-4840
　　　　　　　　　　　　　　　　Facsimile: (248) 644-1832
　　　　　　　　　　　　　　　　jfischer@carsonfischer.com
　　　　　　　　　　　　　　　　rwweisberg@carsonfischer.com
　　　　　　　　　　　　　　　　cgrosman@carsonfischer.com

　　　　　　　　　　　　　　　　*Attorneys for Oakland County*

# **EXHIBIT 1**

| Party | Counsel for Party |
|---|---|
| *Assured Guaranty* | Lawrence A. Larose<br>Samuel S. Kohn<br>Robert A. Schwinger<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 408-5100<br>Facsimile: (212) 541-5369<br>llarose@chadbourne.com<br>skohn@chadbourne.com<br>rschwinger@chadbourne.com |
| *National Public Finance Guarantee Corp.* | James F. Bendernagel, Jr.<br>Guy S. Neal<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 736-8041<br>Facsimile: (202) 736-8711<br>jbendernagel@sidley.com<br>gneal@sidley.com<br><br>-and-<br><br>Jeffrey E. Bjork<br>Gabriel MacConaill<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600<br>jbjork@sidley.com<br>gmacconaill@sidley.com |

| Party | Counsel for Party |
|---|---|
| *Financial Guaranty Insurance Company* | Ernest J. Essad Jr.<br>Mark R. James<br>WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.<br>280 North Old Woodward Avenue, Suite 300<br>Birmingham, MI 48009<br>Telephone: (248) 642-0333<br>Facsimile: (248) 642-0856<br>jessad@wwrplaw.com<br>mrjames@wwrplaw.com |
| *Wayne County, Michigan* | Max J. Newman (P51483)<br>Beth Gotthelf (P38951)<br>BUTZEL LONG<br>Stoneridge West<br>41000 Woodward Ave<br>Bloomfield Hills, MI 48304<br>Telephone: (248) 258-2907<br>newman@butzel.com |
| *The County of Macomb, Michigan, by and through its County Agency, the Macomb County Public Works Commissioner* | Allan S. Brilliant<br>Debra D. O'Gorman<br>Stephen M. Wolpert<br>DECHERT LLP<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 698-3500<br>Facsimile: (212) 698-3599<br>allan.brilliant@dechert.com<br>stephen.wolpert@dechert.com |

| Party | Counsel for Party |
|---|---|
| *U.S. Bank National Association, as Trustee for the Water and Sewer Bonds* | David E. Lemke (TN13586)<br>Paul S. Davidson (TN11789)<br>Heather J. Hubbard (TN23699)<br>WALLER LANSDEN DORTCH & DAVIS, LLP<br>511 Union Street, Suite 2700<br>Nashville, Tennessee 37219<br>Telephone: (615) 244-6380<br>Facsimile: (615) 244-6804<br><br>-and-<br><br>Robert J. Diehl, Jr. (MI31264)<br>Jaimee L. Witten (P70068)<br>BODMAN PLC<br>1901 St. Antoine Street, 6th Floor<br>Detroit, Michigan 48226<br>Telephone: (313) 393-7597<br>Facsimile: (313) 393-7579 |

**CERTIFICATE OF SERVICE**

I certify that on June 18, 2014 I electronically filed Notice of Videotaped Deposition of Sue McCormick with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

**Young & Associates**

 /s/ Sara K. MacWilliams
27725 Stansbury Boulevard, Suite 125
Farmington Hills, Michigan 48334
248.353.8620
efiling@youngpc.com
P67805