# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN RE:

   City of Detroit, Michigan              CHAPTER 9
                                                        CASE NO. 13-53846
                           Debtor(s)     JUDGE Steven W. Rhodes
_____/

## EXHIBIT A TO MOTION FOR CLASS CERTIFICATION

For Hyde Park Cooperative et al.

Dated: _____June 17, 2014\_     \_\_/s/kurt thornbladh_____
                                          KURT THORNBLADH P25858
                                          Thornbladh Legal Group PLLC
                                          Schaefer Plaza
                                          7301 Schaefer
                                          Dearrborn MI 48126
                                          (313) 943 2678
                                          kthornbladh@gmail.com,