# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN RE:

City of Detroit, Michigan          CHAPTER 9
                                                   CASE NO. 13-53846
                       Debtor(s)       JUDGE Steven W. Rhodes
_____/

## EXHIBIT B TO MOTION FOR CLASS CERTIFICATION

For Hyde Park Cooperative et al.

Dated: _____June 17, 2014_     __/s/kurt thornbladh_____
                                                  KURT THORNBLADH P25858
                                                  Thornbladh Legal Group PLLC
                                                  Schaefer Plaza
                                                  7301 Schaefer
                                                  Dearrborn MI 48126
                                                  (313) 943 2678
                                                  kthornbladh@gmail.com,