Respectfully submitted,

BECKER & WASVARY, P.L.L.C.

By: _____
CARL G. BECKER P10608

By: _____
MARK K. WASVARY P51575
Attorneys for Plaintiffs
2301 W. Big Beaver Rd., Suite 318
Troy, MI 48084
(248) 649-5667

DATED: June 8, 2010

13

EXHIBIT B

# CITY OF DETROIT
# BUILDINGS AND SAFETY ENGINEERING DEPARTMENT

## FEE SCHEDULE
## EFFECTIVE, JULY 1, 2009

## PART A: BUSINESS AND OCCUPATIONAL LICENSES AND EXAMINATION FEES

### BUILDINGS-LICENSE AND REGISTRATIONS:

| | |
|---|---|
| Awning Contractor | $ 136.00 |
| Contractor Registration: | |
| (Residential Builders, Alterations, and Maintenance) | $ 72.00 |
| Moving Contractors License | $ 302.00 |
| Sign Erectors License | $ 143.00 |
| Steeplejack License | $ 72.00 |
| Welder Registration | $ 72.00 |
| Window Washer License | $ 72.00 |
| Wrecking Contractors License | $ 302.00 |
| Welders Certification Registration | $ 72.00 |

### ELECTRICAL-LICENSES AND REGISTRATIONS:

| | |
|---|---|
| Data/Telecommunication Contractor registration | $ 25.00 |
| Electrical Contractor | $ 55.00 |
| Electrical Contractors Registrations | $ 25.00 |
| Electrical Master | $ 55.00 |
| Electrical Journeyman | $ 45.00 |
| Apprentice Electrician Registration | $ 15.00 |
| Fire Alarm Contractor | $ 55.00 |
| Fire Alarm Contractor Registration | $ 55.00 |
| Fire Alarm Specialty Technician | $ 55.00 |
| Apprentice Technician Registration-Fire Alarm Specialty | $ 15.00 |
| Sign Specialist Contractor | $ 55.00 |
| Sign Specialist Contractor Registration | $ 55.00 |
| Sign Specialist | $ 55.00 |
| Television Service Dealer License | $ 69.00 |
| Television Certified Technician License | $ 46.00 |
| Television Registration Fee | $ 55.00 |
| Television Identification Card | $ 39.00 |

### PLUMBING-LICENSES AND REGISTRATIONS:

| | |
|---|---|
| Drain Layer Contractors: | |
| Class A | $ 192.00 |
| Class B | $ 159.00 |
| Water Treatment Operators: | |
| Original Issue | $ 100.00 |
| Renewal Fee . . . . . (if issued before March 1st) | $ 83.00 |
| Assistant Water Treatment Operators | $ 66.00 |
| Plumbing Contractors Registration | $ 15.00 |

### MECHANICAL-LICENSES AND REGISTRATIONS:

| | |
|---|---|
| Anhydrous Ammonia Equipment Contractors | $ 142.00 |
| Elevator Contractor | $ 142.00 |
| Elevator Journeyman, Refrigeration Journeyman, Stationary | |
| Engineers, Refrigeration and Boiler Operators | $ 45.00 |
| Mechanical Contractors Registration | $ 15.00 |
| Boiler Contractors Registration | $ 15.00 |
| Insurance Inspection | $ 25.00 |

# CITY OF DETROIT
## BUILDINGS AND SAFETY ENGINEERING DEPARTMENT

### FEE SCHEDULE
### EFFECTIVE JULY 1, 2009

**EXAMINATION FEES:**

| | | |
|---|---|---|
| Low Pressure Operator (Oral) | $ | 95.00 |
| High Pressure Boiler Operator (Oral) | $ | 95.00 |
| 3rd Class Stationary Engineer (Written) | $ | 81.00 |
| (Oral) | $ | 186.00 |
| 2nd Class Stationary Engineer (Written) | $ | 81.00 |
| (Oral) | $ | 251.00 |
| 1st Class Stationary Engineer (Written) | $ | 81.00 |
| (Oral) | $ | 251.00 |
| 3rd Class Refrigeration Operator (Oral) | $ | 95.00 |
| 2nd Class Refrigeration Operator (Written) | $ | 81.00 |
| (Oral) | $ | 251.00 |
| 1st Class Refrigeration Operator (Written) | $ | 81.00 |
| (Oral) | $ | 251.00 |
| Refrigeration Journeyman (Written) | $ | 81.00 |
| Elevator Journeyman (Written) | $ | 81.00 |
| (Oral) | $ | 95.00 |
| Elevator Contractor (Written) | $ | 81.00 |
| (Oral) | $ | 95.00 |
| Drain Layer Contractor (Written) | $ | 130.00 |
| Electrical Contractor (Written) | $ | 63.00 |
| Master Electrician (Written) | $ | 63.00 |
| Electrical Journeyman (Written) | $ | 55.00 |
| T.V. Technician (Written) | $ | 92.00 |
| Alarm Contractor (Written) | $ | 63.00 |
| Alarm Specialist (Written) | $ | 63.00 |
| Sign Contractor (Written) | $ | 63.00 |
| Sign Specialist (Written) | $ | 63.00 |

Welders (Structural or Certified Arc Fillet)

| | | |
|---|---|---|
| Written Examination | $ | 67.00 |
| Performance Test (Witness only) | $ | 164.00 |
| Special Hourly Service Fee (Min. 2 Hours) | $ | 151.00 |
| Each Additional one-half hour or fraction thereof | $ | 74.00 |
| Wrecking Contractors | $ | 86.00 |

Late Renewal (The examination fee will be charged in addition to the license fee).

## PART B:  CERTIFICATE, RECORD AND PRINTED PUBLICATION FEES

**CERTIFICATE OF OCCUPANCY RESEARCH**

| | | |
|---|---|---|
| (Review of records for existing building only) | $ | 126.00 |

**PROPERTY CHECK STATEMENTS** (On request)

| | | |
|---|---|---|
| First three (3) locations -- Each | $ | 42.00 |
| Each additional location | $ | 22.00 |

**PROPERTY AGE CHECK STATEMENT** (On Request)

| | | |
|---|---|---|
| First five (5) locations | $ | 30.00 |
| Each additional location | $ | 10.00 |

# CITY OF DETROIT
## BUILDINGS AND SAFETY ENGINEERING DEPARTMENT

### FEE SCHEDULE
### EFFECTIVE JULY 1, 2009

---

**CERTIFIED DUPLICATE COPIES:**

| | |
|---|---:|
| Certified, Permits, Licenses, etc. – Each Copy | $ 13.00 |
| Minimum fee any one job | $ 42.00 |
| Certificates of Occupancy | $ 42.00 |

**PHOTOCOPY:**

Violations, Legal Descriptions and other Misc. Records –

| | |
|---|---:|
| Each Page over 30 | $ 1.00 |
| Minimum fee any one job (1 to 30 Pages) | $ 30.00 |

**CODE BOOKS:**

| | |
|---|---:|
| International Fuel Gas Code | $ 56.00 |
| Michigan Building Code | $ 79.00 |
| Elevator Code (City of Detroit) | $ 25.00 |
| National Electrical Code | $ 64.00 |
| Michigan Mechanical Code | $ 54.00 |
| Michigan Plumbing Code | $ 50.00 |
| Zoning Ordinance (City of Detroit) | $ 75.00 |
| Michigan Residential Code | $ 45.00 |
| Boiler and Pressure Vessel, Stationary Engineer, Boiler Operator and Refrigeration Operator Licensing Ordinance 705G and 706G | $ 25.00 |

**CODE BOOK FEES ARE SUBJECT TO CHANGE WITHOUT NOTICE**
   Please call (313) 224-3169 for current prices and availability

- Mail orders for codes and ordinances will be accepted with advance payment, including mailing and handling costs.

## PART C: MISCELLANEOUS SERVICE FEES

**INSPECTION FEES**

| | |
|---|---:|
| Special Inspection (Sale of Buildings-etc.) Minimum One Hours Time | $ 134.00 |
| Each additional one-half hour or fraction thereof | $ 67.00 |

Reinspection Fee each inspection

| | |
|---|---:|
| (Failure to Gain Access, Work Not Ready) | $ 134.00 |

| | |
|---|---:|
| Failure to obtain a permit – Minimum | $ 268.00 |
| Information Permit – Minimum – One Hours Time | $ 134.00 |
| Each additional one-half hour or fraction thereof | $ 67.00 |

Special inspection not herein specifically prescribed – Minimum

| | |
|---|---:|
| One Hour Time | $ 134.00 |
| Each additional one-half hour or fraction thereof | $ 67.00 |

Special inspection of the installation of equipment not herein

| | |
|---|---:|
| Specifically prescribed in Minimum – One Hour Time | $ 134.00 |
| Each additional one-half hour or fraction thereof | $ 67.00 |

**OVERTIME INSPECTION (PLUMBING, ELECTRICAL, MECHANICAL AND BUILDINGS)**
Saturdays, Sundays and Holidays – 4 Hour Minimum

# CITY OF DETROIT
## BUILDINGS AND SAFETY ENGINEERING DEPARTMENT

### FEE SCHEDULE
### EFFECTIVE JULY 1, 2009

Evenings and Saturdays:
| | |
|---|---:|
| Hourly Rate | $ 166.00 |
| Each Additional one-half hour | $ 84.00 |

Sundays and Holidays:
| | |
|---|---:|
| Hourly Rate | $ 204.00 |
| Each additional one-half hour | $ 102.00 |

The above rates are to be charged in addition to the regular licenses and permits fees.

### EXPERT WITNESS FEES:
In half day or full day increments:
| | |
|---|---:|
| Half day (4 hours) | $ 345.00 |
| Full day (8 hours) | $ 689.00 |

### INVESTIGATION OF MATERIALS AND METHODS
Investigations for approval of material methods, systems &
| | |
|---|---:|
| Products | $ 1,060.00 |

### BOARD HEARING, ETC.
| | |
|---|---:|
| Pre-Plan Consultation | $ 395.00 |
| Administrative Advisory Committee Hearing – (Initial – One Item) | $ 362.00 |
| Each Additional Item | $ 88.00 |
| Rehearing | $ 175.00 |

Board of Appeals/Board of Rules
| | |
|---|---:|
| Initial Hearing – (One Item) | $ 362.00 |
| Each Additional Item | $ 88.00 |
| Rehearing | $ 175.00 |
| Wrecking Board Initial | $ 329.00 |
| Rehearing | $ 159.00 |

The above rates are to be charged in addition to the regular licenses and permit fees.

### SPECIAL LAND USE: ZONING REVIEW AND PETITION FEES

| | |
|---|---:|
| Special Land Use Hearing | $ 1,000.00 |
| Rehearing | $ 750.00 |
| Petition Process | $ 1,000.00 |
| Petition Deposit | $ 100.00 |
| Radius Map (Required For Petition) | $ 100.00 |
| Grant Extension Fee | $ 200.00 |

NOTE: The above rates are to be charged in addition to the applicable building permit fee.

| | |
|---|---:|
| Modification of existing Buildings and Safety Engineering issued Grants | $ 500.00 |

# CITY OF DETROIT
# BUILDINGS AND SAFETY ENGINEERING DEPARTMENT

## FEE SCHEDULE
## EFFECTIVE JULY 1, 2009

---

## BUILDING INSPECTION AND PLAN REVIEW

## A: BUILDING PERMITS
### New Buildings, And Additions:
The following general building permit fees are based on the project cost (design and construction cost) estimated using the square foot cost table copy attached:

| | |
|---|---|
| $2,000 or less | $ 150.00 |
| Over $2,000 but not over $500,000 <br> Plus $20.00 per $1,000 or fraction thereof over $2,000 | $ 150.00 |
| Over $500,000 but not over $1,000,000 <br> Plus $16.00 per $1,000 or fraction thereof over $500,000 | $ 10,110.00 |
| Over $1,000,000 BUT NOT OVER $2,000,000 <br> Plus $10.00 per $1,000 or fraction thereof over $1,000,000 | $ 18,110.00 |
| OVER $2,000,000 <br> Plus $8.00 per $1,000 or fraction thereof over $2,000,000 | $ 28,110.00 |

### Alterations, Repairs, Etc.
The building permit fees for alterations, repairs and similar work is based on a confirmed estimated project cost, using the above fees schedule for new buildings. The estimated project cost shall include design and construction costs. Where the estimated cost cannot be confirmed, the following building permit fee shall govern:

| | |
|---|---|
| 100 sq. ft. or less | $ 150.00 |
| Over 100 sq. ft. <br> Plus $31.25 per 100 sq. ft. or fraction thereof over 100 sq. ft. | $ 150.00 |

**Note: The Permit fees enumerated to this point do not include Electrical, Mechanical or Plumbing Plan Review Fees. Plan Review Fees listed under the Plan Review Section, must accompany the above permit fee.**

### Temporary Permits:
| | |
|---|---|
| Temporary Permits For Office Trailer, Carnivals, Etc. | $ 150.00 |

### Temporary Permit For Tents:
If Tent Area Of each Tent is 500 sq. ft. or Less, for a Group of 5 Tents or Less, at the Same Location

| | |
|---|---|
| or for the same event | $ 150.00 |
| If tent area per Tent is Greater than 500 sq. ft. for each tent | $ 150.00 |

### Temporary Permit for Retail Sales:
Permit for up to 36 days per year

| | |
|---|---|
| | $ 150.00 |

If more than three inspections are required, additional inspection fee is required for each additional inspection over the first three)

### Special Permits:
Permits because of historical district requirement

| | |
|---|---|
| Exterior Painting that require fee | |
| Barrier Free Access Ramps for Residential Homes | $ 71.00 |

**Revised Permits**
Minimum............................................................................................................................... $ 150.00

The fee for revised permits for additional work will be the difference for the new permit fee and the old permit fee, plus the fees for any required plan examination.

Surcharge for permits issued from neighborhood city halls............................................... $ 10.00

## B: SIGN/AWNING PERMITS:
Awnings
Minimum Fee........................................................................................................................ $ 85.00
Fixed or Retractable Awnings............................................................................................. $ 85.00

Grouped installations:
  First-five........................................................................................................................... $ 112.00
  Each additional................................................................................................................ $ 18.00
(Providing the awnings is on one building and maintained by one owner.)

Wall Signs:
  First 100 sq. ft. of display area or fraction thereof....................................................... $ 80.00
  Each additional 50 sq. ft. of display area or fraction thereof....................................... $ 26.00

Painted Wall Graphic (Advertising):
First 1000 sq. ft. of display area or fraction thereof ......................................................... $ 210.00
Each additional 1000 sq. ft. of display area or fraction thereof........................................ $ 42.00

Painted wall graphics (Business):
  First 100 sq. ft. of display area or fraction thereof....................................................... $ 80.00
  Each additional 50 sq. ft. of display area or fraction thereof....................................... $ 26.00

Projecting Signs:
  First 32 sq. ft. in display area of fraction thereof ........................................................ $ 94.00
  Each additional 32 sq. ft. in display area or fraction thereof....................................... $ 44.00

Roof Signs (Including Marquee Sign):
  First 50 sq. ft. in display area or fraction thereof......................................................... $ 180.00
  Each additional 50 sq. ft. of display area or fraction thereof ...................................... $ 32.00

Ground Sign:
  First 50 sq. ft. of display area or fraction thereof......................................................... $ 122.00
  Each additional 50 sq. ft. of display area or fraction thereof....................................... $ 46.00

Temporary signs:
Temporary sign (Advertising) for 3 months:
  First 1500 sq. ft. of display area or fraction thereof..................................................... $ 400.00
  Each additional 500 sq. ft. of display area or fraction thereof .................................... $ 100.00

Temporary sign (Business) for 15 days
Temporary Business Sign for 15 days............................................................................... $ 150.00

# BUILDINGS AND SAFETY ENGINEERING DEPARTMENT

## FEE SCHEDULE
## EFFECTIVE JULY 1, 2009

Signs Exempted:

(No erection permit or license is required for signs exempted by the building code unless necessitated by Board of Zoning appeals or Buildings and Safety Engineering Department Zoning Approval). *

- Permits issued for signs normally exempted shall indicate "No annual Inspection or Billing Required."

## C: ANNUAL SIGN/AWNING LICENSES

Awnings

| | | |
|---|---|---|
| Fixed Awnings | $ | 46.00 |
| Group Maintenance Licenses: | | |
| First-three | $ | 76.00 |
| Each additional | $ | 24.00 |
| | | |
| Painted Wall Graphics (Advertising): | | |
| Each 1,000 square feet of display area or fraction thereof | $ | 40.00 |
| | | |
| Painted wall graphics (business): | | |
| Each 300 Sq. Ft. of display area or fraction thereof | $ | 46.00 |
| Projecting Sign: | | |
| Each 32 sq. ft. of display area or fraction thereof | $ | 52.00 |
| | | |
| Roof Sign (Including Marquee Signs): | | |
| Each 50 sq. ft. of display area or fraction thereof | $ | 50.00 |
| | | |
| Ground Signs: | | |
| Each 300 sq. ft. of display area or fraction thereof | $ | 58.00 |
| | | |
| Wall Signs: | | |
| Each 300 sq. ft. of display area or fraction thereof | $ | 46.00 |

## D: MISCELLANEOUS INSPECTIONS

| | | |
|---|---|---|
| Circuses – Minimum One Hour Time | $ | 134.00 |
| Amusement Parks – Minimum One Hour Time | $ | 134.00 |
| Health Department–: License approval inspections – Minimum One Hour Time | $ | 134.00 |
| Inspections for Certificates for: | | |
| Existing Use of Land – Minimum One Hour Time | $ | 134.00 |
| Existing Use of Building – Minimum One Hour Time | $ | 134.00 |
| Inspections resulting from Dangerous Buildings Hearings before City Council: – Minimum One Hour Time | $ | 134.00 |
| Each additional ½ hour or fraction thereof | $ | 67.00 |
| Failure to obtain a permit | $ | 268.00 |
| Inspections for house moving: | | |
| Each location, with plans | $ | 310.00 |
| Each location, without plans | $ | 500.00 |

## E: WRECKING OR DEMOLITION (No revision of wrecking permits allowed)

Each Building or Structure:

| | | |
|---|---|---|
| Not exceeding 30,000 cu. Ft. – without basement | $ | 108.00 |
| Not exceeding 30,000 cu. Ft. – with basement | $ | 236.00 |

| | |
|---|---|
| Exceeding 30, 000 cu. Ft., but not exceeding 60,000 cu. Ft. Plus $50.00 per 10,000 cu. Ft. or fraction thereof over 30,000 cu. Ft. | $ 228.00 |
| Exceeding 60,000 cu. Ft. Plus $23.60 per 10,000 cu. Ft. or fraction thereof over 60,000 cu. Ft. | $ 387.00 |
| Use of explosives (plus above permit fee) | $ 7,120.00 |

## F: PLAN REVIEW

### 1. As part of Building Permit Processing
A fee is charged for Electrical, Mechanical and Plumbing plan review. This fee must be prepaid when a plan review is required.

| | | | | | |
|---|---|---|---|---|---|
| Electrical Plan Review | 4% | of Building Permit Fee | Min $35.00 | Max | $ 5,000.00 |
| Mechanical Plan Review | 4% | of Building Permit Fee | Min $35.00 | Max | $ 3,000.00 |
| Plumbing Plan Review | 4% | of Building Permit Fee | Min $35.00 | Max | $ 3,000.00 |

**Note: Plan Review Fee for Major Projects:**
If multiple permits are to be issued from the same set of approved plans, plan review fees will be charged only once. If any revisions are made to the plans, the normal plan revision fees will be charged.

### 2. Revised Plans for Building Permit.
A fee is charged for the plan review of revised plans for Zoning, Building, Electrical, Mechanical and Plumbing plan review.

| | | | | |
|---|---|---|---|---|
| All disciplines (Zoning, Building, Electrical, Mechanical and Plumbing) | Each Page | 35.00 | Min. | $ 105.00 |

### 3. Plan Review not as Part of Building Permit Processing:

| | | | | |
|---|---|---|---|---|
| All Disciplines (Zoning, Building, Electrical, Mechanical and Plumbing) | Each Page | 35.00 | Min. | $ 105.00 |

### 4. Approval of Duplicate Set of Approved Plans

| | |
|---|---|
| | Each Page 30.00 |

### Deposit For Plan Review And Processing:

A non-refundable deposit is required for plan review of projects with estimated cost of construction $50,000.00 and over.

The non-refundable deposit is the sum of 30% of the building permit fee which is the permit processing and building, structural and zoning plan review expenses, plus plan handling and routing fee plus electrical, mechanical and plumbing plan review fees. The deposit of 30% Building Permit fee is adjustable towards the full fee when a final building permit is procured.