# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN RE:

City of Detroit, Michigan  CHAPTER 9
 CASE NO. 13-53846
 Debtor(s) JUDGE Steven W. Rhodes
_____/

## EXHIBIT B TO RESPONSE BY PLYMOUTH SQUARE TO OBJECTION TO PROOF OF CLAIM

For Hyde Park Cooperative et al.

Dated: _____June 17, 2014_  __/s/kurt thornbladh_____
 KURT THORNBLADH P25858
 Thornbladh Legal Group PLLC
 Schaefer Plaza
 7301 Schaefer
 Dearrborn MI 48126
 (313) 943 2678
 kthornbladh@gmail.com,