# CITY OF DETROIT
# BUILDINGS AND SAFETY ENGINEERING DEPARTMENT

## FEE SCHEDULE
## EFFECTIVE JULY 1, 2009

### SQUARE FOOT UNIT COST IN DOLLARS
#### To Estimate Project Cost for Permit Fee Purposes

| USE GROUP | (2003 Michigan Building Code) | IA | IB | IIA | IIB | IIIA | IIIB | IV | VA | VB |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TYPE OF CONSTRUCTION | | | | | |
| A-1 (a) | Assembly, theaters, with stage | 139.72 | 137.49 | 132.99 | 130.05 | 115.83 | 115.32 | 118.51 | 107.50 | 104.66 |
| A-1 (b) | Assembly, theaters, without stage | 126.37 | 124.12 | 119.64 | 116.70 | 102.57 | 102.07 | 105.26 | 94.29 | 91.39 |
| A-2 | Assembly, nightclubs, restaurants, bars, banquet halls | 110.08 | 108.00 | 104.75 | 101.85 | 90.89 | 90.57 | 98.27 | 80.46 | 78.47 |
| A-3 (a) | Assembly, churches | 131.44 | 126.06 | 124.73 | 121.77 | 109.10 | 108.69 | 111.40 | 95.98 | 93.47 |
| A-3 (b) | Assembly, general, community halls, libraries, museums | 108.98 | 106.89 | 103.63 | 100.88 | 89.77 | 89.47 | 97.27 | 79.34 | 77.26 |
| A-4 | Assembly, arenas | 98.82 | 95.74 | 92.55 | 89.63 | 82.42 | 82.95 | 86.49 | 75.65 | 73.80 |
| A-5 | Assembly, bleachers, grandstands, stadiums | 92.23 | 89.36 | 86.38 | 83.66 | 76.92 | 77.42 | 80.72 | 70.60 | 68.88 |
| B | Business | 109.11 | 106.60 | 102.67 | 99.63 | 86.41 | 85.35 | 90.15 | 74.12 | 71.56 |
| E | Educational | 107.01 | 104.49 | 100.57 | 96.77 | 84.30 | 83.24 | 88.06 | 74.41 | 71.86 |
| F-1 | Factory and industrial, moderate hazard | 61.60 | 59.39 | 56.29 | 53.49 | 44.69 | 44.53 | 45.36 | 36.90 | 34.57 |
| F-2 | Factory and industrial, low hazard | 61.60 | 59.39 | 56.29 | 53.49 | 44.69 | 44.53 | 45.36 | 36.90 | 34.57 |
| H-1 | High Hazard, explosives | 57.83 | 55.64 | 52.53 | 49.74 | 40.93 | 40.77 | 41.59 | 33.22 | N.P. |
| H2, 3,4 | High Hazard | 57.83 | 55.64 | 52.53 | 49.74 | 40.93 | 40.77 | 41.59 | 33.22 | 30.70 |
| H-5 | HPM | 100.45 | 96.81 | 93.73 | 89.34 | 79.97 | 79.50 | 85.93 | 71.42 | 68.69 |
| I-1 | Institutional, supervised environment | 94.98 | 92.80 | 89.23 | 86.58 | 75.31 | 75.20 | 87.54 | 68.09 | 65.90 |
| I-2 | Institutional, incapacitated | 145.32 | 142.81 | 138.88 | 135.84 | 121.47 | N.P. | 125.22 | 109.03 | N.P. |
| I-3 | Institutional, restrained | 118.51 | 116.00 | 112.07 | 109.03 | 95.80 | 94.74 | 99.56 | 86.54 | N.P. |
| I-4 | Institutional, day care facilities | 99.06 | 95.66 | 93.08 | 89.30 | 81.93 | 81.89 | 86.60 | 75.29 | 72.32 |
| M | Mercantile | 86.13 | 84.04 | 80.78 | 78.02 | 67.35 | 67.05 | 74.41 | 56.93 | 54.94 |
| R-1 | Residential, hotels | 103.43 | 100.96 | 97.38 | 94.73 | 83.33 | 83.22 | 95.70 | 73.02 | 70.83 |
| R-2 | Residential, multiple family | 90.99 | 88.83 | 85.41 | 82.58 | 71.88 | 69.54 | 81.84 | 61.60 | 59.55 |
| R-3 | Residential, one- and two-family | 76.55 | 74.52 | 72.18 | 68.74 | 64.79 | 64.50 | 72.75 | 58.10 | 56.07 |
| R-4 | Residential, care/assisted living facilities | 99.06 | 95.66 | 93.08 | 89.30 | 81.93 | 81.89 | 86.60 | 75.29 | 72.32 |
| S-1 | Storage, moderate hazard | 57.83 | 55.64 | 52.53 | 49.74 | 40.93 | 40.77 | 41.59 | 33.22 | 30.89 |
| S-2 | Storage, low hazard | 57.83 | 55.64 | 52.53 | 49.74 | 40.93 | 40.77 | 41.59 | 33.22 | 30.89 |
| U | Utility, miscellaneous | 43.05 | 40.71 | 38.29 | 36.38 | 31.55 | 31.55 | 34.33 | 25.94 | 24.70 |

Note 1: For R-3 Garages, use Utility, miscellaneous; Unfinished Basements =20% of Table Costs
Note 2: This table is based on Square Foot Construction Cost Table published by the Bureau of Construction Codes and Fire Safety, Department of Labor and Economic Growth, State of Michigan
Note 3: HPM = Hazardous Production Material, NP = Not Permitted
Note 4: The cost figures are not intended to reflect the actual project cost, but are used as a basis for the determination of fees related to the services rendered by the City in connection with the Project.

# CITY OF DETROIT
## BUILDINGS AND SAFETY ENGINEERING DEPARTMENT

### FEE SCHEDULE
### EFFECTIVE JULY 1, 2009

## PROPERTY MAINTENANCE

## ANNUAL INSPECTIONS

### Condominium/Cooperative
One or Two Story Structure (Exterior Mechanical and Common Areas)

| | | |
|---|---|---|
| Each Building | $ | 185.00 |
| Each additional story | $ | 40.00 |

Rental dwelling units located in the same building (owned by the same person) within an established condominium, loft, townhouse, cooperative.

| | | |
|---|---|---|
| 1st Unit | $ | 150.00 |
| Each Additional Unit | $ | 80.00 |

### Rental Property

Multi-Family Apartments, Hotels, Motels, Rooming Houses, Shelters, Terraces, Townhouses, Lofts

| | | |
|---|---|---|
| Gross floor area not over 5,000 sq. ft. | $ | 310.00 |
| Each additional 5,000 sq. ft. | $ | 80.00 |
| Maximum charge for one building or structure | $ | 4,350.00 |

### One And Two Family Dwellings

| | | |
|---|---|---|
| One (1) Unit | $ | 150.00 |
| Two (2) Units | $ | 230.00 |
| Owner occupied single with maximum of 2 sleeping rooms | $ | 134.00 |

| | | |
|---|---|---|
| Extension of Temporary Certificate of Compliance | $ | 42.00 |

Inspection not herein specifically prescribed

| | | |
|---|---|---|
| Minimum one–hour time | $ | 134.00 |
| Each additional one half hour or fraction thereof | $ | 67.00 |

### Non-Residential

Non-Residential Includes but is not limited to Factories, Commercial, Office Buildings, Churches, Hospitals, Convalescent Homes, Institutional Buildings, Schools and Colleges:

Gross Floor Area:

| | | |
|---|---|---|
| 5,000 sq. ft. or less | $ | 208.00 |
| 5,001 sq. ft. – 10,000 sq. ft. | $ | 245.00 |
| 10,000 Sq. ft- 25,000 sq. ft. | $ | 312.00 |
| 25,001 to 50,000 sq. ft. | $ | 342.00 |
| 50,001 sq. ft. – 75,000 sq. ft. | $ | 372.00 |
| 75,001 sq. ft. – 100,000 sq. ft. | $ | 402.00 |
| $100.00 for each additional 50,000 sq. ft. or fraction there of | | |
| Maximum charge for one building or structure | $ | 4,350.00 |

| | | |
|---|---|---|
| Review of exterior wall report | $ | 67.00 |

| | | |
|---|---|---|
| Annual Inspection of Special Land Use Grants | $ | 134.00 |
| Cell tower Annual Inspection with weather | $ | 134.00 |

Commercial vehicular parking lots

| | | |
|---|---|---|
| Less than 10,000 sq. ft. | $ | 185.00 |
| 10,001 thru 50,000 sq. ft. | $ | 210.00 |
| 50,001 thru 100,000 sq. ft | $ | 240.00 |
| Each additional 100,000 sq. ft. or fraction thereof | $ | 30.00 |

Junk Yards, Scrap Yards and other Open Storage Yards:

Gross Land Area:

| | | |
|---|---|---|
| Not over 5,000 sq. ft. | $ | 185.00 |
| 5,001 to 10,000 sq. ft. | $ | 200.00 |
| 10,001 to 50,000 sq. ft. | $ | 240.00 |
| 50,001 to 100,000 sq. ft. | $ | 320.00 |
| Over 100,000 sq. ft. | $ | 320.00 |

Plus $32.00 each additional 40,000 sq. ft. or fraction thereof

| | | |
|---|---|---|
| Maximum charge for one building or structure | $ | 2,657.00 |

**Group Buildings:**

Where groups of scattered buildings owned by the same entity exist on the same or contiguous property the total floor area of all the buildings shall be used to compute the fee and $134.00 per building shall be added.

Stripmall – A building with tenant space, having their own entrance and exit, generally used for retail stores or service establishments.

| | | |
|---|---|---|
| Each tenant space under 5,000 sq. ft. | $ | 171.00 |

Over 5,000 sq. ft. will be charged according to gross floor area calculator (see above)

**Blight Enforcement:**

| | | |
|---|---|---|
| Administrative fee for blighted properties. | $ | 500.00 |

## ELECTRICAL

## PART A

A BASE FEE of $50.00 applied to each permit containing one or more fee items from Part A of this schedule. The minimum fee shall be $75.00 TEMPORARY WIRING. . . . . . . .Permits for temporary wiring SHALL: . . . . . . . .

1.      Be prominently identified by applicant with the words "TEMPORARY WIRING" on the permit form,

2.      Include all applicable fees as contained in this schedule,

3.      Include no other work on the permit form,

## CITY OF DETROIT
## BUILDINGS AND SAFETY ENGINEERING DEPARTMENT

### FEE SCHEDULE
### EFFECTIVE JULY 1, 2009

4. In addition to all other fees, include an additional fee per item "B2" of this schedule.

**A1 CIRCUITS**

Each circuit (New or Extended, Altered or Removed) ............................................... $ 15.00

**A2 ROUGH INSPECTION** (Concealed Wiring – Each Permit)

Each Rough for single-family or two family dwellings only ............................................... $ 45.00
(Rough inspections at all other type occupancies............................................... SEE B4

**A3 FIXTURES**

1 – 10 fixtures............................................... $ 2.00 ea.
additional fixture over 10 ............................................... $ 1.00 ea.

Floodlights or lamps of 1,000 watts capacity each or over shall be considered as electrical units.

**A4 ELECTRICAL UNITS**

Includes motors, transformer, supplemental heating units, furnaces, power plugs, power sources other than emergency and standby generators (see item B9) rectifiers, capacitors, welders, for welders ranges dryers, heating and/or electrical units based on horsepower, KW or KVA rating.

**UNITS EACH**

    SIZE

| | |
|---|---|
| ¼ HP, KW, or KVA to 10 HP, KW, KVA or Power Plug ............................................... | $ 20.00 |
| Over 10 to 20............................................... | $ 30.00 |
| Over 20 to 40............................................... | $ 45.00 |
| Over 40 to 60............................................... | $ 60.00 |
| Over 60 to 75............................................... | $ 90.00 |
| Over 75 to 100............................................... | $ 135.00 |
| Over 100............................................... | $ 200.00 |

(ABOVE FEES include branch circuit wiring to the equipment.)

Permits for multi-motor utilization equipment such as machine tools, etc. shall include all motors, heaters, etc., on the equipment.

Fees for motors of less than ¼ HP on other than space heating furnaces shall be based on the number of circuits supplying such motors. See Item A1.

Integral units, such as HVAC Units, air conditioning units, heat pumps, consisting of motors, heaters, etc., that are labeled by an approved testing agency will be charged on the name plate horse power rating of the compressor.

**A5 SERVICE – 600 Volts or Less**

| | |
|---|---|
| 100 or less amperes ............................................... | $ 40.00 |
| Over 100 to 200 amperes............................................... | $ 80.00 |
| Over 200 | $ 120.00 |

| | | |
|---|---|---:|
| Over 400 to 800 amperes | $ | 300.00 |
| Over 800 to 1200 amperes | $ | 425.00 |
| Over 1200 amperes | $ | 650.00 |

### SERVICE – Over 600 Volts

| | | |
|---|---|---:|
| 200 amperes or less | $ | 200.00 |
| Over 200 amperes | $ | 300.00 |

**A6   INTERRUPTIBLE SERVICE**

Adding additional interruptible equipment to take advantage of special rates—

| | | |
|---|---|---:|
| No units over 15 KW – each unit | $ | 40.00 |

**A7   DISTRIBUTION PANEL BOARDS (SUB-PANELS) AND SWITCHBOARDS  (600 volts or less)**

| | | |
|---|---|---:|
| 100 amps or less | $ | 35.00 |
| Over 100 amps to 200 amps | $ | 50.00 |
| Over 200 amps to 400 amps | $ | 60.00 |
| Over 400 amps to 800 amps | $ | 80.00 |
| Over 800 amps to 1200 amps | $ | 120.00 |
| Over 1200 amps | $ | 200.00 |

### DISTRIBUTION PLANELBOARDS AND SWITHCHBOARDS (Over 600 volts)

| | | |
|---|---|---:|
| 200 amps or less | $ | 175.00 |
| Over 200 amps | $ | 225.00 |

### TRANSFER SWITCHES

| | | |
|---|---|---:|
| 200 amps or less | $ | 50.00 |
| Over 200 to 400 amps | $ | 60.00 |
| Over 400 to 800 amps | $ | 80.00 |
| Over 800 amps | $ | 120.00 |

**A8   COMMERCIAL ELECTRIC RANGES, OVENS, DRYERS AND WATER HEATERS**

| | | |
|---|---|---:|
| Each Unit (HARD – WIRED ONLY) | $ | 35.00 |

A built-in oven range top shall be considered as one unit in determining permits fees.

**A9   FEEDERS**

| | | |
|---|---|---:|
| Each 100 feet or fraction thereof | $ | 30.00 |

**A10   UNDERFLOOR HEADERS FOR CELLULAR FLOORS, ETC.**

| | | |
|---|---|---:|
| Each 100 feet or fraction thereof | $ | 50.00 |

**A11   MOTION PICTURE APPARATUS**

| | | |
|---|---|---:|
| Each Machine | $ | 100.00 |

| A12 | SIGN CONNECTION TO EXISTING CIRCUITS | | |
|---|---|---|---|
| | Each sign, each circuit | $ | 15.00 |
| A13 | OUTLINE NEON TUBING – (Connection) | | |
| | Each 25' or fraction thereof | $ | 45.00 |
| A14 | RESIDENTIAL UNSUPERVISED SMOKE DETECTORS | | |
| | (Permanently connected) | | |
| | | $ | 2.00 ea |

## PART B

NOTE: Base Fee does not apply to a permit containing only Part B items.

| B1 | REPAIRS – (General) | | |
|---|---|---|---|
| | Repairs and alterations not specifically covered in this schedule, each hour | $ | 134.00 |
| B2 | INSPECTION (Additional, Investigation) | | |
| | Inspections or investigations not specifically covered in this schedule, each hour or fraction thereof | $ | 134.00 |
| B3 | ELECTRICAL SERVICE RECONNECT INSPECTIONS | | |
| | (Upon request of customer) | | |
| | Each service, 200 amps or less | $ | 60.00 |
| | Over 200 amps to 400 amps | $ | 80.00 |
| | Over 400 amps min. | $ | 134.00 |
| | Per additional hour, inspection time | $ | 134.00 |
| B4 | MULTI FAMILY & COMMERICAL ROUGH INSPECTIONS | | |
| | (1 – 2 Family dwellings SEE A2) | | |
| | Inspection up to 20,000 sq. ft. | $ | 65.00 |
| | Over 20,000 to 40,000 sq. ft. | $ | 135.00 |
| | Over 40,000 sq. ft. | $ | 190.00 |
| 35 | SPECIAL EVENT INSPECTIONS | | |
| | Indoor Locations | | |
| | Per 100,000 sq .ft. Of area or fraction thereof | $ | 266.00 |
| | Outdoor Locations | | |
| | Minimum fee | $ | 380.00 |
| | Each hour or fraction thereof | $ | 134.00 |

**B6**   <u>INDUSTRIAL & COMMERCIAL BUILDINGS</u>

General maintenance of electrical equipment in existing buildings based (generators, motors, welders, transformers, feeders, circuits, fixtures, etc.)

| | |
|---|---|
| Fee per electrical personnel (per year), Up to 12 | $ 100.00 ea |
| 13 – 20 | $ 80.00 ea |
| 21 – 100 | $ 70.00 ea |
| Over 100 | $ 50.00 ea |

**B7**   <u>ANNUAL INSPECTIONS (Electrical)</u>

The inspection fee for all occupancies requiring electrical inspection for a license shall be each hour or fraction thereof, ................................................................ $ 134.00

**B8**   <u>CERTIFICATE OF COMPLIANCE</u>

Such request must be in writing by owner (special Inspection requested pertaining to sale of buildings:)

Each hour or fraction thereof ................................................................ $ 134.00

**B9**   <u>STOP PROCESSING</u>

Each location put on Stop ................................................................ $ 65.00

**B10**   <u>GENERATORS</u>

<u>STAND-BY (RESIDENTIAL, COMMERCIAL)</u>
0 to 30 total KW or KVA, each ................................................................ $ 175.00

<u>EMERGENCY</u>
Permits for Emergency Generators include performance testing by Electrical Division
Only, each ................................................................ $ 325.00

Permits for Standby and/or Emergency Generators shall include no other work on the same permit application.

**NOTE:** Temporary generator installations for "Events" are included in fees described in Item B5

# PART C

NOTE: <u>Base Fee does not apply to a permit containing only Part C Items.</u>

**C1**   <u>FIRE ALARM SYSTEMS</u>

FIRE ALARM SYSTEMS SHALL BE ON SEPARATE PERMIT APPLICATIONS LISTING ONLY FIRE ALARM

|  |  |  |  |
|---|---|---|---:|
|  | Minimum Fee | $ | 325.00 |
|  | Additional items added to existing permit | | item cost. |
| A. | Drill Station | $ | 31.00 |
| B. | Pull Stations: | | |
|  | First Station | $ | 31.00 |
|  | Each Additional Station | $ | 10.00 |
| C. | Telephone Station (2-way Communication Units-Each) | $ | 17.00 |
| D. | Combination Pull & Telephone Station | $ | 47.00 |
| E. | Fire Alarm Signal Devices (Horn, Bell voice or Visual | | |
|  | First device | $ | 31.00 |
|  | Each additional device | $ | 10.00 |
| F. | Heat or Smoke Detectors: | | |
|  | First device | $ | 31.00 |
|  | Each additional device | $ | 10.00 |
| G. | Fire Door Holders -- each doorway | $ | 17.00 |
| H. | Combination Door Holders & Smoke Detector -- each door | $ | 31.00 |
| I. | Building Master Panels -- each | $ | 52.00 |
| J. | Building Master Panel -- each circuit or zone | $ | 17.00 |
| K. | Telephone Control Panel -- each circuit or zone | $ | 17.00 |
| L. | Exit way Door Electrical Unlocking System: | | |
|  | First Door | $ | 31.00 |
|  | Each additional door | $ | 17.00 |
| M. | Sprinkler System Flow Switches -- each switch | $ | 31.00 |
| N. | Sprinkler Value Tamper Switches -- each switch | $ | 31.00 |
| O. | Sprinkler System Dry -- each | $ | 102.00 |
| P. | Sub Panel-annunciator -- each zone (floor) | $ | 17.00 |
| Q. | Ventilation Fan Dampers -- each | $ | 31.00 |
| R. | Data Gathering and Reporting Panel -- each panel | $ | 31.00 |
| S. | Central Computer | $ | 102.00 |
| T. | Interfacing of Fire Alarm Systems | $ | 52.00 |
| U. | Exhaust Hood Fire Control System -- each hood | $ | 52.00 |
| V. | Fans Controlled by Fire Alarm System -- each fan | $ | 34.00 |
| W. | Fire Control System-Foam Co2, Halogen, Dry Chemical- | | |
|  | Each | $ | 52.00 |
| X. | Valves -- gas, water, and fluid | $ | 52.00 |

Alterations or additions to existing systems are considered new work and the above fees apply to all items, on the system.

**PLEASE NOTE:** No inspections will be performed until the required Certificate of Completion is submitted in full. Upon inspection, if the system does not function per the submitted Certificate of Completion, the inspection will be Suspended and an additional fee of $250.00 applied.

2  **FUEL PUMPS OR DISPENSING UNITS**

Fee includes circuit fee, rough inspections and final inspection fee.

| | | |
|---|---|---:|
| Minimum Fee | $ | 159.00 |

CITY OF DETROIT
## BUILDINGS AND SAFETY ENGINEERING DEPARTMENT

### FEE SCHEDULE
### EFFECTIVE JULY 1, 2009

FIELD ALTERATION OF FUEL PUMP OR DISPENSING UNIT

Any field alteration or addition to the electrical component of a unit
Each hour or fraction thereof...................................................................................... $ 134.00

C3   ELECTRICAL TAG INSPECITON PERMITS

A separate permit form shall be used for tag inspection permits.

C4   SIGNS (Tag Inspection)

Minimum Fee ............................................................................................................... $ 134.00

Each Sign, each circuit................................................................................................ $ 25.00

C5   OUTLINE TUBING NEON SIGNS (Tag Inspection)

Minimum Fee ............................................................................................................... $ 134.00

Each sign, each circuit ................................................................................................ $ 25.00

# PART D

## TELECOMMUNICATIONS CABLING

Part D of this schedule shall apply to all conductors and equipment operating at voltage from "0" volts to 120 volts. This includes: communication and signaling circuits, CATV installations, sound reproduction and broadband installations.

D1   Dwelling Units

Single dwelling unit.................................................................................................... $ 50.00
(no rough inspection fee required)

2-4 Dwelling units ...................................................................................................... $ 100.00
5-20 Dwelling units .................................................................................................... $ 20.00/unit
21 & Over dwelling units............................................................................................ $ 15.00/unit

D2   All Other Occupancies

Under 1000 sq. ft. ....................................................................................................... $ 100.00
1001 sq. ft. to 50,000 sq. ft. ...................................................................................... $ 150.00
50,001 sq. ft. to 250,000 sq. ft. ................................................................................. $ 250.00
Above 250,001 sq. ft................................................................................................... $ 250.00
min./126.00 hr .............................................................................................................

D3   Rough Inspections

Under 1000 sq. ft. ....................................................................................................... $ 25.00 each

| | | |
|---|---|---|
| 1001 sq. ft. to 50,000 sq. ft. | $ | 45.00 each |
| rough | | |
| 50,001 sq. ft. to 250,000 sq. ft. | $ | 65.00 each |
| rough | | |
| Above 250,001 sq. ft. | $ | 85.00 each |
| rough | | |

No license or inspection is required for the above listed work, but registration, a permit and inspection is offered to installers.

## PART E

### RENEWABLE ENERGY INSTALLATIONS

Part E of this schedule shall apply to all conductors and equipment installed for the purpose of utilizing renewable energy sources: solar, wind and fuel cells.

E1  Solar Photovoltaic systems

| | | |
|---|---|---|
| Systems with NO connection to utility grid | $ | 125.00 |
| Systems with utility grid connection per inverter connection | $ | 225.00 |

E2  Wind Generators

| | | |
|---|---|---|
| Systems 5000 watts and less | $ | 150.00 |
| Systems greater than 5000 watts | $ | 200.00 |
| Systems greater than 5000 watts per inverter connection | $ | 225.00 |

## PLUMBING/HOUSING

### SPECIAL INSPECTION FEES

| | | |
|---|---|---|
| Information Permit – Minimum – One Hours Time | $ | 134.00 |
| Each additional one-half hour or fraction thereof | $ | 67.00 |
| Reinspection Fee (Work not ready, no access, etc) | $ | 134.00 |

Inspection not herein specifically prescribed –

| | | |
|---|---|---|
| Minimum – One Hour Time | $ | 134.00 |
| Each additional one-half hour or fraction thereof | $ | 67.00 |

Additional cost for services rendered:

| | | |
|---|---|---|
| Minimum – One Hour Time or fraction thereof | $ | 134.00 |
| Each additional one-half hour or fraction thereof | $ | 67.00 |
| Failure to obtain permits | $ | 268.00 |