# CITY OF DETROIT
## BUILDINGS AND SAFETY ENGINEERING DEPARTMENT

### FEE SCHEDULE
### EFFECTIVE JULY 1, 2009

## PLUMBING SURVEY/CROSS CONNECTON CONTROL INSPECTION

| | |
|---|---|
| Minimum – One Hour Time or fraction thereof | $ 134.00 |
| Each additional one-half hour or fraction thereof | $ 67.00 |

## INSTALLATION PERMITS

| | |
|---|---|
| Medical Gas System – Minimum One Hour Time or fraction thereof | $ 134.00 |
| Each additional one-half hour or fraction thereof | $ 67.00 |

The permit fee for the installation of any single item shall be ......... $ 80.00
For example each: stack, stack alteration (soil, waste, vent, and inside conductor), sump, interceptor, pump, device,plumbing fixture, plumbing appliance, plumbing appurtenance, or other plumbing not listed.

| | |
|---|---|
| Item # 2 and above, each one | $ 30.00 |

## WATER DISTRIBUTION SYSTEMS

Size:

| | |
|---|---|
| 1"and smaller | $ 40.00 |
| 1 ¼" and larger | $ 136.00 |

Fees for complete new systems shall be based on the size of distribution pipe at meter.

If water distribution piping is the only plumbing installed or replace, the minimum permit shall be
Up to 1" pipe, then the current fee based on water distribution size will be charged.     $ 80.00

## EACH BUILDING DRAIN AND/OR SEWER (SANITARY, STORM, COMBINED)

| | |
|---|---|
| Lines 8" in diameter and smaller, each one | $ 114.00 |
| Lines 10"in diameter and larger, each one | $ 224.00 |
| Manholes, Catch Basins, each one | $ 38.00 |

## SEPTIC TANKS (Plumbing Permit)

| | |
|---|---|
| Tank not exceeding 850 Gallons | $ 206.00 |
| Exceeding 850 Gallons | $ 224.00 |
| (Including preliminary investigation tests.) | |

## PRE-SALE HOUSING INSPECTIONS

| | |
|---|---|
| Single Family | $ 295.00 |
| Two (2) Family | $ 355.00 |
| Special Inspection | $ 295.00 |
| Reinspection Fee (work not ready, no access, etc.) | $ 134.00 |

# CITY OF DETROIT
## BUILDINGS AND SAFETY ENGINEERING DEPARTMENT

### FEE SCHEDULE
### EFFECTIVE JULY 1, 2009

| | | |
|---|---|---|
| Shop inspections of boilers and pressure vessels: | | |
| Each inspection visit – each unit.................... | $ | 134.00 |
| Second hand boilers and second hand pressure vessels: | | |
| Each inspection visit – each unit.................... | $ | 134.00 |

## FUEL OIL FIRED EQUIPMENT
### (Burners, Tanks & Equipment)

### INSTALLATION PERMITS – BURNERS

| | | |
|---|---|---|
| Room heaters and stoves – each.................... | $ | 69.00 |
| All other oil burners (new or replacement) 5 GPH and under – Each including aboveground fuel oil storage not exceeding 550 gallons.................... | $ | 143.00 |
| Heaters and tanks or drums installed in house trailer – Each.................... | $ | 60.00 |
| Oil Burners (new or replacement) over 5 GPH – Each.................... | $ | 153.00 |
| Combinations gas-oil burner – Each.................... | $ | 285.00 |
| Failure to obtain permits .................... | $ | 268.00 |

### INSTALLATION PERMITS – TANKS OR DRUMS

| | | |
|---|---|---|
| Total drums, not exceeding 4 in number, each location.................... | $ | 44.00 |
| Not exceeding 550 gallons – | | |
| Aboveground – Each Installation.................... | $ | 59.00 |
| Underground – Each Tank.................... | $ | 95.00 |

### INSTALLATION PERMITS – HOMEOWNER

| | | |
|---|---|---|
| (Includes burner connected aboveground fuel oil tank and examination.) | | |
| Central heating units, conversion burner, floor furnace – Each.................... | $ | 148.00 |
| Room heater, wall heater: | | |
| First unit as each address .................... | $ | 93.00 |
| Each additional unit at same address .................... | $ | 53.00 |

### CERTIFICATES OF USE – BIENNIAL

| | | |
|---|---|---|
| Units with input rating not exceeding 5 gallons per hour | | |
| At any one location, first 5 units – Each.................... | $ | 100.00 |
| Each additional unit with input rating not exceeding 5 gallons per hour, same location .................... | $ | 73.00 |
| Units with input rating over 5 gallons per hour – Each .................... | $ | 165.00 |

Certificates of Use are not required for units maintained in a single and 2-family dwelling; or for units used exclusively for residential purposes in other buildings, where the rated hourly input of each burner does not exceed 3 gallons; nor for portable heat-vaporizing pot-type oil heaters.

## CITY OF DETROIT
## BUILDINGS AND SAFETY ENGINEERING DEPARTMENT

### FEE SCHEDULE
### EFFECTIVE JULY 1, 2009

| | | |
|---|---|---|
| Over 2,500 to 5,000 cu. Ft. | $ | 113.00 |
| Over 5,000 to 10,000 cu. Ft. | $ | 165.00 |
| Over 10,000 cu. Ft. | $ | 261.00 |

Supplemental Fee

| | | |
|---|---|---|
| Failure to Obtain Permits | $ | 268.00 |
| Alteration Permit | $ | 134.00 |
| Subsequent Installation Inspection Visits – Each | $ | 134.00 |

### BIENNIAL LICENSES

Chlorine, Sulfur Dioxide and Methyl Chloride; Anhydrous Ammonia:
Total quantity of premises:

| | | |
|---|---|---|
| 500 lbs. or less | $ | 75.00 |
| Over 500 lbs. to 1 ton | $ | 93.00 |
| Over 1 ton to 15 tons | $ | 131.00 |
| Over 15 tons | $ | 173.00 |

Other Hazardous Gases – Systems with connected containers –

| | | |
|---|---|---|
| 2,500 cu. Ft. or less | $ | 73.00 |
| 2,501 to 5,000 cu. Ft. | $ | 93.00 |
| 5,001 to 10,000 cu. Ft. | $ | 123.00 |
| Over 10,000 cu. Ft. | $ | 165.00 |

Other Hazardous Gases – Total storage on premises not connected to a system or appliance –

| | | |
|---|---|---|
| 2,500 cu. Ft. or less | $ | 73.00 |
| 2,501 to 5,000 cu. Ft. | $ | 93.00 |
| 5,001 to 10,000 cu. Ft. | $ | 123.00 |

### SPECIAL OR SHOP INSPECTION OF HAZARDOUS GASES EQUIPMENT

| | | |
|---|---|---|
| Each inspection visit | $ | 134.00 |

## LIQUEFIED PETROLEUM GAS SYSTEMS AND STORAGE

### INSTALLATION PERMITS

Each system, including appliances, having an aggregate connected water capacity of:

| | | |
|---|---|---|
| Over 250 to 500 gallons | $ | 165.00 |
| Over 500 to 1,200 gallons | $ | 236.00 |
| Over 1,200 gallons | $ | 253.00 |

Total storage on premises, not connected to a system or appliance, having a water capacity of:

| | | |
|---|---|---|
| Over 250 to 1,200 gallons | $ | 165.00 |
| Over 1,200 gallons | $ | 253.00 |
| Alteration Permit | $ | 134.00 |

Supplemental Fee

| | | |
|---|---|---|
| Failure to Obtain Permits | $ | 268.00 |

# CITY OF DETROIT
## BUILDINGS AND SAFETY ENGINEERING DEPARTMENT

### FEE SCHEDULE
### EFFECTIVE JULY 1, 2009

---

## BIENNIAL LICENSES
Each system, including appliances, having an aggregate connected water capacity of:

| | |
|---|---|
| Over 250 to 500 gallons | $ 130.00 |
| Over 500 to 1,200 gallons | $ 165.00 |
| Over 1,200 gallons | $ 235.00 |

Total storage on premises, not connected to a system or appliance, having a water capacity of:

| | |
|---|---|
| Over 250 to 1,200 gallons | $ 134.00 |
| Over 1,200 gallons | $ 173.00 |

## SPECIAL OR SHOP INSPECTION

| | |
|---|---|
| Each inspection visit -- Each unit | $ 134.00 |

## BOILERS

### INSTALLATION PERMITS

| | |
|---|---|
| Boilers up to and including 20-sq. ft. heating surface | $ 75.00 |
| Over 20 to 100 sq. ft. | $ 116.00 |
| Over 100 to 1,000 sq. ft. | $ 156.00 |
| Over 1,000 to 5,000 sq. ft. | $ 205.00 |
| Over 5,000 to 15,000 sq. ft. | $ 525.00 |
| Over 15,000 sq. ft | $ 854.00 |
| Permit Inspections in Excess of two (2) visits (per hour or fraction thereof) | $ 134.00 |
| Major repairs to existing boilers -- Each | $ 134.00 |

(No permit required for low-pressure boilers not exceeding 300 Sq. Ft. of heating surface.)

Supplemental Fee

| | |
|---|---|
| Failure to Obtain Permits | $ 268.00 |

### ANNUAL LICENSES

| | |
|---|---|
| Boilers up to and including 20-sq. ft. of heating surface | $ 75.00 |
| Over 20 to 100 sq. ft. | $ 125.00 |
| Over 100 to 1,000 sq. ft. | $ 149.00 |
| Over 1,000 to 5,000 sq. ft. | $ 190.00 |
| Over 5,000 to 15,000 sq. ft. | $ 525.00 |
| Over 15,000 sq. ft. | $ 854.00 |

(No license required for low-pressure boilers not exceeding 300-sq. ft. of heating surface.)

### INSPECTIONS -- CERTIFIED FOR

| | |
|---|---|
| Low-pressure steam or hot water boiler (under 300-sq. ft. heating surface, when inspection is requested): | $ 134.00 |

## CERTIFICATES OF USE – SPECIAL

1. When both gas and oil units are maintained at one location, the fee shall be based on the 5 largest units, plus reduced rates for any applicable additional units per input category.

2. In the case of combination gas and oil burners, the Certificate of Use fee for each combination burner shall be as for one unit, including reduced rates for any applicable additional units per input category.

## GAS FIRED EQUIPMENT

### INSTALLATION PERMITS (NEW OR REPLACEMENT)**

| | |
|---|---|
| Burner with input rating not exceeding 50,000 BTU per hour | |
| First 5 units at each occupancy – Each unit | $ 98.00 |
| Each additional unit over 5 at same occupancy | $ 53.00 |
| 50,001 to 75,000 BTU per hour | |
| First 5 units at each occupancy – Each unit | $ 123.00 |
| Each additional unit over 5 at same occupancy | $ 74.00 |
| | |
| 75,001 to 500,000 BTU per hour | |
| First 5 units at each occupancy – Each unit | $ 144.00 |
| Each additional unit over 5 at same occupancy | $ 98.00 |
| Over 500,000 BTU per hour – Each | $ 165.00 |
| Combination gas-oil burner or vesting system – Each | $ 285.00 |
| Alterations to existing burner, furnace installation – Each unit | $ 99.00 |
| Preliminary inspection – Each visit | $ 68.00 |
| Gas Piping System Permit – Each system | $ 90.00 |
| Failure to obtain permit | $ 268.00 |
| Special Gas Piping System Pressure Test – each hour or fraction thereof | $ 90.00 |
| Smoke Duct Detector – Each Unit | $ 35.00 |

### CERTIFICATES OF USE BIENNIAL**

| | |
|---|---|
| Units with input rating 50,000 BTU per hour (same location) | |
| First 5 – Each | $ 66.00 |
| Over 5 units to 15 units – Each | $ 43.00 |
| Over 15 units – Each | $ 31.00 |
| 50,001 to 75,000 BTU per hour (Same location) | |
| First 5 – each | $ 73.00 |
| Over 5 units to 15 units – Each | $ 43.00 |
| Over 15 units – Each | $ 34.00 |
| Over 75,000 to 500,000 BTU per hour (same location) | |
| First 5 – Each | $ 100.00 |
| Over 5 units to 15 units – Each | $ 60.00 |
| Over 15 units – Each | $ 38.00 |
| Over 500,000 BTU per hour – Each | $ 165.00 |

# CITY OF DETROIT
## BUILDINGS AND SAFETY ENGINEERING DEPARTMENT

### FEE SCHEDULE
### EFFECTIVE JULY 1, 2009

Certificates of Use are not required for units maintained in single and 2-family dwellings; or for units used exclusively for residential purposes in other buildings, where the rated hourly input of each unit does not exceed 200,000 BTU per hour; not for portable space heating equipment.

**NOTE:** See Below for Gas Fried Infra-Red Heater Permits and Certificates of Use.

## CERTIFICATES OF USE – SPECIAL

1. When both gas and oil units are maintained at one location, the fee shall be based on the five (5) largest units, plus reduced rates for any applicable additional units per input category.

2. In the case of combination as and oil burners, the Certificate of Use fee for each combination burner shall be as for one unit, including reduced rates for any applicable additional units per input category.

## INSTALLATION PERMITS –GAS FIRED INFRA-RED HEATERS

Heaters with input rating not exceeding 50,000 BTU per hour
| | |
|---|---|
| First 5 units as each occupancy – Each unit | $ 84.00 |
| Over 5 units to 15 units at same occupancy – Each unit | $ 48.00 |
| Over 15 units as same occupancy – Each unit | $ 36.00 |

Heaters with input ratings over 50,000 to 75,000 BTU per hour
| | |
|---|---|
| First 5 units at each occupancy – Each unit | $ 110.00 |
| Over 15 units to 15 units at same occupancy – Each unit | $ 60.00 |
| Over 15 units at same occupancy – Each unit | $ 50.00 |

Heaters with input ratings over 75,000 BTU per hour
| | |
|---|---|
| First 5 units at each occupancy – Each unit | $ 131.00 |
| Over 5 units to 15 units at same occupancy – Each unit | $ 99.00 |
| Over 15 units at same occupancy – Each unit | $ 53.00 |

## CERTIFICATES OF USE BIENNIAL – GAS FIRED INFRA-RED HEATERS

| | |
|---|---|
| First 5 units at each occupancy – Each unit | $ 60.00 |
| Over 5 units to 15 units at same occupancy – Each unit | $ 41.00 |
| Over 15 units at same occupancy – Each unit | $ 30.00 |

## INSTALLATION AND ALTERATION PERMITS –SPACE HEATING

Installation of space heating/cooling distribution system (ductwork, hot water piping,
| | |
|---|---|
| steam piping, chilled water piping if a separate system) up to one hour | $ 134.00 |
| Each additional hour or fraction thereof | $ 134.00 |

| | |
|---|---|
| Alteration of space heating/cooling distribution system in existing buildings | $ 75.00 |

Ventilation/Exhaust System, Fire/Smoke Dampers (when not a part of an HVAC installation
| | |
|---|---|
| or alteration permit) per hour or fraction thereof | $ 134.00 |

| | |
|---|---|
| Installation of solid fuel-fired units (coal or wood) | $ 125.00 |
| Survey of solid fuel-fired fireplace inserts (coal or wood) | $ 80.00 |

Supplemental Fee
Failure to Obtain Permit

## PRESSURIZATION INSPECTION

Inspection of hoistways, stairwells, corridors, etc. for pressurization for smoke control

Per hour.................................................................................................................................. $ 134.00

## FIRE SUPPRESSION / PROTECTION

Base fee.................................................................................................................................. $ 134.00

Fire suppression fee (per head)............................................................................................ $ .50

## INFORMATION INSPECTION

Information inspection of existing residential heating equipment ........................................ $ 134.00

# REFRIGERATING SYSTEMS

## INSTALLATION PERMITS

Self-contained systems activated by motors or engines:

2 HP – First 5 units at each occupancy – Each............................................................ $ 74.00

Additional units over 5 at same occupancy – Each..................................................... $ 49.00

Over 2 HP to 10 HP – First 5 units at each occupancy – Each ................................... $ 96.00

Additional units over at same occupancy – Each........................................................ $ 74.00

Remote systems activated by motors or engines:

10 HP or less – Each................................................................................................... $ 99.00

Systems and/or compressors activated by motors or engines:

Over 10 HP to 50 HP – Each....................................................................................... $ 169.00

Over 50 HP to 100 HP – Each..................................................................................... $ 286.00

Over 100 HP – Each.................................................................................................... $ 331.00

Alterations to each system:

(This does not include additional compressors, such requiring

Installation permits based on their horsepower) ......................................................... $ 81.00

Special or Shop Inspection of refrigeration equipment:

Each unit – Each visit ................................................................................................. $ 134.00

Approved Inspection of Unlisted refrigeration equipment.................................................... $ 821.00

Failure to obtain permits ....................................................................................................... $ 268.00

Preliminary inspection – Each visit........................................................................................ $ 99.00

## BIENNIAL LICENSE

Class A - First 2 units at one location ( 0 HP to 5 HP) – each unit...................................... $ 90.00

Over 2 units to 5 at one location – each unit............................................................... $ 43.00

Over 5 units at one location – each unit...................................................................... $ 23.00

Class B - First 2 units at one location (Over 5 HP – 50 HP) – each unit............................. $ 123.00

Over 2 units at one location – each unit...................................................................... $ 59.00

Over (50-HP) – each unit............................................................................................ $ 198.00

# CITY OF DETROIT
## BUILDINGS AND SAFETY ENGINEERING DEPARTMENT

### FEE SCHEDULE
### EFFECTIVE JULY 1, 2009

---

<u>INFORMATION INSPECTION</u>

Information inspection of existing air conditioning equipment ........................................ $ 134.00

## SAFETY – GENERAL FEES:
## ELEVATING DEVICES

<u>INSTALLATION PERMITS</u>

Each elevator, passenger and freight (does not include private residence elevator:

| | |
|---|---|
| Base Price ........................................ | $ 229.00 |
| For each floor traveled by the elevator ........................................ | $ 43.00 |
| For each hoistway entrance opening ........................................ | $ 43.00 |

Maximum for any one elevator ........................................ $ 1,121.00
(The number of floors traveled by the elevator shall include basement and balcony floors.)
Counter weight safety control assembly ........................................ $ 276.00

Private Residence Elevator – Each ........................................ $ 329.00

Inclined Stair Lift (residence) – Each ........................................ $ 138.00

Wheelchair Elevating Device (in private residence) – Each ........................................ $ 129.00

Barrier Free Lifting Device ........................................ $ 551.00

Wheelchair Elevating Device (in other than private residence) –

| | |
|---|---|
| Each ........................................ | $ 276.00 |
| Inclined Stair Lift (in other than private residence) – Each ........................................ | $ 276.00 |
| Dumbwaiter – Each: Traveling 5 stories or less ........................................ | $ 216.00 |
| Traveling more than 5 stories ........................................ | $ 253.00 |

Manlift ........................................ $ 551.00

Escalator – Each ........................................ $ 551.00

Personnel Hoist – Each ........................................ $ 1,138.00

Powered Service Platform – Each:

| | |
|---|---|
| To service building up to ten (10) stories ........................................ | $ 681.00 |
| For each additional ten (10) stories or portion thereof ........................................ | $ 345.00 |
| Maximum Fee ........................................ | $ 1,177.00 |

Additions and alterations to existing elevating devices:

| | |
|---|---|
| Alterations to power supply ........................................ | $ 204.00 |
| Alterations to control or type of operation: | |
| Base Price ........................................ | $ 276.00 |
| For each hoistway entrance opening ........................................ | $ 43.00 |