UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

City of Detroit, Michigan        CHAPTER 9
                                 CASE NO. 13-53846
            Debtor(s)            JUDGE Steven W. Rhodes
_____/

## EXHIBIT C TO MOTION FOR CLASS CERTIFICATION

For Hyde Park Cooperative et al.

Dated: _____June 17, 2014_        __/s/kurt thornbladh_____
                                   KURT THORNBLADH P25858
                                   Thornbladh Legal Group PLLC
                                   Schaefer Plaza
                                   7301 Schaefer
                                   Dearrborn MI 48126
                                   (313) 943 2678
                                   kthornbladh@gmail.com,