**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN RE:

City of Detroit, Michigan          CHAPTER 9
                                               CASE NO. 13-53846
                        Debtor(s)       JUDGE Steven W. Rhodes
_____/

## EXHIBIT D TO MOTION FOR CLASS CERTIFICATION

For Hyde Park Cooperative et al.

Dated: _____June 17, 2014_     __/s/kurt thornbladh_____
                                              KURT THORNBLADH P25858
                                              Thornbladh Legal Group PLLC
                                              Schaefer Plaza
                                              7301 Schaefer
                                              Dearrborn MI 48126
                                              (313) 943 2678
                                              kthornbladh@gmail.com,