# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN RE:

City of Detroit, Michigan        CHAPTER 9
       CASE NO. 13-53846
       Debtor(s)        JUDGE Steven W. Rhodes
_____/

## EXHIBIT D TO RESPONSE BY PLYMOUTH SQUARE TO OBJECTION TO PROOF OF CLAIM

For Hyde Park Cooperative et al.

Dated: _____June 17, 2014_      __/s/kurt thornbladh_____
KURT THORNBLADH P25858
Thornbladh Legal Group PLLC
Schaefer Plaza
7301 Schaefer
Dearrborn MI 48126
(313) 943 2678
kthornbladh@gmail.com,