UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

IN RE: )
)
City of Detroit, Michigan ) BANKRUPTCY NO. 13-53846
)
) Chapter 11
)
Debtor(s). )

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 18th, 2014 I electronically filed RESPONSE BY PLYMOUTH SQUARE LTD HOUSING ASSOCIATION WITH REGARD TO OBJECTION #4881 with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Parties listed on for electronic filing on this date.

    And I hereby certified that I have mailed by United States Postal Service the Paper(s) to the following non-ECF participants: NONE.

Due to the numerousity of the parties to the matrix, the Creditors have only filed this Motion electronically.

Date: June 18, 2014

    **/s/ Kurt Thornbladh**
    Attorney for Creditors in the Objection
    Kurt Thornbladh P25858
    Thornbladh Legal Group PLLC
    7301 Schaefer 48532
    (313) 943-2678
    kthornbladh@gmail.com
    P25858

    A copy of the Statement of Corporate Ownership is attached.