In the matter of:

                                        Case No.13-53846

City of Detroit, Michigan                         Chapter 11

_____Debtor(s)\_\_/        Hon.Steven W. Rhodes

## STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP FOR PLYMOUTH SQUARE LIMITED DIVIDEND HOUSING ASSOCIATION

[ ]     **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

        Name:_____
        Address:_____

        Name:_____
        Address:_____

        Name:_____
        Address:_____

        Name:_____
        Address:_____

        (For additional names, attach an addendum to this form)

[ X ]   There are not entities that directly or indirectly own more than 10% or more of any class of the debtor's equity interest.
       **I declare under penalty of perjury that the foregoing is correct.**

                                        FOR THE CREDITOR:

                                        By:\_\_/s/\_\_*kurt thornbladh*_____
                                        KURT THORNBLADH P25858
                                        Thornbladh Legal Group PLLC
                                        Schaefer Plaza
                                        7301 Schaefer
                                        Dearborn MI 48126
                                        (313) 943 2678
                                        kthornbladh@gmail.com

Dated:    October 21, 2013