UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Antonio-Domingo: Ratliff　　　　　Chapter 9
　　　　　Claimant.　　　　　　　　Case No. 13-53846
　　　　　　　　　　　　　　　　　Hon. Steven W. Rhodes

This is in response to having duplicate claims I disagree with the objection due one claim is public and one was Personal and or Private.



FILED
2014 JUN 18 P 12:27
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

5085 FISCHER DET. MI
48213

P/H 313-629-5970

13-53846-tjt　Doc 5409　Filed 06/18/14　Entered 06/18/14 13:44:00　Page 1 of 1