**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|   |   |   |
|---|---|---|
| In re: | ) ) ) | |
| CITY OF DETROIT, MICHIGAN | ) ) | Case No. 13-53846 |
|  | ) | Chapter 9 |
| Debtor | ) ) | |
|  | ) ) | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 18, 2014, the Macomb Interceptor Drain Drainage District filed the Response to the City of Detroit's Objection to Proof of Claim Number 3683 Filed by Macomb Interceptor Drain Drainage District By and Through the Macomb County Public Works Commissioner at docket no. 5421 with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: June 18, 2014

                DECHERT LLP

                By: /s/ *Allan S. Brilliant*
                Allan S. Brilliant
                Stephen M. Wolpert
                1095 Avenue of the Americas
                New York, NY 10016
                Telephone: (212) 698-3500
                Facsimile: (212) 698-3599
                allan.brilliant@dechert.com
                stephen.wolpert@dechert.com

                *Attorneys for County of Macomb, Michigan,*
                *by and through its County Agency, the*
                *Macomb County Public Works*
                *Commissioner*