## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE:
**CITY OF DETROIT, MICHIGAN**

**CASE NO.**   13-53846
**CHAPTER**   9
**JUDGE:**     STEVEN W. RHODES

_____**Debtor**_____/

## REQUEST TO BE REMOVED FROM ECF NOTIFICATIONS

B.O.C. Law Group, PC, by Corey M. Carpenter, counsel for Phyllis Walker, et al, states

that B.O.C. Law Group, PC no longer have an interest in these proceedings, and he requests that

the following email address be removed from ECF notifications and requests that he no longer

receive electronic filings in this bankruptcy proceeding:

bocecf@boclaw.com

coreycarpenter@boclaw.com

<div style="margin-left:50%">

Respectfully submitted,


/s/ Corey M. Carpenter (P67818)
B.O.C. Law Group, P.C.
By:     William R. Orlow (P41634)
        C. Jason Cardasis (P54930)
        Corey M. Carpenter (P67818)
        Nicholas B. Andrew (P75381)
Attorneys for Phyllis Walker
24100 Woodward Avenue, Suite B
Pleasant Ridge, Michigan 48069
(248) 584-2100
coreycarpenter@boclaw.com

</div>

Dated: June 18, 2014