**Exhibit 6-E**

**Email from John Pirich Forwarding Two Cases [05-28-13]**

**From:** Pirich, John D. [mailto:JPirich@honigman.com]
**Sent:** Tuesday, May 28, 2013 1:51 PM
**To:** Ianni, Robert (AG)
**Subject:** Public Trust

Bob:

Thanks for taking time to talk with me today. Per our conversation, please look at Cody v Buffalo Memorial Ass'n, 196 P2d 369 (1949) and Jarrett v Allentown, 1954 Pa Dist. & Cnty. Dec LEXIS 453.

Far from being a glassy document with uncertain contours, the public trust doctrine unequivocally holds—and it is a staple of common law—that claims of general creditors simply cannot be satisfied with property held in public trust.

Stay in touch and yell if we can do anything.....John

************************************************************************

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding tax-related penalties or (ii) promoting, marketing or recommending to another person any transaction or matter addressed in this communication.
************************************************************************
Confidential: This electronic message and all contents contain information from the law firm of Honigman Miller Schwartz and Cohn LLP which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately (313.465.7000) and destroy the original message and all copies.
************************************************************************