# Exhibit 6-J

# DIA Timeline of Events

# HONIGMAN

*Memorandum*

*To:* File

*From:* Arthur T. O'Reilly

*Re:* DIA Timeline of Events

*Date:* April 19, 2013

| Date | Event |
|---|---|
| 1885 | Detroit Museum of Art (DMA) organized |
| 1915 | Michigan Supreme Court concludes state constitution prohibits the use of public funds to support the DMA |
| 1918 | City Charter amended and Arts Commission created to hold City artwork |
| 1919 | Legislation passed to allow the DMA to convey its collection to the City |
| 1919 | DMA conveys title in land and artwork to the City |
| 1919 | Detroit Institute of Arts created |
| 1919 | Donations of private funds and artworks to support the museum begins |
| 1922 | Acquisition of artwork using City appropriations begins |
| 1927 | DIA moves to Woodward Avenue building |
| 1932 | Mayor Frank Murphy states that it "would not be fair either to the public [to] which its use is dedicated nor to the patrons of Art who have contributed a great many of the exhibits" to cut funding for the DIA |
| 1955 | Acquisition of artwork using City appropriations largely ceases |
| 1973 | Museum temporarily closed due to lack of funding |
| 1995 | Audit results in restructuring of relationship between City and the DIA |
| 1988 | City general obligation bonds used for museum renovations |

| | |
|---|---|
| 1990 | State funding largely ceases |
| 1992 | DIA-City Deaccession Form Contract |
| 1994 | DIA-City Contract |
| 1997 | DIA-City Operating Agreement |
| 2001 | Groundbreaking on $158 million DIA renovation and expansion |
| 2012 | Mayor David Bing states that "I can assure you that the City of Detroit does not intend to sell the DIA art collection. Our operating agreement with the Detroit Institute of Arts [*i.e.*, the Society] expressly prohibits that, but even more important, we are committed to holding these works in trust for the public." |
| 2012 | Millage approved by Wayne, Macomb and Oakland Counties |
| 2013 | Kevyn Orr appointed Emergency Manager |