## Exhibit 6-K

**Email from Heather Meingast Forwarding 12 Attachments [06-13-13]**

-----Original Message-----
From: Meingast, Heather (AG)
Sent: Thursday, June 13, 2013 12:06 AM
To: O'Reilly, Arthur T.
Subject: RE: AG Request for Documents

Thanks Art, we will take a look, I appreciate your efforts. Given that our timeline shrunk yet again (possibly issuing early afternoon tomorrow), I'm not sure we will have time to incorporate much. But its good to have nonetheless.

Best,

Heather

From: O'Reilly, Arthur T. [AOReilly@honigman.com]
Sent: Wednesday, June 12, 2013 11:13 PM
To: Meingast, Heather (AG)
Subject: FW: AG Request for Documents

Second email

HONIGMAN

Arthur T. O'Reilly
Partner
Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506
Telephone Number: (313) 465-7628
Fax Number: (313) 465-7429
www.honigman.com

-----Original Message-----
From: O'Reilly, Arthur T.
Sent: Wednesday, June 12, 2013 10:23 PM
To: meingasth@michigan.gov
Cc: Pirich, John D.; Adams, Daniel N.
Subject: FW: AG Request for Documents

Good evening Heather.

I am attaching several documents that we have been able to locate. I apologize for the underlining and annotations; unfortunately, I couldn't get clean copies today, but wanted you to have them as soon as possible. Obviously, we have not done an exhaustive review of the available documents. But I hope these help give you a sense of at least some of the underlying thinking at the time of the transfer, and later as well.

Please feel free to contact me with any questions.


HONIGMAN

Arthur T. O'Reilly
Partner
Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506
Telephone Number: (313) 465-7628
Fax Number: (313) 465-7429
www.honigman.com
s

The following additional gifts were received:

Water color, presented by the artist, Haley Lever.

A collection of Babylonian tablets from Henry G. Stevens.

Portrait of Henry Wood Booth by Ossip Perelma, from George G. and Ralph H. Booth.

Eight etchings presented by the artist, Arthur Hentzelman.

Ten lithographs of war-time subjects, the work of Vernon Howe Bailey; three from the artist himself and seven presented by Mr. John Russel.

Six medals from Mr. J. M. Potichke, and two medallic coins presented by Mr. F. H. Perrenoud.

The purchase of additions to the collections are as follows:

Six water color paintings by Gifford Beal, entitled "Spring," "Arabesque," "Windy Day," "Hudson River," "Summer Landscape," "Central Park," and "New York Freight Yards," purchased from the Farwell Fund and the income of the Yawkey Fund.

Water color painting by Hayley Lever, entitled "Wharf, Glocester," purchased from the income of the Slocum Fund.

Oil painting, "Surf and Rocks," by Childe Hassam, purchased from the income of the Lizzie Merrill Palmer Fund.

Oil Painting, "The Blue Gown," by Frederick C. Frieseke, purchased from the membership fund contributed by Mr. Paul Gray, Mr. Philip Gray, Mr. David Gray, and Mrs. William R. Kales.

Oil painting, "In the Country," by Leon Kroll, purchased from the special membership fund contributed by Mr. J. J. Crowley.

Ten pieces of lace, purchased from the Special Membership and Donation Fund.

At this point President Booth digressed long enough to read a letter from Mr. George G. Booth, which had just been delivered to him by messenger, as follows:

Detroit, June 27, 1919.

*Trustees of The Detroit Museum of Art,*
    *Detroit, Mich.*

Gentlemen:

For some time I have been engaged in accumulating objects of artistic handicraft which I hoped might creditably form the basis of a permanent collection having its home in the Detroit Museum of Art.

You have honored me by accepting the colleton so far made as a loan, and have generously provided facilities for its display. I regret that great world events have somewhat interfered with plans for the enlargement of the collection, but it is my hope to be able from time to time, to make further additions which may increase its value and use to the city.

As an earnest of my ultimate intention I desire now to tender to the Museum of Art as a free gift, the objects of art in this collection which are now in the Museum, being assured that in due time adequate provision will be made for their permanent care and exhibition.

I request that I may be permitted to continue to add to the collection as a loan, as heretofore, other objects of art which may be acquired from time to time.

Thanking you for the co-operation of your officers so generously accorded me in the past, I remain.

Yours very truly,

GEORGE G. BOOTH.

President Booth pointed out that this gift of the George G. Booth Collection constitutes the largest gift of the year and one of the most important benefactions the Museum has received.

Many important and interesting loans have been placed on exhibition, a list of which in detail will be presented by your Secretary and become a part of our report. The question of the unusually interesting lectures, musical entertainments and matters of similar interest he will also refer to in detail.

Permit me to direct your attention to the many improvements in the interior of our building and the replacing and better arrangement of many of our collections, notably the large sculpture gallery at the entrance of our building, the moving and re-installation of our Egyptian collection, the interesting Colonial room, and the Print room now nearing completion. The expert work required in connection with the Egyptian collection has resulted in bringing this department to where due recognition of its importance is given. In the new print room it is being arranged to provide for the hanging of about one hundred of our important prints at a time so that by rotation we may show our entire collection throughout the year. The prints have been examined by experts with due regard to their relative importance. Two rooms in the rear of the building are in the process of redecoration and in these will be installed in a rearranged and much better manner the important objects of the Frederick Stearns oriental collection, which, with improvements in a number of other galleries and rooms throughout the building covers the redecorating, rearranging and suitable

marking of exhibits of our entire museum during the past two years and in a manner which gives us added pride in our splendid institution.

In the death of Mr. John L. Harper on December 7, 1918, the Museum lost one of the few remaining original incorporators. Mr. Harper was a member of the executive committee and treasurer of the art loan exhibition of 1883. As a result of this art loan, the Detroit Museum of Art came into existence, and Mr. Harper was named incorporator under the ten thousand dollar contribution of Honorable Thomas W. Palmer. There now remain but four of the original members, namely, Mr. Frederick E. Farnsworth, who was secretary of the art loan and subsequently, secretary of the Museum for many years, until his business relations called him to another city, Mrs. E. G. Holden, Mrs. H. H. Crapo Smith, and Colonel E. W. Voight.

It is fitting that the members of the corporation should also take cognizance of the death of Miss Elizabeth P. Kirby on October 16, 1918. Miss Kirby was an annual member of the Museum, who took much interest in the work of the institution, leaving the bequest of five thousand dollars heretofore mentioned.

In another important respect we are closing a significant year for this institution. I refer to the era wherein we received direct support for the maintenance from the city. Beginning with the first of July, the Arts Commission of the City of Detroit takes in charge the city funds for the carrying out of its purposes and the building we now occupy has been placed in the hands of the Arts Commission by the city for its uses. Carrying out your intention, as expressed at our last meeting called for the purpose, steps have been taken looking to the conveyance of our property and collections to the City of Detroit with due regard for the trust we hold and of the obligations attached thereto. The state legislature has amended the act under which we incorporated which will become part of the law within the next 60 days, under which it becomes proper for us to make such conveyance to the municipality. Under such conveyance the property can only be used for such purposes as we have received it or for some kindred purpose so indicated by the Circuit Court. Final action on this matter cannot be taken at this





GHIORDES PRAYER RUG

LATE XVIII CENTURY

LOANED BY MRS. GUSTAVUS D. POPE.



"IN THE COUNTRY," BY LEON KROLL.
PURCHASED FROM THE SPECIAL MEMBERSHIP FUND
CONTRIBUTED BY MR. J. J. CROWLEY.

meeting, but inasmuch as we shall be without funds for maintenance otherwise, your President suggests that if it appears to you to be in order, that a resolution be passed indicating the intention to make conveyance when the law permits and in the meantime to ask the Arts Commission to accept the responsibility of the operation and maintenance of the museum for us at the expense of the city. In considering the all-important move of conveyance to the city, permit me to mention at this time that during the past year your officers have given particular attention to the value that might be set upon our collections, real estate and other

property, with the result that we believe that the collections may be conservatively valued at a million dollars and the new museum site on Woodward Avenue at over one million dollars. Our invested endowments amount to $20,000.00. Cash on hand available for purchases is $9,460.95. You have authorized your Board of Trustees to act upon this matter in accordance with their judgment, but opportunity for discussion will be given at this meeting. It was expected to make conveyance of the real estate at once as the required change in the law covered only the transfer of our collections. It was thought reasonable and in conformity with our obligation to ask the city to accept a deed to the real estate with a clause therein providing that the property should revert to this corporation if the city did not within a reasonable number of years erect thereon a suitable Museum building and properly maintain the collections later to be conveyed to it. This received the concurrence of Mr. Wm. C. Weber, in whose name some of our property stands. The form of deed was presented for consideration by the city council but the council expressed a unanimous opinion that it would be inexpedient to accept such a transfer with any reversionary clause or any other definitely expressed obligation. If you should convey the real estate and the collections to the city in conformity with the amended legislation it should be noted that the property can be used only  for such purposes as this permits, and further the conveyance would be made to the Arts Commission, who would hold the property in behalf of the city for its uses in accord with the provision of the city charter and the immediate intention of the city is definitely expressed in the appropriation for the ensuing year of $79,000.00 to cover maintenance and upkeep of the Detroit Institute of Arts, purchases for art collections and the sum of $3,000.00 to assist in the development of plans for a new museum building, which may clearly be taken as an earnest of intention.

Your President has no doubt that the collections at least should be conveyed immediately when the law permits, but if it is the desire to continue this corporation for any purpose it may be that you will consider it as conforming more exactly to your obligations to simply make a tender of the real estate to the city for acceptance whenever the

prove himself a prince indeed? Let him bring to Detroit examples of the master work of the past in paintings, sculpture, tapestries, rugs, furniture, and other objects of art. These works of the past that are proven by the test of time will develop that fine sense of discrimination to enable him to judge and patronize and so help to develop in our midst contemporary productions in the Fine and Applied Arts. The Detroit man who will be the first to add this to other altruistic motives and take such a place in our midst, will quickly become our first citizen, and the real satisfaction that wealth can give will, I am sure, be realized and before he is well launched upon his pursuit, I am confident that he will excite emulation among the people of our city in degree as they are able. It is such things that make a city great, not mere bigness or simply usefulness in production. How shall we build and develop a great Institute of Arts in our city if we have no liberal regard for the Arts among our foremost citizens?

Perhaps the times are changing in this regard. It may be too long before an individual will take advantage of such a great opportunity. It may be that the time is come when the city as a whole will take its place in Art in advance of the individual. Then, let it be. Our City of Detroit has taken its first steps in this direction. Surely a million people collectively might reasonably be expected to develop an Art collection greater than that acquired by any individual. I recently viewed a collection in a gentleman's home representing an expenditure of about fifteen millions of dollars. We must start with the positive understanding that Art is for all the people. Too often we hear the idea expressed that Art, particularly the Fine Arts, is something exclusive and for the few who are supposed to have a peculiar understanding of it, or those whose hobby it is— a sort of highbrow affair—and we sometimes get such comments from men whose lives are already influenced to an astounding degree by this same uplifting force and they appear not to realize it. Some tell us they realize the importance of Art as applied to Industry and others do not

remain intact for, say, 30 to 60 days in one gallery; then, moved to the next, to be replaced by another exhibition. This will also, in a degree, solve the growing problem of some great museums which may otherwise be forced to hang a too vast collection permanently in one building. The attendant would be capable of giving intelligent information in reply to questions and should give carefully prepared and instructive talks on each exhibit. As the purpose is mainly educational, each exhibit should represent an idea covering a particular period or school, or be comparative of old and modern. Some should be designed particularly for children.

In the city of Boston, through the interest and personal effort of Mr. FitzRoy Carrington, backed by a group of his liberal friends, has been established one such art center, exclusively for children, in one of the crowded sections of that city.

A start might wisely be made in one or two locations, but I confidently believe that a dozen or twenty such branch museums might profitably be established and maintained in the city of a million people. It may be that such buildings at certain times of the year should be put to other uses.

In closing this report, permit me to say that it is evident that Art Museums are taking a broader view of their service to the community and are looking to the new ways in which their institutions can render larger service. We should bring into conjunction more than ever the influence of other Arts such as Music, Poetry and Architecture and welcome them to give expression in our home and so use the advantages that we have at our disposal to achieve our purposes in the largest measure.

*Respectfully,*

RALPH H. BOOTH,

BULLETIN OF THE DETROIT INSTITUTE OF ARTS

OF THE CITY OF DETROIT

## INDEX

VOLUME I, OCTOBER, 1919, TO MAY, 1920

| | Page |
|---|---|
| Alger, Fred M., Gift of Painting | 110 |
| Alger, Russell A., Gift of Painting | 110 |
| American Artists, Sixth Annual Exhibition by | 184–185 |
| Anisfeld, Boris, Exhibition by | 17–18 |
| Arts Commission, Report for 1919 | 57–59 |
| Assyrian Tablets, Gift of | 11–12 |
| Attendance, Daily | 64 |
| Avery, Clara A., Gifts to Museum | 111 |
| Babylonian Tablets, Gift of | 11–12 |
| Baskets, Indian, Presented to Institute | 182 |
| Beach Hat, by Robert Henri | 182 |
| Beal, Gifford, Purchase of Water Colors by | 70–71 |
| Benson, Frank W., Purchase of Etchings by | 46 |
| Binns, Charles F., Pottery, by | 182 |
| Booth, George G., Collection | 37 |
| Booth, George G., Industrial Arts in Museums | 34, 41, 72, 182 |
| Booth, George G., Gifts to Institute | 23–81 |
| Booth, Ralph H., Gifts of | 106 |
| Burroughs, Bryson, Exhibition by | 126,128 |
| Chamber Music Society, Concerts by | 17 |
| Caldwell, Edward F., Iron Screen, by | 35–36 |
| Children's Museum | 19, 136 |
| Collections, Purchases for | 20, 65, 135 |
| Depew, Mrs. Sherman L., Loan by | 59 |
| Detroit, Aesthetic Needs of | 8–10 |
| Detroit Museum of Art becomes City Institution | 6–7 |
| Detroit Museum of Art Founders Society, By-laws | 2–5 |
| Donors, List of Institute | 117–124 |
| Durant, Jeanne D. Rice, Pottery, by | 112–115 |
| Exhibitions, Schedule of 1919–1920 | 38 |
| Ferry, D. M. Sr., Gifts to Institute | 43, 56, 68 |
| Ferry, D. M. Jr., Gifts to Institute | 108 |
| Founders Society, By-laws | 108 |
| Fountain, Persian, Gift of | 117–124 |
| Freer, Charles L., Gifts to Institute | 8–10 |
| Germer, George E., Silver Work, by | 106 |
| Gifts to Institute | 40 |
| Glockenton, Albert, The Resurrection, by | 60 |
| Gray, David, Gift of Painting | 86 |
| Hastings, Thomas, Screen, by | 126 |
| Haweis, Stephen, Exhibition by | 35–36 |
| Hecker, Col. Frank J., Gifts to Institute | 54 |
| Heintzelman, Arthur W., Etchings by | 106 |
| Henri, Robert, Purchase of Painting by | 80–82 |
| In the Country, by Leon Kroll | 70–71 |
| Industrial Arts in Museums, by G. G. Booth | 7–8 |
| | 33, 41 |

nominal sum of $5,000.00 for an investigation looking to the new building was substituted.

The Arts Commission faced three important problems during the year, viz:

(1) NEGOTIATIONS FOR THE PROPERTY AND COLLECTIONS WHICH THE DETROIT MUSEUM OF ART HAD EXPRESSED AN INTENTION TO CONVEY TO THE ARTS COMMISSION.

(2) TO DETERMINE THE FORM AND CHARACTER OF THE NEW BUILDING FOR THE DETROIT INSTITUTE OF ARTS.

(3) ADMINISTRATION OF THE MUSEUM.

1. *The negotiations for the property and collections which the Detroit Museum of Art had expressed an intention to convey to the Arts Commission.* Although the Arts Commission worked continuously on this problem throughout the year, owing to legal difficulties in making the conveyance it was not accomplished until the month of December, when the Commission received from the Detroit Museum of Art a deed covering two blocks, bounded by Woodward Avenue, Kirby Avenue, John R Street and Frederick Street; the other by Woodward Avenue, Frederick Street, John R Street and Farnsworth Avenue, together with all interests in the adjoining streets and alleys, and estimated at a valuation of a million dollars, together with a bill of sale of the art collections and personal property contained in the Museum of Art building, which is con-

servatively valued, as per the inventory attached to this report, at $807,491. The Arts Commission, therefore, comes into existence in Detroit, possessed of well-rounded collections, large in their significance and valued at nearly a million dollars, and a site for the new Institute of Arts in the heart of the City's population, and a part of a new center of arts and letters, whose intrinsic worth to-day is in excess of a million dollars, together with a background of art appreciation which has been fostered for a period of over thirty years by the Museum Corporation.

2. *To determine the form and character of the new building on this site for the Detroit Institute of Arts.* To this end, the Arts Commission with the limited means at its disposal, after much deliberation on the subject, retained Professor Paul Cret, of the University of Pennsylvania, architect for the Pan American Building at Washington and the Indianapolis Public Library, as consulting architect. Professor Cret has brought in a preliminary report on the problems of the new building, together with a number of architectural sketches, with which the Commission is so well pleased that it would like to continue Professor Cret to further develop the plans for the proposed building.

3. *The Administration of the Museum.* Although the actual conveyance of the collections of the Museum did not take place

until December, the Arts Commission was requested by the Trustees of the Detroit Museum of Art to assume the operation and maintenance of the Museum beginning July 1st, 1919. I am submitting for your consideration here-

with a report of the activiti the past six months, as follow

With the $20,000 at its di for Purchases for Collection Commission has acquired important objects of Art, a lows:

## PURCHASES FOR THE COLLECTIONS

Oil painting, "*Sir Brook(e) Boothby, Bart.,*" by Sir Joshua Reyn P. R. A.

Oil painting, "*Young Girl,*" by Robert Henri.

Oil painting, "*The Beach Hat,*" by Robert Henri.

Oil painting, "*Boy With Plaid Scarf,*" by Robert Henri.

Oil painting, "*Freckles,*" by Roy Gamble.

Oil painting, "*A Michigan Home,*" by Ivan Swift.

Four etchings, "*Geese,*" "*Three Geese,*" "*Migrating Geese,*" "*Bi Bills,*" by Frank W. Benson.

Two bronzes, "*Wounded Stag,*" "*Resting Stag,*" by Elie Nadelman

Set of three French Gothic carved wood panels.

Forty-four textiles of the XV, XVI and XVII centuries, consisting velvets, brocades, silks, damasks, brocatelles, etc.

From this list let me single out for your attention the painting by Joshua Reynolds, which is a superb and exceptional example of the Engl School of the late XVIII century, and whose value in our belief is grea in excess of the amount paid for it.

Let me also call your attention to the fact that among the obje acquired, such as period textiles and carved wood panels, the Commissi has aimed to secure objects of use to architects, designers, craftsme students and artisans, and in future purchases we hope to further devel our collections of metal work, printing, ceramics, furniture, etc., of the be periods of the past, which will be a source of inspiration to the craftsma and a storehouse for the designer of to-day.

Gifts have been received as follows:

# REPORT OF THE PRESIDENT

DETROIT, June 28, 1918.

*To the Members of the Corporation of the Detroit Museum of Art:*

Since the year 1885 when the state legislature enacted the law providing for this corporation, no 12 months period has seen action so momentous as affecting its future. From 1885 to 1893, the museum was operated entirely through private contribution. Since that year it has had increasing financial support from the municipality, with an appropriation finally of $40,000 for the ensuing year, which for the first time will give a sufficient amount to meet present needs, or nearly so.

Coincident with this financial encouragement, the city in its new charter has provided for an arts commission, contemplating that you will convey the property and trusts you hold to the city, as the basis for the Detroit Institute of Arts, as the new municipal institution is to be named. At a date to be set for the early fall you will probably be called together for the special purpose of acting upon the question of conveyance to the city, at which time your trustees will make such recommendations as may appear to them best.

It is obvious that under the new charter further maintenance of this museum by the city is contingent upon such transfer. The alternative will be to arrange for support independently.

The Detroit School of Design has completed another year, and its recent exhibit held in the galleries of the museum is good evidence of its accomplishment. Your president is pleased to say that in his opinion, which is stimulated by the comment and criticism of others, the character of the teaching as evidenced by the work accomplished would lend distinction in this branch to any institute of arts and to any city, and that we may well be proud of it. It is therefore with regret that I must announce that with the close of the

present term your board has relinquished its control of the school of design, and has re-conveyed its property and effects to the city of Detroit.

In explanation it should be stated that the city, upon the advice of the corporation counsel, determined that it could not legally continue its financial support of the school, as it was declared to be properly an educational institution and as the school system is a function of the state. Therefore, the amount asked to cover the budget of the next school year was refused and consequent action taken by your board of trustees. It is to be hoped that in the near future it can be provided so that the city may incorporate a teaching department in the Detroit Institute of Arts.

During the past year the first steps have been taken toward the rehabilitation of the galleries of the museum, and the sorting, arranging and classifying of the collections. It is hoped and expected that during the ensuing year all other parts of our museum interior will be given equal consideration. This determination to make the very best of our present building is rendered desirable by the necessary delay in securing the much desired adequate new building upon the site obtained for the purpose.

The law suit against William C. Weber for possession of that part of our property on Woodward avenue, which appears in his name, has been allowed to stand, upon the advice of our legal counsel, pending the vote upon the city charter, and the probability of conveyance to the city, because it is understood that this is the only requirement made by Mr. Weber. He has expressed his willingness to deed it direct to the city at any time.

The children's museum is a new department, and the modest beginning with such small equipment as we now have has elicited such a degree of wholesome interest that I am sure it encourages liberal support, and will become a very useful and important addition. I ask for it due consideration of the trustees.

The boys and girls of our public schools have been brought in groups to our museum almost every day, and it

is probable that throughout the year these have included a majority of all school children. They have been taken through the galleries by instructors and helped with comment and suggestion.

The importance of music in our auditorium is something that should be given special consideration in the future. On Sunday afternoons the feature of community singing, arranged for by the recreation commission, has attracted such enthusiastic attendance that it may well be continued. If arrangements can be completed, it is hoped that the Chamber Music Society will utilize our hall as one of the centers for its work.

The past year in its entirety has been most interesting and successful. Never before we believe has there been shown such an appreciative intelligent interest in art in our city as expressed through the collections and exhibitions of the museum, and the activities within it.

No report of the past year would be complete without recognition of the titanic world struggle in which we are involved. It overlies all our activities, and in no sense should we appear to demand a consideration that would in the slightest degree divert attention or detract so much as a featherweight of support from the successful prosecution of the war, and all that it means to our country and to civilization.

But in the words of Mr. Stoughton Holborn in his lecture here, "Art and civilization are synonymous," and so we feel the necessity of uplifting the spiritual side of life at such a time as this especially, that the best in civilization may always be secured to the world. And again quoting the same authority we must "lead the common life for a noble end." In order that such an institution may live and grow, it must be conducted so that it shall have a vital influence upon the common lives of men.

Respectfully,

RALPH H. BOOTH,

*President*



Burroughs to Arts Commission — BUR 12/1

# Detroit Museum of Art

## Detroit, Mich.

OFFICE OF THE SECRETARY

June 30, 1919.

To the Arts Commission,

City of Detroit.

Gentlemen:

      At the Annual Meeting of the members of the corporation of the Detroit Museum of Art the following resolution was adopted:

      WHEREAS the Members of the Corporation have authorized the conveyance of the Museum and its collections to the Arts Commission of the City of Detroit, and it is expected that such conveyance will be made, as soon as the enabling act, passed by the last Legislature becomes effective, and

      WHEREAS the Trustees of the Detroit Museum of Art have no funds for the maintenance of the Museum after June 30th, 1919,

      THEREFORE BE IT RESOLVED that the Members of the Corporation and the Trustees of the Detroit Museum of Art request the Arts Commission of the City of Detroit to assume the operation and administration of the Museum, beginning July 1, 1919.

      In accordance with this resolution, we request your Commission to assume the maintenance and operation of the Museum beginning July 1, 1919.

Respectfully yours,

Clyde H. Burroughs

Secretary.



1919

# BULLETIN OF
# THE DETROIT INSTITUTE OF ARTS
## *of the City of Detroit*

| Vol. I | OCTOBER, 1919 | No. 1 |

THE BULLETIN OF THE DETROIT INSTITUTE OF ARTS, of which this is the first number, takes the place of the BULLETIN OF THE DETROIT MUSEUM OF ART. This change marks the beginning of an epoch in the history of Detroit when it shall become a civic function of the municipality to foster art, by operating and maintaining a museum for the people of the city. It is an era when art shall become in its broadest sense democratic, with the museum and its valuable collections actually belonging to the people.

# THE DETROIT INSTITUTE OF ART
# OF THE CITY OF DETROIT

As noted in the announcement on the front page of this Bulletin, the Detroit Museum of Art is now under the management of the Arts Commission of the City of Detroit, and as soon as the contemplated conveyance of the Museum's property and collections is made, the Detroit Institute of Arts, of the City of Detroit, will be in full force and effect. It is a novel, if not unique, experience among American municipalities to have, as a part of their civic function, the erection, operation, and maintenance of a public art gallery, and Detroit, with St. Louis, is in the vanguard in their actual governmental assumption of these duties, in which sooner or later every municipality of importance will engage.

This does not mean that Detroit and St. Louis are the only two cities giving financial support to Museums. This is done in many cities, and in New York and Chicago the contributions toward the support of the Museums are large, but Detroit and St. Louis are the first two cities in which the ownership and management of the Museum of Art is actually vested in the city. With the appointment of the Arts Commission by Mayor Couzens under the provisions of the new Charter adopted in June, 1918, the city assumed this new function. The powers and duties of the Arts Commission under this charter are as follows:

"The powers and duties of the Commission, which shall be exercised and performed as herein provided and in conformity with the general ordinances of the city, shall be as follows:

(a) The Commission shall hold, in the name of the City, such real estate as may be necessary for the accomplishment of its objects;

(b) Shall build, operate, and maintain suitable buildings to be used for the exhibition of paintings and works of art and auditorium purposes, to be known as the Detroit Institute of Arts, and to which, under proper rules and regulations, the public may have access free of charge, except that on occasions when special exhibitions, public concerts or other entertainments are held in any of said buildings, the Commission may in its discretion make a reasonable charge for admittance, and shall have the right to rent to other organizations or individuals any of the buildings for special occasions.

(c) Shall acquire, collect, own and exhibit, in the name of the City, works of art, books and other objects such as are usually incorporated in Museums of Art.

(d) Shall have the management

and direction of several buildings, premises and property of the City under its control, and shall make reasonable rules and regulations concerning the same;

(e) May, with the approval of the common council, in the name of the City, take and hold, by purchase, gift, devise, bequest or otherwise, such real and personal property as may be proper for carrying out the intents and purposes for which it is established;



(f) Shall recommend to the common council the institution of condemnation proceedings whenever, in its judgment, private property should be taken in the name of the City for the purposes of the commission;

(g) May, with the approval of the council, sell and convey or lease any of the buildings or land under its control, whenever required by the interests of the City;

(h) May make, with the ap-

(Continued on Page 4)



"IN THE COUNTRY," BY LEON KROLL. PURCHASED FROM THE SPECIAL MEMBERSHIP FUND CONTRIBUTED BY MR. J. J. CROWLEY

BULLETIN OF THE
# DETROIT INSTITUTE OF ARTS
OF THE CITY OF DETROIT

Published, monthly, except

June, July, August and September,

AT THE

DETROIT INSTITUTE OF ARTS

FORMERLY

THE DETROIT MUSEUM OF ART

Corner Jefferson Ave. and Hastings St.

Entered as second class matter at the Post Office at Detroit, Michigan, under the Act of October 3rd, 1917.

## ARTS COMMISSION

RALPH H. BOOTH................President
WILLIAM J. GRAY.............Vice-President
ALBERT KAHN.............................
                    Commissioners
CLYDE H. BURROUGHS..Secretary and Curator

## HOURS

The Institute is open daily from 9:00 a.m. to 5:00 p.m.; Sundays from 2:00 p.m. to 6:00 p.m.; holidays from 2:00 p.m. to 5:00 p.m. Admission is always free.

## COPYING

The Detroit Institute of Arts desires to give every facility to the art student, designer or mechanic who wishes to study or copy objects in the Institute collections. There are hundreds of objects which would suggest form or design for articles of utility and beauty. Requests for permits to copy and photograph in the Institute should be addressed to the Secretary.

## LANTERN SLIDES

The lantern slide collection, embracing several thousand subjects, is at the disposal of teachers of the public schools free of charge. Slides on art, history and travel are available for the use of study clubs at a nominal rental.

(Continued from Page 3)

proval of the common council all contracts to carry out the purposes and objects of the department as herein provided; and

(*i*)   Shall have such other powers as are herein prescribed or may be necessary hereunder for the proper discharge of its duties."

Upon adoption of this Charter, the corporation of the Detroit Museum of Art deemed it advisable to turn over all its property and collections to the municipal Arts Commission, and it will hereafter be designated as the Detroit Institute of Arts.

The Arts Commission consists of four members, appointed for a term of four years, the term of one Commissioner expiring each year. In naming the first Arts Commission Mayor Couzens showed the intention of building upon the firm foundation already laid by the corporation of the Detroit Museum of Art, in choosing as commissioners Ralph H. Booth and William J. Gray from the Board of Trustees of the Museum, and his appointment with these of Albert Kahn, well-known architect, as the third member of the Commission. The Arts Commission therefore comes into existence in Detroit with a background of art appreciation which has been fostered for a period of over thirty years by the Museum corporation, through whose action it becomes possible

of well rounded collections, large in their significance and valued at over half a million dollars, and a site for the new Institute of Arts in the heart of the city's population, and a part of a new center of arts and letters, whose intrinsic worth today is in excess of half a million dollars. This significant gift in fee simple to the people marks not the least of the many important steps of progress toward a better civic life that was ushered in with the adoption of the new Charter and the able administration of Mayor Couzens and the new nine man council of the City of Detroit.

The program of the Arts Commission for the current year, aside from completing the negotiations of the conveyance of the new Museum site and the property and collections of the Museum to the City, is to provide for the continued operation of the Museum activities with enlarged opportunities for the people, the student and the designer in Detroit industries, and the development of plans looking toward the erection of new buildings opposite the new Public Library to house the Detroit Institute of Arts, of which the collections of the Museum will form so important a nucleus. C. B.



*1919*

# DETROIT'S AESTHETIC NEEDS VISUALIZED

### Extract from President Ralph H. Booth's Annual Report.

"Detroit is scarcely today the beautiful city that it once was. It needs a new birth in Art. It is Art hungry and maybe it does not know it. Vast fortunes of money are being accumulated in our city. Shall it be left to future generations to gain with this wealth the attainable finer attributes of life? In many other cities this does not obtain. In fact, many of the greatest of art patrons and collectors of our country today are men who have accumulated their own fortunes. It appears to need someone to lead the way. Who will be the first man among our citizens of wealth to prove himself a prince indeed? Let him bring to Detroit examples of the master work of the past in paintings, sculpture, tapestries, rugs, furniture, and other objects of art. These works of the past that are proven by the test of time will develop that fine sense of discrimination to enable him to judge and patronize and so help to develop in our midst contemporary productions in the Fine and Applied Arts. The Detroit man who will be the first to add this to other altruistic motives and take such a place in our midst, will quickly become our first citizen, and the real satisfaction that wealth can give will, I am sure, be realized and before he is well launched upon his pursuit, I am confident that he will excite emulation among the people of our city in degree as they are able. It is such things that make a city great, not mere bigness or simply usefulness in production. How shall we build and develop a great Institute of Arts in our city if we have no liberal regard for the Arts among our foremost citizens?

Perhaps the times are changing in this regard. It may be too long before an individual will take advantage of such a great opportunity. It may be that the time is come when the city as a whole will take its place in Art in advance of the individual. Then, let it be. Our City of Detroit has taken its first steps in this direction. Surely a million people collectively might reasonably be expected to develop an Art collection greater than that acquired by any individual. I recently viewed a collection in a gentleman's home representing an expenditure of about fifteen millions of dollars. We must start with the positive understanding that Art is for all the people. Too often we hear the idea expressed that Art, particularly the Fine Arts, is something exclusive and for a few who are supposed to have a peculiar understanding of it, or those whose hobby it is—a sort of highbrow affair—and we sometimes get such comments from men whose lives are already influenced to an astounding degree

by this same uplifting force and they appear not to realize it. Some tell us they realize the importance of Art as applied to Industry, and they do not recognize the relative importance of the Fine Arts. I am glad to say that the day of such acknowledgments is passing and the day will soon dawn when Art in is true meaning and application will be accepted as a vital, compelling and uplifting force that it certainly is. Unthinking men sometimes speak of museums as store houses of dead Art and of great paintings on our walls as static Art. They want more active force.

This Museum and its influence is the answer to those who will but take an interest and it is the function of this society to stimulate the whole people that they shall take an interest. Who can believe in the beauty and influence of a great poem if he has neither read nor heard one; and, who believes in the charm and inspiration of music if they have never listened with interest?"

## PAINTING BY LEON KROLL ACQUIRED.

Those who recall the last annual exhibition of paintings by American artists, held in May, 1919, will recall Leon Kroll's painting entitled "*In the Country.*" It was one of the outstanding works in that exhibit, and it is with much satisfaction that we record its purchase for the permanent collection, through the gift of Mr. J. J. Crowley.

The picture was painted during the summer and fall of 1916 at Camden, Maine, and was exhibited successively at the Pennsylvania Academy of Fine Arts, Philadelphia, National Academy of Design, New York, the Annual Exhibition at the Buffalo Fine Arts Academy, and a number of other exhibits of national importance. During its recurrence in these exhibits the first sensation of an overweening vitality and force gave way to one of high regard for the fine quality of interpretation and sincerity of expression in the picture and the refreshing note of color. It seems to me that as in many of the great works of the past, a commonplace subject has been elevated to one of distinction through the reverent attitude and sincerity of purpose of the artist.

The painting, showing a group of cottagers about their various occupations out of doors, has afforded the painter an opportunity for the display of much brilliant color and interesting areas, which fit together in a satisfying and synthetic whole. In the foreground, grouped about the trunk of a tree, is a standing figure of a young woman in summer garb. A colored servant sits on the grass on one side of her engaged in culinary duties, and a tow-headed child is creeping on the other. In the middle distance, on a much smaller scale, a second figure is

Both running to the City of Detroit.

Yours very truly,

DETROIT MUSEUM OF ART

By   Ralph H. Booth
President
William J. Gray
Treasurer

It being the unanimous opinion of the Commissioners that such deed and bill of sale should be accepted, the Secretary was directed to transmit the documents to the Common Council for approval with a letter in the following form:

November 10, 1919.

To the Honorable,
The Common Council,
City of Detroit, Michigan.

Gentlemen:

The Arts Commission respectfully reports that the Detroit Museum of Art has tendered to it a gift of its real estate and of its art collection as per the inclosed documents:

1. Warranty Deed covering two blocks, one bounded by Woodward Avenue, Kirby Avenue, John R. Street, and Frederick Street; and the other bounded by Woodward Avenue, Frederick Street, John R. Street, and Farnsworth Street, together with all interest in the adjoining streets and alleys.

2. Bill of Sale of art collection and personal property contained in the Museum of Art building.

Both running to the City of Detroit.

The Arts Commission considers the acquisition of this property which is valued at upwards of $2,000,000, to be highly desirable and, therefore, prays the approval of the Common Council of the acceptance of the deed and bill of sale.

Respectfully submitted,

By

Secretary        President       ARTS COMMISSION

Detroit, Michigan, January 27, 1920.

A special meeting of the Trustees of the Detroit Museum of Art was held at the University Club at 6 o'clock.

There were present Messrs. Ralph H. Booth, William J. Gray, Horace Caulkins, Henry Stevens, C. D. Pope, D. M. Ferry, Jr., William B. Stratton, Francis P. Paulus, and the Secretary.

A communication from the Arts Commission was read assuming the operation and maintenance of the Museum beginning July 1st, 1919, as per the request of the Trustees.

In behalf of the officers Mr. William J. Gray presented the following report, which was ordered spread upon the records.

> You will recall that at a meeting of the members of the Association, held December 6th, 1918, the Trustees were authorized to convey the property of the corporation, both its collection of art and its real estate on Woodward Avenue, to the City of Detroit, and subsequently, at a meeting of the Trustees on February 18th, the President and Treasurer were authorized to execute and deliver to the City of Detroit a Deed of Conveyance of said real estate, the Deed to be in such form and with such conditions as should to them appear sufficient to insure the use of said property for the purpose for which the Detroit Museum of Art was incorporated, or for some purpose kindred to said purpose.

> Your President and Treasurer thereupon conferred with Mr. H. E. Spalding and he prepared a Deed which contained a provision for the reversion of the title to the Detroit Museum of Art upon the happening of either of the following conditions:

> (a)  If the city should at any time use or permit the use of said premises, or any part thereof, for any other purpose than the one contemplated by Charter 19, Ti Title 4, (IV), relating to an Arts Commission of the present charter of the City of Detroit;

> (b)  If the city should fail within a given number of years to erect and complete on said premises a building costing a lot less than an agreed sum, suitable for the housing and exhibition of works of art, or

(c)  If the city should at any time fail to
provide for and continue the proper care, mainten-
ance and exhibition of the art collection then or
thereafter belonging to the City of Detroit.

Your Treasurer had a number of interviews
with Mr. William C. Webber and his attorney, James
Swan, and finally agreed with them upon the form
of the Deed which Mr. Weber would be willing to
unite in signing.  The matter was then taken up with
the Common Council, sitting as a Committee of the
whole, and all of the councilmen and the Corporation
Council were of the opinion that no Deed would be
accepted except one without conditions.  Accordingly,
your Treasurer agreed to recommend the delivery of
the Deed with the foregoing conditions eliminated.

This situation was explained to the members of
the Association at their Annual Meeting, held last
June, and a Resolution was adopted authorizing the
Trustees, notwithstanding this demand of the city,
to execute and deliver a Deed of the real and person-
al property of the Association, and subsequently on
September 12th the Trustees authorized the President
and Treasurer to make the conveyance to the city.

Accordingly, in November your President and
Treasurer, on behalf of the Detroit Museum of Art,
executed and delivered a Warranty Deed of the real
estate and a Bill of Sale of the collection of Art,
both running to the City of Detroit, and delivered
the same to the Arts Commission, which in turn
transmitted the same for approval to the Common
Council.  This Deed was accepted by the Council, to-
gether with a Deed from William C. Weber and wife
covering the undivided half of the northerly block,
the Council at the same time directing the Comptrol-
ler to pay off the two mortgages against the property,
one held by William C. Weber and one by the Dime Sav-
ings Bank, and also to pay $4500 attorneys' bills to
James Swan and Richard Lawson, attorneys for Mr. Weber
in the pending litigation.  At the same time, the Com-
mon Council accepted the Bill of Sale of the collection
of Art.

On account of the provision for the payment of
Mr. Weber's attorney bills, the Mayor vetoed the ac-
ceptance of the documents but the resolution was
adopted by a unanimous vote over his veto and in Dec-
ember the transaction entirely closed, the two mort-
gages paid off and the Deeds placed on record.

You will recall that Act #67 of the Public Acts
of the State of Michigan, approved April 15th, 1919,

under which authority was granted for the conveyance
by Art Associations to the municipality of their pro-
perty, contained a provision that the property so
conveyed should in the hands of the city be faithfully
used for the purpose for which the particular corpor-
ation was organized. In the Deed to the City of Detroit
it was expressly recited that the conveyance was exe-
cuted and delivered under and in pursuance of said act.
This fact, together with the fact that the Deed was
delivered to the Arts Commission, seemed to us suffi-
ciently to give assurance that the property cannot be
used excepting for the same purposes as were provided
for in the incorporation of the Detroit Museum of Art,
or some kindred purpose, as provided in the Act of the
Legislature referred to.

The Secretary gave a report of the audits made by the Detroit
Trust Company covering the period from July 1, 1918 to Jund 30, 1919.

MOVED, supported and carried that the expenditure of $335
in addition to the $500 appropriated at the meeting of May 2nd for the
purchase of laces be approved.

The Secretary was authorized to make such entries on the
books of the corporation as are necessary to make them comply with
present conditions.

MOVED, supported, and carried that the painting, "Child with
Kitten" by William Owen, be purchased for the sum of $7500 from the
General Membership and Donations Fund.

Mr. Ferry offered the following resolution, which was unan-
imously adopted:

WHEREAS all of the property and collections of
the Detroit Museum of Art, with the exceptions of its
invested trust funds, have been conveyed and trans-
ferred to the City of Detroit to be administered by
the newly created Arts Commission of the City of Detroit,
and

WHEREAS it is believed that the following enumerated
objects can be obtained by the continuance of present cor-
poration, i. e.

I will and bequeath to the Detroit Museum of Art Founders Society the sum of $200,000, this sum to be invested and from time to time reinvested by said Society and the income used to purchase works of art to be permanently given to and exhibited in the museum of the Detroit Institute of Arts, and at the end of each period of five years, 5% of the principal of said amount shall also be available for expenditure so that the entire sum of principal and interest may, and I hope will be consumed by the end of approximately one hundred years and such principal sum shall be used for the same purpose as the income — to purchase works of art to be permanently exhibited in the museum of the Detroit Institute of Arts. All objects so purchased and exhibited to be suitably and plainly labelled Ralph H. Booth Bequest.

My deep interest in the development of art and the interest of the people leads me to make this bequest with no specific requirement as to what shall be purchased. Therefore, I shall simply state that one painting or other object of first importance is to be preferred to many objects of relatively small importance — genius should be evident in the works — not merely talent. If objects so purchased shall at any time be deemed not suitable for exhibition in the galleries of the said museum at least eight months of each and every year then said works of art shall be offered back to my heirs and if they are not accepted by such heirs, then they may be otherwise disposed of.

# DETROIT MUSEUM OF ART
## FOUNDERS SOCIETY
### DETROIT, MICHIGAN

D. M. FERRY JR.
PRESIDENT

CLYDE H. BURROUGHS
SECRETARY

Last year it became necessary to raise a special emergency maintenance fund for the purpose of keeping the Art Institute open to the public and to carry on its program of exhibitions, lectures, and other educational activities. Owing to the continued financial difficulties of the city, we are again called upon to take a large share of the maintenance burden of the Art Institute, and in order that the present services may not be further curtailed it is necessary to raise a special emergency fund of $16,000.

If Detroit is not to lose all that it has gained in the field of culture, it must be by the generous and courageous action of a few determined people.

Your contribution last year toward the operating costs enabled us to provide for the various activities which have made the museum so vital a part of the community life, and we write to ask if you will again make a substantial contribution toward this purpose.

Thanking you in anticipation of your continued support in this emergency, we are

Respectfully yours,

President.    Secretary.

## From the Mayor

April 26, 1932.

To the Honorable the Common Council:

Gentlemen—Herewith I return the Budget for the fiscal year beginning July 1, 1932, and ending June 30, 1933, in accordance with Title VI, Chapter I, Section V of the City Charter, vetoing your action on the following items and restoring them in the amounts stated:

This results in the restoration of $15,719.00 to the Art Commission Fund and is prompted by the fact that the Budget as allowed by your Honorable Body would result in closing the Museum to the public. May I point out that the Museum is used by more than 300,000 persons annually and the restoration of these items means (1) safeguarding an investment of several millions of dollars, (2) keeping in the Museum exhibits worth many hundreds of thousands of dollars which the City stands in danger of losing if the Museum is closed, (3) by providing the essential janitor and care-taking services, and thus keeping the Museum open, private individuals will be encouraged to provide funds to maintain a modest and almost indispensable scholarship staff. Closing of the Museum would not be fair either to the public to which its use is dedicated nor to the patrons of Art who have contributed a great many of the exhibits.

In connection with the Library and Art Museum budgets it should be kept in mind that thousands of our people are making greater use of both institutions than ever before. For obvious reasons we should limit the operating cost of these institutions to an amount barely necessary to preserve our investments in them and, if possible, keep them open to the large number of our citizens seeking surcease in literature and art from their burdensome problems. We must not deny them this. There is also the practical value of these institutions as aids in business, school work and general reference work to be considered.

## ART FUND

| | | |
|---|---|---|
| 1 Administration: | | |
| A—Salaries: | | |
| Art Director ($10,000) | | |
| Arts Commission Secretary and Museum Curator ($7,200) | | |
| Art Registrar ($2,940) | | |
| Senior Stenographer (1 at $1,980) | | |
| Museum Clerical Workers ($1,560) | | |
| | | 13,680.00 |
| | | |
| 2 Care of Building and Grounds: | | |
| A—Salaries: | | |
| Foreman of Building Maintenance ($3,120) | | |
| Head Building Guard ($1,860) | | |
| Building Guards (3 at $1,740) | | |
| Museum Handymen ½ time | 900.00 | |
| Senior Building Operating Engineers ($2,700.00) | | |
| Window Washers ½ time (1,620.00) | | |
| Charwomen (4 at $1,200.00) | | |
| | | 19,410.00 |
| B—Wages: | | |
| Painter (.90 to 1.10 hr.) | | |
| Night Guard (1.00 hr. or 2.00 night) | | |
| Laborers (.50 to .60 hr.) | | |
| Wood Carver (1.75 hr.) | | |
| | 1,124.00 | |
| C—Heat and Power | 8,000.00 | |
| E—Telephone and Telegraph | 300.00 | |
| F—Postage | 100.00 | |
| J—Engineers' and Janitors' Supplies | 200.00 | |
| L—Forwarding Charges | 200.00 | |
| | | 29,334.00 |
| | | |
| Total Maintenance | | 43,014.00 |
| | | |
| Credits: | | |
| Salary suspension | 3,629.00 | |
| Estimated Receipts | 8,000.00 | |
| | | 11,629.00 |
| | | |
| Net Total | | 31,385.00 |

## ART FUND

Restore these items eliminated by the Common Council:

Page No. 10 Line No. 24, 1 Junior Stenographer, $1,680.00.

Page No. 10 Line No. 25, 1 Museum Clerical Worker, $1,680.00.

Page No. 10 Line No. 27, 1 Messenger, $960.00.

Eliminate:

Page No. 10 Line No. 42, 1 Head Building Guard, $1,740.00.

Restore:

Page No. 10 Line No. 43, 1 Building Guard, $1,620.00.

Page No. 10 Line No. 44, 1 Building Guard (½ time), $780.00.

Page No. 10 Line No. 45, 1 Building Guard (½ time), $750.00.

Page No. 10 Line No. 45, 3 Building Guards, at $1,500.00, $4,500.00.

Page No. 10 Line No. 47, 1 Museum Handyman (½ time), $900.00.

Page No. 10 Line No. 60, 1 Gardener (9 months), $1,485.00.

Page No. 11 Line No. 7, 1 Window Washer (½ time), $810.00.

Page No. 11 Line No. 8, 2 Charwomen at $1,200.00, $2,400.00.

Page No. 11 Line No. 24, 2-D Office Supplies, $200.00.

Page No. 11 Line No. 24, 2-F Telephone and Telegraph, $700.00.

Page No. 11 Line No. 26, 2-F Postage, $300.00.

Page No. 11 Line No. 27, 2-G Printing, $300.00.

Page No. 11 Line No. 31, 2-K Building Repairs and Replacements, $100.00.

Page No. 12 Line No. 1, Salary Suspension Credits, $1,582.00.





*City of Detroit Executive Office*                                    *Coleman A. Young, Mayor*

June 25, 1975

Dr. Frederick Cummings, Director
Arts Department
Detroit Institute of Arts
5200 Woodward Avenue
Detroit, Michigan 48202

Dear Doctor Cummings:

Of all the budget cuts and resulting layoffs that have been forced upon
us by the economic depression in Detroit, it seems to me of con-
siderable significance that the most vocal objections have been
directed at curtailments in public safety and the art museum. This
priority does not surprise me. Indeed, it reflects my own conviction
that the amenities of life, while always important, are especially
so when everyday living becomes more difficult.

I know how disheartened you were when it became apparent that a
temporary shutdown of all the galleries was the only way to meet
your budget requirements. I can imagine how pleased you were to
learn you could call back guards and other attendants after only 15
days under Title VI funds instead of after 30 days as we had pre-
viously done under Title II.

It is my understanding that your employees will be back on the job by
July 1. The holiday on July 4 might present a difficulty which could
occasion a delay in opening, but I'm confident you share my interest
in the earliest possible reopening.

cum 3/46

Dr. Frederick Cummings
Page 2
June 25, 1975


Opening the doors of the Detroit Art Institute to the people is, of course, the very goal we are seeking in our presentation to the State Legislature. I feel confident State legislators will also welcome the Institute's opportunity to open sooner than anticipated -- even though the reopening will be on a much reduced scale because of budget cutbacks.

The needs of the Detroit Institute of Arts, if the museum is to continue to serve all the people of Michigan, extend far beyond the few days' reprieve won by a change in Federal manpower rules.

I will continue my personal efforts in Lansing to win State support for this unique institution. Indeed, it will require the efforts of all people of good will if we are to enjoy the full range of services that can be offered by the Institute.

Yours for a better Detroit,

COLEMAN A. YOUNG
Mayor



*file*

*Copy: M. Morgan*

DIRECTOR
JUL 29 1976
DET... INST. OF ARTS

*Inge said Boston ahead,
and a copy of this.*

| | |
|---|---|
| *Budget Department* | *Coleman A. Young, Mayor* |
| *1100 City-County Building* | *City of Detroit* |
| *Detroit, Michigan 48226* | |
| *(313) 224-3380* | July 22, 1976 |

Dr. Frederick J. Cummings, Director
Arts Department
5200 Woodward Avenue
Detroit, Michigan

Dear Dr. Cummings:

The Budget Department is substantially in agreement with your proposal for making payments to the Founders Society. We accepted this concept when we budgeted $400,000 for this purpose in the 1976-77 Budget. We also agree that the additional $386,007 you are requesting would be well spent according to the detailed Budget information you have submitted to this office. However, even after reviewing your July 2, 1976 letter to me, I cannot agree to using the "excess" $123,462 budgeted in your maintenance accounts. This money is required for major repairs which will only become more expensive if deferred.

It is our hope that the State of Michigan will continue to recognize its responsibilities and provide financial support for this regional cultural facility. As the State continues this support, we would continue to recognize the merits of efforts undertaken by the Founders Society. Each year, after the Administration approves a planned budget for the State's "pass-through" funds, provision must be made for reporting the activities supported by their expenditures. Obviously, the same conditions which apply to City funds, must govern these pass-through funds. Human Rights Department clearance and employee residence requirements would be prime examples of such conditions.

With respect to your current proposal, a letter to the City Council will be required since you are requesting a transfer of funds between appropriations. I will do my best to convince the City Council to adopt your proposal as long as it does not include a transfer from the maintenance accounts.

Sincerely,

Walter I. Stecher
Budget Director

WIS/EGR/b



COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE., SUITE 1126
DETROIT, MICHIGAN 48226
PHONE: 313•224•3400
FAX: 313•224•4128
WWW.DETROITMI.GOV

CITY OF DETROIT
MAYOR'S OFFICE

Dear Commissioners:

I write to thank you for your consideration of and support for preserving our region's internationally acclaimed Detroit Institute of Arts. I would greatly appreciate your vote to allow citizens in your counties to decide whether to support a sustainable business model for this jewel of our region.

As you know, the Macomb, Oakland and Wayne Counties and the City of Detroit have made significant progress in collaboration in recent years, recognizing that we have mutual interests in the vibrancy of our respective communities. Our fortunes are tied together, and our cooperative efforts have set a solid foundation for the future.

The creation of Art Authorities in your counties is the next step toward collective action to ensure economic, social and cultural vitality for our communities. This effort is particularly worthwhile, as the DIA attracts visitors and potential future residents from around the world to our region. The Wall Street Journal has described the DIA as "probably America's most visitor-friendly museum." It is recognized as one to the top six comprehensive fine-arts museums in the United States, with an encyclopedic collection that appeals to widely diverse interests. Approximately 400,000 people visit the DIA each year, many of whom reside in your jurisdictions. The museum provides tours and activities for more than 40,000 school children from all over Metropolitan Detroit.

The DIA is managed by the independent Detroit Institute of Arts, Inc. Its board of directors includes a number of prominent business leaders from your counties. The board uses sound business principles for stewardship of the collection and the facility. The recent DIA renovation employed state-of-the-art techniques to make the collection more accessible and the building more energy efficient. Moreover, the board recognized the challenging economy early and reduced staff, reformed labor contracts, and greatly reduced pension and health care costs.

Finally, I can assure you that the City of Detroit does not intend to sell the DIA art collection. Our operating agreement with the Detroit Institute of Arts expressly prohibits that, but even more important, we are committed to holding these works in trust for the public.

My wife Yvette and I are devoted to the DIA. We would greatly appreciate your continuing support for this world class regional institution.

Sincerely,

Dave Bing
Mayor