# Exhibit 6E

**6/4/2014 E-mail from G. Irwin to W. Arnault**
**6/4/2014 E-mail from W. Arnault to G. Irwin**

| | |
|---|---|
| **From:** | Geoffrey S Irwin <gsirwin@JonesDay.com> |
| **Sent:** | Wednesday, June 04, 2014 2:29 PM |
| **To:** | Arnault, Bill |
| **Cc:** | Hackney, Stephen C. |
| **Subject:** | Re: Remaining Syncora Interrogatories |

Thanks, Bill. In many instances we would have partial information (we did have the Christies report) but we'll acknowledge that the answers to these questions reside with DIA, not the City.

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

**From:** Arnault, Bill
**Sent:** Wednesday, June 4, 2014 2:52 PM
**To:** Geoffrey S Irwin
**Cc:** Hackney, Stephen C.
**Subject:** RE: Remaining Syncora Interrogatories

Geoff,

That's correct.  Per our discussion, except for the three art interrogatories you've identified below, you've agreed that the City will supplement its answers by stating that the City does not know the answer to the questions posed in the applicable interrogatories.

Thanks,
Bill

**William E. Arnault**
Kirkland & Ellis LLP
300 North LaSalle Street, Chicago, IL 60654
+1-312-862-3062 (Dir.) +1-312-862-2200 (Fax)
www.kirkland.com

**From:** Geoffrey S Irwin [mailto:gsirwin@JonesDay.com]
**Sent:** Wednesday, June 04, 2014 12:19 PM
**To:** Arnault, Bill
**Cc:** Hackney, Stephen C.
**Subject:** Fw: Remaining Syncora Interrogatories

Apologies, I should have also mentioned that I don't think we could respond more specifically to No. 10 than we already have (with reference to the supporting fixed asset schedule) so I wasn't planning to supplement that one either.  Please let em know if you disagree.  Geoff

Geoffrey S. Irwin
Partner
**JONES DAY® - One Firm Worldwide℠**
51 Louisiana Avenue, NW

1

13-53846-tjt    Doc 5436-10    Filed 06/18/14    Entered 06/18/14 17:13:39    Page 2 of 4

Washington, DC  20001-2113
Office +1.202.879.3768
gsirwin@jonesday.com

----- Forwarded by Geoffrey S Irwin/JonesDay on 06/04/2014 01:16 PM -----

| | |
|---|---|
| From: | Geoffrey S Irwin/JonesDay |
| To: | "Arnault, Bill" <warnault@kirkland.com>, |
| Cc: | stephen.hackney@kirkland.com |
| Date: | 06/04/2014 11:51 AM |
| Subject: | Remaining Syncora Interrogatories |

Bill:

Sorry I missed your call and thanks for your message.  I will provide you with supplemental responses to the "art interrogatories", specifically Nos. 1-11, with the following qualifications:

1.  You have agreed that the City's answer to No. 8 is acceptable and needs no further supplementation; and

2.  You have clarified that No. 9 is limited to communications with third parties outside the mediation process.

I'll turn to this shortly and will give you an ETA when I have one.

Thanks.  Geoff

Geoffrey S. Irwin
Partner
**JONES DAY® - One Firm Worldwide℠**
51 Louisiana Avenue, NW
Washington, DC  20001-2113
Office +1.202.879.3768
gsirwin@jonesday.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========




==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========


***********************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

2

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to [postmaster@kirkland.com](mailto:postmaster@kirkland.com), and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*