# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June 2014, I caused the *Notice of Motion for Costs Relating to Clawback of Debtor's Document Production* to be filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: New York, New York
June 18, 2014

>    */s/ Lawrence A. Larose*
> Lawrence A. Larose
> Samuel S. Kohn
> Robert A. Schwinger
> CHADBOURNE & PARKE LLP
> 30 Rockefeller Plaza
> New York, NY 10012
> Telephone: (212) 408-5100
> Fax: (212) 541-5369
> llarose@chadbourne.com
> skohn@chadbounrne.com
> rschwinger@chadbourne.com
>
> *Counsel for Assured Guaranty Municipal Corp.*