# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | : | |
|---|---|---|
| In re: | : | Chapter 9 |
| | : | |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| | : | |
| Debtor. | : | Hon. Steven W. Rhodes |
| | : | |

## ORDER GRANTING MOTION FOR COSTS RELATING TO CLAWBACK OF DEBTOR'S DOCUMENT PRODUCTION

This matter having come before the Court on the motion of Assured Guaranty Municipal Corp., formerly known as Financial Security Assurance Inc. ("Assured"), for costs relating to the clawback of the Debtor, the City of Detroit Michigan's (the "City") document production (the "Motion for Costs"), the Court, having reviewed the Motion for Costs, and having determined the legal and factual bases set forth in the Motion for Costs establish good cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion for Costs is GRANTED; and

2. The City shall, within thirty (30) days from the date of this order, pay $45,038.54 to Assured for the costs and expense set forth in the Motion for Costs.

**IT IS SO ORDERED**

_____
STEVEN W. RHODES
United States Bankruptcy Judge