# EXHIBIT 4

## Certificate of Service

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re | ) ) ) ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | ) ) ) | Case No.: 13-53846 |
| Debtor. | ) ) ) ) ) | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2014, I electronically filed the City's *Motion For Entry of a Protective Order Striking Syncora's Demand in Its Rule 30(b)(6) Deposition Notice for the Personal Financial Information of All City Retirees* with the Clerk of the Court which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this case.

Dated: June 18, 2014

/s/ Deborah Kovsky-Apap
Deborah Kovsky-Apap (P68258)