## SUMMARY OF ATTACHMENTS

Exhibit 1     Proposed Form of Order

Exhibit 2     Notice of Motion and Opportunity to Object

Exhibit 3     Brief in Support of Motion [Brief Not Required]

Exhibit 4     Certificate of Service [To Be Filed Separately]

Exhibit 5     Affidavits [Not Applicable]

Exhibit 6     Addendum to Proofs of Claim