# Exhibit 3

## Brief in Support of Motion [Brief Not Required]