EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

| | |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| | Case No. 13-53846-SWR |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | |

## PROOF OF SERVICE

CHERYL A. PITTS, hereby certifies that on June 19, 2014, she electronically filed Detroit Library Commission's Responses and Objections to International Union, UAW's Subpoena *Duces Tecum* and Subpoena *Ad Testificandum* with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Solidarity House | Peter D. Dechiara |
| 8000 East Jefferson Avenue | 330 W. 42nd Street |
| Detroit, MI 48214 | 25th Floor |
| nganatra@uaw.net | New York NY 10036 |
| | pdechiara@cwsny.com |
| Babette A. Ceccotti | |
| 330 West 42nd Street | Niraj R. Ganatra |
| 25th Floor | International Union, UAW |
| New York NY 10036 | 8000 E. Jefferson Ave. |
| bceccotti@cwsny.com | Detroit MI 48214-2699 |
| | nganatra@uaw.net |

                /s/ Cheryl A. Pitts
                CHERYL A. PITTS for
                Gold, Lange & Majoros, P.C.
                24901 Northwestern Highway #444
                Southfield, Michigan 48075
                (248) 350-8220

Dated: June 19, 2014
H:\GLM CLIENTS - CH 9\Detroit Public Library\cos UAW object to subpoena 061914.wpd