UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

**ORDER GRANTING *EX PARTE* MOTION FOR SHORTENED NOTICE AND EXPEDITED HEARING ON MOTION TO COMPEL FULL AND FAIR RESPONSES TO SYNCORA'S INTERROGATORIES**

This matter having come before the Court on the motion (the "*Ex Parte* Motion") of Syncora for the entry of an order shortening the notice period and scheduling an expedited hearing on the *Motion to Compel Full and Fair Responses to Syncora's Interrogatories* (the "Motion to Compel"), the Court having reviewed Syncora's *Ex Parte* Motion; and the Court having determined that the legal and factual bases set forth in the motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. Syncora's *Ex Parte* Motion is GRANTED as follows:

2. The hearing with respect to the Syncora's Motion to Compel shall be held on June 26, 2014, at 10:00 a.m. before the Hon. Steven Rhodes in Courtroom 100, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

3. Syncora is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the motion.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

.

**Signed on June 19, 2014**

                                                  **/s/ Steven Rhodes**
                                                  **Steven Rhodes**
                                                  **United States Bankruptcy Judge**