UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Chapter 9

**City of Detroit, Michigan,**                  Case No. 13-53846

        **Debtor.**                Hon. Steven W. Rhodes
_____/                    Hon. Gerald E. Rosen

### ORDER TO CERTAIN PARTIES TO APPEAR
### FOR CONTINUED MEDIATION ON DWSD MATTERS

    At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on  June 19, 2014

PRESENT:   Honorable Gerald E. Rosen
                    United States District Chief Judge

**TO:** The City of Detroit
U.S. Bank National Association, as Trustee, etc.
Assured Guaranty Municipal Corporation
Financial Guaranty Insurance Corporation
MBIA/National Public Finance Guarantee Corporation
Berkshire Hathaway Reinsurance Group
Black Rock Financial Management
Eaton Vance Management
Fidelity Management & Research Company
State of Michigan, Department of Treasury - Michigan Finance Authority

**IT IS HEREBY ORDERED** that the above-named noticed parties shall appear, with counsel, for continuing mediation on **Tuesday, June 24, 2014, at 10:00 a.m.** at the **NEW YORK OFFICE OF JONES DAY, 222 East 41st St., New York, NY 10017.**

All parties and counsel are reminded that all proceedings, discussions, negotiation, and writings incident to mediation are privileged and confidential, and are not to be disclosed to any third-parties.  *See* August 13, 2013 Mediation Order, Dkt. # 322.

                                            s/ Gerald E. Rosen
                                            Gerald E. Rosen, U.S. District Chief Judge,
                                            Judicial Mediator

Dated: June 19, 2014