UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
: 
In re : Chapter 9
: 
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
: 
                Debtor. : Hon. Steven W. Rhodes
: 
---------------------------------------------------------x

### ORDER (I) CONTINUING HEARING ON OBJECTIONS TO CERTAIN CLAIMS FILED BY MICHIGAN AFSCME COUNCIL 25 AND ITS AFFILIATED DETROIT LOCALS AND THE COALITION OF DETROIT UNIONS AND (II) MODIFYING RELATED BRIEFING SCHEDULE

This matter came before the Court on the Stipulation for an Order (I) Continuing Hearing on Objections to Certain Claims Filed by Michigan AFSCME Council 25 and Its Affiliated Detroit Locals and the Coalition of Detroit Unions and (II) Modifying Related Briefing Schedule (the "Stipulation"),[1] filed by the City of Detroit (the "City"), Michigan AFSCME Council 25 and Its Affiliated Detroit Locals ("AFSCME") and the Coalition of Detroit Unions (the "Coalition" and, collectively with the City and AFSCME, the "Parties"); the Court having reviewed the Stipulation; the Court finding that (a) the Court has jurisdiction over

---

[1] Capitalized terms not defined herein have the meanings given to them in the Stipulation.

this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. The Hearing on the Objections (Docket Nos. 4874 and 4876) hereby is continued to the hearing on claims objections scheduled for October 1, 2014, at 10:00 a.m., Eastern Time, before the Hon. Steven Rhodes in Courtroom 716, U.S. Theodore Levin Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

3. The Response Deadline hereby is be extended to September 1, 2014 with respect to AFSCME and the Coalition.

4. The City is authorized but not required to file a reply with respect to any response filed by AFSCME or the Coalition by no later than September 24, 2014 (the "Reply Deadline").

5. The relief granted herein is without prejudice to the right of the Parties to agree upon further modifications to the schedule regarding the Hearing on the Objections (and the related Response Deadline and Reply Deadline), subject to approval by the Court.

.

**Signed on June 19, 2014**

                                               /s/ Steven Rhodes
                                               Steven Rhodes
                                               United States Bankruptcy Judge