June 17, 2014

US Bankruptcy Court
Judge Rhodes
211 W. Fort
Suite 1700
Detroit, Michigan 48226

RE:  Objection to Blight Tour (Docket #5250)

**Case 13-53846**

I object to the blight tour suggested by Kevin Orr.  This is unfair to retirees.  Kevin Orr would have an unfair advantage pleading his case to Judge Rhodes outside the courtroom.

The retirees deserve the same opportunity to speak with Judge Rhodes outside the courtroom.

The retirees would like to meet with Judge Rhodes outside of the courtroom to voice their concerns with Kevin Orr's plan of adjustment.  Some people are not comfortable in a courtroom setting.

Respectfully,

*M. W. Baker*

Dorothy M. W. Baker
22406 Rio Vista Street
Saint Clair Shores, Michigan 48081
586-552-8397
bakerdmw@gmail.com