UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re                                          Chapter 9

CITY OF DETROIT, MICHIGAN,                     Case No. 13-53846

        Debtor.                        Hon. Steven W. Rhodes
_____/

## NOTICE OF WITHDRAWAL

NOW COMES John T. Gregg of the law firm of Barnes & Thornburg LLP and hereby withdraws his appearance for the 36th District Court for the State of Michigan in the above-captioned bankruptcy proceeding. This notice of withdrawal pertains solely to the appearance of John T. Gregg, and not to the law firm of Barnes & Thornburg LLP.

Dated: June 20, 2014                           Respectfully submitted,

                                        /s/ John T. Gregg
                                        John T. Gregg (P68464)
                                        BARNES & THORNBURG LLP
                                        171 Monroe Ave., NW, Ste. 1000
                                        Grand Rapids, MI 49503
                                        Telephone: (616) 742-3930