M. Natasha Labovitz
My Chi To
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Berkshire Hathaway Assurance Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 9 |
| | ) | |
| **CITY OF DETROIT, MICHIGAN,** | ) | Case No. 13-53846 |
| | ) | |
| **Debtor.** | ) | Hon. Steven W. Rhodes |

**BERKSHIRE HATHAWAY ASSURANCE CORPORATION'S NOTICE**
**OF WITHDRAWAL OF NOTICE OF ASSERTED RIGHT TO VOTE CLAIMS**

PLEASE TAKE NOTICE that Berkshire Hathaway Assurance Corporation hereby withdraws, with prejudice, its Notice of Asserted Right to Vote Claims filed on May 23, 2014 [Docket No. 5029].

*[rest of page intentionally left blank]*

Dated: New York, New York
June 20, 2014

                        Respectfully submitted,

                        */s/ My Chi To*
                        DEBEVOISE & PLIMPTON LLP

                        M. Natasha Labovitz
                        My Chi To
                        919 Third Avenue
                        New York, New York 10022
                        Telephone:  (212) 909-6000
                        Facsimile:   (212) 909-6836
                        nlabovitz@debevoise.com
                        mcto@debevoise.com

                        *Attorneys for Berkshire Hathaway Assurance Corporation*