# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Case No. 13-53846<br><br>In Proceedings Under<br>Chapter 9<br><br>Hon. Steven W. Rhodes |

## WAYNE COUNTY'S THIRD AMENDED WITNESS LIST IN CONNECTION WITH CONFIRMATION OF THE DEBTOR'S FOURTH AMENDED PLAN OF ADJUSTMENT

Wayne County, Michigan, a Michigan Constitutional corporation, a party-in-interest in this case, by and through its County Executive, Robert A. Ficano ("Wayne County"), states that it may call the following fact witnesses at the Confirmation Hearing:

| Number | Name | Topics: |
|---|---|---|
| 1. | Solon Phillips, Wayne County Deputy Chief of Staff to Wayne County Executive | • Plan Feasibility<br>• Debtor's Good Faith |
| 2. | Kenneth Kucel, Deputy Director, Public Services | • Plan Feasibility<br>• DWSD Operations and Capital Needs |
| 3. | Mark Abbo, Wayne County CFO | • Plan Feasibility<br>• DWSD Economics |
| 4. | Kelly Cave, Chief Engineer, Wayne County Department of Environment | • DWSD Capital Needs<br>• Feasibility of continuation of DWSD in present form. |
| 5. | Elmeka Steele, Director, Wayne County Facilities Management, Department of Public Service, Environmental Services | • Plan Feasibility<br>• DWSD Operations and Capital Needs |
| 6. | Sue F. McCormick, Director DWSD | • Plan Feasibility<br>• DWSD Operations<br>• DWSD Capital Needs |

1

|     |                                                                                              |                                                                                                                                                             |
| --- | -------------------------------------------------------------------------------------------- | ----------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     |                                                                                              | - DWSD History<br>- Viability of DWSD as currently operating                                                                                                |
| 7.  | Nicolette Bateson, CFO, DWSD                                                                 | - Plan Feasibility<br>- DWSD Operations<br>- DWSD Capital Needs<br>- DWSD History<br>- Viability of DWSD as currently operating                             |
| 8.  | Bart Foster, rate consultant to DWSD                                                         | - Plan feasibility<br>- Effect of Plan on DWSD rates<br>- Effect of DWSD rates on poverty in City of Detroit                                                |
| 9.  | Vyto Kaunelis, OHM Advisors, advisor to City with respect to DWSD capital improvements       | - Plan feasibility<br>- DWSD capital improvement needs                                                                                                      |
| 10. | James Fausone – Chairperson, DWSD Board of Water Commissioners                               | - Plan feasibility                                                                                                                                          |
| 11. | Any witness listed on any other witness list filed                                           |                                                                                                                                                             |
| 12. | Any rebuttal witnesses                                                                       |                                                                                                                                                             |
| 13. | Any witness necessary to authenticate any documents.                                         |                                                                                                                                                             |

Wayne County reserves the right to supplement the testimony topics associated with any witness and to amend its witness list as may be necessary.

Respectfully Submitted,

BUTZEL LONG, a professional Corporation

    /s/ Max J. Newman
By: Max J. Newman (P51483)
By: Beth Gotthelf (P38951)
Attorneys for Wayne County
Stoneridge West
41000 Woodward Ave
Bloomfield Hills, MI 48304
(248) 258-2907
newman@butzel.com

Dated: June 20, 2014