UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9
                                                          Case No. 13-53846
City of Detroit, Michigan,                                Hon. Steven W. Rhodes
        Debtor.
_____/

### Notice Regarding Time Change of Hearings on June 26, 2014

Notice is hereby given that the hearings scheduled for June 26, 2014 shall begin at 9:00 a.m. instead of 10:00 a.m. as originally noticed.

The hearings shall be held in Courtroom 100, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

Signed on June 20, 2014

                                    _____/s/ Steven Rhodes_____
                                          Steven Rhodes
                                          United States Bankruptcy Judge