In re City of Detroit Michigan

CASE NO. : 13-53846 SWR

*Debtor*

# AFFIDAVIT OF SERVICE

State of Michigan }
County of Oakland } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the State of Michigan

That on **6/11/2014** at **2:20 PM** at **5201 Woodward Ave, Detroit, MI 48202**

deponent served a(n) **Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding)**

on **Detroit Library Commission, Detroit Public Library**,

by delivering thereat a true copy to **Yvette Rice** personally,

deponent knew said corporation so served to be the corporation witness and knew said individual to be **Authorized Agent** thereof.

Description of Person Served:
Gender: Female
Skin: Black
Hair: Black
Age: 51 - 65 Yrs.
Height: 5' 4" - 5' 8"
Weight: 161-200 Lbs.
Other:

At the time of said service, deponent paid (tendered) in advance **$47.00** the authorized traveling expenses and one day's witness fee.

Sworn to before me this
1r̄ day of June, 2014

.........................................
NOTARY PUBLIC
BONNIE PHILLIPPI
NOTARY PUBLIC – STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission expires September 16, 2020
Acting in the County of Oakland

C.J. Ott

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279