# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | )  |
|---|---|
| In re | ) Chapter 9 |
| | ) |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| | ) |
| Debtor. | ) Hon. Steven W. Rhodes |
| | ) |
| | ) |

## EEPK'S AMENDED LIST OF FACT WITNESSES

Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., Hypothekenbank Frankfurt AG, and Hypothekenbank Frankfurt International S.A. (collectively "<u>EEPK</u>"), by their undersigned attorneys, and in compliance with this Court's *Fifth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment* [Docket No. 5259], submit this amended list of fact witnesses and identifies the subject(s) that each witness will address at the hearing on the City's plan confirmation hearing.

1. EEPK identifies the following individual, exclusive of any individual that may be offered for rebuttal purposes, as a fact witness that may testify at the plan confirmatoin hearing:

| Name/Title | Topics |
|---|---|
| Simon Bowmer<br>Director Head of Structured Credit Legacy<br>Credit Portfolio Management | Mr. Bowmer may be called to testify regarding the 2005 and 2006 COPs transactions, and the amount of COPs held by EEPK. |
| Sonya Mays<br>Senior Advisor to the Emergency Manager | Ms. Mays may be called to testify regarding the role of Conway MacKenzie in developing the restructuring and reinvestment initiatives. |

1

| Name/Title | Topics |
|---|---|
| Shani Penn<br>Chief of Staff, Office of the Emergency Manager | Ms. Penn may be called to testify regarding the role of Conway MacKenzie in developing the restructuring and reinvestment initiatives. |

2. Discovery is ongoing. Accordingly, EEPK reserves the right to add additional fact witnesses as discovery progresses.

3. EEPK reserves the right to call, as part of its case, any person listed on the witness list(s) filed by City or any creditor or party in interest, any person called by the City or any creditor or party in interest to testify at the plan confirmation hearing, and any other person for purposes of impeachment, as rebuttal to any testimony or evidence presented by the City, or and/or to lay foundation for any other witness' testimony or exhibits.

4. EEPK reserves the right to supplement the testimony topics associated with each witnesss listed above and to amend its witness list as may be necessary.

2
DMEAST#19151533v.1
13-53846-tjt   Doc 5480   Filed 06/20/14   Entered 06/20/14 15:40:45   Page 2 of 4

Dated:  June 20, 2014.	Respectfully submitted,

*/s/ Matthew G. Summers*
Matthew G. Summers, Esquire
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Tel:  (302) 252-4428
Fax:  (302) 252-4466
E-mail: summersm@ballardspahr.com

Vincent J. Marriott, III, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Tel:  (215) 864-8236
Fax: (215) 864-9762
E-mail: marriott@ballardspahr.com

-and-

Howard S. Sher, Esquire (P38337)
Jacob & Weingarten, P.C.
Somerset Place
2301 W. Big Beaver Road, Suite 777
Troy, Michigan 48084
Tel:  (248) 649-1200
Fax:  (248) 649-2920
E-mail:  howard@jacobweingarten.com

*Attorneys for Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A.*

3

## **CERTIFICATE OF SERVICE**

       I, Matthew G. Summers, state that on June 20, 2014, I filed a copy of the foregoing EEPK's Amended List of Fact Witnesses with the Clerk of Court using the Court's ECF system and I hereby certify that the Court's ECF system has served all registered users that have appeared in the above-captioned case. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

                                     */s/ Matthew G. Summers*
                                       Matthew G. Summers
                                       E-mail: summersm@ballardspahr.com