UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

---

In re

CITY OF DETROIT, MICHIGAN

Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

---

## OAKLAND COUNTY'S THIRD AMENDED LIST OF FACT WITNESSES

The County of Oakland, Michigan ("Oakland County") through its counsel, identifies the following witnesses and the subjects that each witness will address:

| No. | Name/Title | Testimony Topics |
|-----|-----------|------------------|
| 1 | Syed Ali, P.E. – Manager, DWSD | • Plan feasibility<br>• The City's ability to provide adequate levels of municipal services |
| 2 | Nicole Bateson – CFO, DWSD | • Plan feasibility<br>• The City's ability to provide adequate levels of municipal services |

| 3 | Robert Daddow – Deputy County Executive, Oakland County | <ul><li>Plan feasibility</li><li>The City's ability to provide adequate levels of municipal services</li><li>Plan not proposed in good faith</li></ul> |
|---|---|---|
| 4 | Bart Foster – President, The Foster Group, LLC | <ul><li>Plan feasibility</li><li>The City's ability to provide adequate levels of municipal services</li></ul> |
| 5 | Vyto Kaunelis – Principal, OHM Engineering Advisors | <ul><li>Plan feasibility</li><li>The City's ability to provide adequate levels of municipal services</li></ul> |
| 6 | Sid Lockhart – Assistant Chief Engineer, Oakland County | <ul><li>The City's ability to provide adequate levels of municipal services</li></ul> |
| 7 | Cheryl Porter – Assistant Director, Water Supply Operations Group, DWSD | <ul><li>Plan feasibility</li><li>The City's ability to provide adequate levels of municipal services</li></ul> |
| 8 | Biren Saparia – DWSD Staff | <ul><li>The City's ability to provide adequate levels of municipal services</li></ul> |
| 9 | Any witnesses necessary for rebuttal | |

| 10 | Any witnesses listed by another party | |
|----|----------------------------------------|---|

Oakland County reserves the right to supplement the testimony topics associated with each witness and to amend its witness list as may be necessary; such reservation is necessitated in large measure by the failure at this late date to have received documents requested and ordered to be provided.

RESPECTFULLY SUBMITTED,

**CARSON FISCHER, P.L.C.**

**By:** */s/ Joseph M. Fischer*
Joseph M. Fischer (P13452)
Robert A. Weisberg (P26698)
Christopher Grosman (P58693)
4111 Andover Road, West – Second Floor
Bloomfield, Michigan 48302-1924
Telephone: (248) 644-4840
Facsimile: (248) 644-1832
Email: JFischer@CarsonFischer.com
RWweisberg@CarsonFischer.com
CGrosman@CarsonFischer.com

*Counsel for Oakland County, Michigan*

**YOUNG & ASSOCIATES**

By: /s/ Sara K. MacWilliams
Sara K. MacWilliams (P67805)
Jaye Quadrozzi (P71646)
27725 Stansbury Blvd., Suite 125
Farmington Hills, MI 48334
Telephone: (248) 353-8620
Email: efiling@youngpc.com
       macwilliams@youngpc.com
       quadrozzi@youngpc.com

*Co-counsel for Oakland County, Michigan*

Date: June 20, 2014

# CERTIFICATE OF SERVICE

I certify that on June 20, 2014 I electronically filed Oakland County's Third Amended List of Fact Witnesses with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

YOUNG & ASSOCIATES

  /s/ Sara K. MacWilliams
27725 Stansbury Boulevard, Suite 125
Farmington Hills, Michigan 48334
248.353.8620
efiling@youngpc.com
P67805