# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
------------------------------------------------------x

## CITY'S THIRD AMENDED LIST OF FACT WITNESSES RELATED TO THE PROPOSED PLAN FOR THE ADJUSTMENT OF DEBTS

The City of Detroit, Michigan (the "City"), as the debtor in the above captioned case, files the City's Third Amended List of Fact Witnesses Related to the Proposed Plan for the Adjustment of Debts, as required by the Fifth Amended Order Establishing Procedures, Deadlines, and Hearing Dates Relating to the Debtor's Plan of Adjustment (Docket No. 5259) (the "Fifth Amended Scheduling Order"). The below fact witness list supersedes and replaces all previously identified fact witnesses by the City.

1. The City identifies the following individuals, exclusive of those to be offered for rebuttal purposes, as fact witnesses that it may call at the hearing on the proposed plan for the adjustment of the City's debts (the "Plan"):

| No. | NAME / TITLE |
|---|---|
| 1. | Kevyn D. Orr, Emergency Manager for the City |
| 2. | Kenneth A. Buckfire, CEO and Managing Director of Miller Buckfire & Co. LLC, financial advisors to the City |
| 3. | Charles M. Moore, Senior Managing Director at Conway MacKenzie, Inc., operational restructuring advisors to the City |
| 4. | Gaurav Malhotra, Principal of Ernst & Young LLP, financial restructuring advisors to the City |
| 5. | Robert Cline, Director of State-Local Tax Policy Economics at Ernst & Young LLP, financial restructuring advisors to the City |
| 6. | Caroline Sallee, Manager at Quantitative Economics and Statistics within Ernst & Young LLP, financial restructuring advisors to the City |
| 7. | Glenn D. Bowen, Principal and Consulting Actuary at Milliman, Inc., Actuarial advisors to the City |
| 8. | Suzanne Taranto, Principal and Consulting Actuary at Milliman, Inc., Actuarial advisors to the City |
| 9. | Michael E. Duggan, Mayor of the City |
| 10. | Brenda Jones, City Council President and At-Large City Council Member |
| 11. | John Hill, Chief Financial Officer for the City |
| 12. | Beth Niblock, Chief Information Officer for the City |
| 13. | James E. Craig, Detroit Police Chief |
| 14. | Edsel Jenkins, Detroit Executive Fire Commissioner |
| 15. | Sue F. McCormick, Director, Detroit Water and Sewerage Department |
| 16. | Vanessa Fusco, Associate Vice President and Museum Services Account Manager at Christie's |
| 17. | Annemarie Erickson, Executive Vice President and Chief Operating |

| No. | NAME / TITLE |
|---|---|
| | Officer of the Detroit Institute of Arts |
| 18. | Marc Schwartz, Member, Board of Directors of the Detroit Institute of Arts |
| 19. | Roger S. Penske, Founder and Chairman of Penske Corporation |
| 20. | Daniel Gilbert, Chairman and Founder of Rock Ventures, LLC and Quicken Loans, Inc. |
| 21. | Rip Rapson, President and CEO of Kresge Foundation |

2. The City reserves the right to further amend its list of fact witnesses as may be necessary to address: (i) any modifications or refinements to the Plan, or (ii) any objections to the Plan. The City will make any such additional witnesses available for deposition at a convenient time prior to the confirmation hearing.

3. The City reserves the right to identify any of the above fact witnesses as an expert witness on July 8, 2014, in accordance with the Fifth Amended Scheduling Order.

4. The City reserves the right to call as a witness during the confirmation hearing any fact witness identified by parties objecting to the Plan.

Dated: June 20, 2014          Respectfully submitted,

 /s/ David G. Heiman
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

Thomas F. Cullen, Jr. (DC 224733)
Gregory M. Shumaker (DC 416537)
Geoffrey S. Stewart (DC 287979)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap (P68258)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI  48075
Telephone: (248) 359-7300
Facsimile: (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

ATTORNEYS FOR THE CITY OF DETROIT

# **CERTIFICATE OF SERVICE**

      I, David G. Heiman, hereby certify that the foregoing City's Third Amended List of Fact Witnesses Related to the Proposed Plan for the Adjustment of Debts was filed and served via the Court's electronic case filing and noticing system on this 20th day of June, 2014.

                                              /s/ David G. Heiman