UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
(DETROIT)

In re: )
)
CITY OF DETROIT, MICHIGAN, ) CASE NO.: 13-53846
)
) CHAPTER 9
Debtor. )
) Hon. Steven W. Rhodes
)

_____

**THE DWSD BOND TRUSTEE'S AMENDED LIST OF FACT WITNESSES
RELATED TO THE HEARING ON THE CITY'S FOURTH AMENDED PLAN
FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**
_____

U.S. Bank National Association, in its capacity as Trustee (the "DWSD Bond Trustee") for the outstanding water and sewer bonds (the "DWSD Bonds") issued by the City of Detroit (the "City"), hereby identifies, in compliance with the *Fifth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment* (Dkt. No. 5259), the following fact witnesses it may call at the hearing on the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit* (Dkt. No. 4392), as the same may be amended from time to time (the "Plan"):[1]

1. Lawrence J. Bell, Vice President, U.S. Bank. Mr. Bell is the primary account administrator for U.S. Bank in its capacity as the DWSD Bond Trustee for the DWSD Bonds issued by the City. Mr. Bell may appear to offer testimony regarding the DWSD Bonds and related DWSD bond documents (the "DWSD Bond Documents"), the Trustee's powers and duties under the terms of the DWSD Bonds Documents, including the Trustee's fees and

---

[1] The witnesses listed here are unchanged from those listed on the DWSD Bond Trustee's original witness list (Dkt. No. 4646); this amendment was filed to assure compliance with the *Fifth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment*.

expenses for performing same, the City's obligations under the DWSD Bond Documents, the application of the water and sewer systems' revenues under the DWSD Bond Documents, the payments on, and the outstanding balances of, the DWSD Bonds, the potential impact of the proposed Plan on the DWSD Bonds, and the general administration of the trusts created under the DWSD Bond Documents.

    2.      Any witnesses necessary for rebuttal.

    3.      Any witnesses listed by another party.

    4.      Any 30(b)(6) witnesses designated by another party for depositions.

The DWSD Bond Trustee reserves the right to supplement the testimony topics associated with each witness and to amend the witness list, as may be necessary.

Date: June 20, 2014.

*/s/ David E. Lemke*
David E. Lemke (TN13586)
Paul S. Davidson (TN11789)
Heather J. Hubbard (TN23699)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Phone: (615) 244-6380
Fax: (615) 244-6804
David.lemke@wallerlaw.com
Paul.davidson@wallerlaw.com
Heather.hubbard@wallerlaw.com
– and –
Robert J. Diehl, Jr. (MI31264)
Jaimee L. Witten (P70068)
BODMAN PLC
1901 St. Antoine Street, 6th Floor
Detroit, Michigan 48226
Phone: (313) 393-7597
Fax: (313) 393-7579
rdiehl@bodmanlaw.com
jwitten@bodmanlaw.com

*Attorneys for U.S. Bank National Association, as DWSD Bond Trustee*

11959920

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Amended Witness List was filed and served by the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter this the 19th day of June, 2014.

        */s/ David E. Lemke*
        David E. Lemke (TN13586)
        Paul S. Davidson (TN11789)
        Heather J. Hubbard (TN23699)
        WALLER LANSDEN DORTCH & DAVIS LLP
        511 Union Street, Suite 2700
        Nashville, Tennessee 37219
        Phone: (615) 244-6380
        Fax: (615) 244-6804
        David.lemke@wallerlaw.com
        Paul.davidson@wallerlaw.com
        Heather.hubbard@wallerlaw.com

11959920

3

13-53846-tjt    Doc 5492    Filed 06/20/14    Entered 06/20/14 17:01:45    Page 3 of 3