UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |
| | ) | |

**ORDER GRANTING *EX PARTE* MOTION FOR SHORTENED NOTICE AND EXPEDITED HEARING REGARDING THE MOTION OF THE GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT TO DESIGNATE AND DETERMINE ADDITIONAL LEGAL ISSUE REGARDING METHODOLOGY FOR ASF RECOUPMENT FROM RETIREES**

This matter comes before the Court on the *Ex Parte* Motion (the "Motion") for Shortened Notice and Expedited Hearing Regarding the Motion of the General Retirement System of the City of Detroit to Designate and Determine Additional Legal Issue Regarding Methodology for ASF Recoupment from Retirees (the "ASF Recoupment Methodology Motion"); the Court having reviewed and considered the Motion and finding that good cause exists for granting the relief in this order;

IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. A hearing on the ASF Recoupment Methodology Motion will be conducted on June 26, 2014 at 9:00 a.m., in Courtroom 100, United States District Court, 231 W. Lafayette, Detroit, Michigan 48226.

3. Any responses to the ASF Recoupment Methodology Motion must be made in writing and filed with the Court and served on counsel for the General Retirement System and counsel for the City on or before June 24, 2014.

.

**Signed on June 20, 2014**

                **/s/ Steven Rhodes**
                **Steven Rhodes**
                **United States Bankruptcy Judge**