# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

                Debtor.

_____/

          Chapter 9

          Case No: 13-53846

          Hon. Steven. W. Rhodes

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 20, 2014, I caused *National Public Finance Guarantee Corporation's First Amended Fact Witness List Related to the Proposed Plan of Adjustment* to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants in this bankruptcy case.

Respectfully Submitted,

**JAFFE RAITT HEUER & WEISS, P.C.**

By:   /s/ Paul R. Hage

Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214
Telephone: (248) 351-3000
phage@jaffelaw.com

*Counsel for National Public Finance Guarantee Corp.*

Dated: June 20, 2014.