UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: | Chapter 9 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## THE DETROIT INSTITUTE OF ARTS' FACT WITNESS LIST

The Detroit Institute of Arts ("**DIA Corp.**") submits its list of fact witnesses under the Court's Fifth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment [Docket No. 5259] it might call during the confirmation hearings on the Debtor's Plan of Adjustment. The DIA Corp. reserves all of its rights, including the right to name additional rebuttal witnesses, to call any person listed by other parties, to name additional witnesses to address modifications or refinements to the Plan or objections, and to call such witnesses needed for purposes of authentication.

1. Graham Beal: DIA Settlement and Museum Issues
2. Annmarie Erickson: DIA Settlement and Museum Issues
3. Marc Schwartz: DIA Settlement and Museum Issues
4. Susan T. Mosey: DIA Settlement and Museum Issues

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

By: /s/Arthur T. O'Reilly
Arthur T. O'Reilly (P70406)
Scott B. Kitei (P78064)
Daniel N. Adams (P72328)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7628
Facsimile: (313) 465-7629
Email: aoreilly@honigman.com

June 20, 2014   and

CRAVATH, SWAINE & MOORE LLP
Richard Levin
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Attorneys for The Detroit Institute of Arts

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the ECF system, and will send notification of such filing to all ECF participants registered in this matter.

                                        HONIGMAN MILLER SCHWARTZ AND COHN LLP

By: /s/Arthur T. O'Reilly
Arthur T. O'Reilly (P70406)
Scott B. Kitei (P78064)
Daniel N. Adams (P72328)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7628
Facsimile: (313) 465-7629
Email: aoreilly@honigman.com

June 20, 2014                  and

CRAVATH, SWAINE & MOORE LLP
Richard Levin
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Attorneys for The Detroit Institute of Arts