# EXHIBIT 2

L 47893 - P 875

## STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CITY OF DETROIT, a Michigan
Municipal Corporation,

        Plaintiff,        C. A. No. 00-001737-CC

                         Hon. Isidore B. Torres

vs.

JONATHAN SOBELOFF, Trustee under the    Parcel 123
   will of Benjamin Rich, deceased; EDITH
   WOODBERRY; and JAMES FULLER, and
   wife, if any;

        Defendants.

| JAMES C. COBB, JR., P.C. | EDITH WOODBERRY |
|---|---|
| JAMES C. COBB, JR., (P23139) | Defendant in Propia Persona |
| Attorney for Plaintiff | 445 E. Fisher Freeway |
| 615 Griswold, Suite 1415 | Detroit, Michigan 48201 |
| Detroit, Michigan 48226 | (313) 963-8677 |
| (313) 961-3433 | |

ORLANDO AVANT (P56341)
ORLANDO AVANT & ASSOCIATES
Attorney for Defendant Fuller
24361 Greenfield, Suite 206
Southfield, Michigan 48075
(248) 552-0757

## ACKNOWLEDGMENT OF RECEIPT OF

## CASH PAYMENT OF ESTIMATED JUST COMPENSATION



EXHIBIT 2

13-53846-tjt   Doc 5505-2   Filed 06/20/14   Entered 06/20/14 20:05:21   Page 2 of 3

L 47893 - P 876

I, EDITH WOODBERRY, hereby acknowledge receipt of the sum of EIGHTY SEVEN THOUSAND, TWO HUNDRED AND NINETY FOUR AND 72/100 ($87,294.72) DOLLARS in cash paid to me by the City of Detroit in the courtroom of Judge Michael F. Sapala, 1701 Coleman A. Young Municipal Center, Detroit, Michigan, on August 14, 2003.

I further acknowledge that the above sum is being paid to me by the City of Detroit in cash upon order of the Court as payment in full of my share of the estimated just compensation (as amended) for the Plaintiff, City of Detroit's taking of the subject property in this case, above-captioned.

*Edith Woodberry*
EDITH WOODBERRY

Dated: August 14, 2003