# EXHIBIT 3

CITY OF DETROIT, a Municipal Corporation,

    Plaintiff

-vs-

EDITH WOODBERRY, et al

    Defendant

_____/

Case No. 05-522129-CC

Bernard J. Youngblood
Wayne County Register of Deeds
March 15, 2012 09:16 AM
Inst:2012060777   LP   Pages:1
Liber:49638   Page:1083

## LIS PENDENS

Notice is hereby given that City of Detroit CONDEMNATION proceedings are pending in the Wayne County Circuit Court, **Case No. 05-522129-CC. The City of Detroit, using its POWER of EMMINET DOMAIN** filed the CONDEMNATION COMPLAINT at bar, to "take" Defendant Edith Woodberry's fee simple ownership interest in an 18 unit apartment building located at 2457 Beaubien Street (aka 445 Fisher Freeway Drive, Detroit Michigan, 48201. The property's best use fair market value is two million dollars ($2,000,000.00). The Wayne County Circuit Court lacked in personam jurisdiction over defendant Edith Woodberry at the commencement of said Condemnation proceedings and hereto-thereafter. The City of Detroit has not paid Defendant Edith Woodberry just Compensation to date. The Legal description of Subject Property (Parcel 123) is as follows:

    **CITY of DETROIT**
    Lots 10 and 11, except the west of 6 feet for ally,
    Crane and Wesson's Plat, according to the recorded
    Plat thereof, as recorded in Liber 37 of Deeds, Page
    488, Wayne County Records. Parcel 123

    Property ID No: 01003770-1

    Commonly known as 2457 Beaubien Street

FILED March 14, 2012

                                                    _Edith Woodberry_
                                                    Edith Woodberry

Subscribed and sworn to before me
on this 14 day of March, 2012.

_____
Notary Public – Acting in Wayne County

My commission on: 10/15/2012

Drafted by Edith Woodberry
Please return to Edith Woodberry, 803 Gladstone, Detroit MI 48202.
Refer any phone inquiries to Edith Woodberry, Telephone: 313.963.8677