UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN<br><br>Debtor | Case No. 13-53846<br><br>Chapter 9<br><br>Hon. Steven W. Rhodes |

### *EX PARTE* ORDER AUTHORIZING THE MACOMB INTERCEPTOR DRAIN DRAINAGE DISTRICT TO FILE A REPLY BRIEF IN EXCESS OF PAGE LIMIT

This matter coming before the Court on the *Ex Parte Motion of the Macomb Interceptor Drain Drainage District to File a Reply Brief in Excess of Page Limit* (the "Motion")[1] and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. MIDDD is authorized to file its *Reply to Objections to Motion for Temporary Allowance of Claim of the Macomb Interceptor Drain Drainage District Pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure for Purposes of Accepting or Rejecting the Debtor's Fourth Amended Plan of Adjustment* in excess of the applicable page limitation.

**Signed on June 23, 2014**

                                                  /s/ Steven Rhodes
                                                **Steven Rhodes**
                                                **United States Bankruptcy Judge**

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.