Form nstatusBK

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

**NOTICE OF STATUS CONFERENCE RE: [5155] Motion for Temporary Allowance of Claim and [5354] Motion for Class Certification of Proof of Claims**

**PLEASE TAKE NOTICE** that a Status Conference regarding [5155] Motion for Temporary Allowance of Claim of Macomb Interceptor Drain Drainage District and [5354] Corrected Motion for Class Certification of Proof of Claims ##2638, 2651, 2654, 2659, 2676, 2683, 2689 and 2692 , will be held on the above−entitled bankruptcy case at:

Location: **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226**

Date: **6/25/14**

Time: **10:00 AM**

Dated: 6/23/14

                                                            BY THE COURT

                                                            Katherine B. Gullo
                                                            Clerk, U.S. Bankruptcy Court

                                                             BY: christine sikula
                                                             Deputy Clerk