UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -- DETROIT

In re:

City of Detroit, Detroit

                   **Debtor(s)**  /

Case No.13-53846
Chapter 9
Judge: STEVEN W. RHODES

## APPEARANCE OF COUNSEL

TO:    The Clerk of the Court and all parties of record.

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as counsel for _____ Hyde Park Cooperative and Plymouth Square Ltd. Housing Association

(creditors)_____ .

Date:_ June 23, 2014_

                                   By: /s/ Mark K. Wasvary
                                   MARK K. WASVARY P51575
                                   Becker & Wasvary, P.L.L.C.
                                   2401 W. Big Beaver Rd., Suite 100
                                   Troy, MI 48084
                                   (248) 649-5667
                                   mark@wasvarylaw.com