# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN ) | |
| ) | Chapter 9 |
| Debtor ) | |
| ) | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 20, 2014, the Macomb Interceptor Drain Drainage District filed (a) Ex Parte Motion of the Macomb Interceptor Drain Drainage District for an Order Authorizing it to File a Reply Brief in Excess of Page Limit [Dkt. No. 5497] and (b) Reply to Objections to Motion for Temporary Allowance of Claim of the Macomb Interceptor Drain Drainage District Pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure for Purposes of Accepting or Rejecting the Debtor's Fourth Amended Plan of Adjustment [Dkt. No. 5498] with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: June 23, 2014

                                  DECHERT LLP

                                  By: /s/ *Allan S. Brilliant*
                                  Allan S. Brilliant
                                  Stephen M. Wolpert
                                  1095 Avenue of the Americas
                                  New York, NY 10016
                                  Telephone: (212) 698-3500
                                  Facsimile: (212) 698-3599
                                  allan.brilliant@dechert.com
                                  stephen.wolpert@dechert.com

                                  *Attorneys for Macomb Interceptor*
                                  *Drain Drainage District*