IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------X
                                                :      CHAPTER 9

IN RE                                       :

                                                :      CASE NO. 13-53846

CITY OF DETROIT, MICHIGAN,      :

                                                :      HON. STEVEN W. RHODES

                       DEBTOR       :
---------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2014, I electronically filed the following documents (collectively the "<u>Reply Briefs</u>") with the Clerk of the Court which sends notice by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case. The City has engaged a Noticing Agent, which will serve the Reply Briefs and file a subsequent Proof of Service after it has performed the service.

- Reply to Response to Objection to Claim Number 458 [Dkt. No. 5503]

- Reply to Response to Objection to Claim Number 3236 [Dkt. No. 5504]

- Reply to Response to Objection to Claim Numbers 3278, 3271, 3006, 2905, 2902, 2889, 2888, 2883, 2880, and 2846 [Dkt. No. 5505]

Dated: June 23, 2014

                                                             FOLEY & LARDNER LLP

                                                             By: */s/ Tamar N. Dolcourt*
                                                             John A. Simon (P61866)
                                                             Tamar N. Dolcourt (P73425)
                                                             500 Woodward Ave., Ste. 2700
                                                             Detroit, MI 48226

313.234.7100
jsimon@foley.com
tdolcourt@foley.com
*Counsel for the Debtor, City of Detroit, Michigan*