UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

2014 JUN 23 P 12:03

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Jerry Franks
3946 Chalmers
Detroit, MI 48215
(313) 815-2491

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

## OBJECTION TO THE FOURTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

I was denied my individual Police & Fire Retirement System Claim Calculations that was prepared by the actuarial firm Milliman Inc. Without this information, I am unable to make an inform decision to accept or reject the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit.

Jerry Franks
June 23, 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

FILED

IN RE:

2014 JUN 23 P 12:03

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

CASE NO: 13-53846
CHAPTER: 9

Debtor.
City of Detroit, Michigan

## CERTIFICATE OF SERVICE

I hereby certify that on 06/23/14 (date of mailing), I served copies as follows:

1. Document(s) served: Objection to the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit.

2. Served upon [name and address of each person served]:

   Tamar Dolcourt
   500 Woodward Ave.
   Suite 2700
   Detroit, MI 48226

3. By First Class Mail.

Dated: June 23, 2014

(Signature) Jerry Franks

Print Name: Jerry Franks