B257 (Form 257 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/13)

# UNITED STATES BANKRUPTCY COURT

__Eastern__ District of __Michigan Southern Division__

In re __City of Detroit, Michigan__
Debtor

(Complete if issued in an adversary proceeding)

Case No. __13-53846__

Chapter __9__

_____
Plaintiff
v.
_____
Defendant

Adv. Proc. No. _____

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: __Glenn D. Bowen, 1550 Liberty Ridge Drive, Suite 200, Wayne, PA 19087-5572__
(Name of person to whom the subpoena is directed)

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: __Jerry Q. Franks individual Police & Fire Retirement System Claim Calculations Prepared by Milliman, Inc.__

| PLACE By mail | DATE AND TIME |
|---|---|
| Jerry Q. Franks 3946 Chalmers Detroit, MI 48215 | July 2, 2014 |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: __6/23/2014__

CLERK OF COURT

__/s/ Sonja L. Clerk__                              OR       _____
Signature of Clerk or Deputy Clerk                         Attorney's signature

The name, address, email address, and telephone number of the attorney representing *(name of party)* _____ , who issues or requests this subpoena, are:
_____

FILED 2014 JUN 23 PM 3:07

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for (name of individual and title, if any): Glenn D. Bowen
on (date) 06/23/14.

☒ I served the subpoena by delivering a copy to the named person as follows: Glenn D. Bowen, 1550 Liberty Ridge Drive, Suite 200, Wayne, PA 19087-5572
on (date) 06/23/14 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true and correct.

Date: 06/23/14

*Jerry Franks*
Server's signature

Jerry Franks
Printed name and title

3946 Chalmers, Detroit, MI 48215
Server's address

Additional information concerning attempted service, etc.:

FILED
2014 JUN 23 P 12:12
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT