B257 (Form 257 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/13)

# UNITED STATES BANKRUPTCY COURT

_Eastern_ District of _Michigan Southern Division_

In re _City of Detroit, Michigan_
Debtor

Case No. _13-53846_

Chapter _9_

(Complete if issued in an adversary proceeding)

_____
Plaintiff
v.
_____
Defendant

Adv. Proc. No. _____

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: _Kevyn D. Orr, 2 Woodward Avenue, Suite 1126, Detroit, MI 48226_
(Name of person to whom the subpoena is directed)

☒ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: _Jerry Q. Franks individual Police & Fire Retirement System Claim Calculations Prepared by Milliman, Inc_

| PLACE _By mail_ Jerry Q. Franks 3946 Chalmers Detroit, MI 48215 | DATE AND TIME _July 2, 2014_ |
|---|---|

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _6/23/2014_

CLERK OF COURT

_/s/ signature_     OR     _____
Signature of Clerk or Deputy Clerk        Attorney's signature

The name, address, email address, and telephone number of the attorney representing (name of party) _____, who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: Kevyn D. Orr
on *(date)* 06/23/14.

☒ I served the subpoena by delivering a copy to the named person as follows: Kevyn D. Orr, 2 Woodward Avenue, Suite 1126, Detroit, MI 48226
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: 06/23/14

*Jerry Franks*
Server's signature

Jerry Franks
Printed name and title

3946 Chalmers Detroit, MI 48215
Server's address

Additional information concerning attempted service, etc.:

FILED
2014 JUN 23 P 12:11
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT