UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

CITY OF DETROIT, MICHIGAN

       Debtor.

_____/

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 23, 2013, the Concurrence of the Retiree Association Parties in the Motion of the General Retirement System of the City of Detroit To Designate and Determine Additional Legal Issue Regarding Methodology for ASF Recoupment From Retirees (Dkt. 5478) was electronically filed with the Clerk of the United States Bankruptcy Court for the Eastern District of Michigan, using the CM/ECF System, which will send notification of such filing to all parties of record that are registered electronically.

    /s/ Marlene Kowalewski
Marlene Kowalewski, Assistant
Silverman & Morris, P.L.L.C.
30500 Northwestern Highway, Ste. 200
Farmington Hills, Michigan 48334
marlene@silvermanmorris.com
(248) 539-1330   Fax: (248) 539-1355

Dated: June 23, 2014