UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Hon. Steven W. Rhodes |
| Debtor. | |

PROOF OF SERVICE

I hereby certify that on June 20, 2014, I electronically filed the *ATTORNEY GENERAL'S REPLY BRIEF REGARDING ATTORNEY GENERAL'S MOTION TO QUASH SYNCORA'S SUBPOENA* with the Clerk of the Court using the ECF System, which will provide electronic notice and copies of such filing of the following to the parties.

BILL SCHUETTE
Attorney General

 */s/ Michael R. Bell*
Michael R. Bell (P47890)
Assistant Attorney General
PO Box 30754
Lansing, MI  48909
517-373-3203
BellM1@michigan.gov

Dated: June 23, 2014