UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

CITY OF DETROIT, MICHIGAN

    Debtor.
_____/

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

**CONCURRENCE OF THE RETIREE ASSOCIATION PARTIES
IN THE MOTION OF THE GENERAL RETIREMENT SYSTEM OF THE
CITY OF DETROIT TO DESIGNATE AND DETERMINE ADDITIONAL
LEGAL ISSUE REGARDING METHODOLOGY FOR ASF RECOUPMENT
FROM RETIREES (Dkt. 5478)**

The Retired Detroit Police & Fire Fighters Association ("RDPFFA"), Donald Taylor, individually, and as President of the RDPFFA, and the Detroit Retired City Employees Association ("DRCEA") and Shirley V. Lightsey, individually, and as President of the DRCEA (collectively "Retiree Association Parties"), through their counsel, Lippitt O'Keefe Gornbein, PLLC and Silverman & Morris, P.L.L.C., concur in the Motion of the General Retirement System of the City of Detroit to Designate and Determine Additional Legal Issue Regarding Methodology for ASF Recoupment from Retirees ("Motion") (Dkt. 5478). The Retiree Association Parties also concur in the concurrence filed by the Official Committee of Retirees (Dkt. 5509), and incorporate the arguments set forth in both documents referenced as if fully restated herein by the Retiree Association Parties.

**WHEREFORE**, the Retiree Association Parties respectfully request that the Court grant the relief requested in the Motion.

> Respectfully submitted,
>
> By: /s/ Karin F. Avery
> **SILVERMAN & MORRIS, P.L.L.C.**
> Thomas R. Morris (P39141)
> Karin F. Avery (P45364)
> 30500 Northwestern Hwy., Suite 200
> Farmington Hills, Michigan 48334
> Tel: (248) 539-1330; Fax: (248) 539-1355
> morris@silvermanmorris.com
> avery@silvermanmorris.com
>
> **LIPPITT O'KEEFE GORNBEIN, PLLC**
> Brian D. O'Keefe (P39603)
> Ryan C. Plecha (P71957)
> 370 East Maple Road, 3rd Floor
> Birmingham, Michigan 48009
> Tel: (248) 646-8292; Fax: (248) 646-8375
> bokeefe@lippittokeefe.com
> rplecha@lippittokeefe.com
>
> Attorneys for Retiree Association Parties

Dated: June 23, 2014