UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

CITY OF DETROIT, MICHIGAN

    Debtor.

_____/

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

## NOTICE OF WITHDRAWAL OF PLEADING

**PLEASE TAKE NOTICE** that the Retiree Association Parties hereby withdraw the document filed on June 23, 2014 and assigned docket No. 5532 for the reason that it was filed in error.

Respectfully submitted,

By: */s/ Thomas R. Morris*
**SILVERMAN & MORRIS, P.L.L.C.**
Thomas R. Morris (P39141)
Karin F. Avery (P45364)
30500 Northwestern Hwy., Suite 200
Farmington Hills, Michigan 48334
Tel: (248) 539-1330;  Fax: (248) 539-1355
morris@silvermanmorris.com
avery@silvermanmorris.com

**LIPPITT O'KEEFE GORNBEIN, PLLC**
Brian D. O'Keefe (P39603)
Ryan C. Plecha (P71957)
370 East Maple Road, 3rd Floor
Birmingham, Michigan 48009
Tel: (248) 646-8292;  Fax: (248) 646-8375
bokeefe@lippittokeefe.com
rplecha@lippittokeefe.com

Dated: June 23, 2014

Attorneys for Retiree Association Parties