# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

City of Detroit, Michigan           Case No. 13-53846
          Chapter 9
    Debtor           Hon. Steven W. Rhodes

_____/

## STIPULATION AND CONSENT FOR ENTRY OF ORDER MODIFYING AUTOMATIC STAY AS TO STROH PROPERTIES, INC.

The City of Detroit and Stroh Properties, Inc. stipulate and agree to the entry of the order attached as Exhibit A (the "Order").

Dated: June 24, 2014

Agreed to:

ATTORNEYS FOR STROH PROPERTIES, INC.

By:   /s/ Thomas B. Radom
Thomas B. Radom (P24631)
Roxana Gale Zaha (P73060)
BUTZEL LONG, P.C.
Stoneridge West Bldg.
41000 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: 248-258-1616
Facsimile: 248-258-1439
radom@butzel.com
zaha@butzel.com

ATTORNEYS FOR CITY OF DETROIT

By: /s/ Stephen S. LaPlante
Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
Timothy A. Fusco (MI P13768)
MILLER, CANFIELD, PADDOCK & STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, MI 48226
Telephone: 313-963-6420
Facsimile: 313-496-7500
green@millercanfield.com
laplante@millercanfield.com


David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
910 Lakeside Avenue
Cleveland, OH 44114
Telephone: 216-586-3939
Facsimile: 216-579-0212
dgheiman@jonesday.com
hlennox@jonesday.com


Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: 213-243-2382
Facsimile: 213-243-2539
bbennett@jonesday.com


Eric B. Gaabo (P39213)
CITY OF DETROIT LAW DEPARTMENT
Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 500
Detroit, MI 48226
Telephone: 313-237-3052
Facsimile: 313-224-5505
gaabe@detroitmi.gov