# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

City of Detroit, Michigan

Debtor.

Case No. 13-53846
Chapter 9
Hon. Steven W. Rhodes

_____/

## ORDER MODIFYING AUTOMATIC STAY AS TO STROH PROPERTIES, INC.

Upon the Stipulation and Consent For Entry of Order Modifying Automatic Stay as to Stroh Properties, Inc.; the Court having reviewed the Stipulation and Consent and determining that good and sufficient cause has been shown;

**IT IS HEREBY ORDERED** that the Automatic Stay under 11 U.S.C. § 362 is modified such that the parties may proceed in STROH PROPERTIES, INC. v. THE CITY OF DETROIT, EGRO-STROH PROPERTIES LLC, and KAP'S WHOLESALE FOOD SERVICE, INC., U.S. District Court, Eastern District, Case No. 12-13219 (Hon. Lawrence P. Zatkoff) (the "Lawsuit"), to final judgment and any appeals or related proceedings with respect to the Lawsuit; all of which shall be binding on, and fully enforceable against, the City of Detroit, provided, however, Stroh Properties, Inc. will not pursue and remains stayed from pursuing any claim in the Lawsuit or under claimant's filed proof of claim against the City of Detroit for money damages, including without limitation, costs or attorneys' fees.

**IT IS FURTHER ORDERED** that this Order is effective immediately.