# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| ---------------------------------------------------------X : | CHAPTER 9 |
| IN RE : |  |
| : | CASE NO. 13-53846 |
| CITY OF DETROIT, MICHIGAN, : |  |
| : | HON. STEVEN W. RHODES |
| DEBTOR : |  |
| ---------------------------------------------------------X |  |

**ORDER RESOLVING OMNIBUS CLAIMS OBJECTION
WITH RESPECT TO CLAIMS FILED BY BEATRICE MCQUEEN**

This matter having come before the Court on the *Stipulation to Entry of Order Resolving Omnibus Claims Objection With Respect to Claims Filed by Beatrice McQueen* (the "Stipulation"); Ms. McQueen having filed Claim Nos. 159 and 785 in the above-captioned bankruptcy case; the City having filed the Claim Objection asserting that the claims filed by Ms. McQueen were duplicative of each other; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. Ms. McQueen withdraws Claim No. 159 because it is duplicative of Claim No. 785.

2. Claim No. 785, in the amount of $3,968.00, will remain on the Claims Register.

3. Notwithstanding any provision of this Order, the City reserves any and all rights to object to Claim No. 785 based on any grounds, and Ms. McQueen reserves her rights to assert any and all defenses to any such objection.

4. Nothing in the Stipulation or this Order affects the rights of the City with respect to Ms. McQueen or Ms. McQueen with respect to the City in any other circumstances, and the parties reserve all such rights.

4814-1447-7083.1

4814-1447-7083.1