UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

City of Detroit, Michigan,

Debtor.

Case No. 13-53846
Chapter 9
Hon. Steven W. Rhodes

_____

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, party in interest, The Kresge Foundation hereby states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

## WINSTON & STRAWN LLP

By: /s/Desiree M. Ripo
Harvey Kurzweil (hkurzweil@winston.com)
*(Admission Pending)*
Desiree Marie Ripo (dmripo@winston.com)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Attorneys for The Kresge Foundation*