UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------x
:
In re                                             :     Chapter 9
:
CITY OF DETROIT, MICHIGAN,                        :     Case No. 13-53846
:
Debtor.                                           :     Hon. Steven W. Rhodes
:
:
---------------------------------------------------x

**ORDER DISALLOWING AND EXPUNGING
CLAIM NUMBER 3273 FILED BY SYLVANYA LOGAN, AS
PERSONAL REPRESENTATIVE OF ARMAI LOGAN, A MINOR**

This matter coming before the Court on the Objection of the City of Detroit, Pursuant to Sections 105 and 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1, to Proof of Claim Number 3273 Filed by Sylvanya Logan, as Personal Representative of Armai Logan, a Minor (Docket No. 4849) (the "Objection"),[1] filed by the City of Detroit (the "City"); the Court having reviewed the Objection; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) notice of the Objection and the proposed hearing on the Objection was sufficient under the circumstances and

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Objection.

in full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein;

    IT IS HEREBY ORDERED THAT:

    1.    The Objection is SUSTAINED.

    2.    Pursuant to section 502(b) of the Bankruptcy Code, the Claim is disallowed and expunged in its entirety.

    3.    The City, the City's claims and noticing agent and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

.

**Signed on June 24, 2014**

                                                              /s/ Steven Rhodes
                                                             **Steven Rhodes**
                                                             **United States Bankruptcy Judge**