In The United States Bankruptcy Court
Eastern District of Michigan
Southern Division

FILED 2014 JUN 17 P 1:23 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

In re
City of Detroit, Mi.
  Debtor

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

Lucinda J. Darrah's Response to Debtor's Objection to Claim Number 3236 Filed by me, Lucinda J. Darrah

I amend my claim and request $450 million (four hundred and fifty million dollars) for compensation for the harm I suffered because the world's largest incinerator has continued to operate and emit dioxins toxins into the air I breath, since its inception during the late 1980's; and even though the year 2000 scientific report on Waste Incineration and Human Health links dioxins as degrading human health, our public health, the city has continued to operate this incinerator which continues to emit carcinegins causing cancer, ashma, and degrading the health of the public in and outside of Detroit. I live and have lived in Detroit since 1967, several miles from the incinerator and its toxic emissions.

Lucinda J. Darrah

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

City of Detroit

Debtor.

CASE NO: 13-53846
CHAPTER: 9

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2014 (date of ~~mailing~~ delivery), I served copies as follows:

1. Document(s) served:

Lucinda J. Darrah's Response to Debtor's Objection to Claim Number 3236 filed by me, Lucinda J. Darrah

2. Served upon [name and address of each person served]:

John A. Simon (P61866)
Tamar N. Dolcourt (P73425)
500 Woodward Ave., Ste. 2700
Detroit, MI 48226

3. By ~~First Class Mail~~ personal services

Dated: 6/17/2014

(Signature) Lucinda J. Darrah

Print Name: Lucinda J. Darrah

FILED 2014 JUN 17 P 2:58 U.S. BANKRUPTCY E.D. MICHIGAN-DETROIT

received 6/17/14