812 Palo Alto Ct.
San Marcos, CA 92069
June 16, 2014

**Steven Rhodes United States Bankruptcy Judge**
US Bankruptcy Court Eastern District of Michigan
211 West Fort Street
Detroit, Michigan 48226

In re: Chapter 9 City of Detroit, Michigan, Case No. 13-53846 Debtor.

Dear Judge Rhodes,

This probably won't get read by any of the recipients, but I just have to express my disappointment, shock and dismay. I am appalled at the treatment proposed for those of us who HONESTLY spent our working lives for the betterment of the City of Detroit. Now as a reward, we're the ones who are suffering for the criminal activities of the few. I am confused as to what this country has done to go so far away from out principles of law.

I do not understand the information below. To whom and how do I file my objections to the PLAN?

> 13-53846-swr Doc 5259 Filed 06/09/14 Entered 06/09/14
> 14:51:06 Page 2 of 4
> 3
> **6. July 11, 2014** is the deadline:
> (a) For plan voting; and
> (b) For individual bondholders and individual retirees to file
> objections to the plan.
>
> **8. July 15, 2014 will be the date of the hearing on objections to confirmation filed by individuals without an attorney.** The Court will shortly file and serve a notice of this hearing identifying the time and location of the hearing, and the individuals invited to appear.

I am a retiree and object to the PLAN for the following reasons (not in order of importance):
- I've never been notified by anyone as to whether or not I have an attorney. If I have one, I have no information as to who that person may be.
- The negotiations, allegedly on behalf of the retirees, were entered into by persons or groups selected by the same party to this suit.
- Retirees have not been given the opportunity to select who shall be their negotiators or representatives.
- Numerous legal guarantees are proposed to be invalidated by the Plan as listed in Doc 5235 Filed 06/05/14 Entered 06/05/14 16:09:29 I do NOT subscribe to this.
- Proposed changes in retiree health plan coverage negates availability to those not living in the immediate Detroit area. Reduction is discriminatory based on residence of retiree.

- The PLAN proposes Theft of money and earned, vested benefits from retirees.
- PLAN proposes Elder abuse
- PLAN proposes Extortion
- PLAN proposes Age discrimination
- PLAN proposes Breach of contract(s)
- PLAN proposes Disregard for the laws of Michigan and the United States.
- PLAN proposes Violation of the state of Michigan and Federal constitutions
- Materials regarding informational meetings held have NOT been made available to any retiree who lives outside the Detroit area.

If it is possible to enter the above as a formal objection, I request that it be so entered. Unfortunately, due to the fact that I live so far away, I would be unable to attend any proceedings in the court.

Sincerely,

Louise E. Anderson, B.S., M.P.A.

CC: The Detroit News
  The Detroit Free Press
  The Michigan Chronicle