IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- X
                                                  :     CHAPTER 9

IN RE                                         :
                                                :     CASE NO. 13-53846

CITY OF DETROIT, MICHIGAN,       :
                                                :     HON. STEVEN W. RHODES

                              DEBTOR      :
------------------------------------------------------- X

## ORDER RESOLVING OMNIBUS CLAIMS OBJECTION
## WITH RESPECT TO MICHIGAN BUILDING AND CONSTRUCTION TRADES COUNCIL

This matter having come before the Court on the *Stipulation to Entry of Order Resolving Omnibus Claims Objection With Respect to Michigan Building and Construction Trades Council* (the "Stipulation"); MBCTC[1] having filed Claim Nos. 2585 and 2588 in the above-captioned bankruptcy case; the City having filed the Claim Objection asserting that the claims filed by MBCTC were duplicative of each other; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. The City withdraws its objection to Claim No. 2588 as a duplicate claim of Claim No. 2585.

2. Claim Nos. 2585 and 2588 filed by MBCTC, each asserting an unliquidated amount, will remain on the Claims Register.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.

3. Notwithstanding any provision of this Order, the City reserves any and all rights to object to Claim Nos. 2585 and 2588 based on any grounds, and MBCTC reserves its right to assert any and all defenses to any such objections.

4. Nothing in the Stipulation or this Order affects the rights of the City with respect to MBCTC or MBCTC with respect to the City in any other circumstances, and the parties reserve all such rights.

.

**Signed on June 24, 2014**

                                                 /s/ Steven Rhodes
                                             **Steven Rhodes**
                                             **United States Bankruptcy Judge**