Form nstatusBK

211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13–53846–swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38–6004606

**NOTICE OF STATUS CONFERENCE RE: [5444] Motion of Syncora Guarantee Inc. and Syncora Capital Assurance to Enforce the Solicitation Procedures Order**

**PLEASE TAKE NOTICE** that a Status Conference regarding [5444] Motion of Syncora Guarantee Inc.and Syncora Capital Assurance Inc. to Enforce the Solicitation Procedures Order , will be held on the above–entitled bankruptcy case at:

Location: **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226**

Date: **6/26/14**

Time: **09:00 AM**

Dated: 6/24/14

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: christine sikula
Deputy Clerk