UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------x
                                                   :
In re                                              :     Chapter 9
                                                   :
CITY OF DETROIT, MICHIGAN,                         :     Case No. 13-53846
                                                   :
                    Debtor.                        :     Hon. Steven W. Rhodes
                                                   :
                                                   :
---------------------------------------------------x

# ORDER DISALLOWING AND EXPUNGING
# CERTAIN EMPLOYEE PROOFS OF CLAIM THAT
# ARE DUPLICATIVE OF ONE OR MORE UNION CLAIMS

This matter coming before the Court on the Third Omnibus Objection of the City of Detroit, Pursuant to Sections 105 and 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1, to Certain Employee Proofs of Claim that Are Duplicative of One or More Union Claims (Docket No. 4871) (the "Objection"),[1] filed by the City of Detroit (the "City"); the Court having reviewed the Objection; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) notice of the Objection and the proposed hearing on the Objection was sufficient under the circumstances and in full

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Objection.

compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Objection is SUSTAINED, as set forth herein.

2. Pursuant to section 502(b) of the Bankruptcy Code, each of the proofs of claim identified on the Schedule of Duplicate Claims attached hereto as <u>Annex I</u> is disallowed and expunged in its entirety.

3. The Coalition Claim, the AFSCME Claim and proof of claim number 3131 filed by Antonio-Domingo Ratliff shall not be disallowed pursuant to this Order, but shall remain subject to any pending or future objection or order of this Court on any basis.

4. The City, the City's claims and noticing agent and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

Signed on June 24, 2014

                                                     /s/ Steven Rhodes
                                                   Steven Rhodes
                                                   United States Bankruptcy Judge

# ANNEX I

# SCHEDULE OF DUPLICATE CLAIMS

| Claim Number | Claimant's Name | Claim Amount | Claimant's Union Affiliation |
|---|---|---|---|
| 2375 | Adade-Tandoh, Dorcas | $101,280.68 | SAAA |
| 2877 | Addison, Dempsey | $204,000.00 | APTE |
| 3266 | Allen, Daryll | $1,000,000.00 | AFSCME |
| 2792 | Barney, Dameitta | $550,000.00 | AFSCME |
| 2796 | Barney, Dameitta | $1,055,560.00 | AFSCME |
| 2806 | Barney, Dameitta | $1,960,000.00 | AFSCME |
| 2694 | Boyd Jr., Leon | $100,000.00 | AFSCME |
| 1250 | Bradford, Sandra F | $1,000,000.00 | AFSCME |
| 3183 | Braggs, Katherine Q. | $125,000.00 | AFSCME |
| 2700 | Briggs, Anderson L. | $150,000.00 | AFSCME |
| 2764 | Coleman, Ethel | $139,664.00 | SAAA |
| 2723 | Coleman, Ralph | $300,000.00 | AFSCME |
| 2773 | Cunningham, Lisa Racine | $935,286.00 | AFSCME |
| 2777 | Cunningham, Lisa Racine | $630,000.00 | AFSCME |
| 2173 | Davis, Mauria | $300,000.00 | AFSCME |
| 1403 | Dismuke, Robert C | $200,000.00 | AFSCME |
| 2978 | Ervin, Rhonda | $1,730,610.00 | AFSCME |
| 1486 | Fulbright, Jason Christopher | $250,000.61 | AFSCME |
| 2023 | Glover, Tanya | $151,060.00 | AFSCME |

| Claim Number | Claimant's Name | Claim Amount | Claimant's Union Affiliation |
|---|---|---|---|
| 2367 | Guess, Rosella G. | $2,500,000.00 | AFSCME |
| 2594 | Harper, Jonathan | $115,000.00 | AFSCME |
| 2335 | Hines Jr, Tony M | $500,227.27 | AFSCME |
| 3280 | Holmes, Rodney D. | $144,320.00 | AFSCME |
| 2050 | Hughes, Dorothy | $153,016.20 | AFSCME |
| 2441 | Jenkins, Michael | $150,000.00 | AFSCME |
| 2065 | Kempinski, Paul | $6,748,692.00 | AFSCME |
| 2584 | King, Aaron | $100,000.00 | AFSCME |
| 3358 | Lindsay, Shawn | $179,850.00 | AFSCME |
| 3161 | May Sr., Sol L. | $500,000.00 | AFSCME |
| 3363 | McCaskill, Dynita | $175,000.00 | AFSCME |
| 2459 | McKinney, Nathen C. | $150,000.00 | AFSCME |
| 3045 | Mercer, Terence Lamont | $715,000.00 | AFSCME |
| 3095 | Micou, Lourise | $300,000.00 | AFSCME |
| 1263 | Moore, Torino | $212,000.00 | AFSCME |
| 2345 | Moore, Torino | $212,000.00 | AFSCME |
| 2637 | Palmore, Demetrius | $150,000.00 | AFSCME |
| 3288 | Pitts, Joel K. | $150,000.00 | AFSCME |
|  | **[THIS ENTRY INTENTIONALLY OMITTED]** |  |  |
| 2695 | Royster, Ronald | $250,000.00 | AFSCME |

| Claim Number | Claimant's Name | Claim Amount | Claimant's Union Affiliation |
|---|---|---|---|
| 3286 | Slappy-Thrash, Mar | $231,500.00 | SAAA |
| 3014 | Spivey, Byron | $2,500,000.00 | AFSCME |
| 3021 | Spivey, Byron | $300,000.00 | AFSCME |
| 1492 | Sutton, Troy D. | $200,000.00 | AFSCME |
| 3349 | Thornton, Sonya Denise | $1,629,483.00 | AFSCME |
| 1992 | Tyner, Brian | $610,000.00 | AFSCME |
| 2932 | Ulcandu, Cosmas O. | $126,892.00 | SAAA |
| 1228 | Wells, Tommie Lavell | $255,000,000.00 | AFSCME |
| 2590 | Williams, Robert | $100,000.00 | AFSCME |
| 2759 | Winston, Tamika | $100,000.00 | AFSCME |
| 2784 | Woods Sr., Archie L. | $300,000.00 | AFSCME |