UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor : Hon. Steven W. Rhodes
:
------------------------------------------------------- x

# CERTIFICATE OF NO RESPONSE BY CERTAIN CREDITORS TO DEBTOR'S FIRST OMNIBUS OBJECTION TO CERTAIN CLAIMS (DUPLICATE CLAIMS)

**(Docket No. 4792)**

The undersigned certifies that on May 14, 2014, she caused the Debtor's First Omnibus Objection to Certain Claims (Duplicate Claims) [Docket No. 4792] (the "Objection") and a Notice of the Objection [Docket No. 4793] (the "Notice"), identifying the deadline for responses to the Objection as June 18, 2014, to be filed with the Court and served upon every claimant listed on Exhibit 2 of the Objection via First Class Mail at the addresses listed therein (the "Claimants"). *See* Certificate of Service [Docket No. 4960] attached hereto as **Exhibit B**.

Pursuant to Rule 3007-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Michigan (the "Local Rules") and the Notice, the Claimants were required to file responses to the relief requested in the Objection, if any, on or before June 18, 2014.

The Debtor received an informal response to the Objection from Weiss Construction Company [Claim Nos. 821, 3567 and 3568], and formal responses to the Objection from Michigan Building and Construction Trades Council [Claim No. 2588], and Beatrice McQueen [Claim No. 159]. No other responses to the Objection were filed and served. The Debtor subsequently resolved the Objection as to Weiss Construction Company through a stipulated

order entered by the Court on June 18, 2014 [Docket No. 5380]. The Debtor has also resolved the Objection as to Michigan Building and Construction Trades Council through a stipulated order entered by the Court on June 24, 2014 [Docket No. 5555] and Beatrice McQueen through a stipulated order entered by the Court on June 24, 2014 [Docket No. 5558].

WHEREFORE, pursuant to Local Rule 3007-1(c), the undersigned respectfully requests that this Court enter an order granting the Objection attached hereto as **Exhibit A**.

| | |
|---|---|
| Dated: June 24, 2014<br>Detroit, Michigan | FOLEY & LARDNER LLP<br><br>/s/ _Tamar N. Dolcourt_____<br>John A. Simon (P61866)<br>Tamar N. Dolcourt (P73425)<br>One Detroit Center<br>500 Woodward Ave., Suite 2700<br>Detroit, MI 48226-3489<br>(313) 234-7100 (Telephone)<br>(313) 234-2800 (Facsimile)<br><br>*Counsel for the Debtor, City of Detroit Michigan* |