UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
In re                                                   :  Chapter 9
                                                        :
                                                        :  Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                              :
                                                        :  Hon. Steven W. Rhodes
                Debtor                                  :
------------------------------------------------------- x

## CERTIFICATE OF NO RESPONSE TO DEBTOR'S CORRECTED OBJECTION TO CLAIM NUMBERS 1302 AND 3500 FILED BY INLAND WATERS POLLUTION CONTROL

The undersigned certifies that on May 20, 2014, she caused the Debtor's Corrected Objection to Claim Numbers 1302 and 3500 Filed by Inland Waters Pollution Control [Docket No. 4955] (the "Objection") and a Notice of the Objection [attachment 1 to Docket No. 4955] (the "Notice"), identifying the deadline for responses to the Objection as June 18, 2014, to be filed with the Court and served upon Inland Waters Pollution Control via First Class Mail (the "Claimant"). *See* Certificate of Service [Docket No. 4961] attached hereto as **Exhibit B.**

Pursuant to Rule 3007-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Michigan (the "Local Rules") and the Notice, the Claimant was required to file a response to the relief requested in the Objection, if any, on or before June 18, 2014. No responses to the Objection were filed and served.

WHEREFORE, pursuant to Local Rule 3007-1(c), the undersigned respectfully requests that this Court enter an order granting the Objection attached hereto as **Exhibit A**.

4830-5038-7995.1

Dated: June 24, 2014
Detroit, Michigan

FOLEY & LARDNER LLP

/s/ _Tamar N. Dolcourt_____
John A. Simon (P61866)
Tamar N. Dolcourt (P73425)
One Detroit Center
500 Woodward Ave., Suite 2700
Detroit, MI 48226-3489
(313) 234-7100 (Telephone)
(313) 234-2800 (Facsimile)

*Counsel for the Debtor, City of Detroit Michigan*