UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN - DETROIT

| | |
|---|---|
| In Re: | Case No: 13-53846 |
| | Chapter 9 |
| **City of Detroit, Michigan,** | Hon. Steven W. Rhodes |
| Debtor, | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2014, I electronically filed **NOTICE OF APPEARANCE; REQUEST TO BE ADDED TO MATRIX**; **AND FEDERAL BANKRUPTCY PROCEDURE 2002(i) REQUEST** with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

MADDIN, HAUSER, ROTH & HELLER, P.C.

By: /s/ *Ian S. Bolton*
Ian S. Bolton (P68872)
28400 Northwestern Hwy., 2nd Floor
Southfield, MI 48034
☎ (248) 351-7068 / 🖷 (248) 359-7544
Email: ibolton@maddinhauser.com

DATED: June 24, 2014    *Attorney for FK Park, LLC*