UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
                                                        :   Chapter 9
In re                                                   :
                                                        :   Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                              :
                                                        :   Hon. Steven W. Rhodes
                           Debtor                       :
------------------------------------------------------- x

**CERTIFICATE OF NO RESPONSE TO DEBTOR'S OBJECTION TO CLAIM
NUMBERS 1330 and 1853 FILED BY RICKIE ALLEN HOLT
ON BEHALF OF THE ABORIGINAL INDIGENOUS PEOPLES**

The undersigned certifies that on May 15, 2014, she caused the Debtor's Objection to Claim Numbers 1329 and 1859 Filed by Rickie Allen Holt [Docket No. 4857] (the "Objection") and a Notice of the Objection [attachment 1 to Docket No. 4857] (the "Notice"), identifying the deadline for responses to the Objection as June 18, 2014, to be filed with the Court and served upon Rickie Allen Holt via First Class Mail (the "Claimant"). *See* Certificate of Service [Docket No. 4961] attached hereto as **Exhibit B.**

Pursuant to Rule 3007-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Michigan (the "Local Rules") and the Notice, the Claimant was required to file a response to the relief requested in the Objection, if any, on or before June 18, 2014. No responses to the Objection were filed and served.

WHEREFORE, pursuant to Local Rule 3007-1(c), the undersigned respectfully requests that this Court enter an order granting the Objection attached hereto as **Exhibit A**.

4845-9330-2043.1

Dated: June 24, 2014  
Detroit, Michigan

FOLEY & LARDNER LLP

/s/ _Tamar N. Dolcourt_____
John A. Simon (P61866)
Tamar N. Dolcourt (P73425)
One Detroit Center
500 Woodward Ave., Suite 2700
Detroit, MI 48226-3489
(313) 234-7100 (Telephone)
(313) 234-2800 (Facsimile)

*Counsel for the Debtor, City of Detroit Michigan*