**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

------------------------------------------------------ x
In re                                            :  Chapter 9
                                                 :
                                                 :  Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                       :
                                                 :  Hon. Steven W. Rhodes
            Debtor                               :
------------------------------------------------------ x

### CERTIFICATE OF NO RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NUMBERS 1329 and 1859 FILED BY RICKIE ALLEN HOLT

The undersigned certifies that on May 15, 2014, she caused the Debtor's Objection to Claim Numbers 1329 and 1859 Filed by Rickie Allen Holt [Docket No. 4873] (the "Objection") and a Notice of the Objection [attachment 1 to Docket No. 4873] (the "Notice"), identifying the deadline for responses to the Objection as June 18, 2014, to be filed with the Court and served upon Rickie Allen Holt via First Class Mail (the "Claimant"). *See* Certificate of Service [Docket No. 4961] attached hereto as **Exhibit B.**

Pursuant to Rule 3007-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Michigan (the "Local Rules") and the Notice, the Claimant was required to file a response to the relief requested in the Objection, if any, on or before June 18, 2014. No responses to the Objection were filed and served.

WHEREFORE, pursuant to Local Rule 3007-1(c), the undersigned respectfully requests that this Court enter an order granting the Objection attached hereto as **Exhibit A**.

4812-8746-9339.1

| | |
|---|---|
| Dated: June 24, 2014<br>Detroit, Michigan | FOLEY & LARDNER LLP<br><br>/s/ _Tamar N. Dolcourt_____<br>John A. Simon (P61866)<br>Tamar N. Dolcourt (P73425)<br>One Detroit Center<br>500 Woodward Ave., Suite 2700<br>Detroit, MI 48226-3489<br>(313) 234-7100 (Telephone)<br>(313) 234-2800 (Facsimile)<br><br>*Counsel for the Debtor, City of Detroit Michigan* |