UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
In re : Chapter 9
:
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Steven W. Rhodes
Debtor :
------------------------------------------------------- x

**CERTIFICATE OF NO RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NUMBER 2021 FILED BY EDWARD L. GILDYARD**

The undersigned certifies that on May 15, 2014, she caused the Debtor's Objection to Claim Number 2021 Filed by Edward L. Gildyard [Docket No. 4863] (the "Objection") and a Notice of the Objection [attachment 1 to Docket No. 4863] (the "Notice"), identifying the deadline for responses to the Objection as June 18, 2014, to be filed with the Court and served upon Edward L. Gildyard via First Class Mail (the "Claimant"). *See* Certificate of Service [Docket No. 4961] attached hereto as **Exhibit B.**

Pursuant to Rule 3007-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Michigan (the "Local Rules") and the Notice, the Claimant was required to file a response to the relief requested in the Objection, if any, on or before June 18, 2014. No responses to the Objection were filed and served.

WHEREFORE, pursuant to Local Rule 3007-1(c), the undersigned respectfully requests that this Court enter an order granting the Objection attached hereto as **Exhibit A**.

4829-9061-8907.1

Dated: June 24, 2014
Detroit, Michigan

FOLEY & LARDNER LLP

/s/ *Tamar N. Dolcourt*
John A. Simon (P61866)
Tamar N. Dolcourt (P73425)
One Detroit Center
500 Woodward Ave., Suite 2700
Detroit, MI 48226-3489
(313) 234-7100 (Telephone)
(313) 234-2800 (Facsimile)

*Counsel for the Debtor, City of Detroit Michigan*