# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## ORDER EXTENDING THE TIME FOR CERTAIN COPS HOLDERS TO RESPOND TO NOTICE OF FGIC'S ASSERTED RIGHT TO VOTE A CLAIM

This matter coming before the Court on the *Ex Parte Joint Motion of Certain COPS Holders and Financial Guaranty Insurance Company for an Extension of Time to Respond to the Notice of Asserted Right to Vote and Make Elections with Respect to COP Claims Filed by FGIC* (the "Motion"),[1] and for good cause appearing; it is, by the United States Bankruptcy Court for the Eastern District of Michigan, hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the deadline for the COPS Holders identified in footnote 1 only to file a response to the Notice of FGIC's Asserted Right to Vote a Claim be and hereby is extended to July 1, 2014, and that FGIC's deadline to file a reply be and hereby is extended to July 9, 2014.

---

[1] The creditors and parties in interest are: Hypothekenbank Frankfurt AG; Hypothekenbank Frankfurt International S.A.; Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A.; Deutsche Bank AG, London; Dexia Crédit Local; and Dexia Holdings, Inc. Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.