UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
(DETROIT)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | CASE NO.: 13-53846 |
| | ) | |
| | ) | CHAPTER 9 |
| Debtor. | ) | |
| | ) | Hon. Steven W. Rhodes |
| | ) | |

ORDER CONCERNING VOTING BY INSURERS OF DWSD BONDS AND CERTAIN
HOLDERS OF DWSD INSURED BOND CLAIMS

The Stipulation dated as of June 24, 2014, by and between the Ad Hoc Committee of DWSD Bondholders, certain other holders of the DWSD Insured Bond Claims[1] and certain insurers of DWSD Bonds, that pertains to voting rights on certain DWSD Bond Claims, is hereby approved.

**SO ORDERED:**
Dated: June __, 2014
Detroit, Michigan

*STEVEN W. RHODES*
*United States Bankruptcy Judge*

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the *Statement of the Ad Hoc Committee of DWSD Bondholders in Response to Insurers' Notices of Asserted Right to Vote Claims* dated June 24, 2014 [Doc. No. 5574].