**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**(DETROIT)**

| | |
|---|---|
| In re: ) | |
| ) | |
| CITY OF DETROIT, MICHIGAN, ) | CASE NO.: 13-53846 |
| ) | |
| ) | CHAPTER 9 |
| Debtor. ) | |
| ) | Hon. Steven W. Rhodes |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June 2014, I caused the *Stipulation Concerning Voting by Insurers of DWSD Bonds and Certain Holders of Insured DWSD Bond Claims* to be filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

Dated: June 24, 2014

/s/ *William W. Kannel*
William W. Kannel, Esq.
Adrienne K. Walker, Esq.
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: 617-542-6000
Fax: 617-542-2241
wwkannel@mintz.com
awalker@mintz.com

*Attorneys for Fidelity Management & Research Company, Eaton Vance Management, and Franklin Advisers, Inc., as members of the Ad Hoc Committee of DWSD Bondholders*