UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,	Chapter 9
	Case No. 13-53846
    Debtor.	Hon. Steven W. Rhodes
_____/

## NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICE

Please take notice that Tracy M. Clark of Steinberg Shapiro & Clark requests that the Clerk's Office remove Ms. Clark from the Court's mailing and electronic notice matrix and terminate all electronic notices in the above case to all addresses for Tracy M. Clark, including, but not limited to, clark@steinbergshapiro.com.

STEINBERG SHAPIRO & CLARK

/s/ Tracy M. Clark (P60262)
25925 Telegraph Road, Suite 203
Southfield, MI 48033
(248) 352-4700
clark@steinbergshapiro.com

Date: June 25, 2014