**Exhibit 1**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In re | ) Chapter 9 |
| | ) |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| | ) |
| Debtor. | ) Hon. Steven W. Rhodes |
| | ) |

**ORDER GRANTING *EX PARTE***
**MOTION TO EXTEND THE VOTING DEADLINE**

This matter having come before the Court on the motion (the "*Ex Parte Motion*") of Syncora for the entry of an order (this "Order") extending the Voting Deadline,[1] the Court having reviewed Syncora's *Ex Parte* Motion, and the Court having determined that the legal and factual bases set forth in the *Ex Parte* Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1.      Syncora's *Ex Parte* Motion is GRANTED.

2.      Syncora is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the *Ex Parte* Motion.

3.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

---

[1] Capitalized terms used but otherwise not defined herein have the meaning set forth in the *Ex Parte* Motion.

4.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

_____
STEVEN W. RHODES
United States Bankruptcy Judge