UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Denying Supplemental Motion to Contest Debtor's Notice of Non-Voting Status and Hold Debtor Liable for Its Misrepresentation (Dkt. #5309)

On June 6, 2014, creditor Irma Industrious filed a supplemental motion to contest debtor's notice of non-voting status and hold debtor liable for its misrepresentation. (Dkt. #5309) A hearing is not necessary to make a determination regarding this matter.

It is hereby ordered that the supplemental motion to contest debtor's notice of non-voting status and hold debtor liable for its misrepresentation is denied without prejudice to the creditor's right to cast a ballot regarding her claim in class 11 of the plan.

.

**Signed on June 25, 2014**

                                                           /s/ Steven Rhodes  
                                                           Steven Rhodes  
                                                           United States Bankruptcy Judge