UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                         Chapter 9
City of Detroit, Michigan,                                     Case No. 13-53846
    Debtor.                                 Hon. Steven W. Rhodes
_____/

Order Regarding Objections to Claims Numbers
2846, 2880, 2883, 2888, 2889, 2902, 2905, 3006, 3271 and 3278

For the reasons stated on the record in open Court on June 25, 2014, it is hereby ordered that the City's objections to claims numbers 2846, 2880, 2883, 2888, 2889, 2902, 2905, 3006, 3271 and 3278 are overruled without prejudice. (Dkt. Nos. 4834, 4838, 4836, 4841, 4837, 4859, 4839, 4840, 4843, and 4835)

It is further ordered that until the further order of the Court, these claims are deemed contingent and unliquidated, and for balloting purposes are estimated at $0.

It is further ordered that the Court abstains from fixing these claims in favor of the state court proceeding in which these claims are pending.

.

**Signed on June 25, 2014**

                                                          **/s/ Steven Rhodes**
                                                          **Steven Rhodes**
                                                          **United States Bankruptcy Judge**