UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

2014 JUN 25 P 2: 58

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In re                                                      Chapter 9
City of Detroit,                                      Case No. 13-53846
        Debtor                                  Hon.: Steven W. Rhodes
_____/

**Creditor Dennis Taubitz in Support and in Opposition of Motion of the General Retirement System of the City of Detroit to Designate and Determine Additional Legal Issues Regarding Methodology for ASF Recoupment from Retirees**

Creditor Dennis Taubitz, without waiving any objections he has against the Debtor's Plan of Adjustment and its attempt to steal monies from retirees, files this response both in support and in opposition to the Motion filed by the General Retirement System.

Creditor agrees with the General retirement System that the Debtor has no legal or moral basis for treating retirees different than employees. Employees are allowed to pay a lump sum while retirees are not, and the retirees are charged an exorbitant interest. Unfortunately, this is consistent with the Debtor's practice during the course of this litigation.

Creditor further submits that there is no legal basis for Debtor attempting to assess interest when Debtor fails to allow for lump sum payment.

Further, Debtor has failed to set forth any legal basis for its attempted theft of retiree and employees' funds.

Further, Creditor submits that the General retirement System has failed to establish that the issue is a discretionary legal issue that should be similarly resolved independent of and prior to the Plan confirmation trial.

1

WHEREFORE, Creditor Dennis Taubitz requests that the Motion of the General Retirement System be held in abeyance and resolved at the Confirmation hearing.

Respectfully submitted,

*[signature]*

Dennis Taubitz
In Pro Per
Creditor
3051 Lindenwood Drive
Dearborn, MI 48120
(313) 632-9150

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re                                      Chapter 9
City of Detroit,                           Case No. 13-53846
       Debtor             Hon.: Steven W. Rhodes
_____/

**NOTICE OF RESPONSE IN SUPPORT AND IN OPPOSITION OF MOTION OF THE GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT TO DESIGNATE AND DETERMINE ADDITIONAL LEGAL ISSUES REGARDING METHODOLOGY FOR ASF RECOUPMENT FROM RETIREES**

      Creditor Dennis Taubitz has filed papers with the court a Response in Support and in Opposition of Motion of the General Retirement System of the City of Detroit to Designate and Determine Additional Legal Issues Regarding Methodology for ASF Recoupment from Retirees.

      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the court to grant the Motion of the General Retirement System or if you want the court to consider your views on the Motion of the General Retirement System, then within 14 days you or your attorney must:

      File with the court a written response, or answer explaining your position at:

           Attn: Bankruptcy Court Clerk
           United States Bankruptcy Court
           Eastern District of Michigan
           211 West Fort Street
           Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

           Dennis Taubitz
           3051 Lindenwood Drive
           Dearborn, MI 48120

1

Heather Lennox
Bruce Bennett
Jones Day
555 South Flower Street – Fiftieth Floor
Los Angeles, CA 90071

Jennifer Green
Clark Hill, PC
151 S. Old Woodward Avenue – Suite 200
Birmingham, MI 48009

Attend the hearing scheduled to be held on the date and time and Courtroom set by this court, United States Bankruptcy Court, Eastern District of Michigan, 211 West Fort Street, Detroit, MI 48226.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: June 25, 2014　　　　　　Signature: _____
　　　　　　　　　　　　　　　Name: Dennis Taubitz
　　　　　　　　　　　　　　　Address: 3051 Lindenwood Drive, Dearborn, MI 48120

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

City of Detroit, Debtor.

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven Rhodes

## PROOF OF SERVICE

I hereby certify that on June 25, 2014 (date of mailing), I served copies as follows:

1. Document(s) served: Creditor Dennis Taubitz Response in Support and in Opposition of Motion of the General Retirement System of the City of Detroit to Designate and Determine Additional Legal Issues Regarding Methodology for ASF Recoupment from Retirees

2. Served upon [name and address of each person served]:
   Heather Lennox
   Bruce Bennett
   555 South Flower St
   Fiftieth Floor
   Los Angeles, CA 90071

   Clark Hill PLC
   Jennifer Green
   151 South Old Woodward Ave Suite 200
   Birmingham, Michigan 48006

3. By First Class Mail.

Dated: June 25, 2014

(Signature of ~~Debtor~~) Creditor

Print Name: Dennis Taubitz

(Signature of Co-Debtor)

Print Name: _____