# United States Bankruptcy Court
## Eastern District of Michigan

In re <u>City of Detroit, Michigan,</u>  Case No. <u>13-53846</u>

Debtor.  Chapter 9

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Citigroup Global Markets Inc.</u><br>Name of Transferee | <u>FMS Wertmanagement AöR</u><br>Name of Transferor |

Name and Address where notices to Transferee should be sent:

Citigroup Global Markets Inc.
388 Greenwich Street, 2nd Floor
New York, NY 10013
Attn: MSD Market Analytics Group
Phone: 212-723-7087
Fax: 212-723-8121
Email: graig.saloom@citi.com

Court Claim #: <u>1320</u>

Claim Amount: <u>Not less than $175,000,000</u>

Date Claim Filed: <u>February 20, 2014</u>

Debtor: <u>City of Detroit, Michigan</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CITIGROUP GLOBAL MARKETS INC.

By: _[signature]_  Date: 6/24/14
Name: DOUGLAS VISSICCHIO
Title: MANAGING DIRECTOR

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

dc-762113