# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| | ) |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| | ) |
| Debtor. | ) Hon. Steven W. Rhodes |
| | ) |

## NOTICE OF VIDEOTAPED DEPOSITION OF JOHN HILL

To: The City of Detroit, Michigan and Parties on the attached **Exhibit 1**.

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, and the Order Regarding Deposition Protocol [Doc. No. 5263], the parties set forth in **Exhibit 1**, attached hereto, by and through their attorneys of record, will take the deposition upon oral examination of **John Hill** at the Coleman A. Young Municipal Center, 2 Woodward Avenue, 5th floor, Law Department conference room, Detroit, MI 48226 on **Thursday, July 17** and **Friday, July 18, 2014**. The DWSD/County Objectors will take Mr. Hill's deposition on Thursday, July 17 and the COPs Objectors will take Mr. Hill's deposition on Tuesday, July 18 2014. The deposition will begin at **9:00 a.m.** on both days, and continue until completed. Mr. Hill's deposition will be taken before a court reporter or other person authorized by law to administer oaths and provide an official record of the deposition. Mr. Hill's deposition will be recorded by

stenograph and videotaped for the purpose of discovery, for use in the above-titled action, and for any other purpose permitted under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Dated: June 25, 2014

Respectfully submitted,

**KIRKLAND & ELLIS LLP**

By: */s/ Stephen C. Hackney*
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

- and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075

*Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*

2

# EXHIBIT 1

| Party | Counsel for Party |
|---|---|
| *Syncora Guarantee Inc. and Syncora Capital Assurance Inc.* | James H.M. Sprayregen, P.C.<br>Ryan Blaine Bennett<br>Stephen C. Hackney<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>- and -<br><br>Stephen M. Gross<br>David A. Agay<br>Joshua Gadharf<br>MCDONALD HOPKINS PLC<br>39533 Woodward Avenue<br>Bloomfield Hills, MI 48304<br>Telephone: (248) 646-5070<br>Facsimile: (248) 646-5075 |

| Party | Counsel for Party |
|---|---|
| *Hypothekenbank Frankfurt AG; Hypothekenbank Frankfurt International S.A.; and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A..* | Howard S. Sher<br>JACOB & WEINGARTEN, P.C.<br>Somerset Place<br>2301 W. Big Beaver Road, Suite 777<br>Troy, Michigan 48084<br>Tel: (248) 649-1200<br>Fax: (248) 649-2920<br>E-mail: howard@jacobweingarten.com<br><br>-and-<br><br>Matthew G. Summers<br>BALLARD SPAHR LLP<br>919 North Market Street, 11th Floor<br>Wilmington, Delaware 19801<br>Tel: (302) 252-4428<br>Fax: (410) 361-8930<br>E-mail: summersm@ballardspahr.com<br><br>-and-<br><br>Vincent J. Marriott, III, Esquire<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Flr.<br>Philadelphia, PA 19103<br>Phone: 215.864.8236<br>Fax: 215.864.9762<br>Email: marriott@ballardspahr.com |
| *Assured Guaranty Municipal Corp.* | Lawrence A. Larose<br>Samuel S. Kohn<br>Robert A. Schwinger<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 408-5100<br>Fax: (212) 541-5369<br>llarose@chadbourne.com<br>skohn@chadbourne.com<br>rschwinger@chadbourne.com |

| Party | Counsel for Party |
|---|---|
| *National Public Finance Guarantee Corp.* | James F. Bendernagel, Jr.<br>Guy S. Neal<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 736-8041<br>Fax: (202) 736-8711<br>jbendernagel@sidley.com<br>gneal@sidley.com<br><br>-and-<br><br>Jeffrey E. Bjork<br>Gabriel MacConaill<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013<br>Telephone: (213) 896-6000<br>Fax: (213) 896-6600<br>jbjork@sidley.com<br>gmacconaill@sidley.com |

5

| Party | Counsel for Party |
|---|---|
| *Financial Guaranty Insurance Company* | Ernest J. Essad Jr.<br>Mark R. James<br>WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.<br>280 North Old Woodward Avenue, Suite 300<br>Birmingham, MI 48009<br>Telephone: (248) 642-0333<br>Facsimile: (248) 642-0856<br>Email: EJEssad@wwrplaw.com<br>Email: mrjames@wwrplaw.com<br><br>-and-<br><br>Alfredo R. Pérez<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana Street, Suite 1600<br>Houston, TX 77002<br>Telephone: (713) 546-5000<br>Facsimile: (713) 224-9511<br>Email: alfredo.perez@weil.com |
| *Wayne County, Michigan* | BUTZEL LONG, a professional Corporation<br><br>Max J. Newman (P51483)<br>Beth Gotthelf (P38951)<br>Attorneys for Wayne County<br>Stoneridge West<br>41000 Woodward Ave<br>Bloomfield Hills, MI 48304<br>(248) 258-2907<br>newman@butzel.com |

6

| **Party** | **Counsel for Party** |
|---|---|
| *Oakland County, Michigan* | Joseph M. Fischer (P13452) <br> Robert A. Weisberg (P26698) <br> Christopher Grosman (P58693) <br> CARSON FISCHER, P.L.C. <br> 4111 Andover Road, West- Second Floor <br> Bloomfield, Michigan 48302-1924 <br> Telephone: (248) 644-4840 <br> Facsimile: (248) 644-1832 <br> JFischer@CarsonFischer.com <br> RWweisberg@CarsonFischer.com <br> CGrosman@CarsonFischer.com <br><br> -and- <br><br> Sara K. MacWilliams (P67805) <br> Jaye Quadrozzi (P71646) <br> YOUNG &ASSOCIATES <br> 27725 Stansbury Blvd., Suite 125 <br> Farmington Hills, Ml 48334 <br> Telephone: (248) 353-8620 <br> Email: efiling@youngpc.com <br> macwilliams@youngpc.com <br> guadrozzi@youngpc.com |

| Party | Counsel for Party |
|---|---|
| *U.S. Bank National Association, as Trustee for the Water and Sewer Bonds* | David E. Lemke (TN13586)<br>Paul S. Davidson (TN11789)<br>Heather J. Hubbard (TN23699)<br>WALLER LANSDEN DORTCH & DAVIS, LLP<br>511 Union Street, Suite 2700<br>Nashville, Tennessee 37219<br>Phone: (615) 244-6380<br>Fax: (615) 244-6804<br><br>-and-<br><br>Robert J. Diehl, Jr. (MI31264)<br>Jaimee L. Witten (P70068)<br>BODMAN PLC<br>1901 St. Antoine Street, 6th Floor<br>Detroit, Michigan 48226<br>Phone: (313) 393-7597<br>Fax: (313) 393-7579 |

| Party | Counsel for Party |
|---|---|
| *Detroit Fire Fighters Association, IAFF Local 344 and the Detroit Police Officers Association* | Barbara A. Patek (P34666)<br>Earle I. Erman (P24296)<br>ERMAN, TEICHER, ZUCKER & FREEDMAN, P.C.<br>400 Galleria Officentre, Suite 444<br>Southfield, MI 48034<br>Telephone: (248) 827-4100<br>Facsimile: (248) 827-4106<br>E-mail: bpatek@ermanteicher.com<br><br>-and-<br><br>James M. Moore (P17929)<br>GREGORY, MOORE, JEAKLE & BROOKS, PC<br>65 Cadillac Square, Suite 3727<br>Detroit, MI 48226-2893<br>Telephone: (313) 964-5600<br>Facsimile: (313) 964-2125<br>E-mail: jim@unionlaw.net<br><br>*Counsel for the DPOA*<br><br>-and-<br><br>Christopher P. Legghio (P27378)<br>Alidz Oshagan (P77231)<br>LEGGHIO & ISRAEL, PC<br>306 S. Washington, Suite 600<br>Royal Oak, MI 48067<br>Telephone: 248 398 5900 x 1131<br>Facsimile: 248 398 2662<br>E-mail: CPL@legghioisrael.com<br><br>*Counsel for the DFFA* |

## Certificate of Service

I, Stephen C. Hackney, hereby certify that on June 25, 2014, I caused the foregoing *Notice of Videotaped Deposition of John Hill* to be filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

/s/ Stephen C. Hackney
Stephen C. Hackney