# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| 111 First Street | 211 W. Fort Street | 226 W. Second Street |
|---|---|---|
| Bay City, MI 48708 | 17th Floor | Flint, MI 48502 |
| | Detroit, MI 48226 | |

**Order Party: Name, Address and Telephone Number**

Name _____

Firm _____

Address _____

City, State, Zip _____

Phone _____

Email _____

**Case/Debtor Name:**

**Case Number:**

**Chapter:**

**Hearing Judge** _____

'" **Bankruptcy**      **Adversary**

**Appeal**    **Appeal No:** _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** _____ **Time of Hearing:** _____ **Title of Hearing:** _____

Please specify portion of hearing requested:    '" **Original/Unredacted** """" **Redacted** """"""**Copy** *2nd Party)

Entire Hearing          Ruling/Opinion of Judge          Testimony of Witness          Other

Special Instructions: _____

---

**Type of Request:**

Expedited Transcript - $4.85'r gt'r ci g (7 working days)

""""

**""""""""""""""""**

**"""""""""""""""""""**

**Signature of Ordering Party:**

_____Date: _____
By signing, I certify that I will pay all charges upon completion
of the transcript request.

| FOR COURT USE ONLY |
|---|
| Transcript To Be Prepared By |
| _____ |
| Date          By |
| Order Received: |
| Transcript Ordered |
| Transcript Received |