# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| | Chapter 9 |
| Debtor. | Honorable Steven W. Rhodes |

## STIPULATION TO LIFT AUTOMATIC STAY AS TO MICHIGAN INNOCENCE CLINIC

Debtor City of Detroit, Michigan and Michigan Innocence Clinic, by and through their attorneys, hereby stipulate and agree to the entry of the proposed order attached as Exhibit A.

| | |
|---|---|
| /s/ Timothy A. Fusco | /s/ Jong-Ju Chang |
| Timothy A. Fusco (P48420) | Samuel C. Damren (P25522) |
| Miller Canfield Paddock and | Boyd White III (P72398) |
| Stone P.L.C. | Jong-Ju Chang (P70584) |
| Attorneys for Debtor | Dykema Gossett PLLC |
| 150 W. Jefferson Ave, Suite 2500 | Attorneys for Michigan Innocence Clinic |
| Detroit, MI 48226 | 400 Renaissance Center, 23rd Floor |
| (313) 496-8435 | Detroit, MI 48243 |
| fusco@millercanfield.com | (313) 568-6800 / Fax (313) 568-6691 |
| | sdamren@dykema.com |
| | bwhiteIII@dykema.com |
| | jchang@dykema.com |
| Dated: June 25, 2014 | Dated: June 25, 2014 |

# EXHIBIT A

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

IN RE: CITY OF DETROIT, MICHIGAN,

   Debtor.

Case No. 13-53846
Chapter 9
Honorable Steven W. Rhodes

## ORDER LIFTING AUTOMATIC STAY AS TO MICHIGAN INNOCENCE CLINIC

Upon the Stipulation to Lift Automatic Stay as to the Michigan Innocence Clinic (the "Stipulation") filed by the City of Detroit, Michigan, and the Michigan Innocence Clinic, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the automatic stay imposed by operations of Section 362 and 922 of the Bankruptcy Code is hereby lifted as to the Michigan Innocence Clinic so that it may be permitted to exercise its rights and remedies related to the Freedom of Information Act in the matter of *Michigan Innocence Clinic v City of Detroit*, Washtenaw County Circuit Court, Case No. 13-396 ("Lawsuit"), and any amendments to the complaint and answers.

IT IS HEREBY FURTHER ORDERED that the stay of the Lawsuit is lifted as to only the non-monetary damages requested in the Lawsuit and forthcoming amendments.

SO ORDERED.