UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re, | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## STATEMENT REGARDING CORPORATE OWNERSHIP

Please take notice that Petitioners, the Allen Park Retirees Association, Incorporated, is a non-profit corporation organized under 1982 Public Act 162 of the Michigan Compiled Laws, and is duly registered as such at the Michigan Department of Licensing and Regulatory Affairs. It is exclusively comprised of retirees from the City of Allen Park, Michigan, and their dependents.

No other entities own any percent of any class of the corporation's equity interests, either directly or indirectly.

Petitioner corporation is neither Plaintiff nor Defendant in the matter cited above; seeking instead a removal of a stay and lifting of the administrative closure previously issued by the Michigan Court Claims in its case #13-164-MZ.

June 26, 2014

By: /s/ **Mark A. Porter**
Mark A. Porter (P-42280)
Counsel and Resident Agent for Petitioner Allen Park Retirees Assoc., Inc., a Non-Profit Corporation
Attorney for the Petitioners APRA & Russell Pillar
Mark A. Porter & Associates PLLC
551 East 11-Mile Road – Suite 3-D
P. O. Box 71527
Madison Heights, Michigan 48071-0527
(248) 547 – 1911
(248) 547 – 1917 FAX
mporter@map-law.com