# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
## TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: Judy B. Calton

Firm: Honigman Miller Schwartz and Cohn LLP

Address: 660 Woodward Avenue, Suite 2290

City, State, Zip: Detroit, MI 48226

Phone: 313-465-7344

Email: jcalton@honigman.com

**Case/Debtor Name:** City of Detroit, Michigan

**Case Number:** 13-53846-swr

**Chapter:** 9

**Hearing Judge** Hon. Steven Rhodes

⦿ Bankruptcy  ◯ Adversary

◯ Appeal  Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 06/26/2014   Time of Hearing: 9:00 am   Title of Hearing: Status Conference, motions

Please specify portion of hearing requested:  ◯ Original/Unredacted  ◯ Redacted  ◯ Copy (2nd Party)

◯ Entire Hearing   ⦿ Ruling/Opinion of Judge   ◯ Testimony of Witness   ◯ Other

Special Instructions: (afternoon session when rulings were issued)

**Type of Request:**
- ◯ Ordinary Transcript - $3.65 per page (30 calendar days)
- ◯ 14-Day Transcript - $4.25 per page (14 calendar days)
- ⦿ Expedited Transcript - $4.85 per page (7 working days)
- ◯ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By

Date          By

Order Received:

Transcript Ordered

Transcript Received

**Signature of Ordering Party:**

/s/ Judy B. Calton          Date: 06/26/2014

By signing, I certify that I will pay all charges upon completion of the transcript request.