UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                                         :
In re                                                    : Chapter 9
                                                         :
CITY OF DETROIT, MICHIGAN,                               : Case No. 13-53846
                                                         :
                    Debtor.                              : Hon. Steven W. Rhodes
                                                         :
---------------------------------------------------------x

# NOTICE OF CONSENSUAL EXTENSION
# OF THE TIME TO ASSUME OR REJECT CERTAIN
# UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On March 26, 2014, the Bankruptcy Court entered its Order Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property (Docket No. 3233) (the "Extension Order"). Pursuant to the Extension Order, the Bankruptcy Court granted an extension — until July 2, 2014 — to determine whether to assume or reject its unexpired leases of nonresidential real property.

2. In accordance with the procedures set forth in the Extension Order, the City of Detroit, Michigan (the "City") is authorized to further extend the assumption/rejection period beyond July 2, 2014 without further order of the Court, but with the written consent of the affected lessor.

3. The City hereby gives notice (the "Extension Notice") that it has received written consent from certain of the affected lessors and is extending the assumption/rejection period, pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code and the Extension Order, with respect to each of the unexpired leases listed on Schedule 1 attached hereto (each a "Consensual Extension").

4. In accordance with the Extension Order, any objection to the Extension Notice must be filed with the Court and served upon the City and the affected lessors at the notice addresses listed on Schedule 1 no later than July 3, 2014 (the "Objection Deadline").

5. If no objections are filed prior to the Objection Deadline and consistent with the Extension Order, the Consensual Extensions listed on Schedule 1 will be deemed approved without further order of the Court.

6. If all objections to a Consensual Extension are not withdrawn within five business days of the Objection Deadline, then the Court shall schedule a hearing to determine whether to approve the Consensual Extensions that is the subject of any such pending objection.[1]

---

[1] Pursuant to the Extension Order, the extended assumption/rejection period includes the time period between the filing of an Extension Notice and either (a) the fifth business day thereafter or (b) if an objection is filed, the date that is five business days after the entry of an order of the Court approving or denying the applicable Consensual Extension.

Dated: June 26, 2014					Respectfully submitted,

/s/  Heather Lennox
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California  90071
Telephone:  (213) 243-2382
Facsimile:  (213) 243-2539
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK AND
    STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan  48226
Telephone:  (313) 963-6420
Facsimile:  (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY

# **Schedule 1**

**CITY OF DETROIT**
**SCHEDULE OF CONSENSUAL EXTENSIONS TO UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

| Landlord | Lease Address | Landlord Notice Address | Extension |
|---|---|---|---|
| Sky Group/Tom Hardiman | 7310 Woodward Ave., Detroit MI 48202 | 7310 Woodward Ave., Ste 500 Detroit MI 48202 | Earlier of 12/31/14 or Effective Date of Plan of Adjustment |
| The Realty Co./ Joan Fiore | 2121 W Fort St., Detroit MI 48216 | 2411 Vinewood St., Detroit MI 48216 | Earlier of 12/31/14 or Effective Date of Plan of Adjustment |
| Bishop Realty Est./ Vincent Brennan | 14655 Dexter Ave., Detroit MI 48238 | 30078 Schoenherr Rd., Warren, MI 48093 | Earlier of 12/31/14 or Effective Date of Plan of Adjustment |
| Clark St. Properties | 4473 W Jefferson Ave., Detroit MI 48209 | 17108 Mack Ave., Grosse Pointe MI 48230 | Earlier of 12/31/14 or Effective Date of Plan of Adjustment |
| Clark St. Properties | 235 McKinstry St., Detroit MI 48209 | 17108 Mack Ave., Grosse Pointe MI 48230 | Earlier of 12/31/14 or Effective Date of Plan of Adjustment |
| Riverbend Properties / Mike Curris | 13206 E Jefferson Ave., Detroit MI 48215 | 18633 Mack Ave., Detroit MI 48209 | Earlier of 12/31/14 or Effective Date of Plan of Adjustment |
| Riverbend Properties / Mike Curris | 14700 Mack., Detroit MI 48215 | 18633 Mack Ave., Detroit MI 48209 | Earlier of 12/31/14 or Effective Date of Plan of Adjustment |
| Tower Center / John Cromer | 15400 Grand River, Detroit MI 48227 | 15400 Grand River, Detroit MI 48227 | Earlier of 12/31/14 or Effective Date of Plan of Adjustment |

## CERTIFICATE OF SERVICE

      I, Heather Lennox, hereby certify that the foregoing Notice of Consensual Extension of the Time to Assume or Reject Certain Unexpired Leases of Nonresidential Real Property was filed and served via the Court's electronic case filing and noticing system on this 26th day of June, 2014.

                                              /s/ Heather Lennox