

# SQUIRE ◯
## PATTON BOGGS

Squire Patton Boggs (US) LLP
221 E. Fourth St., Suite 2900
Cincinnati, Ohio 45202

O  +1 513 361 1200
F  +1 513 361 1201
squirepattonboggs.com

Stephen D. Lerner
T  +1 513 361 1220
Stephen.Lerner@squirepb.com

June 24, 2014

VIA EMAIL

The Honorable Steven W. Rhodes
United States Bankruptcy Court
Eastern District of Michigan
Southern Division
211 West Fort Street, Suite 1800
Detroit, Michigan 48226

Re:   **In re City of Detroit, Michigan, Chapter 9 Case No. 13-53846**

Dear Judge Rhodes,

Attached please find the invoice of Squire Patton Boggs (US) LLP for services rendered in May 2014 to Marti Kopacz in her capacity as the Court appointed expert.

Very truly yours,

Stephen D. Lerner

SDL/cb

Enclosure

cc:   Martha E. M. Kopacz

44 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

# SQUIRE PATTON BOGGS (US) LLP

Martha Kopacz  
Martha E.M. Kopacz  
Senior Managing Director  
Suite 605 N  
10 Post Office Square  
Boston, Massachusetts 02109

Invoice Number: 8867154  
Invoice Date: 06/23/14  
Matter Number: 112677.00001

**City of Detroit**

## INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 26,495.00 |
| Less Discount on Services: | $ (2,649.50) |
| Disbursements: | $ 1,004.37 |
| **Amount Due for this Invoice:** | **$ 24,849.87** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire Patton Boggs (US) LLP | Squire Patton Boggs (US) LLP | Scott A. Kane |
| P.O. Box 643051 | US Bank | Suite 2900 |
| Cincinnati, OH 45264 | 425 Walnut St. Cincinnati, OH 45264 | 221 E. Fourth Street |
| Phone: 216.687.3400 | Bank Routing #042000013 | Cincinnati, OH 45202 |
| Fax: 216.687.3401 | Bank Account #576762314 | United States |
| | | Phone: +1.513.361.1200 |
| | For Wires outside the US: | Fax: +1.513.361.1201 |
| | US Bank, USA | email: Scott.Kane@squirepb.com |
| | SWIFT Code: USBKUS44IMT | |
| | Bank Account #576762314 | |

Please Include Reference Number 8867154.112677 with all Payments  
Tax Identification Number 34-0648199

# SQUIRE PATTON BOGGS (US) LLP

Martha Kopacz  
Martha E.M. Kopacz  
Senior Managing Director  
Suite 605 N  
10 Post Office Square  
Boston, Massachusetts 02109

Invoice Number: 8867154  
Invoice Date: 06/23/14  
Matter Number: 112677.00001

## REMITTANCE COPY

**City of Detroit**

| INVOICE SUMMARY | |
|---|---:|
| Fees: | $ 26,495.00 |
| Less Discount on Services: | $ (2,649.50) |
| Disbursements: | $ 1,004.37 |
| **Amount Due for this Invoice:** | **$ 24,849.87** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire Patton Boggs (US) LLP<br>P.O. Box 643051<br>Cincinnati, OH 45264<br>Phone: 216.687.3400<br>Fax: 216.687.3401 | Squire Patton Boggs (US) LLP<br>US Bank<br>425 Walnut St. Cincinnati, OH 45264<br>Bank Routing #042000013<br>Bank Account #576762314<br><br>**For Wires outside the US:**<br>US Bank, USA<br>SWIFT Code: USBKUS44IMT<br>Bank Account #576762314 | Scott A. Kane<br>Suite 2900<br>221 E. Fourth Street<br>Cincinnati, OH 45202<br>United States<br>Phone: +1.513.361.1200<br>Fax: +1.513.361.1201<br>email: Scott.Kane@squirepb.com |

Please Include Reference Number 8867154.112677 with all Payments  
Tax Identification Number 34-0648199

SQUIRE PATTON BOGGS (US) LLP

112677.00001

06/23/14  Martha Kopacz / City of Detroit

Page 1  Invoice Number: 8867154

## CITY OF DETROIT

| LEGAL SERVICES | | | |
|---|---|---|---|
| DATE | HOURS | TIMEKEEPER | NARRATIVE |
| 05/06/14 | 0.30 | S. Lerner | Update telephone call with M. Kopacz. |
| 05/07/14 | 0.30 | S. Lerner | Emails with M. Kopacz regarding letter to J. Rhodes regarding clarification on confidentiality and retention of counsel. |
| 05/08/14 | 0.50 | A. Simon | Review docket for entries related to court appointment of M. Kopacz (.3); read, analyze and circulate same to S. Lerner (.2). |
| 05/12/14 | 1.20 | S. Lerner | Telephone call with M. Kopacz regarding approval of engagement, confidentiality issues and process (.3); conference with S. Kane regarding assistance (.4); review materials provided by M. Kopacz on assessment approach (.5). |
| 05/12/14 | 1.50 | A. Simon | Review docket and review and analyze all pleadings related to discovery matters, confidentiality, etc. (1.1); report to S. Lerner and S. Kane related to same (.4). |
| 05/13/14 | 0.50 | S. Kane | Review materials related to appointment of expert, confidentiality orders, and other issues (.4); communications with S. Lerner (Squire) (.1). |
| 05/13/14 | 1.90 | S. Lerner | Telephone call with H. Lennox (Jones Day) regarding process issues including retention, confidentiality and related matters (.2); emails and telephone call with M. Kopacz regarding H. Lennox (Jones Day) discussion and status; telephone call with chambers regarding retention and fee application questions (.4); conference call with J. Rhodes and M. Kopacz regarding scope of legal representation, process related issues, confidentiality and related matters (.5); follow up telephone call with M. Kopacz (.2); review materials provided by M. Kopacz regarding questions on process and confidentiality (.6). |
| 05/14/14 | 1.00 | S. Kane | Review materials related to order of appointment concerning sharing of materials, confidentiality, and production of materials in connection with written report (.4); telephone conference with M. Kopacz and team as well as S. Lerner (Squire) regarding discovery issues and responding to questions from expert (.6). |
| 05/14/14 | 2.60 | S. Lerner | Conference S. Kane regarding status (.6); conference call with M. Kopacz, Phoenix Management |

SQUIRE PATTON BOGGS (US) LLP

06/23/14
Page 2

112677.00001
Martha Kopacz / City of Detroit
Invoice Number: 8867154

| | | | |
|---|---|---|---|
| | | | team and S. Kane regarding questions on expert investigation process, document logging and compliance with order appointing expert (.6); review 4th amended disclosure statement excerpts that implicate expert analysis and testimony (1.4). |
| 05/14/14 | 2.00 | A. Simon | Listen to recording of Monday's court hearing regardin retention of counsel for M. Kopacz and prepare and circulate copy of transcript order form (1.4); local rules research (.4); discuss matter briefly with S. Lerner (.2). |
| 05/15/14 | 0.40 | S. Kane | Review communications from counsel for City concerning sharing of materials, confidentiality issues, and access to deposition transcripts (.2); communications to S. Lerner (Squire) regarding information sharing and deposition transcript issues (.2). |
| 05/15/14 | 0.40 | S. Lerner | Emails with M. Kopacz, S. Kane and D. Moss (Jones Day) regarding document production and depositions. |
| 05/22/14 | 0.20 | S. Kane | Review proposed correspondence concerning format for E&Y model (.1); communications with S. Lerner regarding discovery and form of production comments for inclusion in communication (.1). |
| 05/22/14 | 0.50 | S. Lerner | Review and comment on draft email from M. Kopacz to K. Orr and Detroit professionals regarding failure to receive native version of E&Y model (.3); emails with M. Kopacz regarding same (.2). |
| 05/23/14 | 0.50 | S. Kane | Revise draft correspondence to judge; communications to S. Lerner (Squire) regarding litigation and discovery issues. |
| 05/23/14 | 2.30 | S. Lerner | Telephone call with M. Kopacz regarding status of discovery and efforts to resolve E&Y model dispute (.2); review and analyze pleadings filed by Objector Members of DTEC and City regarding discovery issues and request to modify discovery and trial schedule (.6); prepare letter to Judge Rhodes regarding E&Y model issue (.7); telephone call with M. Kopacz regarding draft letter to Judge Rhodes (.2); send letter to Judge Rhodes; telephone calls with G. Stewart and D. Heiman (Jones Day) regarding letters filed with court (.4); follow up emails with M. Kopacz regarding same (.2). |
| 05/24/14 | 0.30 | S. Kane | Email correspondence with S. Lerner (Squire) regarding discovery issues and access to financial model by independent expert. |
| 05/24/14 | 0.40 | S. Lerner | Telephone call with M. Kopacz regarding E&Y model and status (.3); emails with S. Kane regarding same (.1). |
| 05/25/14 | 0.20 | S. Kane | Email correspondence with S. Lerner (Squire) regarding timing and form of production of financial |

SQUIRE PATTON BOGGS (US) LLP

06/23/14

Page 3

112677.00001

Martha Kopacz / City of Detroit

Invoice Number: 8867154

| Date | Hours | Attorney | Description |
|---|---|---|---|
| | | | model, potential impact on deadlines, and issues related to coordination with counsel for City and hearing on letter request. |
| 05/27/14 | 1.30 | S. Kane | Telephone conference with M. Kopacz (Phoenix Management) and S. Lerner (Squire) regarding open information request to City and legal counsel (.5); preparation for hearing, and outreach to Jones Day in effort to resolve additional information issues (.2); email correspondence with M. Kopacz regarding information requests and issues related to schedule (.1); multiple emails with G. Stewart (Jones Day) regarding responses to requests by experts for information concerning financial model and other issues (.5). |
| 05/27/14 | 3.30 | S. Lerner | Conference call with M. Kopacz, B. Gleason and S. Kane regarding Phoenix Management review of E&Y models, outstanding document issues and related matters (1.0); conference call with S. Kane and G. Stewart (Jones Day) regarding status and efforts to resolve document and information issues (.2); prepare for hearing(1.7); review pleadings related to plan confirmation scheduling and document issues (.4). |
| 05/28/14 | 8.40 | S. Lerner | Travel to Detroit for hearing (1.7 - billed at 50%); meeting with M. Kopacz regarding hearing preparation (.4); attend hearing on issues related to document request and potential need for additional time for M. Kopacz to complete expert report (1.7); follow up discussions with M. Kopacz and G. Stewart (Jones Day) regarding document requests (1.0); follow up meeting with M. Kopacz regarding document issues and related matters (.8); travel to Cincinnati (2.1 -- billed at 50%); email update to S. Kane (.2); review pleadings (.5). |
| 05/29/14 | 0.50 | S. Kane | Multiple communications with client regarding information request and strategy for request to City and Jones Day. |
| 05/29/14 | 0.90 | S. Lerner | Review email from Phoenix Management to Conway MacKenzie regarding follow up on request for reconciliation of models (.2); review pleadings regarding information requests (.5); emails with M. Gaul regarding communications with Jones Day on document requests (.2). |
| 05/30/14 | 0.30 | S. Kane | Email correspondence with M. Kopacz and team, as well as S. Lerner (Squire) regarding discovery issues and potential impact on report schedule. |
| 05/30/14 | 0.90 | S. Lerner | Emails and telephone calls with G. Stewart and M. Gaul regarding document production and IT issues and efforts to resolve (.6); follow up emails with M. Kopacz (.2); forward emails to client team from Jones Day with production information (.1). |

**TOTAL SERVICES:** $ 26,495.00

SQUIRE PATTON BOGGS (US) LLP

06/23/14

Page 4

112677.00001

Martha Kopacz / City of Detroit

Invoice Number: 8867154

## TIME SUMMARY

| TIMEKEEPER | HOURLY RATE | HOURS | TOTAL |
|---|---|---|---|
| S. Kane | 575.00 | 5.20 | 2,990.00 |
| S. Lerner | 925.00 | 23.40 | 21,645.00 |
| A. Simon | 465.00 | 4.00 | 1,860.00 |
| TOTAL SERVICES: | | 32.60 | $26,495.00 |

## DISBURSEMENT SUMMARY

| | | |
|---|---|---|
| Travel | VENDOR: Stephen D. Lerner; INVOICE#: 05282014; DATE: 5/28/2014 - cin-travel to Detroit, MI to attend City of Detroit bankriuptcy hearing | 913.00 |
| Printing/duplicating-in-house | | 17.46 |
| Telephone | | 73.91 |
| TOTAL DISBURSEMENTS: | | $1,004.37 |

SQUIRE PATTON BOGGS (US) LLP

06/23/14  
Page 5

112677.00001  
Martha Kopacz / City of Detroit  
Invoice Number: 8867154

## MATTER TOTAL

| | |
|---|---|
| SUBTOTAL SERVICES: | $ 26,495.00 |
| LESS 10.0% DISCOUNT: | $ (2,649.50) |
| SERVICES LESS DISCOUNT: | $ 23,845.50 |
| TOTAL DISBURSEMENTS: | $ 1,004.37 |
| TOTAL AMOUNT DUE FOR THIS MATTER: | $ 24,849.87 |

### PREVIOUS INVOICES OUTSTANDING AS OF THIS DATE

| Invoice Number | Invoice Date | Amount Billed | Amount Paid | Balance Due |
|---|---|---|---|---|
| TOTAL: | | | | $ 0.00 |