**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

|  |  |
|---|---|
| In re: | ) Chapter 9 |
| | ) |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| | ) |
| Debtor. | ) Hon. Steven W. Rhodes |
| | ) |

## NOTICE OF WITHDRAWAL OF DOCKET NUMBER 5583

**PLEASE TAKE NOTICE** that Syncora Guarantee Inc. and Syncora Capital Assurance Inc. hereby withdraw without prejudice *Syncora Guarantee Inc. and Syncora Capital Assurance Inc.* Ex Parte *Motion to Extend the Voting Deadline* [Docket No. 5583], filed on June 25, 2014.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: June 26, 2014  Respectfully submitted,

**KIRKLAND & ELLIS LLP**

By: */s/ Ryan Blaine Bennett*

James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

- and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone:  (248) 646-5070
Facsimile:   (248) 646-5075

*Attorneys for Syncora Guarantee Inc. and*
*Syncora Capital Assurance Inc.*