UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | Hon. Gerald E. Rosen |

## ORDER TO APPEAR FOR CONTINUED
## MEDIATION ON "COPs" MATTERS

**TO:** The City of Detroit
Syncora Capital Assurance, Inc.
Syncora Guarantee, Inc.
Berkshire Hathaway Reinsurance Group
Wilmington Trust Company, National Association, as successor to U.S.
    Bank National Association, as Trustee and Contract Administrator
EEPK Bank and its affiliates
Ad Hoc COP Holders (Dexia Credit Local, Dexia Holdings, Inc.,
    Norddeutsche Landesbank Covered Finance Bank, S.A.)
Financial Guaranty Insurance Co.

Attorneys for the above-identified parties are hereby ordered to appear for continued mediation on COPs-related matters, **Monday, June 30, 2014 at 12:00 p.m.** in Room 722 of the Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.

    SO ORDERED.

                                             s/ Gerald E. Rosen
                                             United States District Chief Judge,
                                             Judicial Mediator

Dated: June 26, 2014