**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

## NOTICE OF FILING OF FE MONTHLY INVOICE [MAY 2014]

**PLEASE TAKE NOTICE** that, pursuant to paragraph 27 of the Court's Fee Review Order dated September 11, 2013 (Docket No. 810), Robert M. Fishman, the Court appointed fee examiner in the above-captioned case ("Fee Examiner"), caused to be filed the attached monthly invoice of the Fee Examiner Parties, which (i) requests an aggregate amount of $103,428.90 in fees and $1,147.51 in expenses, and (ii) consists of detailed statements of the fees and expenses requested for the month of May 2014 by (A) the Fee Examiner (*see* Exhibit A, requesting $41,591.40 in fees and $1,038.29 in expenses), (B) counsel to the Fee Examiner (*see* Exhibit B, requesting $46,215.10 in fees and $96.77 in expenses), and (C) the financial advisor to the Fee Examiner (*see* Exhibit C, requesting $15,622.40 in fees and $12.45 in expenses), a true copy of which is herewith served upon you.

Robert M. Fishman, Fee Examiner

Dated: June 26, 2014

By: /s/ Peter J. Roberts
    One of his attorneys

Peter J. Roberts
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151 telephone
proberts@shawfishman.com

## CERTIFICATE OF SERVICE

Peter J. Roberts, an attorney, certifies that he caused a true copy of the foregoing **Notice Of Filing Of FE Monthly Invoice** to be served pursuant to the Court's CM/ECF System on this 26th day of June, 2014.

/s/ Peter J. Roberts

{10661-001 NTC A0378077.DOCX}

# EXHIBIT A

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 14683
May 31, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 5/31/2014

## Please include Invoice Number with Payment

| | | |
|---|---:|---:|
| Previous Balance | | 101,470.23 |
| Payments | | -23,691.03 |
| Balance Forward | | 77,779.20 |
| Current Fees | 41,591.40 | |
| Current Disbursements | 1,038.29 | |
| Total Current Charges | | 42,629.69 |
| **Total Due** | | **120,408.89** |

### Open Invoices

| Invoice Date | Invoice Number | | Original Amount | Payments and Credits | Balance |
|---|---|---|---:|---:|---:|
| 08/31/13 | 11516 | | 28,407.85 | 24,276.85 | 4,131.00 |
| 09/30/13 | 12044 | | 16,389.35 | 14,084.60 | 2,304.75 |
| 10/31/13 | 12414 | | 9,300.00 | 7,905.00 | 1,395.00 |
| 12/31/13 | 12978 | | 24,540.00 | 20,859.00 | 3,681.00 |
| 01/31/14 | 13352 | | 13,200.00 | 11,220.00 | 1,980.00 |
| 02/28/14 | 13624 | | 45,979.20 | 39,082.32 | 6,896.88 |
| 02/28/14 | 13792 | | 27,871.80 | 23,691.03 | 4,180.77 |
| 03/31/14 | 14118 | | 27,501.00 | 0.00 | 27,501.00 |
| 04/30/14 | 14290 | | 25,708.80 | 0.00 | 25,708.80 |
| | | **Totals** | **218,898.00** | **141,118.80** | **77,779.20** |

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| Robert Fishman as Detroit Fee Examiner | May 31, 2014 |
|---|---|
| I.D. 10661-002 - RMF | Invoice 14683 |
| Re: Robert Fishman | |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/04/14 | RMF | Reviewed and revised inserts for October and November Final Monthly Reports. | 3.10 | 618.00 | 1,915.80 |
| 05/05/14 | RMF | Reviewed and revised inserts for, and text of, October, November and December Final Monthly Reports (8.7). Numerous email and conversations with members of the team respecting certain invoices and issues raised thereby (1.1). Spoke to J. Ellman re Jones Day invoices (.8). | 10.60 | 618.00 | 6,550.80 |
| 05/06/14 | RMF | Reviewed and revised several drafts of Second Interim Fee Application for Fee Examiner Parties (1.1). Discussed same with A. Hudson (.1). Reviewed and revised inserts for, and text of, October, November and December Final Monthly Reports (3.2). Numerous email and conversations with members of the team respecting certain invoices and issues raised thereby (.7). Reviewed letter from Jones Day re Segal invoices (.2). Spoke to A. Hudson re same (.1). Spoke to J. Ellman re Jones Day invoice issues and Segal invoices (.4). Drafted Second Quarterly Report of Fee Examiner (1.6). Spoke to P. Roberts (.1) and A. Hudson (.1) re same. Further review of and revisions to Second Quarterly Report (1.7). | 9.30 | 618.00 | 5,747.40 |
| 05/07/14 | RMF | Began drafting EY July-September 2013 Final Monthly Report, reviewing numerous emails and exhibits respecting the same (3.1). Spoke to P. Roberts re same (.1). | 3.20 | 618.00 | 1,977.60 |
| 05/08/14 | RMF | Spoke to R. Kilpatrick re DWSD Motion to Modify Fee Review Order (.2). Reviewed, revised and finalized 11 January Preliminary Reports and related materials and emailed same to applicable firms (6.2). | 6.40 | 618.00 | 3,955.20 |
| 05/12/14 | RMF | Reviewed and revised Milliman and Conway draft January Preliminary Reports and Spreadsheets. | 1.20 | 618.00 | 741.60 |
| 05/13/14 | RMF | Reviewed J. Ellman emails re Asset and Mediation categories in Jones Day invoices (.1). Discussed same with D. Doyle (.1). Exchanged emails with J. Ellman re same (.2). Reviewed and revised Fee Examiner and Shaw Fishman April Detailed Statements of Services Rendered (1.1). | 1.50 | 618.00 | 927.00 |
| 05/14/14 | RMF | Began reviewing February invoices. | 1.70 | 618.00 | 1,050.60 |
| 05/15/14 | RMF | Spoke to J. Ellman re DWSD Motion to add Bond Trustee to Fee Review Process and Plan treatment of Fee Review Process (.6). Reviewed, revised and finalized January Preliminary Reports and spreadsheets for EY and Conway and transmitted same (.8). | 1.40 | 618.00 | 865.20 |
| 05/16/14 | RMF | Reviewed, revised and finalized January Preliminary Reports for | 3.80 | 618.00 | 2,348.40 |

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | | May 31, 2014 |
| I.D. 10661-002 - RMF | | | | | Invoice 14683 |
| Re: Robert Fishman | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Dykema and KCC, and transmitted same (1.1). Reviewed February invoices (2.7). | | | |
| 05/17/14 | RMF | Reviewed February invoices. | 1.60 | 618.00 | 988.80 |
| 05/19/14 | RMF | Continued review of February invoices. | 2.10 | 618.00 | 1,297.80 |
| 05/20/14 | RMF | Continued review of February invoices. | 2.30 | 618.00 | 1,421.40 |
| 05/21/14 | RMF | Finished review of February invoices. | 3.20 | 618.00 | 1,977.60 |
| 05/27/14 | RMF | Revised, finalized and transmitted February Preliminary Reports (2.1). Spoke to D. Doyle re questions respecting Jones Day February Report (.1). Reviewed various pleadings and orders in preparation for tomorrow's hearing (.9). | 3.10 | 618.00 | 1,915.80 |
| 05/27/14 | RMF | Travel time - Flew from Chicago to Detroit to attend hearing on DWSD Motion to Modify Fee Review Order (delays on account of bad weather). | 5.00 | 309.00 | 1,545.00 |
| 05/28/14 | RMF | Travel time - Flew from Detroit to Chicago after attending hearing on DWSD Motion to Modify Fee Review Order. | 3.40 | 309.00 | 1,050.60 |
| 05/28/14 | RMF | Attended hearing on DWSD Motion to Modify Fee Review Order and the remainder of the morning court session. | 2.50 | 618.00 | 1,545.00 |
| 05/29/14 | RMF | Discussed hearing and Order Amending Fee Review Order with P. Roberts (.3). Made suggested revisions thereto (.6). Spoke to J. Ellman re DWSD hearing from yesterday (.5). Detailed review of Fee Review Order in preparation for call with US Bank and DWSD (.7). Participated in conference call with representatives of DWSD, the City and US Bank to discuss implementation of Amended Fee Review Order (.6). | 2.70 | 618.00 | 1,668.60 |
| 05/30/14 | RMF | Reviewed, revised and finalized additional February Preliminary Reports and transmitted them to the respective professionals. | 3.40 | 618.00 | 2,101.20 |
| | | **Total Fees** | **71.50** | | **41,591.40** |

| | **Disbursements** | | |
|---|---|---|---|
| Date | Description | | Amount |
| 05/05/14 | Photocopy; Report (J. Hampton) | 1438 @ 0.10 | 143.80 |
| 05/06/14 | Photocopy; Report (J. Hampton) | 557 @ 0.10 | 55.70 |
| 05/28/14 | Travel; Airfare - Detroit - Attend Hearing on DWSD Motion to Amend Fee (RMF); Robert M. Fishman | | 427.00 |
| 05/28/14 | Travel; Ground Transportation - Detroit - Attend Hearing on DWSD Motion to Amend Fee (RMF); Robert M. Fishman | | 112.00 |
| 05/28/14 | Travel; Hotel - Detroit - Attend Hearing on DWSD Motion to Amend Fee (RMF); Robert M. Fishman | | 212.75 |
| 05/28/14 | Working Meals; Meals - Detroit - Attend Hearing on DWSD Motion to Amend Fee (RMF); Robert M. Fishman | | 50.04 |
| 05/28/14 | Parking/Taxi; Parking at O'Hare - Travel to Detroit - Attend Hearing on DWSD Motion to Amend Fee (RMF); Robert M. Fishman | | 37.00 |

| | |
|---|---|
| Robert Fishman as Detroit Fee Examiner | May 31, 2014 |
| I.D. 10661-002 - RMF | Invoice 14683 |
| Re: Robert Fishman | |

| Date | Description | Amount |
|---|---|---|
| | **Total Disbursements** | **1,038.29** |
| | **Total Fees and Disbursements** | **42,629.69** |
| | **Total Current Charges** | **42,629.69** |
| | Balance Forward | 77,779.20 |
| | **Total Amount Due** | **120,408.89** |

# EXHIBIT B

{10661-001 MSC A0356207.DOCX}

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 14684
May 31, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-001 - RMF

Re: Chapter 9 case

For Services Rendered Through 5/31/2014

## Please include Invoice Number with Payment

| | | |
|---|---:|---:|
| Previous Balance | | 164,104.47 |
| Payments | | -38,017.20 |
| Balance Forward | | 126,087.27 |
| Current Fees | 46,215.10 | |
| Current Disbursements | 96.77 | |
| Total Current Charges | | 46,311.87 |
| **Total Due** | | **172,399.14** |

## Open Invoices

| Invoice Date | Invoice Number | | Original Amount | Payments and Credits | Balance |
|---|---|---|---:|---:|---:|
| 08/31/13 | 11728 | | 14,028.70 | 11,392.67 | 2,636.03 |
| 09/30/13 | 12045 | | 7,662.77 | 6,442.57 | 1,220.20 |
| 10/31/13 | 12413 | | 30,352.80 | 25,832.77 | 4,520.03 |
| 12/31/13 | 12979 | | 51,396.80 | 43,690.40 | 7,706.40 |
| 01/31/14 | 13351 | | 37,702.39 | 32,125.99 | 5,576.40 |
| 02/28/14 | 13625 | | 71,014.86 | 60,374.82 | 10,640.04 |
| 02/28/14 | 13793 | | 44,703.88 | 38,017.20 | 6,686.68 |
| 03/31/14 | 14117 | | 40,290.80 | 0.00 | 40,290.80 |
| 04/30/14 | 14291 | | 46,810.69 | 0.00 | 46,810.69 |
| | | **Totals** | **343,963.69** | **217,876.42** | **126,087.27** |

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| | |
|---|---|
| Robert Fishman as Detroit Fee Examiner | May 31, 2014 |
| I.D. 10661-001 - RMF | Invoice 14684 |
| Re: Chapter 9 case | |

| | | | Fees | | |
|---|---|---|---|---|---|

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/14 | PJR | Telephone conference with S. Toby of Dykema Gossett regarding Dykema invoices and related fee matters (.3); further review and analysis of revised Dykema invoices for July through December (1.6); exchange e-mails with J. Chang (Dykema) regarding necessary revisions (.6). | 2.50 | 419.00 | 1,047.50 |
| 05/01/14 | PJR | Review EY December resolution comments and spreadsheet (.7); telephone conference with W. Flick on same (.2); follow up e-mail exchange with W. Flick on same (.4). | 1.30 | 419.00 | 544.70 |
| 05/01/14 | GEG | Review email with revised and redacted December invoice from J. Kusch (Pepper Hamilton) | 0.20 | 347.00 | 69.40 |
| 05/01/14 | DRD | Communications with Lazard (.3), Brooks Wilkins (.2), Jones Day (.2), and Dentons (.2) regarding gathering information needed for final report; draft final report inserts for Jones Day for November 2013 and December 2013 (1.7); draft final report inserts for Dentons for October 2013 and November 2013 (2.6) | 5.20 | 267.00 | 1,388.40 |
| 05/02/14 | IB | Review response and revised invoice for Miller Buckfire December 2013 preliminary report (.6); prepare final report insert (.3); review draft insert (.1). | 1.00 | 434.00 | 434.00 |
| 05/02/14 | PJR | Exchange e-mails with W. Flick (LW) regarding EY September final invoice. | 0.20 | 419.00 | 83.80 |
| 05/02/14 | PJR | Review and revise final monthly reports for Segal for November and December (.3); review Segal January preliminary report and spreadsheet (.3); e-mails to A. Hudson on same (.2). | 0.80 | 419.00 | 335.20 |
| 05/02/14 | PJR | Review and revise updated Dykema invoices for July through December (.5); exchange e-mails with J. Chang on same (.2); draft and edit final monthly reports on Dykema for July-December (1.6). | 2.30 | 419.00 | 963.70 |
| 05/02/14 | GEG | Phone call with Stacy Fox (Deputy Emergency Manager) regarding Miller Canfield fee arrangement | 0.10 | 347.00 | 34.70 |
| 05/02/14 | PJR | Review and revise Fee Examiner 4Q 2013 Fee Application. | 0.80 | 419.00 | 335.20 |
| 05/02/14 | DRD | Communications with Lazard regarding redacted invoices (.1); memorandum communication to R. Fishman regarding status of preliminary reports for January 2014 and 2d quarter 2013 final reports (.8); review and revise Dentons final report inserts (.3); prepare and revise Lazard final report inserts (.4); review and revise Dentons, Jones Day, Brooks Wilkins and Lazard preliminary reports for January 2014 (.6) | 2.20 | 267.00 | 587.40 |
| 05/02/14 | MSR | Draft final monthly statements for Pepper Hamilton, KCC, Foley, and Ottenwess. | 2.70 | 267.00 | 720.90 |

## Shaw Fishman Glantz & Towbin LLC

Robert Fishman as Detroit Fee Examiner
I.D. 10661-001 - RMF
Re: Chapter 9 case

May 31, 2014
Invoice 14684

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 05/03/14 | GEG | Review email and revised December invoice from M. Hausman (Conway) (.1) and follow up email correspondence with R. Fishman and M. McMickle regarding same (.1); email correspondence with A. Hudson regarding Miller Canfield revised December invoice and preparation of December monthly report excerpt (.1) | 0.30 | 347.00 | 104.10 |
| 05/04/14 | AH | Draft November and December final report excerpts for Miller Canfield (1.0); revise second interim fee application and draft notice, proposed order and certificates of service (.9). | 1.90 | 248.00 | 471.20 |
| 05/04/14 | GEG | Review and edit Miller Canfield November and December final monthly report excerpts, including review of email correspondence regarding Miller Canfield modified fee arrangement and resolution of court appearance time (.8) and email correspondence with A. Hudson regarding same (.2); draft Conway MacKenzie November and December final monthly report excerpts (1.0) and email correspondence with R. Fishman and M. McMickle regarding same (.2); email correspondence with R. Fishman regarding status of January preliminary reports (.1); review and edit draft Miller Canfield section of October monthly report and email correspondence with A. Hudson regarding same (.3); review and edit spreadsheet for Miller Canfield January invoice (.8) and email correspondence with A. Hudson regarding same (.2); email correspondence with M. Reiser regarding Pepper Hamilton preliminary report and review spreadsheet (.1) | 3.70 | 347.00 | 1,283.90 |
| 05/04/14 | PJR | Exchange e-mails with R. Fishman on EY and Dykema report issues. | 0.20 | 419.00 | 83.80 |
| 05/04/14 | PJR | Review final 4Q monthly reports for Foley and KCC and M. Reiser emails on same. | 0.20 | 419.00 | 83.80 |
| 05/05/14 | IB | Review and revise draft insert for Milliman November 2013 final report | 0.20 | 434.00 | 86.80 |
| 05/05/14 | IB | Review responses and revised invoices and spreadsheets for November and December 20143 Preliminary Reports from Brooks Wilkins. | 0.80 | 434.00 | 347.20 |
| 05/05/14 | IB | Phone call with M. Wilkins and D. Doyle re: Brooks Wilkins responses to November and December 2013 Preliminary Reports. | 0.50 | 434.00 | 217.00 |
| 05/05/14 | IB | Revise final report draft inserts for Dentons October/November 2013 and Brooks Wilkins October/November/December 2013. | 0.70 | 434.00 | 303.80 |
| 05/05/14 | AH | Draft Milliman final November report, locating and sending final invoices of all Professionals for printing and creating of Quarterly Report exhibits, drafting summary charts for Professionals' billed amounts for use in Second Quarterly Report (3.0); compiling exhibits for Quarterly Report (.5); revising consolidated comments for review of Miller Canfield invoice and drafting preliminary report (.4); updating fee application in accordance with comments from R. Fishman (.3). | 4.20 | 248.00 | 1,041.60 |
| 05/05/14 | PJR | Confer with and exchange e-mails with A. Hudson regarding Fee Examiner Quarterly Fee Application and associated issues (.3); review current drafts of same (.4). | 0.70 | 419.00 | 293.30 |

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | | May 31, 2014 |
| I.D. 10661-001 - RMF | | | | | Invoice 14684 |
| Re: Chapter 9 case | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/05/14 | PJR | Review and analysis of EY January invoice. | 3.70 | 419.00 | 1,550.30 |
| 05/05/14 | DRD | Revise Jones Day inserts for preliminary reports (.7); prepare for (.3) and conduct call (.4) with M. Wilkins regarding Brooks Wilkins invoices for November and December 2013; draft and revise Brooks Wilkins invoices for October through December 2013 (1.8); revise Dentons invoices (.3); confer with Lazard regarding redaction issues (.2) and confer with R. Fishman regarding status of case (.1). | 3.80 | 267.00 | 1,014.60 |
| 05/05/14 | GEG | Review and comment on Conway MacKenzie January invoice review spreadsheet (1.3); email correspondence with M. McMickle regarding December invoice resolution discussions (.1) | 1.40 | 347.00 | 485.80 |
| 05/06/14 | IB | Complete revision to Dentons, Brooks Wilkins final report inserts (.3) and review changes with D. Doyle (.1) | 0.40 | 434.00 | 173.60 |
| 05/06/14 | IB | Review R. Fishman drafts of October, November & December 2013 final reports (.5); meet with R. Fishman to review suggested changes (.1) | 0.60 | 434.00 | 260.40 |
| 05/06/14 | AH | Revising November/December final reports to include information on professionals that submitted invoices in timely fashion (.7); consolidating late revised invoice submissions, printing and adding to final report exhibits (.2); discussion with J. Hampton re filing size and preparing exhibits for second quarterly report (.1); continue compiling exhibits for Quarterly Reports (.4); finalizing second fee application exhibits (.5); double checking calculations and report summaries for Second Quarterly Report (1.3); adding up reductions over application period for use in second fee application (.3); updating Second Quarterly Report summaries for total fees billed since Petition Date (.6). | 4.10 | 248.00 | 1,016.80 |
| 05/06/14 | PJR | Exchange e-mails with W. Flick on outstanding EY issues. | 0.30 | 419.00 | 125.70 |
| 05/06/14 | PJR | Confer with R. Fishman regarding 4Q 2013 final monthly reports and related issues (.5); review and revise drafts of October, November and December monthly reports (1.9); confer with A. Hudson regarding completion on 4Q 2013 Quarterly Report and related issues (.6); review and revise Quarterly Report and coordinate associated attachments (2.9). | 5.90 | 419.00 | 2,472.10 |
| 05/06/14 | PJR | Review draft December final report on KCC (.1); exchange e-mails with M. Reiser on same (.1). | 0.20 | 419.00 | 83.80 |
| 05/06/14 | PJR | Brief review of Segal March invoice (.1); review and consider letter of J. Ellman (Jones Day) regarding City objections to Segal bill (.2); exchange e-mails with A. Hudson on same (.1). | 0.40 | 419.00 | 167.60 |
| 05/06/14 | PJR | Review revised drafts of Fee Examiner quarterly fee application and related notice, proposed order and Certificate of Service (.7); exchange e-mails with A. Hudson on same (.2). | 0.90 | 419.00 | 377.10 |
| 05/06/14 | DRD | Revise Dentons (.6) and Brooks Wilkins (.8) inserts for final report for November-December 2013; communications with R. Fishman and I. Bodenstein regarding same (.3); communications with Lazard regarding invoices (.1); final review and revision of all final reports | 3.40 | 267.00 | 907.80 |

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | | May 31, 2014 |
| I.D. 10661-001 - RMF | | | | | Invoice 14684 |
| Re: Chapter 9 case | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | inserts for Jones Day, Dentons, Brooks Wilkins, and Lazard (1.6). | | | |
| 05/06/14 | GEG | Review email and Conway billing analysis from M. Hausman | 0.20 | 347.00 | 69.40 |
| 05/07/14 | PJR | Exchange e-mails with R. Fishman regarding EY and Dykema January preliminary reports (.2); follow up conference with R. Fishman on same (.1). | 0.30 | 419.00 | 125.70 |
| 05/08/14 | IB | Email to R. Fishman re: Milliman response to our request for further information for time entries of less than 1 hour total for the month for a professional. | 0.20 | 434.00 | 86.80 |
| 05/08/14 | GEG | Continue review of Conway MacKenzie January invoice and edits to review spreadsheet | 1.30 | 347.00 | 451.10 |
| 05/08/14 | PJR | Brief review of EY responses to Fee Examiner report comments for 4Q 2013 (.2); exchange e-mails with W. Flick on same (.1). | 0.30 | 419.00 | 125.70 |
| 05/08/14 | MSR | Review January Invoices of Pepper Hamilton, KCC, and Ottenwess and prepare preliminary reports. | 4.60 | 267.00 | 1,228.20 |
| 05/09/14 | GEG | Review City joinder in DWSD motion to clarify fee review order (.1) and email correspondence with R. Fishman regarding same (.1); complete review of Conway MacKenzie January invoice and edits to review spreadsheet (1.5); draft preliminary report for Conway MacKenzie January invoice (.3) and email correspondence with R. Fishman regarding same (.1) | 2.10 | 347.00 | 728.70 |
| 05/09/14 | PJR | Review EY responses to Fee Examiner narrative inquiries for October, November, December (.3); telephone conference with W. Flick regarding same and redaction issues (.2). | 0.50 | 419.00 | 209.50 |
| 05/10/14 | GEG | Follow up email correspondence with R. Fishman regarding additional comments to possibly raise in Conway January preliminary report | 0.20 | 347.00 | 69.40 |
| 05/12/14 | IB | Review R. Fishman revised draft of Milliman January 2014 Preliminary Report (.2); phone call with R. Fishman re: okay to file (.1) | 0.30 | 434.00 | 130.20 |
| 05/12/14 | PJR | E-mail to J. Chang re Dykema January invoice. | 0.10 | 419.00 | 41.90 |
| 05/12/14 | PJR | Continued review and analysis of EY January invoice. | 2.90 | 419.00 | 1,215.10 |
| 05/12/14 | DRD | Communication with P. Roberts regarding reasonableness standard for amount of time spent comply with Fee Review Order. | 0.10 | 267.00 | 26.70 |
| 05/12/14 | PJR | Confer with A. Hudson regarding corrections to Second Quarterly Report. | 0.10 | 419.00 | 41.90 |
| 05/12/14 | MSR | Review KCC January invoices. | 1.90 | 267.00 | 507.30 |
| 05/13/14 | GEG | Email correspondence with M. McMickle regarding incorporation of R. Fishman comments into Conway January invoice review spreadsheet and preliminary report and related issues (.1); revise preliminary report for Conway January invoice per R. Fishman comments (.2) and email correspondence with R. Fishman regarding same (.1) | 0.40 | 347.00 | 138.80 |
| 05/13/14 | DRD | Communications with J. Ellman (Jones Day) and R. Fishman regarding use of certain invoice categories. | 0.20 | 267.00 | 53.40 |

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | | May 31, 2014 |
| I.D. 10661-001 - RMF | | | | | Invoice 14684 |
| Re: Chapter 9 case | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/13/14 | PJR | Finish review and analysis of EY January invoice (1.4); draft and edit preliminary report on EY January report and edit associated spreadsheet (2.1); exchange e-mails with R. Fishman and M. McMickle on same (.4). | 3.90 | 419.00 | 1,634.10 |
| 05/13/14 | MSR | Review Pepper Hamilton invoices and discuss with G. Gouveia. | 1.50 | 267.00 | 400.50 |
| 05/14/14 | DRD | Confer with R. Fishman regarding Jones Day expenses for February 2014. | 0.10 | 267.00 | 26.70 |
| 05/14/14 | PJR | Review Dykema January invoice. | 0.20 | 419.00 | 83.80 |
| 05/14/14 | MSR | Review Dykema invoices. | 0.90 | 267.00 | 240.30 |
| 05/15/14 | PJR | Review S. Wohl response to Jones Day letter regarding Segal fees. | 0.30 | 419.00 | 125.70 |
| 05/15/14 | GEG | Review R. Fishman email transmitting preliminary report for Conway January invoice and calendar deadline for resolution discussions | 0.10 | 347.00 | 34.70 |
| 05/15/14 | DRD | Communications with M. Wilkins regarding April 2014 invoice. | 0.20 | 267.00 | 53.40 |
| 05/15/14 | PJR | Review and analyze KCC January invoice (1.1); confer with M. Reiser on same (.1); review draft preliminary report on same (.1). | 1.30 | 419.00 | 544.70 |
| 05/15/14 | MSR | Draft resolution comments for Pepper Hamilton. | 1.20 | 267.00 | 320.40 |
| 05/16/14 | PJR | Review and analyze Dykema January invoice (.6); draft preliminary report and spreadsheet on same (.5); exchange e-mails with M. Reiser and R. Fishman on same (.2); edits to report and spreadsheet (.3). | 1.60 | 419.00 | 670.40 |
| 05/16/14 | GEG | Email correspondence with R. Fishman regarding status of preliminary reports and review spreadsheets for Conway, Miller Canfield and Pepper Hamilton February invoices | 0.10 | 347.00 | 34.70 |
| 05/19/14 | PJR | Exchange e-mails with M. McMickle regarding EY 4Q 2013 issues (.3); begin review and analysis of February EY invoice (.6); | 0.90 | 419.00 | 377.10 |
| 05/20/14 | IB | Review Miller Buckfire February 2014 invoice and expense spreadsheet (.8); prepare Preliminary Report and revised spreadsheet to send (.4). | 1.20 | 434.00 | 520.80 |
| 05/20/14 | AH | Review Miller Canfield January Invoice and draft spreadsheet of comments. | 6.00 | 248.00 | 1,488.00 |
| 05/20/14 | PJR | Review revised Dykema January invoice and verify changes in accordance with preliminary report (.3); e-mail to R. Fishman on same (.1). | 0.40 | 419.00 | 167.60 |
| 05/20/14 | PJR | Exchange e-mails with S. Kapila and M. McMickle regarding March invoices (.1); draft and edit Fee Examiner Monthly Invoice for March (.6). | 0.70 | 419.00 | 293.30 |
| 05/20/14 | GEG | Review and comment on Miller Canfield February invoice and incorporate revisions to review spreadsheet | 0.70 | 347.00 | 242.90 |
| 05/20/14 | PJR | Review Segal response to January preliminary report. | 0.30 | 419.00 | 125.70 |
| 05/21/14 | PJR | Exchange e-mails with M. McMickle regarding Kapila March invoice and review same (.1); exchange e-mails with R. Fishman on same (.1); review follow up email correspondence between R. Fishman and S. Kapila on same (.1). | 0.30 | 419.00 | 125.70 |

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | | May 31, 2014 |
| I.D. 10661-001 - RMF | | | | | Invoice 14684 |
| Re: Chapter 9 case | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/22/14 | IB | Review Milliman February 2014 invoice (.3); revise A. Hudson draft of Preliminary Report (.2). | 0.50 | 434.00 | 217.00 |
| 05/22/14 | IB | Review Kilpatrick February 2014 invoice and spreadsheet (.3); revise A. Hudson draft of Preliminary Report (.2) | 0.50 | 434.00 | 217.00 |
| 05/22/14 | AH | Reviewing February invoices and drafting preliminary reports (1.1); correspondence with S. Wohl re Segal February Invoice (.1). | 1.20 | 248.00 | 297.60 |
| 05/22/14 | GEG | Email correspondence with A. Hudson regarding status of Miller Canfield response to January preliminary report and related follow up (.1); email correspondence with M. Reiser regarding status of Pepper Hamilton response to January preliminary report and related follow up (.1). | 0.20 | 347.00 | 69.40 |
| 05/22/14 | PJR | Edits to Fee Examiner March Monthly Invoice. | 0.40 | 419.00 | 167.60 |
| 05/22/14 | PJR | Review email correspondence with S. Wohl regarding Segal February invoice. | 0.10 | 419.00 | 41.90 |
| 05/22/14 | PJR | Exchange emails with W. Flick regarding EY matters. | 0.10 | 419.00 | 41.90 |
| 05/23/14 | AH | Revising February preliminary reports and sending to R. Fishman. | 0.50 | 248.00 | 124.00 |
| 05/23/14 | GEG | Review Jeff Ellman (City) email and attached City verifications approving January monthly invoices of Conway, Miller Canfield and Pepper Hamilton | 0.10 | 347.00 | 34.70 |
| 05/23/14 | PJR | Telephone conference with W. Flick regarding EY invoice issues (.2); e-mail to M. McMickle on same (.1). | 0.30 | 419.00 | 125.70 |
| 05/23/14 | MSR | Review February Invoices for Pepper Hamilton, KCC, and Foley. | 4.40 | 267.00 | 1,174.80 |
| 05/24/14 | GEG | Complete review and editing to Miller Canfield February invoice review spreadsheet (1.5); email to A. Hudson regarding same and preparation of preliminary report (.1) | 1.60 | 347.00 | 555.20 |
| 05/25/14 | GEG | Review and edit review spreadsheet for Conway February invoice (2.4); email correspondence with R. Fishman regarding status of February preliminary report materials for Conway, Miller Canfield and Pepper Hamilton (.1) | 2.50 | 347.00 | 867.50 |
| 05/26/14 | GEG | Complete review and edits to review spreadsheet for Conway February invoice (3.1); draft preliminary report for Conway February invoice (.3); email to R. Fishman regarding same (.1) | 3.50 | 347.00 | 1,214.50 |
| 05/27/14 | IB | Review Denton's spreadsheet for February 2014 Preliminary Report | 0.40 | 434.00 | 173.60 |
| 05/27/14 | AH | Drafting preliminary report for Miller Canfield's February invoice. | 0.30 | 248.00 | 74.40 |
| 05/27/14 | GEG | Review and edit draft preliminary report for Miller Canfield February invoice (.2) and email correspondence with A. Hudson regarding same (.1); review R. Fishman email transmitting Conway February preliminary report and calendar deadline to complete resolution discussions (.1); email correspondence with M. Reiser regarding status of Pepper Hamilton February invoice review spreadsheet (.1) | 0.50 | 347.00 | 173.50 |
| 05/27/14 | PJR | Exchange e-mails with M. McMickle on missing March invoices. | 0.10 | 419.00 | 41.90 |
| 05/27/14 | PJR | Brief review of Segal March invoice and M. McMickle email on expense issues associated with same. | 0.10 | 419.00 | 41.90 |

**Shaw Fishman Glantz & Towbin LLC**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 05/27/14 | DRD | Prepare Jones Day preliminary report for February 2014 invoice (3.1); review Dentons February 2014 invoice (3.3); review Brooks Wilkins February 2014 invoice (.9). | 7.30 | 267.00 | 1,949.10 |
| 05/27/14 | PJR | Review and analyze Dykema February invoice (.4); draft and edit preliminary report and spreadsheet on same (.5). | 0.90 | 419.00 | 377.10 |
| 05/27/14 | MSR | Review invoices for Pepper Hamilton, KCC, and Ottenwess for February and draft Preliminary Reports. | 3.10 | 267.00 | 827.70 |
| 05/28/14 | IB | Review Brooks Wilkins (.4) and Dentons (revised) (.3) February 2014 preliminary reports; Phone call with D. Doyle to discuss additional revisions prior to sending (.2). | 0.90 | 434.00 | 390.60 |
| 05/28/14 | AH | Drafting resolution comments for Miller Canfield's January Invoice. | 0.70 | 248.00 | 173.60 |
| 05/28/14 | GEG | Email correspondence with M. Hausman (Conway) regarding status of response to January preliminary report and availability for conference call tomorrow (.2); email correspondence with A. Hudson regarding status of resolution discussions for Miller Canfield January invoice (.1) and review draft resolution comments spreadsheet (.3); review Conway response to January preliminary report (.2) and email correspondence with M. McMickle regarding same (.1) | 0.90 | 347.00 | 312.30 |
| 05/28/14 | PJR | Review emails from M. McMickle on Segal invoices. | 0.10 | 419.00 | 41.90 |
| 05/28/14 | PJR | Review and analysis of KCC February invoice (1.4); confer with M. Reiser on same (.1) | 1.50 | 419.00 | 628.50 |
| 05/28/14 | DRD | Revise February 2014 preliminary report for Dentons (1.5), Brooks Wilkins (.9), and review February 2014 invoice of Lazard (.2) and create preliminary report (.2). | 2.80 | 267.00 | 747.60 |
| 05/28/14 | PJR | Edits to Dykema report (.1); email to R. Fishman on same (.1). | 0.20 | 419.00 | 83.80 |
| 05/29/14 | GEG | Confer with M. Reiser regarding status of resolution discussions for Pepper Hamilton January invoice (.1); email correspondence with M. Hausman (Conway) and M. McMickle (Kapila) regarding call today to discuss Conway response to January preliminary report (.1); email correspondence with M. McMickle regarding analysis of Conway response to January preliminary report (.1); review Conway responses and draft resolution comments for Conway January review spreadsheet (.5); follow up email correspondence with M. McMickle regarding same (.1); phone call with M. McMickle in preparation for call with M. Hausman and C. Moore of Conway (.2); conference call with M. McMickle, M. Hausman and C. Moore of Conway regarding January resolution discussions (.5) and follow up call to discuss outcome of call and next steps towards completion of resolution discussions (.1) | 1.70 | 347.00 | 589.90 |
| 05/29/14 | PJR | Review revised draft of KCC February prelim report. | 0.20 | 419.00 | 83.80 |
| 05/29/14 | PJR | Review draft order modifying Fee Review Order in connection with US Bank professionals and review affected provisions of Fee Review Order (.5); confer with R. Fishman on same (.3); review revisions to same (.2); exchange e-mails with R. Fishman on same | 1.10 | 419.00 | 460.90 |

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | May 31, 2014 | |
| I.D. 10661-001 - RMF | | | | Invoice 14684 | |
| Re: Chapter 9 case | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | (.1). | | | |
| 05/29/14 | MSR | Draft preliminary report for Ottenwess and Foley February invoice. | 0.70 | 267.00 | 186.90 |
| 05/30/14 | GEG | Review M. Hausman email with Conway responses to questions raised about expenses in January invoice (.1); follow up email correspondence with M. McMickle regarding same and completion of resolution discussions (.1); review R. Fishman transmittal email regarding Miller Canfield February preliminary report and calendar deadline to complete resolutions discussions (.1); email to R. Fishman regarding resolution of Conway preliminary report including communications with Conway regarding same (.3). | 0.60 | 347.00 | 208.20 |
| 05/30/14 | PJR | Review order clarifying fee review order re US Bank professionals (.1); email to Fee Examiner team on same (.1); exchange emails with M. McMickle regarding EY invoices (.2). | 0.40 | 419.00 | 167.60 |
| 05/30/14 | DRD | Communications with R. Fishman regarding Lazard invoice. | 0.10 | 267.00 | 26.70 |
| 05/30/14 | PJR | Continued review and analysis of EY February invoice and edits to preliminary spreadsheet on same. | 2.30 | 419.00 | 963.70 |
| 05/31/14 | PJR | Brief review of Segal April invoice. | 0.20 | 419.00 | 83.80 |
| | | **Total Fees** | **138.40** | | **46,215.10** |

| Disbursements | | | | | |
|---|---|---|---|---|---|
| Date | Description | | | | Amount |
| 04/04/14 | Conference Call; (DRD); AT&T TeleConference Services | | | | 3.37 |
| 04/16/14 | Photocopy; Pepper Hamilton - Summary of work performed for October 2013 (K. Janecki) | 68 | @ | 0.10 | 6.80 |
| 04/25/14 | Photocopy; Jones Day January 2014 Report and Invoice review; Invoice (KXJ) | 455 | @ | 0.10 | 45.50 |
| 05/05/14 | Photocopy; February invoice for Binder (KXJ) | 126 | @ | 0.10 | 12.60 |
| 05/06/14 | Photocopy; Examiner's Motions (BAH) | 60 | @ | 0.10 | 6.00 |
| 05/31/14 | Pacer Research; Document Needed; Notice (KXJ) (PJR) | | | | 22.50 |
| | **Total Disbursements** | | | | **96.77** |

| | |
|---|---|
| **Total Fees and Disbursements** | **46,311.87** |
| **Total Current Charges** | **46,311.87** |
| Balance Forward | 126,087.27 |
| **Total Amount Due** | **172,399.14** |

# EXHIBIT C

{10661-001 MSC A0356207.DOCX}



**Kapila/Mukamal**

CPAs, Forensic and Insolvency Advisors

---

| CITY OF DETROIT, MICHIGAN |
| Client ID: 90000 |
| Invoice # 129 - 05/31/14 |

| Staff | Hours | Rate | Amount |
|-------|-------|------|--------|
| SONEET R. KAPILA, CPA*, CIRA, CFF, CFE, Partner | 0.90 | 450.00 | $ 405.00 |
| SONEET R. KAPILA, CPA*, CIRA, CFF, CFE, Partner | 2.90 | 450.00 | *N/C* |
| MARY M. MCMICKLE, CPA*, CIRA, Partner | 15.10 | 342.00 | 5,164.20 |
| MARY M. MCMICKLE, CPA*, CIRA, Partner | 2.50 | 342.00 | *N/C* |
| JOSEPH E. GILLIS, CPA*, Senior Consultant | 20.50 | 272.00 | 5,576.00 |
| MARK C. PARISI, CPA*, CFE, Forensic Analyst | 28.70 | 156.00 | 4,477.20 |
| | | | |
| TOTAL FEES | 70.60 | | $ 15,622.40 |
| | Blended Rate | $221.28 | |
| TOTAL EXPENSES | | | 12.45 |
| TOTAL AMOUNT OF THIS INVOICE | | | $ 15,634.85 |

CPA - Certified Public Accountant
CIRA - Certified Insolvency & Restructuring Advisor
CFE - Certified Fraud Examiner
CFF - Certified in Financial Forensics

\* Regulated by the State of Florida



**Kapila/Mukamal**

CPAs, Forensic and Insolvency Advisors

1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilamukamal.com
EIN #46-5394135

CITY OF DETROIT, MICHIGAN
C/O ROBERT M. FISHMAN, FEE EXAMINER
SHAW FISHMAN GLANTZ AND TOWBIN
321 N. CLARK ST., SUITE 800
CHICAGO, IL 60654

Invoice: 129

05/31/2014

Client ID: 90000

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|------|-------|-------------|-----|--------|
| BUSINESS ANALYSIS (BANKRUPTCY) | | | | |
| 05/01/2014 | MMM | REVIEW FEBRUARY SPREADSHEET FOR LAZARD AND TRANSMIT TO FEE EXAMINER REVIEW TEAM. | 0.20 | 68.40 |
| 05/01/2014 | JEG | CONWAY MACKENZIE FEBRUARY INVOICE: REVIEW FOR IMPROPER ALLOCATION OF RESOURCES. | 0.70 | 190.40 |
| 05/01/2014 | JEG | CONWAY MACKENZIE FEBRUARY INVOICE: REVIEW FOR INSUFFICIENT DESCRIPTION AND DUPLICATE ENTRIES. | 1.90 | 516.80 |
| 05/01/2014 | JEG | CONWAY MACKENZIE FEBRUARY INVOICE: INITIATE REVIEW FOR INCONSISTENT TIME ENTRIES. | 0.80 | 217.60 |
| 05/02/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE FOLEY AND LARDNER MARCH 2014 INVOICE. | 0.80 | 124.80 |
| 05/02/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE OTTENWESS MARCH 2014 INVOICE. | 0.60 | 93.60 |
| 05/02/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE PEPPER HAMILTON MARCH 2014 INVOICE. | 1.80 | 280.80 |
| 05/02/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE LAZARD FEBRUARY 2014 INVOICE. | 0.30 | 46.80 |
| 05/02/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE LAZARD MARCH 2014 INVOICE. | 0.60 | 93.60 |
| 05/02/2014 | MCP | FORMAT AND SUMMARIZE CONWAY MACKENZIE MARCH 2014 INVOICE. | 1.10 | 171.60 |
| 05/02/2014 | JEG | CONWAY MACKENZIE FEBRUARY INVOICE: CONTINUE REVIEW FOR INCONSISTENT TIME ENTRIES. | 1.80 | 489.60 |
| 05/03/2014 | MMM | REVIEW REVISED DECEMBER INVOICE FROM CONWAY MACKENZIE FOR PROPER DISPOSITION OF FEE EXAMINER'S REVIEW COMMENTS. | 0.60 | 205.20 |
| 05/05/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE DENTONS MARCH 2014 INVOICE (1.8). RECALCULATE HOURS IN DESCRIPTION CELLS AND COMPARE TO AMOUNT BILLED (1.1). | 2.90 | 452.40 |
| 05/05/2014 | JEG | CONWAY MACKENZIE FEBRUARY INVOICE: CONTINUE REVIEW FOR INCONSISTENT TIME ENTRIES. | 2.40 | 652.80 |
| 05/06/2014 | SRK | MEETING WITH J. GILLIS RE: CONTRACTUAL LIMITATIONS ON CONWAY MACKENZIE FEES. | 0.10 | 45.00 |
| 05/06/2014 | JEG | MEETING WITH S.KAPILA TO DISCUSS CONTRACTUAL LIMITATIONS ON CONWAY MACKENZIE FEES. | 0.10 | 27.20 |

| 05/06/2014 | SRK | READ JONES DAY/JEFF ELLMAN EMAIL REGARDING INPUT ON SEPTEMBER 2013 TO JANUARY 2014 INVOICES OF SEGAL TIME AND FOLLOW UP WITH EMAIL TO FEE EXAMINER | 0.20 | 90.00 |
|---|---|---|---|---|
| 05/06/2014 | SRK | REVIEW EMAIL FROM R. FISHMAN AND FEE EXAMINER'S FINAL REPORT ON OCTOBER AND NOVEMBER INVOICES | 2.20 | N/C |
| 05/06/2014 | MMM | READ FINAL MONTHLY REPORTS FOR OCT, NOV AND DEC, CONFIRM AMOUNTS REFLECTED FOR INVOICES AND PROVIDE COMMMENTS. | 1.70 | N/C |
| 05/07/2014 | MMM | TELEPHONE CONFERENCE WITH S. KAPILA RE: REVIEW COMMENTS ON OCT AND NOV FINAL REPORTS. | 0.40 | N/C |
| 05/07/2014 | SRK | TELEPHONE CALL WITH M. MCMICKLE TO DISCUSS COMMENTS/EDITS TO MONTHLY FINAL REPORTS FOR OCTOBER, NOVEMBER, AND DECEMBER | 0.40 | N/C |
| 05/07/2014 | SRK | REVIEW DECEMBER MONTHLY FINAL REPORT | 0.30 | N/C |
| 05/07/2014 | MMM | REVIEW AND PROVIDE COMMENTS ON DRAFT DEC FINAL REPORT. | 0.40 | N/C |
| 05/08/2014 | JEG | ERNST & YOUNG FEBRUARY INVOICE REVIEW: PREPARE ANALYSIS COMPARING CURRENT TO PRIOR MONTHS' EXPENSES TO IDENTIFY SIGNIFICANT INCREASES | 0.50 | 136.00 |
| 05/08/2014 | JEG | ERNST & YOUNG FEBRUARY INVOICE REVIEW: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 0.60 | 163.20 |
| 05/08/2014 | JEG | ERNST & YOUNG FEBRUARY INVOICE REVIEW: CHECK FOR INSUFFICIENT DESCRIPTION AND DUPLICATE AND REPETITIVE TIME ENTRIES. | 1.60 | 435.20 |
| 05/08/2014 | JEG | ERNST & YOUNG FEBRUARY INVOICE REVIEW: CHECK FOR INCONSISTENT TIME ENTRIES. | 3.40 | 924.80 |
| 05/08/2014 | JEG | ERNST & YOUNG FEBRUARY INVOICE REVIEW: DRAFT EMAIL TO M. MCMICKLE WITH SUMMARY OF INVOICE REVIEW INCLUDING ANALYSIS AND STATISTICS OF DEFICIENCIES. | 0.50 | 136.00 |
| 05/09/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE OTTENWESS JANUARY 2014 REVISED INVOICE. | 0.90 | 140.40 |
| 05/09/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE SEGAL JANUARY 2014 REVISED INVOICE. | 1.10 | 171.60 |
| 05/09/2014 | MMM | TRACK RECEIPT OF FEBRUARY AND MARCH INVOICES. | 0.20 | 68.40 |
| 05/09/2014 | MMM | REVIEW CONWAY MACKENZIE FEBRUARY INVOICE AND PROVIDE ADDITIONAL REVIEW COMMENTS TO SPREADSHEET. | 1.80 | 615.60 |
| 05/11/2014 | MMM | BEGIN REVIEW OF ERNST & YOUNG FEBRUARY INVOICE AND PROVIDE ADDITIONAL COMMENTS TO SPREADSHEET. | 0.90 | 307.80 |
| 05/12/2014 | MMM | SUMMARIZE HIGHLIGHTS OF FEBRUARY INVOICE REVIEW FOR CONWAY MACKENZIE AND TRANSMIT TO G. GOUVEIA. | 0.40 | 136.80 |
| 05/13/2014 | MMM | INCORPORATE REVIEW COMMENTS FROM R. FISHMAN INTO CONWAY MACKENZIE SPREADSHEET FOR JANUARY. | 0.80 | 273.60 |
| 05/13/2014 | MMM | CONTINUE REVIEW OF ERNST & YOUNG FEBRUARY INVOICE AND ADD COMMENTS TO SPREADSHEET. | 0.70 | 239.40 |
| 05/13/2014 | MMM | READ PRELIMINARY REPORT FOR ERNST & YOUNG FOR JANUARY AND PROVIDE COMMENTS. | 0.40 | 136.80 |

| 05/15/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE DYKEMA JANUARY 2014 INVOICE. | 1.40 | 218.40 |
|---|---|---|---|---|
| 05/15/2014 | MMM | TRACK RECEIPT OF INVOICES FOR BROOKS WILKINS AND DYKEMA. | 0.10 | 34.20 |
| 05/15/2014 | MMM | COMPLETE REVIEW OF ERNST & YOUNG FEBRUARY PROFESSIONAL FEES AND ADD COMMENTS TO SPREADSHEET. | 1.40 | 478.80 |
| 05/15/2014 | MMM | PREPARE SPREADSHEET SORTED BY JUNIOR AND SENIOR PROFESSIONALS FOR GLOBAL ANALYSIS OF FEE ALLOCATION RE: ERNST & YOUNG FEBRUARY INVOICE. | 0.20 | 68.40 |
| 05/15/2014 | MMM | REVIEW EXPENSES INCLUDED IN ERNST & YOUNG FEBRUARY INVOICE AND ADD COMMENTS TO SPREADSHEET. | 0.60 | 205.20 |
| 05/15/2014 | MMM | DRAFT EMAIL TO P. ROBERTS WITH SUMMARY OF FEBRUARY INVOICE REVIEW FOR ERNST & YOUNG. | 0.60 | 205.20 |
| 05/16/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE BROOKS WILKINS APRIL 2014 INVOICE. | 1.90 | 296.40 |
| 05/19/2014 | MMM | READ AND REVIEW ERNST & YOUNG RESPONSES TO OCT., NOV AND DEC PRELIMINARY REPORT. | 0.30 | 102.60 |
| 05/19/2014 | MCP | BEGIN EXTRACTING, FORMATTING, AND SCHEDULING MILLER CANFIELD MARCH 2014 INVOICE. | 0.80 | 124.80 |
| 05/20/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE MILLER CANFIELD MARCH 2014 INVOICE. | 1.10 | 171.60 |
| 05/20/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE KILPATRICK MARCH 2014 INVOICE. | 0.80 | 124.80 |
| 05/20/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE ERNST AND YOUNG MARCH 2014 INVOICE. | 2.60 | 405.60 |
| 05/21/2014 | MMM | TRACK RECEIPT OF INVOICES FOR DENTONS, ERNST & YOUNG, KILPATRICK AND MILLER CANFIELD. | 0.30 | 102.60 |
| 05/22/2014 | MCP | BEGIN TO EXTRACT, FORMAT DENTONS APRIL 2014 INVOICE. | 1.10 | 171.60 |
| 05/22/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE DYKEMA FEBRUARY 2014 INVOICE. | 0.60 | 93.60 |
| 05/22/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE SEGAL FEBRUARY 2014 INVOICE. | 1.30 | 202.80 |
| 05/22/2014 | MMM | TRACK RECEIPT OF INVOICES FOR CONWAY MACKENZIE, DENTONS, DYKEMA AND SEGAL. | 0.30 | 102.60 |
| 05/22/2014 | MMM | RESEARCH AND DRAFT EMAIL TO A. HUDSON WITH EXPLANATION OF DISCREPANCIES IN SEGAL FEBRUARY INVOICE. | 0.20 | 68.40 |
| 05/23/2014 | MCP | COMPLETE EXTRACTION, FORMATTING, AND SUMMARIZING DENTON'S APRIL 2014 INVOICE (.9). RECALCULATE HOURS IN DESCRIPTIONS AND COMPARE TO AMOUNT BILLED (.8). | 1.70 | 265.20 |
| 05/26/2014 | MMM | REVIEW THIRTEEN MARCH SPREADSHEETS BEFORE TRANSMITTING TO FEE EXAMINER REVIEW TEAM (.8) AND RESEARCH ANY INCONSISTENCIES WITH AMOUNTS ON INVOICES (.9). | 1.70 | 581.40 |
| 05/26/2014 | MMM | TRANSMIT THIRTEEN MARCH SPREADSHEETS TO FEE EXAMINER REVIEW TEAM WITH COMMENTS. | 0.60 | 205.20 |

| 05/26/2014 | MMM | RESEARCH AND RESPOND TO M. REISER INQUIRY RE: DISCREPANCY IN FEBRUARY INVOICE FOR PEPPER HAMILTON. | 0.30 | 102.60 |
|---|---|---|---|---|
| 05/27/2014 | SRK | REVIEW CONWAY MACKENZIE FEBRUARY DRAFT PRELIMINARY REPORT RECEIVED FROM G. GOUVEIA | 0.20 | 90.00 |
| 05/27/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE MILLER BUCKFIRE MARCH 2014 INVOICE. | 0.60 | 93.60 |
| 05/27/2014 | MCP | FORMAT AND SUMMARIZE FEES AND EXTRACT FORMAT AND SUMMARIZE EXPENSES FOR CONWAY MACKENIZE APRIL 2014 INVOICE. | 1.70 | 265.20 |
| 05/27/2014 | MCP | CORRECTIONS TO VARIOUS INVOICES FOR REDUCTIONS BASED ON FEE REVIEWER COMMENTS. | 0.30 | 46.80 |
| 05/28/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE LAZARD'S APRIL 2014 INVOICE. | 0.90 | 140.40 |
| 05/28/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE SEGAL'S FEBRUARY REVISED INVOICE. | 0.90 | 140.40 |
| 05/28/2014 | SRK | READ NUMEROUS E-MAILS FROM FEE EXAMINER TO PROFESSIONALS TRANSMITTING PRELIMINARY REPORTS AND MARCH SPREADSHEETS TRANSMITTED BY M. MCMICKLE | 0.40 | 180.00 |
| 05/29/2014 | MMM | TELEPHONE CONFERENCE WITH G. GOUVEIA RE: DISCUSS FEE REVIEWER COMMENTS MADE IN JANUARY PRELIMINARY REPORT IN PREPARATION FOR CALL WITH CONWAY MACKENZIE TEAM. | 0.20 | 68.40 |
| 05/29/2014 | MMM | TELEPHONE CONFERENCE WITH M. HAUSMAN AND C. MOORE OF CONWAY MACKENZIE AND G. GOUVEIA RE: DISCUSS FEE EXAMINER'S COMMENTS IN JANUARY PRELIMINARY REPORT. | 0.50 | 171.00 |
| 05/29/2014 | MMM | REVIEW CONWAY MACKENZIE RESPONSES TO FEE EXAMINER COMMENTS FOR JANUARY INVOICE FOR ADEQUACY AND COMPLETENESS. | 1.10 | 376.20 |
| 05/29/2014 | MMM | DRAFT EMAIL TO G. GOUVEIA SUMMARIZING ASSESSMENT OF CONWAY MACKENZIE RESPONSES TO FEE EXAMINER COMMENTS FOR JANUARY. | 0.40 | 136.80 |
| 05/30/2014 | MCP | REFORMAT CONWAY MACKENZIE JANUARY SPREADSHEET TO INCORPORATE RESPONSES TO FEE EXAMINER COMMENTS. | 0.90 | 140.40 |
| 05/30/2014 | MMM | REVIEW RESPONSES FROM CONWAY MACKENZIE TO FEE EXAMINER'S COMMENTS RELATED TO EXPENSE CHARGES FOR JANUARY INVOICE FOR ADEQUACY AND COMPLETENESS. | 0.30 | 102.60 |
| 05/30/2014 | JEG | CONWAY MACKENZIE MARCH 2014 INVOICE REVIEW: COMPARE MARCH INVOICE SUMMARY TO PRIOR MONTHS FOR EXCEPTIONS. | 0.30 | 81.60 |
| 05/30/2014 | JEG | CONWAY MACKENZIE MARCH 2014 INVOICE REVIEW: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 1.10 | 299.20 |
| 05/30/2014 | JEG | CONWAY MACKENZIE MARCH 2014 INVOICE REVIEW: CHECK FOR INSUFFICIENT DESCRIPTION AND DUPLICATE AND REPETITIVE ENTRIES. | 2.10 | 571.20 |
| 05/30/2014 | JEG | CONWAY MACKENZIE MARCH 2014 INVOICE REVIEW: CHECK FOR INCONSISTENT TIME ENTRIES. | 2.70 | 734.40 |

|  |  |  |  | 15,622.40 |
|---|---|---|---|---|
| **EXPENSES** | | | | |
| 05/14/2014 | EXP | LONG DISTANCE BILL - 05.14.14 | | 9.75 |
| 05/30/2014 | EXP | COPY CHARGE | | 2.70 |
| | | | | 12.45 |
| | | | Total amount of this invoice | $15,634.85 |

Invoice payable upon receipt.  Thank you for this opportunity to be of service.