UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Granting Attorney General's Corrected Motion to Quash (Dkt. #5285)

For the reasons stated on the record in open court on June 26, 2014, it is hereby ordered that the Attorney General's corrected motion to quash Syncora's subpoena to depose Attorney General Bill Schuette (Dkt. #5285) is granted and the subpoena issued to him is quashed.

.

**Signed on June 27, 2014**

                                                                /s/ Steven Rhodes  
                                                                **Steven Rhodes**  
                                                                **United States Bankruptcy Judge**