## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:                                                       Chapter 9

City of Detroit, Michigan,                                   Case No. 13-53846

     Debtor.                                          Hon. Steven W. Rhodes

_____/

### Order Regarding Foundations' Joint Motion to Quash (Dkt. #5300)

For the reasons stated on the record in open court on June 26, 2014, it is hereby ordered that the joint motion of Community Foundation for Southeast Michigan, William Davidson Foundation, the Fred A. and Barbara M. Erb Family Foundation, Max M. and Marjorie S. Fisher Foundation, Ford Foundation, Hudson-Webber Foundation, The Kresge Foundation, W.K. Kellog Foundation, John S. and James L. Knight Foundation, McGregor Fund, Charles Stewart Mott Foundation and A. Paul and Carol C. Schaap Foundation to quash subpoenas duces tecum (Dkt. #5300) is granted and the subpoenas issued to them are quashed. Any request for costs shall be made by separate motion.

.

**Signed on June 27, 2014**

                                   **/s/ Steven Rhodes**
                                  **Steven Rhodes**
                                  **United States Bankruptcy Judge**