UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Denying Syncoras' Motion to Compel (Dkt. #5436)

For the reasons stated on the record in open court on June 26, 2014, it is hereby ordered that the motion to compel full and fair responses to Syncoras' interrogatories filed by Syncora Capital Assurance Inc. and Syncora Guarantee Inc. (Dkt. #5436) is denied. The Court finds that to the extent that any answer to any of the interrogatories as to which Syncora seeks a more complete answer is incomplete, it is because the City does not know the answer.

.

**Signed on June 27, 2014**

                                                        /s/ Steven Rhodes  
                                                        **Steven Rhodes**  
                                                        **United States Bankruptcy Judge**