UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Regarding City's Motion for Entry of a Protective Order (Dkt. #5442)

On June 26, 2014, a hearing was held regarding the City of Detroit's motion for entry of a protective order striking Syncora's demand in its Rule 30(b)(6) deposition notice for the personal financial information of all city retirees. (Dkt. #5442) The Court deems Syncora's request withdrawn based on the Court's ruling that the retirees' hardships are not relevant to the issues of either unfair discrimination or fair and equitable treatment.

.

**Signed on June 27, 2014**

                                              /s/ Steven Rhodes  
                                              Steven Rhodes  
                                              United States Bankruptcy Judge