Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **7/14/14** at **10:00 AM** to consider and act upon the following:

*5444* – Motion to Enforce Motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. to Enforce the Solicitation Procedures Order Filed by Interested Parties Syncora Capital Assurance Inc., Syncora Guarantee Inc. (Attachments: # 1 Index – Summary of Attachments # 2 Exhibit 1– Proposed Form of Order # 3 Exhibit 2 – Notice of Motion and Opportunity to Object # 4 Exhibit 3 – Brief in Support of Motion [Brief Not Required] # 5 Exhibit 4 – Certificate of Service [To Be Filed Separately] # 6 Exhibit 5 – Affidavits [Not Applicable] # 7 Exhibit 6 – Addendum to Proofs of Claim) (Bennett, Ryan)

Dated: 6/27/14

                                        BY THE COURT

                                        Katherine B. Gullo
                                        Clerk, U.S. Bankruptcy Court

                                        BY: christine sikula
                                        Deputy Clerk