IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 9 |
| CITY OF DETROIT, | ) |
| | ) Case No. 13-53846 |
| | ) |
| Debtor. | ) Hon. Steven W. Rhodes |
| | ) |
| | ) |
| _____ | ) |

**NOTICE OF REQUEST FOR TERMINATION
OF ELECTRONIC NOTICE**

Please take notice that the EEOC requests that the Clerk's Office remove the following account *only* from the Court's mailing and electronic notice matrix:

legaldt.detroit@eeoc.gov

The remaining email account shall continue to receive notices of filing.

Respectfully submitted,

 /s/ Dale Price_____

Dale Price (P55578)
Senior Trial Attorney

1

Attorney for Equal Employment
Opportunity Commission
477 Michigan Avenue
Room 865
Detroit, MI 48226
(313) 226-7808/-6584 (fax)
dale.price@eeoc.gov

Dated: June 27, 2014

# CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2014, I electronically filed the foregoing document(s) with the Clerk of the Court using the ECF System, which will provide electronic notice and copies of such filing of the following to the parties:

### NOTICE OF REQUEST FOR TERMINATION
### OF ELECTRONIC NOTICE

    /s/ Dale Price_____
Dale Price (P55578)
Senior Trial Attorney
Attorney for Equal Employment
Opportunity Commission
477 Michigan Avenue
Room 865
Detroit, MI 48226
(313) 226-7808/-6584 (fax)
dale.price@eeoc.gov

Dated: June 27, 2014