In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

## Order Regarding City's Motion for a Site Visit (Dkt. #5250)

For the reasons stated on the record in open court on June 26, 2014, it is ordered that the City's Motion for a Site Visit (Dkt. #5250) is granted on a preliminary basis.

For the purpose of conferring to determine the details of the site inspection, the creditors objecting to the plan are requested to nominate one or two attorneys to speak for them, and to file a paper identifying these nominations by July 3, 2014.

A status conference to discuss and determine the details of the site inspection will be held on July 14, 2014, following the other hearings set for that day. The courtroom will be closed and only the one or two representatives of the creditors, one or two representatives of the City, and representatives of the U.S. Marshal will be permitted to participate. The status conference will be on the record, which shall be sealed until after the site inspection.

The creditor representatives and the attorneys for the City attending this status conference shall meet and confer regarding the details of the site inspection prior to the status conference with a view toward agreeing upon the details. Counsel for the City shall file a report identifying the agreed matters and the unresolved matters by July 11, 2014. THIS REPORT SHALL BE FILED UNDER SEAL.

ALL DISCUSSIONS RELATING TO THE SITE INSPECTION AND ITS PLANNING SHALL REMAIN STRICTLY CONFIDENTIAL AND SHALL NOT BE DISCLOSED TO ANYONE UNTIL AFTER THE SITE INSPECTION, EXCEPT AS OTHERWISE ORDERED BY THE COURT AS NECESSARY TO GIVE NOTICE OF THE SITE INSPECTION TO THE ATTORNEYS WHO WILL BE INVITED TO PARTICIPATE.

.

**Signed on June 27, 2014**

                                                           /s/ Steven Rhodes  
                                                          Steven Rhodes  
                                                          United States Bankruptcy Judge