UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: CITY OF DETROIT, MICHIGAN,

Debtor.

Case No. 13-53846
Chapter 9
Honorable Steven W. Rhodes

## ORDER LIFTING AUTOMATIC STAY AS TO MICHIGAN INNOCENCE CLINIC

Upon the Stipulation to Lift Automatic Stay as to the Michigan Innocence Clinic (the "Stipulation") filed by the City of Detroit, Michigan, and the Michigan Innocence Clinic, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the automatic stay imposed by operations of Section 362 and 922 of the Bankruptcy Code is hereby lifted as to the Michigan Innocence Clinic so that it may be permitted to exercise its rights and remedies related to the Freedom of Information Act in the matter of *Michigan Innocence Clinic v City of Detroit*, Washtenaw County Circuit Court, Case No. 13-396 ("Lawsuit"), and any amendments to the complaint and answers.

IT IS HEREBY FURTHER ORDERED that the stay of the Lawsuit is lifted as to only the non-monetary damages requested in the Lawsuit and forthcoming amendments.

SO ORDERED.

.

**Signed on June 27, 2014**

                                                                              /s/ Steven Rhodes
                                                                              Steven Rhodes
                                                                              United States Bankruptcy Judge