UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

CITY OF DETROIT, MICHIGAN     Chapter 9

  Debtor     Case No. 13-53846

    Hon. Steven W. Rhodes

_____/

## REQUEST TO BE REMOVED FROM NOTICE OF ELECTRONIC FILINGS

The undersigned hereby requests to be removed from all notices of electronic filings in the above matter.

    Respectfully Submitted,
    PAESANO AKKASHIAN, PC

    */s/ Anthony R. Paesano*
    Anthony R. Paesano (P60173)
    Attorney for Creditor Gratiot McDougall Homes
    7457 Franklin Rd., Suite 200
    Bloomfield Hills, MI 48301
    248-792-6886
    Apaesano@paesanoakkashian.com

Dated: June 27, 2014