UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN - DETROIT

In Re:                                              Case No: 13-53846
                                                    Chapter 9
**City of Detroit, Michigan**,                      Hon. Steven W. Rhodes

       Debtor,

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2014, I electronically filed **NOTICE OF APPEARANCE; REQUEST TO BE ADDED TO MATRIX; AND FEDERAL BANKRUPTCY PROCEDURE 2002(i) REQUEST** with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

       MADDIN, HAUSER, ROTH & HELLER, P.C.

       By: _/s/ Ian S. Bolton_
       Ian S. Bolton (P68872)
       28400 Northwestern Hwy., 2nd Floor
       Southfield, MI 48034
       ☎ (248) 351-7068 / 📠 (248) 359-7544
       Email: ibolton@maddinhauser.com

DATED: June 27, 2014       _Attorney for FK South, LLC_