UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN - DETROIT

In Re:                                                    Case No: 13-53846
                                                          Chapter 9
**City of Detroit, Michigan,**                            Hon. Steven W. Rhodes

       Debtor,

---

### CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2014, I electronically filed **NOTICE OF APPEARANCE; REQUEST TO BE ADDED TO MATRIX; AND FEDERAL BANKRUPTCY PROCEDURE 2002(i) REQUEST** with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

                         MADDIN, HAUSER, ROTH & HELLER, P.C.

                         By: /s/ *David E. Hart*
                              David E. Hart (P45084)
                         28400 Northwestern Hwy., 2nd Floor
                         Southfield, MI 48034
                         ☏ (248) 827-1884 / 🖷 (248) 359-6184
                         Email: dhart@maddinhauser.com
DATED: June 27, 2014          *Attorney for FK Park, LLC*