UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN - DETROIT

In Re:  Case No: 13-53846
 Chapter 9
**City of Detroit, Michigan,**  Hon. Steven W. Rhodes

Debtor,

---

### NOTICE OF APPEARANCE; REQUEST TO BE ADDED TO MATRIX; AND FEDERAL BANKRUPTCY PROCEDURE 2002(i) REQUEST

PLEASE TAKE NOTICE that Maddin, Hauser, Roth & Heller, P.C. by David E. Hart, appears on behalf of FK South, LLC, a creditor, and requests that all notice given and required to be given in this case and all papers served and required to be served be given to and served upon the undersigned at the following address and telephone number:

> David E. Hart (P45084)
> Maddin, Hauser, Roth & Heller, P.C.
> 28400 Northwestern Hwy., 2nd Floor
> Southfield, MI 48034
> (248) 827-1884

PLEASE TAKE FURTHER NOTICE that it requests to be added to the Debtor's Matrix in care of its counsel at the above address and further request that all notices and papers provided pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the same.

MADDIN, HAUSER, ROTH & HELLER, P.C.

By: /s/ *David E. Hart*
David E. Hart (P45084)
28400 Northwestern Hwy., 2nd Floor
Southfield, MI 48034
☎ (248) 827-1884 / 📠 (248) 359-6184
Email: dhart@maddinhauser.com
*Attorney for FK South, LLC*

DATED: June 27, 2014