In Re:  Case No: 13-53846
Chapter 9
**City of Detroit, Michigan,**  Hon. Steven W. Rhodes

      Debtor,

---

### CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2014, I electronically filed **NOTICE OF APPEARANCE; REQUEST TO BE ADDED TO MATRIX; AND FEDERAL BANKRUPTCY PROCEDURE 2002(i) REQUEST** with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

    MADDIN, HAUSER, ROTH & HELLER, P.C.

    By: /s/ *David E. Hart*
        David E. Hart (P45084)
    28400 Northwestern Hwy., 2nd Floor
    Southfield, MI 48034
    ☎ (248) 827-1884 / 📠 (248) 359-6184
    Email: dhart@maddinhauser.com
DATED: June 27, 2014    *Attorney for FK South, LLC*