UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: **Howard S. Sher**

Firm: **Jacob & Weingarten, P.C.**

Address: **2301 W. Big Beaver Road, Suite 777**

City, State, Zip: **Troy, Michigan 48084**

Phone: **248-649-1900**

Email: **howard@jacobweingarten.com**

**Case/Debtor Name:** City Of Detroit

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** Hon. Steven Rhodes

● Bankruptcy  ○ Adversary

○ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 06/26/2014   **Time of Hearing:** 9:00 a.m.   **Title of Hearing:** Numerous Hearings

Please specify portion of hearing requested:   ○ Original/Unredacted   ○ Redacted   ○ Copy (2nd Party)

● Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ○ Other

Special Instructions: **Please provide a transcript for all of the hearings that were held on 06/26/2014 (including the Court's rulings).**

**Type of Request:**

○ Ordinary Transcript - $3.65 per page (30 calendar days)

○ 14-Day Transcript - $4.25 per page (14 calendar days)

● Expedited Transcript - $4.85 per page (7 working days)

○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date          By

Order Received:

Transcript Ordered

Transcript Received

**Signature of Ordering Party:**

/s/ Howard S. Sher   Date: 06/27/2014

By signing, I certify that I will pay all charges upon completion of the transcript request.