# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| Debtor. | : | Hon. Steven W. Rhodes |

## CERTIFICATION OF NO OBJECTION TO NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION'S NOTICE OF RIGHT TO VOTE CERTAIN CLASS 8 UNLIMITED TAX GENERAL OBLIGATION BOND CLAIMS

I, Paul R. Hage, counsel for National Public Finance Guarantee Corporation ("National"), do hereby certify that:

(i) *National Public Finance Guarantee Corporation's Notice of Right to Vote Certain Class 8 Unlimited Tax General Obligation Bond Claims* [Doc. No. 5026] (the "UTGO Voting Notice") was filed with the Court on May 23, 2014 pursuant to ¶ 9.a of the *Order (I) Establishing Procedures For Solicitation And Tabulation Of Votes To Accept Or Reject Plan Of Adjustment And (II) Approving Notice Procedures Related To Confirmation Of The Plan Of Adjustment* [Doc. No. 2984] (the "Solicitation Procedures Order"), as amended by the *Fourth Amended Order Establishing Procedures, Deadlines And Hearing Dates Relating To The Debtor's Plan Of Adjustment* [Doc. No. 4202];

(ii) the UTGO Voting Notice advised parties that the deadline to object to the UTGO Voting Notice was June 24, 2014, pursuant to the Solicitation Procedures Order, as amended;

(iii) the UTGO Voting Notice was served electronically using the ECF system, which sent notification of such filing to all ECF participants in this bankruptcy case. *See Certificate of Service* [Doc. No. 5027]);

(iv) the UTGO Voting Notice was also made available on the Balloting Agent's website at: http://www.kccllc.net/detroit/document/1353846140523000000000021;

(v) no objections or responses to the UTGO Voting Notice were made or timely filed;

(vi) the deadline for filing an objection to the UTGO Voting Notice has expired; and

(vii) paragraph 9.h of the Solicitation Procedures Order provides that if no party "contests a Notice of Asserted Right to Vote a Claim, the Claiming Party [i.e., National] will be granted the relief sought in its Notice of Asserted Right to Vote a Claim."

**WHEREFORE**, National respectfully requests that the Court grant the relief requested in the UTGO Voting Notice and enter an order in the form attached as Exhibit 1 to the UTGO Voting Notice and attached hereto as **Exhibit 1.**

Respectfully submitted by:

**JAFFE RAITT HEUER & WEISS, P.C.**

By: */s/ Paul R. Hage*
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214
Telephone: (248) 351-3000
phage@jaffelaw.com

*Counsel for National Public Finance Guarantee Corp.*

Dated: June 30, 2014.

# EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## ORDER AUTHORIZING NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION TO VOTE CERTAIN CLASS 8 UNLIMITED TAX GENERAL OBLIGATION BOND CLAIMS

This matter coming before the Court on *National Public Finance Guarantee Corporation's Notice of Asserted Right to Vote Certain Class 8 Unlimited Tax General Obligation Bond Claims* (the "Voting Notice"), filed by National Public Finance Guarantee Corporation ("National"); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. National is the sole party authorized to vote the National UTGO Bond Claims,[1] as set forth in the Voting Notice.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Voting Notice.

2. The City shall disregard any votes submitted on the National UTGO Bond Claims by any party other than National.