UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

**OBJECTION TO CITY OF DETROIT'S 4th PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: William M. Davis

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   I am DWSD pensioner with 34 years of service

2. I / we object to the above filing because:
   I believe that the recoupment of interest from my annuity ASF is unconstitutional, it unlawfully diverted GRS assets from a very large Black group to a mostly large white group is discrimination

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: William M. Davis
Signature: William M. Davis
Address: 9203 Littlefield
Detroit, Mich. 48228
Email: montybill86@yahoo.com

Dated:

FILED
2014 JUN 27 P 3:08
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

13-53846-tjt    Doc 5659    Filed 06/27/14    Entered 06/30/14 10:35:12    Page 1 of 1