# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | : | |
|---|---|---|
| In re: | : | Chapter 9 |
| | : | |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| | : | |
| Debtor. | : | Hon. Steven W. Rhodes |
| | : | |

## CERTIFICATE OF NO RESPONSE BY CERTAIN BENEFICIAL HOLDERS OF ASSURED DWSD BONDS TO ASSURED GUARANTY MUNICIPAL CORP. NOTICE OF ASSERTED RIGHT TO VOTE CERTAIN CLAIMS IN CLASS 1A [DOCKET NO. 5022]

The undersigned certifies that on May 23, 2014, the *Assured Guaranty Municipal Corp. Notice of Asserted Right to Vote Certain Claims in Class 1A* [Docket No. 5022] (the "DWSD Voting Notice")[1] and a Notice and Opportunity to Object, Exhibit 2 to the DWSD Voting Notice, identifying the deadline for responses to the DWSD Voting Notice as June 24, 2014, were filed and served on the Court's ECF noticing list. See Certificate of Service, Exhibit 4 to the DWSD Voting Notice, attached hereto as **Exhibit B**. The DWSD Voting Notice and the Notice and Opportunity to Object were also made available on the Balloting Agent's website at: http://www.kccllc.net/detroit/document/1353846140523000000000014

---

[1] Any capitalized term not defined herein shall have the meaning ascribed to it in the DWSD Voting Notice.

The DWSD Voting Notice was filed pursuant to the *Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Adjustment and (II) Approving Notice Procedures Related to Confirmation of the Plan of Adjustment* [Docket No. 2984] (the "Solicitation Procedures Order"), as amended by the *Fifth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment* [Docket No. 5259] (the "Fifth Amended Plan Procedures Order"). Pursuant to the Fifth Amended Plan Procedures Order and the Notice and Opportunity to Object, any Affected Holder, the Water and Sewer Bond Trustee, and the Ad Hoc Committee of Water and Sewer Bondholders seeking to file a brief in response to the DWSD Voting Notice were required to do so by June 24, 2014.

The Solicitation Procedures Order further provides that "If neither (i) an Affected Holder nor (ii) (A) the Water and Sewer Bond Trustee . . . (C) the Ad Hoc Committee of Water and Sewer Bondholders . . . contests a Notice of Asserted Right to Vote a Claim, the Claiming Party will be granted the relief sought in its Notice of Asserted Right to Vote a Claim." Solicitation Procedures Order, at ¶ 9.h.

On June 24, 2014 the Ad Hoc Committee of DWSD Bondholders filed the *Statement of the Ad Hoc Committee of DWSD Bondholders in Response to Insurers' Notices of Asserted Right to Vote Claims* [Docket No. 5574] (the "Ad Hoc Committee Statement"). The Ad Hoc Committee Statement was accompanied

2

by a stipulation between the Ad Hoc Committee of DWSD Bondholders and Assured [Docket No. 5577] (the "Stipulation"). In both the Ad Hoc Committee Statement and the Stipulation, the Ad Hoc Committee of DWSD Bondholders have agreed to not contest Assured's right to vote and make the DWSD Election for the Assured DWSD Bonds. The Court entered an order approving the Stipulation on June 25, 2014 [Docket No. 5588].

No other objections or responses to the DWSD Voting Notice were timely filed.

WHEREFORE, pursuant to the Solicitation Procedures Order and Rule 9014-1(c) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Michigan, the undersigned respectfully requests that this Court enter the order, substantially in the form attached hereto as **Exhibit A**: (i) granting Assured the exclusive right to vote and make the DWSD Election with respect to all claims arising from the Assured DWSD Bonds; (ii) disallowing any vote cast by any party other than Assured with respect to any claim arising from the Assured DWSD Bonds; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
       June 30, 2014                     **CHADBOURNE & PARKE LLP**

                                                By:  /s/ Lawrence A. Larose
                                                Lawrence A. Larose
                                                Samuel S. Kohn
                                                Eric Daucher
                                                30 Rockefeller Plaza
                                                New York, NY 10112
                                                Telephone: (212) 408-5100
                                                llarose@chadbourne.com
                                                skohn@chadbourne.com
                                                edaucher@chadbourne.com

                                                *Attorneys for Assured Guaranty*
                                                *Municipal Corp.*

# EXHIBITS

**Exhibit A**  Proposed Order

**Exhibit B**  Certificate of Service, Exhibit 4 to DWSD Voting Notice

**Exhibit A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | : | |
|---|---|---|
| In re: | : | Chapter 9 |
| | : | |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| | : | |
| Debtor. | : | Hon. Steven W. Rhodes |
| | : | |

# ORDER AUTHORIZING
# ASSURED GUARANTY MUNICIPAL CORP.
# TO VOTE CERTAIN CLAIMS IN CLASS 1A

This matter coming before the Court on the Assured Guaranty Municipal Corp. Notice of Asserted Right to Vote Certain Claims in Class 1A (the "Voting Notice"), filed by Assured Guaranty Municipal Corp., formerly known as Financial Security Assurance Inc., ("Assured"); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. Assured is the sole party authorized to vote and make the DWSD Election with respect to all claims arising from the Assured DWSD Bonds,[1] as set forth in the Voting Notice.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Brief of Assured Guaranty Municipal Corp. in Support of Notice of Asserted Right to Vote Certain Claims in Class 1A.

2. The City shall disregard all votes submitted on any claim arising from the Assured DWSD Bonds by any party other than Assured.

**Exhibit B**

**Certificate of Service, Exhibit 4 to DWSD Voting Notice**

**Exhibit 4**

**Certificate of Service**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May 2014, I caused the *Assured Guaranty Municipal Corp. Notice of Asserted Right to Vote Certain Claims in Class 1A* to be filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: May 23, 2014
New York, New York

> **CHADBOURNE & PARKE LLP**
> By: /s/ Lawrence A. Larose
> Lawrence A. Larose
> Samuel S. Kohn
> Robert J. Gayda
> Eric Daucher
> 30 Rockefeller Plaza
> New York, NY 10112
> Telephone: (212) 408-5100
> llarose@chadbourne.com
> skohn@chadbourne.com
> rgayda@chadbourne.com
> edaucher@chadbourne.com
>
> *Attorneys for Assured Guaranty Municipal Corp.*