UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                                                           :

In re                                             : Chapter 9

CITY OF DETROIT, MICHIGAN,      : Case No. 13-53846

                Debtor.                : Hon. Steven W. Rhodes

---------------------------------------------------------x

**ORDER MODIFYING THE ORDER IDENTIFYING LEGAL
ISSUES, ESTABLISHING SUPPLEMENTAL BRIEFING SCHEDULE
AND SETTING HEARING DATES AND PROCEDURES [Docket No. 5235]**

This matter came before the Court on the Stipulation Regarding Proposed Order Modifying the Order Identifying Legal Issues, Establishing Supplemental Briefing Schedule and Setting Hearing Dates and Procedures [Docket No. 5235] (the "Stipulation"),[1] filed by the City of Detroit (the "City") and the United States of America; the Court having reviewed the Stipulation; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court being fully advised in the premises;

---

[1]    Capitalized terms not defined herein have the meanings given to them in the Stipulation.

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. The issue identified in paragraph 12 of the Order Identifying Legal Issues ("<u>Issue 12</u>") is resolved. Accordingly, the Order Identifying Legal Issues is modified to delete paragraph 12.

3. The City shall include the language set forth in paragraph 4 of the Stipulation in any proposed order submitted to the Court confirming the Plan.

4. The Court will not hear arguments regarding Issue 12 at the hearing on legal issues scheduled for July 16 and 17, 2014.

.

**Signed on June 30, 2014**

                     _/s/ Steven Rhodes_
                     **Steven Rhodes**
                     **United States Bankruptcy Judge**