UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____
                                )
In re                           )   Case No. 13-53846
                                )
CITY OF DETROIT, MICHIGAN,      )   In Proceedings Under
                                )   Chapter 9
        Debtor.                 )
_____  )   Hon. Steven W. Rhodes


### CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2014, Certification of No Response or Objection Regarding Ambac Assurance Corporation's Notice 0f Asserted Right To Vote a Claim was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

Respectfully Submitted,

**ARENT FOX LLP**

Dated: June 30, 2014        By: /s/ Carol Connor Cohen_____
                                CAROL CONNOR COHEN
                                CAROLINE TURNER ENGLISH
                                RANDALL BRATER
                                1717 K Street, NW
                                Washington, DC 20036-5342
                                (202) 857-6054
                                Carol.Cohen@arentfox.com

                                DAVID L. DUBROW
                                MARK A. ANGELOV
                                1675 Broadway
                                New York, NY 10019
                                (212) 484-3900

and

**SCHAFER AND WEINER, PLLC**

DANIEL J. WEINER (P32010)
BRENDAN G. BEST (P66370)
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
bbest@schaferandweiner.com

*Counsel for Ambac Assurance Corporation*