# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 30, 2014, the American Federation of State, County and Municipal Employees Local 3308 and Local 917's CREDITORS THE AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES LOCAL 3308 AND LOCAL 917'S **SUPPLEMENTAL BRIEF SUPPORTING THEIR OBJECTION TO THE CITY'S PROPOSED PLAN OF ADJUSTMENT** was electronically filed with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

Respectfully submitted,

**MILLER COHEN, P.L.C.**

By:/s/ Robert D. Fetter
  Robert D. Fetter (P68816)
  *Attorney for Defendant AFSCME 25*
  600 W. Lafayette Blvd., 4th Floor
  Detroit, Michigan 48226
  (313) 964-4454

Dated: June 30, 2014