UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

                                    Chapter 9

CITY OF DETROIT, MICHIGAN,             Case No. 13-53846-swr

                                    Hon. Steven W. Rhodes

        Debtor.

_____/

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on June 30, 2013, the Retiree Association Parties'

Consolidated Witness List in Conditional Support of the Plan was electronically filed

with the Clerk of the United States Bankruptcy Court for the Eastern District of

Michigan, using the CM/ECF System, which will send notification of such filing to all

parties of record that are registered electronically.


                               */s/ Marlene Kowalewski*
                               Marlene Kowalewski, Assistant
                               Silverman & Morris, P.L.L.C.
                               30500 Northwestern Highway, Ste. 200
                               Farmington Hills, Michigan 48334
                               marlene@silvermanmorris.com
                               (248) 539-1330   Fax: (248) 539-1355

Dated: June 30, 2014