UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

IN RE:                                                Chapter 9

CITY OF DETROIT, MICHIGAN,            Case No. 13-53846

Debtor.                                          Hon. Steven W. Rhodes

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2014, I electronically filed a *SUPPLEMENTAL BRIEF OF RYAN, SWIFT, MENDOZA AND CUPPETELLI, INTERESTED PARTIES, IN SUPPORT OF THEIR OBJECTIONS PREVIOUSLY FILED [Dkts. #4099, #4228, #4608] INSOFAR AS §II.B.3.U.I. OF THE PROPOSED PLAN VIOLATES THE FOURTEENTH AMENDMENT, IMPAIRING THE RELIEF AVAILABLE TO THEM AS VICTIMS OF CONSTITUTIONAL VIOLATIONS UNDER 42 U.S.C. §1983*, with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

                                                   GOODMAN & HURWITZ, P.C.
                                                   By: /s/*William H. Goodman*
                                                   William H. Goodman, P14173)

Counsel for Deborah Ryan, Walter Swift, Cristobal Mendoza and Annica Cuppetelli
1384 E. Jefferson Avenue
Detroit, MI 48207
Telephone: (313) 567-6170
Facsimile: (313) 567-4827
E-mail: mail@goodmanhurwitz.com; and
bgoodman@goodmanhurwitz.com