UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

       Debtor

Case No. 13-53846

Chapter 9

Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 30, 2014, the County of Macomb, Michigan, by and Through Its County Agency, the Macomb County Public Works Commissioner filed the Brief in Support of Standing to Object to Fourth Amended Plan of Adjustment of Debts of the City of Detroit [Dkt. No. 5692] with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record and also via electronic mail transmission to Debtors' counsel as detailed below:

| | |
|---|---|
| David Heiman - dgheiman@jonesday.com | Heather Lennox – hlennox@jonesday.com |
| Tom Wilson – tawilson@jonesday.com | Bruce Bennett – bbennett@jonesday.com |
| Goeffrey Irwin – girwin@jonesday.com | Gregory Shumaker – gshumaker@jonesday.com |
| Jonathan Green – greenj@millercanfield.com | Stephen LaPlante – laplante@millercanfield.com |

Dated: June 30, 2014

        DECHERT LLP

        By: /s/ *Allan S. Brilliant*
        Allan S. Brilliant
        G. Eric Brunstad
        James M. McGuire
        Stephen M. Wolpert
        1095 Avenue of the Americas
        New York, NY 10016
        Telephone: (212) 698-3500
        Facsimile: (212) 698-3599
        allan.brilliant@dechert.com
        stephen.wolpert@dechert.com

        *Attorneys for County of Macomb, Michigan by and through its County Agency, Anthony V. Marrocco, the Macomb County Public Works Commissioner*