UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| In Re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2014, I electronically filed the *Supplemental Limited Objection of Merrill Lynch Capital Services, Inc. and UBS AG to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit* with the Clerk of the Court using the ECF system, which will send notice of filing to all ECF participants indicated on the Electronic Notice List.

WARNER NORCROSS & JUDD LLP

Dated: June 30, 2014

/s/ Stephen B. Grow
Stephen B. Grow (P39622)
111 Lyon St. NW Suite 900
Grand Rapids, MI 49503
(616) 752-2158
sgrow@wnj.com

10872883