# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

In re City of Detroit, Michigan
Debtor

*(Complete if issued in an adversary proceeding)*

Case No. 13-53846

Chapter 9

Plaintiff
v.

Adv. Proc. No. _____

Defendant

## AMENDED SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: Brenda Jones, President, City Council, City of Detroit

*(Name of person to whom the subpoena is directed)*

☒ *Testimony*: **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this bankruptcy case (or adversary proceeding). If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| PLACE | DATE AND TIME |
|---|---|
| Coleman A. Young Municipal Center, Law Dept., 2 Woodward Ave., Detroit, MI 48226 | August 4, 2014 at 9:00 a.m. |

The deposition will be recorded by this method: Stenographic recording and video recording

☐ *Production*: You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 06/30/2014

CLERK OF COURT

OR  /s/ Matthew Summers

_____          _____
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* EEPK and affiliates, who issues or requests this subpoena, are:
Matthew Summers, Esq., Ballard Spahr LLP, 919 North Market Street, 11th Floor, Wilmington, Delaware 19801, Phone: (302) 252-4428

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _____
on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows: by electronic mail to Gregory M. Shumaker, and Daniel Moss, Jones Day LLP, 51 Louisiana Avenue, Washington, D.C. 20001
_____ on *(date)* 6/30/2014 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: 6/30/2014

*Server's signature*

Matthew G. Summers
*Printed name and title*

Ballard Spahr LLP, 919 N. Market Street, 11th Floor, Wilmington DE 19801
*Server's address*

Additional information concerning attempted service, etc.:

On June 16, 2014, Mr. Shumaker agreed to accept service of this subpoena.