# EXHIBIT A

**City of Detroit Exemplar Ballots**

INSTRUCTION BALLOT
FOR VOTERS

# PRIMARY ELECTION

TUESDAY, AUGUST 5, 1980

WAYNE COUNTY, MICHIGAN

CITY OF DETROIT

COUNTY OF WAYNE

STATE OF MICHIGAN

# WAYNE COUNTY PROPOSAL BALLOT

**PROPOSAL A** COUNTY HOME RULE.

Shall the County of Wayne elect a charter commission for the purpose of framing and submitting to the electorate of the County a county home rule charter under the constitution and laws of Michigan?

YES 239 →

NO 241 →

# CITY OF DETROIT PROPOSAL BALLOT

**PROPOSAL B** CHARTER AMENDMENT.

Shall Section 4-104 of the City Charter be amended to provide that if a vacancy occurs on City Council thirty (30) days or more before the filing deadline for a General Election in the City or Special City-Wide Election, the vacancy shall be filled at that election for the remainder of the unexpired term? If a vacancy occurs on City Council less than thirty (30) days before the filing deadline for an election, then the vacancy shall not be filled until the subsequent General or Special Election.

YES 249 →

NO 251 →

**PROPOSAL C** CITY OF DETROIT CULTURAL PROGRAMS BONDING PROPOSAL.

Do you favor the authorization and issuance of General Obligation Bonds payable from taxes the City is allowed to levy in addition to Charter and statutory limits in an amount necessary to pay the principal and interest thereon in the principal sum of not to exceed $3,165,000, for the purpose of restoration and improvements to City museums and exhibits?

YES 257 →

NO 259 →

TURN PAGE TO CONTINUE VOTING THE PROPOSALS →

# CITY OF DETROIT
# PROPOSAL BALLOT

**PROPOSAL D**   CITY OF DETROIT NEIGHBORHOOD REDEVELOPMENT, ECONOMIC DEVELOPMENT AND REHABILITATION BONDING PROPOSAL.

Do you favor the authorization and issuance of General Obligation Bonds payable from taxes the City is allowed to levy in addition to Charter and statutory limits in an amount necessary to pay the principal and interest thereon in the principal sum of not to exceed $14,650,000 for the purpose of project improvements to various neighborhood redevelopment and rehabilitation programs and for economic development projects?

YES 266 ➡

NO 268 ➡

**PROPOSAL E**   CITY OF DETROIT FIRE DEPARTMENT BONDING PROPOSAL.

Do you favor the authorization and issuance of General Obligation Bonds payable from taxes the City is allowed to levy in addition to Charter and statutory limits in an amount necessary to pay the principal and interest thereon in the principal sum of not to exceed $5,725,000 for the purpose of acquisition of land and the construction of new fire stations to replace outmoded facilities and the modernization or renovation of existing facilities?

YES 273 ➡

NO 275 ➡

**PROPOSAL F**   CITY OF DETROIT POLICE DEPARTMENT BONDING PROPOSAL.

Do you favor the authorization and issuance of General Obligation Bonds payable from taxes the City is allowed to levy in addition to Charter and statutory limits in an amount necessary to pay the principal and interest thereon in the principal sum of not to exceed $8,600,000 for the purpose of the construction of two precinct stations to replace current, outmoded facilities?

YES 280 ➡

NO 282 ➡

# TURN PAGE
# TO CONTINUE VOTING
# THE PROPOSALS

➡

# CITY OF DETROIT
# PROPOSAL BALLOT

**PROPOSAL G**    CITY OF DETROIT RECREATION DEPARTMENT BONDING PROPOSAL

Do you favor the authorization and issuance of General Obligation Bonds payable from taxes the City is allowed to levy in addition to Charter and statutory limits in an amount necessary to pay the principal and interest thereon in the principal sum of not to exceed $17,300,000 to pay part of the cost of modernization and construction of recreational and zoo facilities and for the development and acquisition of parklands?

YES 291 ➡

NO 293 ➡

**PROPOSAL H**    CITY OF DETROIT LIGHTING DEPARTMENT BONDING PROPOSAL

Do you favor the authorization and issuance of General Obligation Bonds payable from taxes the City is allowed to levy in addition to Charter and statutory limits in an amount necessary to pay the principal and interest thereon in the principal sum of not to exceed $14,600,000 for the purpose of improving street and alley lighting, service extensions and improvements required to supply heat, light and power?

YES 298 ➡

NO 300 ➡

# SCHOOL DISTRICT OF THE
# CITY OF DETROIT
# PROPOSAL BALLOT

**SCHOOL PROPOSAL NO. 1**    OPERATE AND MAINTAIN DETROIT SCHOOLS.

Shall the constitutional limitation on the total amount of taxes which may be imposed in any one year upon property in the School District of the City of Detroit be increased by three and one half (3.5) mills ($3.50 per $1,000.00) on assessed valuation as finally equalized, for ten (10) years, July 1, 1980, through June 30, 1990, inclusive to provide in part the funds necessary to operate and maintain the school system?

YES 309 ➡

NO 311 ➡

INSTRUCTION BALLOT

FOR VOTERS

---

# GENERAL ELECTION

TUESDAY, NOVEMBER 4, 1986

WAYNE COUNTY, MICHIGAN

## CITY OF DETROIT

COUNTY OF WAYNE

STATE OF MICHIGAN

# CITY OF DETROIT
# PROPOSITION BALLOT

**PROPOSAL E** CITY OF DETROIT – NEIGHBORHOOD REDEVELOPMENT, ECONOMIC DEVELOPMENT AND REHABILITATION BONDING PROPOSAL

Do you favor the authorization and issuance of general obligation bonds payable from taxes the City is allowed to levy in addition to charter and statutory limits in an amount necessary to pay the principal and interest thereon in the principal sum of not to exceed $33,800,000 for the purpose of project improvements to various neighborhood redevelopment and rehabilitation programs and for economic development projects?

YES 264 →
NO 266 →

**PROPOSAL F** CITY OF DETROIT POLICE DEPARTMENT BONDING PROPOSAL

Do you favor the authorization and issuance of general obligation bonds payable from taxes the City is allowed to levy in addition to charter and statutory limits in an amount necessary to pay the principal and interest thereon in the principal sum of not to exceed $3,500,000 for the purpose of the acquisition, construction or rehabilitation of police precinct stations to replace current, outmoded facilities and for construction of a training facility?

YES 269 →
NO 271 →

**PROPOSAL G** CITY OF DETROIT LIGHTING DEPARTMENT BONDING PROPOSAL

Do you favor the authorization and issuance of general obligation bonds payable from taxes the City is allowed to levy in addition to charter and statutory limits in an amount necessary to pay the principal and interest thereon in the principal sum of not to exceed $20,500,000 for the purpose of improving street and alley lighting, service extensions and improvements required to supply heat, light and power?

YES 274 →
NO 276 →

**PROPOSAL H** CITY OF DETROIT HEALTH DEPARTMENT BONDING PROPOSAL

Do you favor the authorization and issuance of general obligation bonds payable from taxes the City is allowed to levy in addition to charter and statutory limits in an amount necessary to pay the principal and interest thereon in the principal sum of not to exceed $4,300,000 for the purpose of renovating and rehabilitating existing public health sites?

YES 278 →
NO 280 →

**PROPOSAL I** CITY OF DETROIT RECREATION DEPARTMENT AND ZOO BONDING PROPOSAL

Do you favor the authorization and issuance of general obligation bonds payable from taxes the City is allowed to levy in addition to charter and statutory limits in an amount necessary to pay the principal and interest thereon in the principal sum of not to exceed $5,000,000 for the purpose of acquisition, construction, renovation or rehabilitation of recreation or zoo facilities?

YES 283 →
NO 285 →

# SCHOOL DISTRICT OF THE
# CITY OF DETROIT PROPOSAL

**PROPOSITION S** DETROIT BOARD OF EDUCATION BOND PROPOSAL

Shall the School District of the City of Detroit borrow the sum of not to exceed one hundred and sixty two million dollars ($162,000,000) and issue its general obligation unlimited tax bonds therefor, for the purposes of site acquisition and development, equipment acquisition, and permanent improvements for school buildings in the School District?

YES 290 →
NO 292 →

# INSTRUCTION BALLOT
## FOR VOTERS

---

# PRIMARY ELECTION
## TUESDAY, AUGUST 2, 1988
### WAYNE COUNTY, MICHIGAN

### CITY OF DETROIT

### COUNTY OF WAYNE
### STATE OF MICHIGAN

## Jail Millage Proposal

Shall the County of Wayne be authorized to levy an additional tax of one mill ($1.00 per thousand dollars of state equalized valuation) on the taxable property within the County of Wayne for ten years, from 1988 through 1997, for these exclusive uses:

To acquire, construct, and/or operate jail, misdemeanant, or juvenile incarceration or detention facilities and for adult penalty options such as work release, home detention, and community restitution; with at least one-tenth of a mill to acquire, build and operate a juvenile offender work/training institution?

YES 290 →
NO 291 →

## Wayne County Intermediate School District Special Education Millage Proposal

Shall the one (1) mill limitation on the annual property tax previously approved by the electors of the Intermediate School District of the County of Wayne, State of Michigan, for the education of handicapped persons be increased by one (1) mill?

YES 296 →
NO 297 →

## City of Detroit Proposition Ballot

**PROPOSAL A** CITY OF DETROIT NEIGHBORHOOD REDEVELOPMENT AND ECONOMIC DEVELOPMENT PROGRAMS BONDING PROPOSAL

Do you favor the authorization and issuance of General Obligation Bonds payable from taxes the City is allowed to levy in addition to Charter and statutory limits in an amount necessary to pay the principal and interest thereon in the principal sum of not to exceed $65,000,000 for the purpose of project improvements to various neighborhood redevelopment and housing rehabilitation programs and for economic development projects?

YES 302 →
NO 303 →

**PROPOSAL B** CITY OF DETROIT PUBLIC LIGHTING SERVICE AND EXTENSIONS BONDING PROPOSAL

Do you favor the authorization and issuance of General Obligation Bonds payable from taxes the City is allowed to levy in addition to Charter and statutory limits in an amount necessary to pay the principal and interest thereon in the principal sum of not to exceed $40,000,000 for the purpose of improving street and alley lighting, service extensions and improvements required to supply heat, light and power?

YES 306 →
NO 307 →

**PROPOSAL C** CITY OF DETROIT CIVIC CENTER BONDING PROPOSAL

Do you favor the authorization and issuance of General Obligation Bonds payable from taxes the City is allowed to levy in addition to Charter and statutory limits in an amount necessary to pay the principal and interest thereon in the principal sum of not to exceed $25,000,000 for the purpose of completing the expansion, renovation and rehabilitation of Cobo Hall?

YES 310 →
NO 311 →

**PROPOSAL D** CITY OF DETROIT RECREATION AND ZOO FACILITIES BONDING PROPOSAL

Do you favor the authorization and issuance of General Obligation Bonds payable from taxes the City is allowed to levy in addition to Charter and statutory limits in an amount necessary to pay the principal and interest thereon in the principal sum of not to exceed $44,000,000 for the purpose of acquisition, construction, renovation or rehabilitation of Recreation or Zoo facilities?

← 288 YES
← 289 NO

**PROPOSAL E** CITY OF DETROIT INSTITUTE OF ARTS BONDING PROPOSAL

Do you favor the authorization and issuance of General Obligation Bonds payable from taxes the City is allowed to levy in addition to Charter and statutory limits in an amount necessary to pay the principal and interest thereon in the principal sum of not to exceed $25,000,000 for the purpose of expansion, renovation or rehabilitation of Detroit Institute of Arts facilities?

← 293 YES
← 294 NO

**PROPOSAL L** LIBRARY OPERATING MILLAGE PROPOSITION

In order to provide funds necessary to operate and maintain the library system, emphasizing increased service in the branches, shall the limitation on the total amount of taxes which may be imposed in any one year upon property in the City of Detroit be increased for purposes of the Detroit Public Library System by 1 mill ($1.00 per $1,000.00) on assessed valuation as finally equalized, for five (5) years, December 1, 1989 through November 30, 1994?

← 298 YES
← 299 NO

**PROPOSAL Q** CITY OF DETROIT PROPOSED RENT REGULATION ORDINANCE

This proposed ordinance provides for the establishment of a Rent Review Commission to stabilize and regulate rent increases in the City of Detroit and require owners of rental property to be in substantial compliance with city health and maintenance codes before getting a rent increase.

Shall this proposed ordinance be adopted?

← 304 YES
← 305 NO

**PROPOSAL Y** CITY OF DETROIT PROPOSED ORDINANCE TO PROHIBIT CASINO GAMBLING

This proposed ordinance provides if at any time casino gambling is approved by state law that it shall be prohibited within the corporate limits of the City of Detroit including Belle Isle.

Shall this proposed ordinance be adopted?

← 308 YES
← 309 NO

# INSTRUCTION BALLOT FOR VOTERS

## PRIMARY ELECTION

TUESDAY, AUGUST 6, 1996

## CITY OF DETROIT
## WAYNE COUNTY, MICHIGAN

## NON-PARTISAN BALLOT

**Detroit Board of Education**
AT LARGE
REGULAR TERMS
TERMS ENDING DECEMBER 31, 2000

VOTE FOR not more than FOUR

| Candidate | |
|---|---|
| N. CHARLES ANDERSON | → |
| PENNY BAILER | → |
| ALONZO W. BATES | → |
| ROBERT M. BOYCE | → |
| LOUISE BURTON | → |
| INGRID L. DRAPER | → |
| WILLIE D. HALL | → |
| KWAME KENYATTA | → |
| JEFFREY D. LEWIS | → |
| ROLAND MATTHEWS | → |
| RODEANA MURPHY | → |
| REVEREND DAVID MURRAY | → |
| DARRYL L. REDMOND | → |
| JAMES W. RIBBRON | → |
| DOLORES SMITH | → |
| TONYA RENAY WELLS | → |
| ART WILLIAMS | → |

**VOTE THE PROPOSALS**

→

DET. 8 NON-PARTISAN

## PROPOSAL BALLOT

### COUNTY OF WAYNE
**PROPOSITION P**

Shall the millage rate Wayne County is authorized to levy within its charter limitation be increased by 1/4 mill (25 cents per $1,000 of taxable valuation) for five years from 1996 to 2001, inclusive, to improve and operate several parks and related facilities, including major improvements to Hines Park, Elizabeth Park, Chandler Park and Fort Wayne on the condition that, for any year for which this increased levy would be imposed, Wayne County must budget from other sources an amount equal to its 1995-96 fiscal year appropriation for parks. This levy is estimated to generate $7,924,224 in 1997.

YES 216 →

NO 218 →

### CITY OF DETROIT
**PROPOSAL A**
City of Detroit Recreation and Zoo Bonding Proposal

Do you favor the authorization and issuance of General Obligation Bonds, payable from taxes the City is allowed to levy in addition to Charter and statutory limits, in an amount necessary to pay the principal and interest thereon in the principal sum not to exceed $15,000,000 for the purpose of acquisition, construction, renovation or rehabilitation of recreation and zoo facilities?

YES 223 →

NO 225 →

**PROPOSAL B**
City of Detroit Museum Completion Bonding Proposal

Do you favor the authorization and issuance of General Obligation Bonds, payable from taxes the City is allowed to levy in addition to Charter and statutory limits, in an amount necessary to pay the principal and interest thereon in the principal sum not to exceed $10,000,000 for the purpose of completion of construction of the Museum of African-American History?

YES 229 →

NO 231 →

PROPOSAL
DET. 9

**TURN PAGE TO CONTINUE VOTING THE PROPOSALS**

13-53846-tjt   Doc 5706-1   Filed 06/30/14   Entered 06/30/14 22:01:56   Page 11 of 14





IMPORTANT: Use only the marking pen or #2 pencil provided. DO NOT USE RED INK!
Do not vote for more candidates than indicated under each office title.

WRITE-IN: To vote for a candidate whose name does not appear on the ballot, write the name of that person in the blank space provided and complete the arrow. Do not cast a write-in vote for a candidate whose name is already printed on the ballot for that office.

AFTER VOTING: When you have completed voting, place the ballot in the secrecy sleeve so that the votes cannot be seen and the numbered stub is visible. Then return the ballot to the inspector stationed at the tabulator.
(If voting by absentee ballot follow the instructions provided by the Clerk for returning the ballot).

NOTE: If you make a mistake, return your ballot to the Election Official and obtain another ballot. Do not attempt to erase any marks made in error.

## CITY

### CITY COUNCIL
VOTE FOR not more than ONE (1)

- GIL HILL ←
- JO ANN WATSON ←
- _____ ←

## LOCAL PROPOSALS

### PROPOSAL H
**Charles H. Wright Museum of African-American History Facility Proposal**

Do you favor the authorization and issuance of General Obligation Unlimited Tax Bonds, payable from taxes the City is allowed to levy in addition to state statutory and City Charter limits, in an amount necessary to pay the principal and interest thereon in the principal sum of an amount not to exceed Six Million Dollars ($6,000,000) for the purpose of paying the cost of renovation or expansion of the Charles H. Wright Museum of African-American History? The estimated millage that will be levied per $1,000 of the taxable value of property located in the City to pay for the proposed bonds will be $0.0475 in the first year, and the estimated simple average annual millage rate over the life of the bonds, which will not exceed 30 years from the date of issuance, is .0341 mills ($0.0341 per $1,000 of taxable value).

YES ←
NO ←

### PROPOSAL M
**City of Detroit Municipal Facilities Bonding Proposal**

Do you favor the authorization and issuance of General Obligation Unlimited Tax Bonds, payable from taxes the City is allowed to levy in addition to state statutory and City Charter limits, in an amount necessary to pay the principal and interest thereon in the principal sum of an amount not to exceed Fifty-Five Million Dollars ($55,000,000) for the purpose of paying the cost of acquisition, construction, renovation, or rehabilitation of Detroit municipal facilities? The estimated millage that will be levied per $1,000 of the taxable value of property located in the City to pay for the proposed bonds will be $0.4355 in the first year, and the estimated simple average annual millage rate over the life of the bonds, which will not exceed 30 years from the date of issuance, is .3124 mills ($0.3124 per $1,000 of taxable value).

YES ←
NO ←

## LOCAL PROPOSALS
(CONTINUED)

### PROPOSAL N
**City of Detroit Neighborhood Redevelopment and Economic Development Programs Bonding Proposal**

Do you favor the authorization and issuance of General Obligation Unlimited Tax Bonds, payable from taxes the City is allowed to levy in addition to state statutory and City Charter limits, in an amount necessary to pay the principal and interest thereon in the principal sum of an amount not to exceed Twenty-Five Million Dollars ($25,000,000) for the purpose of paying the cost of improvements to various neighborhood redevelopment and housing rehabilitation projects, and for economic development projects? The estimated millage that will be levied per $1,000 of the taxable value of property located in the City to pay for the proposed bonds will be $0.1980 in the first year, and the estimated simple average annual millage rate over the life of the bonds, which will not exceed 30 years from the date of issuance, is .1420 mills ($0.1420 per $1,000 of taxable value).

YES ←
NO ←

### PROPOSAL S
**City of Detroit Public Safety Improvements Bonding Proposal**

Do you favor the authorization and issuance of General Obligation Unlimited Tax Bonds, payable from taxes the City is allowed to levy in addition to state statutory and City Charter limits, in an amount necessary to pay the principal and interest thereon in the principal sum of an amount not to exceed Forty-Five Million Dollars ($45,000,000) for the purpose of paying the cost of acquisition, construction, renovation, or rehabilitation of public safety projects relating to Police, Fire, and Emergency Medical Services (EMS) facilities? The estimated millage that will be levied per $1,000 of the taxable value of property located in the City to pay for the proposed bonds will be $0.3563 in the first year, and the estimated simple average annual millage rate over the life of the bonds, which will not exceed 30 years from the date of issuance, is .2556 mills ($0.2556 per $1,000 of taxable value).

YES ←
NO ←

ROTATION 1

Printed by Authority of the City Election Commission