# EXHIBIT C

**City of Huntington Park, California, Resolution No. 2013-39**

# RESOLUTION NO. 2013 -39

**A RESOLUTION OF THE CITY COUNCIL OF THE CITY OF HUNTINGTON PARK FIXING THE RATE OF TAXES TO PAY SET COST OF THE PUBLIC EMPLOYEES RETIREMENT SYSTEM AND DEBT SERVICE OF PENSION OBLIGATIONS BONDS FOR THE FISCAL YEAR 2013-2014 AND LEVYING TAXES FOR SAID RETIREMENT SYSTEM TO THE FISCAL YEAR BEGINNING JULY 1, 2013**

NOW, THEREFORE, THE CITY COUNCIL OF THE CITY OF HUNTINGTON PARK DOES HEREBY RESOLVE AS FOLLOWS:

**SECTION 1:** The tax rate for the cost of the Public Employees Retirement System is hereby fixed at the following rates per $100.00 assessed valuation at full market value for the fiscal year 2013-2014 for the following tax districts of the City, namely:

| District | Rate |
|---|---|
| Huntington Park Tax District #1 | $ .21000 |
| Huntington Park CBD Redevelopment Project | $ .21000 |
| Huntington Park Industrial Redevelopment Project | $ .21000 |
| Huntington Park North Redevelopment Project | $ .21000 |
| Huntington Park Santa Fe Redevelopment Project Tax | $ .21000 |
| Huntington Park Neighborhood Preservation Redevelopment Project | $ .21000 |

Said taxes are hereby levied upon all taxable property within the City of Huntington Park.

**SECTION 2:** The Mayor and/or City Clerk are authorized and directed to certify, under penalty of perjury, that the tax rates levied herein are exempt from the application of Article XIII A, Section 1(A) of the Constitution of the State of California.

**SECTION 3:** The City Clerk shall certify to the adoption of this Resolution and cause it to be published once in The Press, a newspaper of general circulation, printed and published in the County of Los Angeles and circulated in the City of Huntington Park, such publication to be completed not later than fifteen (15) days following the passage hereof.

**PASSED, APPROVED AND ADOPTED** this 13rd day of August 2013.

_Mario Gomez_
Mario Gomez, Mayor

ATTEST:

_Rosio Martinez_
Acting City Clerk

ATTEST:

STATE OF CALIFORNIA     )
COUNTY OF LOS ANGELES   ) SS
CITY OF HUNTINGTON PARK )

I, Rocio Martinez, Acting City Clerk of the City of Huntington Park, California, do hereby certify that the whole number of members of the City Council of said City is five; that the foregoing Resolution, being Resolution No. 2013-39 was duly passed and adopted by the City Council of the City of Huntington Park, approved and signed by the Mayor of said City, and attested to by the Acting City Clerk of said City, all at a special meeting of the City Council held on the 13th day of August, 2013, and that the same was so passed and adopted by the following vote, to wit:

AYES:     Council Members – Gomez, Perez, Hernandez

NOES:     Council Members – Macias

ABSENT:   Council Members – Amezquita

ABSTAIN:  Council Members – None

*Rocio Martinez*
Acting City Clerk