UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

CITY OF DETROIT, MICHIGAN,

        Debtor.
_____/

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

### CONCURRENCE OF THE RETIREE ASSOCIATION PARTIES IN THE OFFICIAL COMMITTEE OF RETIREES OF THE CITY OF DETROIT MEMORANDUM ADDRESSING ISSUE NOS. 4, 5, 9 & 10 FROM THE JUNE 5, 2014 COURT ORDER IDENTIFYING LEGAL ISSUES (DKT. 5235)

The Retired Detroit Police & Fire Fighters Association ("RDPFFA"), Donald Taylor, individually, and as President of the RDPFFA, and the Detroit Retired City Employees Association ("DRCEA") and Shirley V. Lightsey, individually, and as President of the DRCEA (collectively "Retiree Association Parties"), through their counsel, Lippitt O'Keefe Gornbein, PLLC and Silverman & Morris, P.L.L.C., concur in the Official Committee of Retirees of the City of Detroit Memorandum Addressing Issue Nos. 4, 5, 9 & 10 from the June 5, 2014 Court Order Identifying Legal Issues (Dkt. 5235), filed on June 30, 2014, docket no. 5709, and they hereby incorporate the arguments set forth in the Committee's Memorandum as if fully restated herein by the Retiree Association Parties.

Respectfully submitted,

By: /s/ *Thomas R. Morris*
**SILVERMAN & MORRIS, P.L.L.C.**
Thomas R. Morris (P39141)
Karin F. Avery (P45364)
30500 Northwestern Hwy., Suite 200
Farmington Hills, Michigan 48334
Tel: (248) 539-1330; Fax: (248) 539-1355
morris@silvermanmorris.com
avery@silvermanmorris.com

**LIPPITT O'KEEFE GORNBEIN, PLLC**
Brian D. O'Keefe (P39603)
Ryan C. Plecha (P71957)
370 East Maple Road, 3rd Floor
Birmingham, Michigan 48009
Tel: (248) 646-8292; Fax: (248) 646-8375
bokeefe@lippittokeefe.com
rplecha@lippittokeefe.com

Attorneys for Retiree Association Parties

Dated: June 30, 2014

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed and served via the Court's electronic filing system on June 30, 2014.

                          */s/ Thomas R. Morris*
                          Thomas R. Morris (P39141)