## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |
| | | Related to Doc. No. 4392 |

## THE DETROIT RETIREMENT SYSTEMS' FACT WITNESS LIST IN SUPPORT OF PLAN CONFIRMATION

The Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit (together, the "Retirement Systems") hereby disclose the witnesses that they may call in support of confirmation of the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 5, 2014) [Dkt. No. 4392].[1] The Retirement Systems may call one or more of the following individuals:

1.     Cynthia Thomas, Executive Director of the Retirement Systems.

2.     Ryan Bigelow, Chief Investment Officer of the Retirement Systems.

3.     Bradley Robins, Greenhill & Co., Financial Advisor to the Retirement Systems.

---

[1]     The Retirement Systems submit this Witness List pursuant to the Order Approving the First Amended Stipulation Modifying Certain Plan Discovery and Pleading Deadlines for Certain Non-Debtor Parties [Dkt. No. 5482].

4.     Eric Mendelsohn, Greenhill & Co., Financial Advisor to the Retirement Systems.

5.     Judy Kermans, Gabriel Roeder, Actuarial Advisor to the Retirement Systems.

6.     Ken Alberts, Gabriel Roeder, Actuarial Advisor to the Retirement Systems.

7.     Brian Murphy, Gabriel Roeder, Actuarial Advisor to the Retirement Systems.

8.     David Kausch, Gabriel Roeder, Actuarial Advisor to the Retirement Systems.

9.     A representative of New England Pension Consulting, Investment Consultant.

10.     A representative of Wilshire, Investment Consultant.

11.     Any custodian of records necessary to authenticate documents.

12.     Any rebuttal witnesses.

13.     The Retirement Systems reserve the right to call any fact witness identified on any witness list filed in this case by any party and to call any witness whose identity becomes known through the course of discovery, which is ongoing.

201062018.1 14893/165083

14.     As discovery is still being conducted in this matter, the Retirement Systems reserve the right to amend, supplement, or otherwise modify this list based upon such discovery.

CLARK HILL PLC

/s/ Robert D. Gordon
Robert D. Gordon (P48627)
Jennifer K. Green (P69019)
Shannon L. Deeby (P60242)
151 South Old Woodward Avenue
Suite 200
Birmingham, Michigan 48009
Telephone: (248) 988-5882
Facsimile: (248) 988-2502
rgordon@clarkhill.com
jgreen@clarkhill.com
sdeeby@clarkhill.com

Dated: July 1, 2014                *Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit*

# EXHIBIT 1

201062018.1 14893/165083

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |
| | | Related to Doc. No. 4392 |

### CERTIFICATE OF SERVICE

The undersigned certifies that on July 1, 2014, The Detroit Retirement Systems' Fact Witness List in Support of Plan Confirmation was filed using the Court's CM/ECF system, which CM/ECF system will send notification of such filing to all parties of record.

> CLARK HILL PLC
>
> /s/ Robert D. Gordon
> Robert D. Gordon (P48627)
> 151 South Old Woodward Avenue, Suite 200
> Birmingham, Michigan 48009
> Telephone: (248) 988-5882
> Facsimile: (248) 988-2502
> rgordon@clarkhill.com

Dated: July 1, 2014                    *Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit*

201062018.1 14893/165083