**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|                              |   |                          |
|------------------------------|---|--------------------------|
|                              | : |                          |
| In re:                       | : | Chapter 9                |
|                              | : |                          |
| CITY OF DETROIT, MICHIGAN,   | : | Case No. 13-53846        |
|                              | : |                          |
| Debtor.                      | : | Hon. Steven W. Rhodes    |
|                              | : |                          |

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2014, I caused the **NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION'S SUPPLEMENTAL BRIEF REGARDING LEGAL ISSUE #7** [Doc. No. 5703] to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants in this bankruptcy case.

Respectfully submitted by:

**JAFFE RAITT HEUER & WEISS, P.C.**

By: */s/ Paul R. Hage*
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214
Telephone: (248) 351-3000
phage@jaffelaw.com

*Counsel for National Public Finance*
*Guarantee Corp.*

Dated: July 1, 2014.

2817054.1