UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY SANDERS,

    Appellant,                             Civil Action No. 14-CV-11782
                                             HON. BERNARD A. FRIEDMAN

vs.

CITY OF DETROIT,

    Appellee.
_____/

## ORDER OF DISMISSAL

    Before the Court is an appeal from an order of the bankruptcy court dated March 24, 2014, denying pro se appellant's application to proceed in district court without prepaying fees [docket entry 1]. Having reviewed the record on appeal, including the order appealed from, the Court concludes that the instant appeal is frivolous as appellant's asserted grounds for relief are entirely unintelligible. See 28 U.S.C. § 1915(e)(2)(B).

    Accordingly,

    IT IS ORDERED that the appeal from the order of the bankruptcy court dated March 24, 2014 is dismissed.

                                                    _s/ Bernard A. Friedman_____
                                                    BERNARD A. FRIEDMAN
                                                    SENIOR UNITED STATES DISTRICT JUDGE

Dated: June 30, 2014
        Detroit, Michigan