UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | : | |
|---|---|---|
| In re: | : | Chapter 9 |
| | : | |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| | : | |
| Debtor. | : | Hon. Steven W. Rhodes |
| | : | |

**ORDER AUTHORIZING NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION TO VOTE THE NATIONAL DWSD BOND CLAIMS**

This matter coming before the Court on *National Public Finance Guarantee Corporation's Notice of Asserted Right to Vote the National DWSD Bond Claims* (the "Voting Notice"), filed by National Public Finance Guarantee Corporation ("National"); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. National is the sole party authorized to vote the National DWSD Bond Claims,[1] as set forth in the Voting Notice.

2. National is the sole party authorized to make the election for the National DWSD Bond Claims contemplated by Article II.B.3.a.ii.B of the Plan.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Voting Notice.

3. The City shall disregard any votes submitted on the National DWSD Bond Claims by any party other than National.

.

**Signed on July 01, 2014**

                                                    **/s/ Steven Rhodes**
                                                    **Steven Rhodes**
                                                    **United States Bankruptcy Judge**