IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

**ORDER AUTHORIZING
ASSURED GUARANTY MUNICIPAL CORP.
TO VOTE CERTAIN CLAIMS IN CLASS 1A**

This matter coming before the Court on the Assured Guaranty Municipal Corp. Notice of Asserted Right to Vote Certain Claims in Class 1A (the "Voting Notice"), filed by Assured Guaranty Municipal Corp., formerly known as Financial Security Assurance Inc., ("Assured"); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. Assured is the sole party authorized to vote and make the DWSD Election with respect to all claims arising from the Assured DWSD Bonds,[1] as set forth in the Voting Notice.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Brief of Assured Guaranty Municipal Corp. in Support of Notice of Asserted Right to Vote Certain Claims in Class 1A.

2. The City shall disregard all votes submitted on any claim arising from the Assured DWSD Bonds by any party other than Assured.

**Signed on July 01, 2014**

                                                                                 /s/ Steven Rhodes
                                                                                **Steven Rhodes**
                                                                                **United States Bankruptcy Judge**