# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | : Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | : Case No. 13-53846 |
| Debtor. | : Hon. Steven W. Rhodes |

## ORDER AUTHORIZING ASSURED TO VOTE CLAIMS IN CLASS 8

This matter coming before the Court on the Assured Notice of Asserted Right to Vote Claims in Class 8 (the "Voting Notice"), filed by Assured Guaranty Municipal Corp., formerly known as Financial Security Assurance Inc., and Assured Guaranty Corp. (together, "Assured"); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. Assured is the sole party authorized to vote claims arising from the Assured UTGO Bonds,[1] as set forth in the Voting Notice.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Brief of Assured in Support of Notice of Asserted Right to Vote Claims in Class 8.

2. The City shall disregard any votes submitted on the claims arising from the Assured UTGO Bonds by any party other than Assured.

.

**Signed on July 01, 2014**

                                                                                                           /s/ Steven Rhodes
                                                                                                           **Steven Rhodes**
                                                                                                           **United States Bankruptcy Judge**