Form ntchrg

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
　City of Detroit, Michigan
　2 Woodward Avenue
　Suite 1126
　Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
　38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **7/14/14** at **10:00 AM** to consider and act upon the following:

*5270* – Motion For Entry of an Order Approving Claim Objection Procedures Filed by Debtor In Possession City of Detroit, Michigan (Attachments: # 1 Exhibit 1 − Proposed Order # 2 Exhibit 2 − Notice and Opportunity to Respond # 3 Exhibit 3 # 4 List of 20 Largest Creditors 4 − Certificate of Service # 5 Exhibit 5 # 6 Exhibit 6) (Dolcourt, Tamar)

Dated: 7/2/14

　　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　Katherine B. Gullo
　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　BY: christine sikula
　　　　　　　　　　　　　　　　　　　　Deputy Clerk