UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
:
In re: : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No.: 13-53846
:
: Hon. Steven W. Rhodes
Debtor. :
---------------------------------------------------------------x

## NOTICE OF DEPOSITION OF INTERNATIONAL UNION, UAW TO DETROIT LIBRARY COMMISSION

PLEASE TAKE NOTICE that pursuant to the subpoena *ad testificandum* served by the International Union, UAW ("UAW") upon the Detroit Library Commission ("Library") on June 11, 2014 [Docket No. 5272]; upon resolution by the UAW and the Library of the June 19, 2014 objections to the subpoena raised by the Library [Docket No. 5446]; and subject to said resolution; the UAW will take the deposition of the Library on July 16, 2014 beginning at 10 am at the offices of the Library: Detroit Public Library, 5201 Woodward Ave, Detroit MI 48202.

Dated: New York, New York
July 2, 2014

                International Union, UAW

           By: /s/ *Peter D. DeChiara*
                Cohen, Weiss and Simon LLP
                Babette A. Ceccotti
                Peter D. DeChiara
                330 West 42nd Street
                New York, New York 10036-6976
                T: 212-563-4100
                F: 212-695-5436
                bceccotti@cwsny.com
                pdechiara@cwsny.com

                Niraj R. Ganatra (P63150)
                8000 East Jefferson Avenue
                Detroit, Michigan 48214
                T: (313) 926-5216
                F: (313) 926-5240
                nganatra@uaw.net

                *Attorneys for International Union, UAW*

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of July 2014, I caused the foregoing document to be served on counsel for all parties of record through the Court's CM/ECF system. I further certify that I caused a copy of the foregoing document to be served today by email and first-class mail upon counsel for the Library:

William B. Forrest III
Kienbaum Opperwall Hardy & Pelton, P.L.C.
280 North Old Woodward Avenue, Suite 400
Birmingham, Michigan 48009
Office: 248-645-0000
Fax: 248-723-1110
E-mail: wforrest@kohp.com

/s/ *Peter D. DeChiara*
Peter D. DeChiara