# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No.: 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## NOTICE OF DEPOSITION OF MARK ABBO

To: The County of Wayne, Michigan

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, the City of Detroit, by and through its counsel, will take the deposition upon oral examination of Mark Abbo at Pepper Hamilton LLP, located at Suite 1800, 4000 Town Center, Southfield, MI 48075-1505, on July 24, 2014, or at such other date or place to which the parties mutually agree. The deposition will begin at 9:00am, and continue until completed.

The deposition will be taken before a court reporter or other person authorized by law to administer oaths and provide an official record of the deposition.

The deposition will be recorded by stenograph for the purpose of discovery, for use in the above-titled action, and for any other purpose permitted under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Dated: July 2, 2014                Respectfully submitted,

                                        /s/ Deborah Kovsky-Apap
                                Deborah Kovsky-Apap (P68258)
                                Robert S. Hertzberg (P30261)
                                PEPPER HAMILTON LLP
                                4000 Town Center, Suite 1800
                                Southfield, Michigan 48075
                                Telephone: (248) 359-7300
                                Facsimile: (248) 359-7700
                                hertzbergr@pepperlaw.com
                                kovskyd@pepperlaw.com

                                Bruce Bennett (CA 105430)
                                JONES DAY
                                555 South Flower Street
                                Fiftieth Floor
                                Los Angeles, California 90071
                                Telephone: (213) 243-2382
                                Facsimile: (213) 243-2539
                                bbennett@jonesday.com
                                David G. Heiman (OH 0038271)
                                Heather Lennox (OH 0059649)
                                JONES DAY
                                North Point
                                901 Lakeside Avenue
                                Cleveland, Ohio 44114
                                Telephone: (216) 586-3939
                                Facsimile: (216) 579-0212
                                dgheiman@jonesday.com
                                hlennox@jonesday.com

Thomas F. Cullen, Jr. (DC 224733)
Gregory M. Shumaker (DC 416537)
Geoffrey S. Stewart (DC 287979)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

**ATTORNEYS FOR THE CITY OF DETROIT**

# CERTIFICATE OF SERVICE

I hereby certify that, on July 2, 2014, I electronically filed the foregoing *Notice of Deposition of Mark Abbo* with the Clerk of the Court which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this case.


Dated:    July 2, 2014                  /s/ Deborah Kovsky-Apap
                                        Deborah Kovsky-Apap