UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN<br><br>Debtor. | Chapter 9<br><br>Case No.: 13-53846<br><br>Hon. Steven W. Rhodes |

## NOTICE OF DEPOSITION OF JAMES FAUSONE

To: The County of Wayne, Michigan

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, the City of Detroit, by and through its counsel, will take the deposition upon oral examination of James Fausone at Pepper Hamilton LLP, located at Suite 1800, 4000 Town Center, Southfield, MI 48075-1505, on July 30, 2014, or at such other date or place to which the parties mutually agree. The deposition will begin at 1:00pm, and continue until completed.

The deposition will be taken before a court reporter or other person authorized by law to administer oaths and provide an official record of the deposition.

The deposition will be recorded by stenograph for the purpose of discovery, for use in the above-titled action, and for any other purpose permitted under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Dated: July 2, 2014

Respectfully submitted,

   /s/ Deborah Kovsky-Apap
Deborah Kovsky-Apap (P68258)
Robert S. Hertzberg (P30261)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, Michigan 48075
Telephone: (248) 359-7300
Facsimile: (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Thomas F. Cullen, Jr. (DC 224733)
Gregory M. Shumaker (DC 416537)
Geoffrey S. Stewart (DC 287979)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

**ATTORNEYS FOR THE CITY OF DETROIT**

# CERTIFICATE OF SERVICE

I hereby certify that, on July 2, 2014, I electronically filed the foregoing *Notice of Deposition of James Fausone* with the Clerk of the Court which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this case.

Dated:    July 2, 2014                 /s/ Deborah Kovsky-Apap
                                       Deborah Kovsky-Apap