UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re City of Detroit, Michigan,
Debtor.

Case No. 13-53846
Chapter 9

*PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY*

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| HHLF L.P. | Citgroup Global Markets Inc. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Stone Lion Partners Capital Partners L.P.
555 Fifth Avenue, 18th Floor
New York, New York 10017
Attention: Claudia Borg
Email: cborg@stonelioncapital.com
Phone: (212) 843-1225

Court Claim #s (if known): 1320
Amount of Claim Transferred: $435,000.00
Date Claim Filed: February 20, 2104
Debtor: City of Detroit, Michigan.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HHLF L.P.

By: HHLF LLC, its General Partner
By: SLGP Partners L.P., its Managing Member

By: /s/ Claudia Borg
Transferee/Transferee's Agent

Claudia Borg
General Counsel         Date:   July 1, 2014

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.