UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re City of Detroit, Michigan,
         Debtor.

Case No. 13-53846
Chapter 9

*PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY*

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

LLSM L.P.
Name of Transferee

Citgroup Global Markets Inc.
Name of Transferor

Name and Address where notices to transferee should be sent:

c/o Stone Lion Partners Capital Partners L.P.
555 Fifth Avenue, 18th Floor
New York, New York 10017
Attention: Claudia Borg
Email: cborg@stonelioncapital.com
Phone: (212) 843-1225

Court Claim #s (if known): 1320
Amount of Claim Transferred: $1,834,000.00
Date Claim Filed: February 20, 2104
Debtor: City of Detroit, Michigan.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LLSM L.P.
By: LLS GP L.P., its General Partner
By: LLS General Partner Ltd., its General Partner

By: _____
Transferee/Transferee's Agent

Claudia Borg
Authorized Signatory

Date: July 1, 2014

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.