# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | : | |
|---|---|---|
| In re: | : | Chapter 9 |
| | : | |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| | : | |
| Debtor. | : | Hon. Steven W. Rhodes |
| | : | |

## NOMINATION OF CREDITOR
## REPRESENTATIVES REGARDING SITE VISIT

Pursuant to the *Order Regarding City's Motion for a Site Visit (Dkt. #5240)*, dated June 27, 2014 [Docket No. 5629], the creditors objecting to the plan nominate the following attorneys to speak for them for the purpose of conferring to determine the details of the site inspection:

| | |
|---|---|
| Robert A. Schwinger<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, NY 10012<br>Telephone: (212) 408-5100<br>rschwinger@chadbourne.com<br><br>*Counsel for Assured Guaranty Municipal Corp.* | Ernest J. Essad Jr.<br>WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.<br>280 North Old Woodward Avenue, Suite 300<br>Birmingham, MI 48009<br>Telephone: (248) 642-0333<br>Facsimile: (248) 642-0856<br>EJEssad@wwrplaw.com<br><br>*Counsel for Financial Guaranty Insurance Company* |

Dated:  July 3, 2014               Respectfully submitted,

**CHADBOURNE & PARKE LLP**

By:   /s/  Lawrence A. Larose
Lawrence A. Larose
Samuel S. Kohn
Robert A. Schwinger
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5100
llarose@chadbourne.com
skohn@chadbourne.com
rschwinger@chadbourne.com

*Counsel for Assured Guaranty Municipal Corp.*


By:   /s/ Mark R. James
Ernest J. Essad Jr.
Mark R. James
WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.
280 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone: (248) 642-0333
Fax: (248) 642-0856
EJEssad@wwrplaw.com
mrjames@wwrplaw.com

– and –

Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, TX 77002
Telephone: (713) 546-5000

Fax: (713) 224-9511
alfredo.perez@weil.com

*Attorneys for Financial Guaranty Insurance Company*


By: */s/ Guy S. Neal*
James F. Bendernagel, Jr.
Guy S. Neal
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8041
Fax: (202) 736-8711
jbendernagel@sidley.com
gneal@sidley.com

– and –

Jeffrey E. Bjork
Gabriel MacConaill
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Fax: (213) 896-6600
jbjork@sidley.com
gmacconaill@sidley.com

*Attorneys for National Public Finance Guarantee Corp.*

By: */s/ Stephen C. Hackney*
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200

– and –

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Fax (248) 646-5075

*Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*


By: */s/ Thomas P. Christy*
Thomas P. Christy
GARAN LUCOW MILLER, P.C.
1111 West Long Lake Road, Suite 300
Troy, Michigan 48098
Telephone: (248) 641-7600
Fax: (248) 641-0222
tchristy@garanlucow.com

– and –

4

Christopher P. Jelinek
GARAN LUCOW MILLER, P.C.
1000 Woodbridge St
Detroit, Michigan 48207
Telephone: (313) 446-1530
cjelinek@garanlucow.com

– and –

My Chi To, Esq.
DEBEVOISE & PLIMPTON, LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-7435
Fax: (212) 521-7425
mcto@debevoise.com

*Attorneys for Berkshire Hathaway Assurance Corp.*


By: */s/ Vincent J. Marriott, III*
Vincent J. Marriott, III
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 864-8236
Fax: (215) 864-9762
marriott@ballardspahr.com

Matthew G. Summers
BALLARD SPAHR LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone: (302) 252-4428
Fax: (302) 252-4466
summersm@ballardspahr.com

– and –

Howard S. Sher
JACOB & WEINGARTEN, P.C.
Somerset Place
2301 W. Big Beaver Road, Suite 777
Troy, Michigan 48084
Telephone: (248) 649-1200
Fax: (248) 649-2920
howard@jacobweingarten.com

*Attorneys for Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief-und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A.*


By:   */s/ Allan S. Brilliant*
Allan S. Brilliant
Stephen M. Wolpert
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10016
Telephone: (212) 698-3500
Fax: (212) 698-3599
allan.brilliant@dechert.com
stephen.wolpert@dechert.com

*Attorneys for County of Macomb, Michigan by and through its County Agency, Anthony V. Marrocco, the Macomb County Public Works Commissioner, and the Macomb Interceptor Drain Drainage District*

By: */s/ Joseph M. Fischer*
Joseph M. Fischer
Robert A. Weisberg
Christopher Grosman
CARSON FISCHER P.L.C.
4111 Andover Road, West-Second Floor
Bloomfield, Michigan 48302-1924
Telephone: (248) 644-4840
Fax: (248) 644-1832
JFischer@CarsonFischer.com
RWweisberg@CarsonFischer.com
CGrosman@CarsonFischer.com

– and –

Sara K. MacWilliams
Jaye Quadrozzi
YOUNG & ASSOCIATES
27725 Stansbury Blvd., Suite 125
Farmington Hills, Ml 48334
Telephone: (248) 353-8620
efiling@youngpc.com
macwilliams@youngpc.com
guadrozzi@youngpc.com

*Attorneys for Oakland County, Michigan*


By: */s/ Max J. Newman*
Beth Gotthelf
Stoneridge West
BUTZEL LONG
41000 Woodward Ave
Bloomfield Hills, MI 48304
(248) 258-2907
newman@butzel.com

*Attorneys for Wayne County, Michigan*

7

By: */s/ Paul S. Davidson*
Paul S. Davidson
David E. Lemke
Heather J. Hubbard
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Fax: (615) 244-6804

– and –

Robert J. Diehl, Jr.
Jaimee L. Witten
BODMAN PLC
1901 St. Antoine Street, 6th Floor
Detroit, Michigan 48226
Telephone: (313) 393-7597
Fax: (313) 393-7579

*Attorneys for U.S. Bank National Association, as Trustee for the Water and Sewer Bonds*

By: */s/ Amy Caton*
Amy Caton
Gregory A. Horowitz, Esq
KRAMER LEVIN NAFTALIS & FRANKEL, LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000
acaton@kramerlevin.com

*Attorneys for Nuveen Asset Management, and BlackRock Financial Management, Inc., members of the Ad Hoc Bondholder Committee*

8

By: */s/ William W. Kannel*
William W. Kannel
Adrienne K. Walker, Esq.
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: 617-542-6000
Fax: 617-542-2241
wkannel@mintz.com
akwalker@mintz.com

*Attorneys for Fidelity Management & Research Company, Eaton Vance Management, and Franklin Advisers, Inc., members of the Ad Hoc Bondholder Committee*


By: */s/ Barbara A. Patek*
Barbara A. Patek
Earle I. Erman
ERMAN, TEICHER, ZUCKER &
FREEDMAN, P.C.
400 Galleria Officentre, Suite 444
Southfield, MI 48034
Telephone: (248) 827-4100
Fax: (248) 827-4106
bpatek@ermanteicher.com

*Attorneys for the Detroit Fire Fighters Association, IAFF Local 344 ("DFFA") and the Detroit Police Officers Association ("DPOA")*

– and –

9

James M. Moore
GREGORY, MOORE, JEAKLE &
BROOKS, PC
65 Cadillac Square, Suite 3727
Detroit, MI 48226-2893
Telephone: (313) 964-5600
Fax: (313) 964-2125
jim@unionlaw.net

*Attorneys for the DPOA*

– and –

Christopher P. Legghio
Alidz Oshagan
LEGGHIO & ISRAEL, PC
306 S. Washington, Suite 600
Royal Oak, MI 48067
Telephone: 248 398 5900 x 1131
Fax: 248 398 2662
CPL@legghioisrael.com

*Attorneys for the DFFA*