UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-----------------------------------------------------------------x
: 
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
-----------------------------------------------------------------x

## ORDER AUTHORIZING FINANCIAL GUARANTY INSURANCE COMPANY TO VOTE AND MAKE ELECTIONS WITH RESPECT TO CERTAIN DWSD BOND CLAIMS

This matter having come before the Court on *Notice of Financial Guaranty Insurance Company Asserted Right to Vote and Make Elections with Respect to Certain DWSD Bond Claims* (the "**Notice of Asserted Right to Vote a Claim**"), filed by Financial Guaranty Insurance Company ("**FGIC**"); and due and proper notice of the hearing to consider and an opportunity to object to the relief requested therein having been given to all parties registered to receive electronic notices in this matter; and upon the entire record of all the proceedings before the Court; and the legal and factual bases set forth in the Notice of Asserted Right to Vote a Claim establishing just and sufficient cause to grant the relief requested therein;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. FGIC is the sole party authorized to vote to accept or reject the Plan[1] in respect of the FGIC DWSD Bond Claims, as set forth in the Notice of Asserted Right to Vote a Claim.

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Notice of Asserted Right to Vote a Claim.

2. FGIC is the sole party authorized to make the election contemplated in Article II.B.3.a.ii.B of the Plan in respect of the FGIC DWSD Bond Claims.

3. The City shall disregard any vote and/or election in respect of the FGIC DWSD Bond Claims submitted by any party other than FGIC.

It is so ordered.

.

**Signed on July 03, 2014**

                                                                                   /s/ Steven Rhodes
                                                                                   **Steven Rhodes**
                                                                                   **United States Bankruptcy Judge**