UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____ Debtor ____/

Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _____

_Frenchie L. Williamson_ hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. (I) we am/are interested in the Bankruptcy of the City of Detroit because
   _Because it directly affects me and my income._

2. (I) we object to the above filing because:
   _The Michigan Constitution is there to protect pension benefits. If the Emergency Manager Law, PA 436, is deemed unconstitutional then Kevy Orr's filing of bankruptcy is illegal._

3. I have/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Frenchie Lovell Williamson_
Signature: _Frenchie Williamson_
Address: _44697 Rivergate Dr._
_Clinton Twp. MI 48038_
Email: _frenchiewilliamson@yahoo.com_

Dated:

FILED 2014 JUL 3 P 1:24
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

13-53846-tjt   Doc 5761   Filed 07/03/14   Entered 07/03/14 14:42:14   Page 1 of 1