UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED 2014 JUL -2 A 10: 04
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_GRS_ Debtor /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY:

_Scott Odum_ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
_My Pension may be negatively Impacted._

2. I / we object to the above filing because:
_A Pension plan was promised to employees of city of Detroit, and Pensions could be negatively Impacted._

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Scott Odum_
Signature: _Scott Odum_
Address: _15405 Heather Ridge Trail_

Email: _ScoDM1968 wowway.com_

Dated: