UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor____/

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: Regwald Williams

Regwald Williams hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because I am retiree

2. I / we object to the above filing because:
Judge Aquilina ruled "The Michigan Constitution protect the pension benefits (July 2013)." Ingham County Judge Rosemarie Aquilina has ruled in favor of the lawsuits filed by pension boards and unions. A class action lawsuit challenging the constitutionality of PA 436. If the emergency manager law, PA 436 is deemed unconstitutional, Kevyn Orr's filing of bankruptcy will be illegal.

I have/have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Regwald Williams
Signature: Regwald Williams
Address: 43916 Dunhaven CT
Clinton Twp MI 48038
Email: darwell117@hotmail.com

Dated: July 01, 2014

13-53846-tjt   Doc 5764   Filed 07/03/14   Entered 07/03/14 14:52:23   Page 1 of 1