UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## NOTICE OF VIDEOTAPED DEPOSITION OF SONYA MAYS

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, Syncora Guarantee Inc. and Syncora Capital Assurance Inc., by and through their attorneys of record, will take the deposition upon oral examination of **Sonya Mays** at The Westin Book Cadillac, 1114 Washington Blvd, Detroit, Michigan 48226 on **Friday, July 25, 2014,** or at such other date or place to which the parties mutually agree. The deposition will begin at **9:00 a.m.,** and continue until completed. Ms. Mays' deposition will be taken before a court reporter or other person authorized by law to administer oaths and provide an official record of the deposition. Ms. Mays' deposition will be recorded by stenograph and videotaped for the purpose of discovery, for use in the above-titled action, and for any other purpose permitted under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Dated: July 3, 2014                    Respectfully submitted,

                                       **KIRKLAND & ELLIS LLP**

                                       By: */s/ Stephen C. Hackney*
                                           James H.M. Sprayregen, P.C.
                                           Ryan Blaine Bennett
                                           Stephen C. Hackney
                                           KIRKLAND & ELLIS LLP
                                           300 North LaSalle
                                           Chicago, Illinois 60654
                                           Telephone: (312) 862-2000
                                           Facsimile: (312) 862-2200

                                                   - and -

                                       Stephen M. Gross
                                       David A. Agay
                                       Joshua Gadharf
                                       MCDONALD HOPKINS PLC
                                       39533 Woodward Avenue
                                       Bloomfield Hills, MI 48304
                                       Telephone: (248) 646-5070
                                       Facsimile: (248) 646-5075

                                       *Attorneys for Syncora Guarantee Inc. and*
                                       *Syncora Capital Assurance Inc.*

## Certificate of Service

     I, Stephen C. Hackney, hereby certify that on July 3, 2014, I caused the foregoing *Notice of Videotaped Deposition of Sonya Mays* to be filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

                                         */s/ Stephen C. Hackney*
                                         Stephen C. Hackney