**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **7/14/14** at **10:00 AM** to consider and act upon the following:

*5326* – Motion Motion for Costs Relating to Clawback of Debtor's Document Production Filed by Creditor Assured Guaranty Municipal Corp. (Attachments: # 1 Exhibit A # 2 Certificate of Service) (Larose, Lawrence)

Dated: 7/7/14

                                  BY THE COURT

                                  Katherine B. Gullo
                                  Clerk, U.S. Bankruptcy Court

                                  BY: christine sikula
                                  Deputy Clerk