UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | In Proceedings Under Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |

**ORDER AUTHORIZING AMBAC ASSURANCE CORPORATION TO VOTE CERTAIN CLASS 7 LIMITED TAX GENERAL OBLIGATION BOND CLAIMS AND CERTAIN CLASS 8 UNLIMITED TAX GENERAL OBLIGATION BOND CLAIMS**

This matter coming before the Court on Ambac Assurance Corporation's Notice of Asserted Right to Vote a Claim (the "Voting Notice"), filed by Ambac Assurance Corporation ("Ambac"); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. Ambac is the sole party authorized to vote the Ambac Bond Claims,[1] as set forth in the Voting Notice.

2. The City shall disregard any votes submitted on the Ambac Bond Claims by

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Voting Notice.

any party other than Ambac.

**Signed on July 07, 2014**

                                                                             **/s/ Steven Rhodes**
                                                                             **Steven Rhodes**
                                                                             **United States Bankruptcy Judge**