UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------x
                                                       :
In re                                                  : Chapter 9
                                                       :
CITY OF DETROIT, MICHIGAN,                             : Case No. 13-53846
                                                       :
                     Debtor.                           : Hon. Steven W. Rhodes
                                                       :
-------------------------------------------------------x
```

# ORDER RESOLVING MOTION OF THE
# GENERAL RETIREMENT SYSTEM OF THE
# CITY OF DETROIT TO DESIGNATE AND DETERMINE
# ADDITIONAL LEGAL ISSUE REGARDING METHODOLOGY
# FOR ASF RECOUPMENT FROM RETIREES [Docket No. 5478]

This matter came before the Court on the Stipulation Resolving Motion of the General Retirement System of the City of Detroit to Designate and Determine Additional Legal Issue Regarding Methodology for ASF Recoupment From Retirees [Docket No. 5478] (the "Stipulation"),[1] filed by the City of Detroit (the "City"), the General Retirement System of the City of Detroit (the "GRS"), the Official Committee of Retirees and the Detroit Retired City Employees Association (collectively, the "Parties"); the Court having reviewed the Stipulation; the Court finding that (a) the Court has jurisdiction over this matter pursuant to

---

[1]   Capitalized terms not defined herein have the meanings given to them in the Stipulation.

28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. The Motion has been consensually resolved as set forth in the Stipulation.

3. The City will amend the Plan substantially in accordance with the provisions set forth in the Term Sheet.

.

**Signed on July 07, 2014**

                                               /s/ Steven Rhodes
                                               **Steven Rhodes**
                                               **United States Bankruptcy Judge**