# United States Bankruptcy Court

Eastren District Of Michigan

In re City of Detroit,
Debtor

Case No. 13-53846

Chapter 9

I FF Dennis Fisher Pension #236507 object to this plan

[signature]

7/7/14

FILED (1) 2014 JUL -7 P 9:26 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

13-53846-tjt   Doc 5777   Filed 07/07/14   Entered 07/07/14 12:51:15   Page 1 of 1