# United States Bankruptcy Court

Eastern District Of Michigan

In re City of Detroit,
        Debtor

Case No. 13-53846

Chapter 9

I Jon C. Solomon object to this Plan.

Pension #238042    Detroit Fire Department

Jon Solomon
6956 Swartout Rd.
Algonac MI 48001

Home Phone - 810-794-5296

Jon C. Solomon

*(signature)*

7-7-14

FILED 2014 JUL -7 A 11:27 U.S. BANKRUPTCY E.D. MICHIGAN-DETROIT