# United States Bankruptcy Court
Eastern District Of Michigan

In re City of Detroit
       Debtor

Case No. 31-53846

Chapter 9

I Object to the plan, I Stanton Eugene Wells Pension #200829 Badge # 1844

Stanton E. Wells

Stanton Wells

7-7-2014

FILED
2014 JUL -7 A 11: 26
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT