Chapter 9

In re

Case No. 13-53846

Honorable Steven W. Rhodes

CITY OF DETROIT, Michigan

Debtor

## Motion for Reconsideation:
### CLARIFICATION OF DARRAH'S CLAIM NUMBER 3236 AND AMENDMENT OF THE CLAAIM 3236

Here comes Lucinda J. Darrah and states:

1. That contrary to the Cities' objection to the claim that it is ficticious and capricious, the truth is that the city's trash incinerator has harmed human health and Darrah's health by spewing most carcinogenic chlorinated furans and dioxans into the air WITHOUT PROPER CONTROLS.
2. The evidence is presented by the National Research Council's report in 2000, WASTE INCINERATION AND HUMAN HEALTH.
3. The original claim was to reduce the FEED to the incinerator.
4. The Amendment cites the reason why Darrah was injured, and continues to be injured and why she should be compensated.
5. Attached is a flier showing that the privatized recycling contracted for under the guidance of the emergency manager, does not intend to segregate all plastic waste (and other toxic) out of the incinerator waste stream.
6. The people whose health is at risk should be involved in the management of garbage, recycling, and reuse.
7. Darrah is ready to argue her side in the court. Please reconsider your dismissal of this claim and allow the good of the public health to be debated and and public policy brought in line with public health.

*Lucinda J Darrah*
7/7/14

# DETROIT SERVICE DAYS

[Map showing Detroit service day zones with Monday Garbage, Friday Garbage, Wednesday Garbage, and Tuesday Garbage areas marked A and B, with Rizzo Services area noted]

Ⓐ Every other week bulk and yard waste collection starting the week of June 2
Ⓑ Every other week bulk and yard waste collection starting the week of June 9

## Advanced Disposal

## BULK COLLECTION
(Every Other Week)

**NOTE: This information replaces the 2014 bulk dates you received from the City of Detroit.**

The bulk collection days scheduled by the City of Detroit for June are canceled. Those dates are being changed to every other week collection provided by Advanced Disposal.

Bulk items will be collected on your scheduled collection day every other week.

Place bulk items at the curb away from your refuse container, yard waste or recycling, prior to 7 a.m. on the scheduled day of collection.

Bulk items should be no more than 1,000 pounds or exceed one cubic yard in volume.

### Examples of bulk items include:
- Furniture, appliances, air conditioners, hot water tanks, carpeting, mattresses, large toys, etc. Remove doors from appliances before setting out for collection.
- Brush in excess of 2 inches in diameter should be tied and placed at the curb.

### These items are NOT considered bulk items:
- Remodeling or construction debris
- Household hazardous waste – flammables, explosives, paint, batteries, hazardous or medical wastes, fuel, oil, needles, radioactive materials, chemicals, etc.

Additional Information: Prior to disposal, all liquids, food, chlorofluorocarbons (CFCs), polychlorinated biphenyls (PCBs), and any unacceptable waste must be removed from bulk waste and appliances.

---

## HOLIDAY COLLECTION SCHEDULE

If one of the following holidays occurs on a weekday and your collection day falls on or after that holiday, your collection will be delayed by one day.

New Year's Day, Martin Luther King Jr. Day, Memorial Day, 4th of July, Labor Day, Thanksgiving Day and Christmas Day.

## YARD WASTE
(April – December, Every Other Week)

Yard waste – leaves, grass clippings, shrubs and twigs – will be collected every other week on your scheduled collection day. Yard waste collection will begin sometime in April and could end as late as early December. The start and end dates will vary based on weather conditions.

Christmas trees will be collected the first two weeks in January on your scheduled refuse collection day.

By 7 a.m., place your yard waste at the curb for collection. Yard waste is collected with a separate truck.

### To dispose of yard waste:
- Only use paper, biodegradable lawn/yard bags or your own 32-gallon reusable plastic or metal container. The weight restriction on a 32-gallon container is 60 pounds.
- No plastic bags.
- Do not place yard waste in your refuse container.
- Place your yard waste at the curb at least 3 feet away from your refuse container and other objects.
- Branches and twigs less than two inches in diameter should be cut down and placed in biodegradable bags or reusable containers. They may also be put in bundles no larger than 4 feet long or 18 inches in diameter.

### These items are NOT considered yard waste:
- Garbage
- Large stumps
- Dead animals
- Dirt
- Sand or gravel
- Sod
- Animal waste (or feces)

---

**Starting Monday, June 2**, Advanced Disposal will collect garbage, bulk items, yard waste and recycling for Detroit residents west of Woodward Avenue and north of the I-94 Freeway.

All items should be at the curb by 7 a.m. on your scheduled collection day.

**7 AM**

## REFUSE COLLECTION (Once a Week)

You will continue to use your Courville container.

By 7 a.m. on your collection day, place your refuse container at the curb at least 3-4 feet away from other objects (cars, trees, shrubs, recycling container, etc.).

All garbage should be in bags and placed in your refuse container.

### DO NOT place any of these items in your refuse container:
- Yard waste
- Construction debris
- Hazardous waste (paint, solvents, gardening products, etc.)
- Car parts (engines, batteries, fuel, motor oil or fuel)
- Home repair and cleaning products (glues, caulk, cleansers, polishes)
- Mercury thermometers
- Large glass panes
- Large tree branches or stumps
- Batteries
- Fluorescent light bulbs
- Ammunition
- Tires




YOUR **GARBAGE PICKUP DAY** IS:

YOUR **YARD WASTE PICKUP DAY** IS:

YOUR **BULK WASTE PICKUP DAY** IS:

YOUR **RECYCLING PICKUP DAY** IS:

**Need a New Container?**
If you need to have your container replaced or repaired, call Advanced Disposal Customer Care at (844) 2-DETROIT (233-8764). There is a $20 charge to replace a container.

## CONTACT US



For comments, questions or praise, please contact Advanced Disposal Customer Care at:
PHONE: (844) 2-DETROIT (233-8764)
EMAIL: DetroitMIResidential@AdvancedDisposal.com
WEB SITE:
www.AdvancedDisposal.com/DetroitResidential
or the City's Web site at www.detroitmi.gov/dpw

---

**CITY OF DETROIT**
Advanced Disposal
12255 Southfield Road
Detroit, MI 48228

**IMPORTANT INFORMATION REGARDING YOUR REFUSE COLLECTION**

Standard US Postage PAID WSG

---

## NEW SERVICE FOR DETROIT RESIDENTS
### OPTIONAL CURBSIDE RECYCLING PROGRAM

The City will now offer curbside recycling for all residents who request the service.

**Households That Have Curbside Recycling**
Advanced Disposal will collect recycling every other week on your scheduled collection day.

**Households That Don't Have Curbside Recycling**
Curbside recycling will be available this September for those without recycling now.

To take part, residents will need to go online to AdvancedDisposal.com/DetroitResidential, or call (844) 2-DETROIT (233-8764) to request a 64-gallon recycling container. There is a one-time fee of $25 for the container. Residents will receive additional recycling information in the mail.

Recycling carts are specifically for recyclables and cannot be used for refuse or yard waste.

**What can I recycle?**
- Paper • Paper Bags • Clear and Colored Glass • Paper Board and Boxes • Metals • Plastic Bottles and Containers

**Important Information to Remember**
- All items should be empty, rinsed and free of food and dirt
- Lids, tops and labels do not need to be removed
- Shred personal information first (bank or credit card statements)

### REWARDS FOR RECYCLING

Recycling service is only provided to customers who have registered for the recycling program. In addition, all recycling participants have the option to register online for the Rewards for Recycling. The program offers discounts and coupons from local businesses.

For details and to sign up, go to AdvancedDisposal.com/DetroitResidential, or call (844) 2-DETROIT (233-8764).

### DEAR DETROIT RESIDENT:

Beginning the week of Monday, June 2, you will see a change in how your trash is collected. The City of Detroit has contracted with Advanced Disposal to collect solid waste for all neighborhoods west of Woodward and north of I-94. A separate contract has been awarded to Rizzo Environmental Services to collect trash on the east and southwest sides.

The decision to switch to a private service was recently approved by the Detroit City Council. Once a final decision was made to outsource refuse collection, we worked to ensure that residents receive high-quality service. In addition, to minimize the impact on our employees, we insisted that both waste disposal companies offer jobs to our drivers.

But what's most important is the service you will receive. First, residents will see an increased level of service with bulk items being collected every other week rather than every three months. Yard waste will be collected every other week, and all households can recycle at the curb if they opt-in to the Advanced Disposal recycling program. We're even offering incentives to residents to recycle. You will continue to use your Courville container for your weekly refuse collection.

Finally, I would like to thank each and every one of you for your commitment to keeping the city clean as we go through this transition. It will take all of our efforts to create and sustain a clean, environmentally-friendly city.

Gary Brown
Chief Operating Officer

Ron Brundidge, Director
Department of Public Works

NATIONAL ACADEMY PRESS • 2101 Constitution Avenue, NW • Washington, DC 20418

NOTICE: The project that is the subject of this report was approved by the Governing Board of the National Research Council, whose members are drawn from the councils of the National Academy of Sciences, the National Academy of Engineering, and the Institute of Medicine. The members of the committee responsible for the report were chosen for their special competences and with regard for appropriate balance.

This project was supported by Grant No. EPA-R-822039 between the National Academy of Sciences and the U.S Environmental Protection Agency (EPA), and Grant No. DHHS-U5O/ATU39903 from the Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services, and U.S. Department of Energy. Any opinions, findings, conclusions, or recommendations expressed in this publication are those of the author(s) and do not necessarily reflect the view of the organizations or agencies that provided support for this project.

**Library of Congress Cataloging-in-Publication Data**

Waste incineration and public health / Committee on Health Effects of
Waste Incineration, Board on Environmental Studies and Toxicology,
Commission on Life Sciences, National Research Council.
    p. cm.
Includes bibliographical references and index.
    ISBN 0-309-06371-X (casebound)
    1. Hazardous wastes—Incineration—Health aspects. 2. Health risk assessment. 3. Incineration—Health aspects. 4. Medical wastes—Incineration. 5. Pollution prevention. I. National Research Council (U.S.). Committee on Health Effects of Waste Incineration.
    RA578.H38 W37 2000
    363.72'87—dc21
                                     00-009914

*Waste Incineration and Public Health* is available from the National Academy Press, 2101 Constitution Ave., NW, Box 285, Washington, DC 20055 (1-800-624-6242 or 202-334-3313 in the Washington metropolitan area; Internet: http://www.nap.edu).

Copyright 2000 by the National Academy of Sciences. All rights reserved.

Printed in the United States of America

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven Rhodes

Debtor.
City of Detroit,

ORDER GRANTING MOTION TO/FOR Set aside the court's order that set aside and expunged claim 3236.

This matter having come before the Court on ~~Debtor's~~ creditor's motion to/for have a reconsideration of claim 3236, the Court having considered the motion, and having found cause:

**IT IS ORDERED** that the motion is granted.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit

CASE NO: 13-53846
CHAPTER: 9

Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on 7/7/14 (date of mailing), I served copies as follows:

1. Document(s) served: Motion for Reconciliation

2. Served upon [name and address of each person served]:

   John A Simon
   500 Woodward Ave, Ste 2700
   Detroit, MI 48226

3. By First Class Mail.

Dated: 7/7/14

(Signature) Lucinda J. Darrah

Print Name: Lucinda J. Darrah

FILED 2014 JUL -7 P 4:06 U.S. BANKRUPTCY E.D. MICHIGAN-DETROIT