IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------- x
                                                           :

In re                                        :         Chapter 9

CITY OF DETROIT, MICHIGAN,       :         Case No. 13-53846

          Debtor.                    :         Hon. Steven W. Rhodes
------------------------------------------- x

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that he caused a copy of ***DEBTOR CITY OF DETROIT'S OBJECTION AND BRIEF IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION OF PROOF OF CLAIMS ## 2638, 2651, 2659, 2676, 2683, 2689, AND 2692*** to be served upon the following parties via email on July 7, 2014 and via First Class United States Mail on July 8, 2014:

Kurt Thornbladh
Thornbladh Legal Group PLLC
7301 Schaefer
Dearborn MI 48126
kthornbladh@gmail.com

Mark K. Wasvary
Becker & Wasvary, PLLC
2401 W. Big Beaver Rd., Suite 100
Troy, MI 48084
markwasvary@hotmail.com

Carl Becker
Becker & Wasvary, PLLC
2401 W. Big Beaver Rd., Suite 100
Troy, MI 48084
cbecker@beckerlawplc.com

By: /s/Timothy A. Fusco
Timothy A. Fusco
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
fusco@millercanfield.com

DATED: July 8, 2014