UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                            Chapter 9
                                                  Case No. 13-53846
City of Detroit, Michigan,                        Hon. Steven W. Rhodes
       Debtor.
_____/

**Notice Regarding Time Change of Hearing on Motion for**
**Temporary Allowance of Claim (Dkt. #5155) Scheduled for July 17, 2014**

Notice is hereby given that the hearing regarding the Macomb Interceptor Drain Drainage District's motion for temporary allowance of claim (Dkt. #5155), scheduled for July 17, 2014, shall be held at 10:00 a.m. instead of 2:00 p.m. as originally noticed.

The hearing shall be held in Courtroom 716, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

Signed on July 8, 2014

                                        /s/ Steven Rhodes
                                        Steven Rhodes
                                        United States Bankruptcy Judge