UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Denying Motion for Reconsideration

On July 7, 2014, Lucinda J. Darrah filed a "Motion for Reconsideration: Clarification of Darrah's Claim Number 3236 and Amendment of the Claaim 3236" which the Court construes as a motion for reconsideration of the order issued on June 27, 2014, granting debtor's objection to claim number 3236 filed by Lucinda Darrah. This motion is to be decided pursuant to Local Bankruptcy Rule 9024-1(a)(3), which provides:

> Generally, and without restricting the discretion of the Court, a motion for rehearing or reconsideration which merely presents the same issues ruled upon by the Court, either expressly or by reasonable implication, shall not be granted. The movant shall not only demonstrate a palpable defect by which the Court and the parties have been misled but also show that a different disposition of the case must result from a correction thereof.

The Court concludes that nothing in the motion warrants reconsideration of its earlier order. Accordingly, it is hereby ordered that the motion for reconsideration (Dkt. #5784) is denied.

.

**Signed on July 08, 2014**

                                  /s/ Steven Rhodes  
                                  Steven Rhodes  
                                  United States Bankruptcy Judge