UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

**NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS UNDER
11 U.S.C. § 1109(b) AND FED. R. BANKR. P. 2002, 3017(a), 9007, 9010**

**PLEASE TAKE NOTICE** that the undersigned hereby files an appearance as counsel to the ("Ochadleus Objectors"), pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010 and 11 U.S.C. § 1109(b).

**PLEASE TAKE FURTHER NOTICE** that neither Notice of Appearance nor any subsequent appearance, pleading, claim or suit shall waive (i) the right of the "Ochadleus Objectors" to have final orders in non-core matters entered only after de novo review by the District Court; (ii) the right of the "Ochadleus Objectors" to a trial by jury in any proceeding so triable in the above-captioned case or any case, controversy, or proceeding related to this case; (iii) the right of the "Ochadleus Objectors" to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the right of the "Ochadleus Objectors" is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly persevered.

**PLEASE TAKE FURTHER NOTICE** that this Appearance does not waive any defenses related to jurisdiction or constitutionality of the City of Detroit's filing that may be available to the "Ochadleus Objectors".

"Ochadleus Objectors"

William Ochadleus, Shelton Hayes, Shirley Berger, Raymond Yee, Frederick McClure Jr.,

John Clark, Jim Benci, Janice Butler, Morris Wells, Melvin Williams Sr., Kimberly Ann Sanders,

Sarah E. Giddens, Deborah Ward, Jackie Fulbright, Catherine Tuttle, Rita Serra, Martin Treadwell,

Ed Gaines, Barbara Triplett-Decrease, John J. O'Neill, Roy Mccalister, Polly Mccalister,

Gail Wilson-Turner, Loletha Porter-Coleman, Afford Coleman, Jessie Banks, Lester Coleman,

Deborah Lark, Moses Lark, Sharon Cowling, Michael Cowling, Robert Jackson, Rashelle Pettway,

Michael A. Adams, John Hawkins, Laura Isom, Duane McKissic, Herbert Moreland,

Cynthian Diane Moreland, Henry Elis, Keith Jackson Sr., Deborah Robinson, James Alexander Jr.,

Debra J. Fair, Brenda Goss-Andrews, Ricardo C. Jenkins, Jaqueline Jackson, Tommie Carodine,

Lawrence V. Porter, Robbin Rivers, ,James R. Younger, Roscoe Mayfield, Charles Barbieri,

Craig Schwartz, Glenda Cole-Dixon, Walter Long Jr., George Graves, Terrance Anderson,

David Anderson, Nancy Fowler, George Chester, Anthony Klukowski Jr.., Todd Klukowski,

Roger Klukowski, Lois Klukowski-Hogen, Patricia Mcabe, Daniel P. Root, Jeannetta Washington,

Mike Foley, Deborah McCreary

            Respectfully Submitted,

            **JAMIE S. FIELDS**

             /s/ *Jamie S. Fields*
            Jamie S. Fields
            Attorneys for the Retired Police Members
            Association
            555 Brush, Suite #2409
            Detroit, MI 48226
            Telephone: (313) 570-3906
Dated: July 8, 2014      E-mail: jeansartre@msn.com