June 18, 2014



US Bankruptcy Court
Judge Rhodes
211 West Fort
Suite 1700
Detroit Michigan 48226

RE: Court July 15, 2014-Individuals Who Filed Plan Objections
      Case 13-53846

I am stating my objections in this letter instead of in court. I am on the morning list of objectors but I am not comfortable in a courtroom setting and I am uncomfortable speaking in front of a lot of people.

Since this bankruptcy started I (as well as countless other retirees) have had to deal with a lot of stress and anxiety. How will we pay bills? The money my husband and I have managed to save was to be for when we get older and need assisted living-we have no children to take care of us. Will I be able to keep my house? Will I have to put down our dogs? My husband and I have 2 adopted dogs-no children. One dog had glaucoma and arthritis, and needs 2 different eye drops and rimadyl each day; the other dog has cancer and has gone through 4 surgeries already. Will we be able to properly care for our adopted dogs?

**I am objecting to the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 5, 2014) based on the following notes I would have read in court:**

ASF recoupment-not fair.
- why not recoup 13th checks instead of just the asf?
- why recoupment for the rest of life-why can't stop recoupment after collecting payment in full? or at the $230 million? retirees living a long life will over pay.
- why was the $85 million approved for the banks? that should have gone to retirees. the banks took a risk like we all do with investments. the retirees were promised retirement benefits in lieu of pay increases
- most retirees have a minimal cut with the 4.5%, retirees affected by the recoupment are taking big cuts of 20%, all retirees should take the same percentage of cuts.

- since the ASF recoupment is because of the pension trustees over paying interest why not recoup the money from these trustees-did they have insurance? recoup from insurance company not innocent retirees.
- why can't the recoupment be paid in a lump sum? and kept track of for calculating restoration
- can the recoupment be paid in yearly installments?

Restoration
- who is calculating the funding level of the pension funds? how often? the market has been doing well-funding should be in the low 70% and i believe they are. numbers can be manipulated-if you have 10 firms calculating the funding level you can have 10 different answers. I do not trust the city. K. Orr is manipulating the finding levels to steal more from retirees and current employees.
- why non-retirees first for asf restoration and not retirees?
- how will recoupment happen for those who paid back lump sum?

**Health care stipend**
- extra $50 stipend criteria-why $75,000 household income for everyone (single household, 2 person and family)-not fair. Shouldn't there be different levels for households? does not seem fair
- and using 2013 tax transcripts when cuts will happen this year and household income will change. does not seem fair.

**$100 million from federal government for blight**
- is this a sure thing?
- how will this impact the cuts to retirees?
- should take the $100 million off the $230 million recoupment since these are the retirees getting hit the hardest.

Why are Library retirees included in cuts?
- the Library is an independent municipal corporation not in chapter 9 and they continue to make payments to the pension funds
- where is this money going?

What if the state, foundations, or DIA default on their pledges
- will they be held accountable?
- we have absolutely no assurances, our pensions can be cut again and again

**VEBA**
- we have no information
- will we have the info in time for 1/1/15?

**Meetings**
- have been to all the meetings-all the same-vote for this plan or it will be worse
- all presenters sounded the same-all like city lawyers not retiree lawyers
- why are we being threatened-vote yes or it will be worse. all this is a shield for the dia, the state and the city.
- seems like the retiree committee, the pension board, the drcea are all in with the city

**Why is this court date (7/15/2014) after the vote (7/11/2014)?**
- we should have all the information before we vote-not after

I personally will be taking the 4.5% cut, the 15.5% recoupment, 14.5% cut because of the COLA cuts, then another 20% from pension check to pay health care premiums.

I retired from the Detroit Public Library in 2010 after 38 years and 9 months of service. I worked longer so I would be comfortable in my retirement and maybe take a yearly vacation. I then moved from the City of Detroit to Saint Clair Shores to be near my mother who was in an Assisted Living Facility.

The one thing I thought I could always count on was my pension, after all it was protected by the Michigan Constitution. I always thought of the Michigan Constitution as our (public employees) version of the Pension Benefit Guaranty Corporation.

When there were talks of the City of Detroit filing for bankruptcy I was not too concerned, I knew Governor Snyder would pull the pensions from the bankruptcy filing in order to comply with the Michigan Constitution. The Governor fooled us again. I feel I'm being robbed. I carefully planned my retirement-now for nothing.

Even when the City of Detroit filed for bankruptcy, and Judge Rhodes ruled that pensions could be cut, I thought whatever cuts made by the City would be made up by the State (my interpretation of the Michigan Constitution). Evidently Governor Snyder does not agree.

After working for 38 years and 9 months, carefully planning my retirement, all my plans are out the window.

Respectfully,

*M. W. Baker*

Dorothy M. W. Baker
22406 Rio Vista Street
Saint Clair Shores, MI 48081
586-552-8397
Email: bakerdmw@gmail.com