FILED

2014 JUL -1 A 9:58

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

June 28, 2014

Theresa Jones
20600 Beaconsfield
Apt. 1
Harper Woods, MI 48225

Honorable, Steven W. Rhodes
Case # 13-53846
C/O Clerk of the Court
United States Bankruptcy Court
Eastern District
211 W. Fort, Suite 1800
Detroit, MI 48226

Honorable, Judge Rhodes,

I am a retiree of the City of Detroit, and this is a sad time for me. The thought of going from a reasonably stable retirement to the boney knees of poverty, is truly frightening. The plan of adjustment, proposed by the City of Detroit, via Rick Snyder/ Kevin Orr appears to be robbery without the gun. The Grand Bargain appears to be more like Grand Theft. Judge Rhodes, I apologize if I appear to be cynical, however my way of life will be changed, until I go to my grave.

I cannot wrap my mind around the amount of money being spent on Consultants, Contractors, and Attorneys, from an alleged broke city. This is the largest rip-off in recent history, and the retirees are going to pay for it after decades of blood, sweat and tears working on various jobs, with the City of Detroit. I guess I could try to seek employment to subsidize the income loss, however, the economy of today is very tight, I will be competing with young people, who deserve to get a start in life. The likelihood of a person, such as myself in their seventies getting a job is not impossible, but maybe improbable.

Judge Rhodes, I recognize there has to be some sacrifice during this bankruptcy, I am appealing to you to consider all of the lives that are being affected here. The Healthcare costs are rising and the pensions are being cut, what a sad day!!!!!

Please consider the pensioners plight.

Respectfully,

*Theresa Jones*
Theresa Jones