FILED

2014 JUL -2 A 10: 06

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

June 30, 2014

863 Venoy
Madison Heights, MI 48071

The Honorable Steven W. Rhodes
U.S. Bankruptcy Court for the Eastern District of Michigan
211 W. Fort St., Suite 1800
Detroit, MI 48226

regarding case #13-53846

Dear Judge Rhodes:

Recently I received a Notice of Hearing to Individuals Who Filed Plan Objections. This is puzzling for the following reasons. One is that I filed my written objection by the given deadline. What was the point of meeting that deadline if a later one to speak is given? Were the objections that we filed considered in the court's ruling? If so, why are we being asked to verbally give them now? Correct me if I'm wrong, but the court's decisions which involved the filing of objections have been made. Giving the objections verbally will have no impact on anything. The plan of adjustment has been mailed out to the so called city's creditors (I am an employee, not a creditor) and yes/no votes are being mailed in. I do not see why I should use a vacation day to verbally state my objections since all the decisions involved with those objections have already been made.

Since I don't plan, at this time, to speak on July 15, if somebody is interested in reading my objections, may they appear in my place? Alternatively, may I give somebody else my place to voice their own objections?

Thank you for your attention.

Sincerely,

*Jim Capizzo*

James F. Capizzo