UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:   Chapter 9

**CITY OF DETROIT. MICHIGAN**   Case No. 13-53846

Debtor,   Honorable Steven W. Rhodes

---

OBJECTING CREDITOR DEREK S. HICKS
IDENTIFICATION OF LEGAL ISSUES RELATING TO CONFIRMATION AND
OBJECTION TO CONFIRMATIN OF THE FOURTH AMENDED
PLAN OF ADJUSTMENT

I AM A CREDITOR. and a member of Class 11 (General Retirement System, retiree –

Retired January 15, 2010) and Class – OPEB – retired January 15, 2010

As an individual creditor I object to the Fourth Amended Plan of Adjustment (the "Plan") because it may not legally be confirmed under the terms of Chapter 9 of the federal bankruptcy code that controls all decision of this court.

A more detailed statement of the reasons for my objection is contained in the brief filed by the California Public Employees' Retirement System ("CalPers") in the appeal of this Court's decision regarding eligibility now pending before the Sixth Circuit Court of Appeals. A copy of this brief (without attachment) is attached to this objection and incorporated by reference.

Respectfully submitted,

DEREK S. HICKS
29637 Farmbrook Villa Ct.
Southfield, MI. 48034

Telephone:248-200-7896
EMAIL: HAWKD3129@GMAIL.com

Dated: July 3, 2014

FILED 2014 JUL -3 P 1:28 U.S. BANKRUPTCY E.D. MICHIGAN-DETROIT

## CERTIFICATE OF SERVICE

    I, Derek S. Hicks, hereby certify that the foregoing Objecting Creditor, Derek S. Hicks, Identification of Legal Issues and Objection to Confirmation was filed and served via the Court's electronic case filing and noticing system on July 3, 2014

_____<br>
DEREK S. HICKS

FILED
2014 JUL -3 P 1: 28
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT