June 18, 2014

Pension Cuts
Case # 13-53846

Judge Steven W. Rhodes

    My name is David J. Fedenis, a Detroit general retiree. I worked 31 years for the Department of Transportation. I started in 1976 as an auto mechanic making $6.05 an hour. We worked in the old street car barns, down in pits, surrounded by asbestos. At times we had to go out on service calls on stalled coaches, accidents, overheats, or change flat tires and drive them in. In weather 90 degrees or below zero, 12 inches of snow, all different times of the day and night, in very unsafe areas, but always gave 100 and 10 percent. After 31 years, all in maintenance, I retired as Assistant Superintendent of Rolling Stock in 2007. With all the roadblocks we encountered on the job, the mechanics always did what they had to do regardless of what issues we encountered. We owed it to the citizens of the city of Detroit. We always had 400+ coaches on the street daily.

    Now with all the cuts since I retired, state tax of 4.35%, loss of health care, dental and vision coverage 17.58%, and by voting yes, the loss of COLA 2.25% and a pension cut of 4.5%. This is a cut of 28.55% since I retired. When I hired into the city it was mandatory for you to belong to the annuity program, it was not optional. I put 5% thinking about retirement days; later on they raised it to 7%. Between years 1976 and 2007 the market paid well. Now they want to put in the claw back clause. They will cut me another 15.5% monthly for a total cut of 44.05%. The claw back stops upon my death. All employees had the option of putting in up to 7% of their income like I did. Now they want to take back money from me that I put in out of my wages as an investment. When it was snowing and 5 below zero outside or in the 90's I went to work to do my part to make sure we had enough coaches on the road. This claw back clause is for Presidents and CEO's of companies who receive bonuses not interest on their annuities. When the economy dove in 2008 they didn't claw back anyone on Wall Street or the bank and mortgage companies. Our country bailed out General Motors and Chrysler and they will never pay back the total bailout. All their employees get bonuses every year and never lost anything. Where is the fairness? Police and Fire are not getting the claw back. Where is the equality?

    There are protections in place to protect retirees from this. The State Constitution, the U.S. Constitution, the 10th Amendment section 903, and for transportation there is the Federal Transit Act 13c and none of this can help us? This is definitely going to destroy everything I have worked so hard for. No possible way to survive this financially. This claw back needs to go. I understand Judge Rhodes that you have to approve this and I pray you see this is inhumane. It's really a sad day in this country to see how retires in the USA are being stripped of their U.S. Constitutional rights. There's a lot of uncollected money owed to the city and that is where they need to focus at. They really have not yet. Unpaid water bills, property taxes, income taxes, tickets and the courts.

Thank you for your time.

*David J. Fedenis* (signature)

David J. Fedenis