FILED
2014 JUN 26 A 9:58
U.S. BANKRUPTCY COURT
E.D. MICHIGAN - DETROIT

Pension Cuts     June 24, 2014
Case # 13-53846

Judge Steven W. Rhodes

My name is Rosalie Fedenis and my husband is a general retiree who worked 31 years for Dept of Transportation. He started as a mechanic in 1976 and retired as Asst. Superintendant 2007.

I would like to add he was a very dedicated, hard working man who made a difference in the transit system for the city of Detroit.

We raised two children and tried to teach them by example that hard work and sacrifice pays off but now we are left with trying to figure out how we are going to survive. Where are our guarantees?

The elimination of our health care, dental, vision and now they are threatening us to vote yes or else! Voting yes will be an additional cut of 4.5% to his pension, loss of Cola and a huge (Clawback) on his

cont.

annuity money that was mandatory when he hired in which was money he invested to supplement his retirement.

The Annuity was invested in the market and did well, it cost the city NO money to supplement his Annuity between 2003-2007 now they want to take away the interest on his investments that he put into his Annuity from his pocket.

How is this legal? Its totally destroying our future. I understand you have to approve the Plan but how is it legal to take away everything that someone has worked so hard for?

My husbands cuts come to 58% to his monthly income and the (CLAWBACK) doesn't stop until my husband and myself are deceased, its not right.

Thank you Judge Rhodes for your time.

Sincerely,
Rosalie Fedenis