FILED
2014 JUL -8 P 1:26
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Magistrate Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtors/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## OBJECTION TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN OF ADJUSMENT BECAUSE OF JONES DAY LAW FIRM CONFLICT OF INTERSET

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

We /I object to the voting ballot and the process for the following reasons:

1) It has been reported, that Jones Day law firm are suppose to count the votes and had a relationship and still maintain a relationship with the city. That shows blatant partisanship against the petitioners, creditors and objectors. This show bias toward the pensioners, retiree, creditors, objectors and

1

others of interest, which place them at an unfair disadvantage and also a

conflict of interest and one sided (bias) process.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_Carl Williams_ (signature)
Carl Williams
10112 Somerset
Detroit, Michigan 48224

_Hassan Aleem_ (signature)
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206

_Vera C Magee_
name

_5165 Iroquois_
Address

_Detroit, MI 48213_
City, State & Zip

_Jermos Lovely_
name

_18716 MonteVista_
address

_Detroit MI 48221_
City, State & Zip

_Walter Blany_
Name

_3296 Collingwood_
Address

_Detroit, MI. 48206_
City, State & Zip

_Errol Griffin_
Name

_15005 Piedmont St_
Address

_Detroit MI 48223_
City, State & Zip

_Barbara I. Magee_
Name

_5154 Burns St_
Address

_Det, Mi 48213_
City, State & Zip

_Sheila Thompkins_
Name

_2332 Prince Hall Dr_
Address

_Det, MI 48207_
City, State & zip

Yvonne Jones
name

153 Arden Park
Address

Det, MI 48202
City, State & Zip

Walter Blank
Name

3296 Collingwood
Address

Detroit, MI. 48206
City State & Zip

Cecily Mitchell
Name

111 Calvert
Address

Det, MI 48202
City, State & Zip

William M. Davis
Name WILLIAM M. DAVIS

9203 Littlefield St.
Address Det, Mi. 48228

9203 Littlefield St.
City, State & Zip

_____
Address

_____
City, State & Zip

_____
Name

_____
Address

_____
City, State & Zip

_____
Name

_____
Address

_____
City, State & Zip

_____
Name

_____
Address

_____
City, State & Zip

_____
name

_____
Address

_____
City, State & Zip

_____
name

_____
address

_____
City, State & Zip

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

FILED
2014 JUL -8 P 1:26
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
        Creditors/Objectors,

v

| | |
|---|---|
| In re:<br>City OF DETROIT, MICHIGAN<br>AND EMERGENCY MANAGER<br>KEVYN D. ORR<br>    Debtor/City of Detroit<br>_____/ | Chapter 9<br> Case No. 13-53846<br> Judge Steven W Rhodes<br><br> Case No. 14-cv-10434<br> Hon. Bernard A. Freidman<br> Magistrate Paul J. Komives |

## PROOF OF SERVICES

___Carl Williams___, being first duly sworn deposes and your name

Say that on July 8, 2014. I sent a copy of Objection to the Plan of adjustment and any confirmation of that plan because of Jones Day Law Firm Conflict of interest, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign __Carl Williams__

Dated __July 8, 2014__