CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|   Debtors/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## OBJECTION TO THE PLAN OF ADJUSTMENT AND ANY CONFIRMATION OF THAT PLAN BECAUSE THE PENSIONERS CANNOT SPEAK FOR OR REPRESENT THE CREDITORS

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

The voting process is rigged for only a yes vote for the Plan of Adjustment and many creditors opposes this so-called Plan of Adjustment. The language and method use create prejudice for a yes vote in violation of Michigan Election Statute 168.485.

1

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_Carl Williams_ (signature)
Carl Williams
10112 Somerset
Detroit, Michigan 48224

_Hassan Aleem_ (signature)
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206

_William M. Davis_ (signature)
name WILLIAM M. DAVIS
9203 Littlefield
Address
Detroit, Mich. 48228
City, State & Zip

_Sheila Thompkins_ (signature)
name Sheila Thompkins
2332 Prince Hall Dr
address
Det, MI 48207
City, State & Zip

_Paulette Brown_ (signature)
Name
19260 Lancashire
Address
Detroit, MI 48223
City, State & Zip

_Errol Griffin_ (signature)
Name
15005 Piedmont St.
Address
Detroit MI 48223
City, State & Zip

_Wanda Jan Hill_ (signature)
Name
16125 Oakfield
Address
Det 48235
City, State & Zip

_James Lively_ (signature)
Name
18716 Monte Vista
Address
Det Mi 48221
City, State & zip

_Vera C. Magee_ (signature)
name
5165 Iroquois
Address
Detroit, MI 48213

_Kellen Holloway_ (signature)
1624 Linwood St
Address
Det. Mi 48221

Curtis Brooks
name

4836 Maxwell
Address

Det, mich 48214
City, State & Zip

Cecily mitchell
Name

111 Calvert
Address

Det mi 48202
City State & Zip

Name

Address

City, State & Zip

Name

Address

City, State & Zip

Address

City, State & Zip

Name

Address

City, State & Zip

Name

Address

City, State & Zip

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

FILED 2014 JUL -8 P 1: 26
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtor/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## PROOF OF SERVICES

_Carl Williams_, being first duly sworn deposes and your name

Say that on July 8, 2014. I sent a copy of Objection to the Plan of adjustment and any confirmation of that plan because the pensioners cannot speak for or represent the creditors, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign  Carl 3Williams

Dated  July  8,  2014