# United States Bankruptcy Court

Eastern District Of Michigan

In re City of Detroit,
                Debtor

Case No. 13-53846

Chapter 9

I Bernard P. Storm Jr. object to The Plan for the Adjustment of Debts of the City of Detroit. A vote of Yes for the Plan gives up any right I may Have to sue the State of Michigan and The City or other entities specifically protected by the Plan. My objection is because my rights should not be factor.

Bernard P. Storm Jr.
7-8-14

FILED
2014 JUL -8 A 11:27
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT