UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON


FILED
2014 JUL -8 P 1:20
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
   Creditors/Objectors,

v

In re:             Chapter 9
City OF DETROIT, MICHIGAN    Case No. 13-53846
AND EMERGENCY MANAGER    Judge Steven W Rhodes
KEVYN D. ORR
   Debtors/City of Detroit   Case No. 14-cv-10434
             Hon. Bernard A. Freidman
_____/  Magistrate Paul J. Komives

## OBJECTION TO MAGISTRATE JUDGE STEVEN W. RHODES HAND-PICKED COMMITTED BEFORE THE RELIEF HAS BEEN ENTERED

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

Magistrate Judge Steven W Rhodes handpicked committee was Improperly formed prior to entry of order for relief under 11 USCS sect 921 such committee cannot be formed until after order for relief has been entered. Inre Colorado Centre Metro, Dist. (1990, BC Dc colo) 113 BR 25,7 Colo Bankr Ct Rep 77, 20 BCD 660, 23 CBC2d 397.

1

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_Carl Williams_      _Hassan Aleem_
Carl Williams            Hassan Aleem
10112 Somerset       2440 Taylor
Detroit, Michigan 48224    Detroit, Michigan 48206

_Vera C. Magee_      _Barbara V. Magee_
name                        name

5165 Iroquois       5154 Burns St
Address                  address

Detroit, MI 48213     Det, Mi 48213
City, State & Zip         City, State & Zip

_William M. Davis_     _LaVen Holloway_
Name: William M. Davis   Name

9203 Littlefield     16246 Linwood St
Address                 Address

Detroit, Mich. 48228   Detroit, Mi 48221
City, State & Zip        City, State & Zip

_Wanda Jan-Kee_     _Lijuana Morris_
Name                       Name

16125 Garfield     14841 Joy Rd. Apt 2
Address                  Address

Det 48235            Detroit MI 48228
City, State & Zip        City, State & zip

_____   _____
City, State & Zip        City, State & Zip

| | |
|---|---|
| Yvonne Jones<br>**Name** | William M. Davis<br>**Name** William M. Davis |
| 153 Arden Park<br>**Address** | 9203 Littlefield St.<br>**Address** |
| Detroit, MI 48202<br>**City State & Zip** | Detroit, Mich 48228<br>**City, State & Zip** |
| Walter Blaney<br>**Name** | James Lovely<br>**Name** |
| 3296 Collingwood<br>**Address** | 18716 MonteVista<br>**Address** |
| Detroit, MI. 48206<br>**City, State & Zip** | Det Mi 48221<br>**City, State & Zip** |
| Pearly McDuller<br>**Name** | <br>**Name** |
| 111 Calvert<br>**Address** | <br>**Address** |
| Det, MI 48202<br>**City, State & Zip** | <br>**City, State & Zip** |
| Errol Griffin<br>**name** | <br>**name** |
| 15005 Piedmont<br>**Address** | <br>**address** |
| Detroit MI 48223<br>**City, State & Zip** | <br>**City, State & Zip** |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

FILED
2014 JUL -8 P 1: 26
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

In re:  
City OF DETROIT, MICHIGAN  
AND EMERGENCY MANAGER  
KEVYN D. ORR  
    Debtor/City of Detroit

                      /

Chapter 9  
 Case No. 13-53846  
 Judge Steven W Rhodes

Case No. 14-cv-10434  
Hon. Bernard A. Freidman  
Magistrate Paul J. Komives

## PROOF OF SERVICES

___Carl Williams___, being first duly sworn deposes and
your name

Say that on July 8 2014. I sent a copy of Objection to the Plan of adjustment

and any confirmation of Magistrate Judge Steven W. Rhodes handpicked

committee before the relief has been entered, Upon the concern parties by

certified mail at the following address:

City of Detroit  
Corporation Council  
First National Building  
600 Woodward Ave  
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_

Dated _July 8, 2014_