UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED
2014 JUL -8 P 1: 26
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
    Debtors/City of Detroit

_____/

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

Case No. 14-cv-10434
Hon. Bernard A. Freidman
Magistrate Paul J. Komives

# OBJECTION TO MAGISTRATE JUDGE STEVEN W. RHODES PERSONAL OPINION AND ORDER RATHER THAN THE LAW

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

    The court through Magistrate Judge Steven W Rhode made a personal decision; base on his personal opinion regarding eligibility of what he thinks or his emotion of what he feel is in the best interest of the city, rather than follow the law that govern what best. He refused to follow and comply

1

and has rejected the laws, Thus due process and equal protection of the law of

the 5th and 14th Amendment of the Constitution of the United State. Also the

9th Amendment of United States Constitution to include Basic Human Rights.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

*Carl Williams*
Carl Williams
10112 Somerset
Detroit, Michigan 48224

*Hassan Aleem*
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206

*Vera C. Magee*
name

*Tijuana Morris*
name

5165 Iroquois
Address

14841 Joy Rd Apt 2
address

Detroit, MI 48213
City, State & Zip

Detroit, MI 48228
City, State & Zip

*Curtis Brooks*
Name

Sheila Thompkins
*Sheila Thompkin*
Name

4836 Maxwell
Address

2332 Prince Hall Dr
Address

Det, Mich 48214
City, State & Zip

Det., MI 48207
City, State & Zip

*Wanda Jenkins*
Name

*Yvonne Jones*
Name

16125 Oakfield
Address

153 Arden Park
Address

Det 48235

Detroit, MI 48202

| | |
|---|---|
| Lula Millens <br>**name** | William M Davis <br>WILLIAM M. DAVIS <br>**name** |
| 3763 Buena Vista <br>**Address** | 9203 Littlefield St. <br>**Address** |
| Detroit, Mi 48238 <br>**City, State & Zip** | Detroit, Mich. 48228 <br>**City, State & Zip** |
| Walter Blair <br>**Name** | Errol Griffin <br>**Name** |
| 3296 Collingwood <br>**Address** | 15005 Piedmont St. <br>**Address** |
| Detroit, Mi. 48206 <br>**City State & Zip** | Detroit MI 48223 <br>**City, State & Zip** |
| Curly mitchell <br>**Name** | James Lovely <br>**Name** |
| 111 Calvert <br>**Address** | 18716 MonTeVisTa <br>**Address** |
| Det, mi 48202 <br>**City, State & Zip** | Detroit, Mi 48221 <br>**City, State & Zip** |
| LaVern Anthony <br>**Name** | **Name** |
| 14246 Linwood St. <br>**Address** | **Address** |
| Det. Mi 48221 <br>**City, State & Zip** | **City, State & Zip** |

| name | name |
|---|---|
| Address | address |
| City, State & Zip | City, State & Zip |
| Name | Name |
| Address | Address |
| City, State & Zip | City, State &Zip |
| Name | Name |
| Address | Address |
| City, State & Zip | City, State & zip |
| name | |
| Address | Address |
| City, State & Zip | City, State & Zip |

| Name | Name |
|---|---|
| Address | Address |
| City State & Zip | City, State & Zip |
| Name | Name |
| Address | Address |
| City, State & Zip | City, State & Zip |
| Name | Name |
| Address | Address |
| City, State & Zip | City, State & Zip |
| name | name |
| Address | address |
| City, State & Zip | City, State & Zip |
| Name | Name |
| Address | Address |

| | |
|---|---|
| City, State & Zip | City, State &Zip |
| Name | Name |
| Address | Address |
| City, State & Zip | City, State & zip |
| name | |
| Address | Address |
| City, State & Zip | City, State & Zip |
| Name | Name |
| Address | Address |
| City State & Zip | City, State & Zip |
| Name | Name |
| Address | Address |
| City, State & Zip | City, State & Zip |

# UNITED STATES BANKRUPTCY COURT FILED
## EASTERN DISTRICT OF MICHIGAN 2014 JUL -8 P 1:27
### SOUTHERN DIVISON

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
        Creditors/Objectors,

v

In re:  
City OF DETROIT, MICHIGAN  
AND EMERGENCY MANAGER  
KEVYN D. ORR  
        Debtor/City of Detroit

_____/

Chapter 9  
  Case No. 13-53846  
  Judge Steven W Rhodes

  Case No. 14-cv-10434  
  Hon. Bernard A. Freidman  
  Magistrate Paul J. Komives

## PROOF OF SERVICES

_Carl Williams_____, being first duly sworn deposes and
your name

Say that on July _8_ 2014. I sent a copy of Objection to the Plan of adjustment and any confirmation of Magistrate Judge Steven W. Rhodes personal opinion and order rather than the law, Upon the concern parties by certified mail at the following address:

City of Detroit  
Corporation Council  
First National Building  
600 Woodward Ave  
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_____

Dated __July 8, 2014_____