CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtors/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## OBJECTION TO MAGISTRARTE JUDGE STEVEN W RHODES KANGAROO JUDICIAL ORCHESTRATED SHOW TRIAL

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

Petitioners complained about the time and filed an objection requesting at least 5 minute a day before the meeting, which we were mislead to believe it was going to be a hearing. However, we were deceived after the fact they increased it to five minutes for the so-called hearing set for in July 2014 and petitioners object to the so-called meeting that the Magistrate

1

Judge Steven W Rhodes disguised as nothing but a <u>kangaroo</u> judicial <u>orchestrated</u>   <u>show</u> <u>trial</u>.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_Carl Williams_
Carl Williams
10112 Somerset
Detroit, Michigan 48224

_Hassan Aleem_
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206

_Tijuana Morris_
name
_14841 Joy Rd. Apt 2_
Address
_Detroit MI 48228_
City, State & Zip

_Sheila Thompkins_
_Sheila Thompkins_
name
_2332 Prince Hall Dr._
address
_Det., MI 48207_
City, State & Zip

_Walter Shaw_
Name
_3296 Collingwood_
Address
_Detroit, MI, 48206_
City, State & Zip

_LaVern Halloway_
Name
_14246 Linwood St_
Address
_Det Mich 48221_
City, State & Zip

_Cecily Mitchell_
Name
_111 Calvert_
Address
_Det MI 48202_
City, State & Zip

_Vera C Magee_
Name
_5165 Iroquois_
Address
_Detroit, MI 48213_
City, State & zip

_William M. Davis_
name WilliAM. M. DAVis
_9203 Littlefield St_
**Address**

_Detroit, Mich. 48228_
**City, State & Zip**

_Errol Griffin_
**Name**

_15005 Piedmont St_
**Address**

_Detroit MI 48223_
**City State & Zip**

_James Lovely_
**Name**

_18716 MonTeVisTA_
**Address**

_DeT Mi 48221_
**City, State & Zip**

_____
**Address**

_____
**City, State & Zip**

_____
**Name**

_____
**Address**

_____
**City, State & Zip**

_____
**Name**

_____
**Address**

_____
**City, State & Zip**

_____
**Name**

_____
**Address**

_____
**City, State & Zip**

# UNITED STATES BANKRUPTCY COURT FILED
## EASTERN DISTRICT OF MICHIGAN 2014 JUL -8 P 1:27
### SOUTHERN DIVISON

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
        Creditors/Objectors,

v

| | |
|---|---|
| In re:<br>City OF DETROIT, MICHIGAN<br>AND EMERGENCY MANAGER<br>KEVYN D. ORR<br>      Debtor/City of Detroit<br>_____/ | Chapter 9<br>Case No. 13-53846<br>Judge Steven W Rhodes<br><br>Case No. 14-cv-10434<br>Hon. Bernard A. Freidman<br>Magistrate Paul J. Komives |

## PROOF OF SERVICES

Carl Williams , being first duly sworn deposes and your name

Say that on July 8, 2014. I sent a copy of Objection to the Plan of adjustment and any confirmation, because of Magistrate Judge Steven W. Rhodes Kangaroo Judicial Orchestrated show trial, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_

Dated _July 8, 2014_