UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED
2014 JUL -8 P 1: 26
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
        Creditors/Objectors,

v

| | |
|---|---|
| In re:<br>City OF DETROIT, MICHIGAN<br>AND EMERGENCY MANAGER<br>KEVYN D. ORR<br>    Debtors/City of Detroit<br>_____/ | Chapter 9<br>Case No. 13-53846<br>Judge Steven W Rhodes<br><br>Case No. 14-cv-10434<br>Hon. Bernard A. Freidman<br>Magistrate Paul J. Komives |

## OBJECTION TO MAGISTRARTE JUDGE
## STEVEN W RHODES DEPCETION

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

The court through Judge Steven W. Rhodes has set up the petitioners, pensioners, retiree, creditors, objectors, and others; under fraud by having a meeting under the disguise of a hearing by misleading and giving creditors and other people of interest an informal meeting instead of informal hearing without a presentation, without sworn testimony and the debtors

1

received a formal hearing. The creditor's creditability verses a formal hearing without sworn testimony place them at disadvantage and bias toward the creditors and their presentation is considered nothing more than hearsay. In Goldberg v Kelly,397 U.S. 254; 90 S Ct. 1011, 25 L. Ed. 2d 287 (1970) citing: Armstrong v Manzo, 380 U.S. 545, 552 (1965). The court stated an "effective notice and hearing" and petitioners and other creditors had neither. Three (3) minutes to present a presentation without sworn statement or testimony was hardly sufficient or adequate and just a "kangaroo orchestrated show trial." I mean a Kangaroo orchestrated judicial meeting.

For the court to conceal the fact that this wasn't a real trial or hearing after the fact is deceptive and a **sham; a cheap trick**, and **gross canard** and part of his "Ponzi" scheme in action.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_____  _____
Carl Williams                   Hassan Aleem
10112 Somerset                  2440 Taylor
Detroit, Michigan 48224         Detroit, Michigan 48206

_Vera C. Magee_____  _Karl Jkh_____
name                             name

_5165 Iroquois_____  _8076 Brentwood_____
Address                          address

_Detroit, MI 48213_____  _Det MI 48234_____

**Name:** Curtis Brooks
**Address:** 4836 Maxwell
**City, State & Zip:** Det, Mich 48214

**Name:** Tijuana Morris
**Address:** 14841 Joy Rd Apt 2
**City, State & Zip:** Detroit MI 48228

**name:** Wanda Jon Hall
**Address:** 16125 Only July
**City, State & Zip:** Det MI 4235

**Name:** Cecily McClellan
**Address:** 111 Calvert
**City State & Zip:** Det, MI 48202

**Name:** William M. Davis
William M. Davis
**Address:** 9203 Littlefield St.
**City, State & Zip:** Detroit, Mich. 48228

**Name:** Errol Griffin
**Address:** 15005 Piedmont St
**City, State & Zip:** Detroit MI 48223

**Name:** James Lovely
**Address:** 18716 MonteVista
**City, State & zip:** Det MI 48221

**Name:** Sheila Thompkins
Sheila Thompkins
**Address:** 2332 Prince Hall Dr.
**City, State & Zip:** Det, MI 48207

**Name:** Walter Blurry
**Address:** 3296 Collingwood
**City, State & Zip:** Detroit, MI 48206

**Name:**
**Address:**
**City, State & Zip:**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

FILED 2014 JUL -8 P 1: 26
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
        Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|    Debtor/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and
your name

Say that on July _8_ 2014. I sent a copy of Objection to the Plan of adjustment

and any confirmation of that plan to Magistrate Judge Steven W. Rhodes

perpetration of deception Upon the concern parties by certified mail at the

following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_

Dated __July 8, 2014__