UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED
2014 JUL -8 P 1: 26
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtors/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## OBJECTION TO MAGISTRARTE JUDGE STEVEN W RHODES KANGAROO JUDICIAL ORCHESTRATED SHOW TRIAL

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

Petitioners complained about the time and filed an objection requesting at least 5 minute a day before the meeting, which we were mislead to believe it was going to be a hearing. However, we were deceived after the fact they increased it to five minutes for the so-called hearing set for in July 2014 and petitioners object to the so-called meeting that the Magistrate

1

Judge Steven W Rhodes disguised as nothing but a <u>kangaroo judicial orchestrated show trial</u>.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_Carl Williams_
Carl Williams
10112 Somerset
Detroit, Michigan 48224

_Hassan Aleem_
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206

_Vera C. Magee_
name
_5165 Iroquois_
Address
_Detroit, MI 48213_
City, State & Zip

_Tijuana Morris_
name
_14841 Joy Rd Apt 2_
address
_Detroit, MI 48228_
City, State & Zip

_Curtis Brooks_
Name
_4836 Maxwell_
Address
_Det, Mich 48214_
City, State & Zip

_Curtis Brooks_
Name
_4836 Maxwell_
Address
_Det, Mich 48214_
City, State & Zip

William M. Davis
Name _William M. Davis_
_9203 Littlefield_
Address
_Detroit, Mich. 48228_
City, State & Zip

_Frank Howell_
Name
_16125 Oakfield_
Address
_Det 48235_
City, State & zip

Barbara R. Magee
name

5154 Dunns St
Address

Det, MI 48213
City, State & Zip

Yvonne Jones
Name

153 Arden Park
Address

Det MI 48202
City State & Zip

Sheila Thompkins
Sheila Thompkins
Name

2332 Prince Hall Dr.
Address

Det, MI 48207
City, State & Zip

LaVerne Holloway
Name

16246 Linwood St
Address

Det, Mi 48221
City, State & Zip

Cecily McClellan
name

111 Calvert
Address

Det, MI 48202
City, State & Zip

Errol Griffin
Name

15005 Piedmont St
Address

Detroit MI 48223
City, State & Zip

James Lovely
Name

Detroit MI
Address

18716 Monte Vista
City, State & Zip

Name

Address

City, State & Zip

| | |
|---|---|
| Walter Blaney<br>**Name** | **Name** |
| 3256 Collingwood<br>**Address** | **Address** |
| Detroit, MI. 48206<br>**City, State & Zip** | **City, State &Zip** |
| **Name** | **Name** |
| **Address** | **Address** |
| **City, State & Zip** | **City, State & zip** |
| **name** | |
| **Address** | **Address** |
| **City, State & Zip** | **City, State & Zip** |
| **Name** | **Name** |
| **Address** | **Address** |
| **City State & Zip** | **City, State & Zip** |
| **Name** | **Name** |
| **Address** | **Address** |
| **City, State & Zip** | **City, State & Zip** |

UNITED STATES BANKRUPTCY COURT FILED
EASTERN DISTRICT OF MICHIGAN 2014 JUL -8 P 1: 26
SOUTHERN DIVISON

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
        Creditors/Objectors,

v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
        Debtor/City of Detroit

                              /

Chapter 9
 Case No. 13-53846
 Judge Steven W Rhodes

Case No. 14-cv-10434
Hon. Bernard A. Freidman
Magistrate Paul J. Komives

## PROOF OF SERVICES

_Carl Williams_____, being first duly sworn deposes and
your name

Say that on July 8, 2014. I sent a copy of Objection to the Plan of adjustment

and any confirmation, because of Magistrate Judge Steven W. Rhodes Kanga-

roo Judicial Orchestrated show trial, Upon the concern parties by certified

mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign __Carl Williams__

Dated __July 8, 2014__