UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN

       Debtor

_____

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

## NATIONAL ENVIRONMENAL GROUP, LLC'S REQUEST TO BE REMOVED FROM ELECTRONIC FILING NOTIFICATIONS

The Creditor, National Environmental Group, LLC ("NEG"), by and through its counsel, **STEVEN A. WRIGHT, P.C.,** and for its Request to be Removed from Electronic Filing Notifications, states as follows:

1. NEG filed its Withdrawal of Claim Number 1291 on June 17, 2014.

2. NEG is no longer a claimant in the above entitled action.

Wherefore, for the reasons stated above, NEG respectfully requests this Court remove its counsel, Steven A. Wright, from receiving electronic filing notifications.

                                              Respectfully submitted,

                                              **STEVEN A. WRIGHT, P.C.**

                                              /s/ Steven A. Wright
                                              13854 Simone Drive
                                              Shelby Township, MI 48315
                                              (586) 532-8560
                                              (P56970)
                                              Email: steve@sawpc.com
                                              Attorneys for National Environmental Group, LLC

Dated: July 8, 2014