# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>                      Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

## OFFICIAL COMMITTEE OF RETIREES LIST OF
## EXPERT WITNESSES IN SUPPORT OF PLAN CONFIRMATION

The Official Committee of Retirees of the City of Detroit, Michigan (the "Committee"), in accordance with the Fifth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment, hereby provides the list of expert witnesses it may call in support of confirmation of the Plan:[1]

1. Howard Atkinson, The Segal Company;

2. Ron Bloom, Lazard;

3. Daun Chung, Lazard;

4. Kim Nicholl, The Segal Company;

5. Justin Palfreyman, Lazard;

6. Stuart Wohl, The Segal Company.

---

[1] This list of expert witnesses is made without prejudice to experts the Committee may call in opposition of the Plan if Classes 10 and/or 11 vote to reject the Plan or if the Plan is materially modified to the detriment of Holders of Claims in Classes 10, 11, or 12. In such circumstance, the Committee will file and serve its list of expert witnesses in opposition to the Plan on July 22, 2014 pursuant to the Order Approving the First Amended Stipulation.

The topics and contents of the Committee's experts' testimony will be disclosed pursuant to the deadlines set forth in the Order Approving the First Amended Stipulation Modifying Certain Plan Discovery and Pleading Deadlines for Certain Non-Debtor Parties.

Dated: July 8, 2014 		Respectfully submitted,

By: /s/ Sam Alberts

| | |
|---|---|
| Claude Montgomery | Sam Alberts |
| Carole Neville | Dan Barnowski |
| DENTONS US LLP | DENTONS US LLP |
| 1221 Avenue of the Americas | 1301 K Street, NW, Suite 600 East Tower |
| New York, New York 10020 | Washington, DC 20005 |
| Tel: (212) 768-6700 | Tel: (202) 408-6400 |
| Fax: (212) 768-6800 | Fax: (202) 408-6399 |
| claude.montgomery@dentons.com | sam.alberts@dentons.com |
| carole.neville@dentons.com | dan.barnowski@dentons.com |

BROOKS WILKINS SHARKEY & TURCO PLLC
Matthew E. Wilkins
Paula A. Hall
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
Direct: (248) 971-1711
Cell: (248) 882-8496
Fax: (248) 971-1801
wilkins@bwst-law.com
hall@bwst-law.com

*Attorneys for the Official Committee of Retirees of the City of Detroit, Michigan*

# CERTIFICATE OF SERVICE

I, Sam Alberts, hereby certify that the foregoing document was filed and served via the Court's electronic case filing and noticing system on July 8, 2014.

By:    */s/ Sam Alberts*
       Sam Alberts