CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re:<br>City OF DETROIT, MICHIGAN<br>AND EMERGENCY MANAGER<br>KEVYN D. ORR<br>    Debtors/City of Detroit<br>_____/ | Chapter 9<br>Case No. 13-53846<br>Judge Steven W Rhodes<br><br>Case No. 14-cv-10434<br>Hon. Bernard A. Freidman<br>Magistrate Paul J. Komives |

## OBJECTION TO THE PLAN OF ADJUSTMENT AND ANY CONFIRMATION OF THAT PLAN BECAUSE THE BANKRUPTCY WAS NOT BY CONSENT OF THE CREDITORS OR THE DEBTORS AND FRAUDULENT CONCEALMENT

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

I object to the vote on the Plan of Adjustment and confirmation of the Plan because the court lacks jurisdiction. The bankruptcy did not have consent of the creditors or the debtors and contravened 11 USC 903 and 904.

1

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

| | |
|---|---|
| *Carl Williams* | *Hassan Aleem* |
| Carl Williams | Hassan Aleem |
| 10112 Somerset | 2440 Taylor |
| Detroit, Michigan 48224 | Detroit, Michigan 48206 |
| *Vera C. Magee* | *Sheila Thompkins* |
| name | name |
| *5165 Iroquois* | *2332 Prince Hall Dr.* |
| Address | address |
| *Detroit, MI 48213* | *Det, MI 48207* |
| City, State & Zip | City, State & Zip |
| *Lijuana Morris* | *Yvonne Jones* |
| Name | Name |
| *14841 Joy Rd. Apt 2* | *153 Arden Park* |
| Address | Address |
| *Detroit, MI 48228* | *Det, MI 48202* |
| City, State & Zip | City, State & Zip |
| *Curtis Brooks* | ERROL GRIFFIN |
| Name | Name |
| *4836 Maxwell* | *15005 PIEDMONT ST.* |
| Address | Address |
| *Det, Mich 48214* | *DETROIT MI 48223* |
| City, State & Zip | City, State & Zip |

_James Lovely_
name

_18716 MonteVista_
Address

_Det. MI 48224_
City, State & Zip

_Cindy McClell—_ (unclear)
name

_111 Calvert_
Address

_Det, MI 48202_
City, State & Zip

_William M. Davis_
name  William M. Davis

_9203 Littlefield St._
Address

_Detroit, Mich. 48228_
City, State & Zip

_____
name

_____
address

_____
City, State & Zip

_____
name

_____
address

_____
City, State & Zip

_____
name

_____
address

_____
City, State & Zip

_____
Name

_____
Address

_____
City, State & Zip

_____
Name

_____

UNITED STATES BANKRUPTCY COURT FILED
EASTERN DISTRICT OF MICHIGAN 2014 JUL -8 P 1:26
SOUTHERN DIVISON

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

In re:                                       Chapter 9
City OF DETROIT, MICHIGAN         Case No. 13-53846
AND EMERGENCY MANAGER         Judge Steven W Rhodes
KEVYN D. ORR
    Debtor/City of Detroit           Case No. 14-cv-10434
                                           Hon. Bernard A. Freidman
_____/    Magistrate Judge Paul J. Komives

## PROOF OF SERVICES

_Carl 3Williams_____, being first duly sworn deposes and
your name

Say that on July _8,_ 2014. I sent a copy of Objection to the Plan of adjustment

and any confirmation of that plan because the bankruptcy was not by consent of

the creditors or debtors and fraudulent concealment, Upon the concern parties

by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl B Williams_

Dated    July   8, 2014