UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED
2014 JUL -8 P 1:25
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

In re:                                  Chapter 9
City OF DETROIT, MICHIGAN       Case No. 13-53846
AND EMERGENCY MANAGER        Magistrate Judge Steven W Rhodes
KEVYN D.ORR
    Debtors/City of Detroit         Case No. 14-cv-10434
                                      Hon. Bernard A. Freidman
_____/   Magistrate Paul J. Komives

## OBJECTION TO THE FAVORITISM OF MAGISTRATE JUDGE STEVEN W. RHODES HAVE SHOWN TOWARD JONES DAY LAW FIRM

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

1) That Magistrate Judge Steven W. Rhodes under his oath of office and the color of law did know that the emergency manager; Kevyn Orr use to worked for Jones Day Law Firm, now is the City's representative and/or attorneys. The judge knowing this fact should have rejected Jones Day law firm and requested that they withdraw from this case. That the City should

1

have retained another independent law firm and attorneys or the case should be dismissed.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_Carl Williams_
Carl Williams
10112 Somerset
Detroit, Michigan 48224

_Hassan Aleem_
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206

Errol Griffin
name

_Barbara A. Magee_
name

15005 Piedmont St
Address

5154 Burns St
address

Detroit MI 48223
City, State & Zip

Det, Mi 48213
City, State & Zip

Vera C. Magee
Name

_LaVern Holloway_
Name

565 Iroquois
Address

14246 Linwood St
Address

Detroit, MI 48213
City, State & Zip

Detroit, Mich 48221
City, State & Zip

_Kent Flinn_
Name

_James Leverly_
Name

8076 Brentwood
Address

18716 Monte Vista
Address

Det MI 48234
City, State & Zip

Det, Mi 48221
City, State & zip

Sheila Thompkins
Sheila L Thompkins
name

2332 Prince Hall Dr
Address

Det, MI 48207
City, State & Zip

Tijuana Morris
Name

14841 Joy Rd Apt 2
Address

Detroit Mi 48228
City State & Zip

Yvonne Jones
Name

153 Arden Park
Address

Det, MI 48202
City, State & Zip

Cecily Mitchell
Name

111 Calvert
Address

Det, MI 48202
City, State & Zip

William M. Davis
WILLIAM M. DAVIS
Name

9203 Littlefield
Address

Detroit, Mich. 48228
City, State & Zip

# UNITED STATES BANKRUPTCY COURT FILED
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISON

2014 JUL -8 P 1: 25

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
        Creditors/Objectors,

v

| | |
|---|---|
| In re:<br>City OF DETROIT, MICHIGAN<br>AND EMERGENCY MANAGER<br>KEVYN D. ORR<br>    Debtor/City of Detroit<br>_____/ | Chapter 9<br>Case No. 13-53846<br>Judge Steven W Rhodes<br><br>Case No. 14-cv-10434<br>Hon. Bernard A. Freidman<br>Magistrate Paul J. Komives |

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and
your name

Say that on July_8,_2014. I sent a copy of Objection to the Plan of adjust-

ment and any confirmation of that plan, to the favoritism of Magistrate

Judge Steven W. Rhodes have shown toward Jones Day Law Firm, Upon

the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign __Carl Williams__

Dated __July 8, 2014__