UNITED STATES BANKRUPTCY COURT  FILED
EASTERN DISTRICT OF MICHIGAN 2014 JUL -8 P 1: 25
SOUTHERN DIVISON
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

In re:  
City OF DETROIT, MICHIGAN  
AND EMERGENCY MANAGER  
KEVYN D. ORR  
    Debtors/City of Detroit

          /

Chapter 9  
Case No. 13-53846  
Judge Steven W Rhodes

Case No. 14-cv-10434  
Hon. Bernard A. Freidman  
Magistrate Paul J. Komives

## OBJECTION TO THE PLAN OF ADJUSTMENT AND ANY CONFIRMATION OF THAT PLAN BECAUSE THE PENSIONERS DO NOT HAVE ALL THE RELEVANTS FACTS

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

We/I object because the union and the pensioners do not have all the relevant facts to make a proper and inform decision such as: Consensual Agreement of the Creditors and Debtors, The Court lack of Jurisdiction, ect, ect, ect.

1

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_Carl Williams_ _Hassan Aleem_
Carl Williams  Hassan Aleem
10112 Somerset  2440 Taylor
Detroit, Michigan 48224  Detroit, Michigan 48206

_Daven Holloway_ _Sheila Thompkins_
**name**  **name**

_16246 Linwood St._ _2332 Prince Hall Dr_
**Address**  **address**

_Detroit, Mich. 48221_ _Det MI 48207_
**City, State & Zip**  **City, State & Zip**

_Errol Griffin_ _Curtis Brooks_
**Name**  **Name**

_15005 Piedmont St_ _4836 Maxwell_
**Address**  **Address**

_Detroit MI 48223_ _Det, Mich 48214_
**City, State & Zip**  **City, State & Zip**

_Wanda Jenkins_ _Yvonne Jones_
**Name**  **Name**

_16125 Oakfield_ _153 Arden Park_
**Address**  **Address**

_Det 48235_ _Det MI 48202_
**City, State & Zip**  **City, State & zip**

Tijuana Morris
name

14841 Joy Rd Apt 2
Address

Detroit MI 48228
City, State & Zip

Lula Millender
Name

3763 Buena Vista
Address

Detroit, Mi. 48238
City State & Zip

Curly McClell
Name

111 Calvert
Address

Det MI 48202
City, State & Zip

William M. Davis
Name   WiLLiAM M DAViS

9203 Littlefield St.
Address

Detroit, Mi. 48228
City, State & Zip

Vera C. Magee
(name — right column)

5165 Iroquois
Address

Detroit, MI 48213
City, State & Zip

Name

Address

City, State & Zip

Name

Address

City, State & Zip

Name

Address

City, State & Zip

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED
2014 JUL -8 P 1: 25
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
          Creditors/Objectors,

v

| | |
|---|---|
| In re:<br>City OF DETROIT, MICHIGAN<br>AND EMERGENCY MANAGER<br>KEVYN D. ORR<br>      Debtor/City of Detroit<br>_____/ | Chapter 9<br>Case No. 13-53846<br>Judge Steven W Rhodes<br><br>Case No. 14-cv-10434<br>Hon. Bernard A. Freidman<br>Magistrate Paul J. Komives |

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and
your name

Say that on July 8, 2014. I sent a copy of Objection to the Plan of adjustment

and any confirmation of that plan because the pensioners do not have all the

relevant facts, Upon the concern parties by certified mail at the following

address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign __Carl B Williams__

Dated __July 8, 2014__