# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
       Creditors/Objectors,

v

In re:                    Chapter 9
City OF DETROIT, MICHIGAN    Case No. 13-53846
AND EMERGENCY MANAGER    Magistrate Judge Steven W. Rhodes
KEVYN ORR
       Debtors/City of Detroit    Case No. 14-cv-10434
                             Hon. Bernard A. Freidman
_____/   Magistrate Paul J. Komives

## OBJECTION OF PREJUDICE MAGISTRATE
## JUDGE STEVEN W. RHODES

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

We /I object to the voting ballot and the process for the following reason:

1) The Magistrate Judge Steven W Rhodes appointed a retiree committee in total disregard to the pensioner retiree committee already established by the union. Magistrate Judge Rhodes appointed committee falsely stated that the pensioners made only 6.5 to 7%. In 2013 they claim

1

they didn't make any profit and alleged they only made .5%. The whole or the entire stock market has been going up from 2011 to 2014 and when the stock market goes up everybody profit goes up. It was reported in the Financial Times that the stock market was up at all time high. This committee was created by Judge Rhodes to make it appear that pensioners lost money in the stock market by their action when the "prime facie evidence" shows otherwise.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Carl Williams
10112 Somerset
Detroit, Michigan 48224

Hassan Aleem
2440 Taylor
Detroit, Michigan 48206

name

18716 MonTe VisTA
Address

DeTRoiT Mi 48221
City, State & Zip

ERRoI GRiFFiN
Name

1500 EPiEDMouT ST
Address

DETRoiT Mi 48223
City, State & Zip

name

5165 Iroquois
address

DeTroit, MI 48213
City, State & Zip

Sheila Thompkins
Name

2332 Prince Hall DR
Address

Det MI, 48207
City, State & Zip

*Yvonne Jones*
Name

153 Arden Park
Address

Det, MI 48202
City, State & Zip

*Beverly Waddell*
name

111 Calvert
Address

D.T. MI 48202
City, State & Zip

*Tijuana Morris*
Name

14841 Joy Rd. Apt 2
Address

Detroit MI 48228
City State & Zip

*Walter Young*
Name

3296 Collingwood
Address

Detroit, Mi. 48206
City, State & Zip

*William M. Davis*
Name WILLIAM M. DAVIS

9203 Littlefield St.
Address

Detroit, Mich. 48228
City, State & Zip

_____
Name

_____
Address

_____
City, State & zip

_____
Address

_____
City, State & Zip

_____
Name

_____
Address

_____
City, State & Zip

_____
Name

_____
Address

_____
City, State & Zip

_____
Name

_____
Address

_____
City, State & Zip

# UNITED STATES BANKRUPTCY COURT FILED
## EASTERN DISTRICT OF MICHIGAN 2014 JUL -8 P 1:27
### SOUTHERN DIVISON

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
               Creditors/Objectors,

v

In re:                                Chapter 9
City OF DETROIT, MICHIGAN       Case No. 13-53846
AND EMERGENCY MANAGER      Judge Steven W Rhodes
KEVYN D. ORR
            Debtor/City of Detroit     Case No. 14-cv-10434
                                Hon. Bernard A. Freidman
_____/   Magistrate Paul J. Komives

## PROOF OF SERVICES

_Carl Williams_____, being first duly sworn deposes and
your name

Say that on July_5_2014. I sent a copy of Objection to the Plan of adjust-

ment and any confirmation of that plan because the prejudice of

Magistrate Judge Steven W. Rhodes, Upon the concern parties by certified

mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _____

Dated___July___8, 2014_____