EASTERN DISTRICT OF MICHIGAN  2014 JUL -8 P 1:25
SOUTHERN DIVISON  U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtors/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

# OBJECTION TO MAGISTRARTE JUDGE STEVEN W RHODES PREPETRATION OF DEPCETION

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

The magistrate judge Steven W. Rhodes under his oath of office and color of law deceived the creditors/objectors during court judicial orchestrated meeting in September 18 & 19 2013; before the meeting he claimed the creditors were going to giving "testimony" and after the fact in his order and opinion he called it a "presentation," which is not legally binding and have

1

no legal effect. The judge then gave the debtors a formal hearing that affected the outcome of this case. The court didn't explain to the creditors and the people of interest the difference and how it affects them especially a informal hearing proceeding. This clearly demonstrated his ponzi scheme and prejudice toward the creditors/objectors and they were denied due process and equal protection of the law, thus violation of the 5th and 14th Amendment of the Constitution of the United States. Also the 9th Amendment to include basic Human rights.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

*Carl Williams*
Carl Williams
10112 Somerset
Detroit, Michigan 48224

*Hassan Aleem*
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206

*Larry Johnson*
name

*William M. Davis*
name WILLIAM M. DAVIS

8076 E Brentwood
Address

9203 Littlefield
address

Det MI 48234
City, State & Zip

Detroit, Mich. 48228
City, State & Zip

*Vera C. Magee*
Name

*Barbara A. Magee*
Name

5165 Iroquois
Address

5154 Burns St
Address

Detroit, MI 48213
City, State & Zip

Det Mi 48213
City, State & Zip

| | |
|---|---|
| Sheila Thompkins<br>_Sheila Thompken_<br>**Name** | **Name** |
| 2332 Prince Hall Dr.<br>**Address** | **Address** |
| Det., MI 48207<br>**City, State & Zip** | **City, State & zip** |
| Yvonne Jones<br>**name** | |
| 153 Arden Park<br>**Address** | **Address** |
| Det MI 48202<br>**City, State & Zip** | **City, State & Zip** |
| Errol Griffin<br>**Name** | **Name** |
| 15005 Piedmont St<br>**Address** | **Address** |
| Detroit MI 48223<br>**City State & Zip** | **City, State & Zip** |
| James Lovely<br>**Name** | **Name** |
| 18716 MonteVista<br>**Address** | **Address** |
| Det Mi 48221<br>**City, State & Zip** | **City, State & Zip** |
| _(signature)_<br>**Name** | **Name** |
| 111 Calvert<br>**Address** | **Address** |
| Det MI 48202<br>**City, State & Zip** | **City, State & Zip** |

# UNITED STATES BANKRUPTCY COURT FILED
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISON

2014 JUL -8 P 1: 25

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
        Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtor/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and
your name

Say that on July 8, 2014. I sent a copy of Objection to the Plan of adjustment and any confirmation of that plan, to Magistrate Judge Steven W. Rhodes perpetration of deception, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_

Dated _July 8, 2014_