UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------x
                                            :
In re                                       :      Chapter 9
                                            :
CITY OF DETROIT, MICHIGAN,                  :      Case No. 13-53846
                                            :
                  Debtor.                   :      Hon. Steven W. Rhodes
                                            :
                                            :
------------------------------------------------------x

# CITY'S LIST OF EXPERT WITNESSES RELATED TO THE PROPOSED PLAN FOR THE ADJUSTMENT OF DEBTS

The City of Detroit, Michigan (the "City"), as the debtor in the above captioned case, hereby identifies the City's List of Expert Witnesses Related to the Fourth Amended Plan for the Adjustment of Debts, [Docket No. 4392] (the "Expert Witness List"), and identifies the following witnesses who will testify about the subjects specified in their expert reports.

1. The City identifies the following individuals, exclusive of those to be offered for rebuttal purposes, as expert witnesses that it may call at the hearing on the proposed Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (the "Plan"):

| No. | NAME / TITLE |
|---|---|
| 1. | Kenneth A. Buckfire, CEO and Managing Director of Miller Buckfire & Co. LLC, financial advisors to the City |

| No. | NAME / TITLE |
|---|---|
| 2. | Charles M. Moore, Senior Managing Director at Conway MacKenzie, Inc., operational restructuring advisors to the City |
| 3. | Gaurav Malhotra, Principal of Ernst & Young LLP, financial restructuring advisors to the City |
| 4. | Alan Perry, Principal and Consulting Actuary at Milliman, Inc., actuarial advisors to the City |
| 5. | Robert Cline, Director of State-Local Tax Policy Economics at Ernst & Young LLP, financial restructuring advisors to the City |
| 6. | Caroline Sallee, Manager at Quantitative Economics and Statistics within Ernst & Young LLP, financial restructuring advisors to the City |
| 7. | Suzanne Taranto, Principal and Consulting Actuary at Milliman, Inc., actuarial advisors to the City |
| 8. | John Hill, Chief Financial Officer for the City |
| 9. | Beth Niblock, Chief Information Officer for the City |
| 10. | Michael Plummer, Principal and co-Founder of Artvest Partners[1] |
| 11. | Vanessa Fusco, Vice President and Associate Director of Museum Services at Christie's |
| 12. | John Satter, Midwest Region Managing Director for Hilco Real Estate Appraisal, LLC |

2. The City reserves the right to further amend its list of expert witnesses as may be necessary to address: (i) any modifications or refinements to the Plan, or (ii) any objections to the Plan. The City will make any such additional

---

[1] The DIA Corp. may sponsor some or all of the testimony of this expert witness.

witnesses available for deposition at a convenient time prior to the confirmation hearing.

3. The City reserves the right to call as a witness during the confirmation hearing any expert witness identified by parties objecting to the Plan.

Dated: July 8, 2014                    Respectfully submitted,

  /s/ David G. Heiman
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 243-2382
Facsimile:  (213) 243-2539
bbennett@jonesday.com

Thomas F. Cullen, Jr. (DC 224733)
Gregory M. Shumaker (DC 416537)
Geoffrey S. Stewart (DC 287979)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap (P68258)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
Facsimile: (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

ATTORNEYS FOR THE CITY OF DETROIT

## CERTIFICATE OF SERVICE

    I, David G. Heiman, hereby certify that the foregoing City's List of Expert Witnesses Related to the Proposed Plan for the Adjustment of Debts was filed and served via the Court's electronic case filing and noticing system on this 8th day of July, 2014.

                                              /s/ David G. Heiman