# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

--------------------------------------------------------X
                                 :       Chapter  9

IN RE                               :

                                :       Case No. 13-53846

CITY OF DETROIT, MICHIGAN,     :

                                :       Hon. Steven W. Rhodes

              DEBTOR     :

--------------------------------------------------------X

## STIPULATION RESOLVING OBJECTION OF THE UNITED STATES OF AMERICA TO CITY OF DETROIT'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. 105(a) AND FED. R. BANKR. P. 3007 APPROVING CLAIM OBJECTION PROCEDURES

The United States of America, on behalf of the United States Department of Housing and Urban Development ("USG"), the Equal Employment Opportunity Commission ( "EEOC") and the City of Detroit, Michigan (the "City," and together with the USG and EEOC, the "Parties"), by and through their undersigned counsel, state as follows in support of the entry of the revised *Order Pursuant to 11 U.S.C. 105(a) and Fed. R. Bankr. P. 3007 Approving Claim Objection Procedures*, attached hereto as Exhibit 1.

1.      On June 10, 2014, the City filed its Motion for Entry of an Order Pursuant to 11 U.S.C. 105(a) and Fed. R. Bankr. P. 3007 Approving Claim Objection Procedures [Dkt. No. 5270] (the "Procedures Motion"), seeking approval of certain procedures for filing omnibus claim objections on grounds other than those found in Fed. R. Bankr. P. 3007, and related relief.

2.      On June 24, 2014, the USG filed an objection to the Procedures Motion, seeking certain changes to the notices to be provided with respect to omnibus claims objections governed by the Procedures Motion (the "Objection") [Dkt. No. 5560].

4819-2298-1660.1

3.     On June 24, 2014, the EEOC filed a concurrence to the Objection (the "Concurrence") [Dkt. No. 5571].

4.     No other objections to the Procedures Motion were filed.

5.     In resolution of the Objection and the Concurrence, the Parties have agreed that the proposed order attached to the Procedures Motion be modified to reflect that in the event the City objects to a claim of the United States, its agencies, departments or agents in an omnibus objection governed by the Procedures Motion, the City will provide a customized notice to such claimant.  Such notice will include: (a) the omnibus objection but not the exhibits,  (b) identify the claim to which an objection is being filed by number, and the grounds for such objection, and (c) notify the claimant of the steps it must take to contest the objection.

6.     For all other claimants, the City will follow the noticing procedures as provided for in the Procedures Motion.

7.     Subject to the foregoing modifications in the proposed order attached hereto as Exhibit 1, the USG and EEOC hereby withdraw the Objection and the Concurrence.

8.     A redline of the proposed order attached to this Stipulation and the proposed order attached to the Procedures Motion is attached hereto as Exhibit 2.

**WHEREFORE** the parties respectfully request that the Court enter an order in the form attached hereto as **Exhibit 1** resolving the USG's and EEOC's objections to the Procedures Motion and grant such other relief as is warranted under the circumstances.

4819-2298-1660.1

Respectfully submitted by:

| FOLEY & LARDNER, LLP | UNITED STATES DEPARTMENT OF JUSTICE – CIVIL DIVISION |
|---|---|
| By: /s/ John A. Simon<br>John A. Simon (P61866)<br>Tamar N. Dolcourt (P73425)<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226<br>Phone: (313) 234-7100<br>jsimon@foley.com<br>tdolcourt@foley.com<br>*Counsel to the Debtor, City of Detroit Michigan* | By: /s/ Matthew J. Troy (with consent)<br>Matthew J. Troy<br>Trial Attorney<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875<br>Phone: (202) 514-9038<br>Matthew.troy@usdoj.gov<br>*Counsel to United States of America* |
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**<br><br>By: /s/ Kenneth Bird (with consent)<br>Kenneth Bird<br>Dale Price (P55578)<br>Senior Trial Attorney<br>477 Michigan Avenue, Room 865<br>Detroit, MI 48226<br>Phone: (313) 226-7808<br>Dale.price@eeoc.gov<br><br>*Counsel to the Equal Employment Opportunity Commission*<br><br>Dated: July 9, 2014 | |

4819-2298-1660.1