UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| | Chapter 9 |
| Debtor. | Honorable Steven R. Rhodes |

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS

Jong-Ju Chang, of Dykema Gossett PLLC, hereby requests that her name be removed from the service list that receives Electroic Filings and other notices in the above-captioned case.

Respectfully submitted,
DYKEMA GOSSETT PLLC

By: /s/ Jong-Ju Chang
Jong-Ju Chang (P70584)
Attorney for Michigan Innocence Clinic
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304
(248) 203-0722
(248) 203-0763 (fax)
jchang@dykema.com

Date: July 9, 2014