UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order for Supplemental Briefs on the Issue of Standing

On May 12, 2014, Syncora Capital Assurance, Inc. and Syncora Guarantee, Inc. filed an objection to the City's Fourth Proposed Plan of Adjustment asserting that the plan violates Michigan law. Specifically, Syncora contends that the UTGO Settlement impermissibly directs certain tax levy proceeds to the pension systems in violation of the Michigan Unlimited Tax Election Act (M.C.L.A. §§ 141.161-168) and the Revised Municipal Finance Act (M.C.L.A. §§ 141.2101-2821). (Dkt. #4679). The issue is set for hearing on July 16, 2014.

While neither party has raised the issue, it is not clear that the statutes on which Syncora relies are intended to protect Syncora's interests and therefore it is not clear that Syncora has standing to raise this objection.

The parties are ordered to file briefs addressing this issue by July 14, 2014. The briefs shall be limited to 5 pages in length.

.

**Signed on July 9, 2014**

                                                                /s/ Steven Rhodes  
                                                                 Steven Rhodes  
                                                                 United States Bankruptcy Judge