# United States Bankruptcy Court

Eastern District Of Michigan

In re City of Detroit,
 Debtor

Case No. 13-53846

Chapter 9

I Lt. Marvin T. Parker do NOT agree with the City of Detroit Settlemen therefore I Lt. Marvin T. Parker do NOT wish to give up my RIGHT TO Litigate.

There fore I am officially voting NO on this agreement and I would like the ability and Right to sue the City & State with further Legal Actions.

Lt. Marvin T. Parker
Engine 29
Marvin T. Parker

FILED
2014 JUL -9 A 11: 31
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT