FILED 2014 JUL -9 A 11:31
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

United States Bankruptcy Court

Eastern District Of Michigan

In re: City of Detroit, Debtor

Case No. 13-53846
Chapter 9

I Firefighter, Claude V. Evans elect to not give up my right to litigation against the State of Michigan, Governor Snyder or any of his appointees and the City of Detroit in the above mentioned case number 13-53846. I am voting NO to the proposal.

Claude V. Evans
338 Worden
Ypsilanti MI. 48197
313-815-5888

13-53846-tjt   Doc 5879   Filed 07/09/14   Entered 07/09/14 15:44:42   Page 1 of 1