# United States Bankruptcy Court

_Eastern_ District Of _Michigan_

In re _Detroit_,
       Debtor

Case No. 13-538-46

Chapter 9

I want to be able to contest all paycuts and implemented before & after bankruptcy

M. Neal

FILED 2014 JUL -9 A 10: 58 U.S. BANKRUPTCY E.D. MICHIGAN-DETROIT