# United States Bankruptcy Court

__EASTERN__ District Of __MICHIGAN__

In re __CITY OF DETROIT__,
Debtor

Case No. __13-53846__

Chapter __9__

OBJECTING CREDITOR STEVEN COOLEY IDENTIFICATION OF LEGAL ISSUES RELATING TO CONFIRMATION AND OBJECTION TO CONFIRMATION OF THE FOURTH AMENDED PLAN OF ADJUSTMENT

I AM A CREDITOR, AND A MEMBER OF CLASS 10 PFRS (DROP PROGRAM PARTICIPANT) AS AN INDIVIDUAL CREDITOR I OBJECT TO THE FOURTH AMENDED PLAN OF ADJUSTMENT (THE PLAN) BECAUSE IT MAY NOT LEGALLY BE CONFIRMED UNDER THE TERMS OF CHAPTER 9 OF THE FEDERAL BANKRUPTCY CODE THAT CONTROLS ALL DECISIONS OF THIS COURT

A MORE DETAILED STATEMENT OF THE REASON FOR MY OBJECTION IS CONTAINED IN THE BRIEF FILED BY THE CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM (CALPERS) IN THE APPEAL OF THIS COURTS DECISION REGARDING ELIGIBILITY NOW PENDING BEFORE THE SIXTH CIRCUIT COURT OF APPEALS.

RESPECTFULLY SUBMITTED

Steven Cooley
STEVEN COOLEY
11120 GABRIEL ST.
ROMULUS MI. 48174
TELEPHONE 734 308 6365
scool10@yahoo.com

FILED 2014 JUL -9 P 2:27 U.S. BANKRUPTCY E.D. MICHIGAN-DETROIT

13-53846-tjt    Doc 5884    Filed 07/09/14    Entered 07/09/14 15:57:11    Page 1 of 1