# United States Bankruptcy Court FILED

EASTERN District Of MICHIGAN — 2014 JUL -9 P 2: 28

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

In re CITY OF DETROIT,
Debtor

Case No. 1353846

Chapter 9

I AM A CREDITOR, AND A MEMBER OF CLASS 10

AS AN INDIVIDUAL CREDITOR I OBJECT TO THE FOURTH AMENDED PLAN OF ADJUSTMENT (THE "PLAN") BECAUSE IT MAY NOT LEGALLY BE CONFIRMED UNDER THE TERMS OF CHAPTER 9 OF THE FEDERAL BANKRUPTCY COD THAT CONTROLS ALL DECISIONS OF THIS COURT.

A MORE DETAILED STATEMENT OF THE REASON FOR MY OBJECTION IS CONTAINED IN THE BRIEF FILED BY THE CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM ("CALPERS") IN THE APPEAL OF THIS COURT'S DECISION REGARDING ELIGIBILITY NOW PENDING BEFORE THE SIXTH COURT OF APPEALS. A COPY OF THIS BRIEF (WITHOUT ATTACHMENT) IS ATTACHED TO THIS OBJECTION AND INCORPORATED BY REFERENCE.

RESPECTFULLY SUBMITTED

WILLIAM J KEYES
18721 JAMESTOWN CIRCLE
NORTHVILLE MI 48168
WILLIAM J KEYES @ YAHOO.COM