# United States Bankruptcy Court

EASTERN District Of MICHIGAN

In re City of Detroit
Debtor

Case No. 13-53846

Chapter 9

I am a creditor, and member of class 10, (Drop) P.F.R.S. Retirement System.

As an individual creditor I object to the Fourth Amendment Plan of Adjustment (The "Plan") because it may not legally be confirmed under the terms of Chapter 9 of the Federal Bankruptcy code that controls all decisions of this Court.

A more detailed statement of the reasons for my objection is contained in the brief filed by the California Public Employees' Retirement System ("CalPERS") in the appeal of this Court's decision regarding Elegibility now pending before the Sixth Circuit Court of Appeals. A copy of this brief (without attachments)

FILED
2014 JUL -9 P 2:27
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

Byron L. Robinson
9566 Hampton dr.
Belleville, MI 48111
Tel. 313-320-6965