# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July 2014, I caused the *Reply of Assured Guaranty Municipal Corp. to City's Response to Motion for Costs Relating to Clawback of Debtor's Document Production* to be filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: New York, New York
July 9, 2014

>/s/ Lawrence A. Larose
>Lawrence A. Larose
>Samuel S. Kohn
>Robert A. Schwinger
>CHADBOURNE & PARKE LLP
>30 Rockefeller Plaza
>New York, NY 10012
>Telephone: (212) 408-5100
>Fax: (212) 541-5369
>llarose@chadbourne.com
>skohn@chadbounrne.com
>rschwinger@chadbourne.com
>
>*Counsel for Assured Guaranty Municipal Corp.*