# United States Bankruptcy Court

### Eastern District of Michigan
### Case No. 13-53846-swr
### Chapter 9

In re: Debtor(s) (including Name and Address)

City of Detroit, Michigan
2 Woodward Avenue
Suite 1126
Detroit MI 48226

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/03/2014.

Name and Address of Alleged Transferor(s):

Claim No. : Citigroup Global Markets Inc., Attn: MSD Market Analytics Group, 388 Greenwich Street, 2nd Floor, New York, NY 10013

Name and Address of Transferee:

HHLF L.P.
c/o Stone Lion PRN's Capital PRN's LP
555 Fifth Avenue, 18th Floor
New York, New York 10017
Attn: Claudia Borg

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/09/14

Katherine B. Gullo

**CLERK OF THE COURT**

In re:                                                          Case No. 13-53846-swr
City of Detroit, Michigan                                       Chapter 9
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2          User: ckata           Page 1 of 15          Date Rcvd: Jul 07, 2014
                             Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2014.
22955422      +Citigroup Global Markets Inc.,   Attn:  MSD Market Analytics Group,
               388 Greenwich Street, 2nd Floor,   New York, NY 10013-2375

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2014                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2014 at the address(es) listed below:
        A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
        Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
         alfredo.perez@weil.com,kelly.diblasi@weil.com,debora.hoehne@weil.com,elizabeth.hendee@weil.com,
         edward.soto@weil.com,Edward.McCarthy@weil.com,brenda.funk@weil.com
        Alidz  Oshagan   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
         oshagan@legghioisrael.com,  drf@legghioisrael.com
        Allan S. Brilliant   on behalf of Creditor   Macomb County allan.brilliant@dechert.com
        Allan S. Brilliant   on behalf of Creditor   Macomb Interceptor Drain Drainage District
         allan.brilliant@dechert.com
        Allan S. Brilliant   on behalf of Creditor   County of Macomb, Michigan
         allan.brilliant@dechert.com
        Allison  Bach   on behalf of Interested Party   State of Michigan, Department of Attorney General
         abach@dickinsonwright.com
        Amy D. Caton   on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com,
         achouprouta@kramerlevin.com
        Amy D. Caton   on behalf of Creditor   BlackRock Financial Management, Inc.
         acaton@kramerlevin.com,  achouprouta@kramerlevin.com
        Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government
         aap43law@gmail.com
        Andrew A. Paterson, Jr.   on behalf of Creditor Robert  Davis aap43@outlook.com,
         aap43law@gmail.com
        Andrew J. Gerdes   on behalf of Creditor   Fidelity Management & Research Company
         agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
        Andrew J. Gerdes   on behalf of Creditor   Eaton Vance Management agerdes@gerdesplc.com,
         wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
        Angela  Williams   on behalf of Creditor   Detroit Housing Commission williamsa@dhcmi.org,
         HollisR@dhcmi.org
        Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com,
         stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;akochis@ecf.info
         ruptcy.com
        Arthur  O'Reilly   on behalf of Interested Party   Detroit Institute of Arts
         aoreilly@honigman.com,  ahatcher@honigman.com
        Babette A. Ceccotti   on behalf of Creditor   International Union, United Automobile, Aerospace
         and Agricultural Implement Workers of America bceccotti@cwsny.com
        Babette A. Ceccotti   on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
        Barbara A. Patek   on behalf of Attorney   Erman, Teicher, Zucker & Freedman, P.C.
         bpatek@ermanteicher.com
        Barbara A. Patek   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
         bpatek@ermanteicher.com
        Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association
         bpatek@ermanteicher.com
        Barry S. Fagan   on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo
         bfagan@dibandfagan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Benjamin J. Wilensky    on behalf of Creditor Robert  Cole bjw@seikalystewart.com
              Brendan G. Best   on behalf of Interested Party  Ambac Assurance Corporation
              bbest@schaferandweiner.com,  wkyles@schaferandweiner.com
              Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com,
              wkyles@schaferandweiner.com
              Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com,
              wkyles@schaferandweiner.com
              Brendan H. Frey   on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteselaw.com,
              ssikorski@manteselaw.com
              Brett A. Border   on behalf of Creditor   U.S. Bank, N.A. bborder@sspclegal.com,
              joumedian@sspclegal.com
              Brett A. Border   on behalf of Creditor   U.S. Bank National Association bborder@sspclegal.com,
              joumedian@sspclegal.com
              Brett A. Border   on behalf of Interested Party   Schneiderman and Sherman, P.C.
              bborder@sspclegal.com,  joumedian@sspclegal.com
              Brett A. Border   on behalf of Interested Party   Kondaur Capital Corporation
              bborder@sspclegal.com,  joumedian@sspclegal.com
              Brett A. Border   on behalf of Creditor   Flagstar Bank, FSB bborder@sspclegal.com,
              joumedian@sspclegal.com
              Brian D. O'Keefe  on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
              TReitzloff@lippittokeefe.com
              Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association
              bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
              Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
              Association bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
              Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
              TReitzloff@lippittokeefe.com
              Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
              TReitzloff@lippittokeefe.com
              Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
              TReitzloff@lippittokeefe.com
              Brian R. Trumbauer  on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue
              Care Network of Michigan btrumbauer@bodmanlaw.com
              Bruce  Bennett  on behalf of Debtor In Possession   City of Detroit, Michigan
              bbennett@jonesday.com
              Caralyce M. Lassner  on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
              Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com
              Carol Connor Cohen  on behalf of Interested Party   Ambac Assurance Corporation
              carol.cohen@arentfox.com
              Carol Connor Cohen  on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com
              Carole  Neville  on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
              Michigan carole.neville@dentons.com
              Carole  Neville  on behalf of Retiree Committee   Official Committee of Retirees
              carole.neville@dentons.com,daniel.morris@dentons.com
              Caroline Turner English  on behalf of Plaintiff   Ambac Assurance Corporation
              caroline.english@arentfox.com
              Caroline Turner English   on behalf of Interested Party   Ambac Assurance Corporation
              caroline.english@arentfox.com
              Carolyn Beth Markowitz   on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
              Charles Bruce Idelsohn   on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
              charlesID@hotmail.com
              Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
              cbullock@sbplclaw.com,  cdbullock@msn.com;lhaas@sbplclaw.com
              Charles N. Ash  on behalf of Creditor   UBS AG cash@wnj.com,  kkranz@wnj.com
              Charles N. Ash  on behalf of Defendant   UBS AG cash@wnj.com,  kkranz@wnj.com
              Charles N. Ash  on behalf of Defendant   Merrill Lynch Capital Services, Inc. cash@wnj.com,
              kkranz@wnj.com
              Charles N. Ash   on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com,
              kkranz@wnj.com
              Christopher A. Grosman   on behalf of Interested Party   BlackRock Financial Management, Inc.
              BRCY@CarsonFischer.com,  cgrosman@carsonfischer.com
              Christopher A. Grosman   on behalf of Creditor   Oakland County, Michigan BRCY@CarsonFischer.com,
              cgrosman@carsonfischer.com
              Claude D. Montgomery   on behalf of Retiree Committee   Official Committee of Retirees
              claude.montgomery@dentons.com,docketny@dentons.com,
              carole.neville@dentons.com;sam.alberts@dentons.com
              Claude D. Montgomery   on behalf of Plaintiff   Official Committee of Retirees of the City of
              Detroit, Michigan claude.montgomery@dentons.com,
              carole.neville@dentons.com;sam.alberts@dentons.com
              Courtney M. Rogers  on behalf of Creditor   U.S. Bank National Association
              courtney.rogers@wallerlaw.com
              Courtney M. Rogers  on behalf of Interested Party   U.S. Bank National Association
              courtney.rogers@wallerlaw.com
              Craig B. Rule   on behalf of Creditor   Everhome Mortgage Company bankruptcy@orlans.com,
              ANHSOA@earthlink.net
              Craig E. Zucker   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
              czucker@ermanteicher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
          czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association
          czucker@ermanteicher.com
          Dan  Korobkin    on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party James  Washington dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
          Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation
          dweiner@schaferandweiner.com
          Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation
          dweiner@schaferandweiner.com
          Daniel N. Adams    on behalf of Interested Party    Detroit Institute of Arts dadams@honigman.com,
          litdocket@honigman.com
          David Eisenberg    on behalf of Creditor    Detroit Police Officers Association
          deisenberg@ermanteicher.com
          David Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
          deisenberg@ermanteicher.com
          David Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
          deisenberg@ermanteicher.com
          David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
          nwinagar@plunkettcooney.com
          David E. Hart    on behalf of Creditor    FK Park, LLC deh@maddinhauser.com
          David E. Hart    on behalf of Creditor    FK South, LLC deh@maddinhauser.com
          David E. Lemke    on behalf of Creditor    U.S. Bank National Association david.lemke@wallerlaw.com
          David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
          dgheiman@jonesday.com
          David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
          David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation
          david.dubrow@arentfox.com
          David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
          nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
          nepc.com
          David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
          kbilpo@seyburn.com
          Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
          General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
          Deborah Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
          kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
          Deborah Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
          dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association
          dbeckwith@fosterswift.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
             dbeckwith@fosterswift.com
          Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.
             don@mcguiganlaw.com
          Douglas Steele    on behalf of Interested Party    International Association of Fire Fighters,
             AFL-CIO, CLC dls@wmlaborlaw.com
          Douglas C. Bernstein    on behalf of Interested Party    Hudson-Webber Foundation
             dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    Community Foundation for Southeast
             Michigan dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    The Fred A. and Barbara M. Erb Family
             Foundation dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    W.K. Kellogg Foundation
             dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    Max M. and Marjorie S. Fisher Foundation
             dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    The Ford Foundation
             dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
             dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    Charles Stewart Mott Foundation
             dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    William Davidson Foundation
             dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    McGregor Fund
             dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    A. Paul and Carol C. Schaap Foundation
             dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
             eerman@ermanteicher.com
          Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
             eerman@ermanteicher.com
          Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
             eerman@ermanteicher.com
          Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC
             ejgudeman@gudemanlaw.com,  ecf@gudemanlaw.com
          Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C.
             ejgudeman@gudemanlaw.com,  ecf@gudemanlaw.com
          Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com,
             litdocket@honigman.com
          Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
             emajoros@glmpc.com
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
             bankruptcy@orlans.com,  ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association
             (Fannie Mae) bankruptcy@orlans.com,  ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@orlans.com,
             ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    EverBank bankruptcy@orlans.com,
             ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
             bankruptcy@orlans.com,  ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company
             bankruptcy@orlans.com,  ANHSOA@earthlink.net
          Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
             ecrowder@sbplclaw.com,  lhaas@sbplclaw.com
          Eric Rosenberg    on behalf of Interested Party Patricia  Ramirez EJR@morganmeyers.com,
             amendiola@morganmeyers.com
          Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov
          Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
             carlson@millercanfield.com
          Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
             enovetsky@jaffelaw.com
          Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
             bankruptcy.maxwelldunn@gmail.com
          Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
             Detroit efeldman@clarkhill.com
          Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
             efeldman@clarkhill.com
          Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
          Geoffrey T. Pavlic    on behalf of Creditor    Nuveen Asset Management pavlic@steinbergshapiro.com,
             jbrown@steinbergshapiro.com
          Geoffrey T. Pavlic    on behalf of Creditor    BlackRock Financial Management, Inc.
             pavlic@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          Geoffrey T. Pavlic    on behalf of Creditor    Ad Hoc Bondholder Committee
             pavlic@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
             jabdelnour@resnicklaw.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Harold E. Nelson   on behalf of Creditor Brendan Mylewski ecf-hen@rhoadesmckee.com
Harold E. Nelson   on behalf of Creditor Advisacare Health Care Solutions, Inc.
  ecf-hen@rhoadesmckee.com
Heath Douglas Rosenblat   on behalf of Counter-Claimant Wilmington Trust, N.A.
  Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heath Douglas Rosenblat   on behalf of Creditor Wilmington Trust Company, National Association
  Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heath Douglas Rosenblat   on behalf of Creditor Wilmington Trust, National Association
  Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heath Douglas Rosenblat   on behalf of Defendant Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heather Lennox   on behalf of Debtor In Possession City of Detroit, Michigan
  hlennox@jonesday.com
Heather Lennox   on behalf of Defendant City of Detroit, Michigan hlennox@jonesday.com
Heidi Peterson   hdpeterson75@gmail.com
Howard R. Hawkins, Jr.   on behalf of Defendant UBS AG howard.hawkins@cwt.com,
  mark.ellenberg@cwt.com;ellen.halstead@cwt.com
Howard R. Hawkins, Jr.   on behalf of Creditor Merrill Lynch Capital Services, Inc.
  howard.hawkins@cwt.com, mark.ellenberg@cwt.com;ellen.halstead@cwt.com
Howard R. Hawkins, Jr.   on behalf of Defendant Merrill Lynch Capital Services, Inc.
  howard.hawkins@cwt.com, mark.ellenberg@cwt.com;ellen.halstead@cwt.com
Howard S. Sher   on behalf of Intervenor-Defendant Hypothekenbank Frankfurt AG
  howard@jacobweingarten.com
Howard S. Sher   on behalf of Creditor Hypothekenbank Frankfurt AG howard@jacobweingarten.com
Howard S. Sher   on behalf of Intervenor-Defendant Deutsche Bank AG, London
  howard@jacobweingarten.com
Howard S. Sher   on behalf of Creditor Hypothekenbank Frankfurt International S.A.
  howard@jacobweingarten.com
Howard S. Sher   on behalf of Intervenor-Defendant Erste Europaische Pfandbrief- und
  Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
Howard S. Sher   on behalf of Creditor Erste Europaische Pfandbrief- und Kommunalkreditbank
  Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
Howard S. Sher   on behalf of Intervenor-Defendant Dexia Holdings, Inc.
  howard@jacobweingarten.com
Howard S. Sher   on behalf of Intervenor-Defendant Hypothekenbank Frankfurt International S.A.
  howard@jacobweingarten.com
Howard S. Sher   on behalf of Intervenor-Defendant Dexia Credit Local howard@jacobweingarten.com
Howard S. Sher   on behalf of Intervenor-Defendant FMS Wertmanagement AR
  howard@jacobweingarten.com
Howard Yale Lederman   on behalf of Creditor Ernest Flagg hlederman@normanyatooma.com
Howard Yale Lederman   on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
Howard Yale Lederman   on behalf of Creditor Brian Greene hlederman@normanyatooma.com
Hugh M. Davis   on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
Hugh M. Davis   on behalf of Creditor Thomas Stephens Info@ConLitPC.com
Ian S. Bolton   on behalf of Creditor FK South, LLC ibolton@maddinhauser.com,
  bwislinski@maddinhauser.com;nanderson@maddinhauser.com
Ian S. Bolton   on behalf of Creditor FK Park, LLC ibolton@maddinhauser.com,
  bwislinski@maddinhauser.com;nanderson@maddinhauser.com
James Sprayregen   on behalf of Interested Party Syncora Capital Assurance Inc.
  james.sprayregen@kirkland.com
James Sprayregen   on behalf of Interested Party Syncora Guarantee Inc.
  james.sprayregen@kirkland.com
James Sprayregen   on behalf of Interested Party Syncora Holdings Ltd.
  james.sprayregen@kirkland.com
Jamie Scott Fields   on behalf of Creditor Jamie Fields jeansartre@msn.com
Jamie Scott Fields   on behalf of Creditor Retired Detroit Police Members Association
  jeansartre@msn.com
Jason W. Bank   on behalf of Interested Party Wade Trim Associates, Inc. jbank@kerr-russell.com
Jason W. Bank   on behalf of Interested Party New England Fertilizer Company
  jbank@kerr-russell.com
Jeffery R. Sieving   on behalf of Creditor International Outdoor, Inc. jeff@iobillboard.com
Jeffrey Rossman   on behalf of Defendant U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
  Lhaidostian@mwe.com
Jeffrey Rossman   on behalf of Creditor U.S. Bank National Association jrossman@mwe.com
Jeffrey David Eaton   on behalf of Creditor FMS Wertmanagement jeaton@schiffhardin.com
Jeffrey H. Bigelman   on behalf of Creditor Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
Jeffrey S. Grasl   on behalf of Creditor Sprint Communications Company LP
  jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
Jeffrey S. Grasl   on behalf of Creditor Bishop Real Estate, L.L.C. jgrasl@mcdonaldhopkins.com,
  sharrow@mcdonaldhopkins.com
Jennifer Zbytowski Belveal   on behalf of Defendant Detroit Entertainment, LLC
  jbelveal@honigman.com, mjohnson@honigman.com
Jennifer Zbytowski Belveal   on behalf of Defendant Greektown Casino, LLC
  jbelveal@honigman.com, mjohnson@honigman.com
Jeremiah Buffalo Wirgau   on behalf of Interested Party CitiMortgage, Inc. jwirgau@sspclegal.com
Jerome D. Goldberg   on behalf of Interested Party Jerome Moore apclawyer@sbcglobal.net
Jerome D. Goldberg   on behalf of Creditor David Sole apclawyer@sbcglobal.net
Jill Kristen Smith   on behalf of Creditor Macomb County Jill.Smith@macombgov.org

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    John A. Simon   on behalf of Debtor In Possession   City of Detroit, Michigan jsimon@foley.com

    John A. Stevens   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
    jstevens@mathesonparr.com,  nlmumma@aol.com

    John E. Eaton   on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
    pjohnson@bredhoff.com;mforan@bredhoff.com

    John Joseph Ramirez   on behalf of Interested Party   Deutsche Bank AG, London
    john.ramirez@kattenlaw.com

    John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com

    John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
    john.sieger@kattenlaw.com

    John R. Canzano   on behalf of Creditor   Michigan Building and Construction Trades Council
    jcanzano@kmsmc.com

    John T. Gregg   on behalf of Creditor   36th District Court for the State of Michigan
    jgregg@btlaw.com

    Jonathan S. Green   on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC
    green@millercanfield.com

    Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan
    green@millercanfield.com

    Jong-Ju Chang   on behalf of Interested Party   Michigan Innocence Clinic jchang@dykema.com,
    dkelley@dykema.com;docket@dykema.com

    Joseph M. Fischer   on behalf of Creditor   Oakland County, Michigan brcy@carsonfischer.com,
    jfischer@carsonfischer.com

    Joseph Mark Fisher   on behalf of Creditor   FMS Wertmanagement mfisher@schiffhardin.com

    Joseph Mark Fisher   on behalf of Intervenor   FMS Wertmanagement AR mfisher@schiffhardin.com

    Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com,
    litdocket@honigman.com

    Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc.
    jgadharf@mcdonaldhopkins.com

    Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc.
    jgadharf@mcdonaldhopkins.com

    Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd.
    jgadharf@mcdonaldhopkins.com

    Joshua A. Gadharf   on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com

    Judy B. Calton   on behalf of Creditor   Country West Apartments, LLC jcalton@honigman.com,
    litdocket@honigman.com

    Judy B. Calton   on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
    litdocket@honigman.com

    Judy B. Calton   on behalf of Creditor   Arrow Uniform Rental, Inc. jcalton@honigman.com,
    litdocket@honigman.com

    Judy B. Calton   on behalf of Interested Party   Detroit Entertainment, LLC jcalton@honigman.com,
    litdocket@honigman.com

    Judy B. Calton   on behalf of Creditor   TC Manor House, LLC jcalton@honigman.com,
    litdocket@honigman.com

    Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com,
    blundberg@honigman.com,  litdocket@honigman.com

    Judy B. Calton   on behalf of Debtor In Possession   City of Detroit, Michigan
    jcalton@honigman.com,  litdocket@honigman.com

    Judy B. Calton   on behalf of Creditor   Country House Apartments jcalton@honigman.com,
    litdocket@honigman.com

    Judy B. Calton   on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com,
    litdocket@honigman.com

    Judy B. Calton   on behalf of Creditor   Imperial Manor House, LLC jcalton@honigman.com,
    litdocket@honigman.com

    Judy B. Calton   on behalf of Creditor   Ivey & Associates LLC jcalton@honigman.com,
    litdocket@honigman.com

    Judy B. Calton   on behalf of Interested Party   Greektown Casino, LLC jcalton@honigman.com,
    litdocket@honigman.com

    Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com,
    litdocket@honigman.com

    Julia A. Caroff   on behalf of Interested Party   United States of America julia.caroff@usdoj.gov,
    mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov

    Julie Beth Teicher   on behalf of Creditor   Detroit Police Officers Association
    jteicher@ermanteicher.com

    Julie Beth Teicher   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local
    344 jteicher@ermanteicher.com

    Julie Beth Teicher   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
    jteicher@ermanteicher.com

    Karen B. Dine   on behalf of Interested Party   Deutsche Bank Securities Inc.
    karen.dine@kattenlaw.com

    Karen Vivian Newbury   on behalf of Creditor   DEPFA Bank PLC knewbury@schiffhardin.com

    Karen Vivian Newbury   on behalf of Creditor   FMS Wertmanagement knewbury@schiffhardin.com

    Karin F. Avery   on behalf of Interested Party   Detroit Retired City Employees Association
    Avery@SilvermanMorris.com

    Karin F. Avery   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
    Association Avery@SilvermanMorris.com

    Karin F. Avery   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
    Avery@SilvermanMorris.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Karin F. Avery   on behalf of Plaintiff   Detroit Retired City Employees Association
Avery@SilvermanMorris.com

Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan
kressk@pepperlaw.com, alexsym@pepperlaw.com

Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank AG, London
kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com

Kenneth E. Noble   on behalf of Intervenor-Defendant   Deutsche Bank AG, London
kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com

Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank Securities Inc.
kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com

Kenneth M. Schneider   on behalf of Interested Party Kenneth M. Schneider
kschneider@schneidermiller.com

Kevin M. Baum   on behalf of Interested Party   Deutsche Bank Securities Inc.
kevin.baum@kattenlaw.com

Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc.
ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com

Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com

Kurt Thornbladh   on behalf of Creditor   Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
thornbladh.kurt3@gmail.com

Kurt Thornbladh   on behalf of Interested Party   Housing is a Human Right Coalition
kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

Kurt Thornbladh   on behalf of Creditor   Plymouth Square Ltd. Housing Association
kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

Kurt Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc.
kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

Lawrence A. Larose   on behalf of Creditor   Assured Guaranty Municipal Corp.
llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com

Lawrence A. Larose   on behalf of Plaintiff   Assured Guaranty Municipal Corp.
llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com

Leah Montesano   on behalf of Interested Party   Ambac Assurance Corporation
leah.montesano@arentfox.com

Leland Prince   on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com

Lisa Okasinski   on behalf of Creditor   HRT Enterprises lisa@demolaw.com

Lisa Hill Fenning   on behalf of Creditor   General Retirement System of the City of Detroit
Lisa.Fenning@aporter.com

Lisa Hill Fenning   on behalf of Creditor   Police and Fire Retirement System of the City of
Detroit Lisa.Fenning@aporter.com

Louis P. Rochkind   on behalf of Plaintiff   National Public Finance Guarantee Corporation
lrochkind@jaffelaw.com, dburris@jaffelaw.com

Louis P. Rochkind   on behalf of Creditor   National Public Finance Guarantee Corporation
lrochkind@jaffelaw.com, dburris@jaffelaw.com

Lynn M. Brimer   on behalf of Creditor   Retired Detroit Police Members Association
lbrimer@stroblpc.com, kvanakin@stroblpc.com

M. Ellen Dennis   on behalf of Creditor Ben McKenzie, Jr. m.ellen.dennis@gmail.com,
dwhadden@umich.edu

Mallory Field   on behalf of Creditor   Retired Detroit Police Members Association
MField@stroblpc.com, jmckeogh@stroblpc.com

Mami Kato   on behalf of Interested Party   International Union of Operating Engineers, Local
324 mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato   on behalf of Creditor Devery Jones mkato@sachswaldman.com,
pmerchak@sachswaldman.com

Mami Kato   on behalf of Creditor Bruce Goldman mkato@sachswaldman.com,
pmerchak@sachswaldman.com

Mami Kato   on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
pmerchak@sachswaldman.com

Mami Kato   on behalf of Creditor Mary Washington mkato@sachswaldman.com,
pmerchak@sachswaldman.com

Mami Kato   on behalf of Interested Party   Service Employees International Union, Local 517M
mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato   on behalf of Creditor Michael Wells mkato@sachswaldman.com,
pmerchak@sachswaldman.com

Mami Kato   on behalf of Creditor   Detroit Police Command Officers Association
mkato@sachswaldman.com, pmerchak@sachswaldman.com

Mami Kato   on behalf of Creditor Mary Whitson mkato@sachswaldman.com,
pmerchak@sachswaldman.com

Marc N. Swanson   on behalf of Debtor In Possession   City of Detroit, Michigan
swansonm@millercanfield.com

Mark Wasvary   on behalf of Creditor   Hyde Park Co-Operative, et al. mark@wasvarylaw.com

Mark Wasvary   on behalf of Creditor   Plymouth Square Ltd. Housing Association
mark@wasvarylaw.com

Mark A. Angelov   on behalf of Plaintiff   Ambac Assurance Corporation mark.angelov@arentfox.com

Mark A. Angelov   on behalf of Interested Party   Ambac Assurance Corporation
mark.angelov@arentfox.com

Mark Allan Porter   on behalf of Other Professional   Allen Park Retirees Assn
maplawat91l@msn.com, map-law.pllc@att.net

Mark E. Bredow   on behalf of Creditor Carlton D. Carter mbredow@resnicklaw.net,
jabdelnour@resnicklaw.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Mark E. Bredow   on behalf of Interested Party   Resnick & Moss, P.C. mbredow@resnicklaw.net,
          jabdelnour@resnicklaw.net
          Mark H. Shapiro   on behalf of Creditor   Nuveen Asset Management shapiro@steinbergshapiro.com,
          jbrown@steinbergshapiro.com
          Mark H. Shapiro   on behalf of Interested Party   The Securities Industry and Financial Markets
          Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
          Mark H. Shapiro   on behalf of Creditor   BlackRock Financial Management, Inc.
          shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
          Mark R. James   on behalf of Interested Party   Financial Guaranty Insurance Company
          mrj@wwrplaw.com
          Mark R. James   on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com
          Mark S. Frankel   on behalf of Creditor   Waste Management Inc. etal mfrankel@couzens.com
          Marshall S. Huebner   on behalf of Creditor   Merrill Lynch Capital Services, Inc.
          bankrout@davispolk.com
          Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov,
          mbcobbs@flash.net
          Mary Beth Cobbs   on behalf of Interested Party   City of Detroit Law Department
          cobbm@detroitmi.gov, mbcobbs@flash.net
          Matthew Schneider   on behalf of Interested Party   State of Michigan SchneiderM7@michigan.gov
          Matthew Troy   on behalf of Interested Party   United States of America matthew.troy@usdoj.gov
          Matthew Wilkins   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
          Michigan wilkins@bwst-law.com
          Matthew Wilkins   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
          wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Wilkins   on behalf of Retiree Committee   Official Committee of Retirees
          wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Wilkins   on behalf of Plaintiff   Detroit Retired City Employees Association
          wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Wilkins   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
          wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Gernet Summers   on behalf of Intervenor-Defendant   Hypothekenbank Frankfurt
          International S.A. summersm@ballardspahr.com
          Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und
          Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Matthew Gernet Summers   on behalf of Intervenor-Defendant   Hypothekenbank Frankfurt AG
          summersm@ballardspahr.com
          Matthew Gernet Summers   on behalf of Creditor   FMS Wertmanagement summersm@ballardspahr.com
          Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
          summersm@ballardspahr.com
          Matthew Gernet Summers   on behalf of Intervenor-Defendant   Erste Europaische Pfandbrief- und
          Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt AG
          summersm@ballardspahr.com
          Max J. Newman   on behalf of Interested Party   Wayne County Corporation newman@butzel.com
          Melissa Demorest LeDuc   on behalf of Creditor   T&T Management, Inc. melissa@demolaw.com,
          paula@demolaw.com
          Melissa Demorest LeDuc   on behalf of Creditor   John Denis melissa@demolaw.com,  paula@demolaw.com
          Melissa Demorest LeDuc   on behalf of Creditor   John W. and Vivian M. Denis Trust
          melissa@demolaw.com,  paula@demolaw.com
          Melissa Demorest LeDuc   on behalf of Creditor   James Herbert melissa@demolaw.com,
          paula@demolaw.com
          Melissa Demorest LeDuc   on behalf of Creditor   HRT Enterprises melissa@demolaw.com,
          paula@demolaw.com
          Mercedes Varasteh Dordeski   on behalf of Creditor   Johnathan Aaron Brown
          mdordeski@foleymansfield.com,cindy@loevy.com
          Meredith Taunt   on behalf of Creditor   Retired Detroit Police Members Association
          mtaunt@stroblpc.com, KVanAkin@stroblpc.com
          Michael Anthony Karman   on behalf of Creditor   Fountain Court Consumer Housing Cooperative
          makarmanesq@gmail.com
          Michael Anthony Karman   on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com
          Michael C. Hammer   on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
          Michael C. Hammer   on behalf of Interested Party   MGM Grand Detroit, LLC
          mchammer2@dickinsonwright.com
          Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
          Michael R. Bell   on behalf of Interested Party Bill   Schuette BellMl@michigan.gov
          Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association
          mike.paslay@wallerlaw.com,
          Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
          rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
          Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC
          msl@maddinhauser.com,  bac@maddinhauser.com
          My Chi To   on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
          mao-bk-ecf@debevoise.com
          Nabih H. Ayad   on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com
          Nabih H. Ayad   on behalf of Interested Party Rashida   Tlaib ayadlaw@hotmail.com
          Nabih H. Ayad   on behalf of Interested Party Maureen   Taylor ayadlaw@hotmail.com
          Nabih H. Ayad   on behalf of Interested Party   Michigan State Conference NAACP
          ayadlaw@hotmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Nabih H. Ayad    on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
          Niraj R. Ganatra    on behalf of Creditor   International Union, United Automobile, Aerospace and
          Agricultural Implement Workers of America Nganatra@uaw.net
          Noah J. Ornstein    on behalf of Interested Party   Syncora Guarantee Inc.
          noah.ornstein@kirkland.com
          Noah J. Ornstein    on behalf of Interested Party   Syncora Capital Assurance Inc.
          noah.ornstein@kirkland.com
          Paige E. Barr    on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
          Paige.Barr@kattenlaw.com
          Patrick C. Lannen    on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com,
          mkisell@plunkettcooney.com
          Patrick E. Mears    on behalf of Creditor   36th District Court for the State of Michigan
          pmears@btlaw.com
          Paul R. Hage    on behalf of Creditor   National Public Finance Guarantee Corporation
          phage@jaffelaw.com,  jtravick@jaffelaw.com
          Paul R. Hage    on behalf of Plaintiff   National Public Finance Guarantee Corporation
          phage@jaffelaw.com,  jtravick@jaffelaw.com
          Paula A. Hall    on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
          Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall    on behalf of Interested Party   Official Committee of Retirees of the City of
          Detroit, Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall    on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com,
          marbury@bwst-law.com;pleban@bwst-law.com
          Peter D. Dechiara    on behalf of Creditor   International Union, United Automobile, Aerospace and
          Agricultural Implement Workers of America pdechiara@cwsny.com
          Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
          Peter L. Canzano    on behalf of Creditor   National Public Finance Guarantee Corporation
          pcanzano@sidley.com
          Ralph A. Taylor    on behalf of Interested Party   Ambac Assurance Corporation
          ralph.taylor@arentfox.com
          Ralph A. Taylor    on behalf of Plaintiff   Ambac Assurance Corporation ralph.taylor@arentfox.com
          Randall A. Brater    on behalf of Interested Party   Ambac Assurance Corporation
          randall.brater@arentfox.com
          Randall A. Pentiuk    on behalf of Interested Party   Lasalle Town Houses Cooperative Association
          RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party   Joliet Town Houses Cooperative Association
          RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party   Lafayette Town Houses, Inc.
          RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Creditor   St. Martins Cooperative RPentiuk@PCK-Law.Com,
          Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party   St. James Cooperative RPentiuk@PCK-Law.Com,
          Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party   Nicolet Town Houses Cooperative Association
          RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Raymond  Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
          Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Richard  Levin    on behalf of Interested Party   Detroit Institute of Arts rlevin@cravath.com,
          mao@cravath.com
          Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
          Richard G. Mack, Jr.    on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
          richardmack@millercohen.com,  mcoil@millercohen.com
          Richardo I. Kilpatrick    on behalf of Interested Party   City of Detroit Water and Sewerage
          Department ecf@kaalaw.com,  wjackson@KAALaw.com
          Robert  Darnell    on behalf of Interested Party   United States Nuclear Regulatory Commission
          robert.darnell@usdoj.gov
          Robert  Fetter    on behalf of Interested Party   Local 3308 of the American Federation of State,
          County and Municipal Employees rfetter@millercohen.com,
          richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
          com
          Robert  Fetter    on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
          rfetter@millercohen.com,
          richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
          com
          Robert  Fetter    on behalf of Interested Party   Local 917 of the American Federation of State,
          County and Municipal Employees rfetter@millercohen.com,
          richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
          com
          Robert A. Weisberg    on behalf of Creditor   Oakland County, Michigan BRCY@CARSONFISCHER.COM,
          rweisberg@carsonfischer.com
          Robert D. Gordon    on behalf of Creditor   General Retirement System of the City of Detroit
          rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
          Robert D. Gordon    on behalf of Creditor   Police and Fire Retirement System of the City of
          Detroit rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.    on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert M. Fishman    rfishman@shawfishman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Robert N. Bassel   on behalf of Interested Party   Lasalle Town Houses Cooperative Association
bbassel@gmail.com, robertbassel@hotmail.com
Robert N. Bassel   on behalf of Interested Party   Lafayette Town Houses, Inc. bbassel@gmail.com,
robertbassel@hotmail.com
Robert N. Bassel   on behalf of Interested Party   Joliet Town Houses Cooperative Association
bbassel@gmail.com, robertbassel@hotmail.com
Robert N. Bassel   on behalf of Interested Party   St. James Cooperative bbassel@gmail.com,
robertbassel@hotmail.com
Robert N. Bassel   on behalf of Interested Party   Nicolet Town Houses Cooperative Association
bbassel@gmail.com, robertbassel@hotmail.com
Robert S. Hertzberg   on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg   on behalf of Defendant   City of Detroit, Michigan hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg   on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan
hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg   on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg   on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit, Michigan hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg   on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com
Ronald C. Liscombe   on behalf of Creditor   Public Lighting Authority rliscombe@alglawpc.com
Ronald L. Rose   on behalf of Interested Party Angie  Wong rrose@dykema.com
Ronald L. Rose   on behalf of Interested Party Laura  Malher rrose@dykema.com
Ronald L. Rose   on behalf of Interested Party Jason  Leverette-Saunders rrose@dykema.com
Ronald L. Rose   on behalf of Interested Party Ian  Mobley rrose@dykema.com
Ronald L. Rose   on behalf of Interested Party James  Washington rrose@dykema.com
Ronald L. Rose   on behalf of Interested Party Wanda  Leverette rrose@dykema.com
Ronald L. Rose   on behalf of Interested Party   Health Alliance Plan of Michigan rrose@dykema.com
Ronald L. Rose   on behalf of Interested Party Kimberly  Mobley rrose@dykema.com
Ronald L. Rose   on behalf of Interested Party Darlene  Hellenberg rrose@dykema.com
Ronald L. Rose   on behalf of Interested Party Paul  Kaiser rrose@dykema.com
Ronald L. Rose   on behalf of Interested Party Stephanie  Hollander rrose@dykema.com
Ronald L. Rose   on behalf of Interested Party Nathaniel  Price rrose@dykema.com
Ronald L. Rose   on behalf of Interested Party Jerome  Pierce rrose@dykema.com
Roxanne M. Giunta   on behalf of Interested Party   State of Michigan rmgiunta@lambertleser.com
Ryan  Cochran   on behalf of Creditor   U.S. Bank National Association ryan.cochran@wallerlaw.com
Ryan  Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha   on behalf of Interested Party   Detroit Retired City Employees Association
rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha   on behalf of Plaintiff   Detroit Retired City Employees Association
rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha   on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha   on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
jgreeniajdobrzycki@lippittokeefe.com
Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc.
ryan.bennett@kirkland.com,
dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
nd.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett   on behalf of Defendant   Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
nd.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett   on behalf of Interested Party   Syncora Capital Assurance Inc.
ryan.bennett@kirkland.com,richard.howell@kirkland.com;bradley.weidenhammer@kirkland.com,
justin.bernbrock@kirkland.com,
dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
nd.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc.
ryan.bennett@kirkland.com,richard.howell@kirkland.com;bradley.weidenhammer@kirkland.com,
justin.bernbrock@kirkland.com,
dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
nd.com;noah.ornstein@kirkland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
          ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
          sam.alberts@dentons.com,  dan.barnowski@dentons.com
          Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
          Michigan sam.alberts@dentons.com,  dan.barnowski@dentons.com
          Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
          japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
          japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
          soconnor@glmpc.com
          Sara Klettke MacWilliams    on behalf of Creditor    Oakland County, Michigan
          macwilliams@youngpc.com,  efiling@youngpc.com
          Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
          david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
          stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com
          Scott B. Kitei    on behalf of Interested Party    Detroit Institute of Arts skitei@honigman.com
          Scott M. Watson    on behalf of Creditor    UBS AG swatson@wnj.com
          Scott R. Murphy    on behalf of Creditor    36th District Court for the State of Michigan
          smurphy@btlaw.com
          Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
          Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Defendant    Detroit General Retirement System Service Corporation
          sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
          sdeeby@clarkhill.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
          State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
          State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
          State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
          slevine@lowenstein.com
          Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
          lawtoll@comcast.net
          Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
          mpearson@dykema.com;docket@dykema.com
          Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
          mpearson@dykema.com;docket@dykema.com
          Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
          dguerrero@dykema.com
          Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
          dguerrero@dykema.com
          Stephen  Wolpert    on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
          Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com,  kfrantz@wnj.com
          Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
          kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
          kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com,  kfrantz@wnj.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd.
          stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
          stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
          stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
          Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
          shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
          sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
          shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
          sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
          sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
          laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Plaintiff    City of Detroit, Michigan
          laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
          laplante@millercanfield.com,  skoczylas@millercanfield.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Stephen S. LaPlante   on behalf of Interested Party   Detroit Institute of Arts
           laplante@millercanfield.com,  skoczylas@millercanfield.com
          Steven A. Wright   on behalf of Creditor   National Environmental Group, LLC jennifer@sawpc.com
          Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov
          Steven G. Howell   on behalf of Interested Party   State of Michigan showell@dickinsonwright.com
          Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney
           General showell@dickinsonwright.com
          Stuart A. Gold   on behalf of Creditor   Detroit Public Library sgold@glmpc.com
          Susheel Kirpalani   on behalf of Plaintiff   Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
          Susheel Kirpalani   on behalf of Interested Party   Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
          Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com,
           mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
           rdin.com
          Tamar  Dolcourt   on behalf of Debtor In Possession   City of Detroit, Michigan
           tdolcourt@foley.com
          Thomas B. Radom   on behalf of Creditor   Stroh Properties, Inc. Radom@butzel.com
          Thomas B. Radom   on behalf of Defendant   Detroit Police And Fire Retirement System Service
           Corporation Radom@butzel.com
          Thomas B. Radom   on behalf of Defendant   Detroit General Retirement System Service Corporation
           Radom@butzel.com
          Thomas P. Christy   on behalf of Creditor   Berkshire Hathaway Assurance Corporation
           tchristy@garanlucow.com
          Thomas R. Morris   on behalf of Plaintiff   Detroit Retired City Employees Association
           morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
           Association morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
           morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association
           morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Timothy A. Fusco   on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco   on behalf of Debtor In Possession   City of Detroit, Michigan
           fusco@millercanfield.com
          Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
           tgraves@allardfishpc.com,  allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Trevor J. Zamborsky   on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Michaias  Martin tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Trevor J. Zamborsky   on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Trevor J. Zamborsky   on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Vanessa G. Fluker   on behalf of Interested Party  Center for Community Justice and Advocacy
          vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
          William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
          William C. Blasses   on behalf of Interested Party Gary  Segatti wcb@osbig.com
          William C. Blasses   on behalf of Creditor   Jackie's Transport, Inc. wcb@osbig.com
          William C. Blasses   on behalf of Interested Party   Michigan Property Tax Relief, LLC
          wcb@osbig.com
          William C. Blasses   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
          William H. Goodman   on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
          William H. Goodman   on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
          William H. Goodman   on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
          William H. Goodman   on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
          William H. Goodman   on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William H. Goodman   on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
          William Norman Listman   on behalf of Interested Party   Southeastern Oakland County Water
          Authority wlistman@davislistman.com
          William Pfeiffer Smith   on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
          William W. Kannel   on behalf of Creditor   Ad Hoc Bondholder Committee wkannel@mintz.com,

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Winnifred P. Boylan    on behalf of Interested Party   State of Michigan wpboylan@lambertleser.com
          Wolfgang  Mueller   on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
              jsmith@olsmanlaw.com
          Wolfgang  Mueller   on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
              jsmith@olsmanlaw.com
          Wolfgang  Mueller   on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
              jsmith@olsmanlaw.com
          Wolfgang  Mueller   on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
              jsmith@olsmanlaw.com
          Yuliy  Osipov   on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com,
              yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
              yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC
              yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
              yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                          TOTAL: 586