# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case Number 13-53846 |
| City of Detroit, Michigan, | : | Honorable Steven W. Rhodes |
| Debtor. | : | Chapter 9 |
| _____ | : | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 9, 2014, the *City of Detroit's Limited Objection to Allen Park Retirees Association, et al.'s Motion for Clarification and Relief from the Court's Order Pursuant to Section 105(A) of the Bankruptcy Code, Extending the Chapter 9 Stay to Certain (A) State Entities, (B) Non Officer Employees and (C) Agents and Representatives of the Debtor* was served upon the following party via email and also via first class United States mail on July 10, 2014:

Mark A. Porter
Mark A. Porter & Associates PLLC
551 East 11-Mile Road – Suite 3-D
P. O. Box 71527
Madison Heights, MI 48071-0527
mporter@map-law.com

By: /s/Timothy A. Fusco
    Timothy A. Fusco (P13768)
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 963-6420
    Facsimile: (313) 496-7500
    fusco@millercanfield.com

DATED: July10, 2014