UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) ) ) | Case No. 13-53846 |
| Debtor. | ) ) ) | Hon. Steven W. Rhodes |

## ORDER REGARDING THE VOTING OF
## CLAIMS RELATING TO THE 36TH DISTRICT COURT

This matter coming before the Court on the Stipulation for an Order Regarding the Voting of Claims Relating to the 36th District Court (the "Stipulation")[1] filed jointly by the City of Detroit, Michigan (the "City"), the 36th District Court, State of Michigan (the "36th District Court"), Local 917 and Local 3308 of the American Federation of State, County and Municipal Employees (the "AFSCME Locals"), Bobby Jones, Richard T. Weatherly, Roderick Holley and Carlton Carter (collectively, the "Individual Claimants"); the Court having reviewed the Stipulation; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court being fully advised in the premises;

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Stipulation.

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. The 36th District Court shall not be entitled to any vote with respect to the 36th District Court Claim.

3. Bobby Jones shall be entitled to vote the Jones Claim as an "Other Unsecured Claim" in Class 14 under the Plan in the amount of $1,039,242.40.

4. Richard T. Weatherly shall be entitled to vote the Weatherly Claim as an "Other Unsecured Claim" in Class 14 under the Plan in the amount of $1,568,233.74.

5. Roderick Holley shall be entitled to vote the Holley Claim as an "Other Unsecured Claim" in Class 14 under the Plan in the amount of $1,395,725.13.

6. Carlton Carter shall be entitled to vote the Carter Claim as an "Other Unsecured Claim" in Class 14 under the Plan in the amount of $1,621,760.41.

7. The AFSCME Locals shall be entitled to vote the AFSCME Locals Claim as an "Other Unsecured Claim" in Class 14 under the Plan in the amount of $319,721.00.

8. The following shall be preserved: (a) all objections and other challenges to the Plan by the AFSCME Locals or the Individual Claimants; and (b) all arguments and defenses respecting the allowance or disallowance, in whole or in part, and the classification and treatment of the Claims for the purposes of distributions under the Plan. Nothing herein shall constitute a waiver or admission of any such objection, challenge, argument or defense.

.

**Signed on July 10, 2014**

                                                    /s/ Steven Rhodes
                                                  **Steven Rhodes**
                                                  **United States Bankruptcy Judge**