UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
--------------------------------------------------x
                                                  :
In re                                             : Chapter 9
                                                  :
CITY OF DETROIT, MICHIGAN,                        : Case No. 13-53846
                                                  :
            Debtor.                               : Hon. Steven W. Rhodes
                                                  :
                                                  :
--------------------------------------------------x
```

**ORDER, PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE, AUTHORIZING THE CITY TO ASSUME CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

This matter coming before the Court on the Motion of the City of Detroit, Pursuant to Section 365 of the Bankruptcy Code, for an Order Authorizing the City to Assume Certain Unexpired Leases of Nonresidential Real Property (the "Motion"),[1] filed by the City of Detroit, Michigan (the "City"); the Court having reviewed the Motion; no party having filed and served any response to the Motion by July 10, 2014; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (d) notice of the Motion and the Hearing was

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

sufficient under the circumstances, (e) the Assumed Leases (as defined below) are "unexpired leases" subject to section 365 of the Bankruptcy Code, (f) the assumption of the Assumed Leases approved herein represents a reasonable exercise of the City's business judgment, (g) the Motion is procedurally proper pursuant to Bankruptcy Rule 6006(e) and (h) the relief requested in the Motion and granted herein is necessary and appropriate to carry out the provisions of the Bankruptcy Code and is in the best interests of the City, its creditors and other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The City is authorized to assume the unexpired, nonresidential real property leases identified on Schedule 1 attached hereto (together, and including all exhibits, amendments, supplements or modifications thereto, the "Assumed Leases"), and such Assumed Leases are assumed as of the date of the Motion, pursuant to section 365(a) of the Bankruptcy Code.

3. No Cure Payments are owed under the Assumed Leases and there are no defaults under the Assumed Leases requiring further compliance with section 365(b) of the Bankruptcy Code.

4. This Order shall be effective immediately upon its entry.

Signed on July 10, 2014

                                                     /s/ Steven Rhodes
                                                   Steven Rhodes
                                                   United States Bankruptcy Judge

CHI-1935704v1
13-53846-tjt    Doc 5906    Filed 07/10/14    Entered 07/10/14 13:48:16    Page 3 of 5

# Schedule 1

Schedule of Assumed Leases

CHI-1935704v1

## Schedule of Assumed Leases[2]

| Property Location | Lease Description | Landlord | Notice Address | Proposed Cure Amount |
|---|---|---|---|---|
| 9500 E Eight Mile Detroit, MI 48089 | Mini-Station | Bel Air 8 Mile, LLC | Bel Air 8 Mile, LLC 25550 Grand River Ave. Redford, MI 48240 | $0 |
| 65 Cadillac Sq. Detroit MI 48226 | Office Space for Planning and Development; Engineering and Police | Cadillac Tower MI LLC | Cadillac Tower MI LLC Attn: Michael Kalil Farbman Group 28400 Northwestern Hwy Southfield, MI 48034 | $0 |
| One Campus Martius Detroit, MI 48226 | Mini-Station | Compuwear Corporation | Compuware Attn: Steven Marquardt One Campus Martius Detroit, MI 48266 | $0 |
| Water Lot 3452 Detroit River | Water Intake System – Southwest Water Treatment Plant | Ministry of Natural Resources | Richard Visser Ministry of Natural Resources PO Box 1168 Chatham, ON N7M5L8 | $0 |
| 14383 Gratiot, Detroit, MI 48205 | Mini-Station | Mike's Fresh Market | Mike's Fresh Market Attn: Jamal Abro 14383 Gratiot Avenue Detroit, MI 48205 | $0 |

---

[2] Each lease includes all exhibits, amendments, supplements or modifications thereto.