June 25, 2014

FILED

2014 JUL 10  A 10: 53

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

To: City of Detroit, Emergency Manager

I, Jeffrey M. Gadde, am officially filing an objection to the City of Detroit's bankruptcy filing. This bankruptcy filing affects city employee retirement benefits that are guaranteed by the State of Michigan Constitution. Given this constitutional guarantee, Public Act 436 of 2012 is unconstitutional. The City of Detroit Fire Fighters Association has already filed an objection on our behalf, but I feel compelled to formally state my objection as well.

Sincerely,

*Jeffrey M. Gadde*

Jeffrey Michael Gadde, Detroit Fire Fighter

44930 Steeple Path

Novi, Mi 48375

1 - 313 - 930 - 4734