United States Bankruptcy Court

Eastern District of Michigan

In re City of Detroit
         Debtor

Case No. 13-53846

Chapter 9

7-10-14

I, Randy King of the Detroit Fire Dept. object to giving up my right to Appeal any Decision on Case No. 13-53846, Chapter 9 with the City of Detroit.

Randy King

*Signature*

FILED 2014 JUL 10 A 10:10 U.S. BANKRUPTCY E.D. MICHIGAN-DETROIT