# United States Bankruptcy Court

__EASTERN__ District Of __MICHIGAN__

In re __CITY OF DETROIT__
Debtor

Case No. __13-53846__

Chapter __9__

I, JON HARVEY, FIRE FIGHTER FOR THE CITY OF DETROIT OBJECT TO THE BANKRUPTCY AND THE HANDLING OF OUR PENSION FUND. I DO NOT WANT TO GIVE UP MY RIGHT TO APPEAL AT A LATER DATE. I FEEL THAT I WILL BE LEFT IN A STATE OF FINANCIAL RUIN.

JON HARVEY

JULY 10, 2014

FILED 2014 JUL 10 A 8:42 U.S. BANKRUPTCY E.D. MICHIGAN-DETROIT