# United States Bankruptcy Court

Eastern District Of Michigan

In re City of Detroit,
Debtor

Case No. 13-538-46

Chapter 9

I TRACEY Scott Allen Firefighter for the City of Detroit, object to the City of Detroit Bankruptcy & handling of our pension fund. & I Do Not want to give up my rights to Appeal at a later date. I feel that due to this bankruptcy I Will be left in financial Ruins,

TRACEY Scott Allen

*Tracey S Allen*

7-10-2014

FILED 2014 JUL 10 A 8:42 U.S. BANKRUPTCY E.D. MICHIGAN-DETROIT