# United States Bankruptcy Court

__EASTERN__ District Of __MICHIGAN__ ~~DETROIT~~

In re __CITY OF DETROIT__,
Debtor

Case No. __13-53846__

Chapter __9__

I, WOULD LIKE TO OBJECT, TO THE CITY OF DETROIT, NEGATING THE COLLECTIVE RIGHTS/OPPORTUNITY, OF THE WORKERS, OF THE CITY OF DETROIT, TO FILE AN APPEAL, IN THE CONCLUSION OF BANKRUPTCY CASE (CHAP. 9)

SIVAD H. JOHNSON
17567 HUNTINGTON
DETROIT, MI 48219

FILED 2014 JUL 10 P 3:01
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT