## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | Hon. Gerald E. Rosen |

### ORDER TO APPEAR FOR CONTINUED MEDIATION

**TO:** Jeff Pegg
DFFA Board Members
Chris Legghio
Earl Earman
Barbara Patek
Sydney Zack
John Berlin
Detroit Mayor Michael Duggan
Detroit Emergency Manager Kevyn Orr
Michael Rossman

The above-identified parties and attorneys are hereby ordered to appear for continued mediation on DFFA-related matters, **Monday, July 14, 2014 at 1:00 p.m., and continuing through Tuesday, July 15, 2014,** in Room 722 of the Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.

Parties should be prepared to discuss the following:

1. Promotions/Seniority
2. Appointments
3. Medical Runs
4. Date to complete CBA negotiations
5. July 16th hearing on objections

**SO ORDERED.**

s/ Gerald E. Rosen
United States District Chief Judge,
Judicial Mediator

Dated: July 10, 2014