UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
--------------------------------------------------------x
                                              :
In re                                         : Chapter 9
                                              :
CITY OF DETROIT, MICHIGAN,                    : Case No. 13-53846
                                              :
                Debtor.                       : Hon. Steven W. Rhodes
                                              :
--------------------------------------------------------x
```

## ORDER MODIFYING THE ORDER IDENTIFYING LEGAL ISSUES, ESTABLISHING SUPPLEMENTAL BRIEFING SCHEDULE AND SETTING HEARING DATES AND PROCEDURES [Docket No. 5235]

This matter came before the Court on the Stipulation Regarding Proposed Order Modifying the Order Identifying Legal Issues, Establishing Supplemental Briefing Schedule and Setting Hearing Dates and Procedures [Docket No. 5235] (the "Stipulation"),[1] filed by the City of Detroit (the "City") and the Swap Counterparties; the Court having reviewed the Stipulation; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court being fully advised in the premises;

---

[1] Capitalized terms not defined herein have the meanings given to them in the Stipulation.

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. The issues identified in paragraphs 13 and 14 of the Order Identifying Legal Issues ("Issues 13 and 14") have been consensually resolved. Accordingly, the Order Identifying Legal Issues is modified to delete paragraphs 13 and 14.

3. The Court will not hear arguments regarding Issues 13 and 14 at the hearing on legal issues scheduled for July 16, 2014.

4. Except as set forth in the Stipulation and COP Swap Settlement with respect to the Swap Counterparties, nothing herein shall prejudice or limit in any way any party's rights to object to or oppose the Plan.

5. The City will amend the Plan in accordance with the Stipulation.

.

**Signed on July 11, 2014**

                                                    /s/ Steven Rhodes
                                                  **Steven Rhodes**
                                                  **United States Bankruptcy Judge**