UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

----------------------------------------------------------------x
:
In re : Chapter 9
:
**CITY OF DETROIT, MICHIGAN,** : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
----------------------------------------------------------------x

### ORDER REGARDING TABULATION OF PLAN VOTES AND ELECTIONS WITH RESPECT TO CERTAIN COP CLAIMS

The Stipulation Regarding Tabulation of Plan Votes and Elections with Respect to Certain COP Claims (the "**Tabulation Stipulation**")[1] having been entered into by and between Financial Guaranty Insurance Company ("**FGIC**") and certain holders of the FGIC Insured COPs (collectively, the "**Holders**") on July 11, 2014; the Court having reviewed the Tabulation Stipulation; and the Court being fully advised in the premises thereof;

IT IS HEREBY ORDERED THAT:

1. The Tabulation Stipulation is APPROVED.

2. For purposes of the tabulation of votes and elections with respect to Class 9 Claims arising in connection with the FGIC Insured COPs, FGIC's Ballot shall be the operative Ballot, and the City shall disregard any other Ballots submitted by any other party with respect to such Claims.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Tabulation Stipulation.

3. Subject to and in accordance with the terms of the Voting Agreement, in the event that the City files either (a) a plan providing for improved economic treatment for Class 9 Claims, or (b) a plan that purports to modify the FGIC policy in a manner adverse to the Holders (either, a "**Non-Stipulated Plan**"), FGIC and the Holders shall consult regarding the tabulation of votes and elections (if applicable) with respect to Class 9 Claims arising in connection with the FGIC Insured COPs, and if they are unable to reach an agreement, the Holders shall have an opportunity to file a supplemental objection to the FGIC Notice, and FGIC shall have an opportunity to respond thereto.

.

**Signed on July 11, 2014**

          /s/ Steven Rhodes
Steven Rhodes
**United States Bankruptcy Judge**