UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------------x
                                                    :

In re                                         :         Chapter 9

CITY OF DETROIT, MICHIGAN,       :         Case No. 13-53846

                     Debtor.            :         Hon. Steven W. Rhodes

------------------------------------------------------------x

**STIPULATION OF DEBTOR AND COURT'S APPOINTED EXPERT TO ENTRY OF ORDER AMENDING EXPERT REPORT FILING DATE <u>RELATING TO THE COURT'S EXPERT WITNESS</u>**

By and through the undersigned counsel, the City of Detroit (the "<u>City</u>") and Martha E. M. Kopacz of Phoenix Management Services, the Court's appointed expert witness (the "<u>Expert Witness</u>") hereby stipulate and agree that the Order Amending Dates Relating to the Court's Expert Witness (Dkt. #5356) entered by the Court on June 17, 2014 (the "<u>Expert Witness Amendment Order</u>") shall be amended to provide that the deadline by which the Expert Witness shall serve her report (in such manner as may be agreed by the parties or directed by the Court), along with copies of any document cited in the report or otherwise considered by the witness in preparing the report, excluding documents previously produced in discovery among the parties and publicly-available professional literature (the "<u>Expert Report Filing Deadline</u>") shall be extended from July 15, 2014 to July 18,

1

2014. No other deadlines are modified and otherwise the Expert Witness Amendment Order shall remain in full force and effect. The City and the Expert Witness thus respectfully request that the Court enter the proposed order attached hereto as <u>Exhibit 1</u>.

Dated: July 11, 2014

By: /s/ David G. Heiman
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Geoffrey S. Stewart (DC 287979)
JONES DAY
51 Louisiana Ave, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
gstewart@jonesday.com

ATTORNEYS FOR THE CITY

By: /s/ Stephen D. Lerner
Squire Patton Boggs (US) LLP
221 E. Fourth Street, Suite 2900
Cincinnati, OH 45237
(513) 361-1220
Stephen.lerner @squirepb.com

ATTORNEYS FOR COURT
APPOINTED EXPERT

**EXHIBIT 1**

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |

**Order Amending Expert Report Filing Date Relating to the Court's Expert Witness**

On April 22, 2014, the Court entered its Order appointing Martha E. M. Kopacz of Phoenix Management Services, the Court's appointed expert witness (the "Expert Witness") in the above-captioned case (Dkt. #4215) (the "Appointment Order").[1] The Appointment Order, among other things, established deadlines for the delivery of the Expert Witness' report and for the taking of her deposition by interested parties. These deadlines were established to coincide with deadlines applicable to expert witnesses of the parties.

On June 17, 2014, the Court entered its Order Amending Dates Relating to the Court's Expert Witness (Dkt. #5356) (the "Expert Witness Amendment Order"). In the Expert Witness Amendment Order, the Court extended certain deadlines applicable to the Expert Witness including the deadline by which the Expert Witness shall serve her report (in such manner as may be agreed by the parties or directed by the Court), along with copies of any document cited in the report or otherwise considered by the witness in preparing the report, excluding documents previously produced in discovery among the parties and publicly-available professional literature (the "Expert Report Filing Deadline"). The Expert Report Filing Deadline was extended to July 15, 2014.

In its discretion and pursuant to the agreement of the Expert Witness and the City of Detroit, the Court hereby extends the Expert Report Filing Deadline to **July 18, 2014**. Except for this specific extension, the Appointment Order and the Expert Witness Amendment Order remain unmodified and in full force and effect.

It is so ordered.

---

[1] Capitalized terms not otherwise defined carry the same meaning ascribed to them in the Appointment Order.

# CERTIFICATE OF SERVICE

I, David G. Heiman, hereby certify that the foregoing STIPULATION OF DEBTOR AND COURT'S APPOINTED EXPERT TO ENTRY OF ORDER AMENDING EXPERT REPORT FILING DATE RELATING TO THE COURT'S EXPERT WITNESS was filed and served via the Court's electronic case filing and noticing system on this 11th day of July, 2014.

/s/ David G. Heiman