# United States Bankruptcy Court

**FILED** 2014 JUL 11 A 9:31
U.S. BANKRUPTCY E.D. MICHIGAN-DETROIT

_EASTERN_ District Of _MICHIGAN_

In re _CITY OF DETROIT_, Debtor

Case No. 13-53846

Chapter 9    Hon. Steven W. Rhodes

OBJECTING CREDITOR ROGER S. HARPER IDENTIFICATION OF LEGAL ISSUES RELATING TO CONFIRMATION AND OBJECTION TO CONFIRMATION OF THE FOURTH AMENDED PLAN OF ADJUSTMENT.

I AM A CREDITOR, AND A MEMBER OF CLASS 10 (POLICE-FIRE RETIREMENT SYSTEM) ACTIVE EMPLOYEE. I AM (ROGER S. HARPER) A CURRENT UNITED STATES CITIZEN LIVING IN THE STATE OF MICHIGAN AND OF SOUND MIND.

AS AN INDIVIDUAL CREDITOR I OBJECT TO THE FOURTH AMENDED PLAN OF ADJUSTMENT (THE "PLAN") BECAUSE IT MAY NOT LEGALLY BE CONFIRMED UNDER THE TERMS OF CHAPTER 9 OF THE FEDERAL BANKRUPTCY CODE THAT CONTROLS ALL DECISIONS OF THIS COURT. THE PLAN ALSO VIOLATES MY MICHIGAN CONSTITUTION RIGHTS

I REFUSE TO WAIVE MY RIGHT TO APPEAL IN ANY/ALL CIRCUMSTANCES IN ANY FEDERAL COURT PROCEEDINGS.

A MORE DETAILED STATEMENT OF THE REASONS FOR MY OBJECTION IS CONTAINED IN THE BRIEF FILED BY THE CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM ("CALPERS") IN THE APPEAL OF THIS COURT'S DECISION REGARDING ELIGIBILITY NOW PENDING BEFORE THE SIXTH CIRCUIT COURT OF APPEALS. RESPECTFULLY SUBMITTED,

JULY 10, 2014
DATE

_Roger S. Harper_
ROGER S. HARPER
CITY OF DETROIT PENSION #207778
18575 AUTUMN LANE
SOUTHFIELD, MI 48076
PH: 248.382.8082
EMAIL: DFDFORLIFE@YAHOO.COM