# United States Bankruptcy Court

7-11-2014

__EASTERN__ District Of __MICHIGAN__

In re __CITY OF DETROIT__,
Debtor

Case No. __13-538-46__ (HON. STEVEN W. RHODES)

Chapter __9__

I, ROBERT EARL MARTIN JR, (pension # 231819) AM A CREDITOR AND A MEMBER OF CLASS 10 (POLICE-FIRE RETIREMENT SYSTEM) ACTIVE EMPLOYEE. I AM SUBMITTING THIS LETTER IN OBJECTION TO THE FOURTH AMENDED PLAN OF ADJUSTMENT BECAUSE IT MAY NOT LEGALLY BE CONFIRMED UNDER THE TERMS OF CHAPTER 9 OF THE FEDERAL BANKRUPTCY CODE THAT CONTROLS ALL DECISIONS OF THE COURT. I REFUSE TO WAIVE MY RIGHT TO APPEAL.

A MORE DETAILED STATEMENT OF THE REASONS FOR MY OBJECTION IS CONTAINED IN THE BRIEF FILED BY THE CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM IN THE APPEAL OF THIS COURT'S DECISION REGARDING ELIGIBILITY NOW PENDING BEFORE THE SIXTH CIRCUIT COURT OF APPEALS.

DATED: JULY 11, 2014

Respectfully

Robert E Martin Jr

ROBERT E MARTIN JR
18432 ILENE
DETROIT MI 48221
313-___-____