UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

**Certificate of Service**

The undersigned hereby certifies that on the 11th day of July, 2014, she sent by certified mail through the United States Postal Service, a copy of the Order of Certification Pursuant to 28 U.S.C. § 2403(a), entered on July 11, 2014 (Dkt. #5925), to the following interested parties in the above-entitled matter:

Eric H. Holder, Jr.  
Attorney General of the United States  
U.S. Department of Justice, Room B103  
950 Pennsylvania Avenue, N.W.  
Washington, DC 20530-0001

Barbara L. McQuade  
U.S. Attorney for Eastern District of MI  
c/o Tracey Pyle, Civil Process Clerk  
United States Attorneys Office  
211 W. Fort Street, Suite 2001  
Detroit, MI 48221

                                      /s/ Christine L. Sikula  
                                            Deputy Clerk

Entered July 11, 2014