# United States Bankruptcy Court

__Eastern__ District of __Michigan__

FILED
2014 JUL 11 P 2:13
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In re __City of Detroit__,
Debtor

Case No. 13-53846

Chapter 9

Hon. Steven W. Rhodes

I, Allen Douglas Martin, am an Objecting Creditor of the legal issues relating to confirmation and objecting to confirmation of the Fourth Amended Plan of Adjustment.

I am a Creditor and a member of Class 10 (Police & Fire Retirement System) Active Employee. I am Allen V. Martin a current United States Citizen living in the State of Michigan, Am also of Sound Mind.

~~As an object objet objector~~

As an individual Creditor I object to the Fourth Amended Plan of Adjustment (The Plan) because it may not be legally confirmed under the terms of Chapter 9 of the Federal Bankruptcy Code that controls all decisions of this Court. The Plan violates my Michigan Constitutional Rights. Am

I refuse to waive my right to ~~appear~~ appeal in any/all circumstances in any Federal Court proceedings.

A more detailed statement of the reason I object Am is Contained in the brief filed by the California Public Employees ~~Retirement~~ Retirement System (CALPERS) in the appeal of this courts decision regarding Eligibility now pending before the Sixth Circuit Court of Appeals.

Respectfully

Allen V. Martin
City of Detroit Pen #23343
9348 Louis
Redford MI 48239
PH (517) 894-3667
Email ADMartin57@Gmail.com

11 Jul 14
Date