# United States Bankruptcy Court

EASTERN District Of MICHIGAN

In re CITY OF DETROIT
Debtor

Case No. 13-53846

Chapter 9   HON. STEVEN W. RHODES

I, REGINALD L. WHITAKER AM AN OBJECTING CREDITOR OF LEGAL SERVICES ISSUES RELATING TO CONFIRMATION AND OBJECTION TO CONFIRMATION OF THE 4th AMENDED PLAN OF ADJUSTMENT.

I AM A CREDITOR, AND A MEMBER OF CLASS 10 (POLICE & FIRE RETIREMENT SYSTEM), AND ACTIVE EMPLOYEE. I AM A CURRENT UNITED STATES CITIZEN LIVING IN THE STATE OF MICHIGAN AND OF SOUND MIND AND BODY.

AS AN INDIVIDUAL CREDITOR, I OBJECT TO THE FOURTH AMENDED PLAN OF ADJUSTMENT ("THE PLAN") BECAUSE IT MAY NOT LEGALLY BE CONFIRMED UNDER TERMS OF CHAPTER 9 OF THE FEDERAL BANKRUPTCY CODE THAT CONTROLS ALL DECISIONS OF THIS COURT. THE PLAN ALSO VIOLATES MY MICHIGAN CONSTITUTIONAL RIGHTS.

I REFUSE TO WAIVE MY RIGHT TO APPEAL IN ANY AND ALL CIRCUMSTANCES IN ANY FEDERAL COURT PROCEEDINGS.

A MORE DETAILED STATEMENT OF THE REASONS FOR MY OBJECTION IS CONTAINED IN THE BRIEF FILED BY CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM ("CALPERS") IN THE APPEAL OF THIS COURTS DECISION REGARDING ELIGIBILITY NOW PENDING BEFORE SIXTH CIRCUIT COURT OF APPEALS.

# United States Bankruptcy Court

EASTERN District Of MICHIGAN

In re CITY OF DETROIT
    Debtor

Case No. 13-53846

Chapter 9

JULY 11, 2014
DATE

*(signature)*

REGINALD L. WHITAKER
CITY OF DETROIT
PENSION #236095
17568 SORRENTO
DETROIT, MI. 48235
PHONE: 313 461-2871
EMAIL. REGWHIT68@gmail.com