UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |

## Order Amending Expert Report Filing Date Relating to the Court's Expert Witness

On April 22, 2014, the Court entered its Order appointing Martha E. M. Kopacz of Phoenix Management Services, the Court's appointed expert witness (the "Expert Witness") in the above-captioned case (Dkt. #4215) (the "Appointment Order").[1] The Appointment Order, among other things, established deadlines for the delivery of the Expert Witness' report and for the taking of her deposition by interested parties. These deadlines were established to coincide with deadlines applicable to expert witnesses of the parties.

On June 17, 2014, the Court entered its Order Amending Dates Relating to the Court's Expert Witness (Dkt. #5356) (the "Expert Witness Amendment Order"). In the Expert Witness Amendment Order, the Court extended certain deadlines applicable to the Expert Witness including the deadline by which the Expert Witness shall serve her report (in such manner as may be agreed by the parties or directed by the Court), along with copies of any document cited in the report or otherwise considered by the witness in preparing the report, excluding documents previously produced in discovery among the parties and publicly-available professional literature (the "Expert Report Filing Deadline"). The Expert Report Filing Deadline was extended to July 15, 2014.

In its discretion and pursuant to the agreement of the Expert Witness and the City of Detroit, the Court hereby extends the Expert Report Filing Deadline to **July 18, 2014**. Except for this specific extension, the Appointment Order and the Expert Witness Amendment Order remain unmodified and in full force and effect.

It is so ordered.

.

**Signed on July 11, 2014**

                                                              /s/ Steven Rhodes
                                                               Steven Rhodes
                                                               United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined carry the same meaning ascribed to them in the Appointment Order.