UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORNELL E. SQUIRES

PETITIONER, HOLDER
CREDITOR / OBJECTOR/RETIREE

Chapter 9- Case 13-53846
JUDGE Steven W. Rhodes

Case 14-cv 10434
Hon Bernard A. Freidman
Magistrate Paul J. Komvies

VS

In Re
City of Detroit Michigan
and Emergency Manager
KEVYN D. Orr

Debtor/ City of Detroit

FILED 2014 JUL 11 P 2:41 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

Cornell E. Squires - Petitioner In Propria Persona
3380 Electric
Detroit Michigan 48217
(313) 460 2175

## PETITIONER'S OBJECTION TO MAGISTRATE JUDGE STEVEN W. RHODES AND KEVYN ORR CHAPTER( 9) PLAN OF ADJUSTMENT AND POPOSED FOURTH AMENDED PLAN OF ADJUSTMENT (the Plan) REGARD TO THE BENEFICIARIES OF THE DETROIT GENERAL RETIREMENT SYSTEM AS TO HAVE LEGAL STANDING AS ONE OF PETITIONERS, HOLDERS, CREDITORS RETIREES

A) That Emergency Manager Kevyn Orr prejudice, Grant the Petitioner his rights to receive his ballot to vote;
B) Grant" the Petitioner the same opportunity to vote in the Plan of Adjustment, without violating equal protection and afford the opportunity to petitioner, because other GRS Retirees were mailed their ballot to vote.
C) That Petitioner had been denied, a ballot to vote, whereas other retirees been mailed and granted a <u>BALLOT</u> to vote as retirees.
D) Grant a hearing under procedural violation of the Fifth Amendment equal treatment, been denied to the Petitioner under the 5th Amendment
E) Grant the Petitioner procedural Due Process, Rights been deprived under Fourteenth Amendment
F) GRANT Petitioner is a holder of claim under Class 11 <u>as General city retiree is entitled to vote and but wasn't mailed no ballot even after I took letter to Attorney KEVYN D. ORR OFFICE SUITE 1126 THE CITY COUNTY BULDING once AGAIN ON JULY 2, 2014.</u>

Respectfully Submitted

*Cornell E. Squires*
Petitioner Cornell E. Squires

## PROOF OF SERVICE

PETITIONER'S OBJECTION TO MAGISTRATE JUDGE STEVEN W. RHODES AND KEVYN ORR CHAPTER( 9) PLAN OF ADJUSTMENT AND POPOSED FOURTH AMENDED PLAN OF ADJUSTMENT (the Plan) REGARD TO THE BENEFICIARIES OF THE DETROIT GENERAL RETIREMENT SYSTEM AS TO HAVE LEGAL STANDING AS ONE OF PETITIONERS, HOLDERS, CREDITORS RETIREES & AFFIDAVIT OF EVIDENCE OF CORNELL E. SQUIRES FILED ON July 11, 2014
U.S. Bankruptcy Court for the Eastern District of Michigan
Southern Division
211 W. Fort St., Suite 1800
Detroit, Michigan 48226

Respectfully Submitted

*Cornell E. Squires*
Cornell E. Squires, Petitioner

## AFFIDAVIT OF EVIDENCE OF CORNELL E. SQUIRES OF THE LETTERS MAILED AND HAND DELIVERED TO MAYOR AND KEVYN D. ORR

I, Cornell E. Squires being first duly sworn, deposes and hereby states that:

1. That the Affiant on November 19 2013, mailed a letter with the date of November 17, 2013 to c/o Emergency MANAGER 2 Woodward Ave Detroit Michigan 48221 never received and written response or reply.
2. That on December 13, 2013, that Affiant hand delivered another letter with attachment c/o of Attorney Kevyn Orr Emergency Financial Manager office with a time stamp placed on letter never received a response or reply for Emergency Manager Kevyn D. Orr or Mayor Dave Bing office!
3. A letter with date of June 30, 2014 addressed Attorney Kevyn D. Orr Emergency Manager City of Detroit again hand delivered letter to office of Mayor Office, Attorney Kevyn D. Orr, on July 2 2014 at suite 1126 Coleman Young Building. Hand delivered a African American female name Ms. Kitty work for Mayor Mike Duggan took the letters I placed them in yellow 9x12 clasp envelope before her present on July 2, 2014, but she refused to stamp my copy of the letter attachment. I had requested a ballot to vote.
4. I, Cornell E. Squires will attachment with the letters mailed and hand delivered to the Emergency Manager Kevyn D. Orr since November 17, 2013, but never received any reply from his office.

Under the penalties of perjury this information is true to the best of my knowledge.

_____
CORNELL E. SQUIRES- AFFIANT

Subscribed and Sworn to
Before me this _11_ day of
July 2014 a Notary Public
_____
Notary Public, State of Michigan
County of _Wayne_
My Commission Expires _01-25-2018_

REBECCA MONIER
Notary Public, State of Michigan
County of Wayne
My Commission Expires Jan. 25, 2018
Acting in the County of _Wayne_

Ces071114

Mr. Cornell E. Squires
3380 Electric
Detroit, Michigan 48217
313 460-3175

June 30, 2014

| | |
|---|---|
| **Attorney Kevyn Orr** | **Honorable Mike Duggan** |
| **Emergency Financial Manger** | **Detroit Mayor Office** |
| **2 Woodward Avenue** | **2 Woodward Ave** |
| **Coleman Young City County Bldg.** | **Coleman Young Ave.** |
| **Detroit, Michigan 48226** | **Detroit, Michigan 48226** |

Dear Attorney Orr

    I am writing you this letter concerning my vested pension benefit that was granted to me on January 16, 2002, I had mailed and hand delivered letters in November and December 7, 2013, regarding my pension to your office! But Attorney Kevyn Orr, I had not heard from anyone from the Emergency Manager it is been more than 6 months.

    I been considered a retiree as of January 16, 2002 but the pension administration failure to process my pension application. I first requested my pension application dating back in November30, 1993, again in 1995, 1997, now as of October 8, 2012, I fill out and returned my application to the General Retirement System " the administration said they misplaced and lost pension application. So I refiled my application on December 13, 2013, and I am still waiting for them to process my application. Why my application had not been processed I do not know?

    I am one of the 32,000 retirees, please provide me my ballot to vote in this coming election July 2014. My current address is 3380 Electric Detroit, Michigan 48217 Please provide me my ballot to vote. I thank you expedite me my ballot, and for your inquiry to why pension application has not been processed with back pay owed.

Sincerely

*Cornell E. Squires*
Cornell E. Squires

Ces 06/30

Attachment

November 17, 2013

City of Detroit

Emergency Manager Kevin Orr

2 Woodward Ave.

Detroit, Michigan 48226

Re Cornell E. Squires Processing pension application

Filed October 3, 2012

Dear Attorney Orr:

The City of Detroit General Retirement System attorney Ronald Zajac did allow me to fill out my non-duty pension application, after I attended the community meeting at Wendell Anthony Church last year. Attorney Ronald Zajac called me days later and told me he would provide me with this non-duty pension application. I have been trying to obtain a copy of non-duty pension application every since the pension Board approval January 16, 2002.

I attended the General Retirement Board membership meeting last year on September 25, 2012 at the Reverend Wendell Anthony Church that when I had spoken with attorney Ronald Zajac who promised he get me this non duty application and would make sure that's this application will be processed. I did hand delivered my application to attorney Zajac on October 3, 2012.

I believe that someone has personally interfered with my pension application. Presently it has been over a year since I returned my non-duty pension application, but I'm still being blocked and deprived of my non-duty pension benefits. It's my understanding that there is a Federal criminal investigation ongoing at the General Retirement System by the Department of Justice, and even attorney Ronald Zajac was indicted and been criminal charged!

Attorney Kevyn Orr, the General Retirement System, does owe me back paid for more than 12 years for my non-duty pension.

I personally believe someone in the pension administration has been impeding my pension application from being processed. I'm requesting Kevyn Orr, the current emergency manager for an inquiry from his office to review my pension benefit. I did returned my pension application last year sometime in October 2012.

Attorney Kevyn Orr the General Retirement System does owe me back paid for more than12 years for my non-duty pension.

Now, as you can see the General Retirement Board still have not processed my non-duty pension application.

This letter November 18 2013 will serve as my objection to my non-duty pension be associated with the proposal pension freeze – my benefits as a prisoner – the before a ruling of any judges) of the Michigan Judicial courts- proposal by Jones Day law Firm on December 31, 2013.

Attorney Orr, before the pension freeze proposal and any deep cuts, to the estimate 20,542, pensioners; I'm demanding payment for non duty pension that been approved in January 16, 2002, be paid immediately.

Now, that you are the Emergency Manager and the threat of chapter 9 bankruptcy, it is your obligation to process my non-duty pension.

I have written letters to both mayors regarding this pension matter; the former interim mayor Kenneth Cockrel Jr. December 7, 2010 and even Dave Bing dating from June 16, 2009 regarding this matter; but as of today this matter still has not been resolved. I have not received any written responses from former Mayor, Kenneth Cockrel and Dave Bing.

Ongoing mismanagement and delays regarding the "City Administration and the GRS" and I had evidence of corruption regarding my case. The Former attorney for the General Retirement System Ronald Zajac stated he would process my pension, and he would consider my back pay that was owed. I was told that attorney Zajac has since been indicted on criminal charges. I demand my retroactive non-duty pension application to be a process before the pension freezes December 31, 2013.

I'm requesting back pay with interest due to me from January 16, 2002, be immediately process before change take place next year January of 2014.

Mr. Kevyn Orr please respond promptly, regarding my benefits and retroactive pay of my pension benefits.

Thank You,

Respectfully Submitted

*Cornell E. Squires* (signature)

CORNELL E. SQUIRES

3380 Electric St

Detroit, Michigan 48217

313 460-3175

Ces 13=22204

See attachment

Cornell E. Squires
3380 Electric St,
Detroit, Michigan 48217
313 460 3175

December 7, 2013

Attorney – Kevyn Orr
Emergency Financial Manager...
Coleman Young –City County Bldg
2 Woodward Ave. –1126

REC'D DEC 1 3 2013

Dear Attorney Orr:

    I am writing my letter asking for help regards to my long overdue vested pension problem and benefits that's been owed to me every since January 16, 02002. The General Retirement System Board approved and granted a non duty pension on January 16, 2002. I am concerned because the City of Detroit has been approved for Chapter 9 bankruptcy? What affect to my non duty pension and the back pay that owed to me? The General Retirement System administration personnel continue to be mismanaged processing my pension application; whenever I file my vested pension application there has been some type of delay? The malicious acts to continue to deny my vested pension application filed on October 8, 2012. I submitted my pension application to the General Retirement System now this my fifth time I filed my pension application because last year my pension application became missing according to personnel at pension board. I re- filed my pension application November 27; 2013I had written the many letters requesting a hearing before the entire pension board membership. I am entitled to back pay and interests.

    Debra Wilkerson, work at for personnel at GRS, request that I provided her a copy of my pension approval letters January 16, 2002. Even though last year I provide her this information September 2012, but she told me I must wait until I am 66 years old, because I did fill out application in 45 days. I can't receive my pension application? She's the person who refused me my pension application in the past? At the community meeting I spoke with Attorney Ronald Zajac, which he is the legal counsel for pension board, I explained to him what she said, and he told me he provided me the pension application. It's been 16 years ago, since I filed my last pension application back in 1997, now fourth application file on

1

DEC 1 3 2013

October 8, 2012 but if became lost and I re-- filed on November 27, 2013, process still pending with the Detroit Retirement System! It's my belief a person at the pension administration have sabotage and interfere with pension application; benefits regarding my back pay and interests owed to me!!!

## Historical Perspective

On November 30, 1993, was the day I filed my first pension application with the General Retirement System for a" Duty disability". But the Medical director for pension board Reginald O' Neal, D.O. Board Certified Internal Medicine denied my pension benefit, but he finally approved my pension on January 7, 2002 his recommendation of a Non Duty Disability Retirement is based upon the coronary heart disease. I filed my second duty pension applications on November 2, 1995, and another in 1997, even though Detroit EMS is probably one of the most stressful job in the city. And about one – third of the EMS personnel suffered stress related illness, and there has been many death of technicians based upon the stressful work environment, especially the technicians who worked the street for more than ten years. . There are higher rate of heart attacks and I know at least 13 people died who never draw their pension. Detroit EMS, are equally stressful as the Detroit police department, and only a fraction of EMS member are ever been granted a <u>duty disability pension for stress.</u>

Detroit Fire Department Medical division doctor 19 years ago on May 10, 1994, told me that they are planning on retiring me; and no need to report back to medical division for bi weekly visit. I believed them because I had filed my duty pension application on NOVEMBER 30, 1993, but was rudely mistaken because my application was denied September 14, 1994. Detroit EMS Officials deliberately blocked me from receiving benefits as other member such as; Workman's compensation and they shorted me my for long term disability benefits. But, God Grace kept me during these most difficult times of my life. I lost my home, business, and real estate properties but I survived after being granted my Social Security( SSI) benefits, I had filed numerous lawsuits in court against the City Fire Department and General Retirement System to protect my civil and constitutional and vested pension rights.

My employment began with City of Detroit Fire Department EMS Division July 7, 1981, I worked 2 years as a union steward two years that I volunteered and participated with the Detroit Fire Department Speak Bureau, I became a "whistle blower" September 1993, and lodging my complaint with the State MIOSHA 1993, because of the unsafe Detroit EMS

2 4

vehicles on the road. My EMS job has become more threaten and more stressful, each day, after I reported the complaint to the State of Michigan –the stress of the job had intensified after reporting these problems I was not able to sleep and was constantly being harassed by supervision on the job. Afterward, I was forced off the job on October 26, 1993, by Detroit's EMS supervision. I had requested a Family Medical Leave, which was granted and filed for an extended Medical Leave of absent for the next 4 years stay off the job. Detroit EMS division continues to refuse me a light duty position at EMS headquarters. Normally a position is provided to member under doctor care who doctor's recommended member not to be working on the street due to stress.

    Emergency financial Manager Office I was aware of the mismanaged problems when I worked for the department. Attorney Kevyn Orr as financial manager, you have the authority to resolve financial problems in our city, and hopefully you can resolve my pension problem. I have written to letters to Mayor Dave Bing office concerning my pension, but never received any response back in 2009.

    I request for an inquiry by the Emergency Financial Manager office, to investigate my non duty vested pension, it is my understanding the bankruptcy ruling of Judge Rhodes now gives you authority to view individuals retirees 'pension plan. I give permission to investigate my pension benefits – money that owed regarding back pay and my pension.

    The year of 2000 – 2004 I filed civil action and the GRS paid legal fees were probably well over a One Hundred Thousand to fight my case in court, but they finally agreed to pay me my non duty vested pension instead of a duty pension. Why they just granted me a non duty pension instead GRS legal department to hire outside law firm –to fight my case in court?

    Detroit's eligible for bankruptcy under [Chapter –9] protection no doubt, will affect all city retirees' pension plan and our benefits. **I am filing my objection "in regard to any retirees' pension cut** I reserved my rights and propose my objection against any pay cuts to the city retiree's pension benefits next year 2014. I request for a written reply, answer, to my letter within 7 days of receipt of this letter. Thank you for your consideration.

                                            Respectfully Submitted

Cc: Legal Department General Retirement System
cc: Print Media & Television Media – attachments

                                                              Ces1207-13- revised copy

CORNELL E. SQUIRES
3380 ELECTRIC
DETROIT MICH 48217
(313) 460-3175

October 17, 2012

**Attorney Ronald Zajac**
**GENERAL Retirement System**
2 WOODWARD AVE-Suite 809
DETROIT MICHIGAN 48226

RE: PLEASE PROCESSING NON DUTY PENSION THAT BEEN GRANTED

On August 20 2012, I had spoken with the receptionist at the **General Retirement System City of Detroit** and I explained to her I would like to process my **vested non duty pension application.**

I had spoken to the receptionist at front desk, to inquire about filing my vested pension application because I had been denied my duty disability pension. The receptionist made sure I had the business cards for these two people, a **Cynthia Thomas** the Asst Executive Secretary and **Deborah Wilkerson.** I called **Cynthia Thomas** Executive secretary I called and left message for her to call me back; but she never returned my phone call. I went on and mailed her a written correspondence on August 22, 2012,see attach, but she never responded to my letter. A friend mentioned to me about upcoming hearing held at **Fellowship Chapel Church** on September 25, 2012,whereas, all the **General Retirement System Board and Trustees would be in attended.**

My pension dates back to the 90's I first applied for my duty disability pension for more than three times before but has been **denied each time.** The first application was on November 30, 1993; the second was in 1995, and again in 1997. In 1995, the **Fire Department** doctor told me not to report monthly doctor appointment because the City of Detroit plan on place me on duty retirement. But the department never allowed me to retired and again denied my duty pension in 1997.

**Attorney Ronald Zajac** I have repeatedly mailed letters with attachments to the **General Retirement System** for the last 13 years so they could process my pension application. Attorney Zajac this is unacceptable behavior. Even went at the **General Retirement System** on September 25, 2012, I had a chance to speak with **Deborah Wilkerson** and she printed me a copy of this letter General Retirement System with March 4, 2002, date which said had been mailed to my old address 3354 Electric Street. " Deborah Wilkerson, explained to me because I did not file my pension application within the 45 days, it's now too late for me to get my **Vested pension** until I become 66 year old" before I can even file my pension application". Then **Deborah Wilkerson** ." She also said my employment with the City of Detroit was terminated as of July of 1996. I asked her why did the General Retirement System granted me my pension on January 16, 2002? If I had been terminated from the job? Afterward, I attended the **Fellowship Chapel Church** meeting and that when I spoken with you.

Executive Secretary- **Cynthia Thomas**, and **Deborah Wilkerson** neglect their duty and would allow me to process non duty vested pension application. I written numerous of letters to the **General Retirement System** concerning my pension but never received any respond; as of matter of fact I still have the old business card for **Deborah Wilkerson** she given to me almost 8 or 9 years ago.

Attorney Ronald Zajac I had made every effort for General Retirement System to process my pension application, and this has been a **nightmare** for me to received a non duty vested pension.

I am aware that **General Retirement System** spent more that **One Hundred-Thousand Dollars** in litigation for Attorney Fees, Court costs so I would been able to get a Duty pension; instead of them granting me my pension and going ahead and process the paper work. I have been a dedicated worker on the street for **12 years until I became disable from the stress**

At the **Detroit Fire Department –Emergency Medical Services** my record speaks for itself. I asking that my pension to be retroactive from January 16, 2002. I am suffering, a financial hardship and increased new health challenges far to long.

I sincerely thankful for allowing me to fill out my application for this non duty pension, thank you

Sincerely

*Cornell E. Squires*

Cornell E Squires
**Disabled Pensioner # 206275**
ces 1222-2

Ces 12-22203
See attachment

LAW OFFICES
## COUZENS, LANSKY, FEALK, ELLIS, ROEDER & LAZAR, P.C.

SHELDON A. FEALK
JACK S. COUZENS, II
JERRY M. ELLIS
DONALD M. LANSKY
BRUCE J. LAZAR
ALAN C. ROEDER
RENARD J. KOLASA
KATHRYN GILSON SUSSMAN
JEFFREY A. LEVINE
PHILLIP L. STERNBERG
LISA J. WALTERS

STEPHEN SCAPELLITI
DONALD A. WAGNER
GREGG A. NATHANSON
DAVID B. DEUTSCH
CYNTHIA L. M. JOHNSON
MARK S. FRANKEL
ROGER E. WINKELMAN
ALISA A. KWANG
JAMES T. CARROLL III
CHRISTOPHER J. PARDI
AMBER L. SLUSSER

COUNTRY CLUB OFFICE CENTRE
39395 WEST TWELVE MILE ROAD, SUITE 200
FARMINGTON HILLS, MICHIGAN 48331

TELEPHONE (248) 489-8600
TELECOPIER (248) 489-4156

-DETROIT OFFICE-
PENOBSCOT BUILDING
645 GRISWOLD STREET, SUITE 1300
DETROIT, MICHIGAN 48226

TELEPHONE (313) 967-9000
TELECOPIER (313) 967-0344

WWW.COUZENS.COM

February 27, 2002

<u>VIA FAX NO. 1-313-383-5959 AND VIA
CERTIFIED MAIL NO. 7001 1940 0002 3354 6478
- RETURN RECEIPT REQUESTED</u>

Cornell Squires
3354 Electric
Detroit, MI 48221

Dear Mr. Squires:

In reply to your February 26, 2002 letter, sent to me by fax on February 27, 2002, I am enclosing the following documents:

1. The General Retirement System's January 23, 2002 letter to Cornell Squires.

2. The General Retirement System's January 16, 2002 Resolution which was enclosed with the Board's January 16, 2002 letter to you.

The resolution states:

"RESOLVED, that it be made a matter of record that upon receipt of an application for Non-Duty Disability from Mr. Squires, this Board will grant a Non-Duty Disability Retirement for Mr. Squires.

Yeas - Trustees Anthony, Gracia, Kanters, Kneeshaw, Sheehan, Studzinksi, Williams and Chairman Clark - 8

Nays - None"

REC'D NOV 27 2013

Reginald E. O'Neal, D.O.
Board Certified Internal Medicine
2600 Martin Luther King Blvd., Suite 220
Detroit, Michigan 48208
313 897 2539

January 7, 2002

Board of Trustees
General Retirement System
908 Coleman Young Municipal Center
Detroit, Michigan 48226

RE: Cornell Squires
SS #:      6256

Dear Board Members:

In reply to your question of when Mr. Squires became disabled secondary to his heart disease. The medical records submitted document that Mr. Squires suffered a heart attack on May 24, 2000. In the letter submitted to the board on April 12, 2001 the diagnoses listed in the conclusion were hypertension, hyperlipidemia, coronary heart disease, and depression. The recommendation of a Non Duty Disability Retirement is based upon the coronary heart disease.

                Sincerely,

                Reginald E. O'Neal, D.O.

June 16, 2009

Honorable Mayor Dave Bing
Coleman A. Young Bing
2 Woodward Ave Suite
Detroit, Michigan 48226

Re: Employee Pension Request for my pension granted January 2002

Dear Honorable Mayor Dave Bing

Congratulations on your victory becoming the mayor of this wonderful City of Detroit.
I know you inherited a disarray office from your past administration. I had been communicating via telephone and send many written correspondence to the past mayors attempting to get my **vested pension** from Detroit Fire Department EMS division.

I have sent a written corresponding to the former interim Mayor Kenneth Cockrel Jr., last December 7, 2008, but never received a written response from him. As of January 27, 2009, I have forwarded a copy of a letter to the City pension Retirement Board requesting a hearing regarding my pension. I never received any response from the Mayor office of the many letters mailed to personnel. Mayor Bing there is supposedly a questionable problem regarding my **"Work Status"** this is the reason I have been denied my vested pension.

I'm writing you this last letter Mayor Dave Bing hoping you can take the appropriate action so that I can began to receive my vested pension from the city of Detroit. I was granted a non duty pension in January 2002, that's been long over due. I hope to hear a response from your office within 7 days from this letter.

If not, I forced to take legal action in this matter. Thank you the quick action from your office in helping me to resolve this matter. Again I say, Thank you.

Sincerely
Cornell E Squires
3354 Electric
Detroit Michigan 48217

313 460 -3175

attach copies of recent letters

December 7, 2008
Honorable Mayor Kenneth V. Cockrel Jr.
Coleman A. Young Building
2 Woodward Avenue Suite
Detroit Michigan 48226

Re: Employee Pension

Dear Honorable Mayor Kenneth V. Cockrel Jr.

I've been communicating via telephone with your office approximately 90 days or at least two months before you became intermit Mayor, Congratulations to you.
I called your office because I had confidence that you can resolve my employee pension matter in regards to the Detroit Fire Department (EMS Division).

I've spoken with Stephanie Miledge numerous times at 224-2826 "she said she would get back to me". I've been very patience waiting for her to return my calls with some good news. As of today, this matter still has not been resolved yet.
 **Mayor Kenneth Cockrel Jr,** I have confidence that your office can resolve my pension matter. I'm asking you personally to get my employee **Pension** special attention.
I have suffered a financial hardship and now. I'm not able to buy my medications.

I began my employment with Detroit Fire Department on July 7, 1981.until I was granted a Medical leave of absent due to stress in 1993. In 1994 I requested a light duty position with the Fire Department but the administration could not fine a position that was available for me.

I filed numerous applications for duty pension disability retirement with the city 1993, 1995, and 1997. Early this year the retirement system still would allow me to receive my pension because a question regarding my current "**work status**" is not correct with Detroit Fire Department "

In January 2002, I was granted a non- duty pension although I requested duty pension. I am hoping that your office can expedite my pension request before this year end.

Thank you for consideration giving in this matter. I greatly appreciate any help your office provide. God Bless you, and your entire staff.

Sincerely,
*Cornell E. Squires*

Cornell E. Squires
3354 Electric
Detroit MI 48217
313 460-3175
attach:

REC'D NOV - 7 2008

City of Detroit Pension Board Members, Through  March 16, 1999
Mr. Joseph Glanton, Assistant Administrative Supervisor
General Retirement System
2 Woodward Avenue, Rm. 908
Detroit, MI 48228

Re: Duty Disability Retirement

Dear Mr. Glanton:

    I spoke with you just before the Retirement Board pension meeting on Wednesday, February 24, 1999. My name is Cornell E. Squires. I have over seventeen years with the Detroit Fire Department, EMS Division. I haven't worked since October of 1993. I'm now receiving Social Security Disability because of medical problems related to my work. I'm very disappointed, because I have been off work from my department for almost six years!! I haven't received any benefits from the City! I have made contact with some other members from our department, with similar debilitating injuries. They are receiving benefits from the City.

    Dr. Ronald O'Neal evaluated me for a duty disability retirement, on two occasions, back in 1994 and 1996. When I spoke with Dr. O'Neal the first time he evaluated me, for duty disability in June of 1994, I asked him if he worked for the City. Dr. O'Neal distinctly told me no! But he never mentioned to me that he was a member of the City Pension Board. He's the one that denied my duty disability pension! Dr. O'Neal wasn't fair in his evaluation. I believe that Dr. O'Neal is dishonest and not being truthful about his association with the City. He's very deceitful and it's a conflict of interest for him to evaluate my personal medical condition, when he's a **pension board member.** I have never in my life seen so much malfeasance in our City, especially in the way my case has been handled. Today, it's a very saddening state of affairs that so many African-American officials have become dishonest and guilty of extremely immoral and unethical work practices, when they are dealing with members of their own race. There seems to be no sense of what's right or wrong any more.

    Last year in November, I went to a dear friend's funeral, Robert Jackson, a colleague who worked with me on Detroit EMS. He went off on disability because of stress and other medical problems. Robert's last day of work was when he had a run downtown, for a lady attempting to commit suicide. The lady jumped from the Omni Hotel. Robert witnessed the lady's body hitting the ground, and exploding on impact. Her body laid on the ground very disfigured. It's an awful sight to see, one I seen many times! Robert had a nervous breakdown and never really recovered after that run! The City finally gave Robert a disability for stress and other medical problems. Robert's life continued to deteriorate after that run. He went off the job for stress, and just four years later Robert is dead!

    The year before Robert's death, another one of my friends and colleagues on EMS died in June of 1997. Laverne Fitts died at the age of forty-nine years old. He was also under a lot of stress from our job! He told me he was diagnosed with lupus. He became sick and unable to work. He

called me one day crying, a few years prior to his death, because of harassment from our department. They always harassed Fitts, and gave him a hard time on the job. He had nine and a half years of service working for our department. When he became sick he wanted to work light duty, just like many other members are working when they are sick and unable to work full duty. But they refused to let Fitts work! **Just like I've been waiting for six years!** The City finally paid Fitts his benefits for Long-Term Disability. They also denied Fitts opportunities that other employees are receiving. Fitts was waiting to be retired before his death! There is disparate treatment toward some of the members in our Department, like Fitts, who never had a chance to receive his retirement. **There have been at least eight members or more from EMS that's died in the past ten years, <u>before reaching the age of fifty!</u> The City still keeps denying that our job is stressful!**

Ninety percent of the premature deaths from our job have been members of the African-American race, even though the ratio of Black and white working on EMS is about 50%. There have been deaths from suicide off work, and attempted suicide while a member was at work. A female died of a heart attack at the age of forty-four while she was off work because of job stress. Deaths have continued to climb in the past ten years, in relation to EMS workers. Many of them weren't able to receive any benefits before their death! Only a few are receiving duty disability for stress! There are certain members who have been constantly fighting the city, to be paid their benefits.

I'm a single father with one son. My son is going to graduate from high school this summer. When I was working for the City, I would have payroll deductions for U.S. Savings Bonds. I wanted to send my son to college. I promised him I would send him to college, if he wanted to go. I spent his Bonds to maintain a living for the two years I was without an income! I was awarded my Social Security Disability in 1996. But I don't have any medical insurance for my son. Last month my son became sick. My family doctor had me rush him to the Emergency Room at Oakwood Hospital. I owe the hospital over $800 for his hospital bill. I still owe the hospital over $600 for last year in October. My son witnessed me being assaulted by a Detroit police officer. His mother had taken him to the hospital for the injuries to his hand sustained while he witnessed this assault. My son almost had a nervous breakdown. My son perhaps needs some therapy, because of the trauma he has witnessed. Also, I have been going months without my prescribed medication because the insurance, I have under Social Security Disability won't cover it, and I don't have the money to pay for it.

*I am asking the City Pension Board for a hearing, concerning my request for a duty disability retirement pension.* Thank you for giving consideration in this matter.

Sincerely,

*Cornell E. Squires*

Cornell E. Squires
3354 Electric
Detroit, MI 48217
Phone: (313) 383-5959

cc: City of Detroit Pension Board Members
    City Council Members