# United States Bankruptcy Court

EASTERN District Of Of Michigan

In re City of Detroit,
Debtor

Case No. 13-53846

Chapter 9

I object to the following:

1) The vote count is not held locally. It doesn't allow for any challenges or assuring an accurate count.

2) All DWSD employees and retirees are fully funded. Thus, the bond holders fully paid. Therefore, we should not be part of any of these proceedings. Three federal judges have ruled on the separation of funds already.

3) The state constitution guaranties our pension benefits in full. It has been upheld by more than one state supreme court. Thus the initial ruling was/is wrong. It is a states right!

4) We didn't vote for any of the people that negotiated this "agreement." Thus it is without merit.

5) All enterprise groups, such as DWSD and the Library should be excluded because their benefits are fully funded by the agencies.

Sincerely,
[signature]

FILED (I)
2014 JUL 11 P 3:48
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

13-53846-tjt    Doc 5967    Filed 07/11/14    Entered 07/11/14 16:38:22    Page 1 of 1