United States Bankruptcy Court

__EASTERN__ District of __MICHIGAN__

In re __City of Detroit,__
Debtor

Case No. __13-53846__

Chapter __9__

I, Creditor Major L. Russell, object to the City of Detroit Chapter 9 Bankruptcy. The Bankruptcy is in violation of the State of Michigan Constitution and US Federal Law. The Emergency Manager Law (Public Act 436) is unconstitutional and violates Federal Law. If not for Public Act 436, Bankruptcy Case Number 13-53846 would not exist. Therefore, I request to preserve all legal rights and remedies regarding individual Claim Number 1405.

Respectfully,

Major L. Russell

Major L. Russell
15358 Rutherford
Detroit, MI 48227
Phone (313) 505-2872