UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,            No. 13-53846-SWR
                                                         Chapter 9
         Debtor.                                  Judge Rhodes
_____/

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby files an appearance as local counsel for Panning Capital Management, LP, on behalf of funds and accounts managed by it ("Panning"), Monarch Alternative Capital LP, on behalf of funds and accounts managed by it ("Monarch"), Bronze Gable, L.L.C. ("Bronze Gable"), Aurelius Capital Management, LP, on behalf of its managed entities ("Aurelius") and Stone Lion Capital Partners L.P., on behalf of funds and accounts managed by it ("Stone Lion") and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

                 Deborah L. Fish
                 ALLARD & FISH, P.C.
                 2600 Buhl Building
                 535 Griswold
                 Detroit, MI 48226
                 Telephone: (313) 961-6141
                 Facsimile: (313) 961-6142
                 dfish@allardfishpc.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit shall waive (1) the right to have final orders in non–core matters entered only after de novo review by the District Court; (2) the right to a trial by jury in any proceeding so triable in the above–captioned case or any case, controversy, or

proceeding related to this case; (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments which are or may be applicable under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly preserved.

ALLARD & FISH, P.C.

/S/ Deborah L. Fish
Attorneys for Panning, Monarch, Bronze
Gable, Aurelius & Stone Lion
2600 Buhl Building
535 Griswold Avenue
Detroit, Michigan 48226
(313) 961-5231
dfish@allardfishpc.com
P36580

Dated   July 11, 2014
z:\13\079\king et al\pld\appearance dlf.doc