13-53846

**Objection to Plan of Adjustment**

City of Dr.: This plan is unsustainable for these reasons:

(1.) Abusing the bankruptcy process to pile on more loans for wasted projects.

(2.) Use State of Michigan money, instead, to arrange loans at low interest rates.

Stop Big Fees to Buckfire and others.

(3.) Examples of Orr's Failures, incompetency, and sweetheart Deals:

→ The whole Illich hockey deals bring no revenue to the City and Orr cut Joe Louis Arena rent by 2½ million dollars retroactive to 2010.

→ Orr took over March, 2013, and didn't start collecting overdue water bills til July, 2014, where he focused on poor residents, not big business to recoup the #33 owed.

→ We need Buses, but we're getting a "Trolley to Nowhere"

→ Orr gives away real estate assets for $1.00 with no bid contracts.

FILED
2014 JUL 11 PM 03:
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

*[signature]* Cinda J Darrah
7/11/14   7492   Bank worn, Det 48208
(313)414 518
cindy darrah
@arah.com

The question being on concurring in the committee recommendation to give the bill immediate effect,

The recommendation was concurred in, 2/3 of the members serving voting therefor.

The Senate agreed to the title of the bill.

Dec 5, 2012

P 2388

**Protest**

Senator Whitmer, under her constitutional right of protest (Art. 4, Sec. 18), protested against the passage of House Bill No. 5463 and moved that the statement she made during the discussion of the bill be printed as her reasons for voting "no."

The motion prevailed.

Senator Whitmer's statement is as follows:

I voted for this bill in committee, but upon closer review, I concluded that my kids shouldn't pay for a new stadium in Detroit for the hockey team. I am sick of the hypocrisy I see in this Capitol. I'm sick and tired of hearing about legislators who hate government but collect their salary every other Thursday, file for their SOCC check, and record their mileage. I'm sick and tired of looking out the window and seeing the Tea Party have a rally on my dime, on state property that we have to put the tents up for and make sure they've got heat, so that they can come in and lobby for a right-to-work bill that hasn't even had a hearing and no public input. I thought they liked the Constitution, those Tea Partiers.

You know what else I'm sick of? The hypocrisy of the business community. The big business who says, "You know, it's appalling when President Obama says something like 'You didn't build that; we all did'," and then shows up the next week asking for $700 million to build a stadium and asking my kids' school to pay for it—and every one of yours, all 83 counties. This money is coming out of all of our schools.

As Bill Ballenger said, it is pure greed by the business community that continues to push the things they are right now, and it makes me sick. I hear my colleagues say, "Oh, this is for Detroit, so we're all in favor of Detroit now"—because one billionaire called you.

What happens when we try to keep the lights on? We couldn't find votes in here for six months to keep the lights on in Detroit. Talk about priorities—$700 million of taxpayer money and a substantial hit to schools.

What we're seeing here is that the Republicans are waging a relentless positive race to the bottom, and I, for one, want no part of it.

I Titch     Red Wings

Read able Copy

**Roll Call No. 822**                                    Yeas—27

| | | | |
|---|---|---|---|
| Booher | Hildenbrand | Kowall | Proos |
| Brandenburg | Hood | Marleau | Richardville |
| Casperson | Hunter | Meekhof | Robertson |
| Emmons | Jansen | Moolenaar | Schuitmaker |
| Gleason | Johnson | Nofs | Smith |
| Green | Jones | Pappageorge | Walker |
| Hansen | Kahn | Pavlov | |

Nays—11

| | | | |
|---|---|---|---|
| Anderson | Colbeck | Hune | Whitmer |
| Bieda | Gregory | Rocca | Young |
| Caswell | Hopgood | Warren | |

Excused—0

Not Voting—0

In The Chair: President

The question being on concurring in the committee recommendation to give the bill immediate effect,
The recommendation was concurred in, 2/3 of the members serving voting therefor.
The Senate agreed to the title of the bill.

*Red Wing Rink Protest*        →        *Ref p 40 metro*

Senator Whitmer, under her constitutional right of protest (Art. 4, Sec. 18), protested against the passage of House Bill No. 5463 and moved that the statement she made during the discussion of the bill be printed as her reasons for voting "no."
The motion prevailed.
Senator Whitmer's statement is as follows:
I voted for this bill in committee, but upon closer review, I concluded that my kids shouldn't pay for a new stadium in Detroit for the hockey team. I am sick of the hypocrisy I see in this Capitol. I'm sick and tired of hearing about legislators who hate government but collect their salary every other Thursday, file for their SOCC check, and record their mileage. I'm sick and tired of looking out the window and seeing the Tea Party have a rally on my dime, on state property that we have to put the tents up for and make sure they've got heat, so that they can come in and lobby for a right-to-work bill that hasn't even had a hearing and no public input. I thought they liked the Constitution, those Tea Partiers.
You know what else I'm sick of? The hypocrisy of the business community. The big business who says, "You know, it's appalling when President Obama says something like 'You didn't build that; we all did,'" and then shows up the next week asking for $700 million to build a stadium and asking my kids' school to pay for it—and every one of yours, all 83 counties. This money is coming out of all of our schools.
As Bill Ballenger said, it is pure greed by the business community that continues to push the things they are right now, and it makes me sick. I hear my colleagues say, "Oh, this is for Detroit, so we're all in favor of Detroit now"—because one billionaire called you.
What happens when we try to keep the lights on? We couldn't find votes in here for six months to keep the lights on in Detroit. Talk about priorities—$700 million of taxpayer money and a substantial hit to schools.
What we're seeing here is that the Republicans are waging a relentless positive race to the bottom, and I, for one, want no part of it.

# DETROIT — The rip-off continues under State emergency manager Orr.

1. <u>Ilitch hockey rink</u> takes $1/3 billion from the State Education Fund.
   The City and State also pays to demolish the Joe/Cobo Hall Arena.
   The City cut the Ilitch rent by 85%. ($3 m to $0.5 m) Bankrupt?

2. <u>Penske M-1 Trolley</u> takes $68 m from public financing:
   Detroit City - $19 m
   MDOT -        $40 m
   Medical -     $9 m – Blue Cross, Ford Hospital, DMC
   WSUniv. -     $3 m
   This creates a 3rd transport system on Woodward artery.



Mr. John Lauve
200 N Saginaw St.
Holly, MI 48442-1407

24 April 2014            248-820-2434

# CANCEL THE <u>GRAND RIP OFF</u>

# TO PAY FOR THE <u>GRAND BARGAIN</u>

3 wasteful projects have been approved by Mr. Orr and Mayor Duggan.

These costly projects proceed while pensioners & tax payers sacrifice.

1. New Red Wing Arena - $500 m

2. Trolley M-1      $40 m     Michigan Dept. of Transportation

3. Sale of Real Estate    $40 m    $1 no bid sales on development sites

Details:

1. Ilitch gets Joe Louis Arena rent cut by $15 m going back to 2010.

   The new hockey rink pays NO revenue/rent & property tax to the City.

   Also the lease is for 90 years and requires the City to pay millions for

   repairs.

   The other 2 sports stadiums are not asked to pay like the DIA.

2. Penske's trolley system diverts money that should be used to fix the

   failed bus system to benefit the entire City. This added transit system

   will compete and disrupt the 2 current bus services.

3. $1 no bid recent sales: Monroe Block – Schostak Bros $34 m parking
                                         Statler Hotel
                                         Riverfront Land
                                         Ice Arena

These abuses must be cancelled before any new money is gifted.

Mr. John Lauve
200 N Saginaw St.
Holly, MI 48442-1407

# THE ARENA RIP OFF

The arena lease is hard to analyze because it was craftily written to obscure the rip off.

The Detroit Free Press Sunday, March 2, 2014 did a good job of disclosing some of the

major faults. Close reading of the Ilitch lease shows additional details:

- Kick back – City & State each get life time luxury suites & 12 tickets to all events (page #59 & #61 of lease)

- The "repair" gimmick – illustrates the tricks slipped into the rip off deal (page #67) $0.5 m is given back to Olympia. They slipped in this amount, "escalating at a rate of 4% per year (cumulative)" to the Repair Fund. (page #17) The repairs allowed even include "material improvement to attendee comfort." This includes cash paid by the City intended for the bonds. (page #40) The City provides cash!

- Other costs to the City are the following losses:
  1. Joe Louis asset demolished. (page # 106)
  2. Gift of Woodward Avenue land for free (page #21) valued more than $3 m.
  3. Property tax cancelled on $10 m. of Ilitch owned property
  4. Parking lot revenue from City land

- No payment due until the first hockey game in the "event center" (page #9 & #45) Try buying a home for no money down, let alone a $1/2 billion home for the poor Red Wings.

- The project bonds pay the hockey team moving expenses. (page #36)

- The hockey team owner even owns the arena building plans. (page # 32)

- Etc.

This entire deal is so unfair to the bankrupt City. It should obviously be stopped.

Lawyers, such as Gov. Snyder, Mayor Duggan and Emergency Manager Orr

who care about Detroit, should not let this proceed.

Judge Rhodes should block this asset transfer.

John Lauve, March 6, 2014
200 N. Saginaw, Holly, MI 48442                           248 820-2434

*handwritten: Mr. Fox — Lake or payment at Joe's*

# METRO

# Water dept. lists firms on notice

## Hospitals, Science Center among those with overdue bills

**BY STEVE PARDO**
The Detroit News

*10 pmy*

*Detroit* — The Detroit Water and Sewerage Department on Wednesday released a list that reads like a who's who of Detroit businesses — but these companies could have their water shut off or lose payments.

The department, which has been shutting off service to about 15,000 residents since spring, has come

under criticism for focusing on residents who are 60 days late or $150 behind on payment but ignoring big businesses with accounts that are more than two months overdue.

One day after the department told The Detroit News it was sending cutoff notices to more than 200 businesses, officials released a more comprehensive list. Those selected for shut-off and their 90-day late amounts include:

■ Children's Hospital of Michigan: $144,911
■ Doubletree Fort Shelby Hotel: $1,318.

■ Detroit Athletic Club: $8,040.
■ Blessed Sacrament Community Center: $1,763.
■ Music Hall Center for Performing Arts: $13,611.
■ Cadillac Tower: $256.
■ Midtown Property Group: $5,579.
■ Michigan Science Center: $4,559.
■ Detroit Receiving Hospital: $2,230.

"We're trying to be responsible to all of our customers," Darryl Latimer, the department's deputy director, said at a press conference Wednesday. "It's not fair to

our customers that are paying to raise us because of bad debts."

Many of the larger commercial customers — hospitals and medical centers, for instance — appear multiple times on the list because their names are linked to several offices and satellite operations. But, department officials said, both large and small organizations overdue on their bills should be making arrangements to pay or risk a water shut-off.

"What we're looking for is some cooperation from our customers — commercial and residential — to bring them up to date," department spokesman

Bill Johnson said. "The point is they are in shut-off status. What we want them to do is pay the bill and bring their account up to date."

Joe Louis Arena and other ventures from the Ilitch Olympia Entertainment empire are on the list. DIA water department official said Wednesday afternoon they believe the accounts are up to date.

Many of the high-profile companies may dispute the claims, which could delay any shut-offs.

"The Detroit Medical Center

*Please see Water, Page 9A*

Please see Water, Page 9A

## Water

Continued from Page 3A

... prides itself on paying all utility bills in a timely manner," hospital officials said in a statement Wednesday. "We are reviewing the notification we have received and as we review, if there are instances where we are delinquent and not in dispute, we will cer-

tainly comply. However, we need to review the list and go through our own accounting to ensure no mistakes were made."

The department announced in March it was starting an aggressive campaign aimed at collecting more of the millions owed by residents and businesses with delinquent accounts.

As of June 30, the department had 176,879 active residential accounts. The more than 80,300 ac-

counts delinquent by 60 days or more totaled $43.4 million. The department began cutting off water in the spring when the weather warmed.

More than 22,738 accounts in the city are listed as commercial or industrial. Their overdue amounts total $33.8 million, according to the department.

spardo@detroitnews.com
(313) 222-2112

Contact us: You can reach Jamie Firestone, local editor, by calling (313) 222-2800 or faxing (313) 496-5400, or at jfirestone@detroitnews.com

## Report says adviser's firm would reap $28M fee after bankruptcy

*11 July 14*

BY ROBERT SNELL AND CHRISTINE FERRETTI
The Detroit News

**Detroit** — The city expects to dump about $7 billion in debt in bankruptcy court by dramatically slashing retiree pension and health care costs, according to new figures that emerged Thursday ahead of a trial over Detroit's restructuring plan.

A report obtained by The Detroit News offers the most detailed picture yet of Detroit's plan to successfully emerge from the biggest municipal bankruptcy in U.S. history. The report by city adviser Kenneth Buckfire also highlights the impact on Detroit's bottom line and how the moves would free up cash to reinvest in city services.

Buckfire

The report sheds light on the rising bankruptcy tab for taxpayers, who would pay Buckfire's firm, Miller Buckfire & Co., a $28 million fee if Detroit emerges from bankruptcy in late October, and issues a gloomy warning for holdout creditors opposed to the plan.

"If the city's bankruptcy case is dismissed ... its creditors will not be insulated from the city's financial chaos and ruin," he wrote.

The city wants to cut unfunded pension obligations by 54 percent and health care costs by 89 percent, according to Buckfire's report. Along with cuts to certain bondholders and losses tied to a failed pension debt deal backed by former Mayor Kwame Kilpatrick, the city would eliminate more than $7 billion in debt.

*Please see City debt, Page 9A*

# The Detroit News

Friday, July 11, 2014 | detroitnews.com

# City plans $7B debt cut in Chap. 9