**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

―――――――――――――――――――――――― X
                                              :
In re:                                        :     Chapter 9
                                              :
CITY OF DETROIT, MICHIGAN,                    :     Case No. 13-53846 (SWR)
                                              :
                    Debtor.                   :     Hon. Steven W. Rhodes
                                              :
―――――――――――――――――――――――― X

**JOINDER OF PANNING CAPITAL MANAGEMENT, LP, ON BEHALF OF FUNDS AND ACCOUNTS MANAGED BY IT, MONARCH ALTERNATIVE CAPITAL LP, ON BEHALF OF FUNDS AND ACCOUNTS MANAGED BY IT, BRONZE GABLE, L.L.C. AND AURELIUS CAPITAL MANAGEMENT, LP, ON BEHALF OF ITS MANAGED ENTITIES TO RESPONSE AND RESERVATION OF RIGHTS OF CERTAIN COPS HOLDERS TO THE NOTICE OF FINANCIAL GUARANTY INSURANCE COMPANY ASSERTED RIGHT TO VOTE AND MAKE ELECTIONS WITH RESPECT TO CERTAIN COP CLAIMS**

Panning Capital Management, LP, on behalf of funds and accounts managed by it ("Panning"), Monarch Alternative Capital LP, on behalf of funds and accounts managed by it ("Monarch"), Bronze Gable, L.L.C. ("Bronze Gable") and Aurelius Capital Management, LP, on behalf of its managed entities ("Aurelius" together with Bronze Gable, Panning and Monarch, the "Parties"), by and through their undersigned counsel, hereby file this joinder (the "Joinder") to the *Response and Reservation of Rights of Certain Cops Holders to the Notice of Financial Guaranty Insurance Company Asserted Right to Vote and Make Elections with Respect to Certain Cop Claims* [Docket No. 5727] (the "Reservation").

[Remainder of page intentionally left blank]

# JOINDER

The Parties join the Reservation except for the last clause of paragraph 7 and all of paragraph 8 of the Reservation. The Parties expressly reserve all rights to amend or supplement this Joinder.

Dated: Detroit, Michigan
July 11, 2014

/S/Deborah L. Fish
ALLARD & FISH, P.C.
Deborah L. Fish
2600 Buhl Building
535 Griswold
Detroit, MI 48226
 (313) 961-6141
dfish@allardfishpc.com
P36580

AND

KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
Thomas Moers Mayer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel to Panning Capital Management, LP, on behalf of funds and accounts managed by it, Monarch Alternative Capital LP, on behalf of funds and accounts managed by it, Bronze Gable, L.L.C. and Aurelius Capital Management, LP, on behalf of its managed entities*

z:\13\079\king et al\pld\joinder reservation.doc

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

―――――――――――――――――――― X
:
In re: : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846 (SWR)
:
Debtor. : Hon. Steven W. Rhodes
:
―――――――――――――――――――― X

**CERTIFICATION OF SERVICE**

I, Regina Drouillard, hereby certify that on July 11, 2014, I electronically filed the following:

- Joinder of Panning Capital Management, LP, on Behalf of Funds and Accounts Managed by It, Monarch Alternative Capital, LP, On Behalf of Funds and Accounts Managed by It, Bronze Gable, L.L.C. and Aurelius Capital Management, LP, on Behalf of Its Managed Entities to Response and Reservation of Rights of Certain Cops Holders to the Notice of Financial Guaranty Insurance Company Asserted Right to Vote and Make Elections with Respect to Certain Cop Claims

with the Clerk of the Court using the ECF and I hereby certify that the Court's ECF system has served all registered users.

ALLARD & FISH, P.C.

/S/Regina Drouillard
535 Griswold
2600 Buhl Building
Detroit MI 48226
(313) 961-6141

Dated: July 11, 2014
z:\13\079\king et al\pld\joinder reservation.doc