Honorable Steven Rhodes
Bankruptcy Court
211 W. Fort St.
Detroit, MI 48226

13-53846



FILED

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

July 8, 2014

Dear Judge Rhodes:

I am writing to request adding the requirement of a plan that will detail and timeline city service improvements after the debts have been discharged. I also want to request you randomly visit the places within the City of Detroit via DDOT regularly scheduled buses so you can see the horrible services residents have been receiving during this bankruptcy process. You can map out your route to locations using Google maps that has the scheduled times and stop locations. I request you ride randomly as City officials will purposely have the service perform well if they know when you will be riding.

The last two times I rode DDOT June 26 and July 7 (yesterday), I spent an extra 2.5 hours each day for a total of 5 hours waiting on scheduled bus service that were 2 hours behind schedule. How does public transit run two hours late? Gross mismanagement. The bus driver on the #7 Cadillac Harper that arrived at 5:55 pm on July 7 stated DDOT did not have any buses scheduled for the 2 hour period I sat there. Imagine if residents were dependent on DDOT to travel to work as so many are. They are always late for their jobs creating more unemployment. In fact, two people were late for work that day. They were supposed to be at work at 6pm and the bus did not show up until at 5:55 pm. We arrived at the bus stop at 4pm. A bus was supposed to arrive at 4:08, 4:40, 5:11, 5:43.

While the emergency manager and mayors have complained about their predecessors mismanagement, their management is no better. Actually the DDOT service has gotten progressively worse as each leader, Cockrel, Bing, Orr, Duggan, was installed. The excuse for poor management is lack of money. Yet, the City of Detroit has monies for all types of frivolous benefits for the wealthy and affluent. For example, it is providing car benefits for administrators, council persons, DDOT managers/ supervisors and appointees. If Mayor Bloomberg of New York City can ride the subway so can Detroit's executives. City of Detroit's administrative, counncil and executive staffs have gotten larger and not smaller. The city provides FREE police protection for wealthy Sports team at a price tag of 220 million dollars annually. Other cities with sports teams charge a city service fee of 1-2 million per game for police officers above and beyond their taxes. Detroit is the only city in the United States who does not charge that fee. This is the elitist behavior that has occurred over the past 60 years that has brought the City of Detroit to bankruptcy. Municipalities were created to spread the wealth amongst residents. In Detroit, the city leaders have financed the wealthy/ affluent and not the rest of the citizenry. Since this status quo behavior continues during this bankruptcy, it is safe to assume it will continue after the bankruptcy. This bankruptcy should not only clear financial debt, it should clear the mismanagement habits of City of Detroit leadership. Leadership should set an example. If resident services are trimmed, so should executive and administrator services. Leaders have not trimmed any executive level services to date.

You have been known as a fair judge who looks at all sides of the issue. The only rationale for a clearing of City of Detroit debt is to provide significantly improved services for all residents. Based on the current management, We, the residents of the City of Detroit, are not convinced services to those on the lower income spectrum will improved. I would like to schedule some time to discuss 3 items:

1. Adding the requirement of a binding plan that will detail and timeline city service improvements.
2. Invoicing and collection of the 220 million sports teams owe the City of Detroit for services they cannabilize.
3. Trimming the frivolous benefits the emergency manager, mayor, city council and appointees are still receiving.

An Idea Incubator           www.upliftinc.org           877-429-2370           1
P.O. Box 241488   Detroit MI 48224
13-53846-tjt   Doc 5991   Filed 07/08/14   Entered 07/14/14 11:55:25   Page 1 of 2

Lastly, I request that you visit Rosa Parks Transit Center randomly to see how the city maintains buildings poor people utilize and to talk to the residents. You will be flabbergasted that Detroit executives and administrators believe it is sufficient to keep the Coleman A Young Municipal Center shiny and pristine with manicured cut grass while leaving the Rosa Parks Transit center, a new facility dirty and filthy with trash littered everywhere. As a resident, I want all City of Detroit facilities to be at a pristine level including Rosa Parks Transit Center.

Sincerely,

Ida Byrd-Hill
President

FILED
2014 JUL -8 P 3: 56
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

An Idea Incubator    www.upliftinc.org    877-429-2370    2
P.O. Box 241488    Detroit MI 48224
13-53846-tjt   Doc 5991   Filed 07/08/14   Entered 07/14/14 11:55:25   Page 2 of 2