7/8/14

# United States Bankruptcy Court

EASTERN District Of MICHIGAN

In re CITY OF DETROIT,
Debtor

Case No. 13-53846

Chapter 9

I ERIK J BROWN AM OBJECTING TO WAIVE MY RIGHT TO BE ABLE TO APPEAL AT A LATER DATE IF NEED BE. I ALSO OBJECT THAT A "NO" VOTE DENYS ME THE RIGHT TO APPEAL.

ERIK J BROWN DFD

*(signature)*

RESPECTFULLY SUBMITTED

FILED 2014 JUL -8 A 11:28 U.S. BANKRUPTCY E.D. MICHIGAN-DETROIT