# United States Bankruptcy Court

___EASTERN___ District Of ___MICHIGAN___

In re ___CITY OF DETROIT___,
Debtor

Case No. ___13-53846___

Chapter ___9___

July 8, 2014

I RICHARD MAKULSKI CITY OF DETROIT FIRE DEPARTMENT FIREFIGHTER IS OBJECTING TO THE VOTING PROCESS OF THE GRAND BARGAIN. I REFUSE TO WAIVE MY RIGHT TO APPEAL OR HAVE A MAJORITY VOTE WAIVE MY RIGHT TO APPEAL THE CITY OF DETROIT CHAPTER 9 BANKRUPTCY.

Sincerely, Richard Makulski

CONTACT # (586) 979-0057

FILED 2014 JUL -8 A 11: 28 U.S. BANKRUPTCY E.D. MICHIGAN-DETROIT

13-53846-tjt    Doc 5993    Filed 07/08/14    Entered 07/14/14 11:58:32    Page 1 of 1