#362332

IN THE UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
2014 JUL 14 P 2:__
U.S. BANKRUPTCY COURT
E.D. MICHIGAN
DETROIT

In Re:
CITY OF DETROIT
MICHIGAN
Debtor

CHAPTER 9
CASE NO 13-53846
HON Steven Rhodes

## NOTICE OF APPEAL

Claimant (#458) Albert O'Rourke herein Appeals To The Federal District Court For The Eastern District of Michigan, Southern Division The Denial of O'Rourke's Claim on/about June 25, 2014

Dated July 3, 2014
In forma pauperis

Albert O'Rourke
2316 Paseo De Laura
#223
__ CA 92054
(760) 453-2218

13-53846-tjt    Doc 5995    Filed 07/14/14    Entered 07/14/14 14:58:23    Page 1 of 2

CSD 3010 (04/25/96)

Albert O'Rourke
2316 Paseo De Laura #223
Oceanside, CA. 92056
(760) 453-2218

FILED
2014 JUL 14 P 2:44
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
~~Southern District of California~~ Eastern District of Michigan

In Re: City of Detroit, Michigan
Debtor

BANKRUPTCY NO. 13-53846

ADVERSARY NO.

PROOF OF SERVICE

mortgage 298
City ownership
Notice of Appeal

I, AL O'Rourke, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that I served a copy of the following documents (describe each document served):

(Claimant ALBERT O'Rourke's)
~~Appeal to the courts~~ #450
July 3, 2014 by: Notice of Appeal #458
* July 11, 2014

[x] Mail Service - Regular, first class United States mail, postage fully pre-paid, addressed to:

(1) Clerk, U.S. Bankruptcy Court
211 West Fort Street, Suite 2100, Detroit, Michigan 48226

[ ] Personal Service - By leaving the documents with the following named person(s) or an officer or agent of the person(s) at:
Original and copies

(2) Foley and Lardner LLP - Attn: John Simon, Esq
Tamar Dolgoart
500 Woodward Ave - Suite #27000
Detroit, Michigan 48226

[ ] Residence Service - By leaving the documents with the following adult at:

Under penalty of perjury, I declare that the foregoing is true and correct.

July 3, 2014 * Re-sent July 11, 2014
[Date]        to U.S. Bankruptcy Court Clerk

Al O'Rourke
(Signature)

Print Name: AL O'Rourke
Business Address: 2316 Paseo De Laura #223
City, State, Zip: Oceanside, CA 92056

13-53846-tjt   Doc 5995   Filed 07/14/14   Entered 07/14/14 14:58:23   Page 2 of 2