| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |

In re: City of Detroit Michigan

Debtor.

Case No.: 13-53846

Adv. No.:

Albert O'Rourke

Appellant,

v.

Appellee.

City of Detroit

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| ✓ | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| --- | --- | --- |
| ___ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| ___ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| ___ | [423] 28 U.S.C. 157(c)(1) | Proposed Findings of Fact and Conclusions of Law |
| ___ | [423] 28 U.S.C. 158 (c)(a) | Order of Contempt |

Date: July 11, 2014

Name: O'Rourke
Albert O'Rourke

Name and Address of Interested Parties