UNITED STATES BANKRUTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
2014 JUL 14 P 3:03
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

In re:  
City of Detroit, Michigan,  
Debtor

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

Notice of Hearing to Individuals Who Filed Plan Objections
Reply to Hearing Notice – July 14, 2014

I, Constance M. Phillips accept the opportunity to address the Court regarding plan objections as referenced in the June 10, 2014 Hearing Notice, Docket Number – 5264 provided by Judge Steven Rhodes.

My assigned docket number is 2980.

I am on the Exhibit B schedule for appearance.

I plan to be present on July 15, 2014.

Signed: _____
Constance M. Phillips