UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Regarding Motion for Costs Relating to Clawback of Debtor's Document Production (Dkt. #5326)

On July 14, 2014, a hearing was held regarding the motion for costs relating to clawback of debtor's document production filed by creditor Assured Guaranty Municipal Corporation, formerly known as Financial Security Assurance Inc. (Dkt. #5326)

For the reasons stated on the record the motion is granted. Fees and costs in the reduced amount of $10,000.00 are awarded in favor of Creditor Assured Guaranty Municipal Corporation and against the City and its attorneys.

.

**Signed on July 14, 2014**

                                                        **/s/ Steven Rhodes**  
                                                        **Steven Rhodes**  
                                                        **United States Bankruptcy Judge**