UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9
City of Detroit, Michigan,                                Case No. 13-53846
    Debtor.                           Hon. Steven W. Rhodes
_____/

### Notice Regarding Change in Date and Time of Hearing on Legal Issue 4

Notice is given that the hearing on Legal Issue 4 shall be held on July 17, 2014, at 9:00 a.m. in Room 716, Theodore Levin U.S. Courthouse, 213 W. Lafayette Blvd., Detroit, Michigan, instead of on July 16, 2014 as originally scheduled in this Court's Order Identifying Legal Issues, Establishing Supplemental Briefing Schedule and Setting Hearing Dates and Procedures. (Dkt. #5235)

Signed on July 14, 2014

                                            /s/ Steven Rhodes
                                            Steven Rhodes
                                            United States Bankruptcy Judge