# **Exhibit 1**

22637123.1\022765-00202

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------ x
                                                                             :

In re                                         :         Chapter 9
                                                              :
CITY OF DETROIT, MICHIGAN,    :         Case No. 13-53846
                                                             :
           Debtor.                     :         Hon. Steven W. Rhodes
------------------------------------------------ x

## *EX PARTE* ORDER AUTHORIZING CITY TO FILE A
## BRIEF IN SUPPORT OF RESPONSE IN EXCESS OF PAGE LIMIT

This matter coming before the Court on the *Ex Parte* Motion of the City for an Order Authorizing it to File a Brief in Support of Response in Excess of Page Limit (the "Motion"),[1] filed by the City of Detroit, Michigan (the "City"); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

2.    The City is granted relief from the page limit for responses set forth in District Court Local Rule 7.1(d)(3)(A) and may file its Brief in excess of 25 pages.

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

22637123.1\022765-00202