**EXHIBIT 4**

22637123.1\022765-00202

## <u>CERTIFICATE OF SERVICE</u>

I, Stephen S. LaPlante, hereby certify that the foregoing *Ex Parte* Motion of the City For an Order Authorizing it to File a Brief in Support of Response in Excess of Page Limit was filed and served via the Court's electronic case filing and noticing system on this 14th day of July, 2014.

/s/ Stephen S. LaPlante

22637123.1\022765-00202