# EXHIBIT 1

**Transcript of Settlement Hearing dated December 18, 2008**

1

```
 1              UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF MICHIGAN
 2                    SOUTHERN DIVISION
 3
 4                  Case No. 77-71100
    UNITED STATES OF AMERICA,
 5
         Plaintiff & Counter-Defendant,
 6
                                    Detroit, Michigan
 7      and                         December 18, 2008
 8  THE WAYNE COUNTY DEPT OF HEALTH,
    AIR POLLUTION CONTROL DIVISION,
 9
         Plaintiff,
10
       v.
11
    STATE OF MICHIGAN,
12      Defendant, Counter-Plaintiff & Cross-Plaintiff,
13    v.
14   CITY OF DETROIT, a municipal corporation
    and DETROIT WATER & SEWERAGE DEPT.,
15
         The Detroit Parties & Cross-The Detroit Parties,
16
       v.
17
    ALL COMMUNITIES AND AGENCIES UNDER CONTRACT
18   WITH THE CITY OF DETROIT FOR SEWAGE
    TREATMENT SERVICES, et al.
19   _____/
20
21          TRANSCRIPT OF SETTLEMENT HEARING
22        BEFORE THE HONORABLE JOHN FEIKENS
            UNITED STATES DISTRICT COURT JUDGE
23
24
25

                JANICE COLEMAN, CSR/RPR
             OFFICIAL FEDERAL COURT REPORTER
                     (313) 964-5066
```

2

```
 1  APPEARANCES:
 2
 3  For the Court:    F. Thomas Lewand (Special Master)
                     Valerie J.M. Brader (Judicial Adjunct)
 4                   Timothy O'Brien (Special Master)
 5
    For Macomb County:    R. Craig Hupp
 6
 7  For Wayne County:     Patrick B. McCauley
 8
    For City of Detroit:   Mark D. Jacobs
 9                         Robert C. Walter
10
    For Oakland County:    Jaye Quadrozzi
11
12
13  CLIENTS PRESENT:
14
    Anthony Marrocco
15    William Misterovich
    John P. McCulloch
16    Joseph Colaianne
    Kurt Heise
17    Butler Benton
    Pamela Turner
18    Mary Blackamon
    Laurie Koester
19    Mary Watters
20
21
    Proceedings taken by mechanical stenography, transcript
22  produced by computer-aided transcription
23
24
25

                JANICE COLEMAN, CSR/RPR
             OFFICIAL FEDERAL COURT REPORTER
                     (313) 964-5066
```

3

```
 1              Detroit, Michigan
 2              Thursday, December 18, 2008
 3              (At about 10:35 a.m.)
 4                  - - -
 5              (Call to Order of the Court)
 6      THE CLERK OF THE COURT: Case number 77-71100, United
 7  States of America versus the City of Detroit. For the court
 8  reporter's sake, please announce your name when you have to
 9  speak and each time you speak.
10      THE COURT: I'm delighted to see you all and without
11  further ado, I'll turn the session over to my Master, Special
12  Master, Tom Lewand.
13      MR. LEWAND: Thank you, Judge. Your Honor, nearly
14  eight years ago, after more than 22 years of litigation, you
15  said to this region there's a better way to resolve your
16  disputes than constantly appearing before the Court. You
17  encouraged the region to come together collaboratively.
18      To that end you appointed a consortium of 40 major
19  political, business, labor and community leaders. You asked
20  Bill Ford to Chair that matter and Bill turned to Tim O'Brien
21  for day-to-day leadership. That group evolved to be the
22  Community Leadership Group headed by Governor Milliken who
23  again wisely turned to Tim O'Brien for day-to-day leadership.
24      Several months ago, some key elected and appointed
25  officials in this region came to you and said we think we have
```

4

```
 1  a framework that will solve this issue. I would like to
 2  recognize the superb leadership efforts of Commissioner John
 3  McCulloch, his Deputy, Doug Buchholz, his lawyers, Roger Young
 4  and Joe Colaianne, Commissioner Marrocco and his Deputy Bill
 5  Misterovich, his lawyer and my law partner, Craig Hupp, Wayne
 6  County Director Kurt Heise and his Deputy, Butler Benton and
 7  his lawyer Pat McCauley. And probably most importantly, for
 8  her leadership, DWSD Director, Pam Turner, her trusted advisor
 9  Bart Foster, her lawyers Bob Walter and Mark Jacobs, Laurie
10  Koester. And I would also like to acknowledge the stellar
11  efforts of several of my colleagues who worked tirelessly on
12  this effort, in particular Barbara Bowman and Alan Harris.
13      We are presenting this morning the Settlement
14  Agreement which has a number of attachments to it. The first
15  part of this Agreement is by way of background and purpose and
16  Valerie Brader has been very instrumental in pulling that part
17  together. Would you present that please to the Court?
18      MS. BRADER: Sure. This Settlement Agreement settles
19  all matters currently outstanding before the Court; there are
20  17 listed in one of the attachments to this. This includes
21  the radio system dispute, all disputes related to the
22  interceptors, all disputes related to the continuing oversight
23  of contracts, as well as assistance to the Court by various
24  groups and it is intended that the terms of this which run
25  with all the attachments some 53 pages, will not just resolve
```

5

1   the current disputes but will also provide a framework going
2   forward that we all hope will avoid this sort of massive
3   litigation in the future.  So with that, I'll turn it back to
4   Tom.
5           MR. LEWAND:  Thank you, Valerie.  In addition, I guess
6   I think the first substantive matter that was settled was the
7   radio contract dispute over the 800 megahertz system.  That's
8   been settled, Your Honor, by agreement to pay -- for Detroit's
9   General Fund to pay 27 million dollars to DWSD.
10          In addition, there's a settlement of a long-standing
11  dispute over the Macomb interceptor collapse.  I have not been
12  part of that settlement because of a conflict wall and an
13  Order you signed, but Tim O'Brien has done a masterful job and
14  I'll turn it over to Tim.
15          MR. O'BRIEN:  Thank you, Tom.  Before commenting on
16  this, I'd like to second Mr. Lewand's remarks regarding the
17  outstanding team of people that have been involved in this
18  endeavor.  I've said many times, but I want to say it again
19  for the record that working on this matter and working with
20  this group of people has been one of the great professional
21  and personal experiences of my career and I want to commend
22  the leadership demonstrated by the entire team in arriving at
23  this moment.
24          Having said that, as Mr. Lewand mentioned, there have
25  been two or three matters in dispute before this Court for

JANICE COLEMAN, CSR/RPR
OFFICIAL FEDERAL COURT REPORTER
(313) 964-5066

6

1   some time.  They relate to the cost of interceptor repairs in
2   2004 and 2006 in Macomb County and related interest rate
3   charges, but those matters have been collectively resolved in
4   the aggregate amount of just over 17 million dollars, I'm
5   happy to report.
6           MR. LEWAND:  Thank you, Tim.  Paragraph three, Your
7   Honor, of the Agreement references an interceptor transfer.
8   It's the long-standing practice in this region for
9   interceptors to be owned by the respective county.  This
10  transfer will make Macomb and a new authority of Macomb and
11  Oakland owners of interceptors in that area, so they are not
12  exceptions to the rule in this region.
13          Paragraph Four we get to one of three cooperative
14  provisions that I think are critical to the future of this
15  region.  The parties will work diligently to finalize or have
16  worked diligently to finalize a model contract -- that's all
17  finished, don't worry -- which of course gives us the
18  framework for peace in this region for the next 30 years; not
19  that there won't be disagreements, but there's a mechanism to
20  resolve those disagreements.  First through a technical
21  advisory committee which we changed the name on -- I can't
22  remember the right name now.  But second and probably most
23  importantly, a Director's Council which is the heart and soul
24  of the Agreement in my opinion.
25          At least quarterly the Director, Pam Turner -- and by

JANICE COLEMAN, CSR/RPR
OFFICIAL FEDERAL COURT REPORTER
(313) 964-5066

7

1   the way, I notice her boss is here, Chair Mary Watters.  I'm
2   thinking of water.  Sorry.  This Directors Council will meet
3   quarterly to resolve issues before they get to the litigation
4   stage and the four principles that have been so diligent in
5   working through this issue, as long as they stay in their jobs
6   and I said to Pam yesterday she's got to sign a 30-year
7   employment contract, so does Kurt Heise, Commissioner Marrocco
8   and Commissioner McCulloch.  They worked magnificently to get
9   this resolved and it gives me a lot of confidence that the
10  Directors Council will resolve these issues going forward.
11          THE COURT:  I can tell you with a certain amount of
12  certainty that I will not be here for those 30 years.
13          MR. LEWAND:  But you'll notice, Judge, nobody in the
14  courtroom is betting on that.  We're all betting that you will
15  be.
16          Paragraph Six.  The final key new provision of this
17  Agreement is that we are all cooperating and seeking State and
18  Federal funding for key projects in this region and that to me
19  is as important as anything.
20          So may it please the Court, I'm honored to have
21  worked with all the parties.  I'm honored to present this to
22  you today.  The three of us that have served as your
23  assistants on this thing, Valerie Brader, Tim O'Brien and me
24  have signed a request to you today for you to execute a Show
25  Cause Order directing all parties who have not already signed

JANICE COLEMAN, CSR/RPR
OFFICIAL FEDERAL COURT REPORTER
(313) 964-5066

8

1   the document to appear before you on a date certain and give
2   any objections they may have to this document.  We would ask
3   you to enter that Order.
4           THE COURT:  I'll be happy to do so, and for the
5   record I will now state that just before taking the bench I
6   did sign it.
7           MR. LEWAND:  Now if any of the parties would like to
8   make a comment at this point, we would invite them to do so.
9           THE COURT:  I might add that before you make your
10  comment, for the court reporter's sake say your name.
11          MR. JACOBS:  Good morning.  Mark Jacobs, Dykema/Gossett
12  representing DWSD.
13          I just want to echo the sentiments of Tom Lewand and
14  Tim O'Brien.  It's been a long, arduous five-month period of
15  negotiation, and beyond the things that Tom described and Tim
16  described that we've accomplished, this negotiation process
17  has provided the opportunity for all the parties to lay on the
18  table just about every possible grievance that they could
19  conceive of, those that have been pending before this Court
20  and those sorts of matters that have not bubbled up to the
21  level of formal litigation before this Court and we've gotten
22  all of them resolved.  So this document doesn't even begin to
23  reflect the numerous issues and problems that we've thrashed
24  through and resolved and I think it's done a lot to strengthen
25  the relationship between all the parties and is really going

JANICE COLEMAN, CSR/RPR
OFFICIAL FEDERAL COURT REPORTER
(313) 964-5066

9

1 to do a lot to help all these communities work together on a
2 going forward basis.
3     So in my view, it's been tremendously successful and
4 we will be recommending to the Board of Water Commissioners
5 and the City Council that they approve this Settlement
6 Agreement. Thank you.
7     THE COURT: Thank you, Mr. Jacobs.
8     MR. LEWAND: Is there anyone else that would like to
9 address the Court? Mr. McCauley?
10     MR. McCAULEY: Thank you. Good morning, Your Honor.
11 Patrick McCauley representing Wayne County.
12     This has been a long and challenging process and I
13 want to commend and thank the Court and its marvelous group of
14 experts and consultants and facilitators who put it together.
15 Great of Mr. Lewand and Mr. O'Brien for their marvelous
16 efforts in bringing all the parties together in a very, I
17 think, historic way. Through the sense of collegiality and
18 sometimes hard bargaining, good sense was reached as indicated
19 this morning and I certainly concur in the remarks by your
20 group of very, very talented people who assisted in this
21 process and I will recommend to Wayne County that they approve
22 and adopt the necessary resolutions to move this matter
23 forward.
24     I believe that the Director of Department of
25 Environment, Mr. Heise also has some comments, Your Honor.

10

1     THE COURT: Thank you.
2     MR. HEISE: Good morning. I'm Kurt Heise on behalf of
3 the -- actually I'm the client, Wayne County, in this matter.
4     Judge, this is a very historic day for our region and
5 I want to commend your very capable team for helping us
6 facilitate a process which I think will move this region
7 forward and will hopefully serve as an example in other areas
8 of regional cooperation that we desperately need nowadays.
9     I also would like to commend the group for the
10 Directors Council which will help us to collectively seek the
11 critical Federal and State funding that we need for a variety
12 of regional infrastructure improvement projects in Wayne,
13 Oakland, Macomb County and for DWSD, and also in Wayne
14 County's opinion, many of our constituent communities such as
15 Dearborn, Inkster and the Downriver communities that also have
16 serious water quality challenges under State and Federal law.
17     It's a historic day for all of us. I have been
18 honored to be part of the process and I would again like to
19 commend you for moving us forward and keeping us in line.
20 Thank you.
21     THE COURT: Thank you, Mr. Heise.
22     MR. LEWAND: Is there anyone else that would like to
23 address the Court?
24     THE COURT: I'd like to ask Mr. McCulloch to make a
25 few comments. I think this is the first I've ever done this

11

1 to you.
2     MR. McCULLOCH: It is and I'm speechless, Judge. Oh,
3 I thought the Judge indicated my name. John McCulloch, Water
4 Resource Commissioner from Oakland County.
5     It has been a -- what I would consider a fruitful
6 process. I think Mr. Jacobs put it best in the fact that
7 there were a lot of issues, both before the Court and other
8 issues ancillary to the system that we were able to address
9 during this process and it really has strengthened our
10 relationship within the region in dealing with these issues
11 and as Mr. Lewand indicated, probably the most important
12 aspect of this Agreement is the Directors Council to allow us
13 in the region to come together and deal with some of the
14 critical issues that are facing the system and the region in
15 the near term as well as in the long-term.
16     In addition, I think it also provides us an
17 opportunity, something that we've all been doing independent
18 but now we'll be able to do cooperatively, and that's go after
19 significant State and Federal funding to try to address the
20 finance gap that exists in dealing with the aging
21 infrastructure which I know is an issue, Judge, that you have
22 certainly discussed time and time again in relation to this
23 system.
24     So I'm very thankful that this process, at least this
25 portion of it is concluded and I look forward to working with

12

1 Director Heise, Director Pam Turner and Commissioner Marrocco
2 on future issues and in policies that need to be addressed on
3 this system.
4     THE COURT: Thank you, Mr. McCulloch.
5     Now Mr. Marrocco, your name has been mentioned a
6 couple times here. Wait a minute. I see Mr. Hupp wanted to
7 step up to talk first.
8     MR. MARROCCO: Anthony Marrocco, Public Works
9 Commissioner for Macomb County.
10     I just wanted to come up here and say thank you so
11 much, Judge. You put a lot of time and effort in this and we
12 realize that and we're glad it came to a conclusion. I think
13 everybody is satisfied, maybe not a hundred percent, but say
14 98% each and we look forward to working with each other and if
15 need be, with the Court again in the future and we thank you
16 for your time. Thank you.
17     THE COURT: Thank you, sir. Mr. Hupp.
18     MR. HUPP: Craig Hupp from Bodman appearing on behalf
19 of Commissioner of Public Works, Commissioner Marrocco.
20     I'd just like to second the remarks that have been
21 made so far today, Your Honor. I think the wisest decision of
22 course was the Special Master you selected in the year 2000,
23 for the excellent work he's done assembling our resources and
24 I don't think this could have been accomplished without the
25 trio who assisted you on this matter, Judge, as well as others

13

1  in the background.
2       I think we've made tremendous progress.  A lot of
3  credit goes to all the parties.  A lot of credit goes to DWSD
4  in the changes they have made over recent years, both as part
5  of this process and in the rate making process which has
6  become significantly more open and transparent and that
7  tremendous credit to DWSD.  We have a long ways to go to move
8  ahead.  There are other challenges everybody mentioned in
9  terms of the sewer water infrastructure challenges that this
10 region faces and I think those problems sort of dwarf the ones
11 that we've addressed so far, and I think this Agreement
12 provides structure for a very strong cooperative regional work
13 to move that ahead.
14      I will say I've been involved in these matters for 10
15 years.  There's people in this courtroom who have a
16 considerably longer history than I have had in these matters,
17 and I would say, Your Honor, that your participation in this
18 case has certainly been instrumental and I think without it --
19 and I think I can speak very safely on behalf of everybody in
20 the courtroom -- without your participation in this and you
21 are the longest serving member as it were on this --  in this
22 combined effort, we wouldn't be here today without the
23 leadership and the very constructive pushing that this Court
24 has exercised over the years and I think we all appreciate
25 that and we look forward to the next step of continuing to

---

14

1  address the problems.  Thank you.
2       THE COURT:  Thank you, Mr. Hupp.  As she approaches
3  the microphone, I will just mention her name -- I know you all
4  know her -- but Pam Turner, we are delighted that you are here
5  and that you are the new Director.
6       MS. TURNER:  Thank you, Judge.  Pamela Turner, Interim
7  Director.
8       Almost three months ago when I was appointed to
9  Director, I told Valerie I felt like I've been thrown into the
10 fire, so we see how scorched I come out and actually I don't
11 think I've done too bad.  And Judge, you and I have a history
12 with the Department because I also started in 1977.
13      THE COURT:  We're survivors.
14      MS. TURNER:  And I have worked with our wholesale
15 customer for many, many years and it really is an honor for me
16 today to be here to be part of this historic Settlement and it
17 just -- you know, my career, even though I've been told I
18 can't retire -- after 31 years, this is really the highlight
19 of my career so far.
20      So I want to thank everyone that's been involved with
21 this Settlement, all the attorneys, all the facilitators, the
22 Judge, everyone.  This is really good and I look forward to
23 being with the Directors Council and all our people that will
24 keep us moving in the right direction and I think that we can
25 resolve whatever issues.  We have survived this Settlement and

---

15

1  if we can do this, we can do anything.  Thank you.
2       MR. LEWAND:  Well said.
3       THE COURT:  Anyone else?
4       MR. LEWAND:  Judge, we do have a photographer in the
5  back.  We didn't want to have any pictures during the court
6  session, but if people would like to have a picture today with
7  the Judge or as a group in front, we have someone in back with
8  a camera who could help take pictures.  So I don't know.
9  Mike, did you want to start?  Maybe if there are groups that
10 want to come up or get a group picture?
11      THE COURT:  Is that the concluding --
12      MR. LEWAND:  That's the concluding remark.
13      THE COURT:  Before we have our pictures taken, may I
14 say a few words?  I've said before in this case that the
15 problems we faced cannot be waived -- cannot be solved rather
16  -- by litigation or legislation, but by cooperation and I'm
17 heartened and pleased that all of you have proved me right.  I
18 know it was a long road, but this is worth it.  Not only have
19 you resolved every matter in litigation, you've created a
20 framework for future cooperation that should prevent any
21 difficulty for us in the future.
22      Importantly, you've also come together at the right
23 time.  It is vital that this region be united when it appeals
24 for Federal aid.  This is a rough economic time in Michigan
25 and that support will be vital to our continued success.  Your

---

16

1  coming together at this time will insure our success in these
2  efforts.
3       Again, I applaud you all for your hard work and am
4  delighted by the outcome of it.
5       Now I'm sure that there are one or more of you that
6  might want to say something, but only for the good of the
7  Order and I welcome you to do that before we take pictures.
8  Anyone else want to talk?
9       As we are sitting here and I look back over the past
10 years, we've heard today from some of the newer lawyers in the
11 group.  Mark Jacobs, you were preceded by an outstanding
12 lawyer for years, Dick McClear and I remember John McCulloch,
13 that there was another outstanding man in your area, Kuhne.
14 (phonetic) And how many years did he serve?
15      MR. McCULLOCH:  Twenty-eight years, Judge.
16      THE COURT:  Well, he was also in office when I first
17 got this case assigned and he was just about as tough as you
18 are.  Oh, I mean that in a friendly way of course.  Tony, you
19 have been around forever.
20      Are there any others that wish to make any kind of a
21 comment with regard to what we're doing here today?
22      MR. WALTER:  Good morning, Your Honor.  I'm Robert
23 Walter with the City of Detroit Law Department and I joined
24 the City's Law Department in 1982 as a very green rookie
25 lawyer and my Supervisor -- the second day I was on the job,

17

1  my Supervisor, the late great Darrell Alexander who's one of
2  the fine lawyers on this case -- brought me to a hearing on
3  this case and I've been involved in it ever since and I
4  remember what the relationship was between the City of Detroit
5  and its suburban customers back in the 1980's and I am so
6  happy that we have come to this date where the relationship
7  changed so much.  It is an accomplishment that I take a lot of
8  pride in collectively with all of the others.  I knew what we
9  had to do better back in the 1980's and I'm glad we've finally
10 gotten here with the Court's help.  Thank you.
11        THE COURT:  Thank you, sir.  As we're talking about
12 the past, I just want to mention in passing that while Tom
13 Lewand has done a masterful job as my Special Master, he was
14 preceded by another outstanding lawyer, Charles Moon, and for
15 years he acted in that capacity and I treasured his advice.
16        Also my Court Monitor could not be here today,
17 Jonathan Bulkley, I must mention his name and give him credit
18 because he was outstanding.
19        There are some other people that as time has passed
20 that I think about with great interest.  I only want to
21 mention in passing I've had a great ride in having been
22 involved in this case with three Mayors; Coleman Young, Dennis
23 Archer and Kwame Kilpatrick.  I suppose it's uppermost in our
24 minds as we think back about over the years what participation
25 was of those persons.  Now I'll turn it back to Tom Lewand.

JANICE COLEMAN, CSR/RPR
OFFICIAL FEDERAL COURT REPORTER
(313) 964-5066

18

1        MR. LEWAND:  Thank you, Judge.  Once again, Tim
2  O'Brien saved my life on this case because I had neglected to
3  mention our most capable Administrative Assistant, Valerie
4  Brader in the back --  Valerie Brader  I looked at Valerie.
5  Jennifer Former is in the back.  As I mentioned earlier today
6  to Jennifer, she's kept all of us -- and we have what, 35
7  people here -- through dozens of meetings and dozens of
8  drafts and kept us all working in the right direction, so
9  Jenn, thank you very much.
10        One other housekeeping matter before we get photos
11 and that is there's a gate at Bayview.  There's a code you
12 need to get in the gate which we forgot to circulate
13 yesterday; it's xxxxx.  That shouldn't go on the record.  I
14 think they all have maps.
15        THE COURT:  When is that function about to start?
16        MR. LEWAND:  Thirty-one minutes from now the bar
17 opens.
18        MR. O'BRIEN:  That shouldn't go on the record either.
19        THE COURT:  Anyone else that wishes to say anything?
20 I'd like to have you just say one more thing about what you
21 were doing before you became a part of our team.
22        MR. O'BRIEN:  That's an interesting offer.  Certainly
23 probably all of us are at a place right now in our careers
24 where we never imagined we would be; that is absolutely the
25 case with me.  I met Judge Feikens in a very round about way.

JANICE COLEMAN, CSR/RPR
OFFICIAL FEDERAL COURT REPORTER
(313) 964-5066

19

1  At the time I was working at Ford and we had commenced a
2  significant project at the Ford Rouge Center, maybe second
3  only to this assignment.  I got an assignment from Bill Ford to
4  transfer the Ford Rouge Center, which if any of you ever been
5  there, I think I can fairly characterize as the mother of all
6  brown fields.  He wanted it to be become a model 21st century
7  sustainable manufacturing.  So I was in the middle of that,
8  and a colleague we all know, Jim Murray, Kurt's predecessor,
9  Jim Murray who had engaged me in various enforcement issues
10 regarding alleged noncompliance issues at Ford Motor Company
11 called me one day and whenever I got a call from Jim it was
12 never a good thing -- although I liked Jim -- and he said
13 there's somebody I'd like you to meet and it's Judge Feikens
14 and I thought oh my God, what's Jim getting me into now?
15        This is what Jim got me into.  Judge Feikens
16 subsequently came to see what we were doing at Ford Rouge
17 Center and then when he asked Bill Ford to Chair the
18 consortium which I thought was a very wise decision, Bill
19 asked me to become involved with it and because of that prior
20 meeting and conversation, Judge Feikens was willing to allow
21 me to do that and as I said before, that certainly has become
22 as a function of both the project, the very important and
23 interesting nature of the project and the wonderful people
24 that I have had a chance to work with, one of the really
25 outstanding highlights of my working and professional career.

JANICE COLEMAN, CSR/RPR
OFFICIAL FEDERAL COURT REPORTER
(313) 964-5066

20

1        THE COURT:  Thank you, Tim.  Before we recess this
2  particular hearing, I'll say one more time, anyone want to say
3  anything more?  If not, then I'll see you all less than a half
4  hour from now at the Bayview Yacht Club where we can all
5  together talk a little more.  With that, we stand in recess.
6        THE CLERK OF THE COURT:  Court is in recess.
7        (Proceedings adjourned at 11:04 a.m.)
8                         -  -  -
9
10 STATE OF MICHIGAN)
                 ) ss.
11 COUNTY OF WAYNE )
12 I, Janice D. Coleman, Official Court Reporter, certify that
   the foregoing pages are a correct transcript from the record
13 of proceedings in the above-entitled matter.
14
15          S/
             JANICE D. COLEMAN, CSR 1095/RPR
16
17
   Dated:  December 22, 2008
18
19
20
21
22
23
24
25

JANICE COLEMAN, CSR/RPR
OFFICIAL FEDERAL COURT REPORTER
(313) 964-5066