# INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit 1 | First Superseding Indictment, *United States of America v. Kilpatrick, et al.*, Case No. 10-20403 |
| Exhibit 2 | Jury Verdict Forms, *United States of America v. Kilpatrick, et al.*, Case No. 10-20403 |
| Exhibit 3 | MIDDD's Complaint in *Macomb Interceptor Drain Drainage District v. Kilpatrick et. al.*, Case No. 2:11-cv-13101 |
| Exhibit 4 | Docket Report from *Macomb Interceptor Drain Drainage District v. Kilpatrick et. al.*, Case No. 2:11-cv-13101 |
| Exhibit 5 | City of Detroit's Motion to Intervene in *Macomb Interceptor Drain Drainage District v. Kilpatrick et. al.*, Case No. 2:11-cv-13101 |
| Exhibit 6 | May 7, 2012 Opinion and Order Granting City of Detroit and Detroit Water and Sewerage Department's Motion to Intervene in *Macomb Interceptor Drain Drainage District v. Kilpatrick et. al.*, Case No. 2:11-cv-13101 |
| Exhibit 7 | May 21, 2012 Intervening Complaint in *Macomb Interceptor Drain Drainage District v. Kilpatrick et. al.*, Case No. 2:11-cv-13101 |
| Exhibit 8 | September 17, 2012 Opinion and Order Granting Concurring Defendants' Amended Motion for Summary Judgment in in *Macomb Interceptor Drain Drainage District v. Kilpatrick et. al.*, Case No. 2:11-cv-13101 |
| Exhibit 9 | June 25, 2014 Minute Entry regarding MIDDD's Rule 3018 Motion |
| Exhibit 10 | Transcript of the Deposition of Anthony Marrocco |
| Exhibit 11 | Transcript of the Deposition of Lyle Winn |
| Exhibit 12 | Transcript of the Deposition of Ramesh Shukla |
| Exhibit 13 | Affidavit of Bart Foster |
| Exhibit 14 | Affidavit of Robert Walter |
| Exhibit 15 | Affidavit of Darryl Latimer |

| | |
|---|---|
| Exhibit 16 | Declaration of Mark Jacobs |
| Exhibit 17 | Brief of the City of Detroit in *United States v. City of Detroit, et al.*, Case No. 77-71100 |
| Exhibit 18 | Macomb County's Motion for Preliminary Injunction in *United States v. City of Detroit, et al.*, Case No. 77-71100 |
| Exhibit 19 | May 12, 2009, Global Settlement Agreement |
| Exhibit 20 | September 2, 2010 Acquisition Agreement |
| Exhibit 21 | Fourth Superseding Indictment, *United States of America v. Kilpatrick, et al.*, Case No. 10-20403 |
| Exhibit 22 | September 2, 2010 Settlement Agreement |
| Exhibit 23 | Bill of Sale |

22637168.1\022765-00202