UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. CR-10-20403-NGE |
| Plaintiff, | HON. NANCY G. EDMUNDS |
| v. | VIOLATIONS: |
| | 18 U.S.C. § 1962(d) (RICO conspiracy) |
| D-1 KWAME M. KILPATRICK, | 18 U.S.C. § 666(a) (bribery) |
| D-2 BOBBY W. FERGUSON, | 18 U.S.C. § 1951 (extortion) |
| D-3 BERNARD N. KILPATRICK, | 18 U.S.C. §§ 1341, 1343 (mail/wire fraud) |
| D-4 VICTOR M. MERCADO, and | 18 U.S.C. § 1512 (obstruction of justice) |
| D-5 DERRICK A. MILLER, | 26 U.S.C. § 7206(1) (false tax return) |
| | 26 U.S.C. § 7201 (tax evasion) |
| Defendants. | 18 U.S.C. § 2 (aiding & abetting) |
| / | 18 U.S.C. § 1963 (forfeiture) |

## FIRST SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### GENERAL ALLEGATIONS

At all times relevant to this indictment:

1. Defendant KWAME M. KILPATRICK ("KWAME KILPATRICK") served as a representative to the Michigan House of Representatives from 1996 through 2001. He was elected Mayor of the City of Detroit in November 2001 and re-elected in November 2005. He held the position of Mayor from January 1, 2002 to September 18, 2008. During that time, his annual salary ranged from about $158,000 to $176,000. The City of Detroit ("City") was a unit of local government, a municipal corporation and a political subdivision of the State of Michigan within the Eastern District of Michigan. The City provided services to its citizens through departments, agencies and offices of the executive branch of the City, which was headed by KWAME KILPATRICK. KWAME KILPATRICK's duties and responsibilities included