UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

D-1    KWAME M. KILPATRICK,
D-2    BOBBY W. FERGUSON,
D-3    BERNARD N. KILPATRICK,

                    Defendants.

Case No. CR-10-20403-NGE

HON. NANCY G. EDMUNDS

_____/

## VERDICT FORM

We, the Jury, after due deliberation, find the following unanimous verdict on the charges in the fourth superseding indictment:

### Count One: Racketeering Conspiracy

**Defendant Kwame M. Kilpatrick**

    Not Guilty _____  Guilty  X

**Defendant Bobby W. Ferguson**

    Not Guilty _____  Guilty  X

**Defendant Bernard N. Kilpatrick**

    Not Guilty _____  Guilty _____

*no consensus for B. Kilpatrick*

### Count Two: Extortion – Sewer Lining Contract (CS 1368)

**Defendant Kwame M. Kilpatrick**

    Not Guilty \_\_\_\_\_   Guilty  X

    If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

    Induced under color of official right  X

    Induced by wrongful fear of economic harm  X

**Defendant Bobby W. Ferguson**

    Not Guilty \_\_\_\_\_   Guilty  X

    If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

    Induced under color of official right \_\_\_\_\_

    Induced by wrongful fear of economic harm  X

2

**Count Three: Extortion - Amendment to Sewer Lining Contract** (CS 1368)

**Defendant Kwame M. Kilpatrick**

    Not Guilty _____ Guilty _X_

    If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

    Induced under color of official right _X_

    Induced by wrongful fear of economic harm _____

**Defendant Bobby W. Ferguson**

    Not Guilty _____ Guilty _X_

    If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

    Induced under color of official right _X_

    Induced by wrongful fear of economic harm _X_

3

## Count Four: Extortion – Baby Creek/Patton Park (PC 748)

**Defendant Kwame M. Kilpatrick**

Not Guilty _____ Guilty _X__

If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

Induced under color of official right _X__

Induced by wrongful fear of economic harm _X__

**Defendant Bobby W. Ferguson**

Not Guilty _____ Guilty _X__

If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

Induced under color of official right _X__

Induced by wrongful fear of economic harm _X__

4

**Count Five: Attempted Extortion – Oakwood Pump Station (PC 755)**

**Defendant Kwame M. Kilpatrick**

Not Guilty _____ Guilty __X__

If you find the defendant guilty of attempted extortion, you must indicate which method(s) you determined, beyond a reasonable doubt, were used to commit the attempted extortion:

Induced under color of official right __X__

Induced by wrongful fear of economic harm __X__

**Defendant Bobby W. Ferguson**

Not Guilty _____ Guilty __X__

If you find the defendant guilty of attempted extortion, you must indicate which method(s) you determined, beyond a reasonable doubt, were used to commit the attempted extortion:

Induced under color of official right __X__

Induced by wrongful fear of economic harm __X__

5

**Count Seven: Extortion - Outfalls Contract (DWS 849)**

**Defendant Kwame M. Kilpatrick**

   Not Guilty _____   Guilty _____

   If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

   Induced under color of official right _____

   Induced by wrongful fear of economic harm _____

**Defendant Bobby W. Ferguson**

   Not Guilty _____   Guilty _X_

   If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

   Induced under color of official right _____

   Induced by wrongful fear of economic harm _X_

*No concasus
on K. Kilpatrick*

*07-18*

6

### Count Eight: Extortion - Asbestos Abatement

**Defendant Kwame M. Kilpatrick**

    Not Guilty \_\_\_\_\_   Guilty \_\_\_\_\_

    If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

    Induced under color of official right \_\_\_\_\_

    Induced by wrongful fear of economic harm \_\_\_\_\_

**Defendant Bobby W. Ferguson**

    Not Guilty \_\_\_\_\_   Guilty  X

    If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

    Induced under color of official right \_\_\_\_\_

    Induced by wrongful fear of economic harm  X

7

**Count Nine: Extortion - Repair of Eastside Water Mains (CM 2014)**

**Defendant Kwame M. Kilpatrick**

Not Guilty _____   Guilty __X__

If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

Induced under color of official right __X__

Induced by wrongful fear of economic harm __X__

**Defendant Bobby W. Ferguson**

Not Guilty _____   Guilty __X__

If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

Induced under color of official right __X__

Induced by wrongful fear of economic harm __X__

8

### Count Ten: Extortion - Eastside Sewer Repair (DWS 865)

**Defendant Kwame M. Kilpatrick**

    Not Guilty __X__ Guilty _____

    If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

    Induced under color of official right _____

    Induced by wrongful fear of economic harm _____

**Defendant Bobby W. Ferguson**

    Not Guilty __X__ Guilty _____

    If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

    Induced under color of official right _____

    Induced by wrongful fear of economic harm _____

9

**Count Fifteen: Attempted Extortion - Sludge Contract**

**Defendant Bernard N. Kilpatrick**

 Not Guilty __X__ Guilty _____

 If you find the defendant guilty of attempted extortion, you must indicate which

method(s) you determined, beyond a reasonable doubt, were used to commit the

attempted extortion:

 Induced under color of official right _____

 Induced by wrongful fear of economic harm _____

10

**Count Sixteen: Bribery - $90,000 Bribe**

*NO Consensus on #16*

**Defendant Kwame M. Kilpatrick**

    Not Guilty _____ Guilty _____

**Defendant Bobby W. Ferguson**

    Not Guilty _____ Guilty _____

**Count Seventeen: Bribery - $75,000 Bribe**

**Defendant Kwame M. Kilpatrick**

    Not Guilty _____ Guilty _X_

**Defendant Bobby W. Ferguson**

    Not Guilty _____ Guilty _X_

11

**Count Eighteen: Mail Fraud**

**Defendant Kwame M. Kilpatrick**

Not Guilty _____ Guilty _X__

**Count Nineteen: Mail Fraud**

**Defendant Kwame M. Kilpatrick**

Not Guilty _____ Guilty _X__

**12**

**Count Twenty: Mail Fraud**

**Defendant Kwame M. Kilpatrick**

      **Not Guilty** \_\_\_\_\_ **Guilty** _X_

**Count Twenty-One: Mail Fraud**

**Defendant Kwame M. Kilpatrick**

      **Not Guilty** \_\_\_\_\_ **Guilty** _X_

13

**Count Twenty-Two: Mail Fraud**

**Defendant Kwame M. Kilpatrick**

      **Not Guilty** _____ **Guilty** _X_

**Count Twenty-Three: Mail Fraud**

**Defendant Kwame M. Kilpatrick**

      **Not Guilty** _____ **Guilty** _X_

14

**Count Twenty-Four: Mail Fraud**

**Defendant Kwame M. Kilpatrick**

    **Not Guilty** _____ **Guilty** _X_

**Count Twenty-Five: Mail Fraud**

**Defendant Kwame M. Kilpatrick**

    **Not Guilty** _____ **Guilty** _X_

15

**Count Twenty-Six: Mail Fraud**

**Defendant Kwame M. Kilpatrick**

    **Not Guilty** _____ **Guilty** _X_

**Count Twenty-Seven: Mail Fraud**

**Defendant Kwame M. Kilpatrick**

    **Not Guilty** _X_ **Guilty** _____

16

**Count Twenty-Eight: Wire Fraud**

**Defendant Kwame M. Kilpatrick**

      **Not Guilty** _____ **Guilty** _X_



**Count Twenty-Nine: Wire Fraud**

**Defendant Kwame M. Kilpatrick**

      **Not Guilty** _X_ **Guilty** _____

17

**Count Thirty: Wire Fraud**

**Defendant Kwame M. Kilpatrick**

     **Not Guilty** _____ **Guilty** _X_

**Count Thirty-One: Subscribing False Tax Return**

**Defendant Kwame M. Kilpatrick**

     **Not Guilty** _____ **Guilty** _X_

18

**Count Thirty-Two: Subscribing False Tax Return**

**Defendant Kwame M. Kilpatrick**

     **Not Guilty** _____ **Guilty** _X__

**Count Thirty-Three: Subscribing False Tax Return**

**Defendant Kwame M. Kilpatrick**

     **Not Guilty** _____ **Guilty** _X__

19

**Count Thirty-Four: Subscribing False Tax Return**

**Defendant Kwame M. Kilpatrick**

   Not Guilty _____   Guilty  _X_

**Count Thirty-Five: Subscribing False Tax Return**

**Defendant Kwame M. Kilpatrick**

   Not Guilty _____   Guilty  _X_

20

**Count Thirty-Six: Income Tax Evasion**

**Defendant Kwame M. Kilpatrick**

      Not Guilty \_\_\_\_\_   Guilty  X\_\_\_

**Count Thirty-Seven: Subscribing False Tax Return**

**Defendant Bernard N. Kilpatrick**

      Not Guilty  X\_\_\_   Guilty \_\_\_\_\_

21

## Count Thirty-Eight: Subscribing False Tax Return

**Defendant Bernard N. Kilpatrick**

    **Not Guilty** \_\_\_\_\_ **Guilty** X\_\_\_

**s/Jury Foreperson**

**In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.**

Dated: 3/8/13

22