To: mieb_ecfadmin@mieb.uscourts.gov

Subject: 13-53846-swr "Minute Entry" Ch 9

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

U.S. Bankruptcy Court

Eastern District of Michigan

Notice of Electronic Filing

The following transaction was received from sikula, christine entered on 06/27/2014 at 10:14 AM EDT and filed on 06/25/2014

**Case Name:** City of Detroit, Michigan
**Case Number:** 13-53846-swr
**Document Number:**

**Docket Text:**
Minute Entry. Status hearing held. Motion shall be noticed for hearing on 7/17/2014 at 2:00 PM. Brief(s) and supporting evidence due 7/14/2014. Limited discovery is allowed. Reply Brief may be filed on morning of 7/17/2014. Hearing on related Objection to Claim at Dkt. # 4954 shall be adjourned to 10/1/2014 at 10:00 AM; City shall file amended objection to claim by 9/17/14. (related document(s): [5155] Motion to Allow Claim(s) filed by County of Macomb, Michigan) (csiku)

The following document(s) are associated with this transaction:

**13-53846-swr Notice will be electronically mailed to:**

Elizabeth M. Abood-Carroll on behalf of Creditor Champion Mortgage Company
bankruptcy@orlans.com, ANHSOA@earthlink.net

Elizabeth M. Abood-Carroll on behalf of Creditor Champion Mortgage Company
bankruptcy@orlans.com, ANHSOA@earthlink.net

Elizabeth M. Abood-Carroll on behalf of Creditor EverBank
bankruptcy@orlans.com, ANHSOA@earthlink.net

Elizabeth M. Abood-Carroll on behalf of Creditor Everhome Mortgage Company
bankruptcy@orlans.com, ANHSOA@earthlink.net

Elizabeth M. Abood-Carroll on behalf of Creditor Federal National Mortgage Association (Fannie Mae)
bankruptcy@orlans.com, ANHSOA@earthlink.net