# In The Matter Of:

*In re: City of Detroit, Michigan*

---

*Lyle E. Winn, PE*
*July 10, 2014*

---



**Bingham Farms/Southfield ● Grand Rapids**
Ann Arbor ● Detroit ● Flint ● Jackson ● Lansing ● Mt. Clemens ● Saginaw

*Original File WINN_PE_LYLE E.txt*
*Min-U-Script® with Word Index*

Page 1

1   UNITED STATES BANKRUPTCY COURT
2   EASTERN DISTRICT OF MICHIGAN
3   SOUTHERN DIVISION
4   _____
5   _____
6   In re:              )   Case No. 13-53845
7   CITY OF DETROIT, MICHIGAN )
8                       )      Chapter 9
9        Debtor         )
10   _____)   Hon. Steven W. Rhodes
11
12
13       The Deposition of LYLE E. WINN, PE,
14       Taken at 51301 Schoenherr Road,
15       Shelby Township, Michigan,
16       Commencing at 2:08 p.m.,
17       Thursday, July 10, 2014,
18       Before Melinda S. Moore, CSR-2258.
19
20
21
22
23
24
25

Page 2

1   APPEARANCES:
2
3   ALBERT B. ADDIS (P31084)
4   O'Reilly Rancilio PC
5   12900 Hall Road
6   Suite 350
7   Sterling Heights, Michigan, 48313
8   586.726.1000
9   aaddis@orlaw.com
10       Appearing on behalf of the Macomb Interceptor
11       Drain Drainage District.
12
13   ROBERT J. MORRIS (75864)
14   Kirk, Huth, Lange & Badalamenti, PLC
15   19500 Hall Road
16   Suite 100
17   Clinton Township, Michigan 48038
18   586.412.4900
19   rmorris@khlblaw.com
20       Appearing on behalf of the Macomb Interceptor
21       Drain Drainage District.
22
23
24
25

Page 3

1   IRENE BRUCE HATHAWAY (P32198)
2   M. MISBAH SHAHID (P73450)
3   Miller Canfield Paddock & Stone, PLC
4   150 W. Jefferson Avenue
5   Suite 2500
6   Detroit, Michigan 48226
7   313.963.6420
8   hathawayi@millercanfield.com
9   shahid@millercanfield.com
10       Appearing on behalf of the City of
11       Detroit.
12
13   ARTHUR H. RUEGGER
14   Salans FMC SNR Denton
15   1221 Avenue of the Americas
16   New York, New York 10020
17   212.768.6881
18   arthur.ruegger@dentons.com
19       Appearing on behalf of the
20       Official Committee of Retirees
21       of the City of Detroit.
22
23
24
25

Page 4

1   TABLE OF CONTENTS
2
3 WITNESS                    PAGE
4 LYLE E. WINN, PE
5 EXAMINATION BY MS. HATHAWAY          5
6 EXAMINATION BY MR. ADDIS          78
7 RE-EXAMINATION BY MS. HATHAWAY          80
8
9
10 EXHIBIT                    PAGE
11 (Exhibits attached to transcript.)
12
13 DEPOSITION EXHIBIT 1          19
14 (Retained by the Witness.)
15 DEPOSITION EXHIBIT 2          23
16 DEPOSITION EXHIBIT 3          24
17 DEPOSITION EXHIBIT 4          25
18
19
20
21
22
23
24
25

Page 5

1 Shelby Township, Michigan
2 Thursday, July 10, 2014
3     2:08 p.m.
4     LYLE E. WINN, PE,
5 was thereupon called as a witness herein, and
6 after having first been duly sworn to testify to
7 the truth, the whole truth and nothing but the
8 truth, was examined and testified as follows:
9     **EXAMINATION**
10    **BY MS. HATHAWAY:**
11 Q.  Mr. Winn, my name is Irene Hathaway.  I represent
12   the City of Detroit and DWSD.  I'm going to ask
13   you some questions about the issue we're here
14   about, which I know you know what it is.
15     If at any time you don't understand any
16   of any questions, if they're not perfectly clear,
17   please do not answer it but rather ask me to
18   repeat or rephrase the question.  Okay?
19 **A.  Okay.**
20 Q.  Have you been deposed before?
21 **A.  Yes.**
22 Q.  How many times?
23 **A.  More than half a dozen times.**
24 Q.  All right.  So you know the ground rules.  You
25   have to give verbal responses.

Page 6

1 **A.  Yes.**
2 Q.  And even though I will try to be succinct,
3   sometimes my questions ramble on a little bit.
4   Let me finish before you answer so that our court
5   reporter can take down what we both say.  Fair
6   enough?
7 **A.  Fair enough.**
8 Q.  Tell me about your educational background.
9 **A.  I have a bachelor's of science in civil**
10   **engineering from Michigan Tech University,**
11   **graduated in 1982.**
12 Q.  Anything else?
13 **A.  No.**
14 Q.  Do you have any professional licenses?
15 **A.  I am a licensed professional engineer in the State**
16   **of Michigan.**
17 Q.  Anywhere else?
18 **A.  No.**
19 Q.  Any honors, awards I should be aware of?
20 **A.  No.**
21 Q.  Tell me about your employment background.
22 **A.  I've been here with this firm, Anderson, Eckstein**
23   **& Westrick for 26 years; prior to that, a smaller**
24   **civil engineering firm in Mt. Clemens called**
25   **Lehner Associates, L-e-h-n-e-r.  I think that was**

Page 7

1 about two years.  Prior to that I was in Chicago
2   with two separate firms from 1982 through '88 --
3   '86, I believe.
4 Q.  And what were the names of those firms?
5 **A.  Sargent & Lundy, and Chicago Bridge & Iron.**
6 Q.  Do you have any particular areas at which you
7   limit your engineering practice?
8 **A.  Civil engineering.**
9 Q.  Do you do forensic work?
10 **A.  I do not.**
11 Q.  Define for me civil engineering.
12 **A.  Civil engineering essentially centers around the**
13   **design of projects that involve the public,**
14   **whether it be roads, sewers, bridges, soil**
15   **engineering, structural engineering, along that**
16   **line.**
17 Q.  How much work do you or your company do for
18   Macomb County?
19 **A.  I don't know the exact amount of what we do for**
20   **them.**
21 Q.  Can you give me an estimate?
22 **A.  Dollar-wise, I really don't know.**
23 Q.  How many projects do you currently have going for
24   either Macomb or the -- anything related to
25   Macomb sewers?

Page 8

1 **A.  I would estimate about six, I think, but I'm not**
2   **involved with all of them.**
3 Q.  Which ones are you involved with?
4 **A.  This deposition is the one I am directly involved**
5   **with currently.**
6 Q.  How long has this company done work for Macomb?
7 **A.  I believe it's in excess of 30 years, maybe for**
8   **our entire corporate history.**
9 Q.  And what type of work have you done for Macomb?
10 **A.  We have been involved with design of drainage**
11   **projects, low plane studies, sewer projects.  We**
12   **also represent developers in submitting their**
13   **projects to the county for approvals.**
14 Q.  What type of sewer projects have you been
15   involved with for Macomb?
16 **A.  Sanitary sewer and storm sewer.**
17 Q.  Do you do any sewer-related work for any other
18   municipalities?
19 **A.  Yes.**
20 Q.  Which ones?
21 **A.  I personally am working on St. Clair Shores**
22   **projects.**
23 Q.  What are you doing for St. Clair Shores?
24 **A.  They are sewer rehab projects.**
25 Q.  And what do you do for St. Clair Shores in regard

1    to their sewer rehab project?
2  A.  **We assist them in the design of rehabilitating any**
3    **failing sewers and produce specifications and bid**
4    **documents to -- for them to obtain bids from**
5    **contractors.**
6  Q.  Do you yourself manage any construction projects?
7  A.  **Yes.**
8  Q.  What kind of projects?
9  A.  **Sewer projects, road projects, water main**
10    **construction projects.**
11  Q.  What sewer projects do you manage?
12  A.  **Currently I don't have a sewer project that I'm**
13    **managing.**
14  Q.  Which ones have you managed?
15  A.  **Over the years I've managed dozens in various**
16    **communities.**
17  Q.  What type of sewer projects?
18  A.  **Sanitary sewer and storm sewer projects.**
19  Q.  Initial build, rebuild, rehab?
20  A.  **Mostly initial build.**
21  Q.  Have you ever been involved with rehabilitation
22    of sewer systems?
23  A.  **Yes.**
24  Q.  Where?
25  A.  **St. Clair Shores predominantly and some in Shelby**

1    Township.
2  Q.  Have you ever been involved with the design of a
3    sewer interceptor?
4  A.  **Yes.**
5  Q.  Could you define for me what a sewer interceptor
6    is.
7  A.  **A sewer interceptor is a major trunk line which**
8    **collects all the sewage from laterals -- laterals**
9    **being sewers from subdivisions -- from local**
10    **sources that collect into one major line. The**
11    **major line is the large trunk sewer.**
12  Q.  And where have you been involved with an
13    interceptor?
14  A.  **In Shelby Township.**
15  Q.  And tell me about that interceptor.
16  A.  **They have several interceptors that carry the**
17    **sewage flows from the township to their outlet. I**
18    **think they have three different outlets.**
19  Q.  How do those interceptors compare in size to the
20    interceptor involved in this case?
21  A.  **Significantly smaller.**
22  Q.  Can you be more specific?
23  A.  **Sizes I worked on in Shelby Township, I think the**
24    **largest pipe was 42 inches in diameter.**
25  Q.  And here how big was the pipe?

1  A.  **11-foot diameter.**
2  Q.  Were you actually involved in any way with the
3    emergency repairs or the permanent repairs on the
4    Macomb Interceptor?
5  A.  **No.**
6  Q.  Were you present at any time onsite when the
7    repairs were being done?
8  A.  **Yes.**
9  Q.  When?
10  A.  **I don't recall exactly. It was a one-day visit**
11    **with Shelby Township officials to see the project**
12    **site and what was occurring.**
13  Q.  What stage was the project in at that time?
14  A.  **I believe they were still in their initial**
15    **emergency stage.**
16  Q.  Was it before the bypass was put in?
17  A.  **No, I think the bypass was either installed or**
18    **about -- there was a lot of pipe on the ground, if**
19    **I remember, so it would have been -- the bypass**
20    **pumping would have been close to being started if**
21    **not just started up.**
22  Q.  When you were there, did the project infringe on
23    any homeowners' property?
24  A.  **Yes.**
25  Q.  How many houses?

1  A.  **I don't know.**
2  Q.  How did it infringe?
3  A.  **I believe it was the settlement of the soils.**
4  Q.  Basically if I can use non-technical language, a
5    sinkhole developed which threatened the safety of
6    a number of homes?
7  A.  **A sinkhole developed, yes.**
8  Q.  It was a big sinkhole?
9  A.  **Yes, it was.**
10  Q.  And it did threaten homes?
11  A.  **Yes.**
12  Q.  How did it threaten homes?
13  A.  **The settlement of soils would weaken the -- could**
14    **weaken the foundation or undermine the foundation**
15    **if it got that close to a house.**
16  Q.  Do you think that that was a real risk in this
17    case?
18  A.  **Yes.**
19  Q.  Why?
20  A.  **With any project you don't want to damage a**
21    **person's property, and you need to protect it from**
22    **further damage if it's already occurring.**
23  Q.  Was the sinkhole itself close enough to the
24    property -- the homes to make it -- that the
25    homes were in danger?

Page 13

1 A.  When I was at the site, we weren't allowed to go
2 that close to the actual occurrence, so I couldn't
3 tell you how close it really was.
4 Q.  I guess I should have said that.  If you don't
5 know, you can saying "I don't know" and I'll move
6 on, okay?
7   Did the construction site have an
8 impact on any businesses in that area when you
9 were there?
10 A.  I don't recall.
11 Q.  Do you know from any source whether businesses
12 were impacted -- I hate to use "impact" as a
13 verb.  Let me rephrase that.
14   Do you know whether there was any
15 impact upon any businesses in that area?
16 A.  I don't know.
17 Q.  Were you familiar with another sewer collapse
18 that occurred in Macomb some years before the
19 2004 collapse?
20 A.  Yes.
21 Q.  How would you compare that collapse size-wise to
22 the 2004 collapse?
23 A.  I don't know.  I was in college at the time it
24 occurred.  I think it was also on 15 Mile Road.  I
25 never saw it.

Page 14

1 Q.  Do you know how long it took to repair the
2 earlier collapse?
3 A.  No, I don't.
4 Q.  Do you know how long it took to repair the 2004
5 collapse?
6 A.  I only have general parameters.  I don't know
7 any -- I know when it started and I don't know
8 exactly when it finished.
9 Q.  When did it start?
10 A.  In August of '04.
11 Q.  And when do you think it ended?
12 A.  I know that the road was put into service in June
13 of '05, but there was nothing in the records I've
14 seen that pinpointed a date.
15 Q.  So what have you reviewed in regard to the
16 interceptor and the collapse?
17 A.  The documents I provided -- that we were provided
18 included some estimates from Detroit, pay
19 estimates.
20 Q.  I'm sorry, some estimates?
21 A.  Pay estimates.
22 Q.  Pay estimates of what?
23 A.  Payments to contractors, pay estimates for the
24 work.  We reviewed construction plans that were
25 prepared by NTH.  We had documents regarding

Page 15

1 budget estimates that were prepared by Inland
2 Water, the final estimate prepared by Inland
3 Water, and some of the amendments that have been
4 issued to award the work -- the construction
5 portion of the work to Inland Water.
6 Q.  What else?
7 A.  There were a number of daily inspection reports
8 from -- one set from Neyer, Tiseo -- NTH, and
9 another set from DWSD.
10 Q.  What else?
11 A.  And there was some additional grout testing
12 reports I saw.
13 Q.  What else?
14 A.  Photos.
15 Q.  What else?
16 A.  That's all I can recall right now.
17 Q.  Do you have all of those materials with you?
18 A.  I do.
19 Q.  Did you prepare a report in this case?
20 A.  I did not prepare a written report, no.
21 Q.  Why not?
22 A.  We prepared a cost estimate is what we were asked
23 to prepare.
24 Q.  We received some materials that we couldn't open.
25 Do you know what those are?

Page 16

1 A.  I don't.  I thought those were related to another
2 project.
3   MS. HATHAWAY: Counsel, do you want to
4 put on the record what you sent and what we were
5 supposed to --
6   MR. MORRIS: We produced all the
7 documents that were given to us and there was what
8 was on a CD dated, I believe, July 7th, a
9 duplicate that was provided on July 8th, that had
10 roughly, I believe it was, 121 PDF files of a
11 blueprint as well as what is called a Microsoft
12 Access file.  My understanding is that the
13 Microsoft Access file only works in connection
14 with an engineering software with blueprints.
15 Those files could not be converted to PDF, but you
16 were given the actual file of the data.
17   MS. HATHAWAY: Which is completely
18 useless.
19   MR. MORRIS: Which we can provide at a
20 cost because we just figured out a way to actually
21 provide those.
22   MR. SHAHID: The PDF of the blueprint
23 we haven't gotten.
24   MR. MORRIS: Yes, those were Bates
25 stamped.  I don't have the actual Bates stamp

1  numbers off the top my head.
2    **MS. HATHAWAY:** When were they produced?
3  Because as of yesterday we didn't have them.
4    **MR. MORRIS:** They were produced
5  July 8th. That record was produced. It was, I
6  want to say, MIDDD documents somewhere in the
7  29,000 range, but those documents were definitely
8  produced.
9    **MR. SHAHID:** Those are blueprints?
10   **MR. MORRIS:** Yes, it's like a blueprint
11 or -- I don't know what the actual technical word
12 for that is, what the actual -- the Access
13 document is a GIS.
14   **THE WITNESS:** Yes.
15   **MR. MORRIS:** It's a GIS.
16   **MS. HATHAWAY:** Let's go off the record.
17   (Off the record at 2:23 p.m.)
18   (Back on the record at 2:25 p.m.)
19   **MS. HATHAWAY:** All right. We have
20 looked at the documents that you referenced that
21 you said were produced by AEW, which --
22   **MR. SHAHID:** 252 52 documents.
23   **MS. HATHAWAY:** 252 documents. What are
24 they?
25   **MR. MORRIS:** They are the geothermal

1  plans, and I'm not 100 percent certain.
2    **MS. HATHAWAY:** For what?
3    **MR. MORRIS:** Again, I did not review
4  these documents. I put them on a Bates stamp and
5  put them as part of the file.
6    **MS. HATHAWAY:** Do they have anything to
7  do with this case?
8    **MR. ADDIS:** Do you know?
9    **THE WITNESS:** I have no idea.
10   **MR. SHAHID:** Do you want to look at
11 them. They're right here.
12   **THE WITNESS:** I can't tell from -- from
13 what ---
14   **BY MS. HATHAWAY:**
15 Q. Suffice that the documents that we're looking at
16 have nothing to do with your opinions.
17 **A. No. Yes, you're correct.**
18 Q. All right. Sorry. Bad question.
19   **MR. SHAHID:** Just for the record, what
20 was just discussed is that these documents did
21 come from a CD from AEW to Ms. Badalamenti's firm.
22   **THE WITNESS:** Which they then provided
23   **MR. SHAHID:** Which they then provided
24 to Miller Canfield as part of their production in
25 this matter.

1    **MR. MORRIS:** That is correct. And then
2  the raw data version is Bates stamped MIDD 22074-
3  1.
4    **BY MS. HATHAWAY:**
5  Q. Could you please retrieve the pay estimates, the
6  construction plan from NTH, the Inland budget and
7  amendments. Right now we'll leave out the daily
8  inspection reports and grout testing. Could you
9  get those out of your box since I understand
10 there's privileged stuff there and I won't go
11 through it.
12   What is that you just put on the table?
13 **A. Construction plans prepared by NTH. And I forget**
14 **what else you asked for.**
15 Q. Basically I want the estimates that you have from
16 anybody and the budgets. That's what I'm looking
17 for. While you're doing that, let's mark this
18 one.
19   **MARKED FOR IDENTIFICATION:**
20   DEPOSITION EXHIBIT 1
21   2:28 p.m.
22   **BY MS. HATHAWAY:**
23 Q. All right. Tell me what Exhibit 1 is, just for
24 the record, so we're clear for the record.
25 **A. Exhibit 1 is the construction plans prepared by**

1  Neyer & Tiseo.
2  Q. NTH?
3  **A. NTH.**
4  Q. When did you get these?
5  **A. I don't know exactly when we got them. They were**
6  **in the file when I became involved.**
7  Q. I guess I should back up. When did you get
8  involved in this case?
9  **A. I got involved in this case in 2011.**
10 Q. How did you get involved?
11 **A. I became the custodian of the documents when the**
12 **person that was working left the employment of**
13 **this firm.**
14 Q. Forgive me. Maybe I jumped ahead. Why did you
15 have documents in the first place on this
16 project?
17 **A. We were requested by Mr. Marrocco's office to**
18 **prepare an engineer's opinion of cost relating to**
19 **the project that we're talking about.**
20 Q. And when were you asked to do that?
21 **A. It was, I believe, in February/March 2011.**
22 Q. That was long after the project was completed,
23 correct?
24 **A. Yes.**
25 Q. Were you asked to do anything else other than to

1  prepare an estimate of cost of the project?
2  **A.  No.**
3  Q.  I take it you know what the project cost was when
4   you were looking at it, correct?
5  **A.  We discovered it during -- documents were provided**
6   **by Mr. Marrocco's office, yes.**
7  Q.  Who was the person who had the documents before
8   you did?
9  **A.  Nancy Shirkey.**
10  Q.  Do you want to spell the last name for me,
11   please.
12  **A.  S-h-i-r-k-e-y.**
13  Q.  And Ms. Shirkey was what?
14  **A.  She was an engineer with our firm.**
15  Q.  And she left?
16  **A.  She did.**
17  Q.  Where is she now?
18  **A.  I don't know.**
19  Q.  How much work did she do on the project before
20   she left?
21  **A.  She did all the work on the project before she**
22   **left.**
23  Q.  Did you do any work on this project?
24  **A.  Not until she gave it to me.**
25  Q.  So when you first received the project, what had

1  been done?
2  **A.  The estimates had already been prepared for and**
3   **supplied to Mr. Marrocco's office.**
4  Q.  So what did you do?
5  **A.  I became the custodian of those documents.  I also**
6   **reviewed all those documents to confirm, you know,**
7   **the results that Nancy had prepared.**
8  Q.  Do you know why Macomb isn't relying on the
9   person who actually did the work here, and it's
10   you, if you know?
11  **A.  No, I don't.**
12  Q.  Would you agree with me the person who did the
13   work is probably in a better position to testify
14   about what she did than you are?
15  **A.  I can't say that she is.**
16  Q.  Do you know if she's still in the area?
17  **A.  I don't believe she is.**
18  Q.  Did she leave on good terms?
19  **A.  Yes.**
20  Q.  All right.  Let's go back to the last question.
21   You've given me these NTH plans that are dated
22   August 5th of 2005, correct?
23  **A.  On the first sheet, yes.**
24  Q.  Are other sheets dated differently?
25  **A.  Do you want me to look at them?**

1  Q.  Sure.
2  **A.  Yes, there are different dates on the plans.**
3  Q.  Are they before or after 2005?
4  **A.  Some are before.**
5  Q.  What else -- I asked you for the comments
6   regarding the Inland budget and amendment.
7  **A.  Here's the Inland budget I was working with.**
8      **MS. HATHAWAY:** Can we mark that,
9  please.
10      **MR. ADDIS:** For the record -- and I'm
11  not making any big deal about it -- this is a
12  duces tecum dep, and I think these have been
13  produced before, but we can go ahead with them.
14      **MARKED FOR IDENTIFICATION:**
15  DEPOSITION EXHIBIT 2
16  2:33 p.m.
17      **MS. HATHAWAY:** I was just trying to --
18      **MR. ADDIS:** That's what I said.  We're
19  trying to get through with his opinion.  We're
20  going to go ahead with it.
21      **MS. HATHAWAY:** I don't think this -- we
22  only had two days to review thousands of pages of
23  documents.
24      **MR. ADDIS:** I get it.  It's on the
25  record, but we're going to go ahead.

1      **BY MS. HATHAWAY:**
2  Q.  The next document, what's that?
3  **A.  This is the final estimate summary from Inland**
4   **Waters.**
5  Q.  All right.
6      **MS. HATHAWAY:** Can we mark that
7  Exhibit 3, please.
8      **MARKED FOR IDENTIFICATION:**
9  DEPOSITION EXHIBIT 3
10  2:33 p.m.
11      **BY MS. HATHAWAY:**
12  Q.  Do you have any other estimates from any other
13   entity regarding costs for this project?
14  **A.  Regarding -- can I clarify, proposed cost or**
15   **applications for payment?**
16  Q.  I guess both.
17  **A.  I think what you have is all I have as proposed**
18   **costs from anyone that worked on the project.**
19  Q.  All right.  In regard to what you have reviewed,
20   then, did you, in reviewing the pay estimates and
21   any other documents, did you discover any
22   fraudulent activity?
23  **A.  I was --**
24      **MR. ADDIS:** I'm going to object to the
25  question on the grounds "fraudulent activity"

1 calls for a legal conclusion. I think I know
2 where you're going and I know we have limited
3 time, but would you think maybe "questionable
4 activity" might be better than asking him to
5 acknowledge fraud?
6    MS. HATHAWAY: Let's try my fraud
7 question first.
8    MR. ADDIS: Okay. If he wants to
9 answer it.
10    THE WITNESS: No.
11    BY MS. HATHAWAY:
12 Q. In order -- we received from you -- and actually
13 there were multiple copies. I've pulled out some
14 of the copies.
15    MR. ADDIS: Let's mark this 4.
16    MARKED FOR IDENTIFICATION:
17    DEPOSITION EXHIBIT 4
18    2:35 p.m.
19    BY MS. HATHAWAY:
20 Q. This is what we were supplied. There seems to be
21 multiple copies of it. Actually there was one on
22 top of it that I scribbled on so I didn't bring
23 that. What is this packet that I've just
24 provided you?
25 A. This packet is the cost estimate we prepared and

1 some backup documentation regarding each of the
2 work items that are shown on the first page of the
3 estimate.
4 Q. All right. Did you talk to anybody or do you
5 know if your predecessor did about what was
6 discovered during the course of the project?
7 A. Yes. Nancy would have discussed this with Mr. Roy
8 Rose.
9 Q. I'm sorry, with who?
10 A. Roy Rose.
11 Q. And who's Roy Rose?
12 A. Roy Rose is the president of the company, and he
13 was checking her work as she was proceeding, so
14 they would have conversed on it.
15 Q. My question was: Did you or she at any time
16 speak to anyone who had specific independent
17 knowledge of the project?
18 A. Not that I'm aware.
19 Q. You didn't?
20 A. I didn't. I don't know about Nancy.
21 Q. Did you review any articles, reports, anything
22 like that about the difficulties that were
23 encountered in the course of the project?
24 A. I've seen articles about the project, yes.
25 Q. What articles have you seen?

1 A. I don't recall exactly. There were some trade
2 magazine articles, I believe.
3 Q. Did you read Mr. Shukla's article?
4 A. I don't know which one that is.
5 Q. Do you know what trade publications you did read?
6 A. Not off the top of my head I don't.
7 Q. How would you characterize this particular sewer
8 collapse? Was it a small one? Medium size?
9 A. I would classify it as a significant event.
10 Q. Have you ever been involved with an event -- a
11 sewer collapse of this magnitude yourself in
12 regard to actual work that you did on a project?
13 A. Not of this magnitude, no.
14 Q. Is it your opinion that the project could have
15 been done cheaper if it had been not done as an
16 emergency but as a design build?
17 A. I don't think we rendered that as an opinion, but
18 certainly it is an opportunity to get a better
19 cost on a project, yes.
20 Q. Do you have an opinion as to whether repairing
21 this project quickly was necessary?
22 A. No.
23 Q. If -- are you aware of lawsuits that were filed
24 against various entities by businesses claiming
25 that this event had -- was interfering with their

1 livelihood?
2 A. No, I'm not aware of that.
3 Q. Are you aware of any litigation at all
4 involving --
5    MR. ADDIS: What period of time?
6    MS. HATHAWAY: Let me finish my
7 question.
8    BY MS. HATHAWAY:
9 Q. -- involving homeowners or business people whose
10 use of their home or business were affected?
11 A. No, I'm not aware of those.
12 Q. All right. Let's go through what has been marked
13 as Exhibit 4. What is this first page?
14 A. This first page is the cost estimate we prepared
15 for the repair project.
16 Q. By saying "we," you mean Nancy?
17 A. "We" as in the company.
18 Q. Okay. You didn't do it?
19 A. I did not do it.
20 Q. Okay. The first item is Emergency Work Estimate
21 (Rounded through September 30, 2004). Then
22 there's a number of 11,600,000, more or less.
23 A. Yes.
24 Q. How was that arrived at?
25 A. That was -- specifically to that date, it ties to

1 the budget estimate prepared by Inland Waters that
2 had that same date. It was a date that was
3 determined to be where the initial emergency was
4 abated, if you will, stabilized, and then
5 following that would have been the repair efforts.
6 Q. You say the initial emergency was abated. What
7 had been done up through September 30th of 2004
8 on this project?
9 A. Based on what I've reviewed, it appears that the
10 main object was to -- there were several. There
11 was to provide bypass pumping of the sewage flows
12 that were coming to that location, so in order to
13 maintain sewage flows, and secondly to stabilize
14 the soils around the sinkhole.
15 Q. And what did they have to do to accomplish those
16 goals?
17 A. To accomplish the bypass pumping they had to --
18 Q. Well, to abate the emergency is my question.
19 A. Okay. They had to install a pumping system, pipes
20 that transport what they were pumping to an
21 outlet, provide bulkheads on the existing sewer
22 lines so that they could -- they didn't have
23 sewage flowing into the sinkhole area where the
24 work was going to occur. And they had to install
25 steel sheeting to stabilize the soils that were

1 around the sinkhole.
2 Q. What about pressure grouting?
3 A. I saw references to pressure grouting. I don't
4 know where all it was applied in all cases.
5 Q. What is pressure grouting?
6 A. Pressure grouting is essentially pumping called a
7 grout material. It's sometimes cementitious or
8 other materials to solidify the soils and stop
9 flow -- water flow going through the soils.
10 Q. Have you ever used pressure grouting?
11 A. Yes.
12 Q. Do you know how much of it was necessary here in
13 order to stabilize the soils?
14 A. I do not.
15 Q. Do you know if Ms. Shirkey knew when she was
16 doing her work?
17 A. I do not.
18 Q. All right. So what does this 11,600,000 -- where
19 did that come from?
20 A. I believe that was a summary of the work from the
21 final estimate summary of the first two months,
22 August and September.
23 Q. So that was a number that she got from --
24 A. The documents that were provided.
25 Q. -- an estimate from Inland?

1 A. Yes.
2 Q. All right. And that is what we've marked as
3 Exhibit 2?
4 A. Can I see Exhibit 2?
5 Q. Sure.
6 A. May I see Exhibit 3?
7 Q. Yes, sir.
8 A. It is close to the number presented in Exhibit 3,
9 with the total to date at the bottom column of
10 September on that estimate.
11 Q. I'm sorry, on the September 30th Inland estimate?
12 A. No, the final estimate summary.
13 Q. Okay. So what is the final estimate summary? I
14 mean, literally what is it?
15 A. It appears to me that the final estimate summary
16 is a recording of month-by-month payments that
17 were made to each of the contractors and
18 subcontractors on the project.
19 Q. So the other work items that are listed here for
20 mobilization down through City of Sterling
21 Heights, what are those entries?
22 A. You're referring to the estimate we prepared?
23 Q. Yes.
24 Q. Okay. Those are items of work that we determined
25 would be necessary to make the repair effort after

1 the emergency was stabilized.
2 Q. And how did you determine that?
3 A. The actual components of the work?
4 Q. Um-hmm.
5 A. Looking at the engineering plans prepared by NTH,
6 we were able to quantify much of the work. We
7 also looked at the budgets that Inland had put
8 together to identify other items that were
9 incorporated into their budget, such as security,
10 ventilation, and tried to reflect those in our
11 estimate as well.
12 Q. All right. Let's go the next page. I think it's
13 Bates stamped 913.
14 A. Yes.
15 Q. What is this?
16 A. This is our thought process and detail of how we
17 developed our bypass pumping cost.
18 Q. Okay. Explain it to me.
19 A. At the top of the page we identified for the
20 months of October through March 31st invoices that
21 were paid for the various months that were
22 associated with the bypass pumping, and these came
23 off of the actual invoices paid by Detroit Water
24 and Sewerage Department.
25 Q. What is the column headed FEI?

1 A. That is a number that was shown on Detroit Water
2 and Sewer Department invoices for Ferguson
3 Environmental.
4 Q. Was that in addition to the other bypass charges
5 listed in the left-hand column or is that part of
6 that?
7 A. It was part of the left-hand column.
8 Q. All right. So the right-hand column looks to me
9 to be column 1 less column 2?
10 A. Yes.
11 Q. And so the total that is listed there of just
12 over $9 million does not include the Ferguson
13 invoices, or it does?
14 A. The 9.25 million?
15 Q. Yeah.
16 A. That is without the Ferguson invoices.
17 Q. All right. So you have then taken that and
18 determined what it would be per month. How many
19 months did you divide it by?
20 A. Six.
21 Q. And tell me what the bypass -- these other dates,
22 "Bypass pumping system online by end of
23 September," what are those?
24 A. You're referring to the dates above that bold
25 line?

1 Q. Yes.
2 A. Okay. It was notations of work that occurred when
3 they were attempting to install the bulkheads or
4 the temporary bulkheads so that bypass pumping
5 could be installed. It is information that Nancy
6 had noted from the various daily inspection
7 reports.
8 Q. All right. And then under Reality Check, explain
9 to me those entries.
10 A. Those entries are referring to information that
11 was on the Inland Waters budget. They had
12 predicted and budgeted certain amounts for pump
13 rentals, generators, electrical service. And
14 those were associated with their budget for bypass
15 pumping.
16 Q. Was that the original budget or the --
17 A. They were listed on the September 30th budget
18 estimate.
19 Q. So that was Exhibit 2?
20 A. Yes.
21 Q. That was before the work was done?
22 A. Yes.
23 Q. Okay. All right. So basically under the dark
24 line she took the information from the Inland
25 budget and shows that essentially the budget was

1 exceeded?
2 A. Yes.
3 Q. By how much?
4 A. On a monthly basis, it was exceeded by
5 approximately 1.15 million.
6 Q. And tell me how you calculated that.
7 A. 1.54 minus the 383, it's going to get you to
8 1.2 -- 1.1 something.
9 Q. Did she attempt to determine what the charges
10 were that were greater than budget for the bypass
11 pumping? I mean, she has down here, for example,
12 pump rental, stand-by generator, stand-by pump
13 rental, bypass pumping maintenance, electrical
14 services, Clinton-Fraser bypass. Did you or she
15 attempt to determine where the increase in costs
16 were that are shown above the black line?
17 A. From the documents we've been provided, we're not
18 able to make that connection between the two.
19 Q. Why not?
20 A. In one respect there's the budget amount that
21 itemizes the amount of different types of work and
22 not who's performing it. In the final estimate,
23 there is only a summary of the amounts provided to
24 each subcontractor but not what they did. In the
25 documents we have in between, there's not enough

1 information that we could tie it together.
2 Q. Did you get the entire CD of the what, 25 boxes
3 of documents that DWSD had supplied to Macomb?
4 A. I don't know that we have all those documents.
5 Q. So you didn't have any individual billings for
6 contractors or anything like that showing what
7 the increased charges were for?
8 A. Correct.
9 Q. So essentially all this says is there was a
10 budget for these things that are below the line,
11 and it cost more than the budget?
12 A. Yes.
13 Q. Do you know why it cost more than the budget?
14 A. I do not.
15 Q. All right. Let's turn to the next page,
16 Dewatering. All right. What is this page, page
17 914?
18 A. This is a breakdown of our information relating to
19 the dewatering item in our estimate.
20 Q. All right. So where did the -- it says October
21 through March by month and then there's three
22 columns. Where did you get that information?
23 Were these actual bills from the dewatering
24 company?
25 A. If you'll allow me to check something. Yes, they

1 were line items from the final estimate summary
2 labeled Exhibit 3 for those months for Mersino
3 Contracting.
4 Q. Do you have any reason to believe or testify that
5 that work was not performed by Mersino that was
6 billed for and paid?
7 A. I have no reason to believe the work was not
8 performed by Mersino.
9 Q. All right. The second column there, is that a
10 deduction from the amount that was paid? For
11 example, November they billed 444,000 and there
12 is an 88,000 and change deduction. What's that?
13 A. The answer to your first question, yes, it is a
14 deduction. I believe it is similar, and although
15 I can't say for certain looking at this, that it
16 was related to FEI for the bypass pumping.
17 Q. Do you know if FEI did bypass pumping?
18 A. I don't believe they did.
19 Q. Do you know did they bill for it?
20 A. I can't say for certain.
21 Q. All right. Do you have any reason to question
22 the amount that was billed for dewatering?
23 A. Well, it appeared high to us for the amount on a
24 monthly basis.
25 Q. It was higher than the budget?

1 A. It was definitely higher than the budget. Quite
2 frankly, a lot of the budget items we thought were
3 appropriate, and where appropriate, we relied
4 on -- we used those in our estimate.
5 Q. Do you know why -- strike that.
6 So there's a budget and then there's
7 bills, and in Mersino's bills there was detail
8 about why the charges were made, what they were
9 for. Did you look at those?
10 A. I've seen no detailed billings.
11 Q. So you don't know why the Mersino billings were
12 as they are?
13 A. Correct.
14 Q. And you don't know why whatever is in the second
15 column is why it is?
16 A. If you give me a second to check some information.
17 Q. Sure. For the record, what are you looking at?
18 A. I'm looking at a couple of documents from --
19 invoice summary from Detroit. Sitting here, I
20 can't identify right now.
21 Q. What that second column is?
22 A. Right.
23 Q. Do you know what the original budget was based on
24 in regard to dewatering?
25 A. No, I don't remember.

1 Q. Do you know if there was a change in what they
2 found when they were actually doing the project
3 that increased the need for dewatering?
4 A. No, I don't.
5 Q. Do you know what the water table was there?
6 A. No, I don't.
7 Q. Do you know what the water table was expected to
8 be?
9 A. No.
10 Q. Do you know if they had trouble with the water
11 table?
12 A. No, I don't.
13 Q. All right. So here we have Reality Check.
14 Explain that to me. Again, this was not
15 something you did?
16 A. Correct. This is information that was pulled from
17 the information from Inland Waters, their
18 budgeting for certain amount of wells over certain
19 period of time, and using that information, we
20 calculated what a per-month charge would have been
21 based on the budget.
22 Q. Does this include the cost for actually digging
23 the wells, drilling the wells, and --
24 A. Yes.
25 Q. All right. Next page, Monitoring, this assumes

1 there would be one graduate engineer onsite
2 24 hours day for 9 months?
3 A. Yes.
4 Q. Is there any premium generally paid for shifts
5 other than daytime?
6 A. Our office does not separate between shifts or do
7 the overtime.
8 Q. Do others?
9 A. They might. I don't know.
10 Q. I don't see any discussion here of what the
11 Inland budget was. Why is that?
12 A. There was not -- I don't believe there was a
13 budget item for that. We do know that monitoring
14 was taking place, and we recognized that, and it's
15 appropriate to make sure those pumps keep running.
16 Q. All right. Next page, Ventilation. I take it
17 that that is something that you didn't have in
18 the Inland budget as well but you felt was
19 appropriate?
20 A. It is.
21 Q. All right. Do you have any criticism of the
22 ventilation costs that were incurred in this
23 case?
24 A. No.
25 Q. Do you have any criticism of the monitoring cost

1  that was incurred in this case?

2  A.  No.

3  Q.  All right.  Security, do you know how many

4  security personnel were onsite at this location?

5  A.  I do not.

6  Q.  This document on page 917 has some numbers for

7  what invoices were paid to J. Mack Security; is

8  that correct?

9  A.  That is correct.

10  Q.  Do you know whether there are extra charges for

11  security guards for different shifts?

12  A.  I do not.

13  Q.  Do you know how many security guards were needed

14  to secure this site?

15  A.  I do not.

16  Q.  Do you have an opinion?

17  A.  All I can tell you, my reference is I've worked in

18  Macomb county a number of years and I've yet to

19  see a project -- a public works project have a

20  security guard other than this project.

21  Q.  This was a pretty big project, though?

22  A.  Yes.

23  Q.  So are you critical of they having security

24  onsite?

25  A.  We weren't questioning whether security was

1  required because it was provided.  We also

2  included it in our estimate.

3  Q.  All right.  Next page, Maintenance -- Traffic

4  Maintenance and Control, page 918.  Explain this

5  to me.

6  A.  Obviously with a sinkhole developing in a roadway

7  you had to protect the roadway from the public for

8  vehicles.  In order to do that here, the roads had

9  to be closed with barricades.  There were, I

10  believe, some local homes that fronted that area

11  with driveways, that there were temporary roads

12  that connected their driveways to get around the

13  area.

14  Q.  Do you know how many?

15  A.  I want to say three or four.  I'm not sure

16  exactly.

17  Q.  Okay.

18  A.  So in order to barricade the roads, keep the

19  traffic out, we include that in our estimate.  We

20  included the construction of a temporary road for

21  those few homes that needed access out to the

22  public road.

23  Q.  Do you have any criticism of the charges that

24  were incurred for traffic maintenance and

25  control?

1  A.  I don't know the totals that were incurred based

2  on the information we have, but based on the

3  budget, our number was, I think, slightly higher

4  than Inland's, and we used our number.

5  Q.  Next page, 919, Bulkhead Sewers, can you explain

6  this to me.

7  A.  In order to do the repair work, the temporary

8  bulkheads had to be -- essentially a more

9  permanent, longer-term bulkhead had to be put in

10  to allow the repair work to occur.

11  Q.  What's a bulkhead?

12  A.  A bulkhead is installed at the end of the pipe to

13  prevent the flows from coming through.

14  Q.  Okay.

15  A.  So there was one needed at each end of the work

16  area, and this document here, although it says

17  $50,000 each for them, it really is $250,000 each.

18  It was a typo, but the 250 is what is actually in

19  our estimate; so it's reflected properly in the

20  estimate.

21  Q.  So that should be $250,000 for the 11-inch (sic)?

22  A.  Yes.  And then Inland Waters did not have the

23  8-foot diameter bulkhead for the Clinton-Fraser

24  connection, so we included that.  And that was a

25  temporary bulkhead.

1  Q.  All right.  So each bulkhead -- each 11-inch

2  (sic) bulkhead cost $250,000?

3  A.  11-foot diameter.

4  Q.  I'm sorry.

5  A.  Yes.  250,000 each.

6  Q.  All right.  And how much for the 8-inch (sic)?

7  A.  $25,000.

8  Q.  Each?

9  A.  There was only one.

10  Q.  Okay.  Do you have any criticism of the amount

11  that was actually expended for the bulkheads?

12  A.  No.  I think we were -- once again, I don't know

13  what the final expenditure, but based on the

14  budget, we were comparable and we actually

15  included the 8-foot diameter that was not in their

16  budget.

17  Q.  All right.  Next page, 920, Temporary Earth

18  Retention System, can you explain this page to

19  me.

20  A.  The temporary earth retention system is a means of

21  shoring the soils around the work area.  In this

22  case, it was done by drilling 3-foot diameter

23  holes down to the depth of the sewer, filling them

24  with concrete, and on a staggering offset, another

25  36 inch with an H pile, which is steel I-beam in

1  it. So that as they excavated down, they could
2  brace the materials -- the soil materials back to
3  create a safe excavation.
4  Q. Do you have any criticism of the amount DWSD
5  spent on this part of the project?
6  A. When we compare it to the budget again -- and I
7  don't know what the final expenditures were, but
8  based on the budget, I believe our number was
9  slightly less by maybe a 100,000. So we're very
10 similar.
11 Q. All right. Next page, 921, Reconstruct Access
12 Shaft, explain this to me.
13 A. Yes. There is, according to the construction
14 plans, one of the access shafts to the sewer line
15 -- equates to a manhole -- had to be reconstructed
16 before the project was done so they could maintain
17 access to the sewer.
18 Q. Do you have any criticisms of the amount that was
19 spent on reconstructing the access shaft?
20 A. Once again, I don't know what the final amount was
21 spent on it, but our budget amount -- our estimate
22 is similar to the budget amount.
23 Q. All right. Page 922, Remove/Replace Pipe, what
24 is this?
25 A. This is the pipe removing -- the damaged 11-foot

1  diameter pipe and replacing it with a new pipe.
2  Q. Was the pipe here actually removed, the damaged
3  pipe?
4  A. I believe all of it or most of it was removed,
5  yes.
6  Q. All right. So this is your estimate of what it
7  should have cost?
8  A. Yes.
9  Q. Based on what you and your former associate knew
10 about the project?
11 A. Yes.
12 Q. Do you have any criticism of the amount that was
13 spent to remove and replace pipe?
14 A. Once again, I don't know the final expenditure,
15 but we did agree with many of the prices that were
16 budgeted and incorporated them where appropriate.
17 Q. All right. Next page, 923, Bulkhead Removal, is
18 this your estimate for the cost or your
19 associate's estimate for the cost of bulkhead
20 removal?
21 A. It is, yes.
22 Q. And how was this arrived at?
23 A. This is arrived at by the physical labor, looking
24 at the number of days the personnel actually took
25 to remove the bulkheads, keeping in mind that they

1  had to be removed by certified divers because they
2  were submerged in the sewage flows that were
3  coming through the pipe. So they manually had to
4  go in and take out parts of the bulkhead and get
5  it out of there.
6  Q. I don't see any provision in here for any safety
7  personnel, stand-by, anything like that. Isn't
8  that necessary when you have divers in this sort
9  of situation?
10 A. We note the use of three-man crew. Essentially
11 you have your diver in the hole and two-man safety
12 crew.
13 Q. So you only have one diver, you're saying?
14 A. Yes. They have to work in shifts.
15 Q. Do you have any criticism of the bulkhead removal
16 costs that were incurred by DWSD?
17 A. I don't know the final cost, but --
18 Q. All right. Next page, 924, Sewer TV & Cleaning,
19 it says it's from Inland Waters "Speedy Effort
20 Fixes Macomb Interceptor Giant Sinkhole." What's
21 that?
22 A. I believe that was a publication from Inland
23 Waters on a technique they used to clean out the
24 sewer after the project was done.
25 Q. Have you read it?

1  A. I remember skimming through it, but I don't
2  remember the details.
3  Q. Is that --
4  A. Looks familiar, yes.
5  Q. Okay. Have you ever been involved in a project
6  of sewer TV and cleaning like this one?
7  A. No.
8  Q. Do you know if your associate who wrote this had
9  been?
10 A. I don't know.
11 Q. All right. So the information in the top half is
12 from the article, and then Reality Check.
13 Explain what's below in the Reality Check.
14 A. Well, basically the information we pulled together
15 was the budget accounted for 2500 lineal feet of
16 pipe to be cleaned, and in going through the
17 information, it was referenced as over 5,000 feet
18 that were actually cleaned; so there was a large
19 discrepancy in the amount of footage. But based
20 on the budget, there was over $200 a foot to clean
21 the pipe, and we believe it's more appropriate at
22 $150 a foot was the right number. That's the
23 discrepancy. And we calculated a rough volume of
24 dirt that would come out of there.
25 Q. Do you know why the amount of pipe that was

1  cleaned was more than double the original
2  estimate?
3  A.  I do not know.
4  Q.  Do you know if that was appropriate or not
5  appropriate?
6  A.  I don't know.
7  Q.  Then on what did you base your opinion that it
8  should have cost $150 a linear foot to clean it
9  as opposed to $212 a linear foot that Inland
10  charged?
11  A.  I remember Nancy mentioning to me she had
12  checked -- I'll call them bid tabulations on
13  similar projects, what it cost to clean similar
14  pipes.  May not have been quite this large, but to
15  get an idea of the volume and cost per foot to
16  clean out some of those pipes.
17  Q.  That was just based on --
18  A.  Based on research.
19  Q.  How many projects did you look at?
20  A.  I don't know.
21  Q.  What size were the pipes?
22  A.  I don't know.
23  Q.  Or the condition of those pipes?
24  A.  I don't know.
25  Q.  What was in those pipes?

1  A.  I don't know.
2  Q.  What was in the pipes that were cleaned here?
3  A.  I don't know.
4      (Off the record at 3:11 p.m.)
5      (Back on the record at 3:11 p.m.)
6      BY MS. HATHAWAY:
7  Q.  Do you know how much dirt was taken out of the
8  pipes involved here?
9  A.  I don't know.
10  Q.  Do you know how difficult it was to clean these
11  pipes?
12  A.  No.
13  Q.  All right.  Next page, 925, Pavement Restoration,
14  what is this?
15  A.  This plan or this sheet and the next sheet is our
16  summary of the work items from the NTH plans on
17  the amount of concrete roadway that had to be
18  replaced, the stone base underneath the pavement,
19  the sidewalks, driveways when they repaired the
20  surface when they were done with the work.
21  Q.  Did Ferguson have anything to do with the
22  pavement restoration?
23  A.  I don't know.
24  Q.  Do you actually know what work was done for the
25  pavement restoration?

1  A.  I can only go off what the plans showed.
2  Q.  But you don't know what was actually done?
3  A.  No, I don't have any direct knowledge.
4  Q.  Was it concrete or asphalt that was used?
5  A.  Concrete.
6  Q.  Which is more expensive, concrete or asphalt?
7  A.  That can depend on how thick the asphalt is.
8  Q.  All right.  So on page 925, this is all from NTH
9  and 926 is from the NTH documents?
10  A.  They are calculated quantities based on their
11  plans, yes.
12  Q.  Do you know how much was actually spent?
13  A.  I do not.
14  Q.  Do you have criticisms of the amount that was
15  actually spent?
16  A.  No.  And I believe our budget -- our estimate was
17  actually higher than the budget prepared by
18  Inland.
19  Q.  Next page, 927, Utility Restoration, tell me
20  about this.
21  A.  A number of utility companies -- utilities were
22  damaged and relocated during the project.  We
23  listed them here and these are numbers taken
24  directly off of, I believe, the final estimate.
25  Q.  All right.  Do you have any criticisms of those

1  amounts?
2  A.  No.  They were direct expenses from the utility
3  companies.
4  Q.  All right.  And below the $821,000 item there,
5  what's below that?
6  A.  That is estimated quantities and a cost estimate
7  for the other public utilities such as water,
8  storm sewer and sanitary sewer, the local sewer
9  system.
10  Q.  Do you have any criticism of what was actually
11  spent on the utility restoration?
12  A.  I don't know what was actually spent, so, no.
13  Q.  All right.  Next page, 928, Landscape
14  Restoration, I take it this is your colleague's
15  estimate for landscape, what it would the cost in
16  her opinion?
17  A.  Yes.
18  Q.  Do you know whether the landscape restoration
19  amount that she has down here is -- how that
20  compares to what amount of work was actually
21  done?
22  A.  I do not know.
23  Q.  Do you know how much was actually paid to restore
24  the landscaping?
25  A.  I do not.

1  Q.  Do you have any criticism of the amount that DWSD
2  paid to restore the landscaping?
3  A.  No.  I don't know what they paid.
4  Q.  All right.  Page 929, Soil Erosion, again, is
5  this your colleague's estimate of the cost to
6  control and repair soil erosion?
7  A.  Yes.
8  Q.  Do you know how she arrived at these numbers?
9  A.  There was some quantities that we identified on
10  the plans as -- for the silt fencing and inlet
11  filters, and dust control and street sweeping were
12  common elements to be done.
13  Q.  Do you know how much was actually spent on these?
14  A.  I do not.
15  Q.  Do you have any criticism of the amount that was
16  spent?
17  A.  Once again, I do not know what they spent.
18  Q.  Next page, 930, Public Agencies.  It says "Assume
19  these costs would have been incurred regardless."
20  What does that mean?
21  A.  Essentially means we did not have to estimate it.
22  These are actual costs that were billed from these
23  communities to the project.
24  Q.  Do you have any criticism of those charges?
25  A.  No.

1  Q.  Do you know what DWSD actually paid?
2  A.  No.
3  Q.  All right.  Is that the last -- is the next page
4  here a duplicate of everything we've already been
5  looking at?
6  A.  It appears to be, yes.
7  Q.  Why don't you just take a minute to be sure that
8  the rest of the stuff is, in fact, a duplicate.
9  A.  It appears the only difference is the MIDDD
10  numbers on the bottom.
11  Q.  The what numbers?
12  A.  The MIDD numbers.
13  Q.  What are those?
14  A.  The document reference numbers.
15  Q.  Okay.  All right.  Sorry.  The Bates stamp
16  numbers, that's what we call them.
17  A.  Okay.
18  Q.  All right.  So sitting here today, to you have an
19  opinion as to whether DWSD overpaid for the sewer
20  interceptor project?
21  A.  Based on the cost estimate we put together, there
22  certainly is discrepancy in what was paid and
23  versus what our estimate shows.
24  Q.  And how do you know what was paid in total if you
25  don't know what was paid for individual amounts?

1  A.  The amount paid in total, we had seen in the
2  agreement when the county purchased the sewer
3  system from DWSD.  There's a line item in there
4  for that.
5  Q.  All right.  And you don't know how that was
6  broken up or what the additional charges were --
7  A.  I do not.
8  Q.  -- that were in that payment amount?
9  A.  Correct.
10  Q.  Do you have an opinion as to whether -- strike
11  that.
12  Let's back up.  Was there a change
13  found in the ground conditions of the area at any
14  time after the original estimate was prepared?
15  A.  I don't have any knowledge of that.
16  Q.  Do you know what the ground conditions were?
17  A.  No.
18  Q.  Was it clay?  Was it sand?  Was it silt?
19  A.  I don't know.
20  Q.  Does that make a difference in determining cost
21  to repair?
22  A.  It can in some instances, but since they were
23  sheeting and shoring the entire trench, they were
24  not sloping the material, you know, to prevent
25  cave-ins, the sheeting and shoring took care of

1  that situation.
2  Q.  Did they have difficulty with the sheeting and
3  shoring because of the conditions they found?
4  A.  I don't know.
5  Q.  Do you know what the groundwater pressure head
6  within the aquifer was?
7  A.  No.
8  Q.  Do you know what the typical sewage flow through
9  those -- through that interceptor was?
10  A.  No, I don't.
11  Q.  Do you know if it varied in wet weather or dry
12  weather?
13  A.  A sewer this size does vary in wet weather and dry
14  weather.  I do know that.
15  Q.  Do you know how much?
16  A.  I do not.
17  Q.  Have you ever worked with Inland Waters?
18  A.  Yes.
19  Q.  Who have you worked with there?
20  A.  I say "we" as the company has.  I do not know the
21  individuals.
22  Q.  Has your company had good results from Inland?
23  A.  As far as I know.
24  Q.  You haven't had any problems that you're aware
25  of?

1 A. No.
2 Q. You agree that there was an emergency and
3 emergency bypass needed to be created, correct?
4 A. At the onset of the project, yes.
5 Q. Do you know what the dewatering company did prior
6 to the bypass being put in?
7 A. No, I don't.
8 Q. What do you think they did? What would they
9 normally do if you were trying to create a bypass
10 in the situation?
11 A. Well, quite frankly, we viewed everything that
12 occurred prior to September 30th as we were not
13 disputing that; so we did not question or even
14 evaluate what they were doing at that point. We
15 took it as it was a true emergency, these are the
16 expenses, and we just took it at face value.
17 Q. Why was it an emergency? What were the risks
18 associated with it?
19 A. The main emergency is the fact that the sewage
20 flows will back up and flood basements upstream
21 from that.
22 Q. And that's a real health risk?
23 A. That's a significant health risk.
24 Q. All right. Do you know how many dewatering wells
25 were eventually used?

1 A. I don't know exactly, but I recall somewhere
2 around 12 were planned.
3 Q. Do you know if more than that were done?
4 A. I do not.
5 Q. Do you know what the initial dewatering plan was,
6 how many dewatering wells and the size and
7 diameter was planned to be?
8 A. I don't know the size. I recall seeing
9 information they were to be 100-feet deep each.
10 And I recall somewhere around 12 or 13 wells were
11 planned.
12 Q. Do you have any criticism if there were, in fact,
13 13 dewatering wells used?
14 A. No.
15 Q. Do you have any indication from any source that
16 the dewatering company in any way was involved
17 with any misconduct in this case?
18 A. I have no knowledge of that right now.
19 Q. All right. What did they use for short-term
20 stabilization of the sinkhole adjacent to the
21 residences?
22 A. Based on what I saw in the NTH plans, I believe
23 they installed steel sheeting.
24 Q. Do you think that was appropriate?
25 A. I have no reason to question it.

1 Q. Do you know -- have you ever been involved in jet
2 grouting?
3 A. No.
4 Q. Do you know what jet grouting was used here?
5 A. No.
6 Q. Do you know how big the sheet pile wall was?
7 A. Well, looking at the plans, I couldn't tell you.
8 Q. All right. Were there problems with vibration
9 from the installation of the sheet piles?
10 A. I have no idea.
11 Q. Is that a risk?
12 A. No idea.
13 Q. Can it cause damage?
14 A. Vibration can cause damage, yes.
15 Q. Could this kind of damage cause -- could this
16 kind of vibration cause damage to the sewer or
17 adjacent properties?
18 A. I don't know.
19 Q. Do you know how it's abated?
20 A. No.
21 Q. Do you know how it was abated here?
22 A. I don't know that it occurred here.
23 Q. Are you familiar with the two jet grout walls
24 that were constructed by LDS?
25 A. I only remember seeing reference to jet grouting,

1 but the particulars, I don't know.
2 Q. Was that taken into account in your estimate?
3 A. I believe it was, yes.
4 Q. The jet grouting?
5 A. I remember seeing an item. I believe we relied on
6 -- we had no reason to object to the budget that
7 Inland had put together for that.
8 Q. Was compaction grouting done?
9 A. I don't know.
10 Q. What is compaction grouting?
11 A. I'm not familiar with that.
12 Q. Do you know what it cost here?
13 A. No.
14 Q. Do you know if there were alternatives considered
15 for how a permanent repair would be done?
16 A. I do not know.
17 Q. Were there alternatives here to how a permanent
18 repair could be done?
19 A. I don't know.
20 Q. Why don't you know?
21 A. That would have occurred during the design phase
22 and we're not involved with that at all.
23 Q. So you can't -- you can't criticize any of the
24 decisions that were made in regard to the
25 permanent repair as to what decisions were made

1 how to do it?
2 A. We didn't question the design at all. That was
3 outside the scope of our services.
4 Q. Do you know if it was more expeditious and cost
5 effective to construct a recovery shaft
6 encompassing the physical limits of the damaged
7 section of the sewer, and then remove the damaged
8 sewer, install new piping and backfill the shaft?
9 A. I have no idea.
10 Q. Were there other alternatives that would have
11 been cheaper?
12 A. I have no idea.
13 Q. Do you know if that was a reasonable way to go
14 about it?
15 A. I don't know.
16 Q. All right. As part of the permanent repair were
17 bulkheads used?
18 A. Yes.
19 Q. Do you have any criticism of the cost of the
20 bulkheads as part of the permanent repair?
21 A. I don't know what the final amount was paid for
22 the bulkheads, so I don't have a criticism on it.
23 Q. Do you know what activities were needed in regard
24 to installation of the bulkhead?
25 A. Generally, yes.

1 Q. Explain them to me.
2 A. Once again, the bulkheads had to be installed by
3 divers and various shifts with safety personnel.
4 They were -- longer-term bulkheads, I believe
5 we're talking about, were made of steel, had to
6 be, you know, assembled in the sewer to create
7 that bulkhead.
8 Q. How easy is it get sufficient divers to do
9 work like this?
10 A. I don't know.
11 Q. Do you know if there's any difficulty securing
12 divers in this case?
13 A. I don't know.
14 Q. Have you ever used divers to do work like this?
15 A. I've not used a diver before.
16 Q. All right. Are you aware of how the bulkheads
17 were actually constructed?
18 A. No.
19 Q. Do you know if they were built onsite or
20 prefabricated?
21 A. Not certain, no.
22 Q. Do you know where they were installed?
23 A. Generally one was installed upstream of the break
24 and one was installed downstream of the break.
25 Q. Do you know what pressure they were designed to

1 hold back?
2 A. I do not.
3 Q. Does the amount of pressure they're designed to
4 hold back affect the cost?
5 A. Certainly affects the design.
6 Q. Does it affect the cost?
7 A. It may.
8 Q. Do you know what was needed to prepare the sewer
9 for construction of the steel bulkhead?
10 A. I'm not sure I follow that.
11 Q. Well, are you aware that they used temporary dams
12 and put sandbags?
13 A. Yes.
14 Q. What was that designed to do?
15 A. If I understand it correctly, those were designed
16 or installed to help relieve or reduce the
17 pressure that the divers had to work against and
18 allow some temporary bypass pumping to pull the
19 water out and help relieve the pressure for the
20 divers.
21 Q. Was that successful?
22 A. Based on documents I reviewed, initially it was
23 not successful, and they had to alter their
24 methods to create that.
25 Q. Would that have increased the cost of the project

1 if things had to be done more than once or
2 different ways tried?
3 A. It would, yes.
4 Q. What did they use as an alternative to the
5 sandbags?
6 A. I believe they used some fabric baskets over --
7 that contained cement bags in it.
8 Q. Do you know if there were various bladders and
9 commercially available metal and rubber sealing
10 plates that could have been used?
11 A. I don't know.
12 Q. Do you know if they used grout-filled geobags?
13 A. I don't know.
14 Q. Would that have been appropriate?
15 A. I do not know.
16 Q. Do you know -- assume for a moment they did. Do
17 you know how big they were?
18 A. No.
19 Q. Do you know how much they cost?
20 A. No.
21 Q. Do you know when the steel bulkhead was
22 completed?
23 A. No, I don't recall.
24 Q. Do you know if the divers had to be supported by
25 laborers --

1  A.  I don't.

2  Q.  -- to keep the area dry?

3  A.  I don't know.

4  Q.  Did you include that cost in your cost estimate?

5  A.  I don't know.

6  Q.  Did any concrete have to be removed from the

7  sinkhole?

8  A.  I didn't see any reports of that, but I would

9  imagine the concrete pipe itself could be taken

10  out.

11  Q.  Did you have an estimate for what it would cost

12  to remove that?

13  A.  That was included in our pipe replacement, yes.

14  Q.  All right.  Was there an issue -- what's precut

15  elevation?

16  A.  Precut elevation?

17  Q.  Um-hmm.

18  A.  I'm not certain.  I've never used that

19  terminology.

20  Q.  All right.  Was there a problem with a potential

21  collapse of the new sewer system during the

22  installation of the recovery shaft walls?

23  A.  I don't know.

24  Q.  Do you know what they had to do to mitigate a

25  risk of that?

1  A.  I do not.

2  Q.  Do you know if they had to insert probes into

3  the -- perpendicular to the sewer for any

4  purpose?

5  A.  I don't know.

6  Q.  Would you be critical if they used probes?

7  A.  I have no reason to question what they were doing

8  on that.

9  Q.  Do you know what it would cost to do that?

10  A.  No.

11  Q.  Is that in your cost estimate?

12  A.  No.

13  Q.  During the preparation of the recovery shaft, was

14  a shaft constructed around the manhole cover or

15  the manhole?  Are you aware of that?

16  A.  No.

17  Q.  Would there be a cost associated with preparing

18  an 18-foot diameter shaft?

19  A.  Certainly there would be.

20  Q.  Was that contained in your cost estimate?

21  A.  If I'm not mistaken, that access shaft was part of

22  the earlier emergency work.

23  Q.  No.

24  A.  No?  Then I'm not certain what you're talking

25  about.

1  Q.  This was a shaft that was to facilitate the

2  installation of the west segment steel bulkhead

3  and improve increased access.  Was that no?

4  A.  I'm not aware of that.

5  Q.  All right.  Would you have a criticism of using

6  such an approach?

7  A.  No.

8  Q.  Do you know what the cost of that approach would

9  be?

10  A.  I do not.

11  Q.  Do you know if it was necessary?

12  A.  I don't.

13  Q.  Do you know when the west segments of the

14  bulkhead was completed?

15  A.  I don't.

16  Q.  Do you know that they worked for 24 hours a day

17  for an extended period of time?

18  A.  Based on some of the daily reports I saw, they had

19  some nightshifts and dayshifts.

20  Q.  Do you know what the subsurface conditions that

21  were found proximate to the adjacent homes was?

22  A.  No, I don't.

23  Q.  The longer the sinkhole remained open, was there

24  more risk of damage to adjacent properties?

25  A.  Before or after it was stabilized?

1  Q.  After it was stabilized.

2  A.  After it was stabilized, the risk is reduced

3  significantly.

4  Q.  Is it still a risk?

5  A.  I don't know.

6  Q.  You don't know?

7  A.  I don't know.

8  Q.  Do you know that a drilled-pier concrete wall was

9  used in the project?

10  A.  Yes.

11  Q.  What was it used for?

12  A.  It was included in our estimate as a temporary

13  earth-retaining system.

14  Q.  The design of the wall as built, was it the same

15  as the design that was assumed in the initial

16  estimate -- cost estimate?

17  A.  I don't know.

18  Q.  How many concrete piers were assumed to be needed

19  in the original estimate?

20  A.  I don't know what they included in their original

21  estimate.

22  Q.  What did you include in your original estimate?

23  A.  I believe we counted 230 of those piers on the

24  plan.

25  Q.  All right.  Was there an internal bracing system

1 also used?
2 A. Yes.
3 Q. Do you have any criticism of the internal bracing
4 system that was used?
5 A. No.
6 Q. Do you know what the cost of that was?
7 A. I don't know the actual cost of that.
8 Q. All right. Were there problems with the tips of
9 the piers because the wall crossed the existing
10 sewer line?
11 A. I have no knowledge of that.
12 Q. Do you know when the excavation of the recovery
13 shaft and the installation of the interior
14 bracing was started?
15 A. No, I don't.
16 Q. How long would you expect that task to take?
17 A. I don't know.
18 Q. Was there a need for excavation -- I'm sorry, was
19 there a need during excavation for additional
20 bracing?
21 A. I'm not aware of it.
22 Q. It's possible?
23 A. Could be.
24 Q. You wouldn't be critical if there was?
25 A. No.

1 Q. If that had been added?
2 A. Correct.
3 Q. On the east end of the shaft the tunnel was about
4 4 feet below the bottom of the excavation. Are
5 you familiar with that?
6 A. No.
7 Q. Were you aware that it was determined that they
8 couldn't remove the tunnel liner there without
9 causing a problem with stability of the
10 excavation support system?
11 A. No. None of this was reflected in the documents
12 we've reviewed so far.
13 Q. Okay. That would be an extra cost if that was
14 the case?
15 A. If it occurred, yes.
16 Q. Was a mud mat used here?
17 A. I don't recall seeing a mud mat on the plans, but
18 they did provide a poured-concrete base to support
19 the pipe, which would be similar to a mud mat.
20 Q. Do you know if a mud mat was used here?
21 A. I don't recall seeing that terminology, but they
22 did something that would be very similar to a mud
23 mat.
24 Q. All right. After either a mud mat or the
25 technology that you talked about, did your plan

1 assume that there would need to be grouting of
2 underlying soils?
3 A. I believe that was called for on the NTH plans. I
4 know it was reflected in the budget from Inland
5 Waters, some grouting.
6 Q. Do you know how many -- there were a series of
7 borings drilled. Do you know how many?
8 A. No.
9 Q. Do you know how many were on the plan?
10 A. No.
11 Q. Do you know how large the replacement sewer line
12 was designed to be?
13 A. I recall a little over 200 feet -- 220 feet or so.
14 Q. Did the pipe have to be coated with anything to
15 improve the strength of the pipe and its
16 resistance to chemicals?
17 A. I was not aware of that.
18 Q. Was it reflected in the budget?
19 A. I didn't see it anywhere.
20 Q. Do you know if it was done?
21 A. No, I do not.
22 Q. Do you know if in connection with the
23 installation of the replacement pipe reinforced
24 concrete closure elevation systems were needed?
25 A. Can you repeat that.

1 Q. Sure.
2 A. I lost track there.
3 Q. Do you know if in conjunction with the
4 installation of the replacement pipe reinforced
5 concrete enclosure sections were needed?
6 A. No. I'm not aware of it.
7 Q. Was that in your budget?
8 A. I'm not sure.
9 Q. What are hydrofill water stops?
10 A. Say that again.
11 Q. Hydrofill.
12 A. I don't know exactly.
13 Q. Do you know if they were used on this project?
14 A. I do not know.
15 Q. Do you know if they were necessary?
16 A. I don't know.
17 Q. Do you know if they were included in your budget?
18 A. They were not.
19 Q. Was special concrete needed for the closure to
20 reduce the permeability of the concrete and
21 improve the resistance to hydrosulfide gas?
22 A. I don't know if it was used.
23 Q. Do you know if it was necessary?
24 A. I do not.
25 Q. Was that noted -- was that assumed in your

1  budget?
2  **A.  We did not mention that.**
3  Q.  I'm sorry?
4  **A.  We did not mention that in our budget.**
5  Q.  How was the pipe supported?
6  **A.  I don't know.**
7  Q.  Did your budget call for the pipe to be
8  supported?
9  **A.  Only thing I noted on that is the NTH plans did**
10  **call for some pipe support.  I don't recall**
11  **exactly what it was.**
12  Q.  Did you figure a cost in for that pipe support?
13  **A.  Pipe support was reflected in the concrete that**
14  **was surrounding the pipe to support it.**
15  Q.  Did it have to be reinforced concrete or just
16  concrete?
17  **A.  Reinforced.**
18  Q.  Where was that cost in your budget?
19  **A.  That is in the concrete numbers used for the pipe**
20  **installation.**
21  Q.  Were steel beams needed to install the pipe
22  sections?
23  **A.  I don't know.**
24  Q.  Would there be a cost associated with that?
25  **A.  If they were used, yes.**

1  Q.  After a pipe is installed, from the top of the
2  concrete cradle to about 18 inches above the
3  crown pipe, it was filled with something.  Do you
4  know what that was?
5  **A.  I recall some fly ash fill, I believe it was**
6  **called.**
7  Q.  And do you know what the purpose of that was?
8  **A.  It's a little more solid than just sand backfill,**
9  **gives a little more strength and support to the**
10  **pipe.**
11  Q.  Was that considered in your cost estimate?
12  **A.  Yes, it was.**
13  Q.  What elevation was this project at?  Do you know?
14  **A.  Ground elevation?**
15  Q.  Yes.
16  **A.  The pipe elevation or the above ground?**
17  Q.  The pipe.
18  **A.  I don't know the actual elevation number, but it**
19  **was somewhere in the vicinity of 60 feet below**
20  **ground.**
21  Q.  Do you know what the water table is there?
22  **A.  I do not.**
23  Q.  What needed to be done after the pipe was in
24  place and the fill material is in place?
25  **A.  You need to -- after the pipe and fill was in**

1  **place, you needed to essentially construct the**
2  **local utilities, and then pave the road and**
3  **restore the project area.**
4  Q.  At what point was the sewer cleaning necessary?
5  **A.  I don't know.  I don't know.**
6  Q.  Within the 8-foot -- there was a section of
7  8-foot pipe.  Are you aware of that?
8  **A.  I know there was an 8-foot sewer that serves**
9  **Fraser and Clinton, I think.**
10  Q.  Do you know how that was cleaned?
11  **A.  I do not.**
12  Q.  Do you know if they were able to clean the rest
13  of the sewer -- the 11-foot diameter using the
14  same technique, or was there a problem that they
15  had to use a special technique to do the
16  cleaning?
17  **A.  I know that they cleaned the 11-foot diameter**
18  **pipe.  I don't know if any special problems**
19  **occurred.**
20  Q.  If there were significant deposits of sludge and
21  soils between the 18-foot diameter shaft and the
22  corridor interceptor, could those materials --
23  did you assume those materials could be removed
24  by standard pipe cleaning methods?
25  **A.  Yes.**

1  Q.  If that wasn't the case and other methods for
2  cleaning had to be used, could that account for
3  the increase in the cost of cleaning this pipe as
4  compared to what your associate found in regard
5  to some other projects?
6  **A.  I don't know.  It would depend on the methods**
7  **maybe.**
8  Q.  Well, could they use cables and brackets?
9  **A.  I'm not sure.**
10  Q.  Could they use track wheel or skid steer
11  machines?
12  **A.  I expect so, yes.  They're small enough.**
13  Q.  If that wasn't the case, what were the
14  alternatives for cleaning the pipe?
15  **A.  Hand-digging, hauling it out in buckets.**
16  Q.  Are you aware of a procedure using a portable dam
17  with an underflow?
18  **A.  I've heard of it.  I've never seen it used.**
19  Q.  Is that a patented process?
20  **A.  I have no idea.**
21  Q.  Do you know what that procedure costs compared to
22  standard pipe cleaning?
23  **A.  I do not.**
24  Q.  Would you have criticism of DWSD if they had used
25  that patented process rather than having people

1  go down using hand by bucket?

2  **A. I have no opinion on that one.**

3  Q.  Do you know how much material was removed from

4  the 11-inch diameter -- the 11-foot -- I keep

5  saying 11-inch.  I guess I can't believe it's

6  that big -- 11-foot diameter pipe?

7  **A. I don't know how much was removed.**

8  Q.  Would that make a difference in the cost?

9  **A. Yes.**

10  Q.  And that wasn't in your budget?

11  **A. We had cleaning in our budget, yes.**

12  Q.  But not that special cleaning that we just

13  discussed?

14  **A. Correct.**

15      MS. HATHAWAY: Could I just take a

16  minute, please.

17      (Off the record at 3:50 p.m.)

18      (Back on the record at 3:57 p.m.)

19      **BY MS. HATHAWAY:**

20  Q.  Did you have any conversations with anyone on

21  behalf of Macomb other than counsel in regard to

22  giving you -- you particularly your instructions

23  and what they wanted you to do in this case?

24  **A. I did not, no.**

25  Q.  You didn't talk to Victor (sic) Marrocco at all?

1      **MR. ADDIS:** Anthony.

2      (Off the record at 3:57 p.m.)

3      (Back on the record at 3:58 p.m.)

4      **BY MS. HATHAWAY:**

5  Q.  Mr. Marrocco, did you ever talk to Mr. Marrocco

6  about anything associated with this assignment?

7  **A. I have not.**

8      MS. HATHAWAY: All right.  I'm done.

9  Thank you very much.

10      **THE WITNESS:** Thank you.

11      **EXAMINATION**

12      **BY MR. ADDIS:**

13  Q.  I don't normally do this, but I have just a few

14  clarifying questions.

15      MS. HATHAWAY: You know that means I'll

16  have clarifying questions.

17      **MR. ADDIS:** I know it will.

18      **BY MR. ADDIS:**

19  Q.  You were just asked a question about contacts

20  with Mr. Marrocco.

21  **A. Yes.**

22  Q.  Prior to this litigation did Mr. Marrocco ever

23  ask you to do anything on this case directly?

24  **A. Myself, no.**

25  Q.  Okay.  At some point in time, as you provided

1  that here, AEW did a review of Inland's budget.

2  Is that correct or incorrect?

3  **A. That is correct.**

4  Q.  In fact, is it correct or incorrect that Inland

5  had two budgets, first a preliminary one and then

6  a final one?  Do I have that right?

7  **A. Yes.**

8  Q.  And if I'm wrong, tell me, okay?

9      What were you asked to provide to

10  Macomb, AEW, and when were you asked to provide

11  it?

12  **A. We were asked to provide an engineer's opinion of**

13  **cost for the repair work, and that was in roughly**

14  **March, I believe, of '11 -- 2011.**

15  Q.  Okay.  And as you testified here today, in that

16  comparison, you were sometimes higher than Inland

17  on some portions and lower than Inland on others;

18  is that accurate or inaccurate?

19      MS. HATHAWAY: Objection, leading.

20      **BY MR. ADDIS:**

21  Q.  You can say yes or no.

22  **A. Yes.**

23      MS. HATHAWAY: That means it's leading,

24  doesn't it?

25      **BY MR. ADDIS:**

1  Q.  Accurate or inaccurate?

2  **A. Accurate.**

3  Q.  How did you become aware of the final price?

4  **A. We saw the final price in the agreement for the**

5  **purchase of the sewer system from Detroit by**

6  **Macomb County.**

7  Q.  Okay.  In the estimate that you provided to

8  Macomb, what was your final number, the budget?

9  **A. $28,828,490.**

10  Q.  And the final number that you finally located was

11  what, the final price paid?

12  **A. 54 million, and I don't know the change after**

13  **that.**

14  Q.  Okay.

15      MR. ADDIS: I don't have anything more.

16      RE-EXAMINATION

17      **BY MS. HATHAWAY:**

18  Q.  Your estimate was based on largely your review of

19  the Inland budget, correct?

20  **A. And the NTH plans.**

21  Q.  All right.  The Inland budget changed

22  significantly as they did the project.

23  **A. At some point it changed.  All I have is the**

24  **beginning budget and the final summary.**

25  Q.  All right.  So Inland thought that it was going

Page 81

1  to cost substantially less than it did until they
2  got in and saw the work that needed to be done,
3  right?
4  **A.  I don't know why their cost changed.**
5  Q.  And you don't know what happened in the project
6  different from what their preliminary budget was?
7  **A.  That is correct.**
8     **MS. HATHAWAY:** I have no more
9  questions.
10    **MR. ADDIS:** We're done.
11    (The deposition was concluded at 4:01 p.m.
12  Signature of the witness was not requested by
13  counsel for the respective parties hereto.)
14
15
16
17
18
19
20
21
22
23
24
25

Page 82

1                    CERTIFICATE OF NOTARY
2  STATE OF MICHIGAN     )
3                        ) SS
4  COUNTY OF MACOMB      )
5
6          I, MELINDA S. MOORE, certify that this
7      deposition was taken before me on the date
8      hereinbefore set forth; that the foregoing
9      questions and answers were recorded by me
10      stenographically and reduced to computer
11      transcription; that this is a true, full and
12      correct transcript of my stenographic notes so
13      taken; and that I am not related to, nor of
14      counsel to, either party nor interested in the
15      event of this cause.
16
17
18
19
20      *Melinda S. Moore*
21
22          MELINDA S. MOORE, CSR-2258
23              Notary Public,
24              Macomb County, Michigan
25      My Commission expires:  September 6, 2016

13-53846-tjt    Doc 6015-12    Filed 07/14/14    Entered 07/14/14 23:41:47    Page 22 of
65

BUDGET – AS OF SEPTEMBER 30, 2004.

| | QTY | UNIT | L | LABOR | M | MATERIAL | E | EQUIPMENT | S | SUB | TOTAL | OH% & BONDS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MOBILIZATION** | | | | | | | | | | | | | |
| NWC | 5.00 | DAYS | 2,500.00 | 12,500.00 | 1,000.00 | 5,000.00 | 2,500.00 | 12,500.00 | 500.00 | 2,500.00 | 32,500.00 | 4,975.00 | 37,375.00 |
| Mexico | 5.00 | DAYS | | | | | | | 4,000.00 | 20,000.00 | 20,000.00 | 2,000.00 | 22,000.00 |
| Denver | 10.00 | DAYS | | | | | | | 3,500.00 | 35,000.00 | 35,000.00 | 3,500.00 | 38,500.00 |
| Konwiki | 6.00 | DAYS | | | | | | | 8,000.00 | 36,000.00 | 36,000.00 | 3,600.00 | 39,600.00 |
| O'Laughlin | 2.00 | DAYS | | | | | | | 4,000.00 | 8,000.00 | 8,000.00 | 800.00 | 8,800.00 |
| Thompson | 3.00 | DAYS | | | | | | | 3,500.00 | 10,500.00 | 10,500.00 | 1,050.00 | 11,550.00 |
| Mack | 1.00 | DAYS | | | | | | | 1,000.00 | 1,000.00 | 1,000.00 | 100.00 | 1,100.00 |
| Ronschke | 6.00 | DAYS | | | | | | | 7,000.00 | 42,000.00 | 42,000.00 | 4,200.00 | 46,200.00 |
| LDAS | 1.00 | LS | | | | | | | 100,000.00 | 100,000.00 | 100,000.00 | 10,000.00 | 110,000.00 |
| General Conditions | | | | | | | | | | | | | |
| **STAKING** | | | | | | | | | | | | | |
| LDAS | 12.00 | MO | | | | | | | 40,000.00 | 480,000.00 | 480,000.00 | | |
| STAKING | 1.00 | LS | 30,000.00 | 30,000.00 | 20,000.00 | 20,000.00 | | 30,000.00 | | | 80,000.00 | 8,000.00 | 88,000.00 |
| **GENERAL CONDITIONS** | | | | | | | | | | | | | |
| PROJECT MANAGEMENT | | | | | | | | | | | | | |
| ENGINEER | 52.00 | WEEKS | 9,000.00 | 468,000.00 | | | | | | | 468,000.00 | 70,200.00 | 538,200.00 |
| SUPERINTENDENT | 52.00 | | 8,000.00 | 416,000.00 | | | | | | | 416,000.00 | 62,400.00 | 478,400.00 |
| SECURITY | 104.00 | | 4,000.00 | 416,000.00 | | | | | | | 416,000.00 | 62,400.00 | 478,400.00 |
| TIMBERS | 260.00 | MO | | | | | | | 400.00 | 104,000.00 | 104,000.00 | 15,600.00 | 119,600.00 |
| CLERICAL | 555.00 | WKS | 400.00 | 62,400.00 | | | | | 1,000.00 | 60,000.00 | 62,400.00 | 9,360.00 | 71,760.00 |
| UTILITIES | 1.00 | LS | | | | | | | | | | | |
| PHONES | 48.00 | MO | | | | | | | 300.00 | 14,400.00 | 14,400.00 | 2,160.00 | 16,560.00 |
| ELECTRICAL | 60.00 | MO | | | | | | | 200.00 | 12,000.00 | 12,000.00 | 1,800.00 | 13,800.00 |
| MOS/DEMOB | 1.00 | LS | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | | 40,000.00 | 30,000.00 | 4,500.00 | 34,500.00 |
| PERMITS | 1.00 | LS | | | | 10,000.00 | | | | | 10,000.00 | 1,500.00 | 11,500.00 |
| FENCE | 10,000.00 | LF | | | 18.00 | 10,000.00 | | | 4.00 | 40,000.00 | 40,000.00 | 6,000.00 | 46,000.00 |
| **DEWATERING** | | | | | | | | | | | | | |
| INSTALLATION | 1,800.00 | LF | 10.00 | 18,000.00 | 10.00 | 18,000.00 | 10.00 | 18,000.00 | | | 54,000.00 | 5,400.00 | 59,400.00 |
| PUMPS | 240.00 | EA | 50.00 | 12,000.00 | 10.00 | 2,400.00 | 3,000.00 | 720,000.00 | | | 734,400.00 | 73,440.00 | 807,840.00 |
| MAINTENANCE | 365.00 | DAYS | 2,100.00 | 766,500.00 | | | | | | | 766,500.00 | 76,840.00 | 807,840.00 |
| MORSE SHEETING | 8,600.00 | SF | 10.00 | 86,000.00 | 18.00 | 154,800.00 | 10.00 | 86,000.00 | | | 354,400.00 | 33,440.00 | 387,840.00 |
| **BY PASS PUMPING(TEMP)** | | | | | | | | | | | | | |
| MERSINO | 50.00 | DAYS | 6,000.00 | 990,000.00 | 1,000.00 | 36,000.00 | 4,000.00 | 120,000.00 | | | 330,000.00 | 33,000.00 | 363,000.00 |
| THOMPSON | 10.00 | DAYS | 1,000.00 | 10,000.00 | 1,000.00 | 10,000.00 | 1,500.00 | 15,000.00 | | | 35,000.00 | 3,500.00 | 38,500.00 |
| O'LAUGHLIN | 10.00 | DAYS | 4,000.00 | 40,000.00 | 5,000.00 | 50,000.00 | 3,000.00 | 30,000.00 | | | 120,000.00 | 12,000.00 | 132,000.00 |
| PIPING-12" | 6,000.00 | LF | 3.00 | 18,000.00 | 2.00 | 12,000.00 | 2.00 | 12,000.00 | | | 42,000.00 | 4,200.00 | 46,200.00 |
| PIPING-36" | 6,000.00 | LF | 5.00 | 30,000.00 | 60.00 | 360,000.00 | 5.00 | 30,000.00 | | | 420,000.00 | 42,000.00 | 462,000.00 |
| MAINTENANCE | 40.00 | DAYS | 2,500.00 | 100,000.00 | 500.00 | 20,000.00 | 1,000.00 | 40,000.00 | | | 160,000.00 | 16,000.00 | 176,000.00 |
| SECTOR SHAFT #5 | 40.00 | days | 6,000.00 | 240,000.00 | 1,000.00 | 40,000.00 | 6,000.00 | 240,000.00 | | | 520,000.00 | 78,000.00 | 598,000.00 |
| SECTOR SHAFT #2 | | | | | | | | | 600,000.00 | | 600,000.00 | 60,000.00 | 660,000.00 |
| SECTOR SHAFT #2 | | | | | | | | | 600,000.00 | | 600,000.00 | 60,000.00 | 660,000.00 |

DWSD001027

| Description | QTY | UNIT | L | LABOR | M | MATERIAL | E | EQUIPMENT | S | SUB | TOTAL | OH&P BONDS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DISCHARGE SHAFT (TEMP) | | | | | | | | $ 35,000.00 | | | $ 35,000.00 | $ 3,000.00 | $ 35,000.00 |
| DISCHARGE (PERMANENT) | | | | | | | | $ 700,000.00 | | | $ 700,000.00 | $ 70,000.00 | $ 770,000.00 |
| BY-PASS PUMP (PERMANENT) | | | | | | | | | | | | | |
| 2-37" X 3 PLUS 2-24"C3 | 12.00 | MO | $ 1,000.00 | $ 12,000.00 | $ 3,000.00 | $ 36,000.00 | $ 148,620.26 | $ 1,789,445.12 | | | $ 1,807,445.12 | $ 271,116.47 | $ 2,078,559.59 |
| STAND-BY 52-P PLUS B-307 Outlet | 12.00 | MO | $ 500.00 | $ 6,000.00 | $ 1,000.00 | $ 12,000.00 | $ 69,960.00 | $ 839,520.00 | | | $ 857,520.00 | $ 128,628.00 | $ 986,148.00 |
| Stand-by Pumps 532"B 1-24" | 12.00 | mo | $ 1,000.00 | $ 12,000.00 | $ 800.00 | $ 7,200.00 | $ 8,480.00 | $ 101,760.00 | | | $ 120,960.00 | $ 18,144.00 | $ 139,104.00 |
| Accessories | 16.00 | ea | $ 3,000.00 | $ 48,000.00 | $ 5,000.00 | $ 80,000.00 | $ 3,000.00 | $ 48,000.00 | | | $ 176,000.00 | $ 26,400.00 | $ 202,400.00 |
| PIPING | 1.00 | LS | $ 50,000.00 | $ 50,000.00 | $ 10,000.00 | $ 10,000.00 | $ 30,000.00 | $ 30,000.00 | | | $ 90,000.00 | $ 9,000.00 | $ 99,000.00 |
| CHAMBERS | 6.00 | EA | $ 15,000.00 | $ 120,000.00 | $ 15,000.00 | $ 120,000.00 | $ 6,000.00 | $ 48,000.00 | | | $ 288,000.00 | $ 28,800.00 | $ 316,800.00 |
| MAINTENANCE | 600.00 | DAYS | $ 1,200.00 | $ 720,000.00 | $ 925.00 | $ 185,000.00 | $ 300.00 | $ 180,000.00 | | | $ 1,085,000.00 | $ 108,500.00 | $ 1,194,500.00 |
| PIPING -16 - 35" | 1.00 | LS | $ 15,000.00 | $ 15,000.00 | $ 36,000.00 | $ 36,000.00 | $ 12,000.00 | $ 12,000.00 | | | $ 57,000.00 | $ 5,700.00 | $ 62,700.00 |
| VALVES - 2-39" | 2.00 | EA | $ 2,000.00 | $ 4,000.00 | $ 49,000.00 | $ 80,000.00 | $ 500.00 | $ 1,000.00 | | | $ 85,000.00 | $ 8,500.00 | $ 93,500.00 |
| VALVES-CHECK-35"A-30" | 2.00 | EA | $ 2,000.00 | $ 4,000.00 | $ 40,000.00 | $ 80,000.00 | $ 600.00 | $ 1,000.00 | | | $ 85,000.00 | $ 8,500.00 | $ 93,500.00 |
| CHECK VALVES-35"A-24" | 2.00 | EA | $ 6,000.00 | $ 12,000.00 | $ 35,000.00 | $ 70,000.00 | $ 3,000.00 | $ 6,000.00 | | | $ 88,000.00 | $ 8,800.00 | $ 96,800.00 |
| 42" PIPE, TEES &REDUCERS-WEST END | 1.00 | LS | $ 20,000.00 | $ 20,000.00 | $ 30,000.00 | $ 30,000.00 | $ 15,000.00 | $ 15,000.00 | | | $ 65,000.00 | $ 6,500.00 | $ 71,500.00 |
| 42" VALVE | 1.00 | EA | $ 7,000.00 | $ 7,000.00 | $ 60,000.00 | $ 60,000.00 | $ 7,000.00 | $ 7,000.00 | | | $ 74,000.00 | $ 7,400.00 | $ 81,400.00 |
| VALVES - 1-24" | 3.00 | EA | $ 3,000.00 | $ 9,000.00 | $ 30,000.00 | $ 90,000.00 | $ 500.00 | $ 1,500.00 | | | $ 100,500.00 | $ 10,050.00 | $ 110,550.00 |
| ELECTRICAL SETUP | 1.00 | LS | | | | | | | $ 150,000.00 | | $ 150,000.00 | $ 15,000.00 | $ 165,000.00 |
| EMERGENCY - 60" | 1.00 | LS | $ 5,000.00 | $ 5,000.00 | $ 8,000.00 | $ 8,000.00 | $ 3,000.00 | $ 3,000.00 | | | $ 16,000.00 | $ 1,600.00 | $ 17,600.00 |
| VALVES | 2.00 | EA | $ 3,000.00 | $ 6,000.00 | $ 40,000.00 | $ 80,000.00 | $ 1,500.00 | $ 3,000.00 | | | $ 89,000.00 | $ 8,900.00 | $ 97,900.00 |
| CHAMBERS | 2.00 | EA | $ 5,000.00 | $ 10,000.00 | | | $ 5,000.00 | $ 10,000.00 | | | $ 60,000.00 | $ 6,000.00 | $ 66,000.00 |
| ELECTRICAL WORK/OR/ENERGY | 12.00 | MO | $ 25,000.00 | $ 300,000.00 | $ 15,000.00 | $ 180,000.00 | | $ 15,000.00 | | | $ 480,000.00 | $ 48,000.00 | $ 528,000.00 |
| 24"VALVES | 5.00 | EA | $ 6,000.00 | $ 30,000.00 | $ 45,000.00 | $ 225,000.00 | $ 7,000.00 | $ 35,000.00 | | | $ 290,000.00 | $ 29,000.00 | $ 319,000.00 |
| Divers INSPECTION/cutting | 60.00 | DAYS | | | | | | | $ 250,000.00 | | $ 250,000.00 | $ 25,000.00 | $ 275,000.00 |
| BULKHEADS/MISC METALS | 2.00 | EA | $ 100,000.00 | $ 200,000.00 | $ 100,000.00 | $ 200,000.00 | $ 50,000.00 | $ 100,000.00 | $ 5,000.00 | | $ 500,000.00 | $ 50,000.00 | $ 550,000.00 |
| TUNNELL SUPPORT | 60.00 | EA | $ 1,000.00 | $ 60,000.00 | $ 218.30 | $ 10,900.00 | $ 1,000.00 | $ 50,000.00 | | | $ 110,900.00 | $ 11,090.00 | $ 122,089.00 |
| SOIL STABILIZATION | | | | | | | | | | | | | |
| ANGLE | 23.00 | EA | | | | | | | $ 18,000.00 | $ 230,000.00 | $ 200,000.00 | $ 23,000.00 | $ 253,000.00 |
| JET GROUT | 30.00 | EA | | | | | | | $ 18,000.00 | $ 540,000.00 | $ 540,000.00 | $ 54,000.00 | $ 594,000.00 |
| CLAY/ON/TRACKER BYPASS | 12.00 | MO | $ 500.00 | | | | $ 10,000.00 | $ 120,000.00 | | | $ 450,000.00 | $ 45,900.00 | $ 501,900.00 |
| PIPE REPAIR | | | | | | | | | | $ 100,100.00 | | | |
| VENTILATION | 12.00 | MO | $ 5,000.00 | $ 60,000.00 | $ 3,000.00 | $ 36,000.00 | $ 10,000.00 | $ 120,000.00 | | | $ 216,000.00 | $ 21,600.00 | $ 237,600.00 |
| SOLDIER PILES WAW(0.4LF) | 435.00 | EA | $ 3,500.00 | $ 472,500.00 | $ 4,500.00 | $ 607,500.00 | $ 3,800.00 | $ 495,000.00 | | | $ 1,485,000.00 | $ 148,500.00 | $ 1,633,500.00 |
| SOLDIER PILES(0.4LF) | 135.00 | EA | $ 3,500.00 | $ 472,500.00 | $ 1,000.00 | $ 135,000.00 | $ 3,000.00 | $ 405,000.00 | | | $ 1,012,500.00 | $ 101,250.00 | $ 1,113,750.00 |
| BRACING(0.8Y'x12) | 600,000.00 | LBS | $ 0.30 | $ 300,000.00 | $ 0.33 | $ 200,000.00 | $ 0.25 | $ 150,000.00 | | | $ 750,000.00 | $ 75,000.00 | $ 825,000.00 |
| EXCAVATION/TRENCH/SHEETING | 14,166.67 | CY | $ 20.00 | $ 283,333.33 | $ 14.00 | $ 198,333.38 | $ 10.00 | $ 141,666.67 | | | $ 623,333.33 | $ 62,333.33 | $ 685,666.67 |
| BEDDING/CONCRETE) | 416.67 | CY | $ 50.00 | $ 20,833.33 | $ 60.00 | $ 25,000.00 | $ 30.00 | $ 12,500.00 | | | $ 58,333.33 | $ 5,833.33 | $ 64,166.67 |
| SLOPE EXCAVATION | 14,755.56 | CY | $ 11.00 | $ 147,555.56 | $ 14.30 | $ 216,577.78 | $ 10.00 | $ 147,555.56 | | | $ 501,688.89 | $ 50,168.89 | $ 551,857.78 |
| REMOVE OLD PIPE | 390.00 | LF | $ 500.00 | $ 150,000.00 | $ 100.00 | $ 30,000.00 | $ 30.00 | $ 90,000.00 | | | $ 270,000.00 | $ 27,000.00 | $ 297,000.00 |
| CONNECTIONS | 2.00 | EA | | | | | | | $ 50,100.00 | $ 50,000.00 | $ 100,000.00 | $ 10,000.00 | $ 110,000.00 |
| 11 FEET PIPE | 380.00 | LF | $ 400.00 | $ 120,000.00 | $ 425.00 | $ 125,000.00 | $ 400.00 | $ 120,000.00 | | | $ 375,000.00 | $ 37,500.00 | $ 412,500.00 |
| BACKFILL | 30,000.00 | CY | $ 5.00 | $ 150,000.00 | $ 14.00 | $ 420,000.00 | $ 4.00 | $ 120,000.00 | | | $ 690,000.00 | $ 69,000.00 | $ 759,000.00 |
| Additional concrete bedding | 2,500.00 | CY | $ 10.00 | $ 25,500.00 | $ 40.00 | $ 114,000.00 | $ 5.00 | $ 14,250.00 | | | $ 153,750.00 | $ 15,675.00 | $ 172,425.00 |

12/13/2004; 10:21 AM

DWSD001028

| | QTY | UNIT | L | LABOR | M | MATERIAL | E | EQUIPMENT | S | SUB | TOTAL | OH&P BONDS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EXCAVATION-MISC. | 1.00 | LS | | | | | | | $ 200,000.00 | $ 200,000.00 | $ 200,000.00 | $ 20,000.00 | $ 220,000.00 |
| GATE STRUCTURE | 1.00 | EA | | | | | | | $ 1,500,000.00 | $ 1,500,000.00 | $ 1,500,000.00 | $ 150,000.00 | $ 1,650,000.00 |
| EXTRA MANHOLES/CLOSURES | 4.00 | EA | | | | | | | $ 40,000.00 | $ 160,000.00 | $ 160,000.00 | $ 16,000.00 | $ 176,000.00 |
| MASS EXCAVATION | 3,000.00 | CY | $ 5.00 | $ 15,000.00 | 10.00 | 30,000.00 | 4.00 | 12,000.00 | | | $ 57,000.00 | $ 5,700.00 | $ 62,700.00 |
| MASS BACKFILL | 2,500.00 | LF | $ 100.00 | $ 250,000.00 | 12.80 | 32,000.00 | 100.00 | 250,000.00 | | | $ 532,000.00 | $ 53,200.00 | $ 585,200.00 |
| CLEAN PIPE | | | | | | | | | | | | | |
| UTILITY RELOCATIONS | | | | | | | | | | | | | |
| ELEC. ABOVE | 1.00 | LS | | | | | | | $ 500,000.00 | $ 500,000.00 | $ 500,000.00 | $ 50,000.00 | $ 550,000.00 |
| CABLE | 1.00 | LS | | | | | | | $ 100,000.00 | $ 100,000.00 | $ 100,000.00 | $ 10,000.00 | $ 110,000.00 |
| TELEPHONE | 1.00 | LS | | | | | | | $ 200,000.00 | $ 200,000.00 | $ 200,000.00 | $ 20,000.00 | $ 220,000.00 |
| SEWER | 500.00 | LF | | | | | | | $ 40.00 | $ 20,000.00 | $ 20,000.00 | $ 2,000.00 | $ 22,000.00 |
| WATER | 500.00 | LF | | | | | | | $ 40.00 | | | | |
| RESTORATION | | | | | | | | | | | | | |
| BRICK WALL | 1.00 | EA | | | | | | | $ 30,000.00 | $ 30,000.00 | $ 30,000.00 | $ 3,000.00 | $ 33,000.00 |
| SHRUBS | 1.00 | LS | | | | | | | $ 40,000.00 | $ 40,000.00 | $ 40,000.00 | $ 4,000.00 | $ 44,000.00 |
| SIDEWALK | 30,000.00 | SF | | | | | | | $ 4.50 | $ 120,000.00 | $ 120,000.00 | $ 12,000.00 | $ 132,000.00 |
| PAVEMENT | 10,000.00 | SY | | | | | | | $ 80.00 | $ 800,000.00 | $ 800,000.00 | $ 80,000.00 | $ 880,000.00 |
| SOD | 10,000.00 | SY | | | | | | | $ 6.00 | $ 60,000.00 | $ 60,000.00 | $ 6,000.00 | $ 66,000.00 |
| CLEANUP | 1.00 | LS | | | | | | | $ 600,000.00 | $ 600,000.00 | $ 600,000.00 | $ 60,000.00 | $ 660,000.00 |
| ENGINEERING | 1.00 | LS | | | | | | | $ 2,500,000.00 | $ 2,500,000.00 | $ 2,500,000.00 | $ 250,000.00 | $ 2,850,000.00 |
| ELECTRICAL | 1.00 | LS | | | | | | $ 150,000.00 | $ 250,000.00 | $ 250,000.00 | $ 400,000.00 | $ 40,000.00 | $ 460,000.00 |
| TEMP ROADS | 3.00 | LS | | | | | | | $ 5,000.00 | $ 15,000.00 | $ 15,000.00 | $ 1,500.00 | $ 16,500.00 |
| HIVERSION TWP PUMPING | 12.00 | MO | | | | | | | $ 3,000.00 | $ 36,000.00 | $ 36,000.00 | $ 3,000.00 | $ 39,000.00 |
| BARRICADES | 12.00 | MO | | | | | | | $ 3,000.00 | $ 36,000.00 | $ 36,000.00 | $ 3,500.00 | $ 39,500.00 |
| GATE @GARFIELD | 1.00 | LS | $ 15,000.00 | $ 15,000.00 | 5,000.00 | 5,000.00 | 15,000.00 | 15,000.00 | $ 5,000.00 | $ 5,000.00 | $ 40,000.00 | $ 4,000.00 | $ 44,000.00 |
| Starting Hobbs | 1.00 | hr | | | | | | | $ 200,000.00 | $ 200,000.00 | $ 200,000.00 | $ 20,000.00 | $ 220,000.00 |
| TOTALS | | | | $ 7,394,522.22 | | $ 4,579,494.41 | | $ 8,916,685.34 | | $ 8,847,400.00 | $ 30,406,046.66 | | |
| | | | | | | | | | | | | TOTAL | $ 33,702,851.70 |
| PHASE II | | | | | | | | | | | | | |
| CLEAN TO CORRIDOR | | | | | | | | | | | | | |
| GROUTING | | | | | | | | | | | | | |

DWSD001029

INLAND WATERS POLLUTION CONTROL, INC
16 MILE AND HAYES SINKHOLE - COST PROJECTION

# FINAL ESTIMATE SUMMARY

DWSD 006805

| | | Aug - Est 1 | Sept - Est 2 | Oct - Est 3 | Nov - Est 4 | Dec - Est 5 | Jan - Est 6 | Feb - Est 7 | Mar - Est 8 | Apr - Est 9 | May - Est 10 | June - Est 11 | July - Est 12 | August - Est 13 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IWPC | Field Operations | $10,576.73 | $27,858.28 | $59,926.84 | $63,416.88 | $64,278.58 | $68,884.02 | $71,065.07 | $100,058.95 | $41,773.99 | $33,998.77 | $21,684.60 | $824.33 | $0.00 | $564,326.04 |
| | Labor | $222,271.80 | $128,612.28 | $136,471.06 | $138,629.80 | $111,214.64 | $88,688.60 | $85,971.69 | $80,357.61 | $81,458.55 | $60,079.01 | $21,134.47 | $0.00 | $0.00 | $1,155,089.41 |
| | Materials | $22,814.40 | $37,785.85 | $52,502.60 | $34,490.39 | $9,497.96 | $18,826.83 | $6,008.12 | $8,882.13 | $10,785.44 | $11,077.93 | $41,092.10 | $2,669.34 | $0.00 | $254,422.89 |
| | Equipment | $287,468.14 | $142,447.81 | $229,932.44 | $242,180.06 | $94,815.17 | $92,094.81 | $131,912.91 | $128,706.09 | $189,919.64 | $210,023.67 | $68,147.65 | $0.00 | $0.00 | $1,843,648.19 |
| | GL Bonds / Special Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $371,694.54 | $0.00 | $0.00 | $0.00 | $0.00 | $138,000.00 | $0.00 | $0.00 | $147,600.00 | $657,094.54 |
| | Subtotal | $543,131.17 | $336,701.92 | $478,732.94 | $478,906.92 | $651,500.89 | $268,494.26 | $294,957.79 | $314,004.78 | $323,937.62 | $453,179.38 | $180,038.82 | $3,493.67 | $147,600.00 | $4,474,580.06 |
| | 15% MU 1-4 , 10% 5 ON | $81,469.68 | $50,505.27 | $71,809.94 | $71,836.04 | $65,150.09 | $26,849.43 | $29,495.78 | $31,400.48 | $32,393.76 | $45,317.94 | $18,003.88 | $349.37 | $14,760.00 | $539,331.66 |
| | IWPC Total | $624,600.85 | $387,207.09 | $550,542.68 | $550,742.96 | $716,650.98 | $295,343.69 | $324,453.57 | $345,405.26 | $356,331.38 | $498,497.32 | $198,042.70 | $3,843.04 | $162,250.00 | $5,013,911.72 |
| IWPC Subs | NTH Consultants | $307,850.49 | $423,584.60 | $347,247.96 | $383,780.71 | $283,740.57 | $256,154.51 | $283,525.89 | $206,148.03 | $150,547.40 | $123,579.28 | $88,002.66 | $0.00 | $0.00 | $2,734,111.59 |
| | Rotor Electric | $39,993.16 | $402,338.22 | $407,938.40 | $270,182.93 | $191,414.21 | $183,756.82 | $218,109.17 | $111,833.01 | $34,161.27 | $16,733.87 | $15,640.22 | $0.00 | $0.00 | $1,888,191.06 |
| | O'Laughlin | $374,722.52 | $389,814.15 | $392,036.18 | $146,227.14 | $115,976.06 | $139,149.26 | $187,090.15 | $169,391.39 | $49,365.56 | $43,227.26 | $35,158.96 | $0.00 | $0.00 | $2,042,158.29 |
| | SBC | | | | | | | | | | $200,000.00 | -$32.01 | $0.00 | $96.38 | $200,064.37 |
| | Thompson Pump | $117,625.65 | $780,950.86 | $917,668.17 | $700,308.39 | $715,338.63 | $786,814.83 | $699,309.26 | $444,162.36 | $26,925.91 | $0.00 | $0.00 | $0.00 | $0.00 | $5,188,422.26 |
| | IL Mack Security | $28,500.00 | $57,960.00 | $77,280.00 | $75,840.00 | $74,880.00 | $77,280.00 | $96,800.00 | $77,280.00 | $77,280.00 | $87,480.00 | $12,780.00 | $0.00 | $0.00 | $743,100.00 |
| | Great Lakes Diving & Salvage | | | | | | | | $26,306.73 | | $56,000.00 | $158,261.64 | $0.00 | $0.00 | $240,568.37 |
| | Riteway Fence | $15,340.00 | $0.00 | $12,850.00 | $5,850.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $33,840.00 |
| | DTE Energy | $0.00 | $108,611.27 | $4,462.10 | $27,995.06 | $393.09 | $3,534.86 | $74,106.87 | $489,021.26 | $21,219.48 | $103,780.09 | $5,184.33 | $0.00 | $106.10 | $818,384.25 |
| | Macomb County | $0.00 | $2,332.50 | $343.87 | $5,684.80 | $165.00 | $405.83 | $214.12 | $542.50 | $0.00 | $1,448.91 | $202.99 | $0.00 | $0.00 | $11,441.52 |
| | Macomb County Public Works | $0.00 | $0.00 | $0.00 | $9,300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,200.00 | $15,500.00 |
| | WOW Internet and Cable | | | | | | | | $30,523.50 | | | | $0.00 | $0.00 | $30,523.50 |
| | Spartan Specialties | $0.00 | $0.00 | $73,210.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $73,210.75 |
| | EQ Detroit | $0.00 | $0.00 | $0.00 | $0.00 | $33,771.87 | $6,973.93 | $13,089.91 | $5,440.57 | $2,194.40 | $0.00 | $0.00 | $0.00 | $0.00 | $61,450.68 |
| | Consumers | | | | | | | | $7,040.00 | | | | | $0.00 | $7,040.00 |
| | Comcast | | | | | | | | $82,024.13 | | | | | $0.00 | $82,024.13 |
| | Fiber Link, Inc. | | | | | | | | | | | | | $52,635.88 | $52,635.88 |
| | Great Lakes Aerial | $0.00 | $4,092.40 | $0.00 | $0.00 | $1,417.40 | $1,004.00 | $454.30 | $0.00 | $1,564.60 | $1,020.80 | $0.00 | $0.00 | $0.00 | $9,553.50 |
| | Ferguson | $0.00 | $94,874.12 | $181,798.78 | $41,023.85 | $287,919.61 | $150,736.11 | $121,605.32 | $109,456.01 | $922,623.12 | $589,128.97 | | $0.00 | $0.00 | $2,479,385.89 |
| | Ferguson Adj for Overpayment | | | | | | | | | | | | | $0.00 | $0.00 |
| | Ferguson Adj for Equipment | | | | | | | | | | | | | $0.00 | $0.00 |
| | Martin Control Services | | | | | | | | | | | | | $0.00 | $0.00 |
| | Subtotal | $884,022.02 | $2,264,168.15 | $2,414,828.11 | $1,636,172.87 | $1,674,914.44 | $1,605,511.75 | $1,695,385.02 | $1,739,369.53 | $1,235,881.77 | $1,204,370.18 | $298,198.29 | $0.00 | $59,038.34 | $18,771,646.47 |
| | 8% MU 1-4, 5% 5 ON | $70,721.76 | $181,132.49 | $193,170.09 | $130,893.83 | $83,745.72 | $74,891.11 | $79,248.28 | $84,302.54 | $55,279.13 | $56,935.00 | $14,428.72 | $0.00 | $11,319.75 | $1,035,169.31 |
| | IWPC Total | $954,743.78 | $2,445,288.64 | $2,607,795.20 | $1,767,066.70 | $1,758,860.16 | $1,680,802.86 | $1,774,633.25 | $1,823,672.07 | $1,241,160.90 | $1,261,305.18 | $312,627.01 | $0.00 | $60,358.09 | $17,807,814.60 |
| LDS | G/A Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bonds with 3 yr Maintenance | $0.00 | $0.00 | $0.00 | $0.00 | $151,120.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $151,120.00 |
| | Labor | $461,166.83 | $551,208.44 | $132,708.41 | $386,397.74 | $575,497.52 | $748,294.92 | $965,926.12 | $890,008.00 | $266,376.67 | $144,509.17 | $93,887.22 | $0.00 | $0.00 | $5,324,388.62 |
| | Materials | $392,360.70 | $433,756.32 | $292,384.94 | $242,063.27 | $187,057.09 | $387,030.91 | $566,038.04 | $233,693.17 | $120,685.71 | $4,489.32 | $98,131.51 | $0.00 | $0.00 | $2,537,751.90 |
| | Equipment | $199,278.53 | $413,060.85 | $524,509.91 | $625,465.19 | $770,799.75 | $558,868.60 | $1,068,205.59 | $965,783.15 | $258,331.76 | $106,168.18 | $56,340.56 | $0.00 | $0.00 | $5,946,809.69 |



Winn
EXHIBIT NO. 3
7-10-14
M. MOORE

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Previously Submitted | | | | | | | | | | | $490,468.69 | | | $490,468.69 |
| Sales Tax not previously billed | | | | | | | | | | | $25,234.98 | | | $25,234.98 |
| Credit for Crane Mats / Steel | | | | | | | | | | | -$21,638.68 | | | -$21,638.68 |
| Business Tax Credit | | | | | | | | | | | -$168,079.00 | | | -$168,079.00 |
| Subtotal | $1,042,805.95 | $1,498,025.41 | $949,601.26 | $1,262,926.20 | $1,684,474.33 | $2,074,254.23 | $2,619,569.75 | $2,089,464.33 | $845,395.14 | $255,164.67 | $248,369.26 | $0.00 | $0.00 | $14,360,070.47 |
| 15% MU 1-4, 10% 5 ON | $166,420.38 | $224,703.81 | $142,440.19 | $187,938.93 | $158,447.43 | $207,425.42 | $261,956.98 | $208,948.43 | $64,839.51 | $25,516.47 | $24,836.93 | $0.00 | $0.00 | $1,573,174.96 |
| Subtotal | $1,199,226.74 | $1,722,729.22 | $1,092,041.45 | $1,440,865.13 | $1,852,921.76 | $2,281,679.65 | $2,881,526.73 | $2,298,432.76 | $709,934.65 | $280,681.14 | $273,206.22 | $0.00 | $0.00 | $16,033,245.45 |
| Mobilization | $20,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20,000.00 |
| LDS Total | $1,219,226.74 | $1,722,729.22 | $1,092,041.45 | $1,440,865.13 | $1,852,921.76 | $2,281,679.65 | $2,881,526.73 | $2,298,432.76 | $709,934.65 | $280,681.14 | $273,206.22 | $0.00 | $325,985.99 | $16,379,231.44 |
| Mersino | $797,910.66 | $813,073.34 | $852,723.66 | $444,206.71 | $446,985.03 | $371,704.87 | $364,200.66 | $638,922.67 | $0.00 | $0.00 | $0.00 | $0.00 | $173,476.38 | $4,503,204.00 |
| Hayward Baker | $131,300.00 | | $155,003.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $53,540.00 | $339,843.90 |
| Denver Grouting | $137,043.10 | $33,712.82 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $170,755.92 |
| E.C. Korneffel | $510,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $510,000.00 |
| Spartan Specialties | $20,777.96 | $43,183.09 | $29,360.55 | $22,919.85 | $1,869.66 | $60,761.28 | $22,611.26 | $18,707.86 | $0.00 | $0.00 | $0.00 | $0.00 | $92.85 | $220,284.36 |
| Rohrscheib & Sons | $426,242.18 | $483,873.50 | $299,053.21 | $1,003,109.00 | $1,066,677.97 | $543,118.63 | $0.00 | $24,959.09 | $0.00 | $0.00 | $0.00 | $0.00 | $129,204.52 | $3,958,038.00 |
| Colasanti | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $76,573.00 | $117,776.31 | $2,206.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$81.04 | $196,576.27 |
| Fil | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Seabrix Diving | $0.00 | $98,775.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $98,775.00 |
| Great Lakes Diving | $0.00 | $115,500.62 | $215,294.57 | $126,098.66 | $0.00 | $0.00 | $0.00 | $143,281.80 | $32,911.25 | $0.00 | $0.00 | $0.00 | -$1,417.03 | $631,749.95 |
| Solomon Diving | $0.00 | $15,530.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15,530.00 |
| Bailor Towing | $18,117.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18,117.00 |
| 1% Business Tax | | | | | | | | | | | $285,551.31 | $0.00 | $0.00 | $285,551.31 |
| Subtotal | $2,042,390.90 | $1,383,548.36 | $1,351,435.01 | $1,596,334.21 | $1,515,532.66 | $1,052,257.66 | $504,588.25 | $828,059.42 | $32,911.25 | $0.00 | $285,551.31 | $0.00 | $354,815.69 | $10,347,425.72 |
| 5% MU | $102,119.55 | $69,177.42 | $67,571.80 | $79,816.71 | $75,776.63 | $47,571.88 | $22,886.88 | $39,504.29 | $1,645.55 | $0.00 | $0.00 | $0.00 | $506,190.69 |
| Subtotal | $2,144,510.45 | $1,452,725.78 | $1,419,007.81 | $1,676,150.92 | $1,591,309.29 | $1,099,829.52 | $527,475.13 | $867,653.71 | $34,556.80 | $0.00 | $285,551.31 | $0.00 | $354,815.69 | $11,453,696.41 |
| Ferguson | | | | | | | | | | | -$29,648.53 | | | -$29,648.53 |
| Dubay Landscaping | | | | | | | | | | | $85,663.42 | $0.00 | $0.00 | $85,663.42 |
| FEI MU | | | | | | | | | | | $3,893.79 | | | $3,893.79 |
| LDS & FEI incl Subcontractors | $3,363,737.19 | $3,175,455.00 | $2,511,049.26 | $3,117,016.05 | $3,444,231.05 | $3,381,509.17 | $3,409,001.86 | $3,166,086.47 | $744,491.45 | $280,681.14 | $618,666.21 | $0.00 | $680,801.68 | $27,892,726.53 |
| 5% NVPC MU 1-4, 5% 5 ON | $209,098.98 | $254,036.40 | $200,883.94 | $249,361.28 | $172,211.55 | $161,284.58 | $153,919.21 | $144,068.61 | $33,915.31 | $12,759.23 | $29,107.40 | $0.00 | $29,000.23 | $1,699,845.62 |
| Total | $3,632,836.17 | $3,429,491.40 | $2,711,933.20 | $3,366,377.33 | $3,616,442.60 | $3,532,793.75 | $3,562,921.07 | $3,310,154.98 | $778,406.76 | $293,439.37 | $647,773.61 | $0.00 | $709,801.91 | $29,592,572.15 |
| Subtotal | $5,212,180.80 | $8,261,987.13 | $5,570,272.28 | $5,684,169.99 | $6,091,793.74 | $5,508,640.30 | $5,562,007.99 | $5,479,232.31 | $2,475,899.04 | $2,055,241.67 | $1,158,443.32 | $5,528.95 | $952,410.00 | $51,453,374.55 |
| B&I 2.25% (Through Estimate 4) | $36,946.56 | $116,472.96 | $109,187.07 | $105,726.86 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $428,332.45 |
| Starling Heights Treasury | | | | | | | $44,389.54 | | | $32,158.28 | | $33,232.75 | | $0.00 |
| TOTAL | $5,308,127.36 | $8,378,460.09 | $5,979,459.35 | $5,789,912.85 | $6,091,753.74 | $5,508,640.30 | $5,706,397.73 | $5,479,232.31 | $2,475,899.04 | $2,065,398.15 | $1,158,443.32 | $38,761.54 | $952,410.00 | $52,953,895.88 |
| TOTAL TO DATE | $5,308,127.36 | $11,687,587.45 | $17,667,046.80 | $23,456,959.65 | $29,548,713.39 | $35,057,353.69 | $40,763,751.42 | $46,242,983.73 | $48,718,882.78 | $50,804,280.92 | $51,962,724.24 | $52,001,485.88 | $52,953,895.88 | $52,953,895.88 |

DWSD 000806

| | | | | |
|---|---|---|---|---|
| ANDERSON, ECKSTEIN & WESTRICK, INC. | PROJECT: | **FIFTEEN MILE ROAD INTERCEPTOR** | | |
| SHELBY TOWNSHIP, MICHIGAN | OWNER: | OFFICE OF MACOMB COUNTY PUBLIC WORKS | | |
| ESTIMATE OF PROBABLE COST | PREPARED BY: DATE | Nancy E. Shirkey, PE March 18, 2011 | | |
| AEW JOB NUMBER 0211-0136 | CHECKED BY: DATE: | Roy C. Rose, PE March 18, 2011 | | |

| WORK ITEM | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| Emergency Work Estimate (Rounded Through September 30, 2004) | | | | $11,592,700.00 |
| Mobilization (Assume 5%) | 1 | LS | $677,400.00 | $677,400.00 |
| Bonds and Insurance (Assume 2%) | 1 | LS | $270,960.00 | $270,960.00 |
| Bypass Pumping | 9 | Months | $383,800.00 | $3,454,200.00 |
| Dewatering | 9 | Months | $65,500.00 | $589,500.00 |
| Monitoring | 9 | Months | $70,920.00 | $638,280.00 |
| Ventilation | 9 | Months | $18,000.00 | $162,000.00 |
| Security | 11 | Months | $28,800.00 | $316,800.00 |
| Traffic Maintenance and Control | 1 | LS | $66,600.00 | $66,600.00 |
| Bulkhead 11' Diameter Sewer | 2 | Ea | $250,000.00 | $500,000.00 |
| Bulkhead 8' Diameter Sewer (Clinton-Fraser Connection) | 1 | Ea | $25,000.00 | $25,000.00 |
| Temporary Earth Retention System | 1 | LS | $3,042,000.00 | $3,042,000.00 |
| Reconstruct Access Shaft | 1 | LS | $80,000.00 | $80,000.00 |
| Remove and Replace Damaged Pipe | 1 | LS | $1,513,400.00 | $1,513,400.00 |
| Bulkhead Removal | 1 | LS | $50,000.00 | $50,000.00 |
| Sewer Cleaning and TV Inspection | 1 | LS | $825,000.00 | $825,000.00 |
| Pavement Restoration | 1 | LS | $957,200.00 | $957,200.00 |
| Utility Restoration - Utility Companies | 1 | LS | $821,200.00 | $821,200.00 |
| Utility Restoration - Public Works | 1 | LS | $166,300.00 | $166,300.00 |
| Landscape Restoration | 1 | LS | $160,300.00 | $160,300.00 |
| Final Cleanup ($500/Sta) | 28 | Sta | $500.00 | $14,000.00 |
| Soil Erosion and Sedimentation Control | 1 | LS | $31,850.00 | $31,850.00 |
| City of Sterling Heights, Macomb County, OMCPW | 1 | LS | $134,400.00 | $134,400.00 |

|  |  |
|---|---|
| **TOTAL ESTIMATED CONSTRUCTION COST** | **$26,089,090.00** |
| Engineering (4%) | $1,043,600.00 |
| Construction Staking, Settlement Checking and As-Builts (1%) | $260,900.00 |
| Construction Observation (4%) | $1,043,600.00 |
| Construction Contract Administration (1%) | $260,900.00 |
| Construction Soils and Materials Testing (0.5%) | $130,400.00 |
| **TOTAL ESTIMATED COST** | **$28,828,490.00** |



Wenn

EXHIBIT NO. 4
7-10-14
M. MOORE

BYPASS PUMPING

Total for bypass pumping from Oct 1 through March 31 per DWSD invoices

|  |  | -FEI |  |
|---|---|---|---|
| October | $3,226,976.60 | $67,142.87 | $3,159,833.73 |
| November | $2,343,437.93 | $4,102.39 | $2,339,335.54 |
| December | $1,421,361.73 | $28,781.96 | $1,392,579.77 |
| January | $1,129,339.43 | $31,141.49 | $1,098,197.94 |
| February | $779,940.39 |  | $779,940.39 |
| March | $488,028.28 |  | $488,028.28 |

Total  $9,257,915.65 /6 .  $1,542,985.94 Per month
$1,543,000.00

Bypass pumping system online by end of September .
10/7 - Bladder installed in 8' bypass sewer; bladder failed to due pressure
10/10 & 10/11 - LDS placed sandbags in the 8' diameter bypass sewer
10/12 - Divers discovered some of the sandbags had been knocked down by the current and installed more
10/13 - Reset sandbags and installed concrete-filled geobags
10/14 - Divers began work on a bulkhead within the 11' diameter sewer, using flyash filled geobags
10/18 - Geobag bulkhead in 11' diameter sewer complete
10/19 - Installation of the steel bulkhead (in the same location as the geobag bulkhead begins)

REALITY CHECK - From Inland Waters Budget as of 9/30/04

| | | |
|---|---|---|
| Pump Rental = $1,807,443.12 for 12 months = | $150,620.26 /month | |
| Stand-by Generator = $857,520 for 12 months = | $71,460.00 /month | |
| Stand-by pump rental = $120,960 for 12 months = | $10,080.00 /month | |
| Bypass Pumping Maintenance = $1,006,000 for 600 days = | $1,676.67 /day | $50,300.00 /month |
| Electrical Service = $480,000 for 12 months = | $40,000.00 /month | |
| Clinton-Fraser Bypass = $456,000 for 12 months = | $38,000.00 /month | |

+ a fixed cost for the divers to place the bulkheads through the months of October and November @ $5,000/day
Assume work every day for six weeks (10/1 through 11/14) = 42 days = $210,000
$210,000/9 months =  $23,333.33

Cost per month =  $383,793.59 /month
$383,800.00

DEWATERING

Total for Mersino dewatering from Oct 1 through March 31 per DWSD invoices

|  |  | -Bypass pumping |  |
|---|---|---|---|
| October | $652,723.68 | 0 | $652,723.68 |
| November | $444,206.71 | 88841.34 | $355,365.37 |
| December | $446,985.03 | 44698.5 | $402,286.53 |
| January | $371,704.87 | 0 | $371,704.87 |
| February | $364,200.66 | 0 | $364,200.66 |
| March | $638,992.67 | 0 | $638,992.67 |
|  |  |  | $2,785,273.78 /6 |

$464,212.30 Per month
$464,200.00

**REALITY CHECK** - From Inland Waters Budget as of 9/30/04

13

10/5/04 IDR lists 12 dewatering wells in service, Revision #4 (sheet 014) shows 12 wells approx. 100' deep each + 5 observation wells

Maintenance = $786,400 for 12 months =

$65,533.33 /month
$65,500.00

MIDDD 914

MONITORING

Assume 1 person can monitor the observation wells and force main

Assume          9 months
24 hours per day, average 30 days in a month =                     720 hours

Assume a graduate engineer at          $98.50 /HR=          $70,920.00 /month

VENTILATION

From Inland Water Budget as of 9/30/04

Ventilation = $216,000 for 12 months        $18,000.00 /month

SECURITY

Total for J. Mack Security from Oct 1 through May 31 per DWSD invoices

| | |
|---|---|
| October | $77,280.00 |
| November | $75,840.00 |
| December | $74,880.00 |
| January | $77,280.00 |
| February | $96,600.00 |
| March | $77,280.00 |
| April | $77,280.00 |
| May | $87,840.00 |

$644,280.00 /8       $80,535.00 Per month
                      $80,500.00

For 11 months of security:    $885,500.00

Reality Check:
11 months of security @ 30 days/ month =    330 days
24 hours per day                            7920 hours

$885,500 equals $111/hour
According to http://www.securityguardservicesguide.com, fees paid to regular trained guards can be as high as $30/hr, and armed guards range as high as $50/hr

Assume $40/hr
For 30 days (1 month) =       $28,800.00

MIDDD 917

TRAFFIC MAINTENANCE AND CONTROL

15 Mile Road was opened to traffic on June 9, 2005

Temporary Pavement for access
Estimated area:           10550 SF
                          1172.222 SY

Assume 4" asphalt on 6" base

| | | | |
|---|---|---|---|
| Asphalt | 257.8889 Ton | $85.00 | $21,920.56 |
| Base | 1172.222 SY | $10.00 | $11,722.22 |
| | | | $33,642.78 |

Per Inland Waters Budget as of 9/30/04:

Barricades = $36,000 for 12 months =          $3,000.00 /month

After emergency work, roads were closed between October and June 9 (8 months)

For 11 months of closure:          $33,000.00

Lump Sum Temp. roads plus barricades =   $66,642.78
                                         $66,600.00

BULKHEAD SEWERS

11' Diameter Sewer - Fabricate and place two 11' diameter steel bulkheads on the east and west ends of collapse

From Inland Waters budget dated 9/30/11:

11' Diameter Bulkhead = $50,000/Ea

8' Diameter Sewer (Clinton-Fraser Connection)

Based on as-built plan, this sewer was bulkheaded using sandbags at the bottom of the 1st upstream manhole

Conservatively assume $25,000 for this bulkhead

MIDDD 919

## TEMPORARY EARTH RETENTION SYSTEM

Dimension of Recovery Shaft = 28 x 260
Perimeter of Recovery Shaft =          576 Ft
Depth of Recovery Shaft=               64 Ft

36" Concrete Piers
Space 2.5' O.C.              230 Piers        64 feet long
Area of one pier =          7.065 SF

Volume of one pier =        16.75 CY
Volume of 230 piers =       3852.5

| | | | | |
|---|---|---|---|---|
| Support Ex. Tunnel | 1 LS | | $110,000.00 | $110,000.00 |
| Excavation | 26813 CYD | | $20.00 | $536,260.00 |
| 36" Dia. Drilled Piers (Concrete) | 3852.5 CYD | | $100.00 | $385,250.00 |
| Steel for Soldier Pile (W18x76) | 1118720 Lbs | | $1.25 | $1,398,400.00 |
| Wales (W18x143) | 297440 Lbs | | $1.25 | $371,800.00 |
| Struts (W18x143) | 192192 Lbs | | $1.25 | $240,240.00 |
| | | | | $3,041,950.00 |
| | | | | $3,042,000.00 |

Assumes no salvage on the steel bracing system

RECONSTRUCT ACCESS SHAFT

Construct the west bulkhead shaft around the existing sanitary manhole as shown on sheet 29

Construction procedure appears to be very similar to the intermediate manhole shafts on the NGI-1
Cost of intermediate shafts =      Approx. $80,000/Ea

## REMOVE/REPLACE PIPE

**Pipe Removal**

| | | | |
|---|---|---|---|
| Remove Sewer | 230 LF | $550.00 | |
| Stabilize Soil | 1 LS | $230,000.00 | |
| | | SUBTOTAL | $356,500.00 |

Values: $126,500.00 / $230,000.00

Assume excavation was performed under "Temporary Earth Retention"

From budget, adjusted to cut labor cost in half and remove material cost
Taken from "Angle Grout" on Inland Waters 9/30/04 budget

**Pipe Replacement**

| | | | |
|---|---|---|---|
| 2' Thick Concrete Base Slab | 678 CYD | $140.00 | $94,920.00 |
| 6.5' Thick Concrete Cradle | 2199 CYD | $80.00 | $175,920.00 |
| 11' I.D. MDOT C-76 Cl V RCP | 230 LF | $1,250.00 | $287,500.00 |
| 10.5' Thick Cement/Flyash Fill | 3545 CYD | $65.00 | $230,425.00 |
| Class II Backfill (51' deep) | 26813 CYD | $10.00 | $268,130.00 |
| Connect Sewer to Existing | 2 EA | $50,000.00 | $100,000.00 |
| | | SUBTOTAL | $1,156,895.00 |

Unit price from Inland Waters budget dated 9/30/04

From Inland Waters budget dated 9/30/04
Unit price from Inland Waters budget dated 9/30/04

From Inland Waters budget dated 9/30/04

| | |
|---|---|
| TOTAL | $1,513,395.00 |
| | $1,513,400.00 |

BULKHEAD REMOVAL

Covers removal and dimantling of 2 11' diameter steel bulkheads, as well as sandbags and geobags from the sewer

Bulkheads were removed between 3/6/05 and 3/13/05 (1 week, overnight shift, 6 divers per shift)

Assume 8 hour shift for two 3-man sewer crews (@ $287.50/hour each)

7 days x 8 hours x 2 x 287.50 =          32200

Assume $50,000 to be conservative

MIDDD 923

SEWER TV & CLEANING

From Inland Waters "Speedy Effort Fixes Macomb Interceptor Giant Sinkhole"

Length of Sewer Cleaned = 5,500 LF ("Over 5,000 LF")

From Inland Waters Budget as of 9/30/04:

Clean Pipe = $532,000 for 2,500 LF =        $212.80 /LF

For 5,500 LF:                            $1,170,400.00


REALITY CHECK:

Assume 4' of materials on average must be removed from 5500' of pipe.
2 x 0.5' x 6.5' x 4' =    27 cft/lf = 1 cyd/lf    (rough estimate)

Assume      $150.00 /LF

For 5,500 LF:                        $825,000.00

PAVEMENT RESTORATION

Sheet 23 of Restoration Plan:

| | | | |
|---|---|---|---|
| Pavement, Rem | 461 SY | $5.00 | $2,305.00 |
| Aggregate Base, 8 inch | 401 SY | $7.00 | $2,807.00 |
| Conc Pavt with Integral Curb, Nonreinf, 9 inch | 201 SY | $45.00 | $9,045.00 |
| Conc Pavt, Misc, Nonreinf, 9 inch | 200 SY | $40.00 | $8,000.00 |
| Driveway, Nonreinf Conc, 6 inch | 42 SY | $28.00 | $1,176.00 |
| Sidewalk, Conc, 4 inch | 80 SF | $2.50 | $200.00 |
| Sidewalk Ramp, ADA, 8 inch | 80 SF | $9.00 | $720.00 |
| | | | $24,253.00 SUBTOTAL |

Sheet 24 of Restoration Plan:

| | | | |
|---|---|---|---|
| Pavement, Rem | 3138 SY | $5.00 | $15,691.11 |
| Underdrain, Subgrade, 6 inch | 800 LF | $7.50 | $6,000.00 |
| Aggregate Base, 8 inch | 2967 SY | $7.00 | $20,769.00 |
| Conc Pavt with Integral Curb, Nonreinf, 9 inch | 2667 SY | $45.00 | $120,015.00 |
| Conc Pavt, Misc, Nonreinf, 9 inch | 122 SY | $40.00 | $4,880.00 |
| Driveway, Nonreinf Conc, 6 inch | 177 SY | $28.00 | $4,956.00 |
| Sidewalk, Conc, 4 inch | 1550 SF | $2.50 | $3,875.00 |
| | | | $176,186.11 SUBTOTAL |

Sheet 25 of Restoration Plan:

| | | | |
|---|---|---|---|
| Pavement, Rem | 4599 SY | $5.00 | $22,996.11 |
| Underdrain, Subgrade, 6 inch | 1160 LF | $7.50 | $8,700.00 |
| Aggregate Base, 8 inch | 4194 SY | $7.00 | $29,358.00 |
| Conc Pavt with Integral Curb, Nonreinf, 9 inch | 3936 SY | $45.00 | $177,120.00 |
| Driveway, Nonreinf Conc, 6 inch | 431 SY | $28.00 | $12,068.00 |
| Curb and Gutter | 60 LF | $25.00 | $1,500.00 |
| Sidewalk, Conc, 4 inch | 1890 SF | $2.50 | $4,725.00 |
| Sidewalk Ramp, ADA, 8 inch | 80 SF | $9.00 | $720.00 |
| | | | $256,467.11 SUBTOTAL |

Sheet 26 of Restoration Plan:

| | | | |
|---|---|---|---|
| Pavement, Rem | 2522 SY | $5.00 | $12,610.56 |
| Aggregate Base, 8 inch | 2591 SY | $7.00 | $18,137.00 |
| Conc Pavt with Integral Curb, Nonreinf, 9 inch | 1917 SY | $45.00 | $86,265.00 |
| Conc Pavt, Misc, Nonreinf, 9 inch | 574 SY | $40.00 | $22,960.00 |
| Curb and Gutter | 850 LF | $25.00 | $21,250.00 |
| Sidewalk Ramp, ADA, 8 inch | 280 SF | $9.00 | $2,520.00 |
| | | | $117,012.56 SUBTOTAL |

Sheet 27 of Restoration Plan:

| | | | |
|---|---|---|---|
| Pavement, Rem | 3557 SY | $5.00 | $17,785.00 |
| Underdrain, Subgrade, 6 inch | 600 LF | $7.50 | $4,500.00 |
| Aggregate Base, 8 inch | 4683 SY | $7.00 | $32,781.00 |
| Conc Pavt with Integral Curb, Nonreinf, 9 inch | 2697 SY | $45.00 | $121,365.00 |
| Conc Pavt, Misc, Nonreinf, 9 inch | 446 SY | $40.00 | $17,840.00 |
| Driveway, Nonreinf Conc, 6 inch | 340 SY | $28.00 | $9,520.00 |
| Curb and Gutter | 20 LF | $25.00 | $500.00 |
| Sidewalk, Conc, 4 inch | 325 SF | $2.50 | $812.50 |
| Sidewalk Ramp, ADA, 8 inch | 160 SF | $9.00 | $1,440.00 |
| | | | $205,103.50 SUBTOTAL |

Sheet 28 of Restoration Plan:

| | | | |
|---|---|---|---|
| Pavement, Rem | 1620 SY | $5.00 | $8,099.44 |
| Underdrain, Subgrade, 6 inch | 390 LF | $7.50 | $2,925.00 |
| Aggregate Base, 8 inch | 1533 SY | $7.00 | $10,731.00 |
| Conc Pavt with Integral Curb, Nonreinf, 9 inch | 1404 SY | $45.00 | $63,180.00 |
| Driveway, Nonreinf Conc, 6 inch | 42 SY | $28.00 | $1,176.00 |
| Sidewalk, Conc, 4 inch | 1525 SF | $2.50 | $3,812.50 |
| Sidewalk Ramp, ADA, 8 inch | 40 SF | $9.00 | $360.00 |
| | | | $89,923.94 SUBTOTAL |

Sheet 29 of Restoration Plan:

| | | | |
|---|---|---|---|
| Pavement, Rem | 1550 SY | $5.00 | $7,749.44 |
| Underdrain, Subgrade, 6 inch | 484 LF | $7.50 | $3,630.00 |
| Aggregate Base, 8 inch | 1465 SY | $7.00 | $10,255.00 |
| Conc Pavt with Integral Curb, Nonreinf, 9 inch | 1411 SY | $45.00 | $63,495.00 |
| Sidewalk, Conc, 4 inch | 1250 SF | $2.50 | $3,125.00 |
| | | | $88,254.44 SUBTOTAL |

$957,200.67 TOTAL ALL SHEETS
$957,200.00

## UTILITY RESTORATION

| | | |
|---|---|---|
| Fibertink, Inc. | $62,635.86 | 8/2005 |
| Comcast | $82,024.13 | 3/2005 |
| Consumers | $7,040.00 | 3/2005 |
| SBC | $200,064.37 | 5/2005 |
| WOW Internet and Cable | $30,523.50 | 3/2005 |
| DTE Energy | $438,940.57 | 3/2005 Based on when the majority of other utility work was performed |

| Subtotal | $821,228.43 | Budget as of 9/30 was $902,000 |
|---|---|---|
| | $821,200.00 | |

| | | | |
|---|---|---|---|
| 8" Diameter D.I. (CI 54) WM | 280 LF | $60.00 | $16,800.00 |
| 12" Diameter D.I. (CI 54) WM | 147 LF | $80.00 | $11,760.00 |
| 2" Copper Water Service | 46 LF | $20.00 | $920.00 |
| Water Main Connection | 4 EA | $1,500.00 | $6,000.00 |
| 10" Diameter Truss | 144 LF | $150.00 | $21,600.00 |
| 12" Diameter Truss | 375 LF | $175.00 | $65,625.00 |
| 4' Diameter Sanitary Manhole | 4 EA | $3,500.00 | $14,000.00 |
| Manhole Reconstruction | 4 EA | $2,500.00 | $10,000.00 |
| Remove Storm Sewer | 98 LF | $10.00 | $980.00 |
| 12" Diameter CL IV RCP | 135 LF | $35.00 | $4,725.00 |
| 15" Diameter CL IV RCP | 98 LF | $40.00 | $3,920.00 |
| 2' Diameter Inlet | 1 EA | $800.00 | $800.00 |
| 3' Diameter Catch Basin | 1 EA | $1,000.00 | $1,000.00 |
| 4' Diameter Catch Basin | 1 EA | $1,200.00 | $1,200.00 |
| Structure Adjust | 4 EA | $500.00 | $2,000.00 |
| Repair Irrigation System | 1 LS | $5,000.00 | $5,000.00 |

| | Subtotal | $166,330.00 |
|---|---|---|
| | | $166,300.00 |

| | TOTAL | $987,558.43 |
|---|---|---|
| | | $987,600.00 |

MIDDD 927

LANDSCAPE RESTORATION

Estimated ROW area of disturbance:      5266 SY
Assumes entire Hayes ROW from 15 Mile to Peggy Court (minus pavt) and temp pavt areas

Parking area      24533 SY

| | | | |
|---|---|---|---|
| Remove Gravel Parking | 4089 CY | $3.00 | $12,267.00 |
| Remove Temp Pavement | 1172 SY | $4.00 | $4,688.00 |
| 3" Topsoil, all areas | 29799 SY | $2.00 | $59,598.00 |
| Sod (ROW) | 5266 SY | $2.50 | $13,165.00 |
| Seeding (Parking) | 24533 SY | $1.00 | $24,533.00 |
| Villa Fontana Monument Signs | 2 Ea | $10,000.00 | $20,000.00 |
| Trees | 71 Ea | $250.00 | $17,750.00 |
| Flowers (by the gallon) | 207 Ea | $40.00 | $8,280.00 |
| | | TOTAL | $160,281.00 |
| | | | $160,300.00 |

Soil Erosion

| | | | |
|---|---|---|---|
| Curb & Gutter Inlet Filter | 30 Ea | $150.00 | $4,500.00 |
| Silt Fence | 1880 LF | $1.25 | $2,350.00 |
| Dust Control | 1 LS | $10,000.00 | $10,000.00 |
| Street Sweeping | 1 LS | $15,000.00 | $15,000.00 |
| | | | $31,850.00 Total |

PUBLIC AGENCIES

Assume these cost would have been incurred regardless

| Macomb County: | | |
|---|---|---|
| | $343.87 | Oct-04 |
| | $5,684.80 | Nov-04 |
| | $165.00 | Dec-04 |
| | $405.83 | Jan-05 |
| | $214.12 | Feb-05 |
| | $642.50 | Mar-05 |
| | $1,449.91 | May-05 |
| | $202.99 | Apr-05 |
| | $9,109.02 | |

| OMCPW: | | |
|---|---|---|
| | $9,300.00 | Nov-04 |
| | $6,200.00 | Aug-05 |
| | $15,500.00 | |

| Sterling Heights: | | |
|---|---|---|
| | $44,389.84 | Feb-05 |
| | $32,156.28 | May-05 |
| | $33,232.75 | Jul-05 |
| | $109,778.87 | |

| Total: | $134,387.89 |
|---|---|
| | $134,400.00 |

| ANDERSON, ECKSTEIN & WESTRICK, INC. | PROJECT: | FIFTEEN MILE ROAD INTERCEPTOR |
|---|---|---|
| SHELBY TOWNSHIP, MICHIGAN | OWNER: | OFFICE OF MACOMB COUNTY PUBLIC WORKS |
| ESTIMATE OF PROBABLE COST | PREPARED BY: DATE | Nancy E. Shirkey, PE March 18, 2011 |
| AEW JOB NUMBER 0211-0136 | CHECKED BY: DATE: | Roy C. Rose, PE March 18, 2011 |

| WORK ITEM | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| Emergency Work Estimate (Rounded Through September 30, 2004) | | | | $11,592,700.00 |
| Mobilization (Assume 5%) | 1 | LS | $677,400.00 | $677,400.00 |
| Bonds and Insurance (Assume 2%) | 1 | LS | $270,960.00 | $270,960.00 |
| Bypass Pumping | 9 | Months | $383,800.00 | $3,454,200.00 |
| Dewatering | 9 | Months | $65,500.00 | $589,500.00 |
| Monitoring | 9 | Months | $70,920.00 | $638,280.00 |
| Ventilation | 9 | Months | $18,000.00 | $162,000.00 |
| Security | 11 | Months | $28,800.00 | $316,800.00 |
| Traffic Maintenance and Control | 1 | LS | $66,600.00 | $66,600.00 |
| Bulkhead 11' Diameter Sewer | 2 | Ea | $250,000.00 | $500,000.00 |
| Bulkhead 8' Diameter Sewer (Clinton-Fraser Connection) | 1 | Ea | $25,000.00 | $25,000.00 |
| Temporary Earth Retention System | 1 | LS | $3,042,000.00 | $3,042,000.00 |
| Reconstruct Access Shaft | 1 | LS | $80,000.00 | $80,000.00 |
| Remove and Replace Damaged Pipe | 1 | LS | $1,513,400.00 | $1,513,400.00 |
| Bulkhead Removal | 1 | LS | $50,000.00 | $50,000.00 |
| Sewer Cleaning and TV Inspection | 1 | LS | $825,000.00 | $825,000.00 |
| Pavement Restoration | 1 | LS | $957,200.00 | $957,200.00 |
| Utility Restoration - Utility Companies | 1 | LS | $821,200.00 | $821,200.00 |
| Utility Restoration - Public Works | 1 | LS | $166,300.00 | $166,300.00 |
| Landscape Restoration | 1 | LS | $160,300.00 | $160,300.00 |
| Final Cleanup ($500/Sta) | 28 | Sta | $500.00 | $14,000.00 |
| Soil Erosion and Sedimentation Control | 1 | LS | $31,850.00 | $31,850.00 |
| City of Sterling Heights, Macomb County, OMCPW | 1 | LS | $134,400.00 | $134,400.00 |
| | | | | |
| TOTAL ESTIMATED CONSTRUCTION COST | | | | $26,089,090.00 |
| | | | Engineering (4%) | $1,043,600.00 |
| | | Construction Staking, Settlement Checking and As-Builts (1%) | | $260,900.00 |
| | | | Construction Observation (4%) | $1,043,600.00 |
| | | | Construction Contract Administration (1%) | $260,900.00 |
| | | | Construction Soils and Materials Testing (0.5%) | $130,400.00 |
| | | | TOTAL ESTIMATED COST | $28,828,490.00 |

BYPASS PUMPING

Total for bypass pumping from Oct 1 through March 31 per DWSD invoices

|  |  | -FEI |  |
|---|---|---|---|
| October | $3,226,976.60 | $67,142.87 | $3,159,833.73 |
| November | $2,343,437.93 | $4,102.39 | $2,339,335.54 |
| December | $1,421,361.73 | $28,781.96 | $1,392,579.77 |
| January | $1,129,339.43 | $31,141.49 | $1,098,197.94 |
| February | $779,940.39 |  | $779,940.39 |
| March | $488,028.28 |  | $488,028.28 |

Total     $9,257,915.65 /6     $1,542,985.94 Per month
                                                      $1,543,000.00


Bypass pumping system online by end of September
10/7 - Bladder installed in 8' bypass sewer; bladder failed to due pressure
10/10 & 10/11 - LDS placed sandbags in the 8' diameter bypass sewer
10/12 - Divers discovered some of the sandbags had been knocked down by the current and installed more
10/13 - Reset sandbags and installed concrete-filled geobags
10/14 - Divers began work on a bulkhead within the 11' diameter sewer, using flyash filled geobags
10/18 - Geobag bulkhead in 11' diameter sewer complete
10/19 - Installation of the steel bulkhead (in the same location as the geobag bulkhead begins)

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

REALITY CHECK - From Inland Waters Budget as of 9/30/04

| | | |
|---|---|---|
| Pump Rental = $1,807,443.12 for 12 months = | $150,620.26 /month | |
| Stand-by Generator = $857,520 for 12 months = | $71,460.00 /month | |
| Stand-by pump rental = $120,960 for 12 months = | $10,080.00 /month | |
| Bypass Pumping Maintenance = $1,006,000 for 600 days = | $1,676.67 /day | $50,300.00 /month |
| Electrical Service = $480,000 for 12 months = | $40,000.00 /month | |
| Clinton-Fraser Bypass = $456,000 for 12 months = | $38,000.00 /month | |

+ a fixed cost for the divers to place the bulkheads through the months of October and November @ $5,000/day
Assume work every day for six weeks (10/1 through 11/14) = 42 days = $210,000
$210,000/9 months =                                 $23,333.33

Cost per month =                                $383,793.59 /month
                                            $383,800.00

DEWATERING

Total for Mersino dewatering from Oct 1 through March 31 per DWSD invoices

| | | -Bypass pumping | |
|---|---|---|---|
| October | $652,723.68 | 0 | $652,723.68 |
| November | $444,206.71 | 88841.34 | $355,365.37 |
| December | $446,985.03 | 44698.5 | $402,286.53 |
| January | $371,704.87 | 0 | $371,704.87 |
| February | $364,200.66 | 0 | $364,200.66 |
| March | $638,992.67 | 0 | $638,992.67 |
| | | | |
| | | $2,785,273.78 /6 | $464,212.30 Per month |
| | | | $464,200.00 |

**REALITY CHECK** - From Inland Waters Budget as of 9/30/04
10/5/04 IDR lists 12 dewatering wells in service, Revision #4 (sheet 014) shows 12 wells approx. 100' deep each + 5 observation wells

Maintenance = $786,400 for 12 months =    $65,533.33 /month
                                           $65,500.00

MIDDD 933

MONITORING

Assume 1 person can monitor the observation wells and force main

Assume           9 months
24 hours per day, average 30 days in a month =                720 hours

Assume a graduate engineer at        $98.50 /HR=        $70,920.00 /month

VENTILATION

From Inland Water Budget as of 9/30/04

Ventilation = $216,000 for 12 months          $18,000.00 /month

SECURITY

Total for J. Mack Security from Oct 1 through May 31 per DWSD invoices

| | |
|---|---|
| October | $77,280.00 |
| November | $75,840.00 |
| December | $74,880.00 |
| January | $77,280.00 |
| February | $96,600.00 |
| March | $77,280.00 |
| April | $77,280.00 |
| May | $87,840.00 |

$644,280.00 /8          $80,535.00 Per month
                        $80,500.00

For 11 months of security:          $885,500.00

Reality Check:
11 months of security @ 30 days/ month =          330 days
24 hours per day          7920 hours

$885,500 equals $111/hour
According to http://www.securityguardservicesguide.com, fees paid to regular trained guards can be as high as $30/hr, and armed guards range as high as $50/hr

Assume $40/hr
For 30 days (1 month) =          $28,800.00

MIDDD 936

TRAFFIC MAINTENANCE AND CONTROL

15 Mile Road was opened to traffic on June 9, 2005

Temporary Pavement for access
Estimated area:          10550 SF
                         1172.222 SY

Assume 4" asphalt on 6" base

| | | | |
|---|---|---|---|
| Asphalt | 257.8889 Ton | $85.00 | $21,920.56 |
| Base | 1172.222 SY | $10.00 | $11,722.22 |
| | | | $33,642.78 |

Per Inland Waters Budget as of 9/30/04:

Barricades = $36,000 for 12 months =          $3,000.00 /month

After emergency work, roads were closed between October and June 9 (8 months)

For 11 months of closure:          $33,000.00

Lump Sum Temp. roads plus barricades =          $66,642.78
                                                 $66,600.00

BULKHEAD SEWERS

11' Diameter Sewer - Fabricate and place two 11' diameter steel bulkheads on the east and west ends of collapse

From Inland Waters budget dated 9/30/11:

11' Diameter Bulkhead = $50,000/Ea

8' Diameter Sewer (Clinton-Fraser Connection)

Based on as-built plan, this sewer was bulkheaded using sandbags at the bottom of the 1st upstream manhole

Conservatively assume $25,000 for this bulkhead

MIDDD 938

## TEMPORARY EARTH RETENTION SYSTEM

Dimension of Recovery Shaft = 28 x 260
Perimeter of Recovery Shaft =              576 Ft
Depth of Recovery Shaft=                    64 Ft

36" Concrete Piers
Space 2.5' O.C.                230 Piers         64 feet long
Area of one pier =            7.065 SF

Volume of one pier =        16.75 CY
Volume of 230 piers =       3852.5

| | | | |
|---|---|---|---|
| Support Ex. Tunnel | 1 LS | $110,000.00 | $110,000.00 |
| Excavation | 26813 CYD | $20.00 | $536,260.00 |
| 36" Dia. Drilled Piers (Concrete) | 3852.5 CYD | $100.00 | $385,250.00 |
| Steel for Soldier Pile (W18x76) | 1118720 Lbs | $1.25 | $1,398,400.00 |
| Wales (W18x143) | 297440 Lbs | $1.25 | $371,800.00 |
| Struts (W18x143) | 192192 Lbs | $1.25 | $240,240.00 |
| | | | $3,041,950.00 |
| | | | $3,042,000.00 |

Assumes no salvage on the steel bracing system

## RECONSTRUCT ACCESS SHAFT

Construct the west bulkhead shaft around the existing sanitary manhole as shown on sheet 29

Construction procedure appears to be very similar to the intermediate manhole shafts on the NGI-1
Cost of intermediate shafts =     Approx. $80,000/Ea

# REMOVE/REPLACE PIPE

## Pipe Removal

| | | | | |
|---|---|---|---|---|
| Remove Sewer | 230 LF | $550.00 | $126,500.00 | Assume excavation was performed under "Temporary Earth Retention" |
| Stabilize Soil | 1 LS | $230,000.00 | $230,000.00 | From budget; adjusted to cut labor cost in half and remove material cost |
| | | SUBTOTAL | $356,500.00 | Taken from "Angle Grout" on Inland Waters 9/30/04 budget |

## Pipe Replacement

| | | | | |
|---|---|---|---|---|
| 2' Thick Concrete Base Slab | 678 CYD | $140.00 | $94,920.00 | Unit price from Inland Waters budget dated 9/30/04 |
| 6.5' Thick Concrete Cradle | 2199 CYD | $80.00 | $175,920.00 | |
| 11" I.D. MDOT C-76 Cl V RCP | 230 LF | $1,250.00 | $287,500.00 | From Inland Waters budget dated 9/30/04 |
| 10.5' Thick Cement/Flyash Fill | 3545 CYD | $65.00 | $230,425.00 | Unit price from Inland Waters budget dated 9/30/04 |
| Class II Backfill (51' deep) | 26813 CYD | $10.00 | $268,130.00 | |
| Connect Sewer to Existing | 2 EA | $50,000.00 | $100,000.00 | From Inland Waters budget dated 9/30/04 |
| | | SUBTOTAL | $1,156,895.00 | |
| | | | | |
| | | TOTAL | $1,513,395.00 | |
| | | | $1,513,400.00 | |

MIDDD 941

BULKHEAD REMOVAL

Covers removal and dimantling of 2 11' diameter steel bulkheads, as well as sandbags and geobags from the sewer

Bulkheads were removed between 3/6/05 and 3/13/05 (1 week, overnight shift, 6 divers per shift)

Assume 8 hour shift for two 3-man sewer crews (@ $287.50/hour each)

7 days x 8 hours x 2 x 287.50 =    32200

Assume $50,000 to be conservative

MIDDD 942

SEWER TV & CLEANING

From Inland Waters "Speedy Effort Fixes Macomb Interceptor Giant Sinkhole"

Length of Sewer Cleaned = 5,500 LF ("Over 5,000 LF")

From Inland Waters Budget as of 9/30/04:

Clean Pipe = $532,000 for 2,500 LF =                    $212.80 /LF

For 5,500 LF:                                            $1,170,400.00


REALITY CHECK:

Assume 4' of materials on average must be removed from 5500' of pipe.
2 x 0.5' x 6.5' x 4' =     27 cft/lf = 1 cyd/lf       (rough estimate)

Assume      $150.00 /LF

For 5,500 LF:                        $825,000.00

PAVEMENT RESTORATION

Sheet 23 of Restoration Plan:

| | | | |
|---|---|---|---|
| Pavement, Rem | 461 SY | $5.00 | $2,305.00 |
| Aggregate Base, 8 inch | 401 SY | $7.00 | $2,807.00 |
| Conc Pavt with Integral Curb, Nonreinf, 9 inch | 201 SY | $45.00 | $9,045.00 |
| Conc Pavt, Misc, Nonreinf, 9 inch | 200 SY | $40.00 | $8,000.00 |
| Driveway, Nonreinf Conc, 6 inch | 42 SY | $28.00 | $1,176.00 |
| Sidewalk, Conc, 4 inch | 80 SF | $2.50 | $200.00 |
| Sidewalk Ramp, ADA, 8 inch | 80 SF | $9.00 | $720.00 |
| | | | $24,253.00 SUBTOTAL |

Sheet 24 of Restoration Plan:

| | | | |
|---|---|---|---|
| Pavement, Rem | 3138 SY | $5.00 | $15,691.11 |
| Underdrain, Subgrade, 6 inch | 800 LF | $7.50 | $6,000.00 |
| Aggregate Base, 8 inch | 2967 SY | $7.00 | $20,769.00 |
| Conc Pavt with Integral Curb, Nonreinf, 9 inch | 2667 SY | $45.00 | $120,015.00 |
| Conc Pavt, Misc, Nonreinf, 9 inch | 122 SY | $40.00 | $4,880.00 |
| Driveway, Nonreinf Conc, 6 inch | 177 SY | $28.00 | $4,956.00 |
| Sidewalk, Conc, 4 inch | 1550 SF | $2.50 | $3,875.00 |
| | | | $176,186.11 SUBTOTAL |

Sheet 25 of Restoration Plan:

| | | | |
|---|---|---|---|
| Pavement, Rem | 4599 SY | $5.00 | $22,996.11 |
| Underdrain, Subgrade, 6 inch | 1160 LF | $7.50 | $8,700.00 |
| Aggregate Base, 8 inch | 4194 SY | $7.00 | $29,358.00 |
| Conc Pavt with Integral Curb, Nonreinf, 9 inch | 3936 SY | $45.00 | $177,120.00 |
| Driveway, Nonreinf Conc, 6 inch | 431 SY | $28.00 | $12,068.00 |
| Curb and Gutter | 60 LF | $25.00 | $1,500.00 |
| Sidewalk, Conc, 4 inch | 1890 SF | $2.50 | $4,725.00 |
| Sidewalk Ramp, ADA, 8 inch | 80 SF | $9.00 | $720.00 |
| | | | $256,467.11 SUBTOTAL |

Sheet 26 of Restoration Plan:

| | | | |
|---|---|---|---|
| Pavement, Rem | 2522 SY | $5.00 | $12,610.56 |
| Aggregate Base, 8 inch | 2591 SY | $7.00 | $18,137.00 |
| Conc Pavt with Integral Curb, Nonreinf, 9 inch | 1917 SY | $45.00 | $86,265.00 |
| Conc Pavt, Misc, Nonreinf, 9 inch | 574 SY | $40.00 | $22,960.00 |
| Curb and Gutter | 850 LF | $25.00 | $21,250.00 |
| Sidewalk Ramp, ADA, 8 inch | 280 SF | $9.00 | $2,520.00 |
| | | | $117,012.56 SUBTOTAL |

Sheet 27 of Restoration Plan:

| | | | |
|---|---|---|---|
| Pavement, Rem | 3557 SY | $5.00 | $17,785.00 |
| Underdrain, Subgrade, 6 inch | 600 LF | $7.50 | $4,500.00 |
| Aggregate Base, 8 inch | 4683 SY | $7.00 | $32,781.00 |
| Conc Pavt with Integral Curb, Nonreinf, 9 inch | 2697 SY | $45.00 | $121,365.00 |
| Conc Pavt, Misc, Nonreinf, 9 inch | 446 SY | $40.00 | $17,840.00 |
| Driveway, Nonreinf Conc, 6 inch | 340 SY | $28.00 | $9,520.00 |
| Curb and Gutter | 20 LF | $25.00 | $500.00 |
| Sidewalk, Conc, 4 inch | 325 SF | $2.50 | $812.50 |
| Sidewalk Ramp, ADA, 8 inch | 160 SF | $9.00 | $1,440.00 |
| | | | $205,103.50 SUBTOTAL |

Sheet 28 of Restoration Plan:

| | | | |
|---|---|---|---|
| Pavement, Rem | 1620 SY | $5.00 | $8,099.44 |
| Underdrain, Subgrade, 6 inch | 390 LF | $7.50 | $2,925.00 |
| Aggregate Base, 8 inch | 1533 SY | $7.00 | $10,731.00 |
| Conc Pavt with Integral Curb, Nonreinf, 9 inch | 1404 SY | $45.00 | $63,180.00 |
| Driveway, Nonreinf Conc, 6 inch | 42 SY | $28.00 | $1,176.00 |
| Sidewalk, Conc, 4 inch | 1525 SF | $2.50 | $3,812.50 |
| Sidewalk Ramp, ADA, 8 inch | 40 SF | $9.00 | $360.00 |
| | | | $89,923.94 SUBTOTAL |

Sheet 29 of Restoration Plan:

| | | | |
|---|---|---|---|
| Pavement, Rem | 1550 SY | $5.00 | $7,749.44 |
| Underdrain, Subgrade, 6 inch | 484 LF | $7.50 | $3,630.00 |
| Aggregate Base, 8 inch | 1465 SY | $7.00 | $10,255.00 |
| Conc Pavt with Integral Curb, Nonreinf, 9 inch | 1411 SY | $45.00 | $63,495.00 |
| Sidewalk, Conc, 4 inch | 1250 SF | $2.50 | $3,125.00 |
| | | | $88,254.44 SUBTOTAL |

$957,200.67 TOTAL ALL SHEETS
$957,200.00

## UTILITY RESTORATION

| | | |
|---|---|---|
| Fiberlink, Inc. | $62,635.86 | 8/2005 |
| Comcast | $82,024.13 | 3/2005 |
| Consumers | $7,040.00 | 3/2005 |
| SBC | $200,064.37 | 5/2005 |
| WOW Internet and Cable | $30,523.50 | 3/2005 |
| DTE Energy | $438,940.57 | 3/2005 Based on when the majority of other utility work was performed |

| | | |
|---|---|---|
| Subtotal | $821,228.43 | |
| | $821,200.00 | Budget as of 9/30 was $902,000 |

| | | | | |
|---|---|---|---|---|
| 8" Diameter D.I. (Cl 54) WM | 280 | LF | $60.00 | $16,800.00 |
| 12" Diameter D.I. (Cl 54) WM | 147 | LF | $80.00 | $11,760.00 |
| 2" Copper Water Service | 46 | LF | $20.00 | $920.00 |
| Water Main Connection | 4 | EA | $1,500.00 | $6,000.00 |
| 10" Diameter Truss | 144 | LF | $150.00 | $21,600.00 |
| 12" Diameter Truss | 375 | LF | $175.00 | $65,625.00 |
| 4' Diameter Sanitary Manhole | 4 | EA | $3,500.00 | $14,000.00 |
| Manhole Reconstruction | 4 | EA | $2,500.00 | $10,000.00 |
| Remove Storm Sewer | 98 | LF | $10.00 | $980.00 |
| 12" Diameter CL IV RCP | 135 | LF | $35.00 | $4,725.00 |
| 15" Diameter CL IV RCP | 98 | LF | $40.00 | $3,920.00 |
| 2' Diameter Inlet | 1 | EA | $800.00 | $800.00 |
| 3' Diameter Catch Basin | 1 | EA | $1,000.00 | $1,000.00 |
| 4' Diameter Catch Basin | 1 | EA | $1,200.00 | $1,200.00 |
| Structure Adjust | 4 | EA | $500.00 | $2,000.00 |
| Repair Irrigation System | 1 | LS | $5,000.00 | $5,000.00 |
| | | | Subtotal | $166,330.00 |
| | | | | $166,300.00 |
| | | | TOTAL | $987,558.43 |
| | | | | $987,600.00 |

MIDDD 946

## LANDSCAPE RESTORATION

Estimated ROW area of disturbance:        5266 SY
Assumes entire Hayes ROW from 15 Mile to Peggy Court (minus pavt) and temp pavt areas

Parking area        24533 SY

| | | | |
|---|---|---|---|
| Remove Gravel Parking | 4089 CY | $3.00 | $12,267.00 |
| Remove Temp Pavement | 1172 SY | $4.00 | $4,688.00 |
| 3" Topsoil, all areas | 29799 SY | $2.00 | $59,598.00 |
| Sod (ROW) | 5266 SY | $2.50 | $13,165.00 |
| Seeding (Parking) | 24533 SY | $1.00 | $24,533.00 |
| Villa Fontana Monument Signs | 2 Ea | $10,000.00 | $20,000.00 |
| Trees | 71 Ea | $250.00 | $17,750.00 |
| Flowers (by the gallon) | 207 Ea | $40.00 | $8,280.00 |
| | | TOTAL | $160,281.00 |
| | | | $160,300.00 |

Soil Erosion

| | | | |
|---|---|---|---|
| Curb & Gutter Inlet Filter | 30 Ea | $150.00 | $4,500.00 |
| Silt Fence | 1880 LF | $1.25 | $2,350.00 |
| Dust Control | 1 LS | $10,000.00 | $10,000.00 |
| Street Sweeping | 1 LS | $15,000.00 | $15,000.00 |
| | | | $31,850.00 Total |

PUBLIC AGENCIES

Assume these cost would have been incurred regardless

| Macomb County: | $343.87 | Oct-04 |
| | $5,684.80 | Nov-04 |
| | $165.00 | Dec-04 |
| | $405.83 | Jan-05 |
| | $214.12 | Feb-05 |
| | $642.50 | Mar-05 |
| | $1,449.91 | May-05 |
| | $202.99 | Apr-05 |
| | $9,109.02 | |
| | | |
| OMCPW: | $9,300.00 | Nov-04 |
| | $6,200.00 | Aug-05 |
| | $15,500.00 | |
| | | |
| Sterling Heights: | $44,389.84 | Feb-05 |
| | $32,156.28 | May-05 |
| | $33,232.75 | Jul-05 |
| | $109,778.87 | |

| Total: | $134,387.89 |
| | $134,400.00 |