# **EXHIBIT J**

**Designation of Deposition Testimony of Ramesh Shukla**

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF MICHIGAN
 3                    SOUTHERN DIVISION
 4
 5      _____
 6      In re:                          )   Case No. 13-53845
 7      CITY OF DETROIT, MICHIGAN       )
 8                                      )   Chapter 9
 9              Debtor                  )
10      _____)   Hon. Steven W. Rhodes
11
12
13          The Deposition of RAMESH C. SHUKLA,
14          Taken at 150 W. Jefferson Avenue, Suite 2500,
15          Detroit, Michigan,
16          Commencing at 1:25 p.m.,
17          Wednesday, July 9, 2014,
18          Before Melinda S. Moore, CSR-2258.
19
20
21
22
23
24
25
```

RAMESH C. SHUKLA
July 9, 2014

Page 71

```
 1        County purchase of the interceptor system?
 2   A.   I was not involved in the negotiation with Oakland
 3        Macomb, if you're talking OMID.  Is that what
 4        you're talking about?
 5   Q.   Either Oakland County's purchase or acquisition
 6        of the interceptors or Macomb's.
 7   A.   No.  I did attend some meetings which were called
 8        for, and my role specifically was related to the
 9        sewer station we have on 8 Mile Road.  My input
10        was needed for those things.  So I attended some
11        of those meetings, but I was not involved in the
12        overall project or overall agreement that Macomb
13        County and DWSD agreed to.
14   Q.   Do you remember when you first learned that there
15        was a criminal investigation of contracts that
16        were let by the DWSD?
17   A.   Please explain that question again.  Contract that
18        was let by DWSD?
19   Q.   When did you first become aware that there was a
20        criminal investigation of any DWSD contract?
21   A.   Any DWSD contract?
22   Q.   Any.
23   A.   Criminal investigation by who?
24   Q.   By any law enforcement agency that was
25        investigating the -- any illegal practice in the
```

BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com

```
 1        Detroit Water and Sewerage Department or with
 2        respect to any contract that it had entered into
 3        with a contractor.
 4    A.  I remember that I was contacted by FBI sometime in
 5        2008 -- October or November of 2008, that they
 6        want -- they left a message on my office phone
 7        saying that they want to come and talk to me, so I
 8        called them back and they came back and talked to
 9        me.
10    Q.  What did they talk to you about?
11    A.  Basically they were talking about the various
12        contracts that we are doing, and was --
13        specifically the thrust was did Ferguson -- was
14        Ferguson -- how do I put it?  Did Ferguson take
15        advantage of his position with the mayor's office
16        to get contracts from City of Detroit DWSD.
17        That's what they were trying to talk to me about.
18    Q.  Was 1368, Amendments 2, 3, 4, 5 the subject of
19        any of the discussions?
20    A.  I don't remember if they talked -- at that
21        particular time in 2008 if they talked
22        specifically of any amendment, but they did talk
23        about the sinkhole, yes.  That was talked about.
24    Q.  Do you remember what they asked you about the
25        sinkhole project?
```

```
 1  A.  Same issue, that did Ferguson use his position to
 2      get himself on the contract, who appointed him and
 3      all that, how did they get on the job and all that
 4      kind of questions.  And I told them I didn't hire
 5      him, it was a decision of CS-1368 contractor.  My
 6      job was to make sure that the work gets done.
 7      That's what my job was.
 8  Q.  Were you -- was Victor Mercado on site at the
 9      sinkhole every day that you were on site?
10  A.  Mr. Mercado was on the sinkhole every day till the
11      bypass was done and the houses were secure on
12      either side of the sinkhole, mainly on the south
13      side.  He was there every day in every meeting.
14  Q.  When do you think that work was done?
15  A.  That was -- I don't remember the exact dates and
16      all that.  It was sometime end of September/early
17      October, around that time.
18  Q.  Why is it, to the best of your knowledge, that
19      Mr. Mercado stopped being on site every day after
20      that?
21  A.  I don't know exactly reason why he stopped, but
22      then his number two guy, my boss -- direct boss,
23      Gary Fujita -- Gary was there every day and day in
24      and out like me almost till January until we
25      stabilized the sinkhole.  So he was there every
```

BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com

```
 1   A.   No, they told me that I was not the target of the
 2        investigation.  They were trying to take my
 3        deposition for whatever they were investigating.
 4        I was specifically told that I was not the target
 5        of the investigation.
 6   Q.   Were you told who was the target of the
 7        investigation?
 8   A.   The first agent who called me sometime in 2008,
 9        they said the same thing, and then the other
10        agents who I talked to when I talked to them in
11        our office -- not my office, but in the DWSD
12        office or their building those agents.
13   Q.   They said someone different?
14   A.   Pardon me?
15   Q.   They told you there were different targets?
16   A.   All of them told me I was not a target of the
17        investigation.  All of them.
18   Q.   Okay.  My question was:  Did they ever tell you
19        who the target was?
20   A.   They never told me who the target was, no.
21   Q.   Did they ask you questions about Mr. Mercado?
22   A.   Yeah, they did ask me some kind of questions about
23        Mr. Mercado.
24   Q.   Were you aware of anybody else at DWSD who had
25        been speaking with law enforcement or received a
```

```
 1              subpoena to speak with them?
 2    A.        I believe they talked to a lot of people in my
 3              department and in other departments.
 4    Q.        Who do you know of from your department?
 5    A.        I know they talked to Darryl Latimer, if I
 6              remember right, contracts and grants manager. I'm
 7              pretty sure they talked to Gary Fujita, the
 8              director. They talked to one my head engineers,
 9              Dennis Green; they talked to him. He was under
10              me. They talked to some of my inspectors. I
11              don't remember all the names. They talked to a
12              lot of people.
13    Q.        When did you first become aware of Macomb
14              County's discussions with Detroit about
15              purchasing the Macomb interceptor system?
16    A.        I don't remember the date. I was aware of that
17              that they're going to purchase that. I don't
18              remember the date.
19    Q.        Do you remember the year?
20    A.        I don't remember the year also. I don't want to
21              guess on that.
22    Q.        Do you know if it was something that was
23              negotiated over several years or something
24              negotiated within one year?
25    A.        I don't know exactly how many years it took, but
```

```
 1                    CERTIFICATE OF NOTARY
 2    STATE OF MICHIGAN    )
 3                         ) SS
 4    COUNTY OF MACOMB     )
 5
 6              I, MELINDA S. MOORE, certify that this
 7    deposition was taken before me on the date
 8    hereinbefore set forth; that the foregoing
 9    questions and answers were recorded by me
10    stenographically and reduced to computer
11    transcription; that this is a true, full and
12    correct transcript of my stenographic notes so
13    taken; and that I am not related to, nor of
14    counsel to, either party nor interested in the
15    event of this cause.
16
17
18
19
20          [Signature: Melinda S. Moore]
21
22          MELINDA S. MOORE, CSR-2258
23          Notary Public,
24          Macomb County, Michigan
25     My Commission expires:  September 6, 2016
```