# EXHIBIT L

**Designation of Deposition Testimony of William Misterovich**

```
 1              UNITED STATES BANKRUPTCY COURT
 2               EASTERN DISTRICT OF MICHIGAN
 3                    SOUTHERN DIVISION
 4
 5    _____
 6    In re:                      )    Case No. 13-53845
 7    CITY OF DETROIT, MICHIGAN   )
 8                                )    Chapter 9
 9            Debtor              )
10    _____)    Hon. Steven W. Rhodes
11
12                       ROUGH DRAFT
13       The Deposition of WILLIAM MISTEROVICH,
14       Taken at 21777 Dunham Road,
15       Clinton Township, Michigan,
16       Commencing at 10:28 a.m.,
17       Monday, July 14, 2014,
18       Before Melinda S. Moore, CSR-2258.
19
20
21
22
23
24
25
```

```
 1   Q.   And did that dispute eventually lead to
 2        litigation in the Feikens case?
 3   A.   I don't believe so.
 4   Q.   You do or --
 5   A.   I don't.
 6   Q.   Did you or anyone else at Macomb ever complain
 7        about the cost of the repairs?
 8   A.   Sure.
 9   Q.   And do you recall who you complained to?
10   A.   Each other.
11   Q.   Did you ever complain to anyone at Detroit or --
12   A.   I think comments were made back and forth, and as
13        this event unfolded and construction took place
14        and repair was made, we were having meetings with
15        DWSD on other issues.  We were meeting on a
16        regular basis every week or every two weeks.  And
17        so the subject of repair would come up in the
18        course of those conversations.  I can't give you a
19        date or time or exactly who was there, but we made
20        known the fact that we considered the cost that
21        was being incurred to be quite high.
22   Q.   Did you ever get a response from DWSD?  Do you
23        know who responded on DWSD?
24   A.   No, I can't give you a name.
25   Q.   Did anyone ever -- at DWSD, whether or not you
```

```
 1              remember the name, say, no, these aren't too
 2              high?
 3     A.       That was the general response from DWSD, is that
 4              the costs that they were incurring were valid,
 5              bona fide and accurate.
 6     Q.       Do you know if anyone from the grand jury -- or
 7              anyone from Macomb was ever questioned by the
 8              grand jury?
 9     A.       Not to my knowledge.
10     Q.       Or the FBI or U.S. Attorney's Office?
11     A.       I don't believe anybody from Macomb County was
12              contacted, but I can't say for sure.
13     Q.       At some point did you find out that the U.S.
14              Attorney's Office was investigating potential
15              wrongdoing in the City of Detroit by the
16              Kilpatrick administration?
17     A.       Yes, I learned of that through newspaper reports
18              of the proceedings.
19     Q.       Didn't know prior to the newspapers?
20     A.       No.
21     Q.       Other than the folks indicted -- I think Mercado
22              and Miller, Kilpatrick, Ferguson are the ones I
23              recall -- are you aware of whether anyone else at
24              DWSD or anyone at DWSD was aware of this
25              wrongdoing?  Did you ever speak to anyone at DWSD
```

WILLIAM MISTEROVICH
July 14, 2014                                                      24

```
1           being pretty much Jacobs and Walter?
2    A.     Right.
3    Q.     I don't think we've marked in this particular
4           litigation that OMI acquisition agreement, but it
5           was entered into or executed in 2009; this one,
6           in 2010.  Why did it take so long for this one?
7    A.     I think the primary reason was the concern or
8           discussions over the purchase price.  In the OMI
9           agreement, it basically was a wash.  There were no
10          funds exchanged between OMI and the City of
11          Detroit, as opposed to the MID agreement, which we
12          had costs that in the end that added up to over
13          $90 million
14   Q.     Let's met show you what's been marked Hupp
15          Exhibit 4 and I'll ask if you can tell us what
16          that is.
17   A.     This is the computation of purchase price of the
18          MID facilities.
19   Q.     And two items -- I'm looking at "CS-1368 2005
20          repairs, $54,467,200."  Do you see that?
21   A.     Yes.
22   Q.     Was there any discussion during the negotiations
23          about the cost of those repairs?
24   A.     There was some discussion about the cost.
25   Q.     Do you recall what that discussion was?
```

| | | |
|---|---|---|
| 1 | A. | Just in general terms, Macomb County felt the |
| 2 | | numbers were high and Detroit assured us they were |
| 3 | | accurate. |
| 4 | Q. | And by accurate, Detroit indicated this is what |
| 5 | | it paid for the repairs? |
| 6 | A. | Yes. |
| 7 | Q. | Was there any discussion that you can recall |
| 8 | | about the reasonableness of the costs? |
| 9 | A. | Again, just in general terms. |
| 10 | Q. | What general terms were those? |
| 11 | A. | Macomb County felt the figures were high and |
| 12 | | Detroit continued to assert that the numbers were |
| 13 | | valid. |
| 14 | Q. | Okay. What about the $17,050,000, about 80% of |
| 15 | | the way down the document, that global |
| 16 | | settlement, what does that represent? |
| 17 | A. | The 17 million was one of the items covered in the |
| 18 | | global agreement dated 2009, and it represented a |
| 19 | | credit to Macomb County for all of the costs that |
| 20 | | were -- that are reflected in this Schedule 3.8. |
| 21 | Q. | At one point was the system debt at something |
| 22 | | like 116 million? |
| 23 | A. | I don't recall it being quite that high. |
| 24 | Q. | What do you recall? I see there's a 110. |
| 25 | A. | Yes, that's the number I remember. |