# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: ) ) | |
| ) | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN ) ) | Chapter 9 |
| Debtor ) ) | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 15, 2014, the Macomb Interceptor Drain Drainage District filed *Macomb Interceptor Drain Drainage District's Brief in Support of Temporary Allowance of Claim Pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure for Purposes of Accepting or Rejecting the Debtor's Fourth Amended Plan of Adjustment* [Docket No. 6016] (the "Brief") with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record. In addition, the Brief was served via electronic mail transmission to the following counsel to the Debtor and the Official Committee of Retirees:

Debtor's Counsel:

    David Heiman - dgheiman@jonesday.com

    Heather Lennox – hlennox@jonesday.com

    Tom Wilson – tawilson@jonesday.com

    Bruce Bennett – bbennett@jonesday.com

    Jonathan Green – greenj@millercanfield.com

    Stephen LaPlante – laplante@millercanfield.com

M. Misbah Shahid – Shahid@millercanfield.com

Jerome Watson – Watson@millercanfield.com

Tamar Dolcourt – tdolcourt@foley.com

John Simon – jsimon@foley.com

Retiree Committee Counsel:

Claude Montgomery – claude.montgomery@dentons.com

Carole Neville – carole.neville@dentons.com

Sam Alberts – sam.alberts@dentons.com

Dan Barnowski – dan.barnowski@dentons.com

Matthew E. Wilkins – wilkins@bwst-law.com

Paula A. Hall – hall@bwst-law.com

Dated: July 15, 2014

          DECHERT LLP

          By: /s/ *Allan S. Brilliant*
          Allan S. Brilliant
          Stephen M. Wolpert
          1095 Avenue of the Americas
          New York, NY 10016
          Telephone: (212) 698-3500
          Facsimile: (212) 698-3599
          allan.brilliant@dechert.com
          stephen.wolpert@dechert.com

          *Attorneys for Macomb Interceptor Drain Drainage District*