In re:                                    Chapter 9
City of Detroit, Michigan,                Case No. 13-53846
Debtor                                    Hon. Steven W. Rhodes

## Notice of Hearing to Individuals Who Filed Plan Objections
## Reply to Hearing Notice – July 14, 2014

I, Beverly Holman accept the opportunity to address the Court regarding plan objections as referenced in the June 10, 2014 Hearing Notice, Docket Number – 5264 provided by Judge Steven Rhodes.

My assigned docket number is 2977.

I am on the Exhibit B schedule for appearance.

I plan to be present on July 15, 2014.

Signed: _____
         Beverly Holman