July 10, 2014

US Bankruptcy Court
Judge Steven W. Rhodes
211 West Fort
Suite 1700
Detroit Michigan 48226

FILED

2014 JUL 11 A 8: 16

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

RE: **Request for Retirees to Vote Again**-Objection to the July 11, 2014 vote for the City of Detroit's Fourth Amended Plan/Disclosure Statement

**Case 13-53846**

**I am objecting to the vote due July 11, 2014 and am requesting to have retirees vote again on the fourth AMENDED DISCLOSURE STATEMENT WITH RESPECT TO AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT (May 5, 2014).**

New information is coming out almost daily. We voted based on old information and we have been pressured by the news media, K. Orr, Gov. Snyder, Pension Boards, DRCEA, etc. I feel retirees have been sold out by everyone that was supposed to look out for their best interests.

I want to vote again after we get all the information on the items listed below, and I do not want anyone pressuring me to vote yes or no. All opinions about which way to vote should be kept out of the media. **I feel I have been coerced and voted under duress.**

Here are **some** points that have changed, could be changed, or not yet settled:

1. **Value of DIA Art**-we were given wrong information. Art is valued much higher than the original appraisal Kevin Orr presented. Promises to donors should be broken just like the promises to retirees, including under the state constitution.
2. **Pension Funds Underfunded Amount**-I do not trust the amount stated by Kevin Orr. He can manipulate numbers to show what he wants. We need a average amount from all the valuations not just Kevin Orr's.
3. **Raises and Contracts**-raises for current employees. How can you afford raises for all these employees when you have to cut pensions and do a clawback? Raises look to be funded on the backs of retirees-just like Gov. Snyder did with the state budget by taxing pensions. Not fair.
4. **Sale of Assets**-no assets have been sold. What about the DIA, the Historical Museum, the African Museum, the golf courses, the parks, the parking lots/structures?

5. **Clawback**-monthly recoupment of the ASF is charged with 6.75% interest-where did that come from? Why? What about the lump sum payment of the recoupment-we do not have all the particulars on that either. This should not even be in the plan-the recoupment is unconscionable and unfair.
6. **Library Retirees**-Since the Detroit Public Library is an independent municipal corporation run by a seven member commission not in bankruptcy and is still making payments to the pension funds, how will Library employees be affected? Should they be affected at all? No, they should not be affected by the cuts or clawback.
7. **Contributors Default**-If the State, DIA, or any of the foundations default on their pledges will our pensions be cut more? How much? How will this be calculated? **If new officials are elected will these pledges hold?**
8. **Banks $85 Million**-If this is approved by Judge Rhodes, can the banks (UBS and BOA) come back and sue the pension boards for the balance not paid by the City? Will that trigger further pension cuts? How much? How will this be calculated? **Is there any guarantee this will not happen?**

**I am asking Judge Rhodes to request Retirees vote again on the Fourth Amended Disclosure Statement and Amended Plan of Adjustment.**

Respectfully,

*M. W. Baker*

Dorothy M. W. Baker
22406 Rio Vista Street
Saint Clair Shores, MI 48081
586-552-8397
Email: bakerdmw@gmail.com