# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN | ) |
|  | ) Chapter 9 |
| Debtor | ) |
|  | ) Hon. Steven W. Rhodes |
|  | ) |

## *EX PARTE* ORDER AUTHORIZING THE MACOMB INTERCEPTOR DRAIN DRAINAGE DISTRICT TO FILE A BRIEF IN EXCESS OF PAGE LIMIT

This matter coming before the Court on the *Ex Parte Motion of the Macomb Interceptor Drain Drainage District to File a Brief in Excess of Page Limit* (the "Motion")[1] and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED.

2.      MIDDD may file the *Macomb Interceptor Drain Drainage District's Brief in Support of Temporary Allowance of Claim Pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure for Purposes of Accepting or Rejecting the Debtor's Fourth Amended Plan of Adjustment* in excess of the applicable page limitation.

.

**Signed on July 15, 2014**

                                                  **/s/ Steven Rhodes**
                                                  **Steven Rhodes**
                                                  **United States Bankruptcy Judge**

3.

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.