UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

        Debtor.

_____/

Chapter 9

Case No: 13-53846

Hon. Steven. W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2014, I caused: (i) the *Amended Notice of Deposition of Nicolette Bateson* [Doc. No. 6034], (ii) the *Amended Notice of Deposition of Bart Foster* [Doc. No. 6035], and (iii) the *Amended Notice of Deposition of James Doak* [Doc. No. 6036] to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filings to all ECF participants in this bankruptcy case.

    Respectfully Submitted,

    **JAFFE RAITT HEUER & WEISS, P.C.**

    By:   /s/ Paul R. Hage
    Paul R. Hage (P70460)
    27777 Franklin Road, Suite 2500
    Southfield, MI 48034-8214
    Telephone: (248) 351-3000
    phage@jaffelaw.com

    *Counsel for National Public Finance Guarantee Corp.*

Dated: July 15, 2014.