UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

Re: CASE NUMBER 13-53846    DATE: _____

NAME(S): Richard Louis Hall

## STATEMENT OF CHANGE OF MAILING ADDRESS OF CREDITOR

Dear Clerk of the Court:

The Creditor in the above entitled case do hereby request that the mailing address listed in the above-stated case be changed;

From: 7727 Bryden Street
Detroit, Michigan 48210

To: 8110 Wyoming Street
Detroit, Michigan 48204

Sincerely,

Creditor: _____

FILED
2014 JUL 15 P 3:09
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

***If you would like a copy of this form returned to you, mail two (2) copies of this form and a self-addressed stamped envelope directly to the Clerk of the Court at 211 West Fort Street, Detroit, MI 48226.*

13-53846-tjt    Doc 6050    Filed 07/15/14    Entered 07/15/14 15:18:32    Page 1 of 1