UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                                         :
In re                                                    : Chapter 9
                                                         :
CITY OF DETROIT, MICHIGAN,                               : Case No. 13-53846
                                                         :
                        Debtor.                          : Hon. Steven W. Rhodes
                                                         :
---------------------------------------------------------x

# ORDER MODIFYING THE ORDER IDENTIFYING LEGAL ISSUES, ESTABLISHING SUPPLEMENTAL BRIEFING SCHEDULE AND SETTING HEARING DATES AND PROCEDURES [Docket No. 5235]

This matter came before the Court on the Stipulation Regarding Proposed Order Modifying the Order Identifying Legal Issues, Establishing Supplemental Briefing Schedule and Setting Hearing Dates and Procedures [Docket No. 5235] (the "Stipulation"),[1] filed jointly by the City of Detroit, the 36th District Court, State of Michigan, Local 917 and Local 3308 of the American Federation of State, County and Municipal Employees, Bobby Jones, Richard T. Weatherly, Roderick Holley and Carlton Carter (collectively, the "Parties"); the Court having reviewed the Stipulation; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a

---

[1] Capitalized terms not defined herein have the meanings given to them in the Stipulation.

core proceeding pursuant to 28 U.S.C. § 157(b); and the Court being advised that the issue identified in paragraph 8 of the Order Identifying Legal Issues ("Issue 8") has been resolved in principle by the Parties; and the Court otherwise being fully advised in the premises;

    IT IS HEREBY ORDERED THAT:

    1.    The Stipulation is APPROVED.

    2.    The Order Identifying Legal Issues is modified to delete paragraph 8.

    3.    The Court will not hear arguments regarding Issue 8 at the hearing on legal issues scheduled for July 16, 2014.

    4.    Oral argument regarding Issue 8 is adjourned indefinitely pending final documentation of the Settlement.

.

**Signed on July 16, 2014**

                                                                       **/s/ Steven Rhodes**
                                                                       **Steven Rhodes**
                                                                       **United States Bankruptcy Judge**

-2-
13-53846-swr    Doc 6058    Filed 07/16/14    Entered 07/16/14 08:12:14    Page 2 of 2