# CITY OF DETROIT
# BUILDINGS AND SAFETY ENGINEERING DEPARTMENT

## FEE SCHEDULE
### EFFECTIVE JULY 1, 2009

## PROPERTY MAINTENANCE

### ANNUAL INSPECTIONS

**Condominium/Cooperative**
One or Two Story Structure (Exterior Mechanical and Common Areas)

| | |
|---|---|
| Each Building | $ 185.00 |
| Each additional story | $ 40.00 |

Rental dwelling units located in the same building (owned by the same person) within an established condominium, loft, townhouse, cooperative.

| | |
|---|---|
| 1st Unit | $ 150.00 |
| Each Additional Unit | $ 80.00 |

**Rental Property**

Multi-Family Apartments, Hotels, Motels, Rooming Houses, Shelters, Terraces, Townhouses, Lofts

| | |
|---|---|
| Gross floor area not over 5,000 sq. ft. | $ 310.00 |
| Each additional 5,000 sq. ft. | $ 80.00 |
| Maximum charge for one building or structure | $ 4,350.00 |

**One And Two Family Dwellings**

| | |
|---|---|
| One (1) Unit | $ 150.00 |
| Two (2) Units | $ 230.00 |
| Owner occupied single with maximum of 2 sleeping rooms | $ 134.00 |

| | |
|---|---|
| Extension of Temporary Certificate of Compliance | $ 42.00 |
| Inspection not herein specifically prescribed | |
| Minimum one-hour time | $ 134.00 |
| Each additional one half hour or fraction thereof | $ 67.00 |

**Non-Residential**

Non-Residential Includes but is not limited to Factories, Commercial, Office Buildings, Churches, Hospitals, Convalescent Homes, Institutional Buildings, Schools and Colleges:

Gross Floor Area:

| | |
|---|---|
| 500 sq. ft. or less | $ 208.00 |
| 501 sq. ft. – 10,000 sq. ft. | $ 245.00 |
| 10,000 Sq. ft – 25,000 sq. ft. | $ 312.00 |
| 25,001 to 50,000 sq. ft. | $ 342.00 |
| 50,001 sq. ft. – 75,000 sq. ft. | $ 372.00 |
| 75,001 sq. ft. – 100,000 sq. ft. | $ 402.00 |
| $100.00 for each additional 50,000 sq. ft. or fraction there of | |
| Maximum charge for one building or structure | $ 4,350.00 |
| Review of exterior wall report | $ 67.00 |
| Annual Inspection of Special Land Use Grants | $ 134.00 |
| Cell tower Annual Inspection for without BZA-BSE-SLU Grants | $ 134.00 |