# EXHIBIT L

**Designation of Deposition Testimony of William Misterovich**

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 13-53845 |
| CITY OF DETROIT, MICHIGAN ) | |
| ) | Chapter 9 |
| Debtor ) | |
| ) | Hon. Steven W. Rhodes |

ROUGH DRAFT

The Deposition of WILLIAM MISTEROVICH,

Taken at 21777 Dunham Road,

Clinton Township, Michigan,

Commencing at 10:28 a.m.,

Monday, July 14, 2014,

Before Melinda S. Moore, CSR-2258.

Q. And did that dispute eventually lead to litigation in the Feikens case?
A. I don't believe so.
Q. You do or --
A. I don't.
Q. Did you or anyone else at Macomb ever complain about the cost of the repairs?
A. Sure.
Q. And do you recall who you complained to?
A. Each other.
Q. Did you ever complain to anyone at Detroit or --
A. I think comments were made back and forth, and as this event unfolded and construction took place and repair was made, we were having meetings with DWSD on other issues. We were meeting on a regular basis every week or every two weeks. And so the subject of repair would come up in the course of those conversations. I can't give you a date or time or exactly who was there, but we made known the fact that we considered the cost that was being incurred to be quite high.
Q. Did you ever get a response from DWSD? Do you know who responded on DWSD?
A. No, I can't give you a name.
Q. Did anyone ever -- at DWSD, whether or not you

remember the name, say, no, these aren't too high?

A. That was the general response from DWSD, is that the costs that they were incurring were valid, bona fide and accurate.

Q. Do you know if anyone from the grand jury -- or anyone from Macomb was ever questioned by the grand jury?

A. Not to my knowledge.

Q. Or the FBI or U.S. Attorney's Office?

A. I don't believe anybody from Macomb County was contacted, but I can't say for sure.

Q. At some point did you find out that the U.S. Attorney's Office was investigating potential wrongdoing in the City of Detroit by the Kilpatrick administration?

A. Yes, I learned of that through newspaper reports of the proceedings.

Q. Didn't know prior to the newspapers?

A. No.

Q. Other than the folks indicted -- I think Mercado and Miller, Kilpatrick, Ferguson are the ones I recall -- are you aware of whether anyone else at DWSD or anyone at DWSD was aware of this wrongdoing? Did you ever speak to anyone at DWSD

being pretty much Jacobs and Walter?
A. Right.
Q. I don't think we've marked in this particular litigation that OMI acquisition agreement, but it was entered into or executed in 2009; this one, in 2010. Why did it take so long for this one?
A. I think the primary reason was the concern or discussions over the purchase price. In the OMI agreement, it basically was a wash. There were no funds exchanged between OMI and the City of Detroit, as opposed to the MID agreement, which we had costs that in the end that added up to over $90 million
Q. Let's met show you what's been marked Hupp Exhibit 4 and I'll ask if you can tell us what that is.
A. This is the computation of purchase price of the MID facilities.
Q. And two items -- I'm looking at "CS-1368 2005 repairs, $54,467,200." Do you see that?
A. Yes.
Q. Was there any discussion during the negotiations about the cost of those repairs?
A. There was some discussion about the cost.
Q. Do you recall what that discussion was?

A. Just in general terms, Macomb County felt the numbers were high and Detroit assured us they were accurate.
Q. And by accurate, Detroit indicated this is what it paid for the repairs?
A. Yes.
Q. Was there any discussion that you can recall about the reasonableness of the costs?
A. Again, just in general terms.
Q. What general terms were those?
A. Macomb County felt the figures were high and Detroit continued to assert that the numbers were valid.
Q. Okay. What about the $17,050,000, about 80% of the way down the document, that global settlement, what does that represent?
A. The 17 million was one of the items covered in the global agreement dated 2009, and it represented a credit to Macomb County for all of the costs that were -- that are reflected in this Schedule 3.8.
Q. At one point was the system debt at something like 116 million?
A. I don't recall it being quite that high.
Q. What do you recall? I see there's a 110.
A. Yes, that's the number I remember.