# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| In re: ) | |
| ) | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN ) | |
| ) | Chapter 9 |
| Debtor ) | |
| ) | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 16, 2014, the Macomb Interceptor Drain Drainage District filed the *Notice of Filing of Macomb Interceptor Drain Drainage District's Corrected Brief in Support of Temporary Allowance of Claim Pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure for Purposes of Accepting or Rejecting the Debtor's Fourth Amended Plan of Adjustment* [Docket No. 6061] (the "Corrected Brief") with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record. In addition, the Corrected Brief was served via electronic mail transmission to the following counsel to the Debtor and the Official Committee of Retirees:

Debtor's Counsel:

David Heiman - dgheiman@jonesday.com

Heather Lennox – hlennox@jonesday.com

Tom Wilson – tawilson@jonesday.com

Bruce Bennett – bbennett@jonesday.com

Jonathan Green – greenj@millercanfield.com

Stephen LaPlante – laplante@millercanfield.com

M. Misbah Shahid – Shahid@millercanfield.com

Jerome Watson – Watson@millercanfield.com

Tamar Dolcourt – tdolcourt@foley.com

John Simon – jsimon@foley.com

<u>Retiree Committee Counsel</u>:

Claude Montgomery – claude.montgomery@dentons.com

Carole Neville – carole.neville@dentons.com

Sam Alberts – sam.alberts@dentons.com

Dan Barnowski – dan.barnowski@dentons.com

Matthew E. Wilkins – wilkins@bwst-law.com

Paula A. Hall – hall@bwst-law.com

Dated: July 16, 2014

        DECHERT LLP

        By: /s/ *Allan S. Brilliant*
        Allan S. Brilliant
        Stephen M. Wolpert
        1095 Avenue of the Americas
        New York, NY 10016
        Telephone: (212) 698-3500
        Facsimile: (212) 698-3599
        allan.brilliant@dechert.com
        stephen.wolpert@dechert.com

        *Attorneys for Macomb Interceptor Drain Drainage District*