UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name __Alidz Oshagan__

Firm __Legghio & Israel, P.C.__

Address __306 South Washington Avenue, Suite 600__

City, State, Zip __Royal Oak, Michigan 48067-3837__

Phone __248 398 5900__

Email __oshagan@legghioisrael.com__

**Case/Debtor Name:** City of Detroit, Michigan

**Case Number:** 13-53846

**Chapter:**

**Hearing Judge** __Hon. Steven Rhodes__

⊙ Bankruptcy   ○ Adversary

○ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: __07/16/2014__   Time of Hearing: __9:00 a.m.__   Title of Hearing: __Legal Issue #1 Objection__

Please specify portion of hearing requested:   ⊙ Original/Unredacted   ○ Redacted   ○ Copy (2nd Party)

○ Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ⊙ Other

Special Instructions: __Only the oral argument by Christopher Legghio, Heather Lennox and Judge Rhodes__

**Type of Request:**

○ Ordinary Transcript - $3.65 per page (30 calendar days)

○ 14-Day Transcript - $4.25 per page (14 calendar days)

⊙ Expedited Transcript - $4.85 per page (7 working days)

○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/Alidz Oshagan                             Date: __July 16, 2014__

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date          By

Order Received:

Transcript Ordered

Transcript Received