**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

-------------------------------------------------------x
                                :

In re                         :       Chapter 9
                                :

CITY OF DETROIT, MICHIGAN,     :       Case No. 13-53846
                                :

                    Debtor.     :       Hon. Steven W. Rhodes
                                :

-------------------------------------------------------x

### STIPULATION MODIFYING CERTAIN DEADLINES RELATING TO THE DEBTOR'S PLAN OF ADJUSTMENT

This Stipulation (this "Stipulation") is made by the (i) City of Detroit and (ii) the Attorney General of the State of Michigan, Bill Schuette (the "Attorney General").[1]

WHEREAS, the City and the Attorney General entered into a stipulation to extend certain deadlines on May 12, 2014, including extending a deadline to July 17, 2014 for the Attorney General to file and serve a statement with respect to Michigan's Pension Clause and the Plan in the event that either Class 10 or 11 votes to reject the plan;

WHEREAS, the May 12, 2014 stipulation was approved by an order of this Court dated May 14, 2014 (Docket No. 4746) (the "May 14 Order");

_____

[1]     Capitalized terms not otherwise defined herein have the meanings given to them in the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (Docket No. 4392) (the "Plan").

WHEREAS, the official tally of the voting on acceptance or rejection of the Plan is scheduled to be filed with the Court on or before July 21, 2014;

WHEREAS, in light of the foregoing, the City and the Attorney General have agreed to the modification of certain deadlines established by this Court's May 14 Order;

By and through each of their undersigned counsel, the City and the Attorney General have reached agreement regarding, and hereby stipulate to the entry of, the order attached hereto as <u>Exhibit 1</u>.

Dated:  July 16, 2014

/s/ *Michael R. Bell*
Michael Bell (P47890)
B. Eric Restuccia (P49550)
Assistant Attorneys General
Department of Attorney General
P.O. Box 30212
Lansing, Michigan 48909
Telephone:  (517) 373-1124
Fascimile:  (517) 241-8355
bellm1@michigan.gov
restucciae@michigan.gov

*Attorneys for the Attorney General*

/s/  *Heather Lennox*
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 243-2382
Facsimile:  (213) 243-2539
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK
   AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan  48226
Telephone:  (313) 963-6420
Facsimile:  (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

*Attorneys for the City of Detroit*

## EXHIBIT 1