UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
: 
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
---------------------------------------------------------x

PROOF OF SERVICE

I hereby certify that on July 16, 2014, I electronically filed the *STIPULATION MODIFYING CERTAIN DEADLINES RELATING TO THE DEBTOR'S PLAN OF ADJUSTMENT* with the Clerk of the Court using the ECF System, which will provide electronic notice and copies of such filing of the following to the parties.

        BILL SCHUETTE
        Attorney General

        */s/ Michael R. Bell*
        Michael R. Bell (P47890)
        Assistant Attorney General
        PO Box 30754
        Lansing, MI 48909
        517-373-3203
        BellM1@michigan.gov

Dated: July 16, 2014