UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                   Chapter 9

City of Detroit, Michigan,                               Case No. 13-53846

        Debtor.                                Hon. Steven W. Rhodes
_____/                                 Hon. Gerald E. Rosen

### ORDER TO CERTAIN PARTIES TO APPEAR
### FOR CONTINUED MEDIATION ON DWSD MATTERS

    At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     July 16, 2014
PRESENT:   Honorable Gerald E. Rosen
                 United States District Chief Judge

**TO:**   The City of Detroit
       Detroit Water and Sewerage Department
       Assured Guaranty Municipal Corporation
       Financial Guaranty Insurance Corporation
       MBIA/National Public Finance Guarantee Corporation
       Berkshire Hathaway Reinsurance Group
       State of Michigan, Department of Treasury - Michigan Finance Authority
       First Southwest Company

    **IT IS HEREBY ORDERED** that the above-named noticed parties shall appear, with counsel, for continuing mediation on **Monday, July 21, 2014, at 10:30 a.m.** in Room 722 of the Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.

    The following ad hoc bondholders committee members and their counsel, as well as the bond trustee, are also invited to attend but are not required to do so:

    Black Rock Financial Management
    Eaton Vance Management
    Fidelity Management & Research Company
    Nuveen Asset Management
    Franklin Advisors, Inc.
    U.S. Bank National Association, as Trustee

    All parties and counsel are reminded that all proceedings, discussions, negotiation, and

1

writings incident to mediation are be privileged and confidential, and are not to be disclosed to any third-parties.  *See* August 13, 2013 Mediation Order, Dkt. # 322.

Date: July 16, 2014

s/Gerald E. Rosen
Gerald E. Rosen, U.S. District Chief Judge,
Judicial Mediator