**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FILED

2014 JUL 15 A 11: 42

U.S. BANKRUPTCY COURT
E.D. MICHIGAN - DETROIT

Amru Meah

Creditors/Objectors,

v

In re:
City of Detroit, Michigan
and Emergency Manager
Kevyn D. Orr

Chapter 9
Case No. 13-53846
Judge Steven W. Rhodes

Debtor

/

## UNDER DURESS: OBJECTIONS TO THE VOTE TAKING FOR BANKRUPTCY PLAN OF ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

1. We/I want the records to state, record and document that the vote submitted for the Bankruptcy Plan of Adjustment was casted Under Duress, for it was forced upon me, threats of worsening proportions were stated, and as a result, my actions of voting were a result of stress and fear. In essence, it was an action that I would not have conducted otherwise.

NAME: Amru Meah

ADDRESS: 30815 Billington ct

CITY/STATE/ZIP: Beverly Hills, MI. 48025

DATE: July 14, 2014