UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VERA C. MAGEE
Creditors/Objectors,

v

In re:
City of Detroit, Michigan
and Emergency Manager
Kevyn D. Orr

Chapter 9
Case No. 13-53846
Judge Steven W. Rhodes

Debtor

/

## UNDER DURESS: OBJECTIONS TO THE VOTE TAKING FOR BANKRUPTCY PLAN OF ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

1. We/I want the records to state, record and document that the vote submitted for the Bankruptcy Plan of Adjustment was casted Under Duress, for it was forced upon me, threats of worsening proportions were stated, and as a result, my actions of voting were a result of stress and fear. In essence, it was an action that I would not have conducted otherwise.

NAME: Vera C. Magee

ADDRESS: 5165 Iroquois

CITY/STATE/ZIP: Detroit, MI 48213

DATE: 7-14-14