UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
2014 JUL 15 A 11: 42
U.S. BANKRUPTCY COURT
E.D. MICHIGAN - DETROIT

Earline Jones
_____
Creditors/Objectors,

v

In re:
City of Detroit, Michigan
and Emergency Manager
Kevyn D. Orr

Chapter 9
Case No. 13-53846
Judge Steven W. Rhodes

Debtor

## UNDER DURESS: OBJECTIONS TO THE VOTE TAKING FOR BANKRUPTCY PLAN OF ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

1. We/I want the records to state, record and document that the vote submitted for the Bankruptcy Plan of Adjustment was casted Under Duress, for it was forced upon me, threats of worsening proportions were stated, and as a result, my actions of voting were a result of stress and fear. In essence, it was an action that I would not have conducted otherwise.

NAME: Earline Jones

ADDRESS: 17352 Roselawn St

CITY/STATE/ZIP: Detroit, Mich 48221

DATE: 7/14/14