

# Calvin Carter
13810 Rossini
Detroit, Michigan 48205
Phone (313) 371-6019

Date: July 7, 2014

TO: Hon. STEVEN W. RHODES
U.S. Bankruptcy Court
211 W. Fort Street, Room 1800
Detroit, Mich. 48226

RE: Case No. 13-53846-swr
Chapter 9

FROM: Calvin Carter, Retiree
City of Detroit

This is to inform you that I have mailed my ballot voting on the Grand Bargain. I just want you to know that my vote was done under Duress. This process has left me mentally, physically and emotionally devastated.

I think it is blatantly unfair that I worked for thirty five years, planning my life around a pension and health care I was assured I would receive upon my retirement. I feel violated.

Sincerely,
Signature