UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
---------------------------------------------------------x

## ORDER APPROVING THE STIPULATION MODIFYING CERTAIN DEADLINES RELATING TO THE DEBTOR'S PLAN OF ADJUSTMENT

The Stipulation Modifying Certain Deadlines Relating to the Debtor's Plan of Adjustment (the "Stipulation"),[1] having been entered into by (i) the City of Detroit and (ii) the Attorney General of the State of Michigan, Bill Schuette; the Court having reviewed the Stipulation; and the Court being fully advised in the premises;

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Stipulation or in the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (Docket No. 4392) (the "Plan").

IT IS HEREBY ORDERED THAT:

1. In the event that on or prior to July 21, 2014, it is determined by the parties that either Class 10 or 11 has voted to reject the Plan, the Attorney General shall file and serve his statement with respect to Michigan's Pension Clause and the Plan no later than July 22, 2014.

2. <u>No Other Modifications</u>.  Except as modified by this order, the provisions of the Fifth Amended Scheduling Order (Docket No. 5259) and the Court's Order Approving the Stipulation Modifying Certain Deadlines Established in the Fourth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (Docket No. 4746) remain in full force and effect.

.

**Signed on July 16, 2014**

                                           /s/ Steven Rhodes
                                           **Steven Rhodes**
                                           **United States Bankruptcy Judge**