UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9
City of Detroit, Michigan,                                Case No. 13-53846
    Debtor.                           Hon. Steven W. Rhodes
_____/

### Order Regarding Report of Court's Expert

Upon completion of the report of the Court's expert, Martha Kopacz, it is hereby ordered that the report shall be emailed to the Court's office before it is served upon the parties. After the Court has had an opportunity to review the report, the Court will direct the release and delivery of the report to the parties.

.

**Signed on July 16, 2014**

                                                **/s/ Steven Rhodes**
                                        **Steven Rhodes**
                                        **United States Bankruptcy Judge**