# INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | Transcript of the Deposition of Craig Hupp |
| Exhibit B | Transcript of the Deposition of Bart Foster |
| Exhibit C | Transcript of the Deposition of Mark Jacobs |
| Exhibit D | 1977 Feikins Case Docket |
| Exhibit E | Transcript of the Deposition of William Misterovich |
| Exhibit F | Transcript of the Deposition of Robert Walter |
| Exhibit G | Transcript of the Deposition of Darryl Latimer |
| Exhibit H | Article |
| Exhibit I | Fact Sheet |
| Exhibit J | Transcript of the Deposition of Ramesh Shukla |

22643706.1\022765-00202