CLOSED,APPEAL,reassigned

# U.S. District Court
## Eastern District of Michigan (Detroit)
### CIVIL DOCKET FOR CASE #: 2:77-cv-71100-SFC

| | |
|---|---|
| USA, et al v. Det City, et al | Date Filed: 05/06/1977 |
| Assigned to: District Judge Sean F. Cox | Date Terminated: 03/27/2013 |
| Demand: $0 | Jury Demand: None |
| Case in other court: USCA, 07-01605/1607 | Nature of Suit: 893 Environmental Matters |
| U.S. Court of Appeals - Sixth Circuit, 11-02517/11-02569 | Jurisdiction: U.S. Government Plaintiff |
| U.S. Court of Appeals - Sixth Circuit, 12-01210 | |
| U.S. Court of Appeals - Sixth Circuit, 12-01250 | |
| U.S. Court of Appeals - Sixth Circuit, 13-01004 | |
| U.S. Court of Appeals - Sixth Circuit, 13-01708 | |

**Special Master**

**F. Thomas Lewand**
*TERMINATED: 02/07/2011*

represented by **F. Thomas Lewand**
Bodman
1901 St. Antoine Street
6th Floor
Detroit, MI 48226
313-259-7777
Fax: 313-393-7579
Email: tlewand@bodmanllp.com
*TERMINATED: 02/03/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George G. Kemsley**
Bodman
1901 St. Antoine Street
6th Floor
Detroit, MI 48226
313-259-7777
Email: gkemsley@bodmanllp.com
*TERMINATED: 02/03/2011*
*ATTORNEY TO BE NOTICED*

**Special Master**

represented by

| | | |
|---|---|---|
| 03/09/2006 | 1897 | ORDER Approving Contract Extension for Infrastructure Management Group. Signed by Honorable John Feikens. (CCoh, ) (Entered: 03/09/2006) |
| 03/10/2006 | 1898 | OBJECTION to 1890 Report (Free), Report (Free), Report (Free), Report (Free), Report (Free), Report (Free), Report (Free) *Report and Recommendation of Special Master Dated February 22, 2006* by Wayne, County of. (Attachments: # 1 Exhibit A)(McCauley, Patrick) (Entered: 03/10/2006) |
| 03/10/2006 | 1899 | [FILING ERROR - WRONG EVENT SELECTED- DOCUMENT TITLED RESPONSE] REPLY to 1890 Report (Free), Report (Free), Report (Free), Report (Free), Report (Free), Report (Free), Report (Free) *Response to Report of Special Master* by Macomb, County of. (Hupp, R.) Modified on 3/13/2006 (SMar, ). (Entered: 03/10/2006) |
| 03/10/2006 | 1900 | [FILING ERROR - R18 EXHIBITS-LABELING] PETITION *Challenging DWSD Sewer Rates re Garfield Extension and 15 Mile Repair Interest Rates* by Macomb, County of. (Attachments: # 1 Index of Exhibits Index of Exhibits# 2 Exhibit Exhibit 1# 3 Exhibit Exhibit 2# 4 Exhibit Exhibit 3# 5 Exhibit Exhibit 4# 6 Exhibit Exhibit 5# 7 Exhibit Exhibit 6# 8 Exhibit Exhibit 7# 9 Exhibit Exhibit 8# 10 Exhibit Exhibit 9)(Hupp, R.) Modified on 3/13/2006 (SMar, ). (Entered: 03/10/2006) |
| 03/10/2006 | 1901 | [FILING ERROR - R18 EXHIBITS; LABELING] PETITION *Challenging DWSD Sewer Rates re Emergency Radio System* by Macomb, County of. (Attachments: # 1 Index of Exhibits # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6)(Hupp, R.) Modified on 3/13/2006 (SMar, ). (Entered: 03/10/2006) |
| 03/13/2006 | 1902 | OBJECTION to 1895 Request *for Order Approving Contracts* by Oakland Cnty. (Miller, Donald) (Entered: 03/13/2006) |
| 03/13/2006 | 1903 | OBJECTION to 1890 Report (Free), Report (Free), Report (Free), Report (Free), Report (Free), Report (Free), Report (Free) *The February 22, 2006 Report and Recommendations Of Special Master* by Detroit, City of, Detroit Water and Sewerage Department, Detroit, City of, Detroit Water and Sewerage Department. (Attachments: # 1 Exhibit A 800 MHz Redio System Questions From Suburban Wholesale Customer Meeting Of September 28, 2005)(Peters, Marilyn) (Entered: 03/13/2006) |
| 03/13/2006 | 1904 | OBJECTION to 1890 Report (Free), Report (Free), Report (Free), Report (Free), Report (Free), Report (Free), Report (Free) by Oakland Cnty. (Attachments: # 1 Index of Exhibits Exhibit Index# 2 Exhibit A - Cost Allocation Based on Projected Airtime# 3 Exhibit B - Oakland County's March 13, 2006 Evaluation of Special Master Report)(Miller, Donald) (Entered: 03/13/2006) |
| 03/13/2006 | 1905 | RESPONSE to 1890 Report (Free), Report (Free), Report (Free), Report (Free), Report (Free), Report (Free), Report (Free) *February 22, 2006 Report and Recommendations of Special Master* by Western Township Utilities Authority. (Barbieri, Charles) (Entered: 03/13/2006) |
| 03/14/2006 | 1906 | |

| | | |
|---|---|---|
| | | OBJECTION to 1895 Request *For Order Approving Contracts* by Wayne, County of. (McCauley, Patrick) (Entered: 03/14/2006) |
| 03/20/2006 | 1907 | OPINION and ORDER Regarding Macomb County's Petition Challenging DWSD Sewer Rates Re Emergency Radio System. Signed by Honorable John Feikens. (CCoh, ) (Entered: 03/20/2006) |
| 03/20/2006 | 1908 | ORDER Formalizing Screening of Special Master as to Interceptor Interest Rates Dispute. Signed by Honorable John Feikens. (CCoh, ) (Entered: 03/20/2006) |
| 03/20/2006 | 1909 | RESPONSE to 1903 Objection, by Wayne, County of. (McCauley, Patrick) (Entered: 03/20/2006) |
| 03/20/2006 | 1910 | REQUEST for Further Briefing from DWSD on Contracts WS-650, WS-657, WS-651,WS-623 and DWS-812C by April 21, 2006. (CCoh, ) (Entered: 03/20/2006) |
| 03/21/2006 | 1911 | NOTICE of Joinder/Concurrence in 1909 Response (Free) filed by Wayne, County of, by Oakland Cnty (Miller, Donald) (Entered: 03/21/2006) |
| 03/22/2006 | 1912 | OPINION AND ORDER denying in part the portion of 1876 Oakland County's Motion for Reconsideration seeking a status conference to discuss the work of the regional committee, and the other portions of the motion remain outstanding. - Signed by Honorable John Feikens. (CCoh, ) (Entered: 03/22/2006) |
| 03/27/2006 | 1913 | MEMORANDUM OPINION Regarding Mercado Contract Request. Signed by Honorable John Feikens. (CCoh, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1914 | SCHEDULING ORDER for Macomb County's Petition Regarding Interceptor Interest Rate Dispute: Responses: 4/7/2006; Replies: 4/28/2006. Signed by Honorable John Feikens. (CCoh, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1915 | OPINION and ORDER Deciding 1902 Objection to Extension of Infrastructure Management Group Contract through Dec. 31, 2006. The Oakland County Objections to the IMG Contract extension are DENIED. Signed by Honorable John Feikens. (CCoh, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1916 | NOTICE TO APPEAR: ATTORNEY-ONLY Scheduling Conference Re:the remaining issue in Oakland County's Motion for Reconsideration (the Raftelis Report) set for 4/25/2006 10:00 AM before Honorable John Feikens. (CCoh, ) (Entered: 03/27/2006) |
| 03/30/2006 | 1917 | NOTICE of Filing Reports by the Infrastructure Management Group Relating to Contracts WS-623 and DWS-812 signed by Honorable John Feikens (LHack, ) (Entered: 03/31/2006) |
| 03/31/2006 | | Minute Entry -Settlement Conference Re: Interceptor Dispute held on 3/31/2006 before Honorable John Feikens. Detroit and Macomb County to return for a Status Conference set for 6/27/2006 10:00 AM. (CCoh, ) (Entered: 04/03/2006) |
| 03/31/2006 | 1918 | Letter from Detroit City Council re: Opposition to an Increase in Salary. (CGre, ) (Entered: 04/03/2006) |

| | | |
|---|---|---|
| 04/06/2006 | 1919 | ORDER for Payment of Special Master's Fees and Expenses. Signed by Honorable John Feikens. (CGre, ) (Entered: 04/07/2006) |
| 04/06/2006 | | Minute Entry -Status Conference held on 4/6/2006 before Honorable John Feikens. The parties will report back to the court on 4/25/2006 after 10:00 a.m.. Detroit/DWSD will supply their rationale to the suburbs no later than 4/13/2006. (CCoh, ) (Entered: 04/10/2006) |
| 04/07/2006 | 1920 | RESPONSE to re 1900 Petition, *by Macomb County Re Interest Rates* filed by Oakland Cnty. (Miller, Donald) (Entered: 04/07/2006) |
| 04/07/2006 | 1921 | [Filing Error - R18 Exhibits; Labeling ] RESPONSE to re 1900 Petition, *Challenging DWSD Sewer Rates Re Garfield Extension and 15 Mile Repair Interest Rates* filed by Detroit, City of. (Attachments: # 1 Index of Exhibits List of Exhibits# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D) (Franzinger, Robert) Modified on 4/10/2006 (SMar, ). (Entered: 04/07/2006) |
| 04/20/2006 | 1922 | ORDER for Payment of Special Master's Fees and Expenses. Signed by Honorable John Feikens. (NHoll, ) (Entered: 04/20/2006) |
| 04/20/2006 | 1923 | SUPPLEMENTAL BRIEF re 1895 Request *For Order On Contracts WS-650, WS-657 WS-651 WS-623 and DWS-812C* filed by Detroit, City of, Detroit Water and Sewerage Department. (Franzinger, Robert) (Entered: 04/20/2006) |
| 04/25/2006 | | Minute Entry -Status Conference held on 4/25/2006,Re: Raftelis Report and Radio Contract before Honorable John Feikens. Status Conference Re: Radio Contract set for 6/19/2006 10:00 AM before Honorable John Feikens. Re: Raftelis Report: Expert Witness Depositions will be taken on June 7 & 8, 2006 at 10:00 a.m. continuing to 3:00 p.m. in Judge Feikens Courtroom. (Court Reporter Marie Metcalf) (CCoh, ) (Entered: 04/26/2006) |
| 04/28/2006 | 1924 | REQUEST for Further Briefing Regarding Contract Approvals. Oakland Cnty and Detroit Water and Sewerage Department to indicate any opposition to a look-back as to the 2006-2007 allocation of WS-623; and that DWSD brief as to any key dates by which MDOT is scheduled to resurface streets related to the work in WS-623. Briefing shall be due by 5/10/2006. (CCoh, ) (Entered: 04/28/2006) |
| 04/28/2006 | 1925 | OPINION and ORDER Regarding Standing. Signed by Honorable John Feikens. (CCoh, ) (Entered: 04/28/2006) |
| 05/01/2006 | 1926 | AMENDED 1815 Notice of Appearance by Wayne, County of.(McCauley, Patrick) (Entered: 05/01/2006) |
| 05/02/2006 | 1927 | NOTICE of Change of Attorney Information by R. Craig Hupp on behalf of Macomb, County of. (Hupp, R.) (Entered: 05/02/2006) |
| 05/03/2006 | 1928 | NOTICE by Wayne, County of *Letter Directed to Judge Feikens* (McCauley, Patrick) (Entered: 05/03/2006) |
| 05/04/2006 | 1929 | OBJECTION to 1928 Notice (Other) *To Wayne County's Request To Participate In Discovery And Other Issues Re: Raftelis Report* by Detroit, City of, Detroit Water and Sewerage Department, Detroit, City of, Detroit Water and Sewerage Department. (Peters, Marilyn) (Entered: 05/04/2006) |

| | | |
|---|---|---|
| 05/05/2006 | 1930 | RESPONSE to 1929 Objection, by Wayne, County of. (Attachments: # 1 Index of Exhibits # 2 Exhibit 1)(McCauley, Patrick) (Entered: 05/05/2006) |
| 05/05/2006 | 1931 | REPLY to Response re 1900 Petition, *Reply Brief re The Interest Rate Issue* filed by Macomb, County of. (Attachments: # 1 Index of Exhibits # 2 Exhibit 1, Diagram of Oakland Macomb Interceptor# 3 Exhibit 2, Memorandum of Understanding dated August 1999 (the "MOU")# 4 Exhibit 3, DWSD Change Authorizations and Change Orders# 5 Exhibit 4, Letter from Marrocco to DeRiemaker (10/30/01)# 6 Exhibit 5, Letter, Bonin to DeRiemaker (8/27/2002)# 7 Exhibit 6, Memo, Wiggins to Gorden (4/23/98)# 8 Exhibit 7, DWSD Rate Spreadsheet (3/31/99)# 9 Exhibit 8, Memo, foster to Wiggins (1/17/01)# 10 Exhibit 9, Letter, Bonin to Wiggins (2/12/01)# 11 Exhibit 10, Letter, Chirolla to Bonin (3/20/01)# 12 Exhibit 11, 2003 Official Statement, 2nd page# 13 Exhibit 12, 2005 Official Statement, 2nd page# 14 Exhibit 13, Stannard Declaration# 15 Exhibit 14, The Foster Group's Report for FY2006/07 rates)(Hupp, R.) (Entered: 05/05/2006) |
| 05/09/2006 | 1932 | DECLARATION by John Joyner filed by Detroit, City of, Detroit Water and Sewerage Department.(Franzinger, Robert) (Entered: 05/09/2006) |
| 05/09/2006 | 1933 | DECLARATION by Bart Foster filed by Detroit, City of, Detroit Water and Sewerage Department.(Franzinger, Robert) (Entered: 05/09/2006) |
| 05/10/2006 | 1934 | RESPONSE to 1924 Request, *from Court for Further Briefing Regarding Contract Approvals* by Oakland Cnty. (Miller, Donald) (Entered: 05/10/2006) |
| 05/10/2006 | 1935 | NOTICE of Withdrawal of Attorney James A. Smith; G. Christopher Bernard and Kurt M. Brauer by Macomb, County of. (Hupp, R.) (Entered: 05/10/2006) |
| 05/10/2006 | 1936 | RESPONSE to *WAYNE AND OAKLAND COUNTIES' OBJECTIONS TO MAYOR KILPATRICK'S REQUEST FOR ORDER APPROVING CONTRACTS* filed by Detroit, City of. (Franzinger, Robert) (Entered: 05/10/2006) |
| 05/10/2006 | 1937 | SUPPLEMENTAL BRIEF re 1924 Request, *FOR FURTHER BRIEFING REGARDING CONTRACT APPROVALS* filed by Detroit, City of. (Franzinger, Robert) (Entered: 05/10/2006) |
| 05/18/2006 | 1938 | OPINION and ORDER Allowing Wayne County to Participate in Proceedings Regarding Raftelis Report. Signed by Honorable John Feikens. (CCoh, ) (Entered: 05/18/2006) |
| 05/18/2006 | | Minute Entry - Hearing held on 5/18/2006 Re: 1895 Request filed by the City of Detroit for order approving contracts subsequent to termination of special administratorship of DWSD before Honorable John Feikens. DISPOSITION: A written opinion will issue. Judge Feikens approved 5 contracts and asked for proposals for remedy of overcharge to suburbs. (Court Reporter Joan Morgan) (CCoh, ) (Entered: 05/18/2006) |
| 05/18/2006 | 1939 | OPINION and ORDER re 1895 Request by the City of Detroit to approve 5 contracts with the DWSD. The 5 contracts are approved: WS-650; WS-657; WS-651; WS-623; and DWS-812C. DWSD is to report by 6/19/2006 on its proposed method of remedying the approximately $500,000.00 overcharge to |

| | | |
|---|---|---|
| | | wholesale customers for contract WS-623. Signed by Honorable John Feikens. (CCoh, ) (Entered: 05/18/2006) |
| 05/22/2006 | 1940 | SUPPLEMENTAL BRIEF re 1931 Reply to Response to Petition/Request/Application,,, *Re the Interest Rate Issue* filed by Detroit, City of. (Attachments: # 1 Index of Exhibits Index to City of Detroit's Objection# 2 Exhibit A: May 2, 2006 e-mail from Mr. Hupp to Mr. Jacobs# 3 Exhibit B: May 2, 2006 e-mail from Mr. Jacobs to Mr. Hupp)(Franzinger, Robert) (Entered: 05/22/2006) |
| 05/22/2006 | 1941 | ORDER for Payment of Special Master's Fees and Expenses. Signed by Honorable John Feikens. (SMar, ) (Entered: 05/24/2006) |
| 05/24/2006 | 1942 | MOTION To require the City of Detroit to file an answer to Macomb County's Rate Petition by Macomb, County of. (Hupp, R.) (Entered: 05/24/2006) |
| 05/24/2006 | 1943 | RESPONSE to 1940 Supplemental Brief, *Detroit's Objection to Macomb County's Brief* by Macomb, County of. (Hupp, R.) (Entered: 05/24/2006) |
| 05/25/2006 | 1944 | MOTION for Leave to File *Discovery Re 15 Mile Sewer Collapse* by Macomb, County of. (Attachments: # 1 Exhibit 1-DWSD Memo to Water Board)(Hupp, R.) (Entered: 05/25/2006) |
| 05/30/2006 | 1945 | TRANSCRIPT of Proceedings held on April 25, 2006 of Settlement Conference (SMar, ) (Entered: 05/31/2006) |
| 06/05/2006 | 1946 | NOTICE by Detroit, City of, Detroit Water and Sewerage Department, Detroit, City of, Detroit Water and Sewerage Department *Notice of Submission of Discovery Responses* (Peters, Marilyn) (Entered: 06/05/2006) |
| 06/05/2006 | 1947 | NOTICE by Oakland Cnty *of Submission of Discovery Response* (Miller, Donald) (Entered: 06/05/2006) |
| 06/06/2006 | 1948 | NOTICE by Macomb, County of *of filing* (Hupp, R.) (Entered: 06/06/2006) |
| 06/06/2006 | 1949 | ORDER Approving Business Leadership Group's Request for Public Sector Consultant's Assistance. Signed by Honorable John Feikens. (SMar, ) (Entered: 06/07/2006) |
| 06/06/2006 | 1950 | ORDER Approving Business Leadship Group's Request for IMG Assistance under Current Contract. Signed by Honorable John Feikens. (SMar, ) (Entered: 06/07/2006) |
| 06/07/2006 | 1951 | OBJECTION to 1944 MOTION for Leave to File *Discovery Re 15 Mile Sewer Collapse City of Detroit's Objection To Macomb County's Request For Discovery In Connetion With Planned Repairs Of The Interceptor* by Detroit, City of, Detroit Water and Sewerage Department, Detroit, City of, Detroit Water and Sewerage Department. (Peters, Marilyn) (Entered: 06/07/2006) |
| 06/16/2006 | | Minute Entry -Settlement Conference - Re: Radio Contract (6/19,10:00) before Honorable John Feikens. Disposition: CANCELLED (CCoh, ) (Entered: 06/16/2006) |
| 06/16/2006 | 1952 | |

| | | |
|---|---|---|
| | | TRANSCRIPT of Proceedings held on 6/7/2006 (BSoc, ) (Additional attachment(s) added on 6/2/2009: # 1 Document Continuation) (SSro). (Entered: 06/16/2006) |
| 06/16/2006 | 1953 | TRANSCRIPT of Proceedings held on 6/8/2006 (BSoc, ) (SSro). (Entered: 06/16/2006) |
| 06/20/2006 | 1954 | SCHEDULING ORDER Regarding all Disputes Currently in Litigation. Signed by Honorable John Feikens. (CCoh, ) (Entered: 06/20/2006) |
| 06/20/2006 | 1955 | NOTICE of Change of Attorney Information by R. Craig Hupp on behalf of Macomb, County of. (Hupp, R.) (Entered: 06/20/2006) |
| 06/20/2006 | 1956 | SCHEDULING ORDER Regarding All Disputes Currently in Litigation. Signed by Honorable John Feikens. (CCoh, ) (Entered: 06/21/2006) |
| 06/27/2006 | 1957 | STATEMENT of Oakland County's Position Regarding Remedy as to Contract WS-623 by Oakland Cnty. (Attachments: # 1 Exhibit A)(Miller, Donald) (Entered: 06/27/2006) |
| 06/28/2006 | 1958 | NOTICE by Wayne, County of re 1957 Statement re *Joinder in Oakland County's Position Regarding Remedy As To Contract WS-623* (McCauley, Patrick) (Entered: 06/28/2006) |
| 07/31/2006 | 1959 | ORDER denying 1944 Motion for Leave to File to File Discovery.- Signed by Honorable John Feikens. (CCoh, ) (Entered: 08/01/2006) |
| 07/31/2006 | | Minute Entry -Settlement Conference Re: Interceptor Dispute held on 7/31/2006 before Honorable John Feikens. Disposition: PROPOSAL MADE AND COUNSEL WILL BE CONTACTED IF ACCEPTED. (CCoh, ) (Entered: 08/02/2006) |
| 08/29/2006 | 1960 | STIPULATION AND ORDER Rdemedying Charges to Wholesale Water Customers Associated with Contract WS-623 Signed by Honorable John Feikens. (BSoc, ) (Entered: 08/29/2006) |
| 09/01/2006 | 1965 | ORDER Approving Payment for Services of PSC. Signed by Honorable John Feikens. (CGre, ) (Entered: 10/18/2006) |
| 09/07/2006 | 1961 | ORDER for Payment of Special Master Fees and Expenses. Signed by Honorable John Feikens. (SMar, ) (Entered: 09/07/2006) |
| 09/22/2006 | 1962 | ORDER for Payment of Special Master's Fees and Expenses. Signed by Honorable John Feikens. (SMar, ) (Entered: 09/22/2006) |
| 10/02/2006 | 1963 | LETTER from Timothy O'Brien Regarding Work of Business Leadership Group.(CCoh, ) (Entered: 10/02/2006) |
| 10/17/2006 | 1964 | ORDER REGARDING DEBT RESTRUCTURING, entered. Signed by Honorable John Feikens. (CCoh, ) (Entered: 10/18/2006) |
| 11/01/2006 | 1966 | MOTION for Order *Clarifying Order Regarding Debt Restructuring* by Oakland Cnty. (Miller, Donald) (Entered: 11/01/2006) |
| 11/06/2006 | 1967 | |

| | | |
|---|---|---|
| | | RESPONSE to 1966 MOTION for Order *Clarifying Order Regarding Debt Restructuring Joinder in Oakland County's Motion* filed by Macomb, County of. (Hupp, R.) (Entered: 11/06/2006) |
| 11/13/2006 | 1968 | RESPONSE to 1966 MOTION for Order *Clarifying Order Regarding Debt Restructuring* filed by Detroit, City of, Detroit Water and Sewerage Department, Detroit, City of, Detroit Water and Sewerage Department. (Peters, Marilyn) (Entered: 11/13/2006) |
| 11/20/2006 | 1969 | REPLY to Response re 1966 MOTION for Order *Clarifying Order Regarding Debt Restructuring* filed by Oakland Cnty. (Miller, Donald) (Entered: 11/20/2006) |
| 11/28/2006 | 1970 | [FILING ERROR - RULE 18 - EXHIBITS MISSING NARRATIVE DESCRIPTION] MOTION to Compel *Discovery* by Oakland Cnty. (Attachments: # 1 Index of Exhibits # 2 Exhibit # 3 Exhibit # 4 Exhibit) (Miller, Donald) Modified on 11/28/2006 (CGre, ). (Entered: 11/28/2006) |
| 11/30/2006 | 1971 | ORDER Regarding Interceptor Repair Settlement Conference **set for 12/14/2006 02:00 PM before Honorable John Feikens.** Signed by Honorable John Feikens. (CCoh, ) (Entered: 11/30/2006) |
| 11/30/2006 | 1972 | ORDER for Settlement Conference Regarding the Cost Allocation of the 800mhz radio contract **set for 12/18/2006 10:00 AM before Honorable John Feikens.** Signed by Honorable John Feikens. (CCoh, ) (Entered: 11/30/2006) |
| 11/30/2006 | 1973 | ORDER Approving Payment for Services of PSC. Signed by Honorable John Feikens. (SMar, ) (Entered: 12/04/2006) |
| 12/01/2006 | 1974 | ORDER for Payment of Special Master's Fees and Expenses. Signed by Honorable John Feikens. (SMar, ) (Entered: 12/04/2006) |
| 12/01/2006 | 1975 | ORDER for Payment of Special Master's Fees and Expenses. Signed by Honorable John Feikens. (SMar, ) (Entered: 12/04/2006) |
| 12/07/2006 | 1976 | SCHEDULING ORDER Regarding Interceptor Interest Rate Dispute and **Settlement Conference set for 1/16/2007 10:00 AM before Honorable John Feikens.**(see order for details) Signed by Honorable John Feikens. (CCoh, ) (Entered: 12/07/2006) |
| 12/08/2006 | 1977 | MOTION for Order *Further Clarifying Role of Special Master* by Oakland Cnty. (Miller, Donald) (Entered: 12/08/2006) |
| 12/08/2006 | 1978 | REQUEST *Objection to Order of November 30, 2006 Approving Payment for Services of PSC* by Oakland Cnty. (Miller, Donald) (Entered: 12/08/2006) |
| 12/12/2006 | 1979 | MOTION for Protective Order by Detroit, City of, Detroit Water and Sewerage Department, Detroit, City of, Detroit Water and Sewerage Department. (Attachments: # 1 Index of Exhibits # 2 Exhibit A January 5, 2006 Opinion and Order Denying Oakland County's Motion to Replace DWSD's Court Appointed Special Administrator# 3 Exhibit B March 20, 2006 Opinion and Order Re: Macomb County's Petition Challenging DWSD Sewer Rates Re: Emergency Radio System# 4 Exhibit C February 6, 2006 Order Regarding Special Master's Role# 5 Exhibit D Interrogatories# 6 |

| | | |
|---|---|---|
| | | Exhibit E Document Requests# 7 Exhibit F October 16, 2006 correspondence# 8 Exhibit G October 17, 2006 correspondence# 9 Exhibit H Scheduling Order of June 20, 2006# 10 Exhibit I Cost Allocation Analysis# 11 Exhibit J May 8, 2006 correspondence)(Peters, Marilyn) (Entered: 12/12/2006) |
| 12/12/2006 | 1980 | RESPONSE to 1970 MOTION to Compel *Discovery* filed by Detroit, City of, Detroit Water and Sewerage Department, Detroit, City of, Detroit Water and Sewerage Department. (Attachments: # 1 Exhibit 1 The City of Detroit and Detroit Water and Sewerage Department's Motion For Protective Order and Brief in Support# 2 Index of Exhibits to Exhibit 1# 3 Exhibit A January 5, 2006 Opinion and Order Denying Oakland County's Motion to Replace DWSD's Court Appointed Special Administrator# 4 Exhibit B March 20, 2006 Opinion and Order Re macomb County's Petition Challenging DWSD Sewer Rates Re Emergency Radio System# 5 Exhibit C February 6, 2006 Order Regarding Special Master's Role# 6 Exhibit D Interrogatories# 7 Exhibit E Document Requests# 8 Exhibit F October 16, 2006 correspondence# 9 Exhibit G October 17, 2006 correspondence# 10 Exhibit H Scheduling Order of June 20, 2006# 11 Exhibit I Cost Allocation Analysis# 12 Exhibit J May 8, 2006 correspondence)(Peters, Marilyn) (Entered: 12/12/2006) |
| 12/18/2006 | 1981 | ORDER Regarding Radio Contract. Signed by Honorable John Feikens. (CCoh, ) (Entered: 12/19/2006) |
| 12/18/2006 | | Minute Entry -Settlement Conference held on 12/18/2006 Re: 800mhz Radio Contract before Honorable John Feikens. Disposition: NO PROGRESS (CCoh, ) (Entered: 12/19/2006) |
| 12/22/2006 | 1982 | RESPONSE to 1979 MOTION for Protective Order filed by Oakland Cnty. (Miller, Donald) (Entered: 12/22/2006) |
| 12/27/2006 | 1983 | [FILING ERROR - WRONG DOCUMENT UPLOADED FOR INDEX OF EXHIBITS] MOTION for Reconsideration re 1981 Order *Regarding Radio Contract* by Detroit, City of, Detroit Water and Sewerage Department, Detroit, City of, Detroit Water and Sewerage Department. (Attachments: # 1 Index of Exhibits # 2 Exhibit A 2/22/06 Report and Recommendation of Special Master (w/o exhibits)# 3 Exhibit B 12/18/06 Order Regarding Radio Contract)(Peters, Marilyn) Modified on 12/27/2006 (CGre, ). (Entered: 12/27/2006) |
| 12/27/2006 | 1984 | INDEX of Exhibits by Detroit, City of, Detroit Water and Sewerage Department, Detroit, City of, Detroit Water and Sewerage Department *to Motion For Reconsideration and/or Clarification of the December 18, 2006 Order Regarding Radio Contract*.(Peters, Marilyn) (Entered: 12/27/2006) |
| 12/28/2006 | 1985 | ORDER allowing responses to 1983 MOTION for Reconsideration re 1981 Order. Signed by Honorable John Feikens. (KGeha, ) (Entered: 12/28/2006) |
| 12/28/2006 | 1986 | OPINION and ORDER adopting re 1890 Report of Special Master as to Two Contracts. Signed by Honorable John Feikens. (CGre, ) (Entered: 12/28/2006) |
| 12/28/2006 | 1987 | |

| | | |
|---|---|---|
| | | ORDER for Payment of Special Master's Fees and Expenses. Signed by Honorable John Feikens. (CGre, ) (Entered: 12/28/2006) |
| 01/04/2007 | 1988 | RESPONSE to 1983 MOTION for Reconsideration re 1981 Order *Regarding Radio Contract* filed by Wayne, County of. (McCauley, Patrick) (Entered: 01/04/2007) |
| 01/04/2007 | 1989 | RESPONSE to 1983 MOTION for Reconsideration re 1981 Order *Regarding Radio Contract* filed by Oakland Cnty. (Miller, Donald) (Entered: 01/04/2007) |
| 01/04/2007 | 1990 | MEMORANDUM re 1981 Order *Wayne County's Brief Regarding Overcharge on 800 MHz Radio Contract* by Wayne, County of. (Attachments: # 1 Index of Exhibits # 2 Exhibit 1 - 9/5/03 Letter# 3 Exhibit 2 - 5/15/03 Memorandum of Understanding# 4 Exhibit 3 - DWSD Power Point Presentation# 5 Exhibit 4 - Radio System Questions# 6 Exhibit 5 - Cost Allocation Prepared by Butler Benton# 7 Exhibit 6 - Affidavit of Benton# 8 Exhibit 7 - Jacobs Letter of 4/13/06# 9 Exhibit 8 - DWSD's Cost Allocation# 10 Exhibit 9 (Part 1) - Oakland County's 5/23/06 Letter# 11 Exhibit 9 (Part 2) - Oakland County's 5/23/06 Letter# 12 Exhibit 10 - McCauley 10/18/06 Letter# 13 Exhibit 11 - City of Detroit's Financial Report 6/30/04# 14 Exhibit 12 - DOJ's 8/05 Operating Procedures with Maps# 15 Exhibit 13 - Michigan Senate Fiscal Agency State Police Trooper Count, March/April 2004# 16 Exhibit 14 - MI State Police Services Directory, 3/06)(McCauley, Patrick) (Entered: 01/04/2007) |
| 01/04/2007 | 1991 | RESPONSE to 1983 MOTION for Reconsideration re 1981 Order *Regarding Radio Contract* filed by Macomb, County of. (Hupp, R.) (Entered: 01/04/2007) |
| 01/04/2007 | 1992 | MEMORANDUM *Brief Regarding Radio Allocation* by Oakland Cnty. (Attachments: # 1 Index of Exhibits for Oakland County's Brief re Radio Allocation# 2 Exhibit Exhibit 1 - Excerpts from 2/10/98 Application# 3 Exhibit Exhibit 2 - 5/6/03 letter# 4 Exhibit Exhibit 3 - Customer Questions and Answers# 5 Exhibit Exhibit 4 - Memorandum of Agreement# 6 Exhibit Daddow Affidavit# 7 Exhibit Exhibit 6 -Senate Fiscal Agency Report)(Miller, Donald) (Entered: 01/04/2007) |
| 01/04/2007 | 1993 | MEMORANDUM re 1981 Order *Macomb County's Brief on Allocation of Detroit Radio System Costs* by Macomb, County of. (Attachments: # 1 Index of Exhibits Index of Exhibits# 2 Exhibit 1, Declaration Of Keith Bradshaw# 3 Exhibit 2, MPSCS Membership Agreement# 4 Exhibit 3, DWSD Power Point Presentation re 800 MHz Radio System (September 2005)# 5 Exhibit 4, DWSD, 800 Megahertz (MHz) Radio System: Questions from Suburban Wholesale Customer Meeting of September 28, 2005# 6 Exhibit 5, DWSD, Spreadsheet "DWSD Contract DWSD-846 Radio Quantities" (2004)# 7 Exhibit 6, DWSD, Beyond 2000 ? A Communication Solution for the City of Detroit ? 800 MHz Radio Frequency Application by the City of Detroit (February 10, 1998)# 8 Exhibit 7, DWSD, Sewer System Map# 9 Exhibit 8, Detroit/Macomb County 1967 Wastewater Disposal Agreement# 10 Exhibit 9, Detroit/Macomb County Amendment No. 3 to 1967 Wastewater Disposal Agreement# 11 Exhibit 10, Order re Service Contract Amendments (April 19, |

| | | |
|---|---|---|
| | | 1982)# 12 Exhibit 11, 1978 Rate Settlement Agreement# 13 Exhibit 12, DWSD, Presentation, City of Detroit, DWSD (October 17, 1996)# 14 Exhibit 13, DWSD, Presentation, Application by the City of Detroit and Detroit Water and Sewer Department (July 16, 1996)# 15 Exhibit 14, DWSD, Response to Frequency Application (October 8, 1996)# 16 Exhibit 15, DWSD, Letter from Detroit re 800 MHz Radio Frequency Application (September 15, 1998)# 17 Exhibit 16, DWSD, Radio System Use Statistics# 18 Exhibit 17, DWSD, DWSD Fact Sheet, http://www.dwsd.org.about/dwsd_fact_sheet_7_28_2006.pdf# 19 Exhibit 18, The Foster Group Report on FY2006-07 Sewer Rates and FY2004-05 Look Back Adjustment (May 2006) (Tables 8, 29, 30)# 20 Exhibit 19, Allocation of Radio Cost Between Sewer Retail and Tier I Customers# 21 Exhibit 20, Summary of Radio Cost Allocation# 22 Exhibit 21, Region Twenty-One 821 MHz Plan (Undated)# 23 Exhibit 22, Letter, Chief McKinnon to Office of Information Technology Service c/o DWSD (January 17, 1997)# 24 Exhibit 23, Letter and Frequency Application to MPSFAC (September 11, 2003)# 25 Exhibit 24, Michigan/Detroit Integration Agreement# 26 Exhibit 25, Michigan/Detroit Memorandum of Understanding# 27 Exhibit 26, Letter, MDOT to Michigan Public Safety Frequency Advisory Committee re Reassignment of Two Radio Frequencies (December 16, 2004))(Hupp, R.) (Entered: 01/04/2007) |
| 01/04/2007 | 1994 | MEMORANDUM re 1981 Order *Regarding Allocation of Costs of the 800 MHz Radio System Project* by Detroit, City of. (Attachments: # 1 Index of Exhibits # 2 Exhibit 1, Field Declaration# 3 Exhibit 2, Foster Declaration) (Franzinger, Robert) (Entered: 01/04/2007) |
| 01/08/2007 | 1995 | ORDER Approving Payment for Service of PSC. Signed by Honorable John Feikens. (SMar, ) (Entered: 01/09/2007) |
| 01/16/2007 | | Minute Entry -Settlement Conference held on 1/16/2007 Re: Interceptor Repair and Interceptor Interest Rate. The parties agreed on a number and the general terms of a release of liability on the interceptor repair numbers. Briefing on the interest rate has been extended to 2/6/2007. before Honorable John Feikens. (CCoh, ) (Entered: 01/17/2007) |
| 01/23/2007 | 1996 | ORDER for Payment of Special Master's Fees and Expenses. Signed by Honorable John Feikens. (SMar, ) (Entered: 01/23/2007) |
| 01/25/2007 | 1997 | SCHEDULING ORDER Regarding Rate Issues Raised in Raftelis Report. Signed by Honorable John Feikens. (Refer to image for dates)(CCoh, ) (Entered: 01/25/2007) |
| 01/31/2007 | 1998 | SUPPLEMENTAL BRIEF re 1814 Response (Free) *Reaffirmation and Renewal of Oakland County's Position Regarding Macomb County Interceptor Repair Dispute* filed by Oakland Cnty. (Miller, Donald) (Entered: 01/31/2007) |
| 02/01/2007 | 1999 | STATEMENT of Reaffirmation and Renewal of Wayne County's Position Regarding Macomb Interceptor Repair Dispute by Wayne, County of. (McCauley, Patrick) (Entered: 02/01/2007) |
| | | |

| Date | Doc # | Description |
|---|---|---|
| 02/06/2007 | 2000 | ORDER Extending Infrastructure Management Group Contract. Signed by Honorable John Feikens. (CCoh, ) (Entered: 02/06/2007) |
| 02/07/2007 | 2006 | ORDER Approving Payment for Services of PSC. Signed by Honorable John Feikens. (BSoc, ) (Entered: 02/08/2007) |
| 02/08/2007 | 2001 | RESPONSE Re: *Garfield Extension and 15 Mile Repair Interest Rates* by Wayne, County of. (McCauley, Patrick) (Entered: 02/08/2007) |
| 02/08/2007 | 2002 | RESPONSE to re 1900 Petition, *City of Detroit's Brief Re: Macomb County's Petition Challenging DWSD Interest Rates Applied To The Costs of The Garfield Interceptor and 15 Mile Repairs* filed by Detroit, City of, Detroit Water and Sewerage Department, Detroit, City of, Detroit Water and Sewerage Department. (Attachments: # 1 Index of Exhibits # 2 Exhibit 1 Correspondence fromMacomb, Clinton and Shelby Townships to Macomb County# 3 Exhibit 2 12/13/96 Letter from Stephen Gorden to Board of Water Commissioners# 4 Exhibit 3 10/29/96 Correspondence from Anthony Marrocco to Stephen Gorden# 5 Exhibit 4 10/7/96 Macomb Cunty Wastewater District Meeting Minutes# 6 Exhibit 5 12/20/96 Preliminary Engineering Report# 7 Exhibit 6 11/20/96 Meeting Summary: DWSD Garfield Interceptor# 8 Exhibit 7 12/17/96 Letter Agreement# 9 Exhibit 8 Correspondence dated 3/24/97, 6/13/97, 10/20/97 & 1/15/98 between Stephen Gorden of DWSD and Anthony Marrocco of Macomb# 10 Exhibit 9 Memorandum from Mr. Gorden dated 4/13/98# 11 Exhibit 10 7/20/98 Correspondence from Anthony Marrocco to Stephen Gorden# 12 Exhibit 11 August 1999 MOU# 13 Exhibit 12 Bid Schedule for PCI-45# 14 Exhibit 13 Preconstruction and Monthly Progress Meeting Minutes# 15 Exhibit 14 5/17/00 Memorandum from Bart Foster to Valeria Wiggins# 16 Exhibit 15 1/25/98 Correspondence from Anthony Marrocco to Stephen Gorden# 17 Exhibit 16 1/17/01 Memorandum from Bart Foster to Valeria Wiggins# 18 Exhibit 17 2/12/01 Correspondence from Kenneth Bonin to Valeria Wiggins# 19 Exhibit 18 3/20/01 Correspondence from Valeria Wiggins to Kenneth Bonin# 20 Exhibit 19 9/20/04 Correspondence from Victor Mercado to Anthony Marrocco# 21 Exhibit 20 1/13/05 Sign-in sheet and 1/12/05 Summary# 22 Exhibit 21 2/10/05 Statement of Anthony Marrocco# 23 Exhibit 22 2/17/05 Correspondence from Victor Mercado to Anthony Marrocco# 24 Exhibit 23 Portions of 1980 Rate Settlement Agreement, and Order Dismissing Rate Challenges# 25 Exhibit 24 3/11/05 Correspondence from Victor Mercado to Macomb County# 26 Exhibit 25 2/27/03 Inter-Office Memorandum to William Misterovich from Kenneth Bonin Re: Debt Service Summary prepared by Bart Foster# 27 Exhibit 26 Affidavit of Bart Foster# 28 Exhibit 27 Analysis of Direct and Indirect Costs of Debt Financing by The Foster Group)(Peters, Marilyn) (Entered: 02/08/2007) |
| 02/08/2007 | 2003 | MOTION for Summary Judgment *on Interest Rate Issues* by Macomb, County of. (Attachments: # 1 Index of Exhibits # 2 Exhibit 15 - Detroit Sewer Rate Ordinance# 3 Exhibit 16- 1980 Sewer Bond Official Statement# 4 Exhibit 17-1980 Sewer Bond Ordinance# 5 Exhibit 18 - 1986 Sewer Bond Ordinance# 6 Exhibit 19 - 1987 Sewer Bond Official Statement# 7 Exhibit 20-2001 Sewer Bond Official Statement# 8 Exhibit 21-2003 Sewer Bond Official Statement# 9 Exhibit 22-2006 Sewer Bond Official Statement# 10 |

| | | |
|---|---|---|
| | | Exhibit 23-Audited Financial Statements# 11 Exhibit 24-Feasibility Report of 8-4-2006# 12 Exhibit 25-Rate Notebook, FY2006-07# 13 Exhibit 26-The Foster Group Rate Notebook, FY2006-07# 14 Exhibit 27- The Foster Group Rate Report FY2005-06# 15 Exhibit 28- The Foster Group Rate Report, 2006-07# 16 Exhibit 29-The Foster Group, Rate Report FY2007-08# 17 Exhibit 30-DWSD, Macomb County Sewer Rate Calculation FY2007-08# 18 Exhibit 31-The Foster Group, Calculation & summary of Macomb County Direct Revenue Requirements, FY2007-08# 19 Exhibit The Foster Group, Summary of Allocated Amortization Costs# 20 Exhibit 33-Detrail of Annual Payments Assigned to Macomb# 21 Exhibit 34-Detail of Annual Fixed Payments Assigned to Macomb County# 22 Exhibit 35 - not used# 23 Exhibit 36 - Not used# 24 Exhibit 37-Construction Cost Recap, PCI-45, Garfield Interceptor# 25 Exhibit 38-Revenue Financed Capital Expenditures Chart, FYs 2004-2008# 26 Exhibit 39-Not used# 27 Exhibit 40-CDM, Detroit Sewer Rate Methodoogy# 28 Exhibit 41-1980-81 DWSD Budget# 29 Exhibit 42-Declaration of James A. Smith# 30 Exhibit 43-Declaration of James Pistilli# 31 Exhibit 44-Declaration of Nancy Ryan)(Hupp, R.) (Entered: 02/08/2007) |
| 02/08/2007 | 2004 | EXHIBIT *Continuation* re 2003 MOTION for Summary Judgment *on Interest Rate Issues* by Macomb, County of (Attachments: # 1 Exhibit 46- Allocation of Original Issue Total Bond Proceeds to Cost Function# 2 Exhibit 47-Allocation of Outstanding Original Issue Total Bond Proceeds to System Component# 3 Exhibit 48-Allocation of Original Issue Total Bond Proceeds to Single Customer Facilities# 4 Exhibit 49-FY2006-07 Debt Service Allocation# 5 Exhibit 50-Selected U.S. Interest Rates & Bond Yields:1965-2003# 6 Exhibit 51-Interest Surcharge Calculation# 7 Exhibit 52-DWSD, Request for Contract Amendment# 8 Exhibit 53-Detroit's Responses to Macomb's Discovery Requests# 9 Exhibit 54-Collected Garfield Documents# 10 Exhibit 55-Foster, Memo re DWSD Sewer Rate Model# 11 Exhibit 56-Documents re Rate Adjustment B3# 12 Exhibit 57-2005 Sewer Bond Official Statement# 13 Exhibit 58-Analysis of DWSD Debt Coverage Revenue Requirements)(Hupp, R.) (Entered: 02/08/2007) |
| 02/08/2007 | 2005 | REQUEST *to Exceed Page Limit on Macomb County's Motion for Summary Judgment re Interest Rate Issues* by Macomb, County of. (Hupp, R.) (Entered: 02/08/2007) |
| 02/13/2007 | 2007 | NOTICE of Change of Attorney Information by Patrick B. McCauley on behalf of Dearborn Heights, City of, Wayne, County of. (McCauley, Patrick) (Entered: 02/13/2007) |
| 02/13/2007 | 2008 | STIPULATION *to Voluntarily Dismiss Certain Claims Related to Raftelis Report Issues in Oakland County's September 26, 2005 Motion and in Macomb County's October 26, 2005 Joinder Therein* by Oakland Cnty. (Miller, Donald) (Entered: 02/13/2007) |
| 02/14/2007 | 2009 | RESPONSE to 2003 MOTION for Summary Judgment *on Interest Rate Issues* filed by Detroit, City of, Detroit Water and Sewerage Department, Detroit, City of, Detroit Water and Sewerage Department. (Attachments: # 1 Index of Exhibits # 2 Exhibit 28 Supplemental Affidavit of Bart Foster# 3 Exhibit 29 Macomb County's Response to the City of Detroit and Detroit |

| | | |
|---|---|---|
| | | Water and Sewerage Department's Discovery Requests on the Interest Rate Issue to Macomb County)(Peters, Marilyn) (Entered: 02/14/2007) |
| 02/14/2007 | 2010 | REPLY to Response re 2003 MOTION for Summary Judgment *on Interest Rate Issues* filed by Macomb, County of. (Attachments: # 1 Index of Exhibits # 2 Exhibit 59-February 8, 2007 Rate Protest Letter to Detroit City Council) (Hupp, R.) (Entered: 02/14/2007) |
| 02/16/2007 | 2011 | ORDER for Payment of Special Master's Fees and Expenses. Signed by Judge John Feikens. (CGre) (Entered: 02/20/2007) |
| 02/22/2007 | 2012 | STIPULATED ORDER FOR SUBSTITUTION OF ATTORNEYS. Attorney Patrick B. McCauley for Wayne, County of added. Signed by Honorable John Feikens. (CGre) (Entered: 02/22/2007) |
| 02/26/2007 | 2013 | STIPULATION to Voluntarily Dismiss Certain Claims Related to Raftelis Report Issues in Oakland County's September 26, 2005 Motion and Macomb County's October 26, 2005 Joinder Therein. (CCoh) (Entered: 02/26/2007) |
| 02/26/2007 | 2014 | ORDER Regarding Rate Challenges Raised in Raftelis Report - re 2008 Stipulation. Signed by Honorable John Feikens. (CCoh) (Entered: 02/26/2007) |
| 02/27/2007 | 2015 | ORDER Requesting Further Briefing on Interceptor Interest Rate Dispute - due 3/15/2007. Signed by Honorable John Feikens. (CCoh) (Entered: 02/27/2007) |
| 03/12/2007 | 2016 | [STRICKEN 3/13/07] ORDER of Action by the Judicial Adjunct. Signed by Honorable John Feikens. (CCoh) Modified on 3/13/2007 (Greyerbiehl, C.). Additional attachment(s) added on 3/13/2007 (Greyerbiehl, C.). (Entered: 03/12/2007) |
| 03/12/2007 | 2017 | [STRICKEN 3/13/07] AMENDED ORDER [re 2016 Order] of Appointment of Judicial Adjunct. Signed by Honorable John Feikens. (CCoh) Modified on 3/13/2007 (Greyerbiehl, C.). Additional attachment(s) added on 3/13/2007 (Greyerbiehl, C.). (Entered: 03/12/2007) |
| 03/13/2007 | 2018 | ORDER to Strike Documents 2017 Order and 2016 Order. Signed by Honorable John Feikens. (CGre) (Entered: 03/13/2007) |
| 03/13/2007 | 2019 | ORDER of Appointment of Judicial Adjunct. Signed by Honorable John Feikens. (CCoh) (Entered: 03/13/2007) |
| 03/13/2007 | 2020 | ORDER of Appointment of Judicial Adjunct. [corrected] Signed by Honorable John Feikens. (CCoh) (Entered: 03/13/2007) |
| 03/14/2007 | 2021 | AFFIDAVIT OF JUDICIAL ADJUNCT (LHac) (Entered: 03/14/2007) |
| 03/15/2007 | 2022 | SUPPLEMENTAL BRIEF re 2015 Order *Brief in Response to Court Order Requesting Further Briefing on Interceptor Interest Rate Dispute* filed by Detroit, City of, Detroit Water and Sewerage Department. (Attachments: # 1 Index of Exhibits # 2 Exhibit 27 Analysis of Direct and Indirect Costs of Debt Financing by The Foster Group# 3 Exhibit 30 Exhibit 4 Revised-Summary Buildup of Recommended Interest Rate for Macomb-Specific Facilities) (Peters, Marilyn) (Entered: 03/15/2007) |

| 03/15/2007 | 2023 | SUPPLEMENTAL BRIEF re 2015 Order filed by Macomb, County of. (Attachments: # 1 Index of Exhibits # 2 Exhibit 59 - PCI-45 Schematic# 3 Exhibit 60-DWSD Asset Inquiry# 4 Exhibit 61-Supplemental Declaration of William Misterovich) (Hupp, R.) (Entered: 03/15/2007) |
|---|---|---|
| 03/16/2007 | 2024 | OBJECTION to 2023 Supplemental Brief *in Support of Motion for Summary Judgment on Interest Rate Issues* by Detroit, City of, Detroit Water and Sewerage Department. (Peters, Marilyn) (Entered: 03/16/2007) |
| 03/20/2007 | 2025 | (ORIGINAL ORDER STRICKEN, REMOVED AND REPLACED PER ORDER DATED 03/22/07) ORDER for Payment of Special Master's Fees and Expenses. Signed by Honorable John Feikens. (BSoc) (Hamel, D.). Modified on 3/22/2007 (Entered: 03/21/2007) |
| 03/22/2007 | 2026 | ORDER to Strike 2025 Order for payment of special master's fees and expenses. Signed by Honorable John Feikens. (DHam) (Entered: 03/22/2007) |
| 03/23/2007 | 2027 | NOTICE AND ORDER of Referral of Interceptor Interest Rate Dispute to Judicial Adjunct. Signed by Honorable John Feikens. (CCoh) (Entered: 03/23/2007) |
| 03/23/2007 | 2028 | ORDER denying 1805 Petition filed by Macomb, County of Signed by Honorable John Feikens. (CCoh) (Entered: 03/23/2007) |
| 03/23/2007 | 2029 | **OPINION and ORDER Regarding 800 mhz Radio Contract Cost Allocation - Conference set for 4/11/2007 02:00 PM before Honorable John Feikens regarding possible methods for repayment of the resulting $24,070,000. Signed by Honorable John Feikens. (CCoh) (Entered: 03/23/2007)** |
| 03/31/2007 | 2030 | ATTORNEY APPEARANCE: Valerie J.M. Brader appearing on behalf of Valerie J.M. Brader , *Judicial Adjunct* (Brader, Valerie) (Entered: 03/31/2007) |
| 04/05/2007 | 2031 | SPECIAL MASTER REPORT *Judicial Adjunct Report and Recommendation on Interceptor Interest Rate Dispute* by Valerie J.M. Brader (Brader, Valerie) (Entered: 04/05/2007) |
| 04/05/2007 | 2032 | ORDER for Payment of Judicial Adjunct's Fees and Expenses. Signed by Honorable John Feikens. (CGre) (Entered: 04/05/2007) |
| 04/06/2007 | 2033 | Ex Parte MOTION for Leave to File Excess Pages *to its Motion for Reconsideration* by Macomb, County of. (Hupp, R.) (Entered: 04/06/2007) |
| 04/06/2007 | 2034 | Ex Parte MOTION for Leave to File *Exhibit Under Seal in Traditional Manner* by Macomb, County of. (Hupp, R.) (Entered: 04/06/2007) |
| 04/06/2007 | 2035 | MOTION for Reconsideration re 2028 Order on Petition/Request/Application by Macomb, County of. (Attachments: # 1 Index of Exhibits # 2 Exhibit 1 - July 26, 2005 Hearing Transcript# 3 Exhibit 2 - Declaration of R. Craig Hupp# 4 Exhibit 3 - DWSD FY 2007-08 Rate Season Schedule# 5 Exhibit 4 - Feb. 9, 2007 email correspondence# 6 Exhibit 5- Sewer Inspection Reports# 7 Exhibit 6 - DWSD Construction Contract Change Order# 8 Exhibit 7 - GDRSS Reports re Romeo Arm W. of Garfield (excerpts)# 9 Exhibit 8 - NTH, Report re Sewer Condition Investigation & Evaluation Romeo Arm, |

| | | |
|---|---|---|
| | | Oakland-Macomb Interceptor, PCI-12A# 10 Exhibit 9- 1980 Rate Settlement Agt.# 11 Exhibit 10- December 19, 2001 Asset Audit Report for Detroit Wastewater Treatment Plan & Collection System (excerpts)# 12 Exhibit 11 - December 21, 2000 Draft Scope of Work for Asset Audit# 13 Exhibit 12 - April 30, 2001 Scope of Work for Asset Audit# 14 Exhibit 13 - February 8, 2007 Confidential NTH Inspection Proposal P-20061010-D for Interceptor Inspection (filed separately under seal)# 15 Exhibit 14 - Declaration of William Misterovich# 16 Exhibit 15 - September 28, 1981 Trial Transcript (excerpts)) (Hupp, R.) (Entered: 04/06/2007) |
| 04/06/2007 | 2036 | NOTICE by Macomb, County of re 2035 MOTION for Reconsideration re 2028 Order on Petition/Request/Application MOTION for Reconsideration re 2028 Order on Petition/Request/Application MOTION for Reconsideration re 2028 Order on Petition/Request/Application MOTION for Reconsideration re 2028 Order on Petition/Request/Application MOTION for Reconsideration re 2028 Order on Petition/Request/Application *of Filing Exhibits in the Traditional Manner* (Hupp, R.) (Entered: 04/06/2007) |
| 04/06/2007 | 2037 | NOTICE by Macomb, County of re 2035 MOTION for Reconsideration re 2028 Order on Petition/Request/Application MOTION for Reconsideration re 2028 Order on Petition/Request/Application MOTION for Reconsideration re 2028 Order on Petition/Request/Application MOTION for Reconsideration re 2028 Order on Petition/Request/Application MOTION for Reconsideration re 2028 Order on Petition/Request/Application *Amended Notice of filing exhibit under seal* (Hupp, R.) (Entered: 04/06/2007) |
| 04/06/2007 | 2038 | [CONFIDENTIAL FILED UNDER SEAL] EXHIBIT 13 re 2035 MOTION for Reconsideration re 2028 Order by Macomb, County of. (BSoc) (Entered: 04/09/2007) |
| 04/09/2007 | 2039 | AFFIDAVIT of Valerie J.M. Brader re 2021 Affidavit *Update* by Valerie J.M. Brader (Brader, Valerie) (Entered: 04/09/2007) |
| 04/09/2007 | 2040 | NOTICE by F. Thomas Lewand *of Supplemental Notice Regarding Information Barrier Established by Bodman LLP* (Kemsley, George) (Entered: 04/09/2007) |
| 04/10/2007 | 2041 | SUPPLEMENTAL BRIEF re 1977 MOTION for Order *Further Clarifying Role of Special Master* filed by Oakland Cnty. (Miller, Donald) (Entered: 04/10/2007) |
| 04/11/2007 | | Minute Entry -Settlement Conference held on 4/11/2007, before Honorable John Feikens - Re: Radio Contract. **Continued Settlement Conference set for 4/19/2007 10:00 AM before Honorable John Feikens** (CCoh) (Entered: 04/17/2007) |
| 04/17/2007 | 2042 | ORDER Re: Judicial Adjunct Assistance Re: Radio Contract. Signed by Honorable John Feikens. (CCoh) (Entered: 04/17/2007) |
| 04/17/2007 | 2043 | NOTICE of Change of Electronic Filing Registration Information by Valerie J.M. Brader on behalf of Valerie J.M. Brader. (Brader, Valerie) (Entered: 04/17/2007) |
| | | |

| | | |
|---|---|---|
| 04/17/2007 | 2044 | NOTICE of Change of Electronic Filing Registration Information by Patrick B. McCauley on behalf of Wayne, County of. (McCauley, Patrick) (Entered: 04/17/2007) |
| 04/18/2007 | 2045 | ORDER regarding judicial adjunct acting as settlement master. Signed by Honorable John Feikens. (DHam) (Entered: 04/18/2007) |
| 04/19/2007 | | Minute Entry -Settlement Conference not held on 4/19/2007 before Honorable John Feikens. Disposition: CANCELLED (CCoh) (Entered: 04/19/2007) |
| 04/20/2007 | 2046 | OBJECTION to *Continuation Of Role Of Judicial Adjunct* by Detroit, City of, Detroit Water and Sewerage Department. (Peters, Marilyn) (Entered: 04/20/2007) |
| 04/20/2007 | 2049 | ORDER for Payment of Speical Master's Fees and Expenses. Signed by Honorable John Feikens. (CGre) (Entered: 04/24/2007) |
| 04/23/2007 | 2047 | NOTICE OF APPEAL by Oakland Cnty re 2029 Memorandum Opinion & Order, Set Deadlines/Hearings,,. Fee Status: No Fee Paid. (Miller, Donald) (Entered: 04/23/2007) |
| 04/23/2007 | 2048 | Certificate of Service re 2047 Notice of Appeal. (SMar) (Entered: 04/23/2007) |
| 04/26/2007 | 2050 | [DOCUMENT FILED IS A JOINDER WITH DEFT CITY OF DETROIT'S OBJECTION 2046 OBJECTION to 2045 Order *Regarding Judicial Adjunct Acting as Settlement Master* by Oakland Cnty. (Miller, Donald) Modified on 4/26/2007 (Socia, B.). (Entered: 04/26/2007) |
| 04/26/2007 | 2051 | OBJECTION to 2045 Order *Regarding Judicial Adjunct acting as Settlement Master* by Macomb, County of. (Hupp, R.) (Entered: 04/26/2007) |
| 04/30/2007 | 2052 | ORDER Modifying Appointment of Judicial Adjunct re 2020 Order, 2027 Order, 2042 Order. Signed by Honorable John Feikens. (CCoh) (Entered: 04/30/2007) |
| 04/30/2007 | 2053 | MOTION ADOPT IN PART AND MODIFY IN PART ADJUNCTS REPORT AND RECOMMENDATION REGARDING INTERCEPTOR INTEREST RATE DISPUTE re 2031 Report of Special Master by Macomb, County of. (Attachments: # 1 Index of Exhibits # 2 Exhibit 62-Board of Water Commissioners Agenda of May 24, 2006# 3 Exhibit 63-DWSD Authorization Letter (Sept. 1, 2004)# 4 Exhibit 64-Combined Table 5 and 6) (Hupp, R.) (Entered: 04/30/2007) |
| 05/04/2007 | 2054 | ORDER OF REFERENCE TO CHIEF JUDGE BERNARD A. FRIEDMAN re 2050 Objection filed by Oakland Cnty. Signed by Honorable John Feikens. (CCoh) (Entered: 05/04/2007) |
| 05/07/2007 | 2055 | NOTICE OF APPEAL by Macomb, County of re 2029 Memorandum Opinion & Order, Set Deadlines/Hearings,,. Receipt No: 1144109 - Fee: $ 455 - Fee Status: Fee Paid. (Hupp, R.) (Entered: 05/07/2007) |
| 05/07/2007 | 2056 | Certificate of Service re 2055 Notice of Appeal. (CGre) (Entered: 05/07/2007) |

| | | |
|---|---|---|
| 05/09/2007 | 2057 | ORDER Approving Payment for Services of PSC. Signed by Honorable John Feikens. (CCoh) (Entered: 05/09/2007) |
| 05/09/2007 | 2058 | ATTACHMENT to 2057 Order. (SMar) (Entered: 05/10/2007) |
| 05/14/2007 | 2059 | RESPONSE to 2053 MOTION ADOPT IN PART AND MODIFY IN PART ADJUNCTS REPORT AND RECOMMENDATION REGARDING INTERCEPTOR INTEREST RATE DISPUTE re 2031 Report of Special Master MOTION ADOPT IN PART AND MODIFY IN PART ADJUNCTS REPORT AND RECOMMENDATION REGARDING INTERCEPTOR INTEREST RATE DISPUTE re 2031 Report of Special Master filed by Detroit, City of, Detroit Water and Sewerage Department. (Attachments: # 1 Index of Exhibits # 2 Exhibit 11 August 1999 MOU# 3 Exhibit 25 2/27/03 Inter-Office Memorandum to William Misterovich from Kenneth Bonin Re: Debt Service Summary prepared by Bart Foster# 4 Exhibit 27 Analysis of Direct and Indirect Costs of Debt Financing by The Foster Group# 5 Exhibit 28 Supplemental Affidavit of Bart Foster) (Peters, Marilyn) (Entered: 05/14/2007) |
| 05/15/2007 | 2060 | NOTICE by Macomb, County of re 2051 Objection *Withdrawal of Objection* (Hupp, R.) (Entered: 05/15/2007) |
| 05/16/2007 | 2062 | TRANSCRIPT of Miscellaneous Hearing held on 7/7/05. (Court Reporter: Suzanne Jacques) (Number of Pages: 10). (CGre) (Entered: 05/17/2007) |
| 05/17/2007 | 2061 | NOTICE by Oakland Cnty re 2050 Objection *Notice of Withdrawal* (Miller, Donald) (Entered: 05/17/2007) |
| 05/24/2007 | 2063 | NOTICE by Detroit, City of, Detroit Water and Sewerage Department re 2046 Objection *Withdrawal of Objections to Continuation of Role of Judicial Adjunct* (Peters, Marilyn) (Entered: 05/24/2007) |
| 05/24/2007 | 2065 | Appeal Fee received for 2047 Notice of Appeal filed by Oakland Cnty in the amount of $455.00 - Receipt No. 39207. (LBeh) (Entered: 06/08/2007) |
| 06/06/2007 | 2064 | ORDER Concerning Further Settlement Discussions in the 800 MHZ Radio Contract Cost Allocation Case (a single dispute in the above-captioned case). **Settlement Conference set for 6/19/2007 02:00 PM before Honorable John Feikens** Signed by Honorable John Feikens. (CCoh) (Entered: 06/06/2007) |
| 06/14/2007 | 2066 | REQUEST *for Clarification of the Role of Timothy O'Brien and for Reconsideration of the Court's Prohibition of Representation of the Parties by Counsel* by Oakland Cnty. (Gotthelf, Beth) (Entered: 06/14/2007) |
| 06/14/2007 | 2067 | REQUEST *Amended Request for Clarification of the Role of Timothy O'Brien and for Reconsideration of the Court's Prohibition of Representation of the Parties by Counsel* by Oakland Cnty. (Gotthelf, Beth) (Entered: 06/14/2007) |
| 06/19/2007 | | Minute Entry -Settlement Conference held on 6/19/2007 before Honorable John Feikens - this portion of the case re: Radio Contract will be referred to Judge Rosen for settlement discussions. (Court Reporter Larry Przybysz) (CCoh) (Entered: 06/20/2007) |

| | | |
|---|---|---|
| 06/21/2007 | 2068 | Letter from Judge Feikens to Beth Gotthelf Re: Motion to Clarify the activities of the Business Leadership Group. (CCoh) (Entered: 06/21/2007) |
| 06/21/2007 | 2069 | ORDER Concerning the Holding of a Settlement Conference in the Dispute Concerning the Macomb County Interceptor Repair Costs and the Interceptor Interest Rate Dispute **Settlement Conference set for 7/11/2007 10:00 AM before Honorable John Feikens** Signed by Honorable John Feikens. (CCoh) (Entered: 06/21/2007) |
| 07/05/2007 | 2070 | ORDER for Payment of Special Master's Fees and Expenses. Signed by Honorable John Feikens. (BSoc) (Entered: 07/09/2007) |
| 07/05/2007 | 2071 | ORDER for Payment of Judicial Adjunct's Fees and Expenses. Signed by Honorable John Feikens. (BSoc) (Entered: 07/09/2007) |
| 07/11/2007 | 2072 | RESPONSE to 2035 MOTION for Reconsideration re 2028 Order on Petition/Request/Application MOTION for Reconsideration re 2028 Order on Petition/Request/Application MOTION for Reconsideration re 2028 Order on Petition/Request/Application MOTION for Reconsideration re 2028 Order on Petition/Request/Application MOTION for Reconsideration re 2028 Order on Petition/Request/Application filed by Oakland Cnty. (Gotthelf, Beth) (Entered: 07/11/2007) |
| 07/11/2007 | | Minute Entry -Settlement Conference Re: the Macomb Interceptor dispute held on 7/11/2007 before Honorable John Feikens. (CCoh) (Entered: 07/11/2007) |
| 07/13/2007 | 2073 | NOTICE TO APPEAR: **Settlement Conference set for 8/1/2007 10:00 AM before Honorable Gerald E. Rosen** (LSau) (Entered: 07/13/2007) |
| 07/19/2007 | 2074 | MOTION for Reconsideration /*Renewed Motion for Clarification for Activities of the Business Group and Clarification of Court's June 21, 2007 Letter* by Oakland Cnty. (Gotthelf, Beth) (Entered: 07/19/2007) |
| 07/19/2007 | 2075 | MOTION for Reconsideration /*Second Supplement to Motion for Further Clarification of Role of Special Master, and Continuation of Objection to Activities of Special Master* by Oakland Cnty. (Gotthelf, Beth) (Entered: 07/19/2007) |
| 07/25/2007 | 2076 | MOTION Joinder in Oakland county's Renewed Motion for Clarification for Activities of the Business Group and Clarification of Court's June 21, 2007 letter by Wayne, County of. (McCauley, Patrick) (Entered: 07/25/2007) |
| 07/30/2007 | 2077 | ORDER of Designation. Signed by Honorable John Feikens. (SMar) (Entered: 07/30/2007) |
| 07/31/2007 | 2078 | ORDER for Payment of Judicial Adjunct's Fees and Expenses. Signed by Honorable John Feikens. (BSoc) (Entered: 08/01/2007) |
| 08/01/2007 | | Minute Entry -Settlement Conference held on 8/1/2007 before Honorable Gerald E Rosen. Disposition: CONTINUED TO LATER DATE (LSau) (Entered: 08/06/2007) |
| 08/02/2007 | 2079 | ORDER from USCA re 2055 Notice of Appeal filed by Macomb, County of, 2047 Notice of Appeal filed by Oakland Cnty - Disposition: Appeals are |

| | | dismissed sua sponte as premature. [Appeal Case Number 07-1605/1607]. (CGre) (Entered: 08/02/2007) |
|---|---|---|
| 08/03/2007 | 2080 | ORDER for Payment of Special Master Fees and Expenses. Signed by Honorable John Feikens (SMar) (Entered: 08/06/2007) |
| 08/03/2007 | 2081 | ORDER for Payment of Judicial Adjunct's Fees and Expenses. Signed by Honorable John Feikens (SMar) (Entered: 08/06/2007) |
| 08/10/2007 | 2082 | NOTICE of Submissions of the quarterly "Update to DWSD's Plan for Long Term Measures to Ensure Compliance with Permit Requirements". (CCoh) (Entered: 08/10/2007) |
| 08/10/2007 | 2083 | ORDER Approving Payment For Services of PSC. Signed by Honorable John Feikens (SMar) (Entered: 08/10/2007) |
| 08/23/2007 | 2084 | ORDER to Appear at Continued Settlement Conference. Signed by Honorable Gerald E Rosen (SMar) (Entered: 08/23/2007) |
| 08/24/2007 | 2085 | ORDER Appointing Community Foundation for Southeast Michigan as Advisor to this Court. Signed by Honorable John Feikens. (CCoh) (Entered: 08/24/2007) |
| 08/30/2007 | 2086 | ORDER for Payment of Special Master's Fees and Expenses. Signed by Honorable John Feikens. (CGre) (Entered: 08/31/2007) |
| 08/30/2007 | 2087 | ORDER for Payment of Judicial Adjunct's Fees and Expenses. Signed by Honorable John Feikens. (CGre) (Entered: 08/31/2007) |
| 09/05/2007 | 2088 | TRANSCRIPT of Motion Hearing held on 6/19/07. (Court Reporter: Lawrence Przybysz) (Number of Pages: 16) (ATee) (Entered: 09/11/2007) |
| 09/14/2007 | | Minute Entry -Continued Settlement Conference held on 9/14/2007 before Honorable Gerald E Rosen. (DOpa) (Entered: 09/17/2007) |
| 09/18/2007 | 2089 | ORDER for Payment of Special Master's Fees and Expenses. Signed by Honorable John Feikens (SMar) (Entered: 09/19/2007) |
| 09/18/2007 | 2090 | ORDER for Payment Special Master's Fees and Expenses. Signed by Honorable John Feikens (SMar) (Entered: 09/19/2007) |
| 10/30/2007 | 2091 | ORDER for Payment of Judicial Adjunct's Fees and Expenses. Signed by Honorable John Feikens. (CGre) (Entered: 10/31/2007) |
| 10/30/2007 | 2092 | ORDER for Payment of Special Master's Fees and Expenses. Signed by Honorable John Feikens. (CGre) (Entered: 10/31/2007) |
| 11/01/2007 | 2093 | ORDER Approving Payment for Services of PSC. Signed by Honorable John Feikens. (BSoc) (Entered: 11/02/2007) |
| 11/21/2007 | 2094 | NOTICE of Submission to chambers of the November 1, 2007 "Update to DWSD's Plan for Long-Term Measures to Ensure Compliance with Permit Requirements". (CCoh) (Entered: 11/21/2007) |
| 12/04/2007 | 2095 | ORDER for Payment of Judicial Adjunct's Fees and Expenses. Signed by Honorable John Feikens. (CGre) (Entered: 12/05/2007) |