## DETROIT BASED AND SMALL BUSINESS ENTERPRISES
## FACT SHEET

### DWSD INVOICE WORKSHEET

| RE: | Contract No. | CS-1368 | | Project: | INSPECTION AND INPLACE REHABILITATION |
|---|---|---|---|---|---|
| | Farnis No. | | | Amendment: | OF EXISTING CIRCULAR AND NON-CIRCULAR |
| | Consultant | Inland Waters Pollution Control, Inc. | | Step No.: | SEWERS. |
| | Scheduled Completion Date | 19-Jul-05 | | | |

| | | |
|---|---|---|
| Amendment #1 | $10,000,000.00 | |
| Amendment #2 | $35,000,000.00 | |
| Amendment #3 | $23,000,000.00 | |
| Amendment #4 | $12,000,000.00 | |
| Amendment #5 | $8,000,000.00 | |
| Percent Budget Expended: | 100% | Elapsed Time: 36/54 |
| Invoice Per 08/01/02 | | Through: December 2006 |
| Invoice Payment No: | 54 | Amount: |

| | (1) | (2) | | (3) | | | (4) | (5) |
|---|---|---|---|---|---|---|---|---|
| ITEM | DWSD APPROVED BUDGET | AMOUNT BILLED THROUGH INVOICE NO. | 53 | Gross Amount THIS INVOICE | Amount of Invoice | Invoice 54 | TOTAL CUMULATIVE INVOICES | FUNDS REMAINING |
| Contract A | $ 138,000,000.00 | $ 0.00 | $ 0.00 | | $ 0.00 | | $ 0.00 | $ 138,000,000.00 |
| Amendmer | $ 0.00 | $ 0.00 | $ 0.00 | 0.00 | $ | | $ 0.00 | $ 0.00 |
| Amendmer | $ 0.00 | $ 31,035,184.60 | 0.00 | 21109.86 | 0.00 | $ | 31,056,294.46 | $ 0.00 |
| DBE PRIME CONTRACTORS | | | | | | | | |
| Inland Waters Pollution Control, Inc. | | 31,035,184.60 | 0.00 | 21,109.86 | 0.00 | | 31,056,294.46 | 0.00 |
| Sub-Total DBB Subco | 0.00 | 31,035,184.60 | 0.00 | 21,109.86 | 0.00 | | 31,056,294.46 | 0.00 |
| OTHER SUBCONTRACTORS | | | | | | | | |
| Insituform | | 35,664,038.21 | 0.00 | 0.00 | 0.00 | | 35,664,038.21 | 0.00 |
| SBC | | 200,119.16 | | 0.00 | | | 200,119.16 | |
| ProLine Technologies | | 136,400.00 | | 0.00 | | | 136,400.00 | |
| NTH Consultants | | 3,210,533.59 | | 0.00 | | | 3,210,533.59 | |
| Rotor Electric | | 1,888,191.08 | | 0.00 | | | 1,888,191.08 | |
| O'Laughlin | | 2,188,701.45 | | 0.00 | | | 2,188,701.45 | |
| Thompson Pump | | 5,238,346.24 | | 0.00 | Allowance | | 5,238,346.24 | |
| Martin Controls | | 100,732.05 | | 0.00 | | | 100,732.05 | |
| J. MackSecurity | | 754,450.00 | | 0.00 | | | 754,450.00 | |
| SBC | | 96.38 | | 0.00 | | | 96.38 | |
| Great Lakes Diving | | 478,426.86 | | 0.00 | | | 478,426.86 | |
| DTE Energy | | 887,363.37 | | 0.00 | | | 887,363.37 | |
| Macomb County Road Comm | | 12,294.06 | | 0.00 | | | 12,294.06 | |
| WOW Internet & Cable | | 30,523.50 | | 0.00 | | | 30,523.50 | |
| Macomb County Public Works | | 16,949.91 | | 0.00 | | | 16,949.91 | |
| Fiberlink | | 62,635.86 | | 0.00 | | | 62,635.86 | |
| EQ Detroit | | 61,450.68 | | 0.00 | | | 61,450.68 | |
| Consumers Energy | | 7,040.00 | | 0.00 | | | 7,040.00 | |
| Comcast | | 82,024.13 | | 0.00 | | | 82,024.13 | |
| City of Sterling Heights | | 288,964.83 | | 0.00 | | | 288,964.83 | |
| Riteway Fence | | 33,840.00 | | 0.00 | | | 33,840.00 | |
| Great Lakes Aerial | | 9,553.50 | | 0.00 | | | 9,553.50 | |
| Spartan Specialties | | 73,210.75 | | 0.00 | | | 73,210.75 | |
| OTHER SUBCONTRACTORS TOTAL | | 51,425,885.61 | 0.00 | 0.00 | | | 51,425,885.61 | |
| Sub-Subcontractors | | | | | | | | |
| Mersino Dewatering | | 3,885,520.91 | | 0.00 | | | 3,885,520.91 | |
| Dubay Landscaping Services | | 0.00 | | 0.00 | | | 0.00 | |
| Hayward-Baker | | 286,303.90 | | 0.00 | Allowance | | 286,303.90 | |
| Colasanti | | 196,657.31 | | 0.00 | | | 196,657.31 | |
| Denver Grouting | | 170,755.92 | | 0.00 | Allowance | | 170,755.92 | |
| E.C. Korneffel | | 510,000.00 | | 0.00 | | | 510,000.00 | |
| Spartan Specialties | | 197,271.65 | | 0.00 | | | 197,271.65 | |
| Rohrscheib | | 2,823,724.48 | | 0.00 | | | 2,823,724.48 | |
| Seabrix Diving | | 98,775.00 | | 0.00 | | | 98,775.00 | |
| Soloman Driving | | 15,530.00 | | 0.00 | | | 15,530.00 | |
| Great Lakes Driving | | 507,068.34 | | 0.00 | | | 507,068.34 | |
| Ballor Towing | | 19,117.00 | | 0.00 | | | 19,117.00 | |
| Sub-Subcontractors Total | | | | 0.00 | | | | |
| | | | | | | | 0.00 | 0.00 |
| Sub-Subcontractors | 0.00 | 8,710,724.51 | 0.00 | 0.00 | 0.00 | | 8,710,724.51 | 0.00 |
| DETROIT BASED/SMALL BUSINESS | | | | | | | | |
| W. McCormick & Associates | | 308,062.49 | | 0.00 | 0.00 | | 308,062.49 | |
| Superior Construction | | 448,990.01 | 0.00 | 0.00 | 0.00 | | 448,990.01 | |
| Superior Engineering Associates, Inc. | | 1,617,944.37 | 0.00 | 0.00 | 0.00 | | 1,617,944.37 | 0.00 |
| Ferguson Point Repair, Clean & TV, Laterals | | 11,166,130.16 | 0.00 | 140,256.64 | 0.00 | | 11,306,386.80 | 0.00 |
| Ferguson Lining | | 9,441,476.67 | | 0.00 | 0.00 | | 9,441,476.67 | 0.00 |
| Ferguson ER-37 15 Mile & Hayes Road | | 3,017,007.62 | | 0.00 | 0.00 | | 3,017,007.62 | |
| Faust | | 83,220.00 | | 0.00 | 0.00 | | 83,220.00 | 0.00 |
| Posen | | 131,500.00 | | 0.00 | 0.00 | | 131,500.00 | 0.00 |
| Lanzo Constuction | | 128,490.00 | | 0.00 | | | 128,490.00 | |
| L. D'Agostini &Sons | | 20,240,279.96 | | 0.00 | 0.00 | | 20,240,279.96 | |
| D'Alesandro Contracting Group | | 83,737.50 | | 0.00 | | | 83,737.50 | |
| Sub-Total DBSB Subc | 0.00 | 46,666,838.78 | 0.00 | 140,256.64 | 0.00 | | 46,807,095.42 | 0.00 |
| Direct Expenses | | | | | | | | |
| Subtotal | 138,000,000.00 | 137,838,633.50 | 0.00 | 161,366.50 | 0.00 | | 138,000,000.00 | 0.00 |
| GRAND TOTAL | 138,000,000.00 | 137,838,633.50 | 0.00 | 161,366.50 | 0.00 | | 138,000,000.00 | 0.00 |