UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

In re

CITY OF DETROIT, MICHIGAN,

                Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

---

## CERTIFICATE OF SERVICE

I, Claude D. Montgomery, hereby certify that service of the Reply Brief of the Official Committee of Retirees in Further Support of Objection to Motion For Temporary Allowance of Claim of the Macomb Interceptor Drain Drainage District Pursuant to Rule 3018(a) was filed and served via the Court's electronic case filing and noticing system on July 16, 2014.

                                              /s/ Claude D. Montgomery
                                              Claude D. Montgomery