UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------------x
: 
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
        Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------------------x

## *EX PARTE MOTION* OF THE OFFICIAL COMMITTEE OF RETIREES FOR AN ORDER AUTHORIZING IT TO FILE A REPLY BRIEF IN EXCESS OF PAGE LIMIT

  The Official Committee of Retirees (the "**Committee**") hereby moves the Court for the entry of an order authorizing the Committee to file the *Reply Brief of the Official Committee of Retirees in Further Support of Objection to Motion for Temporary Allowance of Claim of the Macomb Interceptor Drain Drainage District Pursuant to Rule 3018(a)* (the "**Committee's Reply**") in excess of the page limitation of Rule 9014-1(e) of the Local Rules for the United States Bankruptcy Court for the Eastern District of Michigan (the "**Local Rule 9014-1(e)**") to the extent that the limitation is applicable. In support of this motion, the Committee states as follows:

  1. Local Rule 9014-1(e) sets forth that "[a] reply brief of not more than 5 (five) pages in length may be filed" for certain specified motions. Local Rule 9014-1(e).

  2. The Committee does not believe that the page limitation set forth in Local Rule 9014-1(e) is applicable to the Committee's Reply, but files this *Ex Parte* motion out of an abundance of caution.

3. The Committee's Reply is eight pages. Because the Committee responds to numerous issues of fact and law raised by the motion for temporary allowance of Macomb Interceptor Drain Drainage District, the Committee requires a modest number of additional pages.

4. To the extent that the Local Rule applies to the Committee's Reply, the Committee requests entry of an order expanding the applicable page limitation.

[*Remainder of Page Intentionally Left Blank*]

## RELIEF REQUESTED

WHEREFORE, the Committee respectfully requests that this Court (i) enter an order substantially in the form attached hereto as **Exhibit 1**, granting the relief sought herein; and (ii) grant such other and further relief to the Committee as the Court may deem proper.

Dated: July 16, 2014
New York, New York

Respectfully submitted,

By: /s/ Claude D. Montgomery
Claude D. Montgomery
Carole Neville
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
Tel:  (212) 768-6700
Fax:  (212) 768-6800
claude.montgomery@dentons.com
carole.neville@dentons.com

Sam Alberts
Dan Barnowski
DENTONS US LLP
1301 K Street, NW, Suite 600 East Tower
Washington, DC 20005
Tel: (202) 408-6400
Fax: (202) 408-6399
sam.alberts@dentons.com
dan.barnowski@dentons.com

BROOKS WILKINS SHARKEY & TURCO PLLC
Matthew E. Wilkins
Paula A. Hall
401 South Old Woodward, Suite 400
Birmingham, Michigan  48009
Direct:  (248) 971-1711
Cell:  (248) 882-8496
Fax:  (248) 971-1801
wilkins@bwst-law.com
hall@bwst-law.com

*Attorneys for the Official Committee of Retirees of the City of Detroit, Michigan*

# EXHIBIT 1

(Proposed Order)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
: 
In re : Chapter 9
:
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------------x

### EX PARTE ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF RETIREES TO FILE A REPLY BRIEF IN EXCESS OF PAGE LIMIT

This matter coming before the Court on the *Ex Parte Motion of the Official Committee of Retirees to File a Reply Brief in Excess of Page Limit* (the "**Motion**") and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Official Committee of Retirees is authorized to file a *Reply Brief in Support of Objection to Motion for Temporary Allowance of Claim of the Macomb Interceptor Drain Drainage District Pursuant to Rule 3018(a)* in excess of five pages.

Signed on: _____

_____
Steven Rhodes
United States Bankruptcy Judge

13-53846-tjt    Doc 6095    Filed 07/17/14    Entered 07/17/14 00:09:38    Page 5 of 5