# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
------------------------------------------------------------------x
                                          :
In re                                     :    Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                :    Case No. 13-53846
                            Debtor.       :
                                          :    Hon. Steven W. Rhodes
                                          :
                                          :
------------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

    I, Claude D. Montgomery, hereby certify that service of the Ex Parte Motion of the

Official Committee of Retirees for an Order Authorizing it to File a Reply Brief in Excess of

Page Limit was filed and served via the Court's electronic case filing and noticing system on July

16, 2014.

                                                 /s/ Claude D. Montgomery
                                                 Claude D. Montgomery