# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

_____
                                                    )
In re:                                              )
                                                    )          Case No. 13-53846
CITY OF DETROIT, MICHIGAN                            )
                                                    )          Chapter 9
                             Debtor                 )
                                                    )          Hon. Steven W. Rhodes
_____                   )

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 17, 2014, the Macomb Interceptor Drain Drainage District filed the *Reply Brief in Support of Macomb Interceptor Drain Drainage District's Temporary Allowance of Claim Pursuant to Rule 3018(a) For Purposes of Accepting or Rejecting the Debtor's Fourth Amended Plan of Adjustment* [Docket No. 6098] (the "Reply Brief") with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.   In addition, the Reply Brief was served via electronic mail transmission to the following counsel to the Debtor and the Official Committee of Retirees:

Debtor's Counsel:

David Heiman - dgheiman@jonesday.com

Heather Lennox – hlennox@jonesday.com

Tom Wilson – tawilson@jonesday.com

Bruce Bennett – bbennett@jonesday.com

Jonathan Green – greenj@millercanfield.com

Stephen LaPlante – laplante@millercanfield.com

M. Misbah Shahid – Shahid@millercanfield.com

Jerome Watson – Watson@millercanfield.com

Tamar Dolcourt – tdolcourt@foley.com

John Simon – jsimon@foley.com

Retiree Committee Counsel:

Claude Montgomery – claude.montgomery@dentons.com

Carole Neville – carole.neville@dentons.com

Sam Alberts – sam.alberts@dentons.com

Dan Barnowski – dan.barnowski@dentons.com

Matthew E. Wilkins – wilkins@bwst-law.com

Paula A. Hall – hall@bwst-law.com

Dated: July 17, 2014

DECHERT LLP

By:    /s/ *Allan S. Brilliant*
Allan S. Brilliant
Stephen M. Wolpert
1095 Avenue of the Americas
New York, NY 10016
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
allan.brilliant@dechert.com
stephen.wolpert@dechert.com

*Attorneys for Macomb Interceptor Drain Drainage District*