# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

-------------------------------------------------------X
: 
In re : Chapter 9
: 
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
: 
Debtor. : Hon. Steven W. Rhodes
: 
: 
-------------------------------------------------------X

## SUPPLEMENTAL AFFIDAVIT OF DARRYL LATIMER

STATE OF MICHIGAN     )
                      ) SS.
COUNTY OF WAYNE       )

I, Darryl Latimer, being first duly sworn, depose and state as follows:

1. I am an adult and otherwise competent to testify to the facts stated below. If called as a witness, I can testify to the following facts from my own personal knowledge. I make this Affidavit based upon my own personal knowledge and my review of records kept in the ordinary course of business.

2. Attached to this supplemental affidavit as Exhibit 1 is the Detroit Based Small Business Enterprises Fact Sheet pertaining to CS-1368.

3. We require contractors to submit these fact sheets along with their invoices so that we can keep track of the amount of dollars they are paying the various contractors who work on their projects, especially the Detroit Based and Small Business Enterprises.

4. The Fact Sheet attached as Exhibit 1 hereto reveals that while Ferguson Enterprises was paid over $23,000,000 for work on CS-1368; it was paid only $3,017,007.62 for work on CS 1368-2 and CS 1368-3, which are the two amendments of CS 1368 that covered the cost of the 2004 15 Mile Road sewer collapse. The bulk of the amounts paid to Ferguson Enterprises by Inland Waters Pollution Control, Inc., was for sewer lining and point repair work that was not part of CS 1368-2 or CS 1368-3.

Further Affiant sayeth not.

Darryl Latimer

STATE OF MICHIGAN     )
                      ) SS

COUNTY OF WAYNE       )

On July 16, 2014, before me, the undersigned, a Notary Public in and for said state, personally appeared Darryl Latimer, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed it.

        Subscribed and sworn to before me
        this 16 day of July, 2014.

        _____
        Notary Public
        Wayne County, Michigan
        Acting in Wayne County, Michigan
        My Commission Expires: 3/7/2020

22643118.1\022765-00202

```
RECHANDA L WILLIS
Notary Public - Michigan
Wayne County
My Commission Expires Mar 7, 2020
Acting in the County of Wayne
```

# DETROIT BASED AND SMALL BUSINESS ENTERPRISES
## FACT SHEET

### DWSD INVOICE WORKSHEET

| RE: | Contract No. | CS-1368 | | | Project: | INSPECTION AND INPLACE REHABILITATION |
|---|---|---|---|---|---|---|
| | Famis No. | | | | Amendment: | OF EXISTING CIRCULAR AND NON-CIRCULAR |
| | Consultant | Inland Waters Pollution Control, Inc. | | | Step No.: | SEWERS. |
| | Scheduled Completion Date | 19-Jul-05 | | | | |
| Amendment #1 | $10,000,000.00 | | | | | |
| Amendment #2 | $35,000,000.00 | | | | | |
| Amendment #3 | $23,000,000.00 | | | | | |
| Amendment #4 | $12,000,000.00 | | | | | |
| Amendment #5 | $8,000,000.00 | | | | | |
| | Percent Budget Expended: | 100% | | Elapsed Time: 36/54 | | |
| | Invoice Per 08/01/02 | | | Through: December 2006 | | |
| | Invoice Payment No: | 54 | | Amount: | | |

| | | (1) | | (2) | | (3) | | | (4) | | (5) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DWSD | | AMOUNT BILLED | | Gross Amount | | | TOTAL | | |
| | | APPROVED | | THROUGH | | THIS | Amount | Invoice | CUMULATIVE | | FUNDS |
| ITEM | | BUDGET | | INVOICE NO. | 53 | INVOICE | of Invoice | 54 | INVOICES | | REMAINING |
| Contract A | $ | 138,000,000.00 | $ | 0.00 | $ | 0.00 | | $ | 0.00 | $ | 138,000,000.00 |
| Amendment | $ | 0.00 | $ | 0.00 | $ | 0.00 | 0.00 | $ | 0.00 | $ | 0.00 |
| Amendment | $ | 0.00 | $ | 31,035,184.60 | 0.00 | 21109.86 | 0.00 | $ | 31,056,294.46 | $ | 0.00 |
| DBE PRIME CONTRACTORS | | | | | | | | | | | |
| Inland Waters Pollution Control, Inc. | | | | 31,035,184.60 | 0.00 | 21,109.86 | 0.00 | | 31,056,294.46 | | 0.00 |
| Sub-Total DBB Subcon | | 0.00 | | 31,035,184.60 | 0.00 | 21,109.86 | 0.00 | | 31,056,294.46 | | 0.00 |
| OTHER SUBCONTRACTORS | | | | | | | | | | | |
| Insituform | | | | 35,664,038.21 | 0.00 | 0.00 | 0.00 | | 35,664,038.21 | | 0.00 |
| SBC | | | | 200,119.16 | | 0.00 | | | 200,119.16 | | |
| ProLine Technologies | | | | 136,400.00 | | 0.00 | | | 136,400.00 | | |
| NTH Consultants | | | | 3,210,533.59 | | 0.00 | | | 3,210,533.59 | | |
| Rotor Electric | | | | 1,888,191.08 | | 0.00 | | | 1,888,191.08 | | |
| O'Laughlin | | | | 2,188,701.45 | | 0.00 | | | 2,188,701.45 | | |
| Thompson Pump | | | | 5,238,346.24 | | 0.00 | Allowance | | 5,238,346.24 | | |
| Martin Controls | | | | 100,732.05 | | 0.00 | | | 100,732.05 | | |
| J. MackSecurity | | | | 754,450.00 | | 0.00 | | | 754,450.00 | | |
| SBC | | | | 96.38 | | 0.00 | | | 96.38 | | |
| Great Lakes Diving | | | | 478,426.86 | | 0.00 | | | 478,426.86 | | |
| DTE Energy | | | | 887,363.37 | | 0.00 | | | 887,363.37 | | |
| Macomb County Road Comm | | | | 12,294.06 | | 0.00 | | | 12,294.06 | | |
| WOW Internet & Cable | | | | 30,523.50 | | 0.00 | | | 30,523.50 | | |
| Macomb County Public Works | | | | 16,949.91 | | 0.00 | | | 16,949.91 | | |
| Fiberlink | | | | 62,635.86 | | 0.00 | | | 62,635.86 | | |
| EQ Detroit | | | | 61,450.68 | | 0.00 | | | 61,450.68 | | |
| Consumers Energy | | | | 7,040.00 | | 0.00 | | | 7,040.00 | | |
| Comcast | | | | 82,024.13 | | 0.00 | | | 82,024.13 | | |
| City of Sterling Heights | | | | 288,964.83 | | 0.00 | | | 288,964.83 | | |
| Riteway Fence | | | | 33,840.00 | | 0.00 | | | 33,840.00 | | |
| Great Lakes Aerial | | | | 9,553.50 | | 0.00 | | | 9,553.50 | | |
| Spartan Specialties | | | | 73,210.75 | | 0.00 | | | 73,210.75 | | |
| OTHER SUBCONTRACTORS TOTAL | | | | 51,425,885.61 | 0.00 | 0.00 | | | 51,425,885.61 | | |
| Sub-Subcontractors | | | | | | | | | | | |
| Mersino Dewatering | | | | 3,885,520.91 | | 0.00 | | | 3,885,520.91 | | |
| Dubay Landscaping Services | | | | 0.00 | | 0.00 | | | 0.00 | | |
| Hayward-Baker | | | | 286,303.90 | | 0.00 | Allowance | | 286,303.90 | | |
| Colasanti | | | | 196,657.31 | | 0.00 | | | 196,657.31 | | |
| Denver Grouting | | | | 170,755.92 | | 0.00 | Allowance | | 170,755.92 | | |
| E.C. Korneffel | | | | 510,000.00 | | 0.00 | | | 510,000.00 | | |
| Spartan Specialties | | | | 197,271.65 | | 0.00 | | | 197,271.65 | | |
| Rohrscheib | | | | 2,823,724.48 | | 0.00 | | | 2,823,724.48 | | |
| Seabrix Diving | | | | 98,775.00 | | 0.00 | | | 98,775.00 | | |
| Soloman Driving | | | | 15,530.00 | | 0.00 | | | 15,530.00 | | |
| Great Lakes Driving | | | | 507,068.34 | | 0.00 | | | 507,068.34 | | |
| Ballor Towing | | | | 19,117.00 | | 0.00 | | | 19,117.00 | | |
| Sub-Subcontractors Total | | | | | | 0.00 | | | | | |
| | | | | | | | | | 0.00 | | 0.00 |
| Sub-Subcontractors | | 0.00 | | 8,710,724.51 | 0.00 | 0.00 | 0.00 | | 8,710,724.51 | | 0.00 |
| DETROIT BASED/SMALL BUSINESS | | | | | | | | | | | |
| W. McCormick & Associates | | | | 308,062.49 | | 0.00 | 0.00 | | 308,062.49 | | 0.00 |
| Superior Construction | | | | 448,990.01 | 0.00 | 0.00 | 0.00 | | 448,990.01 | | |
| Superior Engineering Associates, Inc. | | | | 1,617,944.37 | 0.00 | 0.00 | 0.00 | | 1,617,944.37 | | 0.00 |
| Ferguson Point Repair, Clean & TV, Laterals | | | | 11,166,130.16 | 0.00 | 140,256.64 | 0.00 | | 11,306,386.80 | | 0.00 |
| Ferguson Lining | | | | 9,441,476.67 | | 0.00 | 0.00 | | 9,441,476.67 | | 0.00 |
| Ferguson ER-37 15 Mile & Hayes Road | | | | 3,017,007.62 | | 0.00 | 0.00 | | 3,017,007.62 | | |
| Faust | | | | 83,220.00 | | 0.00 | 0.00 | | 83,220.00 | | 0.00 |
| Posen | | | | 131,500.00 | | 0.00 | 0.00 | | 131,500.00 | | 0.00 |
| Lanzo Constuction | | | | 128,490.00 | | 0.00 | | | 128,490.00 | | |
| L. D'Agostini & Sons | | | | 20,240,279.96 | | 0.00 | 0.00 | | 20,240,279.96 | | |
| D'Alesandro Contracting Group | | | | 83,737.50 | | 0.00 | | | 83,737.50 | | |
| Sub-Total DBSB Subc | | 0.00 | | 46,666,838.78 | 0.00 | 140,256.64 | 0.00 | | 46,807,095.42 | | 0.00 |
| Direct Expenses | | | | | | | | | | | |
| Subtotal | | 138,000,000.00 | | 137,838,633.50 | 0.00 | 161,366.50 | 0.00 | | 138,000,000.00 | | 0.00 |
| GRAND TOTAL | | 138,000,000.00 | | 137,838,633.50 | 0.00 | 161,366.50 | 0.00 | | 138,000,000.00 | | 0.00 |