UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------------x
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
                            Debtor. : Hon. Steven W. Rhodes
:
---------------------------------------------------------------------x

### *EX PARTE* ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF RETIREES TO FILE A REPLY BRIEF IN EXCESS OF PAGE LIMIT

This matter coming before the Court on the *Ex Parte Motion of the Official Committee of Retirees to File a Reply Brief in Excess of Page Limit* (the "**Motion**") and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

    1.    The Motion is GRANTED.

    2.    The Official Committee of Retirees is authorized to file a *Reply Brief in Support of Objection to Motion for Temporary Allowance of Claim of the Macomb Interceptor Drain Drainage District Pursuant to Rule 3018(a)* in excess of five pages.

.

**Signed on July 17, 2014**

                                                        /s/ Steven Rhodes
                                                        **Steven Rhodes**
                                                        **United States Bankruptcy Judge**