# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## WITHDRAWAL OF NOTICE OF APPEARANCE OF DANIEL N. ADAMS AND REQUEST TO BE REMOVED FROM ECF NOTIFICATION

The Detroit Institute of Arts ("**DIA Corp.**") hereby gives notice that Daniel N. Adams, who is currently listed as an attorney of record on the docket in this matter, is no longer representing the DIA Corp. effective July 18, 2014. The DIA Corp. respectfully requests that Daniel N. Adams' name be removed from the docket and that he be removed from ECF notification. Honigman Miller Schwartz and Cohn LLP and Cravath, Swaine & Moore LLP continue to serve as counsel for the DIA Corp. in this action.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

By: /s/Daniel N. Adams
Arthur T. O'Reilly (P70406)
Scott B. Kitei (P78064)
Daniel N. Adams (P72328)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7628
Facsimile: (313) 465-7629
Email: aoreilly@honigman.com

July 17, 2014

and

CRAVATH, SWAINE & MOORE LLP
Richard Levin
Worldwide Plaza

825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Attorneys for The Detroit Institute of Arts

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system, which will send a copy to all counsel of record. I declare that the statements above are true to the best of my information, knowledge, and belief.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP

        By: /s/Daniel N. Adams
        Arthur T. O'Reilly (P70406)
        Scott B. Kitei (P78064)
        Daniel N. Adams (P72328)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI 48226-3506
        Telephone: (313) 465-7628
        Facsimile: (313) 465-7629
        Email: aoreilly@honigman.com

July 17, 2014        and

        CRAVATH, SWAINE & MOORE LLP
        Richard Levin
        Worldwide Plaza
        825 Eighth Avenue
        New York, NY 10019-7475
        Telephone: (212) 474-1000
        Attorneys for The Detroit Institute of Arts

ACTIVE.15265108.1