# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

**APPELLANT'S DESIGNATION OF THE CONTENTS
OF THE RECORD AND STATEMENT OF ISSUE ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), appellants Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (together, "Syncora") file this designation of the contents of the record and statement of issue regarding Syncora's July 3, 2014 notice of appeal [Doc. No. 5759], filed pursuant to Bankruptcy Rule 8001 and 28 U.S.C. § 158(a), from this Court's final order, entered July 2, 2014, denying the motion of certain creditors to view or, in the alternative, unseal a supplemental order regarding mediation confidentiality.

1. **DESIGNATION OF THE CONTENTS OF THE RECORD ON APPEAL**

| Item # | Date | Docket Number | Document Title[1] |
|---|---|---|---|
| 1 | 8/13/2013 | 322 | Mediation Order |

---

[1] All documents include exhibits attached thereto.

| Item # | Date | Docket Number | Document Title[1] |
|---|---|---|---|
| 2 | 8/20/2013 | 527 | Amended Order to Certain Parties to Appeal for First Mediation Session |
| 3 | 9/3/2013 | 704 | Order Directing Additional Parties to Appeal for First Mediation Session |
| 4 | 3/8/2014 | 3315 | Notice of Subpoenas to Detroit Institute of Arts, Christie's Inc., and the State of Michigan Pursuant to Federal Rule of Civil Procedure 45(a)(4) |
| 5 | 5/6/2014 | 4479 | City of Detroit's Objections and Responses to Syncora Capital Assurance Inc. and Syncora Guarantee Inc.'s First Request for the Production of Documents |
| 6 | 5/16/2014 | 4897 | State of Michigan's Response to Syncora's Subpoena Dues Tecum |
| 7 | 5/28/2014 | 5128 | Transcript Order Form of Hearing on May 28, 2014 |
| 8 | 6/12/2014 | 5294 | Supplemental Order Regarding Mediation Confidentiality (Filed Under Seal) |
| 9 | 6/13/2014 | 5300 | Joint Motion of Community Foundation for Southeast Michigan, William Davidson Foundation, The Fred A. and Barbara M. Erb Family Foundation, Max M. and Marjorie S. Fisher Foundation, Ford Foundation, Hudson-Webber Foundation, The Kresge Foundation, W.K. Kellogg Foundation, John S. and James L. Knight Foundation, McGregor Fund, Charles Stewart Mott Foundation and A. Paul and Carol C. Schaap Foundation to Quash Subpoenas Duces Tecum |

| Item # | Date | Docket Number | Document Title[1] |
|---|---|---|---|
| 10 | 6/17/2014 | 5358 | Motion of Creditors to View Or, in the Alternative, Unseal Supplemental Order Regarding Mediation Confidentiality |

## 2. STATEMENT OF ISSUE ON APPEAL

Can the bankruptcy court *sua sponte* seal (and otherwise keep Syncora from viewing) a new order that (1) supplements an existing order *that binds Syncora* and (2) relates to an ongoing mediation (*to which Syncora is a party*) in the bankruptcy case?

Dated: July 17, 2014

/s/ *Ryan Blaine Bennett*
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075

*Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*