U.S. Bankruptcy Court
Eastern District of Michigan (Detroit)
Bankruptcy Petition #: 13−53846−swr

*Date filed:* 07/18/2013

*Assigned to:* Judge Steven W. Rhodes
Chapter 9
Voluntary
No asset

| | | |
|---|---|---|
| *Debtor In Possession*<br>**City of Detroit, Michigan**<br>2 Woodward Avenue<br>Suite 1126<br>Detroit, MI 48226<br>WAYNE−MI<br>Tax ID / EIN: 38−6004606 | represented by | **Bruce Bennett**<br>555 S. Flower Street<br>50th Floor<br>Los Angeles, CA 90071<br>(213) 489−3939<br>Email: bbennett@jonesday.com<br><br>**Judy B. Calton**<br>Honigman Miller Schwartz &Cohn LLP<br>2290 First National Building<br>Detroit, MI 48226<br>(313) 465−7344<br>Fax : (313) 465−7345<br>Email: jcalton@honigman.com<br><br>**Eric D. Carlson**<br>150 West Jefferson<br>Suite 2500<br>Detroit, MI 48226<br>313−496−7567<br>Email: carlson@millercanfield.com<br><br>**Tamar Dolcourt**<br>500 Woodward Ave.<br>Suite 2700<br>Detroit, MI 48226<br>313−234−7161<br>Email: tdolcourt@foley.com<br><br>**Timothy A. Fusco**<br>150 West Jefferson<br>Suite 2500<br>Detroit, MI 48226−4415<br>(313) 496−8435<br>Email: fusco@millercanfield.com<br><br>**Eric B. Gaabo**<br>1650 Frist National Building<br>Detroit, MI 48226<br>(313) 237−3052<br>Email: gaabe@detroitmi.gov<br><br>**Jonathan S. Green**<br>150 W. Jefferson<br>Ste. 2500 |

Detroit, MI 48226
(313) 963–6420
Email: green@millercanfield.com

**David Gilbert Heiman**
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586–7175
Email: dgheiman@jonesday.com

**Robert S. Hertzberg**
4000 Town Center
Suite 1800
Southfield, MI 48075–1505
248–359–7300
Fax : 248–359–7700
Email: hertzbergr@pepperlaw.com

**Deborah Kovsky–Apap**
Pepper Hamilton LLP
4000 Town Center
Suite 1800
Southfield, MI 48075
(248) 359–7300
Fax : (248) 359–7700
Email: kovskyd@pepperlaw.com

**Kay Standridge Kress**
4000 Town Center
Southfield, MI 48075–1505
(248) 359–7300
Fax : (248) 359–7700
Email: kressk@pepperlaw.com

**Stephen S. LaPlante**
150 W. Jefferson Ave.
Suite 2500
Detroit, MI 48226
(313) 496–8478
Email: laplante@millercanfield.com

**Heather Lennox**
222 East 41st Street
New York, NY 10017
212–326–3939
Email: hlennox@jonesday.com

**John A. Simon**
500 Woodward Avenue
Suite 2700
Detroit, MI 48226
(313) 234–7100
Email: jsimon@foley.com

**Marc N. Swanson**
Miller Canfield Paddock and Stone, P.L.C
150 W. Jefferson
Suite 2500
Detroit, MI 48226
(313) 496–7591
Email: swansonm@millercanfield.com

| | | |
|---|---|---|
| *U.S. Trustee*<br>**Daniel M. McDermott** | represented by | **Sean M. Cowley (UST)**<br>United States Trustee<br>211 West Fort Street<br>Suite 700<br>Detroit, MI 48226<br>(313) 226–3432<br>Email: Sean.cowley@usdoj.gov |
| | | **Richard A. Roble (UST)**<br>United States Trustee<br>211 West Fort Street<br>Suite 700<br>Detroit, MI 48226<br>(313) 226–6769<br>Email: Richard.A.Roble@usdoj.gov |
| *Creditor Committee*<br>**Committee of Unsecured Creditors**<br>*TERMINATED: 03/03/2014* | represented by | **Brett Howard Miller**<br>1290 Avenue of the Americas<br>40th Floor<br>New York, NY 10104<br>(212) 468–8051<br>Email: bmiller@mofo.com,whildbold@mofo.com<br>*TERMINATED: 03/03/2014* |
| | | **Geoffrey T. Pavlic**<br>25925 Telegraph Rd.<br>Suite 203<br>Southfield, MI 48033–2518<br>(248) 352–4700<br>Fax : (248) 352–4488<br>Email: pavlic@steinbergshapiro.com<br>*TERMINATED: 03/03/2014* |
| | | **Mark H. Shapiro**<br>25925 Telegraph Rd.<br>Suite 203<br>Southfield, MI 48033–2518<br>(248) 352–4700<br>Fax : (248) 352–4488<br>Email: shapiro@steinbergshapiro.com<br>*TERMINATED: 03/03/2014* |
| *Creditor Committee*<br>**Charlene Hearn**<br>PO Box 6612<br>Detroit, MI 48206 | | |
| *Retiree Committee*<br>**Official Committee of Retirees** | represented by | **Sam J. Alberts**<br>1301 K Street, NW<br>Suite 600, East Tower<br>Washington, DC 20005–3364<br>(202) 408–7004<br>Email: sam.alberts@dentons.com |
| | | **Paula A. Hall**<br>401 S. Old Woodward Ave.<br>Suite 400<br>Birmingham, MI 48009<br>(248) 971–1800<br>Email: hall@bwst–law.com |
| | | **Claude D. Montgomery** |

620 Fifth Avenue  
New York, NY 10020  
(212) 632–8390  
Email: claude.montgomery@dentons.com,docketny@dentons.com

**Carole Neville**  
1221 Avenue of the Americas  
25th Floor  
New York, NY 10020  
(212) 768–6889  
Email: carole.neville@dentons.com,daniel.morris@dentons.com

**Matthew Wilkins**  
401 S. Old Woodward Ave.  
Suite 400  
Birmingham, MI 48009  
(248) 971–1800  
Email: wilkins@bwst–law.com

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 08/13/2013 | | 322 | Order for Mediation, Chief District Judge Gerald Rosen is appointed as Mediator . (ckata) (Entered: 08/13/2013) |
| 08/20/2013 | | 527 | Amended Order to Certain Parties to Appear for First Mediation Session (RE: related document(s)334 Order To Set Hearing). Hearing to be held on 9/17/2013 at 11:00 AM Courtroom 734, U.S. Courthouse, 231 W. Lafayette, Detroit, MI 48226 for 334, (jjm) (Entered: 08/20/2013) |
| 09/03/2013 | | 704 | Order Directing Additional Parties to Appear for First Mediation Session (RE: related document(s)527 Order To Set Hearing). Hearing to be held on 9/17/2013 at 11:00 AM Courtroom 734, U.S. Courthouse, 231 W. Lafayette, Detroit, MI 48226 for 527, (jjm) (Entered: 09/03/2013) |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                                Chapter 9

City of Detroit, Michigan,                            Case No. 13-53846

    Debtor.                                      Hon. Steven W. Rhodes

_____/

## Mediation Order

Pursuant to 11 U.S.C. § 105, the Court concludes that it is necessary and appropriate to order the parties to engage in the facilitative mediation of any matters that the Court refers in this case. Accordingly, it is ordered:

1. After consultation with the parties involved, the Court may order the parties to engage in any mediation that the Court refers in this case.

2. With his consent, Chief District Judge Gerald Rosen, United States District Court, Eastern District of Michigan, is appointed to serve as judicial mediator in this case for purposes of facilitative mediation. The judicial mediator is authorized to enter any order necessary for the facilitation of mediation proceedings.

3. Chief Judge Rosen may, in his discretion, direct the parties to engage in facilitative mediation on substantive, process and discovery issues, as referred by Judge Rhodes, with such other mediators, judicial or non-judicial, as Chief Judge Rosen may designate. The fees and expenses of any non-judicial mediators shall be shared by the parties as directed by Chief Judge Rosen.

4. All proceedings, discussions, negotiation, and writings incident to mediation shall be privileged and confidential, and shall not be disclosed, filed or placed in evidence.

5. If a settlement is reached, the agreement shall be reduced to writing.

6. If a motion for approval of the settlement under F.R.Bankr.P. 9019 is necessary, the parties shall file it within 14 days after the agreement is fully executed.

7. For each mediation session, the judicial mediator shall have the authority to establish the mediation process, including the submission of documents, the attendance of parties with authority to settle, the procedure governing the mediation, and the schedule for the mediation.

13-53846-swr Doc 322 Filed 08/13/13 Entered 08/13/13 02:50:14 Page 1 of 2
13-53846-swr Doc 6104-1 Filed 07/17/14 Entered 07/17/14 02:50:59 Page 5 of 10

5

8. The judicial mediator or any mediator appointed by him shall not be called as a witness.

9. All non-judicial mediators appointed under this order shall function as quasi-judicial officers under the authority of the court and are therefore immune from suit.

10. The parties shall make every effort to schedule mediation sessions with the mediator consistent with established hearing dates. The Court will grant a request to adjourn a hearing date to accommodate a mediation session only upon a motion establishing good cause and upon the recommendation of the mediator.

11. After due notice to the parties and pursuant to E.D. Mich. LBR 9029-1, the applicability of E.D. Mich. LBR 7016-2 is suspended in this case to allow the foregoing alternative mediation process. For matters the Court has not referred to mediation, the parties may nonetheless request the court to order mediation under the process established by E.D. Mich. LBR 7016-2.

**Signed on August 13, 2013**

                                                               **/s/ Steven Rhodes**
                                                              **Steven Rhodes**
                                                              **United States Bankruptcy Judge**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9

City of Detroit, Michigan,                          Case No. 13-53846

                Debtor.                    Hon. Steven W. Rhodes
_____/                            Hon. Gerald E. Rosen

## AMENDED ORDER TO CERTAIN PARTIES TO APPEAR
## FOR FIRST MEDIATION SESSION

      At a session of said Court, held in
      the U.S. Courthouse, Detroit, Michigan
      on       August 20, 2013

      PRESENT:   Honorable Gerald E. Rosen
                          United States District Chief Judge

**TO:**   The City of Detroit/Emergency Manager
        General Retirement System
        Police and Fire Retirement System
        Michigan Council 25 of the American Federation of, State,
            County, and Municipal Employees ("AFSCME")
        International Union, UAW
        U.S. Bank National Association, as Trustee, Bond Registrar, Transfer Agent,
            Paying Agent, Custodian and Contract Administrator
        National Public Finance Guarantee Corporation
        Syncora Capital Assurance, Inc.
        Berkshire Hathaway Reinsurance Group
        Assured Guaranty Municipal Corporation
        Ambac Assurance Corporation
        Financial Guaranty Corporation
        The Detroit Fire Fighters Association
        The Detroit Police Officers Association
        The Detroit Police Lieutenants & Sergeants Association
        The Detroit Police Command Officers Association
        Downtown Development Authority
        The State of Michigan
        Michigan Department of Attorney General/Attorney General Bill Schuette

Pursuant to the August 16, 2013 First Order Referring Matters to Facilitative Mediation,

**IT IS HEREBY ORDERED** the above-named parties shall appear for an **initial mediation session** before the Honorable Gerald E. Rosen, Chief Judge of the United States District Court for the Eastern District of Michigan, in his Courtroom, Room 734 Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan 48226, on <u>**Tuesday,** **September 17, 2013**</u> at <u>**11:00 a.m.**</u>.

**IT IS FURTHER ORDERED** that, for said mediation session, and for any further session, each party shall be represented by **no more than two (2) attorneys and two (2) party-representatives** who have full authority to engage in settlement negotiations. *See* Local Bankruptcy Rule 7016-2(6); Eastern District of Michigan Local Rule 16.1(c) ("At settlement conferences, all parties must be present, including, in the case of a party represented by an insurer, a claim representative with authority adequate for responsible and effective participation in the conference.")

s/Gerald E. Rosen<br>Chief Judge, United States District Court

Dated: August 20, 2013

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re:                                          Chapter 9

**City of Detroit, Michigan,**                  Case No. 13-53846

        Debtor.                 Hon. Steven W. Rhodes
_____/                        Hon. Gerald E. Rosen

## ORDER DIRECTING ADDITIONAL PARTIES
## TO APPEAR FOR FIRST MEDIATION SESSION

    At a session of said Court, held in
    the U.S. Courthouse, Detroit, Michigan
    on     September 3, 2013

    PRESENT: Honorable Gerald E. Rosen
                  United States District Chief Judge

In addition to the parties noticed in the "Amended Order to Certain Parties to Appear for First Mediation Session," entered on August 20, 2013 [Dkt. # 527],

**IT IS HEREBY ORDERED** that

- The Official Committee of Retirees,
- Ad Hoc COP Holders,
  (Dexia Credit Local, Dexia Holdings, Inc., Norddeutsche Landesbank Covered Finance Bank, S.A.), and
- EEPK Bank and its affiliates

shall appear for the **mediation session** being held before the Honorable Gerald E. Rosen, Chief Judge of the United States District Court for the Eastern District of Michigan, in his Courtroom, Room 734 Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan 48226, on **Tuesday, September 17, 2013 at 11:00 a.m.**

**IT IS FURTHER ORDERED** that, for said mediation session, and for any

1

further session, each party shall be represented by **no more than two (2) attorneys and two (2) party-representatives** who have full authority to engage in settlement negotiations.  *See* Local Bankruptcy Rule 7016-2(6); Eastern District of Michigan Local Rule 16.1(c) ("At settlement conferences, all parties must be present, including, in the case of a party represented by an insurer, a claim representative with authority adequate for responsible and effective participation in the conference.")

**IT IS FURTHER ORDERED** that on or before **September 6, 2013, 5:00 p.m.**, the above-named parties shall each submit a confidential **Mediation Statement**, "for mediator's eyes, only," **no more than seven (7) pages in length**, setting forth a concise statement of the party's position and objectives in mediation.  Such statement will not be shared with other parties and, therefore, should provide the mediator with that party's candid position and objectives.

**THE MEDIATION STATEMENT IS <u>NOT</u> TO BE FILED WITH THE BANKRUPTCY COURT**, but rather is to be submitted electronically by emailing it to **efile_rosen@mied.uscourts.gov**.

**SO ORDERED.**

                              s/Gerald E. Rosen
                              Chief Judge, United States District Court

Dated:  September 3, 2013

2

13-53846-tjt  Doc 6104  Filed 07/17/14  Entered 07/17/14 12:50:59  Page 10 of 10
13-53846-swr  Doc 704  Filed 09/03/13  Entered 09/03/13 14:34:40  Page 2 of 2

10