# U.S. Bankruptcy Court
## Eastern District of Michigan (Detroit)
## Bankruptcy Petition #: 13–53846–swr

*Date filed:* 07/18/2013

*Assigned to:* Judge Steven W. Rhodes
Chapter 9
Voluntary
No asset

| | | |
|---|---|---|
| ***Debtor In Possession***<br>**City of Detroit, Michigan**<br>2 Woodward Avenue<br>Suite 1126<br>Detroit, MI 48226<br>WAYNE–MI<br>Tax ID / EIN: 38–6004606 | represented by | **Bruce Bennett**<br>555 S. Flower Street<br>50th Floor<br>Los Angeles, CA 90071<br>(213) 489–3939<br>Email: bbennett@jonesday.com |

**Judy B. Calton**
Honigman Miller Schwartz &Cohn LLP
2290 First National Building
Detroit, MI 48226
(313) 465–7344
Fax : (313) 465–7345
Email: jcalton@honigman.com

**Eric D. Carlson**
150 West Jefferson
Suite 2500
Detroit, MI 48226
313–496–7567
Email: carlson@millercanfield.com

**Tamar Dolcourt**
500 Woodward Ave.
Suite 2700
Detroit, MI 48226
313–234–7161
Email: tdolcourt@foley.com

**Timothy A. Fusco**
150 West Jefferson
Suite 2500
Detroit, MI 48226–4415
(313) 496–8435
Email: fusco@millercanfield.com

**Eric B. Gaabo**
1650 Frist National Building
Detroit, MI 48226
(313) 237–3052
Email: gaabe@detroitmi.gov

**Jonathan S. Green**
150 W. Jefferson
Ste. 2500

Detroit, MI 48226
(313) 963–6420
Email: green@millercanfield.com

**David Gilbert Heiman**
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586–7175
Email: dgheiman@jonesday.com

**Robert S. Hertzberg**
4000 Town Center
Suite 1800
Southfield, MI 48075–1505
248–359–7300
Fax : 248–359–7700
Email: hertzbergr@pepperlaw.com

**Deborah Kovsky–Apap**
Pepper Hamilton LLP
4000 Town Center
Suite 1800
Southfield, MI 48075
(248) 359–7300
Fax : (248) 359–7700
Email: kovskyd@pepperlaw.com

**Kay Standridge Kress**
4000 Town Center
Southfield, MI 48075–1505
(248) 359–7300
Fax : (248) 359–7700
Email: kressk@pepperlaw.com

**Stephen S. LaPlante**
150 W. Jefferson Ave.
Suite 2500
Detroit, MI 48226
(313) 496–8478
Email: laplante@millercanfield.com

**Heather Lennox**
222 East 41st Street
New York, NY 10017
212–326–3939
Email: hlennox@jonesday.com

**John A. Simon**
500 Woodward Avenue
Suite 2700
Detroit, MI 48226
(313) 234–7100
Email: jsimon@foley.com

**Marc N. Swanson**
Miller Canfield Paddock and Stone, P.L.C
150 W. Jefferson
Suite 2500
Detroit, MI 48226
(313) 496–7591
Email: swansonm@millercanfield.com

*U.S. Trustee*
**Daniel M. McDermott**

represented by **Sean M. Cowley (UST)**
United States Trustee
211 West Fort Street
Suite 700
Detroit, MI 48226
(313) 226−3432
Email: Sean.cowley@usdoj.gov

**Richard A. Roble (UST)**
United States Trustee
211 West Fort Street
Suite 700
Detroit, MI 48226
(313) 226−6769
Email: Richard.A.Roble@usdoj.gov

*Creditor Committee*
**Committee of Unsecured Creditors**
*TERMINATED: 03/03/2014*

represented by **Brett Howard Miller**
1290 Avenue of the Americas
40th Floor
New York, NY 10104
(212) 468−8051
Email: bmiller@mofo.com,whildbold@mofo.com
*TERMINATED: 03/03/2014*

**Geoffrey T. Pavlic**
25925 Telegraph Rd.
Suite 203
Southfield, MI 48033−2518
(248) 352−4700
Fax : (248) 352−4488
Email: pavlic@steinbergshapiro.com
*TERMINATED: 03/03/2014*

**Mark H. Shapiro**
25925 Telegraph Rd.
Suite 203
Southfield, MI 48033−2518
(248) 352−4700
Fax : (248) 352−4488
Email: shapiro@steinbergshapiro.com
*TERMINATED: 03/03/2014*

*Creditor Committee*
**Charlene Hearn**
PO Box 6612
Detroit, MI 48206

*Retiree Committee*
**Official Committee of Retirees**

represented by **Sam J. Alberts**
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005−3364
(202) 408−7004
Email: sam.alberts@dentons.com

**Paula A. Hall**
401 S. Old Woodward Ave.
Suite 400
Birmingham, MI 48009
(248) 971−1800
Email: hall@bwst−law.com

**Claude D. Montgomery**

620 Fifth Avenue
New York, NY 10020
(212) 632–8390
Email: claude.montgomery@dentons.com,docketny@dentons.com

**Carole Neville**
1221 Avenue of the Americas
25th Floor
New York, NY 10020
(212) 768–6889
Email: carole.neville@dentons.com,daniel.morris@dentons.com

**Matthew Wilkins**
401 S. Old Woodward Ave.
Suite 400
Birmingham, MI 48009
(248) 971–1800
Email: wilkins@bwst–law.com

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 06/17/2014 | | 5358 | Motion *of Creditors to View Or, in the Alternative, Unseal Supplemental Order Regarding Mediation Confidentiality* Filed by Interested Parties Syncora Capital Assurance Inc., Syncora Guarantee Inc. (Attachments: # 1 Exhibit 1 – Proposed Order [Not Included] # 2 Exhibit 2 – Notice of Motion and Opportunity to Object # 3 Exhibit 3 – Brief [Not Required] # 4 Exhibit 4 – Certificate of Service [To be Filed] # 5 Exhibit 5 – Affidavits [Not Applicable] # 6 Exhibit 6 – Documentary Exhibits [State of Michigan Privilege Log] – Part I # 7 Exhibit 6 – Documentary Exhibit [State of Michigan Privilege Log] – Part II # 8 Exhibit 6 – Documentary Exhibit [State of Michigan Privilege Log] – Part III # 9 Exhibit 6 – Documentary Exhibit [State of Michigan Privilege Log] – Part IV) (Bennett, Ryan) (Entered: 06/17/2014) |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

|  |  |  |
|---|---|---|
| | ) | |
| In re | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |

## MOTION OF CREDITORS TO VIEW
## OR, IN THE ALTERNATIVE, UNSEAL SUPPLEMENTAL ORDER
## REGARDING MEDIATION CONFIDENTIALITY

The undersigned creditors (collectively, the "Creditors") respectfully submit

this motion (this "Motion") to view or, in the alternative, unseal the the

*Supplemental Order Regarding Mediation Confidentiality* [Docket No. 5294] (the

"Supplemental Order") entered on June 12, 2014.  In support of this Motion, the

Creditors respectfully state as follows:

### Preliminary Statement

1.      On June 12, this Court entered an amendment or supplement to its

original mediation order in the form of the Supplemental Order.  The Creditors

have not been provided with a copy of the Supplemental Order.

2.      While the Creditors are mindful that certain sensitive information

regarding this case's mediation process may be protected from third parties not

subject to the confidentiality obligations under the mediation order, the order

itself—together with its amendments, supplements, or subsequent versions—must be viewable at least by the mediation parties.

3. The Creditors, in particular, should be permitted to view the Supplemental Order for two reasons:

- **First**, the Creditors are mediation parties bound by the Court's original mediation order (as may be amended, revised, or supplemented). In order to know what rights and obligations they may have as mediation parties—and to avoid any inadvertent waiver of their rights or failure to satisfy their obligations—the Creditors should be permitted to view the recently entered amendment or supplement.

- **Second**, other parties in this case, including the City, have recently asserted the "mediation privilege" to avoid responding to certain of the Creditors' discovery requests and subpoenas. To understand whether any claimed privilege is valid and applicable and to determine how to respond, the Creditors must first understand the parameters of and the terms governing the mediation.

4. The transparency of the chapter 9 plan process is critical to ensure parties' rights are protected as the Court considers confirmation of the City's plan. The Creditors therefore respectfully request that they be permitted to view the

2

KE 32070126
13-53846-tjt Doc 6145-8 Filed 07/17/14 Entered 07/17/14 12:50:58 Page 6 of 35
13-53846-swr Doc 5558 Filed 06/17/14 Entered 06/17/14 12:50:58 Page 2 of 35
6

mediation order in its entirety, including the Supplemental Order, either on a confidential basis or, in the alternative, in connection with it being unsealed (if appropriate).

## Jurisdiction and Venue

5.     The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b) and venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

6.     By this Motion, the Creditors respectfully request to view the sealed Supplemental Order or, in the alternative and to the extent appropriate, that the Supplemental Order be unsealed.

## Background

7.     On August 13, 2013, this Court entered an order [Docket No. 322] (the "Original Mediation Order" and, as amended or supplemented, the "Mediation Order") directing parties to submit to mediation.  The Original Mediation Order states that "[a]ll proceedings, discussions, negotiation, and writings incident to mediation shall be privileged and confidential, and shall not be disclosed, filed or placed in evidence."  Original Mediation Order at 1.

8.     On August 20, 2013 and September 3, 2013, the Court ordered the Creditors to submit to mediation under the Original Mediation Order [Docket Nos.

3

KE 32070126
13-53846-tjt wr Doc 6195-8 Filed 07/17/14 Entered 07/17/14 12:50:58 Page 7 of 35
13-53846-swr Doc 5558 Filed 06/17/14 Entered 06/17/14 17:56:58 Page 3 of 35

7

527, 704]. As a result, the Creditors are bound by the Original Mediation Order, including to the extent it is amended or supplemented by the Supplemental Order.

9.     On June 12, 2014, this Court entered the Supplemental Order. Based on its title, the Supplemental Order appears to relate to "mediation confidentiality" but does not elaborate on its contents. The Creditors have not been provided with the Supplemental Order and could not obtain a copy through informal requests. As a result, the Creditors file this Motion.

## Basis for Relief

### I.     The Creditors Should Be Allowed to View the Supplemental Order to Know Their Rights and Obligations as Mediation Parties.

10.     As parties to the mediation in this case, the Creditors are bound by the Original Mediation Order—as it was originally entered and as it may be amended and supplemented. This Court's sealed Supplemental Order appears, at a minimum, to supplement the Original Mediation Order (and also may amend it—there is no way for the Creditors to know).

11.     Without viewing the Supplemental Order, the Creditors cannot know what their potential legal rights and obligations may be. Because the Creditors are mediation parties presumably bound by the Supplemental Order, the Creditors should be entitled to know what the Supplemental Order says.

KE 32070126
13-53846-tjt  Doc 6104-5  Filed 07/17/14  Entered 07/17/14 12:56:58  Page 4 of 35
13-53846-swr  Doc 5358  Filed 06/17/14  Entered 06/17/14 12:56:58  Page 4 of 35                    8

## II. The Creditors Should Be Allowed to View the Supplemental Order to Understand the Parameters of the Mediation Privilege (If Any).

12.     As noted above, the City and other parties in this case have asserted the "mediation privilege" to avoid providing information requested in the Creditors' discovery requests and subpoenas. *See, e.g.*, *Joint Motion to Quash* at 10–11 [Docket No. 5300]; *Transcript of Hearing* at 267–68 (May 28, 2014); *State of Michigan Privilege Log* (attached hereto as **Exhibit 6**); *State of Michigan's Response to Syncora's Subpoena Duces Tecum* at 2 [Docket No. 3315]; *City of Detroit's Objections and Responses to Syncora Capital Assurance Inc. and Syncora Guarantee Inc.'s First Request for the Production of Documents* at 2 [Docket No. 4479]. In fact, the so-called mediation privilege was asserted against certain of the Creditors' discovery requests as recently as just last week (after entry of the Supplemental Order). *See Joint Motion to Quash* at 10–11 [Docket No. 5300].

13.     Without viewing the entire mediation order (i.e., the Original Mediation Order, as amended or supplemented by the Supplemental Order), the Creditors cannot understand the parameters of the mediation in this case. And without understanding the parameters of the mediation, the Creditors cannot determine whether claims of any privilege are valid and cannot decide whether or how best to respond to them. Accordingly, to facilitate an efficient discovery process and afford all parties (the Creditors and the privilege-claiming parties) with

5

KE 32070126

13-53846-tjt  Doc 6145-8  Filed 07/17/14  Entered 07/17/14 12:50:58  Page 9 of 35
13-53846-swr  Doc 6158  Filed 06/17/14  Entered 06/17/14 12:56:58  Page 9 of 35

9

the rights (if any) to which they are entitled, the Creditors should be permitted to view the Supplemental Order.

## **Conclusion**

14.    For the reasons stated herein, the Creditors respectfully request that the Court (a) permit the Creditors to view the Supplemental Order or (b) in the alternative and to the extent appropriate, unseal the Supplemental Order.

*[Remainder of page intentionally left blank.]*

Dated: June 17, 2014                    Respectfully submitted,


                                        **KIRKLAND & ELLIS LLP**

                                        */s/ Ryan Blaine Bennett*
                                        James H.M. Sprayregen, P.C.
                                        Ryan Blaine Bennett
                                        Stephen C. Hackney
                                        KIRKLAND & ELLIS LLP
                                        300 North LaSalle
                                        Chicago, Illinois 60654
                                        Telephone:  (312) 862-2000
                                        Facsimile:   (312) 862-2200

                                            - and -

                                        Stephen M. Gross
                                        David A. Agay
                                        Joshua Gadharf
                                        MCDONALD HOPKINS PLC
                                        39533 Woodward Avenue
                                        Bloomfield Hills, MI 48304
                                        Telephone:  (248) 646-5070
                                        Facsimile:   (248) 646-5075

                                        *Attorneys for Syncora Guarantee Inc. and*
                                        *Syncora Capital Assurance Inc.*


                                        **WEIL, GOTSHAL & MANGES LLP**

                                        */s/ Alfredo R. Perez*
                                        Alfredo R. Pérez
                                        WEIL, GOTSHAL & MANGES LLP
                                        700 Louisiana Street, Suite 1600
                                        Houston, TX  77002
                                        Telephone: (713) 546-5000
                                        Facsimile:  (713) 224-9511

                                            - and -

KE 32070126
13-53846-swr  Doc 6105-4  Filed 07/17/14  Entered 07/17/14 12:50:59  Page 12 of 85
13-53846-swr  Doc 5858  Filed 06/17/14  Entered 06/17/14 17:06:43  Page 11 of 85    11

Ernest J. Essad Jr.
Mark R. James
WILLIAM, WILLIAMS, RATTNER &
PLUNKETT, P.C.
280 North Old Woodward Avenue,
Suite 300
Birmingham, MI 48009
Telephone:  (248) 642-0333
Facsimile:   (248) 642-0856

*Attorneys for Financial Guaranty
Insurance Company*

**BALLARD SPAHR LLP**

*/s/ Howard S. Sher*
Howard S. Sher, Esquire
Jacob & Weingarten, P.C.
Somerset Place
2301 W. Big Beaver Road, Suite 777
Troy, Michigan 48084
Telephone:  (248) 649-1200
Facsimile:   (248) 649-2920

- and -

Vincent J. Marriott, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Telephone:  (215) 864-8236
Facsimile:   (215) 864-9762

*Attorneys for  Hypothekenbank Frankfurt
AG, Hypothekenbank Frankfurt
International S.A., Erste  Europäische
Pfandbrief- und Kommunalkreditbank
Aktiengesellschaft in Luxemburg S.A.*

KE 32070126
13-53846-swr  Doc 6105-4  Filed 07/17/14  Entered 07/17/14 17:06:43  Page 12 of 35
13-53846-swr  Doc 5558  Filed 06/11/14  Entered 06/11/14 17:06:43  Page 12 of 85   12

# Exhibit 1

## Proposed Order

*The Motion requests either of two alternative forms of relief. A proposed form of order will be provided promptly upon the Court's determination of which alternative relief (if any) to grant.*

## Exhibit 2

### Notice of Motion and Opportunity to Object

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| In re | ) Chapter 9 |
| | ) |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| | ) |
| Debtor. | ) Hon. Steven W. Rhodes |
| | ) |

## NOTICE OF MOTION OF CREDITORS TO VIEW OR, IN THE ALTERNATIVE, UNSEAL SUPPLEMENTAL ORDER REGARDING MEDIATION CONFIDENTIALITY

**PLEASE TAKE NOTICE** that on June 17, 2014, Syncora filed the *Motion of Creditors to View Or, in the Alternative, Unseal Supplemental Order Regarding Mediation Confidentiality* (the "Motion") in the United States Bankruptcy Court for the Eastern District of Michigan (the "Bankruptcy Court") seeking to allow the Creditors to view or, in the alternative, unseal the the *Supplemental Order Regarding Mediation Confidentiality* [Docket No. 5294] entered on June 12, 2014.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected by the relief sought in the Motion. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.**

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Bankruptcy Court to grant the Motion or you want the Bankruptcy Court to consider your views on the Motion, by July 1, 2014, you or your attorney must:

KE 32074608

13-53846-tjt  Doc 6194  Filed 07/17/14  Entered 07/17/14 21:50:59  Page 15 of 35
13-53846-swr  Doc 5356-2  Filed 06/17/14  Entered 06/17/14 17:08:43  Page 2 of 4    15

1.     File with the Bankruptcy Court a written response to the Motion, explaining your position, electronically through the Bankruptcy Court's electronic case filing system in accordance with the Local Rules of the Bankruptcy Court or by mailing any objection or response to:[1]

United States Bankruptcy Court
Theodore Levin Courthouse
231 West Lafayette Street
Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also serve a copy of any objection or response upon:

James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200

- and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone:  (248) 646-5070
Facsimile:   (248) 646-5075

If an objection or response is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

---

[1]     A response must comply with F. R. Civ. P. 8(b), (c) and (e).

2

**PLEASE TAKE FURTHER NOTICE** that if you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting such relief.

Dated: June 17, 2014

/s/ *Ryan Blaine Bennett*

James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

- and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS LLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075

*Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*

KE 32074608

## Exhibit 3

## None [Brief Not Required]

**<u>Exhibit 4</u>**

**Certificate of Service [To be filed separately]**

**Exhibit 5**

**Affidavits**
**[Not Applicable]**

# Exhibit 6

## Documentary Exhibits [State of Michigan Privilege Log]

| Privileged Bates Begin | Custodian | Email To | Email From | Email CC | Date | Subject | Privilege Type | Privilege Descriptions |
|---|---|---|---|---|---|---|---|---|
| PRIV_000001 | | | | | | Notes to House of Representative re Mediation | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000002 | Brader, Valerie | Lukasz Paszek | Valerie Brader (GOV) | | 4/15/2014 | RE: Estimated Retiree Stabilization Payments (including 20-year projections) | Common Interest Agreement | Document/email containing communication with attorney |
| PRIV_000003 | Brader, Valerie | Calley, Brian (GOV) | Valerie Brader (GOV) | Muchmore, Dennis (GOV) ; Snyder, Rick (GOV); Baird, Richard (GOV) ; Gadola, Michael (GOV); Scott, Allison (GOV) ; Tedder, Greg (GOV) | 3/4/2014 | RE: CONFIDENTIAL AND SUBJECT TO ATTY CLIENT PRIVILEGE | Attorney Client Communication; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000004 | Brader, Valerie | | | | | Attachment: Draft City of Detroit Post Bankruptcy Oversight | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000005 | Brader, Valerie | | | | | Attachment: Preliminary Draft Discussion Draft Pension Restructuring Proposal | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000006 | Brader, Valerie | | | | | Attachment: Treatment of Provisions for Classes of Creditors | Common Interest Agreement; Attorney Work Product; Mediation | Document/email containing attorney work product; Document/email discussing a subject incident to mediation |
| PRIV_000007 | Brader, Valerie | | | | | Attachment: PPT Slides for Presentation | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000008 | Brader, Valerie | | | | 1/24/2014 | Draft Senate /House Bill | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000009 | Brader, Valerie | Snyder, Rick (GOV) | Brader, Valerie (GOV) | Scott, Allison (GOV) ; lukasz@paszek.com; Priest, Chris (GOV); Gadola, Michael (GOV) | 2/21/2014 | LowIncomeModel: Confidential - Subject to mediation order | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000010 | Brader, Valerie | Agen, Jarrod (GOV) ; Priest, Chris (GOV) | Gadola, Michael (GOV) | Lukasz Paszek ; Tedder, Greg (GOV) ; Brader, Valerie (GOV) | 3/3/2014 | RE: blog post on POA | Attorney Client Communication; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000011 | Brader, Valerie | | | | 1/21/2014 | Draft 2 Detroit Settlement Conditions | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000012 | Brader, Valerie | | | | 1/21/2014 | Draft 2 Detroit Settlement Conditions | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000013 | Brader, Valerie | Brock Swartzle'; Brader, Valerie (GOV) ; Schneider, Matthew (AG) Jennifer Dettloff | Gadola, Michael (GOV) | Brian Mills ; Scott Starr ; Travis Weber ; Tedder, Greg (GOV) | 3/3/2014 | RE: Detroit | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000014 | Brader, Valerie | Gadola, Michael (GOV); Brader, Valerie (GOV); Schneider, Matthew (AG) ; Jennifer Dettloff | Brock Swartzle | Brian Mills ; Scott Starr ; Travis Weber ; Tedder, Greg (GOV) | 3/3/2014 | RE: Detroit | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000015 | Brader, Valerie | Brock Swartzle | Schneider, Matthew (AG) | Gadola, Michael (GOV) ; Brader, Valerie (GOV) ; Jennifer Dettloff ; Brian Mills ; Scott Starr ; Travis Weber ; Tedder, Greg (GOV) | 3/3/2014 | Re: Detroit | Attorney Client Communication; Mediation | Document/email containing attorney work product |
| PRIV_000016 | Brader, Valerie | Schneider, Matthew (AG) | Brock Swartzle | Gadola, Michael (GOV) ; Brader, Valerie (GOV) ; Jennifer Dettloff ; Brian Mills ; Scott Starr ; Travis Weber ; Tedder, Greg (GOV) | 3/3/2014 | Re: Detroit | Attorney Client Communication; Mediation | Document/email containing attorney work product |
| PRIV_000017 | Brader, Valerie | Calley, Brian (GOV); Muchmore, Dennis (GOV) | Brader, Valerie (GOV) | Snyder, Rick (GOV) ; Baird, Richard (GOV) ; Gadola, Michael (GOV) >; Scott, Allison (GOV) ; Tedder, Greg (GOV) | 3/4/2014 | CONFIDENTIAL AND SUBJECT TO ATTY CLIENT PRIVILEGE | Attorney Client Communication; Mediation | Document/email containing communication with attorney |
| PRIV_000018 | Brader, Valerie | Brader, Valerie (GOV) | Tedder, Greg (GOV) | | 3/4/2014 | FW: Detroit | Attorney Client Communication; Mediation | Document/email containing communication with attorney |
| PRIV_000019 | Brader, Valerie | Tedder, Greg (GOV) | Brader, Valerie (GOV) | | 3/4/2014 | RE: Detroit | Mediation | |
| PRIV_000020 | Brader, Valerie | | | | | Draft Disclosure Statement 36th District Court | Attorney Work Product; Mediation | Document/email containing attorney work product |
| PRIV_000021 | Brader, Valerie | Schneider, Matthew (AG) | Gadola, Michael (GOV) | Brader, Valerie (GOV) ; Steven G. Howell | 3/5/2014 | Re: Foundations | Attorney Client Communication; Mediation | Document/email containing communication with attorney |
| PRIV_000022 | Brader, Valerie | | | | | Draft Lazard Discussion Materials | Common Interest Agreement; Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000023 | Brader, Valerie | Gadola, Michael (GOV) | Schneider, Matthew (AG) | Brader, Valerie (GOV) ; Steven G. Howell | 3/5/2014 | Re: Foundations | Attorney Client Communication; Mediation | Document/email containing communication with attorney |

| Priviledged Bates Begin | Custodian | Email To | Email From | Email CC | Date | Subject | Privilege Type | Privilege Descriptions |
|---|---|---|---|---|---|---|---|---|
| PRIV_000024 | Brader, Valerie | | | | | Proposed Structure for Income Stabilization | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000025 | Brader, Valerie | Steven G. Howell | Gordon, Robert D. | Gadola, Michael (GOV) ; Schneider, Matthew (AG) ; Brader, Valerie (GOV) ; Bradley A. Robins ; Eric Mendelsohn ; Turner, Joseph E., Jr. ; Michael J. VanOverbeke ; King, Ronald A. ; Jochen Schmitz | 3/6/2014 | FW: Detroit Mediation: 3/5/14 Materials (CONFIDENTIAL - Subject to FRE 408) | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000026 | Brader, Valerie | | | | 3/5/2014 | Value Gap Considerations | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000027 | Brader, Valerie | Gadola, Michael (GOV); Brader, Valerie (GOV); Schneider, Matthew (AG) | Steven G. Howell | Kester K. So ; Peter H. Ellsworth ; Dawn R. Copley ; Allison R. Bach | 3/7/2014 | Conditions and Income Stabilization Payment | Attorney Client Communication; Mediation | Document/email containing communication with attorney |
| PRIV_000028 | Brader, Valerie | | | | | Conditions to Contribution by SOM | Attorney Work Product; Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000029 | Brader, Valerie | | | | | Proposed Structure for Income Stabilization | Attorney Work Product; Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000030 | Brader, Valerie | Brader, Valerie (GOV) | Sarah Griffin | Evan Miller ; Heather Lennox ; David G. Heiman; Mary M Reil; sachs@millercanfield.com | 3/7/2014 | Public Plan Governance Memo and Selective Survey / Proposed Trust Agreement | Attorney Client Communication; Common Interest Agreement; Mediation | Document/email containing communication with attorney |
| PRIV_000031 | Brader, Valerie | | | | 3/7/2014 | Memo to V. Brader re public retirement systems | Common Interest Agreement; Attorney Work Product; Mediation | Document/email containing attorney work product |
| PRIV_000032 | Brader, Valerie | | | | | Trust Agreement Police and Fire Retirement System | Common Interest Agreement; Attorney Work Product; Mediation | Document/email containing communication with attorney |
| PRIV_000033 | Brader, Valerie | | | | | Public Plan Governance Memo and Selective Survey / Proposed Trust Agreement | Common Interest Agreement; Attorney Work Product; Mediation | Document/email containing communication with attorney |
| PRIV_000034 | Brader, Valerie | Clinton, Kevin (TREASURY) ; Stibitz, Brom (Treasury) ; Saxton, Thomas (Treasury) ; Tedder, Greg (GOV); onrk@detroitmi.gov; mayss@detroitmi.gov; Bill Nowling ; Gelisse, Ashley (TREASURY); Brader, Valerie (GOV); stacy Fox | Jeffrey B Ellman | Charles M.Moore ; gaurav.malhotra@ey.com; ken.buckfire@millerbuckfire.com; David G. Heiman ; Corinne Ball ; Heather Lennox ; Bruce Bennett | 3/8/2014 | City of Detroit Restructuring -- Weekly E-Mail Update | Common Interest Agreement; Attorney Work Product | Document/email containing attorney work product |
| PRIV_000035 | Brader, Valerie | | | | 1/30/2014 | Draft 2 Senate House Bill | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000036 | Brader, Valerie | Brader, Valerie (GOV) | Lukasz Paszek | | 3/11/2014 | FW: Thoughts on pension fund returns and discount rates / Confidential - Subject to mediation order | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000037 | Brader, Valerie | Steven G. Howell ; Brader, Valerie (GOV) ; Schneider, Matthew (AG) | Gadola, Michael (GOV) | Kester K. So ; Peter H. Ellsworth ; Dawn R. Copley ; Allison R. Bach | 3/11/2014 | RE: Conditions and Income Stabilization Payment | Attorney Client Communication; Mediation | Document/email containing communication with attorney |
| PRIV_000038 | Brader, Valerie | Gadola, Michael (GOV) ; 'Steven G. Howell' ; Schneider, Matthew (AG) | Brader, Valerie (GOV) | Kester K. So ; Peter H. Ellsworth ; Dawn R. Copley ; Allison R. Bach | 3/11/2014 | RE: Conditions and Income Stabilization Payment | Attorney Client Communication; Mediation | Document/email containing communication with attorney |
| PRIV_000039 | Brader, Valerie | Gadola, Michael (GOV) ; Brader, Valerie (GOV) ; Schneider, Matthew (AG) | Steven G. Howell | Kester K. So ; Peter H. Ellsworth ; Dawn R. Copley ; Allison R. Bach | 3/11/2014 | RE: Conditions and Income Stabilization Payment | Attorney Client Communication; Mediation | Document/email containing communication with attorney |
| PRIV_000040 | Brader, Valerie | | | | | Conditions to Contribution by SOM | Attorney Work Product; Mediation | Document/email containing attorney work product |
| PRIV_000041 | Brader, Valerie | | | | | Proposed Structure for Income Stabilization | Attorney Work Product; Mediation | Document/email containing attorney work product |
| PRIV_000042 | Brader, Valerie | | | | | MERS Return Comparison | Attorney Work Product; Mediation | Document/email containing attorney work product |
| PRIV_000043 | Brader, Valerie | Steven G. Howell | Schneider, Matthew (AG) | Gadola, Michael (GOV) ; Brader, Valerie (GOV) ; Kester K. So ; Peter H. Ellsworth ; Dawn R. Copley ; Allison R. Bach | 3/11/2014 | Re: Conditions and Income Stabilization Payment | Attorney Client Communication; Mediation | Document/email containing communication with attorney |

| Privileged Bates Begin | Custodian | Email To | Email From | Email CC | Date | Subject | Privilege Type | Privilege Descriptions |
|---|---|---|---|---|---|---|---|---|
| PRIV_000044 | Brader, Valerie | Gadola, Michael (GOV) ; Brader, Valerie ; Schneider, Matthew (AG) | Steven G. Howell | Kester K. So ; Peter H. Ellsworth ; Dawn R. Copley ; Allison R. Bach | 3/11/2014 | RE: Conditions and Income Stabilization Payment | Attorney Client Communication; Mediation | Document/email containing attorney work product |
| PRIV_000045 | Brader, Valerie | Schneider, Matthew (AG) ; Steven G. Howell | Gadola, Michael (GOV) | Brader, Valerie (GOV) ; Kester K. So ; Peter H. Ellsworth ; Dawn R. Copley ; Allison R. Bach | 3/11/2014 | RE: Conditions and Income Stabilization Payment | Attorney Client Communication; Mediation | Document/email containing attorney work product |
| PRIV_000046 | Brader, Valerie | | | | | MPSERS Returns | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000047 | Brader, Valerie | | | | | Conditions to Contribution by SOM | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000048 | Brader, Valerie | Brader, Valerie (GOV) ; Schneider, Matthew (AG) ; Steven G. Howell; Clinton, Kevin (TREASURY) | Gadola, Michael (GOV) | Lukasz Paszek ; Chris DeRose ; Stoddard, Phil (DTMB) | 3/12/2014 | RE: CONFIDENTIAL AND SUBJECT TO MEDIATION ORDER – Discount Rate Backgrounder | Attorney Client Communication; Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000049 | Brader, Valerie | Steven G. Howell | Gadola, Michael (GOV) | Schneider, Matthew (AG) ; Brader, Valerie (GOV) | 3/12/2014 | RE: Prior to the Foundation Call... | Attorney Client Communication; Mediation | Document/email containing communication with attorney |
| PRIV_000050 | Brader, Valerie | Gadola, Michael (GOV) ; Brader, Valerie (GOV) ; Schneider, Matthew (AG) | Steven G. Howell | Kester K. So ; Peter H. Ellsworth ; Dawn R. Copley ; Allison R. Bach | 3/13/2014 | Conditions & Exhibits 1 and 3 | Attorney Client Communication; Mediation | Document/email containing communication with attorney |
| PRIV_000051 | Brader, Valerie | Heather Lennox | Gadola, Michael (GOV) | Brader, Valerie (GOV) ; Steven G. Howell ; Schneider, Matthew (AG) | 3/14/2014 | Conditions | Attorney Client Communication; Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000052 | Brader, Valerie | | | | | Exhibit 1 to Conditions to Contributions by SOM | Common Interest Agreement; Attorney Work Product; Mediation | Document/email containing attorney work product |
| PRIV_000053 | Brader, Valerie | | | | | Exhibit 3 to Conditions to Contributions by SOM | Common Interest Agreement; Attorney Work Product; Mediation | Document/email containing attorney work product |
| PRIV_000054 | Brader, Valerie | | | | | Confidential Term Sheet for Mediators' Proposal | Common Interest Agreement; Attorney Work Product; Mediation | Document/email containing attorney work product |
| PRIV_000055 | Brader, Valerie | | | | | Confidential Term Sheet for Mediators' Proposal | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000056 | Brader, Valerie | Brader, Valerie (GOV) ; Schneider, Matthew (AG) ; Steven G. Howell  Kester K. So | Gadola, Michael (GOV) | | 3/17/2014 | FW: Revised Term Sheet | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000057 | Brader, Valerie | Heather Lennox | Brader, Valerie (GOV) | Steven G. Howell | 3/18/2014 | Revenue sharing | Attorney Client Communication; Common Interest Agreement; Attorney Work Product | |
| PRIV_000058 | Brader, Valerie | Gadola, Michael (GOV) | Dawn R. Copley | Brader, Valerie (GOV) ; Schneider, Matthew (AG) ; Peter H. Ellsworth ; Kester K. So ; Steven G. Howell | 3/18/2014 | FW: 36th District Court: suggested revisions to Disclosure Statement and Plan of Adjustment | Attorney Client Communication; Common Interest Agreement; Attorney Work Product | |
| PRIV_000059 | Brader, Valerie | | | | | Draft Disclosure Statement 36th District Court | Common Interest Agreement | |
| PRIV_000060 | Brader, Valerie | Brader, Valerie (GOV) | Heather Lennox | David G. Heiman ; Evan Miller ; Gadola, Michael (GOV) ; Schneider, Matthew (AG) ; Steven G. Howell | 3/18/2014 | RE: Conditions | Attorney Client Communication; Common Interest Agreement; Attorney Work Product; Mediation | |
| PRIV_000061 | Brader, Valerie | Gadola, Michael (GOV) ; Brader, Valerie (GOV) | Brock Swartzle | Brian Mills ; Travis Weber | 3/20/2014 | Bankruptcy | Attorney Client Communication; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000062 | Brader, Valerie | Gadola, Michael (GOV) | Brader, Valerie (GOV) | | 3/20/2014 | FW: Plain Language Insert | Attorney Client Communication; Common Interest Agreement; Attorney Work Product | Document/email containing communication with attorney |
| PRIV_000063 | Brader, Valerie | | | | 3/19/2014 | Jones Day Draft Notice re: Proposed HealthCare Benefits | Attorney Client Communication; Common Interest Agreement; Attorney Work Product | Document/email containing attorney work product; Document/email containing communication with attorney |
| PRIV_000064 | Brader, Valerie | Priest, Chris (GOV) | Brader, Valerie (GOV) | Lukasz Paszek | 4/11/2014 | RE: Estimated Retiree Stabilization Payments (including 20-year projections) | Attorney Client Communication; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |

| Privileged Bates Begin | Custodian | Email To | Email From | Email CC | Date | Subject | Privilege Type | Privilege Descriptions |
|---|---|---|---|---|---|---|---|---|
| PRIV_000065 | Brader, Valerie | Kevyn Orr ; Allison R. Bach > ; Dawn R. Copley ; 'Steven G. Howell' ; Mary M Reil ; Sarah Griffin ; Gadola, Michael (GOV) ; Priest, Chris (GOV) ; lukasz@paszek.com | Brader, Valerie (GOV) | Evan Miller ; Heather Lennox ; Kenneth Sachs ; Amanda Van Dusen | 4/11/2014 | RE: Revised IS terms | Attorney Client Communication; Common Interest Agreement; Attorney Work Product; Mediation | Document/email containing attorney work product; Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000066 | Brader, Valerie | Hanley, Farah (DTMB) | Priest, Chris (GOV) | Lukasz Paszek ; Brader, Valerie (GOV) | 2/4/2014 | Subject to Mediation Order: Estimate of Cost Savings | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000067 | Brader, Valerie | | | | 1/24/2014 | Estimate of Straight Cut Decrease | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000068 | Brader, Valerie | Clinton, Kevin (TREASURY) ; Stibitz, Brom (Treasury) ; Saxton, Thomas (Treasury) ; Tedder, Greg (GOV) ; orrk@detroitmi.gov; mayss@detroitmi.gov; Bill Nowling ; Gelisse, Ashley (TREASURY); Brader, Valerie (GOV) ; stacy Fox | Jeffrey B Ellman | Charles M.Moore ; gaurav.malhotra@ey.com; ken.buckfire@millerbuckfire.com; David G. Heiman ; Corinne Ball ; Heather Lennox ; Bruce Bennett | 2/7/2014 | City of Detroit Restructuring – Weekly E-Mail Update | Attorney Client Communication; Common Interest Agreement; Attorney Work Product | |
| PRIV_000069 | Brader, Valerie | Brader, Valerie (GOV) | Gadola, Michael (GOV) | | 2/13/2014 | FW: Mediators' Response | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000070 | Brader, Valerie | | | | 2/10/2014 | Memo to State Representatives re Mediator's Response | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000071 | Brader, Valerie | Brader, Valerie (GOV) | Heather Lennox | | 9/13/2013 | RE: *Confidential: Confidential: Discussion Draft of Articles of Incorporation | Attorney Client Communication; Attorney Work Product; Mediation | Document/email containing attorney work product; Document/email containing communication with attorney |
| PRIV_000072 | Brader, Valerie | Brian L. Sediak' | Steven G. Howell | Heather Lennox ; Brader, Valerie (GOV) ; Gadola, Michael (GOV) ; Schneider, Matthew (AG) | 2/28/2014 | RE: DIA Term Sheet | Attorney Client Communication; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000073 | Brader, Valerie | | | | 2/27/2014 | Jones Day Comments to Mediator's Proposal | Mediation | |
| PRIV_000074 | Brader, Valerie | | | | 2/27/2014 | Confidential Term Sheet for Mediators' Proposal | Mediation | |
| PRIV_000075 | Brader, Valerie | Brader, Valerie (GOV) | West, Samantha (GOV) | | 3/17/2014 | FW: LowIncomeModel: Confidential - Subject to mediation order | Attorney Client Communication; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000076 | Brader, Valerie | Steven G. Howell ; Brader, Valerie (GOV) | Heather Lennox | | 3/20/2014 | Fw: Plain Language Insert | Common Interest Agreement; Attorney Work Product | |
| PRIV_000077 | Brader, Valerie | | | | | Conditions to Contribution by SOM | Attorney Work Product; Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000078 | Brader, Valerie | Gadola, Michael (GOV) >; Brader, Valerie (GOV) | West, Samantha (GOV) | | 3/21/2014 | RE: File - DETROIT-#1309357-v5-Confidential_Conditions_to_Contribution_by_State_of_Michigan-3.doc | Attorney Client Communication; Attorney Work Product; Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000079 | Brader, Valerie | | | | | Conditions to Contribution by SOM | Attorney Work Product; Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000080 | Brader, Valerie | Brader, Valerie (GOV) ; SHowell@dickinson-wright.com | Heather Lennox | | 3/21/2014 | Fw: CONFIDENTIAL: Draft Solicitation Documents | Attorney Client Communication; Common Interest Agreement; Attorney Work Product | Document/email containing attorney work product; Document/email containing communication with attorney |
| PRIV_000081 | Brader, Valerie | | | | | Upon further review, this document should not have been included with privilege log. It is nonresponsive | Common Interest Agreement; Attorney Work Product | Document/email containing attorney work product |
| PRIV_000082 | Brader, Valerie | | | | 3/21/2014 | Jones Day Draft Notice re: Proposed HealthCare Benefits | Common Interest Agreement; Attorney Work Product | Document/email containing attorney work product |
| PRIV_000083 | Brader, Valerie | | | | | Pension/OPEB Tabulation Rules | Common Interest Agreement; Attorney Work Product | Document/email containing attorney work product |

| Privileged Bates Begin | Custodian | Email To | Email From | Email CC | Date | Subject | Privilege Type | Privilege Descriptions |
|---|---|---|---|---|---|---|---|---|
| PRIV_000084 | Brader, Valerie | | | | | Upon further review, this document should not have been included with privilege log. It is nonresponsive | Common Interest Agreement; Attorney Work Product | Document/email containing attorney work product |
| PRIV_000085 | Brader, Valerie | | | | | Upon further review, this document should not have been included with privilege log. It is nonresponsive | Common Interest Agreement | |
| PRIV_000086 | Brader, Valerie | | | | | Proposed Ballot | Common Interest Agreement; Attorney Work Product | Document/email containing attorney work product |
| PRIV_000087 | Brader, Valerie | | | | | Proposed Ballot | Common Interest Agreement; Attorney Work Product | |
| PRIV_000088 | Brader, Valerie | | | | | Proposed Ballot | Common Interest Agreement; Attorney Work Product | Document/email containing attorney work product |
| PRIV_000089 | Brader, Valerie | | | | | Draft ELB Order | Common Interest Agreement; Attorney Work Product | Document/email containing attorney work product |
| PRIV_000090 | Brader, Valerie | Gerald Rosen ; EDriker | Gadola, Michael (GOV) | Brader, Valerie (GOV) ; Steven G. Howell | 3/21/2014 | Revised conditions | Attorney Work Product; Mediation | Document/email containing attorney work product; Document/email discussing a subject incident to mediation |
| PRIV_000091 | Brader, Valerie | | | | | Conditions to Contribution by SOM | Attorney Work Product; Mediation | Document/email containing attorney work product; Document/email discussing a subject incident to mediation |
| PRIV_000092 | Brader, Valerie | Brader, Valerie (GOV) | Eisenheimer, Kevin (LARA) | | 3/21/2014 | Fwd: Letter | Mediation | |
| PRIV_000093 | Brader, Valerie | Brader, Valerie (GOV) | EDriker | Gerald Rosen ; Gadola, Michael (GOV) | 3/21/2014 | Re: LowIncomeModel: Confidential - Subject to mediation order | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000094 | Brader, Valerie | Brader, Valerie (GOV) | Steven G. Howell | | 3/22/2014 | RE: LowIncomeModel: Confidential - Subject to mediation order | Attorney Client Communication; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000095 | Brader, Valerie | Brader, Valerie (GOV) | Steven G. Howell | | 3/22/2014 | RE: LowIncomeModel: Confidential - Subject to mediation order | Attorney Client Communication; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000096 | Brader, Valerie | Schneider, Matthew (AG) ; Flancher, Steven (AG) ; Gadola, Michael (GOV) ; Brader, Valerie (GOV) | Dawn R. Copley | Steven G. Howell ; Peter H. Ellsworth ; Kester K. So ; Allison R. Bach | 3/22/2014 | Comments to Disclosure Statement | Attorney Client Communication; Attorney Work Product | Document/email containing attorney work product; Document/email containing communication with attorney |
| PRIV_000097 | Brader, Valerie | Clinton, Kevin (TREASURY) ; Stibitz, Brom (Treasury) ; Saxton, Thomas (Treasury) ; Tedder, Greg (GOV); orrk@detroitmi.gov; mayss@detroitmi.gov; Bill Nowling; Gelisse, Ashley (TREASURY) >; Brader, Valerie (GOV) ; stacy Fox | Jeffrey B Ellman | Charles M.Moore ; gaurav.malhotra@ey.com; ken.buckfire@millerbuckfire.com; David G. Heiman ; Corinne Ball ; Heather Lennox ; Bruce Bennett | 3/23/2014 | City of Detroit Restructuring -- Weekly E-Mail Update | Attorney Client Communication; Common Interest Agreement; Attorney Work Product | Document/email containing attorney work product; Document/email containing communication with attorney |
| PRIV_000098 | Brader, Valerie | Brader, Valerie (GOV) | EDriker | GadolaM@jud.state.mi.us; Gerald E. Rosen ; Victoria_Roberts; EDriker | 3/25/2014 | Negotiations with Don Taylor | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000099 | Brader, Valerie | Brader, Valerie (GOV) | EDriker | | 3/25/2014 | Re: Negotiations with Don Taylor | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000100 | Brader, Valerie | Brader, Valerie (GOV) | Gaurav.Malhotra@ey.com | Orr, Kevyn; David G. Heiman ; hlennox@jonesday.com | 3/25/2014 | Draft 40 Year projections | Attorney Client Communication; Common Interest Agreement | Document/email containing communication with attorney |
| PRIV_000101 | Brader, Valerie | | | | 2/24/2014 | Draft POA 40 Year projections | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000102 | Brader, Valerie | Brader, Valerie (GOV) | EDriker | | 3/25/2014 | Re: Negotiations with Don Taylor | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000103 | Brader, Valerie | Brader, Valerie (GOV) | Brader, Valerie (GOV) | West, Samantha (GOV) | 3/25/2014 | FW: CONFIDENTIAL - Detroit - Draft Financial/Restructuring Analyses | Attorney Client Communication; Mediation | Document/email discussing a subject incident to mediation |

| Privileged Bates Begin | Custodian | Email To | Email From | Email CC | Date | Subject | Privilege Type | Privilege Descriptions |
|---|---|---|---|---|---|---|---|---|
| PRIV_000104 | Brader, Valerie | | | | 1/30/2014 | Preliminary Draft City of Detroit Ten Year Plan | Common Interest Agreement; Attorney Work Product; Mediation | Document/email containing attorney work product |
| PRIV_000105 | Brader, Valerie | Gadola, Michael (GOV) | Muchmore, Dennis (GOV) | Brader, Valerie (GOV) | 3/25/2014 | Re: Negotiations with Don Taylor | Attorney Client Communication; Mediation | Document/email containing communication with attorney |
| PRIV_000106 | Brader, Valerie | Brader, Valerie (GOV) | Victoria_Roberts | EDriker ; Gerald_Rosen | 3/25/2014 | Re: Negotiations with Don Taylor | Attorney Client Communication; Mediation | Document/email containing communication with attorney |
| PRIV_000107 | Brader, Valerie | Dawn R. Copley | Schneider, Matthew (AG) | Gadola, Michael (GOV) ; Brader, Valerie (GOV) ; Kester K. So ; Peter H. Ellsworth ; Steven G. Howell ; Allison R. Bach | 3/26/2014 | Re: Potential pensioners claims against State | Attorney Client Communication; Mediation | Document/email containing communication with attorney |
| PRIV_000108 | Brader, Valerie | Schneider, Matthew (AG) ; Dawn R. Copley | Gadola, Michael (GOV) | Brader, Valerie (GOV) ; Kester K. So ; Peter H. Ellsworth ; Steven G. Howell ; Allison R. Bach | 3/26/2014 | RE: Potential pensioners claims against State | Attorney Client Communication; Deliberative process | Document/email containing communication with attorney |
| PRIV_000109 | Brader, Valerie | Brader, Valerie (GOV) < | Saxton, Thomas (Treasury) | | 3/26/2014 | RE: CONFIDENTIAL AND SUBJECT TO MEDIATION ORDER – UTGO settlement | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000110 | Brader, Valerie | Gadola, Michael (GOV) ; Brader, Valerie (GOV) | Steven G. Howell | | 3/27/2014 | Retiree Committee | Attorney Client Communication | Document/email containing communication with attorney |
| PRIV_000111 | Brader, Valerie | Steven G. Howell ; Brader, Valerie (GOV) | Gadola, Michael (GOV) | | 3/27/2014 | RE: Retiree Committee | Attorney Client Communication; Mediation | Document/email containing communication with attorney |
| PRIV_000112 | Brader, Valerie | Brader, Valerie (GOV) | Gadola, Michael (GOV) | Steven G. Howell | 3/27/2014 | RE: Retiree Committee | Attorney Client Communication; Mediation | Document/email containing communication with attorney |
| PRIV_000113 | Brader, Valerie | Brader, Valerie (GOV) ; Gadola, Michael (GOV) ; Schneider, Matthew (AG) ; Flancher, Steven (AG) | Steven G. Howell | Peter H. Ellsworth ; Kester K. So ; Dawn R. Copley | 3/27/2014 | Release | Attorney Work Product; Mediation | Document/email containing attorney work product |
| PRIV_000114 | Brader, Valerie | | | | 3/26/2014 | State's Proposal for Structure of Release | Attorney Work Product; Mediation | Document/email containing attorney work product |
| PRIV_000115 | Brader, Valerie | Steven G Howell ; Brader, Valerie (GOV) | Heather Lennox | | 3/28/2014 | Fw: #22035825v3<ACTIVE> - Detroit - City Revised Draft UTGO Term Sheet 3/25- #22035825v4<ACTIVE> - Detroit - City Revised Draft UTGO Term Sheet 3/25 | Attorney Work Product; Mediation | Document/email containing attorney work product |
| PRIV_000116 | Brader, Valerie | | | | 3/25/2014 | Term Sheet for Plan Treatment of UTGO Bond Claims | Attorney Work Product; Mediation | Document/email containing attorney work product |
| PRIV_000117 | Brader, Valerie | | | | 3/25/2014 | Draft Term Sheet Plan Treatment of UTGO Bond Claims | Attorney Work Product; Mediation | |
| PRIV_000118 | Brader, Valerie | Brader, Valerie (GOV) | Steven G. Howell | | 3/28/2014 | RE: TARP funds | Attorney Client Communication; Mediation | Document/email containing communication with attorney |
| PRIV_000119 | Brader, Valerie | Brader, Valerie (GOV) | Steven G. Howell | | 3/28/2014 | RE: TARP funds | Attorney Client Communication; Mediation | Document/email containing communication with attorney |
| PRIV_000120 | Brader, Valerie | Brader, Valerie (GOV) | Steven G. Howell | | 3/28/2014 | Release/Income Stabilization | Attorney Client Communication; Mediation | Document/email containing communication with attorney |
| PRIV_000121 | Brader, Valerie | | | | 3/26/2014 | State's Proposal for Structure of Release | Attorney Work Product; Mediation | Document/email containing attorney work product |
| PRIV_000122 | Brader, Valerie | | | | 3/26/2014 | State's Proposal for Structure of Release | Attorney Work Product; Mediation | Document/email containing attorney work product |
| PRIV_000123 | Brader, Valerie | Heather Lennox | Steven G. Howell | Brader, Valerie (GOV) | 3/28/2014 | Release/Income Stabilization | Attorney Client Communication; Mediation | Document/email containing communication with attorney |
| PRIV_000124 | Brader, Valerie | | | | 3/26/2014 | State's Proposal for Structure of Release | Attorney Work Product; Mediation | Document/email containing attorney work product |
| PRIV_000125 | Brader, Valerie | Steven G Howell | Heather Lennox | Brader, Valerie (GOV) | 3/28/2014 | Re: Release/Income Stabilization | Attorney Client Communication; Common Interest Agreement; Mediation | Document/email containing attorney work product |
| PRIV_000126 | Brader, Valerie | Brader, Valerie (GOV) ; Baird, Richard (GOV) ; Tedder, Greg (GOV) ; Woosley Scott ; Gadola, Michael (GOV) | Muchmore, Dennis (GOV) | Schneider, Matthew (AG) ; Steven G. Howell | 3/28/2014 | RE: TARP funds | Attorney Client Communication; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |

| Privileged Bates Begin | Custodian | Email To | Email From | Email CC | Date | Subject | Privilege Type | Privilege Descriptions |
|---|---|---|---|---|---|---|---|---|
| PRIV_000127 | Brader, Valerie | 'hlennox@jonesday.com'; tawilson@jonesday.com | Dawn R. Copley | Schneider, Matthew (AG) ; Flancher, Steven (AG) ; Gadola, Michael (GOV) ; Brader, Valerie (GOV) ; Steven G. Howell ; Peter H. Ellsworth ; Kester K. So ; Allison R. Bach | 3/28/2014 | State's comments on Disclosure Statement and Plan | Attorney Client Communication; Common Interest Agreement; Attorney Work Product | Document/email containing attorney work product; Document/email containing communication with attorney |
| PRIV_000128 | Brader, Valerie | Clinton, Kevin (TREASURY) ; Stibitz, Brom (Treasury) ; Saxton, Thomas (Treasury); Tedder, Greg (GOV); orrk@detroitmi.gov; mayss@detroitmi.gov; Bill Nowling ; Gelisse, Ashley (TREASURY) ; Brader, Valerie (GOV) ; stacy Fox | Jeffrey B Ellman | Charles M.Moore ; gaurav.malhotra@ey.com; ken.buckfire@millerbuckfire.com; David G. Heiman ; Corinne Ball ; Heather Lennox ; Bruce Bennett | 3/29/2014 | City of Detroit Restructuring -- Weekly E-Mail Update | Attorney Client Communication; Common Interest Agreement; Attorney Work Product | Document/email containing attorney work product; Document/email containing communication with attorney |
| PRIV_000129 | Brader, Valerie | | | | 3/26/2014 | State's Proposal for Structure of Release | Attorney Work Product; Mediation | |
| PRIV_000130 | Brader, Valerie | Brader, Valerie (GOV) | Heather Lennox | | 3/31/2014 | POA | Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000131 | Brader, Valerie | Brader, Valerie (GOV) ; SHowell@dickinson-wright.com | Heather Lennox | | 3/31/2014 | Fw: Amended Plan - with non-consensual and consensual releases (v13 against v12) | Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000132 | Brader, Valerie | | | | | Amended Plan v 13 against v 12 | Common Interest Agreement; Attorney Work Product; Mediation | Document/email containing attorney work product; Document/email discussing a subject incident to mediation |
| PRIV_000133 | Brader, Valerie | | | | | Amended Plan v 13 | Common Interest Agreement; Attorney Work Product; Mediation | Document/email containing attorney work product; Document/email discussing a subject incident to mediation |
| PRIV_000134 | Brader, Valerie | | | | | Amended Plan v 13 | Common Interest Agreement; Attorney Work Product | Document/email containing attorney work product; Document/email discussing a subject incident to mediation |
| PRIV_000135 | Brader, Valerie | Schneider, Matthew (AG) ; Gadola, Michael (GOV) ; Brader, Valerie (GOV) ; Steven G. Howell ; Peter H. Ellsworth; Flancher, Steven (AG) ; Saxton, Thomas (Treasury) | Kester K. So | | 3/31/2014 | FW: UTGO - Cash flows (CONFIDENTIAL) | Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000136 | Brader, Valerie | | | | 3/31/2014 | 20 year DSA Calculation | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000137 | Brader, Valerie | Brader, Valerie (GOV) | Steven G. Howell | | 3/31/2014 | FW: Amended Plan - with non-consensual and consensual releases (v13 against v12) | Attorney Client Communication; Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000138 | Brader, Valerie | Steven G. Howell ; Brader, Valerie (GOV) | Heather Lennox | | 4/1/2014 | Latest Plain English | Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000139 | Brader, Valerie | | | | | Jones Day Draft Notice re: Proposed HealthCare Benefits | Common Interest Agreement; Attorney Work Product; Mediation | Document/email containing attorney work product; Document/email discussing a subject incident to mediation |
| PRIV_000140 | Brader, Valerie | Heather Lennox | Steven G. Howell | Brader, Valerie (GOV) | 4/1/2014 | State Draft Conditions - Confidential/Subject to Mediation Order | Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000141 | Brader, Valerie | | | | 4/1/2014 | Conditions to Contribution by SOM | Mediation | Document/email discussing a subject incident to mediation |

| Privileged Bates Begin | Custodian | Email To | Email From | Email CC | Date | Subject | Privilege Type | Privilege Descriptions |
|---|---|---|---|---|---|---|---|---|
| PRIV_000142 | Brader, Valerie | Heather Lennox' | Steven G. Howell | David G. Heiman ; Evan Miller ; Brader, Valerie (GOV) ; Gadola, Michael (GOV) | 4/1/2014 | RE: IS Program | Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000143 | Brader, Valerie | Brader, Valerie (GOV) | Gadola, Michael (GOV) | | 4/2/2014 | FW: IS Program | Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000144 | Brader, Valerie | Gadola, Michael (GOV) ; Schneider, Matthew (AG) ; Peter H. Elsworth ; Kester K. So ; Dawn R. Copley ; Allison R. Bach | Steven G. Howell | Brader, Valerie (GOV) | 4/2/2014 | FW: States Statement of Conditions | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000145 | Brader, Valerie | | | | | Conditions to Contribution by SOM | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000146 | Brader, Valerie | Brader, Valerie (GOV) ; Gadola, Michael (GOV) ; Schneider, Matthew (AG) | Steven G. Howell | | 4/5/2014 | Foundations | Attorney Client Communication; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000147 | Brader, Valerie | Brader, Valerie (GOV) ; Gadola, Michael (GOV) ; SHowell@dickinson-wright.com | Heather Lennox | | 4/5/2014 | Fw: Conditions to State Contribution | Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000148 | Brader, Valerie | Heather Lennox | Steven G. Howell | Brader, Valerie (GOV) ; Gadola, Michael (GOV) | 4/5/2014 | Re: Conditions to State Contribution | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000149 | Brader, Valerie | Brader, Valerie (GOV) ; Gadola, Michael (GOV) | Steven G. Howell | | 4/5/2014 | Issue re Pensions | Attorney Client Communication; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000150 | Brader, Valerie | Steven G. Howell ; Brader, Valerie (GOV) ; gaurav.malhotra@ey.com; Evan Miller ; Mary M Reil | Heather Lennox | | 4/7/2014 | Fw: Retiree Solicitation Game Plan - Plain Language | Common Interest Agreement | Document/email containing communication with attorney |
| PRIV_000151 | Brader, Valerie | | | | | Draft City of Detroit Amended POA: Summary of Pension Treatment and OPEB | Attorney Client Communication; Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000152 | Brader, Valerie | Brader, Valerie (GOV) | West, Samantha (GOV) | | 4/7/2014 | RE: Issue re Pensions | Attorney Client Communication; Deliberative process; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation; Email containing pre-decisional deliberations |
| PRIV_000153 | Brader, Valerie | Stoddard, Phil (DTMB) ; 'CDeRose@mersofmich.com'; Brader, Valerie (GOV) | Herbach, Michael (DTMB) | Vanden Bosch, Kerrie (DTMB) ; West, Samantha (GOV) | 4/7/2014 | RE: Confidential: Attorney-Client Privilege | Attorney Client Communication; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000154 | Brader, Valerie | | | | 4/7/2014 | Benefits Comparison | Attorney Work Product; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000155 | Brader, Valerie | Brader, Valerie (GOV) | Schneider, Matthew (AG) | Stoddard, Phil (DTMB) ; CDeRose@mersofmich.com; Vanden Bosch, Kerrie (DTMB) ; West, Samantha (GOV) ; Flancher, Steven (AG) ; Herbach, Michael (DTMB) ; Gadola, Michael (GOV) ; Monticello, Frank (AG) | 4/7/2014 | Re: Confidential: Attorney-Client Privilege | Attorney Client Communication; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000156 | Brader, Valerie | Brader, Valerie (GOV) ; Saxton, Thomas (Treasury) ; Kester K. So | Steven G. Howell | Gadola, Michael (GOV) ; West, Samantha (GOV) | 4/7/2014 | RE: Tomorrow | Attorney Client Communication; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000157 | Brader, Valerie | Steven G. Howell | Gadola, Michael (GOV) | Brader, Valerie (GOV) ; Saxton, Thomas (Treasury); Kester K. So ; West, Samantha (GOV) | 4/7/2014 | Re: Tomorrow | Attorney Client Communication; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |

| Privileged Bates Begin | Custodian | Email To | Email From | Email CC | Date | Subject | Privilege Type | Privilege Descriptions |
|---|---|---|---|---|---|---|---|---|
| PRIV_000158 | Brader, Valerie | Clinton, Kevin (TREASURY) | West, Samantha (GOV) | Doyle, Maureen (Treasury) ; Brader, Valerie (GOV) | 4/8/2014 | RE: Confidential: Attorney-Client Privilege | Attorney Client Communication; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000159 | Brader, Valerie | Bjork, Jeffrey E. ; llarose@chadbourne.com; Dubrow, David L.; David G. Heiman ; Coleman, Timothy R. | Gerald Rosen | Brader, Valerie (GOV) ; Gadola, Michael (GOV) ; EDriker ; Elizabeth_Perris; Victoria_Roberts | 4/8/2014 | Mediators' UTGO settlement statement -- rough draft | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000160 | Brader, Valerie | | | | 4/9/2014 | Statement of Detroit Bankruptcy Mediators | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000161 | Brader, Valerie | Gerald Rosen'; llarose@chadbourne.com; Dubrow, David L ; David G. Heiman ; Coleman, Timothy R. | Bjork, Jeffrey E. | Brader, Valerie (GOV) ; Gadola, Michael (GOV) ; EDriker ; Elizabeth_Perris; Victoria_Roberts | 4/8/2014 | RE: Mediators' UTGO settlement statement -- rough draft | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000162 | Brader, Valerie | Bjork, Jeffrey E. ; 'llarose@chadbourne.com'; 'Dubrow, David L.'; 'David G. Heiman' ; 'Coleman, Timothy R.' | Gerald Rosen | Brader, Valerie (GOV) ; Gadola, Michael (GOV) ; 'EDriker' ; Elizabeth_Perris; Victoria_Roberts | 4/8/2014 | Re: Mediators' UTGO settlement statement -- rough draft | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000163 | Brader, Valerie | Gerald_Rosen; Bjork, Jeffrey E. ; llarose@chadbourne.com; Dubrow, David L ; Coleman, Timothy R. | David G. Heiman | Brader, Valerie (GOV) ; Gadola, Michael (GOV) ; EDriker ; Elizabeth_Perris; Victoria_Roberts | 4/8/2014 | RE: Mediators' UTGO settlement statement -- rough draft | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000164 | Brader, Valerie | David G. Heiman ; Gerald_Rosen; Bjork, Jeffrey E. ; Dubrow, David L. ; Coleman, Timothy R. | Larose, Lawrence | Brader, Valerie (GOV) ; Gadola, Michael (GOV) ; EDriker ; Elizabeth_Perris; Victoria_Roberts | 4/8/2014 | RE: Mediators' UTGO settlement statement -- rough draft | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000165 | Brader, Valerie | Larose, Lawrence | Gerald_Rosen | Brader, Valerie (GOV) ; Coleman, Timothy R. ; Dubrow, David L. ; David G. Heiman ; EDriker ; Elizabeth_Perris; Gadola, Michael (GOV) ; Bjork, Jeffrey E. ; Victoria_Roberts; toriellg@cooley.edu | 4/8/2014 | RE: Mediators' UTGO settlement statement -- rough draft | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000166 | Brader, Valerie | Brader, Valerie (GOV) | Gadola, Michael (GOV) | | 4/8/2014 | Fwd: UTGO settlement announcement | Attorney Client Communication; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000167 | Brader, Valerie | Brader, Valerie (GOV) | Herbach, Michael (DTMB) | Stoddard, Phil (DTMB) | 4/9/2014 | RE: Confidential: Attorney-Client Privilege: Conference Call | Attorney Client Communication; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000168 | Brader, Valerie | Gadola, Michael (GOV) | Brock Swartzle | Brader, Valerie (GOV) ; Travis Weber ; Brian Mills | 4/9/2014 | Re: Detroit | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000169 | Brader, Valerie | Brock Swartzle | Gadola, Michael (GOV) | Brader, Valerie (GOV) ; Travis Weber ; Brian Mills | 4/9/2014 | Re: Detroit | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000170 | Brader, Valerie | Brader, Valerie (GOV) | Monticello, Frank (AG) | Schneider, Matthew (AG) ; Elworth, George (AG) ; Grossi, Christina (AG) ; Booth, Joshua O. (AG) ; Herbach, Michael (DTMB) ; Stoddard, Phil (DTMB) | 4/9/2014 | CONFIDENTIAL ATTORNEY / CLIENT Questions related to 9:30 phone conference | Attorney Client Communication; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000171 | Brader, Valerie | | | | | Questions Related to Detroit GRS Hybrid Trust | Attorney Work Product; Mediation | Document/email containing attorney work product; Document/email discussing a subject incident to mediation |
| PRIV_000172 | Brader, Valerie | | | | | Questions related to Detroit GRS Hybrid Plan | Attorney Work Product; Mediation | Document/email containing attorney work product; Document/email discussing a subject incident to mediation |
| PRIV_000173 | Brader, Valerie | lukasz@paszek.com; Brader, Valerie (GOV) | Gaurav.Malhotra@ey.com | Jonathan.Siegel@ey.com; OrrK@detroitmi.gov; hlennox@jonesday.com; dgheiman@JonesDay.com; emiller@JonesDay.com; Juan.Santambrogio@ey.com | 4/9/2014 | Fw: Estimated Retiree Stabilization Payments (including 20-year projections) | Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |

| Privileged Bates Begin | Custodian | Email To | Email From | Email CC | Date | Subject | Privilege Type | Privilege Descriptions |
|---|---|---|---|---|---|---|---|---|
| PRIV_000174 | Brader, Valerie | | | | 4/9/2014 | Detroit Retirees Stabilization Plan | Common Interest Agreement; Mediation | Document/email containing attorney work product; Document/email discussing a subject incident to mediation |
| PRIV_000175 | Brader, Valerie | Brader, Valerie (GOV) | Lukasz Paszek | | 4/9/2014 | FW: Estimated Retiree Stabilization Payments (including 20-year projections) | Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000176 | Brader, Valerie | Lukasz Paszek | West, Samantha (GOV) | Brader, Valerie (GOV) | 4/10/2014 | RE: Estimated Retiree Stabilization Payments (including 20-year projections) | Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000177 | Brader, Valerie | Brader, Valerie (GOV) | Monticello, Frank (AG) | Schneider, Matthew (AG) ; Elworth, George (AG) ; Grossi, Christina (AG) ; Booth, Joshua O. (AG) ; Herbach, Michael (DTMB) | 4/10/2014 | CONFIDENTIAL Attorney Client Privileged | Attorney Client Communication; Mediation | Document/email containing attorney work product; Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000178 | Brader, Valerie | Schneider, Matthew (AG) ; Flancher, Steven (AG) ; Gadola, Michael (GOV) ; Brader, Valerie (GOV) | Dawn R. Copley | Steven G. Howell ; Peter H. Ellsworth ; Kester K. So ; Allison R. Bach | 4/10/2014 | Suggested revisions to Disclosure Statement and Plan | Attorney Client Communication | Document/email containing communication with attorney |
| PRIV_000179 | Brader, Valerie | | | | | Suggested revisions to Disclosure Statement and Plan | Attorney Work Product | Document/email containing attorney work product |
| PRIV_000180 | Brader, Valerie | Schneider, Matthew (AG) ; Flancher, Steven (AG) ; Gadola, Michael (GOV) ; Brader, Valerie (GOV) | Allison R. Bach | Steven G. Howell ; Peter H. Ellsworth ; Kester K. So ; Dawn R. Copley | 4/10/2014 | Summary of Objections to the Amended Disclosure Statement | Attorney Client Communication | Document/email containing communication with attorney |
| PRIV_000181 | Brader, Valerie | | | | | Summary of Objections to the Amended Disclosure Statement | Attorney Work Product | Document/email containing attorney work product |
| PRIV_000182 | Brader, Valerie | Gaurav.Malhotra@ey.com | Jonathan.Siegel@ey.com | Brader, Valerie (GOV) ; dgheiman@JonesDay.com; emiller@JonesDay.com; hlennox@jonesday.com; Juan.Santambrogio@ey.com; lukasz@paszek.com; OrrK@detroitmi.gov | 4/11/2014 | Re: Fw: Estimated Retiree Stabilization Payments (including 20-year projections) | Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000183 | Brader, Valerie | Brader, Valerie (GOV) | Steven G. Howell | Dawn R. Copley ; Allison R. Bach ; Kester K. So | 4/11/2014 | RE: IS Program | Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000184 | Brader, Valerie | Brader, Valerie (GOV) ; Priest, Chris (GOV) | Lukasz Paszek | | 4/11/2014 | RE: Fw: Estimated Retiree Stabilization Payments (including 20-year projections) | Attorney Client Communication; Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000185 | Brader, Valerie | Lukasz Paszek | Priest, Chris (GOV) | Brader, Valerie (GOV) | 4/11/2014 | Re: Estimated Retiree Stabilization Payments (including 20-year projections) | Attorney Client Communication; Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000186 | Brader, Valerie | Brader, Valerie (GOV) | Priest, Chris (GOV) | Lukasz Paszek | 4/11/2014 | Re: Estimated Retiree Stabilization Payments (including 20-year projections) | Attorney Client Communication; Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000187 | Brader, Valerie | Brader, Valerie (GOV) | Priest, Chris (GOV) | Lukasz Paszek | 4/11/2014 | Re: Estimated Retiree Stabilization Payments (including 20-year projections) | Attorney Client Communication; Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000188 | Brader, Valerie | Priest, Chris (GOV) | Lukasz Paszek | Brader, Valerie (GOV) | 4/11/2014 | Re: Estimated Retiree Stabilization Payments (including 20-year projections) | Attorney Client Communication; Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000189 | Brader, Valerie | Priest, Chris (GOV) | Lukasz Paszek | Brader, Valerie (GOV) | 4/11/2014 | Re: Estimated Retiree Stabilization Payments (including 20-year projections) | Attorney Client Communication; Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |

| Privileged Bates Begin | Custodian | Email To | Email From | Email CC | Date | Subject | Privilege Type | Privilege Descriptions |
|---|---|---|---|---|---|---|---|---|
| PRIV_000190 | Brader, Valerie | Lukasz Paszek | Priest, Chris (GOV) | Brader, Valerie (GOV) | 4/11/2014 | Re: Estimated Retiree Stabilization Payments (including 20-year projections) | Attorney Client Communication; Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000191 | Brader, Valerie | Amanda VanDusen ; Brader, Valerie (GOV) | Heather Lennox | Evan Miller ; Kenneth J. Sachs ; Mary M Reil ; Sarah Griffin | 4/11/2014 | Re: Draft Pension Trust Legislation | Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000192 | Brader, Valerie | Heather Lennox | Van Dusen, Amanda | Brader, Valerie (GOV) ; Evan Miller ; Mary M Reil ; Sachs, Kenneth J. ; Sarah Griffin | 4/11/2014 | RE: Draft Pension Trust Legislation | Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000193 | Brader, Valerie | Van Dusen, Amanda ; Heather Lennox | Sarah Griffin | Brader, Valerie (GOV) ; Evan Miller ; Mary M Reil ; Sachs, Kenneth J. | 4/11/2014 | RE: Draft Pension Trust Legislation | Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000194 | Brader, Valerie | Sarah Griffin | Mary M Reil | Brader, Valerie (GOV) ; Evan Miller ; Heather Lennox ; Sachs, Kenneth J. ; Van Dusen, Amanda | 4/11/2014 | RE: Draft Pension Trust Legislation | Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000195 | Brader, Valerie | Dawn R. Copley | Flancher, Steven (AG) | Schneider, Matthew (AG) ; Steven G. Howell ; Gadola, Michael (GOV) ; Brader, Valerie (GOV) ; Peter H. Ellsworth ; Kester K. So | 4/11/2014 | FW: Suggested revisions to Disclosure Statement and Plan | Attorney Client Communication; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000196 | Brader, Valerie | Brader, Valerie (GOV) | Schneider, Matthew (AG) | Gadola, Michael (GOV) ; Steven G. Howell ; Flancher, Steven (AG) | 4/11/2014 | Re: Draft Pension Trust Legislation | Attorney Client Communication; Attorney Work Product; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000197 | Brader, Valerie | Flancher, Steven (AG) | Dawn R. Copley | Schneider, Matthew (AG) ; Steven G. Howell ; Gadola, Michael (GOV) ; Brader, Valerie (GOV) ; Peter H. Ellsworth ; Kester K. So | 4/11/2014 | RE: Suggested revisions to Disclosure Statement and Plan | Attorney Client Communication | Document/email containing communication with attorney |
| PRIV_000198 | Brader, Valerie | Steven G. Howell ; Brader, Valerie (GOV) | Heather Lennox | | 4/12/2014 | Please do not share this | Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000199 | Brader, Valerie | | | | 4/11/2014 | Jones Day 2nd Draft Amended Plan for Adjustment | Common Interest Agreement; Attorney Work Product; Mediation | Document/email containing attorney work product; Document/email discussing a subject incident to mediation |
| PRIV_000200 | Brader, Valerie | Gadola, Michael (GOV) ; Brader, Valerie (GOV) ; Schneider, Matthew (AG) ; Flancher, Steven (AG) | Steven G. Howell | Kester K. So ; Peter H. Ellsworth ; Dawn R. Copley ; Allison R. Bach | 4/13/2014 | State Contribution Agreement | Attorney Client Communication; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000201 | Brader, Valerie | | | | 4/13/2014 | Draft of suggested changes to plan provisions related to the state contribution agreement | Common Interest Agreement; Attorney Work Product; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000202 | Brader, Valerie | | | | 4/13/2014 | Draft of Contribution Agreement | Common Interest Agreement; Attorney Work Product; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000203 | Brader, Valerie | | | | 4/13/2014 | Draft of City of Detroit settlement term sheet for retired Detroit police and firefighters associatio | Attorney Work Product; Mediation | Document/email containing attorney work product |
| PRIV_000204 | Brader, Valerie | Brader, Valerie (GOV) ; lukasz@paszek.com | Juan.Santambrogio@ey.com | dgheiman@JonesDay.com; emiller@JonesDay.com; hlennox@jonesday.com; Jonathan.Siegel@ey.com; OrrK@detroitmi.gov; Gaurav.Malhotra@ey.com | 4/14/2014 | Re: FW: Estimated Retiree Stabilization Payments (including 20-year projections) | | Document/email discussing a subject incident to mediation |
| PRIV_000205 | Brader, Valerie | | | | 4/14/2014 | 2014 estimates of income stabilization payments/Detroit pension recipients | Common Interest Agreement; Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000206 | Brader, Valerie | Steven G. Howell ; Gadola, Michael (GOV) ; Brader, Valerie (GOV) ; Schneider, Matthew (AG) ; Flancher, Steven (AG) | Allison R. Bach | Kester K. So ; Peter H. Ellsworth ; Dawn R. Copley | 4/14/2014 | RE: State Contribution Agreement | Attorney Client Communication; Attorney Work Product | Document/email containing communication with attorney |
| PRIV_000207 | Brader, Valerie | | | | 4/13/2014 | Draft of Contribution Agreement | Attorney Work Product; Mediation | Document/email containing attorney work product |

| Privileged Bates Begin | Custodian | Email To | Email From | Email CC | Date | Subject | Privilege Type | Privilege Descriptions |
|---|---|---|---|---|---|---|---|---|
| PRIV_000208 | Brader, Valerie | | | | 4/13/2014 | Draft of Contribution Agreement | Attorney Work Product; Mediation | Document/email containing attorney work product |
| PRIV_000209 | Brader, Valerie | orrk@detroitmi.gov; nowlingb@detroitmi.gov; Tedder, Greg (GOV) ; Brader, Valerie (GOV) ; SHowell@dickinson-wright.com | Heather Lennox | Jennifer L Seidman ; Thomas A Wilson | 4/15/2014 | CONFIDENTIAL | Common Interest Agreement; Attorney Work Product | |
| PRIV_000210 | Brader, Valerie | | | | 4/15/2014 | Attachment/Second Amended Pan for the adjustment of debts of the city of Detroit – summary of material changes | Common Interest Agreement | Document/email containing attorney work product |
| PRIV_000211 | Brader, Valerie | Brader, Valerie (GOV) ; Priest, Chris (GOV) | Lukasz Paszek | | 4/15/2014 | FW: Fw: Estimated Retiree Stabilization Payments (including 20-year projections) | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000212 | Brader, Valerie | Brader, Valerie (GOV) | Priest, Chris (GOV) | Lukasz Paszek | 4/15/2014 | Re: Estimated Retiree Stabilization Payments (including 20-year projections) | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000213 | Brader, Valerie | Brader, Valerie (GOV) ; Priest, Chris (GOV) | Lukasz Paszek | | 4/15/2014 | RE: Fw: Estimated Retiree Stabilization Payments (including 20-year projections) | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000214 | Brader, Valerie | Brader, Valerie (GOV) ; Steven G. Howell ; Kester K. So; Schneider, Matthew (AG) ; Flancher, Steven (AG) ; 'PEllsworth@dickinson-wright.com' Dawn R. Copley ; Allison R. Bach (ABach@dickinson-wright.com) | Gadola, Michael (GOV) | | 4/15/2014 | RE: State Contribution Agreement | Attorney Client Communication; Common Interest Agreement; Attorney Work Product; Mediation | Document/email containing attorney work product; Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000215 | Brader, Valerie | Lukasz Paszek | Priest, Chris (GOV) | Brader, Valerie (GOV) | 4/15/2014 | Re: Estimated Retiree Stabilization Payments (including 20-year projections) | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000216 | Brader, Valerie | Steven G. Howell ; Brader, Valerie (GOV) ; Kester K. So ; Schneider, Matthew (AG) ; Flancher, Steven (AG) ; Peter H. Ellsworth ; Dawn R. Copley ; Allison R. Bach | Gadola, Michael (GOV) | | 4/15/2014 | RE: State Contribution Agreement | Attorney Client Communication; Mediation | Document/email containing communication with attorney |
| PRIV_000217 | Brader, Valerie | Brader, Valerie (GOV) | Juan.Santambrogio@ey.com | dgheiman@JonesDay.com; emiller@JonesDay.com; Gaurav.Malhotra@ey.com; hlennox@jonesday.com; Jonathan.Siegel@ey.com; lukasz@paszek.com; Orrk@detroitmi.gov; Priest, Chris (GOV) | 4/15/2014 | RE: Fw: Estimated Retiree Stabilization Payments (including 20-year projections) | Common Interest Agreement; Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000218 | Brader, Valerie | Heather Lennox ; Thomas A Wilson | Steven G. Howell | Gadola, Michael (GOV) ; Brader, Valerie (GOV) ; Schneider, Matthew (AG) ; Flancher, Steven (AG) ; Peter H. Ellsworth ; Kester K. So ; Dawn R. Copley ; Allison R. Bach | 4/15/2014 | State Contribution Agreement | Attorney Client Communication | |
| PRIV_000219 | Brader, Valerie | | | | 4/13/2014 | Draft of Contribution Agreement | Attorney Work Product; Mediation | Document/email containing attorney work product |
| PRIV_000220 | Brader, Valerie | | | | 4.15.2014 | Notes on State Contribution Agreement | Attorney Work Product; Mediation | Document/email containing attorney work product |
| PRIV_000221 | Brader, Valerie | Brader, Valerie (GOV) | Lukasz Paszek | | 4/15/2014 | RE: Estimated Retiree Stabilization Payments (including 20-year projections) | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000222 | Brader, Valerie | Brader, Valerie (GOV) | Lukasz Paszek | | 4/15/2014 | RE: Estimated Retiree Stabilization Payments (including 20-year projections) | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000223 | Brader, Valerie | Heather Lennox' | Steven G. Howell | Brader, Valerie (GOV) | 4/15/2014 | RE: State Contribution Agreement | Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000224 | Brader, Valerie | Brader, Valerie (GOV) | Lukasz Paszek | | 4/15/2014 | RE: State Contribution Agreement | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000225 | Brader, Valerie | Brader, Valerie (GOV) | Lukasz Paszek | | 4/15/2014 | RE: State Contribution Agreement | Mediation | Document/email discussing a subject incident to mediation |

| Privileged Bates Begin | Custodian | Email To | Email From | Email CC | Date | Subject | Privilege Type | Privilege Descriptions |
|---|---|---|---|---|---|---|---|---|
| PRIV_000226 | Brader, Valerie | Brader, Valerie (GOV) | Lukasz Paszek | | 4/15/2014 | RE: State Contribution Agreement | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000227 | Brader, Valerie | Durlee, Sally (GOV) | Tedder, Greg (GOV) | Brader, Valerie (GOV) | 4/15/2014 | FW: Legislative letter | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000228 | Brader, Valerie | Mary M Reil | Steven G. Howell | Brader, Valerie (GOV) | 4/15/2014 | Re: Contribution Agreement | Attorney Client Communication; Common Interest Agreement; Attorney Work Product; Mediation | Document/email containing communication with attorney |
| PRIV_000229 | Brader, Valerie | Steven G. Howell | Mary M Reil | Brader, Valerie (GOV) | 4/15/2014 | Re: Contribution Agreement | Attorney Client Communication; Common Interest Agreement; Attorney Work Product; Mediation | Document/email containing communication with attorney |
| PRIV_000230 | Brader, Valerie | | | | 4/16/2014 | Notes on Major additions/changes to City of Detroit plan of adjustment | Attorney Work Product; Mediation | Document/email containing attorney work product |
| PRIV_000231 | Brader, Valerie | Brader, Valerie (GOV) | Steven G. Howell | Allison R. Bach | 4/16/2014 | FW: Call re: State Contribution Agreement - Dial-in Information | Attorney Client Communication; Common Interest Agreement; Attorney Work Product; Mediation | Document/email containing attorney work product |
| PRIV_000232 | Brader, Valerie | Steven G. Howell | Allison R. Bach | Brader, Valerie (GOV) | 4/16/2014 | Re: Call re: State Contribution Agreement - Dial-in Information | Attorney Client Communication; Common Interest Agreement; Attorney Work Product; Mediation | Document/email containing attorney work product |
| PRIV_000233 | Brader, Valerie | Brader, Valerie (GOV) ; Heather Lennox | Steven G. Howell | Mary M Reil ; David G. Heiman ; Gaurav Malhotra ; Jennifer L. Seidman ; Juan Santambrogio | 4/16/2014 | RE: Call re: State Contribution Agreement - Dial-in Information | Attorney Client Communication; Common Interest Agreement; Attorney Work Product; Mediation | Document/email containing attorney work product |
| PRIV_000234 | Brader, Valerie | Steven G. Howell ; Brader, Valerie (GOV) | Gordon, Robert D. | David G. Heiman ; Evan Miller ; Heather Lennox ; Michael J. VanOverbeke ; Turner, Joseph E., Jr. ; King, Ronald A. | 4/16/2014 | Detroit: RSCD governance | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000235 | Brader, Valerie | | | | 4/16/2014 | Material prepared for mediation | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000236 | Brader, Valerie | | | | 4/16/2014 | Material prepared for mediation | Mediation | |
| PRIV_000237 | Brader, Valerie | | | | 4/16/2014 | Communication from Kevyn Orr to Mike Duggan regarding revised language pertaining to privatization of City services | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000238 | Brader, Valerie | Gadola, Michael (GOV) ; Brader, Valerie (GOV) | Brock Swartzle | Brian Mills ; Scott Starr; Travis Weber | 4/16/2014 | Detroit | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000239 | Brader, Valerie | Wurfel, Sara (GOV) | Jennifer L. Seidman | Brader, Valerie (GOV) ; Tedder, Greg (GOV) ; Heather Lennox ; Thomas A Wilson | 4/16/2014 | Fw: Detroit - Filed Versions | Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000240 | Brader, Valerie | Brock Swartzle ; Brader, Valerie (GOV) | Gadola, Michael (GOV) | Brian Mills ; Scott Starr; Travis Weber ; West, Samantha (GOV) ; Tedder, Greg (GOV) ; Kester K. So ; Steven G. Howell | 4/16/2014 | RE: Detroit | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000241 | Brader, Valerie | Mike Duggan | Kevyn Orr | Stacy Fox ; dgheiman@jonesday.com; emiller@jonesday.com; hlennox@jonesday.com; Brader, Valerie (GOV) | 4/16/2014 | Fwd: Detroit - AFSCME Tentative Agreement (revised Privatization Language) | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000242 | Brader, Valerie | | | | 4/16/2014 | Communication from Kevyn Orr to Mike Duggan regarding revised language pertaining to privatization of City services | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000243 | Brader, Valerie | Brader, Valerie (GOV) | Steven G. Howell | Gadola, Michael (GOV) ; Deborah L. Grace ; Kester K. So ; Peter H. Ellsworth ; Dawn R. Copley ; Allison R. Bach | 4/16/2014 | Revised Draft of the Investment Committee Governance Term Sheet | Attorney Client Communication; Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000244 | Brader, Valerie | Brader, Valerie (GOV) ; Schneider, Matthew (AG) ; Gadola, Michael (GOV) ; Flancher, Steven (AG) | Allison R. Bach | Gustafson, Holly (AG) ; Steven G. Howell ; Dawn R. Copley ; Kester K. So ; Peter H. Ellsworth | 4/16/2014 | Second Amended Plan and Disclosure Statement | Common Interest Agreement; Mediation | Document/email containing communication with attorney; Document/email discussing a subject incident to mediation |
| PRIV_000245 | Brader, Valerie | Gadola, Michael (GOV) | Brock Swartzle | Brader, Valerie (GOV) ; Brian Mills ; Scott Starr; Travis Weber ; West, Samantha (GOV) ; Tedder, Greg (GOV) ; Kester K. So; Steven G. Howell | 4/16/2014 | Re: Detroit | Mediation | Document/email discussing a subject incident to mediation |

| Privileged Bates Begin | Custodian | Email To | Email From | Email CC | Date | Subject | Privilege Type | Privilege Descriptions |
|---|---|---|---|---|---|---|---|---|
| PRIV_000246 | Brader, Valerie | Kester K. So ; Steven G. Howell ; Brader, Valerie (GOV) ; Tedder, Greg (GOV) | Gadola, Michael (GOV) | Ackerman, Darin (GOV) ; Durfee, Sally (GOV) | 4/17/2014 | FW: Settlement Appropriations | Attorney Client Communication; Mediation | Document/email containing communication with attorney |
| PRIV_000247 | Brader, Valerie | Kester K. So ; Steven G. Howell | Gadola, Michael (GOV) | Brader, Valerie (GOV) ; Tedder, Greg (GOV) ; Durfee, Sally (GOV) ; Ackerman, Darin (GOV) | 4/17/2014 | FW: Detroit | Mediation | |
| PRIV_000248 | Brader, Valerie | Brader, Valerie (GOV) | West, Samantha (GOV) | Gadola, Michael (GOV) | 4/17/2014 | FW: FINAL Revised Draft of the Investment Committee Governance Term Sheet | Attorney Client Communication; Mediation | |
| PRIV_000249 | Brader, Valerie | | | | 4/16/2014 | Draft of City of Detroit settlement term sheet for retired Detroit police and firefighters association | Attorney Work Product; Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000250 | Brader, Valerie | | | | 4/17/2014 | Draft of City of Detroit settlement term sheet for retired Detroit police and firefighters association | Attorney Work Product; Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000251 | Brader, Valerie | Baird, Richard (GOV) ; Tedder, Greg (GOV) | Gadola, Michael (GOV) | Brader, Valerie (GOV) | 4/18/2014 | Notice of mediation session – Subject to Mediation Confidentiality and Privilege | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000252 | Brader, Valerie | Gadola, Michael (GOV) ; Brader, Valerie (GOV) | Steven G. Howell | | 4/18/2014 | Fwd: Notice of mediation session – Subject to Mediation Confidentiality and Privilege | Attorney Client Communication; Mediation | Document/email containing communication with attorney |
| PRIV_000253 | Brader, Valerie | Brader, Valerie (GOV) | Gadola, Michael (GOV) | | 4/18/2014 | FW: *Confidential: Fw: Privileged and Confidential Attorney-Client Communication (Outsourcing) | Attorney Client Communication; Common Interest Agreement; Attorney Work Product; Mediation | Document/email containing attorney work product |
| PRIV_000254 | Brader, Valerie | | | | 4/18/2014 | City of Detroit GRS Coalition template agreement | Attorney Client Communication; Common Interest Agreement; Attorney Work Product; Mediation | Document/email containing attorney work product |
| PRIV_000255 | Brader, Valerie | Clinton, Kevin (TREASURY) ; Stibitz, Brom (Treasury) >; Saxton, Thomas (Treasury) ; Tedder, Greg (GOV) ; orrk@detriotmi.gov; mayss@detroitmi.gov; Bill Nowling ; Gelisse, Ashley (TREASURY) ; Brader, Valerie (GOV) ; stacy Fox | Jeffrey B Ellman | Charles M.Moore ; gaurav.malhotra@ey.com; ken.buckfire@millerbuckfire.com; David G. Heiman ; Corinne Ball ; Heather Lennox ; Bruce Bennett | 4/20/2014 | City of Detroit Restructuring – Weekly E-Mail Update | Attorney Client Communication; Common Interest Agreement; Attorney Work Product | Document/email containing attorney work product |
| PRIV_000256 | Brader, Valerie | Priest, Chris (GOV) ; Brader, Valerie (GOV) | Tedder, Greg (GOV) | | 2/12/2014 | FW: [NEWS RELEASE] IMPORTANT NOTICE TO ALL CITY RETIREES: Feb. 15 is Deadline to Sign Up Health Coverage for Non-Medicare Eligible Retiree | Attorney Client Communication | Document/email containing communication with attorney |
| PRIV_000257 | Brader, Valerie | Brader, Valerie (GOV) ; Priest, Chris (GOV) | Tedder, Greg (GOV) | | 2/12/2014 | RE: [NEWS RELEASE] IMPORTANT NOTICE TO ALL CITY RETIREES: Feb. 15 is Deadline to Sign Up Health Coverage for Non-Medicare Eligible Retiree | Attorney Client Communication | Document/email containing communication with attorney |
| PRIV_000258 | Brader, Valerie | Tedder, Greg (GOV) ; Brader, Valerie (GOV) | Ackerman, Darin (GOV) | | 2/7/2014 | FW: Detroit | Mediation | Document/email discussing a subject incident to mediation |
| PRIV_000259 | Brader, Valerie | Steven G. Howell ; Gadola, Michael (GOV) ; Brader, Valerie (GOV) | Gordon, Robert D. | Bradley A. Robins ; Eric Mendelsohn ; Michael J. VanOverbeke ; Turner, Joseph E., Jr. ; King, Ronald A. | 2/11/2014 | Detroit: Retirement Systems' POA issue analysis | Attorney Client Communication; Attorney Work Product; Mediation | Document/email containing attorney work product; Document/email discussing a subject incident to mediation |
| PRIV_000260 | Brader, Valerie | | | | 1/21/2014 | Plan of adjustment consideration on behalf of the retirement systems of the city of Detroit | Attorney Client Communication; Attorney Work Product; Deliberative process; Mediation | Document/email containing communication with attorney |
| PRIV_000261 | Brader, Valerie | Gadola, Michael (GOV) ; Brader, Valerie (GOV) ; Schneider, Matthew (AG) ; Flancher, Steven (AG) | Steven G. Howell | | 2/13/2014 | FW: Materials For Governor's Team - confidential settlement information Rule 408 | Attorney Client Communication; Attorney Work Product; Mediation | Document/email containing communication with attorney |
| PRIV_000262 | Brader, Valerie | | | | 2/13/2014 | Lazard Presentation Materials | Mediation | Document/email discussing a subject incident to mediation |