UNITED STATES BANKRUPTCY COURT
EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

In re: Constance M. Phillips
Docket No. 2980
City of Detroit, Michigan,
Rhodes

Chapter 9
Case No. 13-53846
Honorable Steven W.

### Notice of Hearing to Individuals Who Filed Plan Objections
### Option B Participant

For the record, thank you for another opportunity to share my objections and thoughts regarding the City of Detroit's Plan of Adjustment as related to the 2013-2014 Bankruptcy Proceedings.

I.  **PERSONAL HISTORY**– My name is Constance Mary Phillips. I am a fairly recent City of Detroit Retiree. I concluded employment with the City of Detroit's Department of Human Services in February of 2012. At the time, I was employed as a General Manager. I chose to select one of the particular Retirement Options offered by the then Mayor Dave Bing to "older workers". I retired signing all appropriate and required documents with the Pension Board noting that I would have a pension, medical coverage including dental and vision services, as well as a death benefit allowance. I planned my retirement based on both the estimated and actual figures made available to me at that time. * Note: Throughout my career with the City of Detroit as an administrator, since 1991 I continually received updates about the Pension Plan and the estimated income I would receive at the time of retirement.

I have chosen to formally object to this entire process based upon both a family and educational history afforded to me.

1

BANKRUPTCY PRESENTATION - FEDERAL COURT HEARING 7/15/2014
GIVEN BY: CONSTANCE M. PHILLIPS -DOCKET NO. 2980
ANNUAL SALARY $1,806.21/MONTH X 12 MONTHYS = $21,674.52 - RETIRED MGR. - DETROIT.

| JULY, 2014 PENSION w/o BANKRUPTCY DEDUCTIONS 21,674.52 | | w/ 4.5% BANKRUPTCY DEDUCTION | w/ 27% BANKRUPTCY DEDUCTION |
|---|---|---|---|
| GROSS | 1,806.21 | OLD GROSS 1,806.21 | OLD GROSS 1,806.21 |
| DEDUCTIONS | 0 | 4.5% OF GROSS -81.28 | 27% OF GROSS -487.68 |
| | 0 | NEW GROSS 1,724.93 | NEW GROSS 1,318.53 |
| Federal Tax & | -281.69 * | -269.01 | -205.56 |
| State Tax | 0 | 0 | 0 |
| Dental (BCBS) | -26.71 | -26.71 | -26.71 |
| Death Benefit | -0.09 | -0.09 | -0.09 |
| NET: | 1,497.72 | 1,429.12 | 1,086.17 |
| Annuity | -58 | -58 | -58 |
| Medical Ins. | -616.3 ** | -616.3 ** | -616.3 |
| Adjusted Net. | 823.42 | 754.82 | 411.87 |
| Annual Adjusted Income | $9,881.04 | $9,057.84 | $4,942.44 |

* - Federal & State Taxes =15.5956% of Income

** - Medical Insurance - Self Insurer as Retiree is not 65 Years Old to Qualify for Medicare
$616.30 x 12 = $7, 395.60 Annual Cost for Premiums

*** If the $125.00 Monthly Medical Stipend Continues: $491.30 x 12 =$5,895.60.

Over 50 years ago, as a child I was taken to Civil Rights meetings and marches without really knowing why to learn about the importance of "Civil Rights" and how to fight for them. In this last year, I have chosen to come to Federal Bankruptcy Court to learn about the process gathering my own information. I chose to submit several written objections to this process denoting that time limits will not coincide with longevity rates of participating Retirees and financial limits will place persons in poverty who previously did not live at poverty levels. Moving forward we are at this juncture, when " ballots were distributed and the votes have been submitted to KCC —

Kurtzman, Carson and Consultants, located in El Segundo, California. Supposedly, we are now to wait for "the vote" to be tallied and reported so that we may soon have with the worse case scenario an immediate 27% reduction in our pensions.

II.   <u>FACTS AND FIGURES</u> - (excel file computations) – Computations were devised noting the devastating burdens which are now upon an average Retiree who could or actually does receive an annual pension of $21,674.52 at this point. What does the financial picture look like if one incurs a 4.5% reduction in a pension? <u>Also</u> What does the financial picture look like if one incurs a 27% reduction in a pension? People always look for and understand facts and figures, dollars and cents. Emotions are often considered irrelevant!

<u>A sample depiction of a Retired Manager's Salary as it receives a 4.5% or a 27% deduction however the "ballot vote" may decide is noted.</u>

<u>( Insert the one page chart at this juncture. )</u>

<u>( Insert the large print pages from LKR with the corrections as deemed appropriate at this juncture. )</u>

2

13-53846-tjt    Doc 6110    Filed 07/15/14    Entered 07/17/14 16:14:22    Page 4 of 34

# BANKRUPTCY FINANCIALS – LONG NARRATIVE FORM

## THE EFFECTS OF THE PROPOSED CHANGES ON THE PENSION OF A RETIRED CITY WORKER – SAMPLE/EXAMPLE

### THE PENSION IN JULY 2014 – No Deductions

A person who has worked for the City of Detroit 17 – 20 years, in management positions, making an income that averaged $65,000 to $70,000 at full salary rate. Retirement occurred before age 65 and 30 years of service. Thus, a reduced pension can exist.

**Gross:**       **$1806.21**

Deductions:
Taxes:
  Fed.     $204.93       Tax percentage Federal + State = 15.5956%
  State:    $76.76:
BCBS
(Dental):   $26.71
Death
Benefits:   $0.09

**Net:**    **$1497.72**     **(Budget for Costs for the Month)**

Annuity
Payback:   **$58.00 (monthly -  undeterrmined period of time)- starting now**

**Medical
Insurance: $616.30 (out of pocket) – ( Self- Insurance w/HAP) -1 person**

Adjusted
Net:     **$823.42 monthly**

**Annual
Adjusted
Income:**    **$9881.04**

4

## THE PENSION IF RETIREES VOTE "YES" ON FOUNDATION MONIES
## ALL BALLOT RECIPIENTS VOTE YES

The percentage of foundation monies to be allocated to the pension fund is unspecified.

The length of time the foundation monies would be used to augment the pensions is unspecified.

The amount of the pension gross will be reduced by 4.5%

**Old**
**Gross:**         **$1806.21**


4.5% of
Gross:          -$81.28

Gross –
4.5%:           $1724.93


**New**
**Gross:**         **$1724.93**

Deductions:
Taxes
  Fed. + St.:  $269.01 (which is 15.5956%)
BCBS
(Dental):      $26.71
Death
Benefits:       0.09

**Net:**         **$1429.12 ( Budget for the Month)**

Annuity

5

Payback:          - $58.00

**Medical
Insurance:**          - $616.30 (out of pocket) ( Self- Insurance Continues)

**Adjusted
Net:**          <u>**$754.82**</u> monthly

**Annual
Adjusted
Income:**          <u>**$9057.84**</u>

6

## THE PENSION IF RETIREES VOTE "NO" ON FOUNDATION MONIES AS WELL AS OTHER BALLOT RECIPIENTS

The amount of the pension gross will be reduced by **27%.**

Old
Gross:              $1801.21

27% of
Gross:                   -487.68

Gross –
27%:                $1318.53

New
Gross:              $1318.53

Deductions:
Taxes       $1314.88
  Fed. + St.:   205.56 (which is 15.5956%)
BCBS
(Dental):        26.71
Death
Benefits:          0.09

**Net:        $1086.17**

Annuity
Payback:       -$58

**Medical
Insurance:   -$616.30 ( Medical Self-Insurance Continues w/ HAP)**

**Adjusted
Net:        $408.72 monthly**

**Annual      $4,942.44 ( Annual Adjusted Income)**

A quick review of the figures that a Retired Worker may soon work with for a minimum of nine to ten years is a perfect lead to my concerns about the millions which have been paid and must still be paid to a plethora of legal and consulting firms. The list reviewed does not include the rates paid to the team members, Consultants recruited and currently working with Mr. Kevyn Orr, Detroit's Emergency Manager. It was noted in the papers, the Detroit News and the Free Press as well as through the electronic media that his team were recently awarded a 5% increase in salaries across the board. Those of us who were former City workers/employees did not automatically receive raises during budgetary downturns when persons had not been on staff for several months to a year in tenure. Others working in the City structure who used to have Civil Service status will also get a 5% increase. This increase comes after workers have had Furlough Days ( 10% salary cuts ) for about four years and are now experiencing increases in their respective health care costs. In my opinion, their 5% increase is with merit.

It is noted that the Retirees were not offered an opportunity to have an increase in Pension Payments; let alone receive a 5% increase. For about a year there has been an inordinate focus of the Bankruptcy on the Backs of Retirees. We as a group are constantly being told, "We are oh so expensive to maintain, etc. etc. etc."

## BUT, BUT, BUT, BUT

The City of Detroit has had astronomical expenses and fees, most of which have already been paid. The media reported that over $75 Million had been spent. <u>The total equals $79,973, 537.31 charged with $63, 665, 187.04</u> paid to date. Did Detroit get the best service for the money spent?

### BANKRUPTCY EXPENSES AND FEES

- Who appointed these firms?
- What are these firms doing to further the bankruptcy proceedings?

8

- Are the total expenses and fees just to date, or are they all inclusive of the work that they feel still must be done?
- What is the end result the City of Detroit can expect from the millions of dollars being charged by these firms?

Segal Consulting
• Total expenses and fees: $2,384,317.58
• Paid to date: $2,051,062.87

Miller, Canfield, Paddock and Stone PLC
• Total expenses and fees related to Detroit's Chapter 9 bankruptcy filing and how much of that has been paid so far:

Jones Day
• Total expenses and fees: $31,341,188.78
• Paid to date: $26,006,669.86

Ernst & Young LLP
• Total expenses and fees: $12,166,901
• Paid to date: $9,494,451

Conway MacKenzie Inc.
• Total expenses and fees: $10,364,365.12
• Paid to date: $7,125,639.60

Dentons
• Total expenses and fees: $8,863,665.57
• Paid to date: $7,748,639.50

Miller Buckfire & Co. LLC
• Total expenses and fees: $5,040,063.06
• Paid to date: $3,427,757.09

9

Total expenses and fees: $2,553,050.71
• Paid to date: $2,059,808.57

Lazard Freres & Co. LLC
• Total expenses and fees: $1,656,118.00
• Paid to date: $931,327.79

Pepper Hamilton LLP
,• Total expenses and fees: $1,563,295.99
• Paid to date: $1,331,083.06

Milliman Inc.
• Total expenses and fees: $1,246,152.61
• Paid to date: $934,588.84

Kurtzman Carson Consultants LLC
• Total expenses and fees: $1,159,243.11
• Paid to date: $758,069.81

Brooks Wilkins Sharkey & Turco PLLC
• Total expenses and fees: $555,788.10
• Paid to date: $475,099.02

Foley & Lardner LLP
• Total expenses and fees: $162,236.00
• Paid to date: $152,619.40

Kilpatrick & Associates PC
• Total expenses and fees: $79,323
• Paid to date: $78,235.22

Ottenwess, Taweel & Schenk PLC
• Total expenses and fees: $25,105.10
• Paid to date: $25,105.10

Dykema Gossett PLLC
• Total expenses and fees: $168,892.97

• Paid to date: $168,892.97

Shaw Fishman Glantz & Towbin LLC
• Gross expenses and fees: $490,342.10
• Paid to date: $416,628.68

Kapila & Co.
• Gross expenses and fees: $153,488.06
• Paid to date: $130,509.88

Barris, Sott, Denn & Driker PLLC
• Paid to date: $348,998.78


**The total gross and fees charged so far is:  $79,973,537.31**

**The total paid to date is:                        $63,665,187.04**


**Information was obtained from the Crain's Business Article written by:**
**   Chad Halcom                                                    and available through**
**both hard copy and electronic resources on                                        .**

**How can the City of Detroit rationalize taking the pensions of the people, who**
**have run the various departments of city government for most of their**
**working career, down below the poverty level, while paying nineteen law**
**firms and associated consulting firms over $75 million to put these severe**
**measures in place?**


**Kindly remember, for all Retired Workers the Federal Poverty Levels as**
**determined by the the U.S. Department of Health and Human Services for**
**2014 are as noted. The new "fiscal directions" for us can now place some of us**
**in the category of " future service recipients".**

11

*Insert federal poverty guidelines here:*
*One Person - $11, 670*
*Two Persons - $15, 750*
*Three Persons - $19,790*
*Four Persons - $23, 850*

III. NEW DIRECTION- JOBS FOR THE RETIREES

The City of Detroit is moving forward. This is absolutely fantastic. There a great many stakeholders who are committed to this community. Now, the City elected leadership needs to develop a cadre of jobs for many Retireess to secure which will allow persons to use electronic media to be of service to the City. Computer technology should be devised to allow for certain Retirees to once again work to overcome some of the drastic cuts which "the Bankrupty" has imposed on their lives. Task forces have been established for several community topics, this is one more. Use all resources available to make viable jobs happen: the Area Agency on Aging Network, the Workforce Development Department, the State Michigan Works, the local community colleges and universities. Persons receiving a pension may need to work without censure of the "now modest" pensions to live. Consider a new work direction for those with interest and ability to use basic computer technology. Other ideas can be generated as well!

IV. <u>OBJECTION OPPORTUNITIES</u> (Dates and Info. Synopses)

A brief chronology of dates and summary statement for each is given with more detail noted further in this section.

| | |
|---|---|
| 7/15/2014 | Invitational Opp. to Attend Hearing w/Objections |
| 7/07/2014 | Statement of Objection to Voting Process w/ Ballot |
| 5/2014 | Invitational Opp. For Telephone Conf. Call w/KCC |
| 4/28/2014 | Objection filed w/ Bankruptcy Clerk, Detroit, MI. |
| 3/2014 | Letter Sent to Det. Attorneys – Miller, Canfield |

12

4/01/2014        Objection filed with Bankruptcy Clerk,Detroit,MI.

2/20/2014        Objection filed w/ Bankruptcy Clerk, Detroit,MI.

On 7/15/2014 - I decided to accept the invitation to present remarks before the Federal Bankruptcy Court, Docket number #2980.

On 7/07/2014 - I submitted a ballot to Kurtzman, Carson and Consultants. I stated that "I worked for an earned viable pension not in my current understanding for projected pittance". The pension was earned not a gift but in actuality a delayed benefit. I included a statement that inquired as to why legal firms were reportedly getting millions of Detroit dollars?! I also wanted to know how were these legal firms and consultation firms selected and getting paid as the City of Detroit is not fiscally solvent and unable to truly, currently "pay bills".

On _____5/2014_____ - I was invited to participate in an invitational telephone conference call with attorneys from the Jones Day legal firm through the Kurtzman, Carson Consulting firm. The comments previously submitted to the court by the small group of eight to ten persons served as our agenda to address our concerns. My main concerns were the time limits of 10-20 years to receive a pension and the potentiality of Retirees becoming poverty-stricken persons. Participants objected to both "the Plan and the Disclosure Statement".

On 4/28/2014 – I filed an Objection to the City's Third Amendment, filed with the court 4/25/2014. I did not retire to receive any projected reductions in my earned Detroit pension. I did not earn an education at both the undergraduate and Master's Degree level to now have a real possibility of living at a federal poverty level. I did not retire with an inclusionary health

13

<u>On 4/1/2014</u> I filed Objections to the Plan in addition to a Claim for benefits which in essence also objected to the Bankruptcy Process. I was adamant that a

-a 34% reduction in the Detroit pension was unacceptable.

-an Education at the Master's Degree level had been obtained and did not warrant a "pittance" payment after work was accomplished.

-a career in administration as well as generating grant dollars for the city over 25 million.

a career in administration as well as generating grant dollars for the city over 25 million.

- to now live at a poverty level is unconconsciouable.

<u>Six out of 40 points are highlighted today.</u>

- Point 15 – I questioned the balloting process, I wondered why tallies needed to occur so far away from Detroit. Now that it has occurred; I suppose that I must prepare for a 27% reduction in my pension. Statisticially speaking it is very rare for a 100% return on surveys, questionnaires, votes, etc.

- Point 60 – I wanted more definitive information about the Detroit VEBA ( Detroit Voluntary Employees Benefit Association) it will address benefits – health for those 65 years old and over, Dental, Vision, and Death. To date, this entity is not crystallized.

- Point 80 – Website access for information. I recommended that paper copies of key documents also be made available to Retirees and other concerned parties. An assumption that "everyone" has internet access is not wise. http:www. Kecllc.net/Detroit is where we all must go to get information. Kurtman, Carson and Consultants is located in El Segundo, California. (Originally, I thought documents received were so sort of advertisement, not a key business item re: "bankruptcy".

- Point 192 – GRS (General Retirement System Restoration Payment. A rate of 80% in 10 years was referenced. No inclusion of the remaining 20% was noted. I obtained City

Employment with a professional classification in 1991; I incurred Days Off Without (DOWOP) Pay in 1992. Restorations of my full salary <u>never occurred</u> when I left City Employment after about 17 years of service. If some restorations occurred, I may have had a higher pension! I doubt if the restorations will take place as the Bankruptcy Process progresses and concludes.

- Restorations of my full salary <u>never occurred</u> when I left City Employment after about 15 years of service. If some restorations occurred, I may have had a higher pension! I doubt if the restorations will take place as the Bankruptcy Process progresses and concludes.
- Point 247 – State GRS Consideration; referenced as relates to an anticipated payment to Detroit by the State. A linkage reference to Federal Poverty levels was once again given. It refers that pension assistance will occur if one is at the poverty level.
- Class 4 HUD Installment Note Claims – Two downtown Detroit hotels owe the City money to repay loans provided to them. In this entire year; I have not seen any information that these three significant loans have not been repaid; even a partial payment made.


- Book Cadillac Note I          $ 7, 486, 218.00
- Book Cadillac Note II.        $10, 938, 812.00
- Fort Shelby Note             <u>$18, 664, 190.00</u>
- TOTAL AMOUNT                 $37, 089, 220.00

On 2/21/2014 I filed a claim with the US Bankruptcy Court for fiscal benefits. Highlights of the submission included:

The court required form B10.

A financial table of monthly deductions as noted on my City of Detroit pension check.

Copies of documentation indicating current self-insurance with the Health Alliance Plan; acceptance for coverage and specific monthly premium amounts.

Copies of all forms completed with the Pension Fund denoting that I was and continue to be eligible for apension .(Application for Service Retirement, Unused Sick Pay Leave Options Form, Optional Contribution Plan ( Annuity Fund), Withholding Statement for Federal and State tax deductions, Hospitaliztion with HAP, Eye Care Coverage with Heritage Optical, Dental Coverage with DenCap, Birth Certificates for myself and a beneficiary, a MetLife Benefit Individual Policy, and City of Detroit Retiree Health Enrollment Forms.

- Book Cadillac Note I       $  7, 486, 218.00
- Book Cadillac Note II.    $10, 938, 812.00
- Fort Shelby Note          $18, 664, 190.00
- TOTAL AMOUNT         $37, 089, 220.00

V.    Foundations – The local foundation community and business community are to be commended for stepping forward to save the DIA and incidently also assisting the Retiree Systems. What skill base do they have to administer a retirement system.? With an additional administrative layer; what cost will this accrue to retirement systems?

VI.    Ending Note _ Job Strategies for Retirees experiencing financial pension losses

What will they be?

Shouldn't they be considered

Have the Retirees be on the Internet Highway for the Best Benefits for the City of Detroit!

Have the City Stakeholders move forward to address a business perspective for former Civil Service Employees.

Persons can not rely on the "Pensions"

Develop a Task Force including all entities that have either worked with an older population or have researched the population.

Area Agency on Aging, local universities -- Wayne State University, University of Michigan, community colleges in the tri-county area, businesses, AARP etc, etc. THE DETROIT POPULATION BASE IS AN OLDER POPULATION.


CRAIN'S DETROIT BUSINESS EXECUTIVE CALENDAR
Access regional event dates, locations and contact details all in one place.

# CRAIN'S DETROIT BUSINESS

Detroit and Southeast Michigan's premier business news and information website

Search crainsdetroit.com | go

| Home | This Week's Issue | News | Crain's Awards | Features | Lists/Resources | Columns | Blogs | Events | Multimedia |

Not logged in to community. LOG IN or REGISTER | **2 articles remaining** | Free E-Mail Signup | Subscriber Service | Contact Us | Advertise | Classifieds

Topics in this article:  Detroit   Government   Bankruptcy   City of Detroit

Originally Published: July 06, 2014 8:00 AM  Modified: July 06, 2014 11:32 PM

## Detroit bankruptcy bills top $75M so far

City now looks to be costliest Ch. 9

By Chad Halcom

  Like {149}


CRAIN'S SALUTE TO ENTREPRENEURS
PRESENTED BY SMALL BUSINESS ASSOCIATION OF MICHIGAN
TITLE SPONSOR FIFTH THIRD BANK
FEATURING
**Stories of David vs. Goliath**
First-hand tales from executives competing against larger rivals
July 24 | 7:30 - 10 a.m.
The Henry, Dearborn
**REGISTER HERE**

Most Read | Most Commented

WXYZ chief meteorologist Dave Rexroth loses eye in fireworks accident

Together Health Network names interim CEO, board members

'Innovation district' an evolving cluster of creative biz

Soccer entrepreneur aims for pro team deal by Aug.

Dan Gilbert reportedly working madly to rebuild bridge he nuked with ex-employee LeBron James


ISTOCK PHOTO

Detroit's municipal bankruptcy, which was already the nation's largest by debt, population affected and number of creditors, now appears to have become its costliest in legal and professional fees after just one year.

With the anniversary of its $18 billion Chapter 9 petition coming on July 18, Detroit has been billed more than $75 million in fees and expenses from 19 professional services firms through late June. It has paid out about $64 million of that so far, according to city records, including more than $38 million paid to law firms.

According to city records, it still owes another $7.6 million in outstanding balances to the same 19 companies for the same period — mainly due to a bankruptcy court order last September to withhold

### Bankruptcy bills, payments

Total expenses and fees related to Detroit's Chapter 9 bankruptcy filing and how much of that has been paid so far:

**Jones Day**
- Total expenses and fees: **$31,341,188.78**
- Paid to date: **$26,006,669.86**

**Ernst & Young LLP**
- Total expenses and fees: **$12,166,901**
- Paid to date: **$9,494,451**

**Conway MacKenzie Inc.**
- Total expenses and fees: **$10,364,365.12**
- Paid to date: **$7,125,639.60**


CRAIN'S HEALTH FACTS 2014
A strategic series on planning for health care reform


CONSUMER ADVICE: PICK THE RIGHT PLAN FOR YOU
FREE WEBINAR

15 percent of most professional fees until after the invoices clear a review by a fee examiner.

Robert Fishman of Chicago-based **Shaw Fishman Glantz & Towbin LLC** submitted the last quarterly fee examiner review to the bankruptcy court in May, detailing just under $36 million in gross fees and expenses claimed through Dec. 31.

The next report, for the quarter ending March 31, is expected later this summer. But the 16 professional firms he tracks in those reports have already submitted more than $40 million in new invoices since then, with the city paying out more than $32 million since Jan. 1.

Raking in the biggest paydays were Cleveland law firm **Jones Day**, the city's lead bankruptcy counsel collecting just over $26 million through late June, followed by audit and professional services firm **Ernst & Young LLP** with just under $9.5 million since the bankruptcy petition. The two companies are still owed at least $1.8 million and $1.3 million respectively, according to city records obtained by *Crain's*.

Close behind were global law firm **Dentons** at $7.7 million and turnaround and crisis management firm **Conway MacKenzie Inc.** at $7.1 million paid since the bankruptcy petition. They are still owed about $1.1 million combined.

"The other (municipal bankruptcies) I'm aware of are not anywhere close to that figure," said Frank Shafroth, director of the Center for State and Local Government Leadership at **George Mason University**.

"I have some hopes for Detroit that they're going to get out. If you spend more than $70 million, the odds are you want to come out of that with a plan that's going to work. But Detroit is like San Bernardino and Stockton (Calif.) in that they all have issues with the pensions, and a state constitution that protects those issues. If that's able to get into the appeals court system, you could have legal costs that go one for years."

Before the Detroit petition, the costliest Chapter 9 bankruptcy was considered to be Jefferson County, Alabama, where professional fees topped $35 million with much of it in legal bills before the county exited bankruptcy in December. Shafroth estimates municipal Vallejo, Calif., has spent more than $13 million in various fees, and Stockton, Calif., around $12 million.

He expects that legal costs are only going to climb for communities like Detroit in the run-up to the confirmation hearing that begins next month and runs through September.

"You're going to get a chunk of new bills then, because you've got a lot of issues still to work out, and adversarial parties like Syncora (**Guarantee Inc.**) and (**Federal Guarantee Insurance Corp.**) that are well-capitalized," he said. "The cash register is about to get really heavy."

**Dentons**
- Total expenses and fees: **$8,863,665.57**
- Paid to date: **$7,748,639.50**

**Miller Buckfire & Co. LLC**
- Total expenses and fees: **$5,040,063.06**
- Paid to date: **$3,427,757.09**

**Segal Consulting**
- Total expenses and fees: **$2,384,317.58**
- Paid to date: **$2,051,062.87**

**Miller, Canfield, Paddock and Stone PLC**
- Total expenses and fees: **$2,553,050.71**
- Paid to date: **$2,059,808.57**

**Lazard Freres & Co. LLC**
- Total expenses and fees: **$1,656,118.00**
- Paid to date: **$931,327.79**

**Pepper Hamilton LLP**
- Total expenses and fees: **$1,563,295.99**
- Paid to date: **$1,331,083.06**

**Milliman Inc.**
- Total expenses and fees: **$1,246,152.61**
- Paid to date: **$934,588.84**

**Kurtzman Carson Consultants LLC**
- Total expenses and fees: **$1,159,243.11**
- Paid to date: **$758,069.81**

**Brooks Wilkins Sharkey & Turco PLLC**
- Total expenses and fees: **$555,788.10**
- Paid to date: **$475,099.02**

**Foley & Lardner LLP**
- Total expenses and fees: **$162,236.00**
- Paid to date: **$152,619.40**

**Kilpatrick & Associates PC**
- Total expenses and fees: **$79,323**
- Paid to date: **$78,235.22**

**Ottenwess, Taweel & Schenk PLC**
- Total expenses and fees: **$25,105.10**
- Paid to date: **$25,105.10**

**Dykema Gossett PLLC**
- Total expenses and fees: **$168,892.97**
- Paid to date: **$168,892.97**

**Shaw Fishman Glantz & Towbin LLC**
- Gross expenses and fees: **$490,342.10**
- Paid to date: **$416,628.68**

**Kapila & Co.**
- Gross expenses and fees: **$153,488.06**
- Paid to date: **$130,509.88**

**Barris, Sott, Denn & Driker PLLC**
- Paid to date: **$348,998.78**

**Related links**

Nonprofit to manage 'grand bargain' pension donations





**FREE NEWSLETTERS** ✉
*Crain's* premier local & outstate business news emailed to you.
SIGN UP TODAY »



ANYTIME,
ANYWHERE
REACH OUR
READERS
with CRAIN'S DETROIT BUSINESS
New Tablet App Sponsorship
CLICK HERE for more information



Does
Your Ad
STAND OUT?
Measure the effectiveness of your ad in the August 11 issue of *Crain's Detroit Business*. Limited availability!
Click to Learn More



THE IMPORTANCE OF
EMPLOYEE ENGAGEMENT
$11 BILLION IS LOST ANNUALLY DUE TO EMPLOYEE TURNOVER
COMPANIES WITH ENGAGED EMPLOYEES OUTPERFORM THOSE WITHOUT BY 1-4 TO 202%
71% OF ALL EMPLOYEES ARE NOT FULLY ENGAGED
Dale Carnegie of Michigan (248) 380-7000



Motown's upgrade hits the streets

**Miller, Canfield, Paddock and Stone PLC,**          <u>Arts, cultural groups fear funding may dwindle</u>
which penned a restructuring legal services contract
with the city days before the bankruptcy petition
last July worth up to $1.2 million, has billed more
than $2.5 million since mid-2013 and received payment for just over $2 million as of late June.

But Michael McGee, CEO of Miller Canfield, said the firm has taken on an evolving role in the bankruptcy case
has progressed since last year.



Van Conway, president and CEO of Conway MacKenzie, noted that his firm is billing at a
25 percent discount from its usual rates, and it has not billed at all for time that he and
Senior Managing Director Donald MacKenzie have put in on restructuring services for
Detroit.

The company has assigned about 10 directors and other employees to operations
restructuring for 27 city departments, representing about 80 percent of the city's
payroll. An amended contract signed with Detroit last summer allows Conway
MacKenzie to bill up to $19.5 million through Sept. 30, and Conway said the firm is
currently on pace to come in under budget.

Van Conway

He also said other top-billing firms have legitimate, even unavoidable, expenses.

"You've got to put Jones Day aside as (a billing total) because you have to consider how much they defend
frivolous lawsuits. How many people are going to contest the way the city proceeds with its case? Maybe 30,
maybe 300. The firm's expenses are going to be driven by claims that are adverse to the city — some of
which are frivolous, but all of which it has to defend," he said.

"The value proposition (in professional fees) really is, how many hundreds of millions in debt service will you
be out from under when we emerge from bankruptcy? When you look at it in those terms, then everyone
would pay that all day long in their business."

Ken Buckfire, president and managing partner of strategic advisory services firm **Miller Buckfire & Co. LLC,**
declined to comment on his firm's invoices to the city, citing a policy against discussing client assignments.

The firm has billed Detroit about $5 million since last July and received about $3.4 million over the same
period, according to the city. An amended services contract signed just before the bankruptcy calls for
Buckfire's firm to receive $2 million if Detroit requests an opinion on a possible sale or lease of the **Detroit
Water and Sewerage Department** to a regional authority, growing to a possible fee of $8 million, or 0.75
percent of the transaction value, if such a deal goes forward.

Jeremy Engdahl-Johnson, director of media relations for **Milliman Inc.,** also declined to comment on its bills
to the city other than to say its contract with Detroit was recently renewed. Milliman has billed the city about
$1.2 million since the bankruptcy petition, according to city and court records, and has received payment for
about $935,000.

*Chad Halcom: (313) 446-6796, chalcom@crain.com. Twitter: @chadhalcom*

Topics in this article: [ Detroit ]  [ Government ]  [ Bankruptcy ]  [ City of Detroit ]

🖨 ✉ f ▢ ⚙  Like ⟨ 149 ⟩

## Related Content:

- Detroit facing 2 pivotal Circuit Court appeals on bankruptcy
- Nonprofit to manage 'grand bargain' pension donations
- Detroit bankruptcy bills top $75M so far
- Detroit's $1.45B pension suit survives
- Lump sum repayments approved in Detroit bankruptcy

- New advisers line up for post-bankruptcy pension plans
- New CIO Beth Niblock starts from scratch to overhaul Detroit's 'fundamentally broken' IT system
- Detroit's largest union ratifies contract deal
- Judge: Syncora can't question AG Schuette on Detroit bankruptcy plan
- Judge to get update on Detroit bankruptcy plan today

0 Comments     Crain's Detroit Business

Sort by Newest                                          Share     Favorite

Start the discussion...

Be the first to comment.

ALSO ON CRAIN'S DETROIT BUSINESS          AROUND THE WEB          WHAT'S THIS?

Renewing solar program would help state

Detroit facing 2 pivotal Circuit Court appeals on bankruptcy

How Detroit gave me a home

38 metro Detroit road projects get special funding from state; ...

Little Known Way to Pay Off Mortgage

The Best Pizza in Every State: 50 Amazing Pies Across America

Homeowners Are In for a Rate Spike

10 of the Most Cancer Causing Foods

**SUBSCRIBE TO _CRAIN'S DETROIT BUSINESS_**

If you enjoy the content on the _Crain's Detroit Business_ Web site and want to see more, try 8 issues of our print edition **risk-free**. If you wish to continue, you will receive 44 more issues (for a total of 52 in all), including the annual Book of Lists for just $59. That's **over 55% off** the cover price. If you decide _Crain's_ is not for you, just write "Cancel" on the invoice, return it and owe nothing. The 8 issues are yours to keep with no further obligation to us. Sign up below.



Offer valid for new MI subscribers only. Non-MI subscribers - $79. All other Foreign - $127.



**Home**

Subscription Center
E-Newsletters
Crain's Custom Media
RSS
Search
Reprints
Newsstand Locations

**News**

Advertising/Marketing/Media
Auto Suppliers/Manufacturing
Banking/Finance
Defense
Detroit in Bankruptcy
Economic Development/Economy

Health Care
Hospitality/Tourism
Legal Issues/Law
Nonprofits/Philanthropy
People
Real Estate
Retail

**Features**

10 Things to do this Weekend
American Dreamers
Auto Show
Detroit 2.0
Giving Guide
Mackinac Policy Conference
Mary Kramer on WJR

**Get More**

Video
Latest _Crain's_ Blogs

**Lists/Resources**

Lists
Book of Lists 2014
Nonprofit Job Board
World Watch Monthly

Advertise

How to Get Your News in *Crain's*

2014 Editorial Calendar

**This Week's Issue**

Weekly Issue PDFs

This Week's Issue

Education/Training/Workforce

Elections

Energy/Environment

Entrepreneurship/Second Stage

Food/Restaurants

Government/Public Policy/Politics

Services

Sports/Entertainment

Statewide/Michigan Business

Technology/Life Sciences/R&D

Transportation

Women in Business

Predictions 2014

Michigan Deal

Music Issue

Summer in the City Photo Contest

Year in Review

**Events**

Local Events Calendar

Submit Your Events

Upcoming *Crain's* Events

Recent *Crain's* Events

Executive Calendar

Webinars

**Affiliates**

Crain Publications

AutoWeek

© 2014 Crain Communications Inc.
Use of editorial content without permission is strictly prohibited. All rights Reserved
Video Reposting Policy | Privacy Statement | Terms & Conditions




PRESENTED BY: Blue Cross Blue Shield Blue Care Network

FREE SEMINAR
UNDERSTANDING SELF-FUNDED
HEALTH INSURANCE

REGISTER TODAY

# CRAIN'S DETROIT BUSINESS

Detroit and Southeast Michigan's premier business news and information website

Search crainsdetroit.com

Home | This Week's Issue | News | Crain's Awards | Features | Lists/Resources | Columns | Blogs | Events | Multimedia

Not logged in to community. LOG IN or REGISTER | 1 article remaining | Free E-Mail Signup | Subscriber Service | Contact Us | Advertise | Classifieds

Topics in this article: Detroit | Community Foundation for Southeast Michigan | Detroit Institute of Arts | Nonprofits
Bankruptcy | City of Detroit | Crime/Courts | Grants

Originally Published: July 06, 2014 8:00 AM Modified: July 07, 2014 2:20 PM

## Nonprofit to manage 'grand bargain' pension donations

By Sherri Welch

Like 2

There are still many moving pieces in the Detroit bankruptcy case.

But the logistics of how nearly $366 million in foundation support will move into the **General Retirement System** and the **Police and Fire Retirement System** pension funds are set, awaiting pensioners' votes and the court's approval of Detroit's plan of adjustment.

The foundations' commitments, which will help shore up pension funds and provide for the city's transfer of the **Detroit Institute of Arts** to the nonprofit that runs it, will flow into a new supporting organization called the **Foundation for Detroit's Future**.

A supporting organization is a 509(a)(3) that qualifies for nonprofit status because it supports another nonprofit or nonprofits. The new organization will be housed at the **Community Foundation for Southeast Michigan**, which also will administer it.

The organization is needed because the pledged money will be coming in at varying intervals over the next 20 years, and a structure is needed to account for and administer the funds.

The new supporting organization "takes something complex and makes it manageable and provides the right oversight," Community Foundation President Mariam Noland said.

No group "has more experience with ... funds for specific purpose than the Community Foundation," said Alberto Ibarguen, president of the Miami-based **John S. and James L. Knight Foundation.**

The Foundation for Detroit's Future will operate with a board that includes three members tied to the Community Foundation: Noland, president and secretary; James Nicholson, president and CEO of

### Foundation contributions

Private foundations that have committed $366 million over 20 years to the "grand bargain" as part of the Detroit bankruptcy plan of adjustment, set to be administered by the **Foundation for Detroit's Future**:

• **Ford Foundation**, New York City: $125 million
• **Kresge Foundation**, Troy: $100 million
• **W.K. Kellogg Foundation**, Battle Creek: $40 million
• **John S. and James L. Knight Foundation**, Miami: $30 million
• **William Davidson Foundation**, Southfield: $25 million
• **Community Foundation for Southeast Michigan**, Detroit: $10 million
• **Charles Stewart Mott Foundation**, Flint: $10 million
• **Fred A. and Barbara M. Erb Family Foundation**, Bloomfield Hills: $10 million
• **Hudson-Webber Foundation**, Detroit: $10 million
• **McGregor Fund**, Detroit: $6 million

Foundation grants to help the **Detroit Institute of Arts** meet its $100 million commitment and be administered by the Foundation for Detroit's Future:

• **A. Paul and Carol C. Schaap Foundation**, Detroit: $5 million
• **Max M. & Marjorie S. Fisher Foundation**, Southfield: $2.5 million

Foundation grants in support of the DIA's grand bargain commitment but not yet known how they will be administered:

• **Ford Motor Co.**, Dearborn: $10 million
• **General Motors Co./General Motors Foundation**, Detroit: $10 million



FREE SEMINAR
UNDERSTANDING SELF-FUNDED
HEALTH INSURANCE

REGISTER TODAY

PRESENTED BY: Blue Cross Blue Shield Blue Care Network

Most Read | Most Commented

WXYZ chief meteorologist Dave Rexroth loses eye in fireworks accident

Together Health Network names interim CEO, board members

'Innovation district' an evolving cluster of creative biz

Soccer entrepreneur aims for pro team deal by Aug.

Dan Gilbert reportedly working madly to rebuild bridge he nuked with ex-employee LeBron James

FREE SEMINAR

UNDERSTANDING
SELF-FUNDED
HEALTH INSURANCE

REGISTER TODAY

Detroit-based **PVS Chemical Inc.**, who chairs this board and that of the Community Foundation; andretired **Ford Motor Co.** executive and **Wayne State University** President Allan Gilmour, vice chairman and immediate past president of the Community Foundation board.

Other board members are Robert Manilla, vice president and chief investment officer of the Troy-based **Kresge Foundation**, treasurer; and Ricardo Castro, vice president, secretary and general counsel of the New York City-based **Ford Foundation**.

The Community Foundation hired the law firms **Patterson, Belknap, Webb and Tyler LLP** in New York City and **Miller, Johnson, Snell & Cummiskey PLC** in Grand Rapids to create the new supporting organization.

"All of the (law) firms in town are conflicted — they're on one side or another in the bankruptcy case," Noland said. "We looked for an expert firm that was not conflicted."

• **Andrew W. Mellon Foundation**, New York City: $10 million, including $5 million match contingent on the DIA's raising its full commitment

• **J. Paul Getty Trust**, Los Angeles: $3 million

Foundation grant included in Detroit's plan of adjustment but separate from the grand bargain and Foundation for Detroit's Future administration:

• **Skillman Foundation**, Detroit: $3.5 million to help offset health care cuts to city retirees.

*— Sherri Welch*

### Related links

Detroit bankruptcy bills top $75M so far

Arts, cultural groups fear funding may dwindle


FREE NEWSLETTERS
*Crain's* premier local & outstate business news emailed to you.
SIGN UP TODAY »


**Reliable, modernized grid**
ITC operates, builds and maintains the region's electric transmission infrastructure. We're a Michigan-based company working hard to improve electric reliability and increase electric transmission capacity throughout the Midwest.
iTC www.itctransco.com


**LTU**
POSSIBLE IS EVERYTHING.
**Graduate and Transfer Student Open House.** Thursday, July 17, 5:30 - 7:30 p.m.
Learn more and RSVP! ▶▶▶
Lawrence Tech.


HONIGMAN and CRAIN'S DETROIT BUSINESS
**Looking at Current Business Issues**
honigman.com   crainsdetroit.com

Foundation support for the pensions is conditioned on many things, including the immediate transfer of the DIA from the city to its nonprofit operator, the **DIA Corp.**, if the plan is approved and "appropriate governance and oversight structures" are in place at the DIA.

A committee with representation from the museum, the city, the foundations providing grants to the "grand bargain" and other stakeholders is looking at what the makeup of the DIA's board should be as its operating nonprofit assumes ownership of the building and artwork and expands its programming statewide.

The foundations seek assurances from arts authorities in Wayne, Oakland and Macomb counties that the millages approved by voters in 2012 will include the duration of the 10-year term.

The conditions also call for the city's agreement to indemnify the foundations and the Foundation for Detroit's Future from future lawsuits tied to the grand bargain.

Longer term, the foundations want to ensure that the dollars go only to support the pension funds and that appropriate governance and financial oversight of the pension funds is in place.

That's something addressed by the state legislation that enabled the state's $195 million present-value contribution to the grand bargain. The legislation calls for the formation of two pension investment committees, said Robin Ferriby, vice president of philanthropic services at the Community Foundation.

All of the conditions, however, are subject to the **U.S. Bankruptcy Court**, Noland said. "Ultimately, the judge will rule on what those conditions are."

*Sherri Welch: (313) 446-1694, swelch@crain.com. Twitter: @sherriwelch*

Topics in this article: | Detroit | | Community Foundation for Southeast Michigan | | Detroit Institute of Arts | | Nonprofits |
| Bankruptcy | | City of Detroit | | Crime/Courts | | Grants |



🖨 ✉ 📘 📷 ⚲   Like | 2 |

### Related Content:

- Detroit facing 2 pivotal Circuit Court appeals on bankruptcy
- Nonprofit to manage 'grand bargain' pension donations
- Detroit bankruptcy bills top $75M so far
- Detroit's $1.45B pension suit survives
- Lump sum repayments approved in Detroit bankruptcy

- New advisers line up for post-bankruptcy pension plans
- New CIO Beth Niblock starts from scratch to overhaul Detroit's 'fundamentally broken' IT system
- Detroit's largest union ratifies contract deal
- Judge: Syncora can't question AG Schuette on Detroit bankruptcy plan
- Judge to get update on Detroit bankruptcy plan today

0 Comments     Crain's Detroit Business                                    Login

Sort by Newest                                                    Share    Favorite

Start the discussion...

Be the first to comment.

ALSO ON CRAIN'S DETROIT BUSINESS                    AROUND THE WEB          WHAT'S THIS?

**Dan Gilbert reportedly working madly to rebuild bridge he nuked ...**

**13 Ways to Make Everyone Mad at Chipotle**

**Letter: Partnerships can help with higher education**

**Little Known Way to Pay Off Mortgage**

**Snyder appoints emergency manager for Lincoln Park**

**50 Best Pizzas in America: One from Every State**

**'Red ocean market': VCs wary of investing in app companies**

**10 of the Most Cancer Causing Foods**

Subscribe    Add Disqus to your site

SUBSCRIBE TO *CRAIN'S DETROIT BUSINESS*

If you enjoy the content on the *Crain's Detroit Business* Web site and want to see more, try 8 issues of our print edition **risk-free**. If you wish to continue, you will receive 44 more issues (for a total of 52 in all), including the annual Book of Lists for just $59. That's **over 55% off** the cover price. If you decide *Crain's* is not for you, just write "Cancel" on the invoice, return it and owe nothing. The 8 issues are yours to keep with no further obligation to us. Sign up below.



* indicates required field.

Offer valid for new MI subscribers only. Non-MI subscribers - $79. All other Foreign - $127.

| Home | News | | Features | Get More |
|------|------|------|----------|----------|
| Subscription Center | Advertising/Marketing/Media | Health Care | 10 Things to do this Weekend | Video |
| E-Newsletters | Auto Suppliers/Manufacturing | Hospitality/Tourism | American Dreamers | Latest *Crain's* Blogs |
| Crain's Custom Media | Banking/Finance | Legal Issues/Law | Auto Show | **Lists/Resources** |
| RSS | Defense | Nonprofits/Philanthropy | Detroit 2.0 | Lists |
| Search | Detroit in Bankruptcy | People | Giving Guide | Book of Lists 2014 |
| Reprints | Economic Development/Economy | Real Estate | Mackinac Policy Conference | Nonprofit Job Board |
| Newsstand Locations | | Retail | Mary Kramer on WJR | World Watch Monthly |

Advertise

How to Get Your News in *Crain's*

2014 Editorial Calendar

**This Week's Issue**

Weekly Issue PDFs

This Week's Issue

Education/Training/Workforce

Elections

Energy/Environment

Entrepreneurship/Second Stage

Food/Restaurants

Government/Public Policy/Politics

Services

Sports/Entertainment

Statewide/Michigan Business

Technology/Life Sciences/R&D

Transportation

Women in Business

Predictions 2014

Michigan Deal

Music Issue

Summer in the City Photo Contest

Year in Review

**Events**

Local Events Calendar

Submit Your Events

Upcoming *Crain's* Events

Recent *Crain's* Events

Executive Calendar

Webinars

**Affiliates**

Crain Publications

AutoWeek

© 2014 Crain Communications Inc.
Use of editorial content without permission is strictly prohibited. All rights Reserved
Video Reposting Policy | Privacy Statement | Terms & Conditions

http://www.crainsdetroit.com/article/20140706/NEWS/307069980

7/8/2014



## FAMILIESUSA
### THE VOICE FOR HEALTH CARE CONSUMERS

 

HOME / RESEARCH & PUBLICATIONS

**Raw Data** *February 2014*

# Federal Poverty Guidelines

The new 2014 federal poverty guidelines have been released. The 2013 guidelines are also provided here for reference.

It's important to note that eligibility for Medicaid and the Children's Health Insurance Program (CHIP) is now determined by the 2014 guidelines. Eligibility for advance premium tax credits is determined by 2013 federal poverty guidelines.

State-run health insurance marketplaces should update their standards as soon as possible to align with those of the federally facilitated marketplaces. A short explanation of what these changes mean to consumers is here (via Center for Children and Families).

## 2014 Federal Poverty Guidelines

Federally facilitated marketplaces will use the 2014 guidelines to determine eligibility for Medicaid and CHIP (this is effective February 10, 2014).

| Household Size | 100% | 133% | 150% | 200% | 250% | 300% | 400% |
|----------------|------|------|------|------|------|------|------|
| 1 | $11,670 | $15,521 | $17,505 | $23,340 | $29,175 | $35,010 | $46,680 |
| 2 | 15,730 | 20,921 | 23,595 | 31,460 | 39,325 | 47,190 | 62,920 |
| 3 | 19,790 | 26,321 | 29,685 | 39,580 | 49,475 | 59,370 | 79,160 |
| 4 | 23,850 | 31,721 | 35,775 | 47,700 | 59,625 | 71,550 | 95,400 |
| 5 | 27,910 | 37,120 | 41,865 | 55,820 | 69,775 | 83,730 | 111,640 |

| 6 | 31,970 | 42,520 | 47,955 | 63,940 | 79,925 | 95,910 | 127,880 |
| 7 | 36,030 | 47,920 | 54,045 | 72,060 | 90,075 | 108,090 | 144,120 |
| 8 | 40,090 | 53,320 | 60,135 | 80,180 | 100,225 | 120,270 | 160,360 |

## 2013 Federal Poverty Guidelines

Federally facilitated marketplaces will use the 2013 guidelines to determine enrollee Advance Premium Tax Credits amounts as well as cost-sharing reductions (effective for those who enroll in 2014).

| Household Size | 100% | 133% | 150% | 200% | 300% | 400% |
|---|---|---|---|---|---|---|
| 1 | $11,490 | $15,282 | $17,235 | $22,980 | $34,470 | $45,960 |
| 2 | 15,510 | 20,628 | 23,265 | 31,020 | 46,530 | 62,040 |
| 3 | 19,530 | 25,975 | 29,295 | 39,060 | 58,590 | 78,120 |
| 4 | 23,550 | 31,322 | 35,325 | 47,100 | 70,650 | 94,200 |
| 5 | 27,570 | 36,668 | 41,355 | 55,140 | 82,710 | 110,280 |
| 6 | 31,590 | 42,015 | 47,385 | 63,180 | 94,770 | 126,360 |
| 7 | 35,610 | 47,361 | 53,415 | 71,220 | 106,830 | 142,440 |
| 8 | 39,630 | 52,708 | 59,445 | 79,260 | 118,890 | 158,520 |
| For each additional person, add | $4,020 | $5,347 | $6,030 | $8,040 | $12,060 | $16,080 |

## Alaska

| Household Size | 100% | 133% | 150% | 200% | 300% | 400% |
|---|---|---|---|---|---|---|
| 1 | $14,350 | $19,086 | $21,525 | $28,700 | $43,050 | $57,400 |
| 2 | 19,380 | 25,775 | 29,070 | 38,760 | 58,140 | 77,520 |
| 3 | 24,410 | 32,465 | 36,615 | 48,820 | 73,230 | 97,640 |

http://familiesusa.org/product/federal-poverty-guidelines

7/9/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | 29,440 | 39,155 | 44,160 | 58,880 | 88,320 | 117,760 |
| 5 | 34,470 | 45,845 | 51,705 | 68,940 | 103,410 | 137,880 |
| 6 | 39,500 | 52,535 | 59,250 | 79,000 | 118,500 | 158,000 |
| 7 | 44,530 | 59,225 | 66,795 | 89,060 | 133,590 | 178,120 |
| 8 | 49,560 | 65,915 | 74,340 | 99,120 | 148,680 | 198,240 |
| For each additional person, add | $5,030 | $6,690 | $7,545 | $10,060 | $15,090 | $20,120 |

## Hawaii

| Household Size | 100% | 133% | 150% | 200% | 300% | 400% |
|---|---|---|---|---|---|---|
| 1 | $13,230 | $17,596 | $19,845 | $26,460 | $39,690 | $52,920 |
| 2 | 17,850 | 23,741 | 26,775 | 35,700 | 53,550 | 71,400 |
| 3 | 22,470 | 29,885 | 33,705 | 44,940 | 67,410 | 89,880 |
| 4 | 27,090 | 36,030 | 40,635 | 54,180 | 81,270 | 108,360 |
| 5 | 31,710 | 42,174 | 47,565 | 63,420 | 95,130 | 126,840 |
| 6 | 36,330 | 48,319 | 54,495 | 72,660 | 108,990 | 145,320 |
| 7 | 40,950 | 54,464 | 61,425 | 81,900 | 122,850 | 163,800 |
| 8 | 45,570 | 60,608 | 68,355 | 91,140 | 136,710 | 182,280 |
| For each additional person, add | $4,620 | $6,145 | $6,930 | $9,240 | $13,860 | $18,480 |

Source: Calculations by Families USA based on data from the U.S. Department of Health and Human Services

### Key Issues:

Affordable Care Act

### Topics:

Premium Tax Credit

**States:**

50 States



Downloads

Federal Poverty Level Guidelines

 Act Now       Donate       Join

   

Key Issues
Affordable Care Act
Enrollment
Health Equity
Health System Improvement
Medicaid
Medicare
Navigators & Assisters

Research & Publications
Search Our Resources

Initiatives
Enrollment Assister Resource Center
My Coverage Story
#4OurHealth

### Perspective, News, & Experts

Blog

In the News

Press Releases

Media Contacts

### Health Action Network

Join the Health Action Network

Health Action Conference

### About Us

Mission Statement

Board of Directors

Our Experts

Staff List

Careers

### Share Your Story and Get Involved!



*Achieving high-quality, comprehensive, and affordable health care for all Americans.*

1201 New York Avenue NW
Suite 1100
Washington, DC 20005

202-628-3030

info@familiesusa.org

202-347-2417

© 2014 Families USA

All Rights Reserved

Terms of Use

Privacy Policy



AN ENCYCLOPÆDIA
BRITANNICA COMPANY



Merriam-Webster
m-w.com

Quizzes & Games    Word of the Day    Video    New Words    My Favorites

New!
Spanish Central ▸

extorting                                    Subn



Ad will end in 25 seconds

00:00    02:00

**?!**  Quiz
Test Your Vocabulary
Take Our 10-Question Quiz

## extort

Save    Popularity
☆    ⌄⌃

Save this word to your Favorites.
If you're logged into Facebook, you're ready to go.

Sponsored Links
GUM® Official Site
You Can't Beat Buying Directly From Us. Visit our Site Today!
www.gumbrand.com



First Episode Free!

Creative galaxy
AN AMAZON ORIGINAL SERIES

Watch Now!    only on amazon



Creative galaxy
First Episode Free

amazon
Prime Instant video
Watch now ▸

### ex·tort    *verb*  \ik-ˈstȯrt\

: to get (something, such as money) from a person by the use of force or threats

**Full Definition of EXTORT**    8+1    Like

*transitive verb*

: to obtain from a person by force, intimidation, or undue or illegal power : WRING; *also* : to gain especially by ingenuity or compelling argument

— ex·tort·er  *noun*
— ex·tor·tive    *adjective*

⊗ See extort defined for English-language learners »
See extort defined for kids »

**Examples of EXTORT**

The criminals *extorted* large sums of money from their victims.

He was arrested for *extorting* bribes.

**Origin of EXTORT**

Latin *extortus*, past participle of *extorquēre* to wrench out, extort, from ex- + *torquēre* to twist — more at TORTURE

First Known Use: 15th century

**Related to EXTORT**

Synonyms
exact, wrest, wring

Related Words
bleed, fleece, gouge, milk, skin, squeeze; cheat, gyp, racketeer, swindle; coerce, compel, force

more
See Synonym Discussion at educe

Other Legal Terms
actionable, alienable, carceral, chattel, complicity, decedent, larceny, malfeasance, modus operandi

Rhymes with EXTORT
abort, airport, amort, aport, assort, athwart, backcourt, bellwort, birthwort, bistort, blood sport, Bridgeport, carport, cavort, cohort, ...
[+] more

Learn More About EXTORT

### MORE QUIZZES



**Name That Thing**
Take our visual vocab quiz
Test Your Knowledge »



**True or False?**
A quick quiz about stuff worth knowing
Take It Now »



**Spell It**
The commonly misspelled words quiz
Hear It, Spell It »



**Frog Tossing & More: Words You May Hardly Believe**
Top 10 Words with Bizarre Meanings



**What Is a "Kinesophobe" So Afraid Of?**
Unusual Phobias, Vol. 2

### STAY CONNECTED



**Get Our Free Apps**
Voice Search, Favorites,
Word of the Day, and More
iPhone | iPad | Android | More



**Join Us on FB & Twitter**
Get the Word of the Day and More
Facebook | Twitter

Thesaurus: All synonyms and antonyms for "extort"
Spanish Central Translation: "extort" in Spanish

**Browse**

Next Word in the Dictionary: extortion
Previous Word in the Dictionary: extorsive
All Words Near: extort

'' Seen & Heard ''

What made you want to look up *extort*? Please tell us where you
read or heard it (including the quote, if possible).

**16 comments**

> Add a comment...
>
> Comment using...

**Nancy Blann** · North Carolina Central University
Crossword puzzle clue. "Extort", 6 letters, begins with "el"
Reply · Like · June 6 at 6:49am

**Toni Logan** · Works at Bridgeport High School
Vocab word for English. My students simply used it as a verb
meaning to take something by force, not necessarily related to
illegal activity. I was only familiar with it from that aspect, so I
looked it up to see if that was an inherent definition of the word
or not.
Reply · Like · May 18 at 11:23am

**Art Jolly**
"Till the injurious Romans did extort/This tribute from us, we
were free." Act III, scene i, "Cymbeline," W. Shakespeare
Reply · Like · March 23 at 7:55pm

**James D Sims** · Miami Dade Community College
Extort: To get something? Money? From a person/N? By
Force? [Euro-American-Force?] Threats? Incognito guilty?
Ynot? aj justasking
Reply · Like · November 4, 2013 at 9:16pm

**James D Sims** · Miami Dade Community College
Extortion: The Act? Practice? Extorting? Especially Money?
Property? Incognito guilty? aj justasking
Reply · Like · November 4, 2013 at 9:13pm

View 11 more

Facebook social plugin

**View Seen & Heard highlights from around the site »**

Merriam-Webster on Facebook      Like   190k



**The Merriam-Webster
Unabridged Dictionary**
Online access to a
legendary resource
Log In or Sign Up »



**Learning English?
We can help.**
Visit our free site designed
especially for learners and
teachers of English
LearnersDictionary.com »





**Our Dictionary,
On Your Devices**
Merriam-Webster,
With Voice Search
Get the Free Apps! »

**New Words
Added for 2014**
America's best-selling
dictionary updated for 2014!
New words include hashtag,
steampunk, and selfie
Learn More »

Advertisement

**Join Us**
Merriam-Webster
on Twitter »
Merriam-Webster
on Facebook »

**Bookstore: Digital and Print**
Merriam-Webster references for Mobile,
Kindle, print, and more  See all »

**Other Merriam-Webster Dictionaries**
Webster's Unabridged Dictionary »         Learner's ESL Dictionary »
WordCentral for Kids »                   Visual Dictionary »
Spanish Central »

Home  Help  About Us  Shop  Advertising Info  Dictionary API
Privacy Policy  About Our Ads  Contact Us  Browser Tools
© 2014 Merriam-Webster, Incorporated

Browse the Dictionary
Browse the Thesaurus
Browse the Spanish-English Dictionary
Browse the Medical Dictionary

