JUDGE RHODES, I AM DAVID LAWRENCE MALHALAB, A DUTY DISABLED RETIRED DETROIT POLICE SERGEANT, SINCE MAY 2005.

I HAVE COME TO EXPRESS MY DISPLEASURE OF THE DETROIT BANKRUPTCY PROCEEDINGS.

WE HEAR ABOUT RESTRUCTURING OF DETROIT GOVERNMENT SO THAT WHEN IT EMERGES FROM BANKRUPTCY IT WILL BE ABLE TO BETTER SERVE DETROIT RESIDENTS....BUT IN 2 AREAS I SEE A GLARING PROBLEM THAT HAS NOT BEEN ADDRESSED. AND SHOULD HAVE BEEN ONE OF THE FIRST CHANGES…

DETROIT HAS TOO MANY COUNCIL MEMBERS…FOR 650,000 RESIDENTS…

EMF ORR AND YOU SHOULD IMMEDIATELY REDUCE COUNCIL MEMBERS BY 2 TO 4 MEMBERS…THE



COUNCIL IS BLOATED AND NOT EFFICIENT.

AND THE COUNCIL JUST GOT A 5% RAISE AND NOT ONE MEMBER HAS REJECTED THE RAISE – WHILE CITY WORKERS HAVE LOST MORE.. AND SOME RETIREES LOST 4.5% OF THEIR PENSION CHECKS AND WE ALL LOST OR MEDICAL BENEFITS…THIS IS NOT FAIR …RIGHT …OR JUST. WHERES IS THE SHARED SACRIFICE…A GOOD FAITH EFFORT TO UNDERSTAND HOW HARD IT IS FOR RETIREES.

PUBLIC SAFETY IS SAID BY SOME TO BE THE MOST IMPORTANT ISSUES …WE HAVE A NEW POLICE CHIEF WHO IS CLEANING UP THE MESS FROM PAST BAD AND CORRUPT POLICE CHIEFS THAT HAS HELPED LEAVE DETROIT UNSAFE.

THE POLICE DEPARTMENT WILL HAVE TO HIRE NEW

POLICE OFFICERS BECAUSE IT IS SEVERELY

UNDERSTAFFED – INDEED THE LACK OF POLICE

OFFICERS IS ONE REASON THAT DETROIT IS STILL

UNSAFE –

NO MATTER WHAT CHIEF CRAIG DOES OR SAYS…

EMF ORR AND YOU MUST ORDER THE CITY TO

RAISE THE HIRING STANDARDS FOR NEW POLICE

OFFICERS… A GED REQUIREMENT IS TO LOW A

STANDARD FOR A 21ST CENTURY POLICE

DEPARTMENT.

DETROIT NEEDS A 2 OR 4 YR COLLEGE

REQUIREMENT AND OR MILITARY EXPERIENCE

REQUIREMENT AND A QUALITY PSYCHOLOGICAL

EVALUATION SYSTEM FOR NEW OFFICERS, AND

FOR ALL OFFICERS.

AND EMF ORR AND YOU MUST IMPOSE A STARTING

SALARY FOR NEW OFFICERS THAT WILL ATTRACT

APPLICANTS TO DETROIT AND RETAIN OFFICERS

THAT ARE SACRIFICING EVERY DAY TO PROTECT

DETROIT RESIDENTS...

17

$14 A PROPSED PAY RATE FOR NEW OFFICERS AND

WITH A 8% DEDUCTION FOR PENSION WILL NOT

ATTRACT AND RETAIN THE BEST AND THE

BRIGHTEST POLICE OFFICERS.

INDEED SOME OFFICERS MAY HAVE TO GO ON

WELFARE TO KEEP THEIR JOBS.

FUNDING MUST BE FOUND FROM FEDERAL AND

STATE GOVERNMENTS TO PAY FOR THIS MOST

BASIC PUBLIC SERVICE

YOU SHOULD ORDER JUDGE JULIAN COOK TO END

THE DOJ DETROIT DECREE CASE, THAT HAS

DRAGGED ON FOR 11 YEARS, AND HAS COST

DETROIT MILLIONS OF DOLLARS AND SHOULD HAVE

ENDED LONG AGO. $60K MONTH

IF ANY POLICE DEPARTMENT HAD BEEN

THOROUGHLY BAD AND CORRUPT – IT SHOULD NOT

HAVE TAKEN THIS LONG TO CORRECT THE

PROBLEMS OF THAT DEPARTMENT OR DETROIT'S

I AM UPSET BECAUSE THE NEWS MEDIA CONTINUES

TO MAKE FALSE STATEMENTS – THAT WE DID NOT

LOSE ANYTHING FROM OUR PENSIONS…PENSION

CHECKS…WHEN IN FACT EVERY RETIREE MUST

NOW PAY FOR THEIR HEALTH CARE BENEFITS WITH

MONEY FROM OUR / THEIR PENSION CHECKS.

I HAD AS A RETIRED SERGEANT A BC-BS MASTER

MEDICAL BENEFIT WITH DENTAL AND VISION….NOW



I DON'T HAVE EITHER…10 DAYS AFTER MY DUTY DISABILITY NOTICE CAME THRU – AT THE REQUEST OF THE POLICE DEPARTMENT – PC ELLA BULLY CUMMINGS I HAD A TRIPLE HEART BYPASS WITH A BRIDGE…I NEEDED MY HARD EARNED MEDICAL BENEFITS THEN, AND NOW MORE THAN EVER…AS I APPROACH 10 YEARS WITH A HEART BYPASS.

I NOW PAY ALMOST $900 A MONTH FOR A BC BS POLICY THAT HAS NO DENTAL AND NO VISION - I HAVE CATARACTS AND GLAUCOMA – AND TWO TORN ROTAR CUFFS FROM MY DUTY RELATED INJURY…I WILL PAY ABOUT $15,170. – ABOUT 37% FROM MY PENSION CHECK…OUT OF POCKET COSTS TO ME…THE STIPENDS ARE TOO LITTLE AND ARE NOW CAUSING CONFUSION, DUE TO DUTY DISABILITY QUESTIONS AND POSSIBLY GETTING A

SUPPLEMENT TO THE STIPEND..AND NOW WE HEAR OF A VEBA HEALTH SYSTEM ???

WE ARE CONFUSED AND FELT FORCED TO VOTE YES ON RESTRUCTURING PLAN – THAT IS CONFUSING TO LAWYER AND TO US AND WE DON'T KNOW ANYTHING ABOUT HOW VEBA WILL WORK OR IF IT WILL HAPPEN THIS IS WRONG…ALL RETIREES HAVE BEEN WRONGED BY THE LOSS OF THEIR HEALTH CARE BENEFITS.. AND THIS MUST BE MADE RIGHT.

RETIREES MUST KNOW THAT THEIR SACRIFICES ON THE JOB AND NOW IN RETIREMENT WERE NOT WRONG AND IN VAIN.

I HAVE SAID PUBLICALLY THAT THE DETROIT BANKRUPTCY IS WRONG AND BE BOTCHED FROM THE BEGINNING I DO NOT BELIEVE THAT THE ACTIONS PRIOR TO FILING THE BANKRUPTCY WERE LEGAL, TRANSPARENT AND IN THE BEST INTEREST OF DETROIT RESIDENTS AND RETIREES.

IF THE DETROIT BOND DEAL IS FOUND ILLEGAL OR A STRONG BELIEF THAT IT IS…THERE MUST BE AN FBI AND SEC INVESTIGATION, AND PEOPLE SHOULD GO TO JAIL.

DETROIT POLICE AND FIRE RETIREES WERE MADE OUT TO BE A REASON THAT DETROIT WAS IN SUCH A DIRE FINANCIAL CONDITION.

THE PUBLIC WAS TOLD THAT THE DETROIT POLICE FIRE PENSION WAS UNDER FUNDED AND RUN BY CROOKS AND SCAM ARTISTS…

WE WERE SET UP TO BE THE FALL GUY IN EVENT

THAT A RESOLUTION OF THE BANKRUPTCY WAS

NOT PROPERLY ACCOMPLISHED.

EMF ORR WENT AROUND SAYING HE WAS GOING

CONDUCT AN INVESTIGATION, WHILE KNOWING

THAT THE FBI HAD AN ONGOING INVESTIGATION

AND THAT NUMEROUS PEOPLE HAD BEEN

INDICTED.

BUT IN FACT OUR PENSION WAS FULLY FUNDED @

$3 BILLION DOLLARS AND WAS A VIABLE AND WELL

STRUCTURED PENSION CAPABLE OF PAYING ITS

RETIREES. ESPECIALLY NOW WITH THE

NEW PENSION REQUIREMENT FOR DPD / FFS

ALL OF THIS FALSE INFORMATION WAS A SET UP TO

STEAL OUR HEALTH CARE BENEFITS AND TAKE

CONTROL OF OUR PENSION SYSTEM ONLY AT THE LAST MINUTES DID EMF ORR ADMIT THAT THE OUR PENSION WAS NOT UNDERFUNDED.

YOU RULED THAT OUR MICHIGAN CONSTITUTIONALLY PROTECTED PENSIONS WERE A CONTRACT THAT COULD BE BROKEN – WE WILL NOW NEVER KNOW.

SO POLICE AND FIRE FIGHTERS LOST THEIR, HARD EARNED HEALTH CARE ENEFITS….BENEFITS THAT WE WORKED HARD FOR AND SACRIFICED FOR GONE…AT A TIME IN OUR LIVES THAT WE NEEDED THEM MOST – IN RETIREMENT.

May 15, 2014

Judge Steven W. Rhodes
US BC-ED-Mi
Detroit, Michigan 48226


Dear Judge Rhodes,

I am a duty disabled retired Detroit Police Sergeant, May 20, 2005.

I have had to purchase medical coverage because the City of Detroit cancelled my (our) medical benefits, that we were promised – and guaranteed by the Michigan Constitution. I would not have taken the retirement, at the time, if I had known my pension benefits would be reduced. I was promised a lifetime retirement pension and medical coverage.

I am now going to have to pay **$15,170.16**, (est. 37%) for my medical coverage through Mi BC/BS, a year, **out of my retirement pension check**. This is too much...for me and surely there are other officers and fire fighters and general retirement pensioners that will also find their medical coverage costs – too much – from the pension checks. I am paying more for medical coverage with less benefits.

We have LOST, media reports that DPD/FFs would not see a reduction in the pension checks is FALSE, we are now paying too much for medical coverage with less benefits than we had, when we retired.

This is NOT fair to us...or other retired Detroit workers. I hope that it is not too late to have our medical coverage restored – or a higher stipend to cover medical coverage, so that retirees will not have to reduce or eliminate health care insurance to pay for our monthly needs, other than medical coverage.

Please use your judicial powers to help restore full medical coverage to Detroit retirees, even at this late date. You have the power – please use it.


David L. Malhalab
Sgt DPD Retired/DDA
313 580 2393

8451 Appleton
Dearborn Heights, Mi 48127 1405