7-15-14

Based on a reasonable man

Good morning everyone, my name is Mashuk Meah. First and foremost I am a proud "City of Detroit" retiree after working for Detroit for thirty years.

I left Ford Motor Company in 1975 to pursue a career In the Detroit Water & Sewerage Dept. Detroit offered a better retirement package than Ford at that time.

Having retired after thirty years of service, I have found myself without the full pension, medical coverage, cost of living adjustment, that I was promised when I was employed. Now the city is trying to re-coop (claw back) the interest that was paid on my annuity money from the time period of 2003-2013.

Mistakes were made by the past administrations and now the City has filed for bankruptcy and has requested to balance their books on the backs of the retirees.

Based on a reasonable man your honor, I don't expect to receive everything I request nor do I expect to lose everything I worked for. I'm sure all of the retirees want to see Detroit come back with all its glory. But based on a reasonable man your honor, we the retirees should not be held accountable to return the money we earned on our annuity nor should we lose our cost of living adjustment and our medical benefits that we earned, and on top of all of the cuts that Detroit wants, now the State Of Michigan starting taxing the retirees. Based on a reasonable man I can see us willing to give back the 4.5% that the city request. We love our city and want it to prosper, but again your honor based on a reasonable man I don't expect to receive all that I'm requesting nor do I expect to lose all that I worked for.

So your honor, I'm asking that you consider my request based on a reasonable man expectation after working for this great city for 30 years.

Sincerely, Mashuk Meah

*Mashuk Meah*

IF IN 5/R the City CAN TURN its Self AROUND ANY Resonable man your Honor would expect The city to START to Restore The Benefits that The Retirees Lost As oppse to wAiting until the year 2030 to be made Complete. By 2030, most of the Retirees will Have passed Away.