UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN<br><br>Debtor. | Chapter 9<br><br>Case No.: 13-53846<br><br>Hon. Steven W. Rhodes |

## NOTICE OF WITHDRAWAL OF SUBPOENAS

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Approving Stipulation By And Between The City Of Detroit, Michigan, And The COPs Creditors Regarding Certain Facts And The Admission Of Certain Exhibits For The Confirmation Trial [Docket No. 6002], the City of Detroit hereby withdraws the subpoenas it noticed and/or served on the following individuals or entities:

1. Roger Short [Docket No. 5718]
2. Sean Werdlow [Docket No. 5718]
3. The Bond Buyer [Docket No. 5745]
4. John Kamins [Docket No. 5757]
5. Honigman Miller Schwartz and Cohn LLP [Docket No. 5757]
6. Siebert Brandford Shank & Co., L.L.C. [Docket No. 5757]
7. Detroit General Retirement System Service Corporation [Docket No. 5868]

8. Detroit Police and Fire Retirement System Service Corporation [Docket No. 5868]

Dated: July 17, 2014

Respectfully submitted,

/s/ Bruce Bennett
Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Thomas F. Cullen, Jr. (DC 224733)
Gregory M. Shumaker (DC 416537)
Geoffrey S. Stewart (DC 287979)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

**ATTORNEYS FOR THE CITY OF DETROIT**

-2-
13-53846-tjt    Doc 6115    Filed 07/17/14    Entered 07/17/14 16:31:13    Page 2 of 3

## CERTIFICATE OF SERVICE

I, Bruce Bennett, hereby certify that the foregoing Notice of Withdrawal of Subpoenas was filed and served via the Court's electronic case filing and noticing system on this 17th day of July, 2014.

/s/  Bruce Bennett