**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

**NOTICE OF PROPOSED ORDER APPROVING**
**THE STIPULATION MODIFYING DEADLINE FOR**
**THE OFFICIAL COMMITTEE OF RETIREES TO**
**FILE BRIEF IN SUPPORT OF CONFIRMATION**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

The Official Committee of Retirees of the City of Detroit, Michigan (the "Committee") has filed a proposed order approving a stipulation with the City of Detroit for the limited purpose of extending the Committee's deadline to file a brief in support of confirmation to July 29, 2014 and authorizing the Committee to file a supplemental response brief on or before August 8, 2014, attached hereto as Exhibit 1.

Dated:  July 18, 2014                                          Respectfully submitted,

By: */s/ Carole Neville*

| | |
|---|---|
| Claude Montgomery | Sam Alberts |
| Carole Neville | Dan Barnowski |
| DENTONS US LLP | DENTONS US LLP |
| 1221 Avenue of the Americas Tower | 1301 K Street, NW, Suite 600 East |
| New York, New York 10020 | Washington, DC 20005 |
| Tel:  (212) 768-6700 | Tel: (202) 408-6400 |
| Fax:  (212) 768-6800 | Fax: (202) 408-6399 |
| claude.montgomery@dentons.com | sam.alberts@dentons.com |
| carole.neville@dentons.com | dan.barnowski@dentons.com |

BROOKS WILKINS SHARKEY & TURCO PLLC
Matthew E. Wilkins
Paula A. Hall
401 South Old Woodward, Suite 400
Birmingham, Michigan  48009
Direct:  (248) 971-1711
Cell:  (248) 882-8496
Fax:  (248) 971-1801
wilkins@bwst-law.com
hall@bwst-law.com

*Attorneys for the Official Committee of Retirees of the City of Detroit, Michigan*

**EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>                         Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

**ORDER APPROVING THE STIPULATION MODIFYING THE
DEADLINE FOR OFFICIAL COMMITTEE OF RETIREES TO FILE ITS
BRIEF IN SUPPORT OF CONFIRMATION OF THE
CITY'S PLAN FOR THE ADJUSTMENT OF DEBTS**

The Stipulation Modifying Deadline for the Official Committee of Retirees To File Its Brief in Support of Confirmation of the City's Plan for the Adjustment of Debts (the "Stipulation"), attached hereto as **Exhibit A**, having been entered into by the City of Detroit and the Official Committee of Retirees appointed in the above-captioned chapter 9 case, the Court having reviewed the Stipulation; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

# **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

**STIPULATION MODIFYING DEADLINE FOR THE OFFICIAL
COMMITTEE OF RETIREES TO FILE ITS BRIEF IN SUPPORT
OF CONFIRMATION OF THE CITY'S PLAN FOR
THE ADJUSTMENT OF DEBTS**

This Stipulation is made by and among the City of Detroit (the "City") on the one hand and, on the other, the Official Committee of Retirees appointed in the above-captioned Chapter 9 case (the "Retiree Committee," and with the City, the "Parties"). By and through each of their undersigned counsel, the Parties have reached an agreement with respect to, and request the entry of an order approving, the following:

**RECITALS**

A. The City has reached an agreement in principle with the Committee regarding the treatment of "Pension Claims" and/or "OPEB Claims" (as such terms are defined in the Fourth Amended Plan for the Adjustment of Debts of the City of

Detroit (May 5, 2014) (Docket No. 4392) (the "Plan"))[1] as described in the Plan and/or the Disclosure Statement, provided that (1) both Classes 10 and 11 vote to accept the Plan (and, with respect to certain of the Non-City Parties, Class 12); and (2) the funding contemplated by the State Contribution Agreement and the DIA Settlement is actually committed, subject to the fulfillment of the conditions that accompany such funding (the "Funding Commitments"). Nothing herein is intended to alter, amend, or expand those agreements or agreements in principle.

B. The Parties executed a stipulation dated May 9, 2014 (the "Original Stipulation") that modified certain deadlines established by this Court's Fourth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (Docket No. 4202) (the "Fourth Amended Scheduling Order"). The Original Stipulation was approved by Order of the Court entered on May 9, 2014 (Docket No. 4587). The Original Stipulation contained dates for the Committee to file and serve various papers and pleadings, including objections to confirmation and expert reports, which dates varied depending on certain contingencies, namely (a) the "Funding Commitments" and (b) Classes 10, 11 and 12 support for the Plan.

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Plan, the Scheduling Orders or in the June Stipulation (defined below).

D.   On June 9, 2014, the Court entered its Fifth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (Docket No. 5259) (the "Fifth Amended Scheduling Order").

F.   Pursuant to the First Amended Stipulation Modifying Certain Plan Discovery and Pleading Deadlines for Certain Non-Debtor Parties filed on June 20, 2014 [Docket No. 5473] (the "June Stipulation"), the Parties agreed that if on or before July 21, 2014, a tally of votes is filed in the Court showing that (a) Classes 10, 11, and 12 have voted to accept the Plan and (b) the Plan has not been materially modified to the detriment of Holders of Claims in Class 10, 11, or 12, then the Committee may file in Court its brief supporting confirmation on June 22, 2014, among other pleadings and reports.  The Court entered an Order approving the Stipulation on June 20, 2014 [Docket No. 5482].

G.   At present, voting on acceptance or rejection of the Plan by all creditor classes, including Classes 10, 11, and 12 has been substantially completed, but the outcome is not known.  The official tally of such vote is scheduled to be filed with the Court on or before July 21, 2014.  Assuming Classes 10, 11 and 12 have voted to accept the Plan, the Committee has requested an additional week to file a brief in support of confirmation of the Plan in order to properly address issues that have been raised by creditors and other parties, particularly as those issues arise under section 1129(b) of the Bankruptcy Code if one or more creditor

3

classes reject the Plan. The Committee also has requested the right to supplement the brief in support of confirmation if additional objections to the treatment of retirees claims are filed on or about August 5, 2014.

H.     In addition, the City plans to file an amended Plan on or before July 20, 2014, which may include additional provisions that affect the Committee and the claims of the retirees.

I.     In light of the above circumstances, the Parties have agreed to seek a revision of the deadline set forth in the June Stipulation to extend the Committee's time to file a brief in support of confirmation until July 29, 2014 and to provide the opportunity for the Committee to file a reply on August 8, 2014 to any supplemental objections to the treatment of retiree claims filed on or before August 5, 2014.

## STIPULATION

NOW, THEREFORE, it is hereby stipulated and agreed by and among the Parties, through their undersigned counsel:

1.     The Committee may file and serve its brief in support of confirmation of the City's Plan on or before July 29, 2014.

2.     The Committee may file and serve its brief in response to supplemental objections that are filed against retiree claims on or before August 8, 2014

3. The provisions of the Fifth Amended Scheduling Order and the June Stipulation remain in full force and effect, except as modified by this Stipulation.

Dated: July 18, 2014            Respectfully submitted,

| | |
|---|---|
| /s/ Carole Neville | /s/ Heather Lennox |
| Carole Neville | David G. Heiman (OH 0038271) |
| DENTONS US LLP | Heather Lennox (OH 0059649) |
| 1221 Avenue of the Americas | JONES DAY |
| New York, New York 10020 | North Point |
| Telephone 212 768-6700 | 901 Lakeside Avenue |
| Facsimile 212 768-6800 | Cleveland, Ohio 44114 |
| carole.neville@dentons.com | Telephone: (216) 586-3939 |
| | Facsimile: (216) 579-0212 |
| | dgheiman@jonesday.com |
| Sam J. Alberts | hlennox@jonesday.com |
| DENTONS US LLP | |
| 1301 K Street, NW | Bruce Bennett (CA 105430) |
| Washington , DC 20005 | JONES DAY |
| Telephone: (202) 408-6400 | 555 South Flower Street |
| sam.alberts@dentons.com | Fiftieth Floor |
| | Los Angeles, California 90071 |
| | Telephone: (213) 243-2382 |
| Matthew E. Wilkins (P56697) | Facsimile: (213) 243-2539 |
| Paula A. Hall (P61101) | bbennett@jonesday.com |
| BROOKS WILKINS SHARKEY & | |
|    TURCO PLLC | Jonathan S. Green (MI P33140) |
| 401 South Old Woodward Avenue | Stephen S. LaPlante (MI P48063) |
| Suite 400 | MILLER, CANFIELD, PADDOCK |
| Birmingham, Michigan 48009 |    AND STONE, P.L.C. |
| Telephone: (248) 971-1800 | 150 West Jefferson |
| wilkins@bwst-law.com | Suite 2500 |
| hall@bwst-law.com | Detroit, Michigan 48226 |
| | Telephone: (313) 963-6420 |
| *Attorneys for the Retiree Committee* | Facsimile: (313) 496-7500 |
| | green@millercanfield.com |
| | laplante@millercanfield.com |
| | |
| | *Attorneys for the City of Detroit* |

5

## CERTIFICATE OF SERVICE

I, Carole, hereby certify that the foregoing document was filed and served via the Court's electronic case filing and noticing system on July 18, 2014.

                                            By:   */s/ Carole Neville*
                                                           Carole Neville