## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

---------------------------------------------------------------x
: 
In re : Chapter 9
: 
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
: 
Debtor. : Hon. Steven W. Rhodes
: 
: 
---------------------------------------------------------------x

## NOTICE OF CANCELLATION OF
## DEPOSITION AND CHANGE OF DATE OF DEPOSITION

**PLEASE TAKE NOTICE THAT** the deposition of Graham Beal, previously scheduled to take place at the Westin Book Cadillac, 1114 Washington Boulevard, HR Training Room, Detroit, MI 48226 on July 22, 2014 at 9:00 a.m. has been **CANCELLED**. Financial Guaranty Insurance Company ("FGIC") reserves all rights to re-notice Mr. Beal's deposition at a later date.

**PLEASE TAKE FURTHER NOTICE** that the deposition of the Detroit Institute of Art, a non-profit Michigan corporation (the "DIA"), will now take place on **July 22, 2014** at the Westin Book Cadillac, 1114 Washington Boulevard, Jefferson Boardroom, Detroit, MI 48226. The deposition of the DIA will take place concurrently with the deposition of Annmarie Erickson, as Ms. Erickson has been designated by the DIA as its corporate witness to respond to the subpoena.

Dated: July 18, 2014

By: /s/ Mark R. James_____
Ernest J. Essad Jr.
Mark R. James
WILLIAMS, WILLIAMS, RATTNER &
PLUNKETT, P.C.
280 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone: (248) 642-0333
Facsimile: (248) 642-0856
Email: EJEssad@wwrplaw.com
Email: mrjames@wwrplaw.com

-and-

Edward Soto
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: (305) 577-3177
Facsimile: (305) 374-7159
Email: edward.soto@weil.com

– and –

Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: alfredo.perez@weil.com

*Attorneys for Financial Guaranty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2014 the *Notice of Cancellation of Deposition and Change of Date of Deposition* was filed and served via the Court's electronic case filing and noticing system to all registered users that have appeared in the main Chapter 9 proceeding.

/s/ Mark R. James
Mark R. James
WILLIAMS, WILLIAMS, RATTNER &
PLUNKETT, P.C.
280 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone: (248) 642-0333
Facsimile: (248) 642-0856
Email: mrjames@wwrplaw.com