UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

    Debtor

Case No. 13-53846

Chapter 9

Hon. Steven W. Rhodes

### *EX PARTE* ORDER AUTHORIZING THE MACOMB INTERCEPTOR DRAIN DRAINAGE DISTRICT TO FILE A REPLY BRIEF IN EXCESS OF PAGE LIMIT

This matter coming before the Court on the *Ex Parte Motion of the Macomb Interceptor Drain Drainage District to File a Reply Brief in Excess of Page Limit* (the "Motion")[1] and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. MIDDD may file its *Reply Brief in Support of Macomb Interceptor Drain Drainage District's Temporary Allowance of Claim Pursuant to Rule 3018(a) For Purposes of Accepting or Rejecting the Debtor's Fourth Amended Plan of Adjustment* in excess of the applicable page limitation.

.

**Signed on July 18, 2014**

                                                                  /s/ Steven Rhodes
                                                                  **Steven Rhodes**
                                                                  **United States Bankruptcy Judge**

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.