UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 9

City of Detroit, Michigan,  Case No. 13-53846

         Debtor.  Hon. Steven W. Rhodes
_____/  Hon. Gerald E. Rosen

### AMENDED ORDER TO CERTAIN PARTIES TO APPEAR FOR CONTINUED MEDIATION ON DWSD MATTERS

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     July 18, 2014
PRESENT: Honorable Gerald E. Rosen
              United States District Chief Judge

**TO:** The City of Detroit
Detroit Water and Sewerage Department
Assured Guaranty Municipal Corporation
Financial Guaranty Insurance Corporation
MBIA/National Public Finance Guarantee Corporation
Berkshire Hathaway Reinsurance Group
State of Michigan, Department of Treasury - Michigan Finance Authority
First Southwest Company

**IT IS HEREBY ORDERED** that the above-named noticed parties shall appear, with counsel, for continuing mediation on **Monday, July 21, 2014, at 10:30 a.m.** in Room 722 of the Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.

The following ad hoc bondholders committee members and their counsel, as well as the bond trustee, are also invited to attend but are not required to do so:

Black Rock Financial Management
Eaton Vance Management
Fidelity Management & Research Company
Nuveen Asset Management
Franklin Advisors, Inc.
U.S. Bank National Association, as Trustee

**Counsel should be prepared to stay overnight in Detroit for a continuation of the**

1

**mediation session on Tuesday, July 22, 2014 in the event the mediators deem it necessary.**

All parties and counsel are reminded that all proceedings, discussions, negotiation, and writings incident to mediation are be privileged and confidential, and are not to be disclosed to any third-parties. *See* August 13, 2013 Mediation Order, Dkt. # 322.

Date: July 18, 2014

s/Gerald E. Rosen
Gerald E. Rosen, U.S. District Chief Judge,
Judicial Mediator