## SUMMARY OF ATTACHMENTS

Exhibit 1     Proposed Form of Order

Exhibit 2     Notice of Motion and Opportunity to Object

Exhibit 3     Brief in Support of Motion [Brief Not Required]

Exhibit 4     Certificate of Service [to Be Filed Separately]

Exhibit 5     Affidavit of Stephen C. Hackney

Exhibit 6     Documentary Exhibits [Not Applicable]