# Exhibit 1

# Proposed Form of Order

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

**ORDER GRANTING MOTION OF SYNCORA GUARANTEE INC. AND SYNCORA CAPITAL ASSURANCE INC. TO (I) CONTINUE HEARING TO CONSIDER CONFIRMATION OF DEBTOR'S PLAN OF ADJUSTMENT AND (II) EXTEND RELATED DEADLINES**

Upon consideration of the motion (the "<u>Motion</u>")[1] of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (collectively, "<u>Syncora</u>") for entry of an order (this "<u>Order</u>") pursuant to Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure continuing the hearing to consider the confirmation of the City's proposed plan of adjustment to September 29, 2014, and to extend certain related pre-trial deadlines, as described more fully in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Motion being adequate and appropriate under the particular circumstances; and a hearing having been held to consider the relief

---

[1] Capitalized terms used and not defined herein shall have the meaning ascribed to such terms in the Motion.

requested in the Motion (the "Hearing"); and upon consideration of the record of the Hearing and all proceedings had before the Court; and the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1. The Motion is granted in its entirety.

2. The Confirmation Hearing shall commence on September 29, 2014.

3. All other pre-trial deadlines set forth in the Fifth Amended Order shall be extended by 45 days.

4. This Court shall retain jurisdiction to resolve any disputes arising from or related to this Order, and to interpret, implement, and enforce the provisions of this Order.