# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## NOTICE OF PROPOSED ORDER APPROVING THE STIPULATION MODIFYING DEADLINE FOR THE DETROIT RETIREMENT SYSTEMS TO FILE BRIEF IN SUPPORT OF CONFIRMATION

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

The Police and Fire Retirement System of the City of Detroit (the "PFRS") and the General Retirement System of the City of Detroit (the "GRS" and together with the PFRS, the "Retirement Systems") have filed a proposed order approving a stipulation with the City of Detroit for the limited purpose of extending the Retirement Systems' deadline to file a brief in support of confirmation to July 29, 2014 and authorizing the Retirement Systems to file a supplemental response brief on or before August 8, 2014, attached hereto as Exhibit 1.

Dated:  July 20, 2014                    Respectfully submitted,

                                         CLARK HILL PLC


                                          /s/   Robert D. Gordon
                                         Robert D. Gordon (P48627)
                                         Shannon L. Deeby (P60242)
                                         151 South Old Woodward Avenue
                                         Suite 200
                                         Birmingham, Michigan  48009
                                         Telephone: (248) 988-5882
                                         Facsimile: (248) 988-2502
                                         rgordon@clarkhill.com
                                         sdeeby@clarkhill.com


                                         *Counsel to the Police and Fire Retirement
                                         System of the City of Detroit and the
                                         General Retirement System of the City of
                                         Detroit*


## CERTIFICATE OF SERVICE

I, Robert D. Gordon, hereby certify that the foregoing document was filed and served via the Court's electronic case filing and noticing system on July 20, 2014.

                                    By:     */s/ Robert D. Gordon*
                                            Robert D. Gordon (P48627)

# EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## ORDER APPROVING THE STIPULATION MODIFYING THE DEADLINE FOR THE DETROIT RETIREMENT SYSTEMS TO FILE THEIR BRIEF IN SUPPORT OF CONFIRMATION OF THE CITY'S PLAN FOR THE ADJUSTMENT OF DEBTS

The Stipulation Modifying Deadline for the Detroit Retirement Systems to File Their Brief in Support of Confirmation of the City's Plan for the Adjustment of Debts (the "Stipulation"), attached hereto as **Exhibit A**, having been entered into by the City of Detroit on the one hand and, on the other, the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit; the Court having reviewed the Stipulation; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT the Stipulation is APPROVED.

# EXHIBIT A

201187591.2 14893/165083

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

**STIPULATION MODIFYING DEADLINE FOR THE DETROIT RETIREMENT SYSTEMS TO FILE THEIR BRIEF IN SUPPORT OF CONFIRMATION OF THE CITY'S PLAN FOR THE ADJUSTMENT OF DEBTS**

This Stipulation is made by and among the City of Detroit (the "City") on the one hand and, on the other, the Police and Fire Retirement System of the City of Detroit (the "PFRS") and the General Retirement System of the City of Detroit (the "GRS" and together with the PFRS, the "Retirement Systems," and with the City, the "Parties"). By and through each of their undersigned counsel, the Parties have reached an agreement with respect to, and request the entry of an order approving, the following:

**RECITALS**

A.    The City has reached an agreement in principle with the Retirement Systems regarding the treatment of "Pension Claims" (as such term is defined in the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May

5, 2014) (Docket No. 4392) (the "Plan"))[1] as described in the Plan and/or the Disclosure Statement, provided that (1) both Classes 10 and 11 vote to accept the Plan; and (2) the funding contemplated by the State Contribution Agreement and the DIA Settlement is actually committed, subject to the fulfillment of the conditions that accompany such funding (the "Funding Commitments"). Nothing herein is intended to alter, amend, or expand those agreements or agreements in principle.

B.    The Parties executed a stipulation dated May 9, 2014 (the "Original Stipulation") that modified certain deadlines established by this Court's Fourth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (Docket No. 4202) (the "Fourth Amended Scheduling Order"). The Original Stipulation was approved by Order of the Court entered on May 9, 2014 (Docket No. 4587). The Original Stipulation contained dates for the Retirement Systems to file and serve various papers and pleadings, including objections to confirmation and expert reports, which dates varied depending on certain contingencies, namely (a) the "Funding Commitments" and (b) Classes 10 and 11 support for the Plan.

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Plan, the Scheduling Orders or in the June Stipulation (defined below).

D.     On June 9, 2014, the Court entered its Fifth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (Docket No. 5259) (the "Fifth Amended Scheduling Order").

F.     Pursuant to the First Amended Stipulation Modifying Certain Plan Discovery and Pleading Deadlines for Certain Non-Debtor Parties filed on June 20, 2014 [Docket No. 5473] (the "June Stipulation"),  the Parties agreed that if on or before July 21, 2014, a tally of votes is filed in the Court showing that (a) Classes 10 and 11 have voted to accept the Plan and (b) the Plan has not been materially modified to the detriment of Holders of Claims in Class 10 or 11 then the Retirement Systems may file in Court their brief supporting confirmation on July 22, 2014, among other pleadings and reports.  The Court entered an Order approving the Stipulation on June 20, 2014 [Docket No. 5482].

G.     At present, voting on acceptance or rejection of the Plan by all creditor classes, including Classes 10 and 11 has been substantially completed, but the outcome is not known.  The official tally of such vote is scheduled to be filed with the Court on or before July 21, 2014.  Assuming Classes 10 and 11 have voted to accept the Plan, the Retirement Systems have requested an additional week to file a brief in support of confirmation of the Plan in order to properly address issues that have been raised by creditors and other parties, particularly as those issues arise under section 1129(b) of the Bankruptcy Code if one or more

creditor classes reject the Plan. The Retirement Systems also have requested the right to supplement the brief in support of confirmation if additional objections to the treatment of retirees claims are filed on or about August 5, 2014.

H.      In addition, the City informs the Retirement Systems that it plans to file shortly an amended Plan, which may include additional provisions that affect the Retirement Systems and the claims of the retirees.

I.      In light of the above circumstances, the Parties have agreed to seek a revision of the deadline set forth in the June Stipulation to extend the Retirement Systems' time to file a brief in support of confirmation until July 29, 2014 and to provide the opportunity for the Retirement Systems to file a reply on August 8, 2014 to any supplemental objections to the treatment of retiree claims filed on or before August 5, 2014.

## STIPULATION

NOW, THEREFORE, it is hereby stipulated and agreed by and among the Parties, through their undersigned counsel:

1.      The Retirement Systems may file and serve their brief in support of confirmation of the City's Plan on or before July 29, 2014.

2.      The Retirement Systems may file and serve on or before August 8, 2014 their brief in response to supplemental objections that are filed which address the treatment of Pension Claims.

3.     The provisions of the Fifth Amended Scheduling Order and the June

Stipulation remain in full force and effect, except as modified by this Stipulation.

Dated:   July 20, 2014                         Respectfully submitted,

/s/ Robert D. Gordon                           /s/ Heather Lennox
Robert D. Gordon (P48627)                      David G. Heiman (OH 0038271)
Shannon L. Deeby (P60242)                      Heather Lennox (OH 0059649)
CLARK HILL PLC                                 JONES DAY
151 S. Old Woodward Avenue                     North Point
Suite 200                                      901 Lakeside Avenue
Birmingham, Michigan  48009                    Cleveland, Ohio 44114
Telephone: (248) 988-5882                      Telephone:  (216) 586-3939
Facsimile: (248) 988-2502                      Facsimile:  (216) 579-0212
rgordon@clarkhill.com                          dgheiman@jonesday.com
sdeeeby@clarkhill.com                          hlennox@jonesday.com


Counsel to the Police and Fire                 Bruce Bennett (CA 105430)
Retirement System of the City of               JONES DAY
Detroit and the General                        555 South Flower Street
Retirement System of the City                  Fiftieth Floor
of Detroit                                     Los Angeles, California 90071
                                               Telephone:  (213) 243-2382
                                               Facsimile:  (213) 243-2539
                                               bbennett@jonesday.com

                                               Jonathan S. Green (MI P33140)
                                               Stephen S. LaPlante (MI P48063)
                                               MILLER, CANFIELD, PADDOCK
                                               AND STONE, P.L.C.
                                               150 West Jefferson
                                               Suite 2500
                                               Detroit, Michigan 48226
                                               Telephone:  (313) 963-6420
                                               Facsimile:  (313) 496-7500
                                               green@millercanfield.com
                                               laplante@millercanfield.com

                                               *Attorneys for the City of Detroit*

# CERTIFICATE OF SERVICE

I, Robert D. Gordon, hereby certify that the foregoing document was filed and served via the Court's electronic case filing and noticing system on July 20, 2014.

By:   */s/ Robert D. Gordon*
      Robert D. Gordon (P48627)