UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


IN RE:  CITY OF DETROIT,          .          Docket No. 13-53846
        MICHIGAN,                 .
                                  .          Detroit, Michigan
                                  .          July 15, 2014
                        Debtor.   .          9:30 a.m.
. . . . . . . . . . . . . . . .


             HEARING RE. OBJECTIONS TO CHAPTER 9 PLAN
              BEFORE THE HONORABLE STEVEN W. RHODES
               UNITED STATES BANKRUPTCY COURT JUDGE


APPEARANCES:

For the Debtor:         Jones Day
                        By:  HEATHER LENNOX
                        222 East 41st Street
                        New York, NY  10017
                        (212) 326-3837

For the Official        Dentons US, LLP
Committee of            By:  CAROLE NEVILLE
Retirees:               1221 Avenue of the Americas, 25th Floor
                        New York, NY  10020-1089
                        (212) 768-6700

                        Detroit Water and Sewerage Department
                        Mr. Darryl Latimer, Deputy Director and
                        Chief Customer Service Officer

                        Dempsey Addison
                        Hassan Aleem
                        Audry Bellamy
                        Harold Franklin Bryant
                        Thomas Cattron
                        Gisele Caver
                        Ronald Clegg
                        Jo Ann Cooper
                        Rita Dickerson
                        Jamie Fields
                        Fabris Fiorenzo
                        Jesse Florence, Sr.
                        Gerald Galazka
                        Deborah Graham
                        Andrea Hackett
                        Kristen A. Hamel

APPEARANCES (continued):

                        Patricia Beamon
                        Cynthia Haskin
                        Beverly Holman
                        Irma Industrious
                        Felicia Jones
                        Gerald Kent
                        Richard C. Lewandowski
                        David L. Malhalab
                        Cecily McLellan
                        Mashuk Meah
                        Amru Meah
                        Constance Phillips
                        H. Jean Powell
                        Roger D. Rice
                        Renla C. Session
                        Mark L. Smith
                        Michael Smith
                        Elaine Thayer
                        Marie Lynette Thornton
                        Jean Vortkamp
                        Mary Jo Vortkamp
                        Shirley J. Walker
                        William Curtis Walton
                        Beverly A. Welch
                        Paul C. Wells
                        Carl Williams
                        Yvonne Williams-Jones
                        Laura Wilson
                        Steven Wojtowicz
                        Lucinda Darrah

Court Recorder:     Kristel Trionfi/LaShonda Moss
                    United States Bankruptcy Court
                    211 West Fort Street
                    21st Floor
                    Detroit, MI  48226-3211
                    (313) 234-0068

Transcribed By:     Lois Garrett
                    1290 West Barnes Road
                    Leslie, MI  49251
                    (517) 676-5092

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

1        THE CLERK:  Case Number 13-53846, City of Detroit,

2    Michigan.

3        THE COURT:  Let's begin with an appearance by

4    counsel for the city, please.

5        MS. LENNOX:  Good morning, your Honor.  For the

6    record, Heather Lennox of Jones Day on behalf of the city.

7        THE COURT:  Thank you.  And let me begin by thanking

8    those of you who have taken time to come to court today to

9    tell me your thoughts about the plan of adjustment that the

10   city has filed and proposed for confirmation.  Your input

11   into this process is extremely important to the process.  I

12   want you to know and understand that.  I will listen to

13   everything you have to say and give it very serious

14   consideration.  This is obviously a matter that is of great

15   importance to you and to everyone in the city, and so what

16   you have to say is important and will be given all the

17   respect that it is entitled to, so with that introduction,

18   you all know that you have approximately five minutes each to

19   address the Court, and we will just go down the list, which

20   on my papers here is in alphabetical order, and we'll just

21   take turns.  So we'll begin with Dempsey Addison, please.

22   Are you here?  And you may proceed.

23       MS. ADDISON:  Good morning, your Honor.  I greet you

24   in the name of Yeshua, Yahweh Yeshua Ha'Mashiach, the Lord

25   Jesus Christ, and I hope and pray that we arrive at a just

1   and appropriate outcome on pension and annuity issues for

2   retirees and city workers in the General Retirement System.

3           I'm here to support in the appeal to you to

4   acknowledge current City of Detroit administrators to not

5   reduce the pension of retirees and workers who were under the

6   city's General Retirement System prior to July 1st, 2014.  I

7   will yield the indictments of city mismanagement and alleged

8   corruption to others, but I'm compelled by virtue of my

9   relationship to the pension issues to speak against the

10  unconscionable proposals and acts by those who have used

11  their influential positions to distort and poison the minds

12  of the public and perhaps the judicial system into believing

13  the city committed illegal acts with regard to the amount of

14  money committed to employee retirement funds and employee

15  annuities.  There were rules mutually agreed upon by

16  employees, Detroit City Council, the mayors, administrations,

17  the State of Michigan, and the federal government.  There was

18  nothing illegal about the pension and annuity plans.  How is

19  it overpayment on annuities when the monies were derived from

20  employees' earnings after taxes, money that was voluntary by

21  the workers according to the promised rate of interest earned

22  on the original employee investment dollars?  The annuity

23  helped the city to maximize the return on investing dollars

24  in the pension plan because the larger amount to invest, the

25  greater the opportunity for a bigger return on the

1    investment.  The employees committed their own dollars to
2    boost the pension fund as well as the annuity fund.  There
3    are hundreds of investment firms, including the banks and
4    other lending institutions, who can ask for greater interest
5    rates because of the large amount of their initial
6    investments.  Banks, credit card organizations, and other
7    investment firms command 29 percent or more on their
8    investment from loans.  Right now I have a credit card in my
9    purse, your Honor, and if I don't pay it off by the end of
10   the month, I've got to pay 29 to 31 percent on the dollar.
11   There's nothing illegal about the city employees
12   participating in a design to maximize their investment
13   through the annuity plan.  The city was able to build a
14   billion dollar pension plan because the employees maximized
15   the investment power of the pension plan.

16          Secondly, your Honor, a large portion of those
17   pension and annuity dollars were derived from federal
18   dollars.  The federal government paid city employees to
19   provide specific services to citizens of Detroit in need of
20   social, health, and employment assistance, all critical
21   support for the City of Detroit that has one of the largest
22   populations of poverty for the city of its size.  There were
23   grant-funded dollars, could only be used for that purpose.
24   There is no money to recoup from grant-funded dollars.  The
25   city signed a contract with the federal government to use

1  specific amounts for program operation and employee wages and

2  fringe benefits.  The city, for some unjustifiable reason,

3  purposely shut down grant-funded programs which provided over

4  $200 million to the city, 600-plus jobs, $200 million, income

5  tax, property tax, health insurance, pensions and annuities.

6  How can city recoup money from retirees when the money was

7  never earmarked as nondiscretional -- discretionary funds in

8  the first place?  Instead of asking employees to vote on an

9  illegal plan to take back legitimate money retirees earned on

10 their annuities and cut their pensions guaranteed by the

11 State of Michigan, ask the city to demonstrate why they

12 continue to spend millions of dollars on an added layer of

13 administrative personnel duplicating the work of current city

14 workers, $95 million, information that was shared initially

15 with this Court.  If operations were so bad on the past

16 administrations, why are they brought back to run the city?

17 This is going on right now.

18          Your Honor, the federal judge in Illinois has said

19 no to reduction to pensions.  I pray the Lord place it upon

20 your heart to leave current pensions and annuities in place

21 as well.  I thank you, and you have a blessed day.

22          THE COURT:  Thank you, Ms. Addison.  Next is Hassan

23 Aleem.  Are you here?

24          MR. ALEEM:  I'm here.  Good morning, your Honor.

25          THE COURT:  Good morning.  You may proceed, sir.

1          MR. ALEEM:  Hassan Aleem.  And one of the things I

2    want to talk about that they object to is the ballots that we

3    had.  Those ballots were not the official ballots for the

4    Bankruptcy Court.  The form that they were issued were one

5    page where they said to accept or reject the plan, and

6    underneath that you printed or signed your signature.  The

7    other ballots that we had to use were two pages, and in the

8    process of that one page had the signature on it, the other

9    one had accept or reject, and it's easy to duplicate the

10   other ballots without a person knowing about it.  The whole

11   thing on any election or balloting process is the purity of

12   that process and the fact that it can't be tampered with.

13   This one is easy.  That's really a no-brainer with two

14   separate forms, so one they can just run off copies

15   regardless of if the people vote to reject the ballot or not.

16   And I'm not saying they're doing that, but it's possible, and

17   that's the whole thing is to cut down on any corruption.  And

18   I know that former Mayor Daley of Chicago and the Daley

19   machine would be very pleased and even impressed with the way

20   that Kurtzman Carson and consultants and the Jones Day folks

21   configured those ballots for us to vote on because the mantra

22   of the Daley machine was to vote early and often, and that's

23   what people had to do with those other ballots.

24          The other thing is with the bankruptcy, the elected

25   officials, the councilmen, never voted to take us into

1  bankruptcy.  The Bankruptcy Code provides that only
2  municipalities' elected officials can go to bankruptcy, and
3  cases have been dismissed as Harrisburg and other water
4  departments where they didn't have elected officials that
5  proceeded in bankruptcy, so it's the same thing here.  This
6  case should be dismissed.

7          The other thing on the consent agreement, Act 436
8  was not followed because they have this four different groups
9  that the city could have chosen, the consent agreement,
10  emergency manager, Chapter 9 bankruptcy -- that was part of
11  one -- or a neutral evaluation process.  So even with this
12  emergency manager, the emergency manager doesn't go to
13  bankruptcy.  Those are separate categories under emergency
14  manager law, which is known as Public Act 436.

15          Now, it's interesting that there was no financial
16  review done for this because the old law, Public Act 4, was
17  repealed by a statewide vote, which in that case when a --
18  this law was brought in as a successor law, was actually --
19  it was a violation of the Constitution, federal and state, ex
20  post facto provision where you bring in something after the
21  fact, but even that they did that, part of the Michigan
22  Constitution said they had to get a three-fourth vote to
23  override a statewide amendment of the people.  That didn't
24  take place.  That was an Article II, Section 9, of the
25  Michigan Constitution.  And so with this consent judgment or

1  this emergency manager that they brought in, that he was so-
2  called grandfathered in, he was grandfathered in by the other
3  law, the previous Public Act 72, but nowhere in the Municipal
4  Emergency Loan Board Act does any of those people have the
5  authority to appoint a financial manager, emergency manager.
6  They don't have the authority to appoint anybody to run a
7  municipality or school district.  That law has been -- it was
8  back in 1980.  It has been amended twice, amended two other
9  time.  Nowhere does it say that.  So this man is here without
10  any legal authority, so there is no authority -- state
11  authority, no state law that the bankruptcy law, Title 11,
12  says they have to have.  They have to have -- they have to be
13  able to point to a state law in order for them to even go to
14  bankruptcy.  That never happened.  The state law that they're
15  using, 436, specifically says in Section 8 -- 13 -- Section
16  13 says that this section does not authorize the impairment
17  of vested pension benefits, so you have a person that is
18  violating their own law that they're purporting to be under.
19          THE COURT:  Sir, your time is up.  Do you need --
20          MR. ALEEM:  Thank you.  Thank you very much.
21          THE COURT:  Okay.  You're welcome.  Thank you, sir.
22  Next on our list is Wilson Allen.  Wilson Allen.  Laurence
23  Aurbach.  Laurence Aurbach.  Laurence J. Aurbach.  Okay.
24  Dorothy M.W. Baker.  Dorothy Baker.  Patricia Beamon.
25  Patricia Beamon.  Audry Bellamy.  And you may proceed.

1          MS. BELLAMY:  Good morning, your Honor.  I want to

2    thank you for this opportunity to express my objection to the

3    city's plan of adjustment.  I stated my name is Audry

4    Bellamy.  I'm a current 17-year employee with the City of

5    Detroit, work in the finance assessments division.  I'm also

6    president of the Senior Accountants, Analysts and Appraisers

7    Labor Association.  I object to this plan of adjustment

8    because I don't feel it's about bankruptcy.  Rather, I feel

9    it's about the death of the middle class.  And I say that

10   because I received my MBA in finance in 2011, and during my

11   research I came across a article that talked about how the

12   Republican party had received hundreds of millions of dollars

13   from global interests to reduce the salaries of American

14   workers so that these global interests could afford to come

15   over here and do business.  And then I read the water

16   department's 2012 audit report and saw that the state had

17   passed a law stating that the city's water department could

18   not use its funds to support the city's general fund.  And

19   right then I knew that this bankruptcy was part of a much

20   grander scheme, a scheme that included attacking the middle

21   class.  Well, once the Republicans put -- you know, got their

22   cabinet together in Lansing, they set out to do just that.

23   They put their security plan in action.  They raised taxes on

24   the middle class, both income and property taxes.  They even

25   taxed their pensions.  And instead of paying the bills that

1   were due to the city, they withheld those funds.  That
2   effectively reduced the budgets of all city departments,
3   especially the police, fire, and EMS departments.  And with
4   this safety net pulled out from under people, it changed the
5   demographics of a city just like that.  The middle class
6   pulled up stakes, and they left, but the powers that be did
7   not stop there.  They continued all the ugly things that they
8   could think of to make workers want to leave.  They
9   threatened to reduce their pensions.  They threatened to
10  increase their healthcare costs.  They even contracted out
11  their jobs at costs that were higher to the city.  They sent
12  in Kevyn Orr and his company to treat the city like a
13  corporation and to treat us like at-will workers rather than
14  the civil service employees that we are.  They quickly filed
15  bankruptcy to ignore the state's Constitution that protects
16  pensioners and set out to choke off the city's money supply
17  with threats to sell off all its assets.  However, selling
18  the city's assets I don't believe was ever part of their
19  scheme.  It was to have the state take control of those
20  assets and use them to allow millionaires and billionaires to
21  make millions and billions more while bringing in more money
22  to the state and, of course, the Republicans' campaign chest.
23  Taxes were raised on the middle class while newcomers to
24  Detroit paid no income or no real estate taxes at all,
25  gentrifying of the downtown and midtown areas, the Cass

1 Corridor.  And even Belle Isle began displacing the poor and

2 homeless with no provisions left for them at all.  They lured

3 in newcomers at nearly no cost to them.  You see, they

4 exempted these newcomers from state and city income taxes as

5 well as city property taxes, but just like many businesses

6 have proven in the past, they're just here for the ride.  You

7 see, when it comes time for these people to pay, they're

8 going to leave or try to force an extension on their

9 abatements.

10 We've experienced many broken promises time and

11 again by Orr, Jones Day, and even Mike Duggan, but yet now

12 they tell us to trust them.  They tell us to support their

13 programs.  When they were doing all their dirt, nobody came

14 to me and asked for my permission.  Nobody came and asked me

15 to sign anything.  And to do so now tells me, sir, that

16 somebody needs my permission.  I will never, ever, ever give

17 my permission for anybody to do harm to me let alone kill me.

18 Thank you.

19 THE COURT:  Thank you, ma'am.  Harriett Billingslea.

20 Harriett Billingslea.  Bonnie Bizzell.  Bonnie Bizzell.

21 Leonard Brogdon.  Leonard Brogdon.  Minnie Brogdon.  Harold

22 Frankin Bryant.  Mr. Bryant, you may proceed.

23 MR. BRYANT:  Thank you.  Good morning.  I object to

24 these proceedings because I feel that this is a violation of

25 Michigan laws, in particular, the Michigan Constitution,

1    Article I and Article IX.  Article I speaks to the people,

2    the will of the people's vote and having the power there and

3    not just a particular interest or just a small interest, and

4    the people did vote to repeal the EM law, but that vote

5    wasn't honored.  Also, the Constitution, Article IX, speaks

6    to protecting the pensions and meaning that the pensions

7    won't be diminished in any way, and obviously that's

8    happening now.  Also, there's a violation of the Michigan

9    Gaming Act, and that speaks to the swaps deal as it's called.

10   To me I believe that the casino revenues are misused, and I

11   don't see how an investigation won't be -- you know, come

12   about to really see what happened with that because it went

13   from a conservative fixed rate -- interest rate in order to

14   invest into the bonds to -- it shifted to a risky variable

15   rate, and my question is who authorized that.  And whoever it

16   is is the one that should really be held responsible.  It's

17   not the city workers that did that and made that decision.

18   And if that's the case, the deal will be illegal, and to me

19   the city wouldn't owe anything.  In fact, $300 million plus

20   might go back to the city.  That's it.  Thank you, your

21   Honor.

22            THE COURT:  Thank you, sir.  Eileen Burns.  Eileen

23   Burns.  James Capizzo -- or I'm sorry -- James Capizzo.

24   Denise or Thomas Cattron.

25            MR. CATTRON:  Good morning, your Honor.

1          THE COURT:  Good morning, sir.  You may proceed.

2          MR. CATTRON:  Thank you.

3          THE COURT:  Is Denise here?  Does she wish to speak?

4          MR. CATTRON:  Denise is here.  She's disabled, and

5     she -- our viewpoints on this matter are parallel --

6          THE COURT:  Okay.

7          MR. CATTRON:  -- so she's --

8          THE COURT:  Okay.

9          MR. CATTRON:  -- just going to observe.

10         THE COURT:  Thank you, sir.

11         MR. CATTRON:  I started work with the city as a co-

12    op and then as a student intern, but then I was finally hired

13    in -- under the CETA program, which is Comprehensive

14    Employment and Training Act.  It was a law by then President

15    Nixon, and it funded part of our wages during that time

16    period for a couple years.  Basically, the rights that we had

17    at that time were hospitalization, medical, death benefit,

18    pension, annuity, optical and dental, et cetera, but now it

19    appears that these legal proceedings that we're facing now

20    are having a disparative impact on those underemployed and

21    unemployed CETA participants who started their careers with

22    the city in the mid-'70s.  They were primarily low income and

23    minority, and these appear to be the target group of the

24    clawback adjustments because of the date range of the period

25    being 2003 to 2013, and I believe that that selection is

1   unfair and discriminates against that group.

2        I also retired from the Detroit Department of

3   Transportation, and as the city and as well as the state

4   receiving federal grants under the Federal Transit

5   Administration, they have a law, 49 U.S.C., Section

6   5333(b)(2)(A), that basically says that if an entity accepts

7   these grants, then they are obligated to preserve the rights,

8   privileges, and benefits, including continuation of pension

9   benefits and rights for those employees.

10        THE COURT:  Can you give me that citation again?

11        MR. CATTRON:  That citation is 49 U.S.C., Section

12   5333(b)(2)(A).

13        THE COURT:  Thank you.

14        MR. CATTRON:  Yes, sir.

15        THE COURT:  We'll have a look at that.

16        MR. CATTRON:  Please.  I would appreciate that.

17   And, again, that's formed by -- MDOT as well as the City of

18   Detroit are bound by those terms.  And I did send e-mails to

19   some of the court-appointed representatives, but I didn't get

20   a response.  Okay.

21        My third point was that the city -- I received W-2's

22   and 1099-R's from the city as an employee and then later as a

23   retiree.  My retirement, which is my pension and annuity

24   benefits, have a different tax ID number than my normal

25   wages, which, in my opinion, the city is a separate legal

1  entity than the entity that pays retirees.

2          THE COURT:  Um-hmm.

3          MR. CATTRON:  As such, I don't necessarily believe

4  that we are creditors of the city because the city does not

5  identify to the IRS that they're making payments directly to

6  us.  Again, I do understand and respect your decision on the

7  state Constitution issue, but I'd just like to bring to the

8  Court's attention that --

9          THE COURT:  Your time is up.  Do you need one more

10  minute?

11          MR. CATTRON:  -- yes, I do, please -- that the U of

12  M Ann Arbor case -- in that ruling from the Sixth Circuit

13  appeals, they basically said that in that case the lower

14  court had no authority to set aside the Michigan laws.

15          And quickly I would just like to say that with the

16  clawback, the city guaranteed a floor of 7.9 percent on the

17  annuity and a bonus if it earned more, but in the actual

18  pension booklet it says that that can be paid either by

19  employee contributions or contributions from the system, and

20  in the book the system is talking about the entire Retirement

21  System, so I disagree with the statements from the debtor

22  that say that there may have been something, you know,

23  fraudulent done in terms of those payments.

24          THE COURT:  What page of the book is that?

25          MR. CATTRON:  I believe that's on page 15, and there

1   are different revisions of this book, so just because it has

2   a green cover doesn't mean it's from the same era.

3          THE COURT:  Do you mind if we make a copy of that

4   page and then give it back to you?

5          MR. CATTRON:  No, I don't.  Actually, I brought you

6   a copy.

7          THE COURT:  Oh, all right.  Even better.  Thank you.

8   You can just hand that up to us.  No.  No, sir.  You can keep

9   the book.  I'll accept your representation that that's a copy

10  of it.

11         MR. CATTRON:  Okay.

12         THE COURT:  And your time is up, sir.

13         MR. CATTRON:  Okay.  Thank you very much.

14         THE COURT:  Thank you.  And thank you for the

15  citation and for this as well.  Next we have Gisele Caver or

16  Caver.  How is your name pronounced?

17         MS. CAVER:  Gisele Caver.

18         THE COURT:  You may proceed.

19         MS. CAVER:  Good morning, sir.  As stated, my name

20  is Gisele Caver.  I'm a retired Detroit police sergeant.

21  Being a police officer, sir, was what I chose to do.  In the

22  early '70s when my older brother graduated from the Police

23  Academy, there was a female officer receiving an award when

24  she went to London to study, and that was Mary Jarrett.  And

25  I just graduated from high school, and I said, "I can do

1  that."  And I decided then I wanted to be a police officer,

2  and I joined the department in 1975, came in when Coleman

3  Young was starting with affirmative action trying to get

4  minorities.  And it was difficult at times being in a scout

5  car with an officer that would not speak to you or walking a

6  beat with an officer that did not want to work with a female,

7  but I stuck with it because that's what I wanted to do.  And

8  I kept on until I became a sergeant and came back to

9  supervise some of those officers that refused to talk to me

10  when I was a rookie because this is what I wanted to do.

11       My last couple years on the police department was

12  difficult because I was diagnosed with systemic sarcoidosis,

13  a disease that has no cure.  The department didn't know what

14  to do with me because they didn't know what the disease was

15  about, and early on there was not a lot of research on the

16  disease, so I had to come to work sick.  I had to come to

17  work in pain.  I was taking steroids in order to control the

18  disease, and then I was on pain medications and went through

19  an early menopause, so I was one crazy lady, but I wanted to

20  keep my job.  So now that I've been retired since 2000 and

21  I'm considered disabled, to take away my insurance -- and I

22  have to buy insurance on the marketplace.  My insurance is

23  higher because most of my doctors are specialists, and they

24  are much more expensive than the regular doctors.  In March

25  when I went to get my insulin, it was $650 for two months.  I

1  can't afford that on my pension.  So I can't speak to you
2  about legal precedents and all those things, but I can tell
3  you being a police officer is what I wanted to do.  That was
4  my choice in life.  And to take away my pension and my
5  medical, I want to be able to live these last few years of my
6  life because there's no cure for my disease, and I can't do
7  it.  And I would hope you would take this into consideration
8  that my life is at stake because I can't afford the
9  insurance.  They can't cure my disease, but they can make me
10  comfortable these last few years, and I hope that you would
11  take that into consideration.  I do apologize for being
12  emotional, but this is my life.
13          THE COURT:  Thank you, ma'am.  Next is Ronald Clegg.
14          MR. CLEGG:  Good morning.
15          THE COURT:  Good morning, sir.  You may proceed.
16  You may proceed.
17          MR. CLEGG:  I worked for the Water and the Sewage
18  Department at the wastewater treatment plant as an OSHA
19  certified general industry specialist and a head sewage plant
20  operator my last 15 out of 30 years.  I felt compelled to
21  write to you because I have been under a lot of stress
22  lately, and I really don't think anyone has heard us or me.
23  I started at the plant as a sewage plant attendant.  After
24  working a few years, there was some kind of money issue, and
25  they decided to cut our pay by ten percent and end the

1   overtime in the operations and maintenance department.  A few
2   years later it happened again.  This pay cutting and stopping
3   overtime got to be a regular thing every few years.  It
4   seemed to us workers that every time the City of -- city or
5   the department got into trouble, they would take it out on
6   the employees instead of the people that made the poor
7   decisions.  We could have helped them.  Everyone that had a
8   position or a job knew at least one way to make his job
9   better and more cost-effective, but they never wanted to hear
10  from us or our suggestions were never taken, but they would
11  cut our pay by ten percent and raise our medical costs.
12          I retired in 2012.  I was not ready to go, but I
13  could no longer get anything done or accomplished at work.  I
14  was looking forward to a reasonable pension and good health
15  benefits the rest of my days.  Now here they come again.  I
16  no longer work for them, and they still want me and others
17  like me to pay for their mistakes.  Taking my healthcare was
18  not enough.  Now they want to take back my pension that I
19  earned for 30 years.  Thank you.
20          THE COURT:  Thank you, sir.  Jo Ann Cooper.
21          MS. COOPER:  Good morning, Judge.
22          THE COURT:  And you may proceed, Ms. Cooper.
23          MS. COOPER:  Okay.  I worked at the Detroit Public
24  Library for 30 years.  I retired in 1997.  Never was there a
25  time that I was led to believe that in the future that the

1   state government could take away my pension or my healthcare,
2   never.  I am an American citizen.  I work.  I pay my taxes,
3   those that are required for me to pay.  I live within the
4   City of Detroit on the east side.  There's a lot of decay in
5   that area.  There's a lot of blight.  I am a homeowner, been
6   there for 40 years.  I have never wanted to leave Detroit.
7   I've always been here since I was eight years old.
8           I do not believe that the City of Detroit is broke.
9   I have no proof of it.  I do not believe they're broke.
10  There has been a lot of lies over the years about the economy
11  in Detroit and the finances.  There are too many people that
12  are paid to oversee the financial stability of this city.
13  The City Council is one.  We have auditors.  We have
14  bookkeepers.  Someone should have discovered discrepancies
15  and delinquent accounts ten, fifteen, and twenty years ago.
16  As a retiree -- I did clerical work -- my pension is small.
17  I'm 70 years old.  I should not have to at this time in my
18  life worry about a handout in the future, welfare.  And at
19  the rate that this state is going, it could easily become a
20  welfare state, and workers in this city, we earned our
21  compensation we worked for, and it should not be taken away
22  from us.  And, Judge, I really hope that you -- I know you
23  know who's to take care of our books and the finances.  I
24  wish you would look deeper to make sure that no other
25  corruption has been done and people are hoarding our dollars.

1   We need it.  I need mine.  Thank you.

2         THE COURT:  Thank you, ma'am.  Ronald Danowski.

3   Ronald Danowski.  Lucinda J. Darrah.  Lucinda Darrah.  Eric

4   Davis.  Eric Davis.  Willie Davis.  Lewis M. Dickens, III.

5   Rita Dickerson.  You may proceed.

6         MS. DICKERSON:  Your Honor, I am a City of Detroit

7   retiree, and last year this time I was diagnosed with

8   lymphoma cancer.  And I underwent many MRI's, CAT scans, all

9   types of medical procedures, biopsies, and finally I ended up

10  taking chemotherapy.  And for me personally, it was horrific.

11  It was so bad that I literally wanted to die rather than to

12  continue with the chemotherapy.  And it's sad to me today to

13  stand before you and to feel that I dodged a bullet by having

14  the cancer last year and not having it this year because of

15  the cuts in our medical care.  Our deductible has quadrupled.

16  Our maximum out-of-pocket has doubled.  Of course, my pension

17  is going to be cut because of the recoupment.  And in regards

18  to the recoupment, your Honor, I would request that you order

19  that all of the people that are being asked to return an

20  alleged amount of money to the city, that we be given

21  documentation of that amount.  We were given -- I know in my

22  case I was given an amount that I owe -- an alleged amount

23  that I owe, how much would be taken out every month, and

24  according to my computation, sir, that amount would be paid

25  off in 11 years, but I was given documentation that I would

1  be paying that for the rest of my life.  I would request that

2  you order that we be given the amount of money we had in our

3  accounts every one of those ten years, the interest that was

4  given to us every one of those ten years, so that we can

5  check the figures that were given to us.  We need that, your

6  Honor.

7          Also, I object that the pension that General

8  Retirement System retirees are being offered is substantially

9  less than another class has been offered.  I paid into the

10 Social Security system for approximately 45 years.  I had

11 money taken out of my check all of those years, and I helped

12 to support the Medicare, Social Security system all of those

13 years.  And to be told that I am going to be given less of a

14 pension than another class is like a slap in the face when

15 the other class did receive all of their money.  They didn't

16 have money taken out of their paycheck, and that money could

17 be used for whatever they wanted to use that money for.  They

18 could have saved it, invested it.  And I do want to state

19 that I'm not saying that anything should be taken away from

20 the other class, but I'm saying that we should be offered the

21 same, if not more of a pension than the other class because

22 our pensions generally are one-half of what the other class

23 receives.

24          I also object, sir, that -- your Honor, that we were

25 asked to vote on this plan before the appeal.  It would seem

1   to me that the appeal would have reached a verdict and then

2   we would vote on it.  We would find out the results of the

3   appeal and then be asked to vote, if necessary.  Thank you,

4   your Honor.

5        THE COURT:  Thank you.  Sandra Evans.  Sandra Evans.

6   Jamie Fields.

7        MR. FIELDS:  May it please the Court, your Honor,

8   Jamie Fields.  I'm a retired Detroit police officer.  I have

9   two issues I would --

10       THE COURT:  Let me tell you, sir, that I have found

11   the paperwork that you have submitted particularly articulate

12   and thoughtful and well-researched, and I want to thank you

13   for that.

14       MR. FIELDS:  Thank you, your Honor.

15       THE COURT:  I need you to lift up that microphone so

16   it's pointing right at you.

17       MR. FIELDS:  I have two issues that I'd like to

18   address to the Court today.  The first issue is under the

19   best interest test.  Under the best interest test, the city

20   has an obligation to show that retirees would receive better

21   treatment under the plan than otherwise they would receive

22   outside the plan.  In this case, outside the plan retirees

23   could have state law remedies which include Article IX,

24   Section 24, of the Michigan Constitution, enforcing that.

25        Now, the counterargument could be, well, even if we

1   were successful, the city doesn't have any money.  However,
2   if you look at the legislative history of Article IX, Section
3   24, and the attorney general's opinion, Frank Kelley --
4           THE COURT:  I have to interrupt you again and ask
5   you one more time to move that microphone right pointed at
6   you --
7           MR. FIELDS:  Okay.
8           THE COURT:  -- because the people in the other
9   room --
10          MR. FIELDS:  All right.
11          THE COURT:  -- are having a hard time hearing you.
12          MR. FIELDS:  Attorney General Frank Kelley and the
13  legislative history shows that in the event that the city did
14  not pay pensions to retirees, they would have a claim against
15  the assets of the city, and they could force a sale.
16          Another argument that could be raised against that
17  would be that in Bankruptcy Court the other creditors could
18  ask for equitable distribution of that money.  However, since
19  the pension plan -- since the city is paying zero money
20  toward the unfunded liability, even an equitable distribution
21  of the proceeds from any asset sales would yield ten to
22  fifteen percent -- recovery would yield more than the grand
23  bargain would yield to the pension system.
24          There's been much made about the unfunded liability,
25  but what the city's actuarial did, they took a snapshot in

1    time, and an unfunded liability is not intrinsically wrong.

2    An unfunded liability is basically like having a mortgage, a

3    house.  If you own the house for $200,000, you have a

4    $120,000 mortgage, that's $120,000 unfunded liability.  As

5    long as you have revenue and you can continue working it, you

6    have 30 years to pay off that.  Same thing with pensions.

7    It's not a problem.

8         The other issue I want to raise is the city

9    improperly combined classes, unimpaired creditors with

10   impaired creditors in Class 10, and one of the fundamental

11   rules of bankruptcy is that only impaired creditors should

12   have the right to vote because they have skin in the game

13   basically.  And in Class 10, 40 percent of Class 10 is made

14   up of what's called old plan retirees.  Old plan retirees are

15   people who do not get any COLA in a traditional sense.  They

16   get COLA based on raises that active police and fire fighters

17   get.  Active police and fire fighters have not had a raise

18   since 2004.  In fact, they've taken a cut since 2008.  So

19   even if the assumed wage inflation of the plan is true and

20   the promises are kept, active employees aren't going to be

21   back to their 2008 wages until 2018.  Therefore, retirees --

22   old plan retirees would not be eligible for any type of wage

23   increase in their pensions until 2019.

24        Now, I know some courts have broadly construed

25   impairment to be nominal or the barest impairment, but the

1  city is really overreaching because there's no authority for

2  this type of speculative or hypothetical impairment that the

3  city has allowed 40 percent of the voters to vote for.  And

4  with that I thank your Honor for your patience.

5         THE COURT:  Thank you, sir.  Next is Fabris

6  Fiorenzo.

7         MR. FIORENZO:  Good morning, your Honor.

8         THE COURT:  You may proceed.

9         MR. FIORENZO:  First I want to thank the Court for

10  the opportunity to voice my objections and concerns regarding

11  the proposed plan of adjustment.  I also wish to take this

12  time to thank all the people who worked hard to help the City

13  of Detroit retirees, and, finally, I want to thank the State

14  of Michigan and the corporations and the individuals who

15  provided financial support so that the drastic pension

16  reductions would be somewhat mitigated.

17         In May of 2014, the court-appointed Retiree

18  Committee and their legal advisor, Dentons, held an

19  informational meeting to inform and explain the plan of

20  adjustment.  Unfortunately, this meeting failed to address my

21  many concerns.  Therefore, I filed my objection with the

22  Court.  Subsequently, in June the City of Detroit Pension

23  Board held another informational meeting on this matter.  I

24  found this presentation to be more effective.  I was made

25  aware that they had their own accountants, actuaries, lawyers

1   review the situation.  Unless there was some deception

2   somewhere, I am convinced they did a good job and conditions

3   are as described to us.  Alternative A, the plan of

4   adjustment, appears to be the best of the available options

5   put forth.  However, I don't believe all of the other

6   responsible parties have done their share.  I don't think the

7   federal government is doing enough to assist with this

8   problem.  It is my belief that the economic policies of the

9   federal government played an important role in Detroit's

10  current situation.  Further, they were able to assist the

11  American automakers.  Why can't they provide assistance to

12  help restore our pensions?  The State of Michigan is

13  contributing 195 million.  The loss of state revenue sharing

14  to Detroit over the last ten years has been estimated to be

15  over 700 million.  Our pension reductions are estimated to be

16  200 to $300 million.  I think the state should do more.

17          And what is Detroit's contribution?  As far as I can

18  tell, they are not contributing anything.  They get to start

19  off with a clean slate.  I think we all want to see Detroit

20  do well, but what happens if five, ten, twenty years down the

21  road Detroit is doing very well?  It's a thriving community,

22  population growth, businesses and homeowners are paying their

23  taxes and water bills.  The city is exercising good fiscal

24  policy.  What do the pensioners get?  Nothing.  I think that

25  if Detroit recovers, which I hope it does, and does well, the

1 pensioners should receive some compensation for their forced
2 contribution.

3        When we agree to Alternative A of the plan of
4 adjustment, we also agree to terminate the existing legal
5 appeals or initiate new ones.  Why is that?  Obviously there
6 will be some cost savings in the litigation, but why not find
7 out the answers?  It has been repeatedly emphasized to us
8 that there's no money, and even if we should win the appeals,
9 which, again, was repeatedly emphasized is highly unlikely,
10 there is no money, and the state will not be liable despite
11 the Constitutional provision, so let the appeals go through.
12 If there's no deception and everything has been above board,
13 then allowing the appeals to proceed will add closure and
14 acceptance to the entire situation.

15        I hope that the Court would carefully consider all
16 the concerns and objections that have been presented here
17 today, and, further, may it be endowed with the wisdom of
18 Solomon when it deliberates and makes its decision.  Thank
19 you again for the opportunity to voice my objections.

20        THE COURT:  Thank you, sir.  Gerald F. Fischer.
21 Jesse Florence, Sr.

22        MR. FLORENCE:  Good morning, your Honor.

23        THE COURT:  Good morning.  You may proceed, sir.

24        MR. FLORENCE:  Yes, sir.  Your Honor, I'm a retiree
25 from the City of Detroit.  I worked for the Department of

Transportation for 36 years driving a bus. I can recall many days that I went to work even though I might not have felt like it because I knew that I had a pension and healthcare coming when I retired. I know that some sacrifices have to be made, but I never thought I would be struggling to get healthcare and my benefits, reductions in pensions.

My wife and I used to pay $152 per month for healthcare coverage. When our city-provided healthcare insurance was eliminated March 1st, 2014, we were forced to seek out my own healthcare. It went from $152 to $1,026 per month. Now I have to make an adjustment and try to come up with some money somewhere else. It's not including the high cost of higher copays for physicians' visits nor necessary medications for medical conditions. This is devastating as we have other obligations, food, utilities, car insurance, property taxes, charge cards and just to name a few. Most seniors are taxpaying citizens who will be forced to find affordable housing if they lose their homes or face relocation because of the high price to live in Detroit.

Recently my daughter just graduated from college and is contemplating returning to graduate school. Who will assist her if we aren't able to do so? I have always prided myself on supporting my children in their endeavors up until now. I have fear that I wouldn't be able to do so. I humbly request that you give the best financial consideration

1  possible for me and other pensioners to live the life that we

2  worked so hard for.  Thank you, your Honor, for your time,

3  and that's going to be it, your Honor.

4          THE COURT:  Thank you, sir.  Paula Ford.  Paula

5  Ford.  Gerald Galazka.

6          MR. GALAZKA:  Good morning, your Honor.  My name is

7  Gerry Galazka.  I prepared a document because I'm not a good

8  public speaker.  I'm a general retiree for the City of

9  Detroit and worked for the Recreation Department for 35

10  years.  It is unclear whether approval of the grand bargain

11  will avert the drastic and disastrous cuts to pensions

12  proposed in the plan of adjustment.  Nonetheless, the

13  fundamental objection still exists and need to be addressed.

14  The big question is whether a state that guarantees

15  protection in the Constitution -- in its Constitution can

16  diminish and avert its financial obligations through

17  bankruptcy.  It is my belief that diminishing pension

18  benefits is not only illegal but morally reprehensible.

19  Individuals that worked 30 years or more for the city had

20  very little to do with the mismanagement, corruption, and

21  investment decisions made by city officials and trustees that

22  managed taxpayer dollars and pension funds.  City employees

23  had very little control of how city finances and pension

24  funds were managed.  Employees contributed to their annuity

25  and retirement accounts and relied on city officials and

1   trustees to invest and manage those funds responsibly and
2   within the law.  They did their jobs day-in, day-out, with
3   the promise that they would have adequate resources to live
4   out their lives without being a burden to society, their
5   families, as old age and health problems make life challenges
6   just a bit more complicated.  As unpopular and politically
7   damaging it may be to an administration, taxpayers may be
8   saddled with the responsibility to secure those pensions.
9   The question remains who pays the unfunded pension debt.  If
10  a state can't solve its responsibility to protect pensions
11  through bankruptcy, then Article IX, Section 24, of the
12  Michigan Constitution is meaningless.
13          My second objection to the plan is that pensioners
14  are treated unequally.  The police and fire retirees are
15  treated more favorably than the general retirees.  I believe
16  that the pension obligations except perhaps the annuity
17  savings fund recoupment should be the same and the sacrifice
18  shared equally.  For any proposed plan to be confirmed, it
19  must be fair and equitable.  In the future, it may be better
20  to merge both systems into one so that employees are treated
21  equally and reduce costs to the city.  This plan places undue
22  hardship on general retirees.
23          Last, the plan does not have a mechanism in place to
24  insure that the city will not be back in five years asking
25  for more concessions from retirees.  The city and the

1   trustees of the pension funds have a fiduciary responsibility

2   to make sure that pension funds are properly managed and

3   funded.  Unlike private pensions, there are no external

4   controls for the governance of public pensions by either the

5   state or the federal government.  There needs to be a

6   mechanism that audits the financial conditions of public

7   pensions in order to insure that they are financially sound

8   and do not engage in risky investments that put retiree

9   benefits in jeopardy.  If there is no oversight of pension

10  funds or city finances, then we can be in the same situation

11  in a very short time after the next economic disaster.

12          In closing, retirees had very little control over

13  their pension funds and how the city was managed.  I believe

14  that the state has an obligation to uphold the Constitution

15  and make pensioners whole.  Thank you for your time.

16          THE COURT:  Thank you, sir.  Deborah Graham.  You

17  may proceed.

18          MS. GRAHAM:  Good morning, your Honor.  My name is

19  Deborah Graham.  I retired as assistant program coordinator

20  and project manager with the City of Detroit, but most of all

21  I'd like to be recognized as a working class citizen.  I am a

22  member of the hard working citizens that historically

23  provided an economic backbone to the city and continue to

24  provide an economic backbone to the city.  The aged working

25  class population in Detroit has become vulnerable to become

1   not only a city with the largest bankruptcy in history but

2   the largest age discrimination population at risk of facing

3   poverty based on bankruptcy lifespan projections.  This is

4   humane.  We have been stripped of healthcare, a humane

5   burial, and heavily taxed.  By the end of this bankruptcy, I

6   project that our lifespan -- we will receive 50 percent or

7   less of the pension that we worked for for over 30 years, and

8   this will not only affect us, but it's going to affect the

9   city and the state because we will be social welfare

10  citizens.

11        But I would like to say also that last month

12  Governor Rick Snyder stated that there are four elements that

13  will improve the quality of life for Michigan older

14  population.  He said the four areas that needed to be

15  improved are living a healthy lifestyle, remaining active and

16  engaged, insuring financial security during retirement, and

17  retaining independence and choice.  I have tried to do this

18  to my best of my abilities, and we would like for you to help

19  us to continue this in Detroit and in Michigan for retirees.

20  Your judgment in securing government pension would spare us

21  hardship for wrongful transgression as we grow older as an

22  aging population to a quality of life.  I hope that you

23  restore our benefits and you'll establish written compliance

24  and not just a slide show of what projections should be.  I

25  am in finance, so I know that the Sarbanes-Oxley laws could

1    have been applied to this as a lesson learned, and it was

2    not.  We would ask for written compliance, protection, and

3    regulations with this new bankruptcy so that we would not

4    repeat this again.  We would like to be remembered not as the

5    largest bankrupt city but as an aged population that was able

6    to secure a quality of life with respect and dignity for our

7    contribution to what it's like to be a working class citizen

8    in America.  Thank you for your time.

9            THE COURT:  Thank you.  Kristen A. Hamel.

10           UNIDENTIFIED SPEAKER:  You skipped one.  You skipped

11   one.

12           THE COURT:  I'm sorry.

13           UNIDENTIFIED SPEAKER:  You skipped one.

14           THE COURT:  I skipped one?

15           UNIDENTIFIED SPEAKER:  You skipped one.

16           THE COURT:  Oh, I did.  I did.  I'm sorry.  Andrea

17   Hackett.  I'm sorry.  My apologies to you, ma'am.  You may

18   proceed.

19           MS. HACKETT:  Okay, your Honor.  Good morning.  And

20   I just want to take this time, too, to thank you, your Honor,

21   for the opportunity to express some of my objections before

22   this Court today, so I will start with saying that I object

23   to the plan because it violates state and federal

24   constitutional guarantees involving due process, equal

25   protection to me, and the breach of the statute that supports

1  that pensions cannot be diminished or impaired.  I object

2  because the plan is putting the cart before the horse by

3  rushing us to vote in a voting process to agree to diminish

4  and impair our pensions before the decision from the appeals

5  court can be heard on whether or not the pensions can be

6  diminished or impaired, you know, because, you know, of the

7  state statute.  We know in the state statute that it says not

8  even in bankruptcy can it be diminished or impaired, so I

9  object to the plan also because the governor has breached the

10  oath in which he swore to uphold the state Constitution.

11  He's also withheld revenue, important revenue that could have

12  prevented this bankruptcy.  He rejected any of the plans from

13  the unions that might have -- and others that might have

14  prevented this bankruptcy and have been a solution maybe.  He

15  appointed the EM against the will of the people to diminish

16  and impair their pensions, which is the primary source of

17  their income for these retirees.  They have to contribute to

18  the community, too, and they may not even be able to -- you

19  know, to contribute to the community if they die first

20  because they don't have healthcare or they have a lack of

21  healthcare, so this is a humanity -- humanitarian issue that

22  we're facing here.

23        I object because this is a very well-planned to me

24  corporate hostile takeover of Detroit, and I would advise

25  people to read the Confessions of the Economic Hitman from

1  John Perkins because that's an example of corporations

2  exploiting and taking over a city or even a country they can

3  do this, yet I also -- I also advise people to look at the

4  video of "Inside Job" because that will tell them what the

5  banks can do to destroy a community and could destroy a

6  country as well.  And they also need to study the situation

7  going on in Greece, probably still going on in Greece, you

8  know.  It's a model of austerity, and it's the government

9  policy to destroy the pension of the people even in Greece.

10 This model -- this plan of adjustment seems to be modeled off

11 of the same principles of Greece, so I object because the

12 main purpose also -- also object because the main purpose of

13 this bankruptcy is to breach the city's agreement with its

14 employees and retirees and to shed the pension obligations

15 and get this Court and this judge to set a precedent so that

16 other cities can do the same.  Never mind that such actions

17 will destroy this economy and the tax base and the revenues

18 across this country, and the question is who's going to

19 contribute to this economy when 99.99 percent of the citizens

20 are forced into poverty and onto the welfare rolls?  I object

21 because the plan has no guarantee that it will make Detroit

22 solvent.  It only guarantees that certain people will make a

23 huge profit in the reconstruction efforts, and it also

24 guarantees gentrification and genocide of a certain class of

25 people.

1          I would like to also offer the Court and the judge
2     an exhibit here of some of the struggle situations if I may.
3          THE COURT:  What is this, ma'am?
4          MS. HACKETT:  This is a rally on the 18th of the
5     people in the community because they don't trust that the
6     Court will be on their side basically, and they don't have
7     any recourse in their jobs and in the government, so they're
8     out on July 18th at one o'clock at Hart's Plaza.  And they
9     have listed all of the damages here that they see is caused
10    by the banks and the corporations that the government is
11    allowing.
12         THE COURT:  I'll look at it, sure.
13         MS. HACKETT:  Okay.  So it's -- okay.  It would be
14    helpful.
15         THE COURT:  Can you hand that to my staff, please?
16         MS. HACKETT:  It's at one o'clock at Hart's Plaza.
17         THE COURT:  Ma'am, can you step that forward to my
18    staff?
19         MS. HACKETT:  I think I can.  Okay.  If I may
20    continue --
21         THE COURT:  Yes.
22         MS. HACKETT:  Like I said, I am a City of Detroit
23    current employee, and I have worked for the city for 26
24    years.  I've earned my pension and my annuity savings, but
25    the plan wants to claw back so-called ill-gotten gains and

1  turn me into an indentured servant for the rest of my life to

2  pay back what it claims I owe, yet the plan imposes no

3  clawback for ill-gotten gains of the banks and their

4  predatory lending practices that destroyed the city,

5  tremendously destroyed the city.  If we look at the big

6  picture of what I have given you in that flier, this is what

7  I'm -- this is what I'm speaking of.

8         THE COURT:  Now, ma'am, your time is up.  Do you

9  need one more minute?

10        MS. HACKETT:  Yes, sir.  Could I have one more

11 minute?

12        THE COURT:  Yes.

13        MS. HACKETT:  Thank you, sir.  I object to the plan

14 because there are damages I should have a right to sue for in

15 court for the -- because it's an abuse of power that isn't

16 heard in this plan involving gambling my pension on Wall

17 Street speculation like a common crap shoot.  They're making

18 me have to pay for the damages.  I object to this plan

19 because the voting process tramples on my federal right to

20 vote without stress and duress, and I object to the conflict

21 of interest issues involving this voting process because the

22 firm counting the votes is affiliate of Jones Day, who's a

23 corporation affiliated with Kevyn Orr, who wants a yes vote,

24 so any yes vote is questionable when there's no independent

25 referee to monitor the results somewhere in California, so,

1  you know, I object to the plan because the bankruptcy agent,

2  Kevyn Orr, has slandered our character when he publicly

3  described us as lazy, stupid, happy, and rich, which is the

4  total opposite of what we are, and he made the comment that

5  he has no problem slitting our throats and letting us bleed

6  out.  This is not the behavior of bargaining in good faith.

7          THE COURT:  All right, ma'am.  Let me ask you to

8  wrap up, please.

9          MS. HACKETT:  All right.  So I object to the plan

10 because it promotes super exploitation of the workers, and it

11 is the capitalist hostile abuse of power by the governor, the

12 banks, and the corporations similar to the model that's in

13 the economic -- the Confessions of an Economic Hitman, and I

14 object because it parallels austerity measures imposed on the

15 public workers in Greece by the officialdom, the banks, and

16 the corporations.  It's just the same game with different

17 players.

18          THE COURT:  Thank you, ma'am.  Okay.  Now Kristen

19 Hamel.

20          MS. HAMEL:  Is there water available, your Honor?

21          THE COURT:  I believe so.

22          THE CLERK:  Ma'am --

23          MS. HAMEL:  Thank you.

24          THE COURT:  And you may proceed.

25          MS. HAMEL:  Good morning, your Honor.  My name is

1   Kristen Hamel.  I'm a Detroit resident and homeowner.  In

2   recent weeks, Detroiters have been experiencing the inhuman

3   austerity agenda of Governor Rick Snyder and emergency

4   dictator Kevyn Orr.  Thousands of families have had their

5   water cut off, and tens of thousands more face imminent

6   shutoffs if a mere $150 is owed.  The situation is so

7   outrageous that a United Nations commission has condemned

8   Detroit's water shutoffs as a violation of international

9   human rights.  Freedom Friday marches starting at the Water

10  Department Building have been going on for weeks because no

11  one should have to face forced deprivation of water, the most

12  basic necessity of life and health.  The Detroit Free Press

13  reported Orr's office calling the water shutoffs, quote, "a

14  necessary part of Detroit's restructuring," end quote.  The

15  real agenda is to make the water department more attractive

16  for privatization to union busters like Veolia Corporation

17  known worldwide for its crimes against humanity, especially

18  against the Palestinian people.  While the poorest Detroiters

19  have their water cut off for owing $150, JPMoranChase, UBS,

20  Loop Financial, and Morgan Stanley were paid $537 million in

21  termination fees on interest rate swaps out of one billion

22  dollar bonds -- billion dollars in bonds issued from 2010 to

23  2013, bonds that were earmarked to fund repairs of the water

24  infrastructure system, not line the pockets of these four

25  banks.  Orr, while cutting off water and raising water rates,

1  has not taken one step to recover this $537 million giveaway

2  to the banks.  Orr and Kenneth Buckfire were also ready to

3  hand over hundreds of millions to Bank of America and UBS on

4  the interest rate swaps associated with the pension

5  obligation certificates.  Because of community outcry against

6  these swindles, they were forced by this Court on two

7  occasions to go back to the negotiating table.  As you have

8  stated on prior occasions, Judge Rhodes, the buck stops with

9  you in these bankruptcy proceedings.  It is up to you to stop

10  the national and international disgrace and humanitarian

11  disaster of mass water shutoffs in the City of Detroit.  You

12  must immediately enjoin these shutoffs by placing a

13  moratorium on them today and ordering Orr to implement a real

14  water affordability plan for the poorest Detroiters.  And it

15  is up to you to order Orr and his cronies to stop shilling

16  for the banks that list Jones -- that Jones Day lists as its

17  clients and to recoup and recover the $537 million paid to

18  the banks out of water bonds meant for the people.  Chase and

19  UBS have a record of criminal fraud regarding swaps like

20  these all across the U.S.  Go after the banks, not the poor,

21  because in Detroit, the city most devastated by years of bank

22  fraud and racist predatory lending, the people are paying the

23  banks rather than the other way around.  This is not

24  equitable.

25          This entire bankruptcy has also been a looting

 1  frenzy by Jones Day, Conway MacKenzie, Buckfire & Associates,

 2  and even Dentons, the so-called Retiree Committee lawyers.

 3  These attorneys and consultants took $130 million from

 4  Detroiters while services deteriorate for those of us who

 5  actually live in the city.  The cause of justice demands the

 6  funds stolen by the banks from the people of Detroit be

 7  recouped and returned to our city.  Justice demands the plan

 8  of austerity against the workers, residents, and especially

 9  the retirees be denied.  The people of Detroit have a long

10  and proud history of struggle for social and economic

11  justice, and that struggle will revive no matter the outcome

12  of this sham bankruptcy.  We will fight for our rights to

13  water, healthcare, education, housing, jobs, living wages, a

14  decent retirement, and to reclaim our city for the people.

15  That is the tradition of Detroit, and it will rise up again

16  because without justice, there can be no peace.

17          THE COURT:  Thank you, ma'am.  All right.  We've

18  come to the conclusion of our list, but let me ask is there

19  anyone in the courtroom who expected to be heard today but

20  whose name I didn't call or whose name I called before they

21  arrived?  Yes, ma'am.  What is your name?

22          MS. BEAMON:  I'm Patricia Beamon.  You called me.

23          THE COURT:  Early on.  Okay.  You can step forward.

24  And you say you're Patricia Beamon?

25          MS. BEAMON:  I am Patricia Beamon, yes.

1        THE COURT:  Okay.  You may proceed, ma'am.

2        MS. BEAMON:  Thank you for allowing me to speak.  My

3   name is Patricia Beamon.  I retired from the City of Detroit

4   Employment and Training Department where I worked over 25

5   years.  Because of funding getting cut, I was transferred to

6   the Department of Human Services in my last year where I

7   worked as a supervisor at 2424 West Grand Boulevard

8   supervising that building.  And I'm not here to speak to the

9   legal side of things because I am not an attorney.  I do

10  believe that we do have legal representation.  I felt like I

11  was called in because you wanted to hear the human side, and

12  my human side is when I got out of the service in 1971, the

13  City of Detroit was hiring, and they needed veterans, female

14  veterans in order to get EEA funding.  At the time, I was

15  pregnant with my daughter.  I didn't want to come.  They

16  encouraged me to come anyway because they needed me as a

17  number, and so I did come.  I liked working for the city, so

18  I -- after I had my baby, I came back and I stayed working

19  for the city.  I did not plan for my son at the age of 12 to

20  be killed in a car accident.  That was not part of my plan.

21  It was not part of my plan for -- in 1996 for both of my

22  parents -- my mother to have a heart attack, but being the

23  kind of family that we were, when the doctor announced that

24  my mother was not going to make it, my father went home and

25  had a massive heart attack and died.  That was not a part of

 1   my plan for my son to die at 12, my parents to die 30 days
 2   apart, and for me, after being married 40 years, to separate
 3   from my husband and have to buy me another house.  My house
 4   that I lived in was paid for.  Now I'm paying a car note and
 5   a house note.  Those were things that were not a part of my
 6   plan, but I worked for the city, retired from the city, put
 7   in all of my time, and I expected to live my retirement out
 8   in full and be paid what I was due.  And that is not
 9   happening, and it's not happening based on the fact that
10   we're unloving.  We're just unloving people because the vote
11   has been cast.  People have -- you have already decided --
12   not you, Judge, because you have the say of how we can handle
13   these things.  We have a set of people who we give more
14   credence than the other set, and I'm not understanding that
15   because to me your importance is relative because, Judge, if
16   you were stranded on the streets and your car broke down and
17   a doctor showed up, that doctor is not important to you.  You
18   need a mechanic at that particular time, so even though the
19   doctor has all these credentials and the mechanic only went
20   to school for 18 months to get that -- the credentials that
21   they have, you need a mechanic, not a doctor, so your
22   importance is relative.  So for you to say one class of
23   people is more important than another class, that is just un-
24   Christian and unethical.  And my opposition to all of this is
25   I think that you need to look at it from the human side and

 1   not from the legal side because the legal side I'm having a

 2   hard time distinguishing just from unjust right about now

 3   because of the way things are going.  And we're talking about

 4   a city of people where everybody makes up the city, so it's

 5   just an injustice for a group of people to live and wallow in

 6   luxury while you push another group of people into poverty.

 7   Thank you.

 8        THE COURT:  Thank you.  All right.  Is there anyone

 9   else who perhaps came in after we started this morning and

10   who would like to be heard?  Ms. Lennox.

11        MS. LENNOX:  Let me go back through my notes here a

12   little bit, your Honor.  Okay.  First, your Honor, I'd like

13   to thank you for holding this hearing.  I think it's vital

14   when a municipality is in restructuring to hear -- is that

15   better?

16        THE COURT:  Try pulling it closer to the center --

17        MS. LENNOX:  How's this?

18        THE COURT:  -- and speak right into it.  Okay.

19        MS. LENNOX:  Is that better?  Okay.  Let me start

20   again.  I would like to thank your Honor for holding this

21   hearing because I do think it's vital when a municipality is

22   in a restructuring process to hear from the individuals who

23   are creditors and who will be affected by the real --

24   affected in real and visceral and clearly painful ways.  The

25   city, the emergency manager, and all those who have been

 1    involved in this process recognize the profound effect that

 2    this process has had and will have on employees' and

 3    retirees' lives.  That effect cannot be minimized, and,

 4    frankly, it's good to hear directly about those effects today

 5    to be reminded that the city is comprised of people,

 6    employees, retirees that we've heard from today, and 700,000

 7    residents for which we are hoping at the end of this process

 8    to be able to provide better services in a revitalized city.

 9         Our plan isn't perfect.  It's certainly not all we

10    wish it could be in terms of providing recoveries to

11    creditors, but it does reflect the fiscal reality that we

12    have today, and that stems from over 50 years of neglect and

13    corruption and decline, much of which we've heard about today

14    so eloquently.  So I know your Honor has read everybody's

15    papers, and I am not going to get into legal niceties of many

16    things, but I do want to address a few of the concerns raised

17    today and maybe clear some of these things up, certain things

18    up.

19         First, I want to assure Mr. Aleem and Ms. Hackett

20    and everyone who voted that we did use the ballots that were

21    approved by this Court and that KCC has various checks and

22    safeguards in place to make sure that double votes will not

23    be counted.  And they're going to report to this Court on the

24    process, and they're going to report to this Court on the

25    voting results, so they will be accountable for what happens.

1  I also want to make clear that KCC is not affiliated, in case
2  there are any concerns about this, with Mr. Orr or with Jones
3  Day.
4      We've heard a lot today about pensions,
5  understandably so, and I am not going to obviously reargue
6  your Honor's decision made earlier in this case with respect
7  to the ability to modify pensions.  I do want to address just
8  a couple -- I do want to address a couple of concerns that I
9  think came out from some of the folks' remarks, in
10 particular, Mr. Fiorenzo and Mr. Galazka, who made, I think,
11 some very good points.  I want to make it clear --
12     THE COURT:  Still having trouble hearing you, so
13 just let me ask you to project louder.
14     MS. LENNOX:  Okay.  I want to make it clear with
15 respect to pensions that the City of Detroit is contributing
16 to pensions.  It is certainly contributing to GRS in the
17 first ten years, and after 2023 Detroit itself will be
18 responsible for all pension funding going forward, so I don't
19 want people to have a misimpression that Detroit is skipping
20 out on its obligations altogether.  It is not.
21     I also do want to let people know in case they
22 didn't know that restoration of benefits is potentially
23 possible depending upon the investment performance of the
24 plans.  It is not guaranteed, but it is possible.  And one of
25 the ways we hope to achieve that in the plan -- and I think

1   Mr. Galazka brought this up -- is we do agree that the

2   pensions have to have better financial oversight in the

3   future, and, in fact, the state legislation that was recently

4   passed does provide for a fully independent investment

5   committee to be making financial investment decisions for

6   these pension plans going forward so that hopefully mistakes

7   that were made in the past will not be made in the future,

8   and hopefully that will help lead toward restoration at some

9   time in the future.

10          And I do want to point out finally that as part of

11  the grand bargain, as part of the state contribution, it was

12  important not only to the city but to the state officials to

13  make sure that there is an income stabilization fund that is

14  established in the pensions in the future for cases -- to be

15  able to address cases of financial hardship for individual

16  retirees in the future.  We do understand the human cost of

17  this case and what is happening.  And while, again, it is not

18  perfect by any means, we are hoping to ameliorate that hurt

19  as much as we possibly can, and we are grateful certainly for

20  our outside funders who will help us do that.

21          So that is all I wanted to say, your Honor, unless

22  you have further questions for me.

23          THE COURT:  I do have a couple of questions for you

24  based on the objections we heard here today.  The first

25  relates to the annuity savings fund clawback process.

1          MS. LENNOX:  Yes, sir.

2          THE COURT:  You heard one of our objectors here

3     today request an accounting of how her particular clawback

4     amount was calculated.

5          MS. LENNOX:  Um-hmm.

6          THE COURT:  Has that information been provided to

7     individuals, or is it readily available to them?

8          MS. LENNOX:  Well, I wouldn't say it's -- first of

9     all, it has not been provided.  What has been provided are

10    the -- as I think the objector indicated, were amounts on the

11    ballots, so the amounts that were calculated -- and if they

12    were currently retired, it's translated into a monthly

13    amount -- were provided, per the Court's order, on the

14    ballots.  The actual data that underlied it and the -- and,

15    you know, the backup papers for that, if you will, have not

16    been provided, your Honor.

17         THE COURT:  Can they be?

18         MS. LENNOX:  I don't see why not.  I think they

19    would have to be -- remember, these -- the General Retirement

20    System at the end of the day is ultimately responsible for

21    confirming the exact numbers since they're the ones who

22    administer the plan, and I think we can certainly work with

23    them to make sure that when those numbers are provided, we

24    can provide backup calculations.

25         THE COURT:  Can you help us with this question?

1          MS. NEVILLE:  Yes, your Honor.  We've received --

2          THE COURT:  Identify yourself for the record.

3          MS. NEVILLE:  I'm Carole Neville from Dentons on

4  behalf of the Retiree Committee.  We've received -- and made

5  the offer at the town hall meetings to provide that

6  information.  We've received -- I don't know -- maybe several

7  hundred requests since and supplied the information.  It's a

8  laborious process because pension information has to be

9  transmitted in a secure way, so you need a request and then a

10  mail address, and we've been doing that when people wanted

11  it.  The issue really is not that the accounting is

12  inaccurate, but what has happened here is that the ASF

13  recoupment is a process that goes on over a person's

14  lifetime, and that hasn't been clearly enough explained to

15  people, so it's not just the calculation of the recoupment

16  amount but how it's amortized.

17          THE COURT:  Let me ask you this question.  If any

18  retirees now want that information, how do they go about

19  getting it?

20          MS. NEVILLE:  We can still forward those requests to

21  our actuary, who will prepare it for people.  I don't know

22  how to get the information --

23          THE COURT:  Right, but what does a person do who

24  wants that information?  Do they make a phone call?  Do they

25  send an e-mail?  Do they write a letter?  What do they do?

1    MS. NEVILLE:  Well, they can e-mail me at Dentons,

2  and I will -- I need their pension number and their address,

3  and I will forward it on to our actuaries.

4    THE COURT:  Okay.  And your e-mail is --

5    MS. NEVILLE:  It's carole, c-a-r-o-l-e, dot neville,

6  n-e-v-i-l-l-e, at dentons.com, d-e-n-t-o-n-s.  And we've been

7  doing that for the past two months, your Honor.

8    THE COURT:  Is this procedure published anywhere so

9  that people can have access to it who may not be here now?

10    MS. NEVILLE:  Your Honor, it was announced at every

11  single town hall where we had hundreds of people.

12    THE COURT:  Well, and that's wonderful, but there

13  were thousands of people who weren't there.

14    MS. NEVILLE:  I know.  I don't think it was

15  published anywhere.

16    THE COURT:  Well, let me ask you to try to be --

17    MS. NEVILLE:  I may be wrong.  Heather, didn't we --

18  in the last letter we gave people our hotline address, didn't

19  we?

20    MS. LENNOX:  I think people have general numbers

21  where they can contact either the city or the Retiree

22  Committee for general questions, but I don't believe that

23  this particular process or --

24    THE COURT:  Well, I wonder if the emergency manager

25  would be willing to publish this e-mail address on his

1  website so --

2          MS. LENNOX:  Certainly.

3          THE COURT:  -- that people can have access to it and

4  instructions on how to request this information.

5          MS. NEVILLE:  Well, then, your Honor, I would --

6          MS. LENNOX:  Certainly.

7          MS. NEVILLE:  When the emergency manager does that,

8  I won't give him my personal.  I will give him an address

9  that goes to our hotline.  It's answered by a staff so that

10  it will not be ignored.

11          THE COURT:  All right.  Whatever works is fine.

12          MS. NEVILLE:  Okay.

13          THE COURT:  All right.  I have one more question for

14  Ms. Lennox.

15          MS. LENNOX:  Yes, sir.

16          THE COURT:  I hesitate to bring this up because I'm

17  reasonably sure that it's probably not within my

18  jurisdiction, but I'm going to anyway, and it's the issue of

19  water.

20          MS. LENNOX:  Yes, sir.

21          THE COURT:  What can you say for the record about

22  what the emergency manager's or the water department's

23  program is to terminate services for customers who haven't

24  paid?

25          MS. LENNOX:  I think, your Honor, there's not much I

1   can say because I don't have a lot of personal knowledge

2   about how the program was developed, what the standards are,

3   and what the process is that they are using.  I do know,

4   however, just as a general matter, that the department for a

5   very long time has not been particularly aggressive about

6   collecting on many delinquencies, and the issue with long-

7   term repeated delinquencies, of course, is that that causes

8   the rates to go up for other city residents who are also

9   having a hard time, struggling paying their bills.  So I

10   think that there has been a -- this has given -- been given a

11   lot of thought by DWSD management.  I do think that there has

12   been a very long time in developing a process that balances,

13   to the best of their ability, their need to collect revenues

14   so that other hard-hit rate payers' rates do not go up while

15   addressing -- and they are willing to address cases of need.

16   I believe there's a process for that.

17         THE COURT:  Right.  I'm going to ask you, if it's at

18   all possible, to have someone here at this afternoon's

19   session who can advise the Court and the public about the

20   specifics of the program.

21         MS. LENNOX:  I will endeavor to do that, your Honor.

22         THE COURT:  All right.  Thank you.  All right.  And,

23   once again, I want to thank everyone who took the time to

24   present your objections to me here today.  As when we did

25   this last fall, I found your presentations articulate and

1  thoughtful, well-considered and articulate and worthy of the

2  Court's most serious consideration, which I certainly will

3  give, so thank you, and we'll be in recess at this time.

4         THE CLERK:  All rise.  Court is in recess.

5     (Recess at 11:03 a.m., until 2:00 p.m.)

6         THE CLERK:  All rise.  Court is in session.  Please

7  be seated.  Case Number 13-53846, City of Detroit, Michigan.

8         MS. LENNOX:  Good afternoon, your Honor.  For the

9  record, Heather Lennox of Jones Day on behalf of the city.

10  Your Honor, if I might, before we begin, you had asked us a

11  question at the end of this morning's session wanting an

12  understanding of the DWSD program that's currently in place

13  regarding water shutoffs.  I have with me in the courtroom

14  today Mr. Darryl Latimer, who is the deputy director and

15  chief customer service officer of DWSD, and he can explain

16  the program to you if you'd like, your Honor.

17         THE COURT:  Thank you.  Mr. Latimer, would you step

18  forward, please?  You're Mr. Latimer?

19         MR. LATIMER:  Yes.

20         THE COURT:  And what is your position?

21         MR. LATIMER:  Deputy director and chief customer

22  service officer.

23         THE COURT:  Okay.  What can you tell me about the

24  water department's program for water shutoffs for customers

25  who haven't paid their bills?

1          MR. LATIMER:  Well, our shutoffs started -- well,

2    we've always executed shutoffs as a part of delinquent water

3    bills.  We started with a contractor back in last -- in fall

4    of last year.  The contractor started sometime in the end of

5    August, beginning of September, and that ran through the

6    middle of December.  Once the temperature goes below 32

7    degrees, the department stopped executing shutoffs because

8    there's a possibility of a line freezing.  We continue to

9    send out shutoff notices, though, to our customers.  We

10   continued the program at the end of March when the

11   temperature steadily stayed above 32 degrees, and we started

12   to execute shutoffs.

13         And keep in mind that our bill is to the resident,

14   which is the property.  We don't bill an individual.  We bill

15   the property.  So we're billing the property.  We don't know

16   what individuals or how many individuals are in a property or

17   if they have affordability issues.  And what we're trying to

18   do is make sure that we're able to control our delinquencies

19   because we're trying to control the rates in the City of

20   Detroit for all of our customers.  At the same time, those

21   customers that are having affordability issues, we ask that

22   they come forward so that we can assist them.  We have a

23   number of programs that will assist customers that have

24   affordability issues, and if they come forward, we will help

25   them with State of Michigan, Wayne County, DHS.  We have --

1  also, we have a fund called the WAVE fund, which is the Water

2  Access Volunteer Effort, which is a nonprofit.  We also have

3  THAW, which administer a Detroit residential water assistance

4  program.  And there's some other nonprofits.

5         THE COURT:  Well, but hasn't the press reported that

6  the volume of help that people have demanded is so high that

7  those resources are not able to accommodate them all?

8         MR. LATIMER:  Well, at this point, those resources

9  still have funding, so we haven't reached that point where

10 there's no funding available, so those resources are

11 continuously helping folks, so there's -- that's been put out

12 in the press, but we haven't exhausted our resources as of

13 yet.

14        THE COURT:  Why is it then, sir, that so many

15 customers have had their water shut off instead of using

16 these resources?

17        MR. LATIMER:  Well, the issue is those customers

18 that receive a shutoff notice don't come forward to the

19 department to let us know that you have an issue.  Keep in

20 mind we're billing the property, so when we bill the

21 property, we just go out and shut off.  We don't know if the

22 home is vacant.  We don't know --

23        THE COURT:  So your representation to the Court is

24 that if people do come forward, there is help available for

25 them?

1          MR. LATIMER:  Yes.

2          THE COURT:  And that the only reason people are

3    having their water shut off is because they don't come

4    forward and ask for help?  That's your representation to the

5    Court?

6          MR. LATIMER:  Correct.

7          THE COURT:  Does the department itself have a

8    program to defer payment of delinquencies or amortize them

9    over a period of time?

10         MR. LATIMER:  Yes.  We have --

11         THE COURT:  What's that program?

12         MR. LATIMER:  Yes.  We have a payment plan that

13   customers that have delinquent bills can go over a payment

14   plan, and they can go up as long as 36 months.  We also have

15   a budget plan for those customers that have problems with the

16   fluctuation in their bill because typically in the summer

17   months your bill is higher than the winter, so we put them on

18   a budget plan as well.

19         THE COURT:  Well, let's talk about the payment plan

20   because that's the plan for people who have delinquencies;

21   right?

22         MR. LATIMER:  Correct.

23         THE COURT:  Is there a minimum initial payment that

24   people have to make to get into a payment plan with the

25   department?

1    MR. LATIMER:  Typically we ask for a 30-percent
2  down-payment but we've been very flexible and basically at
3  most points accepted what a customer has been able to pay.
4    THE COURT:  Again, I've seen reports where the
5  department is not willing to accept less than the 30 percent.
6  Are those reports wrong?
7    MR. LATIMER:  Those reports are not accurate.
8    THE COURT:  Can you give the Court some idea of, for
9  example, the average delinquency that you do see of people
10 who come in asking for a payment plan?
11   MR. LATIMER:  The average delinquent water bill for
12 our residential customers is $540.
13   THE COURT:  Over what period of time, again,
14 average, would such a delinquency have accumulated?
15   MR. LATIMER:  That average is usually around 90 to
16 120 days.  The typical water bill for an average family is
17 around $75 per month, depending on the size of the families,
18 but that's about average, so two bills amount to about $150,
19 and if -- and that's usually over a 60-day period.  And if
20 you exceed that 150 -- if you exceed the 60 days and you're
21 $150 and greater, we move towards shutoff, and the reason why
22 we're doing that is to control those bills.
23   THE COURT:  Right, but my question was a slightly
24 different one.  How many months' usage would that $540
25 average constitute of nonpayment?

 1          MR. LATIMER:  That's probably close to about five --

 2   four to five months.

 3          THE COURT:  Well, it would be 540 divided by 75,

 4   wouldn't it?

 5          MR. LATIMER:  Give or take.  That's just an average.

 6   I live in the City of Detroit.  There's two people in my

 7   home.  My bill averaged between 42 and $45 a month.

 8          THE COURT:  So it might be seven to ten months of

 9   nonpayment?

10          MR. LATIMER:  It very well could be.

11          THE COURT:  What's your sense of why people don't

12   pay their water bills?

13          MR. LATIMER:  Just the lack of enforcement and the

14   department's ability -- even though we've always sent out a

15   shutoff notice, we just haven't shut off a high number of

16   delinquent accounts.

17          THE COURT:  So if the average delinquency is 540 and

18   if a person put nothing down and just amortized the 540 over

19   36 months, that's $15 a month, and they'd be caught up in

20   three years.

21          MR. LATIMER:  That's possible, yes.

22          THE COURT:  And the $15 a month would be lower if

23   they put something down up front.

24          MR. LATIMER:  Correct.  And also they're -- keep in

25   mind that they're to keep up with their current bill moving

1  forward.

2  THE COURT:  Right, which is anywhere between 40 or

3  50 and $70 a month --

4  MR. LATIMER:  Right, depending on the size of --

5  THE COURT:  -- depending on usage obviously.

6  MR. LATIMER:  Right; right.

7  THE COURT:  In the case of a delinquency that is

8  significantly above this 540 average, do you have any

9  flexibility in the 36-month amortization period?

10  MR. LATIMER:  No.  Typically we stay at the 36

11  months, and we haven't had a lot of cases where we've had to

12  really deal with those types of issue.  I had a customer that

13  owed about $5,000.  She called me directly.  She didn't have

14  anything for a down-payment and agreed to pay $150 a month,

15  and that's what we moved forward with.

16  THE COURT:  And however many months that is --

17  MR. LATIMER:  Yes.

18  THE COURT:  What's the city doing about commercial

19  customers?

20  MR. LATIMER:  Well, commercial customers, we're

21  sending out shutoffs.  We have to execute shutoffs a little

22  different with commercial customers because our regular crews

23  can't shut off commercial accounts because typically a

24  commercial account is a larger meter, which may need valves

25  turned as well as they may have multiple connections, and

1    also the customers -- those commercial accounts have a unique

2    situation other than what the residential accounts have.

3    Their main gripe and some of the things that they're -- what

4    they're behind and they're delinquent on is storm water

5    drainage, so in a lot of cases, you may see a commercial

6    account with a very high bill and the water is already off,

7    and we're continuously billing them for storm water drainage.

8    And at some point, we will move that to their property taxes.

9         THE COURT:  Okay.  Well, I'm sure it has not escaped

10   your attention, two things, first, that your shutoff program,

11   especially your residential shutoff program, has created not

12   only a lot of anger in the city and also a lot of hardship,

13   right --

14        MR. LATIMER:  Yes.

15        THE COURT:  -- not to mention, second, a lot of bad

16   publicity for the city --

17        MR. LATIMER:  Correct.

18        THE COURT:  -- that it doesn't need right now.

19        MR. LATIMER:  Yes.

20        THE COURT:  I wonder if there's more you and your

21   department can be doing to make the assistance programs,

22   including your own payment plan program, available and

23   accessible to customers so that they can avoid having their

24   water shut off.  People need water obviously.

25        MR. LATIMER:  Yes.

1                THE COURT:  What more can be done?

2                MR. LATIMER:  Well, we continue to reach out to a

3     number of the various groups, activist groups, and I've went

4     to a lot of meetings with these various groups, and we're

5     doing mail inserts in our bills.

6                THE COURT:  You're doing what?

7                MR. LATIMER:  Mail inserts in our bills that let you

8     know what we offer, how to contact us, and also we're doing

9     different things with our website as well as, you know, in

10    the media we're trying to use that as a platform to let our

11    customers know to come forward so we can assist you.

12               THE COURT:  You say it's subcontractors that

13    actually go to do the physical shutoff?

14               MR. LATIMER:  Yeah.  We have a contractor that we

15    have doing the physical shutoff.

16               THE COURT:  Do you have the staffing and the

17    personnel to actually send staff or contractors, for that

18    matter, to people's homes before the shutoff is going to be

19    executed and encourage them to sign up for a payment plan or

20    encourage them to go get assistance from one of the sources

21    that you identified a few minutes ago?

22               MR. LATIMER:  No.  The department doesn't have the

23    staff to do that right now.  The department is in a

24    transition of optimizing the department, and we're decreasing

25    our staff and changing the way that we do things so that we

1  can decrease our operating costs to help control our rates.

2  THE COURT:  Well, you understand that those cost

3  reductions come at a price --

4  MR. LATIMER:  Yes.

5  THE COURT:  -- the price we agreed on a moment

6  ago --

7  MR. LATIMER:  Yes.

8  THE COURT:  -- the two prices we agreed on a moment

9  ago.  The city is very angry and people aren't getting water

10  they need, and the city is getting this reputation not only

11  here in this country but around the world; right?

12  MR. LATIMER:  Yes.

13  THE COURT:  If your report is accurate -- and I have

14  no reason to doubt it whatsoever, and I don't want to appear

15  to doubt it -- it sounds to me like the problem is informing

16  and encouraging people about what their options are to

17  maintain their water service.

18  MR. LATIMER:  Correct.

19  THE COURT:  Well, if that's what it is, that's a

20  solvable problem.

21  MR. LATIMER:  Yes.

22  THE COURT:  And I encourage you to work within your

23  department and with Mr. Orr to come up with a much more

24  aggressive plan to solve that problem.

25  MR. LATIMER:  Yes.

1         THE COURT:  Are you willing to do that?

2         MR. LATIMER:  Yes.  I've talked to the mayor's

3    office, and we're looking at putting on a fair for the

4    citizens so that they can come forward and we can --

5         THE COURT:  You're looking at what, sir?

6         MR. LATIMER:  We're looking at putting on a -- what

7    we call a water fair, and so -- also, we're putting together

8    a flier that will be given out to a number of the churches in

9    the area so that we can come together and make this fair

10   happen.

11        THE COURT:  Well, I'll just comment for whatever

12   it's worth to you that it seems to me that there's much more

13   you can do than just that, and I encourage you to work with

14   community leaders to come up with a whole list of initiatives

15   that can be effective at solving this problem.  In fact, I

16   have to say to you I'm feeling the need to ask you to come

17   back --

18        MR. LATIMER:  Okay.

19        THE COURT:  -- as early as next Monday when I have

20   another status conference in this case at ten o'clock --

21        MR. LATIMER:  Okay.

22        THE COURT:  -- and report back to me on what kinds

23   of initiatives your department is planning to undertake to

24   solve this problem because it's a problem that's affecting

25   this bankruptcy.  It is.

1          MR. LATIMER:  Okay.

2          THE COURT:  You heard it here this morning -- or you

3     didn't hear it, but I heard it here this morning, and I've

4     heard it, you know, in the press and otherwise.  Are you

5     willing to do that, sir?

6          MR. LATIMER:  Yes.

7          THE COURT:  Ms. Lennox, is there someone in your

8     office that can help to coordinate to make sure that this

9     happens as well?

10         MS. LENNOX:  Yes, your Honor.

11         THE COURT:  All right.  I'll see you again next

12    Monday at ten.  Thank you for your time today and for your

13    report, sir.

14         MR. LATIMER:  You're welcome.

15         MS. LENNOX:  Your Honor, may Mr. Latimer be excused

16    from the rest of the hearing?

17         THE COURT:  Yes, yes.  You're all set, sir.  Thank

18    you.  Okay.  So let's continue with our hearing today.  As I

19    did this morning, I want to begin by thanking each and every

20    one of you for taking the time to come to court today to

21    present to me your objections and concerns about the city's

22    plan of adjustment.  I'll be going down my list, which is in

23    alphabetical order, and then, as you know, each of you will

24    have five minutes to present your objections to the Court.

25    So let's begin, and we'll begin with Cynthia Haskin.  Cynthia

1　Haskin.  Okay.  Step forward, please.  Chris, again, that

2　microphone is off center.  Yeah.  It will help us if you

3　speak directly into that microphone.  And you're Ms. Haskin?

4　　　　　　MS. HASKIN:  Yes.

5　　　　　　THE COURT:  And you may proceed.

6　　　　　　MS. HASKIN:  Okay.  I retired as a 911 operator for

7　the City of Detroit after 30 years and 6 months' service.

8　Throughout my 30 years several times I seriously thought

9　about resigning to pursue employment with Wayne County, the

10　State of Michigan, and even private -- the private sector

11　because their pay scale was higher, but I hung in there with

12　the city knowing and believing there was a light at the end

13　of the tunnel.  The main and major point that kept me with

14　the City of Detroit was the knowledge and written

15　understanding that after 30 years I would be able to retire

16　and was guaranteed a set pension amount and full benefits.

17　Throughout every contract that was ratified and signed, this

18　was a stated and documented fact.  So for 30-some years, this

19　is what I believed and was told upon signing my retirement

20　papers.  We worked faithfully through pay cuts, days off

21　without pay, and previous layoffs under the Young

22　administration.  My plight is no different than any of the

23　other thousands of retirees.

24　　　　　　The decision of the City of Detroit and the

25　emergency manager has already put a tremendous effect on my

1  quality of life and future as with many other retirees.

2  Firstly, by the elimination of medical benefits, especially

3  for retirees who have not reached the age of 65 and not being

4  eligible for Medicare, we must pay our own medical premiums.

5  Previously under the city group plan, our co-pay deductible

6  was $250, and out-of-pocket premium for single family for

7  Blue Cross Blue Shield Community Blue was approximately

8  $85 -- excuse me -- per check.  Now under the current no

9  benefit plan, we are no longer covered under a group policy,

10  so if you select the same coverage, number one, you must

11  apply for a subsidy with the Affordable Care Act with a co-

12  pay deductible of $4,000 being met, and your monthly out-of-

13  pocket premium is $600, which includes a subsidy received

14  from the federal government.  The very least insurance you

15  can purchase is an HMO, and the deductible is 2,000 with a

16  monthly out-of-pocket payment of $257.  If you have relocated

17  outside the state, an HMO would not provide the services

18  needed.  Everyone knows that the older you get, the more

19  medical problems and concerns you may have.

20        When the first news of the pending bankruptcy and

21  the threat of the pension being decreased, I remember seeing

22  a newscaster on TV reporting the retirees must bite the

23  bullet.  Someone asked what was one to do to survive.  It was

24  suggested, number one, that they could apply for a reverse

25  mortgage on their homes, refinance mortgages, and pay off

1  debt.  Well, has anyone who lives in Detroit tried to apply

2  for a reverse mortgage?  Due to the foreclosure in the city,

3  you will not have enough -- you probably will not have enough

4  equity to obtain one, and with one certain reverse mortgage

5  company, the home must be appraised and valued at over -- at

6  least $75,000 to even qualify.  That alone leaves many

7  retired homeowners in the City of Detroit ineligible.

8       There's one major concern, question, and objection

9  that I have that has been presented that I just cannot

10  understand.  How can the emergency manager approve and

11  authorize five-percent pay increases for current elected and

12  appointed officials and five-percent pay increases for other

13  current employees and police officers and future increases

14  and then suggest retirees take a reduction in their

15  retirement check, yet the city is under bankruptcy?

16       As everyone knows, the majority of the retirees are

17  unable to supplement their income due to health issues.  The

18  majority are unable to stand, sit, or walk due to arthritis,

19  diabetes, or just the aging process.  And personally, from

20  working years of double shifts 16 hours a day of midnight,

21  afternoon, and day shifts in unfit chairs and work areas

22  under extremely stressful situations, many suffer sleep

23  apnea, mental fatigue, and mental instability.  Where is the

24  justice for this?  We have worked and struggled 30-plus years

25  to stay off public assistance and finally making it to the

1 | so-called golden ages.  Is the struggle to continue?

2 | And in conclusion, we were promised if we worked we

3 | would be provided a certain pension and benefits.  We are

4 | suffering great detriment currently with the loss of benefits

5 | and will suffer more with the loss of any income.  We

6 | provided the service, and with the current increases of

7 | income for current employees, we deserve our full pension at

8 | the least.  Thank you.

9 | THE COURT:  Thank you, ma'am.  Next is Dan

10 | Headapohl.  Mr. Headapohl.  Yvonne Holliday Roberts.  Ms.

11 | Roberts.  Beverly Holman.  Is Beverly Holman here?

12 | MS. HOLMAN:  Yes, sir.

13 | THE COURT:  You may proceed.

14 | MS. HOLMAN:  Thank you.  Good afternoon, Judge

15 | Rhodes.  I thank you for the opportunity of allowing me to

16 | come before this Court today to express my opinions in

17 | regards to the plan of adjustment as proposed by the City of

18 | Detroit.  I've done this on more than one occasion, and I

19 | would just like to reiterate a couple of points that I feel

20 | are important.  Thousands of creditors, including the City of

21 | Detroit retirees -- I want to use this occasion to do that

22 | and express why I feel so strongly opposed to the acceptance

23 | of this plan.  I object to any plan that forced me to make a

24 | choice in selections of Option A or B on a ballot when, in

25 | actuality, there are no options at all.  The plan consists

1  of -- the plans that was presented to us are inconclusive

2  information.  It is not apparent that all of the elements

3  that will impact my pension benefits have yet to be

4  disclosed.  Every day a new component is revealed.

5          No relevant information is communicated with the

6  retirees.  The only clear element that I can see is that the

7  entity appointed to represent the interests of the GRS

8  retirees, Class 11, is urging the pension beneficiaries to

9  accept a plan that doesn't include all the facts.  This is

10  coercive and blackmail.  The clawback element of this plan is

11  totally offensive.  What is the total dollar amount of excess

12  interest paid to the retirees?  What is exactly my individual

13  payback dollar amount?  We retirees were told that the dollar

14  amount issued on the ballot was an estimate, so now we

15  receive information that retirees will have the option to pay

16  back already paid interest in a lump sum, so what is

17  accurate?  Is this yet again an attempt to misdirect or

18  provide misleading information to GRS retirees?  The fact

19  that anyone, regardless of their appointed status, can

20  arbitrarily take back my earned pension dollars is more than

21  a tough pill to swallow.  It's tantamount to eating an

22  elephant in one bite, and I can't do that.

23          I agree and concur with all of the comments that was

24  made this morning.  I listened to them all.  I applaud my

25  fellow retirees in terms of letting this Court understand

 1  what the personal impact will have in their lives with the

 2  proposed deduction in retirees' benefit.

 3          Finally, a friend told me to just present the

 4  numbers and leave the emotions out of the statement.  It's

 5  impossible to separate the two.  The threat of my pension

 6  being reduced is all personal to me, and, therefore, I'm

 7  emotional about it.  The dollar reduction in my pension would

 8  drastically alter my quality of life as well as many more

 9  retirees.  The loss of pension dollars will potentially

10  create a new classification of the elderly poor not only in

11  the City of Detroit but across the country.  No one seemingly

12  cares except the retirees themselves.  After 30-plus years of

13  service to the City of Detroit, I could conceivably be

14  eligible for public assistance for housing, medical care, and

15  food.  I did not earn an undergraduate degree, a master's

16  degree, and complete post-graduate studies to end up in

17  poverty.  I did not work 34 service years as a public service

18  to the City of Detroit to end up on welfare in my elderly

19  years.  I urge you, Judge Rhodes, to reject this plan of

20  adjustment.  Thank you.

21          THE COURT:  Thank you.  Next is Irma Industrious.

22          MS. INDUSTRIOUS:  Good afternoon, your Honor.

23  Thanks for the opportunity.  I basically have four basic

24  arguments.  My first argument is in regards to the annuity

25  clawback provision.  It's my position that it violates the

1  Bankruptcy Code, Section -- 11 U.S.C., Section 547, which is
2  a 90-day preference provision.  Under that provision, you can
3  only claw back 90 days prior to the bankruptcy petition.  It
4  also violates the statute of limitations, which is a three-
5  year statute of limitations, if you're going to argue unjust
6  enrichment.  And also I feel that it has no basis in law, and
7  there has been no authority put forward in regards to the
8  clawback provision.

9        Second argument, I feel that it must conform to
10  state law, which is required under 11 U.S.C., Section 943,
11  and the state law that is in question right now is the
12  Michigan Constitution, which says that you cannot impair any
13  accrued financial benefits of a pension.

14        My third argument in regards to assets, I feel that
15  the city has failed to liquidate major assets because there
16  are several real estates out there that have not even been
17  liquidated, and also the city is disposing of assets for less
18  than the appraised value, for example, the Detroit Institute
19  of Arts, which has been appraised for approximately $4.6
20  billion, and we are trying to dispose of it for $800 million.

21        And lastly, in applying the pension return of 6.75
22  percent, I feel that that is unjustified because there has
23  been no basis -- and I think it's arbitrary and capricious
24  that has been put forward in regards to why we have a 6.75-
25  percent interest rate.  If we look at the stock market, the

1  stock market did about 30 percent last year, and so why are

2  we using a 6.75-percent interest rate?

3          And basically my last argument in regards to that is

4  that I hope that everyone gets their due process in regards

5  to putting forward the arguments before this Court, and I

6  thank you, your Honor.

7          THE COURT:  Thank you.  Bernice Jenkins.  Ms.

8  Jenkins.  Felicia Jones.

9          MS. JONES:  Good morning, your Honor, and thank you

10  for allowing me to speak.

11          THE COURT:  You're welcome.  You may proceed.

12          MS. JONES:  I worked for the City of Detroit for

13  30-1/2 years for the City of Detroit Police Department as a

14  civilian, a senior identification technician, in an

15  inadequate, antiquated office.  I got a lot of injuries, six

16  knee surgeries, an elbow surgery, a torn rotator cuff.  My

17  objection to this whole thing is that I signed up to work 30

18  years and come out with a full-time pension, a lifetime

19  pension and healthcare.  I'm all messed up.  Where am I

20  going?  And then after I retire, I had to have another

21  reconstructive surgery on my knee, and then a drunk driver

22  hits me and gives me more injuries.  Where am I going?  I

23  can't go anywhere and ask for FMLA.  They'll be like, "You

24  can just get out of here."

25          What happened to us being protected under the

1    Michigan state Constitution?  What happened to that?  I found
2    out later because most of my relatives work for the federal
3    government that their pensions are insured so that they'll
4    never have to worry about anything like this.  I will not be
5    able to live without my money, and the way I signed up to go
6    out, I left a 25-percent survivor benefit to my daughter.
7    They've been taking that money out since I left 4-1-10.  It's
8    my understanding that once you do that, you cannot go back
9    and change.  Meanwhile, they have changed their plan of
10   adjustment.  I should be able to change the way I went out
11   and get my 25 percent out that they've been taking back if
12   they're going to cut this money.  I didn't prepare anything.
13   I'm just speaking from the heart.  Okay.
14          THE COURT:  Thank you.
15          MS. JONES:  Thank you very much.
16          THE COURT:  Next is Rita Jordan.  Ms. Jordan.
17   Gerald Kent.
18          MR. KENT:  Good afternoon.  My name is Gerald P.
19   Kent.  Thank you to your Honor and this Court for this
20   opportunity to speak.  I am a retired Michigan Act 54
21   building inspector, and I finished my career with the
22   Building Safety, Engineering and Environmental Department in
23   December 2011.  Please consider this.  I have a personal
24   collection of a few items acquired over 40 years.  I like
25   them, but should I be able to -- unable to meet my

 1   obligations for any reason, my collection must be sacrificed.
 2   If I did not, I would be derided as selfish and a poor
 3   provider for my dependents.  Ownership of artifacts is a good
 4   thing but a luxury and not a necessity of life.  Yes, I'm
 5   speaking of the city interest in the works of the Detroit
 6   Institute of Arts.  Selling these may be distasteful or
 7   difficult, but owning art is not a core city function.
 8        When I took the city offer to work, it came with
 9   good promises of keeping me financially stable in my
10   retirement years.  The tradeoff was that I took modest pay.
11   The clerk typists took much less than modest.  I call it
12   workfare wages.  They earned every penny of their promised
13   retirement package.  So did I.  Even the Michigan legislature
14   long ago agreed that we earned our money and placed it into
15   Michigan's Constitution that the governor was sworn to uphold
16   in clear and unmistakable language.  I believe in my heart of
17   hearts that the clawback recoupment attempt on our earned
18   interest from the annuity is a dishonorable personally poorly
19   considered and truly unnecessary means of settling the city
20   debt.  My personal budget cannot never exactly be called
21   over-funded, but I crafted my retirement in good faith with
22   hard-fought good credit and enough money to keep me off the
23   public dole.  I should say this.  I will take public help if
24   I must.  We retirees almost to a person are a group not of
25   cash flush individuals or mutual funds that put dollars into

1  a hat in the hopes of a return while possibly insuring our
2  investments against expected risk of loss through credit
3  default swaps and other finance industry devices, and the
4  city encouraged us to utilize the annuity.  Rather, we
5  invested our lives into our jobs, and many of us put a
6  significant part of our pay into the annuity.  We put off
7  collecting our earned interest until the designated time.
8  That was the deal.  That was the promise.  And we kept our
9  promise to serve.
10      Consider this also.  There were many unpaid accounts
11  receivable in my department, and the collection effort was
12  abysmally poor, if at all.  I do not know what the current
13  practices are, but I suspect things have not significantly
14  changed.  The collection of property and income taxes has
15  been equally neglected if news reports are to be believed.
16  City services were never a charity.  If the city interest in
17  the DIA cannot be sold, I urge this Court to reject the plans
18  proposed by the city, the emergency manager, and the governor
19  and legislature and send everyone back to the drawing board
20  with the clear instruction for the city to collect its due
21  bills and taxes even if it means selling the overdue accounts
22  to private agencies.
23      Also and importantly, all outside provider and
24  material contracts with the city must be reviewed for abuse,
25  corruption, and efficiency -- inefficiency, all of them.

1    There will be another consequence of this so-called grand

2    bargain, if approved, which could affect millions of workers

3    nationwide and maybe internationally.  The precedent that may

4    be set here will likely be viewed as a legal crack in

5    longstanding principles and practices resulting in efforts to

6    escape promises and obligations to retirees.  City and state

7    accountants everywhere would love to shed their legacy costs.

8    It makes their books nice and tidy.  Too bad.  Life is not

9    nice and tidy.  I am not a legacy cost.  I am a former loyal

10   city servant that has compelled equitably through the

11   authority of the city codes the improvement of thousands upon

12   thousands of occupied houses and businesses and the

13   preparation and oversight of demolition of about 5,000

14   dangerous structures and the disposal of many tons of tires

15   and debris.  The easy quick way out of this mess through the

16   so-called grand bargain is the wrong one, your Honor, and it

17   is wrought with injustice and inequity.  I implore you and

18   this Court do not approve this hasty deal.  The city is the

19   responsible party, not the retirees, for why this case is

20   here today.  Thank you very much.

21           THE COURT:  Thank you, sir.  Renee Lee.  Renee Lee.

22   Diane Leipprandt or Leipprandt.  Richardo C. Lewandowski

23           MR. LEWANDOWSKI:  Thank you, your Honor.

24           THE COURT:  Go ahead, sir.

25           MR. LEWANDOWSKI:  My name is Richard, not Richardo.

1          THE COURT:  Oh, Richard.  Okay.

2          MR. LEWANDOWSKI:  Okay.

3          THE COURT:  We'll change that in our records.

4          MR. LEWANDOWSKI:  Thank you.  My concern is

5   concerning the City of Detroit Water Department and the

6   spinoff of the water department from the City of Detroit.

7   The ordinance 71203 says monies in the water department shall

8   remain separate.  Monies paid by the water department on

9   behalf of employees, wages, benefits, and retirements, the

10  amount based on years employed by the water department, the

11  ordinance says they shall remain separate.  There is a high

12  probability the water department will become a separate

13  entity from the City of Detroit resulting in that entity

14  receiving a disproportionate amount of funds from the General

15  Retirement System.  This reduces the economy of scale of the

16  return of system investment portfolio.  I'll give an example.

17  If somebody works for the City of Detroit for 20 years in the

18  general city and then for the last ten years works for the

19  City of Detroit Water Department and retires, in that new

20  water department entity, he will receive full retirement from

21  that entity.  The monies paying his full retirement comes

22  from the General Retirement System of which the first 20

23  years were not paid by the water department, so why should

24  that new entity receive those funds?  Simultaneously, I

25  worked for the City of Detroit Water Department 26 years.

 1   The last 14 years was in Building and Safety.  I earned a
 2   full pension from the water department.  I could not collect
 3   it because the city rules said you can't work for another
 4   city department while you are retired.  That doesn't diminish
 5   the fact that I earned a full pension.  I'm requesting that
 6   when the City of Detroit Water Department is separated from
 7   the city that funds are paid to the new entity and a portion
 8   of the pension earned be on a percentage pro rata basis based
 9   on the years of service in the water department.  I believe
10   this is fair.  It doesn't cost any party any money, and it is
11   equitable.  Thank you.

12          THE COURT:  Thank you, sir.  Daniel Lopez.  Mr.
13   Lopez.  Paula Lytle.  David L Malhalab.

14          MR. MALHALAB:  Good afternoon, your Honor.  I have a
15   prepared text, and I would like it read into the record if I
16   don't have time to finish along with a letter dated May 15,
17   2014, addressed to you that got me here, but, first of all, I
18   digress.  Being in this courtroom brings back bad memories of
19   trying to get Judge Cook to do his job of keeping the
20   Department of Justice consent decrees on track.  Millions and
21   millions of dollars have been wasted because Judge Cook has
22   not done his job of keeping it on track and of keeping the
23   responsible parties working through a --

24          THE COURT:  Let me ask you to focus on --

25          MR. MALHALAB:  -- quick conclusion.

1           THE COURT:  -- on what your objection to this plan

2    is.

3           Mr. MALHALAB:  That millions of dollars are being

4    wasted by Judge Cook that should be used by the Detroit

5    taxpayers to hire police officers and to pay pensions.  I

6    wish that you would hold Judge Cook in contempt because

7    you've abrogated a Michigan Constitution, and Judge Cook

8    should be held accountable, and he should be fined every day

9    until the consent decrees are finished.  Currently Detroit is

10   paying $40,000 a month for these DOJ consent decrees.  That's

11   one police officer a month that is not being hired because of

12   him and his failure to get these consent decrees completed,

13   so I urge you to look into that matter and to resolve that

14   matter as quickly as possible in your capacity or with Kevyn

15   Orr's powers.

16          There are three areas of the restructuring of

17   Detroit that I am concerned with and should be addressed.  We

18   hear about the restructuring that's going to make Detroit

19   better after the program is allowed to go forward.  One of

20   the glaring problems is that Detroit has too many council

21   members for 650,000 residents.  EMF Orr and you should

22   immediately reduce council members by two to four.  The

23   council is bloated and not efficient.  And the council has

24   just got a five-percent raise, and not one member has

25   rejected the raise while city workers have lost much more,

1   especially in medical healthcare benefits, and the -- and
2   some retirees have lost 4.5 percent of their pension checks,
3   and we have all lost our medical benefits.  This is not fair,
4   right, or just.  Where is the shared sacrifice, a good faith
5   effort to understand how hard it is for retirees?

6            Public safety is said to be the most important issue
7   in Detroit.  We have a new police chief who is cleaning up
8   the mess from past bad and corrupt police chiefs that has
9   helped leave Detroit unsafe.  The Detroit Police Department
10  will have to hire new police officers because it is severely
11  understaffed.  Indeed, the lack of police officers is one
12  reason Detroit is still unsafe no matter what Chief Craig
13  does or says.  EMF Orr and you must order the city to raise
14  hiring standards for new police officers.  A GED requirement
15  is too low a standard for a 21st century police department.
16  Detroit needs to have a two- or four-year college requirement
17  and/or military experience requirement and a quality
18  psychological evaluation system for new officers and for all
19  officers.  And EMF Orr and you must impose a starting salary
20  for new officers that will attract applicants to Detroit and
21  retain officers that are sacrificing every day to protect
22  Detroit residents.  A proposed $14 pay rate -- I'm sorry --
23  I've heard it's now been raised to 17 -- for new officers and
24  with an eight-percent deduction for pensions will not attract
25  and retain the best and brightest police officers.  Indeed,

1  some officers may have to go on welfare to keep their jobs.

2  Funding must be found from the federal and state government

3  to pay for this most basic service, including homeland

4  security, because we are the most important border city in

5  this country.  You should order Judge Julian Cook to end the

6  DOJ consent decrees that has dragged on for 11 years and have

7  cost Detroit millions of dollars and should have ended long

8  ago.  If any Detroit -- if any police department had been

9  thoroughly bad and corrupt, it should not have taken this

10  long to correct the problems of that department or Detroit.

11         I am also upset because the news media continues to

12  make false statements that we do not -- we did not lose

13  anything from our pensions or pension checks.

14         THE COURT:  Sir, your time has expired.  Do you want

15  me to consider what you have there in writing?

16         MR. MALHALAB:  Yes, please.

17         THE COURT:  All right.  Would you hand that to my

18  clerk?

19         MR. MALHALAB:  Yes.

20         THE COURT:  Thank you.

21         MR. MALHALAB:  Thank you.  I hope that you will look

22  into the Department of Justice decree matter.

23         THE COURT:  Thank you, sir.  Janine McCallum.

24  Herman McCord.  Cecily McLellan.

25         MS. MCLELLAN:  Thank you, your Honor, for allowing

1  me this opportunity.  May I ask a question?

2         THE COURT:  Yes.

3         MS. MCLELLAN:  Is this testimony going to be on the

4  official record because I notice we're not being sworn in or

5  anything?

6         THE COURT:  It is part of the record of this case,

7  yes.  You can see my court recorder here is making an audio

8  recording, which will be a part of the record of the case and

9  which will be made available to the public tonight on the

10  Internet.

11         MS. MCLELLAN:  Could we get a transcript of it then?

12         THE COURT:  There will be a transcript if someone

13  orders a transcript, which I have to tell you I think all of

14  our hearings have been made into transcripts, so it's quite

15  likely.

16         MS. MCLELLAN:  All right.  Thank you.  As a 61-year-

17  old lifelong resident and retiree of the City of Detroit, I

18  am fearful that the State of Michigan, the governor-appointed

19  emergency manager and the Court place in low value the people

20  of the City of Detroit, particularly the city's employees and

21  retirees.  I have lived now for years and many Detroiters

22  report city service, high taxes, outsourcing or privatization

23  of jobs, union busting, substandard chartered schools, now

24  the EAA, while more and more visitors enjoy the benefit of

25  city amenities.  It appears that retirees are being

1  scapegoated.  The great recession of 2008 was not caused by
2  workers but a reckless banking practices, derivatives, swaps,
3  bundling high-risk debt.  Mayor Kilpatrick was praised for
4  his pension obligation certificate deal he made with Wall
5  Street in 2005 while the opposing council members were
6  criticized, and Sean Werdlow, the former CFO got a promotion
7  to corporate America.  Wallace Turbeville of Demos, a former
8  Goldman Sachs vice president, provided an excellent report on
9  recommendations that could have assisted, at minimum, in
10  reducing the impact of bankruptcy on the residents.  City
11  employees and retirees -- excuse me.  Some recommendations
12  include that the state pay -- actual revenue sharing is now
13  estimated at 730 million, Detroit eliminate the -- eliminate
14  or place a moratorium on tax abatement, sue the banks for the
15  fraudulent high-risk financial deals.  The November report
16  provided many excellent recommendation and could have
17  prevented the looting of Detroit assets.
18          I further object to the unprecedented bankruptcy for
19  the following reason.  The Michigan Constitution has been
20  stated many times protects our pension, Section IX -- Article
21  IX, Section 24.  But what is -- I find to be almost ironic is
22  that PA 436 and Section 11, 12, and 13, this unconstitutional
23  and, in my opinion, very racially biased law also respects
24  the obligations to pension in federal law related to
25  contractual contracts with local governments.  Section 11

1   requires that the EM fully comply with Public Employment
2   Retirement System Investment Act.  Section 13, and I quote,
3   "This section does not authorize the impairment of invested
4   pension benefits."  The emergency manager on the statewide
5   repeal law formerly known as PA 4 does not have the authority
6   to diminish or impair pensions.  I further contend that the
7   healthcare is a benefit included in the pensions and that the
8   egregious elimination of healthcare for under 65 years of age
9   in March of 2014 is unconstitution -- unconstitutional.  The
10  Illinois case upheld the health benefit and protected -- and
11  was protected under bankruptcy.  This case should be
12  considered before any VEBA is approved by the Court.

13          The bankruptcy incorporates federal and grant-funded
14  programs.  I was an employee of totally 100-percent grant-
15  funded program.  The grant paid for your wages, your salary,
16  your benefits.  An enterprise like water, those receipts come
17  from the billing.  It is difficult for me to understand why
18  the bankruptcy -- there will be any allowance of recoupment
19  of funds that the city never paid.  These funds come from the
20  federal government, and I don't think there should be a
21  clawback.

22          The witness list of the Court is
23  disproportionately -- disproportionately includes elected
24  officials lacking historical knowledge of Detroit's financial
25  issues.  For example, Jo Ann Watson, Barbara Rose-Collins,

1    and former council members and attorney Sharon McPhail

2    opposed the 2005 Bank of America/UBS swap deal, which many

3    have blamed as a major cause of this bankruptcy.  None have

4    been called for valuable testimony.  Former council member

5    Watson has filed an official objection to this bankruptcy.

6             The voting procedure is riddled with errors.  Over

7    3,200 -- and that's approximately ten percent -- of the

8    ballots were calculated incorrectly for the annuity savings

9    fund.

10            THE COURT:  Ma'am, your time has expired.  Do you

11   need one more minute?

12            MS. MCLELLAN:  I would appreciate it.

13            THE COURT:  Go ahead, please.

14            MS. MCLELLAN:  And I would like to take that one

15   minute --

16            THE COURT:  Can you do me one more favor?  Take a

17   few inches back from the microphone for me.  There you go.

18   That's good.  Thank you.

19            MS. MCLELLAN:  I feel today I'm in a very unique

20   situation because I was a former administrator for the

21   Detroit Residential Water Assistance Program.  I had no idea

22   that the issue would be in court today.  And I was with that

23   program from inception in 2008 until our department was

24   closed.  And we were housed out of the water site over on the

25   east side on McNichols.  This program was provided $5

1    million, which was out of penalties and late fees.  Pretty

2    much the same people that needed the program were the folks

3    that were paying the penalties and late fees.  It is --

4              THE COURT:  When was that closed?

5              MS. MCLELLAN:  It was closed officially in April of

6    2012, and they had no program up until recently -- I think

7    about six months ago we saw that they were going to give that

8    DRWAP contract to THAW, so this city has been without a

9    program to assist low income persons throughout that period,

10   but since that time -- I mean the water department -- and I

11   know from directly talking to the employees that manage the

12   program inside -- has not offered any assistance, and they

13   require one-third.  The average bill is probably --

14             THE COURT:  You say they require it?

15             MS. MCLELLAN:  They are requiring one-third.

16   There's no exception.

17             THE COURT:  That's not what Mr. Latimer told me.

18             MS. MCLELLAN:  I worked in that program for five

19   years with the water assistance program, and when you get on

20   a payment plan, they require one-third.  Okay?  There's no

21   exceptions made.  And I think that can be checked out.

22             THE COURT:  How would I check that out?

23             MS. MCLELLAN:  Because those plans are written.

24   They are filed.  They're inside their computer.  All you have

25   to do is just ask for a summary of those plans.  Okay.  So I

1    mean you can see those plans.  You can also see whether or
2    not there are any plans that allow less than 30 percent.
3              THE COURT:  Um-hmm.
4              MS. MCLELLAN:  But I think, more importantly, is
5    that --
6              THE COURT:  So someone who has a $540 average
7    delinquency like Mr. Latimer said, they'd have to come up
8    with $180 to get on the plan?
9              MS. MCLELLAN:  At minimum they would have to come up
10   with -- and pay their current bill, so they would have to pay
11   the 180, and they would have to pay the current bill.  Okay.
12   Now, it's been stated that Detroit, surrounded by fresh
13   water, our bills are 20 percent higher for residents than it
14   is in anywhere else in the country.
15             THE COURT:  Yeah.
16             MS. MCLELLAN:  Additionally --
17             THE COURT:  All right.  I'm going to give you a
18   chance to sum up here, and then I do have to move on.
19             MS. MCLELLAN:  Okay.  Well --
20             THE COURT:  Thank you so much.
21             MS. MCLELLAN:  Additionally, I mean they do transfer
22   the water bills over to the tax roll, so I mean, you know,
23   you have -- it's a double hit.  People are losing their
24   houses as well.
25             THE COURT:  Okay.

1          MS. MCLELLAN:  Thank you.

2          THE COURT:  Thank you.  Mashuk Meah.

3          MR. MASHUK MEAH:  Good afternoon.  Good afternoon,

4    everyone.  I'm a little nervous --

5          THE COURT:  You may proceed, sir.

6          MR. MASHUK MEAH:  -- so bear with me.  Okay?  And I

7    get hoarse.  I'd like to speak maybe about two minutes after

8    I make my speech, okay, on my personal situation.  Okay.  My

9    name is Mashuk Meah.  First and foremost, I am very proud to

10   be a City of Detroit retiree after working for 30 years in

11   Detroit.  I left Ford Motor company in 1975 to pursue a

12   career in the Water and Sewer Department.  Detroit offered a

13   better retirement package than Ford at that time.  Having

14   retired after 30 years of service, I have found myself

15   without full pension, medical coverage, cost of living

16   adjustment -- cost of living adjustment that I was promised

17   when I was employed.  Now the city is trying to recoup, claw

18   back the interest that was paid on my annuity money from the

19   time period of 2003 to 2013.

20          Mistakes were made by the past administration, and

21   now the city had filed for bankruptcy and had requested to

22   balance their books on the back of the retirees.  Based on a

23   reasonable man, your Honor, I don't expect to receive

24   everything that I request nor do I expect to lose everything

25   I worked for.  I'm sure all the retiree want to see Detroit

1   come back with all its glory, but based on a reasonable man,

2   your Honor, we, the retirees, should not be held accountable

3   to return the money we earned on our annuity nor should we

4   lose our cost of living adjustment or our medical benefits

5   that we earned.  And on top of all the cuts that Detroit

6   wants, now the State of Michigan started taxing the retirees.

7   If in five years the city can turn itself around, any

8   reasonable man, your Honor, would expect the city to start to

9   restore the benefits that the retirees lost as opposed to

10  waiting until the year 2030 to be made complete.  By 2030,

11  most of the retirees will have passed away.  Based on --

12  again, based on a reasonable man, I can see us willing to

13  give back maybe 4.5 percent that the city requests.  We love

14  our city, and we want it to prosper, but, again, based on a

15  reasonable man, I don't expect to receive all that I'm

16  requesting nor do I expect to lose all that I've worked for.

17  So, your Honor, I'm asking you consider my request based on a

18  reasonable man expectation after working for this great city

19  for 30 years.

20          Personally, Judge, I'll be 62 in five days.  I was

21  an instrument tech foreman.  My job required me to be on call

22  24 hours a day.  In the process of this job, I have lost my

23  wife.  I raised five kids.  I have been in sewers,

24  uncounted -- untold number of sewers shoveling poop.  I have

25  been up on poles dealing with electricity.  I have been in

 1  water plants.  I have been on call where I had to have me

 2  take my child to the plant with my supervisor's permission

 3  because I was one of the few exceptions that could do the job

 4  that the city required.  I put in 30 years.  Now my health is

 5  not good by no means.  They say all that glitter is not gold.

 6  Not that I'm gold, not that I'm glittering, but the knees are

 7  gone.  I take shots every six month, three shots in each

 8  knee.  I take another shot every two weeks.  Give me a

 9  minute, okay, or a second.  Me and my brothers, we did a very

10  dangerous job.  We have been in sewers where you look up and

11  it looks -- the manhole looks like the size of a quarter.

12  Okay.  We lower -- we have been in sewer where there were no

13  gas detectors at that time.  We have been in sewer where

14  there is no rungs to walk down it.  We had to lower each

15  other down on a rope.  I have been with my brother when the

16  cable came off of a truck, and if it wasn't for me holding

17  the extra rope, I would have lost a brother.  So with all

18  these things that we lost, it's not unreasonable to ask that

19  our medical don't be diminished.  You know, I don't have a

20  problem giving back something.  I love this city.  I could

21  have left it a long time ago.  I didn't have to lose my

22  family over this.  All I ask you to do is consider the loss a

23  retiree will take, and no one really seems to represent us or

24  care.  Thank you.

25          THE COURT:  Thank you, sir.  Next is Amru Meah or

1    Mean.  I'm not sure how to spell that.  What is your last

2    name, sir?

3            MR. AMRU MEAH:  Meah.

4            THE COURT:  Thank you.

5            MR. AMRU MEAH:  Good afternoon, your Honor.

6            THE COURT:  We'll make sure that's right.

7            MR. AMRU MEAH:  Thank you for giving me the

8    opportunity to speak.  My name is Amru Meah, and I'm a former

9    director for Buildings and Safety and Engineering Department

10   where I worked approximately total with the city about 33

11   years.  And I wanted to take a few minutes to share with you

12   some of my objections, and I'd like to do it in three phases.

13           Real quickly, a little bit about the law, what I

14   understand the law to be in terms of the Chapter 9 Bankruptcy

15   Code.  It's my understanding that the -- when Congress shaped

16   the Chapter 9 of the Bankruptcy Code, they did it in such a

17   way that it would not violate the sovereignty of the states.

18   Throughout the Code, it has recognized the state has certain

19   powers.  Also, as has been said many times, the state

20   Constitution -- Michigan state Constitution seems to be very

21   clear about protection of pension rights.  And then last of

22   the law part, I'd like to bring to your attention again

23   Public Act 436, Section 11, 12, and 13.  At least in those

24   three sections, it makes clear that the emergency manager

25   shall not have the power to affect, diminish, or impair the

1  pension obligations and rights.  It talks about timely

2  deposits into the pension program, and the emergency manager

3  has special powers to reduce salaries but not to reduce

4  pension payments.

5        The other thing I'd like to talk about is, as I

6  said, I've worked for the city for 32 years, and when I

7  retired, the city has, through its human resource department,

8  a division called the -- a section that provides exit

9  interviews where you, as the employee, would meet with the HR

10  Department and go over what you should expect as a retiree.

11  As I met with them -- my wife and I met with them, they

12  indicated what my pension check would be on a monthly basis,

13  what COLA would be, but also they indicated what our

14  healthcare would be.  And based on those conversations, it

15  was my decision along with my wife's to, in fact, follow

16  through with the retirement and ultimately move and buy a new

17  house or whatever we did, but those kinds of decisions,

18  financial obligations I made were in part based on what was

19  shared with me through the city's exit interview process

20  where they had made certain commitments about what my pension

21  checks would be.  Now we are being told that it could be

22  reduced by a minimum of four and a half percent, but perhaps

23  even greater if the vote isn't to approve it.

24        The other issue is that these draconian cuts that

25  are being proposed by the city are far more than just four

1  and a half percent.  In my case, I would actually see
2  reduction in financial wherewithal closer to 30 percent, and
3  how I came up with that is that, first of all, since I
4  retired, while it's not part of the bankruptcy proceedings,
5  the governor has imposed a 4.38-percent taxation on public
6  pensions, but since then they have now proposed a four-and-a-
7  half-percent pay cut for pensions, and then there's the nasty
8  business of a clawback.  My clawback would be approximately
9  $613 a month in addition to the $325 a month of proposed cut
10  on my pension.
11          And then also I think that -- I think one of the
12  unintended consequences of the city's efforts to create
13  classes, which I'm a part of a Class 11 creditor, I think
14  they, it seems to me, created a subclass, if you will, in
15  where I fall, and that is when I was talking to many of my
16  fellow retirees about, you know, which way we're going, are
17  we going to vote yes, are we going to vote no, I was
18  surprised that many of the people I spoke to when I tried to
19  explain to them what these cuts could entail, most of them
20  indicated to me that they would not be feeling the pain of
21  the healthcare that I am feeling.  I now pay $858 per month
22  more now than I did in March of this year.  I'm also a
23  patient -- a cancer patient, which means that I have regular
24  office visits and doctor visits, which I now have decided
25  that some of these visits that I need to make at the doctor's

1    office I'm not going to do because I can't afford to pay this
2    out-of-pocket expense.  But when I said to you that it seems
3    to me the city created a subclass within the class, what I
4    meant by that is that when I talked to fellow retirees and I
5    told them that, you know, we're going to see these big huge
6    out-of-pocket expenses for costs for insurance, I was
7    surprised that many of the people I spoke to had indicated
8    that they either were old enough to receive Medicare -- and
9    I'm only 58, so that means I'd have about several more years
10   before I could qualify for Medicare -- or their pensions were
11   small enough where they would be able to quality for national
12   healthcare because --
13            THE COURT:  Sir, your time has expired.  I'll give
14   you one more minute.
15            MR. AMRU MEAH:  Okay.  Because I am a director, I
16   had a greater income, therefore, I would have a higher
17   pension, so I wouldn't qualify for either national healthcare
18   nor do I qualify for Medicare.
19            The other issue that so many people were not upset
20   about that they also receive Social Security, which I
21   wouldn't receive, so I think that this may be a class that
22   they had overlooked when they created these classes for
23   people like myself, and I'm sure it's more than just me
24   that's getting these cuts that are a lot stiffer than other
25   retirees, so I would ask that you would take these things

1   into consideration as you --

2           THE COURT:  Thank you, sir.

3           MR. AMRU MEAH:  Thank you.

4           THE COURT:  Thank you.  Next is Linda Mulder.  Ms.

5   Mulder.  Constance Phillips.

6           MS. PHILLIPS:  Good afternoon, your Honor.  I think

7   I need to lower this a little.

8           THE COURT:  Please.

9           MS. PHILLIPS:  Okay.  Can everyone hear me?

10          THE COURT:  Yes.  Thank you.

11          MS. PHILLIPS:  Great.  Good afternoon again, and

12  thank you for this opportunity, Judge Rhodes, to once

13  again -- after many times expressing objections regarding

14  this overall plan of adjustment, first and foremost, I want

15  to identify that I do have, for the record, a copy of what I

16  prepared that I would like to leave with you, Judge, because

17  it has additional attachments that I may not have time to

18  reference regarding the poverty guidelines for the federal

19  government as well as the current Crain's Business news

20  reporting of the foundation contributions for the retirement

21  plans and the DIA as well as the fact that Crain's has

22  identified all of the legal firms and the consulting firms

23  that are making over and have made over $79 million in regard

24  to this bankruptcy process.  I might not have time to itemize

25  all of those for you.

1          First and foremost, I do want to support what Ms.

2   McLellan said because I also worked at the Department of

3   Human Services and retired from the department because there

4   was an opportunity to take advantage of a retirement plan

5   that I really thought wasn't going to be there much longer.

6   I've worked for the city for approximately 17 years.  I

7   supervised the division that Ms. McLellan worked within

8   regarding helping those who are the lowest and neediest in

9   our community.  We provided in the Department of Human

10  Services payments for utility bills, gas and electric bills.

11  We paid for water bills when families could not pay those

12  bills.  We paid for food assistance, housing assistance.  The

13  dollars came from Health and Human Services Community Action

14  Agency funds.  When that department closed without actually

15  having a required reporting system for closing from the

16  federal government whereby the government indicated that one

17  could work with the program people at their level -- those

18  are program officers.  We didn't have that opportunity in

19  Detroit, so the department was closed, and the money was

20  returned.  Now we have to fight, fight, fight to get those

21  millions of dollars back in the community at a time of great

22  need.  Water is one issue.  We may be looking at electric

23  bills next and gas bills next as another issue.

24          I indicated in my particular preparation of

25  documents for today -- I did a summary of what it would cost

1    someone who is now receiving a modest pension of maybe

2    $21,000, worked for the city as a manager within that

3    government structure.  With the 27-percent bankruptcy rate,

4    you are going to have almost $500 removed from that paycheck.

5    The new gross will be 1,318.53.  With the annuity payment of

6    $58 removed, it probably -- a modest -- quote, unquote,

7    modest -- insurance payment for one person of $616 per month,

8    for the entire program year, calendar year, the person will

9    actually have generated or received a pension of $4,942.44.

10   That's one reason why I wanted to leave this for you, Judge,

11   because it's going to take a few minutes to read through

12   that.

13           THE COURT:  Um-hmm.

14           MS. PHILLIPS:  Additionally, as I work through my

15   comments, I wanted people to understand that we do have a

16   very big group of entity -- 20 is my count from the article

17   in Crain's -- 20 firms received $79,973,537.31.  Also,

18   Mr. Orr immediately made an opportunity available for his

19   cronies, his crew, his team to get a five-percent increase

20   when city workers and retirees hadn't had increases in years,

21   so I'm concerned about this, this whole process.  There are

22   the haves and the have nots.  And the retirees have seemed to

23   have been the group on which the bankruptcy has been built on

24   our backs, and it's not necessary for that to happen, so I

25   really want people to take a look.  There needs to be a

1  stakeholder group, a task force, however you want to call it,

2  special committee, pulled together to put together job

3  opportunities, utilizing the information highway, the

4  Internet, technology, for the retirees.  People are going to

5  have to have opportunities to be able to make these

6  shortfalls up from the financial deficits because everyone

7  has voted or not voted or, yes, everybody voted for the plan.

8  Statistically speaking, no matter what report is done, what

9  survey is done, what questionnaire is done, there is never a

10  hundred percent return on anything, so to presume that a

11  hundred percent of the entities have actually gone ahead and

12  voted is false.  We're looking at possibly 27-percent cuts.

13  I've also given the poverty levels for families, one through

14  four, in this packet, and thank you.

15          THE COURT:  Let me --

16          MS. PHILLIPS:  I didn't know I was going to have

17  that opportunity.  I'm glad I brought an extra copy.

18          THE COURT:  And thank you.  So if you'll just hand

19  that to my clerk --

20          MS. PHILLIPS:  Certainly.  I'd be happy to do so.

21          THE COURT:  -- I'll have a look at it and put it in

22  the record for you.

23          MS. PHILLIPS:  I'll probably send it in to the court

24  as well.

25          THE COURT:  Okay.  That, too.  Good.  Thank you.

1  Chris, would you get that?

2        MS. PHILLIPS:  I don't think there's a way for me to

3  get through there.  Thank you.

4        THE COURT:  Thank you.  Thank you.  Next is H. Jean

5  Powell, please.

6        MS. POWELL:  Good afternoon, your Honor.  Can you

7  hear me?

8        THE COURT:  Yes.

9        MS. POWELL:  Okay.  I want to thank you for

10  permitting me the opportunity to speak regarding the

11  bankruptcy for the City of Detroit.  As you've indicated, my

12  name is H. Jean Powell.  I retired from the city on April

13  1st, 2010, after 32-1/2 years of working in various

14  departments throughout the city.  I am contesting the

15  inclusion of retirees in this bankruptcy.  I realize that

16  this has already happened; however, we are innocent victims

17  of the reason for this bankruptcy.  We retirees served many

18  years for the city long before the various administrations

19  that led us into this particular situation that we're in now,

20  which came about with the bankruptcy.  So what I'd also like

21  to say is that now I like to do an analogy of the City of

22  Detroit and the employees as a family unit, the parents and

23  the children.  The parents make, you know, unwise decisions.

24  They make things, and now -- the city administration have

25  made bad decisions, and now they're asking for us to

1    participate in the recoupment of bad decisions that were made
2    on their behalf.  I don't believe that any retiree here in
3    this room had any part in the decisions that were made by
4    administration that led us into this bankruptcy decision.  I
5    recall many -- over the years that several union leaders sent
6    letters and correspondence to the administration indicating
7    that a lot of the decisions that were made on contracting
8    issues and things of that nature showing them or pointing out
9    to them, in their opinion, that they were not acting in the
10   best interest of the city.  And to my knowledge, none of
11   these were responded to or -- in terms of that they received
12   them.

13           Judge Rhodes, I realize the inclusion of the
14   retirees has been agreed upon, but what can be done to remove
15   the retirees from this bankruptcy proceeding?  I respectfully
16   implore you to revisit this aspect of this bankruptcy and
17   remove the retirees.

18           And my second point is the recoupment of interest
19   paid from 2003 through 2013, once again, actions that
20   retirees did not participate in, and yet, once again, we are
21   being penalized for actions beyond our control.  And I'm
22   concerned now is what controls are in place for us because we
23   have received these monies and at some point will be asked to
24   pay taxes on these monies, so has the bankruptcy team put
25   anything in place to show how we will not have to pay taxes

1   on monies that we received but now we have to pay back.

2           Judge Rhodes, throughout the bankruptcy you have

3   shown courage, fairness, and empathy towards retirees, and it

4   was demonstrated this afternoon by your concern about the

5   folks getting their water shut off.  And I just believe --

6   and it's my heartfelt belief -- that we need to revisit the

7   inclusion of the retirees.  We're not -- we are retirees, but

8   this will impact each individually in a different way.  You

9   know, my impact would not be as great as maybe a typist or,

10  you know, a worker or things of that nature, but,

11  nevertheless, we need to be sure that we can be given an

12  opportunity to maintain what we have worked so hard for for

13  many years.  Many of the retirees that have spoken to you

14  already today have indicated that, you know, we stayed with

15  the city.  We had a career with the city because we felt at

16  the end of our careers that we would have a pension that we

17  could count on, we would have the healthcare that we need,

18  and we just feel now that all of this was misguided

19  information that we felt and believed that we had deserved.

20          Your Honor, please permit retirees an opportunity to

21  have a quality of life that we worked so hard for and long to

22  live comfortably as possible in our retirement years, and I

23  believe once you take a look and see, you know, if -- I

24  realize the city is in dire straits, but is there any way

25  that the retirees at this point, although the decision has

1  been made to include us, to exclude us from this bankruptcy

2  because it's going to hurt the retirees very deeply, each of

3  us individually, so I implore you to please take a look at

4  that.  Revisit that situation.  See what participation the

5  retirees played in this process and see what type of relief

6  that you could provide for the retirees.

7       THE COURT:  Thank you.

8       MS. POWELL:  Thank you, sir.

9       THE COURT:  Next is Roger D. Rice.

10      MR. RICE:  Good afternoon, your Honor.  My name is

11 Roger Rice.  I worked for the City of Detroit for 38 years.

12 I've been retired for the last two years.  It'll be three

13 years this coming February.  Can you imagine my answer when

14 somebody asks me how am I doing in my retirement?  My wife

15 has had a heart attack since the bankruptcy started unrelated

16 to her health.  It was caused by stress.  Last fall or last

17 winter, they eliminated my wife's health insurance.  Now

18 we're paying $700 a month for her to have health insurance.

19 I am 65.  I'm getting Medicare plus the Medicare supplement

20 from Blue Cross through the city, but they've diluted the

21 plan to the point that I basically can't tell a difference of

22 having the benefits from the city or the basic Medicare

23 benefits.  I mean it's so diluted now.

24      The cuts that we're looking at, the four and a half

25 percent sounds like, well, okay, four and a half percent is

 1   not a lot of money, but then when you roll in the two-and-a-
 2   half-percent cost of living allowance that we were told at
 3   the point that we were retiring, that's seven-percent
 4   interest -- or seven-percent pay cut right there.  And, of
 5   course, I understand that if we get the two-and-a-half-
 6   percent cost of living, there's a compounding over the period
 7   of years that's going to bring your pension up
 8   substantially -- not substantially.  I guess it depends on
 9   what your pension is.  My pension isn't that much.  With the
10   four and a half percent and the two and a half percent and
11   the $700 of healthcare I'm having to pay for my wife now, I'm
12   basically looking at almost a 50-percent cut in my pension.
13          I've lived in the city most of my adult life.  The
14   clawback, I just -- I can't believe how that thing even came
15   into there.  I mean I'm thinking, well, hey, you know, we got
16   a statute of limitation of seven years.  They said, no, we're
17   going to go back ten years.  Can you imagine going to the
18   bank and investing your money in a bank and then the bank
19   coming back and saying, "Wait a minute, you know.  Our
20   investments didn't do as well, so we can't pay you the one-
21   percent interest we promised you.  We can't pay you anything,
22   so we want all the interest back that we paid you," and
23   that's what this is.  This is basically them taking back
24   whatever interest they paid us over that ten-year period of
25   time.  My annuity wasn't as much as a lot of people's.

1   Thirty-eight years, but I was also off work for ten years at

2   one time with a job-related injury, so my annuity wasn't as

3   high as some people's, but still that's going to be a

4   substantial burden for me to pay that money back.  There's a

5   lot of -- and this has been mentioned before, too.  There's a

6   lot of unanswered questions about what this whole package

7   entails.  I've heard that the four-and-a-half-percent cut in

8   your pension is going to be there for 20 years.  Obviously at

9   65 I can't wait till my 86th birthday so I get my four and a

10  half percent back.  I don't -- I hope I'm alive.  The four

11  and a half percent, the two and a half percent COLA would be

12  more palatable if there was a sunset or a time on it.  Over

13  the course of my 38 years -- and I was involved with the

14  union really heavily -- contract negotiations after contract

15  negotiations we did give-backs.  Ten-percent pay cut here,

16  forego your raise that you got coming for the next two years,

17  a ten-percent pay cut here, furlough days, DWOP days,

18  whatever it was, we've given back and given back and given

19  back, but there was always a time on it.  We're going to do

20  furlough days for the next two years.  We're going to do DWOP

21  days, which were days without pay -- I guess the furlough

22  days became more politically correct -- or a ten-percent pay

23  cut, and there was a time limit on those cuts.  That would be

24  more palatable than just saying these cuts are permanent.

25          The clawback thing, I figure that the amount of

1  money that they say that I owe, it was going to take me a

2  little over 11 years to pay it back.  Well, then somebody

3  else says, "Wait a minute, you know.  There is no sunset

4  there.  It goes even to your wife," so there's -- it's a

5  lifetime payback on that clawback, so let's say I owe them a

6  hundred dollars.  That hundred dollars is never going to be

7  paid back or it'll be paid back, but it's going to

8  continually if -- unless I pay a lump sum payment, I'm going

9  to continually be paying that hundred dollars back.

10          THE COURT:  Your time has expired, sir.

11          MR. RICE:  Can I say one other thing, your Honor?

12          THE COURT:  Yes.  Go ahead.

13          MR. RICE:  Just one thing.  There's another group

14  out there of retirees, and I understand the package that

15  they've gotten.  I understand their job.  Mr. Meah and his

16  brothers worked for the sewage department.  I worked on

17  garbage trucks, basically the same type of hazards almost

18  except for the climbing.  And I understand the police and

19  fire.  Police and fire are being asked to take no pay cut and

20  half of the cost of living, and I understand that we get

21  Social Security and they don't, but I pay 6.2 percent into

22  Social Security.  They get to take home 6.2-percent more, so

23  they have their Social Security basically.  They get that 6.2

24  percent every week in their pay.  It's not right for one

25  group to be hit with a pay cut in their pension and another

 1  group not.

 2         THE COURT:  Thank you, sir.  All right.  We've been

 3  going at this for an hour and a half now, so let's take a

 4  recess for ten minutes and reconvene at 3:40, please.

 5         THE CLERK:  All rise.  Court is in recess.

 6      (Recess at 3:29 p.m., until 3:40 p.m.)

 7         THE CLERK:  All rise.  Court is in session.  Please

 8  be seated.  Recalling Case Number 13-53846, City of Detroit,

 9  Michigan.

10         THE COURT:  Next on our list is Stina Santiestevan.

11  Renla C. Session.  You may proceed.

12         MS. SESSION:  All glory and honor to God, the

13  Father, and Jesus Christ, my Lord and savior.  Good

14  afternoon, your Honor.  My name is Renla Session.  I am a

15  native born long-time Detroit resident and a member of the

16  UAW, and I took off a overtime day to be here because I love

17  my city, and besides that, I know that the UAW is the next

18  target for Governor Snyder on his hit list.

19         I have so many objections to the proposed plan of

20  adjustment and grand bargain, which is more like grand theft.

21  However, my main concern is the human toll of this Lansing-

22  orchestrated Koch brother finance union busting bankruptcy.

23  The people are a city's most important asset, not balance

24  sheets, and throughout this entire process Kevyn Orr and

25  Governor Snyder and their merry band of looting lawyers have

1   had no regard for the welfare of the people, particularly the

2   African-American people of Detroit.  Any further cuts to the

3   for the most part meager pensions and bare-bone benefits of

4   the pensioners will have a devastating financial and

5   psychological effect on the already ravaged African-American

6   community.  Kevyn Orr and Governor Snyder seem to be totally

7   oblivious to the fact that many of us who live beyond the

8   downtown and midtown areas are truly suffering.

9         Our retirees are our most stalwart and responsible

10   citizens.  They are the generation with the strongest work

11   ethics.  Many of them are war veterans sworn to duty who know

12   how to sacrifice and persevere through adversities while

13   maintaining their faith in God and country.  Because of their

14   emotional stability and, quote, unquote, guaranteed income,

15   they are the backbone of the African-American community where

16   it is not uncommon for as many as four generations to be

17   living in the same household.  Many retirees are raising

18   grandchildren, supporting and supplementing the income of

19   unemployed or underemployed grown children, and some are

20   caring for aged parents.  Ex-offenders often find sanctuary

21   in the homes of our retiree generation.

22         How will the younger generation be motivated to get

23   an honest job after watching their parents and grandparents

24   work hard all their life, play by the rules, be responsible

25   citizens, only to end up homeless on the street with nothing?

 1   Our youth cannot afford any more hope snatched away from

 2   them.  With Governor Snyder's failing EAA schools eliminating

 3   African-Americans, experimental African-American schools,

 4   exploitating African-American schools, take your pick,

 5   whatever you want to call them, these schools are robbing our

 6   youth of a quality education.  There are no summer jobs, no

 7   recreation, no Belle Isle, no chance of going to college, and

 8   now no water.  Why not turn to crime because if this plan of

 9   adjustment is allowed to go through, it will prove to our

10   youth that playing by the rules does not necessarily work for

11   some people, and in all likelihood it won't.

12          Your Honor, I implore you to not make the pensioners

13   pay for a bankruptcy they did not cause.  The banks destroyed

14   their -- Detroit with their illegal swap deals, predatory

15   lending, and their unwillingness to support small businesses

16   in the city.  The banks can afford to take the hit.  The

17   pensioners cannot.  The State of Michigan should honor their

18   promise to protect the pensions.  Thank you, your Honor.

19          THE COURT:  Thank you.  Carlottie Shaw.  Ms. Shaw.

20   Mark L. Smith.

21          MR. MARK SMITH:  Good afternoon.  I will follow up

22   with a letter if the Court --

23          THE COURT:  Okay.  Sure.

24          MR. MARK SMITH:  I served the city, worked 30 years

25   as an accountant rising through levels and ended up as a --

1  what's considered to be an accounting manager.  I did have
2  direct responsibility for two separate accounting entities.
3  That would be like subentities within the city government.  I
4  also worked in the Finance Department.  Now, in the Finance
5  Department my first job I -- well, more than one job.  I
6  worked in the central accounting section, and I would say all
7  those years I never saw the general fund cash flow
8  statements.  I never saw the direct cash flow statements.  I
9  believe I wrote in my letter to the Court I have some doubts
10  as to whether or not there was or is a -- was a liquidity
11  problem that justified bankruptcy in the first place.

12          THE COURT:  Let me ask you to speak closer to the
13  microphone, please.

14          MR. MARK SMITH:  Oh, I thought I had a big mouth, so
15  I didn't think I needed to.  Okay.  As I said, I have some
16  doubts as to whether there was some liquidity problem.  As I
17  said, I never saw it.  I would ask the Court to make sure
18  that the city's side, the city's attorneys present good
19  evidence that there is or was a liquidity problem, but what I
20  hear now informally is that they do have a large cash
21  balance, but that's irrelevant.

22          As I said, I did take care of two separate
23  accounting entities, and I was responsible for the cash flow.
24  And doing that, salaries, wages were always absolute first
25  priority as far as timing goes, and they were also -- had the

1   highest priority as far as preeminence of priority.  In that

2   level, in that class, I would also have considered paying

3   federal payroll taxes as having the same preeminence, and I

4   would also have considered pensions because pensions are just

5   like payroll.  So my point there is that I never would have

6   considered trying to change the pension or trying to change

7   the payout to the pensioners.

8            Also, considering the city's bankruptcy, as far as

9   the pension fund funding levels, it was mentioned by another

10  person -- I believe two other people -- that there were

11  grant-funded agencies.  There are like four major grant-

12  funded agencies, and three of them have been expunged by the

13  city.  Those three were -- well, not a hundred percent, but

14  they did have a large grant-funded portion of funding, and

15  those funds directly contributed to the city's General

16  Retirement System, meaning that there's -- there was no

17  deficiency in the funding of the employees who worked for

18  those agencies.  Now, I made some rough calculations based on

19  budget -- excuse me -- budgeted figures, and I had to do that

20  because I can't get actual figures.  Now, that's related to

21  another issue I would like to speak to.  I was hoping

22  somebody else would be here.  But we haven't been able to get

23  actual figures.  I couldn't get actual financial figures.

24  One, I guess some of the employees feel that they're not

25  supposed to give it out because, you know, I'm an outsider

1    now.  I'm not an employee.  A FOIA would not be practical.

2    The reason I say that is because we have already done a FOIA

3    for the names and addresses of all of the retirees because we

4    wanted to be able to send out justification for rejecting the

5    grand bargain.  We haven't been able to get that.  Now, that

6    seems to be kind of unfair, but I'll get back to my point.

7                THE COURT:  I can give you one more minute, sir.

8                MR. MARK SMITH:  Oh, wow.  Okay.  Well, I will be

9    following up with a letter.  Anyway --

10               THE COURT:  Okay.

11               MR. MARK SMITH:  I calculated that the grant funding

12   contributes 5.2 percent to the General Retirement System.

13   Now, that seems to be a small amount, but if you consider the

14   deficit that they claim, the percentage, that 5.2 percent

15   would dramatically close that gap.

16               I also want to say that if the grand bargain of 860

17   million resulted in an abatement of pension cuts from 26

18   percent down to four and a half percent, maybe if the State

19   of Michigan were to go ahead and pay the amount they owe the

20   city, maybe we could close out that four-and-a-half-percent

21   abatement -- four-and-a-half-percent pension cut.

22               I will also -- so one more thing I'll say.  I have

23   also calculated that after ten years anyone in the General

24   Retirement System, they will lose 22 percent of their income

25   based upon what they are actually receiving now.  That is

1   from the COLA -- loss of COLA and also the four-and-a-half-
2   percent pension cut, so finally I would implore the Court to
3   just go ahead and reject the pension cuts, the COLA, and the
4   clawback, definitely the clawback because that's nothing more
5   than outright thievery, not as a thief in the night, but as a
6   thief in daylight.

7           THE COURT:  All right.  Thank you, sir.

8           MR. MARK SMITH:  Okay.  Thank you.

9           THE COURT:  All right.  I'll look forward to your
10  letter.  Next is Michael Smith, please.

11          MR. MICHAEL SMITH:  Good afternoon, your Honor.  I
12  object to the city's plan of adjustment.  I object to the so-
13  called grand bargain, which I consider grand theft.  Governor
14  Snyder and Emergency Manager Kevyn Orr passed a plan to
15  adjust my pension, which I find illegal and immoral.  This
16  team wishes to reduce retirees, which have been solid
17  citizens, taxpayers, and have played by the rules, to second-
18  class citizens.  As Snyder and Orr and their team pat
19  themselves on the back, retirees get a slap in the face.  Our
20  services are no longer needed, so our money and healthcare
21  should be reduced, according to their logic.  They have made
22  it crystal clear that paintings on the wall and the bankers
23  that feed and have fed on our blood, sweat, and tears are
24  much more than retirees who are now struggling to put food on
25  the table.  Your Honor, I ask you does anyone care or hear

1  us?  We're trying to put food on the table.

2        The 23,000-plus retirees will begin to struggle to

3  pay our utility bills, our mortgage, buy gas, and I guess we

4  can thank those men who are patting themselves on the back

5  who have taken the human element out of this equation, which

6  is the retirees, no doubt.  Even our death benefit is being

7  eliminated, your Honor, our death benefit.

8        We, the retirees, wish the truth could actually be

9  told.  The so-called 4.5-percent pension reduction is really

10  a lot more than that.  Let the media come and tell the truth,

11  the whole truth, and print that.  The City of Detroit is

12  supposed to be broke, but it's amazing that millions of

13  dollars have been sent -- been spent on consultants,

14  advisors, consultants to advisors, advisors to consultants.

15  Millions were given by the Big Three to save the artwork on

16  the wall.  How many retirees bought cars over that period of

17  time as we worked for the city?  Why isn't our pension being

18  reduced to zero percent?  There are millions going around and

19  maybe billions floating around.  The city has saved much by

20  dropping retirees from healthcare, so, again, why can't our

21  pension be reduced to zero percent?  Was that savings used to

22  pay the raises of the city council, the mayor, and whomever

23  else is not a City of Detroit retiree?  Yes, your Honor, I

24  object to the so-called plan, grand plan that is anything but

25  a grand plan for retirees.

1          In closing, this is truly a plan of adjustment for a
2    City of Detroit retiree.  How do we adjust to this when we
3    have worked all our lives and everything that we worked for
4    is being taken from us?  Retirees seem to be the only people
5    who have made an adjustment.  Why is that?  Kevyn Orr, the
6    consultants, the advisors, the lawyers, the mayors, the
7    council all will make an adjustment of more money or a raise,
8    but retirees are the only ones making an adjustment with a
9    lot less to work with.  I wish all of those that can take
10   that kind of financial hit that the retirees are about to
11   take will stand up and clap.  Thank you, your Honor.
12          THE COURT:  Thank you, sir.  Constance Spight.  Tina
13   Sumner.  Elaine Thayer.
14          MS. THAYER:  Good afternoon, Judge Rhodes.
15          THE COURT:  Would you pull the microphone closer to
16   you for me, please?
17          MS. THAYER:  Is that okay?
18          THE COURT:  Yes.
19          MS. THAYER:  Okay.  Good afternoon, Judge Rhodes.  I
20   am not a City of Detroit retiree, but I am representing my
21   significant other, who retired with 39 years, and my mother,
22   who receives a pension check as a beneficiary.
23          In 1973 the City of Detroit entered into what they
24   call the General Retirement System, 1973, defined benefit,
25   defined contribution plan of the City of Detroit.  This was,

1    in reality, two separate plans, the first being the 1973

2    defined benefit plan, which guaranteed a city retiree a fixed

3    monthly pension check for the rest of their life and possibly

4    a beneficiary if they had chosen that option.  The other part

5    of this plan, known as the 1973 defined contribution plan,

6    also known as the annuity savings account, was an optional

7    savings plan for employees.  If you chose to contribute to

8    this plan, the funds were invested and overseen by the City

9    of Detroit investment advisors.  Your account would accrue

10   interest, and at the time of retirement you would roll this

11   money over to your own investment company, and it would be

12   viewed in the same manner as any IRA.

13          Then along came the new 1998 defined contribution

14   plan offered by the city as a second pension option.  The

15   employees that were currently in the defined benefit plan had

16   the opportunity to transfer into the new 1998 defined

17   contribution plan.  This pension plan is a 401(k), which

18   means the employee is responsible for their choice of

19   investment portfolios offered through the mutual funds

20   administered by Great West Retirement Services.  The employee

21   contributes to this pension plan every pay along with any

22   negotiated amount to be contributed by the city.  In this

23   case, the employee bears the risks associated with

24   investments, not the city.  When it's time for an employee to

25   retire under defined contribution, they do not receive a

1  check from the city for a fixed amount of money every month.

2       The pension portion of the current beneficiary

3  case -- excuse me -- bankruptcy case only addresses cutting

4  the pensions of defined benefit members due to the retirement

5  funds being underfunded.  Because these employees chose to

6  stay with the defined benefit plan due to its guaranteed

7  security, they are now being told they have to bear part of

8  the financial crisis that the city now faces.  However, the

9  employees who transferred to the 1998 defined contribution

10  plan are not affected because the money that they and the

11  city contributed to their retirement went directly into their

12  pension accounts at Great West.  When the employees made the

13  decision to transfer to the 1998 new defined contribution

14  plan, the value of their accounts were calculated based on

15  the actuarial amount that would have been set aside in the

16  defined benefit account for their future retirement, and the

17  money was transferred from the defined benefit plan to each

18  of their accounts at Great West.  This huge transfer of money

19  definitely played a role in the underfunding of the defined

20  benefit plan.  The underfunding of the defined benefit

21  investments didn't happen overnight.  It was a culmination of

22  the transfer amount for defined contribution, the investment

23  losses, and the lack of the city contributing their portion

24  to the pension fund.

25       The board of trustees, after consultation with its

1   actuary, Gabriel, Roeder, Smith, changed the smoothing

2   method, which uses a period of years to recognize gains and

3   losses as opposed to recognizing the actual gains and/or

4   losses that occur in each year, from three years to five

5   years in 2010, and in 2011 it was again changed from five

6   years to seven years, which now reduced the city's pension

7   portion by a total of $19 million.  Even after these changes,

8   the city did not contribute to the employees' defined benefit

9   plan.

10          After further investigation into the 1973 defined

11  contribution plan of the City of Detroit, otherwise known as

12  the annuity savings account, it was determined that the

13  employees have been paid excess interest in several years

14  during the period of June 2003 through July of 2013.

15          Now I would like to present my questions to this

16  Court.  Number one, why are the defined benefit retirees the

17  only retirees to take reductions to help stabilize the City

18  of Detroit?  The retirees that transferred to defined

19  contribution in 1998 should have to bear some burden for the

20  underfunding in the pension fund.  The excuse that 1998 is

21  just too long ago doesn't hold up when employees who retired

22  prior to 1998 under the defined benefit plan will have

23  reductions to their monthly checks.

24          Number two, I have yet to see any mention as to the

25  reductions to spouses who under court-ordered EDRO's receive

1   a portion of the employee's retirement funds.  If the retiree

2   gets a reduction, does the ex-spouse also get a reduction?

3   And when the COLA is no longer paid to the retiree, does the

4   ex-spouse also stop receiving COLA?

5          Number three, the city doesn't pay the defined

6   contribution retirees a check, so how does the city plan to

7   recoup the excess interest paid to the defined contribution

8   retirees' annuity savings accounts, which is expected to be

9   about 15-percent reduction to the defined benefit retirees?

10          In summary, if one employee is going to have a

11  reduction to their pension checks, which I assume will

12  include retirees that retired long ago, then all retirees

13  should have to take a reduction in their pension.  Thank you,

14  your Honor.

15          THE COURT:  Thank you.  Marie Lynette Thornton.

16          MS. THORNTON:  I'd just like to thank you for the

17  opportunity to speak.  First of all, I am not a retiree, but

18  I am a long-time resident of the City of Detroit for 63

19  years.  I'm also elected to the Midtown Concerned Citizen

20  District Council, and I am also a precinct delegate or a

21  community person.  And my concern is looking from what I see

22  on all sides -- that's including yours -- when you say you

23  don't have any jurisdiction over the water, but you have --

24          THE COURT:  I didn't quite say that.  What I said

25  was I wasn't sure.

1          MS. THORNTON:  Oh.  That's what I heard this
2    morning.  Okay.  That's accounted to my age of 63.  I dragged
3    myself here off a dialysis machine, got off early, just to
4    come here to say the following.  Number one, the ballots.
5    I'm listening to the media talk about the results are already
6    in, so it makes me wonder, as a citizen and a community
7    person, is this just a dog and pony show today.  It makes me
8    think if it's a dog and pony show because you have city --
9    you have Orr giving raises to individual if we're in a
10   bankruptcy state.  You have folks like myself hearing that
11   the ballots went out wrong and all of this, so it makes you
12   think is this whole bankruptcy manufactured.

13         And then as a Midtown City Citizen District Council
14   member, this thing about blight and money being used for this
15   or being used for that, I think it's a violation of Public
16   Act 344 when you don't include me and other residents who
17   were elected on April the 8th to participate in the blight
18   process of determining how they use this hard-hit money for
19   blighted area, so we, the citizens and the senior citizens in
20   Detroit, think this is just manufactured to move low income
21   people out of Detroit, to move senior citizens out of
22   Detroit, and others so they can create a new Detroit at the
23   expense of the citizens that have remained behind and that
24   the court system such as yourself, Judge Rhodes -- and I
25   don't know you from man in the moon -- is creating this false

1  sense of there is a bankruptcy just to create a new Detroit

2  and to move citizens out, and I really just feel bad that the

3  system that I thought was for democracy is turning into being

4  used to displace citizens, African-American, low income

5  people, out of the City of Detroit to create a new Detroit,

6  but I really am appalled at Kevyn Orr for even requesting

7  raises for hisself, his staff, and others in the City of

8  Detroit and say that there's a bankruptcy.  I think we are

9  being bamboozled in the City of Detroit saying that there's a

10 bankruptcy when, in essence, there is true not a bankruptcy

11 or a debt, and people are just removing us as senior citizens

12 and low income people to create a new Detroit for the have

13 and, you know, forget about the have not in the City of

14 Detroit.  How you going to cut off water to citizens in the

15 City of Detroit and keep it going for commercials people in

16 the City of Detroit?  You might not have jurisdiction over

17 the water, but we, the people who are low income, who are

18 senior citizen, need to have our right addressed in the City

19 of Detroit.  And I just don't believe that there is really a

20 debt.  And why not the DIA?  I live in midtown.  Why can't

21 they -- why are you protecting them and not protecting low

22 income?  I thank you for allowing me to speak.  And we, the

23 outsiders, not the retirees, are looking at all of this mess

24 that's going on, and I'm still trying to figure out how did

25 the media already predict that it was going to be approved,

1  this bankruptcy was going to be approved, and the votes was

2  not already in officially.  Thank you.

3          THE COURT:  Thank you.  Jean Vortkamp.

4          MS. JEAN VORTKAMP:  Hello again, Judge Rhodes.

5          THE COURT:  Can you slide that mike down a bit for

6  me?  Thank you.

7          MS. JEAN VORTKAMP:  Thank you for giving me the

8  opportunity to speak today.  I'm Jean Vortkamp, a resident

9  who is here because my family and friends will be

10  impoverished by this plan of adjustment, which is taking

11  their property against the Fifth Amendment of the

12  Constitution.  This is a plan of impoverishment, not an

13  adjustment of debts.

14          I would like to tell you about Simea and James,

15  James and Simea.  Simea likes to make her Play-Doh into

16  different kinds of pretend food.  James makes his LEGO people

17  fly.  They are children.  They are my neighbors.  I watched

18  the city in the name of restructuring shut off their water.

19  In the Chapter 9 Bankruptcy Code, I must have glanced over

20  the section that led to Kevyn Orr's decision to make water

21  shutoffs, quote, "a necessary part of Detroit's

22  restructuring," as he said in the Free Press.  As Jones Day

23  says in its objection responses, Chapter 9 is designed to

24  assist distressed municipalities in providing vital

25  government services to the general public.  Instead, they

1  took them away.  In concentration camps, there was water.

2  Many of the children in my neighborhood had their water cut

3  off.  Families are taking money from things like rent to pay

4  the bill they could not afford with our high water rates.  My

5  neighborhood is a ten-minute drive to a pumping station on a

6  river connected to the Great Lakes, but my bill is higher

7  than the average U.S. water bill.  Privatization usually

8  causes rates to double or triple.  How would that make

9  Detroit look like a more attractive place to live in post-

10  bankruptcy?  Jones Day notes --

11      THE COURT:  May I interrupt you for a second?

12      MS. JEAN VORTKAMP:  Hum?

13      THE COURT:  May I interrupt you for a second?  Do

14  you know whether your neighbors tried to get help with their

15  water bill, and if they did, what happened?

16      MS. JEAN VORTKAMP:  This particular neighbor, I'm

17  not sure how they got -- how they got the money.  I know that

18  they ran to do it for the next day.  The one -- the daughter

19  had asthma, and so you can't have a house with no water if

20  you use the asthma machine.  I think she uses -- I'm not sure

21  she uses the asthma --

22      THE COURT:  But you're not sure how they got the

23  money to fix that bill?

24      MS. JEAN VORTKAMP:  No, but I know that the little

25  girl needs new shoes.

1          THE COURT:  Okay.  Please continue.

2          MS. JEAN VORTKAMP:  Um-hmm.  They also charge a

3    reconnect fee.  That's something that has not been mentioned.

4          THE COURT:  Oh, how much is that?

5          MS. JEAN VORTKAMP:  I'm not sure.  I would check

6    into that.  Jones Day notes that by 2023 the water department

7    will save over 500 million, which seems to be at least partly

8    taken from pensioners.  Why don't they just go after Chase

9    and their partners in the $537 million in swaps which was

10   supposed to fix our infrastructure, but instead these people

11   who are not elected would take water from Simea and James.

12   It astounds me that in Detroit in the same period of time

13   that myself and a group of engineers were working on an

14   engineering program for Detroit children, Kevyn Orr was

15   working on a plan to take their water away.  There is not one

16   person on this earth that has the right to deny even one

17   child their human right to water.  I demand that these

18   shutoffs stop, that there is a forensic audit of the water

19   department and all its contractors, the staffing levels be

20   examined to see if they are adequate, the prices be lowered

21   for all of southeastern Michigan, and that there be no sale

22   of the water department or the first step toward that, which

23   is regionalization.

24          The plan of adjustment objection responses notes

25   that $450 million there will be addressing blight.  Obviously

1   blight is caused by joblessness.  The Detroit Future City's

2   plan was originally funded in part by a developer, Richard

3   Baron, who recently bought part of the riverfront.  To

4   pretend that this has anything to do with Detroiters is a

5   lie.  Addressing blight means getting people jobs, not

6   mashing down houses after banks and mortgage companies like

7   Countrywide have foreclosed on them and not taken care of

8   them until they are looted.  This plan of adjustment has made

9   me nostalgic for democracy and human progress.  I object to

10   the structure of every single governance in this plan.  None

11   of them give retirees and citizens representation.

12        I object to the word "duly" in front of "mayor," and

13   this is significant because of the VEBA selection of

14   trustees.  The mayor, of which we do not, in my opinion, have

15   one that is duly elected, will choose three of the trustees.

16   The investigation into the Detroit 2013 primary was no

17   investigation of all with responsibility for it being shifted

18   around and officials not doing their duty.  Here is an

19   example of some of the ballots with similar handwriting.  Our

20   post-bankruptcy governance simply should be clean elections.

21   These are two different ballots.  These are two different

22   ballots.

23        THE COURT:  Just so it's clear, you're showing me

24   ballots from the mayoral election?

25        MS. JEAN VORTKAMP:  Who will be in charge of the

1   VEBA.  I object to the grand bargain.  That says it is not
2   guaranteed.  It is oddly named the same as taking Social
3   Security away, the grand bargain, and is it within the
4   guidelines of the IRS status for the foundations?  There
5   appear to be conditions on their contributions.  The way it
6   is set up seems like it could fall apart like a house of
7   cards at any time and hurl retirees into poverty.  I implore
8   the Court and President Obama to side with the people of this
9   country and stop this bankruptcy, investigate every step of
10  this process, the emergency manager law, the Detroit primary
11  2013, and our election system.  This plan sets Detroit up to
12  fail.  Detroit is not a Monopoly game.  This is no
13  opportunity Detroit, not for the impoverished children I work
14  with, seniors, legions of young adults with no jobs.  This is
15  an opportunity to demolish houses with hardest hit money to
16  prep for developers for profit instead of using the money to
17  help Detroiters keep their homes.
18          THE COURT:  Your time has expired.  Do you need
19  another minute?
20          MS. JEAN VORTKAMP:  Yeah.  It is an opportunity for
21  a political agenda counter to the will of the people of
22  Detroit that pushes privatization.  It seems odd to me that
23  much of what's happening in Detroit follows the agenda of the
24  Mackinac Policy Center, the Manhattan Policy Institute, and
25  ALEC, who are not the elected government.  I suggest the

 1  Court become more aware of their background and investigate

 2  if there is some possibility of a connection.

 3          We would like clean elections, a forensic audit, sue

 4  the banks for everything that they've done, and stronger

 5  regulations for the money that comes here.  I stand in

 6  solidarity with the people of Central Falls, Rhode Island,

 7  Puerto Rico, Stockton, and any other places this traveling

 8  greed circus set up camp.  Shame on every person who is

 9  allowing this to continue.  Detroiters take care of each

10  other no matter how little we have.  This group of people who

11  have taken over Detroit will not chase us out.  They've

12  picked us -- they've picked a fight.  They will lose.  Thank

13  you.

14          THE COURT:  Thank you.  Mary Jo Vortkamp.

15          MS. MARY JO VORTKAMP:  Good afternoon.  My name is

16  Mary Jo Vortkamp, and I'm a current employee with over 28

17  years of service covered by the City of Detroit's Retirement

18  System, health benefits, and life insurance.  My parents are

19  also retirees of the City of Detroit, and many of my friends,

20  neighbors, and customers are retirees of the City of Detroit.

21  I am concerned about how the bankruptcy will affect the city

22  moving forward and my family.  I have a four-year-old son,

23  and I don't want him to be burdened with taking care of me

24  financially in my old age, which up until this past couple of

25  years I thought was protected by the Michigan Constitution,

1  Article IX, Section 34, and the United States Constitution --
2  thank you -- contract section.

3        I talked with friends a couple weeks ago, and I've
4  talked to at least a couple of them that are paying more than
5  $800 a month for insurance.  They retired a little younger
6  and thought that their health insurance would be covered by
7  their retirement.

8        I object to page 63, conditions to the state's
9  participation.  It's outrageous to bargain away a
10  constitutional right.  How could Jones Day and the state even
11  put this in a plan of objection?  I object to the investment
12  committee.  Retirees have a right to elect the
13  representatives that control their money.  This is not the
14  government's money.  This needs to be democratic, so if they
15  do not agree with the investments, they can vote people out.
16  How does stopping the involvement and lawsuits against Public
17  Act 436 fit into the Bankruptcy Code?

18        I object to page 58, post-bankruptcy governance.
19  These are not elected officials.  This is the United States
20  of America.  This is a Chapter 9 bankruptcy.  They should not
21  interfere with how we are governed.  How exactly does this
22  20-year plan not interfere with democracy and rules of
23  Chapter 9?  Detroit deserves democracy and nothing less.

24        I object to the pension plan because it does not say
25  how the new trustees would be elected.  If the assumption

1   is -- and there should be no assumption in a bankruptcy

2   plan -- that they are not elected but selected, I object to

3   that.  There is extraordinary value in being in a position of

4   economic power that is elected.  The fear of losing the

5   position usually drives the person to do a good job.  In the

6   American revolution, Americans believed the same thing

7   breaking away from a nonelected official, the King of

8   England, to have an elected government that would represent

9   their interests.

10          I object to the State of Michigan list of approved

11  investment managers.  How is it picked and why?  The GRS and

12  PFRS is already better funded than MERS, so how are they in a

13  position of expertise to make this list?  What is the

14  criteria for the list?  Considering that this will give those

15  managers quite a lot of money, fees are neither capped nor

16  noted in the plan.  Who is on that list?  I would expect that

17  to be an exhibit.

18          I object to any payment of claims to the DDA, Class

19  13, page 43.  Authorities are undemocratic entities that do

20  not belong in a democracy and certainly should not get paid

21  in bankruptcy.

22          I object to the following service providers if they

23  were not bidded out properly, which I cannot tell by the

24  submitted information in the plan:  Heritage Vision, Golden

25  Dental, Aon Hewitt, Blue Cross, Susan Nelson from Boston,

1    Flex Plan, Inc., from Washington state being used for

2    healthcare; Miller Canfield being used for bonds; and any

3    other specifically named entities I may have missed.  If they

4    were not bidded out properly, how can we be -- the city be

5    sure we are getting the best price for service?  If they were

6    not bidded out, how is this improving the financial future

7    for Detroit?

8         I object that this bankruptcy plan requires the

9    waiving and exercise of -- exercising constitutional rights

10   are then stating the bankruptcy agreement and the Bankruptcy

11   Court if this -- if approving this plan is above the

12   Constitution.  I thought the courts were to enforce the

13   Constitution.

14        I object to page 255 regarding post-bankruptcy

15   future legislation.  How does that fit into the Bankruptcy

16   Code?  That overreaches the process itself.  I object to the

17   establishment of an investment committee.  I objection -- I

18   object to Section H, page 40, of the state contribution

19   agreement.  This is just one paragraph, would make the

20   forefathers of this nation roll over in their graves.

21        I object to Section D, the annuity saving fund

22   recoupment.  I object to the clawback of annuities.  If there

23   really was a problem with the amount of interest given, that

24   should have been taken care of at the time it happened.  It

25   is unjust to take back interest that people were given in

1   good faith.  If you claw this back -- if this clawback is

2   just and equitable, there is a lot Detroit claw back from

3   banks, from swaps, from predatory loans, and more.  Detroit

4   should also then be clawing back any interest made off of

5   Detroit's payments.  I thought you could only claw back if it

6   was fraudulent.

7           I object to injunction page 41.  It is not right

8   that these groups have no responsibility for their action.  I

9   object to starting on page 52, Section E, the state

10  agreement.  Seventy-five percent of the independent members

11  is not representative of the retirees themselves.  It is

12  unclear who these independent members represent and why they

13  should be over it.

14          I object to the transfer of the DIA's assets.  They

15  belong to the city.  I object to page 76, 2.4, no guarantee.

16  I object to page 81, 5.9, referring to Exhibit A at page 117.

17  The bank compensation is blank.  It does not give me --

18          THE COURT:  Ma'am, your time has expired.  Can I ask

19  you to wrap up?

20          MS. MARY JO VORTKAMP:  Yeah.  I would also like to

21  point out that these are a whole bunch of people that have no

22  law degrees, and this is some representative of the quality

23  of people hired by the city that expected this pension

24  guaranteed by the state when they retired and could have gone

25  out and done extraordinary things other places besides

1  working for the city.

2          I would also like to point out that if what they

3  really, really wanted to do was clean up Detroit and its

4  government, then I should have heard the word "forensic

5  audit" in something somewhere, and I really have heard an

6  absence of that because if we truly don't know what's going

7  on, how can we fix it going forward?  Thank you very much.

8          THE COURT:  Thank you.  Shirley J. Walker.

9          MS. WALKER:  Good afternoon, your Honor, Judge

10  Rhodes.  My name is Shirley Walker.  I am a senior

11  development specialist with the City of Detroit, Planning and

12  Development Department.  I object to the city's plan of

13  adjustment as a City of Detroit employee.  For the past few

14  years, the City of Detroit has decreased my pay, benefits,

15  and increased my responsibilities for health, dental, and

16  optical care.  Because of this, I have found it very

17  difficult to make ends meet.  It has created a severe

18  hardship on me and my family of which I have a critically ill

19  daughter to support on a single income.  My household

20  finances have been increasingly strained regarding paying my

21  bills as much, so I have had to exhaust my entire available

22  annuity and take out loans to attempt to make ends meet.  My

23  quality of life has decreased tremendously.  The city imposed

24  unpaid budget required furlough days to be continued -- to be

25  continued for three consecutive 12-month periods.  Then later

1    the city implemented the city employment term, CET, on the

2    employees, which included a ten-percent pay reduction.

3    Additionally, various other sanctions were imposed on the

4    employees such as the following:  merit and step increases

5    eliminated, vacation accrual capped, elimination of swing

6    holidays and election days as a holiday, award of reserve and

7    seniority sick banks discontinued.  Supplementary jury duty

8    pay was eliminated.  Employees no longer receive a three-day

9    reimbursement for use of their vehicle on city business.

10           The big change is in healthcare requiring employees

11   to take -- to make -- I'm sorry -- 80/20 contributions.

12   Increased health insurance deductibles, co-insurance maximum

13   increased, emergency room copay increased, and a new hospital

14   admission copay, also a prescription copay increase.

15   Retirement multiplier was decreased and the escalator

16   eliminated, longevity pay discontinued, bonus vacation days

17   discontinued.  As you see, my pay has constantly went down

18   while my benefits and responsibilities has constantly gone

19   up.  This makes it impossible to sustain an acceptable

20   quality of life and my ability to pay my obligations causing

21   me to continue to borrow in order to keep me from drowning in

22   debt, but is it really?  At least I have not been forced out

23   of my home as yet, but I am getting very close to this

24   reality.  It just seems as if all the individuals who created

25   the situation are not required to be accountable for it.  It

1  is only being forced on the backs of employees and the

2  retirees of the city.  I am in a federal grant-allocated

3  department, and my salary and benefits are not supposed to be

4  adjusted because they are provided for in the grant.  Thank

5  you for your time.

6          THE COURT:  Thank you, ma'am.

7          MS. WALKER:  Thank you.

8          THE COURT:  William Curtis Walton.

9          MR. WALTON:  Good afternoon, your Honor.  May it

10  please the Court, this comes in response to the fourth plan

11  of adjustment filed by the City of Detroit.  I object to that

12  fourth plan of adjustment as a retiree of 32 years earning a

13  full service retirement and full benefits, which went into

14  effect on October 27th, 2012.  I reject it on the basis of

15  being unconscionable, and I'll -- and what I'd like to do

16  is -- I have my comments written, and I will present that to

17  the Court.

18          THE COURT:  Okay.

19          MR. WALTON:  Okay.  But I'll go through them right

20  now.

21          THE COURT:  Sure.

22          MR. WALTON:  In retirement, my gross pay is just

23  short of $30,000.  When I retired on October 27th, I was told

24  by managers and employees of the General Retirement System

25  that I -- after I received and liquidated my first pension

1  payment, that my pension was fixed, locked in and set in
2  stone and could not be modified subsequent to that point.  On
3  more than one occasion, I have heard the city's so-called
4  emergency manager as he has said that pensions and benefits
5  earned by Detroit retirees were, quote, unquote,
6  sacrosanct -- I don't know the meaning of that word -- I mean
7  I'm trying to get the gist of this -- and protected by the
8  Michigan Constitution, which the governor of the State of
9  Michigan swore in his oath of office to uphold and protect.
10 However, this case must be seen by this Court -- I'm sorry --
11 by this Honorable Court as quite the opposite of that oath.
12 That is, it's an attack on the Constitution of Michigan by
13 the governor of the State of Michigan through his appointee,
14 the emergency manager of the City of Detroit.

15        My hand was forced in my decision to retire in
16 October at the age of 57 because the Bing administration
17 decided that it was going to take away the payment of unused
18 sick time and adjust my retirement multiplier, which would
19 greatly affect the amount that I would receive in retirement
20 for the rest of my life.  Prior to that threat, my intention
21 was to remain employed with the City of Detroit and to
22 elevate myself through education and preparation into a more
23 senior position, thereby being able to pay back the $125,000
24 in student loans that I took out in order to improve myself
25 to the level of a master's, an MBA.

1    Over the years, I've taken layoffs. I've taken pay

2   cuts. As you've heard on numerous occasions by numerous

3   testimony that over the years we've taken these cuts, and

4   we've lived through this in order to reach this golden day of

5   having our retirement, which would be locked in stone.

6    There was a point in time where city employees were

7   required to live in the city. That was found to be

8   unconstitutional under the Archer administration, and at that

9   point I could have left the city and received a tax benefit

10  for leaving the city of a reduction in my city income tax. I

11  chose to stay, and I still remain to this day.

12    Approving this so-called fourth plan of adjustment

13  would have a domino-like effect causing future such filings

14  in other cities like Chicago and Los Angeles with national

15  implications. Remember, federal, state, and municipal

16  employees and judges are public employees, all of whom are

17  entitled to receive their public pensions that they have

18  earned for their years of service just like me. What makes

19  their pensions different from mine in the context of this

20  type of -- this type of action?

21    This so-called plan of adjustment is unconscionable

22  for me because it proposes a 20-percent cut to my pension,

23  not four and a half. There's also a 15-1/2-percent clawback,

24  which I just -- I can't afford. I'm already experiencing the

25  loss of my healthcare benefits, and as a diabetic I consider

1   that a threat to my life by the governor and his appointee,

2   Kevyn Orr.  So my appeal is to your superior judgment.  It's

3   an act of self-defense for me.

4         THE COURT:  All right.  Sir, your time has expired.

5         MR. WALTON:  Okay.  Well, may I close?

6         THE COURT:  Yes.

7         MR. WALTON:  I'm here before you again, your Honor,

8   the people of which, by which and for which this federal

9   government stands, pleading that any loss of income or

10   benefits that I have earned would cause me and my family

11   serious and irreparable financial harm.  Therefore, I hope

12   that my objection finds favor with the Court, and you will

13   object and disallow this unconscionable plan of adjustment,

14   which fails to make retiree -- any plan of adjustment which

15   fails to make retirees whole for their pensions and the

16   benefits that they've earned.  Thank you for your time.

17         THE COURT:  Thank you, sir.

18         MR. WALTON:  And God bless America.  And may I

19   just --

20         THE COURT:  Yes, yes.  Thank you.  Beverly A. Welch.

21         MS. WELCH:  Good afternoon, your Honor.  My name is

22   Beverly Welch.  I'm a 30-year employee of the Detroit Water

23   and Sewerage Department.  I retired as a supervisor, a

24   customer service trainer, and I'm here to voice my objections

25   to the grand plan.

1    I've read your bio, your Honor.  Your peers believe
2 you to be fair, and you give second chances, but you do not
3 like your time to be wasted by ill-prepared lawyers, and you
4 do not take any bull.  You are called the Scotty Baldwin --
5 or Scotty Bowman of judges.  I don't have reference to that,
6 so I'm assuming that's a sports reference.  You know that
7 lawyers are going -- you know what lawyers are going to do.
8 You know what they're going to say, and you are always ready
9 for it.  No lawyer will sneak anything past you or trick you.
10 You will force everyone to be on their A game.  You were
11 appointed to this case by Chief Bankruptcy Judge Alice
12 Batchelder, who found you best qualified to preside over this
13 case.  Your Honor, I have sat in many of your proceedings,
14 and I find this assessment to be correct.

15    You have already heard the pensioners' objections to
16 being included in this bankruptcy action and the detriment it
17 has and will cause to our livelihood.  My objections are the
18 same, and I won't waste your time citing them over again, but
19 I do have some questions, sir.  If our constitutional rights
20 were trumped by federal bankruptcy laws, why were we told
21 that when the pensioner -- why then were we told the
22 pensioners -- let me start this over again.  If our
23 constitutional rights were trumped by federal bankruptcy laws
24 as we were told, why then were the pensioners coerced into
25 relinquishing those rights in exchange for a smaller cut to

 1 their pensions because I voted no based on that fact?

 2         I further object to a nonimpartial consulting firm

 3 hired by Mr. Orr counting our votes and that the retirees and

 4 active employees were tallied together when we have very

 5 separate issues involved not to mention that the Court has

 6 not yet ruled on important actions pertaining to this

 7 situation.  It just seems to me that a lot of putting the

 8 cart before the horse, as my deceased mother would say, has

 9 occurred.  In all the years of my participating in general

10 elections in this country, I have never had my vote tabulated

11 by the very politicians running for office, and, in my

12 opinion, that is what basically has happened here, nor have I

13 ever been told that I could change a vote I already

14 submitted.  Also, the ballots were mailed before factual

15 information was obtained and published, and confusion entered

16 the process when revised ballots were mailed out, and

17 explanation letters were not sent to everyone concerned.

18 There were also those who did not receive ballots and, upon

19 contacting the consulting firm in question, were told that a

20 great number of people have called in requesting ballots, so

21 much so they had to be e-mailed to those requesting to beat

22 the deadline.  In my opinion, sir, the entire process was

23 handled poorly.  Having some experience in legal proceedings,

24 I understand certain actions are allowed but can be appealed.

25         And lastly, your Honor, I find it unfortunate,

1   reprehensible, and heartless that the governor and Mr. Orr
2   can put together their collective heads and come up with a
3   plan to save the DIA keeping it whole, yet they have failed
4   to do the same to save our pensions.  What does that say
5   about the human condition that art and artifacts are more
6   important than the lives of a segment of the people, also
7   that those who owe this city millions, including the State of
8   Michigan, and have the revenue to pay are allowed settlements
9   for pennies on the dollars while Mr. Orr and his law firm
10  have been paid -- I heard over 700 million -- I've heard
11  other things since I've been sitting here -- by a city that's
12  bankrupt?

13          When this has all been written in the history books,
14  your Honor, how will it reflect upon those making these
15  decisions?  I have always heard that law should be tempered
16  with mercy and justice, and that's all we're asking for.  I
17  thank you for the opportunity to speak, but I also wanted to
18  say as a Water Board employee the reconnect water fee is $30,
19  and it is true that the commercial customers have that
20  water -- storm water drainage, but they also have a meter
21  that meters the usage of their water.  And whenever they
22  contest the storm water drainage, they must pay their meter
23  water bill, so if they are not doing that, then Mr.
24  Latimor -- or Latimer should be making sure that happens.
25  Okay.

1          THE COURT:  Thank you.

2          MS. WELCH:  All right.

3          THE COURT:  Paul C. Wells.

4          MR. WELLS:  I'm not going to go over what everybody

5    else was saying about how they contest it because you've

6    heard why we contest it.  I can tell you a little bio about

7    myself, and I can tell you anything want to know about

8    collections in the water department.  I worked there for 32

9    years, and I worked my way up from a mail messenger up until

10   I was over -- the administrative supervisor over the complete

11   field operations for commercial division.  Therefore, I

12   handled the meters, the meter readings, and the collections

13   aspect, and we also had field service, which was a crew that

14   went out and shut people's water off.  Up until the last

15   three years when Mr. Mercado was -- he is the head honcho

16   over -- director of the water department, we took an idea to

17   him to start cutting off water, but in the idea you have to

18   get the big fish first, and the little fish will be in fear.

19   So right now they're not handling it as well as they could if

20   they would have got the big fish first by going after the

21   commercial accounts, but we're not here to talk about that.

22   But if you need to know anything, check your history and the

23   people who work there.  I see that you got a lot of input

24   from people who work there, and you learned a lot today

25   because the people that are in there now, they're not

1  always -- they don't always know because they didn't work the
2  job.  I worked my job, like I said, from the mail messenger
3  up, so it took some time, but hard work paid off, and that's
4  what I was looking forward to in retiring.  I'm retired now,
5  and I've been retired almost four years.  I'm looking forward
6  to being a senior citizen, and looking forward for that I
7  would like to have some of the benefits that I was promised,
8  and you know what those were.  Put yourself in my shoes, and
9  if it were you, how would you feel if you worked 32 years and
10 they start pulling away things that they promised you in the
11 first place?  The medical benefits, you know, if you start
12 taking away people's money and you took away their medical
13 benefits, how are they going to pay for their medical
14 benefits if you've already taken them away and they don't
15 have money?  I just don't understand that.  And I don't get
16 this cost of living.  How can you take away the cost of
17 living?  If I'm only going to pay you so much money for the
18 rest of your life, it's not going to go up at all?  And the
19 price of things going up, gasoline, insurance, medical
20 bills -- all that is going up, and how can you -- how can you
21 sit there and say you're not going to pay me any more money
22 even though it's just a little bit yearly, just a little bit?
23 You're never going to give me any more money than what I'm
24 already getting.  I just can't get with that.  So I mean I
25 get kind of hyper, so I'm just going to let it go at that,

1  but I wish you would really look at this and take into

2  consideration if it was you, what would you do because if it

3  was me and you're going to take away my health insurance and

4  my money, I'd rather just die.  Let me just die now instead

5  of just milking me out.  Thank you, your Honor.

6           THE COURT:  Thank you, sir.  Carl Williams.

7           MR. WILLIAMS:  Hello.  Hello.  First of all, I'd

8  like to ask is this a presentation, or is this testimony?

9           THE COURT:  It's your presentation to the Court on

10  why you object to the plan.

11          MR. WILLIAMS:  Okay.  For the record, I just wanted

12  to know.

13          THE COURT:  Yeah.

14          MR. WILLIAMS:  You know, it's not testimony.  It is

15  a presentation.

16          THE COURT:  That's right.

17          MR. WILLIAMS:  So is it binding?

18          THE COURT:  I'm not sure what you mean by that.  I

19  want to -- I want to consider whatever you have to say.

20          MR. WILLIAMS:  Okay.  So it's legally binding?

21  Whatever we say here, is it legally binding, what we can use

22  to object to the bankruptcy proceeding?

23          THE COURT:  Yes.  This is your objection to the

24  plan.

25          MR. WILLIAMS:  All right.  Well, you know, I filed

1    quite a few objections, so I won't be able to cover all of
2    them, but there is some things that I'd like to say as far as
3    the objections is concerned and as far as this whole
4    bankruptcy proceedings is concerned.  You have heard a lot of
5    heartfelt presentation, testimony, or however you want to
6    characterize it here today, and what we are talking about
7    really is the present and the future way of life that we're
8    going to have based on this bankruptcy.

9           Now, there are laws that were supposed -- this
10   supposed to be a community of laws and policies.  And when
11   you're talking about something as important as the bankruptcy
12   procedures, those procedures should be adhered to and
13   followed, and I have wrote a number of objections explaining
14   and telling that they have failed to do so.  One of the
15   things that it says is that you have to be -- bargain in good
16   faith or conduct business in good faith and not violate the
17   Bankruptcy Code and procedures, which this bankruptcy has
18   consistently done throughout.  One of the things that they
19   did do from the outset, Orr is not an elected official.  He's
20   a representative of the state, an agent of the state, and the
21   biggest farce or the biggest deception that have been put on
22   the public is that the city filed for bankruptcy which, in
23   fact, the State of Michigan filed bankruptcy because Kevyn
24   Orr is a state official who filed for bankruptcy.  He didn't
25   seek consent from the city council.  He just went and did it

1  on his own.  Now, the law says under 11 U.S.C. 903, which is

2  the creditor, when the bankruptcy is filed, it has to be by

3  consent.  904 says the debtor.  Neither has to file about

4  consent.  Neither one of these processes was done.  Both of

5  them was violated, 903 and 904.  I mean so how can you allow

6  this to go on when we are a nation of rules and laws, and

7  they consistently have violated them?  You know, the law says

8  only a municipality can file for bankruptcy.  Okay.  Well,

9  who represent the municipality?  An elected official.  The

10  mayor wasn't part of this bankruptcy procedure.  The city

11  council wasn't part of this bankruptcy procedure nor did

12  Kevyn Orr seek their advice and information to proceed for

13  this bankruptcy.  The whole thing was did under deception and

14  not in good faith.  How can you say Kevyn Orr, who is an

15  agent of the state -- the state owed us $224 million in 2012

16  plus 224,000 in 2013 plus interest, so I don't know how much

17  that was.  Then he turn around and filed for bankruptcy.  How

18  can you say that he filed bankruptcy in good faith when they

19  owe this money and the governor just stood up and said he

20  wasn't going to pay it?  Did that sounds like you in the best

21  interest of the City of Detroit?  Even in the plan of

22  adjustment one of the things that it said, it said if you

23  implement the plan, the plan has to be for the benefit of the

24  creditors.  Now, I've heard everybody speak here.  I haven't

25  heard not one person from either side say that -- or point

1  out one thing in this plan of adjustment that was in the

2  benefit of the creditors --

3          THE COURT:  Sir, your time is --

4          MR. WILLIAMS:  -- because there are none.

5          THE COURT:  Your time is up, sir, so let me ask you

6  to wrap up, please.

7          MR. WILLIAMS:  So -- yeah.  Thank you.  One thing I

8  want to say, that the Court never had jurisdiction in the

9  first place.  I want to get that on the record.  I filed

10  hundreds of -- I don't know how many objections stating this

11  point, and you never addressed it.  First of all, you're a

12  magistrate, and a magistrate doesn't have the authority to

13  make judgments on pension benefits and constitutional

14  benefits, plus he's not an Article III judge or is this the

15  Article III court?  All of these things should have been

16  decided before the bankruptcy even moved forward.

17          THE COURT:  All right, sir.  Your time is expired.

18  Thank you.  Yvonne Williams-Jones, please.

19          MS. WILLIAMS-JONES:  Thank you.  I have a copy of my

20  presentation in case I --

21          THE COURT:  Would you like to hand that to me?

22  Okay.

23          MS. WILLIAMS-JONES:  I object --

24          THE COURT:  Yeah.  Pull that down.  Good.  Thank

25  you.

1          MS. WILLIAMS-JONES:  I object to the plan of

2    adjustment because I'm a retiree of 30 years from the City of

3    Detroit.  I object because my pension is 100-percent funded

4    by the system itself.  This is per Gabriel, Roeder, Smith &

5    Company, Consulting and Actuary, 75th Annual Actuary

6    Validation dated June 30th, 2013.  The Detroit General

7    Retirement System funding objective is to meet long-term

8    benefits promised through contributions made during members'

9    working careers, which is combined with investment income on

10   system assets.  As each member of the Retirement System

11   acquires a unit of service credit, they are, in effect,

12   handed an IOU which reads, "The Retirement System promises to

13   pay you one unit of retirement benefits payments in cash

14   commencing when you retire."  The principal related financial

15   question is when shall the money required be covered -- cover

16   the IOU be contributed?  And the State of Michigan is real

17   clear on that.  Financial benefits arise on account of

18   service rendered in each year.  Each fiscal year shall be

19   funded during that year, and such funding shall not be used

20   for financial underfunded accrued liabilities.  This

21   Retirement System meets this constitutional requirement by

22   having the following financial objectives:  to meet long-term

23   benefits promised through contributions made during members'

24   working careers, which, combined with investment income on

25   system assets, will be sufficient to pay benefits throughout

1    their retired lives.  Based on this practice alone, my

2    pension and the pension of all of the city retirements are

3    fully funded.

4            I object to the plan of adjustment because the

5    underfunded liability has been changed to using an interest

6    rate of return of 6.75.  This rate of return is too low, and

7    the details are in my report based on information from the

8    National Association of State Retirement Administration

9    because using a rate too low is just as detrimental as using

10   one too high.

11           I also rejected this plan because we cannot trust

12   the government officials to do what the law requires them.  I

13   do not understand how the State of Michigan can just decide

14   not to follow the law, and I'm speaking of revenue sharing.

15   It's a statutory law, statutory revenue law.  Detroit has

16   been denied $732 million from 2003 to 2013.  This money was

17   denied around the same time that Mayor -- former Mayor

18   Kilpatrick sold the pension bonds.  I just have to wonder if

19   the state had paid this money, would we be here today?

20           I object to the plan of adjustment because it was

21   also -- when the state decided to help us, they attached 11

22   different bills to control the city to provide $194 million

23   as opposed to paying the revenue share of 732 million.

24           I object to this plan because of the recoupment of

25   the interest rate for retirees.  And while I was in the

1   earlier session, several of the retirees were there.  I mean
2   I sat in the overflow room, and the question was raised about
3   did they get a summary of their costs, itemized statement.
4   And it was said that if you requested it, that it would be
5   given to you.  And several people wanted me to make sure that
6   I let you know that they have requested that information, and
7   they have not received it nor have they received a printout
8   or a phone call.

9       Also, someone else asked me to mention that if the
10  city paid this money in error, why can't they write that off
11  as the same as they're writing off so many other things as
12  opposed to pushing it on the back of the employees -- on the
13  retirees and employees?

14      I also object to the plan of adjustment because I
15  just believe that the Constitution of the State of Michigan
16  knew exactly what it was doing.  I sat during the hearings
17  when the retirees came before when you made the decision
18  whether or not to impair pensions, and I heard them over and
19  over state the same citation, and you were very sympathetic,
20  and, you know, you did state and it has been stated that
21  federal law trumps city law -- trumps state law.  But in
22  reading the Chapter 9 Bankruptcy Codes, it states something
23  in the effect that Chapter 9 does not limit or impair the
24  power of the state to control by legislation or otherwise
25  municipalities or in such state in the exercise of its

 1    political and government power.  And it just seems like the

 2    state -- the Chapter 9 is giving the Court the right to allow

 3    the state to keep this commitment to the retirees.

 4              THE COURT:  All right.  Ma'am, your time has

 5    expired.  Will you wrap up, please?

 6              MS. WILLIAMS-JONES:  Yes.  I'll just go to the end

 7    of it in a sec.  I object to this plan, and I rejected this

 8    in my vote, because it is unfair to retirees placing the

 9    burden of Detroit's financial problems on retirees and not

10    the real sources, the banks and the State of Michigan.  The

11    purpose of the government is to provide for its citizens,

12    which retirees are a part of.  To allow private corporate

13    lawyer firms to come into cities and loot public pension

14    funds in the name of bankruptcy is un-American.  If the State

15    of Michigan and this Bankruptcy Court won't stop this, I

16    believe the federal government needs to investigate this

17    process and change the codes to protect its public service

18    workers across the country.  I reject the plan of adjustment

19    because it is an unfair plan placing unnecessary financial

20    burden on the retirees of Detroit.  Thank you.

21              THE COURT:  Thank you.  Laura Wilson.

22              MS. WILSON:  Judge Rhodes, I am a -- I have been a

23    retired city employee.  I worked for the city for 33 years,

24    and I just want to say --

25              THE COURT:  Will you point the microphone up a

1    little higher so it's aimed right at you?  Thank you.

2          MS. WILSON:  I worked for the city for 33 years, and

3    I just want to say I agree with everything everybody before

4    me said.  By now you have heard every plea, appeal, and

5    hardship as to why a good number of retirees are not willing

6    to accept the conditions in Alternative A or Alternative B

7    plan of adjustments.  If the intent of the powers that be was

8    to scare the retirees into accepting alternative Plan A, they

9    were partially successful.  I am scared to death, but I could

10   not in sound mind and good conscience vote to make me and my

11   family financially and physically ill.

12         I have previously sent you a letter stating all my

13   reasons and woes why I object to both plans, so I won't take

14   up any more time by repeating them.  I understand everyone is

15   going to have to make some sacrifices, but the retirees

16   should not have to make the biggest.  We are not expendable

17   people.  We and our families deserve a decent, healthy,

18   comfortable life.  What's being done to us is unconscionable.

19         I predict that in 20 to 30 years when all facts are

20   told, historians will be able to document what a travesty of

21   justice these bankruptcy proceedings were.  I suspect this is

22   difficult for you also.  I can't imagine you want retirees to

23   suffer, but we are, and we will.  Thank you for your

24   consideration.  One of the retirees was up here earlier, and

25   he forgot to drop this off, so can I turn this in for him?

1              THE COURT:  Sure.  Who was that?

2              MS. WILSON:  Bill Walton.

3              THE COURT:  Mr. Walton?

4              MS. WILSON:  William Walton.

5              THE COURT:  Okay.  Sure.  If you'll just hand that

6       to my staff.  Thank you.  Thank you, Mr. Walton.  Steven

7       Wojtowicz.

8              MR. WOJTOWICZ:  The Honorable Judge Rhodes, I'm

9       here.  My objection is to the interest that's being added to

10      the recoupment of the annuity.  I received my bankruptcy

11      documents, and it's quoted that, "Your annuity fund excess

12      amount will be capped at 20 percent of your highest ASF

13      account balance during the period from July 1st, 2003,

14      through June 30th, 2013, and this amount will be converted

15      into a monthly annuity amount based on your life expectancy

16      and other factors.  The monthly annuity savings fund excess

17      amount will be deducted from your pension check," end quote.

18      My recoupment was showed to be $89,000 at $600 a month.  My

19      calculation showed that a payback of 89,000 will happen in 12

20      years.  However, the documents indicate that the amount is

21      based on life expectancy.  I am 55 years old, life expectancy

22      of 25 more years, so my recoupment amount would add up to

23      $189,000 or more.  And, quote, also, it says, "The total

24      estimated amount of your annuity savings plan recoupment is

25      89,000," again, no mention of interest rate added onto that.

1  I proceeded to contact Dentons lawyers' group, which counsels
2  represent the retirees, and that's when I learned that they
3  said that there's a 6.755-percent interest rate added to the
4  capped recoupment.  They told me that this was news to them
5  also.  I then e-mailed them, asked for documentation and
6  where is it stated about the 6.75 percent.  I have
7  documentation in written form that the 6.75-percent interest
8  rate is not included in any of the bankruptcy documents.  The
9  bankruptcy documents received stated to be in plain language
10 summary, but yet never do they mention that 6.75-percent
11 interest rate.  Again, another quote, "The city believes
12 that the annuity savings fund recoupment process subject to
13 the 20-percent cap will permit the city to recover $230
14 million of such excess interest," end quote.  Again, they
15 don't mention the 6.75 percent.  This 250 million will
16 balloon to maybe 400 million with the interest.  And once my
17 recoupment has been paid, the same monthly deductions will
18 continue until the retiree dies, and then the recoupment
19 amount will continue into the beneficiary's allotment.  This
20 seems to be excessive especially if the retiree started with
21 the city at a young age like myself.  In addition, the 6.75-
22 percent interest rate is much higher than a typical mortgage
23 or home equity loan.
24         In summary, Honorable Judge Rhodes, I do not believe
25 this is fair and equitable to have a few pay for the

1  majority.  This was done to achieve more yes votes.  I

2  believe this is unjust and deceptive to impose a 6.75-percent

3  interest rate on top of the cap recoupment when it was never

4  clearly stated or in plain language in the bankruptcy

5  documents.  Honorable Judge Rhodes, would you sign a legal

6  document without fully documented accounted costs?  That's

7  it.

8            THE COURT:  Thank you, sir.

9            MR. WOJTOWICZ:  Thank you.

10           THE COURT:  Alicia Zagar.  All right.  Is there

11 anyone else from either this morning's session or this

12 afternoon's session whose name I haven't called or who

13 perhaps came in after I called their name?  Step forward,

14 please.

15           MS. DARRAH:  I was supposed to be here this morning.

16           THE COURT:  What is your name?

17           MS. DARRAH:  Lucinda Darrah.

18           THE COURT:  All right.  Ma'am, I'm going to let you

19 address the Court.

20           MS. DARRAH:  Yeah.  Okay.

21           THE COURT:  But the last time you were here, you had

22 a lot of trouble keeping within my five-minute or --

23           MS. DARRAH:  Okay.  Well, that's why --

24           THE COURT:  -- perhaps it was a shorter time limit

25 back then.  I'm going to ask you to commit to me that you're

1   going to speak for five minutes.

2           MS. DARRAH:  That's hard, but --

3           THE COURT:  Is that your commitment to me, ma'am?

4           MS. DARRAH:  That's why I wrote these out and ran

5   them off.

6           THE COURT:  All right.

7           MS. DARRAH:  That's what I was going to --

8           THE COURT:  You may begin.

9           MS. DARRAH:  But I just want to go back a little bit

10  off of what I wrote out because I don't think it's covered

11  well enough.  This election seemed awfully strange to me

12  because I've never seen an election where you have a

13  committee that's appointed by a bankruptcy -- or I guess the

14  court trustee selected our committee to negotiate for us, and

15  then the Bankruptcy Court gave them money to keep mailing us

16  notices out telling us that we should vote yes.  I asked for

17  and I know that Meah -- he tried to FOIA a contact list, so

18  we were -- it was like a one-way -- you could only hear vote

19  yes.  We that were against it had no voice, and we had no way

20  to contact people, and I think that's totally undemocratic.

21  Even in MERC, Michigan Employment Relations Commission, when

22  you read their rules for elections, they certainly allow you

23  to communicate with the voters when you've got a position.

24  You don't just hear one side.

25           And Cecily noted that these ballots could have been

cheated on because we had one page with the accept and reject
and then the second page where you sign it.  Well, that's
true.  They could have just substituted new pages, and we
weren't there to count them.  They were in California instead
of done here locally like they should have been done, and so
we'd like a revote, a local election.  And also I thought,
well, it's not a secret ballot, so if you were still an
employee, you would -- could have some discrimination against
you because they know how you vote.  And Kevyn Orr mentioned
that it was two to one in favor, so they were evidently
opening the ballots up every day, and then they started
sending letters out.  We want you to -- we think it's best
you vote yes and accept this plan, and yet if you want a new
ballot, just ask for one, and we'll send you a new ballot so
you can change your vote from no to yes.  This kind of
election is kind of strange, I would say, so I think I
covered most of that.

And also there were CD's that were blank.  There was
3,200 incorrect ballots that calculated the annuity wrong.
Some people -- there were quite a few people calling in
saying they didn't have their ballots, so I think the last
speaker really -- that's pretty damning if you're going to
not explain something and take something away.

Okay.  Now I'm going to go to what I prepared.  This
is -- I'll have to kind of summarize this, but basically --

1          THE COURT:  You have two minutes left, ma'am.

2          MS. DARRAH:  Shit.  Okay.  Well, we'll get to the --

3  I'll just mention the water because I know that's important.

4  The water department boss that was just sentenced for

5  conspiracy -- and now they're out there trying to collect $33

6  million, but they need to implement the Water Affordability

7  Plan, which I think they've had.  They just ignored it.  Now,

8  the rates have been increasing ten percent a year

9  approximately, according to Saul, and this year it was only a

10  four-percent increase, but the Detroiters, they pay 80

11  percent of the retention ponds.  The suburbanites -- on their

12  sewage bill, so their bills are higher than the suburbanites.

13  And this year New England Fertilizer Company, they've got a

14  contract for 143 to 150 million to design, build, and operate

15  for 20 years a dryer that's obviously -- Boston got rid of

16  their dryers, and they don't work well.  You can call

17  Minneapolis or Boston to find out that these dryers for

18  sludge don't work.  They're run by natural gas.  They won't

19  work without having anaerobic digesters, and that's what they

20  should have gotten, but, no, they got the cart before the

21  horse again.

22          So the Ilitch deal, this is written up in the Metro

23  Times issue, May 7th, and it's damning of the hypocrisy and

24  the dishonesty of the Orr/Duggan record where they -- we were

25  getting -- and the worst -- the most blatant easy thing to

1  understand is you see that Ilitch didn't pay on his lease

2  from 2010 up to just recently after they gave him this

3  sweetheart deal. Well, we're not going to get any rent for

4  the -- and that's what's happened with this bankruptcy.

5  They've taken our revenue that we had before, and also

6  they're giving away things for a dollar. Well, Ilitch got --

7  he hadn't paid since 2010, and so they gave him a retroactive

8  lease that reduced his rent by $2-1/2 million a year.

9  Instead of making him pay up the money he owed under the old

10  lease, they put him on the retroactive part under the new

11  lease, so that's a --

12          THE COURT: All right. Ma'am, your time --

13          MS. DARRAH: -- $15 million savings for Ilitch.

14          THE COURT: Your time has expired.

15          MS. DARRAH: This is criminal, and the other thing

16  is that we want you to --

17          THE COURT: Ma'am --

18          MS. DARRAH: -- close down the --

19          THE COURT: Ma'am, your time has expired.

20          MS. DARRAH: -- incinerator. Can I have one more

21  minute to finish it?

22          THE COURT: Your time has expired.

23          MS. DARRAH: You're not going to give me another

24  minute like the other people?

25          THE COURT: You need one more minute?

1          MS. DARRAH:  Yeah, yeah.

2          THE COURT:  All right.

3          MS. DARRAH:  I'll use every bit I can get.

4          THE COURT:  One more minute.

5          MS. DARRAH:  Okay.  The incinerator.  These people

6    that just bought it renamed it Detroit Renewable Power.

7    They've got a plan to try and stop the smell, but it will not

8    stop the carcinogenic furans and dioxins that are produced

9    whenever you burn plastic in a waste incinerator.  And this

10   has been going on for years, and now we're letting them

11   control -- the private people control the recycling and the

12   garbage, which is not protecting the public health, and that

13   should be stopped.  They ought -- they signed a contract in

14   2010 to guarantee that we would take our garbage there till

15   2021.  That should be canceled, and you have the power to

16   cancel that contract.  And we've got a --

17         THE COURT:  All right.  Ma'am, your time has

18   expired.

19         MS. DARRAH:  -- better chance of having a healthy

20   population --

21         THE COURT:  Thank you.

22         MS. DARRAH:  -- that won't be poisoned by the

23   contractors, but basically --

24         THE COURT:  Ma'am, your time has expired.

25         MS. DARRAH:  -- what we've done is given away --

1          THE COURT:  Ma'am --

2          MS. DARRAH:  -- things for a dollar that should be

3   allowed to be -- creditors should allow to be -- take those

4   things --

5          THE COURT:  Ma'am, your time has expired.

6          MS. DARRAH:  -- instead of giving them away for a

7   dollar.

8          THE COURT:  Thank you.

9          MS. DARRAH:  That would pay part of our debt.

10          THE COURT:  All right.  Is there anyone else who

11   we've missed from this morning or this afternoon?

12   Ms. Lennox.

13          MS. LENNOX:  Thank you, your Honor. I'll be brief.

14   And you may have heard some of this before, but some of the

15   folks in this afternoon's session haven't heard it, so I may

16   repeat myself a little bit, but, again, I'd like to thank you

17   for holding this hearing because I think it's important to

18   hear the individual creditors that are affected by this

19   bankruptcy.  A municipality obviously is comprised of

20   citizens, employees, retirees, and I think it's important for

21   them to have a voice and to be heard individually instead of

22   through their representatives, so thank you for allowing that

23   today, your Honor.

24          I also want to let folks know that the city and the

25   emergency manager and the folks involved in this process do

1 understand the very significant and profound and difficult

2 effect that this case has on their personal lives.  We

3 respect that.  We understand that.  It's good to be reminded

4 of that today because it never hurts to be reminded that

5 there's a human cost to municipal bankruptcy.

6          I said this morning and I'll say again this plan is,

7 particularly in that respect, not perfect.  It is absolutely

8 not all we wish that it could be for the folks that we have

9 heard today.  Unfortunately, it does reflect the fiscal

10 reality that the city is in after over 50 years of neglect

11 and corruption and decline, and we've heard some of the

12 residents of the city talk about that today.

13          So I would like to address a few concerns and then

14 certainly answer any questions your Honor has of me.  I do

15 want to assure Ms. Welch and Ms. Darrah that the balloting

16 process went according to your Honor's order.  We used the

17 ballots your Honor approved.  When issues -- when somebody

18 called either KCC or the city or I know some folks called the

19 Retiree Committee, when we heard of people calling with

20 ballot questions, KCC and the city and GRS -- because GRS has

21 the information, we investigated, and, to my knowledge, we

22 have resolved these issues when they arose.  I do want to let

23 people know that KCC is acting as an agent of this Court.  It

24 will report to this Court for what it did, how it counted the

25 ballots, the procedures that were used, and the results of

1    the process.  The city is not controlling that, and KCC does

2    have to answer to your Honor with respect to the process that

3    it went through and the votes -- and the results that it is

4    certifying.

5         Secondly, I did hear some concerns about

6    potential -- about pensions potentially having to be restored

7    and waiting a long period of time for that potential to

8    occur.  While we cannot --

9         THE COURT:  For what potential?

10        MS. LENNOX:  Potential for some pension restoration

11   to occur.  While we certainly can't guarantee that it's going

12   to happen, the potential for restoration to happen if both

13   pension funds reach a certain funding level can happen well

14   before 2023, certainly well before 30 years out, so it is a

15   possibility, and it all depends on how the pensions perform

16   with respect to their investments going forward.

17        THE COURT:  And that possibility is preserved in the

18   plan?

19        MS. LENNOX:  Yes, it is, sir.  One of the reasons

20   that we wanted to have a strong governance for these pensions

21   going forward is so that possibility becomes more of a

22   potential reality so that we know that there is independent

23   investment decisions being made, that folks with investment

24   experience in these things are hired to do the investments,

25   and so we are hoping and we believe that the governance

1  system for the two pensions that will come out of this will

2  make these pensions stronger, healthier, and able to provide

3  the level of return that can support the benefits going

4  forward.

5       So with that, your Honor -- oh, I also wanted to

6  mention one other thing, and it relates directly to the

7  stories that were very heartfelt and very important to hear

8  of the personal hardship that folks are experiencing here.

9  We are not immune to that.  There has been an arrangement

10 worked out for the pensions going forward that they will have

11 an income stabilization fund and that people can apply to if

12 their incomes fall below a certain level of the federal

13 poverty level.  They can apply for some assistance to have

14 some of their pensions restored based on hardship.

15      THE COURT:  What is that level?

16      MS. LENNOX:  I believe it's 130 percent of the

17 federal poverty level.

18      THE COURT:  So if someone's income is below that,

19 they can apply for this support?

20      MS. LENNOX:  Yes.  So that will -- you know, once

21 the plan is confirmed, if the plan is confirmed -- I'm not

22 assuming anything, your Honor -- then that program will go

23 into effect.  So with that, your Honor, if you have questions

24 for me --

25      THE COURT:  I just want to ask you to be prepared to

1  address at some point in this process, not necessarily today,

2  this federal statute that was cited to us this morning.

3          MS. LENNOX:  Yes.

4          THE COURT:  49 U.S.C. 5333(b)(2)(B).

5          MS. LENNOX:  Yes, your Honor.

6          THE COURT:  Like I say, not necessarily today but at

7  some point.  Was there something you wanted to add, Ms.

8  Neville?

9          MS. NEVILLE:  Yes, your Honor.  Carole Neville for

10 the Retiree Committee.  We certainly have tremendous sympathy

11 for the retirees and have really worked very hard to try to

12 minimize the harm to retirees of this process.  I just want

13 to tell this gentleman who mentioned the death benefit that

14 that is preserved in the plan.  It's not taken away.  It was

15 not taken away.

16         And second of all, we did go out to KCC to check on

17 the ballots.  They're bar-coded and double-coded, and I

18 specifically asked if they could be counterfeited, and it

19 would be incredibly difficult to counterfeit them.

20         THE COURT:  All right.  Let me ask you this

21 question.  One of the objecting creditors here this afternoon

22 mentioned 6.75-percent interest on the recoupment.

23         MS. NEVILLE:  Yes, your Honor.

24         THE COURT:  Is there such interest?

25         MS. NEVILLE:  Yes, there is, your Honor.

1        THE COURT:  And was that disclosed in the disclosure

2   statement and in the plain English supplement?

3        MS. NEVILLE:  No, it was not, your Honor, and I'd

4   like to explain that.  This is something Ms. Lennox and I --

5   neither one of us actually knew about.  It is an actuarial

6   assumption, and all of the actuaries who were very involved

7   in this process assumed that rate of interest.  None of us,

8   who are lawyers, recognized that that assumption was built

9   into the annuitization, so when we did the plain English

10   version of this, we did not disclose it.  However, in

11   subsequent letters -- and, in fact, the second letter to the

12   retirees when the ballots were sent out again -- that was

13   explained, so it wasn't in the --

14        THE COURT:  But only a portion of the retirees got

15   that letter; right?

16        MS. NEVILLE:  The portion that got it were the

17   people who were subject to ASF recoupment, so --

18        THE COURT:  Is that all of the -- all of the ASF

19   recoupment people got that letter?

20        MS. NEVILLE:  It was --

21        MS. LENNOX:  The folks that would have been

22   annuitized.

23        MS. NEVILLE:  Yeah.  It was the people who would

24   have been annuitized, so, in fact, that was explained in the

25   letter that went out with the ballots that were incorrectly

1  calculated.

2          THE COURT:  Well, I want the record to be crystal

3  clear about this.  Was everyone who is going to be asked to

4  pay this 6.75-percent interest advised of that in this letter

5  that went out with the corrected ballots?

6          MS. NEVILLE:  I'm going to have to defer to Ms.

7  Lennox because --

8          THE COURT:  Okay.

9          MS. NEVILLE:  -- I don't -- I know that there are

10  3,000 people affected by ASF recoupment.

11          THE COURT:  Let's defer to Ms. Lennox.

12          MS. LENNOX:  You may recall, your Honor, that you

13  approved a stipulation a couple -- awhile back putting in a

14  cash option for the folks that may have been annuitized.

15  When that was announced and the order was entered, a letter

16  was sent out to the persons who would have been annuitized.

17  Remember, some of the recoupment is for active employees,

18  and --

19          THE COURT:  Um-hmm.

20          MS. LENNOX:  -- that's not an annuitization.  That

21  letter that went out explaining the fact that there would be

22  a cash option had that disclosure in it.

23          THE COURT:  Is the 6.7 -- no?

24          MS. NEVILLE:  It was the letter with the revised

25  ballot.

1          MS. LENNOX:  Well, maybe it was that, but it was

2     also the cash option.

3          THE COURT:  Well, let's get this clarified.  Let me

4     ask you to --

5          MS. LENNOX:  We will, absolutely.

6          THE COURT:  -- research this and make a report to

7     the Court on Monday about this.

8          MS. LENNOX:  Will do, your Honor.

9          THE COURT:  But I want to ask this further question

10    on this subject.  Is this 6.75-percent interest on this

11    recoupment in the plan itself?

12         MS. LENNOX:  It's in the numbers that are in the

13    plan.  I mean words are not in the plan, but in the

14    underlying assumptions that went into the settlement that's

15    reflected in the plan, that was part of it.

16         THE COURT:  All right.  I'm going to ask you to be

17    prepared to show me what you're talking about on Monday as

18    well.

19         MS. LENNOX:  Okay.

20         THE COURT:  All right.  Thank you.

21         MS. LENNOX:  Thank you, your Honor.

22         THE COURT:  All right.  Let me close this session by

23    also thanking all of you again for your time and your

24    commitment in making your presentations and your objections

25    here to me today.  I also found it -- one second, sir.  I

1  also found it highly informative and will help me make what I

2  hope will be the right decision regarding the city's plan of

3  adjustment, so thank you.  What further did you want, sir?

4         MR. WILLIAMS:  I have an official ballot that I want

5  to submit as evidence --

6         THE COURT:  Okay.

7         MR. WILLIAMS:  -- because the ballots that they

8  submitted had two pages, and the signature was on one page,

9  and you vote on another page.  They could easily manipulate

10  the vote and determine the outcome of this election, so I

11  want to --

12         THE COURT:  Okay.  Would you hand that up to me,

13  please?

14         MR. WILLIAMS:  Who should I give it to?

15         THE COURT:  Let me see that.

16         MR. WILLIAMS:  But that's very important.

17         THE COURT:  Yeah.  All right.  All right.  We'll be

18  in recess, but, Ms. Lennox and Ms. Neville, I want to see you

19  at the side of the bench, please.

20         THE CLERK:  All rise.  Court is adjourned.

21    (Proceedings concluded at 5:22 p.m.)

INDEX


<u>WITNESSES:</u>

    None

<u>EXHIBITS:</u>

    None


       I certify that the foregoing is a correct transcript from the sound recording of the proceedings in the above-entitled matter.


/s/ Lois Garrett          July 20, 2014
_____     _____
Lois Garrett