UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -- DETROIT

In re:

City of Detroit, Detroit                              Case No.13-53846
                                                      Chapter 9
                              **Debtor** __/          HON. STEVEN W. RHODES


MOTION TO FOR PERMISSIVE INTERVENTION, ETC.


Now come the Unitarian Universalist Service Committee and other petitions to the

attached petition, who have requested that the attached Petition be presented to the Court.

1.      The petitioners became interested in the Plan of Reorganization because of the water shut

offs.

2.      The petitioners request the Court to set aside its deadlines in their case so that they may

address the Court on the issue of water shut offs; a copy of the petition for relief is attached

hereto..

3.      The petitioners want to address the Court on the issue of water rights as it affects the

current proposed plan of reorganization specifically with regard to the Fourth Plan of

Adjustment, Article IV, Subsection A(1), Detroit Water and Sewer Department.

4.      The petitioners pray they may be allowed to file paper documents with the Court.

        Wherefore the Petitioners pray for an extension of time.

.                                    FOR THE PETITIONERS

                                     By:_/s/_*kurt thornbladh*_____
                                     KURT THORNBLADH P25858
                                     Thornbladh Legal Group PLLC
                                     7301 Schaefer
                                     Dearborn MI 48126
                                     (313) 943 2678
                                     kthornbladh@gmail.com

                                     FOR THE UUSC:
                                     By:_/s/ patricia jones_____
                                     PATRICIA JONES
                                     Senior Program Leader for the Human Right
                                     to Water
                                     Unitarian Universalist Service Committee
                                     689 Massachusetts Avenue
                                     Cambridge MA 0213903302
                                     (617) 301-4393
                                     pjones@uusc.org

Dated: July 20, 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -- DETROIT

In re:

City of Detroit, Detroit                                    Case No.13-53846
                                                            Chapter 9
_____**Debtor**__/              Judge: HON. STEVEN W. RHODES


ORDER TO EXTEND THE AUTOMATIC STAY


This matter having come before the Court upon the Motion of the Petitioners to Intervene and be heard,

IT IS HEREBY ORDERED that the Deadline to object, be heard and propose modifications to the Fourth Plan of Adjustment, Article IV, Subsection A(1), Detroit Water and Sewer Department, be extended for fourteen (14) days from the date of entry of this Order for the following persons and entities: Maureen Taylor, MSW  of the Michigan Welfare Rights Organization, Patricia Jones, Ph.D.  of the Unitarian Universalist Service Committee, Randy Block of the Michigan UU Social Justice Network, Rev. Dr. Jill Hardt Sundel of the Central United Methodist Church of Detroit, Nadira Narine of the Interfaith Center on Corporate Responsiblity, and Stephen T. Gasteyer, Ph.D. and Brian Gilmore, Esq. of the Michigan State University College of Law Housing Clinic., Rev. George Coventry, Board of Justice, Advocacy and Equity of the Detroit Conference, United Methodist Church.

IT IS FURTHER ORDERED the foregoing may be allowed to file paper documents with the Court.


Exhibit "1"
Proposed Order