# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan
### SOUTHERN DIVISION--DETROIT

In re:

    **City of Detroit, Detroit**　　　　　　　　　　Chapter: **9**

　　　　　　　　　　　　　　　　　　　　　　　Case No.: 13-53846

    **Debtor(s)**　　　　　　　　　　　　　　Judge: Hon. STEVEN W. RHODES

## NOTICE OF
### (Motion or Objection)

City of Detroit, Detroit has filed papers with the court to __MOTION FOR PERMISSIVE INTERVENTION__
{relief sought in motion or objection}

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to [relief sought in a motion or objection], or if you want the court to consider your views on the [motion] [objection], within ___14___ days, you or your attorney must:

1.     File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
17th Floor -- Intake
211 W. Fort Street
Detroit MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

| | |
|---|---|
| Kurt Thornbladh (P25858)<br>Thornbladh Legal Group PLLC<br>7301 Schaefer<br>Dearborn, MI 48126<br>(313) 943 2678<br>kthornbladh@gmail.com | |

2.     If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

DATED:　　　July 20, 2014　　　　　　　　FOR THE DEBTOR(S):
　　　　　　　　　　　　　　　　　　　　By:_/s/_kurt thornbladh_____
　　　　　　　　　　　　　　　　　　　　KURT THORNBLADH P25858
　　　　　　　　　　　　　　　　　　　　Thornbladh Legal Group PLLC
　　　　　　　　　　　　　　　　　　　　7301 Schaefer
　　　　　　　　　　　　　　　　　　　　Dearborn MI 48126
　　　　　　　　　　　　　　　　　　　　(313) 943 2678
　　　　　　　　　　　　　　　　　　　　kthornbladh@gmail.com

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).