UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

IN RE: )
)
City of Detroit, Detroit ) BANKRUPTCY NO. 13-53846
)
) Chapter 9
Debtor. )
)

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2014 I electronically filed MOTION FOR PERMISSIVE INTERVENTION, ETC. with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The parties listed with the Court were filed electronically.

And I hereby certified that I have mailed by United States Postal Service the Paper(s) to the following non-ECF participants:

Not applicable .

Date:July 20, 2014

**/s/ Kurt Thornbladh**
Attorney for Debtor(s)
Thornbladh Legal Group PLLC
7301 Schaefer
Dearborn, MI 48126 48532
(313) 943-2678
kthornbladh@gmail.com,
thornbladh.kurt3@gmail.com
P25858