UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -- DETROIT

In re:

City of Detroit, Michigan                         Case No.13-53846
                                                               Chapter 9
_____**Debtor**__/         HON. STEVEN W. RHODES

## EX PARTE MOTION FOR IMMEDIATE CONSIDERATION OF THEIR PETITION FOR PERMISSIVE INTERVENTION, ETC.

Now come the Petitioners through their counsel, Thornbladh Legal Group PLLC, and for their Ex Parte Motion for Immediate Consideration of their Petition for Permissive Intervention, say as follows:

1. The Court established deadlines for the filing of objections to confirmation, but the Debtor began a systematic policy of water shut offs, which has been decried by the United Nations Commissioner for Human Rights as a "disaster", and further

2. The deadlines established by the Local Rules are unwieldy and inappropriate.

3. The Petitioners do not seek to practice law but have knowledge which may be of assistance to the Court.

                                               FOR THE PETITIONERS:
                                               By:_/s/_*kurt thornbladh*_____
                                               KURT THORNBLADH P25858
                                               Thornbladh Legal Group PLLC
                                               7301 Schaefer
                                               Dearborn MI 48126
                                               (313) 943 2678
                                               kthornbladh@gmail.com

Dated: July 20, 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -- DETROIT

In re:

City of Detroit, Michigan           Case No.13-53846
                                               Chapter 9
                    **Debtor**     HON. STEVEN W. RHODES

ORDER FOR IMMEDIATE CONSIDERATION

This matter having come before the Court upon the Petition for Immediate Consideration, and the Court being duly advised on the premises,

IT IS HEREBY ORDERED that matter is set for immediate consideration.

Exhibit "1"
Proposed Order