211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226
Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Original Signature is Missing from Letter to all parties currently engaged in mediations regarding the future of the Detroit Water And Sewerage Department (DWSD).

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a) (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☑ Original Signature
- ☐ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 7/18/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

In re:  
City of Detroit, Michigan  
    Debtor

Case No. 13-53846-swr  
Chapter 9

## CERTIFICATE OF NOTICE

District/off: 0645-2     User: ckata     Page 1 of 15     Date Rcvd: Jul 18, 2014  
Form ID: def2     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2014.

```
cr          +Blue Planet Project,   c/o 4595 Hereford,   Detroit, MI 48224-1404
cr          +Food & Water Watch,   c/o 4595 Hereford,   Detroit, MI 48224-1404
cr          +Michigan Welfare Rights Organization,   c/o 4595 Hereford,   Detroit, MI 48224-1404
cr          +Peoples Water Board,   c/o 4595 Hereford,   Detroit, MI 48224-1404
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           Daniel M. McDermott
                                                                                             TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2014                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2014 at the address(es) listed below:

```
          A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
          Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
           alfredo.perez@weil.com,kelly.diblasi@weil.com,debora.hoehne@weil.com,elizabeth.hendee@weil.com,
           edward.soto@weil.com,Edward.McCarthy@weil.com,brenda.funk@weil.com
          Alidz Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           oshagan@legghioisrael.com,   drf@legghioisrael.com
          Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
          Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
           allan.brilliant@dechert.com
          Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
           allan.brilliant@dechert.com
          Allison Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
           abach@dickinsonwright.com
          Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
           achouprouta@kramerlevin.com
          Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
           acaton@kramerlevin.com,   achouprouta@kramerlevin.com
          Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
           aap43@outlook.com,   aap43law@gmail.com
          Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
           aap43law@gmail.com
          Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
           agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,   ajg-ecf@hotmail.com
          Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
           wwkannel@mintz.com,awalker@mintz.com,   ajg-ecf@hotmail.com
          Angela Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
           HollisR@dhcmi.org
          Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
           stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;akochis@ecf.info
           ruptcy.com
          Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
           aoreilly@honigman.com,   ahatcher@honigman.com
          Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
           and Agricultural Implement Workers of America bceccotti@cwsny.com
          Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
          Barbara A. Patek    on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C.
           bpatek@ermanteicher.com
          Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           bpatek@ermanteicher.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Barbara A. Patek on behalf of Creditor Detroit Police Officers Association bpatek@ermanteicher.com
- Barry S. Fagan on behalf of Creditor Bankruptcy Estate of Simeon Chisara Ohakpo bfagan@dibandfagan.com
- Benjamin J. Wilensky on behalf of Creditor Robert Cole bjw@seikalystewart.com
- Brendan G. Best on behalf of Interested Party Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com
- Brendan G. Best on behalf of Plaintiff Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com
- Brendan G. Best on behalf of Defendant Syncora Guarantee, Inc. bbest@schaferandweiner.com, wkyles@schaferandweiner.com
- Brendan H. Frey on behalf of Defendant Syncora Guarantee, Inc. bfrey@manteselaw.com, ssikorski@manteselaw.com
- Brett A. Border on behalf of Creditor U.S. Bank, N.A. bborder@sspclegal.com, joumedian@sspclegal.com
- Brett A. Border on behalf of Creditor U.S. Bank National Association bborder@sspclegal.com, joumedian@sspclegal.com
- Brett A. Border on behalf of Interested Party Schneiderman and Sherman, P.C. bborder@sspclegal.com, joumedian@sspclegal.com
- Brett A. Border on behalf of Interested Party Kondaur Capital Corporation bborder@sspclegal.com, joumedian@sspclegal.com
- Brett A. Border on behalf of Creditor Flagstar Bank, FSB bborder@sspclegal.com, joumedian@sspclegal.com
- Brian D. O'Keefe on behalf of Creditor Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Interested Party Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Interested Party Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Interested Party Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian R. Trumbauer on behalf of Interested Party Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com
- Bruce Bennett on behalf of Debtor In Possession City of Detroit, Michigan bbennett@jonesday.com
- Caralyce M. Lassner on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
- Carla Orman Andres on behalf of Interested Party Godfrey & Kahn, S.C. candres@gklaw.com
- Carol Connor Cohen on behalf of Interested Party Ambac Assurance Corporation carol.cohen@arentfox.com
- Carol Connor Cohen on behalf of Plaintiff Ambac Assurance Corporation carol.cohen@arentfox.com
- Carole Neville on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com
- Carole Neville on behalf of Retiree Committee Official Committee of Retirees carole.neville@dentons.com,daniel.morris@dentons.com
- Caroline Turner English on behalf of Plaintiff Ambac Assurance Corporation caroline.english@arentfox.com
- Caroline Turner English on behalf of Interested Party Ambac Assurance Corporation caroline.english@arentfox.com
- Carolyn Beth Markowitz on behalf of Interested Party Kevin Lewis DVCCOUNSEL@AOL.COM
- Charles Bruce Idelsohn on behalf of Creditor Heidi Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
- Charles D. Bullock on behalf of Interested Party Gabriel, Roeder, Smith & Company cbullock@sbpclaw.com, cdbullock@msn.com;lhaas@sbpclaw.com
- Charles N. Ash on behalf of Creditor UBS AG cash@wnj.com, kkranz@wnj.com
- Charles N. Ash on behalf of Defendant UBS AG cash@wnj.com, kkranz@wnj.com
- Charles N. Ash on behalf of Defendant Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
- Charles N. Ash on behalf of Creditor Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
- Christopher A. Grosman on behalf of Interested Party BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
- Christopher A. Grosman on behalf of Creditor Oakland County, Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
- Claude D. Montgomery on behalf of Retiree Committee Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
- Claude D. Montgomery on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
- Courtney M. Rogers on behalf of Interested Party U.S. Bank National Association courtney.rogers@wallerlaw.com
- Courtney M. Rogers on behalf of Creditor U.S. Bank National Association courtney.rogers@wallerlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com
Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com
Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association czucker@ermanteicher.com
Dan Korobkin    on behalf of Interested Party Wanda Leverette dkorobkin@aclumich.org
Dan Korobkin    on behalf of Interested Party Ian Mobley dkorobkin@aclumich.org
Dan Korobkin    on behalf of Interested Party Nathaniel Price dkorobkin@aclumich.org
Dan Korobkin    on behalf of Interested Party Jerome Pierce dkorobkin@aclumich.org
Dan Korobkin    on behalf of Interested Party Paul Kaiser dkorobkin@aclumich.org
Dan Korobkin    on behalf of Interested Party Jason Leverette-Saunders dkorobkin@aclumich.org
Dan Korobkin    on behalf of Interested Party Laura Malher dkorobkin@aclumich.org
Dan Korobkin    on behalf of Interested Party James Washington dkorobkin@aclumich.org
Dan Korobkin    on behalf of Interested Party Darlene Hellenberg dkorobkin@aclumich.org
Dan Korobkin    on behalf of Interested Party Angie Wong dkorobkin@aclumich.org
Dan Korobkin    on behalf of Interested Party Stephanie Hollander dkorobkin@aclumich.org
Dan Korobkin    on behalf of Interested Party Kimberly Mobley dkorobkin@aclumich.org
Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation dweiner@schaferandweiner.com
Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation dweiner@schaferandweiner.com
Daniel N. Adams    on behalf of Interested Party    Detroit Institute of Arts dadams@honigman.com, litdocket@honigman.com
David Eisenberg    on behalf of Creditor    Detroit Police Officers Association deisenberg@ermanteicher.com
David Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com
David Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com
David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
David E. Hart    on behalf of Creditor    FK Park, LLC deh@maddinhauser.com
David E. Hart    on behalf of Creditor    FK South, LLC deh@maddinhauser.com
David E. Lemke    on behalf of Creditor    U.S. Bank National Association david.lemke@wallerlaw.com
David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
David Gilbert Heiman    on behalf of Defendant Kevyn Orr dgheiman@jonesday.com
David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan dgheiman@jonesday.com
David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation david.dubrow@arentfox.com
David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com
David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com, kbilpo@seyburn.com
Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
Deborah Kovsky-Apap    on behalf of Defendant Michael Jamison kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Defendant Cheryl Johnson kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Defendant John Naglik kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Defendant John Naglick kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah L. Fish    on behalf of Interested Party    Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Deborah L. Fish on behalf of Interested Party Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Interested Party Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Interested Party Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Interested Party Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Interested Party Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
- Dirk H. Beckwith on behalf of Defendant U.S. Bank, N.A. dbeckwith@fosterswift.com
- Dirk H. Beckwith on behalf of Interested Party U.S. Bank N.A. dbeckwith@fosterswift.com
- Dirk H. Beckwith on behalf of Creditor Wilmington Trust Company, National Association dbeckwith@fosterswift.com
- Dirk H. Beckwith on behalf of Creditor U.S. Bank National Association dbeckwith@fosterswift.com
- Donald G. McGuigan, II on behalf of Interested Party Mario's Restaurant, Inc. don@mcguiganlaw.com
- Douglas Steele on behalf of Interested Party International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com
- Douglas C. Bernstein on behalf of Interested Party A. Paul and Carol C. Schaap Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party Community Foundation for Southeast Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party The Fred A. and Barbara M. Erb Family Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party Hudson-Webber Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party W.K. Kellogg Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party Max M. and Marjorie S. Fisher Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party The Ford Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party Charles Stewart Mott Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party William Davidson Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party McGregor Fund dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Earle I. Erman on behalf of Creditor Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com
- Earle I. Erman on behalf of Creditor Detroit Police Officers Association eerman@ermanteicher.com
- Earle I. Erman on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com
- Edward J. Gudeman on behalf of Interested Party Enjoi Transportation, LLC ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
- Edward J. Gudeman on behalf of Interested Party Upright Wrecking & Demolition, L.L.C. ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
- Edward Todd Sable on behalf of Interested Party General Motors LLC tsable@honigman.com, litdocket@honigman.com
- Elias T. Majoros on behalf of Interested Party US Health & Life Insurance Company emajoros@glmpc.com
- Elizabeth M. Abood-Carroll on behalf of Creditor Champion Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
- Elizabeth M. Abood-Carroll on behalf of Creditor Federal National Mortgage Association (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
- Elizabeth M. Abood-Carroll on behalf of Creditor Wells Fargo Bank, NA bankruptcy@orlans.com, ANHSOA@earthlink.net
- Elizabeth M. Abood-Carroll on behalf of Creditor EverBank bankruptcy@orlans.com, ANHSOA@earthlink.net
- Elizabeth M. Abood-Carroll on behalf of Creditor Champion Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
- Elizabeth M. Abood-Carroll on behalf of Creditor Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
- Elliot G. Crowder on behalf of Interested Party Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com
- Eric Rosenberg on behalf of Interested Party Patricia Ramirez EJR@morganmeyers.com, amendiola@morganmeyers.com
- Eric B. Gaabo on behalf of Debtor In Possession City of Detroit, Michigan gaabe@detroitmi.gov
- Eric D. Carlson on behalf of Debtor In Possession City of Detroit, Michigan carlson@millercanfield.com
- Eric David Novetsky on behalf of Creditor National Public Finance Guarantee Corporation enovetsky@jaffelaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
               bankruptcy.maxwelldunn@gmail.com
              Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit efeldman@clarkhill.com
              Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
               efeldman@clarkhill.com
              Fred  Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
              Geoffrey T. Pavlic    on behalf of Creditor    Nuveen Asset Management pavlic@steinbergshapiro.com,
               jbrown@steinbergshapiro.com
              Geoffrey T. Pavlic    on behalf of Creditor    BlackRock Financial Management, Inc.
               pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
              Geoffrey T. Pavlic    on behalf of Creditor    Ad Hoc Bondholder Committee
               pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
              H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
               jabdelnour@resnicklaw.net
              Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc.
               ecf-hen@rhoadesmckee.com
              Harold E. Nelson    on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
              Heath Douglas Rosenblat    on behalf of Counter-Claimant    Wilmington Trust, N.A.
               Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association
               Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association
               Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Defendant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
               Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heather  Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
               hlennox@jonesday.com
              Heather  Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
              Heidi  Peterson    hdpeterson75@gmail.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    UBS AG howard.hawkins@cwt.com,
               mark.ellenberg@cwt.com;ellen.halstead@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
               howard.hawkins@cwt.com, mark.ellenberg@cwt.com;ellen.halstead@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    Merrill Lynch Capital Services, Inc.
               howard.hawkins@cwt.com, mark.ellenberg@cwt.com;ellen.halstead@cwt.com
              Howard S. Sher    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt AG
               howard@jacobweingarten.com
              Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt AG howard@jacobweingarten.com
              Howard S. Sher    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
               howard@jacobweingarten.com
              Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
               howard@jacobweingarten.com
              Howard S. Sher    on behalf of Intervenor-Defendant    Erste Europaische Pfandbrief- und
               Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
              Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
               Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
              Howard S. Sher    on behalf of Intervenor-Defendant    Dexia Holdings, Inc.
               howard@jacobweingarten.com
              Howard S. Sher    on behalf of Intervenor-Defendant    Hypothekenbank Frankfurt International S.A.
               howard@jacobweingarten.com
              Howard S. Sher    on behalf of Intervenor-Defendant    Dexia Credit Local howard@jacobweingarten.com
              Howard S. Sher    on behalf of Intervenor-Defendant    FMS Wertmanagement AR
               howard@jacobweingarten.com
              Howard Yale Lederman    on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
              Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
              Hugh M. Davis    on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
              Ian S. Bolton    on behalf of Creditor    FK Park, LLC ibolton@maddinhauser.com,
               bwislinski@maddinhauser.com;nanderson@maddinhauser.com
              Ian S. Bolton    on behalf of Creditor    FK South, LLC ibolton@maddinhauser.com,
               bwislinski@maddinhauser.com;nanderson@maddinhauser.com
              James  Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
               james.sprayregen@kirkland.com
              Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
              Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
               jeansartre@msn.com
              Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
              Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
               jbank@kerr-russell.com
              Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
              Jeffrey  Rossman    on behalf of Creditor    U.S. Bank National Association jrossman@mwe.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
            Jeffrey Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
             Lhaidostian@mwe.com
            Jeffrey David Eaton    on behalf of Creditor    FMS Wertmanagement jeaton@schiffhardin.com
            Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
            Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP
             jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
            Jeffrey S. Grasl    on behalf of Creditor    Bishop Real Estate, L.L.C. jgrasl@mcdonaldhopkins.com,
             sharrow@mcdonaldhopkins.com
            Jennifer Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
             jbelveal@honigman.com, mjohnson@honigman.com
            Jennifer Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
             jbelveal@honigman.com, mjohnson@honigman.com
            Jeremiah Buffalo Wirgau    on behalf of Interested Party    CitiMortgage, Inc. jwirgau@sspclegal.com
            Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
            Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
            Jill Kristen Smith    on behalf of Creditor    Macomb County Jill.Smith@macombgov.org
            John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
            John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
             jstevens@mathesonparr.com, nlmumma@aol.com
            John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
             pjohnson@bredhoff.com;mforan@bredhoff.com
            John Joseph Ramirez    on behalf of Interested Party    Deutsche Bank AG, London
             john.ramirez@kattenlaw.com
            John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
            John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
             john.sieger@kattenlaw.com
            John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
             jcanzano@kmsmc.com
            John T. Gregg    on behalf of Creditor    36th District Court for the State of Michigan
             jgregg@btlaw.com
            Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
             green@millercanfield.com
            Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
             green@millercanfield.com
            Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
             jfischer@carsonfischer.com
            Joseph Mark Fisher    on behalf of Creditor    FMS Wertmanagement mfisher@schiffhardin.com
            Joseph Mark Fisher    on behalf of Intervenor    FMS Wertmanagement AR mfisher@schiffhardin.com
            Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
             litdocket@honigman.com
            Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
             jgadharf@mcdonaldhopkins.com
            Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
             jgadharf@mcdonaldhopkins.com
            Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
             jgadharf@mcdonaldhopkins.com
            Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
            Judy B. Calton    on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
             litdocket@honigman.com
            Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
             litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    Arrow Uniform Rental, Inc. jcalton@honigman.com,
             litdocket@honigman.com
            Judy B. Calton    on behalf of Interested Party    Detroit Entertainment, LLC jcalton@honigman.com,
             litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
             litdocket@honigman.com
            Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
             blundberg@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
             jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
             litdocket@honigman.com
            Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
             litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
             litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
             litdocket@honigman.com
            Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
             litdocket@honigman.com
            Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
             litdocket@honigman.com
            Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
             mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
            Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
             jteicher@ermanteicher.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Julie Beth Teicher on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 jteicher@ermanteicher.com
- Julie Beth Teicher on behalf of Creditor Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com
- Karen B. Dine on behalf of Interested Party Deutsche Bank Securities Inc. karen.dine@kattenlaw.com
- Karen Vivian Newbury on behalf of Creditor DEPFA Bank PLC knewbury@schiffhardin.com
- Karen Vivian Newbury on behalf of Creditor FMS Wertmanagement knewbury@schiffhardin.com
- Karin F. Avery on behalf of Interested Party Detroit Retired City Employees Association Avery@SilvermanMorris.com
- Karin F. Avery on behalf of Interested Party Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com
- Karin F. Avery on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association Avery@SilvermanMorris.com
- Karin F. Avery on behalf of Plaintiff Detroit Retired City Employees Association Avery@SilvermanMorris.com
- Kay Standridge Kress on behalf of Debtor In Possession City of Detroit, Michigan kressk@pepperlaw.com, alexsym@pepperlaw.com
- Kenneth E. Noble on behalf of Interested Party Deutsche Bank AG, London kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
- Kenneth E. Noble on behalf of Intervenor-Defendant Deutsche Bank AG, London kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
- Kenneth E. Noble on behalf of Interested Party Deutsche Bank Securities Inc. kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
- Kenneth M. Schneider on behalf of Interested Party Kenneth M. Schneider kschneider@schneidermiller.com
- Kevin M. Baum on behalf of Interested Party Deutsche Bank Securities Inc. kevin.baum@kattenlaw.com
- Kevin N. Summers on behalf of Creditor National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
- Kimberly Joan Robinson on behalf of Creditor Genuine Parts Company kim.robinson@bfkn.com
- Kurt Thornbladh on behalf of Creditor Hyde Park Co-Operative, et al. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- Kurt Thornbladh on behalf of Interested Party Housing is a Human Right Coalition kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- Kurt Thornbladh on behalf of Creditor Plymouth Square Ltd. Housing Association kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- Kurt Thornbladh on behalf of Creditor Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- Lawrence A. Larose on behalf of Creditor Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
- Lawrence A. Larose on behalf of Plaintiff Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
- Leah Montesano on behalf of Interested Party Ambac Assurance Corporation leah.montesano@arentfox.com
- Leland Prince on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
- Lisa Okasinski on behalf of Creditor HRT Enterprises lisa@demolaw.com
- Lisa Hill Fenning on behalf of Creditor General Retirement System of the City of Detroit Lisa.Fenning@aporter.com
- Lisa Hill Fenning on behalf of Creditor Police and Fire Retirement System of the City of Detroit Lisa.Fenning@aporter.com
- Louis P. Rochkind on behalf of Plaintiff National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
- Louis P. Rochkind on behalf of Creditor National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
- Lynn M. Brimer on behalf of Creditor Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com
- M. Ellen Dennis on behalf of Creditor Ben McKenzie, Jr. m.ellen.dennis@gmail.com, dwhadden@umich.edu
- Mallory Field on behalf of Creditor Retired Detroit Police Members Association MField@stroblpc.com, sguarnieri@stroblpc.com
- Mami Kato on behalf of Interested Party International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Interested Party Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Detroit Police Command Officers Association mkato@sachswaldman.com, pmerchak@sachswaldman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Mami Kato on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Marc N. Swanson on behalf of Debtor In Possession City of Detroit, Michigan swansonm@millercanfield.com
      Mark Wasvary on behalf of Creditor Hyde Park Co-Operative, et al. mark@wasvarylaw.com
      Mark Wasvary on behalf of Creditor Plymouth Square Ltd. Housing Association mark@wasvarylaw.com
      Mark A. Angelov on behalf of Plaintiff Ambac Assurance Corporation mark.angelov@arentfox.com
      Mark A. Angelov on behalf of Interested Party Ambac Assurance Corporation mark.angelov@arentfox.com
      Mark Allan Porter on behalf of Other Professional Allen Park Retirees Assn maplawat911@msn.com, map-law.pllc@att.net
      Mark E. Bredow on behalf of Creditor Carlton D. Carter mbredow@resnicklaw.net, jabdelnour@resnicklaw.net
      Mark E. Bredow on behalf of Interested Party Resnick & Moss, P.C. mbredow@resnicklaw.net, jabdelnour@resnicklaw.net
      Mark H. Shapiro on behalf of Creditor Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
      Mark H. Shapiro on behalf of Interested Party The Securities Industry and Financial Markets Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
      Mark H. Shapiro on behalf of Creditor BlackRock Financial Management, Inc. shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
      Mark R. James on behalf of Interested Party Financial Guaranty Insurance Company mrj@wwrplaw.com
      Mark R. James on behalf of Creditor Financial Guaranty Insurance Company mrj@wwrplaw.com
      Mark S. Frankel on behalf of Creditor Waste Management Inc. etal mfrankel@couzens.com
      Marshall S. Huebner on behalf of Creditor Merrill Lynch Capital Services, Inc. bankrout@davispolk.com
      Mary Beth Cobbs on behalf of Interested Party Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
      Mary Beth Cobbs on behalf of Interested Party City of Detroit Law Department cobbm@detroitmi.gov, mbcobbs@flash.net
      Matthew Schneider on behalf of Interested Party State of Michigan SchneiderM7@michigan.gov
      Matthew Troy on behalf of Interested Party United States of America matthew.troy@usdoj.gov
      Matthew Wilkins on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew Wilkins on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew Wilkins on behalf of Retiree Committee Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew Wilkins on behalf of Plaintiff Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew Wilkins on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew Gernet Summers on behalf of Intervenor-Defendant Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com
      Matthew Gernet Summers on behalf of Creditor Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
      Matthew Gernet Summers on behalf of Intervenor-Defendant Hypothekenbank Frankfurt AG summersm@ballardspahr.com
      Matthew Gernet Summers on behalf of Creditor FMS Wertmanagement summersm@ballardspahr.com
      Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com
      Matthew Gernet Summers on behalf of Intervenor-Defendant Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
      Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt AG summersm@ballardspahr.com
      Max J. Newman on behalf of Interested Party Wayne County Corporation newman@butzel.com
      Melissa Demorest LeDuc on behalf of Creditor T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com
      Melissa Demorest LeDuc on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com
      Melissa Demorest LeDuc on behalf of Creditor John W. and Vivian M. Denis Trust melissa@demolaw.com, paula@demolaw.com
      Melissa Demorest LeDuc on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com
      Melissa Demorest LeDuc on behalf of Creditor HRT Enterprises melissa@demolaw.com, paula@demolaw.com
      Mercedes Varasteh Dordeski on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com
      Meredith Taunt on behalf of Creditor Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com
      Michael Anthony Karman on behalf of Creditor Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com
      Michael Anthony Karman on behalf of Creditor St. Martins Cooperative makarmanesq@gmail.com
      Michael C. Hammer on behalf of Defendant MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
      Michael C. Hammer on behalf of Interested Party MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
      Michael Joseph Karwoski on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Michael R. Bell    on behalf of Interested Party Bill  Schuette BellMl@michigan.gov
          Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association
           mike.paslay@wallerlaw.com,
           Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
           rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
          Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
           msl@maddinhauser.com,   bac@maddinhauser.com
          My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
           mao-bk-ecf@debevoise.com
          Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
           ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
          Niraj R. Ganatra    on behalf of Creditor    International Union, United Automobile, Aerospace and
           Agricultural Implement Workers of America Nganatra@uaw.net
          Noah J. Ornstein    on behalf of Interested Party    Syncora Guarantee Inc.
           noah.ornstein@kirkland.com
          Noah J. Ornstein    on behalf of Interested Party    Syncora Capital Assurance Inc.
           noah.ornstein@kirkland.com
          Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
           Paige.Barr@kattenlaw.com
          Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
           mkisell@plunkettcooney.com
          Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
           pmears@btlaw.com
          Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
           phage@jaffelaw.com,   jtravick@jaffelaw.com
          Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
           phage@jaffelaw.com,   jtravick@jaffelaw.com
          Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan hall@bwst-law.com,   marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of
           Detroit, Michigan hall@bwst-law.com,   marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
           marbury@bwst-law.com;pleban@bwst-law.com
          Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
           Agricultural Implement Workers of America pdechiara@cwsny.com
          Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
          Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation
           pcanzano@sidley.com
          Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation
           ralph.taylor@arentfox.com
          Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
          Randall A. Brater    on behalf of Interested Party    Ambac Assurance Corporation
           randall.brater@arentfox.com
          Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com,   Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com,   Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc.
           RPentiuk@PCK-Law.Com,   Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
           Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
           Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com,   Pentiukpc@aol.com
          Raymond  Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
          Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Richard Levin    on behalf of Interested Party    Detroit Institute of Arts rlevin@cravath.com,
           mao@cravath.com
          Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
          Richard G. Mack, Jr.    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           richardmack@millercohen.com,   mcoil@millercohen.com
          Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
           Department ecf@kaalaw.com,   wjackson@KAALaw.com
          Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
           robert.darnell@usdoj.gov
          Robert  Fetter    on behalf of Interested Party    Local 3308 of the American Federation of State,
           County and Municipal Employees rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Robert Fetter on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert Fetter on behalf of Interested Party Local 917 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert A. Weisberg on behalf of Creditor Oakland County, Michigan BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com
- Robert D. Gordon on behalf of Creditor General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
- Robert D. Gordon on behalf of Creditor Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
- Robert J. Diehl, Jr. on behalf of Interested Party U.S. Bank N.A. rdiehl@bodmanlaw.com
- Robert M. Fishman rfishman@shawfishman.com
- Robert N. Bassel on behalf of Interested Party Lasalle Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
- Robert N. Bassel on behalf of Interested Party Lafayette Town Houses, Inc. bbassel@gmail.com, robertbassel@hotmail.com
- Robert N. Bassel on behalf of Interested Party Joliet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
- Robert N. Bassel on behalf of Interested Party Nicolet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
- Robert N. Bassel on behalf of Interested Party St. James Cooperative bbassel@gmail.com, robertbassel@hotmail.com
- Robert S. Hertzberg on behalf of Defendant Michael Jamison hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Plaintiff City of Detroit hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Debtor In Possession City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant John Naglik hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant John Naglick hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant Cheryl Johnson hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Plaintiff City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
- Ronald C. Liscombe on behalf of Creditor Public Lighting Authority rliscombe@alglawpc.com
- Rozanne M. Giunta on behalf of Interested Party State of Michigan rmgiunta@lambertleser.com
- Ryan Cochran on behalf of Creditor U.S. Bank National Association ryan.cochran@wallerlaw.com
- Ryan Plecha on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Plaintiff Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com
- Ryan Blaine Bennett on behalf of Defendant Syncora Guarantee, Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Capital Assurance Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
 ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
 justin.bernbrock@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
 nd.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
 ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
 nd.com;noah.ornstein@kirkland.com
Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
 sam.alberts@dentons.com, dan.barnowski@dentons.com
Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
 Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
 japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
 japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
 soconnor@glmpc.com
Sara Klettke MacWilliams    on behalf of Creditor    Oakland County, Michigan
 macwilliams@youngpc.com, efiling@youngpc.com
Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
 david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
 stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com
Scott B. Kitei    on behalf of Interested Party    Detroit Institute of Arts skitei@honigman.com
Scott M. Watson    on behalf of Creditor    UBS AG swatson@wnj.com
Scott R. Murphy    on behalf of Creditor    36th District Court for the State of Michigan
 smurphy@btlaw.com
Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
Shannon L. Deeby    on behalf of Defendant    Detroit General Retirement System Service Corporation
 sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
 Detroit sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
 sdeeby@clarkhill.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
 State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
 State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
 State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
 slevine@lowenstein.com
Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
 lawtoll@comcast.net
Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
 mpearson@dykema.com;docket@dykema.com
Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
 mpearson@dykema.com;docket@dykema.com
Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
 dguerrero@dykema.com
Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
 dguerrero@dykema.com
Stephen   Wolpert    on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com
Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
 kfrantz@wnj.com
Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com, kfrantz@wnj.com
Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
 kfrantz@wnj.com
Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd.
 stephen.hackney@kirkland.com
Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
 stephen.hackney@kirkland.com
Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
 stephen.hackney@kirkland.com
Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
 shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
 sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
 shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
 sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
 sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
 laplante@millercanfield.com, skoczylas@millercanfield.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Stephen S. LaPlante    on behalf of Plaintiff    City of Detroit, Michigan
               laplante@millercanfield.com, skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
               laplante@millercanfield.com, skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts
               laplante@millercanfield.com, skoczylas@millercanfield.com
              Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
              Steven G. Howell    on behalf of Interested Party    State of Michigan showell@dickinsonwright.com
              Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
               General showell@dickinsonwright.com
              Stuart A. Gold    on behalf of Creditor    Detroit Public Library sgold@glmpc.com
              Susheel Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
               susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
              Susheel Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
               susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
              Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
               mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
               rdin.com
              Tamar Dolcourt    on behalf of Debtor In Possession    City of Detroit, Michigan
               tdolcourt@foley.com
              Thomas B. Radom    on behalf of Creditor    Stroh Properties, Inc. Radom@butzel.com
              Thomas B. Radom    on behalf of Defendant    Detroit Police And Fire Retirement System Service
               Corporation Radom@butzel.com
              Thomas B. Radom    on behalf of Defendant    Detroit General Retirement System Service Corporation
               Radom@butzel.com
              Thomas P. Christy    on behalf of Creditor    Berkshire Hathaway Assurance Corporation
               tchristy@garanlucow.com
              Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association
               morris@silvermanmorris.com, marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
               marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
               marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               morris@silvermanmorris.com, marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association morris@silvermanmorris.com, marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
               marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
               morris@silvermanmorris.com, marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
               marlene@silvermanmorris.com
              Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
              Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
               fusco@millercanfield.com
              Timothy R. Graves    on behalf of Interested Party    Bronze Gable, L.L.C. tgraves@allardfishpc.com,
               allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
               tgraves@allardfishpc.com, allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Aurelius Capital Management, LP
               tgraves@allardfishpc.com, allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Stone Lion Capital Partners L.P.
               tgraves@allardfishpc.com, allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
               allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Panning Capital Management, LP
               tgraves@allardfishpc.com, allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Monarch Alternative Capital LP
               tgraves@allardfishpc.com, allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com,
               allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
               allardfishpc@yahoo.com
              Trevor J. Zamborsky    on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Micholas  Martin tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Trevor J. Zamborsky    on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Trevor J. Zamborsky    on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
               vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
              William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
              William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
              William C. Blasses    on behalf of Creditor    Jackie's Transport, Inc. wcb@osbig.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
           wcb@osbig.com
          William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
          William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Dwayne   Provience mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Christobal   Mendoza mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Annica   Cuppetelli mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Walter   Swift mail@goodmanhurwitz.com
          William Norman Listman    on behalf of Interested Party    Southeastern Oakland County Water
           Authority wlistman@davislistman.com
          William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
          William W. Kannel    on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
          Winnifred P. Boylan    on behalf of Interested Party    State of Michigan wpboylan@lambertleser.com
          Wolfgang   Mueller    on behalf of Creditor Richard   Mack wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Wolfgang   Mueller    on behalf of Creditor Alecia   Wilcox wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Wolfgang   Mueller    on behalf of Creditor Dwayne   Provience wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Wolfgang   Mueller    on behalf of Creditor Gerald   Wilcox wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Yuliy   Osipov    on behalf of Interested Party Gary   Segatti yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy   Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy   Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
           yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy   Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                               TOTAL: 581