UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re, | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

# NOTICE OF WITHDRAWAL
# PETITIONERS' REPLY BRIEF

**PLEASE TAKE NOTICE** that pursuant to the Court Rules and procedures for Electronic Case Filing, Petitioners' **Allen Park Retirees Association, Inc.,** *et al*, withdraws the filing docket numbers of 6134 and 6135, Petitioners' Reply Brief and Certificate of Electronic Service, filed on July 18, 2014. Docket #6134, Petitioners' Reply Brief; and #6135, Petitioners' Certificate of Electronic Service, will be re-filed this date pursuant to the Electronic Case Filing Procedures.

All events are linked to docket #**5455**, Petitioners' Motion for Clarification and Relief from Stay at the Court.

| | |
|---|---|
| July 21, 2014 | By: /s/ **Mark A. Porter** |
| | Mark A. Porter (P-42280) |
| | Attorney for the Petitioners APRA & Russell Pillar |
| | Mark A. Porter & Associates PLLC |
| | 551 East 11-Mile Road – Suite 3-D |
| | P. O. Box 71527 |
| | Madison Heights, Michigan 48071-0527 |
| | (248) 547 – 1911 |
| | (248) 547 – 1917 FAX |
| | mporter@map-law.com |

## CERTIFICATE OF SERVICE

      I, MARK A. PORTER, certify that on July 21, 2014, I electronically filed the Petitioners' Notice of Withdrawal of docket numbers 6134 and 6135 with the Clerk of the Court using the ECF system which will send notification of such filing to ECF participants in this matter.

| | |
|---|---|
| July 21, 2014 | By:    /s/ **Mark A. Porter** <br> Mark A. Porter (P-42280) <br> Attorney for the Petitioners APRA & Russell Pillar <br> Mark A. Porter & Associates PLLC <br> 551 East 11-Mile Road – Suite 3-D <br> P. O. Box 71527 <br> Madison Heights, Michigan 48071-0527 <br> (248) 547 – 1911 <br> (248) 547 – 1917 FAX <br> mporter@map-law.com |