**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re, | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I, MARK A. PORTER, certify that on July 21, 2014, I electronically filed the **_Reply Brief_**:

*Allen Park Retirees Association et. al. Motion For Relief From Order Pursuant To Section 105(A) Of The Bankruptcy Code Extending The Chapter 9 Stay To Certain (A) State Entities, (B) Non Officer Employees And (C) Agents And Representatives Of The Debtor* with the Clerk of the Court using the ECF system which will send notification of such filing to ECF participants in this matter.

| | |
|---|---|
| July 21, 2014 | By:  /s/ **Mark A. Porter**  <br>Mark A. Porter (P-42280)<br>Attorney for the Petitioners APRA & Russell Pillar<br>Mark A. Porter & Associates PLLC<br>551 East 11-Mile Road – Suite 3-D<br>P. O. Box 71527<br>Madison Heights, Michigan 48071-0527<br>(248) 547 – 1911<br>(248) 547 – 1917 FAX<br>mporter@map-law.com |