**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                      Chapter 9

City of Detroit, Michigan,              Case No. 13-53846

       Debtor.                      Hon. Steven W. Rhodes

_____/

### <u>Order Regarding Motion for Temporary Allowance of Claim</u><br><u>of the Macomb Interceptor Drain Drainage District (MIDDD)</u><br><u>Pursuant to Fed. R. Bankr. P. 3018(a) (Dkt. #5155)</u>

On May 30, 2014, MIDDD filed a motion for temporary allowance of claim pursuant to Fed. R. Bankr. P. 3018(a), seeking temporary allowance of its claim in the amount of $26 million for the sole purpose of voting on the Debtor's Plan. Objections were filed by the City (Dkt. #5312) and the Official Committee of Retirees (Dkt. #5315). The Court conducted a hearing on July 17, 2014.

The Court now concludes that the claim of MIDDD shall be valued at $26 million for voting purposes only.

It is so ordered.

.

**Signed on July 21, 2014**

                             _____**/s/ Steven Rhodes**_____
                                     **Steven Rhodes**
                                     **United States Bankruptcy Judge**