UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
: 
In re : Chapter 9
: 
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
: 
Debtor. : Hon. Steven W. Rhodes
: 
: 
---------------------------------------------------------------x

NOTICE OF CHANGE OF DATE OF
DEPOSITION OF CHARLES M. MOORE

**PLEASE TAKE NOTICE THAT** the deposition of Charles M. Moore, will now take place on **July 23, 2014 and July 24, 2014** at 9:00 a.m. at the Westin Book Cadillac, Book Conference Room, 1114 Washington Blvd., Detroit, MI.

Dated: July 21, 2014

                                                  By: /s/ Mark R. James_____
                                                  Ernest J. Essad Jr.
                                                  Mark R. James
                                                  WILLIAMS, WILLIAMS, RATTNER &
                                                  PLUNKETT, P.C.
                                                  280 North Old Woodward Avenue, Suite 300
                                                  Birmingham, MI 48009
                                                  Telephone: (248) 642-0333
                                                  Facsimile: (248) 642-0856
                                                  Email: EJEssad@wwrplaw.com
                                                  Email: mrjames@wwrplaw.com

                                                  -and-

Edward Soto
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: (305) 577-3177
Facsimile: (305) 374-7159
Email: edward.soto@weil.com

– and –

Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: alfredo.perez@weil.com

*Attorneys for Financial Guaranty Insurance Company*

# CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2014 the *Notice of Change of Date of Deposition of Charles M. Moore* was filed and served via the Court's electronic case filing and noticing system to all registered users that have appeared in the main Chapter 9 proceeding.

/s/ Mark R. James
Mark R. James
WILLIAMS, WILLIAMS, RATTNER &
PLUNKETT, P.C.
280 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone: (248) 642-0333
Facsimile: (248) 642-0856
Email: mrjames@wwrplaw.com