UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
                                                 :
In re                                    : Chapter 9
                                                 :
CITY OF DETROIT, MICHIGAN,         : Case No. 13-53846
                                                 :
               Debtor.                 : Hon. Steven W. Rhodes
                                                 :
                                                 :
---------------------------------------------------------------x

**NOTICE OF CHANGE OF DATE, TIME AND LOCATION
OF DEPOSITION OF VANESSA FUSCO**

**PLEASE TAKE NOTICE THAT** the deposition of Vanessa Fusco, previously scheduled to take place at the offices of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, N.Y., on July 1, 2014 at 9:00 a.m. will now take place on **July 25, 2014 at 9:00 a.m. at the offices of Debevoise & Plimpton LLP**, **919 Third Avenue, 35th Floor, New York, N.Y**.

Dated: July 21, 2014

                                        By: /s/ Mark R. James
                                        Ernest J. Essad Jr.
                                        Mark R. James
                                        WILLIAMS, WILLIAMS, RATTNER &
                                        PLUNKETT, P.C.
                                        280 North Old Woodward Avenue, Suite 300
                                        Birmingham, MI 48009
                                        Telephone: (248) 642-0333
                                        Facsimile: (248) 642-0856
                                        Email: EJEssad@wwrplaw.com
                                        Email: mrjames@wwrplaw.com

                                        -and-

Edward Soto
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: (305) 577-3177
Facsimile: (305) 374-7159
Email: edward.soto@weil.com

– and –

Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: alfredo.perez@weil.com

*Attorneys for Financial Guaranty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2014 the *Notice of Change of Date, Time and Location of Deposition of Vanessa Fusco* was filed and served via the Court's electronic case filing and noticing system to all registered users that have appeared in the main Chapter 9 proceeding.

/s/ Mark R. James
Mark R. James
WILLIAMS, WILLIAMS, RATTNER &
PLUNKETT, P.C.
280 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone: (248) 642-0333
Facsimile: (248) 642-0856
Email: mrjames@wwrplaw.com