UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

---------------------------------------------------------- x
                                                           :
In re:                                                     : Chapter 9
                                                           :
CITY OF DETROIT, MICHIGAN,                                 : Case No.: 13-53846
                                                           :
                                    Debtor.                : Hon. Steven W. Rhodes
                                                           :
---------------------------------------------------------- x

**NOTICE OF PROPOSED ORDER APPROVING THE
STIPULATION MODIFYING CERTAIN DEADLINES
ESTABLISHED IN THE FOURTH AMENDED ORDER
ESTABLISHING PROCEDURES, DEADLINES AND HEARING
DATES RELATING TO THE DEBTOR'S PLAN OF ADJUSTMENT**

PLEASE TAKE NOTICE that the International Union, United

Automobile, Aerospace and Agricultural Implement Workers of America

("UAW") has filed a proposed order approving a stipulation with the City of

Detroit (the "City") for the limited purpose of extending the UAW's deadline to

file an objection to confirmation of the Debtor's Plan of Adjustment to July 29,

2014, attached hereto as Exhibit 1.

Dated: July 21, 2014

/s/   Babette A. Ceccotti
Babette A. Ceccotti
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, New York  10036-6976
Telephone:  (212) 563-4100
Facsimile:  (212) 695-5436
bceccotti@cwsny.com

-and-

Niraj R. Ganatra (P63150)

8000 East Jefferson Avenue
Detroit, Michigan  48214
Telephone:  (313) 926-5216
Facsimile:  (313) 926-5240
nganatra@uaw.net


*Attorneys for International Union, UAW*

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------- x
                                           :

In re:                                  :    Chapter 9

CITY OF DETROIT, MICHIGAN,       :    Case No.: 13-53846

                           Debtor.            :    Hon. Steven W. Rhodes
------------------------------------------------------- x

## ORDER MODIFYING CERTAIN DEADLINES ESTABLISHED IN THE FOURTH AMENDED ORDER ESTABLISHING PROCEDURES, DEADLINES AND HEARING DATES RELATING TO THE DEBTOR'S PLAN OF ADJUSTMENT

The Stipulation Modifying Certain Deadlines Established in the Fourth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (the "Stipulation"), attached hereto as Exhibit A, having been entered into by the City of Detroit and the UAW; the Court having reviewed the Stipulation; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT the Stipulation is APPROVED.

# **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------- x
: 
In re: : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No.: 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
------------------------------------------------------- x

**STIPULATION MODIFYING CERTAIN DEADLINES
ESTABLISHED IN THE FOURTH AMENDED ORDER
ESTABLISHING PROCEDURES, DEADLINES AND
HEARING DATES RELATING TO THE
DEBTOR'S PLAN OF ADJUSTMENT**

This Stipulation is made by and among the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW") and the City of Detroit (the "City") (together with the City, the "Parties"). By and through each of their undersigned counsel, the Parties have reached an agreement with respect to, and request the entry of an order approving, the following:

**RECITALS**

1.  The Court entered the Fourth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (Docket No. 4202) (the "Fourth Amended Scheduling Order") (Docket

No. 4202) on April 21, 2014.  The Fourth Amended Scheduling Order establishes certain dates for filing objections to the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (Docket No. 4392) (the "Plan"), sets hearing dates on confirmation of such plan, and establishes certain other deadlines related to pre-trial litigation in connection with confirmation of the Plan.

2. The Parties executed a stipulation dated May 9, 2014, as corrected and revised on May 12, 2014 (the "May 12 Stipulation"), that modified certain deadlines established by the Fourth Amended Scheduling Order.  The May 12 Stipulation was approved by Order of the Court entered on May 12, 2014 (Docket No. 4617) (the "Corrected Order Modifying Certain Deadlines").

3. On June 9, 2014, the Court entered its Fifth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (Docket No. 5259) (the "Fifth Amended Scheduling Order") pursuant to which certain hearing dates, objection deadlines and other deadlines set in the Fourth Amended Scheduling Order related to pre-trial litigation in connection with confirmation of the Plan were further modified but provided that the Corrected Order Modifying Certain Deadlines superseded such further modifications.

4. The Parties executed a stipulation dated June 20, 2014, (the "June Stipulation"), that modified certain deadlines established by the Fourth

2

Amended Scheduling Order. That Stipulation was approved by the Court by order dated June 20, 2014 (Docket No. 5499).

5. The UAW is the collective bargaining representative of certain employees of the City who are drawn from the following City bargaining units: civilian police investigators employed in the Police Department, City Law Department attorneys and paralegals, Water and Sewerage Department waste-water treatment operators and associated skilled trades workers. In addition, the UAW is the collective bargaining representative of certain employees of the Detroit Library Commission (the "DLC"). UAW is a party to certain current collective bargaining agreements with the DLC. The foregoing UAW-represented employees, as well as retirees of the both the City and of the DLC from these bargaining units, are participants in the City of Detroit General Retirement System ("GRS").

6. In connection with the City's Chapter 9 case, the UAW has served as a member of the Official Committee of Retirees, has participated in the Court-ordered mediation processes on behalf of both active and retired City employees, and is participating in the Coalition of unions that have been negotiating new labor agreements.

7. Paragraph 3 of the June Stipulation provides: "In the event that on or prior to July 21, 2014, it is determined by the Parties that any of Classes 10,

11 or 12 has voted to reject the Plan, or, UAW and DLC issues have not been mutually resolved by them, the UAW may file and serve its Conditional Objection to the Plan no later than July 22, 2014. Such Conditional Objection also may be supplemented to include objections arising from (a) the results of discovery, (b) the results of Plan voting and (c) events that occur on or after June 30, 2014.

8. The UAW and DLC issues have not been mutually resolved by them. Settlement discussions continue in earnest.

9. In light of the above circumstances, the parties have agreed to extend the UAW's time to file an objection to the Plan, and UAW's list of trial witnesses, until July 29, 2014.

## STIPULATION

NOW, THEREFORE, it is hereby stipulated and agreed by and among the Parties, through their undersigned counsel:

A. The UAW may file and serve its objection to confirmation of the City's Plan and list of trial witnesses on or before July 29, 2014.

B. The provisions of the Fifth Amended Scheduling Order and the June Stipulation remain in full force and effect, except as modified by this Stipulation.

Dated: July 21, 2014

| | |
|---|---|
| /s/ Babette A. Ceccotti | /s/ Heather Lennox |
| Babette A. Ceccotti | David G. Heiman (OH 0038271) |
| COHEN, WEISS AND SIMON LLP | Heather Lennox (OH 0059649) |
| 330 West 42nd Street | JONES DAY |
| New York, New York 10036-6976 | North Point |
| Telephone: (212) 563-4100 | 901 Lakeside Avenue |
| Facsimile: (212) 695-5436 | Cleveland, Ohio 44114 |
| bceccotti@cwsny.com | Telephone: (216) 586-3939 |
| | Facsimile: (216) 579-0212 |
| -and- | dgheiman@jonesday.com |
| | hlennox@jonesday.com |
| Niraj R. Ganatra (P63150) | |
| | Bruce Bennett (CA 105430) |
| 8000 East Jefferson Avenue | JONES DAY |
| Detroit, Michigan 48214 | 555 South Flower Street |
| Telephone: (313) 926-5216 | Fiftieth Floor |
| Facsimile: (313) 926-5240 | Los Angeles, California 90071 |
| nganatra@uaw.net | Telephone: (213) 243-2382 |
| | Facsimile: (213) 243-2539 |
| | bbennett@jonesday.com |
| *Attorneys for International Union, UAW* | |
| | Jonathan S. Green (MI P33140) |
| | Stephen S. LaPlante (MI P48063) |
| | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
| | 150 West Jefferson |
| | Suite 2500 |
| | Detroit, Michigan 48226 |
| | Telephone: (313) 963-6420 |
| | Facsimile: (313) 496-7500 |
| | green@millercanfield.com |
| | laplante@millercanfield.com |
| | |
| | *Attorneys for the City of Detroit* |

# CERTIFICATE OF SERVICE

I, Babette Ceccotti, hereby certify that the foregoing Stipulation Modifying Certain Deadlines Established in the Fourth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment was filed and served via the Court's electronic case filing and noticing system on this 21st day of July, 2014.

Dated: July 21, 2014

/s/ Babette A. Ceccotti
Babette A. Ceccotti