**EXHIBIT B**

| IMPAIRED CLASS AND DESCRIPTION | ACCEPT | | REJECT | | 11 U.S.C. § 1126 Standard: Accept or Reject |
| --- | --- | --- | --- | --- | --- |
| | VOTES COUNTED | AMOUNT | VOTES COUNTED | AMOUNT | |
| Class 1A-10 | 1<br>100.00% | $16,138,246.24<br>100.00% | 0<br>0.00% | $0.00<br>0.00% | ACCEPT |
| Class 1A-11 | 1<br>100.00% | $17,834,528.80<br>100.00% | 0<br>0.00% | $0.00<br>0.00% | ACCEPT |
| Class 1A-12 | 1<br>100.00% | $19,705,513.17<br>100.00% | 0<br>0.00% | $0.00<br>0.00% | ACCEPT |
| Class 1A-13 | 5<br>100.00% | $21,740,473.92<br>100.00% | 0<br>0.00% | $0.00<br>0.00% | ACCEPT |
| Class 1A-14 | 31<br>100.00% | $23,940,435.91<br>100.00% | 0<br>0.00% | $0.00<br>0.00% | ACCEPT |
| Class 1A-15 | 33<br>100.00% | $26,328,936.93<br>100.00% | 0<br>0.00% | $0.00<br>0.00% | ACCEPT |
| Class 1A-16 | 42<br>100.00% | $28,923,639,60<br>100.00% | 0<br>0.00% | $0.00<br>0.00% | ACCEPT |
| Class 1A-17 | 33<br>100.00% | $31,709,506.03<br>100.00% | 0<br>0.00% | $0.00<br>0.00% | ACCEPT |
| Class 1A-18 | 43<br>100.00% | $34,904,302.02<br>100.00% | 0<br>0.00% | $0.00<br>0.00% | ACCEPT |
| Class 1A-19 | 8<br>100.00% | $7,230,110.71<br>100.00% | 0<br>0.00% | $0.00<br>0.00% | ACCEPT |
| Class 1A-44 | 0<br>0.00% | $0.00<br>0.00% | 10<br>100.00% | $2,585,000.00<br>100.00% | REJECT |
| Class 1A-45 | 0<br>0.00% | $0.00<br>0.00% | 6<br>100.00% | $29,410,000.00<br>100.00% | REJECT |
| Class 1A-46 | 0<br>0.00% | $0.00<br>0.00% | 13<br>100.00% | $23,920,000.00<br>100.00% | REJECT |
| Class 1A-50 | 0<br>0.00% | $0.00<br>0.00% | 3<br>100.00% | $4,710,000.00<br>100.00% | REJECT |
| Class 1A-51 | 0<br>0.00% | $0.00<br>0.00% | 3<br>100.00% | $4,955,000.00<br>100.00% | REJECT |
| Class 1A-52 | 0<br>0.00% | $0.00<br>0.00% | 7<br>100.00% | $5,215,000.00<br>100.00% | REJECT |
| Class 1A-53 | 0<br>0.00% | $0.00<br>0.00% | 34<br>100.00% | $5,490,000.00<br>100.00% | REJECT |
| Class 1A-54 | 0<br>0.00% | $0.00<br>0.00% | 15<br>100.00% | $5,780,000.00<br>100.00% | REJECT |
| Class 1A-55 | 0<br>0.00% | $0.00<br>0.00% | 1<br>100.00% | $6,085,000.00<br>100.00% | REJECT |
| Class 1A-56 | 0<br>0.00% | $0.00<br>0.00% | 30<br>100.00% | $6,400,000.00<br>100.00% | REJECT |
| Class 1A-57 | 0<br>0.00% | $0.00<br>0.00% | 24<br>100.00% | $6,735,000.00<br>100.00% | REJECT |
| Class 1A-61 | 0<br>0.00% | $0.00<br>0.00% | 30<br>100.00% | $10,000,000.00<br>100.00% | REJECT |
| Class 1A-63 | 0<br>0.00% | $0.00<br>0.00% | 10<br>100.00% | $13,925,000.00<br>100.00% | REJECT |

| IMPAIRED CLASS AND DESCRIPTION | ACCEPT | | REJECT | | 11 U.S.C. § 1126 Standard: Accept or Reject |
|---|---|---|---|---|---|
| | VOTES COUNTED | AMOUNT | VOTES COUNTED | AMOUNT | |
| Class 1A-65 | 0<br>0.00% | $0.00<br>0.00% | 30<br>100.00% | $14,940,000.00<br>100.00% | REJECT |
| Class 1A-66 | 0<br>0.00% | $0.00<br>0.00% | 15<br>100.00% | $15,810,000.00<br>100.00% | REJECT |
| Class 1A-67 | 0<br>0.00% | $0.00<br>0.00% | 3<br>100.00% | $16,665,000.00<br>100.00% | REJECT |
| Class 1A-68 | 0<br>0.00% | $0.00<br>0.00% | 3<br>100.00% | $16,085,000.00<br>100.00% | REJECT |
| Class 1A-69 | 0<br>0.00% | $0.00<br>0.00% | 14<br>100.00% | $16,935,000.00<br>100.00% | REJECT |
| Class 1A-70 | 0<br>0.00% | $0.00<br>0.00% | 2<br>100.00% | $6,280,000.00<br>100.00% | REJECT |
| Class 1A-100 | 6<br>100.00% | $3,013,530.72<br>100.00% | 0<br>0.00% | $0.00<br>0.00% | ACCEPT |
| Class 1A-101 | 11<br>100.00% | $3,289,633.77<br>100.00% | 0<br>0.00% | $0.00<br>0.00% | ACCEPT |
| Class 1A-102 | 2<br>100.00% | $3,584,499.45<br>100.00% | 0<br>0.00% | $0.00<br>0.00% | ACCEPT |
| Class 1A-103 | 1<br>100.00% | $4,030,767.90<br>100.00% | 0<br>0.00% | $0.00<br>0.00% | ACCEPT |
| Class 1A-104 | 8<br>100.00% | $4,363,646.22<br>100.00% | 0<br>0.00% | $0.00<br>0.00% | ACCEPT |
| Class 1A-105 | 3<br>100.00% | $4,709,724.54<br>100.00% | 0<br>0.00% | $0.00<br>0.00% | ACCEPT |
| Class 1A-106 | 3<br>100.00% | $5,076,765.50<br>100.00% | 0<br>0.00% | $0.00<br>0.00% | ACCEPT |
| Class 1A-107 | 5<br>100.00% | $5,610,271.59<br>100.00% | 0<br>0.00% | $0.00<br>0.00% | ACCEPT |
| Class 1A-108 | 11<br>100.00% | $6,018,350.19<br>100.00% | 0<br>0.00% | $0.00<br>0.00% | ACCEPT |
| Class 1A-109 | 2<br>100.00% | $6,612,481.56<br>100.00% | 0<br>0.00% | $0.00<br>0.00% | ACCEPT |
| Class 1A-110 | 15<br>100.00% | $7,054,660.15<br>100.00% | 0<br>0.00% | $0.00<br>0.00% | ACCEPT |
| Class 1A-112 | 50<br>100.00% | $123,766,575.18<br>100.00% | 0<br>0.00% | $0.00<br>0.00% | ACCEPT |
| Class 1A-125 | 0<br>0.00% | $0.00<br>0.00% | 16<br>100.00% | $8,030,000.00<br>100.00% | REJECT |
| Class 1A-126 | 0<br>0.00% | $0.00<br>0.00% | 1<br>100.00% | $8,430,000.00<br>100.00% | REJECT |
| Class 1A-127 | 0<br>0.00% | $0.00<br>0.00% | 14<br>100.00% | $8,855,000.00<br>100.00% | REJECT |
| Class 1A-128 | 0<br>0.00% | $0.00<br>0.00% | 1<br>100.00% | $9,295,000.00<br>100.00% | REJECT |
| Class 1A-129 | 0<br>0.00% | $0.00<br>0.00% | 2<br>100.00% | $9,760,000.00<br>100.00% | REJECT |

| IMPAIRED CLASS AND DESCRIPTION | ACCEPT | | REJECT | | 11 U.S.C. § 1126 Standard: Accept or Reject |
|---|---|---|---|---|---|
| | VOTES COUNTED | AMOUNT | VOTES COUNTED | AMOUNT | |
| Class 1A-130 | 0<br>0.00% | $0.00<br>0.00% | 2<br>100.00% | $10,250,000.00<br>100.00% | REJECT |
| Class 1A-131 | 0<br>0.00% | $0.00<br>0.00% | 31<br>100.00% | $10,760,000.00<br>100.00% | REJECT |
| Class 1A-132 | 0<br>0.00% | $0.00<br>0.00% | 23<br>100.00% | $11,300,000.00<br>100.00% | REJECT |
| Class 1A-133 | 0<br>0.00% | $0.00<br>0.00% | 2<br>100.00% | $11,865,000.00<br>100.00% | REJECT |
| Class 1A-134 | 0<br>0.00% | $0.00<br>0.00% | 40<br>100.00% | $12,460,000.00<br>100.00% | REJECT |
| Class 1A-135 | 0<br>0.00% | $0.00<br>0.00% | 25<br>100.00% | $13,080,000.00<br>100.00% | REJECT |
| Class 1A-142 | 0<br>0.00% | $0.00<br>0.00% | 1<br>100.00% | $100,000.00<br>100.00% | REJECT |
| Class 1A-143 | 0<br>0.00% | $0.00<br>0.00% | 5<br>100.00% | $400,000.00<br>100.00% | REJECT |
| Class 1A-144 | 0<br>0.00% | $0.00<br>0.00% | 28<br>100.00% | $56,600,000.00<br>100.00% | REJECT |
| Class 1A-145 | 0<br>0.00% | $0.00<br>0.00% | 81<br>100.00% | $62,100,000.00<br>100.00% | REJECT |
| Class 1A-148 | 0<br>0.00% | $0.00<br>0.00% | 19<br>100.00% | $3,795,000.00<br>100.00% | REJECT |
| Class 1A-149 | 0<br>0.00% | $0.00<br>0.00% | 21<br>100.00% | $4,010,000.00<br>100.00% | REJECT |
| Class 1A-150 | 0<br>0 | $0.00<br>0.00% | 4<br>100.00% | $4,765,000.00<br>100.00% | REJECT |
| Class 1A-151 | 0<br>0.00% | $0.00<br>0.00% | 19<br>100.00% | $5,860,000.00<br>100.00% | REJECT |
| Class 1A-152 | 0<br>0.00% | $0.00<br>0.00% | 83<br>100.00% | $14,880,000.00<br>100.00% | REJECT |
| Class 1A-160 | 0<br>0.00% | $0.00<br>0.00% | 5<br>100.00% | $2,650,000.00<br>100.00% | REJECT |
| Class 1A-161 | 0<br>0.00% | $0.00<br>0.00% | 15<br>100.00% | $3,200,000.00<br>100.00% | REJECT |
| Class 1A-162 | 0<br>0.00% | $0.00<br>0.00% | 32<br>100.00% | $20,135,000.00<br>100.00% | REJECT |
| Class 1A-163 | 0<br>0.00% | $0.00<br>0.00% | 7<br>100.00% | $27,425,000.00<br>100.00% | REJECT |
| Class 1A-164 | 0<br>0.00% | $0.00<br>0.00% | 19<br>100.00% | $9,955,000.00<br>100.00% | REJECT |
| Class 1A-169 | 2<br>40.00% | $1,495,000.00<br>43.40% | 3<br>60.00% | $1,950,000.00<br>56.60% | REJECT |
| Class 1A-170 | 2<br>50.00% | $1,250,000.00<br>32.51% | 2<br>50.00% | $2,595,000.00<br>67.49% | REJECT |
| Class 1A-171 | 0<br>0% | $0.00.00<br>0% | 2<br>100.00% | $4,000,000.00<br>100.00% | REJECT |

| IMPAIRED CLASS AND DESCRIPTION | ACCEPT | | REJECT | | 11 U.S.C. § 1126 Standard: Accept or Reject |
|---|---|---|---|---|---|
| | VOTES COUNTED | AMOUNT | VOTES COUNTED | AMOUNT | |
| Class 1A-172 | 2<br>33.33% | $150,000.00<br>9.55% | 4<br>66.67% | $1,420,000.00<br>90.45% | REJECT |
| Class 1A-173 | 2<br>28.57% | $1,920,000.00<br>91.65% | 5<br>71.43% | $175,000.00<br>8.35% | REJECT |
| Class 1A-174 | 1<br>100.00% | $4,215,000.00<br>100.00% | 0<br>0% | $0.00<br>0% | ACCEPT |
| Class 1A-175 | 1<br>100.00% | $4,195,000.00<br>100.00% | 0<br>0% | $0.00<br>0% | ACCEPT |
| Class 1A-176 | 1<br>100.00% | $4,170,000.00<br>100.00% | 0<br>0% | $0.00<br>0% | ACCEPT |
| Class 1A-177 | 1<br>100.00% | $4,140,000.00<br>100.00% | 0<br>0% | $0.00<br>0% | ACCEPT |
| Class 1A-178 | 1<br>100.00% | $4,085,000.00<br>100.00% | 0<br>0% | $0.00<br>0% | ACCEPT |
| Class 1A-179 | 1<br>100.00% | $4,020,000.00<br>100.00% | 0<br>0% | $0.00<br>0% | ACCEPT |
| Class 1A-180 | 0<br>0.00% | $0.00<br>0.00% | 3<br>100.00% | $3,895,000.00<br>100.00% | REJECT |
| Class 1A-181 | 1<br>12.50% | $25,000.00<br>0.17% | 7<br>87.50% | $14,410,000.00<br>99.83% | REJECT |
| Class 1A-183 | 1<br>9.09% | $3,500,000.00<br>7.11% | 10<br>90.91% | $45,740,000.00<br>92.89% | REJECT |
| Class 1A-186 | 7<br>58.33% | $2,190,000.00<br>96.90% | 5<br>41.67% | $70,000.00<br>3.10% | ACCEPT |
| Class 1A-187 | 140<br>98.59% | $7,225,000.00<br>96.78% | 2<br>1.41% | $240,000.00<br>3.22% | ACCEPT |
| Class 1A-188 | 1<br>50.00% | $1,000,000.00<br>38.31% | 1<br>50.00% | $1,610,000.00<br>61.69% | REJECT |
| Class 1A-189 | 1<br>50.00% | $7,950,000.00<br>79.90% | 1<br>50.00% | $2,000,000.00<br>20.10% | REJECT |
| Class 1A-190 | 0<br>0.00% | $0.00<br>0.00% | 2<br>100.00% | $104,900,000.00<br>100.00% | REJECT |
| Class 1A-191 | 3<br>9.68% | $280,000.00<br>3.02% | 28<br>90.32% | $8,990,000.00<br>96.98% | REJECT |
| Class 1A-192 | 2<br>100.00% | $11,615,000.00<br>100.00% | 0<br>0.00% | $0.00<br>0.00% | ACCEPT |
| Class 1A-193 | 0<br>0% | $0.00<br>0% | 1<br>100.00% | $5,000,000.00<br>100.00% | REJECT |
| Class 1A-198 | 0<br>0.00% | $0.00<br>0.00% | 8<br>100.00% | $3,540,000.00<br>100.00% | REJECT |
| Class 1A-199 | 0<br>0.00% | $0.00<br>0.00% | 15<br>100.00% | $3,660,000.00<br>100.00% | REJECT |
| Class 1A-200 | 0<br>0.00% | $0.00<br>0.00% | 9<br>100.00% | $3,885,000.00<br>100.00% | REJECT |
| Class 1A-201 | 0<br>0.00% | $0.00<br>0.00% | 8<br>100.00% | $4,095,000.00<br>100.00% | REJECT |

| IMPAIRED CLASS AND DESCRIPTION | ACCEPT | | REJECT | | 11 U.S.C. § 1126 Standard: Accept or Reject |
|---|---|---|---|---|---|
| | VOTES COUNTED | AMOUNT | VOTES COUNTED | AMOUNT | |
| Class 1A-202 | 0<br>0.00% | $0.00<br>0.00% | 3<br>100.00% | $7,415,000.00<br>100.00% | REJECT |
| Class 1A-203 | 0<br>0.00% | $0.00<br>0.00% | 1<br>100.00% | $7,745,000.00<br>100.00% | REJECT |
| Class 1A-204 | 0<br>0.00% | $0.00<br>0.00% | 15<br>100.00% | $12,585,000.00<br>100.00% | REJECT |
| Class 1A-205 | 0<br>0.00% | $0.00<br>0.00% | 48<br>100.00% | $13,350,000.00<br>100.00% | REJECT |
| Class 1A-208 | 0<br>0.00% | $0.00<br>0.00% | 12<br>100.00% | $3,445,000.00<br>100.00% | REJECT |
| Class 1A-209 | 0<br>0.00% | $0.00<br>0.00% | 4<br>100.00% | $3,575,000.00<br>100.00% | REJECT |
| Class 1A-210 | 0<br>0.00% | $0.00<br>0.00% | 1<br>100.00% | $3,895,000.00<br>100.00% | REJECT |
| Class 1A-211 | 0<br>0.00% | $0.00<br>0.00% | 3<br>100.00% | $4,015,000.00<br>100.00% | REJECT |
| Class 1A-212 | 0<br>0.00% | $0.00<br>0.00% | 2<br>100.00% | $7,330,000.00<br>100.00% | REJECT |
| Class 1A-213 | 0<br>0.00% | $0.00<br>0.00% | 20<br>100.00% | $7,665,000.00<br>100.00% | REJECT |
| Class 1A-214 | 0<br>0.00% | $0.00<br>0.00% | 9<br>100.00% | $12,600,000.00<br>100.00% | REJECT |
| Class 1A-215 | 0<br>0.00% | $0.00<br>0.00% | 44<br>100.00% | $13,265,000.00<br>100.00% | REJECT |
| Class 1A-218 | 0<br>0.00% | $0.00<br>0.00% | 7<br>100.00% | $8,174,016.00<br>100.00% | REJECT |
| Class 1A-219 | 0<br>0.00% | $0.00<br>0.00% | 33<br>100.00% | $7,597,422.00<br>100.00% | REJECT |
| Class 1A-220 | 0<br>0.00% | $0.00<br>0.00% | 16<br>100.00% | $7,155,785.00<br>100.00% | REJECT |
| Class 1A-221 | 0<br>0.00% | $0.00<br>0.00% | 18<br>100.00% | $6,762,707.00<br>100.00% | REJECT |
| Class 1A-222 | 0<br>0.00% | $0.00<br>0.00% | 25<br>100.00% | $6,048,715.00<br>100.00% | REJECT |
| Class 1A-223 | 0<br>0.00% | $0.00<br>0.00% | 8<br>100.00% | $6,628,298.00<br>100.00% | REJECT |
| Class 1A-224 | 0<br>0.00% | $0.00<br>0.00% | 60<br>100.00% | $110,550,000.00<br>100.00% | REJECT |
| Class 1A-227 | 0<br>0.00% | $0.00<br>0.00% | 2<br>100.00% | $625,000.00<br>100.00% | REJECT |
| Class 1A-228 | 0<br>0.00% | $0.00<br>0.00% | 1<br>100.00% | $655,000.00<br>100.00% | REJECT |
| Class 1A-229 | 0<br>0.00% | $0.00<br>0.00% | 6<br>100.00% | $690,000.00<br>100.00% | REJECT |
| Class 1A-230 | 0<br>0.00% | $0.00<br>0.00% | 1<br>100.00% | $720,000.00<br>100.00% | REJECT |

| IMPAIRED CLASS AND DESCRIPTION | ACCEPT | | REJECT | | 11 U.S.C. § 1126 Standard: Accept or Reject |
|---|---|---|---|---|---|
| | VOTES COUNTED | AMOUNT | VOTES COUNTED | AMOUNT | |
| Class 1A-231 | 0<br>0.00% | $0.00<br>0.00% | 42<br>100.00% | $110,510,000.00<br>100.00% | REJECT |
| Class 1A-232 | 1<br>7.69% | $475,000.00<br>1.27% | 12<br>92.31% | $36,925,000.00<br>98.73% | REJECT |
| Class 1A-240 | 0<br>0.00% | $0.00<br>0.00% | 49<br>100.00% | $21,600,000.00<br>100.00% | REJECT |
| Class 1A-241 | 0<br>0.00% | $0.00<br>0.00% | 72<br>100.00% | $93,540,000.00<br>100.00% | REJECT |
| Class 1A-243 | 64<br>100.00% | $263,345,468.21<br>100.00% | 0<br>0.00% | $0.00<br>0.00% | ACCEPT |
| Class 1A-263 | 0<br>0.00% | $0.00<br>0.00% | 1<br>100.00% | $12,535,000.00<br>100.00% | REJECT |
| Class 1A-265 | 0<br>0.00% | $0.00<br>0.00% | 26<br>100.00% | $13,215,000.00<br>100.00% | REJECT |
| Class 1A-266 | 0<br>0.00% | $0.00<br>0.00% | 3<br>100.00% | $13,950,000.00<br>100.00% | REJECT |
| Class 1A-270 | 0<br>0.00% | $0.00<br>0.00% | 54<br>100.00% | $150,000,000.00<br>100.00% | REJECT |
| Class 1A-272 | 0<br>0.00% | $0.00<br>0.00% | 20<br>100.00% | $14,830,000.00<br>100.00% | REJECT |
| Class 1A-273 | 0<br>0.00% | $0.00<br>0.00% | 40<br>100.00% | $15,605,000.00<br>100.00% | REJECT |
| Class 1A-274 | 0<br>0.00% | $0.00<br>0.00% | 10<br>100.00% | $5,525,000.00<br>100.00% | REJECT |
| Class 1A-275 | 0<br>0.00% | $0.00<br>0.00% | 1<br>100.00% | $5,545,000.00<br>100.00% | REJECT |
| Class 1A-276 | 0<br>0.00% | $0.00<br>0.00% | 7<br>100.00% | $5,835,000.00<br>100.00% | REJECT |
| Class 1A-277 | 0<br>0.00% | $0.00<br>0.00% | 16<br>100.00% | $6,145,000.00<br>100.00% | REJECT |
| Class 1A-295 | 0<br>0.00% | $0.00<br>0.00% | 1<br>100.00% | $10,420,000.00<br>100.00% | REJECT |
| Class 1A-296 | 0<br>0.00% | $0.00<br>0.00% | 15<br>100.00% | $10,990,000.00<br>100.00% | REJECT |
| Class 1A-309 | 0<br>0.00% | $0.00<br>0.00% | 9<br>100.00% | $1,430,000.00<br>100.00% | REJECT |
| Class 1A-310 | 0<br>0.00% | $0.00<br>0.00% | 2<br>100.00% | $1,505,000.00<br>100.00% | REJECT |
| Class 1A-311 | 0<br>0.00% | $0.00<br>0.00% | 10<br>100.00% | $1,590,000.00<br>100.00% | REJECT |
| Class 1A-317 | 0<br>0.00% | $0.00<br>0.00% | 12<br>100.00% | $8,495,000.00<br>100.00% | REJECT |
| Class 1A-318 | 0<br>0.00% | $0.00<br>0.00% | 27<br>100.00% | $8,915,000.00<br>100.00% | REJECT |
| Class 1A-319 | 0<br>0.00% | $0.00<br>0.00% | 4<br>100.00% | $9,150,000.00<br>100.00% | REJECT |

| IMPAIRED CLASS AND DESCRIPTION | ACCEPT | | REJECT | | 11 U.S.C. § 1126 Standard: Accept or Reject |
|---|---|---|---|---|---|
| | VOTES COUNTED | AMOUNT | VOTES COUNTED | AMOUNT | |
| Class 1A-321 | 0<br>0.00% | $0.00<br>0.00% | 6<br>100.00% | $8,880,000.00<br>100.00% | REJECT |
| Class 1A-322 | 0<br>0.00% | $0.00<br>0.00% | 6<br>100.00% | $9,750,000.00<br>100.00% | REJECT |
| Class 1A-326 | 0<br>0% | $0.00<br>0% | 4<br>100.00% | $6,430,000.00<br>100.00% | REJECT |
| Class 1A-327 | 5<br>83.33% | $6,000,000.00<br>30.11% | 1<br>16.67% | $13,930,000.00<br>69.89% | REJECT |
| Class 1A-328 | 3<br>42.86% | $5,005,000.00<br>36.27% | 4<br>57.14% | $8,795,000.00<br>63.73% | REJECT |
| Class 1A-329 | 0<br>0.00% | $0.00<br>0.00% | 7<br>100.00% | $9,380,000.00<br>100.00% | REJECT |
| Class 1A-330 | 2<br>28.57% | $65,000.00<br>0.70% | 5<br>71.43% | $9,275,000.00<br>99.30% | REJECT |
| Class 1A-331 | 3<br>20.00% | $535,000.00<br>2.47% | 12<br>80.00% | $21,090,000.00<br>97.53% | REJECT |
| Class 1A-332 | 0<br>0.00% | $0.00<br>0.00% | 8<br>100.00% | $13,170,000.00<br>100.00% | REJECT |
| Class 1A-333 | 0<br>0.00% | $0.00<br>0.00% | 6<br>100.00% | $9,890,000.00<br>100.00% | REJECT |
| Class 1A-334 | 4<br>9.30% | $5,000,000.00<br>4.43% | 39<br>90.70% | $107,815,000.00<br>95.57% | REJECT |
| Class 1A-336 | 1<br>12.50% | $500,000.00<br>2.32% | 7<br>87.50% | $21,080,000.00<br>97.68% | REJECT |
| Class 1A-337 | 1<br>50.00% | $75.000.00<br>0.23% | 1<br>50.00% | $31,990,000.00<br>99.77% | REJECT |