# **EXHIBIT C**

| Class Name | Class | CUSIP | Insurer | Members Voted | Members Accepted | Members Rejected | % Members Accepted | % Members Rejected | Total $ Voted | $ Accepted | $ Rejected | % Amount Accepted | % Amount Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DWSD Bond Claims | 1A-10 | 251255 6Z 3 | FGIC | 1 | 1 | 0 | 100.00% | 0.00% | $16,138,246.24 | $16,138,246.24 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-11 | 251255 7A 7 | FGIC | 1 | 1 | 0 | 100.00% | 0.00% | $17,834,528.80 | $17,834,528.80 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-12 | 251255 7B 5 | FGIC | 1 | 1 | 0 | 100.00% | 0.00% | $19,705,513.17 | $19,705,513.17 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-13 | 251255 7C 3 | FGIC | 5 | 5 | 0 | 100.00% | 0.00% | $21,740,473.92 | $21,740,473.92 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-14 | 251255 7D 1 | FGIC | 31 | 31 | 0 | 100.00% | 0.00% | $23,940,435.91 | $23,940,435.91 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-15 | 251255 7E 9 | FGIC | 33 | 33 | 0 | 100.00% | 0.00% | $26,328,936.93 | $26,328,936.93 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-16 | 251255 7F 6 | FGIC | 42 | 42 | 0 | 100.00% | 0.00% | $28,923,639.60 | $28,923,639.60 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-17 | 251255 7G 4 | FGIC | 33 | 33 | 0 | 100.00% | 0.00% | $31,709,506.03 | $31,709,506.03 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-18 | 251255 7H 2 | FGIC | 43 | 43 | 0 | 100.00% | 0.00% | $34,904,302.02 | $34,904,302.02 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-19 | 251255 7J 8 | FGIC | 8 | 8 | 0 | 100.00% | 0.00% | $7,230,110.71 | $7,230,110.71 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-44 | 251255 2Y 0 | NATIONAL PUBLIC FINANCE | 10 | 0 | 10 | 0.00% | 100.00% | $2,585,000.00 | $0.00 | $2,585,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-45 | 251255 2Z 7 | NATIONAL PUBLIC FINANCE | 6 | 0 | 6 | 0.00% | 100.00% | $29,410,000.00 | $0.00 | $29,410,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-46 | 251255 3A 1 | NATIONAL PUBLIC FINANCE | 13 | 0 | 13 | 0.00% | 100.00% | $23,920,000.00 | $0.00 | $23,920,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-50 | 251255 3J 2 | NATIONAL PUBLIC FINANCE | 3 | 0 | 3 | 0.00% | 100.00% | $4,710,000.00 | $0.00 | $4,710,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-51 | 251255 3K 9 | NATIONAL PUBLIC FINANCE | 3 | 0 | 3 | 0.00% | 100.00% | $4,955,000.00 | $0.00 | $4,955,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-52 | 251255 3L 7 | NATIONAL PUBLIC FINANCE | 7 | 0 | 7 | 0.00% | 100.00% | $5,215,000.00 | $0.00 | $5,215,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-53 | 251255 3M 5 | NATIONAL PUBLIC FINANCE | 34 | 0 | 34 | 0.00% | 100.00% | $5,490,000.00 | $0.00 | $5,490,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-54 | 251255 3N 3 | NATIONAL PUBLIC FINANCE | 15 | 0 | 15 | 0.00% | 100.00% | $5,780,000.00 | $0.00 | $5,780,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-55 | 251255 3P 8 | NATIONAL PUBLIC FINANCE | 1 | 0 | 1 | 0.00% | 100.00% | $6,085,000.00 | $0.00 | $6,085,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-56 | 251255 3Q 6 | NATIONAL PUBLIC FINANCE | 30 | 0 | 30 | 0.00% | 100.00% | $6,400,000.00 | $0.00 | $6,400,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-57 | 251255 3R 4 | NATIONAL PUBLIC FINANCE | 24 | 0 | 24 | 0.00% | 100.00% | $6,735,000.00 | $0.00 | $6,735,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-61 | 251255 4C 6 | NATIONAL PUBLIC FINANCE | 30 | 0 | 30 | 0.00% | 100.00% | $10,000,000.00 | $0.00 | $10,000,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-63 | 251255 4E 2 | NATIONAL PUBLIC FINANCE | 10 | 0 | 10 | 0.00% | 100.00% | $13,925,000.00 | $0.00 | $13,925,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-65 | 251255 4G 7 | NATIONAL PUBLIC FINANCE | 30 | 0 | 30 | 0.00% | 100.00% | $14,940,000.00 | $0.00 | $14,940,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-66 | 251255 4H 5 | NATIONAL PUBLIC FINANCE | 15 | 0 | 15 | 0.00% | 100.00% | $15,810,000.00 | $0.00 | $15,810,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-67 | 251255 4J 1 | NATIONAL PUBLIC FINANCE | 3 | 0 | 3 | 0.00% | 100.00% | $16,665,000.00 | $0.00 | $16,665,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-68 | 251255 4K 8 | NATIONAL PUBLIC FINANCE | 3 | 0 | 3 | 0.00% | 100.00% | $16,085,000.00 | $0.00 | $16,085,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-69 | 251255 4L 6 | NATIONAL PUBLIC FINANCE | 14 | 0 | 14 | 0.00% | 100.00% | $16,935,000.00 | $0.00 | $16,935,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-70 | 251255 4M 4 | NATIONAL PUBLIC FINANCE | 2 | 0 | 2 | 0.00% | 100.00% | $6,280,000.00 | $0.00 | $6,280,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-100 | 251255 7V 1 | FGIC | 6 | 6 | 0 | 100.00% | 0.00% | $3,013,530.72 | $3,013,530.72 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-101 | 251255 7W 9 | FGIC | 11 | 11 | 0 | 100.00% | 0.00% | $3,289,633.77 | $3,289,633.77 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-102 | 251255 7X 7 | FGIC | 2 | 2 | 0 | 100.00% | 0.00% | $3,584,499.45 | $3,584,499.45 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-103 | 251255 7Y 5 | FGIC | 1 | 1 | 0 | 100.00% | 0.00% | $4,030,767.90 | $4,030,767.90 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-104 | 251255 7Z 2 | FGIC | 8 | 8 | 0 | 100.00% | 0.00% | $4,363,646.22 | $4,363,646.22 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-105 | 251255 8A 6 | FGIC | 3 | 3 | 0 | 100.00% | 0.00% | $4,709,724.54 | $4,709,724.54 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-106 | 251255 8B 4 | FGIC | 3 | 3 | 0 | 100.00% | 0.00% | $5,076,765.50 | $5,076,765.50 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-107 | 251255 8C 2 | FGIC | 5 | 5 | 0 | 100.00% | 0.00% | $5,610,271.59 | $5,610,271.59 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-108 | 251255 8D 0 | FGIC | 11 | 11 | 0 | 100.00% | 0.00% | $6,018,350.19 | $6,018,350.19 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-109 | 251255 8E 8 | FGIC | 2 | 2 | 0 | 100.00% | 0.00% | $6,612,481.56 | $6,612,481.56 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-110 | 251255 8F 5 | FGIC | 15 | 15 | 0 | 100.00% | 0.00% | $7,054,660.15 | $7,054,660.15 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-112 | 251255 8H 1 | FGIC | 50 | 50 | 0 | 100.00% | 0.00% | $123,766,575.18 | $123,766,575.18 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-125 | 251255 V5 1 | ASSURED | 16 | 0 | 16 | 0.00% | 100.00% | $8,030,000.00 | $0.00 | $8,030,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-126 | 251255 V6 9 | ASSURED | 1 | 0 | 1 | 0.00% | 100.00% | $8,430,000.00 | $0.00 | $8,430,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-127 | 251255 V7 7 | ASSURED | 14 | 0 | 14 | 0.00% | 100.00% | $8,855,000.00 | $0.00 | $8,855,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-128 | 251255 V8 5 | ASSURED | 1 | 0 | 1 | 0.00% | 100.00% | $9,295,000.00 | $0.00 | $9,295,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-129 | 251255 V9 3 | ASSURED | 2 | 0 | 2 | 0.00% | 100.00% | $9,760,000.00 | $0.00 | $9,760,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-130 | 251255 W2 7 | ASSURED | 2 | 0 | 2 | 0.00% | 100.00% | $10,250,000.00 | $0.00 | $10,250,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-131 | 251255 W3 5 | ASSURED | 31 | 0 | 31 | 0.00% | 100.00% | $10,760,000.00 | $0.00 | $10,760,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-132 | 251255 W4 3 | ASSURED | 23 | 0 | 23 | 0.00% | 100.00% | $11,300,000.00 | $0.00 | $11,300,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-133 | 251255 W5 0 | ASSURED | 2 | 0 | 2 | 0.00% | 100.00% | $11,865,000.00 | $0.00 | $11,865,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-134 | 251255 W6 8 | ASSURED | 40 | 0 | 40 | 0.00% | 100.00% | $12,460,000.00 | $0.00 | $12,460,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-135 | 251255 W7 6 | ASSURED | 25 | 0 | 25 | 0.00% | 100.00% | $13,080,000.00 | $0.00 | $13,080,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-142 | 251256 AM 5 | ASSURED | 1 | 0 | 1 | 0.00% | 100.00% | $100,000.00 | $0.00 | $100,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-143 | 251256 AN 3 | ASSURED | 5 | 0 | 5 | 0.00% | 100.00% | $400,000.00 | $0.00 | $400,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-144 | 251256 AP 8 | ASSURED | 28 | 0 | 28 | 0.00% | 100.00% | $56,600,000.00 | $0.00 | $56,600,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-145 | 251256 AQ 6 | ASSURED | 81 | 0 | 81 | 0.00% | 100.00% | $62,100,000.00 | $0.00 | $62,100,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-148 | 251255 Y2 5 | ASSURED | 19 | 0 | 19 | 0.00% | 100.00% | $3,795,000.00 | $0.00 | $3,795,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-149 | 251255 Y3 3 | ASSURED | 21 | 0 | 21 | 0.00% | 100.00% | $4,010,000.00 | $0.00 | $4,010,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-150 | 251255 Y4 1 | ASSURED | 4 | 0 | 4 | 0.00% | 100.00% | $4,765,000.00 | $0.00 | $4,765,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-151 | 251255 Y5 8 | ASSURED | 19 | 0 | 19 | 0.00% | 100.00% | $5,860,000.00 | $0.00 | $5,860,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-152 | 251255 Y6 6 | ASSURED | 83 | 0 | 83 | 0.00% | 100.00% | $14,880,000.00 | $0.00 | $14,880,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-160 | 251255 2D 6 | ASSURED | 5 | 0 | 5 | 0.00% | 100.00% | $2,650,000.00 | $0.00 | $2,650,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-161 | 251255 2E 4 | ASSURED | 15 | 0 | 15 | 0.00% | 100.00% | $3,200,000.00 | $0.00 | $3,200,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-162 | 251255 2F 1 | ASSURED | 32 | 0 | 32 | 0.00% | 100.00% | $20,135,000.00 | $0.00 | $20,135,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-163 | 251255 2G 9 | ASSURED | 7 | 0 | 7 | 0.00% | 100.00% | $27,425,000.00 | $0.00 | $27,425,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-164 | 251255 2H 7 | ASSURED | 19 | 0 | 19 | 0.00% | 100.00% | $9,955,000.00 | $0.00 | $9,955,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-169 | 251256 BC 6 | | 5 | 2 | 3 | 40.00% | 60.00% | $3,445,000.00 | $1,495,000.00 | $1,950,000.00 | 43.40% | 56.60% |
| DWSD Bond Claims | 1A-170 | 251256 BD 4 | | 4 | 2 | 2 | 50.00% | 50.00% | $3,845,000.00 | $1,250,000.00 | $2,595,000.00 | 32.51% | 67.49% |
| DWSD Bond Claims | 1A-171 | 251256 BE 2 | | 2 | 0 | 2 | 0.00% | 100.00% | $4,000,000.00 | $0.00 | $4,000,000.00 | 0.00% | 100.00% |

| Class Name | Class | CUSIP | Insurer | Members Voted | Members Accepted | Members Rejected | % Members Accepted | % Members Rejected | Total $ Voted | $ Accepted | $ Rejected | % Amount Accepted | % Amount Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DWSD Bond Claims | 1A-172 | 251256 BF 9 | | 6 | 2 | 4 | 33.33% | 66.67% | $1,570,000.00 | $150,000.00 | $1,420,000.00 | 9.55% | 90.45% |
| DWSD Bond Claims | 1A-173 | 251256 BG 7 | | 7 | 2 | 5 | 28.57% | 71.43% | $2,095,000.00 | $1,920,000.00 | $175,000.00 | 91.65% | 8.35% |
| DWSD Bond Claims | 1A-174 | 251256 BH 5 | | 1 | 1 | 0 | 100.00% | 0.00% | $4,215,000.00 | $4,215,000.00 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-175 | 251256 BJ 1 | | 1 | 1 | 0 | 100.00% | 0.00% | $4,195,000.00 | $4,195,000.00 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-176 | 251256 BK 8 | | 1 | 1 | 0 | 100.00% | 0.00% | $4,170,000.00 | $4,170,000.00 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-177 | 251256 BL 6 | | 1 | 1 | 0 | 100.00% | 0.00% | $4,140,000.00 | $4,140,000.00 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-178 | 251256 BM 4 | | 1 | 1 | 0 | 100.00% | 0.00% | $4,085,000.00 | $4,085,000.00 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-179 | 251256 BN 2 | | 1 | 1 | 0 | 100.00% | 0.00% | $4,020,000.00 | $4,020,000.00 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-180 | 251256 BP 7 | | 3 | 0 | 3 | 0.00% | 100.00% | $3,895,000.00 | $0.00 | $3,895,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-181 | 251256 BQ 5 | | 8 | 1 | 7 | 12.50% | 87.50% | $14,435,000.00 | $25,000.00 | $14,410,000.00 | 0.17% | 99.83% |
| DWSD Bond Claims | 1A-183 | 251256 BT 9 | | 11 | 1 | 10 | 9.09% | 90.91% | $49,240,000.00 | $3,500,000.00 | $45,740,000.00 | 7.11% | 92.89% |
| DWSD Bond Claims | 1A-186 | 251256 AW 3 | | 12 | 7 | 5 | 58.33% | 41.67% | $2,260,000.00 | $2,190,000.00 | $70,000.00 | 96.90% | 3.10% |
| DWSD Bond Claims | 1A-187 | 251256 AX 1 | | 142 | 140 | 2 | 98.59% | 1.41% | $7,465,000.00 | $7,225,000.00 | $240,000.00 | 96.78% | 3.22% |
| DWSD Bond Claims | 1A-188 | 251256 BV 4 | | 2 | 1 | 1 | 50.00% | 50.00% | $2,610,000.00 | $1,000,000.00 | $1,610,000.00 | 38.31% | 61.69% |
| DWSD Bond Claims | 1A-189 | 251256 BW 2 | | 2 | 1 | 1 | 50.00% | 50.00% | $9,950,000.00 | $7,950,000.00 | $2,000,000.00 | 79.90% | 20.10% |
| DWSD Bond Claims | 1A-190 | 251256 BX 0 | | 2 | 0 | 2 | 0.00% | 100.00% | $10,490,000.00 | $0.00 | $10,490,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-191 | 251256 BY 8 | | 31 | 3 | 28 | 9.68% | 90.32% | $9,270,000.00 | $280,000.00 | $8,990,000.00 | 3.02% | 96.98% |
| DWSD Bond Claims | 1A-192 | 251256 BZ 5 | | 2 | 2 | 0 | 100.00% | 0.00% | $11,615,000.00 | $11,615,000.00 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-193 | 251256 CA 9 | | 1 | 0 | 1 | 0.00% | 100.00% | $5,000,000.00 | $0.00 | $5,000,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-198 | 251237 T2 9 | NATIONAL PUBLIC FINANCE | 8 | 0 | 8 | 0.00% | 100.00% | $3,540,000.00 | $0.00 | $3,540,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-199 | 251237 T3 7 | NATIONAL PUBLIC FINANCE | 15 | 0 | 15 | 0.00% | 100.00% | $3,660,000.00 | $0.00 | $3,660,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-200 | 251237 T4 5 | NATIONAL PUBLIC FINANCE | 9 | 0 | 9 | 0.00% | 100.00% | $3,885,000.00 | $0.00 | $3,885,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-201 | 251237 T5 2 | NATIONAL PUBLIC FINANCE | 8 | 0 | 8 | 0.00% | 100.00% | $4,095,000.00 | $0.00 | $4,095,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-202 | 251237 T6 0 | NATIONAL PUBLIC FINANCE | 3 | 0 | 3 | 0.00% | 100.00% | $7,415,000.00 | $0.00 | $7,415,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-203 | 251237 T7 8 | NATIONAL PUBLIC FINANCE | 1 | 0 | 1 | 0.00% | 100.00% | $7,745,000.00 | $0.00 | $7,745,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-204 | 251237 T8 6 | NATIONAL PUBLIC FINANCE | 15 | 0 | 15 | 0.00% | 100.00% | $12,585,000.00 | $0.00 | $12,585,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-205 | 251237 T9 4 | NATIONAL PUBLIC FINANCE | 48 | 0 | 48 | 0.00% | 100.00% | $13,350,000.00 | $0.00 | $13,350,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-208 | 251237 V3 4 | NATIONAL PUBLIC FINANCE | 12 | 0 | 12 | 0.00% | 100.00% | $3,445,000.00 | $0.00 | $3,445,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-209 | 251237 V4 2 | NATIONAL PUBLIC FINANCE | 4 | 0 | 4 | 0.00% | 100.00% | $3,575,000.00 | $0.00 | $3,575,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-210 | 251237 V5 9 | NATIONAL PUBLIC FINANCE | 1 | 0 | 1 | 0.00% | 100.00% | $3,895,000.00 | $0.00 | $3,895,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-211 | 251237 V6 7 | NATIONAL PUBLIC FINANCE | 3 | 0 | 3 | 0.00% | 100.00% | $4,015,000.00 | $0.00 | $4,015,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-212 | 251237 V7 5 | NATIONAL PUBLIC FINANCE | 2 | 0 | 2 | 0.00% | 100.00% | $7,330,000.00 | $0.00 | $7,330,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-213 | 251237 V8 3 | NATIONAL PUBLIC FINANCE | 20 | 0 | 20 | 0.00% | 100.00% | $7,665,000.00 | $0.00 | $7,665,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-214 | 251237 V9 1 | NATIONAL PUBLIC FINANCE | 9 | 0 | 9 | 0.00% | 100.00% | $12,600,000.00 | $0.00 | $12,600,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-215 | 251237 W2 5 | NATIONAL PUBLIC FINANCE | 44 | 0 | 44 | 0.00% | 100.00% | $13,265,000.00 | $0.00 | $13,265,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-218 | 251237 VP 5 | NATIONAL PUBLIC FINANCE | 7 | 0 | 7 | 0.00% | 100.00% | $8,174,016.00 | $0.00 | $8,174,016.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-219 | 251237 VQ 3 | NATIONAL PUBLIC FINANCE | 33 | 0 | 33 | 0.00% | 100.00% | $7,597,422.00 | $0.00 | $7,597,422.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-220 | 251237 VR 1 | NATIONAL PUBLIC FINANCE | 16 | 0 | 16 | 0.00% | 100.00% | $7,155,785.00 | $0.00 | $7,155,785.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-221 | 251237 VS 9 | NATIONAL PUBLIC FINANCE | 18 | 0 | 18 | 0.00% | 100.00% | $6,762,707.00 | $0.00 | $6,762,707.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-222 | 251237 VT 7 | NATIONAL PUBLIC FINANCE | 25 | 0 | 25 | 0.00% | 100.00% | $6,048,715.00 | $0.00 | $6,048,715.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-223 | 251237 VU 4 | NATIONAL PUBLIC FINANCE | 8 | 0 | 8 | 0.00% | 100.00% | $6,628,298.00 | $0.00 | $6,628,298.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-224 | 251237 WV 1 | NATIONAL PUBLIC FINANCE | 60 | 0 | 60 | 0.00% | 100.00% | $110,550,000.00 | $0.00 | $110,550,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-227 | 251237 6J 7 | ASSURED | 2 | 0 | 2 | 0.00% | 100.00% | $625,000.00 | $0.00 | $625,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-228 | 251237 6K 4 | ASSURED | 1 | 0 | 1 | 0.00% | 100.00% | $655,000.00 | $0.00 | $655,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-229 | 251237 6L 2 | ASSURED | 6 | 0 | 6 | 0.00% | 100.00% | $690,000.00 | $0.00 | $690,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-230 | 251237 6M 0 | ASSURED | 1 | 0 | 1 | 0.00% | 100.00% | $720,000.00 | $0.00 | $720,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-231 | 251237 6P 3 | ASSURED | 42 | 0 | 42 | 0.00% | 100.00% | $110,510,000.00 | $0.00 | $110,510,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-232 | 251237 6N 8 | ASSURED | 13 | 1 | 12 | 7.69% | 92.31% | $32,860,000.00 | $475,000.00 | $36,925,000.00 | 1.45% | 112.37% |
| DWSD Bond Claims | 1A-240 | 251237 4P 5 | NATIONAL PUBLIC FINANCE | 49 | 0 | 49 | 0.00% | 100.00% | $21,600,000.00 | $0.00 | $21,600,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-241 | 251237 4Q 3 | NATIONAL PUBLIC FINANCE | 72 | 0 | 72 | 0.00% | 100.00% | $93,540,000.00 | $0.00 | $93,540,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-243 | 251237 4R 1 | FGIC | 64 | 64 | 0 | 100.00% | 0.00% | $263,345,468.21 | $263,345,468.21 | $0.00 | 100.00% | 0.00% |
| DWSD Bond Claims | 1A-263 | 251237 YR 8 | ASSURED | 1 | 0 | 1 | 0.00% | 100.00% | $12,535,000.00 | $0.00 | $12,535,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-265 | 251237 YU 1 | ASSURED | 26 | 0 | 26 | 0.00% | 100.00% | $13,215,000.00 | $0.00 | $13,215,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-266 | 251237 YX 5 | ASSURED | 3 | 0 | 3 | 0.00% | 100.00% | $13,950,000.00 | $0.00 | $13,950,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-270 | 251237 6Q 1 | ASSURED | 54 | 0 | 54 | 0.00% | 100.00% | $150,000,000.00 | $0.00 | $150,000,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-272 | 251237 B7 7 | ASSURED | 20 | 0 | 20 | 0.00% | 100.00% | $14,830,000.00 | $0.00 | $14,830,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-273 | 251237 B8 5 | ASSURED | 40 | 0 | 40 | 0.00% | 100.00% | $15,605,000.00 | $0.00 | $15,605,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-274 | 251237 B9 3 | ASSURED | 10 | 0 | 10 | 0.00% | 100.00% | $5,525,000.00 | $0.00 | $5,525,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-275 | 251237 C2 7 | ASSURED | 1 | 0 | 1 | 0.00% | 100.00% | $5,545,000.00 | $0.00 | $5,545,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-276 | 251237 C3 5 | ASSURED | 7 | 0 | 7 | 0.00% | 100.00% | $5,835,000.00 | $0.00 | $5,835,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-277 | 251237 C4 3 | ASSURED | 16 | 0 | 16 | 0.00% | 100.00% | $6,145,000.00 | $0.00 | $6,145,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-295 | 251237 G8 0 | NATIONAL PUBLIC FINANCE | 1 | 0 | 1 | 0.00% | 100.00% | $10,420,000.00 | $0.00 | $10,420,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-296 | 251237 G9 8 | NATIONAL PUBLIC FINANCE | 15 | 0 | 15 | 0.00% | 100.00% | $10,990,000.00 | $0.00 | $10,990,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-309 | 251237 N2 5 | NATIONAL PUBLIC FINANCE | 9 | 0 | 9 | 0.00% | 100.00% | $1,430,000.00 | $0.00 | $1,430,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-310 | 251237 N3 3 | NATIONAL PUBLIC FINANCE | 2 | 0 | 2 | 0.00% | 100.00% | $1,505,000.00 | $0.00 | $1,505,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-311 | 251237 N4 1 | NATIONAL PUBLIC FINANCE | 10 | 0 | 10 | 0.00% | 100.00% | $1,590,000.00 | $0.00 | $1,590,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-317 | 251237 P3 1 | NATIONAL PUBLIC FINANCE | 12 | 0 | 12 | 0.00% | 100.00% | $8,495,000.00 | $0.00 | $8,495,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-318 | 251237 P4 9 | NATIONAL PUBLIC FINANCE | 27 | 0 | 27 | 0.00% | 100.00% | $8,915,000.00 | $0.00 | $8,915,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-319 | 251237 P5 6 | NATIONAL PUBLIC FINANCE | 4 | 0 | 4 | 0.00% | 100.00% | $9,150,000.00 | $0.00 | $9,150,000.00 | 0.00% | 100.00% |

| Class Name | Class | CUSIP | Insurer | Members Voted | Members Accepted | Members Rejected | % Members Accepted | % Members Rejected | Total $ Voted | $ Accepted | $ Rejected | % Amount Accepted | % Amount Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DWSD Bond Claims | 1A-321 | 251250 AC 0 | ASSURED | 6 | 0 | 6 | 0.00% | 100.00% | $8,630,000.00 | $0.00 | $8,630,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-322 | 251250 AE 6 | ASSURED | 6 | 0 | 6 | 0.00% | 100.00% | $9,750,000.00 | $0.00 | $9,750,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-326 | 251250 AD 8 | | 4 | 0 | 4 | 0.00% | 100.00% | $6,430,000.00 | $0.00 | $6,430,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-327 | 251250 AF 3 | | 6 | 5 | 1 | 83.33% | 16.67% | $19,930,000.00 | $6,000,000.00 | $13,930,000.00 | 30.11% | 69.89% |
| DWSD Bond Claims | 1A-328 | 251250 AG 1 | | 7 | 3 | 4 | 42.86% | 57.14% | $13,800,000.00 | $5,005,000.00 | $8,795,000.00 | 36.27% | 63.73% |
| DWSD Bond Claims | 1A-329 | 251250 AH 9 | | 7 | 0 | 7 | 0.00% | 100.00% | $9,380,000.00 | $0.00 | $9,380,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-330 | 251250 AJ 5 | | 7 | 2 | 5 | 28.57% | 71.43% | $9,340,000.00 | $65,000.00 | $9,275,000.00 | 0.70% | 99.30% |
| DWSD Bond Claims | 1A-331 | 251250 AK 2 | | 15 | 3 | 12 | 20.00% | 80.00% | $21,625,000.00 | $535,000.00 | $21,090,000.00 | 2.47% | 97.53% |
| DWSD Bond Claims | 1A-332 | 251250 AN 6 | | 8 | 0 | 8 | 0.00% | 100.00% | $13,170,000.00 | $0.00 | $13,170,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-333 | 251250 AP 1 | | 6 | 0 | 6 | 0.00% | 100.00% | $9,890,000.00 | $0.00 | $9,890,000.00 | 0.00% | 100.00% |
| DWSD Bond Claims | 1A-334 | 251250 AQ 9 | | 43 | 4 | 39 | 9.30% | 90.70% | $112,815,000.00 | $5,000,000.00 | $107,815,000.00 | 4.43% | 95.57% |
| DWSD Bond Claims | 1A-336 | 251250 AL 0 | | 8 | 1 | 7 | 12.50% | 87.50% | $21,580,000.00 | $500,000.00 | $21,080,000.00 | 2.32% | 97.68% |
| DWSD Bond Claims | 1A-337 | 251250 AM 8 | | 2 | 1 | 1 | 50.00% | 50.00% | $32,065,000.00 | $75,000.00 | $31,990,000.00 | 0.23% | 99.77% |
| | | | | | | | | | | | | | |
| LIMITED TAX GENERAL OBLIGATION BOND CLAIMS | 7 | 251093 B3 3 | Ambac | | | | | | | | | | |
| LIMITED TAX GENERAL OBLIGATION BOND CLAIMS | 7 | 251093 B4 1 | Ambac | | | | | | | | | | |
| LIMITED TAX GENERAL OBLIGATION BOND CLAIMS | 7 | 251093 B5 8 | Ambac | | | | | | | | | | |
| LIMITED TAX GENERAL OBLIGATION BOND CLAIMS | 7 | 251093 B6 6 | Ambac | | | | | | | | | | |
| LIMITED TAX GENERAL OBLIGATION BOND CLAIMS | 7 | 251093 C4 0 | Ambac | | | | | | | | | | |
| LIMITED TAX GENERAL OBLIGATION BOND CLAIMS | 7 | 251093 C5 7 | Ambac | | | | | | | | | | |
| LIMITED TAX GENERAL OBLIGATION BOND CLAIMS | 7 | 251093 C6 5 | Ambac | | | | | | | | | | |
| LIMITED TAX GENERAL OBLIGATION BOND CLAIMS | 7 | 251093 C7 3 | Ambac | | | | | | | | | | |
| LIMITED TAX GENERAL OBLIGATION BOND CLAIMS | 7 | 251093 C8 1 | Ambac | | | | | | | | | | |
| LIMITED TAX GENERAL OBLIGATION BOND CLAIMS | 7 | 251093 C9 9 | Ambac | | | | | | | | | | |
| LIMITED TAX GENERAL OBLIGATION BOND CLAIMS | 7 | 251093 D2 3 | Ambac | | | | | | | | | | |
| LIMITED TAX GENERAL OBLIGATION BOND CLAIMS | 7 | 251093 D3 1 | Ambac | | | | | | | | | | |
| LIMITED TAX GENERAL OBLIGATION BOND CLAIMS | 7 | 251093 D4 9 | Ambac | | | | | | | | | | |
| LIMITED TAX GENERAL OBLIGATION BOND CLAIMS | 7 | 251093 D5 6 | Ambac | | | | | | | | | | |
| LIMITED TAX GENERAL OBLIGATION BOND CLAIMS | 7 | 251093 D6 4 | Ambac | | | | | | | | | | |
| LIMITED TAX GENERAL OBLIGATION BOND CLAIMS | 7 | 251093 E8 9 | Ambac | | | | | | | | | | |
| LIMITED TAX GENERAL OBLIGATION BOND CLAIMS | 7 | 251093 E9 7 | Ambac | | | | | | | | | | |
| LIMITED TAX GENERAL OBLIGATION BOND CLAIMS | 7 | 251093 F2 1 | Ambac | | | | | | | | | | |
| LIMITED TAX GENERAL OBLIGATION BOND CLAIMS | 7 | 251093 F3 9 | Ambac | | | | | | | | | | |
| LIMITED TAX GENERAL OBLIGATION BOND CLAIMS | 7 | 251093 F4 7 | Ambac | | | | | | | | | | |
| LIMITED TAX GENERAL OBLIGATION BOND CLAIMS | 7 | 251093 F5 4 | Ambac | | | | | | | | | | |
| LIMITED TAX GENERAL OBLIGATION BOND CLAIMS | 7 | 251093 F6 2 | Ambac | | | | | | | | | | |
| LIMITED TAX GENERAL OBLIGATION BOND CLAIMS | 7 | | Ambac Insurer Vote Total | 146 | 0 | 146 | 0.00% | 100.00% | $121,897,359.00 | $0.00 | $121,897,359.00 | 0.00% | 100.00% |
| | | | | | | | | | | | | | |
| LIMITED TAX GENERAL OBLIGATION BOND CLAIMS | 7 | 251093 Q2 9 | | 21 | 3 | 18 | 14.29% | 85.71% | $17,075,000.00 | $35,000.00 | $17,040,000.00 | 0.20% | 99.80% |
| LIMITED TAX GENERAL OBLIGATION BOND CLAIMS | 7 | 251093 Q3 7 | | 86 | 8 | 78 | 9.30% | 90.70% | $11,420,000.00 | $360,000.00 | $11,060,000.00 | 3.15% | 96.85% |
| LIMITED TAX GENERAL OBLIGATION BOND CLAIMS | 7 | 251093 Q4 5 | | 9 | 0 | 9 | 0.00% | 100.00% | $24,910,000.00 | $0.00 | $24,910,000.00 | 0.00% | 100.00% |
| | | | | 116 | 11 | 105 | 9.48% | 90.52% | $53,405,000.00 | $395,000.00 | $53,010,000.00 | 0.74% | 99.26% |
| | | | | | | | | | | | | | |
| **LIMITED TAX GENERAL OBLIGATION BOND CLAIMS** | **7** | | **Class 7 Total** | | **11** | **251** | **4.20%** | **95.80%** | | **$395,000.00** | **$174,907,359.00** | **0.23%** | **99.77%** |
| | | | | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 YX 2 | Ambac | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 YY 0 | Ambac | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 YZ 7 | Ambac | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 ZA 1 | Ambac | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 ZB 9 | Ambac | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 ZC 7 | Ambac | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 ZD 5 | Ambac | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 ZE 3 | Ambac | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 ZF 0 | Ambac | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 ZP 8 | Ambac | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 ZQ 6 | Ambac | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 ZR 4 | Ambac | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 ZS 2 | Ambac | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 ZT 0 | Ambac | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 ZX 1 | Ambac | | | | | | | | | | |
| | | | Ambac Insurer Vote Total | 186 | 186 | 0 | 100.00% | 0.00% | $102,060,489.00 | $102,060,489.00 | $0.00 | 100.00% | 0.00% |
| | | | | | | | | | | | | | |
| Unlimited Tax General Obligation Bonds Claims | 8 | 251093 G5 3 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bonds Claims | 8 | 251093 G6 1 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bonds Claims | 8 | 251093 G7 9 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bonds Claims | 8 | 251093 G8 7 | Assured | | | | | | | | | | |

| Class Name | Class | CUSIP | Insurer | Members Voted | Members Accepted | Members Rejected | % Members Accepted | % Members Rejected | Total $ Voted | $ Accepted | $ Rejected | % Amount Accepted | % Amount Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unlimited Tax General Obligation Bonds Claims | 8 | 251093 G9 5 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bonds Claims | 8 | 251093 H2 9 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bonds Claims | 8 | 251093 H3 7 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bonds Claims | 8 | 251093 H4 5 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bonds Claims | 8 | 251093 H5 2 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 H6 0 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 H7 8 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 J9 2 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 K2 5 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 K3 3 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 K4 1 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 K5 8 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 K6 6 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 M5 6 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 M6 4 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 M7 2 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 M8 0 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 M9 8 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 N2 2 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 N3 0 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 N4 8 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 N5 5 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 N6 3 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 P5 3 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 P6 1 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 P7 9 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 P8 7 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 SM 3 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 SN 1 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 SP 6 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 SQ 4 | Assured | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 SR 2 | Assured | | | | | | | | | | |
| | | | **ASSURED GUARANTY CORP TOTAL (1)** | 1 | 1 | 0 | 100.00% | 0.00% | $88,470,096.00 | $88,470,096.00 | $0.00 | 100.00% | 0.00% |
| | | | **ASSURED GUARANTY MUNICIPAL CORP TOTAL (2)** | 1 | 1 | 0 | 100.00% | 0.00% | $82,870,970.00 | $82,870,970.00 | $0.00 | 100.00% | 0.00% |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 UW 8 | NATIONAL PUBLIC FINANCE | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 UX 6 | NATIONAL PUBLIC FINANCE | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 WV 8 | NATIONAL PUBLIC FINANCE | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 WW 6 | NATIONAL PUBLIC FINANCE | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 UR 9 | NATIONAL PUBLIC FINANCE | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 US 7 | NATIONAL PUBLIC FINANCE | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 UT 5 | NATIONAL PUBLIC FINANCE | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 UU 2 | NATIONAL PUBLIC FINANCE | | | | | | | | | | |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 UV 0 | NATIONAL PUBLIC FINANCE | | | | | | | | | | |
| | | | **NATIONAL PUBLIC FINANCE INSURER TOTAL** | 102 | 102 | 0 | 100.00% | 0.00% | $89,596,939.00 | $89,596,939.00 | $0.00 | 100.00% | 0.00% |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 XP 0 | | 3 | 3 | 0 | 100.00% | 0.00% | $25,000.00 | $25,000.00 | $0.00 | 100.00% | 0.00% |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 XQ 8 | | 0 | 0 | 0 | 0.00% | 0.00% | $10,000.00 | $0.00 | $10,000.00 | 0.00% | 100.00% |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 XR 6 | | 1 | 0 | 1 | 0.00% | 100.00% | $1,500,000.00 | $0.00 | $1,500,000.00 | 0.00% | 100.00% |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 XS 4 | | 6 | 4 | 2 | 66.67% | 33.33% | $2,980,000.00 | $1,455,000.00 | $1,525,000.00 | 48.83% | 51.17% |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 XT 2 | | 3 | 0 | 3 | 0.00% | 100.00% | $3,070,000.00 | $0.00 | $3,070,000.00 | 0.00% | 100.00% |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 XU 9 | | 8 | 3 | 5 | 37.50% | 62.50% | $1,600,000.00 | $380,000.00 | $1,220,000.00 | 23.75% | 76.25% |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 XV 7 | | 6 | 4 | 2 | 66.67% | 33.33% | $115,000.00 | $45,000.00 | $70,000.00 | 39.13% | 60.87% |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 XW 5 | | 0 | 0 | 0 | 0.00% | 0.00% | $1,680,000.00 | $530,000.00 | $1,150,000.00 | 31.55% | 68.45% |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 XX 3 | | 10 | 1 | 9 | 10.00% | 90.00% | $880,000.00 | $170,000.00 | $710,000.00 | 19.32% | 80.68% |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 XY 1 | | 2 | 1 | 1 | 50.00% | 50.00% | $195,000.00 | $190,000.00 | $5,000.00 | 97.44% | 2.56% |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 XZ 8 | | 0 | 0 | 0 | 0.00% | 0.00% | $0.00 | $0.00 | $0.00 | 0.00% | 0.00% |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 YA 2 | | 18 | 9 | 9 | 50.00% | 50.00% | $370,000.00 | $300,000.00 | $70,000.00 | 81.08% | 18.92% |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093 YB 0 | | 22 | 7 | 15 | 31.82% | 68.18% | $705,000.00 | $85,000.00 | $620,000.00 | 12.06% | 87.94% |
| | | | | 79 | 32 | 47 | 40.51% | 59.49% | $13,130,000.00 | $3,180,000.00 | $9,950,000.00 | 24.22% | 75.78% |
| **Unlimited Tax General Obligation Bond Claims** | **8** | | **Class 8 Total** | | 322 | 47 | 87.26% | 12.74% | | $366,178,494.00 | $9,950,000.00 | 97.35% | 2.65% |
| COP Claims | 9 | 25113P AL 9 | FGIC | | | | | | | | | | |
| COP Claims | 9 | 25113P AM 7 | FGIC | | | | | | | | | | |
| COP Claims | 9 | 25113P AN 5 | FGIC | | | | | | | | | | |
| COP Claims | 9 | 251228 AA 0 | FGIC | | | | | | | | | | |

**CITY OF DETROIT**
**EXHIBIT C**
**Voting Summary Details**

| Class Name | Class | CUSIP | Insurer | Members Voted | Members Accepted | Members Rejected | % Members Accepted | % Members Rejected | Total $ Voted | $ Accepted | $ Rejected | % Amount Accepted | % Amount Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COP Claims | 9 | 251228 AC 6 | FGIC | | | | | | | | | | |
| | | | **FGIC Insurer Voting** | 33 | 0 | 33 | 0.00% | 100.00% | $2,044,784,509.19 | $0.00 | $2,044,784,509.19 | 0.00% | 100.00% |
| | | | | | | | | | | | | | |
| COP Claims | 9 | | SYNCORA - INTEREST | 1 | 0 | 1 | 0.00% | 100.00% | $1,649,691.49 | $0.00 | $1,649,691.49 | 0.00% | 100.00% |
| COP Claims | 9 | | SYNCORA - BREACH OF CONTRACT | 1 | 0 | 1 | 0.00% | 100.00% | $1.00 | $0.00 | $1.00 | 0.00% | 100.00% |
| | | | | | | | | | | | | | |
| COP Claims | 9 | 25113P AY 1 | | 1 | 0 | 1 | 0.00% | 100.00% | $27,345,000.00 | $0.00 | $27,345,000.00 | 0.00% | 100.00% |
| COP Claims | 9 | 251228 AB 8 | | 4 | 0 | 4 | 0.00% | 100.00% | $284,155,000.00 | $0.00 | $284,155,000.00 | 0.00% | 100.00% |
| | | | | 5 | 0 | 5 | 0.00% | 100.00% | $311,500,000.00 | $0.00 | $311,500,000.00 | 0.00% | 100.00% |
| | | | | | | | | | | | | | |
| **COP Claim** | **9** | | **Class 9 Total** | | 0 | 40 | 0.00% | 100.00% | | $0.00 | $2,357,934,201.68 | 0.00% | 100.00% |

(1) - Assured Guaranty Corp insures 2008-A Bonds (agg amt of prinicipal insured: $59,487,564) and Series 2008-B(1) Bonds (agg amt of principal insured: $28,982,532).

(2) - Assured Guaranty Municipal Corp. insures Series 1999-A Bonds (agg amt of principal insured:$18,747,364); Series 2005-B Bonds (agg amt of principal insured: $45,452,501); and Series 2005-C Bonds (agg amt of principal insured: $18,671,105)