# **EXHIBIT D**

| Class Name | Class | Insurer | CUSIP | Elect to receive New Existing Rate DWSD Bonds |
|---|---|---|---|---|
| Impaired Classes of DWSD Bond Claims | 1A-10 | FGIC | 251255 6Z 3 | $16,138,246.24 |
| Impaired Classes of DWSD Bond Claims | 1A-11 | FGIC | 251255 7A 7 | $17,834,528.80 |
| Impaired Classes of DWSD Bond Claims | 1A-12 | FGIC | 251255 7B 5 | $19,705,513.17 |
| Impaired Classes of DWSD Bond Claims | 1A-13 | FGIC | 251255 7C 3 | $21,740,473.92 |
| Impaired Classes of DWSD Bond Claims | 1A-14 | FGIC | 251255 7D 1 | $23,940,435.91 |
| Impaired Classes of DWSD Bond Claims | 1A-15 | FGIC | 251255 7E 9 | $26,328,936.93 |
| Impaired Classes of DWSD Bond Claims | 1A-16 | FGIC | 251255 7F 6 | $28,923,639.60 |
| Impaired Classes of DWSD Bond Claims | 1A-17 | FGIC | 251255 7G 4 | $31,709,506.03 |
| Impaired Classes of DWSD Bond Claims | 1A-18 | FGIC | 251255 7H 2 | $34,904,302.02 |
| Impaired Classes of DWSD Bond Claims | 1A-19 | FGIC | 251255 7J 8 | $7,230,110.71 |
| Impaired Classes of DWSD Bond Claims | 1A-44 | NATIONAL PUBLIC FINANCE | 251255 2Y 0 | $2,585,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-45 | NATIONAL PUBLIC FINANCE | 251255 2Z 7 | $29,410,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-46 | NATIONAL PUBLIC FINANCE | 251255 3A 1 | $23,920,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-50 | NATIONAL PUBLIC FINANCE | 251255 3J 2 | $4,710,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-51 | NATIONAL PUBLIC FINANCE | 251255 3K 9 | $4,955,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-52 | NATIONAL PUBLIC FINANCE | 251255 3L 7 | $5,215,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-53 | NATIONAL PUBLIC FINANCE | 251255 3M 5 | $5,490,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-54 | NATIONAL PUBLIC FINANCE | 251255 3N 3 | $5,780,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-55 | NATIONAL PUBLIC FINANCE | 251255 3P 8 | $6,085,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-56 | NATIONAL PUBLIC FINANCE | 251255 3Q 6 | $6,400,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-57 | NATIONAL PUBLIC FINANCE | 251255 3R 4 | $6,735,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-61 | NATIONAL PUBLIC FINANCE | 251255 4C 6 | $10,000,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-63 | NATIONAL PUBLIC FINANCE | 251255 4E 2 | $13,925,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-65 | NATIONAL PUBLIC FINANCE | 251255 4G 7 | $14,940,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-66 | NATIONAL PUBLIC FINANCE | 251255 4H 5 | $15,810,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-67 | NATIONAL PUBLIC FINANCE | 251255 4J 1 | $16,665,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-68 | NATIONAL PUBLIC FINANCE | 251255 4K 8 | $16,085,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-69 | NATIONAL PUBLIC FINANCE | 251255 4L 6 | $16,935,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-70 | NATIONAL PUBLIC FINANCE | 251255 4M 4 | $6,280,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-100 | FGIC | 251255 7V 1 | $3,013,530.72 |
| Impaired Classes of DWSD Bond Claims | 1A-101 | FGIC | 251255 7W 9 | $3,289,633.77 |
| Impaired Classes of DWSD Bond Claims | 1A-102 | FGIC | 251255 7X 7 | $3,584,499.45 |
| Impaired Classes of DWSD Bond Claims | 1A-103 | FGIC | 251255 7Y 5 | $4,030,767.90 |
| Impaired Classes of DWSD Bond Claims | 1A-104 | FGIC | 251255 7Z 2 | $4,363,646.22 |
| Impaired Classes of DWSD Bond Claims | 1A-105 | FGIC | 251255 8A 6 | $4,709,724.54 |
| Impaired Classes of DWSD Bond Claims | 1A-106 | FGIC | 251255 8B 4 | $5,076,765.50 |
| Impaired Classes of DWSD Bond Claims | 1A-107 | FGIC | 251255 8C 2 | $5,610,271.59 |
| Impaired Classes of DWSD Bond Claims | 1A-108 | FGIC | 251255 8D 0 | $6,018,350.19 |
| Impaired Classes of DWSD Bond Claims | 1A-109 | FGIC | 251255 8E 8 | $6,612,481.56 |
| Impaired Classes of DWSD Bond Claims | 1A-110 | FGIC | 251255 8F 5 | $7,054,660.15 |
| Impaired Classes of DWSD Bond Claims | 1A-112 | FGIC | 251255 8H 1 | $123,766,575.18 |
| Impaired Classes of DWSD Bond Claims | 1A-125 | ASSURED | 251255 V5 1 | $8,030,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-126 | ASSURED | 251255 V6 9 | $8,430,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-127 | ASSURED | 251255 V7 7 | $8,855,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-128 | ASSURED | 251255 V8 5 | $9,295,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-129 | ASSURED | 251255 V9 3 | $9,760,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-130 | ASSURED | 251255 W2 7 | $10,250,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-131 | ASSURED | 251255 W3 5 | $10,760,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-132 | ASSURED | 251255 W4 3 | $11,300,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-133 | ASSURED | 251255 W5 0 | $11,865,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-134 | ASSURED | 251255 W6 8 | $12,460,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-135 | ASSURED | 251255 W7 6 | $13,080,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-142 | ASSURED | 251256 AM 5 | $100,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-143 | ASSURED | 251256 AN 3 | $400,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-144 | ASSURED | 251256 AP 8 | $56,600,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-145 | ASSURED | 251256 AQ 6 | $62,100,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-148 | ASSURED | 251255 Y2 5 | $3,795,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-149 | ASSURED | 251255 Y3 3 | $4,010,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-150 | ASSURED | 251255 Y4 1 | $4,765,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-151 | ASSURED | 251255 Y5 8 | $5,860,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-152 | ASSURED | 251255 Y6 6 | $14,880,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-160 | ASSURED | 251255 2D 6 | $2,650,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-161 | ASSURED | 251255 2E 4 | $3,200,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-162 | ASSURED | 251255 2F 1 | $20,135,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-163 | ASSURED | 251255 2G 9 | $27,425,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-164 | ASSURED | 251255 2H 7 | $9,955,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-169 | | 251256 BC 6 | $2,745,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-170 | | 251256 BD 4 | $2,550,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-171 | | 251256 BE 2 | $4,000,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-172 | | 251256 BF 9 | $150,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-173 | | 251256 BG 7 | $1,780,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-174 | | 251256 BH 5 | $4,215,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-175 | | 251256 BJ 1 | $4,195,000.00 |

Exhibit D

| Class Name | Class | Insurer | CUSIP | Elect to receive New Existing Rate DWSD Bonds |
|---|---|---|---|---|
| Impaired Classes of DWSD Bond Claims | 1A-176 | | 251256 BK 8 | $4,170,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-177 | | 251256 BL 6 | $4,140,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-178 | | 251256 BM 4 | $4,085,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-179 | | 251256 BN 2 | $4,020,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-180 | | 251256 BP 7 | $1,000,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-181 | | 251256 BQ 5 | $14,435,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-183 | | 251256 BT 9 | $29,690,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-186 | | 251256 AW 3 | $1,990,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-187 | | 251256 AX 1 | $7,440,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-188 | | 251256 BV 4 | $2,610,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-189 | | 251256 BW 2 | $9,950,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-190 | | 251256 BX 0 | $10,490,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-191 | | 251256 BY 8 | $8,890,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-192 | | 251256 BZ 5 | $11,615,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-193 | | 251256 CA 9 | $5,000,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-198 | NATIONAL PUBLIC FINANCE | 251237 T2 9 | $3,540,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-199 | NATIONAL PUBLIC FINANCE | 251237 T3 7 | $3,660,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-200 | NATIONAL PUBLIC FINANCE | 251237 T4 5 | $3,885,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-201 | NATIONAL PUBLIC FINANCE | 251237 T5 2 | $4,095,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-202 | NATIONAL PUBLIC FINANCE | 251237 T6 0 | $7,415,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-203 | NATIONAL PUBLIC FINANCE | 251237 T7 8 | $7,745,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-204 | NATIONAL PUBLIC FINANCE | 251237 T8 6 | $12,585,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-205 | NATIONAL PUBLIC FINANCE | 251237 T9 4 | $13,350,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-208 | NATIONAL PUBLIC FINANCE | 251237 V3 4 | $3,445,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-209 | NATIONAL PUBLIC FINANCE | 251237 V4 2 | $3,575,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-210 | NATIONAL PUBLIC FINANCE | 251237 V5 9 | $3,895,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-211 | NATIONAL PUBLIC FINANCE | 251237 V6 7 | $4,015,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-212 | NATIONAL PUBLIC FINANCE | 251237 V7 5 | $7,330,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-213 | NATIONAL PUBLIC FINANCE | 251237 V8 3 | $7,665,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-214 | NATIONAL PUBLIC FINANCE | 251237 V9 1 | $12,600,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-215 | NATIONAL PUBLIC FINANCE | 251237 W2 5 | $13,265,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-218 | NATIONAL PUBLIC FINANCE | 251237 VP 5 | $8,174,016.00 |
| Impaired Classes of DWSD Bond Claims | 1A-219 | NATIONAL PUBLIC FINANCE | 251237 VQ 3 | $7,597,422.00 |
| Impaired Classes of DWSD Bond Claims | 1A-220 | NATIONAL PUBLIC FINANCE | 251237 VR 1 | $7,155,785.00 |
| Impaired Classes of DWSD Bond Claims | 1A-221 | NATIONAL PUBLIC FINANCE | 251237 VS 9 | $6,762,707.00 |
| Impaired Classes of DWSD Bond Claims | 1A-222 | NATIONAL PUBLIC FINANCE | 251237 VT 7 | $6,048,715.00 |
| Impaired Classes of DWSD Bond Claims | 1A-223 | NATIONAL PUBLIC FINANCE | 251237 VU 4 | $6,628,298.00 |
| Impaired Classes of DWSD Bond Claims | 1A-224 | NATIONAL PUBLIC FINANCE | 251237 WV 1 | $110,550,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-227 | ASSURED | 251237 6J 7 | $625,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-228 | ASSURED | 251237 6K 4 | $655,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-229 | ASSURED | 251237 6L 2 | $690,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-230 | ASSURED | 251237 6M 0 | $720,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-231 | ASSURED | 251237 6P 3 | $110,510,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-232 | ASSURED | 251237 6N 8 | $32,860,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-240 | NATIONAL PUBLIC FINANCE | 251237 4P 5 | $21,600,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-241 | NATIONAL PUBLIC FINANCE | 251237 4Q 3 | $93,540,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-243 | FGIC | 251237 4R 1 | $263,345,468.21 |
| Impaired Classes of DWSD Bond Claims | 1A-263 | ASSURED | 251237 YR 8 | $12,535,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-265 | ASSURED | 251237 YU 1 | $13,215,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-266 | ASSURED | 251237 YX 5 | $13,950,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-270 | ASSURED | 251237 6Q 1 | $150,000,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-272 | ASSURED | 251237 B7 7 | $14,830,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-273 | ASSURED | 251237 B8 5 | $15,605,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-274 | ASSURED | 251237 B9 3 | $5,525,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-275 | ASSURED | 251237 C2 7 | $5,545,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-276 | ASSURED | 251237 C3 5 | $5,835,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-277 | ASSURED | 251237 C4 3 | $6,145,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-295 | NATIONAL PUBLIC FINANCE | 251237 G8 0 | $10,420,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-296 | NATIONAL PUBLIC FINANCE | 251237 G9 8 | $10,990,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-309 | NATIONAL PUBLIC FINANCE | 251237 N2 5 | $1,430,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-310 | NATIONAL PUBLIC FINANCE | 251237 N3 3 | $1,505,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-311 | NATIONAL PUBLIC FINANCE | 251237 N4 1 | $1,590,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-317 | NATIONAL PUBLIC FINANCE | 251237 P3 1 | $8,495,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-318 | NATIONAL PUBLIC FINANCE | 251237 P4 9 | $8,915,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-319 | NATIONAL PUBLIC FINANCE | 251237 P5 6 | $9,150,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-321 | ASSURED | 251250 AC 0 | $8,880,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-322 | ASSURED | 251250 AE 6 | $9,750,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-326 | | 251250 AD 8 | $5,000,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-327 | | 251250 AF 3 | $19,930,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-328 | | 251250 AG 1 | $13,785,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-329 | | 251250 AH 9 | $9,380,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-330 | | 251250 AJ 5 | $9,330,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-331 | | 251250 AK 2 | $17,105,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-332 | | 251250 AN 6 | $8,170,000.00 |

| Class Name | Class | Insurer | CUSIP | Elect to receive New Existing Rate DWSD Bonds |
|---|---|---|---|---|
| Impaired Classes of DWSD Bond Claims | 1A-333 | | 251250 AP 1 | $9,080,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-334 | | 251250 AQ 9 | $77,490,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-336 | | 251250 AL 0 | $12,450,000.00 |
| Impaired Classes of DWSD Bond Claims | 1A-337 | | 251250 AM 8 | $32,065,000.00 |
| **Total New Existing Rate DWSD Bond Elections** | | | | **$2,404,254,011.31** |

| Class Name | Class | Insurer | CUSIP | Elect to Participate in Plan COP Settlement |
|---|---|---|---|---|
| COP Claims | 9 | FGIC | | $0.00 |