# **EXHIBIT E**

| Plan Class Description | Class | CUSIP | Creditor Name | Date Received | Date Signed | Voting Amount | Accept/Reject the Plan? | Elect New Existing Rate Bonds? | Reason Unacceptable |
|---|---|---|---|---|---|---|---|---|---|
| DWSD BOND CLAIMS | 1A-61 | 2512554C6 | SEI Private Trust Company | 7/15/2014 | 7/8/2014 | $305,000.00 | Reject | Yes | Master Ballot received after voting deadline. Late received Master Ballot. |
| DWSD BOND CLAIMS | 1A-145 | 251256AQ6 | Morgan Stanley | 7/14/2014 | 7/11/2014 | $20,000.00 | Reject | No | Master Ballot received after voting deadline. Late received Master Ballot. |
| DWSD BOND CLAIMS | 1A-145 | 251256AQ6 | State Street Bank & Trust Co. | 7/14/2014 | 7/11/2014 | $55,000.00 | Reject | Yes | Master Ballot received after voting deadline. Late received Master Ballot. |
| DWSD BOND CLAIMS | 1A-162 | 2512552F1 | SEI Private Trust Company | 7/15/2014 | 7/8/2014 | $25,000.00 | Accept | Yes | Master Ballot received after voting deadline. Late received Master Ballot. |
| DWSD BOND CLAIMS | 1A-186 | 251256AW3 | Merryll Lynch | 7/14/2014 | 7/11/2014 | $25,000.00 | Accept | Yes | Master Ballot received after voting deadline. Late received Master Ballot. |
| DWSD BOND CLAIMS | 1A-187 | 251256AXI | Merryll Lynch | 7/14/2014 | 7/11/2014 | $25,000.00 | Accept | Yes | Master Ballot received after voting deadline. Late received Master Ballot. |
| DWSD BOND CLAIMS | 1A-224 | 251237WV1 | State Street Bank & Trust Co. | 7/14/2014 | 7/11/2014 | $2,000,000.00 | Reject | Yes | Master Ballot received after voting deadline. Late received Master Ballot. |
| Limted Tax General Obligation Bond Claims | 7 | 251093Q37 | Bonnie B. Anton | 7/6/2014 | 6/18/2014 | $20,000.00 | Reject | N/A | Improperly submitted Beneficial Owner Ballot which should have been returned to Nominee for processing and submission on a Master Ballot. |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093SQ4 | Citibank, NA | 7/15/2014 | 7/8/2014 | $2,000,000.00 | Accept | N/A | Master Ballot arrived via facsimile. Original copy Master Ballot arrived past voting deadline |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093SR2 | Citibank, NA | 7/15/2014 | 7/8/2014 | $100,000.00 | Accept | N/A | Master Ballot arrived via facsimile. Original copy Master Ballot arrived past voting deadline |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093UT5 | Citibank, NA | 7/15/2014 | 7/8/2014 | $1,535,000.00 | Accept | N/A | Master Ballot arrived via facsimile. Original copy Master Ballot arrived past voting deadline |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093N30 | Citibank, NA | 7/15/2014 | 7/8/2014 | $250,000.00 | Accept | N/A | Master Ballot arrived via facsimile. Original copy Master Ballot arrived past voting deadline |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093N48 | Citibank, NA | 7/15/2014 | 7/8/2014 | $40,000.00 | Accept | N/A | Master Ballot arrived via facsimile. Original copy Master Ballot arrived past voting deadline |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093WW6 | Citibank, NA | 7/15/2014 | 7/8/2014 | $25,000.00 | Accept | N/A | Master Ballot arrived via facsimile. Original copy Master Ballot arrived past voting deadline |

| Plan Class Description | Class | CUSIP | Creditor Name | Date Received | Date Signed | Voting Amount | Accept/Reject the Plan? | Elect New Existing Rate Bonds? | Reason Unacceptable |
|---|---|---|---|---|---|---|---|---|---|
| Unlimited Tax General Obligation Bond Claims | 8 | 251093UR9 | Citibank, NA | 7/15/2014 | 7/8/2014 | $1,835,000.00 | Accept | N/A | Master Ballot arrived via facsimile. Original copy Master Ballot arrived past voting deadline |
| Unlimted Tax General Obligation Bond Claims | 8 | 251093UW8 | Robert W. Baird & Co. Inc. | 7/14/2014 | 7/10/2014 | $15,000.00 | Accept | N/A | Master Ballot received after voting deadline. Late received Master Ballot. |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093G53 | Citibank, NA | 7/15/2014 | 7/8/2014 | $100,000.00 | Accept | N/A | Master Ballot arrived via facsimile. Original copy Master Ballot arrived past voting deadline |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093ZF0 | Citibank, NA | 7/15/2014 | 7/8/2014 | $885,000.00 | Accept | N/A | Master Ballot arrived via facsimile. Original copy Master Ballot arrived past voting deadline |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093UV0 | Citibank, NA | 7/15/2014 | 7/8/2014 | $55,000.00 | Accept | N/A | Master Ballot arrived via facsimile. Original copy Master Ballot arrived past voting deadline |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093SN1 | Citibank, NA | 7/15/2014 | 7/8/2014 | $150,000.00 | Accept | N/A | Master Ballot arrived via facsimile. Original copy Master Ballot arrived past voting deadline |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093SP6 | Citibank, NA | 7/15/2014 | 7/8/2014 | $300,000.00 | Accept | N/A | Master Ballot arrived via facsimile. Original copy Master Ballot arrived past voting deadline |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093SM3 | Citibank, NA | 7/15/2014 | 7/8/2014 | $100,000.00 | Accept | N/A | Master Ballot arrived via facsimile. Original copy Master Ballot arrived past voting deadline |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093US7 | Citibank, NA | 7/15/2014 | 7/8/2014 | $160,000.00 | Accept | N/A | Master Ballot arrived via facsimile. Original copy Master Ballot arrived past voting deadline |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093ZS2 | Citibank, NA | 7/15/2014 | 7/8/2014 | $350,000.00 | Accept | N/A | Master Ballot arrived via facsimile. Original copy Master Ballot arrived past voting deadline |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093ZB9 | Citibank, NA | 7/15/2014 | 7/8/2014 | $1,330,000.00 | Accept | N/A | Master Ballot arrived via facsimile. Original copy Master Ballot arrived past voting deadline |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093ZA1 | Citibank, NA | 7/15/2014 | 7/8/2014 | $5,850,000.00 | Accept | N/A | Master Ballot arrived via facsimile. Original copy Master Ballot arrived past voting deadline |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093UX6 | Citibank, NA | 7/15/2014 | 7/8/2014 | $20,000.00 | Accept | N/A | Master Ballot arrived via facsimile. Original copy Master Ballot arrived past voting deadline |
| Unlimited Tax General Obligation Bond Claims | 8 | 251093YZ7 | Citibank, NA | 7/15/2014 | 7/8/2014 | $2,260,000.00 | Accept | N/A | Master Ballot arrived via facsimile. Original copy Master Ballot arrived past voting deadline |