# EXHIBIT F

| Class Name | Class Description | Members Voted | Members Accepted | Members Rejected | % Members Accepted | % Members Rejected | Total $ Voted | $ Accepted | $ Rejected | % $ Accepted | % $ Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | PFRS Pension Claims | 7085 | 5822 | 1263 | 82.17 | 17.83 | $758,026,100.00 | $622,376,749.00 | $135,649,351.00 | 82.10 | 17.90 |
| 11 | GRS Pension Claims | 8541 | 6248 | 2293 | 73.15 | 26.85 | $1,070,264,532.00 | $780,642,988.00 | $289,621,544.00 | 72.94 | 27.06 |
| 12 | OPEB Claims | 10426 | 9201 | 1225 | 88.25 | 11.75 | $2,236,909,924.14 | $1,892,906,817.96 | $344,003,106.18 | 84.62 | 15.38 |

In re City of Detroit, Michigan
Case No. 13-53846 (SWR)