# EXHIBIT I

Exhibit I
Non-Security, Non-Retiree Classes – Detailed Summary

| Class Name | Class Description | Members Voted | Members Accepted | Members Rejected | % Members Accepted | % Members Rejected | Total $ Voted | $ Accepted | $ Rejected | % $ Accepted | % $ Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | COP Swap Claims | 2 | 2 | 0 | 100.00 | 0.00 | $290,000,000.00 | $290,000,000.00 | $0.00 | 100.00 | 0.00 |
| 13 | Downtown Development Authority Claims | 1 | 1 | 0 | 100.00 | 0.00 | $33,600,000.00 | $33,600,000.00 | $0.00 | 100.00 | 0.00 |
| 14 | Other Unsecured Claims | 195 | 91 | 104 | 46.67 | 53.33 | $146,672,768.13 | $57,043,403.12 | $89,629,365.01 | 38.89 | 61.11 |
| 15 | Convenience Claims | 342 | 153 | 189 | 44.74 | 55.26 | $3,588,810.55 | $1,510,158.69 | $2,078,651.86 | 42.08 | 57.92 |