# EXHIBIT J

| Ballot Number | Creditor Name | Date Received | Voting Amount | Class Vote | Class |
|---|---|---|---|---|---|
| 25519 | Merrill Lynch Capital Services, Inc | 7/11/14 | $145,000,000.00 | Accept | 5 |
| 25625 | UBS AG | 7/11/14 | $145,000,000.00 | Accept | 5 |
| 25000 | Downtown Development Authority | 7/10/14 | $33,600,000.00 | Accept | 13 |
| 25796 | AFSCME Council 25 and its Affiliated 36th District Court Locals 3308 and 917 | 7/10/14 | $319,721.00 | Reject | 14 |
| 15787 | Agar Lawn Sprinkler Systems Inc | 6/27/14 | $189,752.63 | Reject | 14 |
| 5648 | Aj & Associates At Law | 6/3/14 | $50,000.00 | Accept | 14 |
| 26391 | Alandus Hill | 7/11/14 | $37,000.00 | Reject | 14 |
| 19578 | Angela M. Reese | 6/30/14 | $1.00 | Reject | 14 |
| 20722 | Anthony Derrick Smith | 7/7/14 | $60,805.40 | Reject | 14 |
| 25243 | AT&T Services, Inc. | 7/8/14 | $8,487,525.24 | Accept | 14 |
| 20702 | Audrey Kein | 7/7/14 | $50,000.00 | Reject | 14 |
| 25199 | Belinda F. Ellis | 7/8/14 | $500,000.00 | Reject | 14 |
| 25337 | Bennie E Clark | 7/9/14 | $300,000.00 | Reject | 14 |
| 25247 | Bobby Jones | 7/8/14 | $1,039,242.40 | Reject | 14 |
| 14769 | Booker Jr, William | 6/26/14 | $250,000.00 | Reject | 14 |
| 14775 | Booker Marie Cynthia | 6/26/14 | $250,000.00 | Reject | 14 |
| 20713 | Bradford, Comit Jr | 7/7/14 | $1,000,000.00 | Reject | 14 |
| 25309 | Brooks, Danean | 7/9/14 | $2,200,000.00 | Reject | 14 |
| 10219 | Brown, Henry (in Pro Per And Incarcerated) | 6/12/14 | $1.00 | Accept | 14 |
| 25256 | Carlton Carter | 7/8/14 | $1,621,760.41 | Reject | 14 |
| 25330 | Carolyn T. Gonzalez | 7/9/14 | $55,400.00 | Reject | 14 |
| 5645 | Carr, Wilbur | 6/3/14 | $1.00 | Reject | 14 |
| 28369 | Cassandra E. Poe | 7/14/14 | $120,000.00 | Accept | 14 |
| 26226 | Cato, John | 7/11/14 | $1.00 | Reject | 14 |
| 28473 | Cheval Brock | 7/14/14 | $1.00 | Reject | 14 |
| 25307 | Christopher McTaw | 7/9/14 | $1.00 | Reject | 14 |
| 26409 | Clarence Haynes | 7/11/14 | $27,376.44 | Accept | 14 |
| 20693 | Clement Udeozor | 7/7/14 | $1.00 | Reject | 14 |
| 12122 | Cloyd Wolf Jr. | 6/18/14 | $50,000.00 | Reject | 14 |
| 25777 | Coalition Of Detroit Unions Et Al, | 7/10/14 | $4,000,000.00 | Accept | 14 |
| 13146 | Cynthia Dawson | 6/20/14 | $230,000.00 | Reject | 14 |
| 12121 | Deborah A. Knight | 6/17/14 | $25,500.00 | Reject | 14 |
| 25736 | Deborah Ryan, on behalf of herself individually and as Personal Representative of the Estate of Patricia Williams, et al. | 7/10/14 | $1.00 | Reject | 14 |
| 25779 | Deirdre Green | 7/10/14 | $1.00 | Reject | 14 |
| 28372 | Denise Williams | 7/14/14 | $30,000.00 | Reject | 14 |
| 26377 | Detroit Police Officers and Association (DPOA) | 7/11/14 | $42,768.75 | Accept | 14 |
| 26423 | Detroit Police Officers Association (DPOA) | 7/11/14 | $1.00 | Accept | 14 |
| 26370 | Detroit Police Officers Association (DPOA) | 7/11/14 | $1.00 | Accept | 14 |
| 26368 | Detroit Police Officers Association (DPOA) | 7/11/14 | $1.00 | Accept | 14 |

In re City of Detroit, Michigan
Case No. 13-53846 (SWR)
Page 1 of 14
13-53846-tjt    Doc 6179-10    Filed 07/21/14    Entered 07/21/14 23:26:53    Page 2 of 15

| Ballot Number | Creditor Name | Date Received | Voting Amount | Class Vote | Class |
|---|---|---|---|---|---|
| 26424 | Detroit Police Officers Association (DPOA) | 7/11/14 | $1.00 | Accept | 14 |
| 26382 | Detroit Police Officers Association (DPOA) | 7/11/14 | $1.00 | Accept | 14 |
| 19569 | Dinah Lynn Bolton | 6/30/14 | $30,000.00 | Accept | 14 |
| 4339 | Dorsey-hawkins, Pa | 5/22/14 | $1.00 | Accept | 14 |
| 26189 | Dwayne Provience | 7/10/14 | $5,000,000.00 | Reject | 14 |
| 25192 | Earl Hurling | 7/8/14 | $1.00 | Reject | 14 |
| 25206 | Eddie Adams | 7/8/14 | $277,550.61 | Reject | 14 |
| 25537 | Fern Clement | 7/10/14 | $41,128.50 | Reject | 14 |
| 25274 | Gail M. Shaffer | 7/8/14 | $229,000.00 | Reject | 14 |
| 19571 | Genes Towing | 6/30/14 | $50,905.00 | Accept | 14 |
| 25313 | Glenn BeVelle | 7/9/14 | $60,000.00 | Reject | 14 |
| 20519 | Hayward R. Prather II | 7/3/14 | $35,500.00 | Accept | 14 |
| 25263 | Heidi Peterson (Plaintiff in Wayne County Circuit Suit Against Water Department/City et. al.) | 7/8/14 | $250,000.00 | Reject | 14 |
| 20568 | Henry L. Jones | 7/3/14 | $1.00 | Accept | 14 |
| 26328 | Herman R. Johnson | 7/11/14 | $30,000.00 | Reject | 14 |
| 26394 | Horton, Akeila and Thornton, Anthony | 7/11/14 | $490,000.00 | Reject | 14 |
| 13543 | Jacueline M. Jackson | 6/24/14 | $45,287.29 | Reject | 14 |
| 26411 | Javon Mason | 7/11/14 | $23,000.00 | Accept | 14 |
| 26384 | Jermaine Smith II | 7/11/14 | $30,000.00 | Reject | 14 |
| 20704 | Jerry E. Spencer | 7/7/14 | $1.00 | Reject | 14 |
| 4363 | Jessie Payne | 5/27/14 | $495,392.00 | Reject | 14 |
| 4360 | Jessie Payne | 5/27/14 | $3,000,000.00 | Reject | 14 |
| 25344 | Johnson-woods, Linda | 7/10/14 | $1.00 | Reject | 14 |
| 25339 | Jones, Eddie Lott | 7/9/14 | $82,094.00 | Reject | 14 |
| 25336 | Joseph S. Koziara | 7/9/14 | $73,555.00 | Accept | 14 |
| 25229 | Kanard D McClain | 7/8/14 | $6,000.00 | Reject | 14 |
| 4387 | Kendra McDonald | 5/27/14 | $55,393.00 | Reject | 14 |
| 7176 | Kim Spicer | 6/4/14 | $204,272.75 | Reject | 14 |
| 25338 | Kimberley A. Garza | 7/9/14 | $80,000.00 | Reject | 14 |
| 26412 | Lashawna Atkins | 7/11/14 | $13,000.00 | Accept | 14 |
| 26341 | Lashonda Carpenter | 7/11/14 | $24,000.00 | Accept | 14 |
| 25297 | LaTanya McTaw | 7/9/14 | $1.00 | Reject | 14 |
| 26417 | Laura Simmons | 7/11/14 | $89,669.39 | Reject | 14 |
| 26416 | Lenetta Walker | 7/11/14 | $25,223.00 | Reject | 14 |
| 26318 | Louise Motley | 7/11/14 | $1.00 | Accept | 14 |
| 25382 | Lucinda J. Darrah | 7/10/14 | $1.00 | Reject | 14 |
| 20558 | Lue David Jackson | 7/3/14 | $71,825.81 | Reject | 14 |
| 20683 | Macomb Interceptor Drain Drainage District by and through the Macomb County Public Works Commissioner | 7/7/14 | $26,000,000.00 | Reject | 14 |
| 25300 | Mark Williams | 7/9/14 | $50,000.00 | Reject | 14 |
| 26404 | Marvin Thornton | 7/11/14 | $200,000.00 | Reject | 14 |
| 26360 | Med City Rehab Group (Frances Shepherd) | 7/11/14 | $27,500.00 | Accept | 14 |
| 26356 | MedCity Rehab (She Meeka Carter) | 7/11/14 | $11,500.00 | Accept | 14 |
| 19559 | Melissa Jackson | 6/30/14 | $30,000.00 | Reject | 14 |
| 25534 | Members of Association of Professional & Technical Employees | 7/10/14 | $3,200,000.00 | Reject | 14 |

In re City of Detroit, Michigan
Case No. 13-53846 (SWR)
Page 2 of 14
13-53846-tjt   Doc 6179-10   Filed 07/21/14   Entered 07/21/14 23:26:53   Page 3 of 15

| Ballot Number | Creditor Name | Date Received | Voting Amount | Class Vote | Class |
|---|---|---|---|---|---|
| 13147 | Michael Allen Wolske | 6/23/14 | $2,000,000.00 | Reject | 14 |
| 28375 | Michael Beydoun & his attorney- Raymond Guzall III | 7/14/14 | $1.00 | Reject | 14 |
| 4382 | Michael D. Cade | 5/27/14 | $1.00 | Accept | 14 |
| 26395 | Michelle Duff | 7/11/14 | $39,997.50 | Reject | 14 |
| 25772 | Michigan AFSCME Council 25 and its affiliated Detroit Locals | 7/10/14 | $16,000,000.00 | Accept | 14 |
| 19753 | Michigan Economic Dev Corp | 7/2/14 | $402,438.92 | Accept | 14 |
| 20267 | Michigan Economic Dev Corp | 7/1/14 | $5,081,780.82 | Accept | 14 |
| 19766 | Michigan Economic Dev Corp | 7/2/14 | $2,000,000.00 | Accept | 14 |
| 20457 | Michigan State Police | 7/3/14 | $1.00 | Accept | 14 |
| 20448 | Michigan State Police | 7/3/14 | $194,079.00 | Accept | 14 |
| 25760 | Migliori, Sebastian | 7/10/14 | $63,559.55 | Accept | 14 |
| 5398 | Mitchell, LaQuitsha D | 6/2/14 | $100,000.00 | Reject | 14 |
| 20515 | Murriel, Bridget L | 7/3/14 | $1.00 | Reject | 14 |
| 20283 | Ohakpo, Simeon | 7/2/14 | $1,400,000.00 | Reject | 14 |
| 26396 | Onuigbo, Diane L | 7/11/14 | $60,805.40 | Reject | 14 |
| 25290 | Paraski, Stephen | 7/9/14 | $781,536.00 | Reject | 14 |
| 20540 | Patricia Ramirez | 7/3/14 | $1,500,000.00 | Reject | 14 |
| 25286 | Phyllis McMillon | 7/9/14 | $6,610.00 | Reject | 14 |
| 5400 | Property Owner | 6/2/14 | $1.00 | Reject | 14 |
| 10212 | Property Owner | 6/11/14 | $1.00 | Accept | 14 |
| 25266 | Randall Thomas | 7/8/14 | $39,997.10 | Reject | 14 |
| 25343 | Randy Johnson | 7/10/14 | $48,912.00 | Reject | 14 |
| 25258 | Richard T. Weatherly | 7/8/14 | $1,568,233.74 | Reject | 14 |
| 26388 | Richards, Curtis A | 7/11/14 | $1.00 | Accept | 14 |
| 25251 | Roderick Holley | 7/8/14 | $1,395,725.13 | Reject | 14 |
| 13541 | Ronald Canty | 6/24/14 | $30,000.00 | Reject | 14 |
| 5644 | Rose, Jonathan Thomas-gregory | 6/3/14 | $250,000.00 | Reject | 14 |
| 26392 | SAAA Union - Members | 7/11/14 | $198,734.00 | Reject | 14 |
| 25195 | Sandra R. ONeal | 7/8/14 | $42,321.00 | Reject | 14 |
| 26419 | Senior Accountants, Analysts, and Appraisers Association (SAAA) | 7/11/14 | $1.00 | Reject | 14 |
| 26310 | Shannon Williams | 7/11/14 | $75,000.00 | Reject | 14 |
| 26414 | Sharon K Jordan | 7/11/14 | $29,039.40 | Reject | 14 |
| 20697 | Sheila Udeozor | 7/7/14 | $1.00 | Reject | 14 |
| 26422 | Sherell Shawnee Stanley | 7/11/14 | $987,525.00 | Reject | 14 |
| 26343 | Stanley Brown | 7/11/14 | $15,000.00 | Accept | 14 |
| 26153 | Stanley, Sherell S. | 7/10/14 | $750,000.00 | Reject | 14 |
| 20319 | State of Michigan | 7/3/14 | $1.00 | Accept | 14 |
| 20499 | State of Michigan Bureau of Aeronautics | 7/3/14 | $1.00 | Accept | 14 |

In re City of Detroit, Michigan
Case No. 13-53846 (SWR)
Page 3 of 14
13-53846-tjt   Doc 6179-10   Filed 07/21/14   Entered 07/21/14 23:26:53   Page 4 of 15

| Ballot Number | Creditor Name | Date Received | Voting Amount | Class Vote | Class |
|---|---|---|---|---|---|
| 20323 | State of Michigan Department of Community Health | 7/3/14 | $1.00 | Accept | 14 |
| 20498 | State of Michigan Department of Community Health | 7/3/14 | $1.00 | Accept | 14 |
| 20497 | State of Michigan Department of Community Health | 7/3/14 | $1.00 | Accept | 14 |
| 20495 | State of Michigan Department of Community Health | 7/3/14 | $1.00 | Accept | 14 |
| 20490 | State of Michigan Department of Community Health | 7/3/14 | $1.00 | Accept | 14 |
| 20493 | State of Michigan Department of Community Health | 7/3/14 | $1.00 | Accept | 14 |
| 20491 | State of Michigan Department of Community Health | 7/3/14 | $1.00 | Accept | 14 |
| 20511 | State of Michigan Department of Community Health | 7/3/14 | $1.00 | Accept | 14 |
| 20292 | State of Michigan Department of Community Health | 7/3/14 | $1.00 | Accept | 14 |
| 20516 | State of Michigan Department of Community Health | 7/3/14 | $1.00 | Accept | 14 |
| 20513 | State of Michigan Department of Community Health | 7/3/14 | $1.00 | Accept | 14 |
| 20387 | State of Michigan Department of Community Health | 7/3/14 | $1.00 | Accept | 14 |
| 20505 | State of Michigan Department of Community Health | 7/3/14 | $1.00 | Accept | 14 |
| 20503 | State of Michigan Department of Community Health | 7/3/14 | $1.00 | Accept | 14 |
| 20500 | State of Michigan Department of Education | 7/3/14 | $1.00 | Accept | 14 |
| 20454 | State of Michigan Department of Human Services | 7/3/14 | $1.00 | Accept | 14 |
| 20408 | State of Michigan Department of State Police | 7/3/14 | $1.00 | Accept | 14 |
| 20589 | State of Michigan Department of State Police | 7/3/14 | $1.00 | Accept | 14 |
| 20508 | State of Michigan Dept. of Education and Dept. of Human Services | 7/3/14 | $1.00 | Accept | 14 |
| 20593 | State of Michigan Workforce Development Agency | 7/3/14 | $1.00 | Accept | 14 |

| Ballot Number | Creditor Name | Date Received | Voting Amount | Class Vote | Class |
|---|---|---|---|---|---|
| 20338 | State of Michigan, Department of Community Health | 7/9/14 | $1,805,725.77 | Accept | 14 |
| 20402 | State of Michigan, Department of Community Health | 7/3/14 | $789,924.00 | Accept | 14 |
| 20394 | State of Michigan, Department of Community Health | 7/3/14 | $1.00 | Accept | 14 |
| 20382 | State of Michigan, Department of Community Health | 7/3/14 | $1.00 | Accept | 14 |
| 20442 | State of Michigan, Department of Energy, Labor & Economic Growth | 7/3/14 | $1.00 | Accept | 14 |
| 20436 | State of Michigan, Department of Human Services | 7/3/14 | $1.00 | Accept | 14 |
| 20485 | State of Michigan, Department of Human Services | 7/3/14 | $11,949,405.00 | Accept | 14 |
| 20432 | State of Michigan, Department of Human Services | 7/3/14 | $597,040.00 | Accept | 14 |
| 20310 | State of Michigan, Department of Human Services, Bureau of Comm. Action & Economic Opp. | 7/3/14 | $2,114,768.70 | Accept | 14 |
| 20426 | State of Michigan, Department of Labor & Economic Growth | 7/3/14 | $1.00 | Accept | 14 |
| 20412 | State of Michigan, Department of Natural Resources | 7/3/14 | $1.00 | Accept | 14 |
| 20335 | State of Michigan, Department of Transportation | 7/3/14 | $62,132.00 | Accept | 14 |
| 20580 | State of Michigan, Department of Transportation | 7/3/14 | $673,096.87 | Accept | 14 |
| 20474 | State of Michigan, Dept. of Environmental Quality | 7/9/14 | $203,810.63 | Accept | 14 |
| 20494 | State of Michigan, Dept. of Environmental Quality | 7/9/14 | $1.00 | Accept | 14 |
| 20536 | State of Michigan, Michigan State Police | 7/3/14 | $1.00 | Accept | 14 |
| 20316 | State of Michigan, Workforce Development Agency | 7/3/14 | $1.00 | Accept | 14 |
| 20303 | State of Michigan, Workforce Development Agency | 7/3/14 | $1.00 | Accept | 14 |
| 20679 | State of Michigan, Workforce Development Agency | 7/3/14 | $1.00 | Accept | 14 |
| 20666 | State of Michigan, Workforce Development Agency | 7/3/14 | $1.00 | Accept | 14 |
| 20605 | State of Michigan, Workforce Development Agency | 7/3/14 | $1.00 | Accept | 14 |
| 26427 | Syncora Guarantee Inc. | 7/7/14 | $2,786,404.00 | Reject | 14 |
| 26428 | Syncora Guarantee Inc. | 7/7/14 | $1.00 | Reject | 14 |
| 26314 | Tai-Omar Brown | 7/11/14 | $1.00 | Reject | 14 |
| 12118 | Tech Town | 6/16/14 | $966,472.00 | Accept | 14 |

In re City of Detroit, Michigan
Case No. 13-53846 (SWR)                    Page 5 of 14
13-53846-tjt    Doc 6179-10    Filed 07/21/14    Entered 07/21/14 23:26:53    Page 6 of 15

| Ballot Number | Creditor Name | Date Received | Voting Amount | Class Vote | Class |
|---|---|---|---|---|---|
| 26152 | Terry, Alicia L. | 7/10/14 | $20,000.00 | Reject | 14 |
| 5646 | The Detroit Medical Center, as agent for Harper-Hutzel Hospital | 6/3/14 | $69,247.40 | Accept | 14 |
| 19573 | The Realty Company | 6/30/14 | $589,490.02 | Accept | 14 |
| 4376 | The Sam Bernstein Law Firm | 5/27/14 | $150,000.00 | Reject | 14 |
| 26148 | Thompson, Carolyn | 7/10/14 | $20,000.00 | Reject | 14 |
| 26355 | Toi Patterson | 7/11/14 | $69,000.00 | Reject | 14 |
| 5649 | Tony A. Harper | 6/3/14 | $20,000.00 | Reject | 14 |
| 26362 | Treandis Green | 7/11/14 | $24,000.00 | Accept | 14 |
| 5647 | Turner, Omar Jackson, Renette, AJ & Associates at Law | 6/3/14 | $50,000.00 | Accept | 14 |
| 26291 | U.S. Equal Employment Opportunity Commission | 7/14/14 | $122,531.55 | Reject | 14 |
| 26299 | U.S. Equal Employment Opportunity Commission | 7/11/14 | $1.00 | Reject | 14 |
| 26305 | U.S. Equal Employment Opportunity Commission | 7/11/14 | $1.00 | Reject | 14 |
| 26277 | U.S. Equal Employment Opportunity Commission | 7/11/14 | $1.00 | Reject | 14 |
| 26302 | U.S. Equal Employment Opportunity Commission | 7/11/14 | $1.00 | Reject | 14 |
| 26286 | U.S. Equal Employment Opportunity Commission | 7/11/14 | $1.00 | Reject | 14 |
| 26279 | U.S. Equal Employment Opportunity Commission | 7/11/14 | $1.00 | Reject | 14 |
| 26288 | U.S. Equal Employment Opportunity Commission | 7/11/14 | $1.00 | Reject | 14 |
| 26290 | U.S. Equal Employment Opportunity Commission | 7/14/14 | $1.00 | Reject | 14 |
| 26410 | Vanessa Wallace | 7/11/14 | $24,000.00 | Accept | 14 |
| 19564 | Vincen Raju | 6/30/14 | $500,000.00 | Reject | 14 |
| 4369 | Virnell McIntosh-Winston | 5/27/14 | $1.00 | Reject | 14 |
| 26397 | Vivian S. Perry | 7/11/14 | $31,000.00 | Reject | 14 |
| 25342 | Walter Swift, Neufeld Scheck & Brustin, L.L.P., and Goodman & Hurwitz, P.C. | 7/10/14 | $26,390,000.00 | Reject | 14 |
| 14779 | Wesley Brent | 6/26/14 | $1.00 | Reject | 14 |
| 25222 | Weston, Cab C. | 7/8/14 | $75,000.00 | Accept | 14 |
| 26274 | White, Leighton | 7/11/14 | $51,944.00 | Reject | 14 |
| 25217 | Whitfield Ii, Bruce A | 7/8/14 | $1.00 | Reject | 14 |
| 26421 | Williams Acosta, PLLC | 7/11/14 | $139,752.01 | Accept | 14 |
| 25371 | Williams, Michael A | 7/10/14 | $18,000.00 | Reject | 14 |
| 26348 | Willie Swain | 7/11/14 | $30,000.00 | Accept | 14 |
| 20463 | Workforce Development Agency State of Michigan | 7/3/14 | $1.00 | Accept | 14 |
| 20298 | Workforce Development Agency State of Michigan | 7/3/14 | $1.00 | Accept | 14 |
| 26223 | 1 Way Service Inc | 7/11/14 | $25,000.00 | Accept | 15 |
| 25508 | Aaron Scott | 7/10/14 | $25,000.00 | Accept | 15 |
| 5403 | Adam Price | 6/2/14 | $11,106.80 | Accept | 15 |
| 6711 | Ade Incorporated | 6/3/14 | $55.00 | Accept | 15 |
| 4410 | Adele Streety | 5/28/14 | $1,250.00 | Accept | 15 |
| 26810 | Aldrina Thomas | 7/11/14 | $15,200.00 | Reject | 15 |
| 9030 | Alexander, Kathie | 6/9/14 | $112.00 | Accept | 15 |

In re City of Detroit, Michigan
Case No. 13-53846 (SWR)
Page 6 of 14
13-53846-tjt   Doc 6179-10   Filed 07/21/14   Entered 07/21/14 23:26:53   Page 7 of 15

| Ballot Number | Creditor Name | Date Received | Voting Amount | Class Vote | Class |
|---|---|---|---|---|---|
| 26831 | AlJamar Toliver | 7/11/14 | $9,090.00 | Accept | 15 |
| 4343 | Allen Systems Group Inc | 5/27/14 | $25,000.00 | Accept | 15 |
| 16975 | Alma R. Harris | 6/30/14 | $11,016.09 | Reject | 15 |
| 8229 | Altura Communication Solutions LLC | 6/6/14 | $25,000.00 | Accept | 15 |
| 25439 | Amalgamated Transit Union Local 26 AFL-CIO | 7/10/14 | $4,587.84 | Accept | 15 |
| 25388 | Amalgamated Transit Union Local 26 AFL-CIO | 7/10/14 | $25,000.00 | Accept | 15 |
| 20991 | Andrews, Todd | 7/7/14 | $15,000.00 | Accept | 15 |
| 26870 | Angel L Cancel Jr. | 7/11/14 | $600.00 | Reject | 15 |
| 24230 | Angela Kelly | 7/9/14 | $300.00 | Reject | 15 |
| 22725 | Angela Milewski | 7/8/14 | $20,680.00 | Reject | 15 |
| 26089 | Angie Wong, American Civil Liberties Union Fund of Michigan, and Goodman & Hurwitz, P.C. | 7/10/14 | $25,000.00 | Reject | 15 |
| 25420 | Antony C. Smith Sr. | 7/10/14 | $9,000.00 | Reject | 15 |
| 24299 | Armella Nickleberry | 7/9/14 | $600.00 | Accept | 15 |
| 11385 | Arthur Goodson | 6/16/14 | $3,680.00 | Accept | 15 |
| 11388 | Arthur Goodson | 6/16/14 | $900.00 | Accept | 15 |
| 11391 | Arthur Goodson | 6/16/14 | $179.00 | Accept | 15 |
| 4381 | Assurance Company Of America | 5/27/14 | $25,000.00 | Accept | 15 |
| 16972 | B & G Towing | 6/30/14 | $4,767.00 | Accept | 15 |
| 22816 | Belinda F. Ellis | 7/8/14 | $1,000.00 | Reject | 15 |
| 22813 | Belinda F. Ellis | 7/8/14 | $25,000.00 | Reject | 15 |
| 26755 | Bell, Edward | 7/11/14 | $25,000.00 | Reject | 15 |
| 7806 | Bellamy, Audrey Vardiman | 6/5/14 | $20,000.00 | Reject | 15 |
| 25441 | Bernadette Brewer | 7/10/14 | $2,867.40 | Accept | 15 |
| 26324 | Berro, Maryam | 7/11/14 | $25,000.00 | Accept | 15 |
| 26402 | Beverly A. Hicks-Grant | 7/11/14 | $1.00 | Accept | 15 |
| 24332 | Beverly Jeanette Holmes | 7/9/14 | $450.00 | Reject | 15 |
| 26809 | Bianca Nelson | 7/11/14 | $8,575.00 | Accept | 15 |
| 19568 | Booker T. Strokes, Jr. | 6/30/14 | $1.00 | Accept | 15 |
| 25535 | Booker, Shantel | 7/10/14 | $25,000.00 | Accept | 15 |
| 19576 | Boulevard & Trumbull Towing, Inc. | 6/30/14 | $25,000.00 | Accept | 15 |
| 10131 | Bourne, Nikilia | 6/12/14 | $112.00 | Accept | 15 |
| 25442 | Bronte Kimbrough | 7/10/14 | $3,186.00 | Accept | 15 |
| 9022 | Bruce Swift | 6/9/14 | $750.00 | Reject | 15 |
| 24329 | Burton K Bacher | 7/9/14 | $5,000.00 | Reject | 15 |
| 24328 | Burton K Bacher | 7/9/14 | $20,000.00 | Reject | 15 |
| 21175 | Carl Smith | 7/7/14 | $20,430.87 | Reject | 15 |
| 26393 | Carla Smith | 7/11/14 | $25,000.00 | Reject | 15 |
| 21139 | Carlos Harris | 7/7/14 | $5,000.00 | Reject | 15 |
| 20524 | Caroline Coleman | 7/3/14 | $25,000.00 | Accept | 15 |
| 1597 | Casey, Edno D. | 5/21/14 | $1.00 | Reject | 15 |
| 25447 | Clarence E. White Jr. | 7/10/14 | $19,326.33 | Reject | 15 |
| 4056 | Contrarian Funds, LLC | 5/27/14 | $1,713.71 | Accept | 15 |
| 11340 | Corey Thomas | 6/16/14 | $11,783.00 | Reject | 15 |
| 21067 | Cosuynya Hill | 7/7/14 | $10,000.00 | Reject | 15 |
| 21298 | Cosuynya Hill | 7/7/14 | $1,400.00 | Reject | 15 |
| 21051 | Cosuynya Hill | 7/7/14 | $720.00 | Reject | 15 |
| 21065 | Cosuynya Hill | 7/7/14 | $5,000.00 | Reject | 15 |

In re City of Detroit, Michigan
Case No. 13-53846 (SWR)                    Page 7 of 14
13-53846-tjt    Doc 6179-10    Filed 07/21/14    Entered 07/21/14 23:26:53    Page 8 of 15

| Ballot Number | Creditor Name | Date Received | Voting Amount | Class Vote | Class |
|---:|---|---|---:|---|---:|
| 4022 | Cothorn & Mackley P C | 5/27/14 | $7,022.52 | Accept | 15 |
| 26843 | Courtney Loving | 7/11/14 | $25,000.00 | Reject | 15 |
| 26742 | Curtis B Stanciel | 7/11/14 | $11,000.00 | Reject | 15 |
| 19570 | Cynthia L. Stokes | 6/30/14 | $1.00 | Accept | 15 |
| 24246 | Cynthia R Collins | 7/9/14 | $10,000.00 | Reject | 15 |
| 21003 | Dannie Shufford | 7/7/14 | $450.00 | Reject | 15 |
| 25759 | Darlene Hellenberg, American Civil Liberties Union Fund of Michigan, and Goodman & Hurwitz, P.C. | 7/10/14 | $25,000.00 | Reject | 15 |
| 21090 | Darlene Starks | 7/7/14 | $13,050.00 | Reject | 15 |
| 25445 | Darryl Bates | 7/10/14 | $12,106.80 | Accept | 15 |
| 16965 | Darryl Canty | 6/30/14 | $10,000.00 | Reject | 15 |
| 11302 | David Brown | 6/16/14 | $5,000.00 | Reject | 15 |
| 20347 | Davis, Brenda L | 7/7/14 | $22,038.54 | Reject | 15 |
| 16971 | Deborah Hudson - Moorer | 6/30/14 | $450.00 | Reject | 15 |
| 22751 | Debra L. Harper | 7/8/14 | $390.00 | Reject | 15 |
| 21314 | Degraffenreid, Tonya M. | 7/7/14 | $17,500.00 | Accept | 15 |
| 25429 | Deirdre Green | 7/10/14 | $1,800.00 | Reject | 15 |
| 24272 | DeMel Jawan McCree | 7/9/14 | $19,200.00 | Reject | 15 |
| 24341 | Dolores R. Sanders - Hunter | 7/9/14 | $142.00 | Reject | 15 |
| 24290 | Dolores R. Sanders-Hunter | 7/9/14 | $600.00 | Reject | 15 |
| 24325 | Dolores R. Sanders-Hunter | 7/9/14 | $5,000.00 | Reject | 15 |
| 25437 | Donald Rudd | 7/10/14 | $9,876.60 | Accept | 15 |
| 20575 | Donnell Patillo | 7/7/14 | $5,000.00 | Reject | 15 |
| 22803 | Drumb, Richard | 7/8/14 | $12,738.61 | Accept | 15 |
| 8197 | Dyuane Taylor | 6/6/14 | $17,000.00 | Reject | 15 |
| 25446 | Edith Ross | 7/10/14 | $20,000.00 | Reject | 15 |
| 24322 | Edward Ramey Jr. | 7/9/14 | $24,657.50 | Reject | 15 |
| 26117 | Electrical Workers Fringe Benefit Funds of Local #58, IBEW | 7/10/14 | $25,000.00 | Accept | 15 |
| 4029 | Electronic Commerce | 5/27/14 | $14,011.08 | Reject | 15 |
| 2075 | Engineered Comfort Solutions, Inc., | 5/22/14 | $8,462.72 | Accept | 15 |
| 24241 | Eric Kimble | 7/9/14 | $20,000.00 | Reject | 15 |
| 13542 | Erio Vincent Williams | 6/24/14 | $25,000.00 | Accept | 15 |
| 4335 | Frank Daviston Jr | 5/20/14 | $1.00 | Accept | 15 |
| 9013 | Franklin Wright Settlements Inc | 6/9/14 | $2,278.00 | Accept | 15 |
| 19695 | Gardner, Denise | 6/30/14 | $25,000.00 | Accept | 15 |
| 2309 | Gary Chodoroff Md | 5/22/14 | $115.00 | Accept | 15 |
| 2307 | Gary Chodoroff Md | 5/22/14 | $230.00 | Accept | 15 |
| 24231 | Gary Kelly | 7/9/14 | $300.00 | Reject | 15 |
| 13145 | George A. Kaw | 6/20/14 | $25,000.00 | Accept | 15 |
| 26736 | Gerald Moore | 7/11/14 | $18,241.66 | Reject | 15 |
| 16955 | Gerald Murphy | 6/30/14 | $13,937.46 | Reject | 15 |
| 4329 | Gibson, Evelyn | 5/20/14 | $1.00 | Accept | 15 |
| 25402 | Gloria Richards | 7/10/14 | $1,350.00 | Reject | 15 |
| 26783 | Glover, Lynetta | 7/11/14 | $12,000.00 | Reject | 15 |
| 26250 | Godbold, Odell | 7/7/14 | $25,000.00 | Accept | 15 |
| 4392 | Graham, Robert Earl | 5/28/14 | $2,500.00 | Accept | 15 |
| 4131 | Grand Trunk Western Railroad | 5/28/14 | $14,277.00 | Accept | 15 |
| 25562 | Griggs, Charles | 7/10/14 | $25,000.00 | Accept | 15 |

| Ballot Number | Creditor Name | Date Received | Voting Amount | Class Vote | Class |
|---|---|---|---|---|---|
| 25767 | Griggs, Mageline | 7/10/14 | $25,000.00 | Accept | 15 |
| 24323 | Gueelma Brown | 7/9/14 | $22,572.06 | Reject | 15 |
| 26791 | Guy-simmons, Janice | 7/11/14 | $25,000.00 | Reject | 15 |
| 4372 | H & H Wheel Service | 5/27/14 | $25,000.00 | Accept | 15 |
| 26748 | Harold Franklin Bryant | 7/11/14 | $23,761.77 | Reject | 15 |
| 26764 | Harris, Yugustine | 7/11/14 | $25,000.00 | Reject | 15 |
| 21278 | Hayes, Bruce G | 7/7/14 | $2,250.00 | Accept | 15 |
| 26400 | Health Alliance Plan | 7/11/14 | $25,000.00 | Accept | 15 |
| 26695 | Health Alliance Plan | 7/11/14 | $964.76 | Accept | 15 |
| 26408 | Henry Wolfe III | 7/11/14 | $25,000.00 | Accept | 15 |
| 26716 | Henry Wolfe III | 7/11/14 | $2,800.00 | Accept | 15 |
| 6777 | Heritage Crystal Clean, LLC | 6/3/14 | $10,659.15 | Accept | 15 |
| 26861 | Humphrey, Richard | 7/11/14 | $25,000.00 | Reject | 15 |
| 26050 | Ian Mobley, American Civil Liberties Union Fund of Michigan, and Goodman & Hurwitz, P.C. | 7/10/14 | $25,000.00 | Reject | 15 |
| 26852 | Irvin Nora | 7/11/14 | $1,800.00 | Reject | 15 |
| 26737 | Isaac Granger | 7/11/14 | $16,504.00 | Reject | 15 |
| 16963 | Iva Patterson | 6/30/14 | $15,063.45 | Accept | 15 |
| 25323 | Jacobi, Anthony | 7/9/14 | $25,000.00 | Accept | 15 |
| 2318 | James A. Crawford | 5/22/14 | $1,800.00 | Reject | 15 |
| 4340 | James Arthur Crawford | 5/22/14 | $1,700.00 | Reject | 15 |
| 2320 | James Arthur Crawford | 5/22/14 | $4,000.00 | Reject | 15 |
| 19326 | James F. Capizzo | 7/3/14 | $13,482.36 | Reject | 15 |
| 11358 | James T. Sudak | 6/16/14 | $4,554.00 | Reject | 15 |
| 11399 | James T. Sudak | 6/16/14 | $1,800.00 | Reject | 15 |
| 25340 | James Washington, American Civil Liberties Union Fund of Michigan, and Goodman & Hurwitz, P.C. | 7/10/14 | $25,000.00 | Reject | 15 |
| 736 | Jamie S. Fields | 5/20/14 | $4,000.00 | Accept | 15 |
| 11309 | Jane Slater | 6/16/14 | $4,354.00 | Accept | 15 |
| 26804 | Jason Knight | 7/11/14 | $4,676.00 | Accept | 15 |
| 25559 | Jason Leverette-Saunders, American Civil Liberties Union Fund of Michigan, and Goodman & Hurwitz, P.C. | 7/10/14 | $25,000.00 | Reject | 15 |
| 11283 | Jecoliah Warren | 6/16/14 | $1,050.00 | Reject | 15 |
| 11364 | Jecoliah Warren | 6/16/14 | $7,638.40 | Reject | 15 |
| 22811 | Jerald Walters | 7/8/14 | $5,000.00 | Accept | 15 |
| 26743 | Jermaine Smith II | 7/11/14 | $18,000.00 | Reject | 15 |
| 25438 | Jernigan, Breanna | 7/10/14 | $6,536.02 | Accept | 15 |
| 25985 | Jerome Price, American Civil Liberties Union Fund of Michigan, and Goodman & Hurwitz, P.C. | 7/10/14 | $25,000.00 | Reject | 15 |
| 25423 | Jesse J. Florence Sr. | 7/10/14 | $7,052.00 | Reject | 15 |
| 15286 | John Lilly III | 6/25/14 | $611.60 | Reject | 15 |
| 15284 | John Lilly III | 6/25/14 | $366.96 | Reject | 15 |
| 15285 | John Lilly III | 6/25/14 | $600.00 | Reject | 15 |
| 15271 | John Lilly III | 6/25/14 | $366.96 | Reject | 15 |
| 15287 | John Lilly III | 6/25/14 | $122.32 | Reject | 15 |
| 9855 | Johnnie Rogers | 6/11/14 | $9,999.00 | Accept | 15 |
| 26722 | Jojy T. Valikodath | 7/11/14 | $14,770.62 | Reject | 15 |

| Ballot Number | Creditor Name | Date Received | Voting Amount | Class Vote | Class |
|---|---|---|---|---|---|
| 12120 | Jolaine Hunter | 6/16/14 | $1.00 | Accept | 15 |
| 4038 | Jones, Renee | 5/27/14 | $5,000.00 | Accept | 15 |
| 16961 | Joyce Ann Davis | 6/30/14 | $750.00 | Accept | 15 |
| 26712 | Juanita Waller | 7/11/14 | $6,350.00 | Reject | 15 |
| 19735 | Julius R. Collins | 6/30/14 | $1.00 | Accept | 15 |
| 22818 | Kathy Lynn McCaskill | 7/8/14 | $17,000.00 | Reject | 15 |
| 7424 | Kim Spicer | 6/4/14 | $16,798.00 | Reject | 15 |
| 26014 | Kimberly Mobley, American Civil Liberties Union Fund of Michigan, and Goodman & Hurwitz, P.C. | 7/10/14 | $25,000.00 | Reject | 15 |
| 7347 | Kimberly Nettles | 6/4/14 | $9,624.00 | Reject | 15 |
| 19406 | Kinny Eyvette Smith | 7/3/14 | $10,000.00 | Reject | 15 |
| 24274 | Kyva Garrison | 7/9/14 | $6,335.00 | Reject | 15 |
| 26727 | Lakeya Mann - Gray | 7/11/14 | $450.00 | Reject | 15 |
| 5401 | LaQuitsha Dashun Mitchell | 6/2/14 | $19,000.00 | Reject | 15 |
| 21189 | Laura E. Bryant | 7/7/14 | $22,581.77 | Reject | 15 |
| 25341 | Laura Mahler, American Civil Liberties Union Fund of Michigan, and Goodman & Hurwitz, P.C. | 7/10/14 | $25,000.00 | Reject | 15 |
| 4044 | Lawson, Christina | 5/27/14 | $112.00 | Accept | 15 |
| 18033 | Leah Hill | 6/30/14 | $450.00 | Reject | 15 |
| 5402 | Leatrice Darlene Baugh | 6/2/14 | $18,000.00 | Accept | 15 |
| 16960 | Lee, Vera | 6/30/14 | $3,978.00 | Reject | 15 |
| 16967 | Lee, Vera | 6/30/14 | $2,100.00 | Reject | 15 |
| 16966 | Lee, Vera | 6/30/14 | $6,974.52 | Reject | 15 |
| 25335 | Leon Callaway Jr | 7/9/14 | $25,000.00 | Accept | 15 |
| 25558 | Leonard Hagerman | 7/10/14 | $25,000.00 | Accept | 15 |
| 22808 | Lillette Benn | 7/8/14 | $22,489.37 | Reject | 15 |
| 21068 | Lori Clement | 7/7/14 | $13,000.00 | Reject | 15 |
| 21118 | Louis J Hatty | 7/7/14 | $16,880.00 | Accept | 15 |
| 26731 | Makeba Simmons | 7/11/14 | $14,000.00 | Reject | 15 |
| 26724 | Malissa Sams | 7/11/14 | $450.00 | Reject | 15 |
| 21290 | Mamie Stewart-Brown | 7/7/14 | $600.00 | Accept | 15 |
| 4397 | Margaret Wilson | 5/20/14 | $24,210.00 | Accept | 15 |
| 25541 | Maria T. Powell | 7/10/14 | $25,000.00 | Accept | 15 |
| 6211 | Marjorie Juanita Robinson | 6/3/14 | $13,760.00 | Accept | 15 |
| 24307 | Mark A Phillips | 7/9/14 | $1,650.00 | Reject | 15 |
| 24234 | Mark A Phillips | 7/9/14 | $6,320.00 | Reject | 15 |
| 24338 | Mark A Phillips | 7/9/14 | $6,009.00 | Reject | 15 |
| 26824 | Marsch, Steven | 7/11/14 | $9,038.00 | Reject | 15 |
| 21286 | Marsha R. Robinson | 7/7/14 | $1,800.00 | Reject | 15 |
| 21296 | Marsha R. Robinson | 7/7/14 | $8,203.27 | Reject | 15 |
| 20570 | Marsha R. Robinson | 7/7/14 | $4,601.00 | Reject | 15 |
| 26751 | Martin J. Smith | 7/11/14 | $450.00 | Reject | 15 |
| 21171 | Marva A Smiley | 7/7/14 | $20,166.55 | Reject | 15 |
| 13994 | Mary Young | 6/24/14 | $18,533.28 | Reject | 15 |
| 21043 | Marzetta Latimer | 7/7/14 | $600.00 | Reject | 15 |
| 26816 | Melanie Weaver | 7/11/14 | $18,000.00 | Reject | 15 |
| 21179 | Melvin Brabson, Jr. | 7/7/14 | $500.00 | Reject | 15 |
| 12627 | Melvin K. Rogers | 6/19/14 | $18,190.30 | Reject | 15 |
| 4354 | Michael Anthony Westbrook Sr | 5/22/14 | $450.00 | Reject | 15 |

In re City of Detroit, Michigan
Case No. 13-53846 (SWR)
Page 10 of 14
13-53846-tjt    Doc 6179-10    Filed 07/21/14    Entered 07/21/14 23:26:53    Page 11 of 15

| Ballot Number | Creditor Name | Date Received | Voting Amount | Class Vote | Class |
|---|---|---|---|---|---|
| 11462 | Michael Watson | 6/16/14 | $20,000.00 | Reject | 15 |
| 11487 | Michael Watson | 6/16/14 | $20,000.00 | Reject | 15 |
| 11367 | Michael Watson | 6/16/14 | $20,000.00 | Reject | 15 |
| 11454 | Michael Watson | 6/16/14 | $20,000.00 | Reject | 15 |
| 11470 | Michael Watson | 6/16/14 | $20,000.00 | Reject | 15 |
| 11477 | Michael Watson | 6/16/14 | $20,000.00 | Reject | 15 |
| 11502 | Michael Watson | 6/16/14 | $20,000.00 | Reject | 15 |
| 11491 | Michael Watson | 6/16/14 | $20,000.00 | Reject | 15 |
| 11290 | Michael Watson | 6/16/14 | $20,000.00 | Reject | 15 |
| 24337 | Michelle Weston | 7/9/14 | $19,000.00 | Reject | 15 |
| 20529 | Michigan Building and Construction Trades Council, Afl-Cio | 7/3/14 | $1.00 | Accept | 15 |
| 24905 | Michigan Head & Spine Institute, P.C. | 7/10/14 | $14,088.26 | Accept | 15 |
| 25443 | Michigan Head & Spine Institute, P.C. | 7/10/14 | $22,865.56 | Accept | 15 |
| 18553 | Michigan Land Bank | 7/3/14 | $720.86 | Accept | 15 |
| 18556 | Michigan Land Bank | 7/3/14 | $1.00 | Accept | 15 |
| 26717 | Midwest Health Plan Medicaid | 7/11/14 | $2,575.68 | Accept | 15 |
| 26787 | Midwest Health Plan Medicaid | 7/11/14 | $1,534.28 | Accept | 15 |
| 8218 | Miqua Dorsey | 6/6/14 | $11,024.00 | Accept | 15 |
| 25401 | Mitchell Clifton | 7/10/14 | $1.00 | Accept | 15 |
| 26828 | Molina Healthcare of MI Medicaid | 7/11/14 | $1,478.36 | Accept | 15 |
| 26693 | Molina Healthcare of Michigan | 7/11/14 | $621.02 | Reject | 15 |
| 26700 | Molina Medicare | 7/11/14 | $1,329.94 | Accept | 15 |
| 4403 | Moore, Sonya Et Al | 5/28/14 | $7,500.00 | Accept | 15 |
| 4121 | MSC Industrial Supply Co. | 5/27/14 | $678.98 | Accept | 15 |
| 4030 | MSC Industrial Supply Co. | 5/27/14 | $3,617.73 | Accept | 15 |
| 22804 | Myria Ross | 7/8/14 | $20,000.00 | Accept | 15 |
| 4399 | Narshay Robinson | 5/28/14 | $1,250.00 | Accept | 15 |
| 9034 | Nassar, Ernest | 6/9/14 | $200.00 | Reject | 15 |
| 25838 | Nathaniel Price, American Civil Liberties Union Fund of Michigan, and Goodman & Hurwitz, P.C. | 7/10/14 | $25,000.00 | Reject | 15 |
| 25162 | Nelson, Derrell | 7/9/14 | $25,000.00 | Accept | 15 |
| 26125 | Nemeth Law, P.C., f/k/a Nemeth Burwell. P.C. | 7/10/14 | $25,000.00 | Accept | 15 |
| 7417 | Nicole Lynn Spicer | 6/4/14 | $14,081.80 | Reject | 15 |
| 24222 | Ogunnupe, Adedayo Ade | 7/9/14 | $4,515.61 | Reject | 15 |
| 24216 | Ogunnupe, Adedayo Ade | 7/9/14 | $1,800.00 | Reject | 15 |
| 16968 | Olivia Moss-Fort | 6/30/14 | $9,999.00 | Accept | 15 |
| 26766 | Parker, Shanekia N | 7/11/14 | $112.00 | Accept | 15 |
| 22805 | Patina Pomilee | 7/8/14 | $15,000.00 | Reject | 15 |
| 24324 | Patton, Loren Ann | 7/9/14 | $3,500.00 | Reject | 15 |
| 24336 | Patton, Loren Ann | 7/9/14 | $1,076.92 | Reject | 15 |
| 24262 | Patton, Loren Ann | 7/9/14 | $1,200.00 | Reject | 15 |
| 26102 | Paul Kaiser, American Civil Liberties Union Fund of Michigan, and Goodman & Hurwitz, P.C. | 7/10/14 | $25,000.00 | Reject | 15 |
| 5405 | Perry, Vanessa | 6/2/14 | $112.00 | Reject | 15 |
| 24326 | Phyllis McMillon | 7/9/14 | $21.12 | Reject | 15 |
| 24265 | Phyllis McMillon | 7/9/14 | $1.00 | Reject | 15 |
| 26782 | Procare Health Plan Medicaid | 7/11/14 | $785.06 | Accept | 15 |

| Ballot Number | Creditor Name | Date Received | Voting Amount | Class Vote | Class |
|---:|---|---:|---:|---|---:|
| 20501 | Property Owner | 7/3/14 | $25,000.00 | Accept | 15 |
| 22809 | Property Owner | 7/8/14 | $2,064.35 | Reject | 15 |
| 5399 | Property Owner | 6/2/14 | $1,517.00 | Accept | 15 |
| 19656 | Raju K. Markose | 6/30/14 | $25,000.00 | Reject | 15 |
| 24327 | Regina A. Morgan | 7/9/14 | $4,914.16 | Accept | 15 |
| 12119 | Reginald Milton | 6/16/14 | $1.00 | Accept | 15 |
| 19418 | Reginald Sharpe | 7/3/14 | $8,000.00 | Reject | 15 |
| 19397 | Reginald W. Sharpe | 7/3/14 | $3,900.00 | Reject | 15 |
| 19403 | Reginald W. Sharpe | 7/3/14 | $2,800.00 | Reject | 15 |
| 24330 | Renee Tillman | 7/9/14 | $21,685.14 | Reject | 15 |
| 6766 | Richard Davis | 6/3/14 | $4,080.00 | Reject | 15 |
| 26774 | Rita Simmons | 7/11/14 | $10,000.00 | Reject | 15 |
| 2089 | Roberson, Sheree | 5/22/14 | $100.00 | Accept | 15 |
| 4 | Robert J Malleis PLLC | 5/19/14 | $20,000.00 | Accept | 15 |
| 25532 | Robert Smith | 7/10/14 | $25,000.00 | Accept | 15 |
| 24243 | Roberta Johnson | 7/9/14 | $1,500.00 | Reject | 15 |
| 24314 | Roberta Johnson | 7/9/14 | $11,000.00 | Reject | 15 |
| 4048 | Roderic Walter | 5/27/14 | $7,500.00 | Reject | 15 |
| 20332 | Roderick K. Johnson | 7/7/14 | $7,000.00 | Reject | 15 |
| 24213 | Rodgers, Nanci | 7/9/14 | $125.00 | Reject | 15 |
| 24278 | Ronda T. Teamer | 7/9/14 | $4,680.00 | Reject | 15 |
| 21161 | Rosella G. Guess | 7/7/14 | $25,000.00 | Reject | 15 |
| 21133 | Rosella Guess | 7/7/14 | $25,000.00 | Reject | 15 |
| 25428 | Ruby D. Riley | 7/10/14 | $8,823.17 | Reject | 15 |
| 6772 | Russell, Darshell | 6/3/14 | $106.00 | Reject | 15 |
| 6611 | Russell-Cheatom, Sabrina | 6/3/14 | $150.00 | Accept | 15 |
| 15948 | Ryans, Deborah A | 6/27/14 | $385.68 | Accept | 15 |
| 15788 | Ryans, Lucius Reed | 6/27/14 | $1.00 | Accept | 15 |
| 24286 | Sadie M. Harrell | 7/9/14 | $14,055.90 | Reject | 15 |
| 4064 | Salem A Salamey | 5/27/14 | $6,900.00 | Accept | 15 |
| 7808 | Samuel Louis Womack Sr | 6/5/14 | $9,000.00 | Accept | 15 |
| 26818 | Sandra Reid | 7/11/14 | $3,248.20 | Accept | 15 |
| 25432 | Scarborough, Gina | 7/10/14 | $18,000.00 | Reject | 15 |
| 2311 | Scott, Doretta | 5/22/14 | $112.00 | Reject | 15 |
| 21077 | Sharon K. McKinnon | 7/7/14 | $2,100.00 | Reject | 15 |
| 21018 | Sharon K. McKinnon | 7/7/14 | $10,500.00 | Reject | 15 |
| 21147 | Sharon K. McKinnon | 7/7/14 | $800.00 | Reject | 15 |
| 21155 | Sharon K. McKinnon | 7/7/14 | $6,000.00 | Reject | 15 |
| 21086 | Sharon K. McKinnon | 7/7/14 | $380.00 | Reject | 15 |
| 21054 | Sharon K. McKinnon | 7/7/14 | $1,350.00 | Reject | 15 |
| 21150 | Sharon K. McKinnon | 7/7/14 | $135.00 | Reject | 15 |
| 20569 | Sharon K. McKinnon | 7/7/14 | $15,000.00 | Reject | 15 |
| 13981 | Sheet Metal Workers Local Union 80 Fringe Benefit Funds | 6/24/14 | $2,832.31 | Accept | 15 |
| 19712 | Sheila M. Johnson | 6/30/14 | $25,000.00 | Accept | 15 |
| 20336 | Sherita Elliott | 7/7/14 | $25,000.00 | Accept | 15 |
| 21071 | Shirley Franklin | 7/7/14 | $12,000.00 | Accept | 15 |
| 24270 | Shirley J. Walker | 7/9/14 | $17,438.04 | Reject | 15 |
| 16969 | Snodgrass, Carol | 6/30/14 | $500.00 | Accept | 15 |
| 7173 | Spalding Dedecker Associates, Inc. | 6/3/14 | $25,000.00 | Accept | 15 |

In re City of Detroit, Michigan
Case No. 13-53846 (SWR)
Page 12 of 14
13-53846-tjt    Doc 6179-10    Filed 07/21/14    Entered 07/21/14 23:26:53    Page 13 of 15

| Ballot Number | Creditor Name | Date Received | Voting Amount | Class Vote | Class |
|---|---|---|---|---|---|
| 24334 | Stacy Joy | 7/9/14 | $15,000.00 | Accept | 15 |
| 19449 | State of Michigan | 7/3/14 | $4,710.00 | Accept | 15 |
| 18176 | State of Michigan, Department of Corrections | 7/3/14 | $1,962.50 | Accept | 15 |
| 18179 | State of Michigan, Department of Technology, Management & Budget | 7/3/14 | $19,330.02 | Accept | 15 |
| 20330 | State of Michigan, Department of Transportation | 7/3/14 | $25,000.00 | Accept | 15 |
| 18178 | State of Michigan, Department of Treasury | 7/3/14 | $13,037.00 | Accept | 15 |
| 20533 | State of Michigan, Department of Treasury | 7/3/14 | $25,000.00 | Accept | 15 |
| 20602 | State of Michigan, Michigan Occupational Safety and Health Administration | 7/3/14 | $25,000.00 | Accept | 15 |
| 20571 | State of Michigan, Workers Compensation Agency | 7/3/14 | $896.07 | Accept | 15 |
| 25551 | Stephanie Hollander, American Civil Liberties Union Fund of Michigan, and Goodman & Hurwitz, P.C. | 7/10/14 | $25,000.00 | Reject | 15 |
| 25405 | Stephen C. Weaver | 7/10/14 | $3,000.00 | Accept | 15 |
| 24255 | Stephen C. Weaver | 7/9/14 | $289.00 | Accept | 15 |
| 21168 | Steven B. Sykes | 7/7/14 | $22,000.00 | Reject | 15 |
| 26264 | Talley, Lydia | 7/11/14 | $25,000.00 | Accept | 15 |
| 19423 | Tanisha Farr | 7/3/14 | $22,000.00 | Reject | 15 |
| 25426 | Tanya L. Glover | 7/10/14 | $5,000.00 | Reject | 15 |
| 22823 | Taubitz, Dennis M | 7/8/14 | $2,200.00 | Reject | 15 |
| 20728 | Taylor-woodward, Delores | 7/7/14 | $25,000.00 | Accept | 15 |
| 6783 | TestAmerica Laboratories, Inc. | 6/3/14 | $270.00 | Accept | 15 |
| 11297 | Teulaina Richardson | 6/16/14 | $10,000.00 | Reject | 15 |
| 16958 | Thomas, Albert | 6/30/14 | $23,000.00 | Accept | 15 |
| 5404 | Thomas, Ellen Marie | 6/2/14 | $112.00 | Reject | 15 |
| 13990 | Tina M. Abernathy | 6/24/14 | $15,000.00 | Reject | 15 |
| 743 | Tobys Instrument Shop Inc | 5/20/14 | $171.00 | Accept | 15 |
| 24333 | Toni Keisha Marie Baldwin | 7/9/14 | $10,000.00 | Reject | 15 |
| 24249 | Tony Green | 7/9/14 | $300.00 | Reject | 15 |
| 21129 | Tonya Cobb | 7/7/14 | $5,000.00 | Accept | 15 |
| 26702 | Total Healthcare Medicaid | 7/11/14 | $1,001.99 | Accept | 15 |
| 13096 | Traitt, Deborah (3rd Party Plaintiff) Et Al | 6/20/14 | $2,699.32 | Accept | 15 |
| 25444 | Transitional Consulting Services | 7/10/14 | $7,173.30 | Accept | 15 |
| 18035 | Troy Auto-Bans, INC. | 6/30/14 | $910.00 | Accept | 15 |
| 1514 | Unistrut Detroit Service Co | 5/21/14 | $333.10 | Accept | 15 |
| 26757 | United Healthcare Community Plan | 7/11/14 | $17,382.07 | Accept | 15 |
| 27957 | United Healthcare Community Plan | 7/11/14 | $180.50 | Accept | 15 |
| 25440 | University Neurosurgical Associates, P.C., d/b/a Michigan Head & Spine Institute | 7/10/14 | $8,618.38 | Accept | 15 |
| 20532 | Utility Workers Union of America, Afl-Cio and its Local 488 | 7/3/14 | $1.00 | Accept | 15 |
| 20518 | Utility Workers Union of America, Afl-Cio and its Local 504 | 7/3/14 | $1.00 | Accept | 15 |
| 20566 | Utility Workers Union of America, Afl-Cio and its local 531 | 7/3/14 | $1.00 | Accept | 15 |
| 26364 | Valerie Ann Colbert-Osamuede | 7/11/14 | $25,000.00 | Reject | 15 |
| 19393 | Valerion O Farr II | 7/3/14 | $23,000.00 | Reject | 15 |

| Ballot Number | Creditor Name | Date Received | Voting Amount | Class Vote | Class |
|---|---|---|---|---|---|
| 26795 | Vera Ann McCrary | 7/11/14 | $10,000.00 | Accept | 15 |
| 10455 | Veronica June Thomas | 6/13/14 | $14,400.00 | Reject | 15 |
| 26214 | Wade Trim Associates Inc | 7/10/14 | $25,000.00 | Accept | 15 |
| 25758 | Waffaa Al-talagani | 7/10/14 | $25,000.00 | Accept | 15 |
| 7175 | Walter Brown Jr | 6/3/14 | $1.00 | Accept | 15 |
| 26415 | Walton, Christophe | 7/11/14 | $1.00 | Accept | 15 |
| 15268 | Wanda Beckom | 6/25/14 | $22,054.80 | Reject | 15 |
| 25757 | Wanda Leverette, American Civil Liberties Union Fund of Michigan, and Goodman & Hurwitz, P.C. | 7/10/14 | $25,000.00 | Reject | 15 |
| 7415 | Washington, Arlena D | 6/4/14 | $112.00 | Accept | 15 |
| 21249 | Watson, Nylene E | 7/7/14 | $1,200.00 | Reject | 15 |
| 20982 | Watson, Nylene E | 7/7/14 | $3,018.00 | Reject | 15 |
| 21242 | Watson, Nylene E | 7/7/14 | $1,076.48 | Reject | 15 |
| 22822 | Whitfield Ii, Bruce A | 7/8/14 | $150.00 | Reject | 15 |
| 4116 | Williams, Eafter Lee | 5/27/14 | $22,865.87 | Reject | 15 |
| 18177 | Workforce Development Agency State of Michigan | 7/3/14 | $395.00 | Accept | 15 |
| 21103 | Yvonne Ross | 7/7/14 | $150.00 | Reject | 15 |
| 2321 | Zena Smith | 5/22/14 | $20,000.00 | Reject | 15 |

In re City of Detroit, Michigan
Case No. 13-53846 (SWR)
Page 14 of 14
13-53846-tjt    Doc 6179-10    Filed 07/21/14    Entered 07/21/14 23:26:53    Page 15 of 15