# **EXHIBIT K**

Exhibit K
Convenience Class Election

| Ballot Number | Creditor Name | Election | Claim Amount | Claim Amount after Election |
|---:|---|---|---:|---:|
| 26223 | 1 Way Service Inc | Yes | $313,789.37 | $25,000.00 |
| 25508 | Aaron Scott | Yes | $28,992.60 | $25,000.00 |
| 4410 | Adele Streety | Yes | $50,000.00 | $25,000.00 |
| 4343 | Allen Systems Group Inc | Yes | $228,204.00 | $25,000.00 |
| 8229 | Altura Communication Solutions LLC | Yes | $168,624.05 | $25,000.00 |
| 25388 | Amalgamated Transit Union Local 26 AFL-CIO | Yes | $169,463.34 | $25,000.00 |
| 26089 | Angie Wong, American Civil Liberties Union Fund of Michigan, and Goodman & Hurwitz, P.C. | Yes | $560,000.00 | $25,000.00 |
| 4381 | Assurance Company Of America | Yes | $463,400.00 | $25,000.00 |
| 26324 | Berro, Maryam | Yes | $50,000.00 | $25,000.00 |
| 26402 | Beverly A. Hicks-Grant | Yes | BLANK | BLANK |
| 19568 | Booker T. Strokes, Jr. | Yes | BLANK | BLANK |
| 25535 | Booker, Shantel | Yes | $26,636.46 | $25,000.00 |
| 19576 | Boulevard & Trumbull Towing, Inc. | Yes | $41,637.25 | $25,000.00 |
| 26393 | Carla Smith | Yes | $30,045.37 | $25,000.00 |
| 20524 | Caroline Coleman | Yes | $45,000.00 | $25,000.00 |
| 19570 | Cynthia L. Stokes | Yes | BLANK | BLANK |
| 25759 | Darlene Hellenberg, American Civil Liberties Union Fund of Michigan, and Goodman & Hurwitz, P.C. | Yes | $585,000.00 | $25,000.00 |
| 26117 | Electrical Workers Fringe Benefit Funds of Local #58, IBEW | Yes | $58,973.41 | $25,000.00 |
| 13542 | Erio Vincent Williams | Yes | $40,000.00 | $25,000.00 |
| 4335 | Frank Daviston Jr | Yes | UNLIQUIDATED | UNLIQUIDATED |
| 19695 | Gardner, Denise | Yes | $225,000.00 | $25,000.00 |
| 13145 | George A. Kaw | Yes | $33,481.44 | $25,000.00 |
| 4329 | Gibson, Evelyn | Yes | UNLIQUIDATED | UNLIQUIDATED |
| 26250 | Godbold, Odell | Yes | $960,358.86 | $25,000.00 |
| 4392 | Graham, Robert Earl | Yes | $75,000.00 | $25,000.00 |
| 25562 | Griggs, Charles | Yes | $5,500,000.00 | $25,000.00 |
| 25767 | Griggs, Mageline | Yes | $2,500,000.00 | $25,000.00 |
| 4372 | H & H Wheel Service | Yes | $41,148.08 | $25,000.00 |
| 26400 | Health Alliance Plan | Yes | $28,678.22 | $25,000.00 |
| 26408 | Henry Wolfe III | Yes | $36,607.50 | $25,000.00 |
| 26050 | Ian Mobley, American Civil Liberties Union Fund of Michigan, and Goodman & Hurwitz, P.C. | Yes | $560,000.00 | $25,000.00 |
| 25323 | Jacobi, Anthony | Yes | $1,000,000.00 | $25,000.00 |
| 25340 | James Washington, American Civil Liberties Union Fund of Michigan, and Goodman & Hurwitz, P.C. | Yes | $560,000.00 | $25,000.00 |
| 25559 | Jason Leverette-Saunders, American Civil Liberties Union Fund of Michigan, and Goodman & Hurwitz, P.C. | Yes | $560,000.00 | $25,000.00 |
| 25985 | Jerome Price, American Civil Liberties Union Fund of Michigan, and Goodman & Hurwitz, P.C. | Yes | $435,000.00 | $25,000.00 |
| 12120 | Jolaine Hunter | Yes | UNLIQUIDATED | UNLIQUIDATED |
| 19735 | Julius R. Collins | Yes | BLANK | BLANK |
| 26014 | Kimberly Mobley, American Civil Liberties Union Fund of Michigan, and Goodman & Hurwitz, P.C. | Yes | $435,000.00 | $25,000.00 |

In re City of Detroit, Michigan
Case No. 13-53846 (SWR)
Page 1 of 2
13-53846-tjt    Doc 6179-11    Filed 07/21/14    Entered 07/21/14 23:26:53    Page 2 of 3

| Ballot Number | Creditor Name | Election | Claim Amount | Claim Amount after Election |
|---|---|---|---|---|
| 25341 | Laura Mahler, American Civil Liberties Union Fund of Michigan, and Goodman & Hurwitz, P.C. | Yes | $425,000.00 | $25,000.00 |
| 25335 | Leon Callaway Jr | Yes | $70,000.00 | $25,000.00 |
| 25558 | Leonard Hagerman | Yes | $48,969.03 | $25,000.00 |
| 25541 | Maria T. Powell | Yes | $41,303.00 | $25,000.00 |
| 20529 | Michigan Building and Construction Trades Council, Afl-Cio | Yes | UNLIQUIDATED | UNLIQUIDATED |
| 25401 | Mitchell Clifton | Yes | $60,534.00 | $25,000.00 |
| 4403 | Moore, Sonya Et Al | Yes | $150,000.00 | $25,000.00 |
| 4399 | Narshay Robinson | Yes | $50,000.00 | $25,000.00 |
| 25838 | Nathaniel Price, American Civil Liberties Union Fund of Michigan, and Goodman & Hurwitz, P.C. | Yes | $560,000.00 | $25,000.00 |
| 25162 | Nelson, Derrell | Yes | $400,000.00 | $25,000.00 |
| 26125 | Nemeth Law, P.C., f/k/a Nemeth Burwell. P.C. | Yes | $45,599.78 | $25,000.00 |
| 26102 | Paul Kaiser, American Civil Liberties Union Fund of Michigan, and Goodman & Hurwitz, P.C. | Yes | $585,000.00 | $25,000.00 |
| 20501 | Property Owner | Yes | $77,000.00 | $25,000.00 |
| 19656 | Raju K. Markose | Yes | $500,000.00 | $25,000.00 |
| 12119 | Reginald Milton | Yes | UNLIQUIDATED | UNLIQUIDATED |
| 25532 | Robert Smith | Yes | $47,312.10 | $25,000.00 |
| 15788 | Ryans, Lucius Reed | Yes | UNLIQUIDATED | UNLIQUIDATED |
| 19712 | Sheila M. Johnson | Yes | $450,000.00 | $25,000.00 |
| 7173 | Spalding Dedecker Associates, Inc. | Yes | $43,307.31 | $25,000.00 |
| 20330 | State of Michigan, Department of Transportation | Yes | $31,733.39 | $25,000.00 |
| 20533 | State of Michigan, Department of Treasury | Yes | $32,655.41 | $25,000.00 |
| 20602 | State of Michigan, Michigan Occupational Safety and Health Administration | Yes | $28,210.00 | $25,000.00 |
| 25551 | Stephanie Hollander, American Civil Liberties Union Fund of Michigan, and Goodman & Hurwitz, P.C. | Yes | $535,000.00 | $25,000.00 |
| 26264 | Talley, Lydia | Yes | $100,000.00 | $25,000.00 |
| 20728 | Taylor-woodward, Delores | Yes | $35,000.00 | $25,000.00 |
| 20532 | Utility Workers Union of America, Afl-Cio and its Local 488 | Yes | UNLIQUIDATED | UNLIQUIDATED |
| 20518 | Utility Workers Union of America, Afl-Cio and its Local 504 | Yes | UNLIQUIDATED | UNLIQUIDATED |
| 20566 | Utility Workers Union of America, Afl-Cio and its local 531 | Yes | UNLIQUIDATED | UNLIQUIDATED |
| 26364 | Valerie Ann Colbert-Osamuede | Yes | $150,000.00 | $25,000.00 |
| 26214 | Wade Trim Associates Inc | Yes | $69,704.29 | $25,000.00 |
| 25758 | Waffaa Al-talagani | Yes | $350,000.00 | $25,000.00 |
| 7175 | Walter Brown Jr | Yes | BLANK | BLANK |
| 26415 | Walton, Christophe | Yes | $116,048.00 | $25,000.00 |
| 25757 | Wanda Leverette, American Civil Liberties Union Fund of Michigan, and Goodman & Hurwitz, P.C. | Yes | $415,000.00 | $25,000.00 |

In re City of Detroit, Michigan
Case No. 13-53846 (SWR)
Page 2 of 2
13-53846-tjt    Doc 6179-11    Filed 07/21/14    Entered 07/21/14 23:26:53    Page 3 of 3