# EXHIBIT L

# Exhibit L
## Non-Security, Non-Retiree Classes – Invalid Ballot Summary

| Ballot Number | Creditor Name | Date Received | Class Vote | Unacceptable Reason | Class |
|---:|---|---|---|---|---:|
| 25327 | Allen, Daryll | 7/9/14 | Reject | Subject to Objection | 14 |
| 20691 | Anderson L. Briggs | 7/7/14 | Reject | Subject to Objection | 14 |
| 28475 | Association of Detroit Engineers (ADE) | 7/14/14 | Reject | Late Filed | 14 |
| 28464 | Association Of Municipal Engineers (AME) | 7/14/14 | Reject | Late Filed | 14 |
| 19669 | Bolton, Dinah L | 6/30/14 | Accept | Not Member of Class | 14 |
| 20709 | Bradford, Sandra F | 7/7/14 | Reject | Subject to Objection | 14 |
| 28494 | Brooks, Beonka | 7/15/14 | Reject | Late Filed | 14 |
| 25270 | Bruce A. Whitfield II | 7/8/14 | Reject | Subject to Objection | 14 |
| 28377 | Byron Spivey | 7/14/14 | Reject | Subject to Objection | 14 |
| 19579 | Damian Fuller via his attorneys, Serafini Michalowski Derkacz & Associates, P.C. | 6/30/14 | Accept | Subject to Objection | 14 |
| 28474 | Delbert B. Williams | 7/14/14 | Reject | Late Filed | 14 |
| 28498 | Demetrius Palmore | 7/15/14 | Reject | Late Filed | 14 |
| 8381 | Dismuke, Robert C | 6/9/14 | Reject | Subject to Objection | 14 |
| 25168 | Eddie Adams | 7/8/14 | Reject | Subject to Objection | 14 |
| 26425 | Ethel Coleman | 7/11/14 | Reject | Subject to Objection | 14 |
| 28497 | For the Aboriginal Indigenous Peoples | 7/15/14 | Reject | Late Filed | 14 |
| 25378 | Gerald and Alecia Wilcox | 7/10/14 | Reject | Subject to Objection | 14 |
| 26959 | Health Alliance Plan | 7/14/14 | Accept | Not Member of Class | 14 |
| 28496 | Hines Jr, Tony M | 7/15/14 | Reject | Late Filed | 14 |
| 28489 | Holt, Rickie | 7/15/14 | Reject | Late Filed | 14 |
| 25180 | Ivas Robertson | 7/8/14 | Abstained | Improper Vote | 14 |
| 15673 | Jason Christopher Fulbright | 6/30/14 | Reject | Subject to Objection | 14 |
| 28468 | Jennifer Robinson | 7/14/14 | Accept | Late Filed | 14 |
| 28470 | John Pittman | 7/14/14 | Reject | Late Filed | 14 |
| 28493 | Katherine Corker | 7/15/14 | Reject | Late Filed | 14 |
| 28467 | Kimberly Harris | 7/14/14 | Accept | Late Filed | 14 |
| 25211 | Leon Boyd Jr. | 7/8/14 | Reject | Subject to Objection | 14 |
| 26418 | Lisa Racine Cunningham | 7/11/14 | Reject | Subject to Objection | 14 |
| 25397 | Lucinda J. Darrah | 7/10/14 | Reject | Subject to Objection | 14 |
| 4384 | Manos, Dino | 5/27/14 | Accept | Subject to Objection | 14 |
| 15786 | Mark Worde | 6/27/14 | Reject | Not Member of Class | 14 |
| 19662 | Mary Whitaker | 6/30/14 | Reject | Not Signed | 14 |
| 13148 | Michael Allen Wolske | 6/23/14 | Reject | Subject to Objection | 14 |
| 28492 | Michele Corbin-Johnson | 7/15/14 | Reject | Late Filed | 14 |
| 20538 | Patricia Ramirez | 7/3/14 | Reject | Subject to Objection | 14 |
| 20535 | Patricia Ramirez | 7/3/14 | Reject | Subject to Objection | 14 |
| 25347 | Richard Mack | 7/10/14 | Reject | Subject to Objection | 14 |
| 8382 | Richardson, Gail | 6/9/14 | Reject | Not Member of Class | 14 |
| 26331 | Rickett, Orlando | 7/11/14 | Abstained | Improper Vote | 14 |
| 28501 | Riley, Kevin | 7/15/14 | Accept | Late Filed | 14 |
| 26413 | Rodney Martin | 7/11/14 | Abstained | Improper Vote | 14 |
| 26307 | Rosalind Grady | 7/11/14 | Reject | Not Member of Class | 14 |
| 20716 | Rosella G. Guess | 7/7/14 | Reject | Subject to Objection | 14 |
| 13544 | Slappy-thrash, Mar | 6/24/14 | Reject | Subject to Objection | 14 |
| 25284 | Sol L. May Sr. | 7/9/14 | Reject | Subject to Objection | 14 |
| 25281 | Tamika Winston | 7/9/14 | Reject | Subject to Objection | 14 |
| 25381 | Tanya Glover | 7/10/14 | Reject | Subject to Objection | 14 |
| 28466 | Teresa Pembroke-Brown | 7/14/14 | Reject | Late Filed | 14 |
| 28495 | The Aboriginal Indigenous Peoples | 7/15/14 | Reject | Late Filed | 14 |

Exhibit L
Non-Security, Non-Retiree Classes – Invalid Ballot Summary

| Ballot Number | Creditor Name | Date Received | Class Vote | Unacceptable Reason | Class |
|---|---|---|---|---|---|
| 20699 | Troy D. Sutton | 7/7/14 | Reject | Subject to Objection | 14 |
| 28478 | Valeria Davis Coleman | 7/14/14 | Reject | Late Filed | 14 |
| 28469 | Warren T. Duncan | 7/14/14 | Reject | Late Filed | 14 |
| 26420 | William Acosta, PLLC | 7/11/14 | Abstained | Improper Vote | 14 |
| 27977 | Alaris Langston | 7/14/14 | Reject | Late Filed | 15 |
| 25884 | Albert Day | 7/10/14 | Abstained | Improper Vote | 15 |
| 28243 | Alexandria R. Montgomery | 7/15/14 | Reject | Late Filed | 15 |
| 27950 | Allen D. Raybon Jr. | 7/14/14 | Reject | Late Filed | 15 |
| 27935 | Allen D. Raybon Jr. | 7/14/14 | Reject | Late Filed | 15 |
| 27954 | Allen D. Raybon Jr. | 7/14/14 | Reject | Late Filed | 15 |
| 27923 | Allen D. Raybon Jr. | 7/14/14 | Reject | Late Filed | 15 |
| 9386 | Altura Communication Solutions LLC | 6/10/14 | Accept | Subject to Objection | 15 |
| 7348 | Alvin Dean Wilkerson | 6/4/14 | Reject | Not Member of Class | 15 |
| 28463 | Annica Cuppetelli and Goodman & Hurwitz, P.C. | 7/14/14 | Reject | Late Filed | 15 |
| 26034 | Arturo White | 7/10/14 | Abstained | Improper Vote | 15 |
| 28472 | Betty J. Baxter | 7/14/14 | Accept | Late Filed | 15 |
| 27952 | Beverly James | 7/14/14 | Reject | Late Filed | 15 |
| 27941 | Bobby Lewis | 7/14/14 | Accept | Late Filed | 15 |
| 25771 | Brittany McFarlin | 7/10/14 | Abstained | Subject to Objection | 15 |
| 28252 | Burgess, Brianna (minor) | 7/15/14 | Accept | Late Filed | 15 |
| 28065 | Byron Spivey | 7/14/14 | Reject | Late Filed | 15 |
| 28062 | Byron Spivey | 7/14/14 | Reject | Late Filed | 15 |
| 27958 | Byron Spivey | 7/14/14 | Reject | Late Filed | 15 |
| 28481 | Cain, Darryl | 7/14/14 | Accept | Late Filed | 15 |
| 4336 | Caleb J. Lett | 5/20/14 | Accept | Subject to Objection | 15 |
| 28486 | Carlton Johnson | 7/14/14 | Accept | Late Filed | 15 |
| 27975 | Chenita M. Davis-Cooper | 7/14/14 | Reject | Late Filed | 15 |
| 25997 | Cornell Carter | 7/10/14 | Abstained | Improper Vote | 15 |
| 28462 | Cristobal Mendoza and Goodman & Hurwitz, P.C. | 7/14/14 | Reject | Late Filed | 15 |
| 28023 | Curtis B Stanciel | 7/14/14 | Reject | Late Filed | 15 |
| 28250 | Dantzel Watkins | 7/15/14 | Accept | Late Filed | 15 |
| 27938 | Darryl A Dodson | 7/14/14 | Reject | Late Filed | 15 |
| 28419 | David Tellewoyan | 7/16/14 | Reject | Late Filed | 15 |
| 25787 | Davion Carter | 7/10/14 | Abstained | Improper Vote | 15 |
| 25894 | De Angela Haywood | 7/10/14 | Abstained | Improper Vote | 15 |
| 22728 | Debra L. Harper | 7/8/14 | Reject | Not Member of Class | 15 |
| 22743 | Debra L. Harper | 7/8/14 | Reject | Not Member of Class | 15 |
| 22733 | Debra L. Harper | 7/8/14 | Reject | Not Member of Class | 15 |
| 22727 | Debra L. Harper | 7/8/14 | Reject | Not Member of Class | 15 |
| 26066 | Demetrius White | 7/10/14 | Abstained | Improper Vote | 15 |
| 28039 | Denise Williams | 7/14/14 | Accept | Late Filed | 15 |
| 28036 | Denise Williams | 7/14/14 | Reject | Late Filed | 15 |
| 24331 | Derek Gibson | 7/9/14 | Reject | Not Member of Class | 15 |
| 24321 | Derek Gibson | 7/9/14 | Reject | Not Member of Class | 15 |
| 24335 | Derek Gibson | 7/9/14 | Reject | Not Member of Class | 15 |
| 28504 | Derrick Gilliam | 7/15/14 | Reject | Late Filed | 15 |
| 28500 | Dora L. Dunnum | 7/15/14 | Reject | Late Filed | 15 |
| 28505 | Fentress, Orlando | 7/15/14 | Reject | Late Filed | 15 |
| 27924 | Francene G Harris | 7/14/14 | Reject | Late Filed | 15 |

In re City of Detroit, Michigan
Case No. 13-53846 (SWR)
Page 2 of 4
13-53846-tjt    Doc 6179-12    Filed 07/21/14    Entered 07/21/14 23:26:53    Page 3 of 5

Exhibit L
Non-Security, Non-Retiree Classes – Invalid Ballot Summary

| Ballot Number | Creditor Name | Date Received | Class Vote | Unacceptable Reason | Class |
|---|---|---|---|---|---|
| 27981 | Gequaita Williams | 7/14/14 | Reject | Late Filed | 15 |
| 27955 | Gregory Simpson | 7/14/14 | Reject | Late Filed | 15 |
| 27979 | Gregory Simpson | 7/14/14 | Reject | Late Filed | 15 |
| 27959 | Gregory Simpson | 7/14/14 | Reject | Late Filed | 15 |
| 26958 | Health Alliance Plan | 7/11/14 | Accept | Not Member of Class | 15 |
| 28499 | Hoffman, Terrance | 7/15/14 | Accept | Late Filed | 15 |
| 25964 | Iriana Austin-Gardner | 7/10/14 | Abstained | Subject to Objection | 15 |
| 27937 | Jackson, Johnita M | 7/14/14 | Reject | Late Filed | 15 |
| 28249 | Jacqueline Stephen | 7/15/14 | Reject | Late Filed | 15 |
| 27945 | James L Hopkins Jr | 7/14/14 | Reject | Late Filed | 15 |
| 27942 | James L Hopkins Jr | 7/14/14 | Reject | Late Filed | 15 |
| 25803 | Janet Johnson | 7/10/14 | Abstained | Improper Vote | 15 |
| 27951 | Janine McCallum | 7/14/14 | Reject | Late Filed | 15 |
| 27982 | Janine McCallum | 7/14/14 | Reject | Late Filed | 15 |
| 25776 | Johnetta Mcleod | 7/10/14 | Abstained | Improper Vote | 15 |
| 28417 | Johnny C Barney | 7/16/14 | Reject | Late Filed | 15 |
| 24675 | Juanita D Cox | 7/9/14 | Abstained | Improper Vote | 15 |
| 27949 | Keith A. Luszczynski | 7/14/14 | Reject | Late Filed | 15 |
| 25973 | Kenneth Harden | 7/10/14 | Abstained | Improper Vote | 15 |
| 27946 | Kim McCoy | 7/14/14 | Reject | Late Filed | 15 |
| 27921 | Kimberly Harris | 7/14/14 | Accept | Late Filed | 15 |
| 28033 | Kimberly Z. Riley | 7/14/14 | Reject | Late Filed | 15 |
| 27925 | Kiwana Gee | 7/14/14 | Reject | Late Filed | 15 |
| 28027 | Kiwana Gee | 7/14/14 | Reject | Late Filed | 15 |
| 27926 | Kiwana Gee | 7/14/14 | Reject | Late Filed | 15 |
| 27927 | Kiwana Gee | 7/14/14 | Reject | Late Filed | 15 |
| 27928 | Kiwana Gee | 7/14/14 | Reject | Late Filed | 15 |
| 27929 | Kiwana Gee | 7/14/14 | Reject | Late Filed | 15 |
| 28490 | LaKeisha Allen | 7/15/14 | Reject | Late Filed | 15 |
| 28471 | LaKisha Whitfield | 7/14/14 | Accept | Late Filed | 15 |
| 27944 | Langley, Aris | 7/14/14 | Accept | Late Filed | 15 |
| 25778 | LaRoyce Dixon | 7/10/14 | Abstained | Improper Vote | 15 |
| 28044 | LeKita Thomas | 7/14/14 | Reject | Late Filed | 15 |
| 19330 | Lenae Dean | 7/3/14 | Accept | Not Signed | 15 |
| 28483 | Lindy McKenney | 7/14/14 | Accept | Late Filed | 15 |
| 28068 | Mabel Y Morris | 7/14/14 | Reject | Late Filed | 15 |
| 28029 | Mabel Y Morris | 7/14/14 | Reject | Late Filed | 15 |
| 28066 | Mabel Y Morris | 7/14/14 | Reject | Late Filed | 15 |
| 27960 | Mabel Y Morris | 7/14/14 | Reject | Late Filed | 15 |
| 27932 | Mabel Y Morris | 7/14/14 | Reject | Late Filed | 15 |
| 27962 | Mabel Y Morris | 7/14/14 | Reject | Late Filed | 15 |
| 28484 | Markitta Washington | 7/14/14 | Accept | Late Filed | 15 |
| 25762 | Marktaz D. Williams | 7/10/14 | Abstained | Subject to Objection | 15 |
| 28487 | Martin Johnson | 7/14/14 | Accept | Late Filed | 15 |
| 27948 | Martin, Debra A | 7/14/14 | Reject | Late Filed | 15 |
| 28476 | Mary Washington-Moultrie | 7/14/14 | Accept | Late Filed | 15 |
| 26835 | MedCity Rehab (Janice Blake) | 7/11/14 | Abstained | Improper Vote | 15 |
| 27956 | Melissa Hayes-Johnson | 7/14/14 | Accept | Late Filed | 15 |
| 11395 | Michael Watson | 6/16/14 | Abstained | Improper Vote | 15 |
| 24340 | Michelle Weston | 7/9/14 | Reject | Subject to Objection | 15 |

Exhibit L
Non-Security, Non-Retiree Classes – Invalid Ballot Summary

| Ballot Number | Creditor Name | Date Received | Class Vote | Unacceptable Reason | Class |
|---|---|---|---|---|---|
| 20554 | Michigan Building and Construction Trades Council, AFL-CIO | 7/3/14 | Accept | Subject to Objection | 15 |
| 27939 | Midwest Health Plan | 7/14/14 | Reject | Late Filed | 15 |
| 28482 | Onkeese McGrew | 7/14/14 | Accept | Late Filed | 15 |
| 28485 | Orlando McGrew | 7/14/14 | Accept | Late Filed | 15 |
| 10216 | Patricia Anderson-Benton | 6/11/14 | Accept | Not Member of Class | 15 |
| 27983 | Paul Shannon | 7/14/14 | Accept | Late Filed | 15 |
| 26803 | Procare Health Plan Medicaid | 7/11/14 | Accept | Not Signed | 15 |
| 28060 | Property Owner | 7/14/14 | Accept | Late Filed | 15 |
| 28503 | Reginald Howard | 7/15/14 | Accept | Late Filed | 15 |
| 28502 | Rena Simon | 7/15/14 | Reject | Late Filed | 15 |
| 28246 | Renee Walls | 7/15/14 | Accept | Late Filed | 15 |
| 28477 | Robert Limmitt | 7/14/14 | Accept | Late Filed | 15 |
| 16962 | Ronald Branam Sr | 6/30/14 | Accept | Subject to Objection | 15 |
| 28465 | Rosalind Grady | 7/14/14 | Reject | Late Filed | 15 |
| 27953 | Sakinah Hanifa | 7/14/14 | Reject | Late Filed | 15 |
| 27930 | Sandra Smith | 7/14/14 | Reject | Late Filed | 15 |
| 27969 | Scott D Sledge | 7/14/14 | Reject | Late Filed | 15 |
| 27971 | Sharon L Johnson | 7/14/14 | Reject | Late Filed | 15 |
| 28491 | Sharon Renee Burrell | 7/15/14 | Accept | Late Filed | 15 |
| 27922 | Shealey, Sheila | 7/14/14 | Reject | Late Filed | 15 |
| 27931 | Shelia L Bell | 7/14/14 | Reject | Late Filed | 15 |
| 27965 | Sims, Reginald | 7/14/14 | Reject | Late Filed | 15 |
| 20673 | State of Michigan | 7/3/14 | Accept | Not Member of Class | 15 |
| 25189 | Sufi, Nabil Pr Of Est. Of Ali Sufi, Dec. | 7/8/14 | Abstained | Improper Vote | 15 |
| 27947 | Szabo, Joseph | 7/14/14 | Accept | Late Filed | 15 |
| 26709 | Tammy Barnes | 7/11/14 | Accept | Duplicative of Public Safety Union Claim | 15 |
| 24339 | Tatum, Merlene | 7/9/14 | Abstained | Improper Vote | 15 |
| 27963 | Thaddeus M. White | 7/14/14 | Reject | Late Filed | 15 |
| 28063 | Theresa A. Hall | 7/14/14 | Reject | Late Filed | 15 |
| 4126 | Townsend-finley, Gail | 5/27/14 | Abstained | Improper Vote | 15 |
| 25829 | Tyjwan Lyons | 7/10/14 | Abstained | Improper Vote | 15 |
| 25932 | Tyjwan Lyons | 7/10/14 | Abstained | Improper Vote | 15 |
| 28488 | Tyrone Henry | 7/14/14 | Accept | Late Filed | 15 |
| 25957 | Tyrus Cummings | 7/10/14 | Abstained | Improper Vote | 15 |
| 26773 | United Healthcare Community Plan | 7/14/14 | Accept | Late Filed | 15 |
| 27940 | Valerie Antonette Ford | 7/14/14 | Accept | Late Filed | 15 |
| 11315 | Vassar, Quinton | 6/16/14 | Abstained | Improper Vote | 15 |
| 27973 | Wanda L. Brown | 7/14/14 | Reject | Late Filed | 15 |
| 21185 | Watson, Nylene E | 7/7/14 | Reject | Not Signed | 15 |
| 7412 | Wilkerson, Alvin D | 6/4/14 | Reject | Not Member of Class | 15 |
| 7369 | Wilkerson, Alvin D | 6/4/14 | Reject | Not Member of Class | 15 |

In re City of Detroit, Michigan
Case No. 13-53846 (SWR)
Page 4 of 4
13-53846-tjt    Doc 6179-12    Filed 07/21/14    Entered 07/21/14 23:26:53    Page 5 of 5