TO: Judge Steven Rhodes

RE: Recognitions of Voting Conditions and Influences
Chapter 9, Case No. 13-53846;
Judge Steven Rhodes, U.S. Bankruptcy Court,
Eastern District of Michigan, Southern Division

I, Vera C. Magee want my circumstances to be known, stated, recorded, documented and/or filed that the votes I casted on behalf of the Bankruptcy Plan of Adjustment; albeit, reject or accept the plans, were submitted Under Duress. For voting was forced upon me, threats of worsening proportions were stated, and as a result, my actions of voting were a result of stress and fear. Basically, <u>the act of voting was Under Duress</u> because it was an action that I would not have conceded to otherwise.

Sincerely,

SIGNATURE: *Vera C. Magee*, Creditor

ADDRESS: 5165 Iroquois

CITY / STATE / ZIP: Detroit, MI 48213

PHONE(S): 313 921-3385 Home, 313 268-8943 Cell

DATE: July 16, 2014

13-53846-tjt   Doc 6182   Filed 07/18/14   Entered 07/22/14 09:54:00   Page 1 of 1