## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No.: 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## AMENDED NOTICE OF VIDEO DEPOSITION OF
## MARTHA E.M. KOPACZ

To:    Phoenix Management Services

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, the City of Detroit, by and through its counsel, will take the deposition upon oral examination of **Martha E.M. Kopacz** at Squire Patton Boggs LLP, located at 30 Rockefeller Plaza, 23rd Floor, New York, N.Y. 10112, on **Thursday, July 31, 2014**, and **Friday, August 1, 2014**, or at such other date or place to which the parties mutually agree.  The deposition will begin at **9:00 a.m.** on both days and will continue until completed.

The deposition will be taken before a court reporter or other person authorized by law to administer oaths and provide an official record of the deposition.

The deposition will be recorded by stenograph and video for the purpose of discovery, for use in the above-titled action, and for any other purpose permitted under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Dated:  July 22, 2014        Respectfully submitted,

/s/ Heather Lennox
Heather Lennox (OH 0059649)
David G. Heiman (OH 0038271)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California  90071
Telephone:  (213) 243-2382
Facsimile:  (213) 243-2539
bbennett@jonesday.com

Thomas F. Cullen, Jr. (DC 224733)
Gregory M. Shumaker (DC 416537)
Geoffrey S. Stewart (DC 287979)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap (P68258)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, Michigan  48075
Telephone:  (248) 359-7300
Facsimile:  (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

**ATTORNEYS FOR THE CITY OF DETROIT**

## <u>CERTIFICATE OF SERVICE</u>

     I, Heather Lennox, hereby certify that the foregoing AMENDED NOTICE OF VIDEO DEPOSITION OF MARTHA E.M. KOPACZ was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter on this 22nd day of July, 2014.

                          /s/ Heather Lennox