UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## NOTICE OF VIDEOTAPED DEPOSITION OF CAROLINE SALLEE

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, Syncora Guarantee Inc. and Syncora Capital Assurance Inc., by and through their attorneys of record, will take the deposition upon oral examination of **Caroline Sallee** at the offices of Jones Day, 77 West Wacker, Chicago, Illinois 60601-1692 on **Thursday, July 24, 2014,** or at such other date or place to which the parties mutually agree. The deposition will begin at **9:00 a.m.,** and continue until completed. Ms. Sallee's deposition will be taken before a court reporter or other person authorized by law to administer oaths and provide an official record of the deposition. Mr. Sallee's deposition will be recorded by stenograph and videotaped for the purpose of discovery, for use in the above-titled action, and for any other purpose permitted under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Dated: July 22, 2014                    Respectfully submitted,

**KIRKLAND & ELLIS LLP**

By: */s/ Stephen C. Hackney*
   James H.M. Sprayregen, P.C.
   Ryan Blaine Bennett
   Stephen C. Hackney
   KIRKLAND & ELLIS LLP
   300 North LaSalle
   Chicago, Illinois 60654
   Telephone: (312) 862-2000
   Facsimile: (312) 862-2200

         - and -

   Stephen M. Gross
   David A. Agay
   Joshua Gadharf
   MCDONALD HOPKINS PLC
   39533 Woodward Avenue
   Bloomfield Hills, MI 48304
   Telephone: (248) 646-5070
   Facsimile: (248) 646-5075

   *Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*

2

## Certificate of Service

    I, Stephen C. Hackney, hereby certify that on July 22, 2014, I caused the foregoing *Notice of Videotaped Deposition of Caroline Sallee* to be filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

                                            */s/ Stephen C. Hackney*
                                              Stephen C. Hackney