Dear Judge Rhodes,

I read that you said in the bankruptcy case that "profound change might be necessary." You also warned that "you would not approve steep cuts unless they are fair!" How is a 90% reduction in health care benefits fair? It sure sounds steep to me. I worked 35 years on the police department while my wife stayed home and took care of our four children living in Detroit which wasn't easy. Now we do not qualify for Medicare and we take several medications for diabetes, high blood pressure, and high cholesterol. We are 66 years old and unable to work.

Please do not let the city cut my health care by 90%!

Thank you,

*Terrance & Judy Sheridan*
Terrance & Judy Sheridan
8744 Phoenix Ct.
Warren, MI 48093

FILED 2014 JUL 21 A 10: 23 U.S. BANKRUPTCY COURT E.D. MICHIGAN DETROIT