TO: _Judge Steve Rhodes_

RE: **Recognitions of Voting Conditions and Influences**
   **Chapter 9, Case No. 13-53846;**
   **Judge Steven Rhodes, U.S. Bankruptcy Court,**
   **Eastern District of Michigan, Southern Division**

FILED
2014 JUL 21 A 10: 22
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

I, _Brenda Davis_ want my circumstances to be known, stated, recorded, documented and/or filed that the votes I casted on behalf of the Bankruptcy Plan of Adjustment; albeit, reject or accept the plans, were submitted Under Duress. For voting was forced upon me, threats of worsening proportions were stated, and as a result, my actions of voting were a result of stress and fear. Basically, <u>the act of voting was Under Duress</u> because it was an action that I would not have conceded to otherwise.

Sincerely,

SIGNATURE: _Brenda Davis_, Creditor

ADDRESS: _31418 Schoenherr Rd, Apt 1_

CITY / STATE / ZIP: _Warren MI 48088_

PHONE(S): _____

DATE: _7-17-14_

13-53846-tjt   Doc 6196   Filed 07/21/14   Entered 07/22/14 15:04:49   Page 1 of 1