TO: Judge Steven Rhodes

RE: Recognitions of Voting Conditions and Influences
Chapter 9, Case No. 13-53846;
Judge Steven Rhodes, U.S. Bankruptcy Court,
Eastern District of Michigan, Southern Division

I, Gloria Patterson want my circumstances to be known, stated, recorded, documented and/or filed that the votes I casted on behalf of the Bankruptcy Plan of Adjustment; albeit, reject or accept the plans, were submitted Under Duress. For voting was forced upon me, threats of worsening proportions were stated, and as a result, my actions of voting were a result of stress and fear. Basically, <u>the act of voting was Under Duress</u> because it was an action that I would not have conceded to otherwise.

Sincerely,

SIGNATURE: Gloria Patterson , Creditor

ADDRESS: 17147 Stahelin

CITY / STATE / ZIP: Detroit, Michigan 48219

PHONE(S): 313 670-7979

DATE: Friday, July 18, 2014