TO: _Judge Steven Rhodes_

RE: Recognitions of Voting Conditions and Influences
Chapter 9, Case No. 13-53846;
Judge Steven Rhodes, U.S. Bankruptcy Court,
Eastern District of Michigan, Southern Division

I, _Linda Lovelady_ want my circumstances to be known, stated, recorded, documented and/or filed that the votes I casted on behalf of the Bankruptcy Plan of Adjustment; albeit, reject or accept the plans, were submitted Under Duress. For voting was forced upon me, threats of worsening proportions were stated, and as a result, my actions of voting were a result of stress and fear. Basically, <u>the act of voting was Under Duress</u> because it was an action that I would not have conceded to otherwise.

Sincerely,

SIGNATURE: _Linda Lovelady_ Creditor

ADDRESS: _19930 Blackstone St._

CITY / STATE / ZIP: _Detroit, MI 48219_

PHONE(S): _____

DATE: _7/20/2014_

13-53846-tjt    Doc 6200    Filed 07/22/14    Entered 07/22/14 15:16:28    Page 1 of 1