TO: Judge Steven Rhodes

FILED

2014 JUL 22 A 10:04

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

RE: Recognitions of Voting Conditions and Influences
Chapter 9, Case No. 13-53846;
Judge Steven Rhodes, U.S. Bankruptcy Court,
Eastern District of Michigan, Southern Division

I, Gwendolyn Flowers, want my circumstances to be known, stated, recorded, documented and/or filed that the votes I casted on behalf of the Bankruptcy Plan of Adjustment; albeit, reject or accept the plans, were submitted Under Duress. For voting was forced upon me, threats of worsening proportions were stated, and as a result, my actions of voting were a result of stress and fear. Basically, <u>the act of voting was Under Duress</u> because it was an action that I would not have conceded to otherwise.

Sincerely,

SIGNATURE: Gwendolyn Flowers, Creditor

ADDRESS: 48733 Chelmsford Court

CITY / STATE / ZIP: Chesterfield, Mich 48047

PHONE(S): 313 410 6279 (Cell) or 586 648 2686

DATE: 7/16/2014