TO: Judge Steven Rhodes

RE: Recognitions of Voting Conditions and Influences
Chapter 9, Case No. 13-53846;
Judge Steven Rhodes, U.S. Bankruptcy Court,
Eastern District of Michigan, Southern Division

FILED
2014 JUL 22 A 10: 04

I, Ruby L. Gater _____ want my Circumstances to be known, stated, recorded, documented and/or filed that the votes I casted on behalf of the Bankruptcy Plan of Adjustment, albeit, rejected or accept the plans, were submitted Under Duress. For voting was forced upon me, threats of worsening proportions were stated, and as a result my actions of voting were a result of stress and fear. Basically, <u>the act of voting was under Duress</u> because it was an action that I would not have conceded to otherwise.

Sincerely,

SIGNATURE Ruby L. Gater

ADDRESS 19449 Packard Street

CITY/STATE/ZIP Detroit, Mich. 48234

PHONE(S) 313 892-9838 or 313 212-4566

DATE July 17, 2014