**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re | : Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | : Case No. 13-53846 |
| Debtor. | : Hon. Steven W. Rhodes |

# STIPULATION FOR AN ORDER MODIFYING CERTAIN DEADLINES FOR AFSCME REGARDING PLAN CONFIRMATION

The City of Detroit, Michigan (the "City") and Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees and its affiliated Detroit Locals (collectively, "AFSCME"; and, together with the City, the "Parties"), by and through each of their undersigned counsel, stipulate as follows:

1. The City has reached an agreement with AFSCME regarding the treatment of "Pension Claims" and/or "OPEB Claims" (as such terms are defined in the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 5, 2014) [Docket No. 4392] (the "Plan"))[1] as described in the Plan and/or the Disclosure Statement, provided that (1) Classes 10, 11 and 12 vote to

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Plan, the Scheduling Orders or in the June Stipulation (defined below).

accept the Plan; and (2) the funding contemplated by the State Contribution Agreement and the DIA Settlement is actually committed, subject to the fulfillment of the conditions that accompany such funding (the "Funding Commitments"). The Parties have also reached collective bargaining agreements, approved by the City and ratified by the AFSCME locals.

2. The City and, *inter alia*, AFSCME executed a stipulation dated May 9, 2014 (the "Original Stipulation") that modified certain deadlines established by this Court's *Fourth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment* (Docket No. 4202) (the "Fourth Amended Scheduling Order"). The Original Stipulation was approved by Order of the Court entered on May 9, 2014 [Docket No. 4587]. The Original Stipulation contained dates for AFSCME to file and serve various papers and pleadings, including objections to confirmation and expert reports, which dates varied depending on certain contingencies, including the Funding Commitments and Classes 10, 11 and 12 voting for the Plan.

3. On June 9, 2014, the Court entered its *Fifth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment* [Docket No. 5259] (the "Fifth Amended Scheduling Order").

4. Pursuant to the *First Amended Stipulation Modifying Certain Plan Discovery and Pleading Deadlines for Certain Non-Debtor Parties* filed on

June 20, 2014 [Docket No. 5473] (the "June Stipulation"), the City and, *inter alia*, AFSCME agreed that if on or before July 21, 2014, a tally of votes is filed in the Court showing that (a) Classes 10, 11, or 12 have voted to reject the Plan or (b) the Plan has been materially modified to the detriment of Holders of Claims in Classes 10, 11, or 12, then AFSCME may file in Court and serve on July 22, 2014 its brief objecting to confirmation and witness lists opposing confirmation. The Court entered an Order approving the Stipulation on June 20, 2014 [Docket No. 5482].

5. At present, voting on acceptance or rejection of the Plan by all creditor classes, including Classes 10, 11, and 12 has been substantially completed, and the official tally of such vote was filed with the Court on July 21, 2014.

6. The City's implementation of the Plan may affect pension, annuity and/or retiree health benefits held by AFSCME employees and retirees of certain non-City entities including the Detroit Library Commission (the "DLC") that participate in the City's General Retirement System and the City's other retiree benefit programs (the "Impairment Issue"). AFSCME is engaged in discussions with the DLC and the City regarding the Impairment Issue.

7. AFSCME has agreed to support, and has issued support for, the Plan with respect to City employees and retirees.

8. In light of the discussions involving the Impairment Issue, the Parties have agreed to seek a modification of the June Stipulation and to permit

AFSCME additional time to file in Court a confirmation objection brief and AFSCME's witness lists (if any) until July 29, 2014, solely with regard to the Impairment Issue.

## STIPULATION

NOW, THEREFORE, it is hereby stipulated and agreed by and among the Parties, through their undersigned counsel:

1. AFSCME may file and serve its confirmation objection brief and witness lists, if any, but solely with regard to the Impairment Issue, on or before July 29, 2014.
2. The provisions of the Fifth Amended Scheduling Order and the June Stipulation remain in full force and effect, except as modified by this Stipulation.
3. The Parties request that the Court enter the proposed Order attached hereto as Exhibit 1 approving this Stipulation.

Dated: July 22, 2014

/s/ Sharon L. Levine
Sharon L. Levine
Philip J. Gross
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-6247
slevine@lowenstein.com
pgross@lowenstein.com

/s/ Heather Lennox
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com

Herbert A. Sanders
THE SANDERS LAW FIRM PC
615 Griswold St., Suite 913
Detroit, MI 48226
Telephone: (313) 962-0099
Facsimile: (313) 962-0044
hsanders@miafscme.org

Richard G. Mack, Jr., Esq.
MILLER COHEN PLC
600 West Lafayette Boulevard
4th Floor
Detroit, MI 48226-3191
Telephone: (313) 566-4787
Facsimile: (313) 964-4490
richardmack@millercohen.com

ATTORNEYS FOR AFSCME

hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK
AND STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY

# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| Debtor. | : | Hon. Steven W. Rhodes |

**ORDER MODIFYING CERTAIN DEADLINES FOR AFSCME REGARDING PLAN CONFIRMATION**

This matter came before the Court on the Stipulation for an Order Modifying Certain Deadlines for AFSCME Regarding Plan Confirmation, dated July 22, 2014 (the "Stipulation")[1]; the Court having reviewed the Stipulation; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

[1] Capitalized terms not defined herein have the meanings given to them in the Stipulation.

2. AFSCME may file and serve its confirmation objection brief and witness lists, if any, but solely with regard to the Impairment Issue, on or before July 29, 2014.

3. The provisions of the Fifth Amended Scheduling Order and the June Stipulation remain in full force and effect, except as modified by this Stipulation.

## CERTIFICATE OF SERVICE

I, Sharon L. Levine, hereby certify that the foregoing Stipulation for an Order Modifying Certain Deadlines for AFSCME Regarding Plan Confirmation was filed and served via the Court's electronic case filing and noticing system on this 22nd day of July, 2014.

/s/ Sharon L. Levine