UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

**OFFICIAL COMMITTEE OF RETIREES**
**NOTICE OF SERVICE OF EXPERT REPORTS**

The First Amended Stipulation Modifying Certain Plan Discovery and Pleading Deadlines for Certain Non-Debtor Parties, approved and entered by the Court's Order Approving the First Amended Stipulation Modifying Certain Plan Discovery and Pleading Deadlines for Certain Non-Debtor Parties [Dkt. No. 5482] requires service and filing of expert reports. However, on other occasions, the Court has indicated it does not want expert reports to be filed on the docket. The Official Committee of Retirees of the City of Detroit, Michigan (the "Committee") hereby gives notice of service of the following expert reports supporting confirmation on this day on all objecting parties in this case:

1. Attached hereto as Exhibit 1 is the expert report of Stuart Wohl.

2. Attached hereto as Exhibit 2 is the expert report of Howard Atkinson.

3. Attached hereto as Exhibit 3 is the expert report of Kim Nicholl.

1

Non-objecting parties who want notice of the expert reports should contact undersigned counsel for the Committee to request copies.

Dated: July 22, 2014                               Respectfully submitted,

                                                   By: */s/ Sam Alberts*

Claude Montgomery                                  Sam Alberts
Carole Neville                                     Dan Barnowski
DENTONS US LLP                                     DENTONS US LLP
1221 Avenue of the Americas                        1301 K Street, NW, Suite 600 East Tower

New York, New York 10020                           Washington, DC 20005
Tel:   (212) 768-6700                              Tel: (202) 408-6400
Fax:   (212) 768-6800                              Fax: (202) 408-6399
claude.montgomery@dentons.com                      sam.alberts@dentons.com
carole.neville@dentons.com                         dan.barnowski@dentons.com

BROOKS WILKINS SHARKEY & TURCO PLLC
Matthew E. Wilkins
Paula A. Hall
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
Direct: (248) 971-1711
Cell: (248) 882-8496
Fax: (248) 971-1801
wilkins@bwst-law.com
hall@bwst-law.com

*Attorneys for the Official Committee of Retirees of the City of Detroit, Michigan*

**CERTIFICATE OF SERVICE**

I, Sam Alberts, hereby certify that the foregoing document was filed and served via the Court's electronic case filing and noticing system on July 22, 2014.

                                                   By:   */s/ Sam Alberts*
                                                         Sam Alberts

2