UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN,<br><br>        Debtor. | Case No. 13-53846<br><br>In Proceedings Under<br>Chapter 9<br><br>Hon. Steven W. Rhodes |

**WAYNE COUNTY'S FOURTH AMENDED WITNESS LIST IN CONNECTION WITH CONFIRMATION OF THE DEBTOR'S FOURTH AMENDED PLAN OF ADJUSTMENT**

Wayne County, Michigan, a Michigan Constitutional corporation, a party-in-interest in this case, by and through its County Executive, Robert A. Ficano ("Wayne County"), states that it may call the following fact witnesses at the Confirmation Hearing:

| Number | Name | Topics: |
|---|---|---|
| 1. | Solon Phillips, Wayne County Deputy Chief of Staff to Wayne County Executive | • Plan Feasibility<br>• Debtor's Good Faith |
| 2. | Kenneth Kucel, Deputy Director, Public Services | • Impact of DWSD maintenance issues on Wayne County |
| 3. | Kelly Cave, Chief Engineer, Wayne County Department of Environment | • DWSD Capital Needs<br>• Feasibility of continuation of DWSD in present form. |
| 4. | Sue F. McCormick, Director DWSD | • Plan Feasibility<br>• DWSD Operations<br>• DWSD Capital Needs<br>• DWSD History<br>• Viability of DWSD as currently operating |
| 5. | Nicolette Bateson, CFO, DWSD | • Plan Feasibility<br>• DWSD Operations<br>• DWSD Capital Needs |

1

| | | |
|---|---|---|
| | | • DWSD History |
| | | • Viability of DWSD as currently operating |
| 6. | Bart Foster, rate consultant to DWSD | • Plan feasibility |
| | | • Effect of Plan on DWSD rates |
| | | • Effect of DWSD rates on poverty in City of Detroit |
| 7. | Vyto Kaunelis, OHM Advisors, advisor to City with respect to DWSD capital improvements | • Plan feasibility |
| | | • DWSD capital improvement needs |
| 8. | Any witness listed on any other witness list filed | |
| 9. | Any rebuttal witnesses | |
| 10. | Any witness necessary to authenticate any documents. | |

Wayne County reserves the right to supplement the testimony topics associated with any witness and to amend its witness list as may be necessary.

Respectfully Submitted,

BUTZEL LONG, a professional Corporation

/s/ Max J. Newman
By: Max J. Newman (P51483)
By: Beth Gotthelf (P38951)
Attorneys for Wayne County
Stoneridge West
41000 Woodward Ave
Bloomfield Hills, MI 48304
(248) 258-2907
newman@butzel.com

Dated: July 22, 2014