UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:  ) Case No. 13-53846
  )
CITY OF DETROIT, MICHIGAN,  ) In Proceedings Under
  ) Chapter 9
  Debtor.  )
  ) Hon. Steven W. Rhodes
  )

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2014, I electronically served *Wayne County's Fourth Amended Witness List in Connection with Confirmation of the Debtor's Fourth Amended Plan of Adjustment* with the Court using the CM/ECF system.

Respectfully Submitted,

BUTZEL LONG, a professional Corporation

/s/ Max J. Newman
By: Max J. Newman (P51483)
By: Beth Gotthelf (P38951)
Attorneys for Wayne County
Stoneridge West
41000 Woodward Ave
Bloomfield Hills, MI 48304
(248) 258-2907
newman@butzel.com

Dated: July 23, 2014