**TO:** _Judge Steven Rhodes_

**RE:** **Recognitions of Voting Conditions and Influences**
  **Chapter 9, Case No. 13-53846;**
  **Judge Steven Rhodes, U.S. Bankruptcy Court,**
  **Eastern District of Michigan, Southern Division**

FILED

2014 JUL 23 A 9: 58

BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

I, _Patricia Granberry_ want my circumstances to be known, stated, recorded, documented and/or filed that the votes I casted on behalf of the Bankruptcy Plan of Adjustment; albeit, reject or accept the plans, were submitted Under Duress. For voting was forced upon me, threats of worsening proportions were stated, and as a result, my actions of voting were a result of stress and fear. Basically, the act of voting was Under Duress because it was an action that I would not have conceded to otherwise.

Sincerely,

**SIGNATURE:** _Patricia Granberry_ , Creditor

**ADDRESS:** _20002 Marlowe_

**CITY / STATE / ZIP:** _Detroit, MI 48235_

**PHONE(S):** _313 861-6049_

**DATE:** _July 21, 2014_