UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
City of Detroit, Michigan,                          Case No. 13-53846
    Debtor.                     Hon. Steven W. Rhodes
_____/

### Order Regarding Motion for Expedited Hearing (Dkt. #6201)

Creditors Michael J. Karwoski and John P. Quinn have filed a motion for an expedited hearing (Dkt. #6201) to address their objections to the plan.

The Court will undertake a comprehensive review of all of the legal and factual issues that are raised in the objections filed by all of the creditors without counsel. The Court further concludes that its consideration of the objections of these two creditors should occur within that process.

Accordingly, the motion for an expedited hearing is denied. The Court will shortly determine what further briefing and oral argument is appropriate in connection with all filed objections to confirmation.

It is so ordered.

.

**Signed on July 23, 2014**

                                                                                           **/s/ Steven Rhodes**
                                                                          **Steven Rhodes**
                                                                          **United States Bankruptcy Judge**