UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

# FIRST AMENDED NOTICE OF 30(B)(6) DEPOSITION OF GABRIEL ROEDER SMITH & COMPANY

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, you are hereby notified that the parties set forth in **Exhibit 1** will take the oral deposition of Gabriel Roeder Smith & Company ("Gabriel Roeder"), commencing on August 4, 2014, at 9:00 a.m. EST, and continuing thereafter until completed. Said deposition will be stenographically and videographically recorded. The deposition will be taken for the purposes of discovery, for use at court hearings or trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure and Federal Rules of Bankruptcy Procedure. The deposition will take place at the offices of Clark Hill PLC, 500 Woodward Avenue, Suite 3500, Detroit, Michigan 48226.

Gabriel Roeder is required to designate, pursuant to Rule 30(b)(6), person(s) to testify on its behalf regarding the subject matters listed in the attached

**Schedule A**.   Gabriel Roeder is requested to provide counsel, as soon as reasonably possible, with a written designation of the name(s) and position(s) of the persons who consent to testify on behalf of Gabriel Roeder.

Dated:  July 23, 2014        /s/ Stephen C. Hackney

>James H.M. Sprayregen, P.C.
>Ryan Blaine Bennett
>Stephen C. Hackney
>KIRKLAND & ELLIS LLP
>300 North LaSalle
>Chicago, Illinois 60654
>Telephone:  (312) 862-2000
>Facsimile:   (312) 862-2200
>
>*Attorneys for Syncora Guarantee Inc., and Syncora Capital Assurance Inc.*
>
>- and -
>
>Stephen M. Gross
>David A. Agay
>Joshua Gadharf
>MCDONALD HOPKINS PLC
>39533 Woodward Avenue
>Bloomfield Hills, MI  48304
>Telephone:  (248) 646-5070
>Facsimile:  (248) 646-5075
>
>*Local Counsel for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*

# EXHIBIT 1

| Party | Counsel for Party |
|---|---|
| *Syncora Guarantee Inc. and Syncora Capital Assurance Inc.* | James H.M. Sprayregen, P.C.<br>Ryan Blaine Bennett<br>Stephen C. Hackney<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>- and -<br><br>Stephen M. Gross<br>David A. Agay<br>Joshua Gadharf<br>MCDONALD HOPKINS PLC<br>39533 Woodward Avenue<br>Bloomfield Hills, MI 48304<br>Telephone: (248) 646-5070<br>Facsimile: (248) 646-5075 |

| Party | Counsel for Party |
|---|---|
| *Hypothekenbank Frankfurt AG; Hypothekenbank Frankfurt International S.A.; and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A..* | Howard S. Sher<br>JACOB & WEINGARTEN, P.C.<br>Somerset Place<br>2301 W. Big Beaver Road, Suite 777<br>Troy, Michigan 48084<br>Tel: (248) 649-1200<br>Fax: (248) 649-2920<br>E-mail: howard@jacobweingarten.com<br><br>-and-<br><br>Matthew G. Summers<br>BALLARD SPAHR LLP<br>919 North Market Street, 11th Floor<br>Wilmington, Delaware 19801<br>Tel: (302) 252-4428<br>Fax: (410) 361-8930<br>E-mail: summersm@ballardspahr.com<br><br>-and-<br><br>Vincent J. Marriott, III, Esquire<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Flr.<br>Philadelphia, PA 19103<br>Phone: 215.864.8236<br>Fax: 215.864.9762<br>Email: marriott@ballardspahr.com |
| *Assured Guaranty Municipal Corp.* | Lawrence A. Larose<br>Samuel S. Kohn<br>Robert A. Schwinger<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 408-5100<br>Fax: (212) 541-5369<br>llarose@chadbourne.com<br>skohn@chadbourne.com<br>rschwinger@chadbourne.com |

| **Party** | **Counsel for Party** |
|---|---|
| *National Public Finance Guarantee Corp.* | James F. Bendernagel, Jr.<br>Guy S. Neal<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 736-8041<br>Fax: (202) 736-8711<br>jbendernagel@sidley.com<br>gneal@sidley.com<br><br>-and-<br><br>Jeffrey E. Bjork<br>Gabriel MacConaill<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013<br>Telephone: (213) 896-6000<br>Fax: (213) 896-6600<br>jbjork@sidley.com<br>gmacconaill@sidley.com |

| Party | Counsel for Party |
|---|---|
| *Financial Guaranty Insurance Company* | Ernest J. Essad Jr.<br>Mark R. James<br>WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.<br>280 North Old Woodward Avenue, Suite 300<br>Birmingham, MI 48009<br>Telephone: (248) 642-0333<br>Facsimile: (248) 642-0856<br>Email: EJEssad@wwrplaw.com<br>Email: mrjames@wwrplaw.com<br><br>-and-<br><br>Alfredo R. Pérez<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana Street, Suite 1600<br>Houston, TX 77002<br>Telephone: (713) 546-5000<br>Facsimile: (713) 224-9511<br>Email: alfredo.perez@weil.com |
| *Wayne County, Michigan* | BUTZEL LONG, a professional Corporation<br><br>Max J. Newman (P51483)<br>Beth Gotthelf (P38951)<br>Attorneys for Wayne County<br>Stoneridge West<br>41000 Woodward Ave<br>Bloomfield Hills, MI 48304<br>(248) 258-2907<br>newman@butzel.com |

4

| Party | Counsel for Party |
|---|---|
| *Oakland County, Michigan* | Joseph M. Fischer (P13452)<br>Robert A. Weisberg (P26698)<br>Christopher Grosman (P58693)<br>CARSON FISCHER, P.L.C.<br>4111 Andover Road, West- Second Floor<br>Bloomfield, Michigan 48302-1924<br>Telephone: (248) 644-4840<br>Facsimile: (248) 644-1832<br>JFischer@CarsonFischer.com<br>RWweisberg@CarsonFischer.com<br>CGrosman@CarsonFischer.com<br><br>-and-<br><br>Sara K. MacWilliams (P67805)<br>Jaye Quadrozzi (P71646)<br>YOUNG &ASSOCIATES<br>27725 Stansbury Blvd., Suite 125<br>Farmington Hills, Ml 48334<br>Telephone: (248) 353-8620<br>Email: efiling@youngpc.com<br>macwilliams@youngpc.com<br>guadrozzi@youngpc.com |

| Party | Counsel for Party |
|---|---|
| *U.S. Bank National Association, as Trustee for the Water and Sewer Bonds* | David E. Lemke (TN13586)<br>Paul S. Davidson (TN11789)<br>Heather J. Hubbard (TN23699)<br>WALLER LANSDEN DORTCH & DAVIS, LLP<br>511 Union Street, Suite 2700<br>Nashville, Tennessee 37219<br>Phone: (615) 244-6380<br>Fax: (615) 244-6804<br><br>-and-<br><br>Robert J. Diehl, Jr. (MI31264)<br>Jaimee L. Witten (P70068)<br>BODMAN PLC<br>1901 St. Antoine Street, 6th Floor<br>Detroit, Michigan 48226<br>Phone: (313) 393-7597<br>Fax: (313) 393-7579 |

| Party | Counsel for Party |
|---|---|
| *Detroit Fire Fighters Association, IAFF Local 344 and the Detroit Police Officers Association* | Barbara A. Patek (P34666)<br>Earle I. Erman (P24296)<br>ERMAN, TEICHER, ZUCKER & FREEDMAN, P.C.<br>400 Galleria Officentre, Suite 444<br>Southfield, MI 48034<br>Telephone: (248) 827-4100<br>Facsimile: (248) 827-4106<br>E-mail: bpatek@ermanteicher.com<br><br>-and-<br><br>James M. Moore (P17929)<br>GREGORY, MOORE, JEAKLE & BROOKS, PC<br>65 Cadillac Square, Suite 3727<br>Detroit, MI 48226-2893<br>Telephone: (313) 964-5600<br>Facsimile: (313) 964-2125<br>E-mail: jim@unionlaw.net<br><br>*Counsel for the DPOA*<br><br>-and-<br><br>Christopher P. Legghio (P27378)<br>Alidz Oshagan (P77231)<br>LEGGHIO & ISRAEL, PC<br>306 S. Washington, Suite 600<br>Royal Oak, MI 48067<br>Telephone: 248 398 5900 x 1131<br>Facsimile: 248 398 2662<br>E-mail: CPL@legghioisrael.com<br><br>*Counsel for the DFFA* |

## Certificate of Service

I, Stephen C. Hackney, hereby certify that on July 23, 2014, I caused the foregoing *First Amended Notice of 30(b)(6) Deposition of Gabriel Roeder Smith and Company* to be filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

*/s/ Stephen C. Hackney*
Stephen C. Hackney