UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## NOTICE OF VIDEOTAPED DEPOSITION OF RYAN BIGELOW

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, and the Order Regarding Deposition Protocol [Doc. No. 5263], Syncora Guarantee Inc. and Syncora Capital Assurance Inc., by and through their attorneys of record, will take the deposition upon oral examination of **Ryan Bigelow** at the offices of Clark Hill PLC, 500 Woodward Avenue, Suite 3500, Detroit, Michigan 48226 on **Tuesday, July 29, 2014**. The deposition will begin at **1:00 p.m.,** and continue until completed. Mr. Bigelow's deposition will be taken before a court reporter or other person authorized by law to administer oaths and provide an official record of the deposition. Mr. Bigelow's deposition will be recorded by stenograph and videotaped for the purpose of discovery, for use in the above-titled action, and for any other purpose permitted under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Dated: July 23, 2014									Respectfully submitted,

**KIRKLAND & ELLIS LLP**

By: */s/ Stephen C. Hackney*
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

- and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075

*Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*

## Certificate of Service

    I, Stephen C. Hackney, hereby certify that on July 23, 2014, I caused the foregoing *Notice of Videotaped Deposition of Ryan Bigelow* to be filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

                                     */s/ Stephen C. Hackney*
                                       Stephen C. Hackney