UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Regarding Response to Motion for Permissive Intervention (Dkt. #6143)

A motion for permissive intervention has been filed (Dkt. #6143). The City shall file a response to the motion by August 1, 2014. After the response is filed, the Court will determine whether oral argument will assist in resolving the motion.

It is so ordered.

.

**Signed on July 23, 2014**

                                              /s/ Steven Rhodes  
                                              Steven Rhodes  
                                              United States Bankruptcy Judge