UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
--------------------------------------------------------x
                                                        :
In re                                                   : Chapter 9
                                                        :
CITY OF DETROIT, MICHIGAN,                              : Case No. 13-53846
                                                        :
                 Debtor.                                : Hon. Steven W. Rhodes
                                                        :
--------------------------------------------------------x
```

## ORDER MODIFYING CERTAIN DEADLINES FOR AFSCME REGARDING PLAN CONFIRMATION

This matter came before the Court on the Stipulation for an Order Modifying Certain Deadlines for AFSCME Regarding Plan Confirmation, dated July 22, 2014 (the "<u>Stipulation</u>")[1]; the Court having reviewed the Stipulation; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court being fully advised in the premises;

        IT IS HEREBY ORDERED THAT:

        1.        The Stipulation is APPROVED.

---

[1]       Capitalized terms not defined herein have the meanings given to them in the Stipulation.

2. AFSCME may file and serve its confirmation objection brief and witness lists, if any, but solely with regard to the Impairment Issue, on or before July 29, 2014.

3. The provisions of the Fifth Amended Scheduling Order and the June Stipulation remain in full force and effect, except as modified by this Stipulation.

.

**Signed on July 23, 2014**

                                              **/s/ Steven Rhodes**
                                              **Steven Rhodes**
                                              **United States Bankruptcy Judge**