UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9
City of Detroit, Michigan,                                Case No. 13-53846
    Debtor.                                           Hon. Steven W. Rhodes
_____/

### Notice Regarding Syncora's Motion to (I) Continue Hearing to Consider Confirmation of Debtor's Plan of Adjustment and (II) Extend Related Deadlines (Dkt. #6136)

The Court concludes that it is appropriate to resolve Syncora's motion to continue hearing and extend deadlines after the City files its next amended plan. Accordingly, Syncora's Motion to (I) Continue Hearing to Consider Confirmation of Debtor's Plan of Adjustment and (II) Extend Related Deadlines (Dkt. #6136) shall be held in abeyance until the further order of the Court.

Signed on July 23, 2014

                                                      /s/ Steven Rhodes
                                                      Steven Rhodes
                                                      United States Bankruptcy Judge