UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
--------------------------------------------------------x
                                                        :
In re                                                   :          Chapter 9
                                                        :
CITY OF DETROIT, MICHIGAN                                :          Case No. 13-53846
                                                        :
                              Debtor.                   :          Hon. Steven W. Rhodes
                                                        :
                                                        :
--------------------------------------------------------x
```

## **WITHDRAWAL OF PROOF OF CLAIM NO. 812**

Claimant Parkrite Holdings LLC, by its attorneys, hereby withdraws its Proof of Claim

No. 812 because the state court litigation on which it was based has been withdrawn.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Parkrite Holdings LLC

By:/s/ Judy B. Calton
      Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com

Dated: July 23, 2014

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on July 23, 2014 I electronically filed the foregoing paper with the Clerk of

the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Parkrite Holdings LLC


By:/s/ Judy B. Calton
     Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com

15323400.1