UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 9
                                                             :
CITY OF DETROIT, MICHIGAN                                    :    Case No. 13-53846
                                                             :
                        Debtor.                              :    Hon. Steven W. Rhodes
                                                             :
                                                             :
-------------------------------------------------------------x
```

## WITHDRAWAL OF PROOF OF CLAIM NO. 720

Claimant Blenheim Building, LLC, by its attorneys, hereby withdraws its Proof of Claim No. 720 because the state court lawsuit on which it was based has been withdrawn.

    Respectfully submitted,

    HONIGMAN MILLER SCHWARTZ AND COHN LLP
    Attorneys for Blenheim Building, LLC

    By:/s/ Judy B. Calton
        Judy B. Calton (P38733)
    2290 First National Building
    660 Woodward Avenue
    Detroit, MI 48226
    (313) 465-7344
    jcalton@honigman.com

Dated: July 23, 2014

## CERTIFICATE OF SERVICE

I certify that on July 23, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for Blenheim Building, LLC


        By:/s/ Judy B. Calton
            Judy B. Calton (P38733)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI 48226
        (313) 465-7344
        jcalton@honigman.com

2
15324346.1
13-53846-tjt    Doc 6235    Filed 07/23/14    Entered 07/23/14 15:38:56    Page 2 of 2