UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-----------------------------------------------------------x
                                            :
In re                                       :     Chapter 9
                                            :
CITY OF DETROIT, MICHIGAN                   :     Case No. 13-53846
                                            :
              Debtor.                       :     Hon. Steven W. Rhodes
                                            :
                                            :
-----------------------------------------------------------x
```

## WITHDRAWAL OF PROOF OF CLAIM NO. 749

Claimant 136 Bagley LLC, by its attorneys, hereby withdraws its Proof of Claim No. 749 because the state court lawsuit on which it was based has been withdrawn.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for 136 Bagley LLC

        By:/s/ Judy B. Calton
            Judy B. Calton (P38733)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI  48226
        (313) 465-7344
        jcalton@honigman.com

Dated:  July 23, 2014

## CERTIFICATE OF SERVICE

I certify that on July 23, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for 136 Bagley LLC


By:/s/ Judy B. Calton
    Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com