UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
:
In re                                        :     Chapter 9
:
CITY OF DETROIT, MICHIGAN                    :     Case No. 13-53846
:
       Debtor.                               :     Hon. Steven W. Rhodes
:
:
---------------------------------------------------------------x

## WITHDRAWAL OF PROOF OF CLAIM NO. 734

Claimant 120 W. Montcalm Properties LLC, by its attorneys, hereby withdraws its Proof of Claim No. 734 because the state court lawsuit on which it was based has been withdrawn.

    Respectfully submitted,

    HONIGMAN MILLER SCHWARTZ AND COHN LLP
    Attorneys for 120 W. Montcalm Properties LLC

    By:/s/ Judy B. Calton
        Judy B. Calton (P38733)
    2290 First National Building
    660 Woodward Avenue
    Detroit, MI 48226
    (313) 465-7344
    jcalton@honigman.com

Dated: July 23, 2014

## **CERTIFICATE OF SERVICE**

I certify that on July 23, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for 120 W. Montcalm Properties LLC


By:/s/ Judy B. Calton
    Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com