# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: Syncora Guarantee & Syncora Capital Assurance
Firm: Kirkland & Ellis LLP
Address: 300 N. LaSalle
City, State, Zip: Chicago, IL 60654
Phone: 312.862.3200
Email: dustin.paige@kirkland.com

**Case/Debtor Name:**

Case Number: 13-53846
Chapter: 9
Hearing Judge: Hon. Steven Rhodes
⊙ Bankruptcy  ○ Adversary
○ Appeal  Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 07/21/2014   Time of Hearing: 10:00 am   Title of Hearing: Hearing re Detroit Bankruptcy

Please specify portion of hearing requested:  ⊙ Original/Unredacted  ○ Redacted  ○ Copy (2nd Party)

⊙ Entire Hearing  ○ Ruling/Opinion of Judge  ○ Testimony of Witness  ○ Other

Special Instructions: _____

**Type of Request:**

- ⊙ Ordinary Transcript - $3.65 per page (30 calendar days)
- ○ 14-Day Transcript - $4.25 per page (14 calendar days)
- ○ Expedited Transcript - $4.85 per page (7 working days)
- ○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____ Date _____ By
Order Received:
Transcript Ordered
Transcript Received

**Signature of Ordering Party:**

*/s/ Dustin Paige*   Date: 7/23/14

By signing, I certify that I will pay all charges upon completion of the transcript request.

13-53846-tjt   Doc 6243   Filed 07/23/14   Entered 07/23/14 18:23:38   Page 1 of 1