UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>         Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

**RETIREE ASSOCIATION PARTIES' JOINDER TO THE CITY OF DETROIT'S OBJECTION TO MOTION TO (I) CONTINUE HEARING TO CONSIDER CONFIRMATION AND (II) EXTEND RELATED DEADLINES**

  The Detroit Retired City Employees Association ("DRCEA"), the Retired Detroit Police and Fire Fighters Association ("RDPFFA"), Donald Taylor, individually and as president of the RDPFFA, and Shirley V. Lightsey, individually and as president of the DRCEA (collectively the "Retiree Association Parties"), by and through their undersigned counsel, hereby join in the City of Detroit's Objection to Syncora's Motion to (I) Continue Hearing to Consider Confirmation of Debtor's Plan of Adjustment and (II) Extend Related Deadlines (the "City's Objection") (Doc. 6145), and state as follows:

  In addition to the reasons stated in the City's Objection, the Retiree Association Parties further oppose the requested extension on the grounds asserted by the Official Committee of Retirees ("Committee") in its concurring objection (Doc. 6241). The Retiree Association Parties, like the Committee, are actively

{00211645}1

engaged in the transition of retirees from City provided healthcare benefits to a trust structure and agree that any delay would imprudently jeopardize implementation of retiree healthcare.

WHEREFORE, the Retiree Association Parties respectfully join in the City's Objection and for such further relief as the Court deems just and equitable.

Dated: July 23, 2014

Respectfully submitted,

| | |
|---|---|
| /s/ Ryan C. Plecha | Thomas R. Morris |
| Brian D. O'Keefe | Karin F. Avery |
| Ryan C. Plecha | **SILVERMAN & MORRIS, P.L.L.C.** |
| **LIPPITT O'KEEFE GORNBEIN, PLLC** | 30500 Northwestern Hwy, Suite 200 |
| 370 East Maple Road, 3rd Floor | Farmington Hills, Michigan 48334 |
| Birmingham, Michigan 48009 | (248) 539-1330 |
| (248) 646-8292 | morris@silvermanmorris.com |
| bokeefe@lippittokeefe.com | avery@silvermanmorris.com |
| rplecha@lippittokeefe.com | |

*Attorneys for the Retiree Association Parties.*