## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I, Ryan C. Plecha, hereby certify that **Retiree Association Parties' Joinder To The City Of Detroit's Objection To Motion To (I) Continue Hearing To Consider Confirmation and (II) Extend Related Deadlines** was filed and served via the Court's electronic case filing and noticing system on July 23 , 2014.

                                          By:   *Ryan C. Plecha*
                                                      Ryan C. Plecha