# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

       Debtor.

_____/

Chapter 9

Case No: 13-53846

Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2014, I caused the *Notice of Deposition of Martha E.M. Kopacz* [Doc. No. 6247] to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filings to all ECF participants in this bankruptcy case.

    Respectfully Submitted,

    **JAFFE RAITT HEUER & WEISS, P.C.**

    By: /s/ Paul R. Hage
    Paul R. Hage (P70460)
    27777 Franklin Road, Suite 2500
    Southfield, MI 48034-8214
    Telephone: (248) 351-3000
    phage@jaffelaw.com

    *Counsel for National Public Finance Guarantee Corp.*

Dated: July 24, 2014.