UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**STATE OF MICHIGAN'S SECOND SUPPLEMENTAL RESPONSE TO SYNCORA'S SUBPOENA DUCES TECUM (DKT. #3315)**

The State of Michigan provides the following second supplemental response to Syncora's Subpoena Duces Tecum:

**Document Request No. 6:** All documents and communications relating to any federal, state, or private money that the City of Detroit either (a) has received since January 1, 2010, or (b) expects to receive.

**Supplemental Answer to Request No. 6:** See attached summary of Act 51 funds paid to the City of Detroit.

Respectfully submitted,

*/s/ Matthew Schneider*
Matthew Schneider [P62190]
Chief Legal Counsel
Attorney for State of Michigan
P.O. Box 30754, Lansing, MI 48909
(517) 373-3203
Dated: July 24, 2014            SchneiderM7@michigan.gov