UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2014, I electronically filed the State of Michigan's Second Supplemental Response to Syncora's Subpoena Duces Tecum (Dkt. #3315) [Docket No. 6249] with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

Further, I certify that on July 24, 2014, I served the State's second supplemental response upon the attorney of record for Syncora, Stephen M. Gross, by mailing to him at McDonald Hopkins, PLC, 39533 Woodward Ave., Bloomfield Hills, MI 48304, to the Retiree Committee, Matthew E. Wilkins, by mailing to him at Brooks Wilkins Sharkey & Turco, 401 South Old Woodward, Ste 400, Birmingham, MI 489009, and

Financial Guaranty Insurance Company, Edward Soto, Weil, Gotshal & Manges LLP, 1395 Brickell Avenue, Suite 1200, Miami, FL 33131, with first class postage fully prepaid.

*/s/Matthew Schneider*
Matthew Schneider
Chief Legal Counsel
Attorney for State of Michigan
P.O. Box 30754
Lansing, Michigan  48909
(517) 373-3203
SchneiderM7@michigan.gov
[P62190]
