UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

In re:  : Chapter 9

CITY OF DETROIT, MICHIGAN,  : Case No. 13-53846 (SWR)

Debtor.  : Hon. Steven W. Rhodes

---

## ORDER CONCERNING THE DEADLINE FOR OBJECTING CREDITORS TO SERVE COPIES OF CERTAIN REBUTTAL EXPERT REPORTS

This matter having come to the Court upon the stipulation of the City of Detroit, Michigan; Syncora Capital Assurance Inc. and Syncora Guarantee Inc. ("Syncora"); Financial Guaranty Insurance Company; and the Ad Hoc COPs-Holders (collectively, "Objecting Creditors"); and the Court being otherwise duly advised in the premises;

**NOW, THEREFORE**, **IT IS ORDERED** that the deadline for Objecting Creditors to serve copies of rebuttal expert reports regarding pensions shall be extended to **July 29, 2014**. This Order pertains to one expert from Syncora and one expert from the Ad-Hoc COPs-Holders. FGIC will file an expert report that addresses pensions on **July 25, 2014** but may supplement that report by **July 29, 2014**. All other deadlines in the Fifth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (Docket No. 5259) shall remain the same.

.

**Signed on July 24, 2014**

                                                             /s/ Steven Rhodes
                                                         Steven Rhodes
                                                         **United States Bankruptcy Judge**