**EXHIBIT 6(B)**



THIRD JUDICIAL CIRCUIT
OF MICHIGAN

JEANNE STEMPIEN
PRESIDING JUDGE
CIVIL DIVISION

COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE
DETROIT, MICHIGAN 48226-3413

(313) 224-5207

July 26, 2013

Dear Counsel / Party,

    On July 17, 2013, the City of Detroit filed a bankruptcy petition under Chapter 9 of the Bankruptcy Code and an automatic stay is in effect by operation of federal law. Therefore, your case is administratively stayed.

    The stay is in effect until further order of the Federal Court as to the City of Detroit. If you believe that you or your client is not subject to the stay, you may file a motion with the judge assigned to your case to obtain relief from the stay as to other parties.

Very truly yours,

*Jeanne Stempien*

Jeanne Stempien
Presiding Judge, Civil Division