**EXHIBIT 6(D)**

```
1                           STATE OF MICHIGAN
             IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE
2                             CIVIL DIVISION

3

   CYNTHIA BIBB,
4
                  Plaintiff,
5
                                      Case No. 13-005402-CK
6    vs.

7    GENERAL RETIREMENT SYSTEM,

8                  Defendant.
     _____/
9

10
                             __MOTION__
11

12          BEFORE THE HONORABLE MARIA L. OX HOLM Circuit Court

13          Judge in Detroit, Michigan on Friday, December 6, 2013.

14

15

16   APPEARANCES:

17
     For the Plaintiff:       CHRISTINE HOPKINS, P76264
18                            33 Bloomfield Hills Parkway, Suite 250
                              Bloomfield Hills, MI 48201
19                            (248) 644-1500

20

21

22
     For the Defendant:       AARON L. CASTLE, P70960
23                            79 Alfred Street
                              Detroit, MI 48201
24                            (248) 578-1200

25
```

**EXHIBIT 6(D)**

<table>
<tr><td>1</td><td colspan="2" align="center">TABLE OF CONTENTS</td><td>PAGE</td></tr>
<tr><td>2</td><td></td><td></td><td></td></tr>
<tr><td></td><td>WITNESS:</td><td></td><td></td></tr>
<tr><td>3</td><td>None</td><td></td><td></td></tr>
<tr><td>4</td><td></td><td></td><td></td></tr>
<tr><td>5</td><td></td><td></td><td></td></tr>
<tr><td>6</td><td></td><td></td><td></td></tr>
<tr><td>7</td><td></td><td></td><td></td></tr>
<tr><td>8</td><td></td><td></td><td></td></tr>
<tr><td>9</td><td></td><td></td><td></td></tr>
<tr><td>10</td><td></td><td></td><td></td></tr>
<tr><td>11</td><td></td><td></td><td></td></tr>
<tr><td>12</td><td></td><td></td><td></td></tr>
<tr><td>13</td><td></td><td></td><td></td></tr>
<tr><td>14</td><td></td><td></td><td></td></tr>
<tr><td>15</td><td></td><td></td><td></td></tr>
<tr><td>16</td><td></td><td></td><td></td></tr>
<tr><td>17</td><td></td><td></td><td></td></tr>
<tr><td>18</td><td></td><td></td><td></td></tr>
<tr><td>19</td><td></td><td></td><td></td></tr>
<tr><td>20</td><td></td><td></td><td></td></tr>
<tr><td></td><td>EXHIBITS:</td><td>IDENTIFIED</td><td>RECEIVED</td></tr>
<tr><td>21</td><td>None</td><td></td><td></td></tr>
<tr><td>22</td><td></td><td></td><td></td></tr>
<tr><td>23</td><td></td><td></td><td></td></tr>
<tr><td>24</td><td></td><td></td><td></td></tr>
<tr><td>25</td><td></td><td></td><td></td></tr>
</table>

**EXHIBIT 6(D)**

```
 1                                      Detroit, Michigan
 2                                      Friday, December 6, 2013
 3                                      (Morning session)
 4                 - - -
 5                 THE COURT:  Recalling 13-005321-CK. Okay,
 6         counsel, I'm denying the motion to Lift the Stay.
 7         I am very reluctant to lift the Stay because I do
 8         think that the Court's decision with regard to
 9         whether or not the client is entitled to receive
10         benefits does affect the City of Detroit debt, and
11         so I think the best thing to do, and I've had a
12         couple of other cases where this has happened, that
13         you should go to the Bankruptcy Court and ask them
14         to allow you to proceed in the Circuit Court on
15         this action, so I'm going to deny the motion at
16         this time.
17                 MS. HOPKINS:  Okay, thank you, Your
18         Honor.
19                 MR. CASTLE:  Thank you, Your Honor.
20                 (Proceeding concluded)
21
22
23
24
25
```

3

**EXHIBIT 6(D)**

```
 1                    C E R T I F I C A T E

 2

 3      STATE OF MICHIGAN)
                        ) .ss
 4      COUNTY OF WAYNE  )

 5

 6              I do certify that this transcript consisting

 7      of these pages are a complete, true, and correct transcript of the

 8      proceeding taken in this case in the County of Wayne, State of

 9      Michigan on Friday, December 13, 2013.

10

11

12

13

14

15

16              _____Margaret Bamonte_____
                Margaret Bamonte R-5518
17              Official Court Reporter
                CAYMC Building
18              Detroit, MI 48226
                (313) 224-5243
19

20

21

22

23

24

25
```

4