---------------------------------------------------------x
                                   :

In re                              : Chapter 9
                                   :

CITY OF DETROIT, MICHIGAN,     : Case No. 13-53846
                                   :

                Debtor.           : Hon. Steven W. Rhodes
                                   :
---------------------------------------------------------x

**STIPULATION FOR AN ORDER AUTHORIZING AMBAC ASSURANCE CORPORATION AND BLACKROCK FINANCIAL MANAGEMENT, INC. TO CHANGE THEIR VOTES ON THE CITY'S PLAN OF ADJUSTMENT**

        The City of Detroit (the "City"), Ambac Assurance Corporation ("Ambac") and BlackRock Financial Management, Inc., on behalf of its managed funds and accounts reflected in Exhibit 1 ("BlackRock," and together with the City and Ambac, the "Parties"), by and through their respective undersigned counsel, stipulate as follows:

        1.     On May 5, 2014, the City filed the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit* (Docket No. 4392) (as it has been and may be further modified, amended or supplemented, the "Plan"). Capitalized terms not otherwise defined herein have the meanings given to them in the Plan.

        2.     On March 11, 2014, the Court entered the *Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or*

*Reject Plan of Adjustment and (II) Approving Notice Procedures Related to Confirmation of the Plan of Adjustment* (Docket No. 2984) (the "Solicitation Procedures Order").

3. On June 9, 2014, the Court entered the *Fifth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to Debtor's Plan of Adjustment* (Docket No. 5259) (the "Scheduling Order"). The Scheduling Order established July 11, 2014 as the deadline for submitting ballots to vote on the Plan.

4. Pursuant to the Solicitation Procedures Order and the Scheduling Order, Ambac and BlackRock submitted timely ballots rejecting the Plan with respect to Class 7 Limited Tax General Obligation ("LTGO") Bond Claims.

5. Prior to the July 11, 2014 voting deadline, the City reached an agreement with Ambac and BlackRock regarding the treatment of Class 7 claims (the "LTGO Settlement"), and Ambac delivered to counsel for the City a superseding ballot changing its Class 7 vote to a "yes" vote, which was to be held in escrow pending the final documentation of the LTGO Settlement.

6. As a result of the Parties' agreement regarding the treatment of Class 7 claims and the completion of the final documentation of the LTGO Settlement, Ambac and BlackRock believe that the Plan should be approved with

-2-
LAI-3219731v1

respect to the LTGO Bond Claims, and each of Ambac and BlackRock desires to change its votes rejecting the Plan to a vote accepting the Plan.

       7.     Accordingly, the Parties have agreed, pursuant to Federal Rule of Bankruptcy Procedure 3018(a), that Ambac and BlackRock shall be permitted to submit new ballots to the City's balloting agent, Kurtzman Carson Consultants, and that such new ballots shall (a) accept the Plan, (b) be deemed timely and (c) supersede any previous Class 7 ballots submitted by Ambac and BlackRock.

LAI-3219731v1

Dated: July 25, 2014

| | |
|---|---|
| **ARENT FOX** | **JONES DAY** |
| /s/ Carol Connor Cohen | /s/ Heather Lennox |
| Carol Connor Cohen | David G. Heiman (OH 0038271) |
| Caroline Turner English | Heather Lennox (OH 0059649) |
| Randall Brater | JONES DAY |
| 1717 K Street, NW | North Point |
| Washington, DC 20036-5342 | 901 Lakeside Avenue |
| (202) 857-6054 | Cleveland, Ohio 44114 |
| Email: Carol.Cohen@arentfox.com | Telephone: (216) 586-3939 |
| | Facsimile: (216) 579-0212 |
| David L. Dubrow | dgheiman@jonesday.com |
| Mark A. Angelow | hlennox@jonesday.com |
| 1675 Broadway | |
| New York, NY 10019 | Bruce Bennett (CA 105430) |
| (212) 484-3900 | JONES DAY |
| | 555 South Flower Street |
| -and- | Fiftieth Floor |
| | Los Angeles, California 90071 |
| **SCHAFER AND WEINER, PLLC** | Telephone: (213) 243-2382 |
| Daniel J. Weiner (P32010) | Facsimile: (213) 243-2539 |
| Brendan G. Best (P66370) | bbennett@jonesday.com |
| 40950 Woodward Ave, Ste. 100 | |
| Bloomfield Hills, MI 48304 | Jonathan S. Green (MI P33140) |
| (248) 540-3340 | Stephen S. LaPlante (MI P48063) |
| Email: bbest@schaferandweiner.com | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
| | 150 West Jefferson |
| ATTORNEYS FOR AMBAC ASSURANCE CORPORATION | Suite 2500 |
| | Detroit, Michigan 48226 |
| | Telephone: (313) 963-6420 |
| | Facsimile: (313) 496-7500 |
| | green@millercanfield.com |
| | laplante@millercanfield.com |
| | |
| | ATTORNEYS FOR THE CITY |

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
 /s/ Amy Caton
Amy Caton
1177 Avenue of the Americas
New York, NY 10036
(212) 715-7772
Email: acaton@kramerlevin.com

-and-

**STEINBERG SHAPIRO & CLARK**
Geoffrey T. Pavlic, Esq.
25925 Telegraph Road, Suite 203
Southfield, MI 48033
(248) 352-4700
pavlic@steinbergshapiro.com

ATTORNEYS FOR BLACKROCK FINANCIAL MANAGEMENT, INC.

# **EXHIBIT 1**

BlackRock Core Bond Trust
BlackRock Income Opportunity Trust, Inc.
BlackRock High Yield Municipal Fund
BlackRock Global Funds - Fixed Income Global Opportunities Fund
Ford Motor Company Defined Benefit Master Trust
BlackRock MuniAssets Fund, Inc.
BlackRock MuniAssets Fund, Inc.
The Obsidian Master Fund
United Technologies Stable Value (Met SA 100C) FIGO Portfolio

# **EXHIBIT 2**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                                         :
In re                                                    : Chapter 9
                                                         :
CITY OF DETROIT, MICHIGAN,                               : Case No. 13-53846
                                                         :
            Debtor.                                      : Hon. Steven W. Rhodes
                                                         :
---------------------------------------------------------x

**ORDER AUTHORIZING AMBAC ASSURANCE CORPORATION AND BLACKROCK FINANCIAL MANAGEMENT, INC. TO CHANGE THEIR VOTES ON THE CITY'S PLAN OF ADJUSTMENT**

This matter came before the Court on the Stipulation for an Order Authorizing Ambac Assurance Corporation and BlackRock Financial Management, Inc. to Change Their Votes on the City's Plan of Adjustment (the "Stipulation"), filed by the City of Detroit (the "City"), Ambac Assurance Corporation ("Ambac") and BlackRock Financial Management, Inc. ("BlackRock"). The Court has reviewed the Stipulation and finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (c) there is cause under Federal Rule of Bankruptcy Procedure 3018(a) to permit Ambac and BlackRock to change their Class 7 votes on the City's plan of adjustment.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. Ambac and BlackRock shall, within two business days of the entry of this Order, submit superseding ballots changing their Class 7 votes to "yes" votes accepting the City's Plan.

-2-
LAI-3219731v1
13-53846-tjt    Doc 6260    Filed 07/25/14    Entered 07/25/14 15:21:35    Page 9 of 10

# CERTIFICATE OF SERVICE

      I, Heather Lennox, hereby certify that the foregoing Stipulation for an Order Authorizing Ambac Assurance Corporation and BlackRock Financial Management, Inc. to Change Their Votes on the City's Plan of Adjustment, was filed and served via the Court's electronic case filing and noticing system on this 25th day of July, 2014.

                                  /s/  Heather Lennox