UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2014, I electronically filed the State of Michigan's Response to the Financial Guaranty Insurance Company's Subpoena Duces Tecum (Dkt. #5477) [Docket No. 6263] with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

Further, I certify that on July 25, 2014, the document response was provided today via FTP and by disks overnight mailed to the attorney of record for the Financial Guaranty Insurance Company, Edward Soto, Weil, Gotshal & Manges LLP, 1395 Brickell Ave., Ste. 1200, Miami, FL 33131 for delivery on Monday, July 28, 2014.

*/s/ Matthew Schneider*
Matthew Schneider, Chief Legal Counsel [P62190]
Attorney for State of Michigan
P.O. Box 30754, Lansing, Michigan 48909
(517) 373-3203  SchneiderM7@michigan.gov