# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re <u>City of Detroit, Michigan</u>         Case No. <u>13-53846</u>

                                              Debtor.   Chapter 9


### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Citigroup Global Markets Inc.</u>                <u>Aurelius Convergence Master, Ltd.</u>
Name of Alleged Transferor                    Name of Transferee

Name and Address where notices to Transferee    Court Claim #: <u>1320</u>[1]
should be sent:

                                                Date Claim Filed: <u>February 20, 2014</u>

Aurelius Convergence Master, Ltd.
c/o Aurelius Capital Management, LP             Debtor: <u>City of Detroit, Michigan</u>
535 Madison Avenue, 22nd Floor
New York, NY 10022
Telephone: (646) 445-6583
Fax: (212) 786-5843
Email: bankdebt@aurelius-capital.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

AURELIUS CONVERGENCE
MASTER, LTD.
By: Aurelius Capital Management, LP,           Date:
solely as investment manager and not in
its individual capacity

By: _____
Name: Richard Petrilli
Title: Chief Financial Officer

---

[1] The partial transfer referenced herein is only with respect to 1.41% of the contingent and unliquidated claim set forth in Court Claim number 1320. Nothing about this notice or any prior transfer notices shall be deemed to modify, amend or expand in any way the basis for Court Claim number 1320 as set forth in the Supplement to Court Claim number 1320, dated February 2, 2014.