**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

CITY OF DETROIT, MICHIGAN,

Debtor.

_____

Chapter 9
Case No. 13-53846-SWR
Hon. Steven W. Rhodes

**LIST OF EXPERT WITNESS IN SUPPORT OF COPS HOLDERS' OBJECTION**
**TO PLAN CONFIRMATION**

      The undersigned, through their respective counsel, in accordance with the Fifth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment [Docket No. 5259], hereby provides the identity of the expert witness they may call in support of the COPs Holders' Objection to Confirmation of the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit [Docket No. 4653]:

- William Fornia, Pension Trustee Advisors

Pursuant to the parties' stipulation, Mr. Fornia's expert report will be served on July 29, 2014.

[Signature page to follow]

Dated: Detroit, Michigan
       July 25, 2014

/S/Deborah L. Fish
ALLARD & FISH, P.C.
Deborah L. Fish
2600 Buhl Building
535 Griswold
Detroit, MI 48226
Telephone: (313) 961-6141
Facsimile: (313) 961-6142
dfish@allardfishpc.com
P36580

KRAMER LEVIN NAFTALIS
& FRANKEL LLP
Thomas Moers Mayer
Jonathan M. Wagner
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile:  (212) 715-8000

*Counsel for Dexia Crédit Local and Dexia Holdings, Inc., Panning Capital Management, LP, on behalf of funds and accounts managed by it, Monarch Alternative Capital LP, on behalf of funds and accounts managed by it, Bronze Gable, LL.C., Aurelius Capital Management, LP, on behalf of its managed entities and Stone Lion Capital Partners L.P., on behalf of funds and accounts managed by it*

/S/Kenneth E. Noble
KATTEN MUCHIN ROSENMAN LLP
Kenneth E. Noble
John J. Ramirez
575 Madison Avenue
New York, NY 10022-2585
Tel: (212) 715-9393
E-mail: Kenneth.noble@kattenlaw.com
John. Ramirez@kattenlaw.com

*Counsel for Deutsche Bank AG, London*

z:\13\079\plds\notice.fornia.expert.report.docx

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

CITY OF DETROIT, MICHIGAN,                                    Chapter 9
                                                             Case No. 13-53846-SWR
          Debtor.                              Hon. Steven W. Rhodes

_____

## CERTIFICATION OF SERVICE

       I, Regina Drouillard, hereby certify that on July 25, 2014, I electronically filed the following:

- List of Expert Witness in Support of COPs Holders' Objection to Confirmation of Plan

with the Clerk of the Court using the ECF and I hereby certify that the Court's ECF system has served all registered users.

                           ALLARD & FISH, P.C.

                           /S/Regina Drouillard
                           535 Griswold
                           2600 Buhl Building
                           Detroit MI  48226
                           (313) 961-6141

Dated:  July 25, 2014
z:\13\079\plds\notice.fornia.expert.report.docx