UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
---------------------------------------------------------x

# ORDER AUTHORIZING AMBAC ASSURANCE CORPORATION AND BLACKROCK FINANCIAL MANAGEMENT, INC. TO CHANGE THEIR VOTES ON THE CITY'S PLAN OF ADJUSTMENT

This matter came before the Court on the Stipulation for an Order Authorizing Ambac Assurance Corporation and BlackRock Financial Management, Inc. to Change Their Votes on the City's Plan of Adjustment (the "Stipulation"), filed by the City of Detroit (the "City"), Ambac Assurance Corporation ("Ambac") and BlackRock Financial Management, Inc. ("BlackRock"). The Court has reviewed the Stipulation and finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (c) there is cause under Federal Rule of Bankruptcy Procedure 3018(a) to permit Ambac and BlackRock to change their Class 7 votes on the City's plan of adjustment.

Accordingly, IT IS HEREBY ORDERED THAT:

1.  The Stipulation is APPROVED.

2.  Ambac and BlackRock shall, within two business days of the entry of this Order, submit superseding ballots changing their Class 7 votes to "yes" votes accepting the City's Plan.

.

**Signed on July 25, 2014**

                                                    /s/ Steven Rhodes
                                                  **Steven Rhodes**
                                                  **United States Bankruptcy Judge**