UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                               Chapter 9
                                                     Case No. 13-53846
City of Detroit, Michigan,                           Hon. Steven W. Rhodes
     Debtor.
_____/

## Order Overruling Objections to the City's Plan

     Several parties have filed an objection to the Fourth Amended Plan of Adjustment. These objections were filed after the July 11, 2014 deadline set by the Court for individual retirees to file objections to the plan and the objecting parties have not established cause to file an untimely objection. Accordingly, the objections filed by the individuals listed below are overruled as untimely.

| | |
|---|---|
| Darlene Starks | Dkt. #5988 |
| Deborah J. McCreary | Dkt. #5989 |
| Albert A. Davis | Dkt. #5990 |
| Dionne L. Williams | Dkt. #6026 |
| Michelle Weston | Dkt. #6027 |
| Jerry Davis | Dkt. #6028 |
| Weldon Davis | Dkt. #6029 |
| Lucinda Darrah | Dkt. #6087 |
| Linda M. Mulder | Dkt. #6183 |
| Terrance/Judy Sheridan | Dkt. #6195 |

Signed on July 25, 2014                       /s/ Steven Rhodes_____
                                           Steven Rhodes
                                           United States Bankruptcy Judge