UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN

Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

# OAKLAND COUNTY'S LIST OF EXPERT WITNESSES

The County of Oakland, Michigan ("Oakland County") through its counsel, identifies the following expert witnesses:

| No. | Name | Title / Company |
|---|---|---|
| 1 | Michael Nadol | Managing Director, Public Financial Management, Inc |
| 2 | William G. Stannard, P.E. | President and Chief Executive Officer, Raftelis Financial Consultants, Inc. |
| 3 | William C. (Kriss) Andrews | Managing Director, Alderney Advisors, LLC |
| 4 | Daniel J. Hartman | Managing Director, Public Financial Management, Inc. |
| 5 | Joseph Esuchanko[1] | Actuarial Service Company, PC |

---

[1] Pursuant to a Stipulation entered into with the City, the Report of Mr. Esuchanko will be

Oakland County will serve copies of each expert's report along with the curriculum vitae of each expert and any exhibits cited on the Debtor and parties. The reports together with the curriculum vitae will detail each of the expert's qualifications, areas of expertise and a detailed description of the subject matter on which he will offer his opinion.

RESPECTFULLY SUBMITTED,

**CARSON FISCHER, P.L.C.**

**By:** */s/ Joseph M. Fischer*
Joseph M. Fischer (P13452)
Robert A. Weisberg (P26698)
Christopher Grosman (P58693)
4111 Andover Road, West – Second Floor
Bloomfield, Michigan 48302-1924
Telephone: (248) 644-4840
Facsimile: (248) 644-1832
Email: JFischer@CarsonFischer.com
RWweisberg@CarsonFischer.com
CGrosman@CarsonFischer.com

*Counsel for Oakland County, Michigan*

served on July 29, 2014.

**Young & Associates**

By: /s/ Sara K. MacWilliams
Sara K. MacWilliams (P67805)
Jaye Quadrozzi (P71646)
27725 Stansbury Blvd., Suite 125
Farmington Hills, MI 48334
Telephone: (248) 353-8620
Email: efiling@youngpc.com
  macwilliams@youngpc.com
  quadrozzi@youngpc.com

*Co-counsel for Oakland County, Michigan*

Date: July 25, 2014

## CERTIFICATE OF SERVICE

I certify that on July 25, 2014 I electronically filed Oakland County's List of Expert Witnesses with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

**Young & Associates**

By: /s/ Sara K. MacWilliams
Sara K. MacWilliams (P67805)
Jaye Quadrozzi (P71646)
27725 Stansbury Blvd., Suite 125
Farmington Hills, MI 48334
Telephone: (248) 353-8620
Email: efiling@youngpc.com
macwilliams@youngpc.com
quadrozzi@youngpc.com