UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | )  |
|---|---|
| In re | ) Chapter 9 |
| | ) |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| | ) |
| Debtor. | ) Hon. Steven W. Rhodes |
| | ) |

# SYNCORA'S LIST OF EXPERT WITNESSES RELATED TO THE CITY'S PROPOSED PLAN FOR THE ADJUSTMENT OF DEBTS

1. Syncora Capital Assurance Inc. and Syncora Guarantee Inc. ("Syncora") identify the following individuals as expert witnesses that may testify at the hearing on the City of Detroit's (the "City's") proposed plan for the adjustment of debts (the "Plan") on the subjects specified in their expert reports:

| No. | Name, Title |
|---|---|
| 1. | Elizabeth Von Habsburg, Managing Director, Winston Art Group |
| 2. | Glenn D. Meyers, Managing Director, FTI Consulting, Inc. |
| 3. | Kevin M. Murphy, George J. Stigler Distinguished Service Professor of Economics, University of Chicago |
| 4. | Stephen Rosen, Managing Director, FTI Consulting, Inc. |

2. Syncora reserves the right to further amend its list of expert witnesses as may be necessary to address developments in the case, including additional amendments to the City's Plan.

3. Syncora reserves the right to call as a witness during the hearing on Plan confirmation any expert witness identified by the City.

4. Pursuant to the parties' stipulation [Doc. No. 6251], the expert report of Stephen Rosen will be served on July 29, 2014.

*[Remainder of this page intentionally left blank.]*

Dated: July 25, 2014                    Respectfully submitted,

**KIRKLAND & ELLIS LLP**

By: */s/ Stephen C. Hackney*
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

- and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075

*Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*