UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
------------------------------------------------------------ x
                                            :
In re                                       :    Chapter 9
                                            :
CITY OF DETROIT, MICHIGAN,                  :    Case No. 13-53846
                                            :
Debtor.                                     :    Hon. Steven W. Rhodes
                                            :
                                            :
------------------------------------------------------------ x
```

**FINANCIAL GUARANTY INSURANCE COMPANY'S
LIST OF EXPERT WITNESSES FOR THE HEARING ON
THE PROPOSED CONFIRMATION OF THE DEBTOR'S PLAN**

Financial Guaranty Insurance Company ("FGIC") hereby identifies the following individuals, exclusive of those to be offered for rebuttal purposes, as expert witnesses that FGIC expects to call at any evidentiary hearing on the Debtor's proposed Fifth Amended Plan for the Adjustment of Debts of the City of Detroit, as may be supplemented or amended, (the "Plan"):

1. Stephen Spencer, Managing Director for Houlihan Lokey.

2. Victor Wiener, Victor Wiener Associates, LLC.

FGIC reserves the right to amend or supplement the list of expert witnesses as may be necessary, including as required to address any modifications or refinements to the Plan or objections thereto.

FGIC reserves the right to call as a witness any expert witness designated by the Debtor and/or any party objecting to or supporting the Plan.

Dated: July 25, 2014
Houston, Texas

/s/ Alfredo R. Pérez
Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: alfredo.perez@weil.com

– and –

Ernest J. Essad Jr.
Mark R. James
WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.
280 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone: (248) 642-0333
Facsimile: (248) 642-0856
Email: EJEssad@wwrplaw.com
Email: mrjames@wwrplaw.com

*Attorneys for Financial Guaranty Insurance Company*

# CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2014 *Financial Guaranty Insurance Company's List of Expert Witnesses for the Hearing on the Proposed Confirmation of the Debtor's Plan* was filed and served via the Court's electronic case filing and noticing system to all registered users that have appeared in this Chapter 9 proceeding.

                         /s/ Alfredo R. Pérez
                         Alfredo R. Pérez
                         WEIL, GOTSHAL & MANGES LLP
                         700 Louisiana Street, Suite 1700
                         Houston, TX  77002
                         Telephone: (713) 546-5000
                         Facsimile:  (713) 224-9511
                         Email:  alfredo.perez@weil.com