UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____ )
                                )
In re:                          )
                                )   Case No. 13-53846
CITY OF DETROIT, MICHIGAN       )
                                )   Chapter 9
            Debtor              )
                                )   Hon. Steven W. Rhodes
_____ )

**NOTICE OF COUNTY OF MACOMB, MICHIGAN, BY AND
THROUGH ITS COUNTY AGENCY, THE MACOMB COUNTY
PUBLIC WORKS COMMISSIONER, AND THE MACOMB INTERCEPTOR
DRAIN DRAINAGE DISTRICT WITH RESPECT TO EXPERT WITNESSES**

County of Macomb, Michigan, a Michigan Constitutional corporation, by and through its County Agency, Anthony V. Marrocco, the Macomb County Public Works Commissioner ("Macomb"), and the Macomb Interceptor Drain Drainage District (the "MIDDD," and together with Macomb, the "Macomb Parties"), creditors and parties in interest in the above-captioned Chapter 9 bankruptcy case, hereby submit this notice with respect to expert witnesses and respectfully state as follows:

The Macomb Parties do not intend to call any of their own expert witnesses at the hearing on confirmation of the City of Detroit's plan of adjustment (the "Plan").

The Macomb Parties reserve the right to call as a witness any expert witness designated by the Debtor and/or any party objecting to or supporting the Plan.

[*Remainder of Page Left Intentionally Blank*]

Dated: July 25, 2014                    Respectfully submitted,

                                        DECHERT LLP

                                        By:    /s/ Allan S. Brilliant
                                        Allan S. Brilliant
                                        Debra D. O'Gorman
                                        Stephen M. Wolpert
                                        1095 Avenue of the Americas
                                        New York, NY 10016
                                        Telephone: (212) 698-3500
                                        Facsimile: (212) 698-3599
                                        allan.brilliant@dechert.com
                                        stephen.wolpert@dechert.com

                                        *Attorneys for County of Macomb, Michigan by and through its County Agency, Anthony V. Marrocco, the Macomb County Public Works Commissioner, and the Macomb Interceptor Drain Drainage District*