IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: | Chapter 9 |
|---|---|
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

**LIST OF EXPERT WITNESSES RELATED TO THE
CITY'S PROPOSED PLAN FOR THE ADJUSTMENT OF DEBTS**

1. Assured Guaranty Municipal Corp., formerly known as Financial Security Assurance Inc. ("Assured"), National Public Finance Guarantee Corporation ("National"), and U.S. Bank National Association, as Indenture Trustee (the "Trustee") for the DWSD Bonds, identify the following individuals as expert witnesses that may testify at the hearing on the City of Detroit's (the "City's") proposed plan for the adjustment of debts (the "Plan") on the subjects specified in their expert reports:

| No. | Name, Title, Company |
|---|---|
| 1. | Joseph Centofanti, CPA, Partner, CohnReznick LLP |
| 2. | William E. Oliver, Independent Consultant |
| 3. | Nathaniel Singer, Managing Director, Swap Financial Group |
| 4. | Thomas S. Terry, Chief Executive Officer, The Terry Group |
| 5. | John S. Young, Jr., Owner and Member, John S. Young, Jr., LLC |

2.  Assured, National, and the Trustee reserve the right to further amend this list of expert witnesses as may be necessary to address developments in the case, including additional amendments to the City's Plan.

3.  Assured, National, and the Trustee reserve the right to call as a witness during the hearing on Plan confirmation any expert witness identified by the City.

4.  Non-debtor parties who would like copies of the expert reports should contact undersigned counsel.

| | |
|---|---|
| Dated: July 25, 2014 | Respectfully submitted |

| | |
|---|---|
| /s/ Lawrence A. Larose<br>Lawrence A. Larose<br>Samuel S. Kohn<br>Robert A. Schwinger<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 408-5100<br>Fax: (212) 541-5369<br>llarose@chadbourne.com<br>skohn@chadbourne.com<br>rschwinger@chadbourne.com<br><br>– and –<br><br>Robin D. Ball<br>CHADBOURNE & PARKE LLP<br>350 South Grand Ave., 32nd Floor Los Angeles, CA 90071<br>Telephone: (213) 892-2025<br>Fax: (213) 892-2045<br>rball@chadbourne.com<br><br>*Counsel for Assured Guaranty Municipal Corp.* | /s/ Guy S. Neal<br>James F. Bendernagel, Jr.<br>Guy S. Neal<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 736-8041<br>Fax: (202) 736-8711<br>jbendernagel@sidley.com<br>gneal@sidley.com<br><br>Jeffrey E. Bjork<br>Gabriel MacConaill<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013<br>Telephone: (213) 896-6000<br>Fax: (213) 896-6600<br>jbjork@sidley.com<br>gmacconaill@sidley.com<br><br>- and<br><br>/s/ Paul R. Hage<br>Paul R. Hage  (P70460)<br>JAFFE RAITT HEUER & WEISS P.C.<br>27777 Franklin, Suite 2500<br>Southfield, MI 48034<br>Telephone: (248) 351-3000<br>Fax: (248) 351-3082<br>phage@jaffelaw.com<br><br>*Counsel for National Public Finance Guarantee Corp.* |

*/s/ David E. Lemke*
David E. Lemke (TN13586)
Paul S. Davidson (TN11789)
Heather J. Hubbard (TN23699)
Courtney M. Rogers (TN25664)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Fax: (615) 244-6804
david.lemke@wallerlaw.com
paul.davidson@wallerlaw.com
heather.hubbard@wallerlaw.com
courtney.rogers@wallerlaw.com

*Counsel for U.S. Bank National Association, as Indenture Trustee for the DWSD Bonds*