UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------x
In re:                                           :
                                                 :    Case No. 13-53846 (SWR)
CITY OF DETROIT, MICHIGAN,                       :    Chapter 9
                                                 :    Hon. Steven W. Rhodes
                                    Debtor.      :
---------------------------------------------------x

**STIPULATION FOR ENTRY OF AN ORDER
CONCERNING THE DEADLINE FOR OAKLAND COUNTY, MICHIGAN
TO SERVE COPIES OF CERTAIN REBUTTAL EXPERT REPORTS**

NOW COMES the City of Detroit and Oakland County, Michigan ("Oakland County"), by and through the undersigned counsel, and hereby stipulate to entry of an *Order Concerning the Deadline for Oakland County, Michigan to Serve Copies of Certain Rebuttal Expert Reports* in the form of **Exhibit A** hereto.

WHEREAS, the Court entered the *Fifth Amended Order Establishing the Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment* [Docket No. 5259] (the "Fifth Amended Scheduling Order") on June 9, 2014. The Fifth Amended Scheduling Order establishes certain dates for objecting creditors to file a list of expert witnesses and serve copies of rebuttal expert reports.

WHEREAS, in connection with the deposition of Alan Perry, the City's pension expert, the parties agree as follows:

1. The deposition of Mr. Perry will take place on July 25, 2014.

2. The deadline for reports from Oakland County's experts that address pensions shall be extended to **July 29, 2014**.

3. Except as otherwise extended by separate order of the Court, the deadline for all other rebuttal expert reports and disclosure of expert witnesses remains July 25, 2014, in accordance with the Fifth Amended Scheduling Order.

Dated: July 25, 2014          Respectfully Submitted,

   /s/ Robert S. Hertzberg
Robert S. Hertzberg (P30261)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075-1505
Telephone: (248) 359-7333
Facsimile: (248) 359-7700
hertzbergr@pepperlaw.com
              *and*
Miguel Eaton
JONES DAY
51 Louisiana Ave., N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3749
Facsimile: (202) 626-1700
meaton@jonesday.com
*Counsel to the City of Detroit, Michigan*


   /s/ Robert A. Weisberg
Joseph M. Fischer (P13452)
Robert A. Weisberg (P26698)
CARSON FISCHER, PLC
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI 48302
Telephone: (248) 644-4840
Facsimile: (248) 644-1832
jfischer@carsonfischer.com
rweisberg@carsonfischer.com

and

J. David Garcia (P60194)
Jaye Quadrozzi (P71646)
YOUNG & ASSOCIATES
27725 Stansbury Blvd., Suite 125
Farmington Hills, MI 48334
Telephone: (248) 353-8620
Facsimile: (248) 479-7828
garcia@youngpc.com
quadrozzi@youngpc.com
*Counsel for Oakland County, Michigan*

# Exhibit A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-----------------------------------------------------x
In re: :
: Case No. 13-53846 (SWR)
CITY OF DETROIT, MICHIGAN, : Chapter 9
: Hon. Steven W. Rhodes
Debtor. :
-----------------------------------------------------x

**ORDER CONCERNING THE DEADLINE FOR OAKLAND COUNTY, MICHIGAN TO SERVE COPIES OF CERTAIN REBUTTAL EXPERT REPORTS**

This matter having come to the Court upon the stipulation of the City of Detroit, Michigan and Oakland County, Michigan ("Oakland County"), and the Court being otherwise duly advised in the premises;

NOW, THEREFORE, IT IS ORDERED that the deadline for Oakland County to serve copies of rebuttal expert reports regarding pensions shall be extended to **July 29, 2014.** This Order pertains to one expert from Oakland County. Except as otherwise extended by separate order of the Court, all other deadlines in the *Fifth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment* [Docket No. 5259] shall remain the same.