# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## CORRECTED STIPULATED WITHDRAWAL OF ATTORNEY AND REMOVAL FROM RULE 2002 SERVICE LIST

**PLEASE TAKE NOTICE** that Schiff Hardin LLP, including Rick L. Frimmer, J. Mark Fisher, Michael W. Ott, Karen V. Newbury and Jeffrey D. Eaton, each an attorney of the law firm of Schiff Hardin LLP, hereby withdraws its appearance for FMS Wertmanagement AöR in the above-captioned bankruptcy proceeding. Pursuant to the *Transfer of Claim Other Than for Security* filed as Docket No. 5592, filed on June 25, 2014, FMS Wertmanagement Aör transferred its claim to Citigroup Global Markets Inc., and no longer is a participant in the above-captioned case. Please remove Rick L. Frimmer, J. Mark Fisher, Michael W. Ott, Karen V. Newbury, and Jeffrey D. Eaton from the Rule 2002 Notice List.

Respectfully submitted,

| SCHIFF HARDIN LLP | FMS WERTMANAGEMENT AÖR |
|---|---|
| /s/ *Jeffrey D. Eaton* | /s/ *Jonathan Gross* |
| Rick L. Frimmer | Jonathan Gross |
| E-mail: rfrimmer@schiffhardin.com | E-mail: jonathan.gross@fms-sg.de |
| Jeffrey D. Eaton | 622 Third Avenue, 29th Floor |
| E-mail: jeaton@schiffhardin.com | New York, New York 10017 |
| SCHIFF HARDIN LLP | T: (646) 666-4772 |
| 233 South Wacker Drive, Suite 6600 | F: (646 666-4872 |
| Chicago, IL 60606 | |
| T: (312) 258-5500 | |
| F: (312) 258-5600 | |

## CERTIFICATE OF SERVICE

       I, Jeffrey D. Eaton, state that on July 28, 2014, I filed a copy of the foregoing Corrected Stipulated Withdrawal of Attorney and Removal from Rule 2002 Service List using the Court's ECF system and I hereby certify that the Court's ECF system has served counsel to the City and all registered users that have appeared in the above-captioned case. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

                                      /s/ *Jeffrey D. Eaton*
                                      Jeffrey D. Eaton
                                      E-mail: jeaton@schiffhardin.com