UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-------------------------------------------------x
In re:                                          :
                                                :    Case No. 13-53846 (SWR)
CITY OF DETROIT, MICHIGAN,                      :    Chapter 9
                                                :    Hon. Steven W. Rhodes
                            Debtor.             :
-------------------------------------------------x

## ORDER CONCERNING THE DEADLINE FOR OAKLAND COUNTY, MICHIGAN TO SERVE COPIES OF CERTAIN REBUTTAL EXPERT REPORTS

This matter having come to the Court upon the stipulation of the City of Detroit, Michigan and Oakland County, Michigan ("Oakland County"), and the Court being otherwise duly advised in the premises;

NOW, THEREFORE, IT IS ORDERED that the deadline for Oakland County to serve copies of rebuttal expert reports regarding pensions shall be extended to **July 29, 2014.** This Order pertains to one expert from Oakland County. Except as otherwise extended by separate order of the Court, all other deadlines in the *Fifth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment* [Docket No. 5259] shall remain the same.

.

**Signed on July 28, 2014**

                                                                  **/s/ Steven Rhodes**
                                                                   **Steven Rhodes**
                                                                   **United States Bankruptcy Judge**