UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
--------------------------------------------------x
                                                  :
In re                                             : Chapter 9
                                                  :
CITY OF DETROIT, MICHIGAN,                        : Case No. 13-53846
                                                  :
                    Debtor.                       : Hon. Steven W. Rhodes
                                                  :
--------------------------------------------------x
```

# ORDER AUTHORIZING CERTAIN HOLDERS
# OF INDIRECT 36TH DISTRICT COURT CLAIMS TO
# CHANGE THEIR VOTES ON THE CITY'S PLAN OF ADJUSTMENT

This matter came before the Court on the Stipulation for an Order Authorizing Certain Holders of Indirect 36th District Court Claims to Change Their Votes on the City's Plan of Adjustment (the "Stipulation"),[1] filed by the City of Detroit (the "City"), Local 917 and Local 3308 of the American Federation of State, County and Municipal Employees (together, the "AFSCME Locals"), Bobby Jones, Richard T. Weatherly, Roderick Holley and Carlton Carter (collectively, the "Individual Claimants"). The Court has reviewed the Stipulation and finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (c) there is cause under Bankruptcy Rule 3018(a) to permit the AFSCME Locals and each of

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Stipulation.

the Individual Claimants to change their votes on the Plan as provided for in the Stipulation.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. Pursuant to Bankruptcy Rule 3018(a), the Class 14 votes of the AFSCME Locals and each of the Individual Claimants rejecting the Plan shall be deemed to be timely and proper Class 17 votes accepting the Plan in the respective amounts established by the Prior Order.

.

**Signed on July 28, 2014**

                                                            **/s/ Steven Rhodes**
                                                            **Steven Rhodes**
                                                            **United States Bankruptcy Judge**