UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

_Larry Johnson_
Creditors/Objectors,

v

In re:  
City OF DETROIT, MICHIGAN  
AND EMERGENCY MANAGER  
KEVYN D.ORR  
        Debtors/City of Detroit

Chapter 9  
Case No. 13-53846  
Magistrate Judge Steven W Rhodes

Case No. 14-cv-10434  
Hon. Bernard A. Freidman  
Magistrate Paul J. Komives

/

## OBJECTION TO THE FAVORITISM OF MAGISTRATE JUDGE STEVEN W. RHODES HAVE SHOWN TOWARD JONES DAY LAW FIRM

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

1) That Magistrate Judge Steven W. Rhodes under his oath of office and the color of law did know that the emergency manager; Kevyn Orr use to worked for Jones Day Law Firm, now is the City's representative and/or attorneys. The judge knowing this fact should have rejected Jones Day law

1

have retained another independent law firm and attorneys or the case should be dismissed.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_Carl Williams_ (signature)
Carl Williams
10112 Somerset
Detroit, Michigan 48224

_Hassan Aleem_ (signature)
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206

_Larry Johnson_
name

_8076 E Brentwood_
Address

_Det, MI 48234_
City, State & Zip

_____
name

_____
address

_____
City, State & Zip

_____
Name

_____
Address

_____
City, State & Zip

_____
Name

_____
Address

_____
City, State & Zip

| Name | Name |
|---|---|
| Address | Address |
| City, State & Zip | City, State & zip |
| name | |
| Address | Address |
| City, State & Zip | City, State & Zip |
| Name | Name |
| Address | Address |
| City State & Zip | City, State & Zip |
| Name | Name |
| Address | Address |
| City, State & Zip | City, State & Zip |
| Name | Name |
| Address | Address |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

In re:                                        Chapter 9
City OF DETROIT, MICHIGAN       Case No. 13-53846
AND EMERGENCY MANAGER
KEVYN D. ORR                      Judge Steven W Rhodes

    Debtor/City of Detroit      Case No. 14-cv-10434
                                       Hon. Bernard A. Freidman
_____/    Magistrate Paul J. Komives

## PROOF OF SERVICES

_Carl Williams_____, being first duly sworn deposes and
your name

Say that on July 22, 2014. I sent a copy of Objection Emergency Manager

Kevyn Orr use to work for Jones Day Law firm, now is the City's representa-

tive the City of Detroit, Upon the concern parties by certified mail at the

following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_

Carl Williams
10112 Somerset
Detroit, Michigan 48224


Dated  July 23 , 2014