UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

_Larry Johnson_
Creditors/Objectors,

v

In re:	Chapter 9
City OF DETROIT, MICHIGAN	Case No. 13-53846
AND EMERGENCY MANAGER	Judge Steven W Rhodes
KEVYN D. ORR

Debtors/City of Detroit	Case No. 14-cv-10434
	Hon. Bernard A. Freidman
_____/	Magistrate Paul J. Komives

FILED 2014 JUL 22 P 2:26 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

**OBJECTION TO THE PLAN OF ADJUSTMENT AND ANY CONFIRMATION OF THAT PLAN BECAUSE JUDGE STEVEN W RHODES IS NOT AN ARTICLE III <u>JUDGE</u>**

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THAT PLAN AND THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

We object to the Plan of Adjustment and confirmation to the Plan of adjustment, because we the creditors have been denied Due Process of Law to a trial and a hearing by Magistrate Judge Steven W Rhodes. We were mis-

1

lead by the court and the new media to believing that we were having a hearing on the September 18 and 19 2013. In the judges own words on page 44 of 150 of his order and Opinion he called what we thought was testimony a "presentation" were moving, passionate, thoughtful, compelling and well-articulated. No mention of the September 18, 2013 so-called hearing, which really was a meeting or gathering. The Judge Confirmed it on the meeting held on July 15, 2014, once again. No sworn testimony to make sure we have no creditable evidence to challenge the bankruptcy in any way.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

*Carl Williams* (signature)
Carl Williams
10112 Somerset
Detroit, Michigan 48224

*Hassan Aleem* (signature)
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
                Creditors/Objectors,
v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|       Debtor/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## PROOF OF SERVICES

___Carl Williams___, being first duly sworn deposes and your name

Say that on July 23, 2014. I sent a copy of Objection of denial of due process

of law to a trial and hearing by Judge Steven W Rhodes, Upon the concern

parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _____

Carl Williams
10112 Somerset
Detroit, Michigan 48224


Dated July 23, 2014