UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
        Creditors/Objectors,

v

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
        Debtors/City of Detroit

_____/

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

Case No. 14-cv-10434
Hon. Bernard A. Freidman
Magistrate Paul J. Komives

## OBJECTION TO THE PLAN OF ADJUSTMENT AND ANY CONFIRMATION OF THAT PLAN BECAUSE MAGISTRATE JUDGE STEVEN W RHODES IS NOT AN ARTICLE III JUDGE

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN AND THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

We/I object to the vote on the Plan of Adjustment and confirmation of the Plan because the court lacks jurisdiction. Magistrate Judge Steven W Rhodes is not an Article III Judge. The Sixth Circuit ruled that "private Right"

1

claims be adjudicated by Article III judge and courts. Thus, petitioners cannot consent to bankruptcy courts entering final judgment on these claims. Waldman v. Stone, 698 F.3d 910 (6th Cir 2012)

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_Carl W Williams_
Carl Williams
10112 Somerset
Detroit, Michigan 48224

_Hassan Aleem_
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206

_Dorothea Harris_
name

20552 HUNTINGTON
Address

HARPER WOODS MI 48225
City, State & Zip

_Larry Johnson_
Name

8076 E. Brentwood
Address

Detroit MI 48234
City, State & Zip

_____
name

_____
address

_____
City, State & Zip

_____
Name

_____
Address

_____
City, State &Zip

_____
Name

_____
Address

| Address | address |
|---|---|
| City, State & Zip | City, State & Zip |
| name | name |
| Address | address |
| City, State & Zip | City, State & Zip |
| Name | Name |
| Address | Address |
| City, State & Zip | City, State &Zip |
| Name | Name |
| Address | Address |
| City, State & Zip | City, State & zip |
| name | |
| Address | Address |
| City, State & Zip | City, State & Zip |

_____
name

_____
Address

_____
City, State & Zip

_____
Name

_____
Address

_____
City State & Zip

_____
Name

_____
Address

_____
City, State & Zip

_____
Name

_____
Address

_____
City, State & Zip

_____
name

_____
Address

_____
City, State & Zip

_____
Name

_____
Address

_____
City, State & Zip

_____
Name

_____
Address

_____
City, State & Zip

_____
Name

_____
Address

_____
City, State & Zip

_____
name

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
        Creditors/Objectors,

v

In re:  
City OF DETROIT, MICHIGAN  
AND EMERGENCY MANAGER  
KEVYN D. ORR  
        Debtor/City of Detroit

                     /

Chapter 9  
  Case No. 13-53846  
  Judge Steven W Rhodes

Case No. 14-cv-10434  
Hon. Bernard A. Freidman  
Magistrate Paul J. Komives

## PROOF OF SERVICES

___Carl Williams___, being first duly sworn deposes and
your name

Say that on July 22 2014. I sent a copy of Objection to the Plan of adjustment

and any confirmation of the Plan because Magistrate Judge Steven W. Rhodes

is not an Article III Judge, Upon the concern parties by certified mail at the

following address:

City of Detroit  
Corporation Council  
First National Building  
600 Woodward Ave  
Detroit, Michigan 48226

FILED 2014 JUL 22 P 2:27 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_____

Dated __July 22, 2014_____