# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditor/Objector,

v

In re:                                Chapter 9
City OF DETROIT, MICHIGAN        Case No. 13-53846
AND EMERGENCY MANAGER        Magistrate Judge Steven W Rhodes
KEVYN D.ORR
      Debtors/City of Detroit        Case No. 14-cv-10434
                                         Hon. Bernard A. Freidman
_____/    Magistrate Paul J. Komives

## OBJECTION TO THE PLAN OF ADJUSTMENT AND THE CONFIRMATION AND TRIALS OF THE PLAN OF ADJUSTMENT AND THE PROCESS.

OBJECTION TO THE NOTICE TO AND THE PLAN OF ADJUSTMENT AND THE CONFIRMATION OF THE PLAN, BECAUSE THEY WERE AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED <u>AND CONDUCTED IN A GOOD FAITH MANNER</u>.

We/I object to the so-called hearing process for the following reason:

We object because the creditors /objectors were deceived by the media and the bankruptcy court to believing that we were going to have hearing that turnout

1

to be nothing more than a meeting or gathering. The creditors were mislead to believe that the so-called "testimony" we thought that we were giving turned out to be a "presentation." The Magistrate Judge Steven W. Rhodes when asked the question during the meeting they called a hearing July 15, 2014 admitted that we were giving "presentation" and not "testimony." However, he stated it would be used in the decision and determination. Creditor/objector Carl Williams asked the Magistrate Judge Steven W. Rhodes was this presentation legally binding and the Judge reluctantly answered it would be used but never stated it would be legally binding. These charades was to deceive the people from being included in the trials and excluded the creditors from any legally binding participation in the August 2014 trials or any legally binding trials.

This is bias against the creditors/objectors and they have been denied an Hearing. Although, the court through Magistrate Judge Steven W. Rhodes has set the creditors up to fail by not even giving creditors and other people of interest an informal hearing without sworn testimony. The creditors/objectors creditability verses a formal hearing without sworn testimony place them at disadvantage and their testimony is consider nothing more than hearsay. In Goldberg v Kelly, 397 U.S. 254; 90 S Ct. 1011, 25 L. Ed. 2d 287 (1970) citing: Armstrong v Manzo, 380 U.S. 545, 552 (1965). the court stated an effective notice and hearing and five (5) minutes was

2

hardly sufficient or adequate and just a Arbitrary show meeting or gathering. In this case more egregious because "NO HEARING at all." This is a procedure due process of law of the 5th Amendment and equal protection of the law of the 14th Amendment of the Constitution of the United States.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign __Cool Williams__

Address __10112 Somerset__

City, State & Zip __Detroit Michigan 48224__

Sign __Hassan Aleen__

Address __2440 Taylor__

City, State & Zip __Detroit, Mich 48205__

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
        Creditors/Objectors,

v

| | |
|---|---|
| In re:<br>City OF DETROIT, MICHIGAN<br>AND EMERGENCY MANAGER<br>KEVYN D. ORR<br>    Debtor/City of Detroit | Chapter 9<br>Case No. 13-53846<br>Judge Steven W Rhodes<br><br>Case No. 14-cv-10434<br>Hon. Bernard A. Freidman<br>Magistrate Paul J. Komives |

_____/

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and your name

Say that on July 22, 2014. I sent a copy of Objection of denial of due process of law to a trial and hearing by Judge Steven W Rhodes, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

FILED 2014 JUL 22 P 2:27 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_

    Carl Williams
    10112 Somerset
    Detroit, Michigan 48224


Dated  July 23, 2014