UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

*Katrina Henry*
Creditor/Objector,

v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

    Debtor/City of Detroit

_____/

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

Case No. 14-cv-10434
Hon. Bernard A. Freidman
Magistrate Paul J. Komives

FILED 2014 JUL 22 P 2:28 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

# WE OBJECT TO THE PLAN OF ADJUSTMENT AND THE CONFORMATION OF THE PLAN OF ADJUSTMNET VOTING BALLOT AND THE PROCESS

OJECTIONS TO THE NOTICE AND THE PLAN OF ADJUSTMENT AND THE CONFIRMATION OF THE PLAN, BECAUSE THEY WERE AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS AND MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN <u>PRESENTED IN A GOOD FAITH MANNER</u>.

We /I object to the voting ballot and the process for the following reasons:

1) We/I object to the Plan of Adjustment and confirmation to the plan of Adjustment, because the voting ballot is not in compliance with the Official Form 14. Your signature and ballot boxes are on separate pages. See attached copy of

1

the Official From and the bankruptcy court receive a copy of this official ballot at the so-called presentation held July 15, 2014

2) We/I object to the plan of adjustment and confirmation to the plan because the material included with the voting packages has some solicitation for a yes votes with letters from Shirley Lightsey a representative of the retiree committee, Donald Taylor president of Detroit retiree, Police and Fire Fighters on the behalf of the board of directors and the Emergency Manager, Kevyn Orr encouraging a Yes vote in violation the Michigan Election Statute 168.485 (See attached a copy of Michigan Election Statute Law 168.485 MEL) that states the language used shall not create no prejudice for or against the issue or proposal.

This doesn't secure or support a process that demonstrates the purity of the election process. The whole process has been fraudulent from the start when the Emergency Manager, Kevyn Orr impersonated an elected official when he filed for the bankruptcy. When the law states only a municipality and elected officials can file for bankruptcy. This violate MEL 168.485

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _____

Address 510 Trowbridge

City, State, & Zip Detroit, MI 48202

Date 7-21-14

Form 14. Class [ ] Ballot for Accepting
or Rejecting Plan of Reorganization

Official Form 14
(12/03)

*[Caption as in Form 16A]*

## CLASS [ ] BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

*[Proponent]* filed a plan of reorganization dated *[Date]* (the "Plan") for the Debtor in this case. The Court has *[conditionally]* approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from *[name, address, telephone number and telecopy number of proponent/proponent's attorney.]* Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your *[claim] [equity interest]* has been placed in class [ ] under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by *[name and address of proponent's attorney or other appropriate address]* on or before *[date]*, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

*[At this point the ballot should provide for voting by the particular class of creditors or equity holders receiving the ballot using one of the following alternatives:]*

*[If the voter is the holder of a secured, priority, or unsecured nonpriority claim:]*

The undersigned, the holder of a Class [ ] claim against the Debtor in the unpaid amount of Dollars ($          )

*[or, if the voter is the holder of a bond, debenture, or other debt security:]*

The undersigned, the holder of a Class [ ] claim against the Debtor, consisting of Dollars ($          ) principal amount of *[describe bond, debenture, or other debt security]* of the Debtor (For purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

Official Form 14 continued
(12/03)

*[or, if the voter is the holder of an equity interest:]*
The undersigned, the holder of Class [ ] equity interest in the Debtor, consisting of _____ shares or other interests of *[describe equity interest]* in the Debtor

*[In each case, the following language should be included:]*

(Check one box only)

[ ] ACCEPTS THE PLAN        [ ] REJECTS THE PLAN

Dated: _____    Print or type name: _____

Signature: _____

Title (if corporation or partnership) _____

Address: _____
         _____

RETURN THIS BALLOT TO:
*[Name and address of proponent's attorney or other appropriate address]*

(Added Aug. 1, 1991, and amended Oct. 1, 1997; Dec. 2003.)

## ADVISORY COMMITTEE NOTES

### 1991 Enactment

The form is derived from former Official Form No. 30. The form has been amended to facilitate the voting of a debtor's shares held in "street name." The form may be adapted to designate the class in which each ballot is to be tabulated. It is intended that a separate ballot will be provided for each class in which a holder may vote.

### 1997 Amendment

The form has been substantially amended to simplify its format and make it easier to complete correctly.

Directions or blanks for proponent to complete the text of the ballot are in italics and enclosed within brackets. A ballot should include only the applicable language from the alternatives shown on this form and should be adapted to the particular requirements of the case.

If the plan provides for creditors in a class to have the right to reduce their claims so as to qualify for treatment given to creditors whose claims do not exceed a specified amount, the ballot should make provisions for the exercise of that right. See section 1122(b) of the Code.

If debt or equity securities are held in the name of a broker/dealer or nominee, the ballot should require the furnishing of sufficient information to assure that duplicate ballots are not submitted and counted and that ballots submitted by a broker/dealer or nominee reflect the votes of the beneficial holders of such securities. See Rule 3017(e).

In the event that more than one plan of reorganization is to be voted upon, the form of ballot will need to be adapted to permit holders of claims or equity interests (a) to accept or reject each plan being proposed, and (b) to indicate preferences among the competing plans. See section 1129(c) of the Code.

## HISTORICAL NOTES

March 1, 1998.

**Effective and Applicability Provisions**
**1997 Acts.** Order amending official forms dated Oct. 1, 1997, effective immediately, with mandatory use starting

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
          Creditors/Objectors,

v

In re:                              Chapter 9
City OF DETROIT, MICHIGAN     Case No. 13-53846
AND EMERGENCY MANAGER     Judge Steven W Rhodes
KEVYN D. ORR
          Debtor/City of Detroit    Case No. 14-cv-10434
                                          Hon. Bernard A. Freidman
_____/    Magistrate Paul J. Komives

## PROOF OF SERVICES

_____Carl Williams_____, being first duly sworn deposes and
your name

Say that on July 23 2014. I sent a copy of Official From and the bankruptcy

court received a copy of this official ballot at the so-called presentation held

July 15, 2014, Upon the concern parties by certified mail at the following

address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _____

Dated July 23 2014