UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAM AND HASSAN ALEEM
    Creditors/Objectors,

v

In re:                              Chapter 9
City OF DETROIT, MICHIGAN     Case No. 13-53846
AND EMERGENCY MANAGER     Magistrate Judge Steven W Rhodes
KEVYN D.ORR
    Debtors/City of Detroit     Case No. 14-cv-10434
                                          Hon. Bernard A. Freidman
_____/    Magistrate Paul J. Komives

## OBJECTION TO THE PLAN OF ADJUSTMENT AND THE CONFIRMATION OF THE PLAN OF ADJUSTMENT VOTING BALLOT AND THE PROCESS

OBJECTION TO THE NOTICE TO AND THE PLAN OF ADJUSTMENT AND THE CONFIRMATION OF THE PLAN, BECAUSE THEY WERE AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED <u>AND CONDUCTED IN A GOOD FAITH MANNER.</u>

We/I object to the so-called recoupment to the City of Detroit and the State of Michigan through the Emergency Manager, Kevyn Orr is attempting to take money from the retiree under false pretense. To recoup funds or anything of value mean that you owe them money or funds that they have given

1

you in the past. The fact that they invested wisely and make a profit in the stock market when the market value went up and so did the City of Detroit. When the market goes up everybody that invest go up with it including Detroit. This greed by the City of Detroit to have made profit and I don't see them give any money back. However, the retiree have not violated or broken any laws and there is no statutes govern this so-called recoupment. The State through the Emergency Manager, Kevyn Orr and the City of Detroit has violation of statute of limitation and the Security & Exchange Commission rules and regulation.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_Carl Williams_  
Carl Williams  
10112 Somerset  
Detroit, Michigan 48224

_Hassan Aleem_  
Hassan Aleem  
2440 Taylor  
Detroit, Michigan 48206

_Larry Pike_  
name

_8076 E. Braitwood_  
Address

_Dot, MI 41734_  
City, State & Zip

_____  
name

_____  
address

_____  
City, State & Zip

| Name | Name |
|---|---|
| Address | Address |
| City, State & Zip | City, State &Zip |
| Name | Name |
| Address | Address |
| City, State & Zip | City, State &Zip |
| Name | Name |
| Address | Address |
| City, State & Zip | City, State &Zip |
| Name | Name |
| Address | Address |
| City, State & Zip | City, State &Zip |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
                Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtor/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## PROOF OF SERVICES

_Carl Williams_____, being first duly sworn deposes and your name

Say that on July 23 2014. I sent a copy Objection to the so called recoupment

to the City of Detroit, Upon the concern parties by certified mail at the

following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

FILED 2014 JUL 22 P 2:28 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Cal Williams_

Dated _July 22 2014_