UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

_Larry Johnson_
Creditors/Objectors,

v

In re:  
City OF DETROIT, MICHIGAN  
AND EMERGENCY MANAGER  
KEVYN D.ORR  
    Debtors/City of Detroit

Chapter 9  
Case No. 13-53846  
Magistrate Judge Steven W Rhodes

Case No. 14-cv-10434  
Hon. Bernard A. Freidman  
Magistrate Paul J. Komives

/

## OBJECTION TO THE PLAN OF ADJUSTMENT AND THE CONFIRMATION OF THE PLAN OF ADJUSTMENT VOTING BALLOT AND THE PROCESS

OBJECTION TO THE NOTICE TO AND THE PLAN OF ADJUSTMENT AND THE CONFIRMATION OF THE PLAN, BECAUSE THEY WERE AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

We/I object to the so-called recoupment to the City of Detroit and the

State of Michigan through the Emergency Manager, Kevyn Orr is attempting

to take money from the retiree under false pretense. To recoup funds or any-

thing of value mean that you owe them money or funds that they have given

1

you in the past. The fact that they invested wisely and make a profit in the stock market when the market value went up and so did the City of Detroit. When the market goes up everybody that invest go up with it including Detroit. This greed by the City of Detroit to have made profit and I don't see them give any money back. However, the retiree have not violated or broken any law and there is no statutes govern recoupment. The State through the Emergency Manager, Kevyn Orr and the City of Detroit has violation of statute of limitation and the Security & Exchange Commission rules and regulation.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_Carl Williams_
Carl Williams
10112 Somerset
Detroit, Michigan 48224

_signature_
name

20552 HUNTINGTON
Address

HARPER WOODS, MI 48225
City, State & Zip

_Hassan Aleem_
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206

_signature_
name

8076 E. Brentwood
address

Detroit, MI 48234
City, State & Zip

Address

Address

City, State & Zip

City, State & Zip

*Loreny Johnson*
Name

Name

*8076 E. Brentwood*
Address

Address

*Detroit, MI 48234*
City, State & Zip

City, State & Zip

Name

Name

Address

Address

City, State & Zip

City, State & Zip

Name

Name

Address

Address

City, State & Zip

City, State & Zip

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
        Creditors/Objectors,
v

| | |
|---|---|
| In re:<br>City OF DETROIT, MICHIGAN<br>AND EMERGENCY MANAGER<br>KEVYN D. ORR<br>      Debtor/City of Detroit | Chapter 9<br>Case No. 13-53846<br>Judge Steven W Rhodes<br><br>Case No. 14-cv-10434<br>Hon. Bernard A. Freidman<br>Magistrate Paul J. Komives |

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and your name

Say that on July 23 2014. I sent a copy Objection to the so called recoupment to the City of Detroit, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Cark BWilliams_

Dated _July 23 2014_