UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
    Debtors/City of Detroit

Chapter 9
Case No. 13-53846
Magistrate Judge Steven W Rhodes

Case No. 14-cv-10434
Hon. Bernard A. Freidman
Magistrate Paul J. Komives

FILED 2014 JUL 22 P 2:29 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

## OBJECTION TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN OF ADJUSMENT BECAUSE OF JONES DAY LAW FIRM CONFLICT OF INTERSET

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

We /I object to the voting ballot and the process for the following reasons:

1) It has been reported, that Jones Day law firm are suppose to count the votes and had a relationship and still maintain a relationship with the city.

1

That shows blatant partisanship against the petitioners, creditors and objectors. This show bias toward the pensioners, retiree, creditors, objectors and others of interest, which place them at an unfair disadvantage and also a conflict of interest and one sided (bias) process.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_Carl W. Williams_
Carl Williams
10112 Somerset
Detroit, Michigan 48224

_Hassan Aleem_
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206

_Loretha Harris_
name

20552 HUNTINGTON
Address

HARPER WOODS, MI 48225
City, State & Zip

_Kacey Johnson_
Name

8076 E. Brentwood
Address

Det, MI 48234
City, State & Zip

_____
name

_____
address

_____
City, State & Zip

_____
Name

_____
Address

_____
City, State & Zip

Name                                    Name

Address                                 Address

City, State & Zip                       City, State & zip

name

Address                                 Address

City, State & Zip                       City, State & Zip

Name                                    Name

Address                                 Address

City State & Zip                        City, State & Zip

Name                                    Name

Address                                 Address

City, State & Zip                       City, State & Zip

| Name | Name |
|---|---|
| Address | Address |
| City, State & Zip | City, State & Zip |
| name | name |
| Address | address |
| City, State & Zip | City, State & Zip |
| Name | Name |
| Address | Address |
| City, State & Zip | City, State & Zip |
| Name | Name |
| Address | Address |
| City, State & Zip | City, State & zip |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
           Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtor/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____ / | Magistrate Paul J. Komives |

## PROOF OF SERVICES

_Carl Williams_____, being first duly sworn deposes and
your name

Say that on July 23 2014. I sent a copy Objection to the Conflict of interest

of Jones Days Law Firm, Upon the concern parties by certified mail at the

following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_____

Dated _July 23 2014_____