# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

In re:                              Chapter 9
City OF DETROIT, MICHIGAN     Case No. 13-53846
AND EMERGENCY MANAGER     Magistrate Judge Steven W. Rhodes
KEVYN D.ORR
    Debtors/City of Detroit       Case No. 14-cv-10434
                                        Hon. Bernard A. Freidman
_____/  Magistrate Paul J. Komives

## OBJECTION TO THE FAVORITISM OF MAGISTRATE JUDGE STEVEN W. RHODES HAVE SHOWN TOWARD JONES DAY LAW FIRM

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

1) That Magistrate Judge Steven W. Rhodes under his oath of office and the color of law did know that the emergency manager; Kevyn Orr use to worked for Jones Day Law Firm, now is the City's representative and/or attorneys. The judge knowing this fact should have rejected Jones Day law

1

firm and requested that they withdraw from this case. That the City should have retained another independent law firm and attorneys or the case should be dismissed.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_____  _____
Carl Williams                Hassan Aleem
10112 Somerset               2440 Taylor
Detroit, Michigan 48224      Detroit, Michigan 48206

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtor/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and
your name

Say that on July 22, 2014. I sent a copy of Objection Emergency Manager

Kevyn Orr use to work for Jones Day Law firm, now is the City's representa-

tive the City of Detroit, Upon the concern parties by certified mail at the

following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_

    Carl Williams
    10112 Somerset
    Detroit, Michigan 48224


Dated  July  23 , 2014