UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditor/Objector,

v

In re:                              Chapter 9
City OF DETROIT, MICHIGAN     Case No. 13-53846
AND EMERGENCY MANAGER     Magistrate Judge Steven W Rhodes
KEVYN D. ORR
    Debtors/City of Detroit

_____/

## OBJECTION OF PREJUDICE MAGISTRATE
## JUDGE STEVEN W. RHODES

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

We /I object to the voting ballot and the process for the following reasons:

1) The Magistrate Judge Steven W Rhodes appointed a retiree committee in total disregard to the pensioner retiree committee already established by the

1

union. Magistrate Judge Rhodes appointed committee falsely stated that the pensioners made only 6.5 to 7%. In 2013 they claim they didn't make any profit and alleged they only made .5%. The whole stock market has been going up from 2011 to 2014 and when the stock market goes up everybody profit goes up. It was reported in the Financial Times that the stock market was up at all time high. This committee was created by Judge Rhodes to make it appear that pensioners lost money in the stock market by their action when the "prime facie evidence" shows otherwise.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

| | |
|---|---|
| Carl Williams | Hassan Aleem |
| 10112 Somerset | 2440 Taylor |
| Detroit, Michigan 48224 | Detroit, Michigan 48206 |
| _____ | _____ |
| name | name |
| 20552 HUNTINGTON | 8076 E. Brentwood |
| Address | address |
| HARPER WOODS, MI 48225 | Detroit, MI 48234 |
| City, State & Zip | City, State & Zip |

| | |
|---|---|
| Name | Name |
| Address | Address |
| State & Zip | City, State &Zip            City, |
| Name | Name |
| Address | Address |
| City, State & Zip | City, State & zip |
| name | |
| Address | Address |
| City, State & Zip | City, State & Zip |
| Name | Name |
| Address | Address |
| City State & Zip | City, State & Zip |

Name | Name

Address | Address

City, State & Zip | City, State & Zip

Name | Name

Address | Address

City, State & Zip | City, State & Zip

name | Name

Address | address

City, State & Zip | City, State & Zip

Name | Name

Address | Address

State & Zip | City, State &Zip     City,

Name | Name

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
        Creditors/Objectors,

v

| | |
|---|---|
| In re:<br>City OF DETROIT, MICHIGAN<br>AND EMERGENCY MANAGER<br>KEVYN D. ORR<br>       Debtor/City of Detroit | Chapter 9<br>Case No. 13-53846<br>Judge Steven W Rhodes<br><br>Case No. 14-cv-10434<br>Hon. Bernard A. Freidman<br>Magistrate Paul J. Komives |

_____/

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and your name

Say that on July 22 2014. I sent a copy of Objection to the Plan of adjustment and any confirmation of that plan to Magistrate Judge Steven W. Rhodes handpicked committee before the relief has been entered, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

FILED
2014 JUL 22 P 2:29
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _____

Dated ___July 23, 2014___