# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

In re:                                      Chapter 9
City OF DETROIT, MICHIGAN          Case No. 13-53846
AND EMERGENCY MANAGER          Judge Steven W Rhodes
KEVYN D. ORR
    Debtors/City of Detroit          Case No. 14-cv-10434
                                             Hon. Bernard A. Freidman
                                             Magistrate Paul J. Komives
_____/

## OBJECTION TO THE PLAN OF ADJUSTMENT AND ANY CONFIRMATION OF THAT PLAN BECAUSE THE PENSIONERS CANNOT SPEAK FOR OR REPRESENT THE CREDITORS

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, AND THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED- IN A GOOD FAITH MANNER.

The voting process is rigged for only a yes vote for the Plan of Adjustment and many creditors oppose this so-called Plan of Adjustment. The language and method use to create prejudice for a yes vote in violation of Michigan Election Statute 168.485.

1

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_____   _____
Carl Williams                     Hassan Aleem
10112 Somerset                    2440 Taylor
Detroit, Michigan 48224           Detroit, Michigan 48206

the circulation of a petition or parts thereof in more than one city or township, was derived from:

P.A.1941, No. 246, § 13.
C.L.1948, §§ 168.483, 200.13.
P.A.1954, No. 116, § 483.

Section 168.484, which made it a misdemeanor to cause, aid or abet in causing a fictitious or forged name to be affixed to a petition, to knowingly causing the circulation of a petition bearing fictitious or forged names, to sign more than once, or to sign another's name, was derived from:

P.A.1941, No. 246, § 14.
C.L.1948, §§ 168.484, 200.14.
P.A.1954, No. 116, § 484.

See, now, § 168.544c.

## 168.485. Questions submitted; form

Sec. 485. Any question submitted to the electors of this state or the electors of any subdivision of this state shall, to the extent that it will not confuse the electorate, be worded in the following manner: A "yes" vote will be a vote in favor of the subject matter of the proposal or issue, and a "no" vote will be a vote against the subject matter of the proposal or issue. Questions shall be worded so as to apprise the voters of the subject matter of the proposal or issue, but need not be legally precise. The language used shall create no prejudice for or against the issue or proposal.

### Historical Note

Source:
P.A.1954, No. 116, § 485, added by P.A.1969, No. 152, § 1, Eff. March 20, 1970.

C.L.1948, § 168.485.
C.L.1970, § 168.485.

### Library References

Constitutional Law ⚖9(1).
Statutes ⚖320; 360.
WESTLAW Topic Nos. 92, 361.

C.J.S. Constitutional Law §§ 13, 14.
C.J.S. Statutes § 138 et seq.

## 168.486. Constitutional amendment or legislation initiated by petition; certification of language, transmission

Sec. 486. If the qualified electors of this state approve a constitutional amendment or legislation initiated by petition, the board of state canvassers shall certify to the secretary of state the language of the amendment or legislation. The secretary of state shall transmit the language of the amendment or legislation to the director of the department of management and budget.

### Historical Note

Source:
P.A.1954, No. 116, § 486, added by P.A.1978, No. 482, § 1, Imd. Eff. Nov. 30, 1978.

C.L.1970, § 168.486.

### Library References

Constitutional Law ⚖9(2).
WESTLAW Topic No. 92.
C.J.S. Constitutional Law §§ 12, 14.

13-53846-tjt    Doc 6305    Filed 07/22/14    Entered 07/28/14 12:52:40    Page 3 of 5

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
        Creditors/Objectors,

v

| | |
|---|---|
| In re:<br>City OF DETROIT, MICHIGAN<br>AND EMERGENCY MANAGER<br>KEVYN D. ORR<br>        Debtor/City of Detroit<br>_____/ | Chapter 9<br>Case No. 13-53846<br>Judge Steven W Rhodes<br><br>Case No. 14-cv-10434<br>Hon. Bernard A. Freidman<br>Magistrate Paul J. Komives |

## PROOF OF SERVICES

_Carl Williams_, being first duly sworn deposes and your name

Say that on July 22 2014. I sent a copy of Objection to the Plan of adjustment and any confirmation of that plan because the pensioners cannot speak for or represent the creditors, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

FILED 2014 JUL 22 P 2:28 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl W Williams_

Dated _July 22, 2014_