UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------------x
                                        :
In re                                   : Chapter 9
                                        :
CITY OF DETROIT, MICHIGAN,              : Case No. 13-53846
                                        :
                Debtor.                 : Hon. Steven W. Rhodes
                                        :
                                        :
------------------------------------------------------------x

# FINANCIAL GUARANTY INSURANCE COMPANY'S JOINDER IN MOTION OF SYNCORA CAPITAL GUARANTEE INC. AND SYNCORA CAPITAL ASSURANCE INC. TO (I) CONTINUE HEARING TO CONSIDER CONFIRMATION OF DEBTOR'S PLAN OF ADJUSTMENT AND (II) EXTEND RELATED DEADLINES

Financial Guaranty Insurance Company ("**FGIC**"), a creditor and party in interest in the above-captioned case, by and through its undersigned counsel, hereby joins in the *Motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. to (I) Continue Hearing to Consider Confirmation of Debtor's Plan of Adjustment and (II) Extend Related Deadlines* [Docket No. 6136] (the "**Continuance Motion**") and the supplemental statement filed by Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (collectively, "**Syncora**") in support thereof [Docket No. 6282] (the "**Supplemental Statement**").

In support of this joinder, FGIC adopts and incorporates the arguments in the Continuance Motion and the Supplemental Statement in their entirety, as if fully set forth in this joinder. In addition, FGIC respectfully submits as follows:

1. The City filed the *Fifth Amended Plan for the Adjustment of Debts of the City of Detroit (July 25, 2014)* [Docket No. 6257] (the "**Amended Plan**") on July 25, 2014, only 10 days before the deadline to complete all depositions, 11 days before the deadline for filing

supplemental objections, and two weeks before the deadline for filing a joint final pretrial order and pretrial briefs, in each case pursuant to the *Fifth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment* [Docket No. 5259] (the "**Scheduling Order**").  In light of the substantial changes in the Amended Plan, the current deadlines do not give FGIC and other objecting parties sufficient time to (i) review and analyze the Amended Plan and (ii) develop supplemental objections to the changed provisions and (iii) complete the extensive amount of remaining discovery.  In particular, with the disclosure by all parties involved of numerous expert witnesses, the number of depositions to be completed and documents to be reviewed by the current August 4th deadline has grown exponentially. Accordingly, FGIC requests that the Court adopt Syncora's proposed revisions to the Scheduling Order, which would give all parties approximately 45 additional days to complete discovery and briefing.  This will allow all parties sufficient time to properly develop the facts and legal arguments for the Confirmation Hearing,[1] and ensure that the trial is completed in an orderly and efficient manner.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Continuance Motion.

WHEREFORE, for the reasons set forth in the Continuance Motion, the Supplemental Statement and above, FGIC respectfully requests that the Court (i) grant the Continuance Motion and (ii) grant such other and further relief as the Court may deem just and proper.

Dated: July 28, 2014
      Houston, Texas

    /s/ Alfredo R. Pérez
Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: alfredo.perez@weil.com

– and –

Ernest J. Essad Jr.
Mark R. James
WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.
280 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone: (248) 642-0333
Facsimile: (248) 642-0856
Email: EJEssad@wwrplaw.com
Email: mrjames@wwrplaw.com

*Attorneys for Financial Guaranty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2014 *Financial Guaranty Insurance Company's Joinder in Motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. to (I) Continue Hearing to Consider Confirmation of Debtor's Plan of Adjustment and (II) Extend Related Deadlines* was filed and served via the Court's electronic case filing and noticing system to all registered users that have appeared in the main Chapter 9 proceeding.

       /s/ Alfredo R. Pérez
Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: alfredo.perez@weil.com

Dated: July 28, 2014