# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

In re

CITY OF DETROIT, MICHIGAN,

        Debtor.

_____)

Case No. 13-53846

In Proceedings Under Chapter 9

Hon. Steven W. Rhodes

## AMBAC ASSURANCE CORPORATION'S NOTICE OF WITHDRAWAL OF OBJECTION OF AMBAC ASSURANCE CORPORATION TO FOURTH AMENDED PLAN OF ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

**PLEASE TAKE NOTICE** that Ambac Assurance Corporation hereby withdraws its *Objection of Ambac Assurance Corporation to Fourth Amended Plan of Adjustment of Debts of the City of Detroit* [Docket No. 4677], filed on May 12, 2014.

Dated: July 28, 2014

Respectfully Submitted,
**ARENT FOX LLP**

By: /s/ Carol Connor Cohen
Carol Connor Cohen
Caroline Turner English
Randall Brater
1717 K Street, NW
Washington, DC 20036-5342
(202) 857-6054
Email: Carol.Cohen@arentfox.com

David L. Dubrow

Mark A. Angelov
1675 Broadway
New York, NY 10019
(212) 484-3900

-and-

**SCHAFER AND WEINER, PLLC**
Daniel J. Weiner (P32010)
Brendan G. Best (P66370)
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
Email: bbest@schaferandweiner.com

*Attorneys for Ambac Assurance Corporation*