UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) | Case No. 13-53846 |
|  | ) |  |
| CITY OF DETROIT, MICHIGAN, | ) | In Proceedings Under |
|  | ) | Chapter 9 |
| Debtor. | ) |  |
|  | ) | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2014, Ambac Assurance Corporation's Notice of Withdrawal of Objection of Ambac Assurance Corporation to Fourth Amended Plan of Adjustment of Debts of the City of Detroit was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

Dated: July 28, 2014

Respectfully Submitted,
**ARENT FOX LLP**

By: /s/ Carol Connor Cohen
Carol Connor Cohen
Caroline Turner English
Randall Brater
1717 K Street, NW
Washington, DC 20036-5342
(202) 857-6054
Email: Carol.Cohen@arentfox.com

David L. Dubrow
Mark A. Angelov

1675 Broadway
New York, NY 10019
(212) 484-3900

-and-

**SCHAFER AND WEINER, PLLC**
Daniel J. Weiner (P32010)
Brendan G. Best (P66370)
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
Email: bbest@schaferandweiner.com

*Attorneys for Ambac Assurance Corporation*