# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: **Deborah L. Fish, Esq.**
Firm: **Allard & Fish, P.C.**
Address: **535 Griswold, 2600 Buhl Bldg.**
City, State, Zip: **Detroit, MI 48226**
Phone: **313-961-6141**
Email: **dfish@allardfishpc.com**

**Case/Debtor Name:** City of Detroit, Michigan
**Case Number:** 13-53846
**Chapter:** 9
**Hearing Judge:** Hon. Steven Rhodes

- ● Bankruptcy    ○ Adversary
- ○ Appeal    Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 06/26/2014    **Time of Hearing:** 9:00 a.m.    **Title of Hearing:** Status -- Pan Confirm etc.

Please specify portion of hearing requested:    ● Original/Unredacted    ○ Redacted    ○ Copy (2nd Party)

● Entire Hearing    ○ Ruling/Opinion of Judge    ○ Testimony of Witness    ○ Other

Special Instructions: _____

**Type of Request:**
- ○ Ordinary Transcript - $3.65 per page (30 calendar days)
- ○ 14-Day Transcript - $4.25 per page (14 calendar days)
- ● Expedited Transcript - $4.85 per page (7 working days)
- ○ CD - $30; FTR Gold format ☐You must download the free FTR Record Player™ onto your computer from ▢▢▢▪rg▢▢▢▢▢

**Signature of Ordering Party:**

/s/ Deborah L. Fish    Date: **July 28, 2014**

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date            By

Order Received:

Transcript Ordered

Transcript Received