FILED
2014 JUL 28 P 10: 58
U.S. ...  COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

Chapter 9

CITY OF DETROIT, MICHIGAN,　　　　Case No. 13-53846

　　　　Debtor.　　　　Hon. Steven W. Rhodes

_____/

JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System retiree, a member of Class 11. I support and join in the Objecting Creditor Michael J. Karwoski's Objections to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5923, 7/10/14) and John P. Quinn's Objections to Fourth Amended Plan of Adjustment (Doc. 5723, 7/1/14). I request that the Court sustain those objections.

Signature: *Jesse J. Florence*

Printed name: Jesse J. Florence

Address: 20420 Anglin

Det. Mich. 48234

Phone: 313-893-9435

Dated: 7/25/2014