UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9<br>Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System retiree, a member of Class 11. I support and join in the Objecting Creditor Michael J. Karwoski's Objections to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5923, 7/10/14) and John P. Quinn's Objections to Fourth Amended Plan of Adjustment (Doc. 5723, 7/1/14). I request that the Court sustain those objections.

Signature: *Nancy Hurston Carter*
Printed name: Nancy Hurston Carter
Address: 1967 Thornhill Place
Detroit, MI 48207
Phone: 313 259-2308

Dated: July 28, 2014

FILED
2014 JUL 28 P 3:25
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT