# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

-----------------------------------------------------------------x

|  |  |
|---|---|
|  | : |
| In re | : Chapter 9 |
|  | : |
| CITY OF DETROIT, MICHIGAN, | : Case No. 13-53846 |
|  | : |
| Debtor. | : Hon. Steven W. Rhodes |
|  | : |
|  | : |

-----------------------------------------------------------------x

## NOTICE OF CHANGE OF DATE AND TIME
## OF DEPOSITION OF RIP RAPSON

**PLEASE TAKE NOTICE THAT** the deposition of Rip Rapson, previously scheduled

to take place on July 25, 2014 at 9:00 a.m., will now take place on **July 31, 2014 at 9:00 a.m. at**

**the Westin Book Cadillac Detroit, Woodward C Conference Room,** 1114 Washington Blvd.,

Detroit, MI**.**

Dated: July 28, 2014

<div style="margin-left: 40%;">

By:  /s/ Mark R. James_____
Ernest J. Essad Jr.
Mark R. James
WILLIAMS, WILLIAMS, RATTNER &
PLUNKETT, P.C.
280 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone:  (248) 642-0333
Facsimile:  (248) 642-0856
Email:  EJEssad@wwrplaw.com
Email:  mrjames@wwrplaw.com

-and-

</div>

Edward Soto
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL  33131
Telephone: (305) 577-3177
Facsimile:  (305) 374-7159
Email:  edward.soto@weil.com

– and –

Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  alfredo.perez@weil.com

*Attorneys for Financial Guaranty Insurance*
*Company*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2014 the *Notice of Change of Date and Time of Deposition of Rip Rapson* was filed and served via the Court's electronic case filing and noticing system to all registered users that have appeared in the main Chapter 9 proceeding.

/s/ Mark R. James
Mark R. James
WILLIAMS, WILLIAMS, RATTNER &
PLUNKETT, P.C.
280 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone: (248) 642-0333
Facsimile: (248) 642-0856
Email: mrjames@wwrplaw.com