UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| In re: | ) |
| | ) Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN | ) |
| | ) Chapter 9 |
| Debtor | ) |
| | ) Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 25, 2014, the County of Macomb, Michigan, by and Through Its County Agency, the Macomb County Public Works Commissioner filed the Notice of County of Macomb, Michigan, By and Through Its County Agency, the Macomb County Public Works Commissioner, and the Macomb Interceptor Drain Drainage District with Respect to Expert Witnesses [Dkt. No. 6277] with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: July 28, 2014

                DECHERT LLP

                By: /s/ *Allan S. Brilliant*
                Allan S. Brilliant
                G. Eric Brunstad
                James M. McGuire
                Stephen M. Wolpert
                1095 Avenue of the Americas
                New York, NY 10016
                Telephone: (212) 698-3500
                Facsimile: (212) 698-3599
                allan.brilliant@dechert.com
                stephen.wolpert@dechert.com

                *Attorneys for County of Macomb, Michigan by and through its County Agency, Anthony V. Marrocco, the Macomb County Public Works Commissioner*