M. Natasha Labovitz
My Chi To
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Berkshire Hathaway Assurance Corporation*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **In re:** | ) | Chapter 9 |
| | ) | |
| **CITY OF DETROIT, MICHIGAN,** | ) | Case No. 13-53846 |
| | ) | |
| **Debtor.** | ) | Hon. Steven W. Rhodes |

## JOINDER BY BERKSHIRE HATHAWAY ASSURANCE CORPORATION IN LIST OF EXPERT WITNESSES RELATED TO THE CITY'S PROPOSED PLAN FOR THE ADJUSTMENT OF DEBTS

Berkshire Hathaway Assurance Corporation, through its undersigned counsel, hereby joins Assured Guaranty Municipal Corp., formerly known as Financial Security Assurance Inc., National Public Finance Guarantee Corporation, and U.S. Bank National Association, as Indenture Trustee for the DWSD Bonds' List of Expert Witnesses Related to the City's Proposed Plan for the Adjustment of Debts [Docket No. 6278].

[*rest of page intentionally left blank*]

Dated: New York, New York
July 28, 2014

                                      Respectfully submitted,

                                      /s/ My Chi To
                                      DEBEVOISE & PLIMPTON LLP

                                      M. Natasha Labovitz
                                      My Chi To
                                      919 Third Avenue
                                      New York, New York 10022
                                      Telephone:  (212) 909-6000
                                      Facsimile:   (212) 909-6836
                                      nlabovitz@debevoise.com
                                      mcto@debevoise.com

                                      *Attorneys for Berkshire Hathaway Assurance Corporation*