UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

_Calvin Carter_ /

CREDITOR

CHAPTER 9

Case No. 13-53846

Hon. Steven W. Rhodes

CITY OF DETROIT, MICHIGAN

DEBTOR.

_____/

## JOINDER IN CECILY R. MCCLELLAN OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System retiree, a member of Class 11. I support and join in the objecting Creditor Cecily R. McClellan objections to the confirmation of The Fourth Amended Plan of Adjustment (Doc. #5961 Dated 7/11/2014) and Steven Wojotwicz objection to The Fourth Amended Plan of Adjustment (Doc. #5163 Dated 5/27/2014). I request the court sustain those objections.

Signature: _____

Printed Name: Calvin Carter

Address: 13810 Roszni

Phone: _____

Email: calvincarter371@att.net

Date: 7/28/14

FILED 2014 JUL 28 PM 3:27 U.S. BANKRUPTCY COURT E.D. MICHIGAN DETROIT

13-53846-tjt   Doc 6349   Filed 07/28/14   Entered 07/29/14 10:11:54   Page 1 of 1