UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

_Robert S. Johnson Jr_ /

CREDITOR

CITY OF DETROIT, MICHIGAN

DEBTOR.

_____/

CHAPTER 9

Case No. 13-53846

Hon. Steven W. Rhodes

## JOINDER IN CECILY R. MCCLELLAN OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System retiree, a member of Class 11. I support and join in the objecting Creditor Cecily R. McClellan objections to the confirmation of The Fourth Amended Plan of Adjustment (Doc. #5961 Dated 7/11/2014) and Steven Wojotwicz objection to The Fourth Amended Plan of Adjustment (Doc. #5163 Dated 5/27/2014). I request the court sustain those objections.

Signature: _Robert S. Johnson Jr._
Printed Name: _Robert S. Johnson Jr_
Address: _21328 MACARTHUR APT #3 WARREN MI 48089_
Phone: _(313) 574 5311_
Email: _bobbyj218@yahoo.com_
Date: _7-28-2014_

FILED 2014 JUL 28 P 3:27 U.S. BANKRUPTCY COURT E.D. MICHIGAN DETROIT