UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_Cecily McClellan_ /
CREDITOR

CITY OF DETROIT, MICHIGAN
DEBTOR.

_____/

CHAPTER 9

Case No. 13-53846

Hon. Steven W. Rhodes

## JOINDER IN CECILY R. MCCLELLAN OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System retiree, a member of Class 11. I support and join in the objecting Creditor Cecily R. McClellan objections to the confirmation of The Fourth Amended Plan of Adjustment (Doc. #5961 Dated 7/11/2014) and Steven Wojotwicz objection to The Fourth Amended Plan of Adjustment (Doc. #5163 Dated 5/27/2014). I request the court sustain those objections.

Signature: _Cecily McClellan_
Printed Name: Cecily McClellan
Address: 111 Calvert
Phone: (313) 820-6934
Email: mcclellanc@herza.net
Date: 7/28/14

FILED 2014 JUL 28 P 3:26 U.S. BANKRUPTCY COURT E.D. MICHIGAN DETROIT

13-53846-tjt    Doc 6351    Filed 07/28/14    Entered 07/29/14 10:16:34    Page 1 of 1