UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

Jesse J. Florence Sr.
CREDITOR

CHAPTER 9

Case No. 13-53846

Hon. Steven W. Rhodes

CITY OF DETROIT, MICHIGAN

DEBTOR.

_____/

## JOINDER IN CECILY R. MCCLELLAN OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System retiree, a member of Class 11. I support and join in the objecting Creditor Cecily R. McClellan objections to the confirmation of The Fourth Amended Plan of Adjustment (Doc. #5961 Dated 7/11/2014) and Steven Wojotwicz objection to The Fourth Amended Plan of Adjustment (Doc. #5163 Dated 5/27/2014). I request the court sustain those objections.

Signature: Jesse J. Florence Sr.
Printed Name: Jesse J. Florence Sr.
Address: 20420 Anglin
Phone: 313-893-9435
Email: belindaflo@gmail.com
Date: 7/28/2014

FILED
2014 JUL 28 P 3:26
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

13-53846-tjt   Doc 6353   Filed 07/28/14   Entered 07/29/14 10:28:21   Page 1 of 1