UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

Belinda A. Myers-Florence
CREDITOR

CHAPTER 9

Case No. 13-53846

Hon. Steven W. Rhodes

CITY OF DETROIT, MICHIGAN

DEBTOR.

_____/

## JOINDER IN CECILY R. MCCLELLAN OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System retiree, a member of Class 11. I support and join in the objecting Creditor Cecily R. McClellan objections to the confirmation of The Fourth Amended Plan of Adjustment (Doc. #5961 Dated 7/11/2014) and Steven Wojotwicz objection to The Fourth Amended Plan of Adjustment (Doc. #5163 Dated 5/27/2014) I request the court sustain those objections.

Signature: Belinda A. Myers-Florence

Printed Name: Belinda A. Myers-Florence

Address: 20420 Anglin

Phone: 313-893-9435

Email: belindaflo2@gmail.com

Date: 7/28/2014

FILED 2014 JUL 28 P 3:26 U.S. BANKRUPTCY COURT E.D. MICHIGAN DETROIT