UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Grover Kennedy /
CREDITOR

CHAPTER 9
Case No. 13-53846
Hon. Steven W. Rhodes

CITY OF DETROIT, MICHIGAN
DEBTOR.

_____/

## JOINDER IN CECILY R. MCCLELLAN OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System retiree, a member of Class 11. I support and join in the objecting Creditor Cecily R. McClellan objections to the confirmation of The Fourth Amended Plan of Adjustment (Doc. #5961 Dated 7/11/2014) and Steven Wojotwicz objection to The Fourth Amended Plan of Adjustment (Doc. #5163 Dated 5/27/2014). I request the court sustain those objections.

Signature: Grover Kennedy
Printed Name: Grover Kennedy
Address: 14240 Faust
Phone: 313-300-6526
Email: gkjune@sbcglobal.net
Date: 27 July 2014