UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

William M. Davis,  /

CREDITOR

CITY OF DETROIT, MICHIGAN

DEBTOR.

_____ /

CHAPTER 9

Case No. 13-53846

Hon. Steven W. Rhodes

## JOINDER IN CECILY R. MCCLELLAN OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System retiree, a member of Class 11. I support and join in the objecting Creditor Cecily R. McClellan objections to the confirmation of The Fourth Amended Plan of Adjustment (Doc. #5961 Dated 7/11/2014) and Steven Wojotwicz objection to The Fourth Amended Plan of Adjustment (Doc. #5163 Dated 5/27/2014). I request the court sustain those objections.

Signature: William M. Davis
Printed Name: William M. Davis
Address: 9203 Littlefield St.
Phone: 313-622-6430
Email: montybill86@yahoo.com
Date: July 28, 2014

FILED 2014 JUL 28 P 3:26 U.S. BANKRUPTCY COURT E.D. MICHIGAN DETROIT