UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

_Lula Millender_ /

CREDITOR

CITY OF DETROIT, MICHIGAN

DEBTOR.

CHAPTER 9

Case No. 13-53846

Hon. Steven W. Rhodes

/

## JOINDER IN CECILY R. MCCLELLAN OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System retiree, a member of Class 11. I support and join in the objecting Creditor Cecily R. McClellan objections to the confirmation of The Fourth Amended Plan of Adjustment (Doc. #5961 Dated 7/11/2014) and Steven Wojotwicz objection to The Fourth Amended Plan of Adjustment (Doc. #5163 Dated 5/27/2014). I request the court sustain those objections.

Signature: _Lula Millender_

Printed Name: Lula Millender

Address: 3763 W. Buena Vista, Det, MI

Phone: 313-491-4819

Email: lula5866@att.net

Date: 7-28-14

FILED 2014 JUL 28 P 3:26 U.S. BANKRUPTCY COURT E.D. MICHIGAN DETROIT