UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

_Yvonne Williams Jones_

CREDITOR

CITY OF DETROIT, MICHIGAN

DEBTOR.

_____/

CHAPTER 9

Case No. 13-53846

Hon. Steven W. Rhodes

## JOINDER IN CECILY R. MCCLELLAN OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System retiree, a member of Class 11. I support and join in the objecting Creditor Cecily R. McClellan objections to the confirmation of The Fourth Amended Plan of Adjustment (Doc. #5961 Dated 7/11/2014) and Steven Wojotwicz objection to The Fourth Amended Plan of Adjustment (Doc. #5163 Dated 5/27/2014). I request the court sustain those objections.

Signature _Yvonne Williams Jones_

Printed Name _Yvonne Williams-Jones_

Address _153 Arden Park, Det 48202_

Phone _313 - 872 - 0973_

Email _____

Date _7/28/2014_

FILED

2014 JUL 28 P 3: 2b

U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT