UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY DIANE BUKOWSKI
CREDITOR

CITY OF DETROIT, MICHIGAN
DEBTOR.

CHAPTER 9
Case No. 13-53846
Hon. Steven W. Rhodes

_____/

## JOINDER IN CECILY R. MCCLELLAN OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System retiree, a member of Class 11. I support and join in the objecting Creditor Cecily R. McClellan objections to the confirmation of The Fourth Amended Plan of Adjustment (Doc. #5961 Dated 7/11/2014) and Steven Wojotwicz objection to The Fourth Amended Plan of Adjustment (Doc. #5163 Dated 5/27/2014) I request the court sustain those objections.

Signature: *Mary Diane Bukowski*
Printed Name: MARY DIANE BUKOWSKI
Address: 9000 E. Jefferson #28-2
DETROIT, MI 48214
Phone: 313-825-6126
Email: diane_bukowski@hotmail.com
Date: 7/28/14

FILED
2014 JUL 28 P 3:26
U.S. BANKRUPTCY COURT
E.D. MICHIGAN - DETROIT