WANDA JAN HILL                  /      CHAPTER 9

CREDITOR                               Case No. 13-53846

                                       Hon. Steven W. Rhodes

CITY OF DETROIT, MICHIGAN

    DEBTOR.

_____/

## JOINDER IN CECILY R. MCCLELLAN OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System retiree, a member of Class 11. I support and join in the objecting Creditor Cecily R. McClellan objections to the confirmation of The Fourth Amended Plan of Adjustment (Doc. #5961 Dated 7/11/2014) and Steven Wojotwicz objection to The Fourth Amended Plan of Adjustment (Doc. #5163 Dated 5/27/2014). I request the court sustain those objections.

Signature: _Wanda Jan Hill_

Printed Name: _Wanda Jan Hill_

Address: _16125 Cockfield_

Phone: _837 2937_

Email: _wjhill7250@yahoo.com_

Date: _7/27/14_