UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____/

CREDITOR

CITY OF DETROIT, MICHIGAN

DEBTOR.

_____/

CHAPTER 9

Case No. 13-53846

Hon. Steven W. Rhodes

## JOINDER IN CECILY R. MCCLELLAN OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System retiree, a member of Class 11. I support and join in the objecting Creditor Cecily R. McClellan objections to the confirmation of The Fourth Amended Plan of Adjustment (Doc. #5961 Dated 7/11/2014) and Steven Wojotwicz objection to The Fourth Amended Plan of Adjustment (Doc. #5163 Dated 5/27/2014). I request the court sustain those objections.

Signature: *Nancy Hurston Carter*
Printed Name: Nancy Hurston Carter
Address: 1967 Thornhill Pl, Det, MI 48207
Phone: 313 259-2308
Email: nphcarter@sbcglobal.net
Date: July 28, 2014