UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x

In re                                          :         Chapter 9
                                               :
CITY OF DETROIT, MICHIGAN                       :         Case No. 13-53846
                                               :
                              Debtor.           :         Hon. Steven W. Rhodes
                                               :
                                               :
---------------------------------------------------------------x


## WITHDRAWAL OF PROOF OF CLAIM NO. 750


Claimant Elizabeth Street Properties LLC, by its attorneys, hereby withdraws its Proof of

Claim No. 750 because the underlying State court lawsuit has been resolved.

                              Respectfully submitted,

                              HONIGMAN MILLER SCHWARTZ AND COHN LLP
                              Attorneys for Elizabeth Street Properties LLC

                              By:/s/ Judy B. Calton
                                   Judy B. Calton (P38733)
                                   2290 First National Building
                                   660 Woodward Avenue
                                   Detroit, MI 48226
                                   (313) 465-7344
                                   jcalton@honigman.com


Dated: July 29, 2014

## CERTIFICATE OF SERVICE

I certify that on July 29, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Elizabeth Street Properties LLC

By:/s/ Judy B. Calton
      Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com