UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

_Katrina Henry_
Creditor/Objector,

v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

Debtor/CITY OF DETROIT

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

Case No. 14-cv-10434
Hon. Bernard A. Freidman
Magistrate Paul J. Komives

## WE OBJECT TO THE PLAN OF ADJUSTMENT AND THE CONFORMATION OF THE PLAN OF ADJUSTMENT VOTING BALLOT AND THE PROCESS

OJECTIONS TO THE NOTICE AND THE PLAN OF ADJUSTMENT AND THE CONFIRMATION OF THE PLAN, BECAUSE THEY WERE AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS AND MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT <u>BEENPRESENTED IN A GOOD FAITH MANNER</u>.

We /I object to the voting ballot and the process for the following reasons:

We/I object to the Plan of adjustment and confirmation to the plan because the law firm of Jones Day/KCC and Miller, Canfield, Paddock and Stones, P.L.C. and any of their affiliates or associates or any other firm or firms that has been the City of Detroit representatives or advisers or doing business with the City of Detroit. Any

firm, firms and attorney or attorneys working in the present or the past or connect to Jones Day Firm or Miller, Canfield, Paddock and Stones, P.L.C. or any other firm or firms that has business or dealing with the City of Detroit in the present or past and any future attorney or attorneys and any law firm or law firms that the city anticipate including contracts. Any other attorneys or law firms that not listed here that has had any dealing with the City of Detroit and connected to or associated with counting the votes or any part of the voting process.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Katina Henry_

Address _510 Trowbridge_

City, State, & Zip _Detroit, Mich 48202_

Date _7-21-14_


Sign _____

Address _____

City, State, & Zip _____

Date _____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
        Creditors/Objectors,

v

In re:                                        Chapter 9
City OF DETROIT, MICHIGAN         Case No. 13-53846
AND EMERGENCY MANAGER         Judge Steven W Rhodes
KEVYN D. ORR

        Debtor/City of Detroit         Case No. 14-cv-10434
                                                    Hon. Bernard A. Freidman
_____/    Magistrate Paul J. Komives

## PROOF OF SERVICES

___Carl Williams___, being first duly sworn deposes and your name

Say that on July _22_ 2014. I sent a copy of Objection Emergency Manager

Kevyn Orr use to work for Jones Day Law firm, now is the City's representative the City of Detroit, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl W Williams_

    Carl Williams
    10112 Somerset
    Detroit, Michigan 48224


Dated   July 23, 2014