UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
:
In re                                              :     Chapter 9
:
CITY OF DETROIT, MICHIGAN          :     Case No. 13-53846
:
                  Debtor.            :     Hon. Steven W. Rhodes
:
:
---------------------------------------------------------------x

## WITHDRAWAL OF PROOF OF CLAIM NO. 835

Claimant 3250 Associates LLC, by its attorneys, hereby withdraws its Proof of Claim No. 835 because the state court lawsuit on which it was based has been resolved.

                                  Respectfully submitted,

                                  HONIGMAN MILLER SCHWARTZ AND COHN LLP
                                  Attorneys for 3250 Associates LLC

                                  By:/s/ Judy B. Calton
                                       Judy B. Calton (P38733)
                                  2290 First National Building
                                  660 Woodward Avenue
                                  Detroit, MI 48226
                                  (313) 465-7344
                                  jcalton@honigman.com

Dated: July 29, 2014

## CERTIFICATE OF SERVICE

I certify that on July 29, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for 3250 Associates LLC


By:/s/ Judy B. Calton
    Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com