UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 9
                                                               :
CITY OF DETROIT, MICHIGAN                                      :    Case No. 13-53846
                                                               :
                    Debtor.                                    :    Hon. Steven W. Rhodes
                                                               :
                                                               :
---------------------------------------------------------------x

## WITHDRAWAL OF PROOF OF CLAIM NO. 741

Claimant Blenheim Building, LLC, by its attorneys, hereby withdraws its Proof of Claim No. 720 because the underlying State court lawsuit has been resolved.

      Respectfully submitted,

      HONIGMAN MILLER SCHWARTZ AND COHN LLP
      Attorneys for Blenheim Building, LLC

      By:/s/ Judy B. Calton
          Judy B. Calton (P38733)
      2290 First National Building
      660 Woodward Avenue
      Detroit, MI 48226
      (313) 465-7344
      jcalton@honigman.com

Dated: July 29, 2014

## CERTIFICATE OF SERVICE

I certify that on July 29, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Blenheim Building, LLC

By:/s/ Judy B. Calton
    Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com