UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| CITY OF DETROIT, MICHIGAN,<br><br>Debtor.<br>_____/ | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

## JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System retiree, a member of Class 11. I support and join in the Objecting Creditor Michael J. Karwoski's Objections to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5923, 7/10/14) and John P. Quinn's Objections to Fourth Amended Plan of Adjustment (Doc. 5723, 7/1/14). I request that the Court sustain those objections.

Signature: *Cheryl J. LaBash*

Printed name: CHERYL I. LABASH

Address: 16139 CHAPEL

DETROIT, MI 48219

Phone: 313 532-4129

Dated: 7/25/2014