UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
2014 JUL 29 P 2: 14
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

_____/

JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System active employee, a member of Class 11. I support and join in the Objecting Creditor Michael J. Karwoski's Objections to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5923, 7/10/14) and John P. Quinn's Objections to Fourth Amended Plan of Adjustment (Doc. 5723, 7/1/14). I also maintain my own Objections to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5949, 7/11/14). I request that the Court sustain those objections.

Signature: Thomas J. Cipollone
Printed name: THOMAS J. CIPOLLONE
Address: 49850 JOY ROAD
PLYMOUTH, MI 48170
Phone: 313-582-1898

Dated: 7-29-2014