# EXHIBIT 1

## Proposed Order

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re<br><br>CITY OF DETROIT,<br>MICHIGAN<br><br>                 Debtor. | Chapter 9<br><br>Case No.: 13-53846<br><br>Hon. Steven W. Rhodes |

**ORDER GRANTING CITY OF DETROIT'S MOTION TO OPEN THE RECORD OF THE HEARING ON CONFIRMATION OF THE CITY'S PLAN OF ADJUSTMENT ON AUGUST 18, 2014, FOR THE LIMITED PURPOSE OF ADMITTING THE TESTIMONY OF AN OTHERWISE UNAVAILABLE KEY WITNESS**

This matter having come before the Court on the City of Detroit's Motion to Open the Record of the Hearing on Confirmation of the City's Plan of Adjustment on August 18, 2014, for the Limited Purpose of Admitting the Testimony of an Otherwise Unavailable Key Witness (the "Motion")[1] and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED that the record of the hearing on confirmation of the City's Plan of Adjustment shall be opened on August 18, 2014

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

at __:__ a.m. (prevailing Eastern Time) before the Hon. Steven Rhodes in Courtroom ___, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan, for the limited purpose of permitting the live testimony of Robert Cline, including direct and cross-examination; and

IT IS FURTHER ORDERED that the examination of Mr. Cline may continue, if necessary, on August 19, 2014, beginning at __:__ a.m. (prevailing Eastern Time) before the Hon. Steven Rhodes in Courtroom ___, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.