# EXHIBIT 2

# Notice

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | ) | |
|---|---|---|
| In re | ) ) ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | ) ) ) | Case No.: 13-53846 |
| Debtor. | ) ) ) ) ) | Hon. Steven W. Rhodes |

# NOTICE OF MOTION AND OPPORTUNITY TO RESPOND

**PLEASE TAKE NOTICE** that on July 30, 2014, the City of Detroit filed its *Motion for an Order Shortening Notice and Scheduling an Expedited Hearing with Respect to the City's Motion to Open the Record of the Hearing on Confirmation of the City's Plan of Adjustment on August 18, 2014, for the Limited Purpose of Admitting the Testimony of an Otherwise Unavailable Key Witness* (the "**Motion**") in the United States Bankruptcy Court for the Eastern District of Michigan (the "**Bankruptcy Court**"), seeking entry of an order opening the confirmation hearing record on August 18, 2014 to enable the Court to hear the live testimony of Robert Cline, one of the City's key expert witnesses.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected by the relief sought in the Motion. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.**

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Bankruptcy Court to grant the City's Motion, or you want the Bankruptcy Court to consider your views on the Motion, within **17 days**[1] you or your attorney must:

---

[1] Concurrently herewith, the City has filed an *ex parte* motion to shorten notice of and expedite the hearing on the Motion (the "Motion to Expedite"). If the Court grants the Motion to Expedite, an order will be entered setting forth the shortened deadline to respond to the Motion.

1. File a written objection or response to the Motion explaining your position with the Bankruptcy Court electronically through the Bankruptcy Court's electronic case filing system in accordance with the Local Rules of the Bankruptcy Court or by mailing any objection or response to:[2]

**United States Bankruptcy Court**
Theodore Levin Courthouse
231 West Lafayette Street
Detroit, MI 48226

You must also serve a copy of any objection or response upon:

**Jones Day**
51 Louisiana Ave. NW
Washington, D.C. 20001-2113
Attention: Gregory Shumaker

-and-

**Pepper Hamilton LLP**
Suite 1800, 4000 Town Center
Southfield, Michigan 48075
Attn: Robert Hertzberg and Deborah Kovsky-Apap

2. If an objection or response is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**PLEASE TAKE FURTHER NOTICE that if you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting such relief.**

**[signature page follows]**

---

[2] A response must comply with F. R. Civ. P. 8(b), (c) and (e).

| | |
|---|---|
| Dated: July 30, 2014 | Respectfully submitted, |

/s/ Deborah Kovsky-Apap
Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap (P68258)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
Fax: (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

- and -

David G. Heiman
Heather Lennox
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

- and -

Thomas F. Cullen, Jr.
Gregory M. Shumaker
Geoffrey S. Stewart
Geoffrey S. Irwin
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001.2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

**ATTORNEYS FOR THE CITY OF DETROIT**