# EXHIBIT 4

## Certificate of Service

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2014, I electronically filed the *City's Motion to Open the Record of the Hearing on Confirmation of the City's Plan of Adjustment on August 18, 2014, for the Limited Purpose of Admitting the Testimony of an Otherwise Unavailable Key Witness*, which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this case.

Dated: July 30, 2014

/s/ Deborah Kovsky-Apap
Deborah Kovsky-Apap (P68258)

-1-