# EXHIBIT 6
# Robert Cline Engagement Letter

# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113
TELEPHONE: 202-879-3939 • FACSIMILE: 202-626-1700

Geoffrey S. Stewart
Direct Number: (202) 879-5445
gstewart@JonesDay.com

July 17, 2014

Robert Cline, Ph. D.
3041 Sedgwick St., Apt. 201D
Washington, DC 20008

Re: *In re City of Detroit, Michigan*, Case No. 13-53846 (Bankr. E.D. Mich.)

Dear Mr. Cline:

This letter agreement confirms and constitutes your engagement by Jones Day on behalf of the City of Detroit in connection with the above-referenced bankruptcy litigation (the "Bankruptcy Case").

1. Scope of Engagement

Jones Day hereby engages you to provide consulting services to us in connection with the Bankruptcy Case. These services shall include preparation for and provision of expert testimony related to tax forecasts prepared by Ernst & Young, LLP for the City of Detroit at the confirmation hearing to be held in connection with the Bankruptcy Case. These services shall begin on August 2, 2014, and conclude at 11:59 p.m. on August 19, 2014, and you shall have no ongoing obligation to provide services to Jones Day thereafter.

2. Fees and Expenses

Your professional fees for this engagement shall be as follows: (i) $754 per hour for any time that you spend reviewing the reports of other expert witnesses, preparing to testify, or testifying, whether at deposition, at the confirmation hearing or otherwise, in connection with this engagement; and (ii) reimbursement of reasonable expenses as described below.

You will be reimbursed for all reasonable out-of-pocket expenses incurred in connection with this engagement (including travel expenses, miscellaneous printing, and shipping/delivery) promptly upon request and, in any case, within 30 days after you submit an invoice in respect thereto. Because you will be travelling to the United States from your new residence in Paris, France, we agree that it will be appropriate for you to travel in business class or its equivalent for any international travel.

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

Robert Cline, Ph. D.
July 17, 2014
Page 2

Jones Day will pay all of your fees and expenses. We would ask that you maintain detailed time sheets recording your work for us and receipts for any out-of-pocket expenses you incur on this engagement. Please send statements for your services and expenses to me at the above address.

3. Information

Jones Day may furnish you documents or information believed by you to be relevant or useful to your work. You shall keep such non-public documents or information in confidence and shall not, without our prior consent, disclose them to any person (except as required by applicable law). Unless otherwise agreed between us, all non-public documents and other materials prepared by you pursuant to this Agreement shall be confidential.

4. Termination

This Agreement shall terminate upon your completion of work on August 19, 2014. However, the provisions of Sections 2, 3 and 5 shall survive any such termination.

5. Miscellaneous

(a) You have been retained to act solely as an expert and, in such capacity, shall act as an independent contractor and in no other capacity. Any duties of you arising out of your engagement pursuant to this Agreement shall be owed solely to Jones Day.

(b) Jones Day agrees that the services you are providing to Jones Day shall be concluded at 11:59 p.m. on August 19, 2014, and that you shall have no ongoing obligation to provide services to Jones Day thereafter.

(c) No waiver, amendment, or other modification of this Agreement shall be effective unless in writing and signed by each party to be bound thereby.

This Agreement constitutes the full and entire understanding and agreement between Robert Cline and Jones Day with regard to the subjects hereof, and no party shall be liable or bound to any other in any manner by any representations, warranties, covenants and agreements except as specifically set forth herein and therein.

[Remainder of Page Left Intentionally Blank]

13-53846-tjt   Doc 6395-6   Filed 07/30/14   Entered 07/30/14 11:11:50   Page 3 of 4

PAGE 3/4 * RCVD AT 7/17/2014 12:30:05 PM [Eastern Daylight Time] * SVR:NAFX02MS/20 * DNIS:60583 * CSID:18664831962 * DURATION (mm-ss):01-41

Please confirm that the foregoing correctly sets forth our agreement by signing and returning to Jones Day the duplicate copy of this letter agreement enclosed herewith.

Very truly yours,

JONES DAY

*/s/ Geoffrey S. Stewart*

Geoffrey S. Stewart

I confirm that this letter agreement accurately reflects the scope, terms, and conditions of this engagement.

*/s/ Robert Cline*

Robert Cline

Dated: 7/17/14

13-53846-tjt    Doc 6395-6    Filed 07/30/14    Entered 07/30/14 11:11:50    Page 4 of 4

PAGE 4/4 * RCVD AT 7/17/2014 12:30:05 PM [Eastern Daylight Time] * SVR:NAFX02MS/20 * DNIS:60583 * CSID:18664831962 * DURATION (mm-ss):01-41