| | ) | |
|---|---|---|
| In re | ) ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | ) ) ) | Case No.: 13-53846 |
| Debtor. | ) ) ) ) ) | Hon. Steven W. Rhodes |

**ORDER GRANTING CITY'S *EX PARTE* MOTION FOR AN ORDER
SHORTENING NOTICE AND SCHEDULING
<u>AN EXPEDITED HEARING</u>**

This matter coming before the Court on the City of Detroit's *Ex Parte* Motion for an Order Shortening Notice and Scheduling an Expedited Hearing with Respect to the City's Motion to Open the Record of the Hearing on Confirmation of the City's Plan of Adjustment on August 18, 2014, for the Limited Purpose of Admitting the Testimony of an Otherwise Unavailable Key Witness (the "Motion");[1] the Court having reviewed the Motion; having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Motion was sufficient under the circumstances; having determined after due deliberation that

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

the relief requested in the Motion is in the best interests of the Debtor and its creditors; and good and sufficient cause having been shown;

**IT IS HEREBY ORDERED THAT:**

    1.    The Motion is **GRANTED**.

    2.    Objections to the Debtor's Motion shall be filed no later than August 1, 2014.

    3.    If any objection is filed, a hearing with respect to the Debtor's Motion shall be held on August 4, 2014, at 10:00 a.m. (prevailing Eastern Time) before the Hon. Steven Rhodes in Courtroom 716, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

.

**Signed on July 30, 2014**

                                                                                      _/s/ Steven Rhodes_
                                                                                    **Steven Rhodes**
                                                                                     **United States Bankruptcy Judge**