# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

### ORDER APPROVING THE STIPULATION MODIFYING THE DEADLINE FOR OFFICIAL COMMITTEE OF RETIREES, THE RETIRED DETROIT CITY EMPLOYEES ASSOCIATION AND THE RETIRED DETROIT POLICE AND FIRE FIGHTERS ASSOCIATION, AND THE DETROIT RETIREMENT SYSTEMS TO FILE THEIR BRIEF IN SUPPORT OF CONFIRMATION OF THE CITY'S PLAN FOR THE ADJUSTMENT OF DEBTS

The Stipulation Modifying Deadline for the Official Committee of Retirees, the Detroit Retired City Employees Association and the Retired Detroit Police and Fire Fighters Association, and the Detroit Retirement Systems To File Their Briefs in Support of Confirmation of the City's Plan for the Adjustment of Debts (the "Stipulation"), attached hereto as **Exhibit A**, having been entered into by the City of Detroit and the Official Committee of Retirees appointed in the above-captioned chapter 9 case, the Detroit Retired City Employees Association and the Detroit Retired Police and Fire Fighters Association, and the Detroit Retirement Systems;

the Court having reviewed the Stipulation; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

Signed on July 30, 2014                      /s/ Steven Rhodes_____
                                            Steven Rhodes
                                            United States Bankruptcy Judge

# **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

**STIPULATION MODIFYING DEADLINE FOR THE OFFICIAL COMMITTEE OF RETIREES, THE DETROIT RETIRED CITY EMPLOYEES ASSOCIATION AND THE RETIRED DETROIT POLICE AND FIRE FIGHTERS ASSOCIATION, AND THE DETROIT RETIREMENT SYSTEMS TO FILE THEIR BRIEF IN SUPPORT OF CONFIRMATION OF THE CITY'S PLAN FOR THE ADJUSTMENT OF DEBTS**

This Stipulation is made by and among the City of Detroit (the "City") on the one hand and, on the other, the Official Committee of Retirees appointed in the above-captioned Chapter 9 case (the "Retiree Committee,"), the Detroit Retired City Employees Association (the "DRCEA") and the Retired Detroit Police and Fire Fighters Association (the "RDPFFA" ), and the Detroit Retirement Systems (the "Retirement Systems"). The Committee , the DRCEA, the RDPFFA, the Retirement Systems and the City are collectively referred to herein as the "Parties". By and through each of their undersigned counsel, the Parties have reached an agreement with respect to, and request the entry of an order approving, the following:

# RECITALS

A.  The City has reached agreements and an agreement in principle with the Committee, the DRCEA and the RDPFFA, and the Retirement Systems regarding the treatment of "Pension Claims" and/or "OPEB Claims" (as such terms are defined in the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 5, 2014) (Docket No. 4392) (the "Plan"))[1] as described in the Plan and/or the Disclosure Statement, provided that (1) both Classes 10 and 11 vote to accept the Plan (and, with respect to certain of the Non-City Parties, Class 12); and (2) the funding contemplated by the State Contribution Agreement and the DIA Settlement is actually committed, subject to the fulfillment of the conditions that accompany such funding (the "Funding Commitments"). Nothing herein is intended to alter, amend, or expand those agreements or agreements in principle.

B.  The Parties executed a stipulation dated May 9, 2014 (the "Original Stipulation") that modified certain deadlines established by this Court's Fourth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (Docket No. 4202) (the "Fourth Amended Scheduling Order"). The Original Stipulation was approved by Order of the Court entered on May 9, 2014 (Docket No. 4587). The Original Stipulation contained dates for the Committee, the DRCEA and the DRPPFA, and the Retirement

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Plan, the Scheduling Orders or in the June Stipulation (defined below).

Systems to file and serve various papers and pleadings, including objections to confirmation and expert reports, which dates varied depending on certain contingencies, namely (a) the "Funding Commitments" and (b) Classes 10, 11 and 12 support for the Plan.

        D.       On June 9, 2014, the Court entered its Fifth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (Docket No. 5259) (the "Fifth Amended Scheduling Order").

        F.       Pursuant to the First Amended Stipulation Modifying Certain Plan Discovery and Pleading Deadlines for Certain Non-Debtor Parties filed on June 20, 2014 [Docket No. 5473] (the "June Stipulation"), the Parties agreed that if on or before July 21, 2014, a tally of votes is filed in the Court showing that (a) Classes 10, 11, and 12 have voted to accept the Plan and (b) the Plan has not been materially modified to the detriment of Holders of Claims in Class 10, 11, or 12, then the Committee, the DRCEA and the RDPFFA, and the Retirement Systems may file in Court their brief supporting confirmation on June 22, 2014, among other pleadings and reports. The Court entered an Order approving the Stipulation on June 20, 2014 [Docket No. 5482]. The Committee and the Retirement Systems have complied with the dates for filing and/or serving their expert reports and witness lists.

G. At present, voting on acceptance or rejection of the Plan by all creditor classes has been reported. Although Classes 10, 11 and 12 accepted the Plan, certain unsecured creditor classes have rejected the Plan. In addition, the City filed its Fifth Amended Plan on July 25, 2014. [Dkt. No.6257]. The Committee, the DRCEA and the DPFFA, and the Retirement Systems have requested a brief additional time to file briefs in support of confirmation of the Plan in order to properly address issues that have been raised by creditors and other parties, particularly as those issues arise under section 1129(b) of the Bankruptcy Code now that certain classes have rejected the Plan and other creditors have reached settlements that affect the treatment of retiree claims. The Committee, the DRCEA and the RDPFFA, and the Retirement Systems also have requested the right to supplement the brief in support of confirmation if additional objections to the treatment of retirees claims are filed on or about August 15, 2014 in accordance with the Sixth amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment [Dkt. 6376].

H. In light of the above circumstances, the Parties have agreed to seek a revision of the deadline set forth in their prior Stipulations to extend the Committee, DRCEA and RDPFFA, and the Retirement Systems' time to file briefs in support of confirmation until August 4, 2014 and to provide the opportunity for the

4

Committee to file a reply on August 15 2014 to any supplemental objections to the treatment of retiree claims filed on or before August 12, 2014.

## STIPULATION

NOW, THEREFORE, it is hereby stipulated and agreed by and among the Parties, through their undersigned counsel:

1.  The Committee, the DRCEA and the RDPFFA, and the Retirement Systems may file and serve its brief in support of confirmation of the City's Plan on or before August 4, 2014.

2.  The Committee, the DRCEA and the RDPFFA, and the Retirement Systems may file and serve their briefs in response to supplemental objections that are filed against retiree claims on or before August 15, 2014

3.  The provisions of the Sixth Amended Scheduling Order and the June Stipulation remain in full force and effect, except as modified by this Stipulation.

Dated: July 29, 2014               Respectfully submitted,

| /s/ Carole Neville | /s/ Heather Lennox |
|---|---|
| Carole Neville | David G. Heiman (OH 0038271) |
| DENTONS US LLP | Heather Lennox (OH 0059649) |
| 1221 Avenue of the Americas | JONES DAY |
| New York, New York 10020 | North Point |
| Telephone 212 768-6700 | 901 Lakeside Avenue |
| Facsimile 212 768-6800 | Cleveland, Ohio 44114 |
| carole.neville@dentons.com | Telephone: (216) 586-3939 |
| | Facsimile: (216) 579-0212 |
| | dgheiman@jonesday.com |
| Sam J. Alberts | hlennox@jonesday.com |
| DENTONS US LLP | |
| 1301 K Street, NW | Bruce Bennett (CA 105430) |
| Washington, DC 20005 | JONES DAY |
| Telephone: (202) 408-6400 | 555 South Flower Street |
| sam.alberts@dentons.com | Fiftieth Floor |
| | Los Angeles, California 90071 |
| | Telephone: (213) 243-2382 |
| Matthew E. Wilkins (P56697) | Facsimile: (213) 243-2539 |
| Paula A. Hall (P61101) | bbennett@jonesday.com |
| BROOKS WILKINS SHARKEY & TURCO PLLC | |
| | Jonathan S. Green (MI P33140) |
| 401 South Old Woodward Avenue | Stephen S. LaPlante (MI P48063) |
| Suite 400 | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
| Birmingham, Michigan 48009 | 150 West Jefferson |
| Telephone: (248) 971-1800 | Suite 2500 |
| wilkins@bwst-law.com | Detroit, Michigan 48226 |
| hall@bwst-law.com | Telephone: (313) 963-6420 |
| *Attorneys for the Retiree Committee* | Facsimile: (313) 496-7500 |
| | green@millercanfield.com |
| | laplante@millercanfield.com |
| | *Attorneys for the City of Detroit* |

*s/Ryan C. Plecha*
Ryan C. Plecha
LIPPITT O'KEEFE GORNBEIN, PLLC

370 E. Maple, 3rd Floor
Birmingham, MI 48009
(248) 646-8292
Fax (248) 646-8375
rplecha@lippittokeefe.com
www.lippittokeefe.com

*Attorneys for the Detroit Retired City Employees Association and the Retired Detroit Police and Fire Fighters Association*


CLARK HILL PLC

/s/ *Robert D. Gordon*
Robert D. Gordon (P48627)
151 South Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Telephone: (248) 988-5882
Facsimile: (248) 988-2502
rgordon@clarkhill.com

*Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit*