**210B (12/09)**

# United States Bankruptcy Court

Eastern District of Michigan
Case No. 13-53846-swr
Chapter 9

In re: Debtor(s) (including Name and Address)

City of Detroit, Michigan
2 Woodward Avenue
Suite 1126
Detroit MI 48226

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/25/2014.

Name and Address of Alleged Transferor(s):

Claim No. : Citigroup Global Markets Inc., Attn:  MSD Market Analytics Group, 388 Greenwich Street, 2nd Floor, New York, NY 10013

Name and Address of Transferee:

ACP Master, Ltd.
c/o Aurelius Capital Management, LP
535 Madison Avenue, 22nd Floor
New York, NY  10022

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/30/14

Katherine B. Gullo
**CLERK OF THE COURT**

In re:                                              Case No. 13-53846-swr
City of Detroit, Michigan                           Chapter 9
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2        User: ckata        Page 1 of 15        Date Rcvd: Jul 28, 2014
                           Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2014.
22955422      +Citigroup Global Markets Inc.,   Attn:  MSD Market Analytics Group,
               388 Greenwich Street, 2nd Floor,  New York, NY 10013-2375

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2014                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2014 at the address(es) listed below:
       A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
       Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
        alfredo.perez@weil.com,kelly.diblasi@weil.com,debora.hoehne@weil.com,elizabeth.hendee@weil.com,
        edward.soto@weil.com,Edward.McCarthy@weil.com,brenda.funk@weil.com
       Alidz  Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
        oshagan@legghioisrael.com,  drf@legghioisrael.com
       Allan S. Brilliant    on behalf of Creditor  Macomb County allan.brilliant@dechert.com
       Allan S. Brilliant    on behalf of Creditor  Macomb Interceptor Drain Drainage District
        allan.brilliant@dechert.com
       Allan S. Brilliant    on behalf of Creditor  County of Macomb, Michigan
        allan.brilliant@dechert.com
       Allison  Bach    on behalf of Interested Party  State of Michigan, Department of Attorney General
        abach@dickinsonwright.com
       Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
        achouprouta@kramerlevin.com
       Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
        acaton@kramerlevin.com,  achouprouta@kramerlevin.com
       Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
        aap43law@gmail.com
       Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
        aap43law@gmail.com
       Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
        agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
       Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
        wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
       Angela  Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
        HollisR@dhcmi.org
       Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
        stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com/hkrstich@ecf.inforuptcy.com;akochis@ecf.info
        ruptcy.com
       Arthur  O'Reilly    on behalf of Interested Party  Detroit Institute of Arts
        aoreilly@honigman.com,  ahatcher@honigman.com
       Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
        and Agricultural Implement Workers of America bceccotti@cwsny.com
       Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
       Barbara A. Patek    on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C.
        bpatek@ermanteicher.com
       Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
        bpatek@ermanteicher.com
       Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
        bpatek@ermanteicher.com
       Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
        bfagan@dibandfagan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Benjamin J. Wilensky   on behalf of Creditor Robert  Cole bjw@seikalystewart.com
          Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation
          bbest@schaferandweiner.com,  wkyles@schaferandweiner.com
          Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com,
          wkyles@schaferandweiner.com
          Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com,
          wkyles@schaferandweiner.com
          Brendan H. Frey   on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteselaw.com,
          ssikorski@manteselaw.com
          Brett A. Border   on behalf of Creditor   U.S. Bank, N.A. bborder@sspclegal.com,
          joumedian@sspclegal.com
          Brett A. Border   on behalf of Creditor   U.S. Bank National Association bborder@sspclegal.com,
          joumedian@sspclegal.com
          Brett A. Border   on behalf of Interested Party   Schneiderman and Sherman, P.C.
          bborder@sspclegal.com,  joumedian@sspclegal.com
          Brett A. Border   on behalf of Interested Party   Kondaur Capital Corporation
          bborder@sspclegal.com,  joumedian@sspclegal.com
          Brett A. Border   on behalf of Creditor   Flagstar Bank, FSB bborder@sspclegal.com,
          joumedian@sspclegal.com
          Brian D. O'Keefe   on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association
          bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
          Association bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue
          Care Network of Michigan btrumbauer@bodmanlaw.com
          Bruce  Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan
          bbennett@jonesday.com
          Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
          Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com
          Carol Connor Cohen   on behalf of Interested Party   Ambac Assurance Corporation
          carol.cohen@arentfox.com
          Carol Connor Cohen   on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com
          Carole  Neville   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
          Michigan carole.neville@dentons.com
          Carole  Neville   on behalf of Retiree Committee   Official Committee of Retirees
          carole.neville@dentons.com,daniel.morris@dentons.com
          Caroline Turner English   on behalf of Plaintiff   Ambac Assurance Corporation
          caroline.english@arentfox.com
          Caroline Turner English   on behalf of Interested Party   Ambac Assurance Corporation
          caroline.english@arentfox.com
          Carolyn Beth Markowitz   on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
          Charles Bruce Idelsohn   on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
          charlesID@hotmail.com
          Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
          cbullock@sbplclaw.com,  cdbullock@msn.com;lhaas@sbplclaw.com
          Charles N. Ash   on behalf of Creditor   UBS AG cash@wnj.com,  kkranz@wnj.com
          Charles N. Ash   on behalf of Defendant   UBS AG cash@wnj.com,  kkranz@wnj.com
          Charles N. Ash   on behalf of Defendant   Merrill Lynch Capital Services, Inc. cash@wnj.com,
          kkranz@wnj.com
          Charles N. Ash   on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com,
          kkranz@wnj.com
          Christopher A. Grosman   on behalf of Interested Party   BlackRock Financial Management, Inc.
          BRCY@CarsonFischer.com,  cgrosman@carsonfischer.com
          Christopher A. Grosman   on behalf of Creditor   Oakland County, Michigan BRCY@CarsonFischer.com,
          cgrosman@carsonfischer.com
          Claude D. Montgomery   on behalf of Retiree Committee   Official Committee of Retirees
          claude.montgomery@dentons.com,docketny@dentons.com,
          carole.neville@dentons.com;sam.alberts@dentons.com
          Claude D. Montgomery   on behalf of Plaintiff   Official Committee of Retirees of the City of
          Detroit, Michigan claude.montgomery@dentons.com,
          carole.neville@dentons.com;sam.alberts@dentons.com
          Courtney M. Rogers   on behalf of Interested Party   U.S. Bank National Association
          courtney.rogers@wallerlaw.com
          Courtney M. Rogers   on behalf of Creditor   U.S. Bank National Association
          courtney.rogers@wallerlaw.com
          Craig B. Rule   on behalf of Creditor   Everhome Mortgage Company bankruptcy@orlans.com,
          ANHSOA@earthlink.net
          Craig E. Zucker   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
          czucker@ermanteicher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Craig E. Zucker   on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
          czucker@ermanteicher.com
          Craig E. Zucker   on behalf of Creditor    Detroit Police Officers Association
          czucker@ermanteicher.com
          Dan  Korobkin   on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party James  Washington dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
          Dan  Korobkin   on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
          Daniel J. Weiner   on behalf of Plaintiff    Ambac Assurance Corporation
          dweiner@schaferandweiner.com
          Daniel J. Weiner   on behalf of Interested Party    Ambac Assurance Corporation
          dweiner@schaferandweiner.com
          Daniel N. Adams   on behalf of Interested Party    Detroit Institute of Arts dadams@honigman.com,
          litdocket@honigman.com
          David  Eisenberg   on behalf of Creditor    Detroit Police Officers Association
          deisenberg@ermanteicher.com
          David  Eisenberg   on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
          deisenberg@ermanteicher.com
          David  Eisenberg   on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
          deisenberg@ermanteicher.com
          David A. Lerner   on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
          nwinagar@plunkettcooney.com
          David E. Hart   on behalf of Creditor    FK Park, LLC deh@maddinhauser.com
          David E. Hart   on behalf of Creditor    FK South, LLC deh@maddinhauser.com
          David E. Lemke   on behalf of Creditor    U.S. Bank National Association david.lemke@wallerlaw.com
          David Gilbert Heiman   on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
          David Gilbert Heiman   on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
          David Gilbert Heiman   on behalf of Debtor In Possession    City of Detroit, Michigan
          dgheiman@jonesday.com
          David L. Dubrow   on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
          David L. Dubrow   on behalf of Interested Party    Ambac Assurance Corporation
          david.dubrow@arentfox.com
          David M. Zack   on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
          namichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
          nepc.com
          David T. Lin   on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
          kbilpo@seyburn.com
          Dawn R. Copley   on behalf of Interested Party    State of Michigan, Department of Attorney
          General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
          Deborah  Kovsky-Apap   on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant Kevyn D.  Orr kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Debtor In Possession    City of Detroit, Michigan
          kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah L. Fish   on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party    Bronze Gable, L.L.C. dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party    Aurelius Capital Management, LP
          dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party    Monarch Alternative Capital LP
          dfish@allardfishpc.com,  allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Deborah L. Fish   on behalf of Interested Party   Stone Lion Capital Partners L.P.
  dfish@allardfishpc.com,  allardfishpc@yahoo.com
Deborah L. Fish   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
  dfish@allardfishpc.com,  allardfishpc@yahoo.com
Deborah L. Fish   on behalf of Interested Party   Panning Capital Management, LP
  dfish@allardfishpc.com,  allardfishpc@yahoo.com
Dirk H. Beckwith   on behalf of Defendant   U.S. Bank, N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith   on behalf of Interested Party   U.S. Bank N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith   on behalf of Creditor   Wilmington Trust Company, National Association
  dbeckwith@fosterswift.com
Dirk H. Beckwith   on behalf of Creditor   U.S. Bank National Association
  dbeckwith@fosterswift.com
Donald G. McGuigan, II   on behalf of Interested Party   Mario's Restaurant, Inc.
  don@mcguiganlaw.com
Douglas Steele   on behalf of Interested Party   International Association of Fire Fighters,
  AFL-CIO, CLC dls@wmlaborlaw.com
Douglas C. Bernstein   on behalf of Interested Party   Community Foundation for Southeast
  Michigan dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
Douglas C. Bernstein   on behalf of Interested Party   Hudson-Webber Foundation
  dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
Douglas C. Bernstein   on behalf of Interested Party   The Fred A. and Barbara M. Erb Family
  Foundation dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
Douglas C. Bernstein   on behalf of Interested Party   W.K. Kellogg Foundation
  dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
Douglas C. Bernstein   on behalf of Interested Party   Max M. and Marjorie S. Fisher Foundation
  dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
Douglas C. Bernstein   on behalf of Interested Party   The Ford Foundation
  dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein
  dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
Douglas C. Bernstein   on behalf of Interested Party   Charles Stewart Mott Foundation
  dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
Douglas C. Bernstein   on behalf of Interested Party   William Davidson Foundation
  dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
Douglas C. Bernstein   on behalf of Interested Party   McGregor Fund
  dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
Douglas C. Bernstein   on behalf of Interested Party   A. Paul and Carol C. Schaap Foundation
  dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
Earle I. Erman   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
  eerman@ermanteicher.com
Earle I. Erman   on behalf of Creditor   Detroit Police Officers Association
  eerman@ermanteicher.com
Earle I. Erman   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
  eerman@ermanteicher.com
Edward J. Gudeman   on behalf of Interested Party   Enjoi Transportation, LLC
  ejgudeman@gudemanlaw.com,  ecf@gudemanlaw.com
Edward J. Gudeman   on behalf of Interested Party   Upright Wrecking & Demolition, L.L.C.
  ejgudeman@gudemanlaw.com,  ecf@gudemanlaw.com
Edward Todd Sable   on behalf of Interested Party   General Motors LLC tsable@honigman.com,
  litdocket@honigman.com
Elias T. Majoros   on behalf of Interested Party   US Health & Life Insurance Company
  emajoros@glmpc.com
Elizabeth M. Abood-Carroll   on behalf of Creditor   Champion Mortgage Company
  bankruptcy@orlans.com,  ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll   on behalf of Creditor   Federal National Mortgage Association
  (Fannie Mae) bankruptcy@orlans.com,  ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll   on behalf of Creditor   Wells Fargo Bank, NA bankruptcy@orlans.com,
  ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll   on behalf of Creditor   EverBank bankruptcy@orlans.com,
  ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll   on behalf of Creditor   Champion Mortgage Company
  bankruptcy@orlans.com,  ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll   on behalf of Creditor   Everhome Mortgage Company
  bankruptcy@orlans.com,  ANHSOA@earthlink.net
Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
  ecrowder@sbplclaw.com,  lhaas@sbplclaw.com
Eric  Rosenberg   on behalf of Interested Party Patricia  Ramirez EJR@morganmeyers.com,
  amendiola@morganmeyers.com
Eric B. Gaabo   on behalf of Debtor In Possession   City of Detroit, Michigan gaabe@detroitmi.gov
Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan
  carlson@millercanfield.com
Eric David Novetsky   on behalf of Creditor   National Public Finance Guarantee Corporation
  enovetsky@jaffelaw.com
Ethan D. Dunn   on behalf of Creditor   Hercules & Hercules, Inc. bankruptcy@maxwelldunn.com,
  bankruptcy.maxwelldunn@gmail.com
Evan Justin Feldman   on behalf of Creditor   Police and Fire Retirement System of the City of
  Detroit efeldman@clarkhill.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit
          efeldman@clarkhill.com
          Fred  Neufeld   on behalf of Interested Party   Courtesy Notice  fneufeld@sycr.com
          Geoffrey T. Pavlic   on behalf of Creditor   Nuveen Asset Management  pavlic@steinbergshapiro.com,
          jbrown@steinbergshapiro.com
          Geoffrey T. Pavlic   on behalf of Creditor   BlackRock Financial Management, Inc.
          pavlic@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          Geoffrey T. Pavlic   on behalf of Creditor   Ad Hoc Bondholder Committee
          pavlic@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          H. Nathan Resnick   on behalf of Creditor Carlton D. Carter  hnresnick@resnicklaw.net,
          jabdelnour@resnicklaw.net
          Harold E. Nelson   on behalf of Creditor   Advisacare Health Care Solutions, Inc.
          ecf-hen@rhoadesmckee.com
          Harold E. Nelson   on behalf of Creditor Brendan  Mylewski  ecf-hen@rhoadesmckee.com
          Heath Douglas Rosenblat   on behalf of Counter-Claimant   Wilmington Trust, N.A.
          Heath.Rosenblat@dbr.com,  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust Company, National Association
          Heath.Rosenblat@dbr.com,  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust, National Association
          Heath.Rosenblat@dbr.com,  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat   on behalf of Defendant   Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
          Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heather  Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan
          hlennox@jonesday.com
          Heather  Lennox   on behalf of Defendant   City of Detroit, Michigan  hlennox@jonesday.com
          Heidi  Peterson   hdpeterson75@gmail.com
          Howard R. Hawkins, Jr.   on behalf of Defendant   UBS AG  howard.hawkins@cwt.com,
          mark.ellenberg@cwt.com;ellen.halstead@cwt.com
          Howard R. Hawkins, Jr.   on behalf of Creditor   Merrill Lynch Capital Services, Inc.
          howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;ellen.halstead@cwt.com
          Howard R. Hawkins, Jr.   on behalf of Defendant   Merrill Lynch Capital Services, Inc.
          howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;ellen.halstead@cwt.com
          Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt AG  howard@jacobweingarten.com
          Howard S. Sher   on behalf of Intervenor-Defendant   Deutsche Bank AG, London
          howard@jacobweingarten.com
          Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
          howard@jacobweingarten.com
          Howard S. Sher   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank
          Aktiengesellschaft in Luxemburg S.A.  howard@jacobweingarten.com
          Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Holdings, Inc.
          howard@jacobweingarten.com
          Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Credit Local  howard@jacobweingarten.com
          Howard Yale Lederman   on behalf of Creditor Ernest  Flagg  hlederman@normanyatooma.com
          Howard Yale Lederman   on behalf of Creditor Taris A. Jackson  hlederman@normanyatooma.com
          Howard Yale Lederman   on behalf of Creditor Brian  Greene  hlederman@normanyatooma.com
          Hugh M. Davis   on behalf of Creditor Catherine W. Phillips  Info@ConLitPC.com
          Hugh M. Davis   on behalf of Creditor Thomas  Stephens  Info@ConLitPC.com
          Ian S. Bolton   on behalf of Creditor   FK South, LLC  ibolton@maddinhauser.com,
          bwislinski@maddinhauser.com;nanderson@maddinhauser.com
          Ian S. Bolton   on behalf of Creditor   FK Park, LLC  ibolton@maddinhauser.com,
          bwislinski@maddinhauser.com;nanderson@maddinhauser.com
          James  Sprayregen   on behalf of Interested Party   Syncora Capital Assurance Inc.
          james.sprayregen@kirkland.com
          James  Sprayregen   on behalf of Interested Party   Syncora Guarantee Inc.
          james.sprayregen@kirkland.com
          James  Sprayregen   on behalf of Interested Party   Syncora Holdings Ltd.
          james.sprayregen@kirkland.com
          Jamie Scott Fields   on behalf of Creditor Jamie  Fields  jeansartre@msn.com
          Jamie Scott Fields   on behalf of Creditor   Retired Detroit Police Members Association
          jeansartre@msn.com
          Jason W. Bank   on behalf of Interested Party   Wade Trim Associates, Inc.  jbank@kerr-russell.com
          Jason W. Bank   on behalf of Interested Party   New England Fertilizer Company
          jbank@kerr-russell.com
          Jeffery R. Sieving   on behalf of Creditor   International Outdoor, Inc.  jeff@iobillboard.com
          Jeffrey  Rossman   on behalf of Creditor   U.S. Bank National Association  jrossman@mwe.com
          Jeffrey  Rossman   on behalf of Defendant   U.S. Bank, N.A.  jrossman@mwe.com,ncoco@mwe.com,
          Lhaidostian@mwe.com
          Jeffrey David Eaton   on behalf of Creditor   FMS Wertmanagement  jeaton@schiffhardin.com
          Jeffrey H. Bigelman   on behalf of Creditor   Xerox Corporation  jhb_ecf@osbig.com,  tc@osbig.com
          Jeffrey S. Grasl   on behalf of Creditor   Sprint Communications Company LP
          jgrasl@mcdonaldhopkins.com,  sharrow@mcdonaldhopkins.com
          Jeffrey S. Grasl   on behalf of Creditor   Bishop Real Estate, L.L.C.  jgrasl@mcdonaldhopkins.com,
          sharrow@mcdonaldhopkins.com
          Jennifer  Zbytowski Belveal   on behalf of Defendant   Detroit Entertainment, LLC
          jbelveal@honigman.com,  mjohnson@honigman.com
          Jennifer  Zbytowski Belveal   on behalf of Defendant   Greektown Casino, LLC
          jbelveal@honigman.com,  mjohnson@honigman.com
          Jeremiah Buffalo Wirgau   on behalf of Interested Party   CitiMortgage, Inc.  jwirgau@sspclegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

             Jerome D. Goldberg   on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
             Jerome D. Goldberg   on behalf of Creditor David  Sole apclawyer@sbcglobal.net
             Jill Kristen Smith   on behalf of Creditor   Macomb County Jill.Smith@macombgov.org
             John A. Simon   on behalf of Debtor In Possession   City of Detroit, Michigan jsimon@foley.com
             John A. Stevens   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
             jstevens@mathesonparr.com,  nlmumma@aol.com
             John E. Eaton   on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
             pjohnson@bredhoff.com;mforan@bredhoff.com
             John Joseph Ramirez   on behalf of Interested Party   Deutsche Bank AG, London
             john.ramirez@kattenlaw.com
             John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com
             John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
             john.sieger@kattenlaw.com
             John R. Canzano   on behalf of Creditor   Michigan Building and Construction Trades Council
             jcanzano@kmsmc.com
             John T. Gregg   on behalf of Creditor   36th District Court for the State of Michigan
             jgregg@btlaw.com
             Jonathan S. Green   on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC
             green@millercanfield.com
             Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan
             green@millercanfield.com
             Joseph M. Fischer   on behalf of Creditor   Oakland County, Michigan brcy@carsonfischer.com,
             jfischer@carsonfischer.com
             Joseph Mark Fisher   on behalf of Creditor   FMS Wertmanagement mfisher@schiffhardin.com
             Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com,
             litdocket@honigman.com
             Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc.
             jgadharf@mcdonaldhopkins.com
             Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc.
             jgadharf@mcdonaldhopkins.com
             Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd.
             jgadharf@mcdonaldhopkins.com
             Joshua A. Gadharf   on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
             Judy B. Calton   on behalf of Creditor   Country West Apartments, LLC jcalton@honigman.com,
             litdocket@honigman.com
             Judy B. Calton   on behalf of Creditor   136 Bagley LLC jcalton@honigman.com,
             litdocket@honigman.com
             Judy B. Calton   on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
             litdocket@honigman.com
             Judy B. Calton   on behalf of Creditor   Arrow Uniform Rental, Inc. jcalton@honigman.com,
             litdocket@honigman.com
             Judy B. Calton   on behalf of Interested Party   Detroit Entertainment, LLC jcalton@honigman.com,
             litdocket@honigman.com
             Judy B. Calton   on behalf of Creditor   TC Manor House, LLC jcalton@honigman.com,
             litdocket@honigman.com
             Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com,
             blundberg@honigman.com,  litdocket@honigman.com
             Judy B. Calton   on behalf of Creditor   5801 Southfield Service Drive Corp. jcalton@honigman.com,
             litdocket@honigman.com
             Judy B. Calton   on behalf of Creditor   Parkrite Holdings LLC jcalton@honigman.com,
             litdocket@honigman.com
             Judy B. Calton   on behalf of Debtor In Possession   City of Detroit, Michigan
             jcalton@honigman.com,  litdocket@honigman.com
             Judy B. Calton   on behalf of Creditor   Blenheim Building, LLC jcalton@honigman.com,
             litdocket@honigman.com
             Judy B. Calton   on behalf of Creditor   Country House Apartments jcalton@honigman.com,
             litdocket@honigman.com
             Judy B. Calton   on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com,
             litdocket@honigman.com
             Judy B. Calton   on behalf of Creditor   Ivey & Associates LLC jcalton@honigman.com,
             litdocket@honigman.com
             Judy B. Calton   on behalf of Creditor   Imperial Manor House, LLC jcalton@honigman.com,
             litdocket@honigman.com
             Judy B. Calton   on behalf of Interested Party   Greektown Casino, LLC jcalton@honigman.com,
             litdocket@honigman.com
             Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com,
             litdocket@honigman.com
             Judy B. Calton   on behalf of Creditor   120 W. Montcalm Properties LLC jcalton@honigman.com,
             litdocket@honigman.com
             Julia A. Caroff   on behalf of Interested Party   United States of America julia.caroff@usdoj.gov,
             mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
             Julie Beth Teicher   on behalf of Creditor   Detroit Police Officers Association
             jteicher@ermanteicher.com
             Julie Beth Teicher   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local
             344 jteicher@ermanteicher.com
             Julie Beth Teicher   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
             jteicher@ermanteicher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
          karen.dine@kattenlaw.com
          Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
          Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
          Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
          Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
          Association Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
          Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
          Avery@SilvermanMorris.com
          Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
          kressk@pepperlaw.com,   alexsym@pepperlaw.com
          Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London
          kenneth.noble@kattenlaw.com,   nyc.bknotices@kattenlaw.com
          Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
          kenneth.noble@kattenlaw.com,   nyc.bknotices@kattenlaw.com
          Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
          kenneth.noble@kattenlaw.com,   nyc.bknotices@kattenlaw.com
          Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
          kschneider@schneidermiller.com
          Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
          kevin.baum@kattenlaw.com
          Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
          ksummers@dflaw.com,   mmichael@psedlaw.com;ccook@dflaw.com
          Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
          Kurt  Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter
          kthornbladh@gmail.com,   thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
          kthornbladh@gmail.com,   thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Creditor    Michigan Welfare Rights Organization
          kthornbladh@gmail.com,   thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor    Plymouth Square Ltd. Housing Association
          kthornbladh@gmail.com,   thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff    Michigan Welfare Rights Organization
          kthornbladh@gmail.com,   thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
          kthornbladh@gmail.com,   thornbladh.kurt3@gmail.com
          Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
          llarose@chadbourne.com,   skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
          llarose@chadbourne.com,   skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Leah  Montesano    on behalf of Interested Party    Ambac Assurance Corporation
          leah.montesano@arentfox.com
          Leland  Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
          Lisa  Okasinski    on behalf of Creditor    HRT Enterprises lisa@demolaw.com
          Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit
          Lisa.Fenning@aporter.com
          Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of
          Detroit Lisa.Fenning@aporter.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
      Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
        lrochkind@jaffelaw.com,  dburris@jaffelaw.com
      Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
        lrochkind@jaffelaw.com,  dburris@jaffelaw.com
      Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association
        lbrimer@stroblpc.com,  kvanakin@stroblpc.com
      M. Ellen Dennis    on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
        dwhadden@umich.edu
      Mallory  Field    on behalf of Creditor    Retired Detroit Police Members Association
        MField@stroblpc.com,  sguarnieri@stroblpc.com
      Mami  Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
        324 mkato@sachswaldman.com,  pmerchak@sachswaldman.com
      Mami  Kato    on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
        pmerchak@sachswaldman.com
      Mami  Kato    on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
        pmerchak@sachswaldman.com
      Mami  Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
        pmerchak@sachswaldman.com
      Mami  Kato    on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
        pmerchak@sachswaldman.com
      Mami  Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
        mkato@sachswaldman.com,  pmerchak@sachswaldman.com
      Mami  Kato    on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
        pmerchak@sachswaldman.com
      Mami  Kato    on behalf of Creditor    Detroit Police Command Officers Association
        mkato@sachswaldman.com,  pmerchak@sachswaldman.com
      Mami  Kato    on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
        pmerchak@sachswaldman.com
      Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan
        swansonm@millercanfield.com
      Mark  Wasvary    on behalf of Creditor    Hyde Park Co-Operative, et al. mark@wasvarylaw.com
      Mark  Wasvary    on behalf of Creditor    Plymouth Square Ltd. Housing Association
        mark@wasvarylaw.com
      Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
      Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
        mark.angelov@arentfox.com
      Mark Allan Porter    on behalf of Other Professional    Allen Park Retirees Assn
        maplawat911@msn.com,  map-law.pllc@att.net
      Mark E. Bredow    on behalf of Creditor Carlton D. Carter mbredow@resnicklaw.net,
        jabdelnour@resnicklaw.net
      Mark E. Bredow    on behalf of Interested Party    Resnick & Moss, P.C. mbredow@resnicklaw.net,
        jabdelnour@resnicklaw.net
      Mark H. Shapiro    on behalf of Creditor    Nuveen Asset Management shapiro@steinbergshapiro.com,
        jbrown@steinbergshapiro.com
      Mark H. Shapiro    on behalf of Interested Party    The Securities Industry and Financial Markets
        Association shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
      Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc.
        shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
      Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company
        mrj@wwrplaw.com
      Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
      Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
      Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
        bankrout@davispolk.com
      Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
        mbcobbs@flash.net
      Mary Beth Cobbs    on behalf of Interested Party    City of Detroit Law Department
        cobbm@detroitmi.gov,  mbcobbs@flash.net
      Matthew  Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
      Matthew  Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
      Matthew  Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
        Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
      Matthew  Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
        wilkins@bwst-law.com,  marbury@bwst-law.com
      Matthew  Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
        wilkins@bwst-law.com,  marbury@bwst-law.com
      Matthew  Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
        wilkins@bwst-law.com,  marbury@bwst-law.com
      Matthew  Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
        wilkins@bwst-law.com,  marbury@bwst-law.com
      Matthew  Wilkins    on behalf of Intervenor-Plaintiff    Official Committee of Retirees of the City
        of Detroit, Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
      Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
        Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
      Matthew Gernet Summers    on behalf of Creditor    FMS Wertmanagement summersm@ballardspahr.com
      Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
        summersm@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt AG
  summersm@ballardspahr.com
Max J. Newman   on behalf of Interested Party   Wayne County Corporation newman@butzel.com
Melissa Demorest LeDuc   on behalf of Creditor   T&T Management, Inc. melissa@demolaw.com,
  paula@demolaw.com
Melissa Demorest LeDuc   on behalf of Creditor John  Denis melissa@demolaw.com,  paula@demolaw.com
Melissa Demorest LeDuc   on behalf of Creditor   John W. and Vivian M. Denis Trust
  melissa@demolaw.com,  paula@demolaw.com
Melissa Demorest LeDuc   on behalf of Creditor James  Herbert melissa@demolaw.com,
  paula@demolaw.com
Melissa Demorest LeDuc   on behalf of Creditor   HRT Enterprises melissa@demolaw.com,
  paula@demolaw.com
Mercedes Varasteh Dordeski   on behalf of Creditor Johnathan Aaron Brown
  mdordeski@foleymansfield.com,cindy@loevy.com
Meredith  Taunt   on behalf of Creditor   Retired Detroit Police Members Association
  mtaunt@stroblpc.com,  KVanAkin@stroblpc.com
Michael Anthony Karman   on behalf of Creditor   Fountain Court Consumer Housing Cooperative
  makarmanesq@gmail.com
Michael Anthony Karman   on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com
Michael C. Hammer   on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
Michael C. Hammer   on behalf of Interested Party   MGM Grand Detroit, LLC
  mchammer2@dickinsonwright.com
Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
Michael R. Bell   on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association
  mike.paslay@wallerlaw.com,
  Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
  rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC
  msl@maddinhauser.com,  bac@maddinhauser.com
My Chi To   on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
  mao-bk-ecf@debevoise.com
Nabih H. Ayad   on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party   Michigan State Conference NAACP
  ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
Niraj R. Ganatra   on behalf of Creditor   International Union, United Automobile, Aerospace and
  Agricultural Implement Workers of America Nganatra@uaw.net
Noah J. Ornstein   on behalf of Interested Party   Syncora Guarantee Inc.
  noah.ornstein@kirkland.com
Noah J. Ornstein   on behalf of Interested Party   Syncora Capital Assurance Inc.
  noah.ornstein@kirkland.com
Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
  Paige.Barr@kattenlaw.com
Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com,
  mkisell@plunkettcooney.com
Patrick E. Mears   on behalf of Creditor   36th District Court for the State of Michigan
  pmears@btlaw.com
Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation
  phage@jaffelaw.com,  jtravick@jaffelaw.com
Paul R. Hage   on behalf of Plaintiff   National Public Finance Guarantee Corporation
  phage@jaffelaw.com,  jtravick@jaffelaw.com
Paula A. Hall   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
  Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall   on behalf of Interested Party   Official Committee of Retirees of the City of
  Detroit, Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com,
  marbury@bwst-law.com;pleban@bwst-law.com
Peter D. Dechiara   on behalf of Creditor   International Union, United Automobile, Aerospace and
  Agricultural Implement Workers of America pdechiara@cwsny.com
Peter J. Roberts   on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation
  pcanzano@sidley.com
Ralph A. Taylor   on behalf of Interested Party   Ambac Assurance Corporation
  ralph.taylor@arentfox.com
Ralph A. Taylor   on behalf of Plaintiff   Ambac Assurance Corporation ralph.taylor@arentfox.com
Randall A. Brater   on behalf of Interested Party   Ambac Assurance Corporation
  randall.brater@arentfox.com
Randall A. Pentiuk   on behalf of Interested Party   Lasalle Town Houses Cooperative Association
  RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
Randall A. Pentiuk   on behalf of Interested Party   Joliet Town Houses Cooperative Association
  RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
Randall A. Pentiuk   on behalf of Interested Party   Lafayette Town Houses, Inc.
  RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
              Pentiukpc@aol.com
              Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
              Pentiukpc@aol.com
              Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
              RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
              Raymond  Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
              Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
              Raymond J. Sterling    on behalf of Creditor Cynthia A. Bibb rsterling@sterlingattorneys.com,
              destes@sterlingattorneys.com
              Richard Levin    on behalf of Interested Party    Detroit Institute of Arts rlevin@cravath.com,
              mao@cravath.com
              Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
              Richard G. Mack, Jr.    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
              richardmack@millercohen.com, mcoil@millercohen.com
              Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
              Department ecf@kaalaw.com, wjackson@KAALaw.com
              Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
              robert.darnell@usdoj.gov
              Robert  Fetter    on behalf of Interested Party    Local 3308 of the American Federation of State,
              County and Municipal Employees rfetter@millercohen.com,
              richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
              com
              Robert  Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
              rfetter@millercohen.com,
              richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
              com
              Robert  Fetter    on behalf of Interested Party    Local 917 of the American Federation of State,
              County and Municipal Employees rfetter@millercohen.com,
              richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
              com
              Robert A. Weisberg    on behalf of Creditor    Oakland County, Michigan BRCY@CARSONFISCHER.COM,
              rweisberg@carsonfischer.com
              Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
              rgordon@clarkhill.com, lbellguzzo@clarkhill.com
              Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
              Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
              Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
              Robert M. Fishman    rfishman@shawfishman.com
              Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
              bbassel@gmail.com, robertbassel@hotmail.com
              Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
              robertbassel@hotmail.com
              Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
              bbassel@gmail.com, robertbassel@hotmail.com
              Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
              bbassel@gmail.com, robertbassel@hotmail.com
              Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
              robertbassel@hotmail.com
              Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
              alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
              alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
              alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
              alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
              hertzbergr@pepperlaw.com,  alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
              alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
              alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
              alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
              alexsym@pepperlaw.com;kuschj@pepperlaw.com
              Ronald C. Liscombe    on behalf of Creditor    Public Lighting Authority rliscombe@alglawpc.com
              Rozanne M. Giunta    on behalf of Interested Party    State of Michigan rmgiunta@lambertleser.com
              Ryan  Cochran    on behalf of Creditor    U.S. Bank National Association ryan.cochran@wallerlaw.com
              Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
              jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
              Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
              rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
              rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Ryan  Plecha   on behalf of Plaintiff   Detroit Retired City Employees Association
          rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc.
          ryan.bennett@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett   on behalf of Defendant   Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Capital Assurance Inc.
          ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
          justin.bernbrock@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc.
          ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
          justin.bernbrock@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Holdings Ltd.
          ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Sam J. Alberts   on behalf of Retiree Committee   Official Committee of Retirees
          sam.alberts@dentons.com,  dan.barnowski@dentons.com
          Sam J. Alberts   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
          Michigan sam.alberts@dentons.com,  dan.barnowski@dentons.com
          Samuel S. Kohn   on behalf of Creditor   Assured Guaranty Municipal Corp. skohn@chadbourne.com,
          japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Samuel S. Kohn   on behalf of Plaintiff   Assured Guaranty Municipal Corp. skohn@chadbourne.com,
          japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Sandra L. O'Connor   on behalf of Interested Party   US Health & Life Insurance Company
          soconnor@glmpc.com
          Sara Klettke MacWilliams   on behalf of Creditor   Oakland County, Michigan
          macwilliams@youngpc.com,  efiling@youngpc.com
          Scott A. Wolfson   on behalf of Interested Party   The Bank Of New York Mellon swolfson@wolfsonbolton.com,
          david.rosensweig@nortonrosefulbright.com;melanie.kotler@nortonrosefulbright.com;
          stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com
          Scott B. Kitei   on behalf of Interested Party   Detroit Institute of Arts skitei@honigman.com
          Scott M. Watson   on behalf of Creditor   UBS AG swatson@wnj.com
          Scott R. Murphy   on behalf of Creditor   36th District Court for the State of Michigan
          smurphy@btlaw.com,  Roslyn.Thoits@btlaw.com
          Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Shannon L. Deeby   on behalf of Interested Party   General Retirement System of the City of
          Detroit sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Interested Party   Police and Fire Retirement System of the City
          of Detroit sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Creditor   Police and Fire Retirement System of the City of
          Detroit sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit
          sdeeby@clarkhill.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of
          State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of
          State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 Of The American Federation of
          State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
          slevine@lowenstein.com
          Sheldon S. Toll   on behalf of Interested Party   Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
          lawtoll@comcast.net
          Sherrie L. Farrell   on behalf of Attorney   Dykema Gossett PLLC sfarrell@dykema.com,
          mpearson@dykema.com;docket@dykema.com
          Sherrie L. Farrell   on behalf of Creditor   Downtown Development Authority sfarrell@dykema.com,
          mpearson@dykema.com;docket@dykema.com
          Sheryl L. Toby   on behalf of Interested Party   Barclays Capital, Inc. stoby@dykema.com,
          dguerrero@dykema.com
          Sheryl L. Toby   on behalf of Creditor   Downtown Development Authority stoby@dykema.com,
          dguerrero@dykema.com
          Stephen  Wolpert   on behalf of Creditor   Macomb County stephen.wolpert@dechert.com
          Stephen B. Grow   on behalf of Creditor   UBS AG sgrow@wnj.com,  kfrantz@wnj.com
          Stephen B. Grow   on behalf of Creditor   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
          kfrantz@wnj.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Stephen B. Grow   on behalf of Defendant   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
          kfrantz@wnj.com
          Stephen B. Grow   on behalf of Defendant   UBS AG sgrow@wnj.com,  kfrantz@wnj.com
          Stephen C. Hackney   on behalf of Interested Party   Syncora Holdings Ltd.
          stephen.hackney@kirkland.com
          Stephen C. Hackney   on behalf of Interested Party   Syncora Guarantee Inc.
          stephen.hackney@kirkland.com
          Stephen C. Hackney   on behalf of Interested Party   Syncora Capital Assurance Inc.
          stephen.hackney@kirkland.com
          Stephen C. Hackney   on behalf of Defendant   Syncora Guarantee, Inc. stephen.hackney@kirkland.com
          Stephen M. Gross   on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
          shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Interested Party   Syncora Guarantee Inc.
          sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Creditor   Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
          shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Interested Party   Syncora Holdings Ltd.
          sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Interested Party   Syncora Capital Assurance Inc.
          sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen S. LaPlante   on behalf of Defendant   City of Detroit, Michigan
          laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante   on behalf of Plaintiff   City of Detroit, Michigan
          laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan
          laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante   on behalf of Interested Party   Detroit Institute of Arts
          laplante@millercanfield.com,  skoczylas@millercanfield.com
          Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov
          Steven G. Howell   on behalf of Interested Party   State of Michigan showell@dickinsonwright.com
          Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney
          General showell@dickinsonwright.com
          Stuart A. Gold   on behalf of Creditor   Detroit Public Library sgold@glmpc.com
          Susheel Kirpalani   on behalf of Plaintiff   Syncora Guarantee Inc.
          susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
          Susheel Kirpalani   on behalf of Interested Party   Syncora Guarantee Inc.
          susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
          Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com,
          mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmissian@schiffhardin.com;edocket@schiffha
          rdin.com
          Tamar Dolcourt   on behalf of Debtor In Possession   City of Detroit, Michigan
          tdolcourt@foley.com
          Thomas B. Radom   on behalf of Creditor   Stroh Properties, Inc. Radom@butzel.com
          Thomas B. Radom   on behalf of Defendant   Detroit Police And Fire Retirement System Service
          Corporation Radom@butzel.com
          Thomas B. Radom   on behalf of Defendant   Detroit General Retirement System Service Corporation
          Radom@butzel.com
          Thomas P. Christy   on behalf of Creditor   Berkshire Hathaway Assurance Corporation
          tchristy@garanlucow.com
          Thomas R. Morris   on behalf of Plaintiff   Detroit Retired City Employees Association
          morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party Donald   Taylor morris@silvermanmorris.com,
          marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Creditor Donald   Taylor morris@silvermanmorris.com,
          marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
          Association morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
          morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
          marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association
          morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
          marlene@silvermanmorris.com
          Timothy A. Fusco   on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco   on behalf of Debtor In Possession   City of Detroit, Michigan
          fusco@millercanfield.com
          Timothy R. Graves   on behalf of Interested Party   Bronze Gable, L.L.C. tgraves@allardfishpc.com,
          allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
          tgraves@allardfishpc.com,  allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Aurelius Capital Management, LP
          tgraves@allardfishpc.com,  allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Stone Lion Capital Partners L.P.
          tgraves@allardfishpc.com,  allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com,
          allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Timothy R. Graves   on behalf of Interested Party   Panning Capital Management, LP
            tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Monarch Alternative Capital LP
            tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com,
            allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com,
            allardfishpc@yahoo.com
          Trevor J. Zamborsky   on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Nicholas  Martin tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Trevor J. Zamborsky   on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Trevor J. Zamborsky    on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
          Vanessa G. Fluker    on behalf of Interested Party  Center for Community Justice and Advocacy
             vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
          William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
          William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
          William C. Blasses    on behalf of Creditor  Jackie's Transport, Inc. wcb@osbig.com
          William C. Blasses    on behalf of Interested Party  Michigan Property Tax Relief, LLC
             wcb@osbig.com
          William C. Blasses    on behalf of Interested Party  P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
          William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
          William Norman Listman    on behalf of Interested Party  Southeastern Oakland County Water
             Authority wlistman@davislistman.com
          William Pfeiffer Smith    on behalf of Creditor  U.S. Bank National Association wsmith@mwe.com
          William W. Kannel    on behalf of Creditor  Ad Hoc Bondholder Committee wkannel@mintz.com
          Winnifred P. Boylan    on behalf of Interested Party  State of Michigan wpboylan@lambertleser.com
          Wolfgang  Mueller    on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
             jsmith@olsmanlaw.com
          Wolfgang  Mueller    on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
             jsmith@olsmanlaw.com
          Wolfgang  Mueller    on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
             jsmith@olsmanlaw.com
          Wolfgang  Mueller    on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
             jsmith@olsmanlaw.com
          Yuliy  Osipov    on behalf of Creditor  Jackie's Transport, Inc. yotc_ecf@yahoo.com,
             yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
             yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party  Michigan Property Tax Relief, LLC
             yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party  P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
             yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                                    TOTAL: 596