B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF MICHIGAN

In re City of Detroit, Michigan                                   Case No. 13-53846-SWR

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
**Commerzbank AG London Branch**

Name and Address where notices to
transferee should be sent:
Commerzbank AG London Branch
PO Box 52715
30 Gresham Street
London EC2P 2XY England
Attn: Simon Bowmer

Phone: +44 (0)20 7475 3824
Last Four Digits of Acct #: N/A

Name and Address where transferee
payments should be sent (if different
from above): Same as above

Phone: Same as above
Last Four Digits of Acct #: N/A

Name of Transferor
**Hypothekenbank Frankfurt International S.A.**
Helfmann-Park 5
65760 Eschborn
Germany
Attn: Ansgar Herkert

Court Claim # (if known): 1357
Amount of Claim: No less than $200,555,000
Date Claim Filed: February 20, 2014

Phone: (212) 479-5759
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

COMMERZBANK AG LONDON BRANCH

By: _____ Date: 16/7/14
         Transferee/Transferee's Agent

SIMON BOWMER   JAMES WALTERS
                            AUTHORISED SIGNATORY
Authorised Signatory

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.