FILED

2014 JUL 31  P 10: 35   Chapter 9

CITY OF DETROIT, MICHIGAN,   U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT   Case No. 13-53846

                Debtor.                    Hon. Steven W. Rhodes

_____/

## JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System retiree, a member of Class 11. I support and join in the Objecting Creditor Michael J. Karwoski's Objections to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5923, 7/10/14) and John P. Quinn's Objections to Fourth Amended Plan of Adjustment (Doc. 5723, 7/1/14). I request that the Court sustain those objections.

Signature: _____

Printed name: James W. Hoogstra

Address: 1285 Alameda Blvd.

Troy, MI 48085-6740

Phone: 248-879-0999

Dated: July 28, 2014