UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| In the matter of: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor . | Hon. Steven W. Rhodes |

## JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTIONS TO FOURTH AMENDED PLAN OF THE ADJUSTMENT

I am a creditor, and a member of Class 11 (General Retirement System pension recipient). I support and join in the objecting creditor Michael J. Karwoski's objections to the confirmation of the Fourth Amended Plan of Adjustment (Docket #5923, 07/10/2014) and John P. Quinn's objections to the Fourth Amended Plan of Adjustment (Docket #5723, 07/10//2014). I request that the Court sustain those objections.

Respectfully Submitted,

Name: Charlene Carter

Signature: *Charlene Carter*

Address: 20444 Renfrew Road
Detroit, MI 48221
313-799-3654

Email: SimsFamily-Detroit@Comcast.net

Dated: July 31, 2014



Page 1 of 1