UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

## JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTIONS TO FOURTH AMENDED PLAN OF THE ADJUSTMENT

I am a creditor, and a member of Class 11 (General Retirement System pension recipient). I support and join in the objecting creditor Michael J. Karwoski's objections to the confirmation of the Fourth Amended Plan of Adjustment (Docket #5923, 07/10/2014) and John P. Quinn's objections to the Fourth Amended Plan of Adjustment (Docket #5723, 07/10//2014). I also maintain my own objections to the confirmation of the Fourth Amended Plan of Adjustment (Docket #5881, 07/09/2014). I request that the Court sustain those objections.

Respectfully Submitted,

Name: Terrance James Sims
Signature:
Address: 20444 Renfrew Road
Detroit, MI 48221
313-799-3654

Email: SimsFamily-Detroit@Comcast.net

Dated: July 31, 2014

FILED 2014 JUL 31 P 12:03 U.S. BANKRUPTCY COURT E.D. MICHIGAN DETROIT

Page 1 of 1