TO: _Mayor Mike Duggan_

**RE: Recognitions of Voting Conditions and Influences**
**Chapter 9, Case No. 13-53846;**
**Judge Steven Rhodes, U.S. Bankruptcy Court,**
**Eastern District of Michigan, Southern Division**

I, _Delores F. Johnson_, want my circumstances to be known, stated, recorded, documented and/or filed that the votes I casted on behalf of the Bankruptcy Plan of Adjustment; albeit, reject or accept the plans, were submitted Under Duress. For voting was forced upon me, threats of worsening proportions were stated, and as a result, my actions of voting were a result of stress and fear. Basically, <u>the act of voting was Under Duress</u> because it was an action that I would not have conceded to otherwise.

Sincerely,

SIGNATURE: _Delores E. Johnson_, Creditor
                                                         PENSIONER

ADDRESS: _24811 Ashley Ct_

CITY / STATE / ZIP: _Redford, Mich. 48239_

PHONE(S): _313-387-8191_

DATE: _7-14-2014_