TO: **MIKE DUGGAN MAYOR OF DETROIT**

RE: Recognitions of Voting Conditions and Influences
Chapter 9, Case No. 13-53846;
Judge Steven Rhodes, U.S. Bankruptcy Court,
Eastern District of Michigan, Southern Division

I, **JAMES R. JACKSON** want my circumstances to be known, stated, recorded, documented and/or filed that the votes I casted on behalf of the Bankruptcy Plan of Adjustment; albeit, reject or accept the plans, were submitted Under Duress. For voting was forced upon me, threats of worsening proportions were stated, and as a result, my actions of voting were a result of stress and fear. Basically, the act of voting was Under Duress because it was an action that I would not have conceded to otherwise.

Sincerely,

SIGNATURE: *[signed]*, Creditor

ADDRESS: **12659 MENDOTA**

CITY / STATE / ZIP: **DETROIT, MICHIGAN 48238-3011**

PHONE(S): **313 834-3492**

DATE: **7-15-2014**