TO: KEVYN, ORR, E.M. OF CITY OF DETROIT

RE: Recognitions of Voting Conditions and Influences
Chapter 9, Case No. 13-53846;
Judge Steven Rhodes, U.S. Bankruptcy Court,
Eastern District of Michigan, Southern Division

I, _[signature]_ want my circumstances to be known, stated, recorded, documented and/or filed that the votes I casted on behalf of the Bankruptcy Plan of Adjustment; albeit, reject or accept the plans, were submitted Under Duress. For voting was forced upon me, threats of worsening proportions were stated, and as a result, my actions of voting were a result of stress and fear. Basically, the act of voting was Under Duress because it was an action that I would not have conceded to otherwise.

Sincerely,

SIGNATURE: _[signature]_, Creditor
ADDRESS: 12659 MENDOTA
CITY / STATE / ZIP: DETROIT, MICHIGAN 48238-3011
PHONE(S): 313-834-3492
DATE: 7-15-2014