UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2014, I served the State's corrected page 65 of the May 2014 privilege log upon the attorney of record for Syncora, Stephen M. Gross, by mailing to him at McDonald Hopkins, PLC, 39533 Woodward Ave., Bloomfield Hills, MI 48304, and emailing to sgross@mcdonaldhopkins.com; to the Retiree Committee, Matthew E. Wilkins, by mailing to him at Brooks Wilkins Sharkey & Turco, 401 South Old Woodward, Ste 400, Birmingham, MI 489009, and emailing to wilkins@bwst-law.com; and Financial Guaranty Insurance Company, Edward Soto, Weil, Gotshal & Manges LLP, 1395 Brickell Avenue, Suite 1200, Miami, FL 33131, and emailing edward.soto@weil.com.

/s/ Matthew Schneider
Matthew Schneider, Chief Legal Counsel
Attorney for State of Michigan
P.O. Box 30754, Lansing, Michigan 48909
(517) 373-3203
SchneiderM7@michigan.gov
[P62190]