UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

## JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System ~~retiree~~ active employee, a member of Class 11. I support and join in the Objecting Creditor Michael J. Karwoski's Objections to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5923, 7/10/14) and John P. Quinn's Objections to Fourth Amended Plan of Adjustment (Doc. 5723, 7/1/14). I request that the Court sustain those objections.

Signature: Norman Trotter

Printed name: Norman Trotter

Address: 10198 Traverse
Det., MI 48213

Phone: (313) 922-7643

Dated: July 31, 2014