UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF DETROIT, MICHIGAN,

Debtor.
_____/

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System ~~retiree~~ Active Employee ②, a member of Class 11. I support and join in the Objecting Creditor Michael J. Karwoski's Objections to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5923, 7/10/14) and John P. Quinn's Objections to Fourth Amended Plan of Adjustment (Doc. 5723, 7/1/14). I request that the Court sustain those objections.

Signature: Anthony D. Smith

Printed name: Anthony D. Smith

Address: 19453 Lumpkin

Det, MI 48234

Phone: 313-224-4494

Dated: 7-31-14

FILED 2014 JUL 31 P 2:34 U.S. BANKRUPTCY COURT E.D. MICHIGAN DETROIT

13-53846-tjt   Doc 6433   Filed 07/31/14   Entered 07/31/14 15:57:53   Page 1 of 1