UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

## JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System ~~retiree~~ active [employee], a member of Class 11. I support and join in the Objecting Creditor Michael J. Karwoski's Objections to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5923, 7/10/14) and John P. Quinn's Objections to Fourth Amended Plan of Adjustment (Doc. 5723, 7/1/14). I request that the Court sustain those objections.

Signature: _[signed]_

Printed name: Teresa Pembroke

Address: 18249 Kentucky
Detroit, MI 48221

Phone: 313 224-9174 (wk)
313 465-2817 (cell)
313 861-0190
313 864-7988 Home

Dated: 7/31/2014

FILED 2014 JUL 31 P 2:34 U.S. BANKRUPTCY COURT E.D. MICHIGAN DETROIT