UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------x

# CITY OF DETROIT'S
## COUNTER-DESIGNATION OF THE CONTENTS OF THE RECORD

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, appellee the City of Detroit (the "City") hereby submits this counter-designation of the contents of the record in response to *Appellant's Designation of the Contents of the Record and Statement of Issues on Appeal* [Docket No. 6104] filed by appellants Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (collectively, "Syncora") on July 17, 2014.

# Designation of Additional Items to Be Included in the Record On Appeal

## A. Case No. 13-53846

| Item No. (Attached) | Date | Docket No. | Description |
|---|---|---|---|
| 1. | 8/16/2013 | 0334 | Order to Certain Parties to Appear for First Mediation |
| 2. | 8/22/2013 | 0562 | Second Order Referring Matters to Facilitative Mediation |
| 3. | 8/23/2013 | 0593 | Order to Certain Parties to Appear for Mediation of Certain Disputes Before Special Mediator U.S. Bankruptcy Judge Elizabeth Perris |
| 4. | 10/7/2013 | 1101 | Third Order Referring Matters to Facilitative Mediation |
| 5. | 11/1/2013 | 1487 | Amended Order to Appear Prior to November 6, 2013 Mediation Session [Dkt. 1485] |
| 6. | 12/20/2013 | 2262 | Amended Order to Certain Parties to Appear for Continuing Mediation Sessions on December 23-24, 2013 |
| 7. | 12/30/2013 | 2344 | Order to Certain Parties to Appear for Continued Mediation on UTGO Matters |
| 8. | 12/30/2013 | 2345 | Order to Certain Parties to Appear for Continued Mediation on UTGO Matters |
| 9. | 12/31/2013 | 2346 | Order to Certain Parties to Appear for Continued Mediation on DWSD Matters |
| 10. | 3/20/2014 | 3105 | Order to Certain Parties to Appear for Continued Mediation on UTGO Matters |
| 11. | 4/17/2014 | 4156 | Order of Referral to Mediation |
| 12. | 4/21/2014 | 4205 | Order to Certain Parties to Appear for Continued Mediation on LTGO Matters |
| 13. | 4/21/2014 | 4206 | Order to Certain Parties to Appear for Continued Mediation on DWSD Matters |
| 14. | 4/21/2014 | 4207 | Order to Certain Parties to Appear for Continued Mediation on DWSD Matters |

| | | | |
|---|---|---|---|
| 15. | 6/9/2014 | 5257 | Order to Certain Parties to Appear for Continued Mediation on LTGO Matters |
| 16. | 6/19/2014 | 5452 | Amended Order to Certain Parties to Appear for Continued Mediation on DWSD Matters [Dkt. 5450] |
| 17. | 6/26/2014 | 5612 | Order to Appear for Continued Mediation on "COPs" Matters |
| 18. | 7/10/2014 | 5620 | Order to Appear for Continued Mediation |
| 19. | 7/18/2014 | 6131 | Amended Order to Certain Parties to Appear for Continued Mediation on DWSD Matters [Dkt. 6068] |
| 20. | 7/1/2014 | 5728 | Objection of Debtor to Motion of Creditors to View Or, in the Alternative, Unseal Supplemental Order Regarding Mediation [Dkt. 5358] |

Dated: July 31, 2014

Respectfully submitted,

/s/ Heather Lennox
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK AND
  STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY