

## Calvin Carter
*13810 Rossini*
*Detroit, Michigan 48205*
*Phone (313) 371-6019*

Date: July 7, 2014

TO: K. Orr, E.M., Two Woodward Ave.
Detroit, Mich. 48226

RE: Case No. 13-53846-swr
Chapter 9

FROM: Calvin Carter, Retiree
City of Detroit

This is to inform you that I have mailed my ballot voting on the Grand Bargain. I just want you to know that my vote was done under Duress. This process has left me mentally, physically and emotionally devastated.

I think it is blatantly unfair that I worked for thirty five years, planning my life around a pension and health care I was assured I would receive upon my retirement. I feel violated.

Sincerely,
*[signature: Calvin Carter]*
Signature

FILED 2014 JUL 31 P 4:36 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT