UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-----------------------------------------------------------x
                                      :
 In re                                : Chapter 9
                                      :
CITY OF DETROIT, MICHIGAN,            : Case No. 13-53846
                                      :
            Debtor.                   : Hon. Steven W. Rhodes
                                      :
                                      :
-----------------------------------------------------------x
```

## NOTICE OF CHANGE OF DATE, TIME AND LOCATION OF DEPOSITION OF PAUL PROVOST

**PLEASE TAKE NOTICE THAT** the deposition of Paul Provost, previously scheduled to take place at the offices of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, N.Y., on August 4, 2014 at 9:00 a.m. will now take place on **August 6, 2014 at 1:00 p.m. at the offices of Debevoise & Plimpton LLP**, **919 Third Avenue, 35th Floor, New York, N.Y**.

Dated: August 1, 2014

                By: /s/ Alfredo R. Perez_____
                Alfredo R. Pérez
                WEIL, GOTSHAL & MANGES LLP
                700 Louisiana Street, Suite 1600
                Houston, TX  77002
                Telephone: (713) 546-5000
                Facsimile:  (713) 224-9511
                Email:  alfredo.perez@weil.com

                -and-

Edward Soto
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: (305) 577-3177
Facsimile: (305) 374-7159
Email: edward.soto@weil.com

– and –

Ernest J. Essad Jr.
Mark R. James
WILLIAMS, WILLIAMS, RATTNER &
PLUNKETT, P.C.
280 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone: (248) 642-0333
Facsimile: (248) 642-0856
Email: EJEssad@wwrplaw.com
Email: mrjames@wwrplaw.com

*Attorneys for Financial Guaranty Insurance Company*

# CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2014 the *Notice of Change of Date, Time and Location of Deposition of Paul Provost* was filed and served via the Court's electronic case filing and noticing system to all registered users that have appeared in the main Chapter 9 proceeding.

/s/ Alfredo R. Perez
Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  alfredo.perez@weil.com