UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>    Debtor. | No. 13-53846<br><br>Chapter 9<br><br>HON. STEVEN W. RHODES |

**STATE OF MICHIGAN'S SUPPLEMENTAL RESPONSE TO THE FINANCIAL GUARANTY INSURANCE COMPANY'S SUBPOENAS DUCES TECUM (DKT. #5477)**

The State of Michigan has identified additional documents responsive to the Financial Guaranty Insurance Company's subpoenas duces tecum (DKT. #5477). To the extent these additional documents were determined to be responsive and non-privileged they are produced with this supplemental response. Responsive but privileged or confidential communications are identified on the State's August 1, 2014 Supplemental Privilege Log also included with this supplemental response. The State objects to the production of privileged and confidential documents.

*/s/ Matthew Schneider*
Matthew Schneider [P62190]
Chief Legal Counsel
Attorney for State of Michigan
P.O. Box 30754, Lansing, MI 48909
(517) 373-3203
Dated: August 1, 2014    SchneiderM7@michigan.gov