# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN<br><br>Debtor. | Chapter 9<br><br>Case No.: 13-53846<br><br>Hon. Steven W. Rhodes |

## NOTICE OF VIDEO DEPOSITION OF NATHANIEL SINGER

To: Assured Guaranty Municipal Corp., formerly known as Financial Security Assurance Inc.; National Public Finance Guarantee Corporation; and U.S. Bank National Association, as Indenture Trustee for the DWSD Bonds

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, the City of Detroit, by and through its counsel, will take the deposition upon oral examination of Nathaniel Singer at Pepper Hamilton LLP, located at Suite 1800, 4000 Town Center, Southfield, MI 48075-1505, on August 8, 2014, or at such other date or place to which the parties mutually agree. The deposition will begin at 9:00 a.m., and continue until completed.

The deposition will be taken before a court reporter or other person authorized by law to administer oaths and provide an official record of the deposition.

The deposition will be recorded by stenograph and by video for the purpose of discovery, for use in the above-titled action, and for any other purpose permitted under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Dated: August 1, 2014          Respectfully submitted,

                                              /s/ Deborah Kovsky-Apap
                                    Deborah Kovsky-Apap (P68258)
                                    Robert S. Hertzberg (P30261)
                                    PEPPER HAMILTON LLP
                                    4000 Town Center, Suite 1800
                                    Southfield, Michigan 48075
                                    Telephone: (248) 359-7300
                                    Facsimile: (248) 359-7700
                                    hertzbergr@pepperlaw.com
                                    kovskyd@pepperlaw.com

                                    Bruce Bennett (CA 105430)
                                    JONES DAY
                                    555 South Flower Street
                                    Fiftieth Floor
                                    Los Angeles, California 90071
                                    Telephone: (213) 243-2382
                                    Facsimile: (213) 243-2539
                                    bbennett@jonesday.com

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Thomas F. Cullen, Jr. (DC 224733)
Gregory M. Shumaker (DC 416537)
Geoffrey S. Stewart (DC 287979)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

**ATTORNEYS FOR THE CITY OF DETROIT**

# CERTIFICATE OF SERVICE

I hereby certify that, on August 1, 2014, I electronically filed the foregoing *Notice of Video Deposition of Nathaniel Singer* with the Clerk of the Court which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this case.


Dated:   August 1, 2014                         /s/ Deborah Kovsky-Apap
                                                                               Deborah Kovsky-Apap (P68258)