# AFFIDAVIT OF GERALD THOMPSON

## AFFIDAVIT OF GERALD THOMPSON

STATE OF MICHIGAN    )
                             )ss
COUNTY OF WAYNE    )

I, Gerald Thompson, first being duly sworn, state the following:

1. I have personal knowledge of the following facts, and if called as a witness I would be competent to testify as to these facts.

2. I was hired at the City of Detroit in August 1997. At the City, I worked at the Detroit Cobo Hall Civic Center. In September 2009, I was transferred from the City of Detroit to work for the Detroit Regional Convention Facility Authority ("Authority"), which was created by state statute. Generally, employees of the City who remained working at Cobo Hall were transferred to the Authority as I was. Those employees generally remained participants in the Detroit General Retirement System which maintained their earned pension and annuity savings account. As I am told, retirees from the Authority have received retiree healthcare from Detroit's OPEB programs. I have not worked for the City since September 2009. I am currently the president of AFSCME Local 1220, and have been since February 2010.

3. I recently received a ballot and other information from the Bankruptcy Court presiding over Detroit's bankruptcy, spelling out that my pension and annuity savings fund were being impaired.

4. AFSCME Local 1220 has approximately five (5) employees that work for the Authority and three (3) retirees from the Authority. Currently the AFSCME employees are operating under the previous union contract. These employees and retirees hold (or held) the title Civic Center Facility Worker. The employees' average base pay is about $32,000 per year, with an hourly rate of about $15/hour.

5. It is my understanding and experience that the Authority independent of the City of Detroit and is solely responsible for its employees' and retirees' pension (including ASF) and OPEB benefits.

Further affiant sayeth not.

_Gerald Thompson_    _8/1/2014_
          Gerald Thompson        Date

Subscribed and sworn to before me:

_Michelle Coil_
Michelle Coil, Notary Public
St. Clair County, Acting in Wayne County, MI
My Commission expires: 10/21/2015

MICHELLE COIL
NOTARY PUBLIC, STATE OF MI
COUNTY OF ST. CLAIR
MY COMMISSION EXPIRES Oct 21, 2015
ACTING IN THE COUNTY OF _Wayne_