UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------------x
                                             :
 In re                                       : Chapter 9
                                             :
CITY OF DETROIT, MICHIGAN,                   : Case No. 13-53846
                                             :
              Debtor.                        : Hon. Steven W. Rhodes
                                             :
                                             :
-------------------------------------------------------------x
```

## NOTICE OF CHANGE OF DATE AND TIME
## OF DEPOSITION OF GRAHAM BEAL

PLEASE TAKE NOTICE THAT the deposition of Graham Beal, previously scheduled to take place at Westin Book Cadillac Detroit, 1114 Washington Blvd., Esquire Conference Room, Detroit, MI 48226, on August 4, 2014 at 9:00 a.m. will now take place on **August 7, 2014 at 1:00 p.m.**

Dated: August 3, 2014

                                                           By: /s/ Alfredo R.Perez
                                                         Alfredo R. Pérez
                                                         WEIL, GOTSHAL & MANGES LLP
                                                         700 Louisiana Street, Suite 1600
                                                         Houston, TX 77002
                                                         Telephone: (713) 546-5000
                                                         Facsimile: (713) 224-9511
                                                         Email: alfredo.perez@weil.com

                                                         -and-

Edward Soto
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: (305) 577-3177
Facsimile: (305) 374-7159
Email: edward.soto@weil.com

– and –

Ernest J. Essad Jr.
Mark R. James
WILLIAMS, WILLIAMS, RATTNER &
PLUNKETT, P.C.
280 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone: (248) 642-0333
Facsimile: (248) 642-0856
Email: EJEssad@wwrplaw.com
Email: mrjames@wwrplaw.com

*Attorneys for Financial Guaranty Insurance Company*

# CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2014 the *Notice of Change of Date and Time of Deposition of Graham Beal* was filed and served via the Court's electronic case filing and noticing system to all registered users that have appeared in the main Chapter 9 proceeding.

/s/ Alfredo R.Perez
Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: alfredo.perez@weil.com