# United States Bankruptcy Court

Eastern District of Michigan
Case No. 13-53846-swr
Chapter 9

In re: Debtor(s) (including Name and Address)

City of Detroit, Michigan
2 Woodward Avenue
Suite 1126
Detroit MI 48226

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/31/2014.

Name and Address of Alleged Transferor(s):

Claim No. : Erste Europaische Pfandbrief-und Kommunalkredit, Helfmann-Park 5, 65760 Eschborn, Germany, Attn: Ansgar Herkert

Name and Address of Transferee:

Commerzbank AG London Branch
PO Box 52715
30 Gresham Street
London EC2P 2XY England

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/03/14

Katherine B. Gullo
**CLERK OF THE COURT**

In re:                                                    Case No. 13-53846-swr
City of Detroit, Michigan                                 Chapter 9
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2        User: ckata        Page 1 of 15        Date Rcvd: Aug 01, 2014
                           Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2014.
23020964        Erste Europaische Pfandbrief-und Kommunalkredit,   Helfmann-Park 5,   65760 Eschborn,   Germany,
                Attn: Ansgar Herkert

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2014                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2014 at the address(es) listed below:
          A. Stephen Ramadan   on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
          Alfredo R. Perez   on behalf of Creditor   Financial Guaranty Insurance Company
          alfredo.perez@weil.com,kelly.diblasi@weil.com,debora.hoehne@weil.com,elizabeth.hendee@weil.com,
          edward.soto@weil.com,Edward.McCarthy@weil.com,brenda.funk@weil.com
          Alidz Oshagan   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
          oshagan@legghioisrael.com,  drf@legghioisrael.com
          Allan S. Brilliant   on behalf of Creditor   Macomb County allan.brilliant@dechert.com
          Allan S. Brilliant   on behalf of Creditor   Macomb Interceptor Drain Drainage District
          allan.brilliant@dechert.com
          Allan S. Brilliant   on behalf of Creditor   County of Macomb, Michigan
          allan.brilliant@dechert.com
          Allison Bach   on behalf of Interested Party   State of Michigan, Department of Attorney General
          abach@dickinsonwright.com
          Amy D. Caton   on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com,
          achouprouta@kramerlevin.com
          Amy D. Caton   on behalf of Creditor   BlackRock Financial Management, Inc.
          acaton@kramerlevin.com,  achouprouta@kramerlevin.com
          Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government
          aap43@outlook.com, aap43law@gmail.com
          Andrew A. Paterson, Jr.   on behalf of Creditor Robert Davis aap43@outlook.com,
          aap43law@gmail.com
          Andrew J. Gerdes   on behalf of Creditor   Fidelity Management & Research Company
          agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
          Andrew J. Gerdes   on behalf of Creditor   Eaton Vance Management agerdes@gerdesplc.com,
          wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
          Angela Williams   on behalf of Creditor   Detroit Housing Commission williamsa@dhcmi.org,
          HollisR@dhcmi.org
          Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com,
          stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;akochis@ecf.info
          ruptcy.com
          Arthur O'Reilly   on behalf of Interested Party   Detroit Institute of Arts
          aoreilly@honigman.com,  ahatcher@honigman.com
          Babette A. Ceccotti   on behalf of Creditor   International Union, United Automobile, Aerospace
          and Agricultural Implement Workers of America bccecotti@cwsny.com
          Babette A. Ceccotti   on behalf of Creditor Robbie Lee Flowers bccecotti@cwsny.com
          Barbara A. Patek   on behalf of Attorney   Erman, Teicher, Zucker & Freedman, P.C.
          bpatek@ermanteicher.com
          Barbara A. Patek   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
          bpatek@ermanteicher.com
          Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association
          bpatek@ermanteicher.com
          Barry S. Fagan   on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo
          bfagan@dibandfagan.com
          Benjamin J. Wilensky   on behalf of Creditor Robert Cole bjw@seikalystewart.com
          Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation
          bbest@schaferandweiner.com,  wkyles@schaferandweiner.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Brendan G. Best  on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com

Brendan G. Best  on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com, wkyles@schaferandweiner.com

Brendan H. Frey  on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteselaw.com, ssikorski@manteselaw.com

Brett A. Border  on behalf of Creditor   U.S. Bank, N.A. bborder@sspclegal.com, joumedian@sspclegal.com

Brett A. Border  on behalf of Creditor   U.S. Bank National Association bborder@sspclegal.com, joumedian@sspclegal.com

Brett A. Border  on behalf of Interested Party   Schneiderman and Sherman, P.C. bborder@sspclegal.com, joumedian@sspclegal.com

Brett A. Border  on behalf of Interested Party   Kondaur Capital Corporation bborder@sspclegal.com, joumedian@sspclegal.com

Brett A. Border  on behalf of Creditor   Flagstar Bank, FSB bborder@sspclegal.com, joumedian@sspclegal.com

Brian D. O'Keefe  on behalf of Creditor Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe  on behalf of Interested Party   Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe  on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe  on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe  on behalf of Interested Party Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe  on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian R. Trumbauer  on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com

Bruce Bennett  on behalf of Debtor In Possession   City of Detroit, Michigan bbennett@jonesday.com

Caralyce M. Lassner  on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com

Carla Orman Andres  on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com

Carol Connor Cohen  on behalf of Interested Party   Ambac Assurance Corporation carol.cohen@arentfox.com

Carol Connor Cohen  on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com

Carole Neville  on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com

Carole Neville  on behalf of Retiree Committee   Official Committee of Retirees carole.neville@dentons.com,daniel.morris@dentons.com

Caroline Turner English  on behalf of Plaintiff   Ambac Assurance Corporation caroline.english@arentfox.com

Caroline Turner English  on behalf of Interested Party   Ambac Assurance Corporation caroline.english@arentfox.com

Carolyn Beth Markowitz  on behalf of Interested Party Kevin Lewis DVCCOUNSEL@AOL.COM

Charles Bruce Idelsohn  on behalf of Creditor Heidi Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com

Charles D. Bullock  on behalf of Interested Party   Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com

Charles N. Ash  on behalf of Creditor   UBS AG cash@wnj.com, kkranz@wnj.com

Charles N. Ash  on behalf of Defendant   UBS AG cash@wnj.com, kkranz@wnj.com

Charles N. Ash  on behalf of Defendant   Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com

Charles N. Ash  on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com

Christopher A. Grosman  on behalf of Interested Party   BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

Christopher A. Grosman  on behalf of Creditor   Oakland County, Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

Claude D. Montgomery  on behalf of Retiree Committee   Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com

Claude D. Montgomery  on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com

Courtney M. Rogers  on behalf of Interested Party   U.S. Bank National Association courtney.rogers@wallerlaw.com

Courtney M. Rogers  on behalf of Creditor   U.S. Bank National Association courtney.rogers@wallerlaw.com

Craig B. Rule  on behalf of Creditor   Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net

Craig E. Zucker  on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com

Craig E. Zucker  on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com

Craig E. Zucker  on behalf of Creditor   Detroit Police Officers Association czucker@ermanteicher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Dan  Korobkin    on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party James  Washington dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
          Daniel J. Weiner  on behalf of Plaintiff  Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          Daniel J. Weiner  on behalf of Interested Party  Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          Daniel N. Adams  on behalf of Interested Party  Detroit Institute of Arts dadams@honigman.com,
           litdocket@honigman.com
          David  Eisenberg  on behalf of Creditor  Detroit Police Officers Association
           deisenberg@ermanteicher.com
          David  Eisenberg  on behalf of Creditor  Detroit Police Lieutenants and Sergeants Association
           deisenberg@ermanteicher.com
          David  Eisenberg  on behalf of Creditor  Detroit Fire Fighters Association, I.A.F.F. Local 344
           deisenberg@ermanteicher.com
          David A. Lerner  on behalf of Creditor  Waste Management Inc. etal dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
          David E. Hart  on behalf of Creditor  FK Park, LLC deh@maddinhauser.com
          David E. Hart  on behalf of Creditor  FK South, LLC deh@maddinhauser.com
          David E. Lemke  on behalf of Creditor  U.S. Bank National Association david.lemke@wallerlaw.com
          David Gilbert Heiman  on behalf of Defendant  City of Detroit, Michigan dgheiman@jonesday.com
          David Gilbert Heiman  on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
          David Gilbert Heiman  on behalf of Debtor In Possession  City of Detroit, Michigan
           dgheiman@jonesday.com
          David L. Dubrow  on behalf of Plaintiff  Ambac Assurance Corporation david.dubrow@arentfox.com
          David L. Dubrow  on behalf of Interested Party  Ambac Assurance Corporation
           david.dubrow@arentfox.com
          David M. Zack  on behalf of Other Professional  McAlpine PC dmzack@mcalpinelawfirm.com,
           nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
           nepc.com
          David T. Lin  on behalf of Interested Party  The Kales Grand Circus Park, LLC dlin@seyburn.com,
           kbilpo@seyburn.com
          Dawn R. Copley  on behalf of Interested Party  State of Michigan dcopley@dickinsonwright.com,
           dnavin@dickinsonwright.com
          Dawn R. Copley  on behalf of Interested Party  State of Michigan, Department of Attorney
           General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
          Deborah  Kovsky-Apap  on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap  on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap  on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap  on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap  on behalf of Debtor In Possession  City of Detroit, Michigan
           kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
          Deborah  Kovsky-Apap  on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap  on behalf of Plaintiff  City of Detroit, Michigan kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap  on behalf of Plaintiff  City of Detroit kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap  on behalf of Defendant  City of Detroit, Michigan kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah L. Fish  on behalf of Intervenor-Defendant  Panning Capital Management, LP
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish  on behalf of Interested Party  Ad Hoc COPs Holders dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish  on behalf of Interested Party  Bronze Gable, L.L.C. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish  on behalf of Interested Party  Dexia Credit Local dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish  on behalf of Interested Party  Aurelius Capital Management, LP
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish  on behalf of Interested Party  Dexia Holdings, Inc. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish  on behalf of Intervenor-Defendant  Aurelius Capital Management, LP
           dfish@allardfishpc.com,  allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Deborah L. Fish   on behalf of Interested Party   Monarch Alternative Capital LP
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Intervenor-Defendant   Stone Lion Capital Partners L.P.
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Stone Lion Capital Partners L.P.
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Intervenor-Defendant   Bronze Gable, L.L.C. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Panning Capital Management, LP
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Intervenor-Defendant   Monarch Alternative Capital LP
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Dirk H. Beckwith   on behalf of Defendant   Wilmington Trust, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Defendant   U.S. Bank, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Interested Party   U.S. Bank N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Creditor   Wilmington Trust Company, National Association
           dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Creditor   U.S. Bank National Association
           dbeckwith@fosterswift.com
          Donald G. McGuigan, II   on behalf of Interested Party   Mario's Restaurant, Inc.
           don@mcguiganlaw.com
          Douglas Steele   on behalf of Interested Party   International Association of Fire Fighters,
           AFL-CIO, CLC dls@wmlaborlaw.com
          Douglas C. Bernstein   on behalf of Interested Party   Community Foundation for Southeast
           Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   Hudson-Webber Foundation
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   The Fred A. and Barbara M. Erb Family
           Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   W.K. Kellogg Foundation
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   Max M. and Marjorie S. Fisher Foundation
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   The Ford Foundation
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   Charles Stewart Mott Foundation
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   William Davidson Foundation
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   McGregor Fund
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   A. Paul and Carol C. Schaap Foundation
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Earle I. Erman   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
           eerman@ermanteicher.com
          Earle I. Erman   on behalf of Creditor   Detroit Police Officers Association
           eerman@ermanteicher.com
          Earle I. Erman   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
           eerman@ermanteicher.com
          Edward J. Gudeman   on behalf of Interested Party   Enjoi Transportation, LLC
           ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
          Edward J. Gudeman   on behalf of Interested Party   Upright Wrecking & Demolition, L.L.C.
           ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
          Edward Todd Sable   on behalf of Interested Party   General Motors LLC tsable@honigman.com,
           litdocket@honigman.com
          Elias T. Majoros   on behalf of Interested Party   US Health & Life Insurance Company
           emajoros@glmpc.com
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Champion Mortgage Company
           bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Federal National Mortgage Association
           (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Wells Fargo Bank, NA bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   EverBank bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Champion Mortgage Company
           bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Everhome Mortgage Company
           bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
           ecrowder@sbplclaw.com, lhaas@sbplclaw.com
          Eric Rosenberg   on behalf of Interested Party Patricia   Ramirez EJR@morganmeyers.com,
           amendiola@morganmeyers.com
          Eric B. Gaabo   on behalf of Debtor In Possession   City of Detroit, Michigan gaabe@detroitmi.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan
    carlson@millercanfield.com
    Eric David Novetsky   on behalf of Creditor   National Public Finance Guarantee Corporation
    enovetsky@jaffelaw.com
    Ethan D. Dunn   on behalf of Creditor   Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
    bankruptcy.maxwelldunn@gmail.com
    Evan Justin Feldman   on behalf of Creditor   Police and Fire Retirement System of the City of
    Detroit efeldman@clarkhill.com
    Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit
    efeldman@clarkhill.com
    Fred Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com
    Geoffrey T. Pavlic   on behalf of Creditor   Nuveen Asset Management pavlic@steinbergshapiro.com,
    jbrown@steinbergshapiro.com
    Geoffrey T. Pavlic   on behalf of Creditor   BlackRock Financial Management, Inc.
    pavlic@steinbergshapiro.com,  jbrown@steinbergshapiro.com
    Geoffrey T. Pavlic   on behalf of Creditor   Ad Hoc Bondholder Committee
    pavlic@steinbergshapiro.com,  jbrown@steinbergshapiro.com
    H. Nathan Resnick   on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
    jabdelnour@resnicklaw.net
    Harold E. Nelson   on behalf of Creditor   Advisacare Health Care Solutions, Inc.
    ecf-hen@rhoadesmckee.com
    Harold E. Nelson   on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
    Heath Douglas Rosenblat   on behalf of Counter-Claimant   Wilmington Trust, N.A.
    Heath.Rosenblat@dbr.com,  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
    Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust Company, National Association
    Heath.Rosenblat@dbr.com,  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
    Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust, National Association
    Heath.Rosenblat@dbr.com,  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
    Heath Douglas Rosenblat   on behalf of Defendant   Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
    Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
    Heather Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan
    hlennox@jonesday.com
    Heather Lennox   on behalf of Defendant   City of Detroit, Michigan hlennox@jonesday.com
    Heidi Peterson   hdpeterson75@gmail.com
    Howard R. Hawkins, Jr.   on behalf of Defendant   UBS AG howard.hawkins@cwt.com,
    mark.ellenberg@cwt.com;ellen.halstead@cwt.com
    Howard R. Hawkins, Jr.   on behalf of Creditor   Merrill Lynch Capital Services, Inc.
    howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;ellen.halstead@cwt.com
    Howard R. Hawkins, Jr.   on behalf of Defendant   Merrill Lynch Capital Services, Inc.
    howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;ellen.halstead@cwt.com
    Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt AG howard@jacobweingarten.com
    Howard S. Sher   on behalf of Intervenor-Defendant   Deutsche Bank AG, London
    howard@jacobweingarten.com
    Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
    howard@jacobweingarten.com
    Howard S. Sher   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank
    Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
    Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Holdings, Inc.
    howard@jacobweingarten.com
    Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Credit Local howard@jacobweingarten.com
    Howard Yale Lederman   on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
    Howard Yale Lederman   on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
    Howard Yale Lederman   on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
    Hugh M. Davis   on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
    Hugh M. Davis   on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
    Ian S. Bolton   on behalf of Creditor   FK South, LLC ibolton@maddinhauser.com,
    bwislinski@maddinhauser.com;nanderson@maddinhauser.com
    Ian S. Bolton   on behalf of Creditor   FK Park, LLC ibolton@maddinhauser.com,
    bwislinski@maddinhauser.com;nanderson@maddinhauser.com
    James Spraygregen   on behalf of Interested Party   Syncora Capital Assurance Inc.
    james.spraygregen@kirkland.com
    James Spraygregen   on behalf of Interested Party   Syncora Guarantee Inc.
    james.spraygregen@kirkland.com
    James Spraygregen   on behalf of Interested Party   Syncora Holdings Ltd.
    james.spraygregen@kirkland.com
    Jamie Scott Fields   on behalf of Creditor Jamie  Fields jeansartre@msn.com
    Jamie Scott Fields   on behalf of Creditor   Retired Detroit Police Members Association
    jeansartre@msn.com
    Jason W. Bank   on behalf of Interested Party   Wade Trim Associates, Inc. jbank@kerr-russell.com
    Jason W. Bank   on behalf of Interested Party   New England Fertilizer Company
    jbank@kerr-russell.com
    Jeffery R. Sieving   on behalf of Creditor   International Outdoor, Inc. jeff@iobillboard.com
    Jeffrey Rossman   on behalf of Creditor   U.S. Bank National Association jrossman@mwe.com
    Jeffrey Rossman   on behalf of Defendant   U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
    Lhaidostian@mwe.com
    Jeffrey David Eaton   on behalf of Creditor   FMS Wertmanagement jeaton@schiffhardin.com
    Jeffrey H. Bigelman   on behalf of Creditor   Xerox Corporation jhb_ecf@osbig.com,  tc@osbig.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP
          jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
          Jeffrey S. Grasl    on behalf of Creditor    Bishop Real Estate, L.L.C. jgrasl@mcdonaldhopkins.com,
          sharrow@mcdonaldhopkins.com
          Jennifer Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
          jbelveal@honigman.com, mjohnson@honigman.com
          Jennifer Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
          jbelveal@honigman.com, mjohnson@honigman.com
          Jeremiah Buffalo Wirgau    on behalf of Interested Party    CitiMortgage, Inc. jwirgau@sspclegal.com
          Jerome D. Goldberg    on behalf of Interested Party Jerome Moore apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Creditor David Sole apclawyer@sbcglobal.net
          Jill Kristen Smith    on behalf of Creditor    Macomb County Jill.Smith@macombgov.org
          John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
          John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
          jstevens@matthesonparr.com, nlmumma@aol.com
          John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
          pjohnson@bredhoff.com;mforan@bredhoff.com
          John Joseph Ramirez    on behalf of Interested Party    Deutsche Bank AG, London
          john.ramirez@kattenlaw.com
          John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
          John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
          john.sieger@kattenlaw.com
          John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
          jcanzano@kmsmc.com
          John T. Gregg    on behalf of Creditor    36th District Court for the State of Michigan
          jgregg@btlaw.com
          Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
          green@millercanfield.com
          Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
          green@millercanfield.com
          Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
          jfischer@carsonfischer.com
          Joseph Mark Fisher    on behalf of Creditor    FMS Wertmanagement mfisher@schiffhardin.com
          Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
          litdocket@honigman.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
          jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
          jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
          jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
          Judy B. Calton    on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    3250 Associated LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    136 Bagley LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party Michael Duggan, Mayor jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Arrow Uniform Rental, Inc. jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Detroit Entertainment, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
          blundberg@honigman.com, litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    5801 Southfield Service Drive Corp. jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Fox Parking Garage, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Parkrite Holdings LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
          jcalton@honigman.com, litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
          litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
          litdocket@honigman.com
        Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
          litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    120 W. Montcalm Properties LLC jcalton@honigman.com,
          litdocket@honigman.com
        Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
          mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
        Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
          jteicher@ermanteicher.com
        Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
          344 jteicher@ermanteicher.com
        Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
          jteicher@ermanteicher.com
        Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
          karen.dine@kattenlaw.com
        Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
        Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
        Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
          Avery@SilvermanMorris.com
        Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
          Association Avery@SilvermanMorris.com
        Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
          Avery@SilvermanMorris.com
        Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
          Avery@SilvermanMorris.com
        Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
          kressk@pepperlaw.com,  alexsym@pepperlaw.com
        Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London
          kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
        Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
          kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
        Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
          kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
        Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
          kschneider@schneidermiller.com
        Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
          kevin.baum@kattenlaw.com
         Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
          ksummers@dflaw.com,  mmichael@psedlaw.com;ccook@dflaw.com
        Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
        Kurt  Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
        Kurt  Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
        Kurt  Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
        Kurt  Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter
          kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
        Kurt  Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
        Kurt  Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
          kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
        Kurt  Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
        Kurt  Thornbladh    on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
        Kurt  Thornbladh    on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
        Kurt  Thornbladh    on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
        Kurt  Thornbladh    on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
        Kurt  Thornbladh    on behalf of Creditor    Michigan Welfare Rights Organization
          kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
        Kurt  Thornbladh    on behalf of Creditor    Plymouth Square Ltd. Housing Association
          kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
        Kurt  Thornbladh    on behalf of Plaintiff    Michigan Welfare Rights Organization
          kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
        Kurt  Thornbladh    on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
        Kurt  Thornbladh    on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
        Kurt  Thornbladh    on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
        Kurt  Thornbladh    on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Kurt  Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc.
          kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          Lawrence A. Larose   on behalf of Creditor   Assured Guaranty Municipal Corp.
          llarose@chadbourne.com,  skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Lawrence A. Larose   on behalf of Plaintiff   Assured Guaranty Municipal Corp.
          llarose@chadbourne.com,  skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Leah  Montesano   on behalf of Interested Party   Ambac Assurance Corporation
          leah.montesano@arentfox.com
          Leland  Prince   on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
          Lisa  Okasinski   on behalf of Creditor   HRT Enterprises lisa@demolaw.com
          Lisa Hill Fenning   on behalf of Creditor   General Retirement System of the City of Detroit
          Lisa.Fenning@aporter.com
          Lisa Hill Fenning   on behalf of Creditor   Police and Fire Retirement System of the City of
          Detroit Lisa.Fenning@aporter.com
          Louis P. Rochkind   on behalf of Plaintiff   National Public Finance Guarantee Corporation
          lrochkind@jaffelaw.com,  dburris@jaffelaw.com
          Louis P. Rochkind   on behalf of Creditor   National Public Finance Guarantee Corporation
          lrochkind@jaffelaw.com,  dburris@jaffelaw.com
          Lynn M. Brimer   on behalf of Creditor   Retired Detroit Police Members Association
          lbrimer@stroblpc.com,  kvanakin@stroblpc.com
          M. Ellen Dennis   on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
          dwhadden@umich.edu
          Mallory  Field   on behalf of Creditor   Retired Detroit Police Members Association
          MField@stroblpc.com,  sguarnieri@stroblpc.com
          Mami  Kato   on behalf of Interested Party   International Union of Operating Engineers, Local
          324 mkato@sachswaldman.com,  pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
          pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
          pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
          pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
          pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Interested Party   Service Employees International Union, Local 517M
          mkato@sachswaldman.com,  pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
          pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor   Detroit Police Command Officers Association
          mkato@sachswaldman.com,  pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
          pmerchak@sachswaldman.com
          Marc N. Swanson   on behalf of Debtor In Possession   City of Detroit, Michigan
          swansonm@millercanfield.com
          Mark  Wasvary   on behalf of Creditor   Hyde Park Co-Operative, et al. mark@wasvarylaw.com
          Mark  Wasvary   on behalf of Creditor   Plymouth Square Ltd. Housing Association
          mark@wasvarylaw.com
          Mark A. Angelov   on behalf of Plaintiff   Assured Assurance Corporation mark.angelov@arentfox.com
          Mark A. Angelov   on behalf of Interested Party   Ambac Assurance Corporation
          mark.angelov@arentfox.com
          Mark Allan Porter   on behalf of Other Professional   Allen Park Retirees Assn
          maplawat911@msn.com,  map-law.pllc@att.net
          Mark E. Bredow   on behalf of Creditor Carlton D. Carter mbredow@resnicklaw.net,
          jabdelnour@resnicklaw.net
          Mark E. Bredow   on behalf of Interested Party   Resnick & Moss, P.C. mbredow@resnicklaw.net,
          jabdelnour@resnicklaw.net
          Mark H. Shapiro   on behalf of Creditor   Nuveen Asset Management shapiro@steinbergshapiro.com,
          jbrown@steinbergshapiro.com
          Mark H. Shapiro   on behalf of Interested Party   The Securities Industry and Financial Markets
          Association shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          Mark H. Shapiro   on behalf of Creditor   BlackRock Financial Management, Inc.
          shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          Mark R. James   on behalf of Interested Party   Financial Guaranty Insurance Company
          mrj@wwrplaw.com
          Mark R. James   on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com
          Mark S. Frankel   on behalf of Creditor   Waste Management Inc. etal mfrankel@couzens.com
          Marshall S. Huebner   on behalf of Creditor   Merrill Lynch Capital Services, Inc.
          bankrout@davispolk.com
          Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov,
          mbcobbs@flash.net
          Mary Beth Cobbs   on behalf of Interested Party   City of Detroit Law Department
          cobbm@detroitmi.gov,  mbcobbs@flash.net
          Matthew  Schneider   on behalf of Interested Party   State of Michigan SchneiderM7@michigan.gov
          Matthew  Troy   on behalf of Interested Party   United States of America matthew.troy@usdoj.gov
          Matthew  Wilkins   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
          Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
          wilkins@bwst-law.com,  marbury@bwst-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Matthew  Wilkins   on behalf of Retiree Committee   Official Committee of Retirees
            wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Plaintiff   Detroit Retired City Employees Association
            wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
            wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Intervenor-Plaintiff   Official Committee of Retirees of the City
            of Detroit, Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und
            Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Matthew Gernet Summers   on behalf of Creditor   FMS Wertmanagement summersm@ballardspahr.com
          Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
            summersm@ballardspahr.com
          Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt AG
            summersm@ballardspahr.com
          Max J. Newman   on behalf of Interested Party   Wayne County Corporation newman@butzel.com
          Melissa Demorest LeDuc   on behalf of Creditor   T&T Management, Inc. melissa@demolaw.com,
            paula@demolaw.com
          Melissa Demorest LeDuc   on behalf of Creditor John  Denis melissa@demolaw.com, paula@demolaw.com
          Melissa Demorest LeDuc   on behalf of Creditor   John W. and Vivian M. Denis Trust
            melissa@demolaw.com,  paula@demolaw.com
          Melissa Demorest LeDuc   on behalf of Creditor James  Herbert melissa@demolaw.com,
            paula@demolaw.com
          Melissa Demorest LeDuc   on behalf of Creditor   HRT Enterprises melissa@demolaw.com,
            paula@demolaw.com
          Mercedes Varasteh Dordeski   on behalf of Creditor Johnathan Aaron Brown
            mdordeski@foleymansfield.com,cindy@loevy.com
          Meredith  Taunt   on behalf of Creditor   Retired Detroit Police Members Association
            mtaunt@stroblpc.com,  KVanAkin@stroblpc.com
          Michael Anthony Karman   on behalf of Creditor   Fountain Court Consumer Housing Cooperative
            makarmanesq@gmail.com
          Michael Anthony Karman   on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com
          Michael C. Hammer   on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
          Michael C. Hammer   on behalf of Interested Party   MGM Grand Detroit, LLC
            mchammer2@dickinsonwright.com
          Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
          Michael R. Bell   on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
          Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association
            mike.paslay@wallerlaw.com,
            Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
            rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
          Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC
            msl@maddinhauser.com,  bac@maddinhauser.com
          My Chi To   on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
            mao-bk-ecf@debevoise.com
          Nabih H. Ayad   on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com
          Nabih H. Ayad   on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
          Nabih H. Ayad   on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
          Nabih H. Ayad   on behalf of Interested Party   Michigan State Conference NAACP
            ayadlaw@hotmail.com
          Nabih H. Ayad   on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
          Nabih H. Ayad   on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
          Niraj R. Ganatra   on behalf of Creditor   International Union, United Automobile, Aerospace and
            Agricultural Implement Workers of America Nganatra@uaw.net
          Noah J. Ornstein   on behalf of Interested Party   Syncora Guarantee Inc.
            noah.ornstein@kirkland.com
          Noah J. Ornstein   on behalf of Interested Party   Syncora Capital Assurance Inc.
            noah.ornstein@kirkland.com
          Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
            Paige.Barr@kattenlaw.com
          Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com,
            mkisell@plunkettcooney.com
          Patrick E. Mears   on behalf of Creditor   36th District Court for the State of Michigan
            pmears@btlaw.com
          Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation
            phage@jaffelaw.com,  jtravick@jaffelaw.com
          Paul R. Hage   on behalf of Plaintiff   National Public Finance Guarantee Corporation
            phage@jaffelaw.com,  jtravick@jaffelaw.com
          Paula A. Hall   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
            Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall   on behalf of Interested Party   Official Committee of Retirees of the City of
            Detroit, Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com,
            marbury@bwst-law.com;pleban@bwst-law.com
          Peter D. Dechiara   on behalf of Creditor   International Union, United Automobile, Aerospace and
            Agricultural Implement Workers of America pdechiara@cwsny.com
          Peter J. Roberts   on behalf of Examiner Robert M. Fishman proberts@shawfishman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation
      pcanzano@sidley.com

      Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation
      ralph.taylor@arentfox.com

      Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com

      Randall A. Brater    on behalf of Interested Party    Ambac Assurance Corporation
      randall.brater@arentfox.com

      Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
      RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com

      Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association
      RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com

      Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc.
      RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com

      Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
      Pentiukpc@aol.com

      Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
      Pentiukpc@aol.com

      Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
      RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com

      Raymond  Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com

      Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com

      Raymond J. Sterling    on behalf of Creditor Cynthia A. Bibb rsterling@sterlingattorneys.com,
      destes@sterlingattorneys.com

      Richard  Levin    on behalf of Interested Party    Detroit Institute of Arts rlevin@cravath.com,
      mao@cravath.com

      Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
      richardmack@millercohen.com,  mcoil@millercohen.com

      Richard G. Mack, Jr.    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
      richardmack@millercohen.com,  mcoil@millercohen.com

      Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
      Department ecf@kaalaw.com,  wjackson@KAALaw.com

      Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
      robert.darnell@usdoj.gov

      Robert  Fetter    on behalf of Interested Party    Local 3308 of the American Federation of State,
      County and Municipal Employees rfetter@millercohen.com,
      richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
      com

      Robert  Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
      rfetter@millercohen.com,
      richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
      com

      Robert  Fetter    on behalf of Interested Party    Local 917 of the American Federation of State,
      County and Municipal Employees rfetter@millercohen.com,
      richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
      com

      Robert A. Weisberg    on behalf of Creditor    Oakland County, Michigan BRCY@CARSONFISCHER.COM,
      rweisberg@carsonfischer.com

      Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
      rgordon@clarkhill.com,  lbellguzzo@clarkhill.com

      Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
      Detroit rgordon@clarkhill.com,  lbellguzzo@clarkhill.com

      Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com

      Robert M. Fishman    rfishman@shawfishman.com

      Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
      bbassel@gmail.com,  robertbassel@hotmail.com

      Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
      robertbassel@hotmail.com

      Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
      bbassel@gmail.com,  robertbassel@hotmail.com

      Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
      bbassel@gmail.com,  robertbassel@hotmail.com

      Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
      robertbassel@hotmail.com

      Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
      alexsym@pepperlaw.com;kuschj@pepperlaw.com

      Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
      alexsym@pepperlaw.com;kuschj@pepperlaw.com

      Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
      alexsym@pepperlaw.com;kuschj@pepperlaw.com

      Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
      alexsym@pepperlaw.com;kuschj@pepperlaw.com

      Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
      hertzbergr@pepperlaw.com,  alexsym@pepperlaw.com;kuschj@pepperlaw.com

      Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
      alexsym@pepperlaw.com;kuschj@pepperlaw.com

      Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
      alexsym@pepperlaw.com;kuschj@pepperlaw.com

      Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
      alexsym@pepperlaw.com;kuschj@pepperlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Robert S. Hertzberg   on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald C. Liscombe   on behalf of Creditor   Public Lighting Authority rliscombe@alglawpc.com
          Rozanne M. Giunta   on behalf of Interested Party   State of Michigan rmgiunta@lambertleser.com
          Ryan  Cochran   on behalf of Creditor   U.S. Bank National Association ryan.cochran@wallerlaw.com
          Ryan  Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
          Association rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
          rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party   Detroit Retired City Employees Association
          rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Plaintiff   Detroit Retired City Employees Association
          rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett   on behalf of Interested Party    Syncora Guarantee Inc.
          ryan.bennett@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett   on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party    Syncora Capital Assurance Inc.
          ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
          justin.bernbrock@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party    Syncora Guarantee Inc.
          ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
          justin.bernbrock@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party    Syncora Holdings Ltd.
          ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Sam J. Alberts   on behalf of Retiree Committee   Official Committee of Retirees
          sam.alberts@dentons.com,  dan.barnowski@dentons.com
          Sam J. Alberts   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
          Michigan sam.alberts@dentons.com,  dan.barnowski@dentons.com
          Samuel S. Kohn   on behalf of Creditor   Assured Guaranty Municipal Corp. skohn@chadbourne.com,
          japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Samuel S. Kohn   on behalf of Plaintiff   Assured Guaranty Municipal Corp. skohn@chadbourne.com,
          japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Sandra L. O'Connor   on behalf of Interested Party   US Health & Life Insurance Company
          soconnor@glmpc.com
          Sara Klettke MacWilliams   on behalf of Creditor   Oakland County, Michigan
          macwilliams@youngpc.com,  efiling@youngpc.com
          Scott A. Wolfson   on behalf of Creditor   The Bank Of New York Mellon swolfson@wolfsonbolton.com,
          david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
          stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com
          Scott B. Kitei   on behalf of Interested Party   Detroit Institute of Arts skitei@honigman.com
          Scott M. Watson   on behalf of Creditor   UBS AG swatson@wnj.com
          Scott R. Murphy   on behalf of Creditor   36th District Court for the State of Michigan
          smurphy@btlaw.com,  Roslyn.Thoits@btlaw.com
          Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Shannon L. Deeby   on behalf of Interested Party   General Retirement System of the City of
          Detroit sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Interested Party   Police and Fire Retirement System of the City
          of Detroit sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Creditor   Police and Fire Retirement System of the City of
          Detroit sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit
          sdeeby@clarkhill.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of
          State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of
          State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 Of The American Federation of
          State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
          slevine@lowenstein.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Sheldon S. Toll   on behalf of Interested Party   Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
lawtoll@comcast.net

Sherrie L. Farrell   on behalf of Attorney   Dykema Gossett PLLC sfarrell@dykema.com,
mpearson@dykema.com;docket@dykema.com

Sherrie L. Farrell   on behalf of Creditor   Downtown Development Authority sfarrell@dykema.com,
mpearson@dykema.com;docket@dykema.com

Sheryl L. Toby   on behalf of Interested Party   Barclays Capital, Inc. stoby@dykema.com,
dguerrero@dykema.com

Sheryl L. Toby   on behalf of Creditor   Downtown Development Authority stoby@dykema.com,
dguerrero@dykema.com

Stephen Wolpert   on behalf of Creditor   Macomb County stephen.wolpert@dechert.com

Stephen B. Grow   on behalf of Creditor   UBS AG sgrow@wnj.com, kfrantz@wnj.com

Stephen B. Grow   on behalf of Creditor   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
kfrantz@wnj.com

Stephen B. Grow   on behalf of Defendant   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
kfrantz@wnj.com

Stephen B. Grow   on behalf of Defendant   UBS AG sgrow@wnj.com, kfrantz@wnj.com

Stephen C. Hackney   on behalf of Interested Party   Syncora Holdings Ltd.
stephen.hackney@kirkland.com

Stephen C. Hackney   on behalf of Interested Party   Syncora Guarantee Inc.
stephen.hackney@kirkland.com

Stephen C. Hackney   on behalf of Interested Party   Syncora Capital Assurance Inc.
stephen.hackney@kirkland.com

Stephen C. Hackney   on behalf of Defendant   Syncora Guarantee, Inc. stephen.hackney@kirkland.com

Stephen M. Gross   on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
shelly.harrow@gmail.com

Stephen M. Gross   on behalf of Interested Party   Syncora Guarantee Inc.
sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

Stephen M. Gross   on behalf of Creditor   Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
shelly.harrow@gmail.com

Stephen M. Gross   on behalf of Interested Party   Syncora Holdings Ltd.
sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

Stephen M. Gross   on behalf of Interested Party   Syncora Capital Assurance Inc.
sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

Stephen S. LaPlante   on behalf of Defendant   City of Detroit, Michigan
laplante@millercanfield.com, skoczylas@millercanfield.com

Stephen S. LaPlante   on behalf of Plaintiff   City of Detroit, Michigan
laplante@millercanfield.com, skoczylas@millercanfield.com

Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan
laplante@millercanfield.com, skoczylas@millercanfield.com

Stephen S. LaPlante   on behalf of Interested Party   Detroit Institute of Arts
laplante@millercanfield.com, skoczylas@millercanfield.com

Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov

Steven G. Howell   on behalf of Interested Party   State of Michigan showell@dickinsonwright.com

Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney
General showell@dickinsonwright.com

Stuart A. Gold   on behalf of Creditor   Detroit Public Library sgold@glmpc.com

Susheel Kirpalani   on behalf of Plaintiff   Syncora Guarantee Inc.
susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com

Susheel Kirpalani   on behalf of Interested Party   Syncora Guarantee Inc.
susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com

Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com,
mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmsisian@schiffhardin.com;edocket@schiffha
rdin.com

Tamar Dolcourt   on behalf of Debtor In Possession   City of Detroit, Michigan
tdolcourt@foley.com

Thomas B. Radom   on behalf of Creditor   Stroh Properties, Inc. Radom@butzel.com

Thomas B. Radom   on behalf of Defendant   Detroit Police And Fire Retirement System Service
Corporation Radom@butzel.com

Thomas B. Radom   on behalf of Defendant   Detroit General Retirement System Service Corporation
Radom@butzel.com

Thomas P. Christy   on behalf of Creditor   Berkshire Hathaway Assurance Corporation
tchristy@garanlucow.com

Thomas R. Morris   on behalf of Plaintiff   Detroit Retired City Employees Association
morris@silvermanmorris.com, marlene@silvermanmorris.com

Thomas R. Morris   on behalf of Interested Party Donald Taylor morris@silvermanmorris.com,
marlene@silvermanmorris.com

Thomas R. Morris   on behalf of Creditor Donald Taylor morris@silvermanmorris.com,
marlene@silvermanmorris.com

Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
Association morris@silvermanmorris.com, marlene@silvermanmorris.com

Thomas R. Morris   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
morris@silvermanmorris.com, marlene@silvermanmorris.com

Thomas R. Morris   on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
marlene@silvermanmorris.com

Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association
morris@silvermanmorris.com, marlene@silvermanmorris.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Thomas R. Morris   on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
        marlene@silvermanmorris.com
        Timothy A. Fusco   on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com
        Timothy A. Fusco   on behalf of Debtor In Possession   City of Detroit, Michigan
        fusco@millercanfield.com
        Timothy R. Graves   on behalf of Interested Party   Bronze Gable, L.L.C. tgraves@allardfishpc.com,
        allardfishpc@yahoo.com
        Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
        tgraves@allardfishpc.com,  allardfishpc@yahoo.com
        Timothy R. Graves   on behalf of Interested Party   Aurelius Capital Management, LP
        tgraves@allardfishpc.com,  allardfishpc@yahoo.com
        Timothy R. Graves   on behalf of Interested Party   Stone Lion Capital Partners L.P.
        tgraves@allardfishpc.com,  allardfishpc@yahoo.com
        Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com,
        allardfishpc@yahoo.com
        Timothy R. Graves   on behalf of Interested Party   Panning Capital Management, LP
        tgraves@allardfishpc.com,  allardfishpc@yahoo.com
        Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com,
        allardfishpc@yahoo.com
        Timothy R. Graves   on behalf of Interested Party   Monarch Alternative Capital LP
        tgraves@allardfishpc.com,  allardfishpc@yahoo.com
        Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com,
        allardfishpc@yahoo.com
        Trevor J. Zamborsky   on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Nicholas  Martin tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Trevor J. Zamborsky   on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Trevor J. Zamborsky   on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Vanessa G. Fluker   on behalf of Interested Party   Center for Community Justice and Advocacy
          vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
          William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
          William C. Blasses   on behalf of Interested Party Gary  Segatti wcb@osbig.com
          William C. Blasses   on behalf of Creditor   Jackie's Transport, Inc. wcb@osbig.com
          William C. Blasses   on behalf of Interested Party   Michigan Property Tax Relief, LLC
          wcb@osbig.com
          William C. Blasses   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
          William H. Goodman   on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
          William H. Goodman   on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
          William H. Goodman   on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
          William H. Goodman   on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
          William H. Goodman   on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William H. Goodman   on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
          William Norman Listman   on behalf of Interested Party   Southeastern Oakland County Water
          Authority wlistman@davislistman.com
          William Pfeiffer Smith   on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
          William W. Kannel   on behalf of Creditor   Ad Hoc Bondholder Committee wkannel@mintz.com
          Winnifred P. Boylan   on behalf of Interested Party   State of Michigan wpboylan@lambertleser.com
          Wolfgang  Mueller   on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
          jsmith@olsmanlaw.com
          Wolfgang  Mueller   on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
          jsmith@olsmanlaw.com
          Wolfgang  Mueller   on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
          jsmith@olsmanlaw.com
          Wolfgang  Mueller   on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
          jsmith@olsmanlaw.com
          Yuliy  Osipov   on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com,
          yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
          yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC
          yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
          yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                                      TOTAL: 606