# United States Bankruptcy Court

Eastern District of Michigan
Case No. 13-53846-swr
Chapter 9

In re: Debtor(s) (including Name and Address)

City of Detroit, Michigan
2 Woodward Avenue
Suite 1126
Detroit MI 48226

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/31/2014.

Name and Address of Alleged Transferor(s):

Claim No. : Hypothenkenbank Frankfurt International S.A., Helfmann-Park 5, 65760 Eschborn, Germany, Attn: Ansgar Herkert

Name and Address of Transferee:

Commerzbank AG London Branch
PO Box 52715
30 Gresham Street
London EC2P 2XY England

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/03/14

Katherine B. Gullo

**CLERK OF THE COURT**

```
United States Bankruptcy Court
Eastern District of Michigan
```

In re:                                                                          Case No. 13-53846-swr
City of Detroit, Michigan                                                       Chapter 9
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2          User: ckata          Page 1 of 15          Date Rcvd: Aug 01, 2014
                               Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2014.
23020965       Hypothenkenbank Frankfurt International S.A.,   Helfmann-Park 5,   65760 Eschborn,   Germany,
         Attn: Ansgar Herkert

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2014                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2014 at the address(es) listed below:
        A. Stephen Ramadan   on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
        Alfredo R. Perez   on behalf of Creditor   Financial Guaranty Insurance Company
         alfredo.perez@weil.com,kelly.diblasi@weil.com,debora.hoehne@weil.com,elizabeth.hendee@weil.com,
         edward.soto@weil.com,Edward.McCarthy@weil.com,brenda.funk@weil.com
        Alidz Oshagan   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
         oshagan@legghioisrael.com,  drf@legghioisrael.com
        Allan S. Brilliant   on behalf of Creditor   Macomb County allan.brilliant@dechert.com
        Allan S. Brilliant   on behalf of Creditor   Macomb Interceptor Drain Drainage District
         allan.brilliant@dechert.com
        Allan S. Brilliant   on behalf of Creditor   County of Macomb, Michigan
         allan.brilliant@dechert.com
        Allison Bach   on behalf of Interested Party   State of Michigan, Department of Attorney General
         abach@dickinsonwright.com
        Amy D. Caton   on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com,
         achouprouta@kramerlevin.com
        Amy D. Caton   on behalf of Creditor   BlackRock Financial Management, Inc.
         acaton@kramerlevin.com,  achouprouta@kramerlevin.com
        Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government
         aap43@outlook.com,  aap43law@gmail.com
        Andrew A. Paterson, Jr.   on behalf of Creditor Robert   Davis aap43@outlook.com,
         aap43law@gmail.com
        Andrew J. Gerdes   on behalf of Creditor   Fidelity Management & Research Company
         agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
        Andrew J. Gerdes   on behalf of Creditor   Eaton Vance Management agerdes@gerdesplc.com,
         wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
        Angela Williams   on behalf of Creditor   Detroit Housing Commission williamsa@dhcmi.org,
         HollisR@dhcmi.org
        Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com,
         stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;akochis@ecf.info
         ruptcy.com
        Arthur O'Reilly   on behalf of Interested Party   Detroit Institute of Arts
         aoreilly@honigman.com,  ahatcher@honigman.com
        Babette A. Ceccotti   on behalf of Creditor   International Union, United Automobile, Aerospace
         and Agricultural Implement Workers of America bceccotti@cwsny.com
        Babette A. Ceccotti   on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
        Barbara A. Patek   on behalf of Attorney   Erman, Teicher, Zucker & Freedman, P.C.
         bpatek@ermanteicher.com
        Barbara A. Patek   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
         bpatek@ermanteicher.com
        Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association
         bpatek@ermanteicher.com
        Barry S. Fagan   on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo
         bfagan@dibandfagan.com
        Benjamin J. Wilensky   on behalf of Creditor Robert   Cole bjw@seikalystewart.com
        Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation
         bbest@schaferandweiner.com,  wkyles@schaferandweiner.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
            Brendan G. Best     on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
             wkyles@schaferandweiner.com
            Brendan G. Best     on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
             wkyles@schaferandweiner.com
            Brendan H. Frey     on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
             ssikorski@manteselaw.com
            Brett A. Border    on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com,
             joumedian@sspclegal.com
            Brett A. Border    on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com,
             joumedian@sspclegal.com
            Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C.
             bborder@sspclegal.com, joumedian@sspclegal.com
            Brett A. Border    on behalf of Interested Party    Kondaur Capital Corporation
             bborder@sspclegal.com, joumedian@sspclegal.com
            Brett A. Border    on behalf of Creditor    Flagstar Bank, FSB bborder@sspclegal.com,
             joumedian@sspclegal.com
            Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
             TReitzloff@lippittokeefe.com
            Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association
             bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
            Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
             Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
            Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
             TReitzloff@lippittokeefe.com
            Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
             TReitzloff@lippittokeefe.com
            Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
             TReitzloff@lippittokeefe.com
            Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue
             Care Network of Michigan btrumbauer@bodmanlaw.com
            Bruce  Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan
             bbennett@jonesday.com
            Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
            Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
            Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation
             carol.cohen@arentfox.com
            Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
            Carole  Neville    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
             Michigan carole.neville@dentons.com
            Carole  Neville    on behalf of Retiree Committee    Official Committee of Retirees
             carole.neville@dentons.com,daniel.morris@dentons.com
            Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation
             caroline.english@arentfox.com
            Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation
             caroline.english@arentfox.com
            Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
            Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
             charlesID@hotmail.com
            Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
             cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
            Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com, kkranz@wnj.com
            Charles N. Ash    on behalf of Defendant    UBS AG cash@wnj.com, kkranz@wnj.com
            Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com,
             kkranz@wnj.com
            Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com,
             kkranz@wnj.com
            Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc.
             BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
            Christopher A. Grosman    on behalf of Creditor    Oakland County, Michigan BRCY@CarsonFischer.com,
             cgrosman@carsonfischer.com
            Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
             claude.montgomery@dentons.com,docketny@dentons.com,
             carole.neville@dentons.com;sam.alberts@dentons.com
            Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of
             Detroit, Michigan claude.montgomery@dentons.com,
             carole.neville@dentons.com;sam.alberts@dentons.com
            Courtney M. Rogers    on behalf of Interested Party    U.S. Bank National Association
             courtney.rogers@wallerlaw.com
            Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association
             courtney.rogers@wallerlaw.com
            Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com,
             ANHSOA@earthlink.net
            Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
             czucker@ermanteicher.com
            Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
             czucker@ermanteicher.com
            Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association
             czucker@ermanteicher.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Dan   Korobkin    on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party James  Washington dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Darlene   Hellenberg dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
          Daniel J. Weiner    on behalf of Plaintiff     Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          Daniel N. Adams    on behalf of Interested Party    Detroit Institute of Arts dadams@honigman.com,
           litdocket@honigman.com
          David  Eisenberg     on behalf of Creditor    Detroit Police Officers Association
           deisenberg@ermanteicher.com
          David  Eisenberg     on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           deisenberg@ermanteicher.com
          David  Eisenberg     on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           deisenberg@ermanteicher.com
          David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
          David E. Hart    on behalf of Creditor    FK Park, LLC deh@maddinhauser.com
          David E. Hart    on behalf of Creditor    FK South, LLC deh@maddinhauser.com
          David E. Lemke    on behalf of Creditor    U.S. Bank National Association david.lemke@wallerlaw.com
          David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
           dgheiman@jonesday.com
          David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
          David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation
           david.dubrow@arentfox.com
          David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
           nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
           nepc.com
          David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
           kbilpo@seyburn.com
          Dawn R. Copley    on behalf of Interested Party    State of Michigan dcopley@dickinsonwright.com,
           dnavin@dickinsonwright.com
          Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
           General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
          Deborah  Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
           kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah L. Fish    on behalf of Intervenor-Defendant    Panning Capital Management, LP
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Bronze Gable, L.L.C. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Aurelius Capital Management, LP
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant    Aurelius Capital Management, LP
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Deborah L. Fish    on behalf of Interested Party    Monarch Alternative Capital LP
               dfish@allardfishpc.com, allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    Stone Lion Capital Partners L.P.
               dfish@allardfishpc.com, allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Stone Lion Capital Partners L.P.
               dfish@allardfishpc.com, allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    Bronze Gable, L.L.C. dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
               dfish@allardfishpc.com, allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Panning Capital Management, LP
               dfish@allardfishpc.com, allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    Monarch Alternative Capital LP
               dfish@allardfishpc.com, allardfishpc@yahoo.com
              Dirk H. Beckwith    on behalf of Defendant    Wilmington Trust, N.A. dbeckwith@fosterswift.com
              Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
              Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
              Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association
               dbeckwith@fosterswift.com
              Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
               dbeckwith@fosterswift.com
              Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.
               don@mcguiganlaw.com
              Douglas Steele    on behalf of Interested Party    International Association of Fire Fighters,
               AFL-CIO, CLC dls@wmlaborlaw.com
              Douglas C. Bernstein    on behalf of Interested Party    Community Foundation for Southeast
               Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    Hudson-Webber Foundation
               dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    The Fred A. and Barbara M. Erb Family
               Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    W.K. Kellogg Foundation
               dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    Max M. and Marjorie S. Fisher Foundation
               dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    The Ford Foundation
               dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
               dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    Charles Stewart Mott Foundation
               dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    William Davidson Foundation
               dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    McGregor Fund
               dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    A. Paul and Carol C. Schaap Foundation
               dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               eerman@ermanteicher.com
              Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
               eerman@ermanteicher.com
              Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               eerman@ermanteicher.com
              Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC
               ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
              Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C.
               ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
              Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com,
               litdocket@honigman.com
              Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
               emajoros@glmpc.com
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
               bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association
               (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    EverBank bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
               bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company
               bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
               ecrowder@sbplclaw.com, lhaas@sbplclaw.com
              Eric  Rosenberg    on behalf of Interested Party Patricia  Ramirez EJR@morganmeyers.com,
               amendiola@morganmeyers.com
              Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabo@detroitmi.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan carlson@millercanfield.com
      Eric David Novetsky   on behalf of Creditor   National Public Finance Guarantee Corporation enovetsky@jaffelaw.com
      Ethan D. Dunn   on behalf of Creditor   Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com
      Evan Justin Feldman   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com
      Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit efeldman@clarkhill.com
      Fred Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com
      Geoffrey T. Pavlic   on behalf of Creditor   Nuveen Asset Management pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
      Geoffrey T. Pavlic   on behalf of Creditor   BlackRock Financial Management, Inc. pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
      Geoffrey T. Pavlic   on behalf of Creditor   Ad Hoc Bondholder Committee pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
      H. Nathan Resnick   on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net, jabdelnour@resnicklaw.net
      Harold E. Nelson   on behalf of Creditor   Advisacare Health Care Solutions, Inc. ecf-hen@rhoadesmckee.com
      Harold E. Nelson   on behalf of Creditor Brendan Mylewski ecf-hen@rhoadesmckee.com
      Heath Douglas Rosenblat   on behalf of Counter-Claimant   Wilmington Trust, N.A. Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
      Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust Company, National Association Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
      Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust, National Association Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
      Heath Douglas Rosenblat   on behalf of Defendant   Wilmington Trust, N.A. Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
      Heather Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan hlennox@jonesday.com
      Heather Lennox   on behalf of Defendant   City of Detroit, Michigan hlennox@jonesday.com
      Heidi Peterson   hdpeterson75@gmail.com
      Howard R. Hawkins, Jr.   on behalf of Defendant   UBS AG howard.hawkins@cwt.com, mark.ellenberg@cwt.com;ellen.halstead@cwt.com
      Howard R. Hawkins, Jr.   on behalf of Creditor   Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;ellen.halstead@cwt.com
      Howard R. Hawkins, Jr.   on behalf of Defendant   Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;ellen.halstead@cwt.com
      Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt AG howard@jacobweingarten.com
      Howard S. Sher   on behalf of Intervenor-Defendant   Deutsche Bank AG, London howard@jacobweingarten.com
      Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt International S.A. howard@jacobweingarten.com
      Howard S. Sher   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
      Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Holdings, Inc. howard@jacobweingarten.com
      Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Credit Local howard@jacobweingarten.com
      Howard Yale Lederman   on behalf of Creditor Ernest Flagg hlederman@normanyatooma.com
      Howard Yale Lederman   on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
      Howard Yale Lederman   on behalf of Creditor Brian Greene hlederman@normanyatooma.com
      Hugh M. Davis   on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
      Hugh M. Davis   on behalf of Creditor Thomas Stephens Info@ConLitPC.com
      Ian S. Bolton   on behalf of Creditor   FK South, LLC ibolton@maddinhauser.com, bwislinski@maddinhauser.com;nanderson@maddinhauser.com
      Ian S. Bolton   on behalf of Creditor   FK Park, LLC ibolton@maddinhauser.com, bwislinski@maddinhauser.com;nanderson@maddinhauser.com
      James Sprayregen   on behalf of Interested Party   Syncora Capital Assurance Inc. james.sprayregen@kirkland.com
      James Sprayregen   on behalf of Interested Party   Syncora Guarantee Inc. james.sprayregen@kirkland.com
      James Sprayregen   on behalf of Interested Party   Syncora Holdings Ltd. james.sprayregen@kirkland.com
      Jamie Scott Fields   on behalf of Creditor Jamie Fields jeansartre@msn.com
      Jamie Scott Fields   on behalf of Creditor   Retired Detroit Police Members Association jeansartre@msn.com
      Jason W. Bank   on behalf of Interested Party   Wade Trim Associates, Inc. jbank@kerr-russell.com
      Jason W. Bank   on behalf of Interested Party   New England Fertilizer Company jbank@kerr-russell.com
      Jeffery R. Sieving   on behalf of Creditor   International Outdoor, Inc. jeff@iobillboard.com
      Jeffrey Rossman   on behalf of Creditor   U.S. Bank National Association jrossman@mwe.com
      Jeffrey Rossman   on behalf of Defendant   U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com, Lhaidostian@mwe.com
      Jeffrey David Eaton   on behalf of Creditor   FMS Wertmanagement jeaton@schiffhardin.com
      Jeffrey H. Bigelman   on behalf of Creditor   Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP
               jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
              Jeffrey S. Grasl    on behalf of Creditor    Bishop Real Estate, L.L.C. jgrasl@mcdonaldhopkins.com,
               sharrow@mcdonaldhopkins.com
              Jennifer Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
               jbelveal@honigman.com, mjohnson@honigman.com
              Jennifer Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
               jbelveal@honigman.com, mjohnson@honigman.com
              Jeremiah Buffalo Wirgau    on behalf of Interested Party    CitiMortgage, Inc. jwirgau@sspclegal.com
              Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
              Jill Kristen Smith    on behalf of Creditor    Macomb County Jill.Smith@macombgov.org
              John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
              John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               jstevens@mathesonparr.com, nlmumma@aol.com
              John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
               pjohnson@bredhoff.com;mforan@bredhoff.com
              John Joseph Ramirez    on behalf of Interested Party    Deutsche Bank AG, London
               john.ramirez@kattenlaw.com
              John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
              John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
               john.sieger@kattenlaw.com
              John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
               jcanzano@kmsmc.com
              John T. Gregg    on behalf of Creditor    36th District Court for the State of Michigan
               jgregg@btlaw.com
              Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
               green@millercanfield.com
              Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
               green@millercanfield.com
              Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
               jfischer@carsonfischer.com
              Joseph Mark Fisher    on behalf of Creditor    FMS Wertmanagement mfisher@schiffhardin.com
              Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
              Judy B. Calton    on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    3250 Associated LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    136 Bagley LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Arrow Uniform Rental, Inc. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Detroit Entertainment, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
               blundberg@honigman.com, litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    5801 Southfield Service Drive Corp. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Fox Parking Garage, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Parkrite Holdings LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
               jcalton@honigman.com, litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
               litdocket@honigman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    120 W. Montcalm Properties LLC jcalton@honigman.com,
 litdocket@honigman.com
Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
 mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
 jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
 344 jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 jteicher@ermanteicher.com
Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
 karen.dine@kattenlaw.com
Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
 Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
 Association Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
 Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
 Avery@SilvermanMorris.com
Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
 kressk@pepperlaw.com, alexsym@pepperlaw.com
Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London
 kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
 kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
 kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
 kschneider@schneidermiller.com
Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
 kevin.baum@kattenlaw.com
Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
 ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
Kurt  Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt  Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt  Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt  Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter
 kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt  Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt  Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
 kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt  Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt  Thornbladh    on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt  Thornbladh    on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt  Thornbladh    on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt  Thornbladh    on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt  Thornbladh    on behalf of Creditor    Michigan Welfare Rights Organization
 kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt  Thornbladh    on behalf of Creditor    Plymouth Square Ltd. Housing Association
 kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt  Thornbladh    on behalf of Plaintiff    Michigan Welfare Rights Organization
 kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt  Thornbladh    on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt  Thornbladh    on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt  Thornbladh    on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt  Thornbladh    on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Kurt Thornbladh on behalf of Creditor Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- Lawrence A. Larose on behalf of Creditor Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
- Lawrence A. Larose on behalf of Plaintiff Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
- Leah Montesano on behalf of Interested Party Ambac Assurance Corporation leah.montesano@arentfox.com
- Leland Prince on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
- Lisa Okasinski on behalf of Creditor HRT Enterprises lisa@demolaw.com
- Lisa Hill Fenning on behalf of Creditor General Retirement System of the City of Detroit Lisa.Fenning@aporter.com
- Lisa Hill Fenning on behalf of Creditor Police and Fire Retirement System of the City of Detroit Lisa.Fenning@aporter.com
- Louis P. Rochkind on behalf of Plaintiff National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
- Louis P. Rochkind on behalf of Creditor National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
- Lynn M. Brimer on behalf of Creditor Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com
- M. Ellen Dennis on behalf of Creditor Ben McKenzie, Jr. m.ellen.dennis@gmail.com, dwhadden@umich.edu
- Mallory Field on behalf of Creditor Retired Detroit Police Members Association MField@stroblpc.com, sguarnieri@stroblpc.com
- Mami Kato on behalf of Interested Party International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Interested Party Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Detroit Police Command Officers Association mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Marc N. Swanson on behalf of Debtor In Possession City of Detroit, Michigan swansonm@millercanfield.com
- Mark Wasvary on behalf of Creditor Hyde Park Co-Operative, et al. mark@wasvarylaw.com
- Mark Wasvary on behalf of Creditor Plymouth Square Ltd. Housing Association mark@wasvarylaw.com
- Mark A. Angelov on behalf of Plaintiff Ambac Assurance Corporation mark.angelov@arentfox.com
- Mark A. Angelov on behalf of Interested Party Ambac Assurance Corporation mark.angelov@arentfox.com
- Mark Allan Porter on behalf of Other Professional Allen Park Retirees Assn maplawat911@msn.com, map-law.pllc@att.net
- Mark E. Bredow on behalf of Creditor Carlton D. Carter mbredow@resnicklaw.net, jabdelnour@resnicklaw.net
- Mark E. Bredow on behalf of Interested Party Resnick & Moss, P.C. mbredow@resnicklaw.net, jabdelnour@resnicklaw.net
- Mark H. Shapiro on behalf of Creditor Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark H. Shapiro on behalf of Interested Party The Securities Industry and Financial Markets Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark H. Shapiro on behalf of Creditor BlackRock Financial Management, Inc. shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark R. James on behalf of Interested Party Financial Guaranty Insurance Company mrj@wwrplaw.com
- Mark R. James on behalf of Creditor Financial Guaranty Insurance Company mrj@wwrplaw.com
- Mark S. Frankel on behalf of Creditor Waste Management Inc. etal mfrankel@couzens.com
- Marshall S. Huebner on behalf of Creditor Merrill Lynch Capital Services, Inc. bankrout@davispolk.com
- Mary Beth Cobbs on behalf of Interested Party Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
- Mary Beth Cobbs on behalf of Interested Party City of Detroit Law Department cobbm@detroitmi.gov, mbcobbs@flash.net
- Matthew Schneider on behalf of Interested Party State of Michigan SchneiderM7@michigan.gov
- Matthew Troy on behalf of Interested Party United States of America matthew.troy@usdoj.gov
- Matthew Wilkins on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Matthew Wilkins on behalf of Retiree Committee Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Wilkins on behalf of Plaintiff Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Wilkins on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Wilkins on behalf of Intervenor-Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Gernet Summers on behalf of Creditor Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
Matthew Gernet Summers on behalf of Creditor FMS Wertmanagement summersm@ballardspahr.com
Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com
Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt AG summersm@ballardspahr.com
Max J. Newman on behalf of Interested Party Wayne County Corporation newman@butzel.com
Melissa Demorest LeDuc on behalf of Creditor T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com
Melissa Demorest LeDuc on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com
Melissa Demorest LeDuc on behalf of Creditor John W. and Vivian M. Denis Trust melissa@demolaw.com, paula@demolaw.com
Melissa Demorest LeDuc on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com
Melissa Demorest LeDuc on behalf of Creditor HRT Enterprises melissa@demolaw.com, paula@demolaw.com
Mercedes Varasteh Dordeski on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com
Meredith Taunt on behalf of Creditor Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com
Michael Anthony Karman on behalf of Creditor Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com
Michael Anthony Karman on behalf of Creditor St. Martins Cooperative makarmanesq@gmail.com
Michael C. Hammer on behalf of Defendant MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
Michael C. Hammer on behalf of Interested Party MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
Michael Joseph Karwoski on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
Michael R. Bell on behalf of Interested Party Bill Schuette BellM1@michigan.gov
Michael R. Paslay on behalf of Creditor U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
Michael S. Leib on behalf of Interested Party Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com
My Chi To on behalf of Creditor Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
Nabih H. Ayad on behalf of Interested Party Detroit Branch NAACP ayadlaw@hotmail.com
Nabih H. Ayad on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com
Nabih H. Ayad on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com
Nabih H. Ayad on behalf of Interested Party Michigan State Conference NAACP ayadlaw@hotmail.com
Nabih H. Ayad on behalf of Interested Party Donnell White ayadlaw@hotmail.com
Nabih H. Ayad on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com
Niraj R. Ganatra on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net
Noah J. Ornstein on behalf of Interested Party Syncora Guarantee Inc. noah.ornstein@kirkland.com
Noah J. Ornstein on behalf of Interested Party Syncora Capital Assurance Inc. noah.ornstein@kirkland.com
Paige E. Barr on behalf of Creditor Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com
Patrick C. Lannen on behalf of Creditor Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
Patrick E. Mears on behalf of Creditor 36th District Court for the State of Michigan pmears@btlaw.com
Paul R. Hage on behalf of Creditor National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
Paul R. Hage on behalf of Plaintiff National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
Paula A. Hall on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall on behalf of Interested Party Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall on behalf of Retiree Committee Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
Peter D. Dechiara on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
Peter J. Roberts on behalf of Examiner Robert M. Fishman proberts@shawfishman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation pcanzano@sidley.com

      Ralph A. Taylor   on behalf of Interested Party   Ambac Assurance Corporation ralph.taylor@arentfox.com

      Ralph A. Taylor   on behalf of Plaintiff   Ambac Assurance Corporation ralph.taylor@arentfox.com

      Randall A. Brater   on behalf of Interested Party   Ambac Assurance Corporation randall.brater@arentfox.com

      Randall A. Pentiuk   on behalf of Interested Party   Lasalle Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

      Randall A. Pentiuk   on behalf of Interested Party   Joliet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

      Randall A. Pentiuk   on behalf of Interested Party   Lafayette Town Houses, Inc. RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

      Randall A. Pentiuk   on behalf of Creditor   St. Martins Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

      Randall A. Pentiuk   on behalf of Interested Party   St. James Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

      Randall A. Pentiuk   on behalf of Interested Party   Nicolet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

      Raymond Guzall, III   on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com

      Raymond Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com

      Raymond J. Sterling   on behalf of Creditor Cynthia A. Bibb rsterling@sterlingattorneys.com, destes@sterlingattorneys.com

      Richard Levin   on behalf of Interested Party   Detroit Institute of Arts rlevin@cravath.com, mao@cravath.com

      Richard A. Roble (UST)   on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov

      Richard G. Mack, Jr.   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees richardmack@millercohen.com, mcoil@millercohen.com

      Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage Department ecf@kaalaw.com, wjackson@KAALaw.com

      Robert Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission robert.darnell@usdoj.gov

      Robert Fetter   on behalf of Interested Party   Local 3308 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

      Robert Fetter   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

      Robert Fetter   on behalf of Interested Party   Local 917 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

      Robert A. Weisberg   on behalf of Creditor   Oakland County, Michigan BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com

      Robert D. Gordon   on behalf of Creditor   General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com

      Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com

      Robert J. Diehl, Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com

      Robert M. Fishman   rfishman@shawfishman.com

      Robert N. Bassel   on behalf of Interested Party   Lasalle Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com

      Robert N. Bassel   on behalf of Interested Party   Lafayette Town Houses, Inc. bbassel@gmail.com, robertbassel@hotmail.com

      Robert N. Bassel   on behalf of Interested Party   Joliet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com

      Robert N. Bassel   on behalf of Interested Party   Nicolet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com

      Robert N. Bassel   on behalf of Interested Party   St. James Cooperative bbassel@gmail.com, robertbassel@hotmail.com

      Robert S. Hertzberg   on behalf of Defendant Michael Jamison hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

      Robert S. Hertzberg   on behalf of Defendant   City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

      Robert S. Hertzberg   on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

      Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

      Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

      Robert S. Hertzberg   on behalf of Defendant John Naglik hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

      Robert S. Hertzberg   on behalf of Defendant John Naglick hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

      Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald C. Liscombe    on behalf of Creditor    Public Lighting Authority rliscombe@alglawpc.com
          Rozanne M. Giunta    on behalf of Interested Party    State of Michigan rmgiunta@lambertleser.com
          Ryan  Cochran    on behalf of Creditor    U.S. Bank National Association ryan.cochran@wallerlaw.com
          Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
           rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association
           rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
           ryan.bennett@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
           nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
           nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
           ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
           justin.bernbrock@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
           nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
           ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
           justin.bernbrock@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
           nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
           ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
           nd.com;noah.ornstein@kirkland.com
          Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
           sam.alberts@dentons.com, dan.barnowski@dentons.com
          Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
          Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
           japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
           japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
           soconnor@glmpc.com
          Sara Klettke MacWilliams    on behalf of Creditor    Oakland County, Michigan
           macwilliams@youngpc.com, efiling@youngpc.com
          Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
           david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
           stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com
          Scott B. Kitei    on behalf of Interested Party    Detroit Institute of Arts skitei@honigman.com
          Scott M. Watson    on behalf of Creditor    UBS AG swatson@wnj.com
          Scott R. Murphy    on behalf of Creditor    36th District Court for the State of Michigan
           smurphy@btlaw.com, Roslyn.Thoits@btlaw.com
          Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Shannon L. Deeby    on behalf of Interested Party    General Retirement System of the City of
           Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Interested Party    Police and Fire Retirement System of the City
           of Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
           sdeeby@clarkhill.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
           State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
           slevine@lowenstein.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
 lawtoll@comcast.net
Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
 mpearson@dykema.com;docket@dykema.com
Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
 mpearson@dykema.com;docket@dykema.com
Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
 dguerrero@dykema.com
Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
 dguerrero@dykema.com
Stephen  Wolpert    on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com
Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
 kfrantz@wnj.com
Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
 kfrantz@wnj.com
Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com, kfrantz@wnj.com
Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd.
 stephen.hackney@kirkland.com
Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
 stephen.hackney@kirkland.com
Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
 stephen.hackney@kirkland.com
Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
 shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
 sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
 shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
 sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
 sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
 laplante@millercanfield.com, skoczylas@millercanfield.com
Stephen S. LaPlante    on behalf of Plaintiff    City of Detroit, Michigan
 laplante@millercanfield.com, skoczylas@millercanfield.com
Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
 laplante@millercanfield.com, skoczylas@millercanfield.com
Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts
 laplante@millercanfield.com, skoczylas@millercanfield.com
Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
Steven G. Howell    on behalf of Interested Party    State of Michigan showell@dickinsonwright.com
Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
 General showell@dickinsonwright.com
Stuart A. Gold    on behalf of Creditor    Detroit Public Library sgold@glmpc.com
Susheel  Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
 susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
Susheel  Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
 susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
 mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
 rdin.com
Tamar  Dolcourt    on behalf of Debtor In Possession    City of Detroit, Michigan
 tdolcourt@foley.com
Thomas B. Radom    on behalf of Creditor    Stroh Properties, Inc. Radom@butzel.com
Thomas B. Radom    on behalf of Defendant    Detroit Police And Fire Retirement System Service
 Corporation Radom@butzel.com
Thomas B. Radom    on behalf of Defendant    Detroit General Retirement System Service Corporation
 Radom@butzel.com
Thomas P. Christy    on behalf of Creditor    Berkshire Hathaway Assurance Corporation
 tchristy@garanlucow.com
Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association
 morris@silvermanmorris.com, marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
 marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
 marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
 Association morris@silvermanmorris.com, marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
 morris@silvermanmorris.com, marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
 marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
 morris@silvermanmorris.com, marlene@silvermanmorris.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Thomas R. Morris   on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Timothy A. Fusco   on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco   on behalf of Debtor In Possession   City of Detroit, Michigan
           fusco@millercanfield.com
          Timothy R. Graves   on behalf of Interested Party   Bronze Gable, L.L.C. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Aurelius Capital Management, LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Stone Lion Capital Partners L.P.
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Panning Capital Management, LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Monarch Alternative Capital LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Trevor J. Zamborsky   on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Micholas  Martin tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Trevor J. Zamborsky on behalf of Creditor Phyllis Tharpe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Jeffrey Peterson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Donna Weatherspoon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Robert Hall tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Jeremiah Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Jennifer Harris-Barnes tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Jermaine Gleen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Mario Littlejohn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Taesean Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Tarita Wilburn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Brandon Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Gregory Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Robert Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Terry Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Henry Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Woodrow Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Daniel Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Antonio Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Carolyn Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Ray Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Landon Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Raymond Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Winter Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Lucy Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Darnell Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Darchella Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Shumithia Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Clenette Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Bradley Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor David Both tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Floyd Brunson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Kevin Ivie tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Taralyn Smith tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Raymond Thompson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Hondra Porter tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Brandon Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Brady Johnson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Victoria Wilson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Jamie Jackson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Trevor J. Zamborsky   on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Vanessa G. Fluker   on behalf of Interested Party   Center for Community Justice and Advocacy vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
        William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
        William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com
        William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
        William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
        William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
        William C. Blasses   on behalf of Interested Party Gary  Segatti wcb@osbig.com
        William C. Blasses   on behalf of Creditor   Jackie's Transport, Inc. wcb@osbig.com
        William C. Blasses   on behalf of Interested Party   Michigan Property Tax Relief, LLC wcb@osbig.com
        William C. Blasses   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
        William H. Goodman   on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
        William H. Goodman   on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
        William H. Goodman   on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
        William H. Goodman   on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
        William H. Goodman   on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
        William H. Goodman   on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
        William Norman Listman   on behalf of Interested Party   Southeastern Oakland County Water Authority wlistman@davislistman.com
        William Pfeiffer Smith   on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
        William W. Kannel   on behalf of Creditor   Ad Hoc Bondholder Committee wkannel@mintz.com
        Winnifred P. Boylan   on behalf of Interested Party   State of Michigan wpboylan@lambertleser.com
        Wolfgang Mueller   on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com, jsmith@olsmanlaw.com
        Wolfgang Mueller   on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com, jsmith@olsmanlaw.com
        Wolfgang Mueller   on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com, jsmith@olsmanlaw.com
        Wolfgang Mueller   on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com, jsmith@olsmanlaw.com
        Yuliy Osipov   on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy Osipov   on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

        TOTAL: 606