Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING REGARDING PLAN CONFIRMATION PROCESS

**PLEASE TAKE NOTICE** that a hearing will be held at **on at to consider and act upon the following:**

*6376* − Sixth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (RE: related document(s)5259 Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment). Status Conference regarding Plan Confirmation process to be held on 8/6/2014 at 09:00 AM. Final Pre−Trial Conference scheduled for 8/19/2014 at 09:00 AM. Hearing on the Plan Confirmation shall commence on 8/21/2014 at 08:30 AM. The Deadline to file a Supplemental Objection to Chapter 9 Plan is 8/12/2014 for any party that filed a timely objection to the plan. Joint Final Pre−Trial Order due by 8/15/2014. Pretrial Briefs due by 8/15/2014. Response to Supplemental Objections to the Plan and to Objections filed by individual bondholders and individual retirees due by 8/15/2014. (ckata) Additional attachment(s) added on 7/29/2014 (Steinle, J).

Dated: 8/4/14

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: J Steinle
Deputy Clerk