UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 9

City of Detroit, Michigan,  Case No. 13-53846

            Debtor.  Hon. Steven W. Rhodes
_____/  Hon. Gerald E. Rosen

### ORDER TO CERTAIN PARTIES TO APPEAR
### FOR CONTINUED MEDIATION ON DWSD MATTERS

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on   August 4, 2014
PRESENT:   Honorable Gerald E. Rosen
                United States District Chief Judge

**TO:**   The City of Detroit
       Detroit Water and Sewerage Department
       Assured Guaranty Municipal Corporation
       Financial Guaranty Insurance Corporation
       MBIA/National Public Finance Guarantee Corporation
       Black Rock Financial Management
       Eaton Vance Management
       Fidelity Management & Research Company
       Nuveen Asset Management
       Franklin Advisors, Inc.
       U.S. Bank National Association, as Trustee

**IT IS HEREBY ORDERED** that, unless otherwise excused by the mediator, the above-named noticed parties shall appear, with counsel and party-representatives **with full and complete settlement authority**, for continuing mediation on **Tuesday, August 5, 2014, at 9:00 a.m.** in Room 722 of the Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.

All parties and counsel are reminded that all proceedings, discussions, negotiation, and writings incident to mediation are be privileged and confidential, and are not to be disclosed

1

to any third-parties.  *See* August 13, 2013 Mediation Order, Dkt. # 322.

s/ Gerald E. Rosen
Gerald E. Rosen, U.S. District Chief Judge,
Judicial Mediator

s/ Elizabeth L. Perris
Elizabeth L. Perris, U.S. Bankruptcy Judge,
Judicial Mediator

Dated: August 4, 2014