# United States Bankruptcy Court
## Eastern District of Michigan

In re <u>City of Detroit, Michigan,</u>　　　　　　　　Case No. <u>13-53846</u>

　　　　　　　Debtor.　　　　　　　　　　　　Chapter 9

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Citigroup Global Markets Inc.</u> | <u>Commerzbank AG London Branch</u> |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to Transferee should be sent: | Court Claim #: <u>1357</u> |
| Citigroup Global Markets Inc.<br>388 Greenwich Street, 2nd Floor<br>New York, NY 10013<br>Attn: MSD Market Analytics Group<br>Phone: 212-723-7087<br>Fax: 212-723-8121<br>Email: <u>graig.saloom@citi.com</u> | Claim Amount Transferred: <u>$83,485,000.00</u><br>Date Claim Filed: <u>February 20, 2014</u><br>Debtor: <u>City of Detroit, Michigan</u> |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CITIGROUP GLOBAL MARKETS INC.

By: _____　　　　Date: 8/1/14
Name: _____
Title: _____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

dc-766193