Form nstatusBK

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF STATUS CONFERENCE REGARDING THE CONFIRMATION HEARING PROCESS

**PLEASE TAKE NOTICE** that a Status Conference regarding the Confirmation Hearing process , will be held on the above−entitled bankruptcy case at:

Location: **U.S. Courthouse, Courtroom 716, 231 W. Lafayette, Detroit, MI 48226**

Date: **8/6/14**

Time: **09:00 AM**

Dated: 8/4/14

                                            BY THE COURT

                                            Katherine B. Gullo
                                            Clerk, U.S. Bankruptcy Court

                                            BY: J Steinle
                                            Deputy Clerk