UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

**OFFICIAL COMMITTEE OF RETIREES AMENDED LIST OF
FACT WITNESSES IN SUPPORT OF PLAN CONFIRMATION**

The Official Committee of Retirees of the City of Detroit, Michigan (the "Committee"), hereby provides this amended list of fact witnesses it may call in support of confirmation of the Plan.

In addition to the fact witnesses previously listed by the Committee [Dkt. 5688, 5850], the Committee adds the following fact witness to its list:

Detroit Document Custodian, who will testify, as necessary, to the authenticity of documents to be admitted into evidence at the hearing.

Additionally, the Committee amends the description of the topics on which Ms. Renshaw (who the Committee previously disclosed as a witness) will testify. Ms. Renshaw will describe retirees' pension and OPEB rights prior to and under the Plan and describe why the Committee recommended to retirees that they vote in favor of the Plan.

Dated: August 4, 2014               Respectfully submitted,

                                    By: /s/ Sam Alberts

Claude Montgomery                   Sam Alberts
Carole Neville                      Dan Barnowski
DENTONS US LLP                      DENTONS US LLP

1221 Avenue of the Americas  1301 K Street, NW, Suite 600 East Tower
New York, New York 10020  Washington, DC 20005
Tel:   (212) 768-6700  Tel: (202) 408-6400
Fax:   (212) 768-6800  Fax: (202) 408-6399
claude.montgomery@dentons.com  sam.alberts@dentons.com
carole.neville@dentons.com  dan.barnowski@dentons.com

BROOKS WILKINS SHARKEY & TURCO PLLC
Matthew E. Wilkins
Paula A. Hall
401 South Old Woodward, Suite 400
Birmingham, Michigan  48009
Direct:  (248) 971-1711
Cell:  (248) 882-8496
Fax:  (248) 971-1801
wilkins@bwst-law.com
hall@bwst-law.com

*Attorneys for the Official Committee of Retirees of the City of Detroit, Michigan*

## CERTIFICATE OF SERVICE

I, Sam Alberts, hereby certify that the foregoing document was filed and served via the Court's electronic case filing and noticing system on August 4, 2014.

By:  */s/ Sam Alberts*
       Sam Alberts