UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------- x
In re: : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No.: 13-53846
:
Debtor. : Hon. Steven W. Rhodes
------------------------------------------------------- x

# *EX PARTE* ORDER AUTHORIZING UAW TO FILE A PLAN OBJECTION IN EXCESS OF PAGE LIMIT

This matter coming before the Court on the *Ex Parte* Motion of International Union, UAW ("UAW") for an Order Authorizing It to File a Plan Objection in Excess of Page Limit (the "Motion"); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. UAW is granted relief from Eastern District of Michigan Local Rule 7.1(d)(3)(A) to file a response in excess of twenty-five (25) pages.

.

**Signed on August 04, 2014**

                                                        /s/ Steven Rhodes
                                                     **Steven Rhodes**
                                                     **United States Bankruptcy Judge**