UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------- X
                                                  :
In re:                                            :  Chapter 9
                                                  :
CITY OF DETROIT, MICHIGAN,                        :  Case No. 13-53846 (SWR)
                                                  :
                    Debtor.                       :  Hon. Steven W. Rhodes
                                                  :
------------------------------------------------- X

**JOINDER OF BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC IN SUPPORT OF OBJECTIONS TO THE PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT FILED BY CERTAIN COPS HOLDERS, SYNCORA AND FINANCIAL GUARANTY INSURANCE COMPANY**

BlueMountain Capital Management, LLC, on behalf of funds and accounts managed by it ("BlueMountain") by and through its undersigned counsel, hereby files this joinder to: (1) *COPs Holders' Objection to Confirmation of the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit* [Docket No. 4653]; (2) *Syncora Capital Assurance Inc. and Syncora Guarantee Inc.'s Objection to the Debtor's Plan of Adjustment* [Docket No. 4679]; and (3) *Objection of Financial Guaranty Insurance Company to Plan for the Adjustment of Debts of the City of Detroit* [Docket No. 4660] (collectively, the "Objections").

**JOINDER**

1.  Based upon the facts available, BlueMountain agrees with the legal and factual assertions set forth in the Objections. Accordingly, BlueMountain files this Joinder in support of the Objections. BlueMountain expressly reserves all rights to amend or supplement this Joinder and to file any additional joinders including joinders to any supplemental objections.

**CONCLUSION**

2.  For the reasons set forth in the Objections, BlueMountain respectfully requests that the Court (i) deny confirmation of the Corrected Fifth Amended Plan for the Adjustment of

Debts of the City of Detroit and (ii) grant such other and further relief as the Court deems just, proper and equitable.

Dated: Detroit, Michigan
August 4, 2014

/S/Deborah L. Fish
ALLARD & FISH, P.C.
Deborah L. Fish
2600 Buhl Building
535 Griswold
Detroit, MI 48226
P36580
(313) 961-6141

AND

KRAMER LEVIN NAFTALIS
& FRANKEL LLP
Thomas Moers Mayer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel to BlueMountain Capital Management, LLC, on behalf of funds and accounts managed by it*

z:\13\079\plds\joinder.bluemountain.doc

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————————————————— X
:
In re: : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846 (SWR)
:
Debtor. : Hon. Steven W. Rhodes
:
———————————————————— X

**CERTIFICATION OF SERVICE**

I, Regina Drouillard, hereby certify that on August 4, 2014, I electronically filed the following:

- Joinder of BlueMountain Capital Management, LLC in Support of Objections to the Plan for the Adjustment of Debts of the City of Detroit Filed by Certain Cops Holders, Syncora and Financial Guaranty Insurance Company.

with the Clerk of the Court using the ECF and I hereby certify that the Court's ECF system has served all registered users.

ALLARD & FISH, P.C.

/S/Regina Drouillard
535 Griswold
2600 Buhl Building
Detroit MI 48226
(313) 961-6141

Dated: August 4, 2014
z:\13\079\plds\joinder.bluemountain.doc