UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------------x
In re                                                                :   Chapter 9
                                                                     :
CITY OF DETROIT, MICHIGAN,                                           :   Case No. 13-53846
                                                                     :
                                   Debtor.                           :   Hon. Steven W. Rhodes
                                                                     :
---------------------------------------------------------------------x

### *EX PARTE MOTION* OF THE OFFICIAL COMMITTEE OF RETIREES FOR AN ORDER AUTHORIZING IT TO FILE A REPLY BRIEF IN EXCESS OF PAGE LIMIT

The Official Committee of Retirees (the "**Committee**") hereby moves the Court for the entry of an order authorizing the Committee to file the *OFFICIAL COMMITTEE OF RETIREES' MEMORANDUM OF LAW IN SUPPORT OF CONFIRMATION OF FIFTH AMENDED PLAN FOR ADJUSTMENT OF DEBTS FILED BY THE CITY OF DETROIT, MICHIGAN* in excess of the page limitation of Rule 9014-1(e) of the Local Rules for the United States Bankruptcy Court for the Eastern District of Michigan (the "**Local Rule 9014-1(e)**") to the extent that the limitation is applicable. In support of this motion, the Committee states as follows:

1.  Local Rule 9014-1(e) describes a 20 page limitation for certain specified motions. Local Rule 9014-1(e).

2.  The Committee does not believe that the page limitation set forth in Local Rule 9014-1(e) is applicable to the Committee's Memorandum in Support of Confirmation, but files this *Ex Parte* motion out of an abundance of caution.

3. The Committee's Reply is fifty pages. Because the Committee responds to numerous issues of fact and law raised by the objectors to the Plan, and makes the case for treatment of retirees consistent with the terms of the Plan accepted by the retirees by the requisite numbers, the Committee requires the additional pages.

4. To the extent that the Local Rule applies to the Committee's Reply, the Committee requests entry of an order expanding the applicable page limitation.

[*Remainder of Page Intentionally Left Blank*]

## RELIEF REQUESTED

WHEREFORE, the Committee respectfully requests that this Court (i) enter an order substantially in the form attached hereto as **Exhibit 1**, granting the relief sought herein; and (ii) grant such other and further relief to the Committee as the Court may deem proper.

Dated: August 4, 2014
New York, New York                              Respectfully submitted,

By: /s/Carole Neville
Claude D. Montgomery                            Sam Alberts
Carole Neville                                  Dan Barnowski
DENTONS US LLP                                  DENTONS US LLP
1221 Avenue of the Americas                     1301 K Street, NW, Suite 600 East Tower
New York, New York 10020                        Washington, DC 20005
Tel:    (212) 768-6700                          Tel: (202) 408-6400
Fax:    (212) 768-6800                          Fax: (202) 408-6399
claude.montgomery@dentons.com                   sam.alberts@dentons.com
carole.neville@dentons.com                      dan.barnowski@dentons.com

BROOKS WILKINS SHARKEY & TURCO PLLC
Matthew E. Wilkins
Paula A. Hall
401 South Old Woodward, Suite 400
Birmingham, Michigan  48009
Direct:  (248) 971-1711
Cell:  (248) 882-8496
Fax:  (248) 971-1801
wilkins@bwst-law.com
hall@bwst-law.com

*Attorneys for the Official Committee of Retirees of the City of Detroit, Michigan*

# **EXHIBIT 1**

(Proposed Order)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
In re                                              : Chapter 9
                                                   :
CITY OF DETROIT, MICHIGAN,                         : Case No. 13-53846
                                                   :
                              Debtor.              : Hon. Steven W. Rhodes
                                                   :
---------------------------------------------------------------x

# *EX PARTE* ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF RETIREES TO FILE A REPLY BRIEF IN EXCESS OF PAGE LIMIT

This matter coming before the Court on the *Ex Parte Motion of the Official Committee of Retirees to File a Reply Brief in Excess of Page Limit* (the "**Motion**") and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Official Committee of Retirees its authorized to file *OFFICIAL COMMITTEE OF RETIREES' MEMORANDUM OF LAW IN SUPPORT OF CONFIRMATION OF FIFTH AMENDED PLAN FOR ADJUSTMENT OF DEBTS FILED BY THE CITY OF DETROIT, MICHIGAN* in excess of 20 pages.

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 4, 2014, the foregoing EX PARTE Motion of the Official Committee of Retirees for an Order Authorizing It to File a Reply Brief in Excess of Page Limit was filed and served using the Court's CM/ECF system which provides electronic notification of such filings to all counsel of record.

Dated: August 4, 2014 By: _/s/ Carole Neville_
Carole Neville