UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

**RETIREE ASSOCIATION PARTIES' JOINDER IN THE: (1) OFFICIAL COMMITTEE OF RETIREES' MEMORANDUM OF LAW IN SUPPORT OF CONFIRMATION OF FIFTH AMENDED PLAN FOR ADJUSTMENT OF DEBTS FILED BY THE CITY OF DETROIT, MICHIGAN & (2) BRIEF OF THE DETROIT RETIREMENT SYSTEMS IN SUPPORT OF PROPOSED TREATMENT OF PENSION CLAIMS UNDER "ALTERNATIVE A" OF THE FIFTH AMENDED PLAN OF ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT AND <u>STATEMENT OF RESERVATIONS</u>**

The Detroit Retired City Employees Association ("DRCEA"), the Retired Detroit Police and Fire Fighters Association ("RDPFFA"), Donald Taylor, individually and as president of the RDPFFA, and Shirley V. Lightsey, individually and as president of the DRCEA (collectively the "Retiree Association Parties"), by and through their undersigned counsel, hereby join in the: (1) Official Committee of Retirees Memorandum of Law in Support of Confirmation of the Fifth Amended Plan for Adjustment of Debts Filed by the City of Detroit Michigan (the "Committee's Confirmation Memorandum") (Doc. 6508) and (2) Brief of the Detroit Retirement Systems in Support of Proposed Treatment of Pension Claims

1

Under "Alternative A" of the Fifth Amended Plan of Adjustment of Debts of the City Of Detroit And Statement Of Reservations ("Retirement Systems' Brief") (Doc. 6509).

In addition to the reservation of rights stated in the Committee's Confirmation Memorandum and the Retirement Systems' Brief, the Retiree Association Parties further reserve the right to object to any subsequent plan, including exhibits, to the extent that it is inconsistent with or does not fully incorporate the terms of the agreements articulated in the term sheets executed between the City and the DRCEA or the City and the RDPFFA.

WHEREFORE, the Retiree Association Parties respectfully join in the: (1) Committee's Conformation Memorandum and in the (2) Retiree Systems' Brief and request that the Court overrule the objections of other creditors and confirm the Plan.

Dated: August 4, 2014

Respectfully submitted,

| | |
|---|---|
| /s/ Ryan C. Plecha<br>Ryan C. Plecha<br>**LIPPITT O'KEEFE GORNBEIN, PLLC**<br>370 East Maple Road, 3rd Floor<br>Birmingham, Michigan 48009<br>(248) 646-8292<br>rplecha@lippittokeefe.com | Thomas R. Morris<br>**SILVERMAN & MORRIS, P.L.L.C.**<br>30500 Northwestern Hwy, Suite 200<br>Farmington Hills, Michigan 48334<br>(248) 539-1330<br>morris@silvermanmorris.com |

*Attorneys for the Retiree Association Parties.*