UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
                              Debtor. : Hon. Steven W. Rhodes
:
---------------------------------------------------------------x

### *EX PARTE* ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF RETIREES TO FILE A REPLY BRIEF IN EXCESS OF PAGE LIMIT

This matter coming before the Court on the *Ex Parte Motion of the Official Committee of Retirees to File a Reply Brief in Excess of Page Limit* (the "**Motion**") and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

    1.    The Motion is GRANTED.

    2.    The Official Committee of Retirees its authorized to file *OFFICIAL COMMITTEE OF RETIREES' MEMORANDUM OF LAW IN SUPPORT OF CONFIRMATION OF FIFTH AMENDED PLAN FOR ADJUSTMENT OF DEBTS FILED BY THE CITY OF DETROIT, MICHIGAN* in excess of 20 pages.

.

**Signed on August 05, 2014**

                                                                /s/ Steven Rhodes
                                                             **Steven Rhodes**
                                                             **United States Bankruptcy Judge**