UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

CORRECTED
**CERTIFICATE OF SERVICE**

I, Ryan C. Plecha, hereby certify that the *Retiree Association Parties' Joinder in the: (1) Official Committee of Retirees Memorandum of Law in Support of Confirmation of the Fifth Amended Plan for Adjustment of Debts Filed by the City of Detroit Michigan (the "Committee's Confirmation Memorandum") (Doc. 6508) and (2) Brief of the Detroit Retirement Systems in Support of Proposed Treatment of Pension Claims Under "Alternative A" of the Fifth Amended Plan of Adjustment of Debts of the City Of Detroit And Statement Of Reservations ("Retirement Systems' Brief") (Doc. 6509)* was filed and served via the Court's electronic case filing and noticing system on August 4, 2014.

By: /s/ *Ryan C. Plecha*
Ryan C. Plecha