UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 9

CITY OF DETROIT, MICHIGAN,  Case No. 13-53846

Debtor.  Hon. Steven W. Rhodes
_____/

NOTICE OF WITHDRAWAL OF CLAIM

SPALDING DEDECKER ASSOCIATES, INC., by and through its attorneys, SULLIVAN, WARD, ASHER & PATTON, P.C., do hereby withdraw its claims against the City of Detroit in the above-entitled matter.

Respectfully submitted,

SULLIVAN, WARD, ASHER & PATTON, P.C.

By: /s/ Seth P. Tompkins
Seth P. Tompkins (P63249)
Attorneys for Spalding DeDecker Associates, Inc.
25800 Northwestern Highway, Suite 950
Southfield, MI 48075
(248) 746-0700

Dated: August 5, 2014

SDD-121149/1504250

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                    Chapter 9

CITY OF DETROIT, MICHIGAN,                Case No. 13-53846

Debtor.                                   Hon. Steven W. Rhodes
_____/

## CERTIFICATE OF SERVICE

SETH P. TOMPKINS, being first duly sworn, deposes and states on this 5th day of August, 2014, he caused to be served a copy of the attached Notice of Withdrawal of Claim upon all attorneys of record via the court's electronic filing system.

/s/ Seth P. Tompkins
Seth P. Tompkins

Dated: August 5, 2014