UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

**OFFICIAL COMMITTEE OF RETIREES NOTICE OF SERVICE OF SUPPLEMENT TO EXHIBIT B TO EXPERT REPORT OF KIM NICHOLL**

The First Amended Stipulation Modifying Certain Plan Discovery and Pleading Deadlines for Certain Non-Debtor Parties, approved and entered by the Court's Order Approving the First Amended Stipulation [Dkt. No. 5482] requires service and filing of expert reports. However, on other occasions, the Court has indicated it does not want expert reports to be filed on the docket. Therefore, in an abundance of caution, the Official Committee of Retirees of the City of Detroit, Michigan (the "Committee") served but did not file the expert report of Kim Nicholl supporting confirmation on July 22, 2014. The Committee hereby gives notice of service of a supplement to Exhibit B to the expert report of Kim Nicholl.

Parties who would like a copy of the supplement, but have not received it should contact undersigned counsel to request a copy.

Dated: August 5, 2014

Respectfully submitted,

By: */s/ Sam Alberts*

| | |
|---|---|
| Claude Montgomery | Sam Alberts |
| Carole Neville | Dan Barnowski |
| DENTONS US LLP | DENTONS US LLP |
| 1221 Avenue of the Americas | 1301 K Street, NW, Suite 600 East Tower |
| New York, New York 10020 | Washington, DC 20005 |
| Tel:   (212) 768-6700 | Tel: (202) 408-6400 |
| Fax:   (212) 768-6800 | Fax: (202) 408-6399 |
| claude.montgomery@dentons.com | sam.alberts@dentons.com |
| carole.neville@dentons.com | dan.barnowski@dentons.com |

BROOKS WILKINS SHARKEY & TURCO PLLC
Matthew E. Wilkins
Paula A. Hall
401 South Old Woodward, Suite 400
Birmingham, Michigan  48009
Direct:  (248) 971-1711
Cell:  (248) 882-8496
Fax:  (248) 971-1801
wilkins@bwst-law.com
hall@bwst-law.com

*Attorneys for the Official Committee of Retirees of the City of Detroit, Michigan*

## CERTIFICATE OF SERVICE

I, Sam Alberts, hereby certify that the foregoing document was filed and served via the Court's electronic case filing and noticing system on August 5, 2014.

                By:    */s/ Sam Alberts*
                         Sam Alberts