# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

IN RE:

City of Detroit, Michigan                   Case No. 13-53846
                                           Chapter 9
                 Debtor(s).           Hon. Steven W. Rhodes
_____/

Syncora Guartantee Inc. and Syncora Capital Assurance Inc.

                 Appellant

     v.

City of Detroit, Michigan

                 Appellee
_____/

## NOTICE OF TRANSMITTAL OF COMPLETE RECORD
## REGARDING RECORD ON APPEAL

        I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Record on Appeal.

| | | | |
|---|---|---|---|
| ☒ | Notice of Appeal | ☒ | Appellee's Designation of Record |
| ☐ | Bankruptcy Matter Civil Cover Sheet | ☐ | Appellee's Statement of Issues |
| ☒ | Order on Appeal | ☐ | Notice of Deficiency |
| ☒ | Appellant's Designation of Record | ☐ | Motion for Leave to Appeal |
| ☐ | Appellant's Statement of Issues | ☐ | Motion to Withdraw the Reference |
| ☐ | Other | | |

☒ There is a previous civil matter in this bankruptcy. That matter was given civil case number 13-13873 and assigned to District Judge Bernard A. Friedman.

☐ This is a new matter and not previously assigned to a District Court Judge.

☐ The Appellee has not filed the Designation of Record.

Dated: 8/5/2014                Clerk, United States Bankruptcy Court

                                 By: _/s/ Kristel Trionfi_____
                                    Deputy Clerk