UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

Order Denying Motion of Creditors to View Or, In the Alternative,
Unseal Supplemental Order Regarding Mediation Confidentiality (#5358)

On June 17, 2014, creditors Syncora Guarantee Inc., Syncora Capital Assurance Inc., Financial Guaranty Insurance Company and Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. filed a motion to view or, in the alternative, unseal supplemental order regarding mediation confidentiality. A hearing is not necessary for the Court to make a determination regarding the creditors' motion. The Court finds that cause has not been shown which would warrant the granting of the motion. Accordingly, the motion of creditors to view or, in the alternative, unseal supplemental order regarding mediation confidentiality (#5358) is denied.

**Signed on July 02, 2014**

                                        /s/ Steven Rhodes  
                                        **Steven Rhodes**  
                                        **United States Bankruptcy Judge**