## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

-----------------------------------------------------x
                                  :
In re                             : Chapter 9
                                  :
CITY OF DETROIT, MICHIGAN,        : Case No. 13-53846
                                  :
                        Debtor.   : Hon. Steven W. Rhodes
                                  :
                                  :
-----------------------------------------------------x

## CORRECTED CITY OF DETROIT'S
## COUNTER-DESIGNATION OF THE CONTENTS OF THE RECORD

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure,

appellee the City of Detroit (the "City") hereby submits this counter-designation of

the contents of the record in response to *Appellant's Designation of the Contents of*

*the Record and Statement of Issues on Appeal* [Docket No. 6104] filed by

appellants Syncora Guarantee Inc. and Syncora Capital Assurance Inc.

(collectively, "Syncora") on July 17, 2014.

# Designation of Additional Items to Be Included in the Record On Appeal

## A. Case No. 13-53846

| Item No. (Attached) | Date | Docket No. | Description |
|---|---|---|---|
| 1. | 8/16/2013 | 0334 | Order to Certain Parties to Appear for First Mediation |
| 2. | 8/22/2013 | 0562 | Second Order Referring Matters to Facilitative Mediation |
| 3. | 8/23/2013 | 0593 | Order to Certain Parties to Appear for Mediation of Certain Disputes Before Special Mediator U.S. Bankruptcy Judge Elizabeth Perris |
| 4. | 10/7/2013 | 1101 | Third Order Referring Matters to Facilitative Mediation |
| 5. | 11/1/2013 | 1487 | Amended Order to Appear Prior to November 6, 2013 Mediation Session [Dkt. 1485] |
| 6. | 12/20/2013 | 2262 | Amended Order to Certain Parties to Appear for Continuing Mediation Sessions on December 23-24, 2013 |
| 7. | 12/30/2013 | 2344 | Order to Certain Parties to Appear for Continued Mediation on LTGO Matters |
| 8. | 12/30/2013 | 2345 | Order to Certain Parties to Appear for Continued Mediation on UTGO Matters |
| 9. | 12/31/2013 | 2346 | Order to Certain Parties to Appear for Continued Mediation on DWSD Matters |
| 10. | 3/20/2014 | 3105 | Order to Certain Parties to Appear for Continued Mediation on UTGO Matters |
| 11. | 4/17/2014 | 4156 | Order of Referral to Mediation |
| 12. | 4/21/2014 | 4205 | Order to Certain Parties to Appear for Continued Mediation on LTGO Matters |
| 13. | 4/21/2014 | 4206 | Order to Certain Parties to Appear for Continued Mediation on DWSD Matters |
| 14. | 4/21/2014 | 4207 | Order to Certain Parties to Appear for Continued Mediation on DWSD Matters |

| 15. | 6/9/2014 | 5257 | Order to Certain Parties to Appear for Continued Mediation on LTGO Matters |
|---|---|---|---|
| 16. | 6/19/2014 | 5452 | Amended Order to Certain Parties to Appear for Continued Mediation on DWSD Matters [Dkt. 5450] |
| 17. | 6/26/2014 | 5612 | Order to Appear for Continued Mediation on "COPs" Matters |
| 18. | 7/1/2014 | 5728 | Objection of Debtor to Motion of Creditors to View Or, in the Alternative, Unseal Supplemental Order Regarding Mediation [Dkt. 5358] |
| 19. | 7/10/2014 | 5920 | Order to Appear for Continued Mediation |
| 20. | 7/18/2014 | 6131 | Amended Order to Certain Parties to Appear for Continued Mediation on DWSD Matters [Dkt. 6068] |

Dated: August 1, 2014                    Respectfully submitted,


                                         /s/ Heather Lennox
                                         David G. Heiman (OH 0038271)
                                         Heather Lennox (OH 0059649)
                                         JONES DAY
                                         North Point
                                         901 Lakeside Avenue
                                         Cleveland, Ohio  44114
                                         Telephone:  (216) 586-3939
                                         Facsimile:  (216) 579-0212
                                         dgheiman@jonesday.com
                                         hlennox@jonesday.com

                                         Bruce Bennett (CA 105430)
                                         JONES DAY
                                         555 South Flower Street
                                         Fiftieth Floor
                                         Los Angeles, California  90071
                                         Telephone:  (213) 243-2382
                                         Facsimile: (213) 243-2539
                                         bbennett@jonesday.com

                                         Jonathan S. Green (MI P33140)
                                         Stephen S. LaPlante (MI P48063)
                                         MILLER, CANFIELD, PADDOCK AND
                                            STONE, P.L.C.
                                         150 West Jefferson
                                         Suite 2500
                                         Detroit, Michigan  48226
                                         Telephone:  (313) 963-6420
                                         Facsimile:  (313) 496-7500
                                         green@millercanfield.com
                                         laplante@millercanfield.com

                                         ATTORNEYS FOR THE CITY

-4-

13-53846-tjt  Doc 6584-10  Filed 08/05/14  Entered 08/05/14 16:24:53  Page 4 of 34
13-53846-swr  Doc 6584-10  Filed 08/05/14  Entered 08/05/14 14:25:38  Page 4 of 34

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                          **Chapter 9**

**City of Detroit, Michigan,**                  **Case No. 13-53846**

        **Debtor.**                          **Hon. Steven W. Rhodes**
_____/                        **Hon. Gerald E. Rosen**

**ORDER TO CERTAIN PARTIES TO APPEAR**
**FOR FIRST MEDIATION SESSION**

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _____August 16, 2013_____

PRESENT:   Honorable Gerald E. Rosen
                United States District Chief Judge

**TO:**   The City of Detroit/Emergency Manager
General Retirement System
Police and Fire Retirement System
Michigan Council 25 of the American Federation of, State,
      County, and Municipal Employees ("AFSCME")
International Union, UAW
U.S. Bank National Association, as Trustee and Contract Administrator
Detroit Fire Fighters Association
The Detroit Police Officers Association
The Detroit Police Lieutenants & Sergeants Association
Downtown Development Authority
The State of Michigan
Michigan Department of Attorney General/Attorney General Bill Schuette

Pursuant to the August 16, 2013 First Order Referring Matters to Facilitative

Mediation,

      **IT IS HEREBY ORDERED** the above-named parties shall appear for an **initial**

**mediation session** before the Honorable Gerald E. Rosen, Chief Judge of the United

States District Court for the Eastern District of Michigan, in his Courtroom, Room 734

Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan 48226 on

**Tuesday, September 17, 2013 at 11:00 a.m.**.

      **IT IS FURTHER ORDERED** that, for said mediation session, and for any

further session, each party shall be represented by **no more than two (2) attorneys and**

**two (2) party-representatives** who have full authority to engage in settlement

negotiations. *See* Local Bankruptcy Rule 7016-2(6); Eastern District of Michigan Local

Rule 16.1(c).


                                    s/Gerald E. Rosen            
                                    Chief Judge, United States District Court

Dated:  August 16, 2013

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                                          Chapter 9

City of Detroit, Michigan,                                      Case No. 13-53846

     Debtor.                                                   Hon. Steven W. Rhodes

_____/


### Second Order Referring Matters to Facilitative Mediation

Pursuant to this Court's Mediation Order entered on August 13, 2013, the following matters are hereby referred to Chief District Judge Gerald Rosen for facilitative mediation:

The disputes arising from the Forbearance and Optional Termination Agreement, dated as of July 15, 2013, by and among the City of Detroit, Michigan, the Emergency Manager of the City, the Detroit General Retirement System Service Corporation, and the Detroit Police and Fire Retirement System Service Corporation, on the one hand, and UBS AG and Merrill Lynch Capital Services, Inc., on the other.


It is so ordered.                                       .

**Signed on August 22, 2013**

                                 **/s/ Steven Rhodes**
                                 **Steven Rhodes**
                                 **United States Bankruptcy Judge**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                              **Chapter 9**

**City of Detroit, Michigan,**                       **Case No. 13-53846**

              **Debtor.**                 **Hon. Steven W. Rhodes**
_____/                            **Hon. Gerald E. Rosen**

## ORDER TO CERTAIN PARTIES TO APPEAR
## FOR MEDIATION OF CERTAIN DISPUTES BEFORE
## <u>SPECIAL MEDIATOR U.S. BANKRUPTCY JUDGE ELIZABETH PERRIS</u>

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _____August 23, 2013_____

PRESENT:  Honorable Gerald E. Rosen
                 United States District Chief Judge

**TO:**    The City of Detroit
       Emergency Manager Kevyn D. Orr
       General Retirement System
       Police and Fire Retirement System
       Syncora Guarantee, Inc.
       U.S. Bank, N.A.
       MGM Grand Detroit, LLC
       Detroit Entertainment, LLC d/b/a
       Motor City Casino
       Greektown Casino
       USB AG
       SBS Financial Products Co., LLC
       Merrill Lynch Capital Services, Inc.
       EEPK Bank
       DEPFA Bank
       Ad Hoc COP Holders
       Ambac Assurance Corp.
       National Public Finance Guarantee Corp.
       Assured Guaranty Municipal Corp.
       Financial Guaranty Insurance Co.

Pursuant to the Second Order Referring Matters for Facilitative Mediation entered

on August 22, 2013, referring for mediation the disputes arising from the July 15, 2013 Forbearance and Optional Termination Agreement entered into by the City of Detroit, the Emergency Manager of the City, the Detroit General Retirement System Service Corporation, and the Detroit Police and Fire Retirement System Service Corporation, on the one hand, and UBS AG and Merrill Lynch Capital Services, Inc., on the other,

**IT IS HEREBY ORDERED** that the above-named noticed parties shall appear for **mediation of the disputes arising from the July 15, 2013 Forbearance and Optional Termination Agreement** before Special Mediator U.S. Bankruptcy Judge Elizabeth L. Perris on **Thursday, August 29, 2013 at 9:30 a.m., at the Theodore Levin U.S. Courthouse, Room 861, 231 West Lafayette Blvd., Detroit, MI 48226.**

**IT IS FURTHER ORDERED** that, for this mediation session, the parties shall be represented by no more than the following number of representatives, including attorneys, who have full authority to engage in settlement negotiations. *See* Local Bankruptcy Rule 7016-2(6); Eastern District of Michigan Local Rule 16.1(c):

City of Detroit/ Emergency Manager - three (3)

Syncora Guaranty, Inc. - three (3)

Counterparties (USB AG, SBS Financial Products Co., LLC/Merrill Lynch Capital Services, Inc.) - six (6) total collectively

Ambac Assurance Corp., National Public Finance Guarantee Corp., Assured Guaranty Municipal Corp., Financial Guaranty Insurance Co. (collectively) - six (6) total

Other parties - one (1) each

**IT IS FURTHER ORDERED** that if any party believes that the number of

permitted representatives is inadequate, the party shall no later than the close of business Monday, August 26, 2013, apply to the mediator in writing to increase the number of representatives. Any such request shall explain how many representatives are desired and the reason why additional representatives are needed.

**IT IS FURTHER ORDERED** that the parties shall submit via electronic mail (do not file with the court) to **elizabeth_perris@orb.uscourts.gov** and **diane_bridge@orb.uscourts.gov** a mediation statement **no later than the close of business on Tuesday, August 27, 2013.**  The mediation statement need not be served on the other parties, shall not exceed ten (10) pages in length, and shall include suggested ways that the mediation might resolve, on an interim or permanent basis.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  August 23, 2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                              Chapter 9
                                                    Case No. 13-53846
City of Detroit, Michigan,                          Hon. Steven W. Rhodes
     Debtor.
_____/

### Third Order Referring Matters to Facilitative Mediation

     Pursuant to this Court's Mediation Order entered on August 13, 2013, the disputes between the City and the following Unions are hereby referred to Chief District Judge Gerald Rosen for facilitative mediation:

     Assistant Supervisors of Street Maintenance & Construction Association
     Association of City of Detroit Supervisors
     Association of Detroit Engineers
     Association of Municipal Engineers
     Association of Municipal Inspectors
     Association of Professional Construction Inspectors
     Association of Professional & Technical Employees
     Building & Construction Trades Council
     Detroit Income Tax Investigators Association
     Emergency Medical Service Officers Association (EMSOA)
     Field Engineers Association
     International Union of Operating Engineers (IUOE) Local 324 - Operating Engineers, Detroit Principal Clerks, & Park Management
     Police Officers Association of Michigan
     Police Officers Labor Council
     Police Officers Labor Council - Health Department
     Police Officers Labor Council - Detention Facility Officer
     Senior Accountants, Analysts & Appraisers Association
     Service Employees International Union (SEIU) Local 517M - Supervisory & Non Supervisory Units
     Service Employees International Union (SEIU) Local 517M - Professional & Technical Unit
     Teamsters, Local 214

     It is so ordered.

**Signed on October 07, 2013**

                                   _____
                                    /s/ Steven Rhodes
                                      **Steven Rhodes**

**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

In re:

City of Detroit, Michigan,

                   Debtor.

_____/

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes
Hon. Gerald E. Rosen

## AMENDED ORDER TO APPEAR PRIOR TO NOVEMBER 6, 2013
## MEDIATION SESSION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _____November 1, 2013_____

PRESENT:   Honorable Gerald E. Rosen
                United States District Chief Judge

In preparation for the mediation session on November 6, 2013 scheduled to begin at 10:00 am.,

**IT IS HEREBY ORDERED** that the attorneys for the Retirement Committee and for the City of Detroit, only, appear prior to the mediation session for settlement discussions at **8:30 am on November 6, 2013** before the Honorable Gerald E. Rosen, Chief Judge of the United States District Court for the Eastern District of Michigan, in his Chambers, Room 730 Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd. Detroit, Michigan 48226.

                s/Gerald Rosen_____
                Chief Judge, United States District Court

Dated:  November 1, 2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re:                                      Chapter 9

City of Detroit, Michigan,                  Case No. 13-53846

                    Debtor.                 Hon. Steven W. Rhodes
_____/                Hon. Gerald E. Rosen

## AMENDED ORDER TO CERTAIN PARTIES TO APPEAR FOR CONTINUING MEDIATION SESSIONS ON DECEMBER 23-24, 2013

**TO:**   The City of Detroit
       Emergency Manager Kevyn D. Orr
       Syncora Capital Assurance, Inc.
       Syncora Guarantee, Inc.
       Berkshire Hathaway Reinsurance Group
       Wilmington Trust Company, National Association, as successor to U.S.
              Bank National Association, as Trustee and Contract Administrator
       USB AG
       SBS Financial Products Co., LLC
       Merrill Lynch Capital Services, Inc.
       EEPK Bank and its affiliates
       DEPFA Bank, plc, as servicer for FMS Wertmanagement
       Ad Hoc COP Holders  (Dexia Credit Local, Dexia Holdings, Inc.,
              Norddeutsche Landesbank Covered Finance Bank, S.A.)
       Ambac Assurance Corp.
       Financial Guaranty Insurance Co.
       General Retirement System
       Police and Fire Retirement System

The above-identified parties with their counsel are hereby ordered to appear

for continuing mediation sessions on **Monday, December 23 and Tuesday,**

1

**December 24, 2013 at 9:00 a.m.** in Room 722 of the Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.

IT IS FURTHER ORDERED that for purposes of appearing at these mediation sessions, "party" means a representative of the party **with full settlement authority**.

**Failure of any party to appear shall be grounds for the imposition of immediate sanctions, including entry of a default judgment.**

SO ORDERED.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: December 20, 2013

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                            **Chapter 9**

**City of Detroit, Michigan,**        **Case No. 13-53846**

         **Debtor.**             **Hon. Steven W. Rhodes**
_____/    **Hon. Gerald E. Rosen**

## ORDER TO CERTAIN PARTIES TO APPEAR
## FOR CONTINUED MEDIATION ON LTGO MATTERS

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on ____December 30, 2013_____

PRESENT:  Honorable Gerald E. Rosen
United States District Chief Judge

**TO:** The City of Detroit
Emergency Manager Kevyn D. Orr
Black Rock Financial Management
Ambac Assurance Corporation

**IT IS HEREBY ORDERED** that the above-named noticed parties shall appear,

with counsel, for continuing mediation on **Monday, January 6, 2014, at 10:00 a.m. at**

**the NEW YORK OFFICE OF JONES DAY, 222 East 41st St., New York, NY**

**10017.**

s/ Gerald E. Rosen_____
Gerald E. Rosen, U.S. District Chief Judge,
Judicial Mediator

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | **Chapter 9** |
| **City of Detroit, Michigan,** | **Case No. 13-53846** |
| **Debtor.** | **Hon. Steven W. Rhodes** |
| _____/ | **Hon. Gerald E. Rosen** |

## ORDER TO CERTAIN PARTIES TO APPEAR
## FOR CONTINUED MEDIATION ON UTGO MATTERS

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on ___December 30, 2013_____

PRESENT:  Honorable Gerald E. Rosen
United States District Chief Judge

**TO:**  The City of Detroit
Emergency Manager Kevyn D. Orr
National Public Finance Guarantee Corporation
Assured Guaranty Municipal Corporation
Ambac Assurance Corporation
Syncora Capital Assurance, Inc.
Syncora Guarantee, Inc.

**IT IS HEREBY ORDERED** that the above-named noticed parties shall appear,

with counsel, for continuing mediation on **Tuesday, January 7, 2014, at 9:30 a.m. at the**

**NEW YORK OFFICE OF JONES DAY,  222 East 41st St., New York, NY 10017.**


s/ Gerald E. Rosen_____
Gerald E. Rosen, U.S. District Chief Judge,
Judicial Mediator

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:                                          **Chapter 9**

**City of Detroit, Michigan,**                  **Case No. 13-53846**

          **Debtor.**                          **Hon. Steven W. Rhodes**
_____/                        **Hon. Gerald E. Rosen**

## ORDER TO CERTAIN PARTIES TO APPEAR
## FOR CONTINUED MEDIATION ON DWSD MATTERS

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on <u>December 30, 2013</u>

PRESENT:  Honorable Gerald E. Rosen
               United States District Chief Judge

**TO:**  The City of Detroit
     Emergency Manager Kevyn D. Orr
     U.S. Bank National Association, as Trustee, etc.
     Assured Guaranty Municipal Corporation
     Financial Guaranty Corporation
     Black Rock Financial Management
     Berkshire Hathaway Reinsurance Group
     Fidelity Management and Research Co.
     Eaton Vance Management

**IT IS HEREBY ORDERED** that the above-named noticed parties shall appear,

with counsel, for continuing mediation on **Monday, January 6, 2014, and Tuesday,**

**January 7, 2014, at the NEW YORK OFFICE OF JONES DAY,  222 East 41st St.,**

**New York, NY 10017, at the following times:**

**Monday, January 6, 2014 at 1:30 p.m.**  **--** City of Detroit, Emergency Manager
                                  Kevyn  D. Orr, and **DWSD bondholder**
                                  **representatives, only**.

**Tuesday, January 7, 2014 at 2:00 p.m.**  – City of Detroit, Emergency

Manager Kevyn D. Orr, **DWSD bondholder representatives <u>and</u> bond insurers.**

**IT IS FURTHER ORDERED** that **on or before the close of business on Thursday, January 2, 2014**, the City shall provide to all parties scheduled to attend the mediation and the mediators a written summary of the potential treatment of water and sewer bond claims in the City's plan of adjustment. The information provided shall include, without limitation:

1. The amount that the City expects to receive if the water and/or sewer systems are leased, sold, or transferred, including a summary of how those amounts will be paid and how the payments will be treated relative to the bond payments.

2. Payment terms, including interest rate, treatment of existing call provisions, and any proposed make whole provisions.

3. The amount of legacy pension, other post-employment benefits (OPEB) and certificate of participation (COP) liabilities the City intends to assess to the water and sewer systems under all potential approaches being addressed by the plan including, without limitation, those being assumed by the City as part of the lease/transfer payment, those being assumed by the lessee/transferee, and those being assessed to the water and sewer systems as operating and maintenance (O & M) expenses if the City retains the water and sewer systems.

s/ Gerald E. Rosen
Gerald E. Rosen, U.S. District Chief Judge, Judicial Mediator

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | Hon. Gerald E. Rosen |

## ORDER TO CERTAIN PARTIES TO APPEAR
## FOR CONTINUED MEDIATION ON UTGO MATTERS

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on   March 20, 2014

PRESENT:   Honorable Gerald E. Rosen
                 United States District Chief Judge

**TO:**   The City of Detroit
       MBIA/National Public Finance Guarantee Corporation
       Assured Guaranty Municipal Corporation
       Ambac Assurance Corporation

**IT IS HEREBY ORDERED** that the above-named noticed parties shall appear,

with counsel, financial advisors, and party-representatives with full and complete

settlement authority, for continuing mediation in the chambers of Chief Judge Gerald E.

Rosen, Room 730 Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit,

Michigan on **Monday, March 24, 2014** at **9:30 a.m.**

                 s/  Gerald E. Rosen
                 Gerald E. Rosen, U.S. District Chief Judge,
                 Judicial Mediator

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                                         Chapter 9
City of Detroit, Michigan,                                     Case No. 13-53846
      Debtor.                         Hon. Steven W. Rhodes
_____/

## Order of Referral to Mediation

Wayne County has filed a motion to refer to mediation the matter of whether to create a regional water authority involving the City and the counties of Macomb, Oakland and Wayne. (Dkt. #3945)  For the reasons stated on the record in open Court, the Court finds that there is good cause to grant the motion.  Specifically, the Court finds that such negotiations are in the best interest of the City and all of its customers, and that this bankruptcy case offers the parties a unique opportunity to negotiate a regional water authority.

Although not specifically requested in the motion, the Court also more broadly refers for mediation all issues relating to the Department of Water and Sewerage and these counties.

Accordingly, it is hereby ordered that these matters are referred to Chief Judge Rosen for mediation.

.

**Signed on April 17, 2014**

                                 **/s/ Steven Rhodes**
                                 **Steven Rhodes**
                                 **United States Bankruptcy Judge**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | **Chapter 9** |
| **City of Detroit, Michigan,** | **Case No. 13-53846** |
| **Debtor.** | **Hon. Steven W. Rhodes** |
| _____/ | **Hon. Gerald E. Rosen** |

## ORDER TO CERTAIN PARTIES TO APPEAR
## FOR CONTINUED MEDIATION ON LTGO MATTERS

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on   April 21, 2014

PRESENT:   Honorable Gerald E. Rosen
United States District Chief Judge

**TO:**   The City of Detroit
Black Rock Financial Management
Ambac Assurance Corporation

**IT IS HEREBY ORDERED** that the above-named noticed parties shall appear

for continuing mediation, with counsel and party-representatives **with full and complete**

**settlement authority**, for continuing mediation in the chambers of Chief Judge Gerald E.

Rosen, Room 730 Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit,

Michigan on **Thursday, May 1, 2014, at 9:00 a.m.**

s/ Gerald E. Rosen_____
Gerald E. Rosen, U.S. District Chief Judge,
Judicial Mediator

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | Hon. Gerald E. Rosen |

## ORDER TO CERTAIN PARTIES TO APPEAR
## FOR CONTINUED MEDIATION ON DWSD MATTERS

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _April 21, 2014_____

PRESENT:   Honorable Gerald E. Rosen
                    United States District Chief Judge

**TO:**   The City of Detroit
U.S. Bank National Association, as Trustee, etc.
Assured Guaranty Municipal Corporation
Financial Guaranty Insurance Corporation
MBIA/National Public Finance Guarantee Corporation
Berkshire Hathaway Reinsurance Group

**IT IS HEREBY ORDERED** that the above-named noticed parties, **only**, shall

appear for continuing mediation, with counsel and party-representatives **with full and**

**complete settlement authority**, in the chambers of Chief Judge Gerald E. Rosen, Room

730 Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan on

**Friday, May 2, 2014 at 9:30 a.m.**

s/ Gerald E. Rosen_____
Gerald E. Rosen, U.S. District Chief Judge,
Judicial Mediator



# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                         **Chapter 9**

**City of Detroit, Michigan,**                 Case No. 13-53846

          **Debtor.**                 Hon. Steven W. Rhodes
_____/                       Hon. Gerald E. Rosen

## ORDER TO CERTAIN PARTIES TO APPEAR
## FOR CONTINUED MEDIATION ON DWSD MATTERS

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on   April 21, 2014  

PRESENT:   Honorable Gerald E. Rosen
                 United States District Chief Judge

**TO:**   The City of Detroit
      U.S. Bank National Association, as Trustee, etc.
      Black Rock Financial Management
      Eaton Vance Management
      Fidelity Management & Research Company

**IT IS HEREBY ORDERED** that the above-named noticed parties, **only**, shall

appear for continuing mediation, with counsel and party-representatives **with full and**

**complete settlement authority**, in the chambers of Chief Judge Gerald E. Rosen, Room

730 Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan on

**Thursday, May 1, 2014 at 2:00 p.m.**

               s/ Gerald E. Rosen_____
               Gerald E. Rosen, U.S. District Chief Judge,
               Judicial Mediator

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                          **Chapter 9**

**City of Detroit, Michigan,**                  **Case No. 13-53846**

              **Debtor.**          **Hon. Steven W. Rhodes**
_____/                **Hon. Gerald E. Rosen**

## ORDER TO CERTAIN PARTIES TO APPEAR
## FOR CONTINUED MEDIATION ON LTGO MATTERS

        At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    June 9, 2014

        PRESENT:   Honorable Gerald E. Rosen
                        United States District Chief Judge

**TO:**   The City of Detroit
       Black Rock Financial Management
       Ambac Assurance Corporation

     **IT IS HEREBY ORDERED** that the above-named noticed parties shall appear

for continuing mediation, with counsel and party-representatives **with full and complete**

**settlement authority**, for continuing mediation in the chambers of Chief Judge Gerald E.

Rosen, Room 730 Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit,

Michigan on **Thursday, June 12, 2014, at 9:00 a.m.**

                   s/Gerald E. Rosen
                   United States District Chief Judge,
                   Judicial Mediator

Dated:  June 9, 2014

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                             Chapter 9

**City of Detroit, Michigan,**                     Case No. 13-53846

          **Debtor.**                     Hon. Steven W. Rhodes
_____/                    Hon. Gerald E. Rosen

## AMENDED ORDER TO CERTAIN PARTIES TO APPEAR
## FOR CONTINUED MEDIATION ON DWSD MATTERS

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on __June 19, 2014_____

PRESENT:   Honorable Gerald E. Rosen
                 United States District Chief Judge

**TO:**   The City of Detroit
      U.S. Bank National Association, as Trustee, etc.
      Assured Guaranty Municipal Corporation
      Financial Guaranty Insurance Corporation
      MBIA/National Public Finance Guarantee Corporation
      Berkshire Hathaway Reinsurance Group
      Black Rock Financial Management
      Eaton Vance Management
      Fidelity Management & Research Company
      State of Michigan, Department of Treasury - Michigan Finance Authority
      First Southwest Company
      Nuveen Asset Management
      Franklin Advisors, Inc.

**IT IS HEREBY ORDERED** that the above-named noticed parties shall appear, with

counsel, for continuing mediation on **Tuesday, June 24, 2014, at 10:00 a.m.** at the **NEW YORK**

**OFFICE OF JONES DAY, 222 East 41st St., New York, NY 10017.**

All parties and counsel are reminded that all proceedings, discussions, negotiation, and

writings incident to mediation are privileged and confidential, and are not to be disclosed to any

third-parties. *See* August 13, 2013 Mediation Order, Dkt. # 322.

                s/ Gerald E. Rosen_____
                Gerald E. Rosen, U.S. District Chief Judge,
                Judicial Mediator

Dated: June 19, 2014_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | Hon. Gerald E. Rosen |

## ORDER TO APPEAR FOR CONTINUED
## MEDIATION ON "COPs" MATTERS

**TO:**  The City of Detroit
Syncora Capital Assurance, Inc.
Syncora Guarantee, Inc.
Berkshire Hathaway Reinsurance Group
Wilmington Trust Company, National Association, as successor to U.S.
        Bank National Association, as Trustee and Contract Administrator
EEPK Bank and its affiliates
Ad Hoc COP Holders  (Dexia Credit Local, Dexia Holdings, Inc.,
        Norddeutsche Landesbank Covered Finance Bank, S.A.)
Financial Guaranty Insurance Co.

Attorneys for the above-identified parties are hereby ordered to appear for

continued mediation on COPs-related matters, **Monday, June 30, 2014 at 12:00**

**p.m.** in Room 722 of the Theodore Levin U.S. Courthouse, 231 W. Lafayette

Blvd., Detroit, MI 48226.

   **SO ORDERED.**

                              s/  Gerald E. Rosen_____
                              United States District Chief Judge,
                              Judicial Mediator

Dated:  June 26, 2014

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

-----------------------------------------------------x
:
In re                                        :        Chapter 9
:
CITY OF DETROIT, MICHIGAN,                    :        Case No. 13-53846
:
                              Debtor.         :        Hon. Steven W. Rhodes
:
-----------------------------------------------------x

## OBJECTION OF DEBTOR TO MOTION OF
## CREDITORS TO VIEW OR, IN THE ALTERNATIVE, UNSEAL
## SUPPLEMENTAL ORDER REGARDING MEDIATION [DOCKET NO. 5358]

The City of Detroit (the "City"), as the debtor in the above-captioned

case, hereby asserts this objection (this "Objection") to the Motion of Creditors to

View or, in the Alternative, Unseal Supplemental Order Regarding Mediation

Confidentiality  (Docket No. 5358) (the "Motion") filed by Syncora Guarantee,

Inc., Syncora Capital Assurance Inc., Financial Guaranty Insurance Company and

Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A.,

Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in

Luxemburg S.A. (collectively, the "Movants").  In support of this Objection,

the City respectfully represents as follows:

## Objection

1.      On July 12, 2014, the Court entered the Supplemental Order Regarding Mediation Confidentiality (Docket No. 5294) (the "Supplemental Order"), which was filed under seal.

2.      Because the Supplemental Order was filed under seal, the City cannot describe or reveal its contents.  Nevertheless, if the Supplemental Order affected the Movants, the City believes that the Movants would have been served with a copy of the Supplemental Order.

3.      The City believes that that the Supplemental Order should remain confidential and sealed.

4.      The City therefore requests that the Motion be denied.

5.      If the Court directs, the City can provide additional information in support of this Objection.

Dated:  July 1, 2014                Respectfully submitted,


                                   /s/ Heather Lennox
                                   David G. Heiman (OH 0038271)
                                   Heather Lennox (OH 0059649)
                                   JONES DAY
                                   North Point
                                   901 Lakeside Avenue
                                   Cleveland, Ohio  44114
                                   Telephone:  (216) 586-3939
                                   Facsimile:  (216) 579-0212
                                   dgheiman@jonesday.com
                                   hlennox@jonesday.com

                                   Bruce Bennett (CA 105430)
                                   JONES DAY
                                   555 South Flower Street
                                   Fiftieth Floor
                                   Los Angeles, California  90071
                                   Telephone:  (213) 243-2382
                                   Facsimile:  (213) 243-2539
                                   bbennett@jonesday.com

                                   Jonathan S. Green (MI P33140)
                                   Stephen S. LaPlante (MI P48063)
                                   MILLER, CANFIELD, PADDOCK AND
                                      STONE, P.L.C.
                                   150 West Jefferson
                                   Suite 2500
                                   Detroit, Michigan  48226
                                   Telephone:  (313) 963-6420
                                   Facsimile:  (313) 496-7500
                                   green@millercanfield.com
                                   laplante@millercanfield.com

                                   ATTORNEYS FOR THE CITY

## <u>CERTIFICATE OF SERVICE</u>

I, Heather Lennox, hereby certify that the foregoing Objection of Debtor to Motion of Creditors to View or, in the Alternative, Unseal Supplemental Order Regarding Mediation Confidentiality [Docket No. 5358], was filed and served via the Court's electronic case filing and noticing system on this 1st day of July, 2014.


/s/Heather Lennox_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re:                                         **Chapter 9**

**City of Detroit, Michigan,**                 **Case No. 13-53846**

              **Debtor.**        **Hon. Steven W. Rhodes**
_____/                     **Hon. Gerald E. Rosen**

## ORDER TO APPEAR FOR CONTINUED MEDIATION

**TO:**  Jeff Pegg
DFFA Board Members
Chris Legghio
Earl Earman
Barbara Patek
Sydney Zack
John Berlin
Detroit Mayor Michael Duggan
Detroit Emergency Manager Kevyn Orr
Michael Rossman

The above-identified parties and attorneys are hereby ordered to appear for

continued mediation on DFFA-related matters, **Monday, July 14, 2014 at 1:00 p.m., and**

**continuing through Tuesday, July 15, 2014,** in Room 722 of the Theodore Levin U.S.

Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.

Parties should be prepared to discuss the following:

1. Promotions/Seniority          4. Date to complete CBA negotiations

2. Appointments                  5. July 16th hearing on objections

3. Medical Runs

**SO ORDERED.**

            s/  Gerald E. Rosen
            United States District Chief Judge,
            Judicial Mediator

Dated:  July 10, 2014

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                                Chapter 9

**City of Detroit, Michigan,**                        Case No. 13-53846

        **Debtor.**                          Hon. Steven W. Rhodes
_____/                          Hon. Gerald E. Rosen

## AMENDED ORDER TO CERTAIN PARTIES TO APPEAR
## FOR CONTINUED MEDIATION ON DWSD MATTERS

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _____July 18, 2014_____
PRESENT:   Honorable Gerald E. Rosen
               United States District Chief Judge

**TO:**   The City of Detroit
      Detroit Water and Sewerage Department
      Assured Guaranty Municipal Corporation
      Financial Guaranty Insurance Corporation
      MBIA/National Public Finance Guarantee Corporation
      Berkshire Hathaway Reinsurance Group
      State of Michigan, Department of Treasury - Michigan Finance Authority
      First Southwest Company

**IT IS HEREBY ORDERED** that the above-named noticed parties shall appear, with

counsel, for continuing mediation on **Monday, July 21, 2014, at 10:30 a.m.** in Room 722 of

the Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.

The following ad hoc bondholders committee members and their counsel, as well as

the bond trustee, are also invited to attend but are not required to do so:

      Black Rock Financial Management
      Eaton Vance Management
      Fidelity Management & Research Company
      Nuveen Asset Management
      Franklin Advisors, Inc.
      U.S. Bank National Association, as Trustee

**Counsel should be prepared to stay overnight in Detroit for a continuation of the**

1

**mediation session on <u>Tuesday, July 22, 2014</u>  in the event the mediators deem it**

**necessary.**

All parties and counsel are reminded that all proceedings, discussions, negotiation, and writings incident to mediation are be privileged and confidential, and are not to be disclosed to any third-parties.  *See* August 13, 2013 Mediation Order, Dkt. # 322.


s/Gerald E. Rosen

Gerald E. Rosen, U.S. District Chief Judge,

Date: <u>July 18, 2014</u>          Judicial Mediator

2

13-53846-swr Doc 6524-10 Filed 08/05/14 Entered 08/05/14 14:14:53 Page 3 of 4
13-53846-swr Doc 6524-1 Filed 05/01/14 Entered 05/01/14 14:12:33 Page 34 of 34

34