# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

**ORDER APPROVING THIRD INTERIM APPLICATION OF
FEE EXAMINER PARTIES FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the Third Interim Application Of Fee Examiner Parties For Allowance Of Compensation And Reimbursement Of Expenses (the "Application");[1] this Court having entered an order dated September 11, 2013 (Dkt. # 810) ("Fee Review Order") regarding the review of professional fees in this case and the payment of interim compensation and expense reimbursement to the Fee Examiner Parties (as defined in the Fee Review Order); due and proper notice of the Application having been given to all parties entitled thereto; the Court having jurisdiction over the subject matter of and the parties to the Application; the Court having reviewed the Application and determined that good cause exists to grant the relief sought in the Application; it is hereby ORDERED:

1. The Application is allowed as provided herein.

2. The Fee Examiner is hereby allowed $101,352.00 in aggregate compensation on an interim basis for the Application Period extending from January 1, 2014 through and including March 31, 2014.

---

[1] Capitalized terms not otherwise defined carry the same meaning ascribed to them in the Application.

3. Shaw Fishman is hereby allowed $155,733.00 in aggregate compensation on an interim basis for the Application Period extending from January 1, 2014 through and including March 31, 2014.

4. Shaw Fishman is hereby allowed $276.54 in aggregate expense reimbursement on an interim basis for the Application Period extending from January 1, 2014 through and including March 31, 2014.

5. Kapila is hereby allowed $65,871.20 in aggregate compensation on an interim basis for the Application Period extending from January 1, 2014 through and including March 31, 2014.

6. Kapila is hereby allowed $81.36 in aggregate expense reimbursement on an interim basis for the Application Period extending from January 1, 2014 through and including March 31, 2014.

7. The Fee Examiner Parties are authorized to apply the Interim Payments (as defined in the Application) in partial satisfaction of the compensation and expense reimbursement allowed on an interim basis through this Order (the "Allowed Fees and Expenses").

8. The City is authorized and directed to pay the balance of the Allowed Fees and Expenses remaining after the Fee Examiner Parties' application of the Interim Payments (as defined in the Application) to the Allowed Fees and Expenses.