# EXHIBIT 3

{10661-001 MSC A0381227.DOCX}

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

### CERTIFICATE OF SERVICE

Peter J. Roberts, an attorney, hereby certifies that he filed and served **(i) the Third Interim Application Of Fee Examiner Parties For Allowance Of Compensation And Reimbursement Of Expenses, and (ii) its accompanying Notice Of Motion And Opportunity To Respond** using the Court's ECF System on this 5th day of August, 2014.

/s/ Peter J. Roberts

Peter J. Roberts
(Admitted in the Eastern District of Michigan)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151