# EXHIBIT 6-A

## COMPARISON OF SHAW FISHMAN HOURLY RATES

| MEMBERS | 2014 STANDARD RATES | 2014 DETROIT RATES |
|---|---|---|
| Robert M. Fishman | $695.00 | $618.00 |
| Ira Bodenstein | $505.00 | $434.00 |
| Peter J. Roberts | $485.00 | $419.00 |
| Gordon E. Gouveia | $395.00 | $347.00 |
| ASSOCIATES | | |
| David R. Doyle | $310.00 | $267.00 |
| Marc S. Reiser | $310.00 | $267.00 |
| Allison B. Hudson | $270.00 | $248.00 |

## COMPARISON OF KAPILA & COMPANY HOURLY RATES

| PROFESSIONAL STAFF | 2014 STANDARD RATES | 2014 DETROIT RATES |
|---|---|---|
| Soneet R. Kapila | $530.00 | $450.00 |
| Mary M. McMickle | $380.00 | $342.00 |
| Joseph E. Gillis | $314.00 | $272.00 |
| Shantel Thomas | $270.00 | $234.00 |
| Mark Parisi | $170.00 | $156.00 |
| Joan Zeiler | $140.00 | $118.00 |