# EXHIBIT 6-B

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 13624
February 28, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 1/31/2014

**Please include Invoice Number with Payment**

| | | |
|---|---|---|
| Previous Balance | | 45,570.75 |
| Payments | | -32,079.00 |
| Balance Forward | | 13,491.75 |
| Current Fees | 45,979.20 | |
| Total Current Charges | | 45,979.20 |
| **Total Due** | | **59,470.95** |

### Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---|---|---|
| 08/31/13 | 11516 | 28,407.85 | 24,276.85 | 4,131.00 |
| 09/30/13 | 12044 | 16,389.35 | 14,084.60 | 2,304.75 |
| 10/31/13 | 12414 | 9,300.00 | 7,905.00 | 1,395.00 |
| 12/31/13 | 12978 | 24,540.00 | 20,859.00 | 3,681.00 |
| 01/31/14 | 13352 | 13,200.00 | 11,220.00 | 1,980.00 |
| | Totals | 91,837.20 | 78,345.45 | 13,491.75 |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner
I.D. 10661-002 - RMF
Re: Robert Fishman

February 28, 2014
Invoice 13624

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/02/14 | RMF | Spoke to G. Gouveia re timing of responses and filing of reports (.2). Emailed J. Ellman re Jones Day September Preliminary Report (.2). Reviewed draft September Preliminary Reports (1.8). | 2.20 | 618.00 | 1,359.60 |
| 01/03/14 | RMF | Team meeting re all open matters (.6). Met with D. Doyle re Wilkins invoice (.2) Reviewed Wilkins consolidated spreadsheet (.2). Spoke to P. Roberts re Shaw Fishman Fee Application (.2). Spoke to D. Doyle re Lazard invoice (.2). Finalized and transmitted multiple September Preliminary Reports (1.3). | 2.70 | 618.00 | 1,668.60 |
| 01/04/14 | RMF | Worked on finalizing multiple September Preliminary Reports. | 3.80 | 618.00 | 2,348.40 |
| 01/06/14 | RMF | Reviewed and revised draft of Extension Motion (.7). Drafted email to all firms subject to fee examination re deadlines (.8). Exchanged emails with G. Gouveia re Miller Canfield invoices (.5). Finalized several more September Preliminary Reports (1.1). Began review of October invoices (2.3). | 5.40 | 618.00 | 3,337.20 |
| 01/07/14 | RMF | Finalized several more September Preliminary Reports. | 1.70 | 618.00 | 1,050.60 |
| 01/08/14 | RMF | Reviewed October invoices. | 1.80 | 618.00 | 1,112.40 |
| 01/16/14 | RMF | Conference call with S. Alberts, I. Bodenstein and D. Doyle re Dentons September Preliminary Report. | 0.70 | 618.00 | 432.60 |
| 01/17/14 | RMF | Reviewed and revised November Shaw Fishman Detailed Statement of Services Rendered (.8). Reviewed and made comments to Kapila November invoice and emailed same to S. Kapila (.4). Spoke to I. Bodenstein re Miller Buckfire call (.2). | 1.40 | 618.00 | 865.20 |
| 01/18/14 | RMF | Detailed review of October invoice. | 5.20 | 618.00 | 3,213.60 |
| 01/19/14 | RMF | Finished review of Jones Day October invoice. | 1.80 | 618.00 | 1,112.40 |
| 01/20/14 | RMF | Reviewed and revised draft October Preliminary Reports (and spreadsheets) for Dentons and Brooks Wilkins (2.1). Discussed same with D. Doyle (.2). | 2.30 | 618.00 | 1,421.40 |
| 01/21/14 | RMF | Reviewed and revised numerous October Preliminary Reports and Spreadsheets (6.7). Spoke to G. Gouveia re Conway report (.4). | 7.10 | 618.00 | 4,387.80 |
| 01/22/14 | RMF | Reviewed and revised additional draft October Preliminary Reports and spreadsheets (1.6). Spoke to G. Gouveia (.1), A. Hudson (.1) and D. Doyle (.1) re compiling an aggregate list of time spent by all attorneys at the eligibility hearings in October. | 1.90 | 618.00 | 1,174.20 |
| 01/23/14 | RMF | Reviewed data re professionals in attendance at October eligibility trial dates (.3). Reviewed and revised chart of same (.2). Discussed same with A. Hudson (.3). Drafted language to insert into October Preliminary Reports re same (.4). Revised and completed numerous October Preliminary Reports (4.2). | 5.40 | 618.00 | 3,337.20 |

Shaw Fishman Glantz & Towbin LLC

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | | February 28, 2014 |
| I.D. 10661-002 - RMF | | | | | Invoice 13624 |
| Re: Robert Fishman | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/24/14 | RMF | Began preparing the July/August Final Monthly Report. | 2.20 | 618.00 | 1,359.60 |
| 01/25/14 | RMF | Organized and drafted July/August and September Monthly Reports. | 4.30 | 618.00 | 2,657.40 |
| 01/27/14 | RMF | Continued to prepare July/August and September Monthly Reports and First Quarterly Report (3.2). Met with various teams during the day to discuss substance of reports and status of materials received or to be received from firms (1.9). | 5.10 | 618.00 | 3,151.80 |
| 01/28/14 | RMF | Met with various teams during the day to discuss substance of reports and status of materials received or to be received from firms (2.1). Continued drafting July/August Monthly Report (2.7). | 4.80 | 618.00 | 2,966.40 |
| 01/29/14 | RMF | Reviewed and revised October Preliminary Report and Spreadsheet for EY (.9). Discussed same with P. Roberts (.2). Continued to draft and revise July/August Monthly Report (3.2). | 4.30 | 618.00 | 2,657.40 |
| 01/30/14 | RMF | Continued to draft, organize and revise July/August Monthly Final Report. | 3.60 | 618.00 | 2,224.80 |
| 01/30/14 | RMF | Began reviewing and revising draft Shaw Fishman Fee Application. | 1.60 | 618.00 | 988.80 |
| 01/31/14 | RMF | Continued revising and finalizing July/August Final Monthly Report (2.6). Participated in Resolution Discussion with B. Hertzberg and G. Gouveia re Pepper October invoice (.2). | 2.80 | 618.00 | 1,730.40 |
| 01/31/14 | RMF | Further review of and revisions to draft Fee Application. | 2.30 | 618.00 | 1,421.40 |
| | | **Total Fees** | **74.40** | | **45,979.20** |

| | |
|---|---|
| **Total Fees and Disbursements** | 45,979.20 |
| **Total Current Charges** | 45,979.20 |
| Balance Forward | 13,491.75 |
| **Total Amount Due** | **59,470.95** |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 13792
February 28, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 2/28/2014

### Please include Invoice Number with Payment

| | | |
|---|---:|---:|
| Balance Forward | | 59,470.95 |
| Current Fees | 27,871.80 | |
| Total Current Charges | | 27,871.80 |
| **Total Due** | | **87,342.75** |

#### Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---:|---:|---:|
| 08/31/13 | 11516 | 28,407.85 | 24,276.85 | 4,131.00 |
| 09/30/13 | 12044 | 16,389.35 | 14,084.60 | 2,304.75 |
| 10/31/13 | 12414 | 9,300.00 | 7,905.00 | 1,395.00 |
| 12/31/13 | 12978 | 24,540.00 | 20,859.00 | 3,681.00 |
| 01/31/14 | 13352 | 13,200.00 | 11,220.00 | 1,980.00 |
| 02/28/14 | 13624 | 45,979.20 | 0.00 | 45,979.20 |
| | Totals | 137,816.40 | 78,345.45 | 59,470.95 |

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-002 - RMF  
Re: Robert Fishman

February 28, 2014  
Invoice 13792

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/01/14 | RMF | Completed revisions to First Fee Application. | 1.20 | 618.00 | 741.60 |
| 02/01/14 | RMF | Completed first draft of July/August Final Report (1.1). Began drafting September Final Report (2.1). Began drafting First Quarterly Report (1.6). | 4.80 | 618.00 | 2,966.40 |
| 02/02/14 | RMF | Continued drafting September Final Report (2.6). Continued drafting First Quarterly Report (1.8). | 4.40 | 618.00 | 2,719.20 |
| 02/03/14 | RMF | Completed final revisions to September Monthly Report (1.3). Completed final revisions to First Quarterly Report (1.9). Completed final revisions to First Fee Application (.7). | 3.90 | 618.00 | 2,410.20 |
| 02/04/14 | RMF | Multiple emails and telephone calls with P. Roberts re finalization and filing of First Quarterly Report and First Fee Application. | 0.40 | 618.00 | 247.20 |
| 02/05/14 | RMF | Began review of November Invoices. | 3.20 | 618.00 | 1,977.60 |
| 02/06/14 | RMF | Continued working on review of November invoices. | 3.60 | 618.00 | 2,224.80 |
| 02/07/14 | RMF | Continued review of November invoices. | 3.40 | 618.00 | 2,101.20 |
| 02/11/14 | RMF | Continued reviewing November invoices. | 1.70 | 618.00 | 1,050.60 |
| 02/15/14 | RMF | Further review of November invoices. | 2.70 | 618.00 | 1,668.60 |
| 02/17/14 | RMF | Reviewed and revised Fee Examiner and Shaw Fishman December Detailed Statement of Services Rendered. | 0.80 | 618.00 | 494.40 |
| 02/20/14 | RMF | Reviewed and revised Kapila December invoice and emailed P. Roberts and S. Kapila re same. | 0.40 | 618.00 | 247.20 |
| 02/25/14 | RMF | Began reviewing materials for October Final Monthly Report and November Preliminary Monthly Report. | 2.30 | 618.00 | 1,421.40 |
| 02/26/14 | RMF | Reviewed various spreadsheets, draft October Monthly Report inserts and responses from firms re issues raised in the October Preliminary Reports (4.3). Participated in team teleconference re time spent by firms at eligibility hearings and responses received from same (.6). Spoke to J. Ellman re same and setting up monthly case summary calls (.4). | 5.30 | 618.00 | 3,275.40 |
| 02/27/14 | RMF | Telephone conference with team re responses from firms re eligibility issues we raised and reactions thereto (.6). Reviewed proposed plan/disclosure statement scheduling order (.3). Reviewed and revised various draft November Preliminary Reports and Spreadsheets (1.3). | 2.20 | 618.00 | 1,359.60 |
| 02/28/14 | RMF | Reviewed and revised numerous draft November Preliminary Reports and Spreadsheets (4.2). Spoke to M. Reiser (.2) and emailed B. Hertzberg (.2) re questions concerning Pepper Hamilton invoice. Reviewed November Eligibility Trial Chart (.2). | 4.80 | 618.00 | 2,966.40 |

| Robert Fishman as Detroit Fee Examiner | | February 28, 2014 |
| I.D. 10661-002 - RMF | | Invoice 13792 |
| Re: Robert Fishman | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Total Fees | 45.10 | | 27,871.80 |

|  |  |
|---|---|
| Total Fees and Disbursements | 27,871.80 |
| Total Current Charges | 27,871.80 |
| Balance Forward | 59,470.95 |
| **Total Amount Due** | 87,342.75 |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 14118
March 31, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 3/31/2014

### Please include Invoice Number with Payment

| | | |
|---|---|---:|
| Previous Balance | | 87,342.75 |
| Payments | | -39,082.32 |
| Balance Forward | | 48,260.43 |
| Current Fees | 27,501.00 | |
| Total Current Charges | | 27,501.00 |
| **Total Due** | | **75,761.43** |

### Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---:|---:|---:|
| 08/31/13 | 11516 | 28,407.85 | 24,276.85 | 4,131.00 |
| 09/30/13 | 12044 | 16,389.35 | 14,084.60 | 2,304.75 |
| 10/31/13 | 12414 | 9,300.00 | 7,905.00 | 1,395.00 |
| 12/31/13 | 12978 | 24,540.00 | 20,859.00 | 3,681.00 |
| 01/31/14 | 13352 | 13,200.00 | 11,220.00 | 1,980.00 |
| 02/28/14 | 13624 | 45,979.20 | . 39,082.32 | 6,896.88 |
| 02/28/14 | 13792 | 27,871.80 | 0.00 | 27,871.80 |
| **Totals** | | **165,688.20** | **117,427.77** | **48,260.43** |

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| | |
|---|---|
| Robert Fishman as Detroit Fee Examiner | March 31, 2014 |
| I.D. 10661-002 - RMF | Invoice 14118 |
| Re: Robert Fishman | |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/01/14 | RMF | Detailed review of and comments to spreadsheets returned to us by EY re July and August (1.2). Continued review of various draft November Preliminary Reports and Spreadsheets (3.4). Email communications to team members re same (.7). | 5.30 | 618.00 | 3,275.40 |
| 03/04/14 | RMF | Spoke to G. Gouveia re response to Miller Canfield re October issues and general discussion re local counsel situation (.2). Reviewed and revised numerous draft November Preliminary Reports (3.1). Numerous emails with team members re draft November Preliminary Reports (.6). Reviewed responses from firms re October Preliminary Reports (1.3). | 5.20 | 618.00 | 3,213.60 |
| 03/05/14 | RMF | Exchanged emails (and proposed drafts) with G. Gouveia, P. Roberts and I. Bodenstein re draft language re local counsel situation. | 0.60 | 618.00 | 370.80 |
| 03/07/14 | RMF | Participated in case summary call with Jones Day (.9). Finalized and sent out additional November Preliminary Reports (.8). | 1.70 | 618.00 | 1,050.60 |
| 03/11/14 | RMF | Conference call with G. Gouveia and Miller Canfield re Oct. and Nov. Preliminary Report issues. | 0.50 | 618.00 | 309.00 |
| 03/14/14 | RMF | Reviewed Lazard response to Nov Preliminary Report (.3). Conference call with Lazard representatives, D. Doyle, S. Kapila and M. McMickle re same (.3). | 0.60 | 618.00 | 370.80 |
| 03/18/14 | RMF | Reviewed December invoices. | 2.60 | 618.00 | 1,606.80 |
| 03/20/14 | RMF | Reviewed December invoices (2.3). Spoke to G. Gouveia re Miller Canfield issues (.3). Spoke to J. Green and G. Gouveia re same (.4). Finalized EY September Report and exhibits (.7). Discussed same with P. Roberts (.1). | 3.80 | 618.00 | 2,348.40 |
| 03/21/14 | RMF | Spoke to J. Ellman re fee examiner issues and our conversation with Deputy Emergency Manager (.3). Spoke to A. Hudson and P. Roberts re Segal and Milliman invoices (.3). Additional review of December invoices (1.1). | 1.70 | 618.00 | 1,050.60 |
| 03/23/14 | RMF | Reviewed December invoices. | 2.30 | 618.00 | 1,421.40 |
| 03/24/14 | RMF | Further review of December invoices (.7). Continued drafting October Final Report (1.4). Began drafting First Supplement to Quarterly Report (1.2). Began drafting Kilpatrick July-Sept Final Report (.8). | 4.10 | 618.00 | 2,533.80 |
| 03/25/14 | RMF | Continued drafting October Final Report (.8). Continued drafting First Supplement to Quarterly Report (.6). Continued drafting Kilpatrick July-Sept Final Report (1.3). Continued reviewing December invoices (.9). | 3.60 | 618.00 | 2,224.80 |
| 03/26/14 | RMF | Additional work on October Final Report, Kilpatrick July-Sept Final | 2.60 | 618.00 | 1,606.80 |

Robert Fishman as Detroit Fee Examiner  March 31, 2014
I.D. 10661-002 - RMF  Invoice 14118
Re: Robert Fishman

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Report and First Supplemental Quarterly Report (1.8). Continued reviewing December invoices (.8). | | | |
| 03/27/14 | RMF | Conference call with M. Schenck, I. Bodenstein and M. Reiser re Ottenwes invoices (.7). Worked further on October Final Report (.8). Continued to review December invoices (2.7). | 4.20 | 618.00 | 2,595.60 |
| 03/29/14 | RMF | Reviewed and revised Fee Examiner and Shaw Fishman February Detailed Statements of Services Rendered. | 1.10 | 618.00 | 679.80 |
| 03/31/14 | RMF | Began drafting November Final Monthly Report (.8). Further work on October Final Monthly Report (.6). Reviewed several proposed December Preliminary Reports and accompanying spreadsheets (3.2). | 4.60 | 618.00 | 2,842.80 |
| | | **Total Fees** | **44.50** | | **27,501.00** |

|  |  |
|---|---|
| Total Fees and Disbursements | 27,501.00 |
| Total Current Charges | 27,501.00 |
| Balance Forward | 48,260.43 |
| Total Amount Due | 75,761.43 |