# EXHIBIT 6-D



**Kapila & Company**
*Certified Public Accountants*

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| JOSEPH GILLIS - Senior Consultant, CPA* | 25.60 | 272.00 | 6,963.20 |
| SONEET RAVI KAPILA - Partner, CPA*, CFF, CIRA, CFE | 5.70 | 450.00 | 2,565.00 |
| MARY MCMICKLE - Partner, CPA*, CIRA | 26.00 | 342.00 | 8,892.00 |
| MARK PARISI - Forensic Analyst CPA*, CFE, | 32.00 | 156.00 | 4,992.00 |
| SHANTEL THOMAS - Forensic Consultant, CPA*, CIRA | 6.70 | 234.00 | 1,567.80 |
| JOAN ZEILER - Paraprofessional | 0.10 | 118.00 | 11.80 |
| TOTAL | 96.10 | | $24,991.80 |
| | **BLENDED RATE** | **$260.06** | |
| | TOTAL EXPENSES | | 33.80 |
| TOTAL AMOUNT OF THIS INVOICE | | | $25,025.60 |

CPA - Certified Public Accountant
CIRA- Certified Insolvency & Restructuring Advisor
CFE - Certified Fraud Examiner
CFF - Certified in Financial Forensics

* Regulated by the State of Florida

*1000 S. Federal Highway Suite 200 Fort Lauderdale, Florida 33316*
*Member Florida Institute of Certified Public Accountants American Institute of Certified Public Accountants - Private Companies Practice Section*
*Affiliated office in London, England*

## 𝒦𝒶𝓅𝒾𝓁𝒶 & 𝒞�‌𝑜𝓂𝓅𝒶𝓃𝓎

Certified Public Accountants
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilaco.com
EIN #66-0311031

CITY OF DETROIT, MICHIGAN
C/O ROBERT M. FISHMAN, FEE EXAMINER
SHAW FISHMAN GLANTZ AND TOWBIN
321 N. CLARK ST., SUITE 800
CHICAGO, IL 60654

Invoice: 97393

01/31/2014

Client ID: 90000

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| BUSINESS ANALYSIS (BANKRUPTCY) | | | | |
| 01/02/2014 | MCP | UPDATE FOLEY & LARDNER OCTOBER 2013 INVOICE SPREADSHEET | 0.10 | 15.60 |
| 01/03/2014 | MMM | TELEPHONE CONFERENCE WITH FEE EXAMINER TEAM RE: STATUS OF PRELIMINARY REPORTS AND DEADLINE FOR QUARTERLY REPORT. | 0.60 | 205.20 |
| 01/03/2014 | SRK | TELEPHONE CALL WITH R. FISHMAN, A. HUDSON, D. DOYLE, G. GOUEVIA, I. BODENSTEIN, P. ROBERTS, M. REISER AND M. MCMICKLE - TEAM MEETING CALLED BY FEE EXAMINER TO DISCUSS CURRENT STATUS, PRELIMINARY REPORTS, UPDATES ON NEW PROFESSIONALS | 0.60 | 270.00 |
| 01/03/2014 | SRK | REVIEW WORKING CHECKLIST OF INVOICES RECEIVED, AND RESPONSES CIRCULATED BY A. HUDSON AT SHAW, FISHMAN | 0.10 | 45.00 |
| 01/03/2014 | SRK | REVIEW MILLER BUCKFIRE DRAFT REPORT RECEIVED FROM IRA BODENSTEIN AND RESPOND | 0.10 | 45.00 |
| 01/03/2014 | MMM | REVIEW VARIOUS DEADLINES FOR INVOICE REVIEWS AND FOLLOW-UP EMAIL TO STAFF RE: DEADLINES FOR OCTOBER REVIEW OF CONWAY MACKENZIE AND ERNST & YOUNG INVOICES AND DOWNLOADING OF NOVEMBER INVOICES. | 0.20 | 68.40 |
| 01/06/2014 | MCP | TELEPHONE CONFRENCE WITH S.THOMAS RE:  INVOICE FORMATTING | 0.40 | 62.40 |
| 01/06/2014 | MCP | TELEPHONE CONFERENCE WITH IDEA PROFESSIONALS RE: IDEA HAVING ISSUES READING TWO INVOICES. | 0.20 | 31.20 |
| 01/06/2014 | SST | CONFERENCE CALL WITH M. PARISI TO DISCUSS ISSUES REGARDING THE EXTRACTION OF JONES DAY'S INVOICE. | 0.40 | 93.60 |
| 01/06/2014 | MMM | TELEPHONE CONFERENCE WITH J. GILLIS RE; STATUS OF OCTOBER INVOICE REVIEW. | 0.10 | 34.20 |
| 01/06/2014 | JEG | TELEPHONE CONFERENCE WITH M. MCMICKLE RE: STATUS OF PROFESSIONALS' INVOICE REVIEWS AND NEXT STEPS. | 0.10 | 27.20 |
| 01/06/2014 | MCP | FORMAT AND SUMMARIZE MILLIMAN NOVEMBER 2013 INVOICE SPREADSHEET | 0.80 | 124.80 |
| 01/06/2014 | MCP | EXTRACT JONES DAY NOVEMBER INVOICE | 4.20 | 655.20 |
| 01/06/2014 | MCP | FORMAT AND SUMMARIZE JONES DAY NOVEMBER 2013 INVOICE | 1.50 | 234.00 |
| 01/06/2014 | SST | REVIEW AND REVISE NOVEMBER INVOICE SCHEDULES FOR | 0.90 | 210.60 |

| | | | | |
|---|---|---|---|---|
| | | MILLIMAN PRIOR TO SUBMITTING FOR FEE EXAMINER REVIEW. | | |
| 01/06/2014 | JEG | ERNST & YOUNG OCTOBER INVOICE REVIEW: COMPARISON OF ERNST & YOUNG JULY/AUG INVOICES TO OCTOBER INVOICE TO FLAG INCONSISTENCIES. | 0.30 | 81.60 |
| 01/06/2014 | JEG | ERNST & YOUNG INVOICE REVIEW: UPDATE TEMPLATE SUMMARY INVOICE FOR NOTES ON ERNST & YOUNG OCTOBER INVOICE. | 0.20 | 54.40 |
| 01/06/2014 | JEG | ERNST & YOUNG OCTOBER INVOICE REVIEW: STUDY INVOICE DETAIL FOR UNREASONABLE TRAVEL TIME. | 0.30 | 81.60 |
| 01/06/2014 | JEG | ERNST & YOUNG OCTOBER INVOICE REVIEW: STUDY INVOICE DETAIL FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 1.40 | 380.80 |
| 01/06/2014 | JEG | ERNST & YOUNG OCTOBER INVOICE REVIEW: STUDY INVOICE DETAIL FOR IMPROPER TIME INCREMENTS. | 0.10 | 27.20 |
| 01/06/2014 | JEG | ERNST & YOUNG OCTOBER INVOICE REVIEW: STUDY INVOICE DETAIL FOR INSUFFICIENT DESCRIPTION. | 2.10 | 571.20 |
| 01/06/2014 | JEG | ERNST & YOUNG OCTOBER INVOICE REVIEW: STUDY INVOICE DETAIL FOR LUMPING & BUNDLING. | 0.60 | 163.20 |
| 01/06/2014 | JEG | ERNST & YOUNG OCTOBER INVOICE REVIEW: STUDY INVOICE DETAIL FOR INCONSISTENT TIME ENTRIES. | 0.30 | 81.60 |
| 01/07/2014 | MCP | EXTRACT CONWAY MACKENZIE NOVEMBER INVOICE | 2.00 | 312.00 |
| 01/07/2014 | MCP | FORMAT AND SUMMARIZE CONWAY MACKENZIE NOVEMBER 2013 INVOICE SPREADSHEET | 1.00 | 156.00 |
| 01/07/2014 | SST | EXTRACTION OF DATA FROM FOLEY & LARDNER'S NOVEMBER 2013 INVOICE WITH IDEA SOFTWARE. | 1.10 | 257.40 |
| 01/07/2014 | SST | FORMAT AND SUMMARIZE FOLEY & LARDNER'S NOVEMBER INVOICE. | 1.70 | 397.80 |
| 01/07/2014 | JEG | CORRESPONDENCE W/ G.GOUVEIA, M.MCMICKLE & S.KAPILA TO COORDINATE REVIEW OF CONWAY MACKENZIE OCTOBER INVOICE. | 0.10 | 27.20 |
| 01/07/2014 | JEG | ERNST & YOUNG OCTOBER INVOICE REVIEW: CONTINUE STUDY OF INVOICE DETAIL FOR INCONSISTENT TIME ENTRIES. | 5.90 | 1,604.80 |
| 01/08/2014 | MMM | REVIEW ERNST & YOUNG SPREADSHEET FOR INITIAL OCTOBER REVIEW COMMENTS. | 0.40 | 136.80 |
| 01/08/2014 | JEG | ERNST & YOUNG OCTOBER INVOICE REVIEW: CONTINUE & FINALIZE STUDY OF INVOICE DETAIL FOR INCONSISTENT TIME ENTRIES. | 3.20 | 870.40 |
| 01/08/2014 | JEG | ERNST & YOUNG OCTOBER INVOICE REVIEW: STUDY OCTOBER EXPENSES. | 0.40 | 108.80 |
| 01/08/2014 | JEG | ERNST & YOUNG OCTOBER INVOICE REVIEW: SUMMARIZE RESULTS OF DETAIL REVIEW IN E-MAIL TO M.MCMICKLE. | 0.30 | 81.60 |
| 01/10/2014 | JGZ | REVIEW INVOICES TO VERIFY AGREEMENT WITH RATE STIPULATION | 0.10 | 11.80 |
| 01/10/2014 | SST | EXTRACTION OF DATA FROM PROFESSIONAL'S NOVEMBER 2013 INVOICE WITH IDEA SOFTWARE. | 0.90 | 210.60 |
| 01/10/2014 | SST | FORMAT AND SUMMARIZE PROFESSIONAL'S NOVEMBER | 1.40 | 327.60 |

INVOICE SPREADSHEET

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 01/10/2014 | MMM | REVIEW FEE EXAMINER TEAM COMMENTS RE: CONWAY MACKENZIE OCTOBER INVOICE REVIEW. | 0.30 | 102.60 |
| 01/10/2014 | MMM | TRACK RECEIPT OF NEW PROFESSIONAL ENGAGEMENT LETTER FOR OTTENWESS, ALLMAN & TAWEEL AND NOVEMBER INVOICES FOR KILPATRICK & ASSOC AND OTTENWESS. | 0.50 | 171.00 |
| 01/11/2014 | SRK | REVIEW PRELIMINARY COMMENTS ON CONWAY MACKENZIE OCTOBER INVOICES IN PREPARATION FOR TEAM CALL WITH M. MCMICKLE AND G. GOUVEIA | 0.60 | 270.00 |
| 01/13/2014 | MMM | TELEPHONE CONFERENCE WITH G. GOUVEIA AND S. KAPILA RE: DETAILED REVIEW OF CONWAY MACKENZIE OCTOBER INVOICE. | 1.00 | 342.00 |
| 01/13/2014 | MMM | REVIEW CONWAY MACKENZIE INVOICE PRIOR TO CALL WITH G. GOUVEIA AND S. KAPILA. | 0.90 | 307.80 |
| 01/13/2014 | MMM | COMBINE REVIEW COMMENTS FROM G. GOUVEIA WITH KAPILA COMMENTS ONTO ONE SCHEDULE. | 2.80 | 957.60 |
| 01/13/2014 | MMM | PREPARE SCHEDULE OF PROFESSIONALS' HOURS BY DATE FOR OCTOBER RE: CONWAY MACKENZIE INVOICE | 0.40 | 136.80 |
| 01/13/2014 | SRK | TELEPHONE CALL WITH M. MCMICKLE, G. GOUVEIA TO DISCUSS CONWAY MACKENZIE OCTOBER MONTHLY INVOICES REVIEW - MONTHLY REPORTS. | 1.00 | 450.00 |
| 01/13/2014 | SRK | REVIEW MONTHLY INVOICE ANALYSIS PRIOR TO TEAM CALL WITH M. MCMICKLE, G. GOUVEIA. | 0.50 | 225.00 |
| 01/14/2014 | MCP | IDENTIFY DENTONS FEES FROM AUGUST - OCTOBER 2013 INVOICES CONTAINING NEWS, PRESS OR MEDIA | 1.00 | 156.00 |
| 01/14/2014 | MCP | UNDBUNDLE DENTONS INVOICE TO ONLY INCLUDE TIME RELATED TO KEYWORD REQUEST | 1.00 | 156.00 |
| 01/14/2014 | MMM | REVIEW SPREADSHEET REQUESTED BY FEE EXAMINER ANALYZING PRESS, NEWS AND MEDIA TIME ENTRIES. | 0.20 | 68.40 |
| 01/14/2014 | MMM | COMPLETE COMBINING AND EDITING COMMENTS ON CONWAY MACKENZIE OCTOBER INVOICE SPREADSHEET AND EMAIL TO FEE EXAMINER. | 0.90 | 307.80 |
| 01/14/2014 | JEG | PER M.MCMICKLES REQUEST, REMOVE FILTER BUTTONS FROM COMBINED CONWAY MACKENZIE OCTOBER INVOICE FILE PRIOR TO DISTRIBUTION. | 0.10 | 27.20 |
| 01/15/2014 | SST | TELEPHONE CALL WITH M PARISI TO DISCUSS PROFESSIONAL INVOICE SCHEDULES. | 0.30 | 70.20 |
| 01/15/2014 | MCP | TELEPHONE CALL WITH S THOMAS TO DISCUSS PROFESSIONAL INVOICE SCHEDULES. | 0.30 | 46.80 |
| 01/15/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE KILPATRICK NOVEMBER 2013 INVOICE | 0.30 | 46.80 |
| 01/15/2014 | MCP | REVISE DEBUNDLING OF NEW PRESS OR MEDIA REQUEST FOR DENTONS INVOICES | 0.30 | 46.80 |
| 01/15/2014 | MMM | REVIEW AND REVISE SPREADSHEET OF DENTON'S MEDIA RELATED TIME ENTRIES AND SEND TO FEE EXAMINER. | 0.40 | 136.80 |
| 01/16/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE LAZARD OCTOBER 2013 | 0.50 | 78.00 |

EXPENSES

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 01/16/2014 | MMM | REVIEW SPREADSHEET OF LAZARD'S OCTOBER EXPENSES. | 0.20 | 68.40 |
| 01/17/2014 | MMM | READ AND REVIEW PRELIMINARY REPORT AND SPREADSHEET COMMENTS FOR MILLER BUCKFIRE OCTOBER INVOICE. | 0.20 | 68.40 |
| 01/18/2014 | SRK | READ E-MAILS FROM JANICE CASTILLO RE DENTONS DECEMBER INVOICES 0.2; AND FROM M. HAUSMAN RE CONWAY MACKENZIE RE RESPONSES TO PRELIMINARY REPORT 0.2 | 0.40 | 180.00 |
| 01/19/2014 | MMM | BEGIN READING CONWAY MACKENZIE RESPONSES TO FEE EXAMINER COMMENTS AND ASSESSING PROPER RESOLUTION. | 0.40 | 136.80 |
| 01/20/2014 | MCP | EXTRACT, SUMMARIZE, FORMAT AND CLEAN UP LAZARD NOVEMBER 2013 INVOICE | 0.50 | 78.00 |
| 01/20/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE PEPPER HAMILTON NOVEMBER 2013 INVOICE. | 1.30 | 202.80 |
| 01/20/2014 | MCP | EXTRACT AND FORMAT DENTONS NOVEMBER 2013 INVOICE | 1.70 | 265.20 |
| 01/20/2014 | SRK | READ AND RESPOND TO E-MAIL FROM G. GOUVEIA REGARDING CONWAY MACKENZIE JULY, AUGUST AND SEPTEMBER SPREADSHEET RESPONSES WITH FEE EXAMINERS RESOLUTION AND MULTIPLE E-MAILS REGARDING COMPLIANCE WITH CONTRACTUAL CAP | 0.30 | 135.00 |
| 01/20/2014 | MMM | CONTINUE READING CONWAY MACKENZIE'S RESPONSES TO FEE EXAMINER'S COMMENTS FOR OCTOBER INVOICE REVIEW AND ASSESS PROPER RESOLUTION. | 1.90 | 649.80 |
| 01/20/2014 | MMM | TRACK RECEIPT AND PRELIMINARY READ OF ERNST & YOUNG REVISED JULY/AUGUST INVOICE. | 0.10 | 34.20 |
| 01/20/2014 | MMM | REVIEW CONWAY MACKENZIE'S REVISED JULY/AUGUST INVOICE. | 0.30 | 102.60 |
| 01/20/2014 | MMM | PREPARE RECONCILIATION OF CONWAY MACKENZIE'S REVISED JULY/AUG INVOICE WITH FEE EXAMINER'S COMMENTS AND AGREED UPON RESOLUTIONS. | 0.80 | 273.60 |
| 01/20/2014 | JEG | CORRESPONDENCE W/ M.MCMICKLE RE: CONWAY MACKENZIE RESPONSES TO FEE EXAMINER COMMENTS. | 0.10 | 27.20 |
| 01/21/2014 | MCP | FORMAT AND SUMMARIZE DENTONS NOVEMBER 2013 INVOICE. | 2.00 | 312.00 |
| 01/21/2014 | MMM | REVIEW COMMENTS FROM R. FISHMAN FOR CONWAY MACKENZIE OCTOBER INVOICE REVIEW. | 0.20 | 68.40 |
| 01/21/2014 | MMM | UPDATE OCTOBER SPREADSHEET OF CONWAY MACKENZIE FOR ADDITIONAL REVIEW COMMENTS FROM R. FISHMAN. | 1.10 | 376.20 |
| 01/22/2014 | MMM | TRACK RECEIPT OF AND PRELIMINARY REVIEW OF MILLER CANFIELD NOVEMBER INVOICE. | 0.10 | 34.20 |
| 01/22/2014 | JEG | REVIEW MILLER BUCKFIRE'S SEPTEMBER 2013 INVOICE REVISED FOR FEE EXAMINER'S COMMENTS. | 0.10 | 27.20 |
| 01/23/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE MILLER BUCKFIRE NOVEMBER 2013 INVOICE. | 0.60 | 93.60 |
| 01/23/2014 | MCP | EXTRACT, IMPORT, FORMAT AND SUMMARIZE EY NOVEMBER 2013 INVOICE 1.4. TROUBLESHOOT IMPORTING EY COMPRESSED PDF WITH IDEA HELP DESK 0.5. | 1.90 | 296.40 |

| | | | | |
|---|---|---|---|---|
| 01/23/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE MILLER CANFIELD NOVEMBER 2013 INVOICE. | 1.10 | 171.60 |
| 01/23/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE KURTZMAN CARSON NOVEMBER 2013 INVOICE. | 1.40 | 218.40 |
| 01/23/2014 | SRK | REVIEW E-MAIL FROM R. FISHMAN REGARDING "ELIGIBILITY TRIAL INSERT", RESPONSE BY IRA BODERSTEIN AND RESPOND TO FEE EXAMINER AS REQUESTED | 0.10 | 45.00 |
| 01/23/2014 | MMM | PRELIMINARY REVIEW OF THREE REVISED/RECATEGORIZED INVOICES SUBMITTED BY ERNST & YOUNG RE: DETERMINE ADDITIONAL REVIEW PROCEDURES NECESSARY BY FEE EXAMINER. | 0.60 | 205.20 |
| 01/24/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE ERNST & YOUNG SEPTEMBER 2013 REVISED INVOICE. | 1.80 | 280.80 |
| 01/24/2014 | JEG | COMPARE ERNST & YOUNG'S ORIGINAL TO REVISED SEPT. INVOICE NOTING SIGNIFICANT CHANGES. | 0.60 | 163.20 |
| 01/24/2014 | JEG | REVIEW ERNST & YOUNG'S REVISED SEPTEMBER INVOICE FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 1.60 | 435.20 |
| 01/24/2014 | JEG | REVIEW ERNST & YOUNG'S REVISED SEPTEMBER INVOICE FOR LUMPING AND BUNDLING. | 0.30 | 81.60 |
| 01/24/2014 | JEG | REVIEW ERNST & YOUNG'S REVISED SEPTEMBER INVOICE FOR INCONSISTENT TIME ENTRIES. | 1.90 | 516.80 |
| 01/27/2014 | MMM | PARTIAL PARTICIPATION IN CONFERENCE CALL WITH G. GOUVEIA, B. FISHMMAN, S. KAPILA AND J. GILLIS RE: CONWAY MACKENZIE INSERT FOR QUARTERLY REPORT. | 0.20 | 68.40 |
| 01/27/2014 | JEG | CONFERENCE W/ B.FISHMAN, G.GOUVEIA, S.KAPILA & M.MICMICKLE REGARDING CONWAY MACKENZIE SEPTEMBER REVIEW AND QUARTERLY REPORTING MATTERS. | 0.30 | 81.60 |
| 01/27/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE BROOKS WILKINS NOVEMBER 2013 INVOICE. | 1.00 | 156.00 |
| 01/27/2014 | SRK | TELEPHONE CALL WITH G. GOUVEIA, R. FISHMAN, J. GILLIS AND M. MCMICKLE TO DISCUSS FEE EXAMINERS PRELIMINARY REPORT ON CONWAY MACKENZIE | 0.30 | 135.00 |
| 01/27/2014 | MMM | REVIEW REVISED SEPTEMBER INVOICE FOR CONWAY MACKENZIE AND CONFIRM FEE EXAMINER COMMENTS WERE ADDRESSED. | 0.70 | 239.40 |
| 01/27/2014 | MMM | TELEPHONE CONFERENCE WITH P. ROBERTS RE: REVIEW ERNST & YOUNG OCTOBER INVOICE. | 0.40 | 136.80 |
| 01/27/2014 | MMM | TRACK RECEIPT OF AND PRELIMINARY REVIEW OF BROOKS WILKINS NOVEMBER AND DECEMBER INVOICES. | 0.20 | 68.40 |
| 01/27/2014 | JEG | CONTINUE REVIEW OF ERNST & YOUNG'S REVISED SEPTEMBER INVOICE FOR INCONSISTENT TIME ENTRIES. | 3.90 | 1,060.80 |
| 01/27/2014 | JEG | ERNST & YOUNG REVISED SEPTEMBER INVOICE - PREPARE REVIEW STATISTICS FOR DISCUSSION W/ M.MICMICKLE. | 0.20 | 54.40 |
| 01/28/2014 | MMM | PREPARE GLOBAL ANALYSIS OF ALLOCATION OF PROFESSIONAL FEES FOR THE MONTH OF OCTOBER RE: CONWAY MACKENZIE INVOICE. | 0.60 | 205.20 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 01/28/2014 | MMM | PREPARE ANALYSIS OF INDIVIDUAL PROFESSIONALS BY DATE TO DETERMINE TOTAL HOURS WORKED RE: CONWAY MACKENZIE INVOICE. | 0.40 | 136.80 |
| 01/28/2014 | MMM | FINAL REVIEW OF CONWAY MACKENZIE SPREADSHEET WITH COMBINED FEE REVIEWERS' COMMENTS AND EDIT AS NECESSARY. | 2.10 | 718.20 |
| 01/28/2014 | MMM | REVIEW CONWAY MACKENZIE SUB CONTRACTOR BILLING ANALYSIS. | 0.20 | 68.40 |
| 01/28/2014 | MMM | READ PRELIMINARY DRAFT OF ERNST & YOUNG REPORT FOR OCTOBER. | 0.10 | 34.20 |
| 01/28/2014 | JEG | REVIEW OF ERNST & YOUNG'S REVISED SEPTEMBER INVOICE FOR REASONABLE EXPENSES. | 0.50 | 136.00 |
| 01/28/2014 | JEG | CORRESPONDENCE W/ M.MCMICKLE TO SUMMARIZE RESULTS OF DETAIL REVIEW OF ERNST & YOUNG REVISED SEPTEMBER INVOICE. | 0.70 | 190.40 |
| 01/29/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE PEPPER HAMILTON REVISED NOVEMBER 2013 INVOICE. | 0.90 | 140.40 |
| 01/29/2014 | MMM | PREPARE GLOBAL ANALYSIS OF PROFESSIONAL FEE ALLOCATION FOR E&Y FOR SEPTEMBER INVOICE. | 0.60 | 205.20 |
| 01/29/2014 | MMM | DETAILED REVIEW OF ERNST & YOUNG SEPTEMBER INVOICE AND ADD ADDITIONAL FEE EXAMINER COMMENTS TO SPREADSHEET. | 2.10 | 718.20 |
| 01/30/2014 | SRK | READ E-MAIL FROM R. FISHMAN REGARDING JULY/AUGUST FINAL REPORT DRAFT AND REVIEW FINAL REPORT0.3; AND PROVIDE COMMENTS AS REQUESTED BY FEE EXAMINER 0.4 | 0.70 | 315.00 |
| 01/30/2014 | MMM | DRAFT EMAIL TO P. ROBERTS RE: INITIAL ERNST & YOUNG SEPTEMBER INVOICE REVIEW AND GLOBAL FINDINGS. | 0.20 | 68.40 |
| 01/30/2014 | MMM | REVIEW JONES DAY SPREADSHEET FOR NOVEMBER INVOICE REVIEW PRIOR TO DISTRIBUTING TO FEE EXAMINER. | 0.70 | 239.40 |
| 01/31/2014 | MCP | TELEPHONE CONFERENCE WITH B. ZAIDEO RE: PRINTING PDF INVOICES IN A READABLE FORMAT. | 0.20 | 31.20 |
| 01/31/2014 | MCP | REVIEW AND UPDATE ALL NOVEMBER 2013 INVOICE SPREADSHEETS. | 4.00 | 624.00 |
| 01/31/2014 | SRK | FURTHER REVIEW OF FEE EXAMINER'S DRAFT FINAL REPORT AND RESPOND TO R. FISHMAN WITH ADDITIONAL COMMENTS AND SUGGESTED REVISIONS | 0.80 | 360.00 |
| 01/31/2014 | SRK | REVIEW REVISED GLOBAL DRAFT FROM G. GOUEVIA PER E-MAIL OF JANUARY 31, 2014 2:55 PM | 0.20 | 90.00 |
| 01/31/2014 | MMM | READ FEE EXAMINER'S DRAFT FINAL MONTHLY REPORT FOR JULY/AUGUST AND COMMENT. | 0.50 | 171.00 |
| 01/31/2014 | MMM | REVIEW TWELVE SPREADSHEETS FOR NOVEMBER INVOICE REVIEW FOR COMPLETE CONTENT AND PROPER FORMATTING. | 2.40 | 820.80 |

24,991.80

EXPENSES

| 01/14/2014 | EXP | LONG DISTANCE BILL 1.14.14 | 27.50 |
| 01/31/2014 | EXP | COPY CHARGE | 6.30 |

33.80

Total amount of this Invoice     $25,025.60

Invoice payable upon receipt.  Thank you for this opportunity to be of service.


**_Kapila & Company_**
_Certified Public Accountants_

**CITY OF DETROIT, MICHIGAN**
**Client ID: 90000**
**Invoice #97437 - 02/28/14**

### TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| JOSEPH GILLIS - Senior Consultant, CPA* | 19.10 | 272.00 | 5,195.20 |
| SONEET RAVI KAPILA - Partner, CPA*, CFF, CIRA, CFE | 2.10 | 450.00 | 945.00 |
| MARY MCMICKLE - Partner, CPA*, CIRA | 17.80 | 342.00 | 6,087.60 |
| MARK PARISI - Forensic Analyst CPA*, CFE, | 46.40 | 156.00 | 7,238.40 |
| TOTAL | 85.40 | | $19,466.20 |

| | | |
|---|---|---|
| BLENDED RATE | $227.94 | |
| TOTAL EXPENSES | | 32.61 |

| | |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | $19,498.81 |

CPA - Certified Public Accountant
CIRA- Certified Insolvency & Restructuring Advisor
CFE - Certified Fraud Examiner
CFF - Certified in Financial Forensics

* Regulated by the State of Florida

1000 S. Federal Highway  Suite 200   Fort Lauderdale, Florida  33316
Member Florida Institute of Certified Public Accountants  American Institute of Certified Public Accountants - Private Companies Practice Section
Affiliated office in London, England

# *Kapila & Company*

Certified Public Accountants
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilaco.com
EIN #65-0311031

CITY OF DETROIT, MICHIGAN
C/O ROBERT M. FISHMAN, FEE EXAMINER
SHAW FISHMAN GLANTZ AND TOWBIN
321 N. CLARK ST., SUITE 800
CHICAGO, IL 60654

Invoice: 97437

02/28/2014

Client ID: 90000

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| BUSINESS ANALYSIS (BANKRUPTCY) | | | | |
| 02/01/2014 | MMM | SEND TWELVE SPREADSHEETS FOR NOVEMBER INVOICE REVIEW TO FEE EXAMINER TEAMS. | 0.40 | 136.80 |
| 02/02/2014 | SRK | REVIEW FEE EXAMINER'S QUARTERLY REPORT DRAFT AND PROVIDE COMMENTS TO R. FISHMAN | 0.60 | 270.00 |
| 02/03/2014 | MCP | EXTRACT, FORMAT, SUMMARIZE OTTENWESS DECEMBER 2013 INVOICE. | 0.30 | 46.80 |
| 02/03/2014 | MMM | TRACK RECEIPT OF AND PRELIMINARY REVIEW OF OTTENWESS OCTOBER, NOVEMBER AND DECEMBER INVOICES. | 0.20 | 68.40 |
| 02/03/2014 | MCP | EXTRACT, FORMAT, SUMMARIZE OTTENWESS OCTOBER 2013 INVOICE. | 0.40 | 62.40 |
| 02/03/2014 | MCP | EXTRACT, FORMAT, SUMMARIZE PEPPER HAMILTON DECEMBER 2013 INVOICE. | 1.20 | 187.20 |
| 02/03/2014 | MCP | EXTRACT, FORMAT, SUMMARIZE BROOKS WILKINS DECEMBER 2013 INVOICE. | 1.60 | 249.60 |
| 02/03/2014 | MCP | EXTRACT, FORMAT, SUMMARIZE OTTENWESS NOVEMBER 2013 INVOICE. | 0.40 | 62.40 |
| 02/03/2014 | MCP | FORMAT AND SUMMARIZE CONWAY MACKENZIE DECEMBER 2013 INVOICE | 0.90 | 140.40 |
| 02/03/2014 | SRK | REVIEW SEPTEMBER FINAL MONTHLY REPORT DRAFT PER R. FISHMAN E-MAIL OF FEBRUARY 2, 2014 AND RESPOND WITH FOLLOW UP COMMENTS | 0.60 | 270.00 |
| 02/03/2014 | MMM | CONFIRM FEE REQUESTS AND DISCOUNTS LISTED FOR CONWAY MACKENZIE AND ERNST & YOUNG IN FINAL REPORTS. | 0.60 | 205.20 |
| 02/04/2014 | MCP | UPDATE CONWAY MACKENZIE DECEMBER 2013 SUMMARY FOR EXPENSE DETAIL. | 0.20 | 31.20 |
| 02/04/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE LAZARD DECEMBER 2013 INVOICE. | 0.50 | 78.00 |
| 02/05/2014 | MMM | REVIEW OCTOBER AND NOVEMBER SPREADSHEETS FOR OTTENWESS INVOICES AND SEND TO FEE EXAMINER TEAM. | 0.20 | 68.40 |
| 02/05/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE MILLIMAN DECEMBER 2013 INVOICE. | 1.00 | 156.00 |
| 02/05/2014 | MMM | REVIEW CONWAY MACKENZIE RESPONSES TO FEE EXAMINER | 2.60 | 889.20 |

|            |      | COMMENTS AND CONFIRM ADEQUACY AND COMPLETENESS OF RESPONSES. |      |        |
|------------|------|--------------------------------------------------------------|------|--------|
| 02/06/2014 | MCP  | TELEPHONE CONFERENCE WITH M. MCMICKLE RE: FOLLOW UP REVIEW OF ERNST & YOUNG JULY AND AUGUST INVOICES FOR RECATEGORIZATION OF ALL TIME ENTRIES CODED TO MEETINGS. | 0.20 | 31.20 |
| 02/06/2014 | MMM  | REVIEW SPREADSHEETS PREPARED FOR COMPARING ERNST AND YOUNG RE-CATEGORIZED TIME ENTRIES WITH ORIGINAL INVOICE. | 0.40 | 136.80 |
| 02/06/2014 | MMM  | REVIEW REVISED ERNST & YOUNG INVOICES FOR JULY AND AUGUST TO DETERMINE EFFICIENT WAY TO REVIEW RE-CATEGORIZED TIME ENTRIES. | 0.50 | 171.00 |
| 02/06/2014 | MMM  | DRAFT EMAIL TO G. GOUVEIA RE: SUMMARY OF REVIEW OF CONWAY MACKENZIE RESPONSES TO FEE EXAMINER COMMENTS. | 0.40 | 136.80 |
| 02/06/2014 | MCP  | EXTRACT, FORMAT AND SCHEDULE REVISED ERNST AND YOUNG JULY AND AUGUST INVOICES (1.6), IDENTIFY NEW CATEGORIES AND PREPARE COMPARISON REPORT (1.3). | 2.90 | 452.40 |
| 02/06/2014 | MMM  | TELEPHONE CONFERENCE WITH M. PARISI RE: DISCUSS DOWNLOADING OF JULY AND AUGUST INVOICES IN ORDER TO REVIEW RE-CATEGORIZED TIME ENTRIES. | 0.20 | 68.40 |
| 02/07/2014 | MMM  | REVIEW SPREADSHEET COMPARING ERNST & YOUNG AUGUST INVOICE RE-CATEGORIZATION ENTRIES AND SEND TO FEE EXAMINER TEAM. | 0.20 | 68.40 |
| 02/07/2014 | MCP  | FORMAT AND SUMMARIZE ERNST AND YOUNG AUGUST 2013 RESUBMITTED INVOICE AND IDENTIFY NEW BILLING CATEGORIES FOR OLD VS RESUBMITTED INVOICE. | 3.50 | 546.00 |
| 02/10/2014 | JEG  | CONWAY MACKENZIE NOVEMBER INVOICE REVIEW: COMPARE NOVEMBER TO SEPTEMBER INVOICES FOR CONSISTENCY. | 0.20 | 54.40 |
| 02/10/2014 | MCP  | EXTRACT, FORMAT AND SUMMARIZE JONES DAY DECEMBER 2013 INVOICE. | 3.00 | 468.00 |
| 02/10/2014 | JEG  | CONWAY MACKENZIE NOVEMBER INVOICE REVIEW: REVIEW FOR INSTANCES OF INADEQUATE DESCRIPTION; LUMPING AND DUPLICATES. | 3.60 | 979.20 |
| 02/10/2014 | JEG  | CONWAY MACKENZIE NOVEMBER INVOICE REVIEW: REVIEW FOR INSTANCES OF IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 0.80 | 217.60 |
| 02/11/2014 | MCP  | EXTRACT, FORMAT AND SUMMARIZE OTTENWESS JANUARY 2014 INVOICE. | 0.40 | 62.40 |
| 02/11/2014 | MCP  | EXTRACT, FORMAT AND SUMMARIZE BROOKS WILIKINS JANUARY 2014 INVOICE. | 0.60 | 93.60 |
| 02/11/2014 | JEG  | CONWAY MACKENZIE NOVEMBER INVOICE REVIEW: REVIEW FOR INSTANCES OF INCONSISTENT TIME ENTRIES FOR MEETINGS | 1.10 | 299.20 |
| 02/11/2014 | MMM  | REVIEW NOVEMBER SPREADSHEET FOR SEGAL AND FORWARD TO FEE EXAMINER TEAM. | 0.30 | 102.60 |
| 02/11/2014 | MCP  | EXTRACT, FORMAT AND SUMMARIZE SEGAI NOVEMBER 2013 INVOICE. | 2.20 | 343.20 |

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 02/12/2014 | JEG | CONWAY MACKENZIE NOVEMBER INVOICE REVIEW: CORRESPONDENCE W/ M.MCMICKLE TO SUMMARIZE RESULTS OF DETAIL REVIEW. | 0.60 | 163.20 |
| 02/12/2014 | JEG | CONWAY MACKENZIE NOVEMBER INVOICE REVIEW: CHECK FOR AND ELIMINATE INSTANCES OF TRUNCATING IN REVIEW WORKSHEET. | 0.20 | 54.40 |
| 02/12/2014 | JEG | CONWAY MACKENZIE NOVEMBER INVOICE REVIEW: CONTINUE REVIEW FOR INSTANCES OF INCONSISTENT TIME ENTRIES. | 4.20 | 1,142.40 |
| 02/14/2014 | MCP | FORMAT, EXTRACT, AND SCHEDULE PEPPER HAMILTON DECEMBER 2013 INVOICE. | 1.50 | 234.00 |
| 02/17/2014 | MMM | PERFORM DETAILED REVIEW AND PROVIDE ADDITIONAL REVIEWER COMMENTS OF CONWAY MACKENZIE'S NOVEMBER INVOICE. | 1.70 | 581.40 |
| 02/17/2014 | MMM | PREPARE ANALYSIS OF CONWAY MACKENZIE PROFESSIONALS BY DATE IN CONNECTION WITH NOVEMBER INVOICE REVIEW. | 0.60 | 205.20 |
| 02/17/2014 | MMM | PREPARE GLOBAL ANALYSIS OF PROFESSIONAL FEES ALLOCATION FOR CONWAY MACKENZIE NOVEMBER INVOICE. | 0.40 | 136.80 |
| 02/17/2014 | JEG | ERNST & YOUNG NOVEMBER INVOICE REVIEW: COMPARE NOVEMBER SUMMARY INVOICE TO PRIOR MONTH INVOICES TO SEARCH FOR POTENTIAL INCONSISTENCIES. | 0.20 | 54.40 |
| 02/17/2014 | JEG | ERNST & YOUNG NOVEMBER INVOICE REVIEW: REVIEW FOR INSTANCES OF INSUFFICIENT DESCRIPTION AND DUPLICATE ENTRIES. | 0.80 | 217.60 |
| 02/17/2014 | JEG | ERNST & YOUNG NOVEMBER INVOICE REVIEW: REVIEW FOR INSTANCES OF UNREASONABLE TIME. | 0.10 | 27.20 |
| 02/17/2014 | JEG | ERNST & YOUNG NOVEMBER INVOICE REVIEW: REVIEW FOR INSTANCES OF IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 0.70 | 190.40 |
| 02/18/2014 | MMM | TRACK RECEIPT AND PRELIMINARY READ OF DECEMBER INVOICES FOR KILPATRICK, MILLER CANFIELD, FOLEY & LARDNER AND ERNST & YOUNG. | 0.40 | 136.80 |
| 02/18/2014 | JEG | ERNST & YOUNG NOVEMBER INVOICE REVIEW: REVIEW FOR INSTANCES OF INCONSISTENT TIME ENTRIES. | 2.80 | 761.60 |
| 02/18/2014 | JEG | ERNST & YOUNG NOVEMBER INVOICE REVIEW: CONTINUE REVIEW FOR INSTANCES OF INSUFFICIENT DESCRIPTION AND DUPLICATE ENTRIES. | 1.10 | 299.20 |
| 02/19/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE MILLER CANFIELD DECEMBER 2013 INVOICE. | 0.90 | 140.40 |
| 02/19/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE ERNST AND YOUNG DECEMBER 2013 INVOICE. | 1.20 | 187.20 |
| 02/19/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE KURTZMAN CARSON DECEMBER 2013 INVOICE. | 0.90 | 140.40 |
| 02/19/2014 | MCP | REVISE JONES DAY NOVEMBER 2013 FOR FORMATTING ISSUES. | 1.40 | 218.40 |
| 02/19/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE KILPATRICK AND ASSOCIATES DECEMBER 2013 INVOICE. | 0.40 | 62.40 |
| 02/19/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE FOLEY AND LARDNER | 0.80 | 124.80 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | DECEMBER 2013 INVOICE. |  |  |
| 02/20/2014 | JEG | ERNST & YOUNG NOVEMBER INVOICE REVIEW: PREPARE REVIEW SUMMARY STATS FOR M.MCMICKLE. | 0.20 | 54.40 |
| 02/20/2014 | JEG | ERNST & YOUNG NOVEMBER INVOICE REVIEW: CONTINUE REVIEW FOR INSTANCES OF INCONSISTENT TIME ENTRIES. | 2.10 | 571.20 |
| 02/20/2014 | MCP | COMPARE REVISED MILLER BUCKFIRE NOVEMBER 2013 INVOICE TO ORIGINAL TO DETERMINE IF FEE EXAMINER SHEET NEEDS TO BE UPDATED. | 0.10 | 15.60 |
| 02/20/2014 | JEG | ERNST & YOUNG NOVEMBER INVOICE REVIEW: REVIEW EXPENSES FOR COMPLIANCE. | 0.20 | 54.40 |
| 02/20/2014 | MMM | RESEARCH AND RESPOND TO REQUEST FROM D.DOYLE RE: TRUNCATING ISSUES WITH JONES DAY NOVEMBER SPREADSHEET. | 0.20 | 68.40 |
| 02/20/2014 | MCP | CREATE SOLUTION TO TOTALING UP ALL TIME INCREMENTS INCLUDED IN DESCRIPTION CELL FOR COMPARISON WITH ACTUAL TIME BILLED REGARDING DENTONS NOVEMBER INVOICE | 0.70 | 109.20 |
| 02/20/2014 | MCP | CREATE SOLUTION TO TOTALING UP ALL TIME INCREMENTS INCLUDED IN DESCRIPTION CELL FOR COMPARISON WITH ACTUAL TIME BILLED REGARDING JONES DAY NOVEMBER INVOICE. | 1.80 | 280.80 |
| 02/20/2014 | MMM | BEGIN REVIEW OF ERNST & YOUNG NOVEMBER INVOICE AND ADD COMMENTS TO REVIEWER'S SPREADSHEET. | 1.40 | 478.80 |
| 02/20/2014 | MCP | TELEPHONE CONFERENCES WITH M. MCMICKLE RE; TROUBLESHOOT EXCEL FORMATTING ISSUES RELATED TO JONES DAY NOVEMBER SPREADSHEET. | 0.60 | 93.60 |
| 02/20/2014 | MMM | FOUR TELEPHONE CONFERENCES WITH M. PARISI RE: TROUBLESHOOT EXCEL ISSUES WITH CHARACTER CAPACITY. | 0.60 | 205.20 |
| 02/20/2014 | MCP | TELEPHONE CONFERENCE WITH MICROSOFT SUPPORT RE: AUTOFORMATTING CELLS. | 0.40 | 62.40 |
| 02/20/2014 | MCP | CONTINUE CORRECTING VIEWING/FORMATTING ISSUES WITH JONES DAY NOVEMBER 2013 INVOICE, INCLUDING EXAMINATION OF 8,000 TOTAL LINES TO ENSURE ROW IS PROPERLY DISPLAYED. | 4.80 | 748.80 |
| 02/20/2014 | MMM | REVIEW JONES DAY NOVEMBER SPREADSHEET TO TEST MACRO CREATED TO CALCULATE TOTAL OF INCREMENTAL TIME ENTRIES IN DESCRIPTION CELL. | 0.30 | 102.60 |
| 02/21/2014 | MMM | REVIEW TIME ENTRIES IN NOVEMBER INVOICE RELATED TO MEETINGS FOR CONWAY MACKENZIE TO IDENTIFY POTENTIAL BILLING BY PASSIVE PARTICIPANTS. | 0.90 | 307.80 |
| 02/21/2014 | MMM | TRACK RECEIPT OF AND PRELMINARY REVIEW OF MILLER BUCKFIRE DECEMBER INVOICE. | 0.10 | 34.20 |
| 02/21/2014 | MMM | PREPARE GLOBAL ANALYSIS OF ALLOCATION OF ERNST & YOUNG PROFESSIONAL FEES BETWEEN SENIOR PROFESSIONALS AND JUNIOR PROFESSIONALS FOR NOVEMBER. | 0.40 | 136.80 |
| 02/21/2014 | MMM | COMPLETE REVIEW OF ERNST & YOUNG'S NOVEMBER INVOICE. | 0.50 | 171.00 |

| | | | | |
|---|---|---|---|---|
| 02/21/2014 | MMM | REVIEW DENTON'S REVISED NOVEMBER SPREADSHEET. | 0.20 | 68.40 |
| 02/21/2014 | MMM | TELEPHONE CONFERENCE WITH M. PARISI RE: DISCUSS REVISED FORMULA CREATED TO CALCULATE TOTALS OF INCREMENTAL TIME ENTRIES IN THE DESCRIPTION CELL OF DENTON'S SPREADSHEET. | 0.20 | 68.40 |
| 02/21/2014 | MCP | TELEPHONE CONFERENCE WITH M. MCMICKLE RE: EXTRACTING HOUR AMOUNTS FROM DENTONS NOVEMBER 2013 INVOICE TO COMPARE TO HOURS BILLED. | 0.20 | 31.20 |
| 02/21/2014 | MCP | EXTRACT NONALPHA NUMERIC NUMBERS IN EXCEL TO COMAPRE TO HOURS BILLED FROM DENTONS NOVEMBER 2013 INVOICE DESCRIPTIONS. | 0.70 | 109.20 |
| 02/24/2014 | MCP | REVIEW JONES DAY DECEMBER 2013 INVOICE AND CALCULATE HOURS IN DESCRIPTION FIELD. | 2.00 | 312.00 |
| 02/24/2014 | JEG | CONWAY MACENZIE INVOICE REVIEWS; EMAIL CORRESPONDENCE WITH M.MCMICKLE RE: GUIDANCE FROM G.GOUVEIA WHILE REVIEWING FOR CONSISTENCY IN MEETING TIMES. | 0.20 | 54.40 |
| 02/24/2014 | MCP | REVIEW DENTONS DECEMBER 2013 INVOICE AND CALCULATE HOURS IN DESCRIPTION FIELD. | 1.70 | 265.20 |
| 02/24/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE MILLER BUCKFIRE DECEMBER 2013 INVOICE. | 0.80 | 124.80 |
| 02/25/2014 | MMM | IDENTIFY ADDITIONAL DEFICIENCIES IN ERNST & YOUNG NOVEMBER INVOICE AND PROVIDE COMMENTS TO P. ROBERTS FOR CONSIDERATION. | 0.50 | 171.00 |
| 02/25/2014 | MMM | READ PRELIMINARY REPORT OF FEE EXAMINER RE: ERNST & YOUNG | 0.20 | 68.40 |
| 02/25/2014 | MMM | REVIEW ADDITIONAL DEFICIENCIES IDENTIFIED BY P. ROBERTS FOR ERNST & YOUNG'S NOVEMBER INVOICE. | 0.40 | 136.80 |
| 02/25/2014 | SRK | REVIEW E-MAIL REGARDING ERNST & YOUNG NOVEMBER REVISED BILLING | 0.10 | 45.00 |
| 02/26/2014 | SRK | TELEPHONE CONFERENCE WITH R. FISHMAN AND FEE EXAMINER TEAM TO ADDRESS TIME ENTRIES REGARDING ATTENDANCE OF MULTIPLE LEGAL PROFESSIONALS AT ELIGIBILITY TRIAL | 0.60 | 270.00 |
| 02/26/2014 | MMM | REVIEW ALL SPREADSHEETS FOR CITY AND COMMITTEE PROFESSIONALS FOR DECEMBER AND SEND TO FEE EXAMINER TEAM. | 2.10 | 718.20 |
| 02/26/2014 | MMM | TELEPHONE CONFERENCE WITH R. FISHMAN AND FEE EXAMINER TEAM TO DISCUSS TIME ENTRIES OF MULTIPLE LEGAL PROFESSIONALS IN ATTENDANCE AT ELIGIBILITY TRIAL. | 0.60 | 205.20 |
| 02/26/2014 | MCP | REVIEW ALL DECEMBER 2013 INVOICES FOR POTENTIAL FORMATTING ISSUES. | 3.70 | 577.20 |
| 02/27/2014 | MCP | REVISE PEPPER HAMILTON DECEMBER 2013 INVOICE SPREADSHEET | 0.10 | 15.60 |
| 02/28/2014 | MMM | REVIEW DECEMBER SPREADSHEET FOR SEGAL AND SEND TO COUNSEL. | 0.10 | 34.20 |
| 02/28/2014 | SRK | REVIEW E-MAILS FROM FEE EXAMINER REGARDING LEGAL PROFESSIONALS TIME ENTRIES AT ELIGIBILITY TRIAL | 0.20 | 90.00 |

| | | | | |
|---|---|---|---|---|
| 02/28/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE SEGAL DECEMBER 2013 INVOICE. | 2.40 | 374.40 |
| | | | | 19,466.20 |
| EXPENSES | | | | |
| 02/18/2014 | EXP | CONFERENCE CALL - JEG | | 25.71 |
| 02/28/2014 | EXP | COPY CHARGE FOR FEBRUARY 2014 | | 6.90 |
| | | | | 32.61 |
| | | Total amount of this Invoice | | $19,498.81 |

Invoice payable upon receipt. Thank you for this opportunity to be of service.



*Kapila & Company*
*Certified Public Accountants*

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| JOSEPH GILLIS - Senior Consultant, CPA* | 29.60 | 272.00 | 8,051.20 |
| SONEET RAVI KAPILA - Partner, CPA*, CFF, CIRA, CFE | 1.80 | 450.00 | 810.00 |
| MARY MCMICKLE - Partner, CPA*, CIRA | 23.20 | 342.00 | 7,934.40 |
| MARK PARISI - Forensic Analyst CPA*, CFE, | 29.60 | 156.00 | 4,617.60 |
| TOTAL | 84.20 | | $21,413.20 |
| | BLENDED RATE | $254.31 | |
| | TOTAL EXPENSES | | 14.95 |
| TOTAL AMOUNT OF THIS INVOICE | | | $21,428.15 |

CPA - Certified Public Accountant
CIRA- Certified Insolvency & Restructuring Advisor
CFE - Certified Fraud Examiner
CFF - Certified in Financial Forensics

* Regulated by the State of Florida

*1000 S. Federal Highway Suite 200 Fort Lauderdale, Florida 33316*
*Member Florida Institute of Certified Public Accountants American Institute of Certified Public Accountants - Private Companies Practice Section*
*Affiliated office in London, England*

# *Kapila & Company*
## Certified Public Accountants
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilaco.com
EIN #65-0311031

CITY OF DETROIT, MICHIGAN
C/O ROBERT M. FISHMAN, FEE EXAMINER
SHAW FISHMAN GLANTZ AND TOWBIN
321 N. CLARK ST., SUITE 800
CHICAGO, IL 60654

Invoice: 97542

03/31/2014

Client ID: 90000

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|------|-------|-------------|-----|--------|
| BUSINESS ANALYSIS (BANKRUPTCY) | | | | |
| 03/02/2014 | SRK | REVIEW E-MAILS FROM FEE EXAMINER REGARDING NOVEMBER PRELIMINARY REPORTS AND LOCAL TRAVEL PROTOCOLS | 0.10 | 45.00 |
| 03/04/2014 | MMM | TRACK RECEIPT OF AND PRELIMINARY REVIEW OF JANUARY INVOICES FOR PEPPER HAMILTON AND MILLIMAN. | 0.10 | 34.20 |
| 03/05/2014 | MMM | RESEARCH AND RESPOND TO REQUEST FOR COMMENT FROM G. GOUVEIA RE: CONWAY MACKENZIE CHARGES FOR BINDING | 0.20 | 68.40 |
| 03/05/2014 | JEG | CONWAY MACKENZIE DECEMBER INVOICE REVIEW: COMPARE DECEMBER INVOICE TO PRIOR MONTH'S INVOICES TO CHECK FOR INCONSISTENCIES OR EXCEPTIONAL ITEMS. | 0.10 | 27.20 |
| 03/05/2014 | JEG | CONWAY MACKENZIE DECEMBER INVOICE REVIEW: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 1.20 | 326.40 |
| 03/05/2014 | JEG | CONWAY MACKENZIE DECEMBER INVOICE REVIEW: CHECK FOR OCCURANCES OF UNREASONABLE TIME. | 0.30 | 81.60 |
| 03/05/2014 | JEG | CONWAY MACKENZIE DECEMBER INVOICE REVIEW: CHECK FOR OCCURANCES OF INSUFFICIENT DESCRIPTION AND DUPLICATE ENTRIES. | 1.80 | 489.60 |
| 03/05/2014 | JEG | CONWAY MACKENZIE DECEMBER INVOICE REVIEW: CHECK FOR OCCURANCES OF INCONSISTENT TIME ENTRIES. | 2.80 | 761.60 |
| 03/06/2014 | JEG | CONWAY MACKENZIE DECEMBER INVOICE REVIEW: CONTINUE REVIEW FOR OCCURANCES OF INCONSISTENT TIME ENTRIES. | 3.60 | 979.20 |
| 03/06/2014 | JEG | CONWAY MACKENZIE DECEMBER INVOICE REVIEW: PREPARE SUMMARY OF REVIEW RESULTS FOR M.MCMICKLE. | 0.50 | 136.00 |
| 03/06/2014 | JEG | CONWAY MACKENZIE DECEMBER INVOICE REVIEW: REVIEW EXPENSE DETAIL FOR EXCEPTIONS. | 0.30 | 81.60 |
| 03/06/2014 | JEG | ERNST & YOUNG DECEMBER INVOICE REVIEW: COMPARE DECEMBER INVOICE TO PRIOR MONTH'S INVOICES TO CHECK FOR INCONSISTENCIES OR EXCEPTIONAL ITEMS. | 0.20 | 54.40 |
| 03/06/2014 | JEG | ERNST & YOUNG DECEMBER INVOICE REVIEW: REVIEW FOR INSTANCES OF IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 0.40 | 108.80 |
| 03/06/2014 | JEG | ERNST & YOUNG DECEMBER INVOICE REVIEW: CHECK FOR INSTANCES OF UNREASONABLE TIME ENTRIES. | 0.20 | 54.40 |
| 03/06/2014 | JEG | ERNST & YOUNG DECEMBER INVOICE REVIEW: CHECK FOR | 1.70 | 462.40 |

| | | | | |
|---|---|---|---|---|
| | | INSTANCES OF INSUFFICIENT DESCRIPTION AND DUPLICATE ENTRIES. | | |
| 03/07/2014 | JEG | CONFERENCE WITH M. MCMICKLE TO DISCUSS CONWAY MACKENZIE DECEMBER INVOICE ISSUES. | 0.20 | 54.40 |
| 03/07/2014 | MCP | FORMAT AND SUMMARIZE CONWAY MACKENZIE JANUARY 2014 INVOICE. | 1.20 | 187.20 |
| 03/07/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE MILLIMAN JANUARY 2014 INVOICE. | 1.10 | 171.60 |
| 03/07/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE PEPPER HAMILTON JANUARY 2014 INVOICE. | 1.30 | 202.80 |
| 03/07/2014 | MCP | EXTRACT AND FORMAT AND SUMMARIZE DENTONS JANUARY 2014 INVOICE (2.2). RE-CALCULATE HOUR AMOUNTS IN DESCRIPTIONS. (0.5) | 2.70 | 421.20 |
| 03/07/2014 | SRK | TELEPHONE CALL WITH FEE EXAMINER, LEGAL TEAM AND J. ELMAN AND D. HEIMAN REGARDING CASE STATUS | 0.90 | 405.00 |
| 03/07/2014 | MMM | TELEPHONE CONFERENCE WITH J. GILLIS RE: DISCUSS VAGUE ENTRY DESCRIPTIONS IN ERNST & YOUNG DECEMBER INVOICE. | 0.20 | 68.40 |
| 03/07/2014 | MMM | REVIEW ERNST AND YOUNG DECEMBER INVOICE AND PROVIDE ADDITIONAL REVIEWER COMMENTS. | 2.70 | 923.40 |
| 03/07/2014 | MMM | TELEPHONE CONFERENCE WITH JONES DAY LEGAL TEAM AND FEE EXAMINER TEAM RE: STATUS UPDATE OF DETROIT BANKRUPTCY CASE ISSUES. | 0.90 | 307.80 |
| 03/07/2014 | JEG | ERNST & YOUNG DECEMBER INVOICE REVIEW: CONTINUE REVIEW FOR INSTANCES OF INSUFFICIENT DESCRIPTION AND DUPLICATE ENTRIES. | 0.30 | 81.60 |
| 03/07/2014 | JEG | ERNST & YOUNG DECEMBER INVOICE REVIEW: REVIEW FOR INSTANCES OF INCONSISTENT TIME ENTRIES. | 3.60 | 979.20 |
| 03/07/2014 | JEG | ERNST & YOUNG DECEMBER INVOICE REVIEW: SUMMARIZE REVIEW RESULTS FOR DISCUSSION WITH M.MCMICKLE. | 0.20 | 54.40 |
| 03/11/2014 | MCP | RESEARCH AND EDIT TIME DESCRIPTIONS FOR CLARITY. | 0.20 | 31.20 |
| 03/12/2014 | MMM | TRACK RECEIPT AND PRELIMINARY REVIEW OF OTTENWESS JANUARY AND FEBRUARY INVOICES. | 0.20 | 68.40 |
| 03/13/2014 | MCP | REFORMAT ERNST AND YOUNG DECEMBER 2013 INVOICE. | 0.20 | 31.20 |
| 03/13/2014 | MMM | REVIEW ERNST AND YOUNG DECEMBER INVOICE AND ADD ADDITIONAL COMMENTS TO SPREADSHEET. | 1.90 | 649.80 |
| 03/13/2014 | MMM | PREPARE GLOBAL ANALYSIS OF ALLOCATION OF ERNST AND YOUNG SENIOR PROFESSIONALS VS. JUNIOR PROFESSIONALS HOURS AND FEES FOR DECEMBER. | 0.30 | 102.60 |
| 03/13/2014 | MMM | DRAFT EMAIL TO P. ROBERTS WITH SUMMARY AND HIGHLIGHTS OF DECEMBER INVOICE REVIEW FOR ERNST & YOUNG. | 0.40 | 136.80 |
| 03/14/2014 | SRK | TELEPHONE CALL WITH FEE EXAMINER TEAM, M. MCMICKLE AND LAZARD TEAM REGARDING FOLLOW UP INQUIRIES ON LAZARD INVOICES | 0.30 | 135.00 |
| 03/14/2014 | MMM | TELEPHONE CONFERENCE WITH FEE EXAMINER TEAM AND LAZARD TEAM RE: FOLLOW-UP INQUIRIES ON | 0.30 | 102.60 |

| | | | | |
|---|---|---|---|---|
| | | LAZARD'S INVOICE TASK DESCRIPTIONS. | | |
| 03/18/2014 | MCP | REFORMAT IN EXCEL 2013 CONWAY MACKENZIE NOVEMBER INVOICE. | 0.10 | 15.60 |
| 03/18/2014 | MMM | REVIEW ERNST & YOUNG SEPTEMBER SPREADSHEET WITH ADDITIONAL COMMENTS FROM P. ROBERTS. | 0.60 | 205.20 |
| 03/18/2014 | MMM | REVIEW CONWAY MACKENZIE RESPONSES TO FEE EXAMINER COMMENTS ON NOVEMBER INVOICE AND CONFIRM COMPLETENESS AND ADEQUACY OF RESPONSES. | 1.40 | 478.80 |
| 03/19/2014 | MMM | TELEPHONE CONFERENCE WITH B. FISHMAN AND P. ROBERTS RE: STATUS CONFERENCE ON ERNST & YOUNG INVOICE REVIEWS. | 0.50 | 171.00 |
| 03/19/2014 | MMM | READ ERNST & YOUNG SEPTEMBER PRELIMINARY REPORT AND COMMENTS RE: EXPENSES OF M. TENNANT. | 0.30 | 102.60 |
| 03/19/2014 | MMM | PREPARE SPREADSHEET ANALYZING M. TENNANT TRAVEL EXPENSES AND COMPARE TO DATES PROFESSIONAL FEES WERE CHARGED. | 0.80 | 273.60 |
| 03/19/2014 | MMM | REVIEW ERNST & YOUNG RESPONSES TO FEE EXAMINER COMMENTS FOR OCTOBER FOR ADEQUACY AND COMPLETENESS . | 1.30 | 444.60 |
| 03/19/2014 | MMM | REVIEW ERNST & YOUNG'S RESPONSES TO FEE EXAMINER'S COMMENTS FOR JULY INVOICE FOR COMPLETENESS AND ADEQUACY. | 0.40 | 136.80 |
| 03/20/2014 | MMM | REVIEW ERNST & YOUNG RESPONSES TO FEE EXAMINER'S COMMENTS FOR AUGUST FOR COMPLETENESS AND ADEQUACY. | 1.20 | 410.40 |
| 03/20/2014 | MMM | REVISE SELECTED COMMENTS TO JULY, AUGUST AND OCTOBER INVOICES FOR ERNST & YOUNG. | 0.30 | 102.60 |
| 03/20/2014 | MMM | DRAFT EMAILS WITH HIGHLIGHTS OF REVIEW OF ERNST & YOUNG RESPONSES AND SEND SPREADSHEETS TO P. ROBERTS FOR JULY, AUGUST AND OCTOBER. | 0.40 | 136.80 |
| 03/20/2014 | MMM | TRACK RECEIPT AND PRELIMINARY REVIEW OF DYKEMA INVOICES - JULY THROUGH OCTOBER AND MILLER CANFIELD INVOICE FOR JANUARY. | 0.60 | 205.20 |
| 03/20/2014 | MMM | REVIEW ERNST & YOUNG RESPONSES TO FEE EXAMINER'S COMMENTS TO INSURE ADEQUACY AND COMPLETENESS RE: NOVEMBER INVOICE REVIEW. | 0.80 | 273.60 |
| 03/21/2014 | MCP | FORMAT, EXTRACT, SUMMARIZE DYKEMA JULY & AUGUST, SEPTEMBER, AND OCTOBER INVOICES. | 2.60 | 405.60 |
| 03/21/2014 | MCP | FORMAT, EXTRACT, AND SCHEDULE MILLER CANFIELD JANUARY 2013 INVOICE. | 1.70 | 265.20 |
| 03/21/2014 | MMM | REVIEW EXPENSE ENTRIES IN NOVEMBER INVOICE AND PREPARE ADDITIONAL COMMENTS REGARDING INCONSISTENCIES. | 0.90 | 307.80 |
| 03/21/2014 | MMM | TRACK RECEIPT OF AND PRELIMINARY REVIEW OF JANUARY INVOICES FOR JONES DAY, ERNST & YOUNG, MILLER BUCKFIRE AND KILPATRICK. | 0.40 | 136.80 |
| 03/21/2014 | JEG | REVIEW CORRESPONDENCE TO ERNST AND YOUNG FROM P.ROBERTS REGARDING THEIR JULY AND AUGUST INVOICES. | 0.10 | 27.20 |

| | | | | |
|---|---|---|---|---|
| 03/21/2014 | JEG | REVIEW CORRESPONDENCE (INCLUDING ATTACHED REPORTS) TO ERNST AND YOUNG FROM R.FISHMAN REGARDING THEIR SEPTEMBER INVOICE. | 0.10 | 27.20 |
| 03/24/2014 | MCP | ATTEMPT TO EXTRACT ERNST & YOUNG JANUARY INVOICE AND COMMUNICATE REQUEST FOR UNLOCKED PDF TO M MCMICKLE. | 0.10 | 15.60 |
| 03/24/2014 | MCP | FORMAT, EXTRACT, SUMMARIZE KILPATRICK AND ASSOCIATES JANUARY 2014 INVOICE. | 0.70 | 109.20 |
| 03/24/2014 | MCP | RESOLVE PDF COMPRESSION ISSUES WITH IDEA (1.8). FORMAT, EXTRACT, AND SUMMARIZE JONES DAY JANUARY 2014 INVOICE (2.2). PERFORM RECALCULATION ANALYIS ON TIME INCREMENTS IN DESCRIPTION CELL TO TIME BILLED (1.3). | 5.30 | 826.80 |
| 03/24/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE MILLER BUCKFIRE JANUARY 2014 INVOICE. | 0.60 | 93.60 |
| 03/24/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE MILLIMAN FEBRUARY 2014 INVOICE. | 0.40 | 62.40 |
| 03/24/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE OTTENWESS FEBRUARY 2014 INVOICE. | 0.40 | 62.40 |
| 03/24/2014 | MCP | EXTRACT FORMAT, AND SUMMARIZE BROOKS WILKINS FEBRUARY 2014 INVOICE. | 0.60 | 93.60 |
| 03/24/2014 | MMM | REVIEW ERNST & YOUNG JANUARY INVOICE FOR LOCKED FEATURE AND DRAFT EMAIL TO FEE EXAMINER TO REQUEST NEW PDF INVOICE. | 0.10 | 34.20 |
| 03/24/2014 | MMM | REVIEW JULY/AUGUST, SEPTEMBER AND OCTOBER SPREADSHEETS FOR DYKEMA AND FORWARD TO FEE EXAMINER TEAM. | 0.30 | 102.60 |
| 03/24/2014 | MMM | UPDATE ERNST & YOUNG DECEMBER SPREADSHEET, INCORPORATING ALL COMMENTS FROM FEE EXAMINER TEAM (0.4) AND PROVIDE ADDITIONAL COMMENTS RELATING TO EXPENSES (0.3). | 0.70 | 239.40 |
| 03/24/2014 | MMM | READ DRAFT OF PRELIMINARY REPORT AND SEND TO FEE EXAMINER ALONG WITH SPREADSHEET. | 0.10 | 34.20 |
| 03/24/2014 | JEG | CONWAY MACKENZIE JANUARY 2014 INVOICE REVIEW: REVIEW DECEMBER FINAL REVIEW E-MAIL FROM M.MCMICKLE IN PREPARATION FOR REVIEW OF JANUARY INVOICE. | 0.20 | 54.40 |
| 03/24/2014 | JEG | CONWAY MACKENZIE JANUARY 2014 INVOICE REVIEW: REVIEW FOR INSTANCES OF IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 1.10 | 299.20 |
| 03/24/2014 | JEG | CONWAY MACKENZIE JANUARY 2014 INVOICE REVIEW: REVIEW FOR INSTANCES OF INSUFFICIENT DESCRIPTION AND DUPLICATE ENTRIES. | 3.10 | 843.20 |
| 03/24/2014 | JEG | CONWAY MACKENZIE JANUARY 2014 INVOICE REVIEW: REVIEW FOR INSTANCES OF INCONSISTENT TIME ENTRIES. | 0.50 | 136.00 |
| 03/25/2014 | JEG | CONWAY MACKENZIE JANUARY 2014 INVOICE REVIEW: CONTINUE REVIEW FOR INSTANCES OF INCONSISTENT TIME ENTRIES. | 6.30 | 1,713.60 |
| 03/25/2014 | JEG | CONWAY MACKENZIE JANUARY 2014 INVOICE REVIEW: REVIEW EXPENSES. | 0.20 | 54.40 |

| 03/25/2014 | JEG | CONWAY MACKENZIE JANUARY 2014 INVOICE REVIEW:SUMMARIZE REVIEW RESULTS FOR DISCUSSION WITH M.MCMICKLE. | 0.40 | 108.80 |
|---|---|---|---|---|
| 03/26/2014 | MMM | CONWAY MACKENZIE JANUARY INVOICE REVIEW: CONFERENCE WITH M.MCMICKLE TO DISCUSS REVIEWER'S NOTATIONS OF INSUFFICIENT DESCRIPTION. | 0.10 | 34.20 |
| 03/26/2014 | MMM | REVIEW CONWAY MACKENZIE JANUARY INVOICE AND MAKE ADDITIONAL COMMENTS. | 2.10 | 718.20 |
| 03/26/2014 | MMM | PREPARE GLOBAL ALLOCATION ANALYSIS OF PROFESSIONAL FEES AND COMPARE TO PRIOR MONTHS. | 0.30 | 102.60 |
| 03/26/2014 | JEG | EMAIL CORRESPONDENCE WITH M.MCMICKLE RE: STATUS OF ERNST & YOUNG'S JANUARY 2014 INVOICE DETAIL - REQUEST REPLACEMENT FOR LOCKED FILE. | 0.10 | 27.20 |
| 03/26/2014 | JEG | CONWAY MACKENZIE JANUARY INVOICE REVIEW: CONFERENCE WITH M.MCMICKLE TO DISCUSS REVIEWER'S NOTATIONS OF INSUFFICIENT DESCRIPTION. | 0.10 | 27.20 |
| 03/27/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE DENTONS FEBRUARY 2014 (1.2). PERFORM ANALYSIS ON HOURS CHARGED VS HOURS IN DESCRIPTION (0.6). | 1.80 | 280.80 |
| 03/27/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE FOLEY & LARDNER JANUARY 2014. | 0.20 | 31.20 |
| 03/27/2014 | SRK | REVIEW AND RESPOND TO E-MAIL FROM D. DOYLE REGARDING PRELIMINARY REPORT ON LAZARD BILLING (0.2) AND REVIEW DRAFT PRELIMINARY REPORT (0.1) | 0.30 | 135.00 |
| 03/27/2014 | SRK | READ TWO E-MAILS FROM S. WISNICULSKEY ESQ. REGARDING FOLEY LARDNER FEBRUARY INVOICE AND VERIFICATION | 0.20 | 90.00 |
| 03/28/2014 | MMM | DRAFT EMAIL TO G. GOUVEIA SUMMARIZING REVIEW OF JANUARY INVOICE. | 0.40 | 136.80 |
| 03/31/2014 | MCP | FORMAT, EXTRACT, SUMMARIZE MILLER CANFEILD REVISED OCTOBER 2013 INVOICE TO CREATE COMPARISON BETWEEN OLD INVOICE AND REVISED DESCRIPTIONS TO AID REVIEW TEAM IN ASSESSING COMPLETENESS AND ADEQUACY OF RESPONSES | 5.70 | 889.20 |
| 03/31/2014 | MCP | FORMAT AND SUMMARIZE ERNST AND YOUNG JANUARY 2014 INVOICE. | 0.80 | 124.80 |
| 03/31/2014 | MCP | FORMAT AND SUMMARIZE CONWAY MACKENZIE FEBRUARY 2014 INVOICE. | 1.30 | 202.80 |
| 03/31/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE LAZARD JANUARY 2014 INVOICE. | 0.60 | 93.60 |
| 03/31/2014 | MMM | RESPOND TO EMAIL FROM G. GOUVEIA RE: CONWAY MACKENZIE RESPONSES TO FEE EXAMINER COMMENTS. | 0.20 | 68.40 |
| 03/31/2014 | MMM | REVIEW ALL JANUARY SPREADSHEETS FOR PROPER FORMATTING AND CONFIRMATION OF FEES AND EXPENSES TO INVOICE (.9); PREPARE COMMENTS TO M. PARISI FOR NECESSARY REVISIONS (.3) | 1.20 | 410.40 |
| 03/31/2014 | MMM | REVIEW SPREADSHEET COMPARING ORIGINAL MILLER CANFEILD INVOICE WITH REVISED INVOICE TO ASSIST REVIEW TEAM IN DETERMINING COMPLETENESS OF PROFESSIONAL'S | 0.60 | 205.20 |

RESPONSES TO FEE EXAMINER'S COMMENTS.

|  |  |  |  |
|---|---|---|---|
|  |  |  | 21,413.20 |
| EXPENSES |  |  |  |
| 03/14/2014 | EXP | LONG DISTANCE BILL 03.14.2014 | 10.75 |
| 03/31/2014 | EXP | COPY CHARGE - MARCH 2014 | 4.20 |
|  |  |  | 14.95 |
|  |  | Total amount of this Invoice | $21,428.15 |

Invoice payable upon receipt.  Thank you for this opportunity to be of service.