UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9
City of Detroit, Michigan,                                Case No. 13-53846
    Debtor                                        Hon. Steven W. Rhodes
_____/

### Order Granting City of Detroit's Motion to Open the Record of the Hearing on Confirmation of the City's Plan of Adjustment on August 18, 2014 for the Limited Purpose of Admitting the Testimony of an Otherwise Unavailable Key Witness

On August 4, 2014, a hearing was held on the City of Detroit's Motion to Open the Record of the Hearing on Confirmation of the City's Plan of Adjustment on August 18, 2014 for the Limited Purpose of Admitting the Testimony of an Otherwise Unavailable Key Witness, Robert Cline. (Dkt. #6395) No objections to the motion were filed.

For the reasons stated on the record in open court, it is hereby ordered that the motion is granted. The testimony of Robert Cline will be heard on **Monday, August 18, 2014 at 9:00 a.m.** in Courtroom 242, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan. If necessary, the testimony will continue on August 19, 2014, following the other matters scheduled for that date.

Prior to the hearing, parties shall meet and confer regarding the admission of exhibits to be used during the testimony, on both direct examination and cross examination.

.

**Signed on August 06, 2014**

                                                   /s/ Steven Rhodes
                                                 Steven Rhodes
                                                 United States Bankruptcy Judge