UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-----------------------------------------------------------x
                                                           :
In re                                                      :    Chapter 9
                                                           :
CITY OF DETROIT, MICHIGAN                                  :    Case No. 13-53846
                                                           :
                    Debtor.                                :    Hon. Steven W. Rhodes
                                                           :
                                                           :
-----------------------------------------------------------x
```

## WITHDRAWAL OF PROOF OF CLAIM NO. 813

Claimant Kennedy Square Garage LLC, by its attorneys, hereby withdraws its Proof of Claim No. 813 because the state court lawsuit on which it was based has been resolved.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for Kennedy Square Garage LLC

        By:/s/ Judy B. Calton
            Judy B. Calton (P38733)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI 48226
        (313) 465-7344
        jcalton@honigman.com

Dated: August 6, 2014

## CERTIFICATE OF SERVICE

I certify that on August 6, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

>
> Respectfully submitted,
>
> HONIGMAN MILLER SCHWARTZ AND COHN LLP
> Attorneys for Kennedy Square Garage LLC
>
>
> By:/s/ Judy B. Calton
>     Judy B. Calton (P38733)
> 2290 First National Building
> 660 Woodward Avenue
> Detroit, MI 48226
> (313) 465-7344
> jcalton@honigman.com