UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-----------------------------------------------------------x
                                            :
In re                                       :      Chapter 9
                                            :
CITY OF DETROIT, MICHIGAN                   :      Case No. 13-53846
                                            :
                        Debtor.             :      Hon. Steven W. Rhodes
                                            :
                                            :
-----------------------------------------------------------x
```

# WITHDRAWAL OF PROOF OF CLAIM NO. 748

    Claimant Sunrise Parking LLC, by its attorneys, hereby withdraws its Proof of Claim No. 748 because the state court lawsuit on which it was based has been resolved.

                                         Respectfully submitted,

                                         HONIGMAN MILLER SCHWARTZ AND COHN LLP
                                         Attorneys for Sunrise Parking LLC

                                         By:/s/ Judy B. Calton
                                              Judy B. Calton (P38733)
                                         2290 First National Building
                                         660 Woodward Avenue
                                         Detroit, MI 48226
                                         (313) 465-7344
                                         jcalton@honigman.com

Dated: August 6, 2014

# CERTIFICATE OF SERVICE

I certify that on August 6, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for Sunrise Parking LLC


        By:/s/ Judy B. Calton
            Judy B. Calton (P38733)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI  48226
        (313) 465-7344
        jcalton@honigman.com