UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
--------------------------------------------------------------x
                                                  :
In re                                             :          Chapter 9
                                                  :
CITY OF DETROIT, MICHIGAN                          :          Case No. 13-53846
                                                  :
                        Debtor.                   :          Hon. Steven W. Rhodes
                                                  :
                                                  :
--------------------------------------------------------------x
```

## **WITHDRAWAL OF PROOF OF CLAIM NO. 743**

      Claimant Olympia Office Building, LLC, by its attorneys, hereby withdraws its Proof of

Claim No. 743 because the state court lawsuit on which it was based has been resolved.

                                Respectfully submitted,

                                HONIGMAN MILLER SCHWARTZ AND COHN LLP
                                Attorneys for Olympia Office Building, LLC

                                By:/s/ Judy B. Calton              
                                    Judy B. Calton (P38733)
                                2290 First National Building
                                660 Woodward Avenue
                                Detroit, MI 48226
                                (313) 465-7344
                                jcalton@honigman.com

Dated: August 6, 2014

## CERTIFICATE OF SERVICE

I certify that on August 6, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Olympia Office Building, LLC

By:/s/ Judy B. Calton
Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com

2