UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-----------------------------------------------------------x
                                            :
In re                                       :    Chapter 9
                                            :
CITY OF DETROIT, MICHIGAN                   :    Case No. 13-53846
                                            :
                        Debtor.             :    Hon. Steven W. Rhodes
                                            :
                                            :
-----------------------------------------------------------x
```

# WITHDRAWAL OF PROOF OF CLAIM NO. 736

Claimant Elizabeth Street Properties LLC, by its attorneys, hereby withdraws its Proof of Claim No. 736 because the underlying State court lawsuit has been resolved.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for Elizabeth Street Properties LLC

        By:/s/ Judy B. Calton
            Judy B. Calton (P38733)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI  48226
        (313) 465-7344
        jcalton@honigman.com

Dated:  August 6, 2014

## CERTIFICATE OF SERVICE

I certify that on August 6, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

>Respectfully submitted,
>
>HONIGMAN MILLER SCHWARTZ AND COHN LLP
>Attorneys for Elizabeth Street Properties LLC
>
>By:/s/ Judy B. Calton
>    Judy B. Calton (P38733)
>2290 First National Building
>660 Woodward Avenue
>Detroit, MI 48226
>(313) 465-7344
>jcalton@honigman.com