UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,　　　　　　　　　　Chapter 9
　　　　　　　　　　　　　　　　　　　　　　　　Case No. 13-53846-SWR
　　　　Debtor.　　　　　　　　　　　　　　　　Hon. Steven W. Rhodes

_____

## NOTICE OF DEPOSITION OF KIM NICHOLL

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, the undersigned, by and through their respective counsel, will take the deposition upon oral examination of **Kim Nicholl** at the Offices of Dentons US LLP, located at 233 South Wacker Drive, Suite 7800, Chicago, IL 60606-6404 on **Tuesday, August 12, 2014** or at any other such date or place to which the parties mutually agree. The deposition with begin at 10:30 a.m. (Prevailing Central Time) and continue until completed.

The deposition will be taken before a court reporter or other person authorized by law to administer oaths and provide an official record of the deposition.

The deposition will be recorded by stenographic and videotaped for the purpose of discovery, for use in the above-titled action and for any other purpose permitted under the Federal Rules of Civil Procedure and Federal Rules of Bankruptcy Procedure.

[Signature page to follow]

| | |
|---|---|
| Dated: Detroit, Michigan<br>August 6, 2014 | /S/Deborah L. Fish<br>ALLARD & FISH, P.C.<br>Deborah L. Fish<br>2600 Buhl Building<br>535 Griswold<br>Detroit, MI 48226<br>Telephone: (313) 961-6141<br>Facsimile: (313) 961-6142<br>dfish@allardfishpc.com<br>P36580<br><br>- And -<br><br>KRAMER LEVIN NAFTALIS<br>& FRANKEL LLP<br>Thomas Moers Mayer<br>Jonathan M. Wagner<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br><br>*Counsel for Dexia Crédit Local and Dexia Holdings, Inc., Panning Capital Management, LP, on behalf of funds and accounts managed by it, Monarch Alternative Capital LP, on behalf of funds and accounts managed by it, Bronze Gable, LL.C., Aurelius Capital Management, LP, on behalf of its managed entities, Stone Lion Capital Partners L.P., on behalf of funds and accounts managed by it and BlueMountain Capital Management, LLC on behalf of funds and accounts managed by it* |

z:\13\079\plds\notice.dep kim nicholl.docx

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9
Case No. 13-53846-SWR
Hon. Steven W. Rhodes

_____

## CERTIFICATE OF SERVICE

I, Regina Drouillard, hereby certify that on August 6, 2014, I electronically filed the following:

- Notice of Deposition of Kim Nicholl.

with the Clerk of the Court using the ECF and I hereby certify that the Court's ECF system has served all registered users.

ALLARD & FISH, P.C.

/S/Regina Drouillard
535 Griswold
2600 Buhl Building
Detroit MI 48226
(313) 961-6141

Dated: August 6, 2014
z:\13\079\plds\notice.dep kim nicholl.docx