| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |
|---|---|---|

**In re:**

City of Detroit, Michigan,                    **Case No.:** 13-53846

        **Debtor.**
_____/

State of Michigan,                    **Adv. No.:**

      **Appellant,**

  v.

Allen Park Retirees Association,

      **Appellee.**

---

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| __X__ | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| _____ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| _____ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| _____ | [423] 28 U.S.C. 157(c) (1) | Proposed Findings of Fact and Conclusions of Law |
| _____ | [423] 28 U.S.C. 158 (c) (a) | Order of Contempt |

**Date:** __8/6/2014_____          **Name:** __/s/ Steven G. Howell_____

DETROIT 56620-1 1323560
8/6/2014 3:36 pm

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 158(a)(1) and Federal Rules of Bankruptcy Procedure 8001(a) and 8002(b), the State of Michigan appeals from the order of Bankruptcy Judge Honorable Steven W. Rhodes entered in this case on July 30, 2014 (Doc. No. 6401). The names of all parties to the order appealed from and the names, addresses, telephone numbers, and email addresses of their respective attorneys are as follows:

Party: State of Michigan

Attorneys: Matthew Schneider, Chief Legal Counsel
SchneiderM7@michigan.gov
Aaron D. Lindstrom, Solicitor General
LindstromA@michigan.gov
Erik Graney, Assistant Attorney General

P.O. Box 30754
Lansing, Michigan 48909
(517) 373-3203

1

|  |  |
|---|---|
| | Steven G. Howell, Special Assistant Attorney General<br>Dickinson Wright PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, Michigan 48226-3425<br>(313) 223-3033<br>SHowell@dickinsonwright.com |
| Parties: | Allen Park Retirees Association<br><br>Russell Pillar |
| Attorney: | Mark A. Porter<br>MARK A. PORTER & ASSOCIATES PLLC<br>551 East 11 Mile Road, Suite 3-D<br>P.O. Box 71527<br>Madison Heights, Michigan 48071-0527<br>Telephone: (248) 547-1911<br>Facsimile: (248) 547-1917<br>mporter@map-law.com |
| Party: | City of Detroit, Michigan |
| Attorneys: | Jonathan S. Green<br>Stephen S. LaPlante<br>Timothy A. Fusco<br>MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 963-6420<br>Facsimile: (313) 496-7500<br>green@millercanfield.com<br>laplante@millercanfield.com<br>fusco@millercanfield.com<br><br>David G. Heiman<br>Heather Lennox |

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2389
Facsimile: (213) 243-3539
bbennett@jonesday.com

        Respectfully submitted,

        */s/ Steven G. Howell*
        Steven G. Howell
        Special Assistant Attorney General
        Dickinson Wright PLLC
        500 Woodward Avenue, Suite 4000
        Detroit, Michigan 48226-3425
        (313) 223-3033
        SHowell@dickinsonwright.com
        [P28982]

Dated: August 6, 2014

Name and Address of Interested Party:

City of Detroit, Michigan

Attorneys:

>Jonathan S. Green
>Stephen S. LaPlante
>Timothy A. Fusco
>MILLER, CANFIELD, PADDOCK
>AND STONE, P.L.C.
>150 West Jefferson, Suite 2500
>Detroit, Michigan  48226
>Telephone:  (313) 963-6420
>Facsimile:  (313) 496-7500
>green@millercanfield.com
>laplante@millercanfield.com
>fusco@millercanfield.com
>
>David G. Heiman
>Heather Lennox
>JONES DAY
>North Point
>901 Lakeside Avenue
>Cleveland, Ohio  44114
>Telephone:  (216) 586-3939
>Facsimile:  (216) 579-0212
>dgheiman@jonesday.com
>hlennox@jonesday.com
>
>Bruce Bennett
>JONES DAY
>555 South Flower Street, Fiftieth Floor
>Los Angeles, California 90071
>Telephone:  (213) 243-2389
>Facsimile:  (213) 243-3539
>bbennett@jonesday.com

Allen Park Retirees Association and
Russell Pillar

Attorney:

> Mark A. Porter
> MARK A. PORTER & ASSOCIATES PLLC
> 551 East 11 Mile Road, Suite 3-D
> P.O. Box 71527
> Madison Heights, Michigan 48071-0527
> Telephone: (248) 547-1911
> Facsimile: (248) 547-1917
> mporter@map-law.com

DETROIT 56620-1 1323561
8/6/2014 3:37 pm