Form regardother

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE TO DISREGARD PREVIOUS NOTICE OF DEFICIENCY NOTICE

To the Creditors of the above named Debtor(s):

NOTICE IS HEREBY GIVEN that on **08/06/2014** a Notice of DEFICIENCY NOTICE was sent in the above entitled case in error. Please disregard this notice.

Dated: 8/6/14

                                              BY THE COURT

                                              Katherine B. Gullo , Clerk of Court
                                              UNITED STATES BANKRUPTCY COURT