## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

--------------------------------------------------------x
                                          :
In re                                     :         Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                :         Case No. 13-53846
                                          :
                            Debtor.       :         Hon. Steven W. Rhodes
                                          :
-------------------------------------------------------- x

### ORDER CONCERNING DEADLINE FOR
### DEPOSITION OF OBJECTING CREDITORS' EXPERT WITNESS

This matter having come to the Court upon the stipulation of the City of Detroit, Michigan, on the one hand, and Assured Guaranty Municipal Corp. and National Public Finance Guarantee Corporation, on the other; and the Court being otherwise duly advised in the premises;

NOW, THEREFORE, IT IS ORDERED

The deposition of Nathaniel Singer will take place on August 12, 2014.

This Order pertains solely to the deposition of Mr. Singer. All other deadlines in the Sixth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (ECF # 6376) shall remain the same.

.

**Signed on August 06, 2014**

                                          _____/s/ Steven Rhodes_____
                                          **Steven Rhodes**
                                          **United States Bankruptcy Judge**