**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 716, 231 W. Lafayette, Detroit, MI 48226** on **8/14/14** at **09:00 AM** to consider and act upon the following:

*6143* − Motion for Permissive Intevention, Etc. Filed by Creditor Michigan Welfare Rights Organization (Attachments: # 1 Petition for Permissive Intervention, etc. # 2 Notice and # 3 Certificate of Service) (Thornbladh, Kurt)

Dated: 8/6/14

                                          BY THE COURT

                                          Katherine B. Gullo
                                          Clerk, U.S. Bankruptcy Court

                                          BY: christine sikula
                                          Deputy Clerk