# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Seventh Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment

The City has filed a corrected fifth amended plan of adjustment. To promote the just, speedy, and inexpensive determination of this case as required by Fed. R. Bankr. P. 1001, the Court hereby establishes the procedures, deadlines and hearing dates set forth below.

**1.** Counsel for Syncora shall provide to the Court a copy of the deposition transcript of Martha Kopacz at its earliest convenience.

**2. August 11, 2014** is the deadline:

    **(a)** To complete all depositions of experts and non-experts; and

    **(b)** For the City to provide the final documentation regarding the DIA settlement.

**3. August 12, 2014 at 9:00 a.m. will be the date and time for a status conference regarding the plan confirmation process.**

**4. August 12, 2014** is the deadline for any party that filed a timely objection to the plan to file a supplemental objection, but only to the extent that additional or modified objections result from discovery, the results of plan voting, or changes incorporated in the City's latest plan of adjustment.

**5. August 15, 2014** is the deadline:

    **(a)** To file motions *in limine* and *Daubert* motions;

    **(b)** To submit a proposed joint final pretrial order in compliance with LBR 7016-1;

    **(c)** To file pretrial briefs, which shall be limited to 100 pages in length;

    **(d)** For the City to file one combined response to supplemental objections to the plan and to objections filed by individual bondholders and individual retirees. (This may be combined with its pretrial brief.); and

     **(e)** For the parties to exchange their deposition designations and counter-designations.
- **(i)** The designation or counter-designation for each witness shall be a separate exhibit.
- **(ii)** The parties shall identify which such designations and counter designations they agree to admit into evidence.
- **(iii)** At the time a designation or counter-designation is offered into evidence, the objecting party may request the Court to rule on any evidentiary objections preserved at deposition. In the absence of such a request, evidentiary objections are deemed waived.

6. **August 18, 2014** is the deadline to file briefs regarding:

     **(a)** The Court's authority to determine the reasonableness of fees under 11 U.S.C. § 943(b)(3); and

     **(b)** The admissibility of the report of the court-appointed expert, Martha Kopacz (assuming she is qualified as an expert).

7. **August 19, 2014** is the deadline to file reply briefs to motions *in limine* and *Daubert* motions.

8. **August 19, 2014 at 9:00 a.m. will be the date and time of:**

     **(a)** The final pretrial conference on plan confirmation; and

     **(b)** The hearing regarding the legality of the UTGO Settlement.

9. **August 21, 2014 at 8:30 a.m. will be the date and time for the commencement of the hearing on plan confirmation.**

Additional plan confirmation hearing dates, as necessary, will be August 22; August 25-28; September 2-5; September 8-12, September 15-19, 2014; September 22-23, 2014. Trial will be conducted from 8:30 a.m. to 5:00 p.m. each day.

*At this hearing, in addition to any evidence addressing the factual issues raised in the parties' plan objections, the City shall present evidence establishing the feasibility of its plan as required by 11 U.S.C. § 943(b)(7).*

At the hearing on plan confirmation, the Court will conduct the direct examination of its expert witness, Martha Kopacz. Ms. Kopacz will testify at the conclusion of the City's case in chief.

The number of hours for the parties to present their cases will be discussed and determined at the status conference on August 12, 2014.

Nothing in this order is intended to supersede any specific stipulations and orders regarding deadlines in this case.

The dates and deadlines established herein will be extended only on motion establishing extraordinary cause.

It is so ordered.

**Signed on August 06, 2014**

                                            /s/ Steven Rhodes
                                            **Steven Rhodes**
                                            **United States Bankruptcy Judge**