UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
------------------------------------------------------------x

# WITHDRAWAL OF PROOF OF CLAIM NO. 735

Claimant Olympia Development of Michigan LLC, by its attorneys, hereby withdraws its Proof of Claim No. 735 because the state court lawsuit on which it was based has been resolved.

    Respectfully submitted,

    HONIGMAN MILLER SCHWARTZ AND COHN LLP
    Attorneys for Olympia Development of Michigan LLC

    By:/s/ Judy B. Calton
        Judy B. Calton (P38733)
    2290 First National Building
    660 Woodward Avenue
    Detroit, MI 48226
    (313) 465-7344
    jcalton@honigman.com

Dated: August 7, 2014

## **CERTIFICATE OF SERVICE**

      I certify that on August 7, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

      Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Olympia Development of Michigan LLC


By:/s/ Judy B. Calton
      Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226
(313) 465-7344
jcalton@honigman.com