UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
:
In re                                      :    Chapter 9
                                           :
CITY OF DETROIT, MICHIGAN                  :    Case No. 13-53846
                                           :
         Debtor.                           :    Hon. Steven W. Rhodes
                                           :
                                           :
---------------------------------------------------------------x

# **WITHDRAWAL OF PROOF OF CLAIM NO. 733**

Claimant Olympia Development of Michigan LLC, by its attorneys, hereby withdraws its Proof of Claim No. 733 because the state court lawsuit on which it was based has been resolved.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for Olympia Development of Michigan LLC

        By:/s/ Judy B. Calton
            Judy B. Calton (P38733)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI 48226
        (313) 465-7344
        jcalton@honigman.com

Dated: August 7, 2014

## **CERTIFICATE OF SERVICE**

I certify that on August 7, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for Olympia Development of Michigan LLC

        By:/s/ Judy B. Calton
            Judy B. Calton (P38733)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI 48226
        (313) 465-7344
        jcalton@honigman.com