UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
                         :

In re                          :          Chapter 9
                         :

CITY OF DETROIT, MICHIGAN   :          Case No. 13-53846
                         :

              Debtor.      :          Hon. Steven W. Rhodes
                         :
                         :
---------------------------------------------------------------x

## WITHDRAWAL OF PROOF OF CLAIM NO. 724

       Claimant Olympia Development of Michigan LLC, by its attorneys, hereby withdraws its

Proof of Claim No. 724 because the state court lawsuit on which it was based has been resolved.

                  Respectfully submitted,

                  HONIGMAN MILLER SCHWARTZ AND COHN LLP
                  Attorneys for Olympia Development of Michigan LLC

                  By:/s/ Judy B. Calton
                      Judy B. Calton (P38733)
                  2290 First National Building
                  660 Woodward Avenue
                  Detroit, MI  48226
                  (313) 465-7344
                  jcalton@honigman.com

Dated:  August 7, 2014

**CERTIFICATE OF SERVICE**

I certify that on August 7, 2014 I electronically filed the foregoing paper with the Clerk

of the Court using the ECF system which will send notification of such filing all counsel of

record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Olympia Development of Michigan LLC


By:/s/ Judy B. Calton
       Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226
(313) 465-7344
jcalton@honigman.com

15416245.1