## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) |
| | ) |
| | ) Chapter 9 |
| CITY OF DETROIT, | ) |
| MICHIGAN | ) Case No.: 13-53846 |
| | ) |
| | ) Hon. Steven W. Rhodes |
| Debtor. | ) |
| | ) |
| | ) |

## NOTICE OF ADJOURNMENT OF DEPOSITIONS

**PLEASE TAKE NOTICE** that the depositions of the following individuals have been adjourned until further notice:

1.    William E. Oliver (Docket No. 6477)

2.    Nathaniel Singer (Docket No. 6557)


Dated:  August 7, 2014          Respectfully submitted,

         /s/ Deborah Kovsky-Apap
Deborah Kovsky-Apap (P68258)
Robert S. Hertzberg (P30261)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, Michigan 48075
Telephone: (248) 359-7300
Facsimile: (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Thomas F. Cullen, Jr. (DC 224733)
Gregory M. Shumaker (DC 416537)
Geoffrey S. Stewart (DC 287979)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

**ATTORNEYS FOR THE CITY OF DETROIT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on August 7, 2014, I electronically filed the foregoing *Notice of Adjournment of Depositions* with the Clerk of the Court which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this case.


Dated:     August 7, 2014           /s/ Deborah Kovsky-Apap
                                       Deborah Kovsky-Apap (P68258)