UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED
2014 AUG -5 P 3: 02
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
Creditor

v

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

Chapter 9
Case No. 13-53846
Hon: Steven W. Rhodes

Debtor
_____/

THE FOURTH AMENDMENT NOTICE WAS AFTER THE FACT, AND THERE WAS NO FIFTH AMENDMENT NOTICE IT WAS UNTIMELY, CONTRARY TO THE FACTS AND LAW MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED IN A GOOD FAITH MANNER.

We object to the Governor Rick Snyder and Emergency Manager, Kevyn Orr arbitrary decision for shutting off the water on the resident and citizens of Detroit without due process. No notice or hearing was provided to the resident and citizens. In the present context these principle require that a person have <u>timely</u> and <u>adequate</u> <u>notice</u> detailing the reasons for the notice and an effective opportunity to defend. Goldberg v. Kelly 397 U.S. 254 (1970) citing Armstrong v.

1

Manzo, U.S. 545, 552 (1965). Goldberg also states that the parties are entitle to

an impartial decision maker.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Sheila Thompkins_

Address _2332 Prince Hall Dr_

City, State, & Zip _Det MI 48207_

Date _8/4/14_

Sign _Earl Guff_

Address _15005 Piedmont St._

City, State, & Zip _Detroit MI 48223_

Date _____

Sign _Belinda Folsome_

Address _20498 Inglis_

City, State, & Zip _Det MI 48234_

Date _8/4/14_

Sign _Belinda Lawrence_

Address _20420 Arlin(?)_

City, State, & Zip _Det MI 48234_

Date _8/4/2014_

Sign _Jesse Hearn Jr._

Address _20420 Arlin_

City, State, & Zip _Det MI 48234_

Date _8/4/2014_

Sign _Belinda Paulet_

Address _17160 Harlow St._

City, State, & Zip _Det. Mi. 48235_

Date _8/4/14_

Sign _Wanda J. Hill / WANDA JAN HILL_

Address _16125 Oakfield_

City, State, & Zip _48235_

Date _8/4/14_

Sign _William M. [Davis]_

Address _9203 Littlefield St._

City, State, & Zip _Detroit, MI. 48228_

Date _08/04/2014_

Sign _Hassan Alan_

Address _240 Taylor_

City, State, & Zip _Detroit, Mich 48202_

Date _8/4/14_

Sign _Carl B. Williams_

Address _10112 Somerset_

City, State, & Zip _Detroit, Michigan 48224_

Date _8/4/14_

Sign_____

Address_____

City, State, & Zip_____

Date_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED
2014 AUG -5 P 3:02
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
Creditor

v

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

Chapter 9
Case No. 13-53846
Hon: Steven W. Rhodes

Debtor
_____/

## PROOF OF SERVICES

___Carl Williams___, being first duly sworn deposes and
your name

Say that on August 4 2014. I sent a copy of Objection to the Fourth and Fifth

Amendment Plan of Adjustment because of the water shut off by Governor

Snyder to the City of Detroit, Upon the concern parties by certified mail at the

following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_

Dated _August 4, 2014_