# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

---------------------------------------------------------- x
:  Chapter 9
In re  :
:  Case No. 13-53846
CITY OF DETROIT, MICHIGAN,  :
:  Hon. Steven W. Rhodes
          Debtor  :
---------------------------------------------------------- x

## CERTIFICATE OF SERVICE

      I hereby certify that on August 7, 2014, I caused the *City of Detroit's Counter-Designation of Record on Appeal* (Dkt No. 6582) to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants in this bankruptcy case. I hereby certify that a copy was also served via First Class Mail to the following party:

    Albert O'Rourke
    2316 Pasco De Laura  #223
    Oceanside, CA  92054

                                            Respectfully Submitted,

Dated:  August 7, 2014

                                            FOLEY & LARDNER LLP

                                            By: */s/ Tamar N. Dolcourt*
                                            John A. Simon (P61866)
                                            Tamar N. Dolcourt (P73425)
                                            500 Woodward Ave., Ste. 2700
                                            Detroit, MI 48226
                                            313.234.7100
                                            jsimon@foley.com
                                            tdolcourt@foley.com
                                            *Counsel for the City of Detroit, Michigan*

4838-3438-4923.1