# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISON

FILED

2014 AUG -5 P 3: 02

U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

CARL WILLIAMS AND HASSAN ALEEM
Creditor

V

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

              Debtor

Chapter 9
Case No. 13-53846
Hon: Steven W. Rhodes

---

## THE BANKRUPTCY COURT STRICKEN OUR OBJECTIONS FROM <u>THE RECORD AND NEVER NOTIFIED THE CREDITORS</u>

THE FOURTH AMENDMENT NOTICE WAS AFTER THE FACT, AND THERE WAS NO FIFTH AMENDMENT NOTICE IT WAS UNTIMELY, CONTRARY TO THE FACTS AND LAW MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS <u>NOT BEEN PRESENTED IN A GOOD FAITH MANNER</u>.

1) We object to the bankruptcy court concealment of the fact that our objections docket No.4691 and item 4392 was stricken and creditors/objectors Carl Williams and Hassan Aleem were not notified or made aware that it had been stricken or a legal justifiable reason why, which denied creditors/objectors an opportunity to appeal or challenge the arbitrary and capricious action of the

1

bankruptcy court, thus perpetrating fraudulent concealment contravening MCL 600.5855.

It is customary when the court made a ruling on your objection, pleading, or any motion the court usually contact the person or persons and give them reasons why they made their decisions by a notice, determination, or some kind of letter informing them of the action that has been taken.

2)  The reason the bankruptcy court stricken our objection from record so the public could not view is that we prove that (1) that the City of Detroit did not negotiate in good faith prior to the filing of bankruptcy in violation of 11 USC 109(c). The city's position, for example was that they were not going to bargain and did not have to because of P.A. 436. Three Police Officers union challenged the city position and stated that it did not negotiate for collective bargaining. However, in this case the city was more egregious by not negotiating at all.

3) The second reason was that the Plan of Adjustment and disclosure state ment are to be taken place before the bankruptcy. The Plan referred to in 109(c) (4) is adjustment plan and disclosure statement negotiated pre-petition in good faith. In re Cotton Water and Sanitation District, Douglas County, Colo., 138B.R. 973, 979 (Bankr. D. Colo 1992). This simply was not done in this present case.

2

In this objection emphasis was placed on the fact that a municipality should, at the very least, attempt to circulate and obtain approval with respect to an adjustment plan prior to filing for chapter 9, not after the fact as in this case. Because section 1126 (b) of the code applies in chapter 9, a municipality that has reached the adjustment plan to be proposed under 11 Section 941 of the code. In re City of Vallejo, 408 B.R. at 280, 296-97 (9th Cir. B.A.P.2009).

4)   The third reason was Magistrate Judge Steven W. Rhodes is not an Article III Judge appointed by the president and approved by congress.

Magistrate Judge Steven W. Rhodes concealed the fact and deceive the people from knowing he was a Magistrate Judge over the age of 70 and had limited powers to address Constitutional issues that were presented at the commencement of this case. The fact that the creditors never consented for Judge Rhodes is a violation of the Magistrate Act 28 USC 831. He also doesn't have the authority to address "public right" and cannot legally rule on "pension benefits" that are protected by the state Constitution because they are reserved to an Article III judge. He therefore, lacks authority because he is not an Article III judge and lacks jurisdiction and has denied the creditors, unions and pension members the opportunity to a fair adequate hearing. Goldberg v Kelly 397 U.S.

254 90 S Ct 1011, 252 citing "The fundamental requisite of due process is the opportunity to be heard." Grannis v Ordean, 234 U.S. 385 394 (1914); The notice and hearing must be "at a meaningful time and in a meaningful manner" Armstrong v. Manzo, 3800 U.S. 545, 552 (1965).

The court further ruled in the United States Supreme Court in Northern Pipeline Construction v Marathon Pipe line Company 458 U.S. 50 (1982) that a Article III jurisdiction could not be conferred without the independence and protection given to Article III Judges. Also violated the 5th Amendment procedure due process and 14 Amendment equal protection of the law of the Constitution of the United States.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Errol Griffin_

Address _15005 PIEDMONT ST_

City, State, & Zip _DETROIT MI 48223_

Date _8-4-14_

Sign _Sheila Thornton_

Address _2332 Prince Hall Dr_

City, State, & Zip _Det MI 48207_ Date _8/4/14_

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _William M. Davis_

Address _9203 Littlefield_

City, State, & Zip _Detroit, Mich. 48228_

Date _8-04-2014_

Sign _Belinda Farber_

Address _17160 Harlow St._

City, State, & Zip _Detroit, Mich. 48235_

Date _8/4/14_


Sign _Mary Diane Bilkowski_

Address _9000 E. Jefferson 28-2_

City, State, & Zip _Detroit, MI 48214_

Date _8/4/14_


Sign _Joann Jackson_

Address _16,244 Prairie_

City, State, & Zip _Detroit mich 48221_

Sign _Cedric Cook_

Address _18500 Pinehurst_

City, State, & Zip _Detroit, MI 48221_

Date _8/4/2014_

Sign _Hassan Alec_

Address _2443 Taylor_

City, State, & Zip _DETROIT, MICH 48206_

Date _8/4/14_

Sign _Lula Milbrier_

Address _3763 Buena Vista_

City, State, & Zip _Detroit, Mi 48238_

Date _8-4-14_

Sign _Carl Williams_

Address _10112 Somerset_

City, State, & Zip _Detroit Michigan 48224_

Date _8/4/44_

Sign _Sheila Thompkins_

Address _2332 Prince Hall Dr_

City, State, & Zip _Det. MI 48207_

Date _8/4/14_

Sign _Belinda Florence_

Address _20420 Anglin_

City, State, & Zip _Det. MI 48234_

Date _8/4/14_

Sign _Jesse Florence Jr._

Address _20420 Anglin_

City, State, & Zip _Det. MI 48234_

Date _8/4/14_

Sign _Wand Ja/Hill_ (WANDA JAN HILL

Address _16125 Oakfield_

City, State, & Zip _48235_

Date _8/4/14_

FILED

2014 AUG -5 P 3: 02

U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

CARL WILLIAMS AND HASSAN ALEEM
Creditor

v

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
        Debtor

Chapter 9
Case No. 13-53846
Hon: Steven W. Rhodes

_____/

## PROOF OF SERVICES

_____Carl Williams_____, being first duly sworn deposes and
your name

Say that on August 4 2014. I sent a copy of Objection to the Fourth and Fifth

Amendment Plan of Adjustment because of the bankruptcy Court stricking,

our objection from the record and never notifying us, Upon the concern

parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_____

Dated__August 4, 2014_____