UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED
2014 AUG -5 P 3: 02
U.S. BANKRUPTCY COURT
E.D. MICHIGAN - DETROIT

CARL WILLIAMS AND HASSAN ALEEM
    Creditor

V

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
    Debtor

Chapter 9
Case No. 13-53846
Hon: Steven W. Rhodes

_____/

## OBJECTION TO NO EVIDENTIARY HEARING ON
## FRAUD AND JURISDICTION

THE FOURTH AMENDMENT NOTICE WAS AFTER THE FACT, AND THERE WAS NO FIFTH AMENDMENT NOTICE IT WAS UNTIMELY, CONTRARY TO THE FACTS AND LAW MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED IN A GOOD FAITH MANNER.

We/I object to the Fourth and Fifth Amended Plans of Adjustment because of we have been denied and deprived a hearing on issues presented in our objections such as: (1) A evidentiary hearing on jurisdiction to determine whether or not this court have jurisdiction, (2) A evidentiary hearing on fraud to determine whether or not there were any fraud and who committed the fraud.

1

This is a denial of due process and equal protection of the 5th and 14th Amendments of the law of the Constitution of the United State.

**The City of Detroit never legally <u>approved</u>, <u>agreed</u> or <u>consented</u> to** the Emergency Manager, Kevyn Orr, filing for bankruptcy and Kevyn Orr concealed this fact from the people by his action and contravened **MCL 600.5855 Fraudulent Concealment** where a party alleges that fraud has been committed on the court, it is generally **an abuse of discretion** for the court to decide the motion without first conducting an evidentiary hearing into the allegations. Rapaport v Rapaport 185 Mich App 12 (1990) citing Michigan Bank-Midwest v DJ Reynaert, Inc, 165 Mich App 630, 643, 419 NW2d 439 (1988); St Clair Commercial & Savings Bank v Macaulley, 66 Mich App 210, 214-215; 238 NW2d 806 (1975), lv den 396 NW2d 864 (1976).

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Sheila Thompson_

Address _2332 Prince Hall Dr,_

City, State, & Zip _Det MI 48207_

Date _8/4/14_

Sign __Errol Griffin__

Address __15005 PIEDMONT ST__

City, State, & Zip __DETROIT MI 48223__

Date __8-4-14__

Sign __Carl Williams__

Address __10112 Somerset__

City, State, & Zip __Detroit Michigan 48224__

Date __8/4/14__

Sign __Belinda Lawrence__

Address __10410 Anglin__

City, State, & Zip __Detroit MI 48234__

Date __8/4/2014__

Sign __Jesse Lawrence Jr.__

Address __10410 Anglin__

City, State, & Zip __Detroit MI 48234__

Date __8/4/2014__

Sign Selena Faulat

Address 17160 Harlow St.

City, State, & Zip Det. Mi. 48235

Date 8/4/14

Sign Wanda Jan Hill /WANDA JAN HILL/

Address 16125 Oakfield

City, State, & Zip 48235

Date 8/4/14

Sign William M. Davis

Address 9203 Littlefield

City, State, & Zip Detroit, Mi. 48228

Date 08/04/2014

Sign Mary Diane Bukowski

Address 9000 E. Jefferson #28-2

City, State, & Zip Detroit, Mich. 48214

Date 8/4/2014

Sign: Hassan Allen
Address: 2440 Taylor
City, State, & Zip: Detroit MICH 48206
Date: 8/4/14

Sign_____

Address_____

City, State, & Zip_____

Date_____

Sign_____

Address_____

City, State, & Zip_____

Date_____

Sign_____

Address_____

City, State, & Zip_____

Date_____

EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

2014 AUG -5 P 3: 03

U.S. BANKRUPTCY COURT
E.D. MICHIGAN - DETROIT

CARL WILLIAMS AND HASSAN ALEEM
Creditor

v

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
       Debtor

Chapter 9
Case No. 13-53846
Hon: Steven W. Rhodes

## PROOF OF SERVICES

_Carl Williams_, being first duly sworn deposes and
your name

Say that on August 4 2014. I sent a copy of Objection to the Fourth and Fifth Amendment Plan of Adjustment because of No evidentiary hearings on fraud and jurisdiction, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_

Dated __August 4, 2014__