211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:


Employer's Tax I.D. No.:
   38−6004606

NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Electronic Signature has Incorrect Format ECF Procedure 11(d)(1). Please insert /s/ then the
signature. (Entry #6511)

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☑ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☐ Original Signature
- ☐ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 8/5/14

                                        BY THE COURT

                                        Katherine B. Gullo , Clerk of Court
                                        U.S. Bankruptcy Court

```
                          United States Bankruptcy Court
                          Eastern District of Michigan
```

In re:                                                          Case No. 13-53846-swr
City of Detroit, Michigan                                       Chapter 9
        Debtor                **CERTIFICATE OF NOTICE**

District/off: 0645-2          User: ckata          Page 1 of 15          Date Rcvd: Aug 05, 2014
                              Form ID: def2        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2014.
22926101      +Patricia A. Beamon,   306 Briar Cove Cir.,   Red Oak, TX 75154-6546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust        Daniel M. McDermott
                                                                         TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2014                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2014 at the address(es) listed below:
        A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
        Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
         alfredo.perez@weil.com,kelly.diblasi@weil.com,debora.hoehne@weil.com,elizabeth.hendee@weil.com,
         edward.soto@weil.com,Edward.McCarthy@weil.com,brenda.funk@weil.com
        Alidz  Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
         oshagan@legghioisrael.com,   drf@legghioisrael.com
        Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
        Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
         allan.brilliant@dechert.com
        Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
         allan.brilliant@dechert.com
        Allison  Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
         abach@dickinsonwright.com
        Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
         achouprouta@kramerlevin.com
        Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
         acaton@kramerlevin.com,   achouprouta@kramerlevin.com
        Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
         aap43@outlook.com,   aap43law@gmail.com
        Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
         aap43law@gmail.com
        Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
         agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,   ajg-ecf@hotmail.com
        Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
         wwkannel@mintz.com,awalker@mintz.com,   ajg-ecf@hotmail.com
        Angela  Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
         HollisR@dhcmi.org
        Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
         stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;akochis@ecf.info
         ruptcy.com
        Arthur  O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
         aoreilly@honigman.com,   ahatcher@honigman.com
        Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
         and Agricultural Implement Workers of America bceccotti@cwsny.com
        Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
        Barbara A. Patek    on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C.
         bpatek@ermanteicher.com
        Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
         bpatek@ermanteicher.com
        Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
         bpatek@ermanteicher.com
        Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
         bfagan@dibandfagan.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Benjamin J. Wilensky    on behalf of Creditor Robert  Cole bjw@seikalystewart.com
Brendan G. Best    on behalf of Interested Party   Ambac Assurance Corporation
 bbest@schaferandweiner.com,  wkyles@schaferandweiner.com
Brendan G. Best    on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com,
 wkyles@schaferandweiner.com
Brendan G. Best    on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com,
 wkyles@schaferandweiner.com
Brendan H. Frey    on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteselaw.com,
 ssikorski@manteselaw.com
Brett A. Border    on behalf of Creditor   U.S. Bank, N.A. bborder@sspclegal.com,
 joumedian@sspclegal.com
Brett A. Border    on behalf of Creditor   U.S. Bank National Association bborder@sspclegal.com,
 joumedian@sspclegal.com
Brett A. Border    on behalf of Interested Party   Schneiderman and Sherman, P.C.
 bborder@sspclegal.com,  joumedian@sspclegal.com
Brett A. Border    on behalf of Interested Party   Kondaur Capital Corporation
 bborder@sspclegal.com,  joumedian@sspclegal.com
Brett A. Border    on behalf of Creditor   Flagstar Bank, FSB bborder@sspclegal.com,
 joumedian@sspclegal.com
Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party   Detroit Retired City Employees Association
 bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party   Retired Detroit Police and Fire Fighers
 Association bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian R. Trumbauer    on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue
 Care Network of Michigan btrumbauer@bodmanlaw.com
Bruce  Bennett    on behalf of Debtor In Possession   City of Detroit, Michigan
 bbennett@jonesday.com
Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
Carla Orman Andres    on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com
Carol Connor Cohen    on behalf of Interested Party   Ambac Assurance Corporation
 carol.cohen@arentfox.com
Carol Connor Cohen    on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com
Carole  Neville    on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
 Michigan carole.neville@dentons.com
Carole  Neville    on behalf of Retiree Committee   Official Committee of Retirees
 carole.neville@dentons.com,daniel.morris@dentons.com
Caroline Turner English    on behalf of Plaintiff   Ambac Assurance Corporation
 caroline.english@arentfox.com
Caroline Turner English    on behalf of Interested Party   Ambac Assurance Corporation
 caroline.english@arentfox.com
Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
 charlesID@hotmail.com
Charles D. Bullock    on behalf of Interested Party   Gabriel, Roeder, Smith & Company
 cbullock@sbplclaw.com,  cdbullock@msn.com;lhaas@sbplclaw.com
Charles N. Ash    on behalf of Creditor   UBS AG cash@wnj.com,  kkranz@wnj.com
Charles N. Ash    on behalf of Defendant   UBS AG cash@wnj.com,  kkranz@wnj.com
Charles N. Ash    on behalf of Defendant   Merrill Lynch Capital Services, Inc. cash@wnj.com,
 kkranz@wnj.com
Charles N. Ash    on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com,
 kkranz@wnj.com
Christopher A. Grosman    on behalf of Interested Party   BlackRock Financial Management, Inc.
 BRCY@CarsonFischer.com,  cgrosman@carsonfischer.com
Christopher A. Grosman    on behalf of Creditor   Oakland County, Michigan BRCY@CarsonFischer.com,
 cgrosman@carsonfischer.com
Claude D. Montgomery    on behalf of Retiree Committee   Official Committee of Retirees
 claude.montgomery@dentons.com,docketny@dentons.com,
 carole.neville@dentons.com;sam.alberts@dentons.com
Claude D. Montgomery    on behalf of Plaintiff   Official Committee of Retirees of the City of
 Detroit, Michigan claude.montgomery@dentons.com,
 carole.neville@dentons.com;sam.alberts@dentons.com
Courtney M. Rogers    on behalf of Interested Party   U.S. Bank National Association
 courtney.rogers@wallerlaw.com
Courtney M. Rogers    on behalf of Creditor   U.S. Bank National Association
 courtney.rogers@wallerlaw.com
Craig B. Rule    on behalf of Creditor   Everhome Mortgage Company bankruptcy@orlans.com,
 ANHSOA@earthlink.net
Craig E. Zucker    on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
 czucker@ermanteicher.com

13-53846-tjt    Doc 6590    Filed 08/07/14    Entered 08/08/14 01:08:20    Page 4 of 17

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association
           czucker@ermanteicher.com
          Dan  Korobkin    on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party James  Washington dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
          Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          David  Eisenberg    on behalf of Creditor    Detroit Police Officers Association
           deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           deisenberg@ermanteicher.com
          David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
          David E. Hart    on behalf of Creditor    FK Park, LLC deh@maddinhauser.com
          David E. Hart    on behalf of Creditor    FK South, LLC deh@maddinhauser.com
          David E. Lemke    on behalf of Creditor    U.S. Bank National Association david.lemke@wallerlaw.com
          David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
           dgheiman@jonesday.com
          David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
          David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation
           david.dubrow@arentfox.com
          David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
           nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
           nepc.com
          David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
           kbilpo@seyburn.com
          Dawn R. Copley    on behalf of Interested Party    State of Michigan dcopley@dickinsonwright.com,
           dnavin@dickinsonwright.com
          Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
           General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
          Deborah  Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
           kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah L. Fish    on behalf of Intervenor-Defendant    Panning Capital Management, LP
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Bronze Gable, L.L.C. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Aurelius Capital Management, LP
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant    Aurelius Capital Management, LP
           dfish@allardfishpc.com,  allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Deborah L. Fish   on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish   on behalf of Interested Party    Monarch Alternative Capital LP
               dfish@allardfishpc.com,  allardfishpc@yahoo.com
              Deborah L. Fish   on behalf of Intervenor-Defendant    Stone Lion Capital Partners L.P.
               dfish@allardfishpc.com,  allardfishpc@yahoo.com
              Deborah L. Fish   on behalf of Interested Party    Stone Lion Capital Partners L.P.
               dfish@allardfishpc.com,  allardfishpc@yahoo.com
              Deborah L. Fish   on behalf of Intervenor-Defendant    Bronze Gable, L.L.C. dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish   on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
               dfish@allardfishpc.com,  allardfishpc@yahoo.com
              Deborah L. Fish   on behalf of Interested Party    Panning Capital Management, LP
               dfish@allardfishpc.com,  allardfishpc@yahoo.com
              Deborah L. Fish   on behalf of Intervenor-Defendant    Monarch Alternative Capital LP
               dfish@allardfishpc.com,  allardfishpc@yahoo.com
              Dirk H. Beckwith   on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
               dbeckwith@fosterswift.com
              Dirk H. Beckwith   on behalf of Defendant    Wilmington Trust, N.A. dbeckwith@fosterswift.com
              Dirk H. Beckwith   on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
              Dirk H. Beckwith   on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
              Dirk H. Beckwith   on behalf of Creditor    Wilmington Trust Company, National Association
               dbeckwith@fosterswift.com
              Dirk H. Beckwith   on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
               dbeckwith@fosterswift.com
              Dirk H. Beckwith   on behalf of Creditor    U.S. Bank National Association
               dbeckwith@fosterswift.com
              Donald G. McGuigan, II   on behalf of Interested Party    Mario's Restaurant, Inc.
               don@mcguiganlaw.com
              Douglas Steele   on behalf of Interested Party    International Association of Fire Fighters,
               AFL-CIO, CLC dls@wmlaborlaw.com
              Douglas C. Bernstein   on behalf of Interested Party    Community Foundation for Southeast
               Michigan dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
              Douglas C. Bernstein   on behalf of Interested Party    The Fred A. and Barbara M. Erb Family
               Foundation dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
              Douglas C. Bernstein   on behalf of Interested Party    Hudson-Webber Foundation
               dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
              Douglas C. Bernstein   on behalf of Interested Party    W.K. Kellogg Foundation
               dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
              Douglas C. Bernstein   on behalf of Interested Party    Max M. and Marjorie S. Fisher Foundation
               dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
              Douglas C. Bernstein   on behalf of Interested Party    The Ford Foundation
               dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
              Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein
               dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
              Douglas C. Bernstein   on behalf of Interested Party    Charles Stewart Mott Foundation
               dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
              Douglas C. Bernstein   on behalf of Interested Party    William Davidson Foundation
               dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
              Douglas C. Bernstein   on behalf of Interested Party    McGregor Fund
               dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
              Douglas C. Bernstein   on behalf of Interested Party    A. Paul and Carol C. Schaap Foundation
               dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
              Earle I. Erman   on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               eerman@ermanteicher.com
              Earle I. Erman   on behalf of Creditor    Detroit Police Officers Association
               eerman@ermanteicher.com
              Earle I. Erman   on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               eerman@ermanteicher.com
              Edward J. Gudeman   on behalf of Interested Party    Enjoi Transportation, LLC
               ejgudeman@gudemanlaw.com,  ecf@gudemanlaw.com
              Edward J. Gudeman   on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C.
               ejgudeman@gudemanlaw.com,  ecf@gudemanlaw.com
              Edward Todd Sable   on behalf of Interested Party    General Motors LLC tsable@honigman.com,
               litdocket@honigman.com
              Elias T. Majoros   on behalf of Interested Party    US Health & Life Insurance Company
               emajoros@glmpc.com
              Elizabeth M. Abood-Carroll   on behalf of Creditor    Champion Mortgage Company
               bankruptcy@orlans.com,  ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll   on behalf of Creditor    Federal National Mortgage Association
               (Fannie Mae) bankruptcy@orlans.com,  ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll   on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll   on behalf of Creditor    EverBank bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll   on behalf of Creditor    Champion Mortgage Company
               bankruptcy@orlans.com,  ANHSOA@earthlink.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company
           bankruptcy@orlans.com,   ANHSOA@earthlink.net
          Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
           ecrowder@sbplclaw.com,   lhaas@sbplclaw.com
          Eric Rosenberg    on behalf of Interested Party Patricia  Ramirez EJR@morganmeyers.com,
           amendiola@morganmeyers.com
          Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov
          Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
           carlson@millercanfield.com
          Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
           enovetsky@jaffelaw.com
          Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
           bankruptcy.maxwelldunn@gmail.com
          Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit efeldman@clarkhill.com
          Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
           efeldman@clarkhill.com
          Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
          Geoffrey T. Pavlic    on behalf of Creditor    Nuveen Asset Management pavlic@steinbergshapiro.com,
           jbrown@steinbergshapiro.com
          Geoffrey T. Pavlic    on behalf of Creditor    BlackRock Financial Management, Inc.
           pavlic@steinbergshapiro.com,   jbrown@steinbergshapiro.com
          Geoffrey T. Pavlic    on behalf of Creditor    Ad Hoc Bondholder Committee
           pavlic@steinbergshapiro.com,   jbrown@steinbergshapiro.com
          H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
           jabdelnour@resnicklaw.net
          Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc.
           ecf-hen@rhoadesmckee.com
          Harold E. Nelson    on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
          Heath Douglas Rosenblat    on behalf of Counter-Claimant    Wilmington Trust, N.A.
           Heath.Rosenblat@dbr.com,   Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association
           Heath.Rosenblat@dbr.com,   Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association
           Heath.Rosenblat@dbr.com,   Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat    on behalf of Defendant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
           Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
           hlennox@jonesday.com
          Heather Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
          Heidi Peterson    hdpeterson75@gmail.com
          Howard R. Hawkins, Jr.    on behalf of Defendant    UBS AG howard.hawkins@cwt.com,
           mark.ellenberg@cwt.com;ellen.halstead@cwt.com
          Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
           howard.hawkins@cwt.com,   mark.ellenberg@cwt.com;ellen.halstead@cwt.com
          Howard R. Hawkins, Jr.    on behalf of Defendant    Merrill Lynch Capital Services, Inc.
           howard.hawkins@cwt.com,   mark.ellenberg@cwt.com;ellen.halstead@cwt.com
          Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt AG howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
           howard@jacobweingarten.com
          Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
           howard@jacobweingarten.com
          Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
           Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant    Dexia Holdings, Inc.
           howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant    Dexia Credit Local howard@jacobweingarten.com
          Howard Yale Lederman    on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
          Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
          Howard Yale Lederman    on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
          Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
          Hugh M. Davis    on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
          Ian S. Bolton    on behalf of Creditor    FK Park, LLC ibolton@maddinhauser.com,
           bwislinski@maddinhauser.com;nanderson@maddinhauser.com
          Ian S. Bolton    on behalf of Creditor    FK South, LLC ibolton@maddinhauser.com,
           bwislinski@maddinhauser.com;nanderson@maddinhauser.com
          James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
           james.sprayregen@kirkland.com
          James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
           james.sprayregen@kirkland.com
          James Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
           james.sprayregen@kirkland.com
          Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
          Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
           jeansartre@msn.com
          Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
          Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
           jbank@kerr-russell.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
         Jeffrey Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
    Lhaidostian@mwe.com
         Jeffrey Rossman    on behalf of Creditor    U.S. Bank National Association jrossman@mwe.com
         Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
         Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP
    jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
         Jeffrey S. Grasl    on behalf of Creditor    Bishop Real Estate, L.L.C. jgrasl@mcdonaldhopkins.com,
    sharrow@mcdonaldhopkins.com
         Jennifer Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
    jbelveal@honigman.com, mjohnson@honigman.com
         Jennifer Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
    jbelveal@honigman.com, mjohnson@honigman.com
         Jeremiah Buffalo Wirgau    on behalf of Interested Party    CitiMortgage, Inc. jwirgau@sspclegal.com
         Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
         Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
         Jill Kristen Smith    on behalf of Creditor    Macomb County Jill.Smith@macombgov.org
         John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
         John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
    jstevens@mathesonparr.com, nlmumma@aol.com
         John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
    pjohnson@bredhoff.com;mforan@bredhoff.com
         John Joseph Ramirez    on behalf of Interested Party    Deutsche Bank AG, London
    john.ramirez@kattenlaw.com
         John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
         John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
    john.sieger@kattenlaw.com
         John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
    jcanzano@kmsmc.com
         John T. Gregg    on behalf of Creditor    36th District Court for the State of Michigan
    jgregg@btlaw.com
         Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
    green@millercanfield.com
         Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
    green@millercanfield.com
         Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
    jfischer@carsonfischer.com
         Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
    litdocket@honigman.com
         Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
    jgadharf@mcdonaldhopkins.com
         Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
    jgadharf@mcdonaldhopkins.com
         Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
    jgadharf@mcdonaldhopkins.com
         Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
         Judy B. Calton    on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
    litdocket@honigman.com
         Judy B. Calton    on behalf of Creditor    3250 Associated LLC jcalton@honigman.com,
    litdocket@honigman.com
         Judy B. Calton    on behalf of Creditor    136 Bagley LLC jcalton@honigman.com,
    litdocket@honigman.com
         Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
    litdocket@honigman.com
         Judy B. Calton    on behalf of Creditor    Arrow Uniform Rental, Inc. jcalton@honigman.com,
    litdocket@honigman.com
         Judy B. Calton    on behalf of Interested Party    Detroit Entertainment, LLC jcalton@honigman.com,
    litdocket@honigman.com
         Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
    litdocket@honigman.com
         Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
    blundberg@honigman.com, litdocket@honigman.com
         Judy B. Calton    on behalf of Creditor    5801 Southfield Service Drive Corp. jcalton@honigman.com,
    litdocket@honigman.com
         Judy B. Calton    on behalf of Creditor    Fox Parking Garage, LLC jcalton@honigman.com,
    litdocket@honigman.com
         Judy B. Calton    on behalf of Creditor    Parkrite Holdings LLC jcalton@honigman.com,
    litdocket@honigman.com
         Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
    jcalton@honigman.com, litdocket@honigman.com
         Judy B. Calton    on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com,
    litdocket@honigman.com
         Judy B. Calton    on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com,
    litdocket@honigman.com
         Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
    litdocket@honigman.com
         Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
    litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    120 W. Montcalm Properties LLC jcalton@honigman.com,
           litdocket@honigman.com
          Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
           mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
          Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
           jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
           344 jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           jteicher@ermanteicher.com
          Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
           karen.dine@kattenlaw.com
          Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
          Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
          Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
           kressk@pepperlaw.com, alexsym@pepperlaw.com
          Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London
           kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
          Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
           kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
          Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
           kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
          Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
           kschneider@schneidermiller.com
          Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
           kevin.baum@kattenlaw.com
          Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
           ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
          Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
          Kristin K. Going    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
           Kristin.Going@dbr.com
          Kristin K. Going    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
           Kristin.Going@dbr.com
          Kurt Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Creditor    Michigan Welfare Rights Organization
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Creditor    Plymouth Square Ltd. Housing Association
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff    Michigan Welfare Rights Organization
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Kurt  Thornbladh   on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh   on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh   on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh   on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc.
           kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          Lawrence A. Larose   on behalf of Creditor   Assured Guaranty Municipal Corp.
           llarose@chadbourne.com,  skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Lawrence A. Larose   on behalf of Plaintiff   Assured Guaranty Municipal Corp.
           llarose@chadbourne.com,  skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Leah  Montesano   on behalf of Interested Party   Ambac Assurance Corporation
           leah.montesano@arentfox.com
          Leland  Prince   on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
          Lisa  Okasinski   on behalf of Creditor   HRT Enterprises lisa@demolaw.com
          Lisa Hill Fenning   on behalf of Creditor   General Retirement System of the City of Detroit
           Lisa.Fenning@aporter.com
          Lisa Hill Fenning   on behalf of Creditor   Police and Fire Retirement System of the City of
           Detroit Lisa.Fenning@aporter.com
          Louis P. Rochkind   on behalf of Plaintiff   National Public Finance Guarantee Corporation
           lrochkind@jaffelaw.com,  dburris@jaffelaw.com
          Louis P. Rochkind   on behalf of Creditor   National Public Finance Guarantee Corporation
           lrochkind@jaffelaw.com,  dburris@jaffelaw.com
          Lynn M. Brimer   on behalf of Creditor   Retired Detroit Police Members Association
           lbrimer@stroblpc.com,  kvanakin@stroblpc.com
          M. Ellen Dennis   on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
           dwhadden@umich.edu
          Mallory  Field   on behalf of Creditor   Retired Detroit Police Members Association
           MField@stroblpc.com,  sguarnieri@stroblpc.com
          Mami  Kato   on behalf of Interested Party   International Union of Operating Engineers, Local
           324 mkato@sachswaldman.com,  pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Interested Party   Service Employees International Union, Local 517M
           mkato@sachswaldman.com,  pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor   Detroit Police Command Officers Association
           mkato@sachswaldman.com,  pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Marc N. Swanson   on behalf of Debtor In Possession   City of Detroit, Michigan
           swansonm@millercanfield.com
          Mark  Wasvary   on behalf of Creditor   Hyde Park Co-Operative, et al. mark@wasvarylaw.com
          Mark  Wasvary   on behalf of Creditor   Plymouth Square Ltd. Housing Association
           mark@wasvarylaw.com
          Mark A. Angelov   on behalf of Plaintiff   Ambac Assurance Corporation mark.angelov@arentfox.com
          Mark A. Angelov   on behalf of Interested Party   Ambac Assurance Corporation
           mark.angelov@arentfox.com
          Mark Allan Porter   on behalf of Other Professional   Allen Park Retirees Assn
           maplawat911@msn.com,  map-law.pllc@att.net
          Mark E. Bredow   on behalf of Creditor Carlton D. Carter mbredow@resnicklaw.net,
           jabdelnour@resnicklaw.net
          Mark E. Bredow   on behalf of Interested Party   Resnick & Moss, P.C. mbredow@resnicklaw.net,
           jabdelnour@resnicklaw.net
          Mark H. Shapiro   on behalf of Creditor   Nuveen Asset Management shapiro@steinbergshapiro.com,
           jbrown@steinbergshapiro.com
          Mark H. Shapiro   on behalf of Interested Party   The Securities Industry and Financial Markets
           Association shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          Mark H. Shapiro   on behalf of Creditor   BlackRock Financial Management, Inc.
           shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          Mark R. James   on behalf of Interested Party   Financial Guaranty Insurance Company
           mrj@wwrplaw.com
          Mark R. James   on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com
          Mark S. Frankel   on behalf of Creditor   Waste Management Inc. etal mfrankel@couzens.com
          Marshall S. Huebner   on behalf of Creditor   Merrill Lynch Capital Services, Inc.
           bankrout@davispolk.com
          Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov,
           mbcobbs@flash.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mary Beth Cobbs    on behalf of Interested Party    City of Detroit Law Department
           cobbm@detroitmi.gov,  mbcobbs@flash.net
          Matthew  Schneider   on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
          Matthew  Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
          Matthew  Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
           wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
           wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins    on behalf of Intervenor-Plaintiff    Official Committee of Retirees of the City
           of Detroit, Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
           Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    FMS Wertmanagement summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
           summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
           summersm@ballardspahr.com
          Max J. Newman    on behalf of Interested Party    Wayne County Corporation newman@butzel.com
          Melissa Demorest LeDuc    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
           paula@demolaw.com
          Melissa Demorest LeDuc    on behalf of Creditor John  Denis melissa@demolaw.com,  paula@demolaw.com
          Melissa Demorest LeDuc    on behalf of Creditor    John W. and Vivian M. Denis Trust
           melissa@demolaw.com,  paula@demolaw.com
          Melissa Demorest LeDuc    on behalf of Creditor James  Herbert melissa@demolaw.com,
           paula@demolaw.com
          Melissa Demorest LeDuc    on behalf of Creditor    HRT Enterprises melissa@demolaw.com,
           paula@demolaw.com
          Mercedes Varasteh Dordeski    on behalf of Creditor Johnathan Aaron Brown
           mdordeski@foleymansfield.com,cindy@loevy.com
          Meredith  Taunt    on behalf of Creditor    Retired Detroit Police Members Association
           mtaunt@stroblpc.com,  KVanAkin@stroblpc.com
          Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative
           makarmanesq@gmail.com
          Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
          Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
          Michael C. Hammer    on behalf of Interested Party    MGM Grand Detroit, LLC
           mchammer2@dickinsonwright.com
          Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
          Michael R. Bell    on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
          Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association
           mike.paslay@wallerlaw.com,
           Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
           rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
          Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
           msl@maddinhauser.com,  bac@maddinhauser.com
          My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
           mao-bk-ecf@debevoise.com
          Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
           ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
          Niraj R. Ganatra    on behalf of Creditor    International Union, United Automobile, Aerospace and
           Agricultural Implement Workers of America Nganatra@uaw.net
          Noah J. Ornstein    on behalf of Interested Party    Syncora Guarantee Inc.
           noah.ornstein@kirkland.com
          Noah J. Ornstein    on behalf of Interested Party    Syncora Capital Assurance Inc.
           noah.ornstein@kirkland.com
          Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
           Paige.Barr@kattenlaw.com
          Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
           mkisell@plunkettcooney.com
          Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
           pmears@btlaw.com
          Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
           phage@jaffelaw.com,  jtravick@jaffelaw.com
          Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
           phage@jaffelaw.com,  jtravick@jaffelaw.com
          Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of
           Detroit, Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
           marbury@bwst-law.com;pleban@bwst-law.com
          Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
           Agricultural Implement Workers of America pdechiara@cwsny.com
          Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
          Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation
           pcanzano@sidley.com
          Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation
           ralph.taylor@arentfox.com
          Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
          Randall A. Brater    on behalf of Interested Party    Ambac Assurance Corporation
           randall.brater@arentfox.com
          Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc.
           RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
           Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
           Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Raymond  Guzall, III   on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
          Raymond  Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Raymond J. Sterling    on behalf of Creditor Cynthia A. Bibb rsterling@sterlingattorneys.com,
           destes@sterlingattorneys.com
          Richard  Levin    on behalf of Interested Party    Detroit Institute of Arts rlevin@cravath.com,
           mao@cravath.com
          Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
          Richard G. Mack, Jr.    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           richardmack@millercohen.com,  mcoil@millercohen.com
          Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com,  mcoil@millercohen.com
          Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
           Department ecf@kaalaw.com,  wjackson@KAALaw.com
          Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
           robert.darnell@usdoj.gov
          Robert  Fetter    on behalf of Interested Party    Local 3308 of the American Federation of State,
           County and Municipal Employees rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert  Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert  Fetter    on behalf of Interested Party    Local 917 of the American Federation of State,
           County and Municipal Employees rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert A. Weisberg    on behalf of Creditor    Oakland County, Michigan BRCY@CARSONFISCHER.COM,
           rweisberg@carsonfischer.com
          Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
           rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
          Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert M. Fishman    rfishman@shawfishman.com
          Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           bbassel@gmail.com,  robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
           robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
           bbassel@gmail.com,  robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           bbassel@gmail.com,  robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
           robertbassel@hotmail.com
          Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan
          hertzbergr@pepperlaw.com,   alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit, Michigan hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald C. Liscombe   on behalf of Creditor   Public Lighting Authority rliscombe@alglawpc.com
          Rozanne M. Giunta   on behalf of Interested Party   State of Michigan rmgiunta@lambertleser.com
          Ryan  Cochran  on behalf of Creditor   U.S. Bank National Association ryan.cochran@wallerlaw.com
          Ryan  Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
          rplecha@lippittokeefe.com,   jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
          Association rplecha@lippittokeefe.com,   jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party   Detroit Retired City Employees Association
          rplecha@lippittokeefe.com,   jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Plaintiff   Detroit Retired City Employees Association
          rplecha@lippittokeefe.com,   jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc.
          ryan.bennett@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett   on behalf of Defendant   Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Capital Assurance Inc.
          ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
          justin.bernbrock@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc.
          ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
          justin.bernbrock@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Holdings Ltd.
          ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Sam J. Alberts   on behalf of Retiree Committee   Official Committee of Retirees
          sam.alberts@dentons.com,   dan.barnowski@dentons.com
          Sam J. Alberts   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
          Michigan sam.alberts@dentons.com,   dan.barnowski@dentons.com
          Samuel S. Kohn   on behalf of Creditor   Assured Guaranty Municipal Corp. skohn@chadbourne.com,
          japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Samuel S. Kohn   on behalf of Plaintiff   Assured Guaranty Municipal Corp. skohn@chadbourne.com,
          japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Sandra L. O'Connor   on behalf of Interested Party   US Health & Life Insurance Company
          soconnor@glmpc.com
          Sara Klettke MacWilliams   on behalf of Creditor   Oakland County, Michigan
          macwilliams@youngpc.com,   efiling@youngpc.com
          Scott A. Wolfson   on behalf of Creditor   The Bank Of New York Mellon swolfson@wolfsonbolton.com,
          david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
          stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com
          Scott B. Kitei   on behalf of Interested Party   Detroit Institute of Arts skitei@honigman.com
          Scott M. Watson   on behalf of Creditor   UBS AG swatson@wnj.com
          Scott R. Murphy   on behalf of Creditor   36th District Court for the State of Michigan
          smurphy@btlaw.com,   Roslyn.Thoits@btlaw.com
          Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Shannon L. Deeby   on behalf of Interested Party   General Retirement System of the City of
          Detroit sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Interested Party   Police and Fire Retirement System of the City
          of Detroit sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Creditor   Police and Fire Retirement System of the City of
          Detroit sdeeby@clarkhill.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit
 sdeeby@clarkhill.com
Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of
 State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of
 State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine   on behalf of Creditor   Michigan Council 25 Of The American Federation of
 State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
 slevine@lowenstein.com
Sheldon S. Toll   on behalf of Interested Party   Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
 lawtoll@comcast.net
Sherrie L. Farrell   on behalf of Attorney   Dykema Gossett PLLC sfarrell@dykema.com,
 mpearson@dykema.com;docket@dykema.com
Sherrie L. Farrell   on behalf of Creditor   Downtown Development Authority sfarrell@dykema.com,
 mpearson@dykema.com;docket@dykema.com
Sheryl L. Toby   on behalf of Interested Party   Barclays Capital, Inc. stoby@dykema.com,
 dguerrero@dykema.com
Sheryl L. Toby   on behalf of Creditor   Downtown Development Authority stoby@dykema.com,
 dguerrero@dykema.com
Stephen  Wolpert   on behalf of Creditor   Macomb County stephen.wolpert@dechert.com
Stephen B. Grow   on behalf of Creditor   UBS AG sgrow@wnj.com,  kfrantz@wnj.com
Stephen B. Grow   on behalf of Creditor   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
 kfrantz@wnj.com
Stephen B. Grow   on behalf of Defendant   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
 kfrantz@wnj.com
Stephen B. Grow   on behalf of Defendant   UBS AG sgrow@wnj.com,  kfrantz@wnj.com
Stephen C. Hackney   on behalf of Interested Party   Syncora Holdings Ltd.
 stephen.hackney@kirkland.com
Stephen C. Hackney   on behalf of Interested Party   Syncora Guarantee Inc.
 stephen.hackney@kirkland.com
Stephen C. Hackney   on behalf of Interested Party   Syncora Capital Assurance Inc.
 stephen.hackney@kirkland.com
Stephen C. Hackney   on behalf of Defendant   Syncora Guarantee, Inc. stephen.hackney@kirkland.com
Stephen M. Gross   on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
 shelly.harrow@gmail.com
Stephen M. Gross   on behalf of Interested Party   Syncora Guarantee Inc.
 sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
Stephen M. Gross   on behalf of Creditor   Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
 shelly.harrow@gmail.com
Stephen M. Gross   on behalf of Interested Party   Syncora Holdings Ltd.
 sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
Stephen M. Gross   on behalf of Interested Party   Syncora Capital Assurance Inc.
 sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
Stephen S. LaPlante   on behalf of Defendant   City of Detroit, Michigan
 laplante@millercanfield.com,  skoczylas@millercanfield.com
Stephen S. LaPlante   on behalf of Plaintiff   City of Detroit, Michigan
 laplante@millercanfield.com,  skoczylas@millercanfield.com
Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan
 laplante@millercanfield.com,  skoczylas@millercanfield.com
Stephen S. LaPlante   on behalf of Interested Party   Detroit Institute of Arts
 laplante@millercanfield.com,  skoczylas@millercanfield.com
Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov
Steven G. Howell   on behalf of Interested Party   State of Michigan showell@dickinsonwright.com
Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney
 General showell@dickinsonwright.com
Stuart A. Gold   on behalf of Creditor   Detroit Public Library sgold@glmpc.com
Susheel  Kirpalani   on behalf of Plaintiff   Syncora Guarantee Inc.
 susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
Susheel  Kirpalani   on behalf of Interested Party   Syncora Guarantee Inc.
 susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com,
 mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
 rdin.com
Tamar  Dolcourt   on behalf of Debtor In Possession   City of Detroit, Michigan
 tdolcourt@foley.com
Thomas B. Radom   on behalf of Creditor   Stroh Properties, Inc. Radom@butzel.com
Thomas B. Radom   on behalf of Defendant   Detroit Police And Fire Retirement System Service
 Corporation Radom@butzel.com
Thomas B. Radom   on behalf of Defendant   Detroit General Retirement System Service Corporation
 Radom@butzel.com
Thomas P. Christy   on behalf of Creditor   Berkshire Hathaway Assurance Corporation
 tchristy@garanlucow.com
Thomas R. Morris   on behalf of Plaintiff   Detroit Retired City Employees Association
 morris@silvermanmorris.com,  marlene@silvermanmorris.com
Thomas R. Morris   on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
 marlene@silvermanmorris.com
Thomas R. Morris   on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
 marlene@silvermanmorris.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association morris@silvermanmorris.com,   marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           morris@silvermanmorris.com,   marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
           morris@silvermanmorris.com,   marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
           fusco@millercanfield.com
          Timothy R. Graves    on behalf of Interested Party    Bronze Gable, L.L.C. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
           tgraves@allardfishpc.com,   allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Aurelius Capital Management, LP
           tgraves@allardfishpc.com,   allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Stone Lion Capital Partners L.P.
           tgraves@allardfishpc.com,   allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Panning Capital Management, LP
           tgraves@allardfishpc.com,   allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Monarch Alternative Capital LP
           tgraves@allardfishpc.com,   allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Trevor J. Zamborsky    on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Micholas  Martin tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Interested Party    1983 Claimants tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Trevor J. Zamborsky   on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Trevor J. Zamborsky   on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Vanessa G. Fluker   on behalf of Interested Party   Center for Community Justice and Advocacy
             vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
            William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
            William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com
            William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
            William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
            William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
            William C. Blasses   on behalf of Interested Party Gary  Segatti wcb@osbig.com
            William C. Blasses   on behalf of Creditor   Jackie's Transport, Inc. wcb@osbig.com
            William C. Blasses   on behalf of Interested Party   Michigan Property Tax Relief, LLC
             wcb@osbig.com
            William C. Blasses   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
            William H. Goodman   on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
            William H. Goodman   on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
            William H. Goodman   on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
            William H. Goodman   on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
            William H. Goodman   on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
            William H. Goodman   on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
            William Norman Listman   on behalf of Interested Party   Southeastern Oakland County Water
             Authority wlistman@davislistman.com
            William Pfeiffer Smith   on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
            William W. Kannel   on behalf of Creditor   Ad Hoc Bondholder Committee wkannel@mintz.com
            Winnifred P. Boylan   on behalf of Interested Party   State of Michigan wpboylan@lambertleser.com
            Wolfgang  Mueller   on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
             jsmith@olsmanlaw.com
            Wolfgang  Mueller   on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
             jsmith@olsmanlaw.com
            Wolfgang  Mueller   on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
             jsmith@olsmanlaw.com
            Wolfgang  Mueller   on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
             jsmith@olsmanlaw.com
            Yuliy  Osipov   on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com,
             yo_ecf@osbig.com;tc_ecf@osbig.com
            Yuliy  Osipov   on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
             yo_ecf@osbig.com;tc_ecf@osbig.com
            Yuliy  Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC
             yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
            Yuliy  Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
             yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                              TOTAL: 608