210B (12/09)

# United States Bankruptcy Court

### Eastern District of Michigan
### Case No. 13-53846-swr
### Chapter 9

In re: Debtor(s) (including Name and Address)

City of Detroit, Michigan
2 Woodward Avenue
Suite 1126
Detroit MI 48226

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/04/2014.

Name and Address of Alleged Transferor(s):

Claim No. : Commerzbank AG London Branch, PO Box 52715, 30 Gresham Street, London EC2P 2XY England

Name and Address of Transferee:

Citigroup Global Markets Inc.
Attn:  MSD Market Analytics Group
388 Greenwich Street, 2nd Floor
New York, NY 10013

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/07/14

Katherine B. Gullo
**CLERK OF THE COURT**

In re:                                                         Case No. 13-53846-swr
City of Detroit, Michigan                                      Chapter 9
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2        User: ckata          Page 1 of 15          Date Rcvd: Aug 05, 2014
                           Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2014.
23020940       Commerzbank AG London Branch,      PO Box 52715,     30 Gresham Street,    London EC2P 2XY England

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2014                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2014 at the address(es) listed below:
          A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
          Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
          alfredo.perez@weil.com,kelly.diblasi@weil.com,debora.hoehne@weil.com,elizabeth.hendee@weil.com,
          edward.soto@weil.com,Edward.McCarthy@weil.com,brenda.funk@weil.com
          Alidz Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
          oshagan@legghioisrael.com,  drf@legghioisrael.com
          Allan S. Brilliant    on behalf of Creditor   Macomb County allan.brilliant@dechert.com
          Allan S. Brilliant    on behalf of Creditor   Macomb Interceptor Drain Drainage District
          allan.brilliant@dechert.com
          Allan S. Brilliant    on behalf of Creditor   County of Macomb, Michigan
          allan.brilliant@dechert.com
          Allison Bach    on behalf of Interested Party   State of Michigan, Department of Attorney General
          abach@dickinsonwright.com
          Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
          achouprouta@kramerlevin.com
          Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
          acaton@kramerlevin.com,  achouprouta@kramerlevin.com
          Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
          aap43@outlook.com,  aap43law@gmail.com
          Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
          aap43law@gmail.com
          Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
          agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
          Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
          wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
          Angela Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
          HollisR@dhcmi.org
          Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
          stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;akochis@ecf.info
          ruptcy.com
          Arthur O'Reilly    on behalf of Interested Party   Detroit Institute of Arts
          aoreilly@honigman.com,  ahatcher@honigman.com
          Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
          and Agricultural Implement Workers of America bceccotti@cwsny.com
          Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
          Barbara A. Patek    on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C.
          bpatek@ermanteicher.com
          Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
          bpatek@ermanteicher.com
          Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
          bpatek@ermanteicher.com
          Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
          bfagan@dibandfagan.com
          Benjamin J. Wilensky   on behalf of Creditor Robert   Cole bjw@seikalystewart.com
          Brendan G. Best    on behalf of Interested Party   Ambac Assurance Corporation
          bbest@schaferandweiner.com,  wkyles@schaferandweiner.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

           Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com,
           wkyles@schaferandweiner.com
           Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com,
           wkyles@schaferandweiner.com
           Brendan H. Frey   on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteslaw.com,
           ssikorski@manteselaw.com
           Brett A. Border   on behalf of Creditor   U.S. Bank, N.A. bborder@sspclegal.com,
           joumedian@sspclegal.com
           Brett A. Border   on behalf of Creditor   U.S. Bank National Association bborder@sspclegal.com,
           joumedian@sspclegal.com
           Brett A. Border   on behalf of Interested Party   Schneiderman and Sherman, P.C.
           bborder@sspclegal.com, joumedian@sspclegal.com
           Brett A. Border   on behalf of Interested Party   Kondaur Capital Corporation
           bborder@sspclegal.com, joumedian@sspclegal.com
           Brett A. Border   on behalf of Creditor   Flagstar Bank, FSB bborder@sspclegal.com,
           joumedian@sspclegal.com
           Brian D. O'Keefe   on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
           Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association
           bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
           Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
           Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
           Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
           Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
           Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
           Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue
           Care Network of Michigan btrumbauer@bodmanlaw.com
           Bruce  Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan
           bbennett@jonesday.com
           Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
           Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com
           Carol Connor Cohen   on behalf of Interested Party   Ambac Assurance Corporation
           carol.cohen@arentfox.com
           Carol Connor Cohen   on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com
           Carole  Neville   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
           Michigan carole.neville@dentons.com
           Carole  Neville   on behalf of Retiree Committee   Official Committee of Retirees
           carole.neville@dentons.com,daniel.morris@dentons.com
           Caroline Turner English   on behalf of Plaintiff   Ambac Assurance Corporation
           caroline.english@arentfox.com
           Caroline Turner English   on behalf of Interested Party   Ambac Assurance Corporation
           caroline.english@arentfox.com
           Carolyn Beth Markowitz   on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
           Charles Bruce Idelsohn   on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
           charlesID@hotmail.com
           Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
           cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
           Charles N. Ash   on behalf of Creditor   UBS AG cash@wnj.com, kkranz@wnj.com
           Charles N. Ash   on behalf of Defendant   UBS AG cash@wnj.com, kkranz@wnj.com
           Charles N. Ash   on behalf of Defendant   Merrill Lynch Capital Services, Inc. cash@wnj.com,
           kkranz@wnj.com
           Charles N. Ash   on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com,
           kkranz@wnj.com
           Christopher A. Grosman   on behalf of Interested Party   BlackRock Financial Management, Inc.
           BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
           Christopher A. Grosman   on behalf of Creditor   Oakland County, Michigan BRCY@CarsonFischer.com,
           cgrosman@carsonfischer.com
           Claude D. Montgomery   on behalf of Retiree Committee   Official Committee of Retirees
           claude.montgomery@dentons.com,docketny@dentons.com,
           carole.neville@dentons.com;sam.alberts@dentons.com
           Claude D. Montgomery   on behalf of Plaintiff   Official Committee of Retirees of the City of
           Detroit, Michigan claude.montgomery@dentons.com,
           carole.neville@dentons.com;sam.alberts@dentons.com
           Courtney M. Rogers   on behalf of Interested Party   U.S. Bank National Association
           courtney.rogers@wallerlaw.com
           Courtney M. Rogers   on behalf of Creditor   U.S. Bank National Association
           courtney.rogers@wallerlaw.com
           Craig B. Rule   on behalf of Creditor   Everhome Mortgage Company bankruptcy@orlans.com,
           ANHSOA@earthlink.net
           Craig E. Zucker   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
           czucker@ermanteicher.com
           Craig E. Zucker   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
           czucker@ermanteicher.com
           Craig E. Zucker   on behalf of Creditor   Detroit Police Officers Association
           czucker@ermanteicher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Dan   Korobkin    on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party James  Washington dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
          Dan   Korobkin    on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
          Daniel J. Weiner   on behalf of Plaintiff  Ambac Assurance Corporation
            dweiner@schaferandweiner.com
          Daniel J. Weiner   on behalf of Interested Party  Ambac Assurance Corporation
            dweiner@schaferandweiner.com
          Daniel N. Adams   on behalf of Interested Party  Detroit Institute of Arts dadams@honigman.com,
            litdocket@honigman.com
          David Eisenberg   on behalf of Creditor  Detroit Police Officers Association
            deisenberg@ermanteicher.com
          David Eisenberg   on behalf of Creditor  Detroit Police Lieutenants and Sergeants Association
            deisenberg@ermanteicher.com
          David Eisenberg   on behalf of Creditor  Detroit Fire Fighters Association, I.A.F.F. Local 344
            deisenberg@ermanteicher.com
          David A. Lerner   on behalf of Creditor  Waste Management Inc. etal dlerner@plunkettcooney.com,
            nwinagar@plunkettcooney.com
          David E. Hart   on behalf of Creditor  FK Park, LLC deh@maddinhauser.com
          David E. Hart   on behalf of Creditor  FK South, LLC deh@maddinhauser.com
          David E. Lemke   on behalf of Creditor  U.S. Bank National Association david.lemke@wallerlaw.com
          David Gilbert Heiman   on behalf of Defendant  City of Detroit, Michigan dgheiman@jonesday.com
          David Gilbert Heiman   on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
          David Gilbert Heiman   on behalf of Debtor In Possession  City of Detroit, Michigan
            dgheiman@jonesday.com
          David L. Dubrow   on behalf of Plaintiff  Ambac Assurance Corporation david.dubrow@arentfox.com
          David L. Dubrow   on behalf of Interested Party  Ambac Assurance Corporation
            david.dubrow@arentfox.com
          David M. Zack   on behalf of Other Professional  McAlpine PC dmzack@mcalpinelawfirm.com,
            nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
            nepc.com
          David T. Lin   on behalf of Interested Party  The Kales Grand Circus Park, LLC dlin@seyburn.com,
            kbilpo@seyburn.com
          Dawn R. Copley   on behalf of Interested Party  State of Michigan dcopley@dickinsonwright.com,
            dnavin@dickinsonwright.com
          Dawn R. Copley   on behalf of Interested Party  State of Michigan, Department of Attorney
            General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
          Deborah  Kovsky-Apap   on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
            alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
            alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
            alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
            alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Debtor In Possession  City of Detroit, Michigan
            kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
            alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Plaintiff  City of Detroit, Michigan kovskyd@pepperlaw.com,
            alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Plaintiff  City of Detroit kovskyd@pepperlaw.com,
            alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant  City of Detroit, Michigan kovskyd@pepperlaw.com,
            alexsym@pepperlaw.com
          Deborah L. Fish   on behalf of Interested Party  Ad Hoc COPs Holders dfish@allardfishpc.com,
            allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Intervenor-Defendant  Panning Capital Management, LP
            dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party  Bronze Gable, L.L.C. dfish@allardfishpc.com,
            allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party  Dexia Credit Local dfish@allardfishpc.com,
            allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party  Aurelius Capital Management, LP
            dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party  Dexia Holdings, Inc. dfish@allardfishpc.com,
            allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Intervenor-Defendant  Aurelius Capital Management, LP
            dfish@allardfishpc.com,  allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Deborah L. Fish   on behalf of Interested Party   Monarch Alternative Capital LP
           dfish@allardfishpc.com, allardishpc@yahoo.com
          Deborah L. Fish   on behalf of Intervenor-Defendant   Stone Lion Capital Partners L.P.
           dfish@allardfishpc.com, allardishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Stone Lion Capital Partners L.P.
           dfish@allardfishpc.com, allardishpc@yahoo.com
          Deborah L. Fish   on behalf of Intervenor-Defendant   Bronze Gable, L.L.C. dfish@allardfishpc.com,
           allardishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
           dfish@allardfishpc.com, allardishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Panning Capital Management, LP
           dfish@allardfishpc.com, allardishpc@yahoo.com
          Deborah L. Fish   on behalf of Intervenor-Defendant   Monarch Alternative Capital LP
           dfish@allardfishpc.com, allardishpc@yahoo.com
          Dirk H. Beckwith   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2005
           dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Defendant   Wilmington Trust, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Defendant   U.S. Bank, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Interested Party   U.S. Bank N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Creditor   Wilmington Trust Company, National Association
           dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2006
           dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Creditor   U.S. Bank National Association
           dbeckwith@fosterswift.com
          Donald G. McGuigan, II   on behalf of Interested Party   Mario's Restaurant, Inc.
           don@mcguiganlaw.com
          Douglas Steele   on behalf of Interested Party   International Association of Fire Fighters,
           AFL-CIO, CLC dls@wmlaborlaw.com
          Douglas C. Bernstein   on behalf of Interested Party   Community Foundation for Southeast
           Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   Hudson-Webber Foundation
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   The Fred A. and Barbara M. Erb Family
           Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   W.K. Kellogg Foundation
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   Max M. and Marjorie S. Fisher Foundation
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   The Ford Foundation
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   Charles Stewart Mott Foundation
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   William Davidson Foundation
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   McGregor Fund
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   A. Paul and Carol C. Schaap Foundation
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Earle I. Erman   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
           eerman@ermanteicher.com
          Earle I. Erman   on behalf of Creditor   Detroit Police Officers Association
           eerman@ermanteicher.com
          Earle I. Erman   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
           eerman@ermanteicher.com
          Edward J. Gudeman   on behalf of Interested Party   Enjoi Transportation, LLC
           ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
          Edward J. Gudeman   on behalf of Interested Party   Upright Wrecking & Demolition, L.L.C.
           ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
          Edward Todd Sable   on behalf of Interested Party   General Motors LLC tsable@honigman.com,
           litdocket@honigman.com
          Elias T. Majoros   on behalf of Interested Party   US Health & Life Insurance Company
           emajoros@glmpc.com
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Champion Mortgage Company
           bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Federal National Mortgage Association
           (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Wells Fargo Bank, NA bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   EverBank bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Champion Mortgage Company
           bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Everhome Mortgage Company
           bankruptcy@orlans.com, ANHSOA@earthlink.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
          ecrowder@sbplclaw.com,  lhaas@sbplclaw.com
          Eric  Rosenberg   on behalf of Interested Party Patricia  Ramirez EJR@morganmeyers.com,
          amendiola@morganmeyers.com
          Eric B. Gaabo   on behalf of Debtor In Possession   City of Detroit, Michigan gaabe@detroitmi.gov
          Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan
          carlson@millercanfield.com
          Eric David Novetsky   on behalf of Creditor   National Public Finance Guarantee Corporation
          enovetsky@jaffelaw.com
          Ethan D. Dunn   on behalf of Creditor   Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
          bankruptcy.maxwelldunn@gmail.com
          Evan Justin Feldman   on behalf of Creditor   Police and Fire Retirement System of the City of
          Detroit efeldman@clarkhill.com
          Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit
          efeldman@clarkhill.com
          Fred  Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com
          Geoffrey T. Pavlic   on behalf of Creditor   Nuveen Asset Management pavlic@steinbergshapiro.com,
          jbrown@steinbergshapiro.com
          Geoffrey T. Pavlic   on behalf of Creditor   BlackRock Financial Management, Inc.
          pavlic@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          Geoffrey T. Pavlic   on behalf of Creditor   Ad Hoc Bondholder Committee
          pavlic@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          H. Nathan Resnick   on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
          jabdelnour@resnicklaw.net
          Harold E. Nelson   on behalf of Creditor   Advisacare Health Care Solutions, Inc.
          ecf-hen@rhoadesmckee.com
          Harold E. Nelson   on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
          Heath Douglas Rosenblat   on behalf of Counter-Claimant   Wilmington Trust, N.A.
          Heath.Rosenblat@dbr.com,  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust Company, National Association
          Heath.Rosenblat@dbr.com,  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust, National Association
          Heath.Rosenblat@dbr.com,  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat   on behalf of Defendant   Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
          Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heather  Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan
          hlennox@jonesday.com
          Heather  Lennox   on behalf of Defendant   City of Detroit, Michigan hlennox@jonesday.com
          Heidi  Peterson   hdpeterson75@gmail.com
          Howard R. Hawkins, Jr.   on behalf of Defendant   UBS AG howard.hawkins@cwt.com,
          mark.ellenberg@cwt.com;ellen.halstead@cwt.com
          Howard R. Hawkins, Jr.   on behalf of Creditor   Merrill Lynch Capital Services, Inc.
          howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;ellen.halstead@cwt.com
          Howard R. Hawkins, Jr.   on behalf of Defendant   Merrill Lynch Capital Services, Inc.
          howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;ellen.halstead@cwt.com
          Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt AG howard@jacobweingarten.com
          Howard S. Sher   on behalf of Intervenor-Defendant   Deutsche Bank AG, London
          howard@jacobweingarten.com
          Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
          howard@jacobweingarten.com
          Howard S. Sher   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank
          Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
          Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Holdings, Inc.
          howard@jacobweingarten.com
          Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Credit Local howard@jacobweingarten.com
          Howard Yale Lederman   on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
          Howard Yale Lederman   on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
          Howard Yale Lederman   on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
          Hugh M. Davis   on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
          Hugh M. Davis   on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
          Ian S. Bolton   on behalf of Creditor   FK Park, LLC ibolton@maddinhauser.com,
          bwislinski@maddinhauser.com;nanderson@maddinhauser.com
          Ian S. Bolton   on behalf of Creditor   FK South, LLC ibolton@maddinhauser.com,
          bwislinski@maddinhauser.com;nanderson@maddinhauser.com
          James  Sprayregen   on behalf of Interested Party   Syncora Capital Assurance Inc.
          james.sprayregen@kirkland.com
          James  Sprayregen   on behalf of Interested Party   Syncora Guarantee Inc.
          james.sprayregen@kirkland.com
          James  Sprayregen   on behalf of Interested Party   Syncora Holdings Ltd.
          james.sprayregen@kirkland.com
          Jamie Scott Fields   on behalf of Creditor Jamie  Fields jeansartre@msn.com
          Jamie Scott Fields   on behalf of Creditor   Retired Detroit Police Members Association
          jeansartre@msn.com
          Jason W. Bank   on behalf of Interested Party   Wade Trim Associates, Inc. jbank@kerr-russell.com
          Jason W. Bank   on behalf of Interested Party   New England Fertilizer Company
          jbank@kerr-russell.com
          Jeffery R. Sieving   on behalf of Creditor   International Outdoor, Inc. jeff@iobillboard.com
          Jeffrey  Rossman   on behalf of Creditor   U.S. Bank National Association jrossman@mwe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jeffrey Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
 Lhaidostian@mwe.com

Jeffrey David Eaton    on behalf of Creditor    FMS Wertmanagement jeaton@schiffhardin.com

Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com

Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP
 jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com

Jeffrey S. Grasl    on behalf of Creditor    Bishop Real Estate, L.L.C. jgrasl@mcdonaldhopkins.com,
 sharrow@mcdonaldhopkins.com

Jennifer Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
 jbelveal@honigman.com, mjohnson@honigman.com

Jennifer Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
 jbelveal@honigman.com, mjohnson@honigman.com

Jeremiah Buffalo Wirgau    on behalf of Interested Party    CitiMortgage, Inc. jwirgau@sspclegal.com

Jerome D. Goldberg    on behalf of Interested Party Jerome    Moore apclawyer@sbcglobal.net

Jerome D. Goldberg    on behalf of Creditor David    Sole apclawyer@sbcglobal.net

Jill Kristen Smith    on behalf of Creditor    Macomb County Jill.Smith@macombgov.org

John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com

John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 jstevens@mathesonparr.com, nlmumma@aol.com

John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
 pjohnson@bredhoff.com/mforan@bredhoff.com

John Joseph Ramirez    on behalf of Interested Party    Deutsche Bank AG, London
 john.ramirez@kattenlaw.com

John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com

John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
 john.sieger@kattenlaw.com

John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
 jcanzano@kmsmc.com

John T. Gregg    on behalf of Creditor    36th District Court for the State of Michigan
 jgregg@btlaw.com

Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
 green@millercanfield.com

Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
 green@millercanfield.com

Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
 jfischer@carsonfischer.com

Joseph Mark Fisher    on behalf of Creditor    FMS Wertmanagement mfisher@schiffhardin.com

Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
 litdocket@honigman.com

Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
 jgadharf@mcdonaldhopkins.com

Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
 jgadharf@mcdonaldhopkins.com

Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
 jgadharf@mcdonaldhopkins.com

Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com

Judy B. Calton    on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
 litdocket@honigman.com

Judy B. Calton    on behalf of Creditor    3250 Associated LLC jcalton@honigman.com,
 litdocket@honigman.com

Judy B. Calton    on behalf of Creditor    136 Bagley LLC jcalton@honigman.com,
 litdocket@honigman.com

Judy B. Calton    on behalf of Interested Party Michael    Duggan, Mayor jcalton@honigman.com,
 litdocket@honigman.com

Judy B. Calton    on behalf of Creditor    Arrow Uniform Rental, Inc. jcalton@honigman.com,
 litdocket@honigman.com

Judy B. Calton    on behalf of Interested Party    Detroit Entertainment, LLC jcalton@honigman.com,
 litdocket@honigman.com

Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
 litdocket@honigman.com

Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
 blundberg@honigman.com, litdocket@honigman.com

Judy B. Calton    on behalf of Creditor    5801 Southfield Service Drive Corp. jcalton@honigman.com,
 litdocket@honigman.com

Judy B. Calton    on behalf of Creditor    Fox Parking Garage, LLC jcalton@honigman.com,
 litdocket@honigman.com

Judy B. Calton    on behalf of Creditor    Parkrite Holdings LLC jcalton@honigman.com,
 litdocket@honigman.com

Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
 jcalton@honigman.com, litdocket@honigman.com

Judy B. Calton    on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com,
 litdocket@honigman.com

Judy B. Calton    on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com,
 litdocket@honigman.com

Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
 litdocket@honigman.com

Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
 litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Judy B. Calton   on behalf of Creditor   Imperial Manor House, LLC jcalton@honigman.com,
             litdocket@honigman.com
          Judy B. Calton   on behalf of Creditor   Ivey & Associates LLC jcalton@honigman.com,
             litdocket@honigman.com
          Judy B. Calton   on behalf of Interested Party   Greektown Casino, LLC jcalton@honigman.com,
             litdocket@honigman.com
          Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com,
             litdocket@honigman.com
          Judy B. Calton   on behalf of Creditor   120 W. Montcalm Properties LLC jcalton@honigman.com,
             litdocket@honigman.com
          Julia A. Caroff   on behalf of Interested Party   United States of America julia.caroff@usdoj.gov,
             mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
          Julie Beth Teicher   on behalf of Creditor   Detroit Police Officers Association
             jteicher@ermanteicher.com
          Julie Beth Teicher   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local
             344 jteicher@ermanteicher.com
          Julie Beth Teicher   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
             jteicher@ermanteicher.com
          Karen B. Dine   on behalf of Interested Party   Deutsche Bank Securities Inc.
             karen.dine@kattenlaw.com
          Karen Vivian Newbury   on behalf of Creditor   DEPFA Bank PLC knewbury@schiffhardin.com
          Karen Vivian Newbury   on behalf of Creditor   FMS Wertmanagement knewbury@schiffhardin.com
          Karin F. Avery   on behalf of Interested Party   Detroit Retired City Employees Association
             Avery@SilvermanMorris.com
          Karin F. Avery   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
             Association Avery@SilvermanMorris.com
          Karin F. Avery   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
             Avery@SilvermanMorris.com
          Karin F. Avery   on behalf of Plaintiff   Detroit Retired City Employees Association
             Avery@SilvermanMorris.com
          Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan
             kressk@pepperlaw.com, alexsym@pepperlaw.com
          Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank AG, London
             kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
          Kenneth E. Noble   on behalf of Intervenor-Defendant   Deutsche Bank AG, London
             kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
          Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank Securities Inc.
             kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
          Kenneth M. Schneider   on behalf of Interested Party Kenneth M. Schneider
             kschneider@schneidermiller.com
          Kevin M. Baum   on behalf of Interested Party   Deutsche Bank Securities Inc.
             kevin.baum@kattenlaw.com
          Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc.
             ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
          Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com
          Kristin K. Going   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2006
             Kristin.Going@dbr.com
          Kristin K. Going   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2005
             Kristin.Going@dbr.com
          Kurt Thornbladh   on behalf of Plaintiff   Peoples Water Board kthornbladh@gmail.com,
             thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff Nicole Hill kthornbladh@gmail.com,
             thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff Scott Eubank kthornbladh@gmail.com,
             thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff   National Action Network--Michigan Chapter
             kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Creditor   Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
             thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Interested Party   Housing is a Human Right Coalition
             kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff Maurika Lyda kthornbladh@gmail.com,
             thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff   Moratorium Now! kthornbladh@gmail.com,
             thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff Sylvia Taylor kthornbladh@gmail.com,
             thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff Rosalyn Walker kthornbladh@gmail.com,
             thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff Rosalyn Parham kthornbladh@gmail.com,
             thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Creditor   Michigan Welfare Rights Organization
             kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Creditor   Plymouth Square Ltd. Housing Association
             kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff   Michigan Welfare Rights Organization
             kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Kurt  Thornbladh   on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
             thornbladh.kurt3@gmail.com
          Kurt  Thornbladh   on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
             thornbladh.kurt3@gmail.com
          Kurt  Thornbladh   on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
             thornbladh.kurt3@gmail.com
          Kurt  Thornbladh   on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
             thornbladh.kurt3@gmail.com
          Kurt  Thornbladh   on behalf of Creditor  Michigan Auto Recovery Service, Inc.
             kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          Lawrence A. Larose  on behalf of Creditor  Assured Guaranty Municipal Corp.
             llarose@chadbourne.com,  skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Lawrence A. Larose  on behalf of Plaintiff  Assured Guaranty Municipal Corp.
             llarose@chadbourne.com,  skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Leah  Montesano  on behalf of Interested Party  Ambac Assurance Corporation
             leah.montesano@arentfox.com
          Leland  Prince   on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
          Lisa  Okasinski   on behalf of Creditor  HRT Enterprises lisa@demolaw.com
          Lisa Hill Fenning  on behalf of Creditor  General Retirement System of the City of Detroit
             Lisa.Fenning@aporter.com
          Lisa Hill Fenning  on behalf of Creditor  Police and Fire Retirement System of the City of
             Detroit Lisa.Fenning@aporter.com
          Louis P. Rochkind  on behalf of Plaintiff  National Public Finance Guarantee Corporation
             lrochkind@jaffelaw.com,  dburris@jaffelaw.com
          Louis P. Rochkind  on behalf of Creditor  National Public Finance Guarantee Corporation
             lrochkind@jaffelaw.com,  dburris@jaffelaw.com
          Lynn M. Brimer  on behalf of Creditor  Retired Detroit Police Members Association
             lbrimer@stroblpc.com,  kvanakin@stroblpc.com
          M. Ellen Dennis  on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
             dwhadden@umich.edu
          Mallory  Field  on behalf of Creditor  Retired Detroit Police Members Association
             MField@stroblpc.com,  sguarnieri@stroblpc.com
          Mami  Kato  on behalf of Interested Party  International Union of Operating Engineers, Local
             324 mkato@sachswaldman.com,  pmerchak@sachswaldman.com
          Mami  Kato  on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
             pmerchak@sachswaldman.com
          Mami  Kato  on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
             pmerchak@sachswaldman.com
          Mami  Kato  on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
             pmerchak@sachswaldman.com
          Mami  Kato  on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
             pmerchak@sachswaldman.com
          Mami  Kato  on behalf of Interested Party  Service Employees International Union, Local 517M
             mkato@sachswaldman.com,  pmerchak@sachswaldman.com
          Mami  Kato  on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
             pmerchak@sachswaldman.com
          Mami  Kato  on behalf of Creditor  Detroit Police Command Officers Association
             mkato@sachswaldman.com,  pmerchak@sachswaldman.com
          Mami  Kato  on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
             pmerchak@sachswaldman.com
          Marc N. Swanson  on behalf of Debtor In Possession  City of Detroit, Michigan
             swansonm@millercanfield.com
          Mark  Wasvary  on behalf of Creditor  Hyde Park Co-Operative, et al. mark@wasvarylaw.com
          Mark  Wasvary  on behalf of Creditor  Plymouth Square Ltd. Housing Association
             mark@wasvarylaw.com
          Mark A. Angelov  on behalf of Plaintiff  Ambac Assurance Corporation mark.angelov@arentfox.com
          Mark A. Angelov  on behalf of Interested Party  Ambac Assurance Corporation
             mark.angelov@arentfox.com
          Mark Allan Porter  on behalf of Other Professional  Allen Park Retirees Assn
             maplawat911@msn.com,  map-law.pllc@att.net
          Mark E. Bredow  on behalf of Creditor Carlton D. Carter mbredow@resnicklaw.net,
             jabdelnour@resnicklaw.net
          Mark E. Bredow  on behalf of Interested Party  Resnick & Moss, P.C. mbredow@resnicklaw.net,
             jabdelnour@resnicklaw.net
          Mark H. Shapiro  on behalf of Creditor  Nuveen Asset Management shapiro@steinbergshapiro.com,
             jbrown@steinbergshapiro.com
          Mark H. Shapiro  on behalf of Interested Party  The Securities Industry and Financial Markets
             Association shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          Mark H. Shapiro  on behalf of Creditor  BlackRock Financial Management, Inc.
             shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          Mark R. James  on behalf of Interested Party  Financial Guaranty Insurance Company
             mrj@wwrplaw.com
          Mark R. James  on behalf of Creditor  Financial Guaranty Insurance Company mrj@wwrplaw.com
          Mark S. Frankel  on behalf of Creditor  Waste Management Inc. etal mfrankel@couzens.com
          Marshall S. Huebner  on behalf of Creditor  Merrill Lynch Capital Services, Inc.
             bankrout@davispolk.com
          Mary Beth Cobbs  on behalf of Interested Party  Treasurer, City of Detroit cobbm@detroitmi.gov,
             mbcobbs@flash.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Mary Beth Cobbs   on behalf of Interested Party   City of Detroit Law Department
cobbm@detroitmi.gov, mbcobbs@flash.net

Matthew  Schneider   on behalf of Interested Party   State of Michigan SchneiderM7@michigan.gov

Matthew  Troy   on behalf of Interested Party   United States of America matthew.troy@usdoj.gov

Matthew  Wilkins   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
Michigan wilkins@bwst-law.com, marbury@bwst-law.com

Matthew  Wilkins   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
wilkins@bwst-law.com, marbury@bwst-law.com

Matthew  Wilkins   on behalf of Retiree Committee   Official Committee of Retirees
wilkins@bwst-law.com, marbury@bwst-law.com

Matthew  Wilkins   on behalf of Plaintiff   Detroit Retired City Employees Association
wilkins@bwst-law.com, marbury@bwst-law.com

Matthew  Wilkins   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
wilkins@bwst-law.com, marbury@bwst-law.com

Matthew  Wilkins   on behalf of Intervenor-Plaintiff   Official Committee of Retirees of the City
of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com

Matthew Gernet Summers   on behalf of Creditor   Erste Europaeische Pfandbrief- und
Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com

Matthew Gernet Summers   on behalf of Creditor   FMS Wertmanagement summersm@ballardspahr.com

Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
summersm@ballardspahr.com

Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt AG
summersm@ballardspahr.com

Max J. Newman   on behalf of Interested Party   Wayne County Corporation newman@butzel.com

Melissa Demorest LeDuc   on behalf of Creditor   T&T Management, Inc. melissa@demolaw.com,
paula@demolaw.com

Melissa Demorest LeDuc   on behalf of Creditor John  Denis melissa@demolaw.com,  paula@demolaw.com

Melissa Demorest LeDuc   on behalf of Creditor   John W. and Vivian M. Denis Trust
melissa@demolaw.com,  paula@demolaw.com

Melissa Demorest LeDuc   on behalf of Creditor James  Herbert melissa@demolaw.com,
paula@demolaw.com

Melissa Demorest LeDuc   on behalf of Creditor   HRT Enterprises melissa@demolaw.com,
paula@demolaw.com

Mercedes Varasteh Dordeski   on behalf of Creditor Johnathan Aaron Brown
mdordeski@foleymansfield.com,cindy@loevy.com

Meredith  Taunt   on behalf of Creditor   Retired Detroit Police Members Association
mtaunt@stroblpc.com, KVanAkin@stroblpc.com

Michael Anthony Karman   on behalf of Creditor   Fountain Court Consumer Housing Cooperative
makarmanesq@gmail.com

Michael Anthony Karman   on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com

Michael C. Hammer   on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com

Michael C. Hammer   on behalf of Interested Party   MGM Grand Detroit, LLC
mchammer2@dickinsonwright.com

Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu

Michael R. Bell   on behalf of Interested Party Bill  Schuette BellM1@michigan.gov

Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association
mike.paslay@wallerlaw.com,
Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com

Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC
msl@maddinhauser.com, bac@maddinhauser.com

My Chi To   on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
mao-bk-ecf@debevoise.com

Nabih H. Ayad   on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com

Nabih H. Ayad   on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com

Nabih H. Ayad   on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com

Nabih H. Ayad   on behalf of Interested Party   Michigan State Conference NAACP
ayadlaw@hotmail.com

Nabih H. Ayad   on behalf of Interested Party Donnell  White ayadlaw@hotmail.com

Nabih H. Ayad   on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com

Niraj R. Ganatra   on behalf of Creditor   International Union, United Automobile, Aerospace and
Agricultural Implement Workers of America Nganatra@uaw.net

Noah J. Ornstein   on behalf of Interested Party   Syncora Guarantee Inc.
noah.ornstein@kirkland.com

Noah J. Ornstein   on behalf of Interested Party   Syncora Capital Assurance Inc.
noah.ornstein@kirkland.com

Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
Paige.Barr@kattenlaw.com

Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com,
mkisell@plunkettcooney.com

Patrick E. Mears   on behalf of Creditor   36th District Court for the State of Michigan
pmears@btlaw.com

Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation
phage@jaffelaw.com, jtravick@jaffelaw.com

Paul R. Hage   on behalf of Plaintiff   National Public Finance Guarantee Corporation
phage@jaffelaw.com, jtravick@jaffelaw.com

Paula A. Hall   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Paula A. Hall   on behalf of Interested Party   Official Committee of Retirees of the City of
          Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com,
          marbury@bwst-law.com;pleban@bwst-law.com
          Peter D. Dechiara   on behalf of Creditor   International Union, United Automobile, Aerospace and
          Agricultural Implement Workers of America pdechiara@cwsny.com
          Peter J. Roberts   on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
          Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation
          pcanzano@sidley.com
          Ralph A. Taylor   on behalf of Interested Party   Ambac Assurance Corporation
          ralph.taylor@arentfox.com
          Ralph A. Taylor   on behalf of Plaintiff   Ambac Assurance Corporation ralph.taylor@arentfox.com
          Randall A. Brater   on behalf of Interested Party   Ambac Assurance Corporation
          randall.brater@arentfox.com
          Randall A. Pentiuk   on behalf of Interested Party   Lasalle Town Houses Cooperative Association
          RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Randall A. Pentiuk   on behalf of Interested Party   Joliet Town Houses Cooperative Association
          RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Randall A. Pentiuk   on behalf of Interested Party   Lafayette Town Houses, Inc.
          RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Randall A. Pentiuk   on behalf of Creditor   St. Martins Cooperative RPentiuk@PCK-Law.Com,
          Pentiukpc@aol.com
          Randall A. Pentiuk   on behalf of Interested Party   St. James Cooperative RPentiuk@PCK-Law.Com,
          Pentiukpc@aol.com
          Randall A. Pentiuk   on behalf of Interested Party   Nicolet Town Houses Cooperative Association
          RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Raymond  Guzall, III   on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
          Raymond  Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Raymond J. Sterling   on behalf of Creditor Cynthia A. Bibb rsterling@sterlingattorneys.com,
          destes@sterlingattorneys.com
          Richard  Levin   on behalf of Interested Party   Detroit Institute of Arts rlevin@cravath.com,
          mao@cravath.com
          Richard A. Roble (UST)   on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
          Richard G. Mack, Jr.   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
          richardmack@millercohen.com, mcoil@millercohen.com
          Richard G. Mack, Jr.   on behalf of Creditor   Michigan Council 25 of the American Federation of
          State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
          Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage
          Department ecf@kaalaw.com, wjackson@KAALaw.com
          Robert  Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission
          robert.darnell@usdoj.gov
          Robert  Fetter   on behalf of Interested Party   Local 3308 of the American Federation of State,
          County and Municipal Employees rfetter@millercohen.com,
          richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
          com
          Robert  Fetter   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
          rfetter@millercohen.com,
          richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
          com
          Robert  Fetter   on behalf of Interested Party   Local 917 of the American Federation of State,
          County and Municipal Employees rfetter@millercohen.com,
          richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
          com
          Robert A. Weisberg   on behalf of Creditor   Oakland County, Michigan BRCY@CARSONFISCHER.COM,
          rweisberg@carsonfischer.com
          Robert D. Gordon   on behalf of Creditor   General Retirement System of the City of Detroit
          rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of
          Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert M. Fishman   rfishman@shawfishman.com
          Robert N. Bassel   on behalf of Interested Party   Lasalle Town Houses Cooperative Association
          bbassel@gmail.com, robertbassel@hotmail.com
          Robert N. Bassel   on behalf of Interested Party   Lafayette Town Houses, Inc. bbassel@gmail.com,
          robertbassel@hotmail.com
          Robert N. Bassel   on behalf of Interested Party   Joliet Town Houses Cooperative Association
          bbassel@gmail.com, robertbassel@hotmail.com
          Robert N. Bassel   on behalf of Interested Party   St. James Cooperative bbassel@gmail.com,
          robertbassel@hotmail.com
          Robert N. Bassel   on behalf of Interested Party   Nicolet Town Houses Cooperative Association
          bbassel@gmail.com, robertbassel@hotmail.com
          Robert S. Hertzberg   on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Interested Party   City of Detroit, Michigan hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
          hertzbergr@pepperlaw.com,    alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald C. Liscombe    on behalf of Creditor    Public Lighting Authority rliscombe@alglawpc.com
          Rozanne M. Giunta    on behalf of Interested Party    State of Michigan rmgiunta@lambertleser.com
          Ryan  Cochran    on behalf of Creditor    U.S. Bank National Association ryan.cochran@wallerlaw.com
          Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
          Association rplecha@lippittokeefe.com,   jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighters Association
          rplecha@lippittokeefe.com,   jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
          rplecha@lippittokeefe.com,   jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association
          rplecha@lippittokeefe.com,   jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
          jgreeniajdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
          ryan.bennett@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
          ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
          justin.bernbrock@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
          ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
          justin.bernbrock@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
          ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com,
          dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
          nd.com;noah.ornstein@kirkland.com
          Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
          sam.alberts@dentons.com,   dan.barnowski@dentons.com
          Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
          Michigan sam.alberts@dentons.com,   dan.barnowski@dentons.com
          Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
          japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
          japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
          soconnor@glmpc.com
          Sara Klettke MacWilliams    on behalf of Creditor    Oakland County, Michigan
          macwilliams@youngpc.com,   efiling@youngpc.com
          Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
          david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
          stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com
          Scott B. Kitei    on behalf of Interested Party    Detroit Institute of Arts skitei@honigman.com
          Scott M. Watson    on behalf of Creditor    UBS AG swatson@wnj.com
          Scott R. Murphy    on behalf of Creditor    36th District Court for the State of Michigan
          smurphy@btlaw.com,   Roslyn.Thoits@btlaw.com
          Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Shannon L. Deeby    on behalf of Interested Party    General Retirement System of the City of
          Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Interested Party    Police and Fire Retirement System of the City
          of Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
          Detroit sdeeby@clarkhill.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit
             sdeeby@clarkhill.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of
             State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of
             State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 Of The American Federation of
             State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
             slevine@lowenstein.com
          Sheldon S. Toll   on behalf of Interested Party   Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
             lawtoll@comcast.net
          Sherrie L. Farrell   on behalf of Attorney   Dykema Gossett PLLC sfarrell@dykema.com,
             mpearson@dykema.com;docket@dykema.com
          Sherrie L. Farrell   on behalf of Creditor   Downtown Development Authority sfarrell@dykema.com,
             mpearson@dykema.com;docket@dykema.com
          Sheryl L. Toby   on behalf of Interested Party   Barclays Capital, Inc. stoby@dykema.com,
             dguerrero@dykema.com
          Sheryl L. Toby   on behalf of Creditor   Downtown Development Authority stoby@dykema.com,
             dguerrero@dykema.com
          Stephen Wolpert   on behalf of Creditor   Macomb County stephen.wolpert@dechert.com
          Stephen B. Grow   on behalf of Creditor   UBS AG sgrow@wnj.com, kfrantz@wnj.com
          Stephen B. Grow   on behalf of Creditor   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
             kfrantz@wnj.com
          Stephen B. Grow   on behalf of Defendant   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
             kfrantz@wnj.com
          Stephen B. Grow   on behalf of Defendant   UBS AG sgrow@wnj.com, kfrantz@wnj.com
          Stephen C. Hackney   on behalf of Interested Party   Syncora Holdings Ltd.
             stephen.hackney@kirkland.com
          Stephen C. Hackney   on behalf of Interested Party   Syncora Guarantee Inc.
             stephen.hackney@kirkland.com
          Stephen C. Hackney   on behalf of Interested Party   Syncora Capital Assurance Inc.
             stephen.hackney@kirkland.com
          Stephen C. Hackney   on behalf of Defendant   Syncora Guarantee, Inc. stephen.hackney@kirkland.com
          Stephen M. Gross   on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
             shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Interested Party   Syncora Guarantee Inc.
             sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Creditor   Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
             shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Interested Party   Syncora Holdings Ltd.
             sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Interested Party   Syncora Capital Assurance Inc.
             sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen S. LaPlante   on behalf of Defendant   City of Detroit, Michigan
             laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante   on behalf of Plaintiff   City of Detroit, Michigan
             laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan
             laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante   on behalf of Interested Party   Detroit Institute of Arts
             laplante@millercanfield.com, skoczylas@millercanfield.com
          Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov
          Steven G. Howell   on behalf of Interested Party   State of Michigan showell@dickinsonwright.com
          Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney
             General showell@dickinsonwright.com
          Stuart A. Gold   on behalf of Creditor   Detroit Public Library sgold@glmpc.com
          Susheel Kirpalani   on behalf of Plaintiff   Syncora Guarantee Inc.
             susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
          Susheel Kirpalani   on behalf of Interested Party   Syncora Guarantee Inc.
             susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
          Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com,
             mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmsisian@schiffhardin.com;edocket@schiffha
             rdin.com
          Tamar Dolcourt   on behalf of Debtor In Possession   City of Detroit, Michigan
             tdolcourt@foley.com
          Thomas B. Radom   on behalf of Creditor   Stroh Properties, Inc. Radom@butzel.com
          Thomas B. Radom   on behalf of Defendant   Detroit Police And Fire Retirement System Service
             Corporation Radom@butzel.com
          Thomas B. Radom   on behalf of Defendant   Detroit General Retirement System Service Corporation
             Radom@butzel.com
          Thomas P. Christy   on behalf of Creditor   Berkshire Hathaway Assurance Corporation
             tchristy@garanlucow.com
          Thomas R. Morris   on behalf of Plaintiff   Detroit Retired City Employees Association
             morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
             marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
             marlene@silvermanmorris.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
          Association morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
          morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
          marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association
          morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
          marlene@silvermanmorris.com
          Timothy A. Fusco   on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco   on behalf of Debtor In Possession   City of Detroit, Michigan
          fusco@millercanfield.com
          Timothy R. Graves   on behalf of Interested Party   Bronze Gable, L.L.C. tgraves@allardfishpc.com,
          allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
          tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Aurelius Capital Management, LP
          tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Stone Lion Capital Partners L.P.
          tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com,
          allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Panning Capital Management, LP
          tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com,
          allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Monarch Alternative Capital LP
          tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com,
          allardfishpc@yahoo.com
          Trevor J. Zamborsky   on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Nicholas  Martin tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Trevor J. Zamborsky   on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Trevor J. Zamborsky   on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
Vanessa G. Fluker   on behalf of Interested Party  Center for Community Justice and Advocacy
              vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com
William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whiston billwertheimer@gmail.com
William C. Blasses   on behalf of Interested Party Gary  Segatti wcb@osbig.com
William C. Blasses   on behalf of Creditor   Jackie's Transport, Inc. wcb@osbig.com
William C. Blasses   on behalf of Interested Party  Michigan Property Tax Relief, LLC
              wcb@osbig.com
William C. Blasses   on behalf of Interested Party  P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
William H. Goodman   on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
William H. Goodman   on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
William H. Goodman   on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
William H. Goodman   on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
William H. Goodman   on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
William H. Goodman   on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
William Norman Listman   on behalf of Interested Party  Southeastern Oakland County Water
              Authority wlistman@davislistman.com
William Pfeiffer Smith   on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
William W. Kannel   on behalf of Creditor  Ad Hoc Bondholder Committee wkannel@mintz.com
Winnifred P. Boylan   on behalf of Interested Party  State of Michigan wpboylan@lambertleser.com
Wolfgang  Mueller   on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
              jsmith@olsmanlaw.com
Wolfgang  Mueller   on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
              jsmith@olsmanlaw.com
Wolfgang  Mueller   on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
              jsmith@olsmanlaw.com
Wolfgang  Mueller   on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
              jsmith@olsmanlaw.com
Yuliy  Osipov   on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com,
              yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy  Osipov   on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
              yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy  Osipov   on behalf of Interested Party  Michigan Property Tax Relief, LLC
              yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy  Osipov   on behalf of Interested Party  P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
              yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                           TOTAL: 611