UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED
2014 AUG -5 P 3: 02
U.S. BANKRUPTCY COURT
E.D. MICHIGAN--DETROIT

CARL WILLIAMS AND HASSAN ALEEM
Creditor

v

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
        Debtor

Chapter 9
Case No. 13-53846
Hon: Steven W. Rhodes

## OBJECTION BECAUSE THE DISCRIMINATORY MANNER OF MANIPULATION OF THE VOTING PROCESS

THE FOURTH AMENDMENT NOTICE WAS AFTER THE FACT, AND THERE WAS NO FIFTH AMENDMENT NOTICE IT WAS UNTIMELY, CONTRARY TO THE FACTS AND LAW MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED IN A GOOD FAITH MANNER.

We/I object to the manipulation of the voting process where the Allowed Claim for Voting Purposes (ACVP) is used to calculate the 2/3 portion of the vote on the Plan of Adjustment. The ballots are counted in two ways you either accept the plan or reject the plan and the size of your acvp. The ACVP of the pensioners that retired after 2003 are larger because of the life expectancy and larger pensions. A younger retiree could have a ACVP of $150.000 and an older

retiree's $50.000. It would take three time older retiree to equal a younger retiree ACVP of the younger retiree in the vote. This is discriminatory in every since of the word.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Sheila Thompkin_

Address _2332 Prince Hall Dr._

City, State, & Zip _Det MI 48207_

Date _8/4/14_

Sign _Errol Guff_

Address _15005 Piedmont St_

City, State, & Zip _Detroit MI 48223_

Date _8-4-14_

Sign _Relinda Florence_

Address _20420 Anglin_

City, State, & Zip _Det MI 48234_

Date _8/4/2014_

Sign _Jesse Hopgood_

Address _20420 Angler_

City, State, & Zip _Detroit, Mi 48234_

Date _8/4/14_

Sign _Belinda Furbut_

Address _17160 Harlow St._

City, State, & Zip _Det. Mi. 48235_

Date _8/4/14_

Sign _Wandel Jeffco_ / WANDA JAN Hill

Address _16125 Oakfield_

City, State, & Zip _Det 48235_

Date _8/4/14_

Sign _William M Davis_

Address _9203 Littlefield St_

City, State, & Zip _Detroit, Mi, 48228_

Date _08/04/14_

Sign: Hassan Alex (?)
Address: 2440 Taylor
City, State, & Zip: Detroit, Mich 48206
Date: 8/4/14

Sign: Mary Diane Bubowski (?)
Address: 9000 E. Jefferson 28-2
City, State, & Zip: Detroit, MI 48214
Date: 8/4/14

Sign: Carl Williams (?)
Address: 10162 Somerset
City, State, & Zip: Detroit, Michigan 48224
Date: 8/4/14

Sign: ____
Address: ____
City, State, & Zip: ____
Date: ____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED
2014 AUG -5 P 3: 02
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
Creditor

v

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

Chapter 9
Case No. 13-53846
Hon: Steven W. Rhodes

Debtor
_____/

## PROOF OF SERVICES

_____Carl Williams_____, being first duly sworn deposes and your name

Say that on August 4 2014. I sent a copy of Objection to the Fourth and Fifth Amendment Plan of Adjustment because of the discriminatory voting procedure, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _____

Dated  August 4, 2014