UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED
2014 AUG -5 P 3:02
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
Creditor

V

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
        Debtor

Chapter 9
Case No. 13-53846
Hon: Steven W. Rhodes

## OBJECT TO THE MEANINGLESS SO-CALLED HEARINGS WITHOUT ANY LEGAL BINDING AFFECT

THE FOURTH AMENDMENT NOTICE WAS AFTER THE FACT, AND THERE WAS NO FIFTH AMENDMENT NOTICE IT WAS UNTIMELY, CONTRARY TO THE FACTS AND LAW MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED IN A GOOD FAITH MANNER.

We/I object to the Fourth and Fifth Amended Plans of Adjustment because of the deception. We were mislead to believing that we were having hearings on September 18 and 19 2013 and on July 15, 2014. It was reveal to creditors during the July 15,2014 so-called hearing that turned out to be just a meeting or gathering. Creditor/Objector Carl Williams asked Judge Steven W. Rhode was this a "presentation" or "testimony" and he said it was a "presenta

1

tion." When he asked the judge was it legally binding the judge reluctantly didn't say it was binding and stated it would be used in his decision or determination.

In the present context these principle require that a person have <u>timely</u> and <u>adequate</u> <u>notice</u> and a detailing the reasons for the notice and an <u>meaningful</u> <u>hearing</u> effective opportunity to defend. In this case or instance we had neither one and it was more egregious. Goldberg v. Kelly 397 U.S. 254 (1970) citing Armstrong v. Manzo, U.S. 545, 552 (1965). Goldberg also states that the parties are entitle to an impartial decision maker.

The residents and citizens were deceived to believe that they were at a hearing and giving testimony, instead it was a presentation with no legal affect. The whole so-called hearings and the process is nothing more than <u>sham</u> and <u>canard</u> to defraud that perpetrated fraudulent Concealment MCL 600. 5855 on the people to justify this illegal Kangaroo Judicial Orchestrated Bankruptcy.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Akeela Thompkin_

Address _2332 Prince Hall Dr_

City, State, & Zip _Det, MI 48207_

Date _8/4/14_

Sign _Ersol Guff_
Address _15005 Piedmont St._
City, State, & Zip _Detroit MI 48223_
Date _8-4-14_

Sign _Belinda Florence_
Address _20420 Anglin_
City, State, & Zip _Det MI 48234_
Date _8/4/2014_

Sign _Jesse Florence Jr_
Address _20420 Anglin_
City, State, & Zip _Det MI 48234_
Date _8/4/2014_

Sign _Belinda Furbert_
Address _17160 Harlow St_
City, State, & Zip _Det, Mi 48235_
Date _8/4/14_

Sign William M Davis
Address 9203 Littlefield St.
City, State, & Zip Detroit, MI 48228
Date 08/04/2014

Sign Mary Diane Bukowski
Address 9000 E. Jefferson #28-2
City, State, & Zip Detroit, Mich. 48214
Date 8/4/2014

Sign Hassan Aleem
Address 2440 Taylor
City, State, & Zip Detroit, Mich 48206
Date 8/4/14

Sign Carl B Williams
Address 10112 Somerset
City, State, & Zip Detroit Michigan 48224
Date 8/4/14

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED
2014 AUG -5 P 3:02
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

CARL WILLIAMS AND HASSAN ALEEM
Creditor

V

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
    Debtor
_____/

Chapter 9
Case No. 13-53846
Hon: Steven W. Rhodes

## PROOF OF SERVICES

_Carl Williams_____, being first duly sworn deposes and your name

Say that on August 4 2014. I sent a copy of Objection to the Fourth and Fifth Amendment Plan of Adjustment because the meaningless so-called hearings without any legal binding affect, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Cad BJ Williams_

Dated __August 4, 2014__