UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED
2014 AUG -5 P 3: 02
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
Creditor

V

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

Debtor

Chapter 9
Case No. 13-53846
Hon: Steven W. Rhodes

## OBJECT TO THE REFUSAL OF THE STATE TO PAY REVENUE SHARING OWED THE CITY OF DETROIT

THE FOURTH AMENDMENT NOTICE WAS AFTER THE FACT, AND THERE WAS NO FIFTH AMENDMENT NOTICE IT WAS UNTIMELY, CONTRARY TO THE FACTS AND LAW MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED IN A GOOD FAITH MANNER.

We/I object to the Fourth and Fifth Amended Plans of Adjustment because of the deception. We were mislead to believe that the Emergency Manager, Kevyn Orr filed for Bankruptcy on the behalf of the City of Detroit. When in fact the State filed bankruptcy through the Emergency Manager Kevyn Orr to avoid paying the revenue sharing money owed to the City of Detroit. The state owes over $224,000.000.00 for 2012 and $224,000.000.00 for 2013 and

1

approximately 139,000,000.00 for 2014 plus interest and other debts owed to Detroit from the State of Michigan. This is an unrestricted revenue sharing in according to State Revenue Sharing Act 140 of 1971the debt owed to Detroit by the state is over a half billion and climbing. This is a violation of state law and the Bankruptcy code you cannot file bankruptcy to avoid paying your responsibility or your debt.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_

Address _10112 Som_

City, State, & Zip _Detroit Michigan 48224_

Date _8/4/14_

Sign _Sheila Thompkin_

Address _2332 Prince Hall Dr,_

City, State, & Zip _Det, MI 48207_

Date _8/4/14_

Sign _Carol Guff_

Address _1500 S Piedmont St_

City, State, & Zip _Detroit MI 48223_ Date _8-4-14_

Sign: Belinda Valence
Address: 20420 Anglin
City, State, & Zip: Detroit MI 48234
Date: 8/4/2014

Sign: Joyce Honorable
Address: 20420 Anglin
City, State, & Zip: Detroit MI 48234
Date: 8/4/2014

Sign: Belinda Faulk
Address: 17160 Harlow St
City, State, & Zip: Det. Mi. 48235
Date: 8/4/14

Sign: Sheela Thompkins
Address: 2332 Prince Hall Dr.
City, State, & Zip: Det. MI 48207
Date: 8/4/14

Sign _Hassan Alan_

Address _2640 Taylor_

City, State, & Zip _Detroit, Mich 48206_

Date _8/4/14_

Sign _William M. Davis_

Address _9203 Littlefield_

City, State, & Zip _Detroit, Mich. 48228_

Date _08/04/2014_

Sign _Mary Diane Bukowski_

Address _9000 E. Jefferson #18-2_

City, State, & Zip _Detroit, MI 48214_

Date _8/4/14_

Sign _____

Address _____

City, State, & Zip _____

Date _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED
2014 AUG -5 P 3: 02
J.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
Creditor

V

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

Chapter 9
Case No. 13-53846
Hon: Steven W. Rhodes

Debtor

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and
your name

Say that on August 4 2014. I sent a copy of Objection to the Fourth and Fifth

Amendment Plan of Adjustment because of the owed Revenue sharing owed

to the City of Detroit, Upon the concern parties by certified mail at the

following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign_____Carl B Williams_____

Dated__August 4, 2014_____