UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------- x
                                                                 :
In re:                                                           :  Chapter 9
                                                                 :
CITY OF DETROIT, MICHIGAN,                                       :  Case No. 13-53846 (SWR)
                                                                 :
                                            Debtor.              :  Hon. Steven W. Rhodes
                                                                 :
                                                                 :
---------------------------------------------------------------- x

**STIPULATION FOR
ENTRY OF AN ORDER CONCERNING THE DEADLINE
TO DEPOSE HOWARD ATKINSON, JR. AND STUART L. WOHL**

**NOW COMES** the Official Committee of Retirees of the City of Detroit, Michigan (the "Committee"), along with Syncora Capital Assurance Inc. and Syncora Guarantee Inc. (collectively, "Syncora"), by and through the undersigned counsel, and hereby stipulate to entry of an Order Concerning the Deadline to Depose Howard Atkinson, Jr. and Stuart L. Wohl in the form of **Exhibit A** attached hereto.

**Whereas**, the Court entered the Seventh Amended Order Establishing the Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment [Docket No. 6560] (the "Seventh Amended Scheduling Order") on August 6, 2014. The Seventh Amended Scheduling Order establishes August 11, 2014, as the date to complete depositions of experts and non-expert witnesses.

**Whereas**, the Committee and Syncora agree that in order to accommodate the deponents' schedules, the depositions of Mr. Atkinson and Mr. Wohl will take place on August 13, 2014 at 9:00 a.m. and 1:00 p.m., respectively, at the Westin Book Cadillac Hotel in Detroit, MI.

| | |
|---|---|
| Dated:  August 8, 2014 | Respectfully submitted, |

*/s/ Stephen C. Hackney*
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

- and –

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075

*Attorneys for*
*Syncora Guarantee Inc. and*
*Syncora Capital Assurance Inc.*

/s/ Sam Alberts
Sam Alberts
Dan Barnowski
DENTONS US LLP
1301 K Street, NW,
Suite 600, East Tower
Washington, DC  20005
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
Sam.alberts@dentons.com
Dan.barnowski@dentons.com

Claude Montgomery
Carole Neville
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
Tel:   (212) 768-6700
Fax:   (212) 768-6800
claude.montgomery@dentons.com
carole.neville@dentons.com

*Attorneys for the Official Committee of Retirees of the City of Detroit, Michigan*

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re: | : | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 (SWR) |
| Debtor. | : | Hon. Steven W. Rhodes |

### ORDER CONCERNING THE DEADLINE
### TO DEPOSE HOWARD ATKINSON, JR. AND STUART L. WOHL

This matter having come to the Court upon the stipulation of Official Committee of Retirees, along with Syncora Capital Assurance Inc. and Syncora Guarantee Inc., and the Court being otherwise duly advised in the premises;

**NOW, THEREFORE**, **IT IS ORDERED** that the deadline for Syncora to depose Howard Atkinson, Jr. and Stuart L. Wohl is extended through and including **August 13, 2014**. All other deadlines in the *Seventh Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment* [Docket No. 6560] remain the same.