UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED 2014 AUG -9 A 9:34

BANKRUPTCY
E.D. MICHIGAN DETROIT

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

## JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System retiree, a member of Class 11. I support and join in the Objecting Creditor Michael J. Karwoski's Objections to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5923, 7/10/14) and John P. Quinn's Objections to Fourth Amended Plan of Adjustment (Doc. 5723, 7/1/14). I request that the Court sustain those objections.

Signature: _Michael Diegel_

Printed name: _Michael Diegel_

Address: _48683 Sundance Ct_
_Shelby Twp, MI, 48315_

Phone: _586-8723800_

Dated: _7-30-14_

Sent from Amru's iPad

http://webmailb.juno.com/webmail/new/8?folder=Inbox&command=print&msgList=0000... 7/27/2014