UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

In re:

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9

Case No. 13-53846 (SWR)

Hon. Steven W. Rhodes

---

## ORDER CONCERNING THE DEADLINE
## TO DEPOSE HOWARD ATKINSON, JR. AND STUART I. WOHL

This matter having come to the Court upon the stipulation of Official Committee of Retirees, along with Syncora Capital Assurance Inc. and Syncora Guarantee Inc., and the Court being otherwise duly advised in the premises;

**NOW, THEREFORE**, **IT IS ORDERED** that the deadline for Syncora to depose Howard Atkinson, Jr. and Stuart I. Wohl is extended through and including **August 13, 2014**. All other deadlines in the *Seventh Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment* [Docket No. 6560] remain the same.

.

**Signed on August 08, 2014**

                                                            /s/ Steven Rhodes
                                                            Steven Rhodes
                                                            United States Bankruptcy Judge