# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

Debtor.

_____/

Chapter 9

Case No. 13-53846

Hon. Steve W. Rhodes

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On July 16, 2014, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document served per postal forwarding address via First Class mail on the service list attached hereto as **Exhibit A**:

- Notice of Filing Plan Supplement: Exhibit II.D.6 (Executory Contracts and Unexpired Leases to be Rejected) [Docket No. 5756]

Dated: July 18, 2014

Stephanie Delgado
KCC
2335 Alaska Ave
El Segundo, CA 90245

# EXHIBIT A

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Interclean Equipment Inc | 709 James L Hart Pkwy | Ypsilanti | MI | 48197-9791 |

In re City of Detroit, Michigan
Case No. 13-53846
13-53846-tjt    Doc 6613    Filed 08/08/14    Entered 08/08/14 19:48:23    Page 3 of 3
4 of 4