# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steve W. Rhodes |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On July 24, 2014, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document served per postal forwarding address via First Class mail on the service list attached hereto as **Exhibit A**:

- Notice of Filing Plan Supplement: Exhibit II.D.6 (Executory Contracts and Unexpired Leases to be Rejected) [Docket No. 5756]

Dated: August 1, 2014

Stephanie Delgado
KCC
2335 Alaska Ave
El Segundo, CA 90245

# EXHIBIT A

**Exhibit A**
**Served Via First Class Mail**

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Avance Communications Inc | 535 Griswold St Ste 111 | Detroit | MI | 48226-3673 |