# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steve W. Rhodes |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Marcedes L. Clanton, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On June 13, 2014, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail on the service list attached hereto as **Exhibit A**:

- **Certification of No Response or Objection Regarding Motion of the City of Detroit for (A) Relief from Automatic Stay, Pursuant to Section 362(d)(1) of the Bankruptcy Code, to Permit the Ordinary Course Liquidation of Disputed Workers' Compensation Claims and (B) Waiver of the Stay Imposed by Bankruptcy Rule 4001(a)(3)** [Docket No. 4741]

Furthermore, on June 16 2014, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail on the service list attached hereto as **Exhibit B**:

- **Notice of Hearing to Consider Approval of Disclosure Statement with Respect to Plan for Adjustment of Debts of the City of Detroit** [attached hereto as **Exhibit C**]

- **First Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment** [Docket No. 2755]

Dated: June 20, 2014

Marcedes L. Clanton
KCC
2335 Alaska Ave
El Segundo, CA 90245
Tel 310.823.9000

# EXHIBIT A

**Exhibit A**
**Served Via First Class Mail**

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Armstrong, Latoyia | 16765 Stricker Ave | Eastpointe | MI | 48021-3017 |

# EXHIBIT B

**Exhibit B**
**Served Via First Class Mail**

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| York, Matthew D | REDACTED | REDACTED | REDACTED | REDACTED |

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------x
                                                 :
In re                                            : Chapter 9
                                                 :
CITY OF DETROIT, MICHIGAN,                       : Case No. 13-53846
                                                 :
                Debtor.                          : Hon. Steven W. Rhodes
                                                 :
                                                 :
-------------------------------------------------x
```

## NOTICE OF HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT WITH RESPECT TO PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On February 21, 2014 the City of Detroit, Michigan (the "City") filed the *Plan for the Adjustment of Debts of the City of Detroit* (Docket No. 2708) (the "Plan") and the *Disclosure Statement with Respect to Plan for the Adjustment of Debts of the City of Detroit* (Docket No. 2709) (the "Disclosure Statement") with the Bankruptcy Court for the Eastern District of Michigan, Southern Division (the "Bankruptcy Court").

2. On February 21, 2014, the City filed the *Motion of the City of Detroit for Approval of the Proposed Disclosure Statement* (Docket No. 2713) (the "Disclosure Statement Approval Motion").

3. On April 14, 2014, the Bankruptcy Court will hold a hearing to consider whether the City's proposed Disclosure Statement contains adequate information. The hearing will be at 9:00 a.m. Eastern time at 231 W. Lafayette Blvd., Detroit, Michigan 48226. The hearing will take place before the Honorable Steven W. Rhodes, United States Bankruptcy Judge.

4. The Bankruptcy Court may continue the hearing after this time and date without prior notice to the parties. The City may modify the Disclosure Statement prior to the hearing, during the hearing or as a result of the hearing without further notice to the parties.

5. IF YOU WISH TO OBJECT TO THE APPROVAL OF THE DISCLOSURE STATEMENT AND DO NOT STRICTLY FOLLOW THESE PROCEDURES, YOU MAY BE BARRED FROM OBJECTING TO THE DISCLOSURE STATEMENT AND YOU MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.

6. Any objection or response to approval of the Disclosure Statement must be filed with the Bankruptcy Court on or before April 1, 2014.

7. The City shall file and serve a consolidated reply to all objections or responses to approval of the Disclosure Statement on or before April 4, 2014.

8. Copies of the Disclosure Statement Approval Motion; the Disclosure Statement, Plan and all amendments thereto; and related documents are available

on the internet, free of charge, at http://www.kccllc.net/Detroit and

http://www.detroitmi.gov/EmergencyManager.aspx.

9. In addition, copies of the Disclosure Statement Approval Motion; the Disclosure Statement, Plan and all amendments thereto; and related documents are available upon request by contacting Kurtzman Carson Consultants at City of Detroit Ballot Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 or by telephone at (877) 298-6236.

Dated: February 28, 2014

Respectfully,

 /s/  Heather Lennox
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 243-2382
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK
AND STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan  48226
Telephone:  (313) 963-6420
Facsimile:  (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY