Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 716, 231 W. Lafayette, Detroit, MI 48226** on **8/14/14** at **09:00 AM** to consider and act upon the following:

*6143* – Motion for Permissive Intevention, Etc. Filed by Creditor Michigan Welfare Rights Organization (Attachments: # 1 Petition for Permissive Intervention, etc. # 2 Notice and # 3 Certificate of Service) (Thornbladh, Kurt)

Dated: 8/6/14

                        BY THE COURT

                        Katherine B. Gullo
                        Clerk, U.S. Bankruptcy Court

                        BY: christine sikula
                        Deputy Clerk

In re:                                                    Case No. 13-53846-swr
City of Detroit, Michigan                                 Chapter 9
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2        User: csiku          Page 1 of 16          Date Rcvd: Aug 06, 2014
                           Form ID: ntchrgBK     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2014.
intp        +K.S. Doe,    c/o Seikaly & Stewart, P.C.,    30300 Northwestern Hwy., Suite 200,
             Farmington Hills, MI 48334-3228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2014                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2014 at the address(es) listed below:
          A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
          Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
           alfredo.perez@weil.com,kelly.diblasi@weil.com,debora.hoehne@weil.com,elizabeth.hendee@weil.com,
           edward.soto@weil.com,Edward.McCarthy@weil.com,brenda.funk@weil.com
          Alidz Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           oshagan@legghioisrael.com,  drf@legghioisrael.com
          Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
          Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
           allan.brilliant@dechert.com
          Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
           allan.brilliant@dechert.com
          Allison Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
           abach@dickinsonwright.com
          Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
           achouprouta@kramerlevin.com
          Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
           acaton@kramerlevin.com,  achouprouta@kramerlevin.com
          Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
           aap43@outlook.com,  aap43law@gmail.com
          Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
           aap43law@gmail.com
          Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
           agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
          Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
           wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
          Angela Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
           HollisR@dhcmi.org
          Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
           stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;akochis@ecf.info
           ruptcy.com
          Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
           aoreilly@honigman.com,  ahatcher@honigman.com
          Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
           and Agricultural Implement Workers of America bceccotti@cwsny.com
          Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
          Barbara A. Patek    on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C.
           bpatek@ermanteicher.com
          Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           bpatek@ermanteicher.com
          Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
           bpatek@ermanteicher.com
          Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
           bfagan@dibandfagan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Benjamin J. Wilensky    on behalf of Creditor Robert  Cole bjw@seikalystewart.com
          Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
          bbest@schaferandweiner.com,  wkyles@schaferandweiner.com
          Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
          wkyles@schaferandweiner.com
          Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
          wkyles@schaferandweiner.com
          Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
          ssikorski@manteselaw.com
          Brett A. Border    on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com,
          joumedian@sspclegal.com
          Brett A. Border    on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com,
          joumedian@sspclegal.com
          Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C.
          bborder@sspclegal.com,  joumedian@sspclegal.com
          Brett A. Border    on behalf of Interested Party    Kondaur Capital Corporation
          bborder@sspclegal.com,  joumedian@sspclegal.com
          Brett A. Border    on behalf of Creditor    Flagstar Bank, FSB bborder@sspclegal.com,
          joumedian@sspclegal.com
          Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association
          bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
          Association bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue
          Care Network of Michigan btrumbauer@bodmanlaw.com
          Bruce  Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan
          bbennett@jonesday.com
          Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
          Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
          Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation
          carol.cohen@arentfox.com
          Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
          Carole  Neville    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
          Michigan carole.neville@dentons.com
          Carole  Neville    on behalf of Retiree Committee    Official Committee of Retirees
          carole.neville@dentons.com,daniel.morris@dentons.com
          Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation
          caroline.english@arentfox.com
          Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation
          caroline.english@arentfox.com
          Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
          Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
          charlesID@hotmail.com
          Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
          cbullock@sbplclaw.com,  cdbullock@msn.com;lhaas@sbplclaw.com
          Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com,  kkranz@wnj.com
          Charles N. Ash    on behalf of Defendant    UBS AG cash@wnj.com,  kkranz@wnj.com
          Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com,
          kkranz@wnj.com
          Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com,
          kkranz@wnj.com
          Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc.
          BRCY@CarsonFischer.com,  cgrosman@carsonfischer.com
          Christopher A. Grosman    on behalf of Creditor    Oakland County, Michigan BRCY@CarsonFischer.com,
          cgrosman@carsonfischer.com
          Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
          claude.montgomery@dentons.com,docketny.dentons.com,
          carole.neville@dentons.com;sam.alberts@dentons.com
          Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of
          Detroit, Michigan claude.montgomery@dentons.com,
          carole.neville@dentons.com;sam.alberts@dentons.com
          Courtney M. Rogers    on behalf of Interested Party    U.S. Bank National Association
          courtney.rogers@wallerlaw.com
          Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association
          courtney.rogers@wallerlaw.com
          Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com,
          ANHSOA@earthlink.net
          Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
          czucker@ermanteicher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
          czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association
          czucker@ermanteicher.com
          Dan  Korobkin    on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party James  Washington dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
          Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation
          dweiner@schaferandweiner.com
          Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation
          dweiner@schaferandweiner.com
          David  Eisenberg    on behalf of Creditor    Detroit Police Officers Association
          deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
          deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
          deisenberg@ermanteicher.com
          David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
          nwinagar@plunkettcooney.com
          David E. Hart    on behalf of Creditor    FK Park, LLC deh@maddinhauser.com
          David E. Hart    on behalf of Creditor    FK South, LLC deh@maddinhauser.com
          David E. Lemke    on behalf of Creditor    U.S. Bank National Association david.lemke@wallerlaw.com
          David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
          dgheiman@jonesday.com
          David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
          nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
          nepc.com
          David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
          kbilpo@seyburn.com
          Dawn R. Copley    on behalf of Interested Party    State of Michigan dcopley@dickinsonwright.com,
          dnavin@dickinsonwright.com
          Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
          General dcopley@dickinsonwright.com,   dnavin@dickinsonwright.com
          Deborah  Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
          kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant    Panning Capital Management, LP
          dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Bronze Gable, L.L.C. dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Aurelius Capital Management, LP
          dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
          allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Deborah L. Fish   on behalf of Intervenor-Defendant   Aurelius Capital Management, LP
        dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Monarch Alternative Capital LP
        dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Intervenor-Defendant   Stone Lion Capital Partners L.P.
        dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Stone Lion Capital Partners L.P.
        dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Intervenor-Defendant   Bronze Gable, L.L.C. dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
        dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Panning Capital Management, LP
        dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Intervenor-Defendant   Monarch Alternative Capital LP
        dfish@allardfishpc.com, allardfishpc@yahoo.com
        Dirk H. Beckwith   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2005
        dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Defendant   Wilmington Trust, N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Defendant   U.S. Bank, N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Interested Party   U.S. Bank N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Creditor   Wilmington Trust Company, National Association
        dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2006
        dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Creditor   U.S. Bank National Association
        dbeckwith@fosterswift.com
        Donald G. McGuigan, II   on behalf of Interested Party   Mario's Restaurant, Inc.
        don@mcguiganlaw.com
        Douglas Steele   on behalf of Interested Party   International Association of Fire Fighters,
        AFL-CIO, CLC dls@wmlaborlaw.com
        Douglas C. Bernstein   on behalf of Interested Party   Community Foundation for Southeast
        Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
        Douglas C. Bernstein   on behalf of Interested Party   Hudson-Webber Foundation
        dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
        Douglas C. Bernstein   on behalf of Interested Party   The Fred A. and Barbara M. Erb Family
        Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
        Douglas C. Bernstein   on behalf of Interested Party   W.K. Kellogg Foundation
        dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
        Douglas C. Bernstein   on behalf of Interested Party   Max M. and Marjorie S. Fisher Foundation
        dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
        Douglas C. Bernstein   on behalf of Interested Party   The Ford Foundation
        dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
        Douglas C. Bernstein   on behalf of Interested Party   Douglas C. Bernstein
        dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
        Douglas C. Bernstein   on behalf of Interested Party   Charles Stewart Mott Foundation
        dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
        Douglas C. Bernstein   on behalf of Interested Party   William Davidson Foundation
        dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
        Douglas C. Bernstein   on behalf of Interested Party   McGregor Fund
        dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
        Douglas C. Bernstein   on behalf of Interested Party   A. Paul and Carol C. Schaap Foundation
        dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
        Earle I. Erman   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
        eerman@ermanteicher.com
        Earle I. Erman   on behalf of Creditor   Detroit Police Officers Association
        eerman@ermanteicher.com
        Earle I. Erman   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
        eerman@ermanteicher.com
        Edward J. Gudeman   on behalf of Interested Party   Enjoi Transportation, LLC
        ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
        Edward J. Gudeman   on behalf of Interested Party   Upright Wrecking & Demolition, L.L.C.
        ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
        Edward Todd Sable   on behalf of Interested Party   General Motors LLC tsable@honigman.com,
        litdocket@honigman.com
        Elias T. Majoros   on behalf of Interested Party   US Health & Life Insurance Company
        emajoros@glmpc.com
        Elizabeth M. Abood-Carroll   on behalf of Creditor   Champion Mortgage Company
        bankruptcy@orlans.com, ANHSOA@earthlink.net
        Elizabeth M. Abood-Carroll   on behalf of Creditor   Federal National Mortgage Association
        (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
        Elizabeth M. Abood-Carroll   on behalf of Creditor   Wells Fargo Bank, NA bankruptcy@orlans.com,
        ANHSOA@earthlink.net
        Elizabeth M. Abood-Carroll   on behalf of Creditor   EverBank bankruptcy@orlans.com,
        ANHSOA@earthlink.net
        Elizabeth M. Abood-Carroll   on behalf of Creditor   Champion Mortgage Company
        bankruptcy@orlans.com, ANHSOA@earthlink.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Elizabeth M. Abood-Carroll   on behalf of Creditor   Everhome Mortgage Company
  bankruptcy@orlans.com, ANHSOA@earthlink.net
Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
  ecrowder@sbplclaw.com, lhaas@sbplclaw.com
Eric Rosenberg   on behalf of Interested Party Patricia Ramirez EJR@morganmeyers.com,
  amendiola@morganmeyers.com
Eric B. Gaabo   on behalf of Debtor In Possession   City of Detroit, Michigan gaabe@detroitmi.gov
Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan
  carlson@millercanfield.com
Eric David Novetsky   on behalf of Creditor   National Public Finance Guarantee Corporation
  enovetsky@jaffelaw.com
Ethan D. Dunn   on behalf of Creditor   Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
  bankruptcy.maxwelldunn@gmail.com
Evan Justin Feldman   on behalf of Creditor   Police and Fire Retirement System of the City of
  Detroit efeldman@clarkhill.com
Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit
  efeldman@clarkhill.com
Fred Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com
Geoffrey T. Pavlic   on behalf of Creditor   Nuveen Asset Management pavlic@steinbergshapiro.com,
  jbrown@steinbergshapiro.com
Geoffrey T. Pavlic   on behalf of Creditor   BlackRock Financial Management, Inc.
  pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
Geoffrey T. Pavlic   on behalf of Creditor   Ad Hoc Bondholder Committee
  pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
H. Nathan Resnick   on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
  jabdelnour@resnicklaw.net
Harold E. Nelson   on behalf of Creditor   Advisacare Health Care Solutions, Inc.
  ecf-hen@rhoadesmckee.com
Harold E. Nelson   on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
Heath Douglas Rosenblat   on behalf of Counter-Claimant   Wilmington Trust, N.A.
  Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust Company, National Association
  Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust, National Association
  Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heath Douglas Rosenblat   on behalf of Defendant   Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heather Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan
  hlennox@jonesday.com
Heather Lennox   on behalf of Defendant   City of Detroit, Michigan hlennox@jonesday.com
Heidi Peterson   hdpeterson75@gmail.com
Howard R. Hawkins, Jr.   on behalf of Defendant   UBS AG howard.hawkins@cwt.com,
  mark.ellenberg@cwt.com;ellen.halstead@cwt.com
Howard R. Hawkins, Jr.   on behalf of Creditor   Merrill Lynch Capital Services, Inc.
  howard.hawkins@cwt.com, mark.ellenberg@cwt.com;ellen.halstead@cwt.com
Howard R. Hawkins, Jr.   on behalf of Defendant   Merrill Lynch Capital Services, Inc.
  howard.hawkins@cwt.com, mark.ellenberg@cwt.com;ellen.halstead@cwt.com
Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt AG howard@jacobweingarten.com
Howard S. Sher   on behalf of Intervenor-Defendant   Deutsche Bank AG, London
  howard@jacobweingarten.com
Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
  howard@jacobweingarten.com
Howard S. Sher   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank
  Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Holdings, Inc.
  howard@jacobweingarten.com
Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Credit Local howard@jacobweingarten.com
Howard Yale Lederman   on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
Howard Yale Lederman   on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
Howard Yale Lederman   on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
Hugh M. Davis   on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
Hugh M. Davis   on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
Ian S. Bolton   on behalf of Creditor   FK Park, LLC ibolton@maddinhauser.com,
  bwislinski@maddinhauser.com;nanderson@maddinhauser.com
Ian S. Bolton   on behalf of Creditor   FK South, LLC ibolton@maddinhauser.com,
  bwislinski@maddinhauser.com;nanderson@maddinhauser.com
James Sprayregen   on behalf of Interested Party   Syncora Capital Assurance Inc.
  james.sprayregen@kirkland.com
James Sprayregen   on behalf of Interested Party   Syncora Guarantee Inc.
  james.sprayregen@kirkland.com
James Sprayregen   on behalf of Interested Party   Syncora Holdings Ltd.
  james.sprayregen@kirkland.com
Jamie Scott Fields   on behalf of Creditor Jamie  Fields jeansartre@msn.com
Jamie Scott Fields   on behalf of Creditor   Retired Detroit Police Members Association
  jeansartre@msn.com
Jason W. Bank   on behalf of Interested Party   Wade Trim Associates, Inc. jbank@kerr-russell.com
Jason W. Bank   on behalf of Interested Party   New England Fertilizer Company
  jbank@kerr-russell.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jeffery R. Sieving   on behalf of Creditor   International Outdoor, Inc. jeff@iobillboard.com
          Jeffrey Rossman   on behalf of Creditor   U.S. Bank National Association jrossman@mwe.com
          Jeffrey Rossman   on behalf of Defendant   U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
          Lhaidostian@mwe.com
          Jeffrey H. Bigelman   on behalf of Creditor   Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
          Jeffrey S. Grasl   on behalf of Creditor   Sprint Communications Company LP
          jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
          Jeffrey S. Grasl   on behalf of Creditor   Bishop Real Estate, L.L.C. jgrasl@mcdonaldhopkins.com,
          sharrow@mcdonaldhopkins.com
          Jennifer Zbytowski Belveal   on behalf of Defendant   Detroit Entertainment, LLC
          jbelveal@honigman.com, mjohnson@honigman.com
          Jennifer Zbytowski Belveal   on behalf of Defendant   Greektown Casino, LLC
          jbelveal@honigman.com, mjohnson@honigman.com
          Jeremiah Buffalo Wirgau   on behalf of Interested Party   CitiMortgage, Inc. jwirgau@sspclegal.com
          Jerome D. Goldberg   on behalf of Interested Party Jerome   Moore apclawyer@sbcglobal.net
          Jerome D. Goldberg   on behalf of Creditor David   Sole apclawyer@sbcglobal.net
          Jill Kristen Smith   on behalf of Creditor   Macomb County Jill.Smith@macombgov.org
          John A. Simon   on behalf of Debtor In Possession   City of Detroit, Michigan jsimon@foley.com
          John A. Stevens   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
          jstevens@mathesonparr.com, nlmumma@aol.com
          John E. Eaton   on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
          pjohnson@bredhoff.com;mforan@bredhoff.com
          John Joseph Ramirez   on behalf of Interested Party   Deutsche Bank AG, London
          john.ramirez@kattenlaw.com
          John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com
          John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
          john.sieger@kattenlaw.com
          John R. Canzano   on behalf of Creditor   Michigan Building and Construction Trades Council
          jcanzano@kmsmc.com
          John T. Gregg   on behalf of Creditor   36th District Court for the State of Michigan
          jgregg@btlaw.com
          Jonathan S. Green   on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC
          green@millercanfield.com
          Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan
          green@millercanfield.com
          Joseph M. Fischer   on behalf of Creditor   Oakland County, Michigan brcy@carsonfischer.com,
          jfischer@carsonfischer.com
          Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com,
          litdocket@honigman.com
          Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc.
          jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc.
          jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd.
          jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf   on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
          Judy B. Calton   on behalf of Creditor   Kennedy Square Garage LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton   on behalf of Creditor   Country West Apartments, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton   on behalf of Creditor   3250 Associated LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton   on behalf of Creditor   136 Bagley LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton   on behalf of Creditor   Olympia Office Building, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton   on behalf of Creditor   Sunrise Parking LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton   on behalf of Interested Party Michael   Duggan, Mayor jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton   on behalf of Creditor   Skyline Partners LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton   on behalf of Creditor   Arrow Uniform Rental, Inc. jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton   on behalf of Interested Party   Detroit Entertainment, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton   on behalf of Creditor   TC Manor House, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com,
          blundberg@honigman.com, litdocket@honigman.com
          Judy B. Calton   on behalf of Creditor   5801 Southfield Service Drive Corp. jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton   on behalf of Creditor   Fox Parking Garage, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton   on behalf of Creditor   Chene Square, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton   on behalf of Creditor   Parkrite Holdings LLC jcalton@honigman.com,
          litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Judy B. Calton   on behalf of Debtor In Possession   City of Detroit, Michigan
           jcalton@honigman.com, litdocket@honigman.com
          Judy B. Calton   on behalf of Creditor   Elizabeth Street Properties, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton   on behalf of Creditor   Blenheim Building, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton   on behalf of Creditor   Country House Apartments jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton   on behalf of Creditor   Columbia Parking LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton   on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton   on behalf of Creditor   Imperial Manor House, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton   on behalf of Creditor   Ivey & Associates LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton   on behalf of Interested Party   Greektown Casino, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton   on behalf of Creditor   120 W. Montcalm Properties LLC jcalton@honigman.com,
           litdocket@honigman.com
          Julia A. Caroff   on behalf of Interested Party   United States of America julia.caroff@usdoj.gov,
           mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
          Julie Beth Teicher   on behalf of Creditor   Detroit Police Officers Association
           jteicher@ermanteicher.com
          Julie Beth Teicher   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local
           344 jteicher@ermanteicher.com
          Julie Beth Teicher   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
           jteicher@ermanteicher.com
          Karen B. Dine   on behalf of Interested Party   Deutsche Bank Securities Inc.
           karen.dine@kattenlaw.com
          Karen Vivian Newbury   on behalf of Creditor   DEPFA Bank PLC knewbury@schiffhardin.com
          Karen Vivian Newbury   on behalf of Creditor   FMS Wertmanagement knewbury@schiffhardin.com
          Karin F. Avery   on behalf of Interested Party   Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Karin F. Avery   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
           Association Avery@SilvermanMorris.com
          Karin F. Avery   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
           Avery@SilvermanMorris.com
          Karin F. Avery   on behalf of Plaintiff   Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan
           kressk@pepperlaw.com, alexsym@pepperlaw.com
          Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank AG, London
           kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
          Kenneth E. Noble   on behalf of Intervenor-Defendant   Deutsche Bank AG, London
           kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
          Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank Securities Inc.
           kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
          Kenneth M. Schneider   on behalf of Interested Party Kenneth M. Schneider
           kschneider@schneidermiller.com
          Kevin M. Baum   on behalf of Interested Party   Deutsche Bank Securities Inc.
           kevin.baum@kattenlaw.com
          Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc.
           ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
          Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com
          Kristin K. Going   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2006
           Kristin.Going@dbr.com
          Kristin K. Going   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2005
           Kristin.Going@dbr.com
          Kurt Thornbladh   on behalf of Plaintiff   Peoples Water Board kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff   National Action Network--Michigan Chapter
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Creditor   Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Interested Party   Housing is a Human Right Coalition
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff   Moratorium Now! kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
       Kurt  Thornbladh   on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com,
       thornbladh.kurt3@gmail.com
       Kurt  Thornbladh   on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
       thornbladh.kurt3@gmail.com
       Kurt  Thornbladh   on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
       thornbladh.kurt3@gmail.com
       Kurt  Thornbladh   on behalf of Creditor   Michigan Welfare Rights Organization
       kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
       Kurt  Thornbladh   on behalf of Creditor   Plymouth Square Ltd. Housing Association
       kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
       Kurt  Thornbladh   on behalf of Plaintiff   Michigan Welfare Rights Organization
       kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
       Kurt  Thornbladh   on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
       thornbladh.kurt3@gmail.com
       Kurt  Thornbladh   on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
       thornbladh.kurt3@gmail.com
       Kurt  Thornbladh   on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
       thornbladh.kurt3@gmail.com
       Kurt  Thornbladh   on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
       thornbladh.kurt3@gmail.com
       Kurt  Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc.
       kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
       Lawrence A. Larose   on behalf of Creditor   Assured Guaranty Municipal Corp.
       llarose@chadbourne.com,  skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
       Lawrence A. Larose   on behalf of Plaintiff   Assured Guaranty Municipal Corp.
       llarose@chadbourne.com,  skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
       Leah  Montesano   on behalf of Interested Party   Ambac Assurance Corporation
       leah.montesano@arentfox.com
       Leland  Prince   on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
       Lisa  Okasinski   on behalf of Creditor   HRT Enterprises lisa@demolaw.com
       Lisa Hill Fenning   on behalf of Creditor   General Retirement System of the City of Detroit
       Lisa.Fenning@aporter.com
       Lisa Hill Fenning   on behalf of Creditor   Police and Fire Retirement System of the City of
       Detroit Lisa.Fenning@aporter.com
       Louis P. Rochkind   on behalf of Plaintiff   National Public Finance Guarantee Corporation
       lrochkind@jaffelaw.com,  dburris@jaffelaw.com
       Louis P. Rochkind   on behalf of Creditor   National Public Finance Guarantee Corporation
       lrochkind@jaffelaw.com,  dburris@jaffelaw.com
       Lynn M. Brimer   on behalf of Creditor   Retired Detroit Police Members Association
       lbrimer@stroblpc.com,  kvanakin@stroblpc.com
       M. Ellen Dennis   on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
       dwhadden@umich.edu
       Mallory  Field   on behalf of Creditor   Retired Detroit Police Members Association
       MField@stroblpc.com,  sguarnieri@stroblpc.com
       Mami  Kato   on behalf of Interested Party   International Union of Operating Engineers, Local
       324 mkato@sachswaldman.com,  pmerchak@sachswaldman.com
       Mami  Kato   on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
       pmerchak@sachswaldman.com
       Mami  Kato   on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
       pmerchak@sachswaldman.com
       Mami  Kato   on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
       pmerchak@sachswaldman.com
       Mami  Kato   on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
       pmerchak@sachswaldman.com
       Mami  Kato   on behalf of Interested Party   Service Employees International Union, Local 517M
       mkato@sachswaldman.com,  pmerchak@sachswaldman.com
       Mami  Kato   on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
       pmerchak@sachswaldman.com
       Mami  Kato   on behalf of Creditor   Detroit Police Command Officers Association
       mkato@sachswaldman.com,  pmerchak@sachswaldman.com
       Mami  Kato   on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
       pmerchak@sachswaldman.com
       Marc N. Swanson   on behalf of Debtor In Possession   City of Detroit, Michigan
       swansonm@millercanfield.com
       Mark  Wasvary   on behalf of Creditor   Hyde Park Co-Operative, et al. mark@wasvarylaw.com
       Mark  Wasvary   on behalf of Creditor   Plymouth Square Ltd. Housing Association
       mark@wasvarylaw.com
       Mark A. Angelov   on behalf of Plaintiff   Ambac Assurance Corporation mark.angelov@arentfox.com
       Mark A. Angelov   on behalf of Interested Party   Ambac Assurance Corporation
       mark.angelov@arentfox.com
       Mark Allan Porter   on behalf of Other Professional   Allen Park Retirees Assn
       maplawat911@msn.com,  map-law.pllc@att.net
       Mark E. Bredow   on behalf of Creditor Carlton D. Carter mbredow@resnicklaw.net,
       jabdelnour@resnicklaw.net
       Mark E. Bredow   on behalf of Interested Party   Resnick & Moss, P.C. mbredow@resnicklaw.net,
       jabdelnour@resnicklaw.net
       Mark H. Shapiro   on behalf of Creditor   Nuveen Asset Management shapiro@steinbergshapiro.com,
       jbrown@steinbergshapiro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Mark H. Shapiro   on behalf of Interested Party   The Securities Industry and Financial Markets
               Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
              Mark H. Shapiro   on behalf of Creditor   BlackRock Financial Management, Inc.
               shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
              Mark R. James   on behalf of Interested Party   Financial Guaranty Insurance Company
               mrj@wwrplaw.com
              Mark R. James   on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com
              Mark S. Frankel   on behalf of Creditor   Waste Management Inc. etal mfrankel@couzens.com
              Marshall S. Huebner   on behalf of Creditor   Merrill Lynch Capital Services, Inc.
               bankrout@davispolk.com
              Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov,
               mbcobbs@flash.net
              Mary Beth Cobbs   on behalf of Interested Party   City of Detroit Law Department
               cobbm@detroitmi.gov, mbcobbs@flash.net
              Matthew  Schneider   on behalf of Interested Party   State of Michigan SchneiderM7@michigan.gov
              Matthew  Troy   on behalf of Interested Party   United States of America matthew.troy@usdoj.gov
              Matthew  Wilkins   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
               Michigan wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew  Wilkins   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew  Wilkins   on behalf of Retiree Committee   Official Committee of Retirees
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew  Wilkins   on behalf of Plaintiff   Detroit Retired City Employees Association
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew  Wilkins   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew  Wilkins   on behalf of Intervenor-Plaintiff   Official Committee of Retirees of the City
               of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und
               Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
              Matthew Gernet Summers   on behalf of Creditor   FMS Wertmanagement summersm@ballardspahr.com
              Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
               summersm@ballardspahr.com
              Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt AG
               summersm@ballardspahr.com
              Max J. Newman   on behalf of Interested Party   Wayne County Corporation newman@butzel.com
              Melissa Demorest LeDuc   on behalf of Creditor   T&T Management, Inc. melissa@demolaw.com,
               paula@demolaw.com
              Melissa Demorest LeDuc   on behalf of Creditor John  Denis melissa@demolaw.com, paula@demolaw.com
              Melissa Demorest LeDuc   on behalf of Creditor   John W. and Vivian M. Denis Trust
               melissa@demolaw.com, paula@demolaw.com
              Melissa Demorest LeDuc   on behalf of Creditor James  Herbert melissa@demolaw.com,
               paula@demolaw.com
              Melissa Demorest LeDuc   on behalf of Creditor   HRT Enterprises melissa@demolaw.com,
               paula@demolaw.com
              Mercedes Varasteh Dordeski   on behalf of Creditor Johnathan Aaron Brown
               mdordeski@foleymansfield.com,cindy@loevy.com
              Meredith  Taunt   on behalf of Creditor   Retired Detroit Police Members Association
               mtaunt@stroblpc.com, KVanAkin@stroblpc.com
              Michael Anthony Karman   on behalf of Creditor   Fountain Court Consumer Housing Cooperative
               makarmanesq@gmail.com
              Michael Anthony Karman   on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com
              Michael C. Hammer   on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
              Michael C. Hammer   on behalf of Interested Party   MGM Grand Detroit, LLC
               mchammer2@dickinsonwright.com
              Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
              Michael R. Bell   on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
              Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association
               mike.paslay@wallerlaw.com,
               Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
               rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
              Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC
               msl@maddinhauser.com, bac@maddinhauser.com
              My Chi To   on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
               mao-bk-ecf@debevoise.com
              Nabih H. Ayad   on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com
              Nabih H. Ayad   on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
              Nabih H. Ayad   on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
              Nabih H. Ayad   on behalf of Interested Party   Michigan State Conference NAACP
               ayadlaw@hotmail.com
              Nabih H. Ayad   on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
              Nabih H. Ayad   on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
              Niraj R. Ganatra   on behalf of Creditor   International Union, United Automobile, Aerospace and
               Agricultural Implement Workers of America Nganatra@uaw.net
              Noah J. Ornstein   on behalf of Interested Party   Syncora Guarantee Inc.
               noah.ornstein@kirkland.com
              Noah J. Ornstein   on behalf of Interested Party   Syncora Capital Assurance Inc.
               noah.ornstein@kirkland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
    Paige.Barr@kattenlaw.com

Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
    mkisell@plunkettcooney.com

Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
    pmears@btlaw.com

Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
    phage@jaffelaw.com,  jtravick@jaffelaw.com

Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
    phage@jaffelaw.com,  jtravick@jaffelaw.com

Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
    Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com

Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of
    Detroit, Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com

Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
    marbury@bwst-law.com;pleban@bwst-law.com

Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
    Agricultural Implement Workers of America pdechiara@cwsny.com

Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com

Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation
    pcanzano@sidley.com

Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation
    ralph.taylor@arentfox.com

Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com

Randall A. Brater    on behalf of Interested Party    Ambac Assurance Corporation
    randall.brater@arentfox.com

Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
    RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com

Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association
    RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com

Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc.
    RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com

Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
    Pentiukpc@aol.com

Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
    Pentiukpc@aol.com

Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
    RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com

Raymond  Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com

Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com

Raymond J. Sterling    on behalf of Creditor Cynthia A. Bibb rsterling@sterlingattorneys.com,
    destes@sterlingattorneys.com

Richard  Levin    on behalf of Interested Party    Detroit Institute of Arts rlevin@cravath.com,
    mao@cravath.com

Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov

Richard G. Mack, Jr.    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
    richardmack@millercohen.com,  mcoil@millercohen.com

Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
    State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com,  mcoil@millercohen.com

Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
    Department ecf@kaalaw.com,  wjackson@KAALaw.com

Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
    robert.darnell@usdoj.gov

Robert  Fetter    on behalf of Interested Party    Local 3308 of the American Federation of State,
    County and Municipal Employees rfetter@millercohen.com,
    richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
    com

Robert  Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
    rfetter@millercohen.com,
    richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
    com

Robert  Fetter    on behalf of Interested Party    Local 917 of the American Federation of State,
    County and Municipal Employees rfetter@millercohen.com,
    richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
    com

Robert A. Weisberg    on behalf of Creditor    Oakland County, Michigan BRCY@CARSONFISCHER.COM,
    rweisberg@carsonfischer.com

Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
    rgordon@clarkhill.com,  lbellguzzo@clarkhill.com

Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
    Detroit rgordon@clarkhill.com,  lbellguzzo@clarkhill.com

Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com

Robert M. Fishman    rfishman@shawfishman.com

Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
    bbassel@gmail.com,  robertbassel@hotmail.com

Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
    robertbassel@hotmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Robert N. Bassel   on behalf of Interested Party   Joliet Town Houses Cooperative Association
      bbassel@gmail.com,  robertbassel@hotmail.com
Robert N. Bassel   on behalf of Interested Party   Nicolet Town Houses Cooperative Association
      bbassel@gmail.com,  robertbassel@hotmail.com
Robert N. Bassel   on behalf of Interested Party   St. James Cooperative bbassel@gmail.com,
      robertbassel@hotmail.com
Robert S. Hertzberg   on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
      alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg   on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
      alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg   on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
      alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com,
      alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan
      hertzbergr@pepperlaw.com,  alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg   on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
      alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg   on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
      alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg   on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
      alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg   on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
      alexsym@pepperlaw.com;kuschj@pepperlaw.com
Ronald C. Liscombe   on behalf of Creditor   Public Lighting Authority rliscombe@alglawpc.com
Rozanne M. Giunta   on behalf of Interested Party   State of Michigan rmgiunta@lambertleser.com
Ryan  Cochran   on behalf of Creditor   U.S. Bank National Association ryan.cochran@wallerlaw.com
Ryan  Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
      jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
      Association rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
      rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha   on behalf of Interested Party   Detroit Retired City Employees Association
      rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha   on behalf of Plaintiff   Detroit Retired City Employees Association
      rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
      jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha   on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
      jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha   on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
      jgreeniajdobrzycki@lippittokeefe.com
Ryan Blaine Bennett   on behalf of Interested Party    Syncora Guarantee Inc.
      ryan.bennett@kirkland.com,
      dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
      nd.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett   on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
      dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
      nd.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett   on behalf of Interested Party   Syncora Capital Assurance Inc.
      ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
      justin.bernbrock@kirkland.com,
      dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
      nd.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett   on behalf of Interested Party    Syncora Guarantee Inc.
      ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
      justin.bernbrock@kirkland.com,
      dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
      nd.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett   on behalf of Interested Party    Syncora Holdings Ltd.
      ryan.bennett@kirkland.com, justin.bernbrock@kirkland.com,
      dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
      nd.com;noah.ornstein@kirkland.com
Sam J. Alberts   on behalf of Retiree Committee   Official Committee of Retirees
      sam.alberts@dentons.com,  dan.barnowski@dentons.com
Sam J. Alberts   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
      Michigan sam.alberts@dentons.com,  dan.barnowski@dentons.com
Samuel S. Kohn   on behalf of Creditor   Assured Guaranty Municipal Corp. skohn@chadbourne.com,
      japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
Samuel S. Kohn   on behalf of Plaintiff   Assured Guaranty Municipal Corp. skohn@chadbourne.com,
      japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
Sandra L. O'Connor   on behalf of Interested Party   US Health & Life Insurance Company
      soconnor@glmpc.com
Sara Klettke MacWilliams   on behalf of Creditor   Oakland County, Michigan
      macwilliams@youngpc.com,  efiling@youngpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
          david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
          stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com
          Scott B. Kitei    on behalf of Interested Party    Detroit Institute of Arts skitei@honigman.com
          Scott M. Watson    on behalf of Creditor    UBS AG swatson@wnj.com
          Scott R. Murphy    on behalf of Creditor    36th District Court for the State of Michigan
          smurphy@btlaw.com,  Roslyn.Thoits@btlaw.com
          Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Seth P. Tompkins    on behalf of Creditor    Spalding DeDecker Associates, Inc.
          sptompkins@swappc.com,  abostice@swappc.com
          Shannon L. Deeby    on behalf of Interested Party    General Retirement System of the City of
          Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Interested Party    Police and Fire Retirement System of the City
          of Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
          Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
          sdeeby@clarkhill.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
          State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
          State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
          State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
          slevine@lowenstein.com
          Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
          lawtoll@comcast.net
          Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
          mpearson@dykema.com;docket@dykema.com
          Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
          mpearson@dykema.com;docket@dykema.com
          Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
          dguerrero@dykema.com
          Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
          dguerrero@dykema.com
          Stephen  Wolpert    on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
          Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com,  kfrantz@wnj.com
          Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
          kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
          kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com,  kfrantz@wnj.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd.
          stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
          stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
          stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
          Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
          shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
          sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
          shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
          sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
          sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
          laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Plaintiff    City of Detroit, Michigan
          laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
          laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts
          laplante@millercanfield.com,  skoczylas@millercanfield.com
          Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
          Steven G. Howell    on behalf of Interested Party    State of Michigan showell@dickinsonwright.com
          Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
          General showell@dickinsonwright.com
          Stuart A. Gold    on behalf of Creditor    Detroit Public Library sgold@glmpc.com
          Susheel  Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
          susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
          Susheel  Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
          susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com,
    mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
    rdin.com
      Tamar  Dolcourt   on behalf of Debtor In Possession   City of Detroit, Michigan
    tdolcourt@foley.com
      Thomas B. Radom   on behalf of Creditor   Stroh Properties, Inc. Radom@butzel.com
      Thomas B. Radom   on behalf of Defendant   Detroit Police And Fire Retirement System Service
    Corporation Radom@butzel.com
      Thomas B. Radom   on behalf of Defendant   Detroit General Retirement System Service Corporation
    Radom@butzel.com
      Thomas P. Christy   on behalf of Creditor   Berkshire Hathaway Assurance Corporation
    tchristy@garanlucow.com
      Thomas R. Morris   on behalf of Plaintiff   Detroit Retired City Employees Association
    morris@silvermanmorris.com,  marlene@silvermanmorris.com
      Thomas R. Morris   on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
    marlene@silvermanmorris.com
      Thomas R. Morris   on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
    marlene@silvermanmorris.com
      Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
    Association morris@silvermanmorris.com,  marlene@silvermanmorris.com
      Thomas R. Morris   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
    morris@silvermanmorris.com,  marlene@silvermanmorris.com
      Thomas R. Morris   on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
    marlene@silvermanmorris.com
      Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association
    morris@silvermanmorris.com,  marlene@silvermanmorris.com
      Thomas R. Morris   on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
    marlene@silvermanmorris.com
      Timothy A. Fusco   on behalf of Interested Party  Meijer, Inc. fusco@millercanfield.com
      Timothy A. Fusco   on behalf of Debtor In Possession   City of Detroit, Michigan
    fusco@millercanfield.com
      Timothy R. Graves   on behalf of Interested Party   Bronze Gable, L.L.C. tgraves@allardfishpc.com,
    allardfishpc@yahoo.com
      Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
    tgraves@allardfishpc.com,  allardfishpc@yahoo.com
      Timothy R. Graves   on behalf of Interested Party   Aurelius Capital Management, LP
    tgraves@allardfishpc.com,  allardfishpc@yahoo.com
      Timothy R. Graves   on behalf of Interested Party   Stone Lion Capital Partners L.P.
    tgraves@allardfishpc.com,  allardfishpc@yahoo.com
      Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com,
    allardfishpc@yahoo.com
      Timothy R. Graves   on behalf of Interested Party   Panning Capital Management, LP
    tgraves@allardfishpc.com,  allardfishpc@yahoo.com
      Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com,
    allardfishpc@yahoo.com
      Timothy R. Graves   on behalf of Interested Party   Monarch Alternative Capital LP
    tgraves@allardfishpc.com,  allardfishpc@yahoo.com
      Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com,
    allardfishpc@yahoo.com
      Trevor J. Zamborsky   on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Nicholas  Martin tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Trevor J. Zamborsky   on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
           Trevor J. Zamborsky   on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Trevor J. Zamborsky   on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Vanessa G. Fluker   on behalf of Interested Party   Center for Community Justice and Advocacy
               vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
              William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
              William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com
              William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
              William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
              William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
              William C. Blasses   on behalf of Interested Party Gary  Segatti wcb@osbig.com
              William C. Blasses   on behalf of Creditor   Jackie's Transport, Inc. wcb@osbig.com
              William C. Blasses   on behalf of Interested Party   Michigan Property Tax Relief, LLC
               wcb@osbig.com
              William C. Blasses   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
              William H. Goodman   on behalf of Creditor Catherine E. Phillips mail@goodmanhurwitz.com
              William H. Goodman   on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
              William H. Goodman   on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
              William H. Goodman   on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
              William H. Goodman   on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
              William H. Goodman   on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
              William Norman Listman   on behalf of Interested Party   Southeastern Oakland County Water
               Authority wlistman@davislistman.com
              William Pfeiffer Smith   on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
              William W. Kannel   on behalf of Creditor   Ad Hoc Bondholder Committee wkannel@mintz.com
              Winnifred P. Boylan   on behalf of Interested Party   State of Michigan wpboylan@lambertleser.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
       Wolfgang  Mueller   on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
        jsmith@olsmanlaw.com
       Wolfgang  Mueller   on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
        jsmith@olsmanlaw.com
       Wolfgang  Mueller   on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
        jsmith@olsmanlaw.com
       Wolfgang  Mueller   on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
        jsmith@olsmanlaw.com
       Yuliy  Osipov   on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com,
        yo_ecf@osbig.com;tc_ecf@osbig.com
       Yuliy  Osipov   on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
        yo_ecf@osbig.com;tc_ecf@osbig.com
       Yuliy  Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC
        yotc_ecf@yahoo.com,   yo_ecf@osbig.com;tc_ecf@osbig.com
       Yuliy  Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
        yo_ecf@osbig.com;tc_ecf@osbig.com

TOTAL: 615