# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

      Debtor.

_____

Chapter 9
Case No. 13-53846-SWR
Hon. Steven W. Rhodes

## STIPULATION FOR ENTRY OF AN ORDER
## CONCERNING THE DEADLINE TO DEPOSE KIM NICHOLL

**NOW COMES** the Ad Hoc COPs Holders, along with the Official Committee of Retirees of the City of Detroit, Michigan (the "Retiree Committee"), by and through the undersigned counsel, and hereby stipulate to Entry of an Order Concerning the Deadline to Depose Kim Nicholl in the form of Exhibit A hereto.

**Whereas,** the Court entered the Seventh Amended Order Establishing the Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment [Docket No. 6560] (the "Seventh Amended Scheduling Order") on August 6, 2014. The Seventh Amended Scheduling Order establishes August 11, 2014 as the date to complete depositions of expert and non-expert witnesses.

**Whereas,** the Ad Hoc COPs Holders and the Retiree Committee agree that in order to accommodate the deponent's schedule, the deposition of Kim Nicholl will take place on Tuesday, August 12, 2014 at 10:30 a.m. (Prevailing Central Time) at the Offices of Dentons US LLP, located at 233 South Wacker Drive, Suite 7800, Chicago, IL 60606-6404.

[Signature page to follow]

/S/Deborah L. Fish
ALLARD & FISH, P.C.
Deborah L. Fish
2600 Buhl Building
535 Griswold
Detroit, MI 48226
Telephone: (313) 961-6141
Facsimile: (313) 961-6142
dfish@allardfishpc.com
P36580

KRAMER LEVIN NAFTALIS
& FRANKEL LLP
Thomas Moers Mayer
Jonathan M. Wagner
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for Ad Hoc COPs Holders*

/S/Claude Montgomery
Claude Montgomery
Carole Neville
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
Claude.montgomery@dentons.com
Carole.neville@dentons.com

Sam Alberts
Dan Barnowski
DENTONS US LLP
1301 K Street, NW,
Suite 600, East Tower
Washington DC 20005
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
Sam.Alberts@dentons.com
Dan.barnowski@dentons.com

*Attorneys for the Retiree Committee*

Detroit, Michigan
August 9, 2014

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

CITY OF DETROIT, MICHIGAN,
                                                      Chapter 9
                                                      Case No. 13-53846-SWR

     Debtor.
                                                       Hon. Steven W. Rhodes

_____

### <u>ORDER CONCERNING THE DEADLINE TO DEPOSE KIM NICHOLL</u>

The matter having come to the Court upon the stipulation of Ad Hoc COPs Holders, along with the Official Committee of Retirees of the City of Detroit, Michigan, and the Court being otherwise duly advised in the premises;

NOW, THEREFORE, IT IS ORDERED that the deadline for Ad Hoc COPs to depose Kim Nicholl is extended through and including August 12, 2014.  All other deadlines in the *Seventh Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment* [Docket No. 6560] remain the same.

**EXHIBIT A**