UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

    Debtor.

Chapter 9
Case No. 13-53846-SWR
Hon. Steven W. Rhodes

## ORDER CONCERNING THE DEADLINE TO DEPOSE KIM NICHOLL

The matter having come to the Court upon the stipulation of Ad Hoc COPs Holders, along with the Official Committee of Retirees of the City of Detroit, Michigan, and the Court being otherwise duly advised in the premises;

NOW, THEREFORE, IT IS ORDERED that the deadline for Ad Hoc COPs to depose Kim Nicholl is extended through and including August 12, 2014. All other deadlines in the *Seventh Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment* [Docket No. 6560] remain the same.

.

**Signed on August 11, 2014**

                                                        /s/ Steven Rhodes
                                                        **Steven Rhodes**
                                                        **United States Bankruptcy Judge**