FILED

2014 AUG 11 A 9: 53

U.S. BANK...
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Chapter 9

CITY OF DETROIT, MICHIGAN,

Case No. 13-53846

Debtor.

Hon. Steven W. Rhodes

## JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System retiree, a member of Class 11. I support and join in the Objecting Creditor Michael J. Karwoski's Objections to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5923, 7/10/14) and John P. Quinn's Objections to Fourth Amended Plan of Adjustment (Doc. 5723, 7/1/14). I request that the Court sustain those objections.

Signature: _Sabita_

Printed name: _SWATANTRA KUMAR BITTA_

Address: _39130 HAYWARD DR_

_WESTLAND MI-48185_

Phone: _734-392-0868_

Dated: _8/8/2014_

tp://webmail.dwsd.org/service/home/~/JoinderForm.PNG?auth=co&loc=en_US&id=119102&part=2.4        8/7/2014