July 29, 2014

US Bankruptcy Court
Judge Stephen W. Rhodes
211 West Fort
Suite 1700
Detroit Michigan 48226



RE:   Objection to City of Detroit's Fifth Amended Plan of Adjustment
      Case 13-53846

I am objecting to the Fifth Amended Plan for the Adjustment of Debts of the City of
Detroit (July 25, 2014) based on the following:

1. **AFS Recoupment (clawback?)**-This is my main objection. Is this the 13th check and
   AFS recoupment 2003-2013? For how long-the rest of my life? It will be more than
   15.5% if I live longer. Why at 6.75% interest? **I don't see the 13th checks mentioned.**
   **If the City is recouping ASF why not the 13th checks?** The more recent retirees are
   being targeted-anyone who retired before 2003 will not be affected. How will this be
   calculated? Will we see details for each year? This is inhumane and not fair. How can
   you target one set of retirees in the same class? Just because you had the misfortune of
   being in the system from 2003-2013 you can have your pension cut up to 15.5% ? Again,
   not fair. What is the statute of limitations? 6 years?

2. **The Vote**-I feel that I was intimidated and coerced into voting for the plan. Gov.
   Snyder and K. Orr were on tv and in the newspapers saying you will get nothing
   better-don't vote no in protest. The news media too-retirees must vote yes
   because there is nothing better-don't vote no in protest. The letters from GRS,
   DRCEA, and the Retiree Committee strongly suggesting we vote yes. At one of
   the meetings, lawyers for the Retiree Committee said to vote for the plan
   because there are not enough of us affected by the ASF recoupment to sway the
   vote. This was intimidation, coercion.

3. **Cuts 4.5%**-How was this calculated? For how long? Why are we taking cuts and not
   Police and Fire? Their pension funds are not that much better funded than the GRS. Not
   our fault they do not get social security.

4. **Cost of Living**-No cola for 10 years, or more, at 2.25% each year that adds another
   20%+ to the cuts. For how long? Again why is the GRS taking a total COLA cut when
   Police and Fire are not?

5. **Library Retirees**-Since the Detroit Public Library is an independent municipal
   corporation run by a seven member commission (and not in bankruptcy) and the Library
   continues to make payments to the GRS why are Library employees taking cuts?

6. **Health Care and VEBA**-I have not seen any information on the new agreement or on the VEBA. Is the VEBA for current retirees? Not clear. What is the coverage?
7. **Contributors Default**-If the State, DIA, or any of the foundations default on their pledges will our pensions be cut more? How much? How will this be calculated? If new officials are elected will these pledges hold?
8. **Banks $85 Million**-If this is approved by Judge Rhodes, can the banks (UBS and BOA) come back and sue the pension boards for the balance not paid by the City? Will that trigger further pension cuts? How much? How will this be calculated?

If all the above cuts come into play, pensions may be cut as much as 55% (maybe higher). Personally between the cuts, recoupment, and cost of health care my pension will be cut by 45%-55%.

I retired from the Detroit Public Library in 2010 after 38 years and 9 months of service. I worked longer so I would be comfortable in my retirement and maybe take a yearly vacation. I then moved from the City of Detroit to Saint Clair Shores to be near my mother who was in an Assisted Living Facility.

The one thing I thought I could always count on was my pension, after all it was protected by the Michigan Constitution. I always thought of the Michigan Constitution as our (public employees) version of the Pension Benefit Guaranty Corporation.

When there were talks of the City of Detroit filing for bankruptcy I was not too concerned, I knew Governor Snyder would pull the pensions from the bankruptcy filing in order to comply with the Michigan Constitution. The Governor fooled us again. I feel I'm being robbed. I carefully planned my retirement-now for nothing.

Even when the City of Detroit filed for bankruptcy, and Judge Rhodes ruled that pensions could be cut, I thought whatever cuts made by the City would be made up by the State (my interpretation of the Michigan Constitution). Evidently Governor Snyder does not agree.

**I am asking Judge Rhodes to reject this plan until the ASF recoupment is removed from the plan. Also, I am asking Judge Rhodes to call for another vote.**

Respectfully,

*M. W. Baker*

Dorothy M. W. Baker
22406 Rio Vista Street
Saint Clair Shores, MI 48081
586-552-8397
Email: bakerdmw@gmail.com