FILED
2014 AUG 11 A 10: 35
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re  
City of Detroit, Michigan  
Debtor

Chapter 9  
Case No. 13-53846  
Hon.: Steven W. Rhodes

/

# CREDITOR OBJECTION TO THE FIFTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

NOW COMES, Creditor Irma Industrious in pro per and for her Objection to the Fifth Amended Plan for the Adjustment of Debts of the City of Detroit states as follows:

Creditor notes that she did not receive a copy of the Fifth Amended Plan for the Adjustment of Debts of the City of Detroit in violation of her due process rights.

Debtor's Plan of Adjustment is not confirmable. Section 943 requires that a Chapter 9 Plan of Adjustment conform to State law. Debtor's Plan does not conform to State law as it seeks to impair accrued financial benefits that are guaranteed by the State of Michigan's Constitution.

Creditor incorporates the objections of all other creditors to Debtor's Fifth Amended Plan of Adjustment of Debts of the City of Detroit.

Further, Creditor incorporates by reference all objections that Creditor filed to the previous Plan of Adjustments filed by the Debtor.

Creditor restates all of the objections filed to the Debtor's prior Plans of Adjustment. Creditor notes that Creditor did not vote on this Plan of Adjustment and Debtor has failed to provide ballots to vote on the Fifth Amended Plan of Adjustment.

Further, Creditor objects to any additional Plan of Adjustment to be filed by the Debtor.

1

WHEREFORE, based on the foregoing, this Creditor respectfully objects to the Debtor's Fifth Amended Plan for the Adjustment of Debts of the City of Detroit.

Respectfully submitted,

_____
Irma Industrious
In Pro Per
Creditor
3051 Lindenwood Drive,
Dearborn, MI 48120
(313) 460-4731

2

13-53846-tjt    Doc 6630    Filed 08/11/14    Entered 08/11/14 11:17:12    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: City of Detroit

Debtor.

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven Rhodes

## PROOF OF SERVICE

I hereby certify that on August 11, 2014 (date of mailing), I served copies as follows:

1. Document(s) served: ① Creditor Objection to the Fifth Amended Plan for the Adjustment of Debts of the City of Detroit.

   ② Proof of Service

2. Served upon [name and address of each person served]:

   Heather Lennox
   Bruce Bennett
   Jones Day
   555 South Flower Street
   Fiftieth Floor
   Los Angeles, CA 90071

3. By First Class Mail.

Dated: August 11, 2014

(Signature of ~~Debtor~~) Creditor

Print Name: Irma Industrious

(Signature of Co-Debtor)

Print Name: _____

FILED
2014 AUG 11 A 10: 35
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT