UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Chapter 9
                                                Case No. 13-53846
City of Detroit, Michigan,                      Hon. Steven W. Rhodes
        Debtor.
_____/

<u>Certificate of Service</u>

The undersigned certifies that on the 8th day of August, 2014, she sent by first-class mail through the United States Postal Service a copy of the Order Regarding Participation at the Confirmation Hearing by Creditors Who Filed Objections Without an Attorney (Dkt. #6584) to the individuals listed on the attached mailing list at the addresses indicated thereon, with the exception of the individuals listed below whose mailing address was incomplete or missing from the records of the court:

        Alanni Ali

        Jerome Cullors

        Bruce Callaway

        Collis Edwards

        Percy Ross III

        Corwin Taylor


                                _____/s/ Christine L. Sikula____
                                        Deputy Clerk


Entered August 11, 2014

Khalid Abdulbarr
14482 Eastburn
Detroit, MI 48205

Eloise Abram
2433 Sheridan
Detroit, MI 48214

Dempsey Addison
2727 Second Ave.
Suite 152
Detroit, MI 48201

Michael Addison
22077 Beech, Apt. 1012
Dearborn, MI 48124

Thomas Agens
28348 Elmdale St.
Saint Clair Shores, MI 48081

Hassan Aleem
2440 Taylor
Detroit, MI 48205

Alanna Ali
22859 Coachlight Circle

David Allen
18914 Gainsborough
Detroit, MI 48223

Jacqueline Allen
9967 Riverdale
Redford, MI 48239

Wilson Allen
19221 Keystone Street
Detroit, MI 48234

Reginald Amos
1310 Joliet Place
Detroit, MI 48207

Dorothy Anderson
1000 Whitmore, Apt. &#035;10
Detroit, MI 48203

Karen Anderson
20782 Knob Woods Dr., Apt. &#035;104
Southfield, MI 48026

Louise Anderson
812 Palo Alto Ct.
San Marcos, CA 92069

Jacqueline Anderson-Hutchings
2530 Woodrow Wilson Blvd., Apt. 1
West Bloomfield, MI 48324-1722

A. Andrews
17454 Five Points
Detroit, MI 48240

Brenda Andrews
18965 Muirland
Detroit, MI 48221

Linda Appling
15704 Sprenger Ave.
Eastpointe, MI 48021

Bonnie Armstrong
20228 Mark Twain
Detroit, MI 48235

Bernard Arnold
13535 LaSalle
Detroit, MI 48238

Charllotte Asaka
8925 E. Jefferson, &#035;6W
Detroit, MI 48214

Deborah Atkins
11391 Whitchill St.
Detroit, MI 48224

Marie Attaway
8745 Marygrove
Detroit, MI 48221

Laurence Aurbach
2811 McGill Terrace NW
Washington, DC 20008

Laurence Aurbach
2811 McGill Terrace NW
Washington, DC 20008

Juanita Austin
48651 Denton, Apt. &#035;101
Belleville, MI 48111

Dorothy Baker
22406 Rio Vista Street
Saint Clair Shores, MI 48081

Russell Baker Jr.
97 Willow Ave.
Hempstead, NY 11550

Estella Ball
751 W. Bethune
Detroit, MI 48202

Gail Barnard
5120 Beaubien
Detroit, MI 48202

Sandra Battle
8231 Marygrove
Detroit, MI 48221

Angela Bean
15250 Park
Oak Park, MI 48237

Colette Belenger
8120 East Jefferson
Detroit, MI 48214

Earnest Bell
21501 Eilomi
Apt. A15
St. Clair Shores, MI 40808

Audrey Bellamy
20540 Anita St.
Harper Woods, MI 48225

Daljit Benipal
8532 Chatham Dr.
Canton, MI 48187

Lillette Benn
22266 Civic Center Dr., &#035;207
Southfield, MI 48033

Willie Bennett
5041 Upton Ave. North
Mineapolis, MN 55430

Dave Benson III
8120 E. Jefferson &#035;3M
Detroit, MI 48214

Elizabeth Benson
8120 E. Jefferson &#035;3M
Detroit, MI 48214

Wayne Bernard
13650 Wadsworth
Detroit, MI 48227

Harriett Billingslea
12226 Laing St.
Detroit, MI 48224

Aaron Bird
47779 Fernwood , Apt. 14211
Wixom, MI 48393

James Bish
16852 Winthrop
Detroit, MI 48235

Bonnie Bizzell
8401 18 Mile Rd.
Apt. 124
Sterling Heights, MI 48313

Thelma Blackburn
19490 Appoline
Detroit, MI 48235

Cynthia Blair
8865 Esper St.
Detroit, Mi 48204

Walter Blaney
3296 Collingwood
Detroit, MI 48206

Binnie Boatner
5565 Hillsboro
Detroit, MI 48204

Brenda Boone
18831 Healy
Detroit, MI 48234

Alvin Boyd
15330 Blair
West Olive, MI 49460

James Boyd
20059 Secluded Ln.
Southfield, MI 48075

Patricia Boyd
15330 Blair
West Olive, MI 49460

Patricia Boyd
7418 Lacy Dr.
Belleville, MI 48111

Dino Braddy
8916 Sussex St.
Detroit, MI 48228

Ezza Brandon
848 Lothrop Road
Detroit, MI 48202

Robert Brewer
95 Mclean St.
Highland Park, MI 48203

Kevin Brinkley
17204 Albion
Detroit, MI 48234

Leonard Brogdon
17931 Redfern
Detroit, MI 48219

Minnie Brogdon
17931 Redfern
Detroit, MI 48219

Alvin Brooks
4243 W. Outer Drive
Detroit, MI 48221

Curtis Brooks
4836 Maxwell
Detroit, MI 48214

Erik J. Brown

Gueelma Brown
19350 Orleans St.
Detroit, MI 48203

Paulette Brown
19260 Lancashire
Detroit, MI 48223

Paulette Brown
6164 15 th St.
Detroit, MI 48208

Paulette Brown
P.O. Box 23207
Detroit, MI 48223

Vaughn Brown
9323 E. Walden Dr.
Belleville, MI 48111

Glenda Brownlee
9605 Faust Ave., Apt. 110
Detroit, MI 48228

Sandra Brunson
33112 Trafalgar Sq., Apt. &#035;7
Westland, MI 48186

Carolyn Bryant
10457 Merlin
Detroit, MI 48224

Harold Bryant
1810 Healy
Detroit, MI 48234

Mary Bukowski
9000 E. Jefferson, #28-2
Detroit, MI 48214

Geri Bugeja
16227 Riverview St.
Detroit, MI 48219

Laura Bryant
18710 Healy
Detroit, MI 48234

Regina Bryant
2996 Bewick St.
Detroit, MI 48214

David Bullock
701 W. Hancock
Detroit, MI 48201

Franklin Bumphus Jr.
19969 Old Homestead Dr.
Harper Woods, MI 48225

Shivani Buright
2 Woodward Ave., Ste. 434
Detroit, MI 48226

Eileen Burns
430 Leroy
Ferndale, MI 48220

Gwendolyn Bush-Smith
1431 Washington Blvd., Apt. 2203
Detroit, MI 48226

Fredia Butler
8286 Normile
Detroit, MI 48204

Steven Cabral
PO Box 28014
Detroit, MI 48228

Arnoldine Calhoun
15319 Greenlawn
Detroit, MI 48238

Bruce Callaway
15368 Riopelle

John Callaway
20219 Tracey
Detroit, MI 48235

LaTonya Callaway
20219 Tracey
Detroit, MI 48235

Claudette Campbell
1021 Winchester Ave.
Lincoln Park, MI 48146

George Cannon
8626 Artesian
Detroit, MI 48228

Gladys Cannon
1259 S. Beatrice
Detroit, MI 48217

Shelle Cannon
8626 Artesian
Detroit, MI 48228-3006

Durand Capers
16821 Prost St.
Detroit, MI 48235

Nancy Capers
27917 Eastwick Sq.
Roseville, MI 48066

James Capizzo
863 Venoy
Madison Heights, MI 48071

Bonita Carey-Powers
22046 Hunter Circle  S.
Taylor, MI 48180

Angela Carter
8287 Normile St.
Detroit, MI 48204

Calvin  Carter
13810 Rossini
Detroit, MI 48205

Evelyn Case
PO Box 6925
Detroit, MI 48206

Antonio Cassone
25612 Send St.
Roseville, MI 48066

Judge Caston Jr.
20015 Birwood
Detroit, MI 48221

Denise Cattron
13330 Vassar Ave.
Detroit, MI 48235

Thomas Cattron
13330 Vassar Ave.
Detroit, MI 48235

Gisele Caver
26721 Berg Rd., &#035;227
Southfield, MI 48033

Moncy Chacko
18831 Bainbridge
Livonia, MI 48152

Willie Chaffould
10836 Bonita St.
Detroit, MI 48224-2432

Michael Chandler Jr.
13661 Roselawn St.
Detroit, MI 48238

Geraldine Chatman
3700 Helen St
Detroit, mi 48207

Nadya Cherup
2187 London Bridge Dr.
Rochester Hills, MI 48307-4234

Martha Childress
16196 Cumberland Rd., Apt. 103
Southfield, MI 48075

Thomas Cipollone
49850 Joy Road
Plymouth, MI 48170

Claudia Clark
16134 Wisconsin
Detroit, MI 48221

Gina Clay
4706 E. Outer Dr.
Detroit, MI 48234

Ronald Clegg
21621 Ridgedale St.
Oak Park, MI 48237-2725

Chris Cleveland
3920 Benjamin
Royal Oak, MI 48073

Mary Cocanougher
18985 Wildemere
Detroit, MI 48221

David Cole
3420 Sandy Creek Rd.
Madison, GA 30650

Rosie Coleman
15759 Kentucky St.
Detroit, Mi 48238

Terry Coleman-Hannon
1535 Chateaufort Place
Detroit, MI 48207

Steven Cooley
11120 Gabriel St.
Romulus, MI 48174

Vincent Cooley
591 North Piper Ct.
Detroit, MI 48215

Jo Ann Cooper
13325 Longview St.
Detroit, MI 48213-1918

Bonita Cosby
13616 Birwood
Detroit, MI 48238

Robert Cox Jr.
4198 Burns
Detroit, MI 48214

Alma Cozart
18331 Shaftsbury
Detroit, MI 48219

Dacota Craft
8872 Faust Ave.
Detroit, MI 48228

Diane Crawford
1941 Orleans &#035;615
Detroit, MI 48207

Owen Creteau Jr.
12054 Chatham
Detroit, MI 48239

Terrence Crite
18115  Harlow
Detroit, MI 48235

Krystal Crittendon
19737 Chesterfield
Detroit, MI 48221

Jerome Cullors
14503 Artesian

Cameron Cummings
24341 Jerome
Oak Park, MI 48237

Pamela Cunningham
7700 Ella Jane Ln.
Charlotte, NC 28273-4781

Barbara Curl
11953 bloom
Detroit, MI 48212

Lashae Currie
8900 E. Jefferson, Apt. 1208
Detroit, MI 48214

Jason Daniels
9170 Whittier St.
Apt. 7
Detroit, MI 48224

Marilyn Daniels
1000 Jackson St.
Bellville, MI 48111

Ronald Danowski
35660 Wood St.
Livonoa, MI 48154-2278

Lucinda Darrah
492 Peterboro
Detroit, MI 48201

Brenda Davis
31418 Schoenherr Rd., Apt. 1
Warren, MI 48088

Eric Davis
16828 Whitcomb
Detroit, MI 48235

Joyce Davis
5099 French Rd.
Detroit, MI 48213

Keith Davis
15123 Faust
Detroit, MI 48223

Keith Davis
16805 Forrer
Detroit, MI 48235

Kimberlee Davis
18828 Wakenden
Detroit, MI 48240

Sheryl Davis
6483 Colfax
Detroit, MI 48210

Sylvester Davis
13128 Griggs
Detroit, MI 48238

William M. Davis
9203 Littlefield
Detroit, MI 48228

Willie Davis
21789 Virginia St.
Southfield, MI 48076

Nobbie Dawsey
8054 House
Detroit, MI 48234

Andrew DeRamer
31536 Eveningside
Fraser, MI 48026

Dawn DeRose
910 Seward, Apt. 206
Detroit, MI 48202

Lorraine DeRose Demchak
723 Delaware
Detroit, MI 48202

Niwana Dewhart
5812 Emeline
Detroit, MI 48212

Lewis Dickens III
1362 Joliet Pl.
Detroit, MI 48207

Rita Dickerson
19200 Prairie
Detroit, MI 48221

Michael Diegel
48683 Sundance Ct.
Shelby Twp., MI 48315

Elmarie Dixon
4629 Philip St.
Detroit, MI 48215

Lois Drafts
16850 Avon Ave.
Detroit, MI 48219

Alpha Drane
2695 Oakman Ct.
Detroit, MI 48238

Mary Driscoll
9236 Ashton
Detroit, MI 48228

Jean Duckett
16830 Mendota Street
Detroit, MI 48221-2829

David Dudley
14546 Marlowe
Detroit, MI 48227

Maggie Duncan
8294 Normile St.
Detroit, MI 48204

Teresa Duncan
3643 E. Willis
Detroit, MI 48207

Delores Dunn
16857 Asbury Pk.
Detroit, MI 48235

Collis Edwards

James Edwards
18024 Parkside
Detroit, MI 48045

Derek Emanuel
14034 Brougham Dr.
Sterling Heights, MI 48312

Latonya Emanuel
14034 Brougham Dr.
Sterling Heights, MI 48312

David Espie
9330 Faust
Detroit, MI 48228

Claude Evans
338 Worden
Ypsilanti, MI 48197

Darrell Evans
5721 Radnor
Detroit, MI 48224

Matthew Evans
23810 Samoset Trail
Southfield, MI 48033

Samdra Evans
13468 Crosley
Redford Twp., MI 48239

Helen Everett
24500 Metro Pkwy.
Apt. 110
Clinton Twp., MI 48035

Belinda Farhat
17160 Harlow St.
Detroit, MI 48235

David Fedenis
28422 Timothy Rd.
Chesterfield, MI 48047-4863

Rosalie Fedenis
28422 Timothy Rd.
Chesterfield, MI 48047

Anna Ferrante
50426 Lagae St.
New Baltimore, MI 48047

Richard Fields
23750 Fenkell
Apartment 214-B
Detroit, MI 48223

Gerald Fischer
3305 Tacoma Circle
Ann Arbor, MI 48108

Helen Fischer
265 N. Evergreen
Plymouth, MI 48170

Forest Flagg
8294 Normile St.
Detroit, MI 48204

Samuel Flemings
15400 Troester
Detroit, MI 48205

Kim Fletcher
18244 Sorrento
Detroit, MI 48235

Jesse Florence Sr.
20420 Anglin St.
Detroit, MI 48234

Gwendolyn Flowers
48733 Chelmsford Court
Chesterfield, MI 48047

Judy Flowers-Tisdale
26629 Dow St.
Redford, MI 48239

Carletha Fludd
18200 Cathedral St.
Detroit, MI 48228

George Fluker
9200 Cheyenne St.
Detroit, MI 48228

Paula Ford
1963 Thornhill Pl.
Detroit, MI 48207

Shrywee Ford
8081 Olympia
Detroit, MI 48213

William Ford
18034 Birchcrest Dr.
Detroit, MI 48221

Maretta Foster-Jackson
1431 Washington Blvd. 2003
Detroit, MI 48226

Alfonso Franklin Jr.
11327 Wade
Detroit, MI 48213

Jerry Franks
3946 Chalmers
Detroit, MI 48215

Gerrick Fudge
22615 N. Kane
Detroit, Mi 48223

Anthony Fuller
29292 Hoover Rd.
Warren, MI 48093

Orlando Fuller
18703 Ilene St.
Detroit, MI 48221

Phyllis Fuller
21961 Parklawn
Oak Park, MI 48237

Jeffrey Gadde
44930 Steeple Path
Novi, MI 48375

Edward Gaines
22259 Woodwill
Southfield, MI 48075

Gerald Galazka
44814 Marigold Dr.
Sterling Heights, MI 48314

Dannie Gallman-Gomes
16895 Normandy St.
Detroit, MI 48221-3139

Paul Gantz
6388 Radnor
Detroit, MI 48224

William Gardner
17147 Prevost St.
Detroit, MI

Diane Gary
16564 Indiana
Detroit, MI 48221

Anthony Gentry
2214 Pennsylvania
Detroit, MI 48214

Michelle George
7719 Prairie
Detroit, MI 48210

August Germany
2106 Bryanston Crescent
Detroit, MI 48207

Robert Gibson
13545 Westwood
Detroit, MI 48228

Sarah Giddens
16647 Whitcomb
Detroit, MI 48235

Girlie Gideon
12666 Lauder
Detroit, MI 48227

Adriane Girty
25896 Chippendale Ct.
Apt. C
Roseville, MI 48066

Donna Glanton
26011 Shiawassee Rd.
Southfield, MI 48033

Douglas Glavaz
3515 Harvard Rd.
Detroit, Mi 48224

Valerie Glenn-Simons
2820 East Grand Blvd.
Detroit, MI 48211

Valerie Glenn-Simons
8106 St. Paul Avenue
Detroit, MI 48214

Stephen Gold
15374 Riverdale
Detroit, MI 48223

Benyne Goldston
17385 Parkside
Detroit, MI 48221

Deborah Graham
18614 Fairfield
Detroit, MI 48221

Terry Graves
20310 Westmoreland
Detroit, Mi 48219

Deirdre Green
29662 Clarita St.
Livonia, MI 48152

Nehanda Green
PO Box 1396
Joliet, IL 60434

Errol Griffin
15005 Piedmont St
Detroit, MI 48223

Walter Griggs
10155 Duprey
Detroit, MI 48224-1279

Margaret Guttshall
4190 Kensington
Detroit, MI 48224

Janice Guy-Simmons
16175 Ferguson St.
Detroit, MI 48235

Andrea Hackett
1321 Orleans, Apt. 1011W
Detroit, MI 48207

James Hale
8705 Kings Wood St., Apt. 106
Detroit, MI 48221

Lenora Hall
8901 Marygrove
Detroit, Mi 48221

Willie Ham
912 Oceanwood Avenue
North Las Vegas, NV 89086

Kristen Hamel
3550 Bishop
Detroit, MI 48224

Barbara Harding
15800 Providence Dr.
Apt. 718
Southfield, MI 48075

Dolores Harold
1938 Hyde Park Dr.
Detroit, MI 48207

Roger Harper
18575 Autumn Lane
Southfield, MI 48076

Amber Harris
9730 Wyoming, Apt. F1
Detroit, MI 48204

Dorothea Harris
20552 Huntington
Harper Woods, MI 48225

Jay Harris Jr.
20552 Huntington
Harper Woods, MI 48225

Roy Harris
21789 Constitution St.
Southfield, MI 48076-5520

Samuel Harrison
16500 North Park Dr.
Apt. 1407
Southfield, MI 48075

Morris Hartman
12937 Mettetal St.
Detroit, MI 48227

Cynthia Haskin
19931 Marlowe
Detroit, MI 48235

Dan Headapohl
52507 Robins Nest
Chesterfield Township, MI 48047

Peggy Heade
24429 Evergreen
Southfield, MI

Randy Heard
16840 Strathmoor St.
Detroit, MI 48235

Dorothy Heide
6810 Rosemont
Detroit, MI 48228-5405

Katrina Henry
510 Trowbridge
Detroit, MI 48202

Vicki Herron
14900 Stahelin Ave.
Detroit, MI 48223

Derek Hicks
29637 Farmbrook Villa Ct.
Southfield, MI 48034

Gregory Hicks
18536 Plainview
Detroit, MI 48219

Larry Hicks
16950 Mary Road
Southfield, MI 48075

Jaide Highgate
3903 Courville
Detroit, MI 48224

Mary Highgate
26560  Bukq Rd
Warren, MI 48089

Arthur Hill
901 Archdale St.
Detroit, MI 48228

Barbara Hill
18499 Edinborough
Detroit, MI 48219

Barbara Hill
1300 E. Lafayette St, #408
Detroit, MI 48207

Howard Hill
20438 Goddard St.
Detroit, MI 48234

Wanda Jan Hill
16125 Oakfield
Detroit, MI 48235-3408

A. Hill-Higgins
4339 W. Outer Drive
Detroit, MI 48221

Ida Byrd Hill
P.O. Box 241488
Detroit, MI 48224

Keith Hines
832 Chalmers
Detroit, MI 48215

Abena Hogan
9270 Ward
Detroit, MI 48228

Emma Holden
19706 Cliff Dr.
Detroit, MI 48234

Laven Holloway
16246 Linwood St.
Detroit, MI 48221

Beverly Holman
2120 Hyde Park Dr.
Detroit, MI 48207

Barbara-Patricia Holt
c/o 16101 Heyden
Detroit , MI 48219-9999

Rickie Holt
c/o 16101 Heyden
Detroit, MI 48219

Mildred Hooper
8827 Marygrove Dr.
Detroit, MI 48221

Sandra Howard
15867 Coyle St.
Detroit, MI 48227

William Howard
17814 Charest
Detroit, MI 4812

Willie Howard
1541 E. Larned
Detroit, MI 48207

Carl Howell
5974 Bishop
Detroit, MI 48224

Hope Humbert
18655 Prairie
Detroit, MI 48221

Angles Hunt
2604 Cadillac Blvd.
Detroit, MI 48214

Barbara Hunt
20508 Monte Vista
Detroit, MI 48221

Kirk Hunter
14305 Faust Ave
Detroit, MI 48223

Michael Huston
23880 Sherman St.
Oak Park, MI 48237-1821


Ramez Ibrahim
535 S. Gulley Rd.
Dearborn, MI 48124

Irma Industrious
3051 Lindenwood Drive
Dearborn, MI 48120

Shinesta Ireland
P.O. Box 15
Saint Clair Shores, MI 48080


Jean Irwin
234 State St.
Apt. 1205
Detroit, MI 48226

Nabil Jaafar
15120 Prospect
Dearborn, MI 48126

Albert Jackson
30590 Southfield Rd
Southfield, MI 48076


Caroline Jackson
20183 San Juan Drive
Detroit, MI 48221

Dora Jackson
8311 Alpine St.
Detroit, MI 48204

Joann Jackson
16244 Princeton
Detroit, MI 48221


Leona Jackson
16181 Snowden
Detroit, MI 48235

Mary Jackson
8622 Robson
Detroit, MI 48228

Robert Jackson
551 S. Piper Ct.
Detroit, Mi 48215


Alfred Jefferson
5761 Kensington
Detroit, MI 48224


Bernice Jenkins
20200 Strathmoor
Detroit, MI 48235-1692

Charles Jenkins
16514 Baylis Street
Detroit, MI 48221-3235

Ricardo Jenkins
30635 Helmandale Dr.
Franklin, MI 48025


Samuel Jenning
15020 Greenfield
Detroit, MI 48225

Bertram Johnson
36 McLean St.
Highland Park, MI 48203


Carol Johnson
10411 Charlottsville Ct.
Las Vegas, NV 89149

Gladys Johnson
16516 Ohio
Detroit, MI 48221

Larry Johnson
8076 E. Brentwood St.
Detroit, MI 48234


Mattie Johnson
4744 Burns
Detroit, MI 48214

Orville Johnson
16516 Ohio
Detroit, MI 48221

Sivad Johnson
17567 Huntington
Detroit, MI 48219

Stephen Johnson
31354 Evergreen Road
Beverly Hils, MI 48025

Joyce Johnson-Jones
PO Box 231900
Detroit, MI 48223

Aaron Jones
6028 Whittier Str.
Detroit, MI 48224

Arlington Jones
18010 Littlefield
Detroit, MI 48235

Bernice Jones
20255 Steel St.
Detroit, MI 48235

Bonnie Jones
18600 Startmoor
Detroit, MI 48235

Brenda Jones
28422 Cumberland Dr.
Farmington Hills, MI 48334

Carl Jones Sr.
15473 Pierson St.
Detroit, MI 48223

Catherine Jones
9079 E. Outer Dr.
Detroit, MI 48213

Cheryl Jones
4382 W. Philadelphia
Detroit, MI 48204

Earline Jones
17352 Roselawn
Detroit, MI 48221

Felicia Jones
20141 Mitchell
Detroit, MI 48234

Gloria Jones
15403 Baylis
Detroit, MI 48238

Joseph Jones
19485 Asbuary Park
Detroit, MI 48219

Joseph Jones
19485 Asbury Park
Detroit, MI 48235

Martha Jones
10132 Curtis St.
Detroit, MI 48221

Sheila Jones
7300 E. Jefferson
Detroit, MI 48214

Theresa Jones
20600 Beaconsfield St., Apt. 1
Harper Woods, MI 48225-1017

Vivian Jones
18010 Littlefield
Detroit, MI 48235

Yvonne Jones
153 Arden Park
Detroit, MI 48202

Linda Jones-Ogletree
16580 Mansfield
Detroit, MI 48235

Lynda Jordan
4461 Spruce Ct.
Warren, MI 48092

Rita Jordan
4709 Grand Cypress
Macomb, MI 48044

Sharon Jordan
PO Box 8270
Eastpointe, MI 48021-8270

Kenneth Joyce
19331 Blackstone
Detroit, MI 48219

Clifford Junious
4444 28th Street
Detroit, MI 48210

Troy Kauffman
25138 Firwood
Warren, MI 48089

Grover Kennedy
14240 Faust
Detroit, MI 48223

Gerald Kent
23607 Norcrest
Southfield, MI 48033

William Keyes
18721 Jamestown Circle
Northville, MI 48168

Edna Keys
14824 Prairie St.
Detroit, MI 48238

Zelma Kinchloe
439 Henry St
Detroit, MI 48201

Zelma Kinchloe
439 Henry, Apt. 403
Detroit, MI 48201

Angela King
14661 Carlisle
Detroit, MI 48205

Dorothy King
20187 Houghton
Detroit, MI 48219

Timothy King
4102 Pasadena
Detroit, MI 48238

Joshua Klarr
16704 Forest
Eastpointe, MI

Francina Knall
15380 Evergreen Rd.
Detroit, MI 48223

Walter Knall
15380 Evergreen Rd.
Detroit, MI 48223-1741

Deborah Knight
19475 Appoline St.
Detroit, MI 48235

David Korona
2206 N. Lafayette
Dearborn, MI 48218

Jan Kruszewski
420 Knollwood
Lake Orion, MI 48362

Annie Kuykendall
17300 Hartwell
Detroit, MI 48235

Douglas Kuykendall
5119 Cadillac Blvd.
Detroit, MI 48213

Nancy Kuykendall
5121 Cadillac
Detroit, MI 48213

Cheryl LaBash
16139 Chapel Street
Detroit, MI 48219

Cheryl Labash
16139 Chapel
Detroit, MI 48219

Carolyn Lamb
5073 Heather Dr., Apt. 211
Dearborn, MI 48126

Estella Lanier
8827 Marygrove Dr.
Detroit, MI 48221

Daniel Lapez
14338 Polk
Taylor, MI 48180

Diana Lawrence
14121 Asbury Park
Detroit, MI 48227-1366

J. Lawson
532 S. Schroeder
Detroit, MI 48209

Rhonda Leary
14909 Wisconsin St.
Detroit, MI 48238

Amber Lee
8729 Marygrove
Detroit, MI 48221

Lee Lee
8729 Marygrove
Detroit, MI 48221

Michael Lee
8729 Marygrove
Detroit, MI 48221

Steven Leggat
15477 Oakfield
Detroit, MI 48227

Larry Leipprandt
21398 Purdue Ave.
Farmington Hills, MI 48336

Richard Lewandowski
1710 Stanhope
Grosse Pointe Woods, MI 48236

Bobby Lewis
18237 Monica Street
Detroit, MI 48221

Mattie Lewis
10763 Somerset
Detroit, MI 48224

Pearl Lewis
4339 Herbert
Detroit, MI 48210

Monica Lewis-Patrick
1520 Chateaufort Place
Detroit, MI 48207

Vonetta Lipscomb
8835 Terry
Detroit, MI 48228

Leslie Little
18949 Plainview
Detroit, MI 48219

Julie Logart
4019 Devonshire
Detroit, MI 48204

Aquanetta Longmie-Boyd
3015 S. Greyfriar St.
Detroit, MI 48217

Linda Loveday
19950 Blackstone
Detroit, Mi 48219

Cordell Lovelady
19950 Blackstone
Detroit, MI 48219

Linda Lovelady
19950 Blackstone
Detroit, MI 48219

James Lovely
18716 Monte Vesta
Detroit, MI 48221

James Lovely
18716 Monte Vista St.
Detroit, MI 48221

Bennie Loyd
8900 E. Jefferson
Detroit, MI 48204

George Lyons
17553 Tracey
Detroit, MI 48235

Paula Lytle
11808 Valley Blvd.
Warren, MI 48093

Alexander MacDonald
23141 Lorraine Blvd.
Brownstown, MI 48183

Harriet Madison
155 Chicago
Detroit, MI 48202

Barbara Magee
5154 Burns St.
Detroit, MI 48213

Barbara Magee
5154 Burns St.
Detroit, MI 48213

Murphy Magee
5170 Seminole
Detroit, MI 48213

Ruby Magee
18621 Gruebner
Detroit, MI 48234

Vera Magee
5165 Iroquois
Detroit, MI 48213

David Malhalab
8451 Appleton
Dearborn Heights, MI 48127-1405

Joseph Maples
38851 Charter
Harrison Twp., MI 48045

Allen Martin
9348 Louis
Redford, MI 48239

Robert Martin
18432 Ilene
Detroit, MI 48221

Erin Martinez
1559 Vinewood
Detroit, MI 48216

Eugene Mason
20287 Alderton
Detroit, MI 48219

Patricia Mason
20287 Alderton
Detroit, MI 48219

Ruby McBee
17592 Shaftsbury
Detroit, MI 48219

Janine McCallum
928 Leland
Detroit, MI 48207

Woodrow McCarty
19490 Stratford Rd.
Detroit, MI 48221-1849

Cecily McClellan
111 Calvert
Detroit, MI 48202

Herman McCord
17100 Fairfield
Detroit, MI 48221

Deborah McCreary
25530 Southfield Road, Unit 202
Southfield, MI 48075

Michael McGlaun
16594 Greenlawn
Detroit, MI 48221

Marianne McGuire
5285 Bishop
Detroit, MI 48224

Geraldine McIntosh
15731 Rosemont
Detroit, MI 48223

Boris McLeod
14222 Cherrylawn
Detroit, MI 48238

Donald McReynolds
10 Brant Ct.
Fredericksburg, VA 22406

Mashauk Meah
16810 Rosemont Ave.
Detoit, MI 48219

Amru Mean
39815 Billington Ct.
Beverly Hills, MI 48025

Amru Meatt
30815 Billington Ct.
Beverly Hills, MI 48025

Claudia Merkerson
14387 Grandmont
Detroit, MI 48227

Thelma Milledge
15075 Appoline St.
Detroit, MI 48227

Lula Millender
3763 W. Buena Vista
Detroit, MI 48238

Love Miller
19214 Keating St.
Detroit, MI 48203

Deborah Milliner
4865 Sturtevant St.
Detroit, MI 48204

James Milliner
4865 Sturtevant St.
Detroit, MI 48204

Thomas Mills
19450 Rendrew
Detroit, MI 48221

Alicia Minter
19380 Conley
Detroit, MI 48234

Keya Mitchell
22459 Glendale
Detroit, MI 48223

Gwendolyn Montgomery
31775 Lakeside Dr., Apt. 4
Farmington Hills, MI 48334

Bettina Moore
18468 Lauder
Detroit, MI 48235

Constance Moore
7919 E. Lafayette
Detroit, MI 48214

Deborah Moore
4436 Lemay Road
Detroit, MI 48214

Helen Moore
8335 Indiana
Detroit, MI 48204

Tiffany Moore
19357 Mackay
Detroit, MI 48234

James Mora
1100 Rosewood
Ferndale, mI 48220

Rajesh Moradija
6827 Leslee Crest Dr.
W. Bloomfield, MI 48322

Nancy Moran
801 S. East St.
Fenton, MI 48430

Tijuana Morris
14841 Joy Rd. Apt. 2
Detroit, MI 48228

Tjuana Morris
14841 Joy Rd., Apt. 2
Detroit, MI 48228

Tyuana Morris
14841 Joy Rd., Apt. 2
Detroit, MI 48228

Ora Mott
16125 Burt Road
Detroit, MI 48219

Lawrence Muhammad
8300 E. Jefferson Ave., #507
Detroit, MI 48214

Linda Mulder
21641 Kilrush Drive
Northville, MI 48167-2838

Richard Makulski

Maegan Murphy
5566 Lenox St.
Detroit, MI 48213

Tonya Murphy
5566 Lenox
Detroit, MI 48213

Patrick Murray
18024 Parkside St.
Detroit, MI 48221

Belinda Myers-Florence
20420 Anglin
Detroit, MI 48234

Belinda Myers-Florence
20420 Anglin
Detroit, MI 48234

Angela Newell
3537 Greenfield Rd.
Dearborn, MI 48120

Lucille Nicks
8841 LaSalle Blvd
Detroit, MI 48206

Donnavon O'Neal
4145 Helen
Detroit, MI 48207

William Ochadleus
2367 Valley Gate
Milford, MI 48380

Scott Odum
15405 Heather Ridge Trail
Clinton Township, MI 48038

Amber Ogletree
8541 Marygrove
Detroit, MI 48221

Michael Ogletree
8541 Marygrove Dr.
Detroit, MI 48221

Charlene Olson
3181 Meadowlark
Trenton, MI 48183

KoeKen Ong
22568 Kipling
St. Clair Shores, MI 48080

Regena Oree
1601 Robert Bradby Dr., #612
Detroit, MI 48207

Ronald Oree
1601 Robert Bradby Dr., #1004
Detroit, MI 48207

Vernon Oree
1601 Robert Bradby Dr. #315
Detroit, MI 48207

Walter Parham
8603 Marygrove
Detroit, MI 48221

Hal Parish
2202 Forest Glen
West Bloomfield, MI 48324

Rose Parker
1946 Hyde Park Drive
Detroit, MI 48207

Lory Parks
5679 Hickory Hollow
Wayne, MI 48184

Tierra Parks
16125 Monica
Detroit, MI 48221

Balchand Patel
7740 Beaverland
Detroit, MI 48239

Dilip Patel
16200 Lenore
Detroit, MI 48216

Ronald Patterson
19747 Monte Vista
Detroit, MI 48221

Ida Patton
8221 Ward
Detroit, MI 48228

Michael & Lou Ann  Pelletier
2063 Lakeshore Rd.
Applegate, MI 48401

Theresa Penson
16589 Winthrop
Detroit, MI 48235

Madonna Perdue
3839 Common Rd.
Warren, MI 48092

Terri Perkins
1226 S. Ethel St.
Detroit, MI 48217

Debra Pernell-Simmons
23342 Derby Lane
Farmington, MI 48336

Bonita Perry
18653 Coyle
Detroit, MI 48235

Leontine Person
4405 Bewick

Constance Phillips
2720 E. Lafayette , #103
Detroit, MI 48207

Constance Phillips
2720 E. Lafayette, &#035;103
Detroit, MI 48207

Hilanius Phillips
6054 Oakman
Detroit, MI 48228

Kevin Pierson
5244 Calhoun
Dearborn, MI 48126

H. Powell
18660 Schaefer Hwy.
Detroit, MI 48235

Clarence Presberry
19400 Buffalo
Detroit, MI 48234

Mattie Pritchett
20620 Kensington Ct., Apt. 101
Southfield, MI 48076

Alice Pruitt
18251 Freeland
Detroit, MI 48235

John Quinn
2003 Military Street
Detroit, MI 48209

Dennis Randolph
8345 NW 66 St., B7665
Miami, FL 33166

Eddie Ranger
18924 Bentler
Detroit, MI 48219

Cheryl Rayford
8910 W. Outer Dr.
Detroit, MI 48219

Mary Reed
537 Gleneagles
Highland, MI 48357

Nettie Reeves
10339 Curtis Street
Detroit, MI 48221

Cynthia Rhoades
14100 Archdale
Detroit, MI 48227

Roger Rice
9627 Blackburn
Livonia, MI 48150

Donald Richardson
P.O. Box 47715
Oak Park, MI 48237

Teulaina Richardson
3044 Lawton
Detroit, MI 48216

William Ridella
13124 E. Outer Dr.
Detroit, MI 48224

Robert Riley
17201 Bramell

Frances Rivers
8120 E. Jefferson, Ste. 3H
Detroit, MI 48214

Robbin Rivers
20133 Northville Place Dr., Apt.
&#035;3222
Northville, MI 48167

Dorothy Roach
3464 Cadieax, #5
Detroit, MI 48224

Yvonne Roberts
47084 Grand Cypress Ct.
Macomb, MI 48044

Byron Robinson
9566 Hampton Dr.
Belleville, MI 48111

John Robinson
15705 Marlowe
Detroit, MI 48227

Katrice Robinson
7478 Prairie St.
Detroit, MI 48210

Sylvia Robinson
377 Drexel Street
Detroit, MI 48215

Joan Robinson-Cheeks
3223 Carter St.
Detroit, MI 48206

Constance Rodgers
16579 Cruse St.
Detroit, MI 48235

Melvin Rogers
14778 Rosemary
Detroit, MI 48213

Percy Ross III
20145 Woodingham

Robert Ross
14493 Kilbourne
Detroit, MI 48213

Frederick Rottach
1169 Balfour
Grosse Pointe Park, MI 48230

Monique Ruckes-Crawley
16239 Muirland St.
Detroit, MI 48221

Cherlyn Rupert
2324 Prince Hall Drive
Detroit, MI 48207

Herbert Russell
8221 MaryGrove Dr.
Detroit, MI 48221

Major Russell
15358 Rutherford
Detroit, MI 48227

Nayla Sabbath
15528 Collinson
Eastpointe, MI 48021

Branson Sam
PO Box 570011
Orlando, FL 32857

Neil Samaan
15105 Rivercrest Dr.
Sterling Heights, MI 48312

Jeffrey Sanders
16599 Hubbell Street
Detroit, MI 48235-4030

Stina Santiestevan
1411 Oklahoma
Waterford, MI 48327

Octavius Sapp
2121 Bryanston Crescent St.
Detroit, MI 48207-3883

Janet Scandrick
16167 Parkside
Detroit, MI 48221

Bettie Scott
4800 Kensington Rd.
Detroit, MI 48224

Dale Seaton
14883 Piedmont
Detroit, MI 48223

Billy Sercey
15387 Baylis St
Detroit, MI 48238

Renla Session
14149 Rutherford St.
Detroit, MI 48227

Vickie Shackelford
500 River Place #5159
Detroit, MI 48207

Peenal Shah
6391 Royal Pointe Dr.
West Bloomfield, MI 48322

Michael Shane
16815 Patton
Detroit, MI 48219

Michael Shane
16815 Patton
Detroit, MI 48219

Carlottie Shaw
13900 Lakeside Blvd., North Apt. 320
Shelby Township, MI 48315

Ann Shell
16511 Roselawn
Detroit, MI 48221

Richard Shovein
7773 Phillips
Clay, MI 48001

Dannie Shufford
12315 Ilene
Detroit, MI 48204

Arthur Simons
9026 Esper St.
Detroit, MI 48204

Elmore Simons
8106 St. Paul Avenue
Detroit, MI 48214

Terrance Sims
20444 Renfrew Road
Detroit, MI 48221

Ronald Slay
1818 Chatham Dr.
Troy, MI 48084

Frank Sloan II
18953 Pennington Dr.
Detroit, MI 48221-2167

Kimberly Small
2 Woodward Ave.
Detroit, MI 48226

Angela Smith
14500 Warwick St.
Detroit, MI 48223

Arthur Smith
20194 Strathmoor St.
Detroit, MI 48235

Carl Smith
14141 Greenbriar
Oak Park, MI 48237

Doris Smith
16159 Parkside
Detroit, MI 48221

Dorothy May Smith
20194 Strathmoor St.
Detroit, MI 48235

Eddie Smith
15085 Mendota
Detroit, MI 48238

Evelyn Smith
19450 Gloucester Dr.
Detroit, MI

Evelyn Owens Smith
18601 Wexford
Detroit, MI 48234

John Smith
14500 Warwick St.
Detroit, MI 48223

Mark Smith
1754 Campau Farms Circle
Detroit, MI 48207

Michael Smith
9936 Hemingway
Redford, MI 48239

Pamela Smith
20632 Woodside
Harper Woods, MI 48225

Rochelle Smith
20165 Concord
Detroit, MI 48234

Tony Smith
12003 Griggs
Detroit, MI 48204

Daniel Solano
520 Arden Park Blvd.
Detroit, MI 48202

Joseph Solomon Jr.
5640 Pine Airy
Sterling Heights, MI 48314

Damon Spann
19900 Snowden
Detroit, MI 48235

Monica Sparks
5144 Stanton St.
Detroit, MI 48208

William Sparks
8482 Quandt
Allen Park, MI 48101

Constance Spight
18625 Wildemere St.
Detroit, MI 48221

Cornell Squires
3380 Electric St.
Detroit, MI 48217

Oletha Stanfield
29166 Wellington Rd W., # 71
Southfield, MI 48034-4538

Andrew Starks
11430 St. Patrick
Detroit, MI 48205

Darlene Starks
19519 Skyline
Roseville, MI 48066

Sandra Starr
14909 Indiana
Detroit, MI 48238

Kenneth Stechuk
16200 Cleophus
Allen Park, MI 48101

Cortez Steele
4795  Bald Eagle Way
Douglasville, GA 30135

Denise Steele
17189 Pinehurst
Detroit, MI 48221

Annetta Stevenson
9900 Fielding
Detroit, MI 48228-1214

Hal Stokes
5585 Alter
Detroit, MI 48224

Gloria Surles
7555 S. Chrysler Drive
Detroit, MI 48211

Clifford Swett
8140 Normile St.
Detroit, MI 48204

Lula Swett
8140 Normile St.
Detroit, MI 48204

Marian Swint
19980 Hull
Detroit, MI 48205

Isabell Sykes
26433 Summerdale Dr.
Southfield, MI 48033

Dennis Taubitz
4190 Devonshire Rd.
Detroit, MI 48226

Dennis Taubitz
3051Lindenwood Drive
Dearborn, MI 48120

Brenda Taylor
8145 West Parkway
Detroit, MI 48239

Corwin Taylor
486 Marlborough

Marcien Taylor
PO Box 432
Southfield, MI 48037

Johnnie Taylor-Tawwab
20440 Cherokee
Detroit, MI 48219

Francis Teague
19153 W. Harbour Village Dr
Northville, MI 48167

John Telford
8900 E. Jefferson, &#035;1107
Detroit, MI 48214

Michaela Terrell
19626  Concord
Detroit, MI 48234

Alfred Thacker
14832 Rossini
Detroit, MI 48205

Elaine Thayer
5345 Urbana Drive
Brighton, MI 48116

Emma Thomas
16225 Roselawn
Detroit, MI 48221

Gerald Thomas
16225 Roselawn
Detroit, MI 48221

Randall Thomas
28113 Rosewood
Inkster, MI 48141

Sheila Thompkins
2332 Prince Hall Dr.
Detroit, MI 48207

Carolyn Thompson
8630 N. Inster Rd., &#035;107
Dearborn Heights, MI 48127

Gerald Thompson
21230 Arcyle
Clinton Township, MI 48035

Marie Thornton
99 East Forest, Apt. 909
Detroit, MI 48201

Renee Tillman
PO Box 70061
Rochester Hills, MI 48307

Sylvester Tobias
26629 Dow
Redford, MI 48239

Sylvester Tobias Jr.
16661 Marlowe
Detroit, MI 48235

Hunter Todd
14944 Ashton
Detroit, MI 48223

Tracey Tresvant
19600 Anvil
Detroit, MI 48205

Barbara Turner
15074 Monte Vista
Detroit, MI 48238

Calvin Turner
16091 Edmore
Detroit, MI 48205

Calvin Turner
16091 Edmore Drive
Detroit, MI 48205

Catherine Tuttle
21648 Phillip Dr.
Novi, MI 48375

Karen Tyson
306 Hendrickson Blvd.
Clawson, MI 48017

Diane Urbanik
154 Easton Drive
South Lyon, MI 48178

Patrick Vanburen
24541 Fair Lawn Dr.
Flat Rock, MI 48138

Sarah Vans
15166 Kerstyn St.
Taylor, MI 48180

Jeffrey Vedue
20394 Bannister
Macomb, MI 48044

Fred Vitale
4190 Kensington
Detroit, MI 48224

Jean Vortkamp
11234 Craft
Detroit, MI 48224

Marie Vortkamp
112 34 Craft
Detroit, MI 48224

Mary Vortkamp
57880 Rosell
New Haven, MI 48048

Anthony Wagoner
20008 Washtenaw
Harper Woods, MI 48225

Dorian Walker
1044 Trevor Pl.
Detroit, MI 48207

Lenetta Walker
60 E. Milwaukee &#035;2714
Detroit, MI 48202

Randy Walker
16840 Five Points St.
Detroit, MI 48240

Shirley Walker
20568 Charlton Sq., Apt. 212
Southfield, MI 48076

Shirley Walker
24091 Blackstone Street
Oak Park, Mi 48237

Spurgeon Walker
9366 Stopel
Detroit, MI 48204

Willie Walker
15754 Ashton
Detroit, MI 48223

Gregory Waller
11310 Cheyenne
Detroit, MI 48227

Joseph Walter
3466 Abbotsford
North Street, MI 48049

Josephine Walters
2977 E. Lafayette St.
Apt. 2-B
Detroit, MI 48207

William Walton
4269 Glendale
Detroit, MI 48238

Joann Watson
100 Riverfront Drive, #1508
Detroit, MI 48226

Raymond Watson
20257 Goddard
Detroit, MI 48234

Gracie Webster
19803 Woodingham Dr.
Detroit, MI 48221

Beverly Welch
9314 Grandville Ave.
Detroit, MI 48228

Paul Wells
18640 Binder
Detroit, MI 48234

Wade Wesson
3206 W. 7 Mile
Detroit, MI 48221

Reginald Whitaker
17568 Sorrento
Detroit, MI 48235

Casendra White
18215 Wildemere
Detroit, MI 48221

Mary White
8721 Marygrove Dr.
Detroit, MI 48221

Mildred White
9544 Hartwell
Detroit, MI 48227

Ortha White
31376 Schoenherr Rd. #5
Warren, MI 48088

Gloria Whitfield
41160 Greenspire Drive
Clinton Twp., MI 48038

David Wiggins Jr.
6382 London
Detroit, MI 48221

Rolland Wilkins
18958 Canterbury
Livonia, MI 48152

Al Williams
11630 Bramell
Detroit, MI 48239

Barbara Williams
16175 Fenmore St.
Detroit, MI 48235

Carl Williams
10112 Somerset
Detroit, MI 48224

Cathryn Williams
17162 Stout
Detroit, MI 48219

Charles Williams II
6533 E. Jefferson
Apt 118
Detroit, MI 48207

Darlene Williams
15800 Providence Dr., &#035;910
Southfield, MI 48075

Darrin Williams
2 Woodward Ave.
Detroit, MI 48226

Dolores Williams
19328 Appoline
Detroit, MI 48235

Garry Williams
1301 W. Lafayette, Apt. 419
Detroit, MI 48226

Gloria Williams
17310 Westland Avenue
Southfield, MI 48075

Laurie Williams
19925 San Juan Dr.
Detroit, MI 48221

Reginald Williams
43910 Dunham Ct.
Clinton Twp., MI 48038

Samual Williams
12244 Landsdowne St
Detroit, MI 48224

Yvonne Williams-Jones
153 Arden Park
Detroit, MI 48202

Frenchie Williamson
44697 Rivergate Dr.
Clinton Twp., MI 48038

Jerome Willis
15080 Ward
Detroit, MI 48227

Stephen Willson
431 Wiltshire Lane
Lakewood, IL 60014

Cleotha Wilson Jr.
2490 Ann Square
Shelby Twp., MI 48317

Eric Wilson
9951 Grandville
Detroit, MI 48228

Gail Wilson-Turner
13086 Karl Dr.
Plymouth, MI

LaBarbara Wilson
18714 Ohio
Detroit, MI 48221

Laura Wilson
19156 Roselawn
Detroit, MI 48221

Roger Wilson
19156 Roselawn
Detroit, MI 48221

Vina Wilson
18714 Ohio
Detroit, MI 48221

Doris Wojtala
2440 Longmeadow Dr.
Trenton, MI 48183

Steven Wojtowicz
5143 Seven Lakes Drive South
Washington Township, MI 48095

Rosie Woods
1550 Cherboneau, Pl.  &#035;119
Detroit, MI 48207

Gladys Woolfork
19491 Hartwell St.
Detroit, MI 48235

Rosalind Worthy
4014 Garland
Detroit, MI 48214

Barbara Wright
10434 E. Outer Drive
Detroit, MI 48224

Demetria Wright
42534 Green Valley Dr. &#035;282C
Clinton Township, MI 48038

Dino Wright
12244 Schauer Dr.
Warren, MI 48093

Donnie Wright
11159 Glenfield
Detroit, MI 48213

Juanita Wright
8538 Ohio
Detroit, MI 48204

Charlene Wysinger
18864 Cardon

Barbara Yee
4245 Commonwealth
Detroit, MI 48208

Douglas Yee
4245 Commonwealth
Detroit, MI 48208

James Younger
20505 Danbury Lane
Harperwoods, MI 48225

Alicia Zagar
45940 Saltz Road
Canton, MI 48187

Josue Zizi
19464 Dalby St.
Redford, MI 48240