UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                               :

In re                                           :        Chapter 9

CITY OF DETROIT, MICHIGAN,       :        Case No. 13-53846

                  Debtor.             :        Hon. Steven W. Rhodes

---------------------------------------------------------x

**STIPULATION FOR ENTRY OF AN ORDER
CONCERNING THE DEADLINE TO DEPOSE SUZANNE TARANTO**

**NOW COMES** the City of Detroit, Michigan (the "City"), along with Syncora Capital Assurance Inc. and Syncora Guarantee Inc. ("Syncora"), by and through the undersigned counsel, and hereby stipulate to entry of an Order Concerning the Deadline to Depose Suzanne Taranto in the form of Exhibit A hereto.

**Whereas**, the Court entered the Seventh Amended Order Establishing the Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (Docket No. 6560) (the "Seventh Amended Scheduling Order") on August 6, 2014.  The Seventh Amended Scheduling Order establishes August 11, 2014, as the date to complete depositions of experts and non-expert witnesses.

**Whereas**, the City and Syncora agree that in order to accommodate the deponent's schedule, the deposition of Ms. Taranto will take place on August 13, 2014 at 1:00 pm, at the New York office of Jones Day.

Dated: August 11, 2014

| | |
|---|---|
| /s/ Stephen Hackney | /s/ Heather Lennox |
| James H.M. Sprayregen, P.C.<br>Ryan Blaine Bennett<br>Stephen C. Hackney<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>and<br><br>Stephen M. Gross<br>David A. Agay<br>Joshua Gadharf<br>MCDONALD HOPKINS PLC<br>39533 Woodward Avenue<br>Bloomfield Hills, Michigan 48304<br>Telephone: (248) 646-5070<br>Facsimile: (248) 646-5075<br><br>ATTORNEYS FOR SYNCORA GUARANTEE INC. AND SYNCORA CAPITAL ASSURANCE INC. | David G. Heiman (OH 0038271)<br>Heather Lennox (OH 0059649)<br>Thomas A. Wilson (OH 0077047)<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone: (216) 586-3939<br>Facsimile: (216) 579-0212<br>dgheiman@jonesday.com<br>hlennox@jonesday.com<br>tawilson@jonesday.com<br><br>Miguel F. Eaton<br>JONES DAY<br>51 Louisiana Ave, N.W.<br>Washington, D.C. 20001-2113<br>Telephone: (202) 879-3749<br>Facsimile: (202) 626-1700<br>meaton@jonesday.com<br><br>and<br><br>Robert S. Hertzberg (P30261)<br>PEPPER HAMILTON LLP<br>4000 Town Center<br>Suite 1800<br>Southfield, Michigan 48075<br>(248) 359-7300<br>(248) 359-7700<br>hertzbergr@pepperlaw.com<br>kovskyd@pepperlaw.com<br><br>ATTORNEYS FOR THE CITY OF DETROIT |

# **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
---------------------------------------------------------x

## ORDER CONCERNING THE
## DEADLINE TO DEPOSE SUZANNE TARANTO

This matter having come to the Court upon the stipulation of City of Detroit, Michigan, along with Syncora Capital Assurance Inc. and Syncora Guarantee Inc., and the Court being otherwise duly advised in the premises;

**NOW, THEREFORE**, **IT IS ORDERED** that the deadline for the City to depose Suzanne Taranto shall be extended to **August 13, 2014**. All other deadlines in the Seventh Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (Docket No. 6560) shall remain the same.

# CERTIFICATE OF SERVICE

      I, Heather Lennox, hereby certify that the foregoing Stipulation for an Order Concerning the Deadline to Depose Suzanne Taranto, was filed and served via the Court's electronic case filing and noticing system on this 11th day of August, 2014.

      /s/ Heather Lennox