To whom it may concern, I Jasper Joseph retired from the city of Detroit in 2011 of October. I'm disabled and my wife is ill. I missed the voteing deadline. I'm in bad financial shape. And I can not handle a pay cut from my pension. My wife and I can not afford medical insurance it shortens out rent, food and transportation. Is there anything that can be done to prevent a cut in my pension, please take this notice under well consideration.

1353846
Case No.

Regaurding Ballot

Jasper Joseph
23865 Pheasant Run
Novi, Michi. 48375

Jasper Joseph
Thank you.

FILED
2014 AUG 11 A 10: 53
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT