UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF DETROIT, MICHIGAN,

Debtor.
_____/

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System retiree, a member of Class 11. I support and join in the Objecting Creditor Michael J. Karwoski's Objections to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5923, 7/10/14) and John P. Quinn's Objections to Fourth Amended Plan of Adjustment (Doc. 5723, 7/1/14). I request that the Court sustain those objections.

Signature: [signed]

Printed name: Samuel H. Owen

Address: 18314 Stratford
Southfield, MI 48075

Phone: 248-990-2036

Dated: 8-6-14

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION—DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN        Case No. 13-53846
       Chapter 9
_____Debtor_____/        Hon. STEVEN W. RHODES

## PETITION TO THE COURT

---

### FILED BY: SAMUEL H. OWEN

I, Samuel H. Owen   hereby states his PETITION TO:

### THE U.S. BANKRUPTCY COURT
for the following reasons.

1. I am interested in the Bankruptcy of the City of Detroit because:
   - I am a retiree of the City of Detroit, life long citizen of Michigan and the United States of America
2. I petition to the above filing because:
   - As a Class 11 & 12 creditor of record in the above matter I was not notified as to my right to join objections in this matter
   - I was not notified as to how to search the Court's docket for objections in this matter
   - I was not apprised to a filing deadline for joining objections in this matter
   - Parties were appointed on my behalf by others to represent my claims without my consent
   - Appointed representation did not provide full disclosure of information that may have been pertinent to my interests, consideration, and right to due process nor on a timely basis in this matter
3. I have attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America. Wherefore, I request the Court will not deny the relief sought in said filing.

Name: Samuel Henry Owen

Signature: _[signature]_

Address: 18314 Stratford
Southfield, MI 48075
Email: samuelshco@comcast.net

Dated: 8/6/14

# SAMUEL H. OWEN'S EXPLANATION AND ESTABLISHMENT OF PETITION
# TO THE COURT--CASE NO. 13-53846

On or about July 26, 2014, I received an email from a friend containing the following attachments for my information and use:
- Two objections to the City of Detroit--POA that had been filed with the Court
- A introductory form letter to Katherine B. Guillo, Clerk of the Bankruptcy Court requesting to be a joinder to above referenced objections
- A form letter to the Court stating my support and join in with the two objecting creditors

Another friend contacted me on August 5th in our conversation I was reminded to file the joinder request. I then phoned the law offices of Cohen, Weiss & Simon in NY. I spoke to a Mr. Cramer as to the filing of a joinder. He believed that it was to late to file, but said he would call me back after checking the Court's docket. He called back and said the filing of Objections had passed but that two joinders were filed in the case on August 4th according to the Court's docket. He suggested I file in person with the Court's clerk ASAP. I will do so on August 7th. It would seem to follow, that one could not join an Objection until after it is filed? Myself and perhaps others are unaware as to any joinder filing deadlines.

I am not an attorney nor do I know legal and court procedures well enough to handle such affairs expeditiously or to form. However, I do know how to read and write generally with some level of competence. The Court had admonished legal professionals to write the POA and retiree creditors' ballots so that laypersons could understand them. Yet an additional and vital concern has not been addressed. Recently, vested and retired employees via casual channels are randomly receiving pertinent bankruptcy related information that would otherwise remain unknown. And more importantly such information was never given to them for their prior consideration in weighing settlement options specified in balloting and the POA.

As an example, take the narrowly circulated letter dated 7/31/14 by Counsel for the City's UAW bargaining units submitted to the Sixth Circuit. It notes, a majority of vested and retired lawyers from the City's own law department and belonging to the same creditor classes as other City workers had not accepted the Grand Bargain settlement offer. Why the new's delay, when accepted settlements were publicly heralded with urgency? But more highly relevant, factual and legal information from law professionals of our own creditor classes somehow eluded us. And what else should we have been apprised of in which the Debtor had been privy to? The effect, over 32,000 claimants were denied an honest opportunity to make well-informed life altering legal decisions.

It may have been and remains impractical for the Court to negotiate with each creditor individually. Nonetheless, for that very reason, I believe it is the duty of the Court to assure the dissemination of public notices and full disclosures to all parties holding bankruptcy interest. To date, our current by estoppel representations has compromised our lawful retirement plans in whole. Respectfully, can the Court at least, announce and grant to vested and retired lawyers within our creditor classes a special hearing or conference?

They are of us and have expert knowledge plus experience in governmental law. I believe, they are our best trustees in this matter. Further, since members of my creditor classes are spread throughout the country is a reality. A special arrangement of these professionals on our behalf should prove less burdensome to the Court. Assuring the most equitable yet streamlined treatment to all class members. I hope, the Court grants my petition and remedies our unfair treatment and the possible lingering consequences thereby, prior to the POA confirmation trial.