# SUMMARY OF ATTACHED EXHIBITS

The following documents are attached to this Motion, labeled in accordance with Local Rule 9014-1(b).

| | |
|---|---|
| **Exhibit 1** | Proposed Form of Order |
| **Exhibit 2** | Notice of Motion and Opportunity to Object |
| **Exhibit 3** | None [No Brief in Support of Motion for Relief from Automatic Stay] |
| **Exhibit 4** | Certificate of Service |
| **Exhibit 5** | None [No Affidavits Filed Specific to This Motion] |
| **Exhibit 6.1** | Unfair Labor Practice Charge, dated 5/16/14 |
| **Exhibit 6.2** | ALJ Stern's correspondence dated 5/29/14 |
| **Exhibit 6.3** | Unit Clarification Petition, dated 6/16/14 and correspondence from MERC Director, Ruthanne Okun |
| **Exhibit 6.4** | Opinion and Order Denying Without Prejudice the City of Detroit's Motion to Dismiss (Case No. 77-71100, Hon. Sean Cox, dated 9/9/11) |
| **Exhibit 6.5** | Order (Case No. 77-71100, Hon. Sean Cox, dated 11/4/11) |
| **Exhibit 6.6** | Order (Case No. 77-71100, Hon. Sean Cox, dated 8/23/12) |
| **Exhibit 6.7** | Opinion and Order Regarding the DWSD's Motion for Interim Order (Case No. 77-71100, Hon. Sean Cox, dated 10/5/12) |
| **Exhibit 6.8** | Opinion and Order (Case No. 77-71100, Hon. Sean Cox, dated 12/14/12) |
| **Exhibit 6.9** | Opinion and Order Ruling on remaining Requests in the DWSD's Motion for Interim Order (Case No. 77-71100, Hon. Sean Cox, dated 1/30/13) |
| **Exhibit 6.10** | Opinion and Order Terminating Second Amended Consent Judgment and Closing this Case (Case No. 77-71100, Hon. Sean Cox, dated 3/27/13) |

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |
| | ) | |

## ORDER GRANTING THE PETITIONER'S MOTION FOR RELIEF FROM AUTOMATIC STAY

This matter coming before the Court on the Petitioner AFSCME's *Motion for Relief from Automatic Stay* and the Court having determined that the legal and factual bases as set out in the motion establish just cause for relief;

IT IS HEREBY ORDERED THAT:

The Motion is GRANTED.

Dated:_____   _____
Honorable Steven W. Rhodes
United States Bankruptcy Judge

# NOTICE OF MOTION FOR RELIEF FROM THE
# AUTOMATIC STAY & OPPORTUNITY TO OBJECT

American Federation of State, County and Municipal Employees Michigan Council 25("AFSCME") and its affiliated Locals 207, 2394 and 2920 has filed papers with the court to lift the automatic stay for the purpose of allowing the Michigan Employment Relations Commission ("MERC") to hear AFSCME's Unfair Labor Practice Charge ("ULP") and Unit Clarification Petition ("UCP") against the City of Detroit ("City" or "Debtor").

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to lift the automatic stay, or if you want the court to consider your views on the motion, within fourteen (14) days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
211 West Fort Street
Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

| | |
|---|---|
| Richard G. Mack | Tere M. McKinney |
| Ada A. Verloren | 600 West Lafayette Street. Suite 500 |
| Miller Cohen, P.L.C. | Detroit, MI 48226 |
| 600 West Lafayette Street | (313) 964 1711 (Phone) |
| Detroit, MI 48226 | (313) 964 0230 (Fax) |
| (313) 964 4454 (Phone) | tmckinney@miascme.org |
| (313) 964 4490 (Fax) | |
| richardmack@millercohen.com | |
| averloren@millercohen.com | |

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Date: _____  Signature_____
                                Name
                                Address

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 11, 2014, the *American Federation of State, County and Municipal Employees Council 25's Motion to Clarify, or in the Alternative Lift the Automatic Stay*, with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

/s/ Richard G. Mack, Jr.
Richard G. Mack, Jr., Esq.
MILLER COHEN PLC
600 West Lafayette Boulevard, 4th Floor
Detroit, MI 48226-3191
Telephone: (313) 566-4787
Facsimile: (313) 964-4490
richardmack@millercohen.com