# EXHIBIT 6.1



C14 E-060
14-009883
5/16

# CHARGE

Authority: P.A. 380 of 1965, as amended.

Michigan Department of Licensing and Regulatory Affairs
Employment Relations Commission (MERC)
Labor Relations Division
313-456-3510

| | |
|---|---|
| **INSTRUCTIONS:** File an **original** and **4 copies** of this charge (including attachments) with the Employment Relations Commission at: Cadillac Place, 3026 W. Grand Boulevard, Suite 2-750, PO Box 02988, Detroit MI 48202-2988 or 1375 S. Washington St., Lansing MI 48910. **The Charging Party must serve the Charge on the opposing side within the applicable statute of limitations, and must file a statement of service with MERC.** *(Refer to the "How to File a Charge" document under the "Forms" link at www.michigan.gov/merc.)* <br><br> **Complete Section 1** if you are filing charges against an employer and/or its agents and representatives. —or— <br> **Complete Section 2** if you are filing charges against a labor organization and/or its agents and representatives. | |
| **1. EMPLOYER AGAINST WHICH THE CHARGE IS BROUGHT**   Check appropriate box: ☐ Private ☑ Governmental | |
| Name and Address:  City of Detroit <br> Detroit Water and Sewage Dept <br> 735 Randolph <br> Detroit, MI 48226 | |
| **2. LABOR ORGANIZATION AGAINST WHICH THE CHARGE IS BROUGHT** | |
| Name and Address: | |
| **3. CHARGE** | |
| Pursuant to the ~~Labor Mediation Act (LMA)~~ or Public Employment Relations Act (PERA) *(cross out one)*, the undersigned charges that the above-named party has engaged in or is engaging in unfair labor practices within the meaning of the Act. <br><br> **On an attached sheet** you must provide a clear and concise statement of the facts which allege a violation of the LMA or PERA, including the date of occurrence of each particular act and the names of the agents of the charged party who engaged in the complained of conduct. The charge should describe who did what and when they did it, and **briefly** explain why such actions constitute a violation of the LMA or PERA. <br><br> The Commission may reject a charge for failure to include the required information. However, it is not necessary to present your case in full at this time. Documentary material and exhibits ordinarily **should not** be submitted with this charge form. | |

| 4. Name and Address of Party Filing Charge (Charging Party) <br> (if labor organization, give full name, including local name and number) <br> Michigan AFSCME Council 25, AFL-CIO and Locals 207, 2394 & 2920 | Telephone Number: <br> (313) 964-1711 x2237 |
|---|---|

5. List ALL related MERC case(s) (if any): _____

(Name of parties)

Case No.: _____  Judge: _____
Case No.: _____  Judge: _____

| I have read this charge and it is true to the best of my knowledge and belief. <br> *Tere McKinney (BSR)* <br> Signature of Representative/Person Filing Charge | Email: tmckinney@miafscme.org <br> Telephone/Cell No.: 313-964-1711 |
|---|---|
| Print Name and Title: **Tere M. McKinney, Esq. Staff Attorney** | Fax No.: 313-964-0230 |
| Street Address: 600 W. Lafayette Blvd. 5th floor | City: Detroit | State: MI | Zip Code: 48226 |

The Department of Licensing and Regulatory Affairs will not discriminate against any individual or group because of race, sex, religion, age, national origin, color, marital status, disability, or political beliefs. If you need assistance with reading, writing, hearing, etc., under the Americans with Disabilities Act, you may make your needs known to this agency.

BER_____ (8/11)

STATE OF MICHIGAN
EMPLOYMENT RELATIONS COMMISSION
LABOR RELATIONS DIVISION

In the Matter of:

City of Detroit, Water & Sewage
    Respondent-Public Employer,

-and-                    **Unfair Labor Practice Charge**

AMERICAN FEDERATION OF STATE
COUNTY AND MUNICIPAL EMPLOYEES,
MICHIGAN COUNCIL 25, Locals 207, 2394 & 2920
    Petitioner-Labor Organization,
_____/

## PROOF OF SERVICE

I HEREBY CERTIFY that I served by *Certified Mail* a copy of Charging Party's **Unfair Labor Practice Charge (and Pleadings)** and this **Proof of Service** upon the City of Detroit, Water & Sewage at:

Steven H. Schwartz, Esq.
Steven H. Schwartz & Assoc., PLC
31600 West 13 Mile Rd., Ste 125
Farmington Hills, MI 48334

Terri Conway, Director of Human Serv.
DWSD
735 Randolph
Detroit, MI 48226

City of Detroit Law Department
660 Woodward Ave., #1650
First Nat'l Bldg.
Detroit, MI 48226

I declare that the statements above are true to the best of my information, knowledge, and belief.

BY: _____
    Brandon Redli, Support Staff

Dated: May 16, 2014

## STATE OF MICHIGAN
## EMPLOYMENT RELATIONS COMMISSION
## LABOR RELATIONS DIVISION

In the Matter of:

City of Detroit, Detroit Water and Sewage Dept
   Respondent-Public Employer,

                                             **Unfair Labor Practice Charge**

   -and-

AMERICAN FEDERATION OF STATE
COUNTY AND MUNICIPAL EMPLOYEES,
MICHIGAN COUNCIL 25, and Locals 207, 2394 & 2920
   Charging Party-Labor Organization,
_____/

## CHARGING PARTY-LABOR ORGANIZATION'S UNFAIR LABOR PRACTICE CHARGE AGAINST RESPONDENT CITY OF DETROIT- DETROIT WATER AND SEWAGE DEPT.

**NOW COMES** Charging Party, MI AFSCME Council 25, ("Union") and its affiliated Locals 207, 2394 and 2920, by and through its attorney, Tere M. McKinney, and files this Unfair Labor Practice Charge against Respondent, City of Detroit- Detroit Water and Sewage Dept, ("Employer") and hereby states as follows:

1. The Union is the exclusive bargaining representative of certain classifications within the Detroit Water and Sewage Department.

2. On March 25, 2014, the Employer verbally informed the Union of its plan to move more than 1,100 Union members into other non AFSCME Bargaining Units in what is called an "optimization plan".

3. On April 8, 2014, the Employer responded to the Union's request for information with respect to potential changes in job classifications as a result of its optimization plan. Ex. 1

1

4. As of May 5, 2014, members of the Union are being required to reapply for their current positions as re-titled under the Employer's optimization plan.

5. The Employer has unilaterally sought to alter the unit placement of numerous positions, refused to bargain over the impact of layoffs, changes to wages and other conditions of employment good faith bargaining in violation of PERA 10 (1) (e).

**WHEREFORE**, Charging Party alleges that Respondent has violated section 10(1) (e) of PERA by unilaterally changing a mandatory subject of bargaining and refusing to engage in good faith bargaining with respect to non mandatory subjects. Charging party respectfully asks that the Employer be ordered to take affirmative action to remedy the Unfair Labor Practice:

Respectfully Submitted,

BY: *Tere M. McKinney* (signature)
Tere M. McKinney (P71567)
Counsel for Charging Party-Labor Organization
Michigan AFSCME Council 25, AFL-CIO
600 W. Lafayette Blvd., Suite 500
Detroit, MI 48226
Phone: 313-964-1711 Ext. 2237
Fax: 313-964-0230

Dated: 5/16/14

bsr/324iuoeaflcio

# Exhibit 1

City of Detroit
Water And Sewerage Department
General Administration

735 Randolph Street
Detroit, Michigan 48226
www.detroitmi.gov

April 8, 2014

Catherine Phillips, Staff Representative
AFSCME, Michigan Council 25
600 W. Lafayette, Suite 500
Detroit, MI 48226

RE: Information Request dated March 26, 2014

Dear Ms. Phillips:

In response to the above information request, I have enclosed a copy of a guide that describes the "mapping" used for current DWSD job classifications. As requested, a list of Unions that DWSD has assigned to the classifications is as follows:

Accountant – **Senior Accountants, Appraisers & Analysts Association**
Customer Service Specialist – **AFSCME Local 2920**
Field Service Coordinator – **UWA Local 504**
Office Support Specialist – **IUOE Local 324**
Procurement Specialist – **Senior Accountants, Appraisers & Analysts Association**
Professional Administrative Analyst – **N/A**
Service Desk Analyst – **N/A**
Investigator – **AFSCME Local 207**
Automotive Fleet Technician – **AFSCME Local 207**
Electrical Instrumentation Control Technician – **Building Trades Council**
Maintenance Technician – **Teamsters Local 214**
Plant Technician – **IUOE Local 324**
Security Officer – **AFSCME Local 207**
Systems Technician – **AFSCME Local 207**
Water Technician – **AFSCME Local 207**

The Optimization Plan implementation is ongoing. We do not have a specific date set to move employees into the various bargaining units.

Sincerely,

Terri Tabor Conerway
Organizational Development Director

Enclosure(s)

| Current Classification | Eligible Assessment Classification |
|---|---|
| Accountant I | Accountant |
| Administrative Assistant Grade II, III | Professional Administrative Analyst |
| Administrative Specialist I | Office Support Specialist |
| | Professional Administrative Analyst |
| Analytical Chemist | Chemist |
| Assistant Chemical Engineer | Engineer |
| Assistant Chief W&S Sec. Adm. | Security Lieutenant |
| | Security Project Manager |
| | Security Sergeant |
| Assistant Head Sewage Plant Operator | Plant Technician |
| Assistant Safety Officer | Environmental Health and Safety Coordinator |
| Assistant Sewerage Plant Laboratory Supervisor | Team Leader |
| Assistant Storekeeper | Material Management Specialist |
| Assistant Supt Water Systems Maint & Construction | Manager |
| Assistant Water Systems Investigator | Investigator |
| | Inspector |
| Assistant Water Systems Chemist | Chemist |
| Associate Chemical Engineer | Engineer |
| Associate Civil Engineer | Engineer |
| Associate Electrical Engineer | Engineer |
| Associate Mechanical Engineer | Engineer |
| ... Mechanic | Automotive Fleet Technician |
| ... Repair Foreman | Team Leader |
| ... Repair Helper | Automotive Fleet Technician |
| ... Operator | Plant Technician |

| Current Classification | Eligible Assessment Classification |
|---|---|
| Bricklayer | Field Services Technician |
| Building & Grounds Maintenance Supervisor | Not Mapped |
| Building Attendant A | Not Mapped |
| Building Operations Supervisor | Not Mapped |
| Building Operator I | Not Mapped |
| Building Trades Helper | Maintenance Technician |
| Building Trades Worker-General | Maintenance Technician |
| Business Systems Support Specialist I | Professional Administrative Analyst |
| Business Systems Support Specialist II | Application Analyst |
| | Database Analyst |
| | Infrastructure Administrator |
| | Manager - IT Service Delivery |
| | Manager - IT Infrastructure |
| | Manager - IT Application Delivery |
| | Professional Administrative Analyst |
| | Project Manager |
| | ServiceDesk Analyst |
| Carpenter Foreman | Maintenance Technician |
| | Team Leader |
| Carpenter Sub-Foreman | Maintenance Technician |
| Chemical Engineer | Engineer |
| Clerk | Office Support Specialist |
| Commercial Operations Specialist I, II, III | Customer Service Specialist |
| Construction Equipment Foreman | Field Services Technician |
| | Team Leader |
| Construction Equipment Operator | Field Services Technician |
| Construction Equipment Operator - 50 Ton Crane | Field Services Technician |
| Construction Inspector | Inspector |

| Current Classification | Eligible Assessment Classification |
|---|---|
| Control Instrument Technician Foreman | Electrical Instrumentation Control Technician |
| Control Instrument Technician Sub-Foreman | Electrical Instrumentation Control Technician |
| Customer Service Representative I, II, III | Customer Service Specialist |
| Customer Service Supervisor | Not Mapped |
| Data Processing Programmer Analyst / Database Administrator / Dept IT Network Specialist | Application Analyst |
| | Database Administrator |
| | GIS Analyst |
| | Infrastructure Administrator |
| | Project Manager |
| | Service Desk Analyst |
| Delivery Driver | Material Management Specialist |
| Electrical Repair Worker | Electrical Instrumentation Control Technician |
| Electrical Repair Worker - General | Electrical Instrumentation Control Technician |
| Electrical Worker - Apprentice | Electrical Instrumentation Control Technician |
| Electrical Worker - General | Electrical Instrumentation Control Technician |
| Electrical Worker Sub Foreman | Electrical Instrumentation Control Technician |
| Elevator Mechanic | Not Mapped |
| Engineer of Water Systems | Engineer |
| Engineer of Wastewater Systems | (Engineer)* |
| Engineering Support Specialist II | (Engineering Technician)* |
| | Inspector |
| Environmental Specialist III | Not Mapped |
| Executive Secretary I, II, III | Office Support Specialist |
| | (Professional Administrative Analyst)* |
| Field Operations Supervisor | Not Mapped |
| Field Services Representative | Field Services Technician |

| Current Classification | Eligible Assessment Classification |
|---|---|
| Finish Carpenter | Maintenance Technician |
| Finish Painter | Maintenance Technician |
| Garage Attendant | Not Mapped |
| General Auto Mechanic | Automotive Fleet Technician |
| General Blacksmith | Field Services Technician |
| | Maintenance Technician |
| General Machinist | Maintenance Technician |
| General Manager | Manager |
| General Welder | Field Services Technician |
| | Maintenance Technician |
| Graphic Designer | Public Affairs Specialist |
| Head Clerk | Office Support Specialist |
| Head Construction Inspector | Inspector |
| Head Engineer | Engineer |
| | Manager |
| Head Governmental Analyst | Professional Administrative Analyst |
| Head Sewage Plant Operator | Plant Technician |
| Head Storekeeper | Material Management Specialist |
| Head Water Plant Operator | Chemist |
| | Water Technician |
| Horseshoer | Not Mapped |
| Human Resources Generalist | Human Resources Generalist |
| Human Resources Technician | Human Resources Generalist |
| | (Professional Administrative Analyst)* |
| Intermediate Governmental Analyst | Professional Administrative Analyst |

| Current Classification | Eligible Assessment Classification |
|---|---|
| Intermediate Data Processing Programmer Analyst / Information Technology Client Support Assistant / Information Technology Networks Manager | Application Analyst |
| | Database Administrator |
| | GIS Analyst |
| | Infrastructure Administrator |
| | Project Manager |
| | Service Desk Analyst |
| Industrial Waste Control Manager | Not Mapped |
| Junior Chemist | Chemist |
| | Water Technician |
| Junior Clerk | Office Support Specialist |
| Junior Governmental Analyst | Professional Administrative Analyst |
| Machinist Sub-Foreman | Maintenance Technician |
| | Team Leader |
| Mail Processor | Office Support Specialist |
| Maintenance Millwright | Maintenance Technician |
| Manager I, II | Manager |
| Master Electrician of Record | Electrical Instrumentation Control Technician |
| Mechanical Helper | Maintenance Technician |
| Messenger | Office Support Specialist |
| Microbiologist | Chemist |
| Microcomputer Support Specialist | Application Analyst |
| | Database Administrator |
| | GIS Analyst |
| | Infrastructure Administrator |
| | Manager - IT Service Delivery |
| | Manager - IT Infrastructure |
| | Manager - IT Application Delivery |
| | Project Manager |
| | Service Desk Analyst |
| Office Assistant I, II, III | Office Support Specialist |
| Office Automation Support Assistant | Office Support Specialist |
| Office Management Assistant | Office Support Specialist |

| Current Classification | Eligible Assessment Classification |
|---|---|
| Offset Printer | Not Mapped |
| Painter Foreman | Maintenance Technician |
| Park Maintenance Foreman | Not Mapped |
| Park Maintenance Sub-Foreman | Not Mapped |
| Park Maintenance Worker | Not Mapped |
| Permit Investigator - Water Services | (Customer Services Specialist)* |
| Pitometer Technician | Not Mapped |
| Plant Equipment Operator Mechanic | (Plant Technician) |
| Plant Maintenance Foreman | Maintenance Technician |
| | Team Leader |
| Plant Maintenance Mechanic | Maintenance Technician |
| Plant Maintenance Sr. Foreman | Maintenance Technician |
| | Team Leader |
| Plant Maintenance Sub-Foreman | Maintenance Technician |
| | Team Leader |
| Plumber | Field Services Technician |
| | Maintenance Technician |
| Plumber Apprentice | Maintenance Technician |
| Preventive Maintenance Coordinator | Team Leader |
| Principal Accountant | Accountant |
| Principal Analytical Chemist | Chemist |
| Principal Clerk | Office Support Specialist |
| Principal Data Processing Programmer Analyst | Application Analyst |
| | Database Administrator |
| | GIS Analyst |
| | Infrastructure Administrator |
| | Project Manager |
| | Service Desk Analyst |

| Current Classification | Eligible Assessment Classification |
|---|---|
| Principal Governmental Analyst | Professional Administrative Analyst |
| Principal Graphic Designer | Not Mapped |
| Principal Purchases Agent | Procurement Specialist |
| Process Control Center Operator | Maintenance Technician |
| | Plant Technician |
| | Systems Technician |
| Process Control Center Supervisor | Maintenance Technician |
| | Plant Technician |
| | Systems Technician |
| Process Control Network Administrator | Not Mapped |
| Process Control System Administrator | Not Mapped |
| Process Control System Manager | (Manager)* |
| Promotional Activities Assistant | Public Affairs Specialist |
| Publicist I | Public Affairs Specialist |
| Purchases Agent I, II, III | Procurement Specialist |
| Purchasing Assistant | Procurement Specialist |
| Repair Mechanic | Maintenance Technician |
| Safety Officer | Environmental Health and Safety Coordinator |
| Security Specialist | Security Lieutenant |
| | Security Sergeant |
| | Security Specialist |
| Sr. Accountant | Accountant |
| Sr. Analytical Chemist | Chemist |
| Sr. Assistant Arch. Engineer | Engineer |
| Sr. Assistant Chemical Engineer | Engineer |
| Sr. Assistant Civil Engineer | Engineer |
| Sr. Assistant Electrical Engineer | Engineer |

| Current Classification | Eligible Assessment Classification |
|---|---|
| Sr. Assistant Mechanical Engineer | Engineer |
| Sr. Associate Civil Engineer | Engineer |
| Sr. Associate Electrical Engineer | Engineer |
| Sr. Associate Mechanical Engineer | Engineer |
| Sr. Auto Repair Foreman | Team Leader |
| Sr. Clerk | Office Support Specialist |
| Sr. Construction Inspector | Inspector |
| Sr. Data Processing Equipment Operator | Application Analyst |
| | Database Administrator |
| | GIS Analyst |
| | Infrastructure Administrator |
| | Project Manager |
| | Service Desk Analyst |
| Sr. Data Processing Programmer Analyst | Application Analyst |
| | Database Administrator |
| | GIS Analyst |
| | Infrastructure Administrator |
| | Project Manager |
| | Service Desk Analyst |
| Sr. Data Processing Telecommunications Technician | Application Analyst |
| | Database Administrator |
| | GIS Analyst |
| | Infrastructure Administrator |
| | Project Manager |
| | Service Desk Analyst |
| Sr. GIS Support Technician | GIS Analyst |
| Sr. Governmental Analyst | Professional Administrative Analyst |
| Sr. Industrial Wastewater System Investigator | Investigator |
| Sr. Info Tech Client Support Assistant | Application Analyst |
| | Database Administrator |
| | GIS Analyst |
| | Infrastructure Administrator |
| | Project Manager |
| | Service Desk Analyst |

| Current Classification | Eligible Assessment Classification |
|---|---|
| Sr. Pitometer Tech | Not Mapped |
| Sr. Promotional Activities Assistant | Public Affairs Specialist |
| Sr. Service Guard – Water | Security Lieutenant |
|  | Security Project Manager |
|  | Security Sergeant |
| Sr. Sewage Plant Operator | Plant Technician |
| Sr. Storekeeper | Material Management Specialist |
| Sr. Supervisor of Mechanical Maintenance | Field Technician |
|  | Team Leader |
| Sr. Teller | Customer Service Specialist |
| Sr. Training Specialist | Training Specialist |
| Sr. Voucher Audit Clerk | Office Support Specialist |
| Sr. Water Distribution System Investigator | Investigator |
| Sr. Water Meter Mechanic | Field Technician |
| Sr. Water Plant Operator | Systems Technician |
|  | Water Technician |
| Sr. Water Systems Chemist | Chemist |
| Sr. Water Systems Laboratory Technician | Chemist |
| Sr. Water Systems Maintenance Dispatcher | Field Services Coordination Specialist |
| Sr. Water Systems Mechanic | Field Services Technician |
| Service Guard – Public Utility | Security Officer |
|  | Security Sergeant |
| Service Information Clerk | Not Mapped |
| Sewage Plant Attendant | Plant Technician |
| Sewer Inspector | Not Mapped |
| Sewerage Plant Laboratory Supervisor | Chemist |
|  | Team Leader |

| Current Classification | Eligible Assessment Classification |
|---|---|
| Sewage Plant Operation Superintendent | Team Leader |
| Sewage Plant Operator | Plant Technician |
| Sewage Plant Supervisor | Plant Technician |
| | Team Leader |
| Sheet Metal Worker | Maintenance Technician |
| Steamfitter | (Maintenance Technician)* |
| Storekeeper | Material Management Specialist |
| Stores Operations Supervisor | Material Management Specialist |
| Superintendent of Engineering | Manager |
| Superintendent of Building & Mechanical Maintenance | Manager |
| Superintendent of Operations | Manager |
| Superintendent of Water Sys Maint. & Constr. | Manager |
| Supervising Building Attendant - Grade I, II | Not Mapped |
| Supervising Service Guard Gr. I, II | Security Lieutenant |
| | Security Project Manager |
| | Security Sergeant |
| Supervisor of Filtration | Chemist |
| | Water Technician |
| Supervisor of Printing | Not Mapped |
| Supervisor of Industrial Waste Control-Field Investigation | Not Mapped |
| Supervisor of Water Systems Maintenance & Construction | Not Mapped |
| Survey Technician | Inspector |
| System Programming Coordinator | Application Analyst |
| | Database Administrator |
| | GIS Analyst |
| | Infrastructure Administrator |
| | Project Manager |
| | Service Desk Analyst |

| Current Classification | Eligible Assessment Classification |
|---|---|
| Telecommunication Center Supervisor | Not Mapped |
| Teller | Customer Service Specialist |
| Vehicle Operator I,II,III | Field Services Technician |
| Wastewater Plant Maintenance Superintendent | Team Leader |
| Wastewater Process Controller | Plant Technician |
| Wastewater Systems Training Superintendent | Training Specialist |
| Wastewater Treatment Plant Technician | Plant Technician |
| Water Meter Foreman | Field Services Technician |
| | Team Leader |
| Water Meter Mechanic | Field Services Technician |
| Water Meter Worker | Field Services Technician |
| Water Plant Attendant | Water Technician |
| Water Plant Operator | Water Technician |
| Water Production & Operation Manager | Manager |
| Water Systems Chemist | Chemist |
| Water Systems Control Instrument Technician | Electrical Instrumentation Control Technician |
| Water Systems Helper | Field Services Technician |
| Water Systems Investigator | Investigator |
| | Inspector |
| Water Systems Maintenance Dispatcher | Field Services Coordination Specialist |
| Water Systems Mechanic | Field Services Technician |

| Current Classification | Eligible Assessment Classification |
|---|---|
| Water Systems Repair Worker | Field Services Technician |
| Water Systems Foreman | Field Services Technician |
| | Team Leader |
| Water Treatment Plant Manager | Manager |
| Web Editor (content) | Public Affairs Specialist |

*Classifications in parenthesis were assigned by HR