UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
---------------------------------------------------x

## ORDER CONCERNING THE
## DEADLINE TO DEPOSE SUZANNE TARANTO

This matter having come to the Court upon the stipulation of City of Detroit, Michigan, along with Syncora Capital Assurance Inc. and Syncora Guarantee Inc., and the Court being otherwise duly advised in the premises;

**NOW, THEREFORE**, **IT IS ORDERED** that the deadline for the City to depose Suzanne Taranto shall be extended to **August 13, 2014**. All other deadlines in the Seventh Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (Docket No. 6560) shall remain the same.

.

**Signed on August 11, 2014**

                                                      /s/ Steven Rhodes
                                                   **Steven Rhodes**
                                                   **United States Bankruptcy Judge**