UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------x

**_EX PARTE_ MOTION OF THE CITY OF DETROIT FOR AN ORDER AUTHORIZING IT TO FILE A MOTION IN EXCESS OF PAGE LIMIT**

The City of Detroit (the "City"), as the debtor in the above-captioned case, hereby moves the Court for the entry of an order authorizing the City to file the Motion of the Debtor for a Final Order Pursuant to (I) 11 U.S.C. §§ 105, 364(c), 364(d)(1), 364(e), 902, 904, 921, 922 and 928 (A) Approving Postpetition Financing and (B) Granting Liens and (II) Bankruptcy Rule 9019 Approving Settlement of Confirmation Objections (the "Financing and Settlement Motion") in excess of the twenty-five page limit imposed by Rule 7.1(d)(3)(A) of the Local Rules of the United States District Court for the Eastern District of Michigan (the "District Court Local Rules").

    1.    Contemporaneously herewith, the City filed the Financing and Settlement Motion.

2. District Court Local Rule 7.1(d)(3)(A) provides that "[t]he text of a brief supporting a motion or response, including footnotes and signatures, may not exceed 25 pages. A person seeking to file a longer brief may apply *ex parte* in writing setting forth the reasons." [1]

3. The Local Rules of this Court (the "<u>Local Bankruptcy Rules</u>") expressly incorporate the District Court Local Rules. <u>See</u> L. Bankr. R. 9029-1(a) ("The rules of procedure in cases and proceedings in this court shall be as prescribed by . . . any applicable Local Rules of the United States District Court for the Eastern District of Michigan . . . ."). In addition, District Court Local Rule 1.1(c) provides that, in the absence of a "specific" applicable Local Bankruptcy Rule, "the general provisions [of the District Court Local Rules] apply."

4. To the extent that the page limit prescribed by District Court Local Rule 7.1(d)(3)(A) applies to the Financing and Settlement Motion, the City submits that it requires more than twenty-five pages to meaningfully illustrate— and request approval of— the terms of the complex financing transactions and settlement terms contained therein.

5. Accordingly, the City respectfully requests that it be:

---

[1] It is unclear whether this District Court Local Rule applies to the filing of motion, which also serves as a brief. In an abundance of caution, the City files this *ex parte* motion for relief.

(a) granted relief from the page limit imposed by District Court Local Rule 7.1(d)(3)(A); and

(b) permitted to file the Financing and Settlement Motion in excess of twenty-five pages in length.

WHEREFORE, the City respectfully requests that the Court (i) enter an order, substantially in the form attached as Exhibit 1, granting the relief requested herein and (ii) grant such other and further relief to the City as the Court may deem proper.

Dated:  August 11, 2014          Respectfully submitted,


/s/  Jonathan S. Green
Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan  48226
Telephone:  (313) 963-6420
Facsimile:  (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Brad B. Erens
JONES DAY
77 West Wacker
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
bberens@jonesday.com


ATTORNEYS FOR THE CITY

# **EXHIBIT 1**

Proposed Order

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
: 
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------x

# *EX PARTE* ORDER AUTHORIZING THE
# CITY OF DETROIT TO FILE A MOTION IN EXCESS OF PAGE LIMIT

This matter having come before the Court on the *Ex Parte* Motion of the City of Detroit for an Order Authorizing It to File a Motion in Excess of Page Limit (the "*Ex Parte* Motion")[1], filed by the City of Detroit, Michigan (the "City"); and the Court being fully advised in the premises;

It is hereby ORDERED that:

1. The *Ex Parte* Motion is GRANTED.

2. The City is granted relief from the page limit set forth in District Court Local Rule 7.1(d)(3)(A) and may file the Financing and Settlement Motion in excess of twenty-five pages.

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the *Ex Parte* Motion.