# SUMMARY OF ATTACHED EXHIBITS

The following documents are exhibits to this Motion, labeled in accordance with Local Rule 9014-1(b).

| | |
|---|---|
| **Exhibit 1** | Unfair Labor Practice Charge, dated 5/16/14 |
| **Exhibit 2** | ALJ Stern's correspondence dated 5/29/14 |
| **Exhibit 3** | Unit Clarification Petition, dated 6/16/14 and correspondence from MERC Director, Ruthanne Okun |
| **Exhibit 4** | Opinion and Order Denying Without Prejudice the City of Detroit's Motion to Dismiss (Case No. 77-71100, Hon. Sean Cox, dated 9/9/11) |
| **Exhibit 5** | Order (Case No. 77-71100, Hon. Sean Cox, dated 11/4/11) |
| **Exhibit 6** | Order (Case No. 77-71100, Hon. Sean Cox, dated 8/23/12) |
| **Exhibit 7** | Opinion and Order Regarding the DWSD's Motion for Interim Order (Case No. 77-71100, Hon. Sean Cox, dated 10/5/12) |
| **Exhibit 8** | Opinion and Order (Case No. 77-71100, Hon. Sean Cox, dated 12/14/12) |
| **Exhibit 9** | Opinion and Order Ruling on remaining Requests in the DWSD's Motion for Interim Order (Case No. 77-71100, Hon. Sean Cox, dated 1/30/13) |
| **Exhibit 10** | Opinion and Order Terminating Second Amended Consent Judgment and Closing this Case (Case No. 77-71100, Hon. Sean Cox, dated 3/27/13) |