# EXHIBIT 2



| RICK SNYDER<br>GOVERNOR | STATE OF MICHIGAN<br>MICHIGAN ADMINISTRATIVE HEARING SYSTEM<br>Michael Zimmer<br>EXECUTIVE DIRECTOR | STEVEN ARWOOD<br>DIRECTOR |
|---|---|---|

May 29, 2014

City of Detroit
660 Woodward Ave., #1650
First Nat'l Building
Detroit, MI 48226

Steven H. Schwartz
Attorney at Law
31600 W. 13 Mile Rd., Ste. 125
Farmington Hills, MI 48334

Terri Conway
Director of Human Services, DWSD
735 Randolph
Detroit, MI 48226

Tere M. McKinney
AFSCME Council 25
600 W. Lafayette, Ste 500
Detroit, MI 48226

Re: **City of Detroit (DWSD) –and– AFSCME Council 25 and its affiliated Locals 207, 2394 and 2920**
Case No. C14 E-060 Docket No. 14-009883-MERC

To the Parties:

Attached find a Complaint in the above unfair labor practice charge, filed on May 21, 2014. Because of the pending City of Detroit bankruptcy proceedings, no hearings are being scheduled at this time on unfair labor practice charges filed against the City.

Sincerely,

Julia C. Stern
Administrative Law Judge

Licensing and Regulatory Affairs is an equal opportunity employer/program.
Auxiliary aids, services and other reasonable accommodations are available upon request to individuals with disabilities

Cadillac Place • 3026 W. Grand Blvd., Suite 2-700 • Detroit, Michigan 48202
www.michigan.gov • PHONE (313) 456-2712    FAX 313 456 3681

## STATE OF MICHIGAN
## MICHIGAN ADMINISTRATIVE HEARING SYSTEM

| | |
|---|---|
| IN THE MATTER OF: | Docket No.: 14-009883-MERC |
| Detroit, City of,<br>    Respondent | Case No.: C14 E-060 |
| v | Agency: Michigan Employment Relations Commission |
| AFSCME Council 25,<br>    Charging Party | Case Type: MERC Unfair Labor Practice |

## COMPLAINT

**PLEASE TAKE NOTICE** that:
1. Complaint is hereby issued against you alleging violation of Section 10 of Act 336, PA 1947, as amended, Public Employment Relations Act (PERA), MCLA 423.210, MSA 17.455(10).
2. A copy of the charges on which said complaint is based is attached hereto.

**DATED:** 5/29/2014

*[signature]*

**ADMINISTRATIVE LAW JUDGE**
Direct correspondence to the ALJ at:
Michigan Administrative Hearing System
3026 W. Grand Boulevard
2nd Floor Annex, Suite 2-700
Detroit, Michigan 48202
Phone: 313.456.2712
FAX: 313.456.3681

COPY TO:
Tere McKinney
Steven Schwartz
Detroit, City of
AFSCME Council 25