FILED

2014 AUG 12 A 10: 12

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

CITY OF DETROIT, MICHIGAN,

Debtor.

CHAPTER 9

Case No. 13-53846

Hon. Steven W. Rhodes

_____ /

## JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTION TO THE FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System active employee, and a member of Class 11. I support and join in the Objecting Creditor Michael J. Karwoski's Objection to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5923, 7/10/14) and John P. Quinn's Objections to the Fourth Amended Plan of Adjustment (Doc. 5723, 7/1/14/). I request that the Court sustain those objections.

Signature: C Steary

Printed name: Christine Steary

Address: 7750 Lakeshore Rd.

Lakeport, MI, 48059

Phone: 734-775-7154

Date: Aug 9, 2014