UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

CITY OF DETROIT, MICHIGAN,

Debtor.

CHAPTER 9

Case No. 13-53846

Hon. Steven W. Rhodes

_____/

### JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTION TO THE FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System active employee, and a member of Class 11. I support and join in the Objecting Creditor Michael J. Karwoski's Objection to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5923, 7/10/14) and John P. Quinn's Objections to the Fourth Amended Plan of Adjustment (Doc. 5723, 7/1/14/). I request that the Court sustain those objections.

Signature: MPSKashyap

Printed name: MOHINDER P.S. KASHYAP

Address: 31129 STURBRIDGE
FARMINGTON HILLS - 48331

Phone: 248-592-1219

Date: 8-11-14