# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |

## NOTICE OF WITHDRAWAL OF MOTION

**PLEASE TAKE NOTICE** that the *American Federation of State, County and Municipal Employees Council 25's Motion to Clarify, or in the Alternative Lift the Automatic Stay*, filed as Docket No. 6639 and filed by Richard G. Mack, Jr. on August 11, 2014, is hereby withdrawn.

                                                  /s/ Richard G. Mack, Jr.
                                                  Richard G. Mack, Jr., Esq.
                                                  MILLER COHEN PLC
                                                  600 West Lafayette Blvd., 4th Floor
                                                  Detroit, MI 48226-3191
                                                  Telephone: (313) 964-4454
                                                  Facsimile: (313) 964-4490
                                                  richardmack@millercohen.com

Dated: August 12, 2014

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 12, 2014, the *Notice of Withdrawal of Motion*, with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

/s/ Richard G. Mack, Jr.
Richard G. Mack, Jr., Esq.
MILLER COHEN PLC
600 West Lafayette Boulevard, 4th Floor
Detroit, MI 48226-3191
Telephone: (313) 566-4787
Facsimile: (313) 964-4490
richardmack@millercohen.com

Dated: August 12, 2014