```
-------------------------------------------------------x
                                                       :
In re                                                  :    Chapter 9
                                                       :
CITY OF DETROIT, MICHIGAN,                             :    Case No. 13-53846
                                                       :
                        Debtor.                        :    Hon. Steven W. Rhodes
                                                       :
                                                       :
-------------------------------------------------------x
```

# *EX PARTE* ORDER AUTHORIZING THE
# CITY OF DETROIT TO FILE A MOTION IN EXCESS OF PAGE LIMIT

This matter having come before the Court on the *Ex Parte* Motion of the City of Detroit for an Order Authorizing It to File a Motion in Excess of Page Limit (the "*Ex Parte* Motion")[1], filed by the City of Detroit, Michigan (the "City"); and the Court being fully advised in the premises;

It is hereby ORDERED that:

    1.    The *Ex Parte* Motion is GRANTED.

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the *Ex Parte* Motion.

2. The City is granted relief from the page limit set forth in District Court Local Rule 7.1(d)(3)(A) and may file the Financing and Settlement Motion in excess of twenty-five pages.

.

**Signed on August 12, 2014**

                                        **/s/ Steven Rhodes**
                                        **Steven Rhodes**
                                        **United States Bankruptcy Judge**