UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Cancelling Hearing Regarding Motion for Permissive Intervention (Dkt. #6143)

The Court has determined that a hearing on the motion for permissive intervention filed by the Unitarian Universalist Service Committee (Dkt. #6143) is not necessary to resolve it.

Accordingly, it is hereby ordered that the hearing set for August 14, 2014 at 9:00 a.m. is cancelled. The Court will issue a written opinion shortly.

.

**Signed on August 12, 2014**

                                            /s/ Steven Rhodes  
                                            **Steven Rhodes**  
                                            **United States Bankruptcy Judge**