**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | |

## THIRD ORDER EXTENDING BAR DATE FOR THE DETROIT INSTITUTE OF ARTS TO FILE PROOF OF CLAIM

This matter having come on to be considered upon the Third Stipulation For Entry of Order Extending Bar Date For The Detroit Institute of Arts To File Proof Of Claim by the City of Detroit ("**Debtor**") and The Detroit Institute of Arts ("**DIA**"), no further notice or hearing being required, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that, solely with respect to DIA, the General Bar Date established in the "Order, Pursuant To Sections 105, 501 And 503 Of The Bankruptcy Code And Bankruptcy Rules 2002 And 3003(C), Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof" entered November 21, 2013 (ECF 1782) (the "Bar Date Order") shall be extended to permit DIA to file a proof of claim against the Debtor through and including 4:00 p.m., Eastern Time, on August 29, 2014. All other terms and conditions set forth in the Bar Date Order shall continue to govern.

.

**Signed on August 12, 2014**

                                                   /s/ Steven Rhodes
                                                   Steven Rhodes
                                                   United States Bankruptcy Judge