Jamie S. Fields (P-52808)\
Attorney-at-Law
555 Brush #2409
Detroit, Michigan 48226
313-570-3906
jeansartre@msn.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re | CHAPTER 9 |
| City of Detroit | CASE NO. 13-53846 |
| Debtor | HON. STEVEN W. RHODES |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2014, I electronically filed the "Ochadleus" Supplemental Objection to the City of Detroit's Fifth Amended Plan of Adjustment (Doc. 6257) Dated July 25, 2014 on the City of Detroit with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

                                         /s/Jamie S. Fields_____
                                         Jamie S. Fields (P-52808)
                                         555 Brush #2409
                                         (313) 570-3906
                                         Detroit, Michigan 48226
                                         jeansartre@msn.com

[PLEADING TITLE] - 1