# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

```
- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                       :
In re                                                  :   Chapter 9
                                                       :
CITY OF DETROIT, MICHIGAN,                             :   Case No. 13-53846
                                                       :
                 Debtor.                               :   Hon. Steven W. Rhodes
                                                       :
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

### THE OFFICIAL COMMITTEE OF RETIREES RESERVATION OF RIGHTS WITH RESPECT TO THE CONFIRMATION OF CORRECTED FIFTH AMENDED PLAN FOR ADJUSTMENT OF DEBTS FOR THE CITY OF DETROIT

Matthew E. Wilkins
Paula A. Hall
BROOKS WILKINS SHARKEY & TURCO PLLC
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
Tel: (248) 971-1800
wilkins@bwst-law.com
hall@bwst-law.com

Claude D. Montgomery
Carole Neville
1221 Avenue of the Americas
New York New York 10020
Tel: (212) 768-6700
claude.montgomery@dentons.com
carole.neville@dentons.com

Sam J. Alberts
DENTONS US LLP
1301 K Street, NW
600 East Tower
Washington, DC 20005
Tel: (202) 408-7004
sam.alberts@dentons.com

*Attorneys for the Official Committee of Retirees of the City of Detroit*

In accordance with paragraph 4 of the Court's Seventh Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment dated August 6, 2014 [Dkt. No. 6560], The Official Committee of Retirees (the "Committee") of the City of Detroit, Michigan (the "City") files this reservation of rights with respect to the Corrected Fifth Amended Plan for the Adjustment of Debts of the City of Detroit (July 29, 2014) [Dkt. No. 6379] (the "Plan") based primarily on (a) unanticipated plan changes and/or new or revised exhibits and (b) new settlements:

1. The Fifth Amended Plan changed the definition of Annuity Savings Fund Excess Amount1 to provide: "'Annuity Savings Fund Excess Amount' means the following, as calculated by the GRS . . . ." 5th Am. Plan, § I.A.18 (emphasis added). GRS did not calculate the Annuity Savings Fund Excess Amount that was sent to GRS retirees on their ballots for voting on the Plan. The ASF Amount was calculated by Conway MacKenzie and Milliman and reviewed by the Committee. The Committee is concerned that the change is not purely definitional, but rather will result in a change in the methodology that may adversely affect the retirees.

2. Similarly, the City just filed its motion for authority to refinance the DWSD bonds, which, among other things, appears to alter the priority of the payments to the GRS pension plan vis a vis the bond payments. The Committee is assessing how that change affects the GRS retirees.

3. The City also just filed a number of new and/or revised exhibits, including the DIA Settlement, the Restoration Trust, and a list of reserved actions, which the Committee is in the process of reviewing.

2
82656799\V-1
13-53846-tjt    Doc 6675    Filed 08/12/14    Entered 08/12/14 21:35:01    Page 2 of 4

4. Finally, the Committee is in mediation with the City regarding several issues regarding the VEBAs that will provide health care benefits to the retirees post effective date.

5. The Committee reserves the right to object to these and any further amendments to or versions of the Plan, as well as any free-standing motions that affect the Plan. "

Dated: August 12, 2014

Respectfully submitted,

By: *Carole Neville*

| | |
|---|---|
| Matthew E. Wilkins | Claude D. Montgomery |
| Paula A. Hall | Carole Neville |
| BROOKS WILKINS SHARKEY & TURCO PLLC | 1221 Avenue of the Americas |
| | New York New York 10020 |
| 401 South Old Woodward, Suite 400 | Tel: (212) 768-6700 |
| Birmingham, Michigan 48009 | claude.montgomery@dentons.com |
| Tel: (248) 971-1800 | carole.neville@dentons.com |
| wilkins@bwst-law.com | |
| hall@bwst-law.com | Sam J. Alberts |
| | DENTONS US LLP |
| | 1301 K Street, NW |
| | 600 East Tower |
| | Washington, DC 20005 |
| | Tel: (202) 408-7004 |
| | sam.alberts@dentons.com |

*Attorneys for the Official Committee of Retirees of the City of Detroit*

# **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 12, 2014 The Official Committee of Retirees Reservation of Rights with Respect to the Confirmation of Corrected Fifth Amended Plan for Adjustment of Debts for the City of Detroit was filed and served using the Court's CM/ECF system which provides electronic notification of such filings to all counsel of record.

Dated: August 12, 2014          DENTONS US LLP

By: */s/ Carole Neville*
Carole Neville