UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
(DETROIT)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | CASE NO.: 13-53846 |
| | ) | |
| | ) | CHAPTER 9 |
| Debtor. | ) | |
| | ) | Hon. Steven W. Rhodes |
| | ) | |

_____

**JOINDER OF THE DWSD BOND TRUSTEE TO THE SUPPLEMENTAL OBJECTION OF ASSURED GUARANTY MUNICIPAL CORP. TO CONFIRMATION OF CORRECTED FIFTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT (JULY 29, 2014)**
_____

U.S. Bank National Association, in its capacity as trustee for those certain bonds issued by the City of Detroit (the "**City**") for the Detroit Water and Sewerage Department to finance and refinance improvements to the City's Water Supply System and the City's Sewage Disposal System, hereby files this joinder to the *Supplemental Objection of Assured Guaranty Municipal Corp. to Confirmation of the Corrected Fifth Amended Plan for the Adjustment of Debts of the City of Detroit (July 29, 2014)* filed by Assured Guaranty Municipal Corp., on August 12, 2014.

Respectfully submitted this the 12th day of August, 2014.

*/s/ David E. Lemke*
David E. Lemke (TN13586)
Courtney M. Rogers (TN25664)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Tel: (615) 244-6380
Fax: (615) 244-6804
david.lemke@wallerlaw.com
courtney.rogers@wallerlaw.com

– and –

Jaimee L. Witten (P70068)
BODMAN PLC
1901 St. Antoine Street, 6th Floor
Detroit, Michigan 48226
Tel: (313) 393-7597
Fax: (313) 393-7579
jwitten@bodmanlaw.com

*Attorneys for U.S. Bank National Association, as Trustee for the DWSD Bonds*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Joinder of the DWSD Bond Trustee to the Supplemental Objection of Assured Guaranty Municipal Corp. to Confirmation of the Corrected Fifth Amended Plan for the Adjustment of Debts of the City of Detroit (July 29, 2014)*, was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter this 12th day of August, 2014, and sent by overnight service to the below recipients, on the 13th day of August, 2014:

David G. Heiman, Esq.
Heather Lennox, Esq.
Thomas A. Wilson, Esq.
JONES DAY
North Point
901 Lakeside Avenue Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

*Counsel to the City*

Bruce Bennett, Esq.
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243 2382
Facsimile: (213) 243 2539

*Counsel to the City*

Jonathan S. Green, Esq.
Stephen S. LaPlante, Esq.
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500

*Counsel to the City*

Matthew E. Wilkins, Esq.
Paula A. Hall, Esq.
BROOKS WILKINS SHARKEY & TURCO PLLC
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
Telephone: (248) 971-1711
Facsimile: (248) 971-1801

*Counsel to the Retiree Committee*

Claude Montgomery, Esq.
Carole Neville, Esq.
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

*Counsel to the Retiree Committee*

Sam J. Alberts, Esq.
DENTONS US LLP
1301 K Street NW, Suite 600, East Tower
Washington, DC 20005-3364
Telephone: (202) 408-6400
Facsimile: (202) 768-6800

*Counsel to the Retiree Committee*

/s/ David E. Lemke
David E. Lemke (TN13586)
Courtney M. Rogers (TN25664)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Phone: (615) 244-6380
Fax: (615) 244-6804
david.lemke@wallerlaw.com
courtney.rogers@wallerlaw.com

*Attorneys for U.S. Bank National Association, as Trustee for the DWSD Bonds*