M. Natasha Labovitz
My Chi To
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Berkshire Hathaway Assurance Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 9 |
| | ) | |
| **CITY OF DETROIT, MICHIGAN,** | ) | Case No. 13-53846 |
| | ) | |
| **Debtor.** | ) | Hon. Steven W. Rhodes |

**JOINDER BY BERKSHIRE HATHAWAY ASSURANCE
CORPORATION IN SUPPLEMENTAL OBJECTION OF ASSURED
GUARANTY MUNICIPAL CORP. TO CONFIRMATION OF CORRECTED
FIFTH AMENDED PLAN FOR THE ADJUSTMENT
OF DEBTS OF THE CITY OF DETROIT (JULY 29, 2014)**

Berkshire Hathaway Assurance Corporation, through its undersigned counsel, hereby joins the Supplemental Objection of Assured Guaranty Municipal Corp. to Confirmation of Corrected Fifth Amended Plan for the Adjustment of Debts of the City of Detroit (July 29, 2014) [Docket No. 6677].

[*rest of page intentionally left blank*]

Dated: New York, New York
August 12, 2014

Respectfully submitted,

/s/ My Chi To
DEBEVOISE & PLIMPTON LLP

M. Natasha Labovitz
My Chi To
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
nlabovitz@debevoise.com
mcto@debevoise.com

*Attorneys for Berkshire Hathaway Assurance Corporation*