# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

- Name: **Mark R. James**
- Firm: **Williams, Williams, Rattner & Plunkett, P.C.**
- Address: **380 N Old Woodward Ave, Ste 300**
- City, State, Zip: **Birmingham, MI 48009**
- Phone: **248-642-0333**
- Email: **mrjames@wwrplaw.com**

**Case/Debtor Name:** City of Detroit, Michigan

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge:** Hon. Steven Rhodes

- ● Bankruptcy   ○ Adversary
- ○ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 08/12/2014   **Time of Hearing:** 9:00 AM   **Title of Hearing:** Status Conference

Please specify portion of hearing requested:   ● Original/Unredacted   ○ Redacted   ○ Copy (2nd Party)

● Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ○ Other

Special Instructions: **All proceedings heard during hearing.**

**Type of Request:**
- ○ Ordinary Transcript - $3.65 per page (30 calendar days)
- ○ 14-Day Transcript - $4.25 per page (14 calendar days)
- ● Expedited Transcript - $4.85 per page (7 working days)
- ○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Mark R. James   Date: **8/13/2014**

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____ Date _____ By _____

Order Received:

Transcript Ordered

Transcript Received