**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) |
| | ) Case No. 13-53846 |
| Debtor. | ) |
| | ) Hon. Steven W. Rhodes |
| | ) |

**NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION'S JOINDER TO THE SUPPLEMENTAL OBJECTION OF ASSURED GUARANTY MUNICIPAL CORP. TO CONFIRMATION OF CORRECTED FIFTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT (JULY 29, 2014)**

National Public Finance Guarantee Corporation ("National"), by and through its undersigned counsel, hereby submits this joinder (the "Joinder") to the *Supplemental Objection of Assured Guaranty Municipal Corp. to Confirmation of Corrected Fifth Amended Plan for the Adjustment of Debts of the City of Detroit (July 29, 2014)* [Doc. No. 6677] (the "Assured Supplemental Objection").[1] In support of this Joinder, National respectfully submits as follows:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Assured Supplemental Objection.

National believes, for the reasons stated in the Assured Supplemental Objection, that the Plan's authorization of the City to charge the DWSD approximately $20 million for professional fees related to the City's bankruptcy case is improper, both as a matter of state law and bankruptcy law.  Although National and the City have stipulated to extend the deadline for supplemental objections to the Plan (*see* Doc. No. 6643), an order approving this stipulation has yet to be entered.  Thus, in an abundance of caution, National submits this Joinder.

WHEREFORE, National respectfully requests that the Court grant the relief requested in the Assured Supplemental Objection and grant such other and further relief as is just and proper.

Dated: August 13, 2014    Respectfully submitted,

**SIDLEY AUSTIN LLP**

By: /s/ Jeffrey E. Bjork
Jeffrey E. Bjork
Gabriel R. MacConaill
555 West Fifth Street, Ste. 4000
Los Angeles, CA 90013
Tel: (213) 896-6000
Fax: (213) 896-6600
Email: jbjork@sidley.com
Email: gmacconaill@sidley.com

-and-

James Bendernagel
Guy S. Neal
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8000
Fax: (202) 736-8711
Email: jbendernagel@sidley.com
Email: gneal@sidley.com

**JAFFE, RAITT, HEUER & WEISS, P.C.**

By: /s/ Paul R. Hage
Paul R. Hage (P70460)
2777 Franklin Road, Suite 2500
Southfield, MI 48034
Tel: (248) 351-3000
Fax: (248) 351-3082
Email: phage@jaffelaw.com

*Counsel for National Public Finance Guarantee Corporation*