# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

        Debtor.

_____/

Chapter 9

Case No: 13-53846

Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2014, I caused *National Public Finance Guarantee Corporation's Joinder to the Supplemental Objection of Assured Guaranty Municipal Corp. to Confirmation of Corrected Fifth Amended Plan for the Adjustment of Debts of the City of Detroit (July 29, 2014)* to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filings to all ECF participants in this bankruptcy case.

Respectfully submitted by,

**JAFFE RAITT HEUER & WEISS, P.C.**

By: /s/ Paul R. Hage
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214
Telephone: (248) 351-3000
phage@jaffelaw.com

*Counsel for National Public Finance Guarantee Corp.*

Dated: August 13, 2014.