**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| _____ | ) | |
| In re: | ) | |
| | ) | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN | ) | |
| | ) | Chapter 9 |
| Debtor | ) | |
| | ) | Hon. Steven W. Rhodes |
| _____ | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 12, 2014, the Supplemental Objection of the County of Macomb, Michigan, by and through its County Agency, The Macomb County Public Works Commissioner, and The Macomb Interceptor Drain Drainage District to Fourth Amended Plan for The Adjustment of Debts of The City of Detroit was filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: August 13, 2014

DECHERT LLP

By:____/s/ Allan S. Brilliant_____
Allan S. Brilliant
G. Eric Brunstad
Stephen M. Wolpert
1095 Avenue of the Americas
New York, NY 10016
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
allan.brilliant@dechert.com
eric.brunstad@dechert.com
stephen.wolpert@dechert.com

*Attorneys for County of Macomb, Michigan*