#362332

# IN THE UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

FILED 2014 JUL 14 P 2:[..] U.S. BANKRUPTCY COURT E.D. MICHIGAN DETROIT

In Re:
CITY OF DETROIT MICHIGAN
Debtor

CHAPTER 9
CASE NO 13-53846
HON STEVEN Rhodes

## NOTICE OF APPEAL

Claimant (#458) Albert O'Rourke herein Appeals To The Federal District Court For The Eastern District of Michigan, Southern Division The Denial of O'Rourke's Claim on/about June 25, 2014

Dated July 3, 2014
In forma pauperis

Albert O'Rourke
2316 Paseo De Laura
#223
[illegible] CA 92054
(760) 453-2218

CSD 3010 (04/25/96)
Name, Address, Telephone No. & I.D. No.

Albert O'Rourke
2316 Paseo De Laura #223
Oceanside, CA. 92056
(760) 453-2218

FILED
2014 JUL 14 P 2:44
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

In re: City of Detroit, Michigan
Debtor.

BANKRUPTCY NO. 13-53846

ADVERSARY NO.

Plaintiff(s)

Defendants(s)

mortgage + City ownership $298

PROOF OF SERVICE / Notice of Appeal

I, AL O'Rourke, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that I served a copy of the following documents [describe each document served]:

(Claimant Albert O'Rourke's) $450
Notice of Appeal $458

July 3, 2014    by:
[date]
* July 11, 2014

[X] Mail Service – Regular, first class United States mail, postage fully pre-paid, addressed to:

(1) Clerk, U.S. Bankruptcy Court
211 West Fort Street, Suite 2100, Detroit, Michigan 48226

[X] Personal Service – By leaving the documents with the following named person(s) or an officer or agent of the person(s) at:

Original and copies
(2) Foley and Lardner LLP    Attn:
500 Woodward Ave    John Simon, Esq
Detroit, Michigan 48226    Tamar Dolgoart
    Suite #27000

[ ] Residence Service – By leaving the documents with the following adult at:

Under penalty of perjury, I declare that the foregoing is true and correct.

July 3, 2014    [Signature] Al O'Rourke
[Date]    * resent July 11, 2014
    * to U.S. Bankruptcy Court Clerk
    [Signature] Al O'Rourke

Print Name: AL O'Rourke
Business Address: 2316 Paseo De Laura #223
City, State, Zip: Oceanside, CA 92056