| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |
|---|---|---|

In re: *City of Detroit Michigan*

**Case No.:**

*13-53846*

**Debtor.**

/

*Albert O'Rourke*

**Adv. No.:**

**Appellant,**

v.

**Appellee.**

*City of Detroit*

---

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| ✓ | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| ___ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| ___ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| ___ | [423] 28 U.S.C. 157(c) (1) | Proposed Findings of Fact and Conclusions of Law |
| ___ | [423] 28 U.S.C. 158 (c) (a) | Order of Contempt |

Date: *July 11, 2014*

Name: *O'Rourke*
*Albert O'Rourke*

Name and Address of Interested Parties