# IN THE UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN

In Re:

CITY OF DETROIT MICHIGAN

Debtor

(Informal Brief)

CHAPTER 9
CASE NO 13-53846 -SWR

Appellant's DESIGNATION OF RECORD ON APPEAL STATEMENT OF ISSUES

Appellant AL O'Rourke herein makes his DESIGNATION OF Record on Appeal and STATEMENT OF ISSUES ON Appeal as is included herein

Albert O'Rourke
2316 Pasco De Laura
#223
Oceanside, CA. 92054
(760) 453-2218

Albert O'R[ourke]

FILED 2014 JUL 25 A 10:20 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

# I
## DESIGNATION OF RECORD

Appellant requests that the following pleadings/claim be included for this Appeal

① The claim (# 458) Case no 13-53846 filed on/about December 2013

② The Order of the U.S. Bankruptcy Court Entered June 27, 2014 Case No 13-53846 denying said claim

③ Claimant Al O'Rourke's Response to the Debtor's objection to claim filed June 6, 2014, Case No 13-53846

## II STATEMENT OF ISSUES ON APPEAL

Appellant claims the Bankruptcy Court erred in its June 27, 2014 Order (a) by not explaining its objection or granting leave to amend the claim No 458

Dated Aug 22, 2014 Al O'Rourke

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
CASE No. 13-53846 SWR

In Re: City of Detroit Michigan
                               Debtor

# PROOF OF SERVICE
## BY MAIL

I, Albert O'Rourke, over the age of 18 years old do declare that (under penalty of perjury) on July 22, 2014 I caused to be mailed from Carlsbad, California in United States Mail, postage prepaid the following legal document:

Appellant's Designation of Record on Appeal Statement of Issue

Such was mailed to:

① Clerk                                    (original + copies)
   U.S. Bankruptcy Court
   211 Fort Street Suite 2100
   Detroit, Michigan

② Foley and Lardner LLP                    (copy)
   500 Woodward Ave suite 27000
   Detroit Michigan 48226

I declare the foregoing to be true and correct to the best of my knowledge/belief
July 22, 2014        /s/ Albert O'Rourke

FILED 2014 JUL 25 PM 12:03 U.S. BANKRUPTCY COURT