UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

Debtor.

Bankruptcy Case Number 13-53846

Honorable Steven W. Rhodes

Chapter 9

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a)(1) and Federal Rules of Bankruptcy Procedure 8001(a), the City of Detroit appeals from the order of Bankruptcy Judge Honorable Steven W. Rhodes entered on July 30, 2014 (Doc. No. 6401). The names of all parties to the order appealed from and the names, addresses, telephone numbers, and e-mail addresses of their respective attorneys are as follows.

Party: **City of Detroit**

Attorneys: Jonathan S. Green
Stephen S. LaPlante
Timothy A. Fusco
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com
fusco@millercanfield.com

David G. Heiman
Heather Lennox
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

Party: **State of Michigan**

Attorneys: Matthew Schneider, Chief Legal Counsel
Aaron D. Lindstrom, Solicitor General
P.O. Box 30754
Lansing, Michigan 48909
Telephone: (517) 373-3203
SchneiderM7@michigan.gov
LindstromA@michigan.gov

Steven G. Howell, Special Assistant Attorney General
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
Telephone: (313) 223-3033
SHowell@dickensonwright.com

Parties:     **Allen Park Retiree's Association, Inc.
             Russell Pillar**

Attorneys:   Mark A. Porter
             MARK A. PORTER & ASSOCIATES, PLLC
             551 East 11-Mile Road – Suite 3-D
             P.O. Box 71527
             Madison Heights, Michigan 48071-0527
             (248) 547-1911
             Fax: (248) 547-1911
             mporter@map-law.com


Dated: August 13, 2014          Respectfully submitted,

                                By: /s/Timothy A. Fusco
                                Jonathan S. Green (P33140)
                                Stephen S. LaPlante (P48063)
                                Timothy A. Fusco (P13768)
                                MILLER, CANFIELD, PADDOCK AND
                                STONE, P.L.C.
                                150 West Jefferson, Suite 2500
                                Detroit, Michigan 48226
                                Telephone: (313) 963-6420
                                Facsimile: (313) 496-7500
                                green@millercanfield.com
                                laplante@millercanfield.com
                                fusco@millercanfield.com

                                David G. Heiman (OH 0038271)
                                Heather Lennox (OH 0059649)
                                JONES DAY
                                North Point
                                901 Lakeside Avenue
                                Cleveland, Ohio 44114
                                Telephone: (216) 586-3939
                                Facsimile: (216) 579-0212
                                dgheiman@jonesday.com
                                hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

ATTORNEYS FOR THE CITY OF DETROIT

| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | **District Court Label** |
|---|---|---|

**In re:**

                        **Case No.:**

      **Debtor.**
_____/

                        **Adv. No.:**

            **Appellant,**

    **v.**

            **Appellee.**

---

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| ____ | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| ____ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| ____ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| ____ | [423] 28 U.S.C. 157(c) (1) | Proposed Findings of Fact and Conclusions of Law |
| ____ | [423] 28 U.S.C. 158 (c) (a) | Order of Contempt |

**Date:** _____          **Name:** _____

Name and Address of Interested Parties

Party: City of Detroit, Michigan

Attorneys:

Jonathan S. Green
Stephen S. LaPlante
Timothy A. Fusco
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com
fusco@millercanfield.com

David G. Heiman
Heather Lennox
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

Party: State of Michigan

Attorneys:

Matthew Schneider, Chief Legal Counsel
Aaron D. Lindstrom, Solicitor General
P.O. Box 30754
Lansing, Michigan 48909
Telephone: (517) 373-3203
SchneiderM7@michigan.gov LindstromA@michigan.gov

Steven G. Howell, Special Assistant Attorney General
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
Telephone: (313) 223-3033
SHowell@dickensonwright.com

Parties: Allen Park Retiree's Association, Inc. and Russell Pillar

Attorney:

Mark A. Porter
MARK A. PORTER & ASSOCIATES, PLLC
551 East 11-Mile Road – Suite 3-D
P.O. Box 71527
Madison Heights, Michigan 48071-0527
(248) 547-1911
Fax: (248) 547-1911
mporter@map-law.com