Form B20A(Official Form 20A)
12/1/10

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re: **City of Detroit**

Chapter: **9**

Case No.: **13-53846-SWR**

Judge: **HON. Steven Rhodes**

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

**Debtor(s)**

Address: **2 Woodward Avenue Suite 1126 Detroit Mich. 48226**

Last four digits of Social Security or Employer's Tax Identification (EIN) No(s).(if any): **38-6004606**

**NOTICE OF Motion & Opportunity to Respond**
*(Motion or Objection)*

**Phyllis Hernandez** has filed papers with the court to (1) **Relief from Automatic Stay** (2) **Demand (3) for Jury Trial**
{relief sought in motion or objection}

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in a motion or objection], or if you want the court to consider your views on the [motion] [objection], within **14** days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
(Mail to correct Court Address
Detroit, Flint or Bay City)

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

{movant's attorney's name, address and telephone number}

{name and addresses of others to be served}

**Phyllis Hernandez
27201 Roney
Brownstown MI
48183**

FILED
2014 AUG 13 P 3:48
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: **08-13-14**

Signature: *(signed)*
Name
Address: **27201 Roney Brownstown MI 48183**

---
[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

13-53846-tjt    Doc 6696    Filed 08/13/14    Entered 08/13/14 16:03:26    Page 1 of 4

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN

In re:                                Case Number: 13-53846-swr

City of Detroit

Debtor

## ORDER TERMINATING STAY

This matter having come on before this Court upon notice and motion for relief from stay which was filed with this court on or about August 12, 2014 and

It appearing from the swore testimony of Phyllis L Hernandez of personal delivery that those entitled to notice received notice of the application; and

Such notice required that any interested party wishing to object to said motion must have done so in writing no later than August 28, 2014; and

It appearing that no objection or request for hearing was timely filed with this court as required by the notice; and

This Court being satisfied that the creditor, Phyllis L Hernandez, is entitled to relief from the automatic stay;

NOW, THEREFORE, IT IS ORDERED as follows:

The automatic stay in this matter as applies to the above-named creditor be and hereby is lifted.

Signed:

Hon. Judge Steven Rhodes

Date:

## Certificate of Service

I Phyllis L Hernandez do personally sware that I served notice of Motion and Opportunity to Object to the City of Detroit on August 13, 2014

City of Detroit
Case Number 13-53846-SWR

Signed: Phyllis L Hernandez

*[signature]*
08-13-14

FILED 2014 AUG 13 P 3:49 U.S. BANKRUPTCY E.D. MICHIGAN-DETROIT