# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
-------------------------------------------------------x
                                                       :
In re                                                  :        Chapter 9
                                                       :
CITY OF DETROIT, MICHIGAN,                             :        Case No. 13-53846
                                                       :
                              Debtor.                  :        Hon. Steven W. Rhodes
                                                       :
                                                       :
                                                       :
-------------------------------------------------- x
```

### ORDER SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING WITH RESPECT TO MOTION OF THE DEBTOR FOR A FINAL ORDER PURSUANT TO (I) 11 U.S.C. §§ 105, 364(c), 364(d)(1), 364(e), 902, 904, 921, 922 AND 928 (A) APPROVING POSTPETITION FINANCING AND (B) GRANTING LIENS AND (II) BANKRUPTCY RULE 9019 APPROVING SETTLEMENT OF <u>CONFIRMATION OBJECTIONS</u>

This matter having come before the Court on the *Ex Parte* Motion for an

Order Shortening Notice and Scheduling an Expedited Hearing with Respect to

Motion of the Debtor for a Final Order Pursuant to (I) 11 U.S.C. §§ 105, 364(c),

364(d)(1), 364(e), 902, 904, 921, 922 and 928 (A) Approving Postpetition

Financing and (B) Granting Liens and (II) Bankruptcy Rule 9019 Approving

Settlement of Confirmation Objections (Docket No. 6644)

(the "*Ex Parte*  Motion");[1] the Court having reviewed the *Ex Parte* Motion and,

---

[1]     Capitalized terms not otherwise defined herein have the meaning given to them in the *Ex Parte* Motion.

after due deliberation, having determined that (i) it has jurisdiction over this matter, (ii) this matter is a core proceeding, (iii) sufficient cause exists to reduce the notice period with respect to the Financing and Settlement Motion and schedule an expedited hearing thereon and (iv) the relief requested in the *Ex Parte* Motion is fair, equitable and in the best interests of the City, its creditors and other parties in interest;

It is hereby ORDERED that:

1.　　The *Ex Parte* Motion is GRANTED.

2.　　Any objection to the Financing and Settlement Motion must be filed and served no later than August 20, 2014.

3.　　Any response to an objection to the Financing and Settlement Motion must be filed and served no later than August 22, 2014.

4.　　A hearing with respect to the Financing and Settlement Motion will be held on August 25, 2014 at 9:00 Eastern Time before the Honorable Steven Rhodes in Courtroom 236 at 231 W. Lafayette Blvd, Detroit, Michigan 48226.

.

**Signed on August 13, 2014**

　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Steven Rhodes**
　　　　　　　　　　　　　　　　　　　　　　**Steven Rhodes**
　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**