**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION (DETROIT)**

| | |
|---|---|
| In re: | Chapter 9 |
| | Case No. 13-53846-SWR |
| CITY OF DETROIT, MICHIGAN, | Hon. Stephen W. Rhodes |
| Debtor. | |
| _____/ | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2014, I filed with the Clerk of the Court for the U.S. Bankruptcy Court for the Eastern District of Michigan: 1) *The Retiree Association Parties' Reservation of Rights with Respect to the Confirmation of Corrected Fifth Amended Plan for Adjustment of Debts for the City of Detroit*; and 2) this *Certificate of Service*, using the Court's electronic filing system, which will provide notification of such filing to all parties of record that are registered electronically.

                                                          /s/ Marlene Kowalewski
                                                        Marlene Kowalewski, Assistant
                                                        Silverman & Morris, P.L.L.C.
                                                        30500 Northwestern Highway, Ste. 200
                                                        Farmington Hills, Michigan 48334
                                                        marlene@silvermanmorris.com
                                                        (248) 539-1330   Fax: (248) 539-1355

Dated: August 13, 2014