## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

-------------------------------------------------------x
:
In re                              :          Chapter 9
:
CITY OF DETROIT, MICHIGAN,    :          Case No. 13-53846
:
                Debtor.    :          Hon. Steven W. Rhodes
:
:
-------------------------------------------------------x

## CITY'S WILL CALL LIST OF WITNESSES RELATED TO
## THE PROPOSED PLAN FOR THE ADJUSTMENT OF DEBTS

The City of Detroit, Michigan (the "City"), as the debtor in the above captioned case, files the City's Will Call List of Witnesses Related to the Proposed Plan for the Adjustment of Debts. The below witness list supersedes and replaces all previously identified witnesses by the City.

1.      The City identifies the following individuals, exclusive of those to be offered for rebuttal purposes, as witnesses that it will call at the hearing on the proposed plan for the adjustment of the City's debts (the "Plan"):

| No. | NAME / TITLE |
|-----|--------------|
| 1. | Kevyn D. Orr, Emergency Manager for the City |
| 2. | Kenneth A. Buckfire, CEO and Managing Director of Miller Buckfire & Co. LLC, financial advisors to the City |
| 3. | Charles M. Moore, Senior Managing Director at Conway MacKenzie, Inc., operational restructuring advisors to the City |
| 4. | Gaurav Malhotra, Principal of Ernst & Young LLP, financial restructuring advisors to the City |
| 5. | Robert Cline, Director of State-Local Tax Policy Economics at Ernst & Young LLP, financial restructuring advisors to the City |
| 6. | Caroline Sallee, Manager at Quantitative Economics and Statistics within Ernst & Young LLP, financial restructuring advisors to the City |
| 7. | Glenn D. Bowen, Principal and Consulting Actuary at Milliman, Inc., Actuarial advisors to the City |
| 8. | Suzanne Taranto, Principal and Consulting Actuary at Milliman, Inc., Actuarial advisors to the City |
| 9. | Michael E. Duggan, Mayor of the City |
| 10. | Brenda Jones, City Council President and At-Large City Council Member |
| 11. | John Hill, Chief Financial Officer for the City |
| 12. | Beth Niblock, Chief Information Officer for the City |
| 13. | James E. Craig, Detroit Police Chief |
| 14. | Edsel Jenkins, Detroit Executive Fire Commissioner |
| 15. | Sue F. McCormick, Director, Detroit Water and Sewerage Department |
| 16. | Vanessa Fusco, Associate Vice President and Museum Services Account Manager at Christie's |
| 17. | Annemarie Erickson, Executive Vice President and Chief Operating Officer of the Detroit Institute of Arts |
| 18. | Roger S. Penske, Founder and Chairman of Penske Corporation |
| 19. | Daniel Gilbert, Chairman and Founder of Rock Ventures, LLC and Quicken Loans, Inc. |
| 20. | Rip Rapson, President and CEO of Kresge Foundation |
| 21. | Alan Perry, Principal and Consulting Actuary at Milliman, Inc., actuarial advisors to the City |
| 22. | Michael Plummer, Principal and co-Founder of Artvest Partners |
| 23. | John Satter, Midwest Region Managing Director for Hilco Real Estate Appraisal, LLC |
| 24. | Brom Stibitz, Director of Executive Operations at Michigan Department of Treasury |

2.     The City reserves the right to further amend its list of witnesses as may be necessary to address:  (i) the additional feasibility testimonial topics identified by the Court in its Eighth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment issued on this date, (ii) any modifications or refinements to the Plan, or (iii) any objections to the Plan.  The City will make any such additional witnesses available for deposition at a convenient time prior to their testimony at the confirmation hearing.

3.     The City reserves the right to call as a witness during the confirmation hearing any witnesses identified by parties objecting to or supporting the Plan.

4.     The City reserves the right to call as rebuttal witnesses Gary Evanko and Vyto Kaunelis, as well as any additional witnesses as may be necessary.

3

Dated: August 13, 2014          Respectfully submitted,


                                /s/ David G. Heiman
                                David G. Heiman (OH 0038271)
                                Heather Lennox (OH 0059649)
                                JONES DAY
                                North Point
                                901 Lakeside Avenue
                                Cleveland, Ohio  44114
                                Telephone:  (216) 586-3939
                                Facsimile:  (216) 579-0212
                                dgheiman@jonesday.com
                                hlennox@jonesday.com

                                Bruce Bennett (CA 105430)
                                JONES DAY
                                555 South Flower Street
                                Fiftieth Floor
                                Los Angeles, California 90071
                                Telephone:  (213) 243-2382
                                Facsimile:  (213) 243-2539
                                bbennett@jonesday.com

                                Thomas F. Cullen, Jr. (DC 224733)
                                Gregory M. Shumaker (DC 416537)
                                Geoffrey S. Stewart (DC 287979)
                                JONES DAY
                                51 Louisiana Ave., N.W.
                                Washington, D.C. 20001
                                Telephone: (202) 879-3939
                                Facsimile: (202) 626-1700
                                tfcullen@jonesday.com
                                gshumaker@jonesday.com
                                gstewart@jonesday.com

4

Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap (P68258)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI  48075
Telephone: (248) 359-7300
Facsimile: (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

ATTORNEYS FOR THE CITY OF DETROIT

## CERTIFICATE OF SERVICE

      I, David G. Heiman, hereby certify that the foregoing City's Will Call List of Witnesses Related to the Proposed Plan for the Adjustment of Debts was filed and served via the Court's electronic case filing and noticing system on this 13th day of August, 2014.

                                    /s/ David G. Heiman