UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## OFFICIAL COMMITTEE OF RETIREES' LIST OF WITNESSES IT WILL CALL AT TRIAL

Pursuant to the Court's order issued at the August 12, 2014 Status Conference, the Official Committee of Retirees of the City of Detroit, Michigan (the "Committee") hereby discloses the following witnesses it will call at the hearing in this matter:

1. Kim Nicholl;

2. Howard Atkinson;

3. Stuart Wohl;

4. Terri Renshaw; and

5. Ron Bloom.

These witnesses will testify about the topics disclosed in previously-served witness lists and/or in their expert reports. The Committee reserves the right to supplement the above list of witnesses and/or topics as may be necessary to address changes and objections to the Fifth Amended Plan for the Adjustment of Debts of the City of Detroit. The Committee reserves the right to call as a witness any fact witness identified by any other party.

Dated: August 13, 2014                                      Respectfully submitted,

By:  */s/ Sam Alberts*

| | |
|---|---|
| Claude Montgomery | Sam Alberts |
| Carole Neville | Dan Barnowski |
| DENTONS US LLP | DENTONS US LLP |
| 1221 Avenue of the Americas | 1301 K Street, NW, Suite 600 |
| New York, New York 10020 | East Tower |
| Tel:   (212) 768-6700 | Washington, DC 20005 |
| Fax:   (212) 768-6800 | Tel: (202) 408-6400 |
| claude.montgomery@dentons.com | Fax: (202) 408-6399 |
| carole.neville@dentons.com | sam.alberts@dentons.com |
| | dan.barnowski@dentons.com |

BROOKS WILKINS SHARKEY & TURCO PLLC
Matthew E. Wilkins
Paula A. Hall
401 South Old Woodward, Suite 400
Birmingham, Michigan  48009
Direct:  (248) 971-1711
Cell:  (248) 882-8496
Fax:  (248) 971-1801
wilkins@bwst-law.com
hall@bwst-law.com

*Attorneys for the Official Committee of Retirees of the City of Detroit, Michigan*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 13, 2014, the Official Committee of Retirees' List of Witnesses It Will Call at Trial was filed and served using the Court's CM/ECF system which provides electronic notification of such filings to all counsel of record.

Dated: August 13, 2014	DENTONS US LLP

By: _/s/ Sam Alberts_
Sam Alberts