UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

**SYNCORA'S LIST OF WITNESSES IN ADVANCE OF TRIAL ON THE CONFIRMATION OF THE CITY OF DETROIT'S PLAN OF ADJUSTMENT**

1. Syncora Capital Assurance Inc. and Syncora Guarantee Inc. ("Syncora") identify the following individuals as witnesses that will testify at the hearing on the City of Detroit's (the "City's") proposed plan for the adjustment of debts (the "Plan") on the subjects specified in their expert reports:

| No. | Name, Title |
|---|---|
| 1. | Elizabeth Von Habsburg, Managing Director, Winston Art Group |
| 2. | Glenn D. Meyers, Managing Director, FTI Consulting, Inc. |
| 3. | Kevin M. Murphy, George J. Stigler Distinguished Service Professor of Economics, University of Chicago |
| 4. | Stephen Rosen, Managing Director, FTI Consulting, Inc. |
| 5. | Gary Evanko, Chief Assessor, City of Detroit |
| 6. | Michael Hall, Director of Human Resources and Labor Relations, City |
| 7. | Marcel Todd, Senior Planner, City Planning Commission |

2. Syncora identifies the following witnesses that it may testify at the hearing on the City's proposed Plan:

| No. | Name, Title |
|---|---|
| 1. | Sonya Mays, Senior Advisor, Office of the Emergency Manager |
| 2. | Shani Penn, Chief of Staff, Office of the Emergency Manager |

3. Syncora reserves the right to further amend its list of witnesses as may be necessary to address modifications in the City's Plan. Syncora reserves the right to call as a witness during the hearing on Plan confirmation any witness identified by the City.

Dated: August 13, 2014        Respectfully submitted,

**KIRKLAND & ELLIS LLP**

By: /s/ *Stephen C. Hackney*
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

- and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075

*Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*