# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |
| | | Related to Doc. No. 6379 |

## THE DETROIT RETIREMENT SYSTEMS' WILL CALL WITNESS LIST IN SUPPORT OF PLAN CONFIRMATION

The Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit (together, the "Retirement Systems") hereby disclose the witnesses that they intend to call in support of confirmation of the Corrected Fifth Amended Plan for the Adjustment of Debts of the City of Detroit [Dkt. No. 6379] (the "Plan"). The Retirement Systems will call one or more of the following individuals:

1. Cynthia Thomas, Executive Director of the Retirement Systems.

2. Ryan Bigelow, Chief Investment Officer of the Retirement Systems.

3. Eric Mendelsohn, Greenhill & Co., Financial Advisor to the Retirement Systems.

4. Judy Kermans, Gabriel Roeder, Actuarial Advisor to the Retirement Systems.

5. The Retirement Systems reserve the right to call any necessary rebuttal witnesses.

6. The Retirement Systems reserve the right to supplement this witness list as may be necessary to address changes, amendments, supplements, and objections to the Plan.

7. The Retirement Systems reserve the right to call as a witness any fact witness identified by any other party.

CLARK HILL PLC

/s/ Robert D. Gordon
Robert D. Gordon (P48627)
Jennifer K. Green (P69019)
Shannon L. Deeby (P60242)
151 South Old Woodward Avenue
Suite 200
Birmingham, Michigan 48009
Telephone: (248) 988-5882
Facsimile: (248) 988-2502
rgordon@clarkhill.com
jgreen@clarkhill.com
sdeeby@clarkhill.com

Dated: August 13, 2014

*Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit*

201257012.2 14893/165083

# EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |
| | | Related to Doc. No. 6379 |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 13, 2014, The Detroit Retirement Systems' Will Call Witness List in Support of Plan Confirmation was filed using the Court's CM/ECF system, which CM/ECF system will send notification of such filing to all parties of record.

                                                                              CLARK HILL PLC

                                                                              /s/ Robert D. Gordon
                                                                              Robert D. Gordon (P48627)
                                                                              151 South Old Woodward Avenue, Suite 200
                                                                              Birmingham, Michigan 48009
                                                                              Telephone: (248) 988-5882
                                                                              Facsimile: (248) 988-2502
                                                                              rgordon@clarkhill.com

Dated: August 13, 2014           *Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit*