UNITED STATES BANKRUPTCY COURT FILED
EASTERN DISTRICT OF MICHIGAN
2014 AUG 14 A 10: 26
SOUTHERN DIVISION

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CHAPTER 9

CITY OF DETROIT, MICHIGAN,

Case No. 13-53846

Debtor.

Hon. Steven W. Rhodes

_____ /

JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTION TO THE

FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System active employee, and a member of Class 11. I support and join in the Objecting Creditor Michael J. Karwoski's Objection to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5923, 7/10/14) and John P. Quinn's Objections to the Fourth Amended Plan of Adjustment (Doc. 5723, 7/1/14/). I request that the Court sustain those objections.

Signature: John Pittman
Printed name: John Pittman
Address: 18487 Sunderland
Detroit, MI. 48219
Phone: 313) 452-1020

Date: 8-12-2014

# JURAT WITH AFFIANT STATEMENT

State of __MICHIGAN__  
County of __Wayne__   } ss.

☒ See Attached Document (Notary to cross out lines 1–7 below)  
☐ See Statement Below (Lines 1–7 to be completed only by document signer[s], *not* Notary)

1. ~~~~
2. ~~~~
3. ~~~~
4. ~~~~
5. ~~~~
6. ~~~~
7. ~~~~

_Signature of Document Signer (Affiant) No. 1_   _Signature of Document Signer (Affiant) No. 2 (if any)_

Subscribed and sworn to (or affirmed) before me
this __12th__ day of __August__, __2014__, by
      Date         Month         Year

(1) __John Pittman__  
Name of Signer No. 1

(2) _____  
Name of Signer No. 2 (if any)

__Juaron Wise__  
Signature of Notary Public

[Notary Seal:]  
JUARON M WISE  
Notary Public - Michigan  
Oakland County  
My Commission Expires May 8, 2020  
Acting in the County of Wayne

Place Notary Seal/Stamp Above

Any Other Required Information  
(Residence, Expiration Date, etc.)

---

*INFORMATION IN AREAS 3-6 REQUIRED IN ARIZONA. OPTIONAL IN OTHER STATES.*

**Description of Any Attached Document**

3 Title or Type of Document: _____

4 Document Date: _____     5 Number of Pages: _____

6 Signer(s) Other Than Named Above: _____

© 2012 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)     Item #25924