UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


FILED
2014 AUG 14 A 10: 27
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

CHAPTER 9

CITY OF DETROIT, MICHIGAN,

Debtor.

Case No. 13-53846

Hon. Steven W. Rhodes

_____/

## JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTION TO THE FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System active employee, and a member of Class 11. I support and join in the Objecting Creditor Michael J. Karwoski's Objection to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5923, 7/10/14) and John P. Quinn's Objections to the Fourth Amended Plan of Adjustment (Doc. 5723, 7/1/14/). I request that the Court sustain those objections.

Signature: Michael Mannion
Printed name: MICHAEL MANNION
Address: 515 Villa Lane
St. Clair Shores MI 48080
Phone: 586-222-5984

Date: 8-8-14