UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN FILED
SOUTHERN DIVISION

2014 AUG 14  A 10: 29

Chapter 9

Case No. 13-53846

CITY OF DETROIT, MICHIGAN,

Debtor.

Hon. Steven W. Rhodes

## JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System retiree, a member of Class 11. I support and join in the Objecting Creditor Michael J. Karwoski's Objections to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5923, 7/10/14) and John P. Quinn's Objections to Fourth Amended Plan of Adjustment (Doc. 5723, 7/1/14). I request that the Court sustain those objections.

Signature: _____

Printed name: SUBRAHMANYAM KOTTAMASU

Address: 183 DANIEL AVENUE

WESTLAND, MI 48186

Phone: 734-578-6723.

Dated: 08/08/2014.