FILED

2014 AUG 14  A 10: 29

Chapter 9

BANKRUPTCY COURT
E.D. MICHIGAN  DETROIT

**CITY OF DETROIT, MICHIGAN,**

Case No. 13-53846

Debtor.

Hon. Steven W. Rhodes

/

## JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System retiree, a member of Class 11. I support and join in the Objecting Creditor Michael J. Karwoski's Objections to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5923, 7/10/14) and John P. Quinn's Objections to Fourth Amended Plan of Adjustment (Doc. 5723, 7/1/14). I request that the Court sustain those objections.

Signature: _Thomas C Ford_

Printed name: _Thomas C Ford_

Address: _3179 Gilbert_

_Det, MI 48210_

Phone: _734 422 8455_

Subscribed and Sworn before me, Thomas C Ford, this 12, Day of August 2014.

Dated: _8/12/14_

_Vicki A Mervyn_

**VICKI A MERVYN**
Notary Public - Michigan
Wayne County
My Commission Expires Dec 27, 2019
Acting in the County of _____