UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
2014 AUG 14 A 10: 27
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

CHAPTER 9

CITY OF DETROIT, MICHIGAN,

Debtor.

Case No. 13-53846

Hon. Steven W. Rhodes

/

### JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTION TO THE FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System active employee, and a member of Class 11. I support and join in the Objecting Creditor Michael J. Karwoski's Objection to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5923, 7/10/14) and John P. Quinn's Objections to the Fourth Amended Plan of Adjustment (Doc. 5723, 7/1/14/). I request that the Court sustain those objections.

Signature: John Pittman
Printed name: John Pittman
Address: 18487 Sunderland
Det. MI. 48219
Phone: 313) 452-1020

Date: 8-8-2014