UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

## THE DETROIT INSTITUTE OF ARTS' WILL CALL WITNESS LIST IN SUPPORT OF PLAN CONFIRMATION

The Detroit Institute of Arts ("**DIA Corp.**") identifies the following individuals as witnesses that it will call at the hearing in this matter in support of confirmation of the City's Proposed Plan for the Adjustment of Debts, exclusive of those to be offered for rebuttal purposes.

1. Annmarie Erickson
2. Michael Plummer
3. Sue Mosey

The DIA Corp. reserves all of its rights, including the right to call any person listed by other parties, persons named on the DIA Corp.'s previously filed witness list, and persons needed for purposes of authentication, as well as to name additional witnesses to address modifications or refinements to the Plan or objections.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

By: /s/Arthur T. O'Reilly
Arthur T. O'Reilly (P70406)
Scott B. Kitei (P78064)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7628
Facsimile: (313) 465-7629
Email: aoreilly@honigman.com

August 14, 2014

and

CRAVATH, SWAINE & MOORE LLP
Richard Levin
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Attorneys for The Detroit Institute of Arts

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the ECF system, and will send notification of such filing to all ECF participants registered in this matter.

                                       HONIGMAN MILLER SCHWARTZ AND COHN LLP

                                       By: /s/Arthur T. O'Reilly
Arthur T. O'Reilly (P70406)
Scott B. Kitei (P78064)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7628
Facsimile: (313) 465-7629
Email: aoreilly@honigman.com

August 14, 2014         and

CRAVATH, SWAINE & MOORE LLP
Richard Levin
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Attorneys for The Detroit Institute of Arts

ACTIVE.15455863.1