UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN<br><br>Debtor. | Chapter 9<br>Case No. 13-53846<br>Hon. Steven W. Rhodes |

## OAKLAND COUNTY'S LIST OF WITNESSES IN ADVANCE OF TRIAL ON THE CONFIRMATION OF THE CITY OF DETROIT'S PLAN OF ADJUSTMENT

The County of Oakland, Michigan ("Oakland County") through its counsel, identifies the following individuals as witnesses that will testify at the hearing on the City of Detroit's (the "City's") proposed plan for the adjustment of debts (the "Plan") on the subjects specified in their expert reports:

| No. | Name/Title |
|---|---|
| 1 | Michael Nadol, Managing Director, Public Financial Management, Inc. |
| 2 | William Stannard, President and CEO, Raftelis Financial Consultants, Inc. |
| 3 | Joseph Esuchanko, Owner, Actuarial Service Company, P.C. |
| 4 | Daniel J. Hartman, Managing Director, Public Financial Management, Inc. |
| 5 | William C. (Kriss) Andrews, Managing Director, Alderney Advisors, LLC |

Oakland County identifies the following witnesses that may testify at the hearing on the City's proposed Plan:

| No. | Name/Title |
|---|---|
| 1 | Robert Daddow, Deputy County Executive, Oakland County |
| 2 | Sidney Lockhart, Assistant Chief Engineer, Oakland County |
| 3 | Thomas Terry, CEO, The Terry Group |
| 4 | Jason Matteo, Chief Engineer, Wastewater Services, Macomb County |
| 5 | Any witnesses necessary for rebuttal |
| 6 | Any witnesses listed by another party |

Oakland County reserves the right to supplement its witness list as may be necessary to address modifications in the City's Plan.

RESPECTFULLY SUBMITTED,

**CARSON FISCHER, P.L.C.**

By: */s/ Joseph M. Fischer*
Joseph M. Fischer (P13452)
Robert A. Weisberg (P26698)
Christopher Grosman (P58693)
4111 Andover Road, West – Second Floor
Bloomfield, Michigan 48302-1924
Telephone: (248) 644-4840
Facsimile: (248) 644-1832
Email: JFischer@CarsonFischer.com
RWweisberg@CarsonFischer.com
CGrosman@CarsonFischer.com

*Counsel for Oakland County, Michigan*

**YOUNG & ASSOCIATES**

By: */s/ Sara K. MacWilliams*
Sara K. MacWilliams (P67805)
Jaye Quadrozzi (P71646)
27725 Stansbury Blvd., Suite 125
Farmington Hills, MI 48334
Telephone: (248) 353-8620
Email: efiling@youngpc.com
macwilliams@youngpc.com
quadrozzi@youngpc.com

*Co-counsel for Oakland County, Michigan*

Date: August 14, 2014

## CERTIFICATE OF SERVICE

I certify that on August 14, 2014 I electronically filed Oakland County's List of Witnesses in Advance of Trial on the Confirmation of the City of Detroit's Plan of Adjustment with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

**YOUNG & ASSOCIATES**

/s/ Sara K. MacWilliams
27725 Stansbury Boulevard, Suite 125
Farmington Hills, Michigan 48334
248.353.8620
efiling@youngpc.com
P67805