UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:　　　　　　　　　　　　　　　　　　　　　　　Chapter 9
City of Detroit, Michigan,　　　　　　　　　　　　　Case No. 13-53846
　　　Debtor.　　　　　　　　　　　　　　　　　　　Hon. Steven W. Rhodes
_____/

**Notice Regarding Location of Hearing Scheduled for August 19, 2014**

Notice is given that the hearing regarding the legality of the UTGO settlement, currently scheduled for August 19, 2014 at 9:00 a.m., shall be held in Courtroom 242 of the Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

Signed on August 14, 2014

　　　　　　　　　　　　　　　　　　　　　　/s/ Steven Rhodes
　　　　　　　　　　　　　　　　　　　　Steven Rhodes
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge