UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| In re | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | In Proceedings Under Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |

**STATEMENT IN SUPPORT OF
TREATMENT OF THE UTGOs IN THE PLAN**

Pursuant to Section 3.1 of the UTGO Settlement Agreement, as that term is defined in the Corrected Fifth Amended Plan for the Adjustment of Debts of the City of Detroit [Docket No. 6379] (the "Plan"), Ambac Assurance Corporation, a creditor in the above-captioned case and an insurer of certain unlimited tax general obligation bonds ("UTGOs") issued by the City of Detroit, Michigan, hereby states that it supports the treatment of the UTGOs in the Plan.

Dated: August 15, 2014      Respectfully Submitted,

**ARENT FOX LLP**

By: /s/ Carol Connor Cohen
Carol Connor Cohen
Caroline Turner English
Randall Brater
1717 K Street, NW
Washington, DC 20036-5342
(202) 857-6054

1

Email: Carol.Cohen@arentfox.com

David L. Dubrow
Mark A. Angelov
1675 Broadway
New York, NY 10019
(212) 484-3900

-and-

**SCHAFER AND WEINER, PLLC**
Daniel J. Weiner (P32010)
Brendan G. Best (P66370)
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
Email: bbest@schaferandweiner.com

*Attorneys for Ambac Assurance Corporation*