**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re | ) | Case No. 13-53846 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | In Proceedings Under |
| | ) | Chapter 9 |
| Debtor. | ) | |
| | ) | Hon. Steven W. Rhodes |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 15, 2014, Statement in Support of Treatment of the UTGOs in the Plan was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.


Dated: August 15, 2014
Respectfully Submitted,
**ARENT FOX LLP**

By: /s/ Carol Connor Cohen
Carol Connor Cohen
Caroline Turner English
Randall Brater
1717 K Street, NW
Washington, DC 20036-5342
(202) 857-6054
Email: Carol.Cohen@arentfox.com

David L. Dubrow
Mark A. Angelov
1675 Broadway
New York, NY 10019

(212) 484-3900

**-**and-

**SCHAFER AND WEINER, PLLC**
Daniel J. Weiner (P32010)
Brendan G. Best (P66370)
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI  48304
(248) 540-3340
Email:  bbest@schaferandweiner.com

*Attorneys for Ambac Assurance Corporation*