UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

Re: CASE NUMBER 13-53846  DATE: 8-14-2014

NAME(S): Richard Louis Hall

## STATEMENT OF CHANGE OF
## MAILING ADDRESS OF CREDITOR

Dear Clerk of the Court:

The Creditor in the above entitled case do hereby request that the mailing address listed in the above-stated case be changed;

From: 3752 Eastern Place
Detroit, MI 48208

To: 8110 Wyoming Street
Detroit, MI 48204

Sincerely,

Creditor: Richard Hall

***If you would like a copy of this form returned to you, mail two (2) copies of this form and a self-addressed stamped envelope directly to the Clerk of the Court at 211 West Fort Street, Detroit, MI 48226.*

FILED
2014 AUG 14 P 12:57
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT