# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION – DETROIT

---------------------------------------------- )
                                               )
In re:                                         )     Case No. 13-53846
                                               )
CITY OF DETROIT, MICHIGAN,                     )     In Proceedings Under
                                               )     Chapter 9
            Debtor.                            )
                                               )     Hon. Steven W. Rhodes
                                               )
---------------------------------------------- )

**WAYNE COUNTY'S WITNESS LIST IN ADVANCE OF TRIAL IN CONNECTION WITH CONFIRMATION OF THE CITY OF DETROIT'S PLAN OF ADJUSTMENT**

Wayne County, Michigan, a Michigan Constitutional corporation, a party-in-interest in this case, by and through its County Executive, Robert A. Ficano ("Wayne County"), states that it may call the following fact witnesses at the Confirmation Hearing:

| Number | Name |
|--------|------|
| 1. | Solon Phillips, Wayne County Deputy Chief of Staff to Wayne County Executive |
| 2. | Kenneth Kucel, Deputy Director, Public Services |
| 3. | Kelly Cave, Director, Water Quality Management Division |
| 4. | Vyto Kaunelis, OHM Advisors, advisor to City with respect to DWSD capital improvements |
| 5. | Any rebuttal witnesses |
| 6. | Any witness necessary to authenticate any documents. |
| 7. | Any witness listed by any other party. |

Wayne County reserves the right to amend its witness list as may be necessary.

1

Respectfully Submitted,

BUTZEL LONG, a professional Corporation

_____/s/ Max J. Newman_____
By:  Max J. Newman (P51483)
By:  Beth Gotthelf (P38951)
Attorneys for Wayne County
Stoneridge West
41000 Woodward Ave
Bloomfield Hills, MI  48304
(248) 258-2907
newman@butzel.com

Dated:  August 15, 2014