**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

CITY OF DETROIT, MICHIGAN,

        Debtor.

_____

Chapter 9
Case No. 13-53846-SWR
Hon. Steven W. Rhodes

**COPS HOLDERS' LIST OF EXPERT WITNESS**
**IN SUPPORT OF OBJECTION  TO PLAN CONFIRMATION**

The undersigned, through their respective counsel, hereby identifies the following expert witness that will be called to testify in support of the COPs Holders' Objection to Confirmation of the Corrected Fifth Amended Plan for the Adjustment of Debts of the City of Detroit [Docket No. 6379] regarding the subjects specified in his report:

- **William Fornia, Pension Trustee Advisors.**

The undersigned reserves all of their rights, including the right to call any person listed by other parties, persons needed for purposes of authentication, and rebuttal witnesses, as well as to name additional witnesses as may be necessary to address changes, amendments, supplements, and objections to the Plan.

[Signatures contained on the following page.]

/S/Deborah L. Fish
Deborah L. Fish
ALLARD & FISH, P.C.
2600 Buhl Building
535 Griswold
Detroit, MI 48226
Telephone: (313) 961-6141
Facsimile: (313) 961-6142
dfish@allardfishpc.com
P36580

and

KRAMER LEVIN NAFTALIS
& FRANKEL LLP
Thomas Moers Mayer
Jonathan M. Wagner
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the Ad Hoc COPs Holders[1]*

Dated:   Detroit, Michigan
         August 15, 2014

z:\13\079\plds\8.15.14.expert witness list.in support of objection.docx

2

---

[1] The Ad Hoc COPs Holders consist of Dexia Crédit Local and Dexia Holdings, Inc., Panning Capital Management, LP, on behalf of funds and accounts managed by it, Monarch Alternative Capital LP, on behalf of funds and accounts managed by it, Bronze Gable, LL.C., Aurelius Capital Management, LP, on behalf of its managed entities, Stone Lion Capital Partners L.P., on behalf of funds and accounts managed by it, and BlueMountain Capital Management, LLC on behalf of funds and accounts managed by it.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

CITY OF DETROIT, MICHIGAN,                        Chapter 9
                                                  Case No. 13-53846-SWR
                                                  Hon. Steven W. Rhodes
    Debtor.

_____

## CERTIFICATION OF SERVICE

    I, Regina Drouillard, hereby certify that on August 15, 2014, I electronically filed the following:

- COPs Holders' List of Expert Witness in Support of Objection to
  Confirmation of Plan

with the Clerk of the Court using the ECF and I hereby certify that the Court's ECF system has served all registered users.

ALLARD & FISH, P.C.

/S/Regina Drouillard
535 Griswold
2600 Buhl Building
Detroit MI 48226
(313) 961-6141

Dated:  August 15, 2014
z:\13\079\plds\8.15.14.expert witness list.in support of objection.docx