# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re <u>City of Detroit, Michigan</u>     Case No. <u>13-53846</u>

Debtor.   Chapter 9

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Citigroup Global Markets Inc.</u><br>Name of Alleged Transferor | <u>Panning Master Fund, LP</u><br>Name of Transferee |
| Name and Address where notices to Transferee should be sent: | Court Claim #: 1320[1] |
| Panning Capital Management LP<br>Attn: William Kelly<br>510 Madison Avenue, Suite 2400<br>New York, NY 10022<br>United States of America<br>Email: rayan@panning.com | Date Claim Filed: February 20, 2014<br><br>Debtor: City of Detroit, Michigan |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PANNING CAPITAL MANAGEMENT LP

By: _____     Date: _____
Name: William Kelly
Title: Authorized Person

---

[1] The partial transfer referenced herein is only with respect to 25.71% of the contingent and unliquidated claim set forth in Court Claim number 1320. Nothing about this notice or any prior transfer notices shall be deemed to modify, amend or expand in any way the basis for Court Claim number 1320 as set forth in the Supplement to Court Claim number 1320, dated February 19, 2014.