# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re <u>City of Detroit, Michigan</u>    Case No. <u>13-53846</u>

                                                      Debtor.   Chapter 9

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Morgan Stanley & Co. LLC</u>  
Name of Alleged Transferor

<u>Panning Master Fund, LP</u>  
Name of Transferee

Name and Address where notices to Transferee should be sent:

Court Claim #: 1360[1]

Panning Capital Management LP  
Attn: William Kelly  
510 Madison Avenue, Suite 2400  
New York, NY 10022  
United States of America  
Email: rayan@panning.com

Date Claim Filed: February 20, 2014

Debtor: City of Detroit, Michigan

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PANNING CAPITAL MANAGEMENT LP  
By: _[signature]_  
Name: William Kelly  
Title: Authorized Person

Date: _____

---

[1] The partial transfer referenced herein is only with respect to 7.24% of the contingent and unliquidated claim set forth in Court Claim number 1360. Nothing about this notice or any prior transfer notices shall be deemed to modify, amend or expand in any way the basis for Court Claim number 1360 as set forth in the Supplement to Court Claim number 1360.