# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re <u>City of Detroit, Michigan</u>　　　　Case No. <u>13-53846</u>

　　　　　　　　　　　　　　　　　　　　　Debtor.　Chapter 9

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Morgan Stanley & Co. LLC</u>　　　　　　<u>Monarch Alternative Capital LP</u>[1]
Name of Alleged Transferor　　　　　　　Name of Transferee

Name and Address where notices to Transferee　Court Claim #: 1357[2]
should be sent:

Monarch Alternative Capital LP　　　　　Date Claim Filed: February 20, 2014
Attn: Andrew J. Herenstein
535 Madison Avenue　　　　　　　　　　Debtor: City of Detroit, Michigan
New York, New York, 10022
Email: andrew.herenstein@monarchlp.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MONARCH ALTERNATIVE CAPITAL LP,
By: Monarch Alternative Capital LP, as agent　_August 14, 2014_
for and on behalf of the entities identified on　Date:
Exhibit A hereto

By: _[signature]_
Name:
Title:　Michael A. Weinstock
　　　　Chief Executive Officer

---

[1] Monarch Alternative Capital LP is agent for and on behalf of the entities identified on Exhibit A hereto.

[2] The partial transfer referenced herein is only with respect to 12.47% of the contingent and unliquidated claim set forth in Court Claim number 1357. Nothing about this notice or any prior transfer notices shall be deemed to modify, amend or expand in any way the basis for Court Claim number 1357 as set forth in the Supplement to Court Claim number 1357.

# EXHIBIT A

| |
|---|
| Monarch Debt Recovery Master Fund Ltd |
| Monarch Opportunities Master Fund Ltd |
| Monarch Capital Master Partners III LP |
| Monarch Capital Master Partners III-A LP |
| P Monarch Recovery Ltd |
| Monarch Alternative Solutions Master Fund Ltd |