UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION



CHAPTER 9

CITY OF DETROIT, MICHIGAN,

Case No. 13-53846

Debtor.

Hon. Steven W. Rhodes

ROSILY JAIS /

JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTION TO THE

FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System active employee, and a member of Class 11. I support and join in the Objecting Creditor Michael J. Karwoski's Objection to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5923, 7/10/14) and John P. Quinn's Objections to the Fourth Amended Plan of Adjustment (Doc. 5723, 7/1/14/). I request that the Court sustain those objections.

Signature: Rosily Jais

Printed name: ROSILY JAIS

Address: 4465 Allegheny
Sterling Heights, MI 48314

Phone: 586 254 3742

Date: 08/11/14