UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

FILED
2014 AUG 15 A 10: 23
U.S. BANKRUPTCY
E.D. MICHIGAN DETROIT

CHAPTER 9

CITY OF DETROIT, MICHIGAN,

Debtor.

Case No. 13-53846

Hon. Steven W. Rhodes

_____ /

JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTION TO THE

FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System active employee, and a member of Class 11. I support and join in the Objecting Creditor Michael J. Karwoski's Objection to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5923, 7/10/14) and John P. Quinn's Objections to the Fourth Amended Plan of Adjustment (Doc. 5723, 7/1/14/). I request that the Court sustain those objections.

Signature: [signature]

Printed name: GODWIN ODDEMELAM

Address: 49286 TOGOWIEE PASS
BELLEVILLE MI 48111

Phone: 313-721-0091

Date: 8/8/14