# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN<br><br>Debtor | Case No. 13-53846<br><br>Chapter 9<br><br>Hon. Steven W. Rhodes |

**LIST OF WILL CALL AND MAY CALL WITNESSES OF COUNTY OF MACOMB, MICHIGAN, BY AND THROUGH ITS COUNTY AGENCY, THE MACOMB COUNTY PUBLIC WORKS COMMISSIONER, AND THE MACOMB INTERCEPTOR DRAIN DRAINAGE DISTRICT RELATED TO HEARING ON CONFIRMATION OF PLAN OF ADJUSTMENT**

County of Macomb, Michigan, a Michigan Constitutional corporation, by and through its County Agency, Anthony V. Marrocco, the Macomb County Public Works Commissioner ("Macomb"), and the Macomb Interceptor Drain Drainage District (the "MIDDD," and together with Macomb, the "Macomb Parties"), hereby identify the following individual, exclusive of those to be offered for rebuttal purposes, that it will call as fact witnesses at the hearing (the "Confirmation Hearing") on confirmation of the Proposed Plan for Adjustment of Debts (the "Plan"):

| 1. | Jason Matteo, Chief Engineer—Wastewater Services, Macomb County Public Works Office |
|---|---|

The Macomb Parties hereby identify the following individuals that it may call as fact witnesses at the Confirmation Hearing if they are not called by other parties:

| 1. | Sue F. McCormick |
|---|---|
| 2. | Nicolette Bateson |

| 3.  | Bart Foster |
|-----|-------------|
| 4.  | Cynthia Thomas |
| 5.  | Kevyn D. Orr |
| 6.  | Kenneth A. Buckfire |
| 7.  | Charles M. Moore |
| 8.  | Gaurav Malhotra |
| 9.  | Glenn D. Bowen |
| 10. | Vyto Kaunelis |
| 11. | Lee Donner |
| 12. | James Doak |
| 13. | Judith Kermans |
| 14. | Michael Duggan |

The Macomb Parties reserve the right to supplement its witness list as may be necessary to address modifications in the City's Plan.

The Macomb Parties reserve the right to call any witness listed on the witness lists of the City, any party supporting confirmation of the Plan, and any party objecting to confirmation of the Plan.

The Macomb Parties reserve the right to call rebuttal witnesses not listed on these witness lists.

Dated: August 15, 2014

Respectfully submitted,

DECHERT LLP

By: /s/ Allan S. Brilliant
Allan S. Brilliant
Debra D. O'Gorman
Stephen M. Wolpert
1095 Avenue of the Americas
New York, NY 10016
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
allan.brilliant@dechert.com
stephen.wolpert@dechert.com

*Attorneys for County of Macomb, Michigan by and through its County Agency, Anthony V. Marrocco, the Macomb County Public Works Commissioner, and the Macomb Interceptor Drain Drainage District*