UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| **CITY OF DETROIT, MICHIGAN,** | Case No. 13-53846 |
| | Hon. Steven W. Rhodes |
| Debtor. | |

## WITHDRAWAL OF PROOF OF CLAIM NO. 1326

Olympia Entertainment, Inc., by its attorneys, hereby withdraws its Proof of Claim No. 1326 because the claim has been resolved.

August 14, 2014

Respectfully submitted,

JEFFER MANGELS BUTLER & MITCHELL LLP
Attorneys for Olympia Entertainment, Inc.

By: */s/* David M. Poitras
    DAVID M. POITRAS P.C. (CA SBN 141309)
    1900 Avenue of the Stars, 7th Floor
    Los Angeles, CA 90067-4308
    Telephone: (310) 203-8080
    Email: dpoitras@jmbm.com

LA 11247253v1

## CERTIFICATION OF SERVICE

I hereby certify that the foregoing Withdrawal of Proof of Claim No. 1326 was filed with the Clerk of the Court using the ECF system and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter this 15th day of August, 2014.

/s/ David M. Poitras
David M. Poitras