## SUMMARY OF ATTACHMENTS

The following documents are attached to this Motion, labeled in accordance with

Local Rule 9014-1(b):


| Exhibit 1 | Proposed Form of Order |
| --- | --- |
| Exhibit 2 | None [Motion Seeks *Ex Parte* Relief] |
| Exhibit 3 | None [Brief Not Required] |
| Exhibit 4 | Certificate of Service |
| Exhibit 5 | None [No Affidavits Filed Specific to this Motion] |
| Exhibit 6 | Second Supplemental Brief Of Ryan, Swift, Mendoza And Cuppetelli, Interested Parties/§1983 Plaintiffs, In Support Of Their Objections Previously Filed [Dkts. #4099, #4228, #4608, #5690] On The Constitutionality Of Allowing The Diminishment Of The Fundamental Right To A Damages Remedy For The Violation Of Constitutional |