EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

-------------------------------------------------

**ORDER GRANTING *EX PARTE* MOTION OF RYAN, SWIFT, MENDOZA AND CUPPETELLI, INTERESTED PARTIES/§1983 PLAINTIFFS, IN SUPPORT OF THEIR OBJECTIONS PREVIOUSLY FILED [Dkts. #4099, #4228, #4608, #5690] FOR LEAVE TO FILE A SECOND SUPPLEMENTAL BRIEF REGARDING THE ISSUES RAISED AT THE JULY 16, 2014 HEARING AND SUBSEQUENTLY ADDRESSED BY THE U.S. ATTORNEY GENERAL'S OFFICE [DOCKET NO. 6664] ON THE CONSTITUTIONALITY OF ALLOWING THE DIMINISHMENT OF THE FUNDAMENTAL RIGHT TO A REMEDY FOR THE <u>VIOLATION OF CONSTITUTIONAL RIGHTS.</u>**

This matter coming before the Court on the *Ex Parte Motion Of Ryan, Swift, Mendoza And Cuppetelli, Interested Parties/§1983 Plaintiffs, In Support Of Their Objections Previously Filed [Dkts. #4099, #4228, #4608, #5690] For Leave To File A Second Supplemental Brief Regarding The Issues Raised At The July 16, 2014 Hearing And Subsequently Addressed By The U.S. Attorney General's Office [Docket No. 6664] On The Constitutionality Of Allowing The Diminishment Of The Fundamental Right*

*To A Remedy For The Violation Of Constitutional Rights,* (the "Motion")[1], filed by the Interested Parties/§1983 Plaintiffs WALTER SWIFT, DEBBIE RYAN, CRISTOBAL MENDOZA and ANNICA CUPPETELLI (the "Interested Parties"); the Court having reviewed the Motion; the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (c) good cause for the relief requested in the motion has been established;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The deadline to file the Second Supplemental Brief is August 15, 2014.

Dated:_____        _____
                               United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.