EXHIBIT 2

# EXHIBIT 2

None [Motion Seeks *Ex Parte* Relief]