EXHIBIT 3

# EXHIBIT 3

None [Brief Not Required]