

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re                                              Chapter 9

CITY OF DETROIT, MICHIGAN,                         Case No. 13-53846

            Debtor.             Hon. Steven W. Rhodes

-------------------------------------------------

## CERTIFICATE OF SERVICE

I, William H. Goodman, hereby certify that the foregoing *EX PARTE* MOTION OF RYAN, SWIFT, MENDOZA AND CUPPETELLI, INTERESTED PARTIES/§1983 PLAINTIFFS, IN SUPPORT OF THEIR OBJECTIONS PREVIOUSLY FILED [Dkts. #4099, #4228, #4608, #5690] FOR LEAVE TO FILE A SECOND SUPPLEMENTAL BRIEF REGARDING THE ISSUES RAISED AT THE JULY 16, 2014 HEARING AND SUBSEQUENTLY ADDRESSED BY THE U.S. ATTORNEY GENERAL'S OFFICE [DOCKET NO. 6664] ON THE CONSTITUTIONALITY OF ALLOWING THE DIMINISHMENT OF THE FUNDAMENTAL RIGHT TO A REMEDY FOR THE VIOLATION OF CONSTITUTIONAL RIGHTS, was filed and served via the Court's electronic case filing and noticing system on the 15th day of August 2014.

                                                */s/ William H. Goodman*_____
                                                William H. Goodman