EXHIBIT 5

## EXHIBIT 5

None [No Affidavits Filed Specific to this Motion]