**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

CITY OF DETROIT, MICHIGAN,

      Debtor.

Chapter 9
Case No. 13-53846-SWR
Hon. Steven W. Rhodes

_____

**NOTICE OF WITHDRAWAL OF NOTICE OF PARTIAL**
**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

      **PLEASE TAKE NOTICE** that the Notice of Partial Transfer of Claim Other Than For

Security filed on behalf of Monarch Alternative Capital LP on August 15, 2014, Docket No.

6748, is hereby withdrawn.

/S/Deborah L. Fish
Deborah L. Fish
ALLARD & FISH, P.C.
2600 Buhl Building
535 Griswold
Detroit, MI 48226
Telephone: (313) 961-6141
Facsimile: (313) 961-6142
dfish@allardfishpc.com
P36580

and

KRAMER LEVIN NAFTALIS
& FRANKEL LLP
Thomas Moers Mayer
Jonathan M. Wagner
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the Monarch Alternative Capital LP*

Dated:  Detroit, Michigan
        August 15, 2014

z:\13\079\plds\withdrawal of transfer of claim.6748.docx