**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

-------------------------------------------------------- x
                              :    Chapter 11

In re:                           :

                              :    Case No. 13-53846 (SWR)

City of Detroit, Michigan       :

                              :

                     Debtors.    :

                              :
-------------------------------------------------------- x

## <u>CERTIFICATE OF SERVICE</u>

        I, Indira Y. Garcia, certify and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtor in the above-captioned case.

        On August 5, 2014, I caused copies of the
  - [Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re Docket No. 5785]

to be served on the parties attached hereto as **<u>Exhibit A</u>** via First Class Mail.

Dated: August 11, 2014

/s/ Indira Y. Garcia
Indira Y. Garcia
KCC
2335 Alaska Ave
El Segundo, CA 90245
Tel 310.823.9000

# EXHIBIT A

| Name | Notice Name | Address 1 | City | State | Zip | Claim Number | Claim Amount | Docket Number | Party Description |
|------|-------------|-----------|------|-------|-----|--------------|--------------|---------------|-------------------|
| Citigroup Global Markets Inc. | Attn: MSD Market Analytics Group | 388 Greenwich Street, 2nd Floor | New York | NY | 10013 | 2970 | $55,000,000.00 | 5785 | Transferee |
| Dexia Credit Local | Attn: Patrick Tetu, Jonathan Peterson | 445 Park Avenue | New York | NY | 10022 | 2970 | $55,000,000.00 | 5785 | Transferor |
| Kramer Levin Naftalis & Frankel, LLP | Attn: Thomas Moers Mayer, Jonathan M. Wagner | 1177 Avenue of the Americas | New York | NY | 10036 | 2970 | $55,000,000.00 | 5785 | Notice Party |