Jamie S. Fields (P-52808)\
Attorney-at-Law
555 Brush #2409
Detroit, Michigan 48226
313-570-3906
jeansartre@msn.com

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re | CHAPTER 9 |
| City of Detroit | CASE NO. 13-53846 |
| Debtor | HON. STEVEN W. RHODES |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2014, I electronically filed the Motion to Participate in the Confirmation Hearing on the City of Detroit with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

/s/Jamie S. Fields_____
Jamie S. Fields (P-52808)
555 Brush #2409
 (313) 570-3906
 Detroit, Michigan 48226
jeansartre@msn.com

[PLEADING TITLE] - 1