Form regardother

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE TO DISREGARD PREVIOUS NOTICE OF NOTICE OF DEFICIENT PLEADING: NOTICE TO RESPONDENT MISSING, PROOF OF SERVICE MISSING AND PROPOSED ORDER MISSING

To the Creditors of the above named Debtor(s):

NOTICE IS HEREBY GIVEN that on **August 18, 2014** a Notice of Deficient Pleading: Notice to Respondent Missing, Proof of Service Missing and Proposed Order Missing was sent in the above entitled case in error. Please disregard this notice.

Dated: 8/18/14

                                            BY THE COURT

                                            Katherine B. Gullo , Clerk of Court
                                            UNITED STATES BANKRUPTCY COURT