UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | CHAPTER 9 |
|---|---|
| City of Detroit | CASE NO. 13-53846 |
| Debtor | HON. STEVEN W. RHODES |

**ORDER GRANTING CREDITOR JAMIE S. FIELDS MOTION REQUESTING PARTICIPATION AT THE CONFIRMATION HEARING PURSUANT TO THE COURT'S ORDER ALLOWING *PRO SE* CREDITORS AN OPPORTUNITY TO PARTICIPATE**

This matter coming before the Court on Creditor Jamie S. Fields' Motion for an Order Allowing Participation at the Confirmation Hearing. The Court having reviewed the Motion; having found that the Motion complies with the Court's Order entered on August 7, 2014 (Doc. 6584) to allow, pursuant to a Motion approved by the Court, *pro se* creditor's participation at the confirmation hearing and to present evidence, by either (1) presenting his or her own witnesses (including himself or herself), or (2) questioning other parties' witnesses.

**IT IS HEREBY ORDERED THAT:**

The Motion is GRANTED.

[PLEADING TITLE] - 1