UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 9 |
| ) | | |
| CITY OF DETROIT, MICHIGAN, ) | | Case No. 13-53846 |
| ) | | |
| Debtor. ) | | Hon. Steven W. Rhodes |
| ------------------------------------------------------ | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2014, I electronically filed the Motion to Participate in the Confirmation Hearing and on August 18, 2014, I electronically filed the Proposed Order Granting Creditor Jamie S. Fields Motion Requesting Participation At The Confirmation Hearing Pursuant To The Court's Order Allowing *Pro Se* Creditors An Opportunity To Participate on the City of Detroit with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

/s/Jamie S. Fields_____
Jamie S. Fields (P-52808)
555 Brush #2409
(313) 570-3906
Detroit, Michigan 48226
jeansartre@msn.com