**<u>Exhibit 6A</u>**

**August 6, 2014 Hearing Transcript**

```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION

IN RE:  CITY OF DETROIT,      .        Docket No. 13-53846
        MICHIGAN,             .
                             .         Detroit, Michigan
                             .         August 6, 2014
                  Debtor.     .        9:00 a.m.
. . . . . . . . . . . . . . . . . .

        HEARING RE. STATUS CONFERENCE RE. PLAN CONFIRMATION
         PROCESS (#6376) SIXTH AMENDED ORDER ESTABLISHING
       PROCEDURES, DEADLINES AND HEARING DATES RELATING TO
                THE DEBTOR'S PLAN OF ADJUSTMENT
              BEFORE THE HONORABLE STEVEN W. RHODES
               UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtor:      Jones Day
                     By:  HEATHER LENNOX
                     222 East 41st Street
                     New York, NY  10017
                     (212) 326-3837

                     Jones Day
                     By:  THOMAS CULLEN
                          GREGORY SHUMAKER
                     51 Louisiana Avenue, N.W.
                     Washington, DC  20001
                     (202) 879-3939

For National         Sidley Austin, LLP
Public Finance       By:  GUY NEAL
Guarantee Corp.:     1501 K Street, N.W.
                     Washington, DC  20005
                     (202) 736-8041

For Assured          Chadbourne & Parke, LLP
Guaranty Municipal   By:  ROBERT SCHWINGER
Corp.:               30 Rockefeller Plaza
                     New York, NY  10112
                     (212) 408-5364

For the Official     Dentons US, LLP
Committee of         By:  SAM J. ALBERTS
Retirees:            1301 K Street, NW, Suite 600, East Tower
                     Washington, DC  20005
                     (202) 408-7004
```

1   have to be brought out virtually entirely through

2   examination, whereas if the report is in evidence, I can just

3   focus on the questions I have for her, so can we have an

4   agreement to admit her report into evidence?

5          MR. CULLEN:  No objection from the city, your Honor.

6   I agree with the -- and I agree with the rationale that

7   otherwise we'd go through a long process.  The middle

8   alternative is she could offer the report, say, "Is this your

9   report?  Do you still stand by it?" et cetera, and then we

10  could do -- offer that into evidence on that basis, but I

11  think having it into evidence to start with simplify the

12  procedure a lot.

13         MR. HACKNEY:  So, your Honor, regrettably, we don't

14  share the view.  We're not able at this time to stipulate

15  either to her credentials or to the admission of her report,

16  but what I did want to suggest today was that I thought to

17  the extent you haven't already read her report -- I think it

18  sounds like that you have read her report, that you had a

19  copy of it.

20         THE COURT:  Oh, yes.

21         MR. HACKNEY:  Yes.  I do think it would be useful

22  for the Court to have read her report, as you have, and to

23  read her deposition, and we don't have an objection with the

24  Court reading her deposition.  The transcript is available,

25  and we can get it to you as soon as you'd like.

1          THE COURT:  Um-hmm.

2          MR. HACKNEY:  But we have questions about the

3    admissibility of her opinion testimony that I think we're

4    going to be raising with you, so I'm not able to stipulate to

5    that, and I apologize.  I understand it would be

6    streamlined --

7          THE COURT:  All right, but no apology necessary.

8    Okay.  So that answers Question D, which is in regard to the

9    stipulation to her qualifications as an expert; is that

10   right?  What were you going to say, sir?  I'm sorry.

11         MR. SOTO:  Your Honor, the same goes with respect to

12   FGIC.  We're considering some aspects of the report -- and,

13   again, it's highlighted in the testimony that Mr. Hackney is

14   referring to -- that may be portions of a motion in limine

15   and maybe even some other motions.  That's the reason why we

16   agree.

17         THE COURT:  Okay.

18         MR. CULLEN:  Your Honor, if I may, Cullen, again,

19   for the city.  It is possible -- we would stipulate the

20   report in, but it is possible if the Court is going to read

21   the deposition on which the challenge to her qualifications

22   and opinions might have rested and has already read the

23   report, it might be -- it might be more expeditious if it

24   can't be stipulated for the Court to just decide on that.  It

25   could be offered into evidence, and the Court could make a