UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9

CITY OF DETROIT, MICHIGAN,                                Case No. 13-53846

    Debtor.                                           Hon. Steven W. Rhodes
_____/

### REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS IN A CASE

Please remove attorney Seth P. Tompkins, whose email is:

sptompkins@swappc.com and abostice@swappc.com from the list that allows for receipt of electronic filings in the above captioned case and any related adversary proceedings.

        Respectfully submitted,

        **SULLIVAN, WARD,**
        ASHER & PATTON, P.C.


    By:    /s/ Seth P. Tompkins_____
        SETH P. TOMPKINS (P63249)
        Attorney for Spalding DeDecker Associates, Inc.
        1000 Maccabees Center
        25800 Northwestern Highway
        Southfield, MI 48075-1000
        (248) 746-0700

Dated: August 18, 2014