August 15, 2014

FILED
2014 AUG 18 A 9:42
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

The Honorable Judge Steven Rhodes
Office of the Bankruptcy Clerk
United States Bankruptcy Court
211 West Fort Street, Suite 2100
Detroit, Michigan 48226-3211

Dear Judge Rhodes:

As a citizen of the City of Detroit, I filed an objection to the Plan of Adjustment that would send many retirees into poverty. I believe that it is an unjust plan to impose on people who have worked many years with the promise and hope that they will be able to survive on funds that they expected to receive in their retirement years. When Mr. Kevin Orr was asked what he would say to the retirees on the program Sixty Minuets about the money that will be taken from them he stated, "I am sorry."

Judge Rhodes I am an African American and I believe from our history it has always been someone who looks like us to be put in place to do work against us. Mr. Orr is the overseer and Governor Synder is the Master who is really behind all of the decisions being made. I have been to many meetings and have learned that Detroit did not have to be placed in bankruptcy. This was and is a power grab by withholding funds and destroying our educational system. The method used is so bold that they are taking our tax dollars and giving them to profit making corporations at the expense of missing educating our children and the well being of us. Judge Rhodes I call this a planned racist act.

With the stroke of a pen the pensioners lives will be changed from the presented plan; a reduction in pensions, healthcare benefits and the unjust claw-back. Your Honor I believe that you are not pleased with what has been presented to you. My reason is when you asked questions of Mr. Orr he would go back and make changes to try to get your approval. I pray daily for our leaders to be just and for them to make wise and right decisions. It has been stated by some on Wall Street that the inequality of income is not sustainable. There are some who never get enough.

Judge Rhodes the changes that have already been made have changed many lives not only for the people who worked for the city but for each citizen in the city of Detroit.

What is happening in our city and throughout the United States I believe is that our country is moving toward becoming an oligarchy rather than being a democracy.

Judge Rhodes I would like to testify in court and put a face to the statements I have made in this letter. I am praying for justice. You have the power to render justice.

Sincerely,

*Fredia M Butler*

Fredia M. Butler
Community Activist