# Case Number 13-53846

Dino R. Wright
12244 Schauer Dr.
Warren, MI 48093
Cell Phone: (586) 718-5140
Home Phone: (586) 274-3445
E-Mail: awright_88@yahoo.com

August 12, 2014

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

<u>Order Regarding Participation at the Confirmation Hearing
By Creditors Who Filed Objections Without an Attorney</u>

In re: City of Detroit, Michigan, Debtor

The information disclosed:

a. Dino Wright & Kathy Wright

b. Workman's compensation injury case

c. Minimal in length with specific details

d. The evidence will not be duplicated due to the nature of the injury since the injured party no longer is employed at the City of Detroit.

e. Medical documents, letters and workman's compensation confirmation

Sincerely, *Dino R. Wright*

Dino R. Wright