UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAPTER 9

CITY OF DETROIT, MICHIGAN,

Case No. 13-53846

Debtor.

Hon. Steven W. Rhodes

_____/

JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTION TO THE
FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System active employee, and a member of Class 11. I support and join in the Objecting Creditor Michael J. Karwoski's Objection to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5923, 7/10/14) and John P. Quinn's Objections to the Fourth Amended Plan of Adjustment (Doc. 5723, 7/1/14/). I request that the Court sustain those objections.

Signature: Jacob philip Kovoor
Printed name: JACOB PHILIP KOVOOR
Address: 18589 QUEENSBURY DR
LIVONIA, MI-48152
Phone: 734-464-7516

Date: 08-11-14