UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
2014 AUG 18  A 10: 48

Chapter 9

CITY OF DETROIT, MICHIGAN,	Case No. 13-53846

Debtor.	Hon. Steven W. Rhodes

_____/

## JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System retiree, a member of Class 11. I support and join in the Objecting Creditor Michael J. Karwoski's Objections to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5923, 7/10/14) and John P. Quinn's Objections to Fourth Amended Plan of Adjustment (Doc. 5723, 7/1/14). I request that the Court sustain those objections.

Signature: *Shawn Joshua*

Printed name: SHAWN JOSHUA

Address: 2658 PINGREE ST
DETROIT, MI 48206-2120

Phone: (313) 897-2494

Dated: 08-15-2014