UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
2014 AUG 18 A 10: 48
U.S. [illegible] COURT
E.D. MICHIGAN-DETROIT

Chapter 9

CITY OF DETROIT, MICHIGAN,

Case No. 13-53846

Debtor.

Hon. Steven W. Rhodes

## JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTIONS TO FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System retiree, a member of Class 11. I support and join in the Objecting Creditor Michael J. Karwoski's Objections to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5923, 7/10/14) and John P. Quinn's Objections to Fourth Amended Plan of Adjustment (Doc. 5723, 7/1/14). I request that the Court sustain those objections.

Signature: _Kanaiyalal Patel_

Printed name: KANAIYALAL PATEL

Address: 7309 Druid Hills Reserve Dr NE
Atlanta, GA 30329

Phone: 770-316-5736

Dated: 8/8/2014

13-53846-tjt   Doc 6817   Filed 08/18/14   Entered 08/18/14 14:38:42   Page 1 of 1