UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

_____/

JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTIONS TO
FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System retiree, a member of Class 11. I support and join in the Objecting Creditor Michael J. Karwoski's Objections to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5923, 7/10/14) and John P. Quinn's Objections to Fourth Amended Plan of Adjustment (Doc. 5723, 7/1/14). I request that the Court sustain those objections.

Signature: _____

Printed name: RICHARD SHOVEIN

Address: 7713 PHILLIPS

CLAY, MI 48001

Phone: 313-622-8456

Dated: 8-15-2014

FILED 2014 AUG 18 A 11:28 U.S. BANKRUPTCY E.D. MICHIGAN-DETROIT

13-53846-tjt   Doc 6819   Filed 08/18/14   Entered 08/18/14 14:43:43   Page 1 of 1