UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:　　　　　　　　　　　　　　　　　Chapter 9

CITY OF DETROIT, MICHIGAN,　　　　　　　　　Case No. 13-53846

　　　Debtor.　　　　　　　　　　　　　　　　　　Hon. Steven W. Rhodes

## Terrance James Sims Response To Order Regarding Participation at the Confirmation Hearing by Creditors Who Filed Objections Without an Attorney For The Adjustment Of Debts Of The City of Detroit

I am a creditor, and a member of Class 11 (General Retirement System pension recipient). I write this response to the August 7, 2014 letter I received titled: "Order Regarding Participation At The Confirmation Hearing By Creditors Who Filed Objections Without An Attorney". The original objections I filed regarding the City of Detroit Plan Of Adjustment, docket #5881 on July 9, 2014, and the Joinder objection docket #6422 on July 31, 2014 have all needed references to stand "as is" for the court to rule on the objections.

The City of Detroit has not proven its case to impose payback (clawback) of "Annuity Savings Fund Recoupment" on a subsection of retirees in the same class 11 group. The City has not given adequate reasoning on the timeframe, calculations and any fraud which would allow clawbacks to be imposed on this subset of retirees/active employees. The Plan of Adjustment does not give fair and equitable treatment of individuals that are in the same class.

The State of Michigan does not satisfy the requirements that would exempt the entity from any further lawsuits as clearly explained in the section labeled "Non-Debtor Releases and Injunctions" in docket #5881. The bankruptcy proceedings does not exempt the State of Michigan from its obligation to make whole any diminishing of City of Detroit pensions that results from the bankruptcy process, as documented in the last sections of docket #5881.

I do not require a hearing to present additional reasoning or evidence on my objections #5881 or the

Joinder objections #6422. I do expect as both a citizen of the United States and a creditor in this bankruptcy proceeding that my objections will be ruled upon and detailed explanations will be given if the objections are overruled.

Finally, the process that the court has imposed on retirees/employees who are creditors without lawyers, for presenting evidence and participating in the hearing violates due process, By limiting and/or restricting which creditors can participate and the timeframe for preparation to cross-examine witnesses presented by the City Of Detroit and other Creditors.

Dated: August 18, 2014

Respectfully Submitted,
Terrance James Sims
20444 Renfrew Road
Detroit, MI 48221
313-799-3654
SimsFamily-Detroit@Comcast.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven W. Rhodes

Debtor.

FILED
2014 AUG [illegible]
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2014 (date of mailing), I served copies as follows:

1. Document(s) served: Response To Order regarding Participation at confirmation Hearing.

2. Served upon [name and address of each person served]:

   David Heiman
   Jones Day
   901 Lakeside Ave
   Cleveland OH 44114

3. By First Class Mail.

Dated: _____

(Signature of Debtor)

Print Name: Terrance J. Sims

(Signature of Co-Debtor)

Print Name: _____