August 18, 2014



The Honorable Judge Steven W. Rhodes
United States Bankruptcy Court
211 W. Fort St., Suite 2100
Detroit, MI 48226-3211

Honorable Judge Rhodes;

In response to the Order Regarding Participation at the Confirmation Hearing by Creditors Who Filed Objections Without an Attorney, this is a request to participate in the confirmation hearing (Case # 13-53846, Chapter 9 – City of Detroit, Debtor.

The following information is provided as required in the letter received from your office, dated August 7, 2014 and post-marked August 8, 2014.

1. The names of the witnesses:
   a. **Sought to be questioned**:
      1. Representative of the Detroit Ballot Processing Center, Kurtzman, Carson Consultants, LLC
      2.
      3.

   b. **To be presented**:
      1. Gloria C. Williams
      2.
      3.

2. The subject matter of the proposed testimony;
   - **Flawed Voting Process**
3. The expected time duration of the testimony;
   - **15 minutes**
4. An explanation of why the proposed evidence will not be duplicative of other evidence;
   - **Did not see any other objections that questioned the voting process.**
5. A list of the exhibits to be offered into evidence during the proposed testimony.
   - **Exerts from Elections Laws relating to subject from various States and the United States Constitution and Amendments to it thereof.**

Signed on August 18, 2014

*Gloria C. Williams*

Gloria C. Williams
City of Detroit Retiree
17310 Westland, Southfield, MI 48075
313-220-2735