# UNITED STATES BANKRUPTCY COURT

# EASTERN DICTRICT OF MICHIGAN

## SOUTH DIVISION



FILED (I)

2014 AUG 18 P 2: 54

U.S. ....
E.D. ....

In re:

CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
      Debtor

_____/

Chapter 9
Case No: 13-53846
Hon: Steven W. Rhodes

## **MOTION**

Now comes, <u>Tijuana Morris</u> and Pursuant Federal Court Rules of Civil Procedure 7(b) (1) and the 1st Amendment of the Constitution of the United States. I Object to the Plan of Adjustment for the following reasons:

1) I am a Retired Detroit Police Officer, (Pensioner), who filed objections without an attorney. I am requesting the opportunity to be heard and present evidence as well as witnesses at the confirmation hearing.

2) When I signed up to become a Detroit Police Officer, I signed a contract.

3) My Disability Settlement Agreement with the Detroit Police Department is violated.

4) My medical insurance is unaffordable. My medication cost over $3,000.00 per month. It is more than my pension check. I do not qualify in the assistance category. I've had two major surgeries on my spine. I cannot afford to be examined for anything, because I must pay my deductible, $5,000.00 before I can get any percentage off of my prescriptions.

5) I was informed by Social Security, that I was not 65, and that I did not pay into the Social Security in the last 10 years, and that I was not illegible to receive medical benefits. DHS stated that my income was too high so by law they could not assist me.

6) There is no healthcare protection for the middle class Police and Fire Retirees.

7) Mismanagement of the Detroit Police Department and Federal Monitor failing to engage in making sure departmental procedures are being followed.

8) My Auto Insurance Company, State Farm, placed me under insurance fraud investigation, stating that I sustained my injuries from work related injuries. Their Expert Witness testified to my injuries and the progression process over a period of time, but this does not excuse State Farm from their negligence. I was the victim, (Pedestrian). The Judge stated that there was no fraud and ordered State Farm to remove fraud from my record. I'm appealing the case in the Court of Appeals.

9) I exhausted my annuity account while recovering from the accident. State Farm stop paying for bills after my attorney contacted them. I was penalized for withdrawing my annuity and again when I filed my income tax.

10) State Attorney General Bill Schuette stated that charging the Pensioners was illegal. He stated in the HOFFPOST that he will file an appearance in federal bankruptcy court.

Governor Rick Snyder/ Lansing, owes the City of Detroit $732 million dollars dating back 2003 to 2013. If you add 21 percent interest rate and 6.75 percent claw-back rate that's a lot of money. The State should pay for the cost of Kevyn Orr and Jones Day Group.

This situation that I am in has affected me very badly. The majority of my life, I have assisted those who need my help and now I need HELP!!!

## BRIEF IN SUPPORT

1) DPD Retirement Picture

2) Same as above

3) Disability documents

4) These documents are recorded in the plan of adjustments and bill from hospital

5) Social Security and DHS Denial letters, World Relief Denial letter

6) Same as above

7) Federal Monitor complaint

8) Appeal Court information and Court Transcript Judge's ruling (upon request if needed)

9) Pension Annuity statements

10) Jonathan Oosting | joosting@mlive.com
Follow on Twitter

Witness Bob Sisler in support of me

Truthfully Yours

*Tijuana Morris*

Tijuana Morris

8-18-14

EXHIBIT

1) DPD Retirement Picture

2) Same as above



**Detroit Police Department**

Retired

Tijuana L. Morris
NAME

Police Officer
RANK

11/04/1985
Appointed

07/16/1994
Separated



THIS IS NOT A CCW PERMIT AS DEFINED BY PUBLIC ACT 218

The bearer of this card, whose photograph appears hereon, met the requirements for retirement from the Detroit Police Department. If this card is lost, the finder is requested to mail it to the:

Detroit Police
Chief of Police
1300 Beaubien
Detroit, MI 46226
Telephone 313-596-2540

230371
Revision #

3/30/1955
DOB

EXHIBIT


3) Disability documents



Janet Sharon Lenear, Recording Secretary
Police & Fire Retirement System of the City of Detroit
908 Coleman A. Young Municipal Center
Detroit, Michigan 48226
Phone: 313-224-3362, Extension "255"
Fax Numbers: 313-224-9194, or 313-224-3522
E-MAIL: JSLENEAR@RSCD.ORG

(((((((((((((((((((((((((((((((((((((((((((((((((((((((((((((((((((((((((((((((((

DATE: MARCH 11, 2014

TO: MS. MORRIS

FROM: MISS LENEAR

A COPY OF THE BELOW-REFERENCED DOCUMENTS (WHICH ARE
ENCLOSED HEREWITH) HAVE BEEN FORWARDED TO MS. GEMMA
FOSTER OF RISK MANAGEMENT:

    1) APRIL 16, 1998 BOARD RESOLUTION

    2) YOUR MAY 23, 1994 DUTY DISABILITY RETIREMENT
       APPLICATION

SAID DOCUMENTS WERE SUBMITTED TO RISK MANAGEMENT
(WORKERS' COMPENSATION) ON APRIL 17, 1998.

THE BOARD'S APRIL 17, 1998 LETTER TO YOU (A COPY OF WHICH
IS ALSO ENCLOSED) WAS NOT SUBMITTED TO MS. FOSTER, AS
SAME IS FOR YOUR RECORDS ONLY.

ENCLOSURES:

POLICE AND FIRE RETIREMENT SYSTEM
OF THE
CITY OF DETROIT

2 WOODWARD AVE. STE. 908
DETROIT, MI 48226-3413
PHONE 313-224-3362
TOLL FREE 800-339-8344
FAX 313-224-3522

May 19, 2011

TIJUANA L MORRIS
PO BOX 23712
DETROIT MI 48223-0712

Re: P-230371

Dear Ms. Morris:

On May 19, 2011, the Board of Trustees approved your Conversion from Duty Disability Retirement, effective November 4, 2010.

You selected the Straight Life Retirement Allowance. Upon your death, your retirement allowance will stop. Your accumulated contributions from the Annuity Savings Fund will be refunded to you.

Your benefit will be approximately $2,828.04 per month. Your first check covering the period from November 4, 2010 through June 30, 2011 will be mailed to you on or about July 1, 2011.

Very truly yours,

**BOARD OF TRUSTEES**

Police and Fire Retirement System

*my CHECK WAS withhald until I SIGNED THIS DOCUMENT iN MAY 2011. I SIGNED UNDER PRESURE*

*Tijuana Morris*

POLICEMEN AND FIREMEN
RETIREMENT SYSTEM
OF THE
CITY OF DETROIT

2 WOODWARD AVE. STE. 90
DETROIT, MICHIGAN 48226
PHONE 313•224•3362
TOLL FREE 800•339•8344
FAX 313•224•3522

**JULY 28, 2003**

RE: TIJUANNA MORRIS - 386602534

TO WHOM THIS MAY CONCERN:

TIJUANNA MORRIS WAS APPROVED A DUTY DISABILITY RETIREMENT ON APRIL 16, 1998 EFFECTIVE JULY 16, 1994, BY THE BOARD OF TRUSTEES OF THE POLICEMEN AND FIREMEN RETIREMENT SYSTEM OF THE CITY OF DETROIT. SHE WAS FOUND, BY THE BOARD OF TRUSTEES, TO BE TOTALLY DISABLED TO PERFORM HIS DUTIES OF EMPLOYMENT AND THAT SUCH DISABILITY WAS DUTY-CONNECTED. THE AMOUNT OF THE DUTY DISABILITY PENSION BENEFIT IS COMPUTED CONSISTENT WITH THE PROVISIONS OF THE RETIREMENT SYSTEM WHICH HAVE THEIR ORGINS IN THE CHARTER, THE MUNICIPAL CODE AND COLLECTIVE BARGAINING PROVISIONS.

EMPLOYEES DISABLED DUE TO THEIR EMPLOYMENT ARE ELIGIBLE FOR WORKERS' COMPENSATION BENEFITS PURSANT TO STATE LAW. HOWEVER, MICHIGAN LAW AND PENSION PROVISIONS DO NOT ALLOW A DISABLED POLICE OFFICER OR FIRE FIGHTER TO RECEIVE BOTH A CHARTER-AUTHORIZED DISABILITY PENSION AND WORKERS' COMPENSATION BENEFIT. GENERALLY, AN ELECTION MUST BE MADE BY THE DISABLED EMPLOYEE AS TO WHICH BENEFIT WILL BE PAID. THE DISABILITY BENEFIT IN THE DEFINED BENEFIT PLAN OF THE RETIREMENT SYSTEM IS IN THE NATURE OF AND IN LIEU OF WORKERS' COMPENSATION.

THE POLICEMEN AND FIREMEN PENSION PROVISIONS REQUIRE THAT UPON REACHING THE DATE THAT A DISABILITY RETIREE WOULD HAVE BEEN ELIGIBLE TO RETIRE ON A SERVICE PENSION, SUCH DISABILITY RETIREE IS CONSIDERED TO BE ON A REDUCED DUTY DISABILITY RETIREMENT. BECAUSE OF THIS RETIREE'S YEARS OF SERVICE, HE IS THEREFORE, CONSIDERED TO BE A REDUCED DUTY DISABILITY RETIREE AND SHOULD CONSULT A TAX ADVISOR REGARDING THE TAX TREATMENT OF THESE RETIREMENT BENEFITS.

VERY TRULY YOURS,

NICHOLAS H. DEGEL
EXECUTIVE SECRETARY

 

POLICEMEN AND FIREMEN
RETIREMENT SYSTEM
OF THE
CITY OF DETROIT

908 CITY-COUNTY BUILDING
DETROIT, MICHIGAN 48226
PHONE 313•224•3362
FAX 313•224•3522

April 17, 1998

Tijuanna Morris
15334 Burt Road
Detroit, Michigan 48223

Having read and considered the Medical Board of Review reports regarding your case, the Board of Trustees, on Thursday, April 16, 1998, approved your application for Duty Disability Retirement for the following injuries:

Neck
Chest
Back

Sincerely,

Janet Sharon Lenear, Recording Secretary

Copy Receiver: Worker Compensation

Valerie I Johnson Secretary Nicholas Dryel Administrative Secretary
Medical Director Reginald F O'Neal D.O. Ronald Zajac Legal Counsel
Thomas Zdrodowski Executive Secretary

BOARD OF TRUSTEES

Ex Officio Members Dennis W Archer Mayor Gil Hill Council Designate
Shelter Perry III Treasurer Isaiah McKinnon Chief of Police
Hector D. Weston Sr. Fire Commissioner
George Orzech Mark Knowles Darrel Royal Ronald Sturman

## MEDICAL BOARD OF REVIEW OF TIJUANA MORRIS

BY MR. ORZECH
SUPPORTED BY MR. KNOWLES

WHEREAS, THE BOARD HAS READ AND CONSIDERED THE MEDICAL BOARD OF REVIEW REPORTS REGARDING TIJUANA MORRIS' CASE, THEREFORE BE IT

RESOLVED, THAT THE BOARD APPROVE MS. MORRIS' APPLICATION FOR DUTY DISABILITY RETIREMENT FOR **CHEST, NECK** AND **BACK** INJURIES, AND BE IT FURTHER

RESOLVED, THAT A COPY OF THIS RESOLUTION BE PROVIDED MS. MORRIS AND WORKER COMPENSATION:

Yeas – Trustees Abdelnour, Clark, Knowles, Orzech, Sexton, Stempin, Terry and Chairman Royal – **8**

Nays – **None**

Reginald O'Neal, D.O.
Board Certified Internal Medicine
2600 Martin Luther King Jr. Blvd.    Suite 220
Detroit, MI 48208-2596

July 10, 1996

Board of Trustees
Police & Fireman Retirement System
908 City County Building
Detroit, MI 48226

RE:   Morris, Tijuana
SS #: ████████████

Dear Board Members:

Police Officer Tijuana Morris was seen at your request for reevaluation for determination of continued Duty Related Disability Retirement. Officer Morris was granted this retirement secondary to development of cervical myositis on the left along with left upper extremity tendonitis and depression. She reports that she continues to have numbness, tingling and stiffness in the left lower extremity and neck area. She states she continues to have chest discomfort that is intermittent, episodic and aggravated by any type of physical activity. She has developed muscle spasms in both lower extremities. She states that they are uncontrollable and can occur any time. She has also developed swelling of the left arm whenever staying in an independent position.

Police Officer Morris is receiving treatment by Dr. Laran Lerner a specialist in physical medicine. She states she sees him on a weekly basis and receives ultrasound treatment, wax treatment and heat packs applied to her neck and upper extremities. In addition to the above mentioned therapeutic measures she continues to wear a back brace for support when ambulating and walks with a cane.

**Physical Exam:** Age . 41 **Wt.** 180, **Ht.** 5' 4", **BP.** 110/70, **Temp.** 98.8, **Pulse** 100.

**General:** Well nourished, well developed male who is alert and oriented to person, place and time who walks with very measured gait secondary to, "The pain she feels with movement." **HEENT** Pupils are equal and reactive to light accommodation. Extraocular muscles are intact. **Heart** has a regular rate and rhythm, without murmur S3, S4 auscultated. **Lungs** are essentially clear to auscultation, no rales or rhonchi appreciated. **Abdomen** is soft and nontender with bowel sounds in all four quadrants. No

Hepatosplenomegaly is appreciated. **Extremities:** Patient is severely tender in area of left cervical musculature and left paraspinal muscle in the thoracic area. Evaluation of grip strength is severely restricted on the left rated as 1/5. It is worth to note that the patient is left handed and should have more strength in her left than the right. She resists elevating her left upper extremity more than approximately 45° from midline. She was positive for pain in straight leg raising on the left at approximately 15° and on the right 40°. She states the pain is localized into her lower back area.

**Conclusion:**
Police Officer Tijuana Morris continues to received treatment for depression in the form of Buspar and Zoloft. She continues to exhibit severe myofascial. We therefore recommend that his disability be continued with reevaluation in one year.

Sincerely,

_____
Reginald E. O'Neal, D.O., Medical Director

_____
Luis A. Murrain, D.O.

## LARAN LERNER, D.O.
### PHYSICAL MEDICINE AND REHABILITATION
**Michigan Health Center**
2600 Martin Luther King Jr Blvd  Suite 280
Detroit, MI 48208
313-721-0011

May 28, 1996

RE  TIJUANA MORRIS

This patient has remained under my medical treatment and care from May 2, 1994 until the present time

This patient continued to complain of neck pain radiating to her left upper extremity with numbness and paresthesia   She complained of low back pain radiating to her left lower extremity with numbness and paresthesia   She complained of mid back pain, pain in her left shoulder, pain in her chest, and pain in her left elbow   She complained of shortness of breath and dyspnea on exertion   She uses a cane for assistance with her gait   She stated any activity such as bending, twisting, turning, lifting, or overhead reaching seem to aggravate her neck, low back, left shoulder, and left chest wall symptoms

## PHYSICAL EXAMINATION

This patient's affect appeared flat and depressed

Examination of the cervical, dorsal, and lumbar spine has revealed decreased range of motion with tenderness to palpation   There has been intermittent trigger point areas and muscle spasm in this patient's dorsal and cervical areas

Examination of the left shoulder revealed restricted range of motion   There was tenderness to palpation of the left shoulder rotator cuff muscles

Examination of the left elbow revealed tenderness to palpation over the left elbow lateral epicondyle and along the extensor tendons and muscles of the left forearm

There was tenderness to palpation of the left costochondral junction over the anterior chest wall   The chest was clear to auscultation and percussion   The heart had regular rate and rhythm

Muscle testing of the lower extremities was normal bilaterally

Deep tendon reflexes in the lower extremities were normal bilaterally

TIJUANA MORRIS

Sensation was intact in the lower extremities

X-rays of the cervical spine and CT-Scan of the cervical spine performed on October 6, 1995 revealed straightening of the cervical curve which was secondary to muscle spasm

X-rays of the lumbosacral spine as well as CT-Scan of the lumbosacral spine also performed on October 6, 1995 revealed degenerative changes in the lower thoracic spine   There was a mild diffuse posterior disc bulge at the L4-5 level

IMPRESSION

1  Chronic cervical, dorsal, and lumbar myofascial ligamentous strain

2  Chronic left cervical radiculopathy

3  Chronic myofascial pain syndrome

4  Chronic left shoulder rotator cuff tendinitis

5  Left anterior chest wall costochondritis with possible myocardial ischemia and angina

6  Depression

7  Chronic left elbow lateral epicondylitis

8  Degenerative thoracic disc disease

9  L4-5 lumbar disc bulging

RECOMMENDATIONS

I have advised this patient to refrain from engaging in any strenuous avocational, vocational, or household activities that would tend to aggravate this condition   The prognosis is guarded I recommended additional intermittent outpatient physical therapy treatment   I also recommended analgesic and muscle relaxant medications   I recommended continued use of the lumbar corset and standard cane for this patient

Sincerely,

Laran Lerner, D O
Board Certified
Physical Medicine and Rehabilitation

TEL:  535-6315

## CITY OF DETROIT POLICEMEN AND FIREMEN RETIREMENT SYSTEM
### APPLICATION FOR DISABILITY RETIREMENT
#### (To be filled out in ink)

Membership Number

230371

Disability Number

1. Claimant's Name

TIJUANA L. MORRIS

2. Residence Address

15334 BURT RD, DETROIT, MI 48223

3. Date of birth    MARCH    30    1955
                    Month   Day    Year

Department employed in

LICE DEPT

(a) Division

(b) Title on Payroll    POLICE OFFICER

(c) Name of immediate superior

(d)

5. Give date you started to work for the city

6. Date you last attended to your duties with the City.    STILL WORKING

7. Are you applying for duty disability retirement  XXX

   or    non-duty disability retirement  ☐

8. State whether your disability is permanent or temporary

PERMANENT

9. When did you first notice your disability (Give date)
   12-16-93

10. When did you first consult a physician about your disability?    12-29-94

11. Are you receiving or have you made application for disability benefits from any other source?    NO

12. If your disability is the result of an accident, give names and addresses of witnesses.

13.
## GIVE FULL EXPLANATION OF THE NATURE AND CAUSES OF YOUR DISABILITY

CHEST, BACK, NECK, ARM INJURIES

14. Names and addresses of physicians you have consulted in connection with your disability

| Name | Address | Dates of Attendance |
|------|---------|---------------------|
| R GEORGE SAWABINI | 4420 E. DAVISON DETROIT, MI 48212 | |
| DR. LERNER | 2600 MARTIN LUTHER KING DR. BLVD DETROIT, MI 48206 | |
| MAD KATI | 26555 EVERGREEN SOUTHFIELD, MI 48075 | |

The undersigned member hereby makes claim to the Policemen and Firemen Retirement System of the City of Detroit for disability benefits and authorizes the above named physicians, who have attended him to report directly to the Medical Director of the Policemen and Firemen Retirement System regarding his physical condition.  The undersigned member agrees that the furnishing of this form or other forms supplemental thereto by the Policemen and Firemen Retirement System is not to be considered nor constitute an admission of liability by the City of Detroit Policemen and Firemen Retirement System.

Dated at    DETROIT, MI 48226    This    23    Day of    MAY    1994

_Signature of Witness_

_Signature of Member_

Address of Witness



POLICEMEN AND FIREMEN
RETIREMENT SYSTEM
OF THE
CITY OF DETROIT

908 CITY COUNTY BUILDING
DETROIT MICHIGAN 48226
PHONE 313*224*3362
FAX 313*224*3522

May 18, 1995


Tijuana L. Morris
15334 Burt Road
Detroit MI 48223

Dear Ms. Morris:

On May 18, 1995, the Board of Trustees approved your application for Duty Disability Retirement for arm injury and denied your application for Duty Disability Retirement for chest, neck and back injuries.

In the event you wish to have your application for Duty Disability Retirement for chest, neck and back injuries reconsidered by a Medical Board of Review, We enclose the provisions in the City Charter regarding procedures for a Medical Board of Review. If you go to a Medical Board of Review, you must provide this writer with the complete name, address, zip code and telephone number of the physician you wish to represent you on said Medical Board of Review. This must be done in writing within 30 days.

Sincerely,

*Mrs. Lenear*

Janet S. Lenear
Recording Secretary

Enclosure:

Eric M Tucker Secretary  Nicholas Degel Administrative Secretary
Medical Director Reginald I O Neal D O  Ronald Zajac Legal Counsel
Thomas Zdrodou In Executive Secretary

BOARD OF TRUSTEES

Ex Officio Members Dennis W Archer Mayor Gil Hill Council Designate
Earl C Cabbell Treasurer Isaiah McKinnon Chief of Police
Harold D Watkins Sr Fire Commissioner
Elected Members Samuel Abdulnour John Clark

## (MEDICAL BOARD OF REVIEW)

If the Board of Trustees, any member, any beneficiary or any other person claiming benefits hereunder, shall disagree with any medical findings of the Medical Director, the Board of Trustees, may, on its own motion, or on the petition of any such member, beneficiary or person claiming benefits hereunder, refer the matter in dispute to a Medical Board of Review, consisting of 3 physicians or surgeons, of whom 1 shall be named by the Board of Trustees, 1 shall be named by the affected member, beneficiary, or other person claiming benefits, and the 3rd shall be named by the 2 so named. THE MEDICAL DIRECTOR SHALL IN NO CASE BE A MEMBER OF THE MEDICAL BOARD OF REVIEW.

Such Medical Board of Review shall be named within 10 days after the filing of such petition. The Medical Board of review shall promptly examine the medical findings in dispute and shall, within 60 days from its appointment, file with the Board of Trustees a written report of its findings, WHICH SHALL BE FINAL AND BINDING AS TO THE MEDICAL FINDINGS.

The REASONABLE FEES (EXPENSES) of such Medical Board of Review shall be paid from the Expense Fund.

City of Detroit Policemen and Firemen Retirement System 908 City/County Building, Detroit MI 48226 (313-224-3360)

City Charter - Title IX - Chapter VII - Article III - Section XII - Paragraph C

**.teginald E. O'Neal, D.O.**

Board Certified Internal Medicine

2600 M.L. KING JR. BLVD., Suite 260
Detroit, Michigan 48208-2596

(313) 895-3137                                                    FAX (313) 899-5604

May 10, 1995

Board of Trustees
Police and Fire
Retirement System
908 City-County Building
Detroit, Michigan 48226

BOARD OF TRUSTEES
POLICE & FIRE
PENSION SYSTEM
Action APPROVE
Date MAY 18 1995

RE: Tijuana Morris
SS: 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

Dear Board Members:

Police officer Morris has requested a Duty Disability Retirement
for chest, back, neck, and arm injuries.

HISTORY OF ILLNESS:  On 12/16/93 she was involved in a physical
struggle with an individual who was suffering from  a confused
mental state.   While arrest of the person required physical
restraint she and her partner were able to help the EMS crew keep
the lady strapped to the stretcher.   After completing the paper
work to commit the lady, who she struggled with, to the Detroit
Receiving she noted   pain in the left chest, shoulder, and arm.
Over the next couple of weeks she continued to experience left
sided chest pain.   On 12/29/93 the pain was so severe that she
sought treatment at Grace Hospital on Outer Drive.   She was
admitted and released two days later at her request.   Officer
Morris continued to have chest pain.   Because of the continued
pain a   coronary artery catheterization was completed and no
evidence of heart disease was found.   Since that injury she
continues to suffer from pain in the left chest and left shoulder
and arm.   She reports that the pain is always present unless she
receives an injection of the left elbow or upper left back area.
The injection will provide relief for a couple of days.   If she
lays down for a hour or longer she will have lessening of the
pain.   She reports swelling of the entire left arm if she uses
the arm too much, ie. picking up a two liter pop will cause pain
as well as writing (left handed).

TEL: 535-6315

**CITY OF DETROIT POLICEMEN AND FIREMEN RETIREMENT SYSTEM**
**APPLICATION FOR DISABILITY RETIREMENT**
*(To be filled out in ink)*

Disability Number

Membership Number

230371

1. Claimant's Name

TIJUANA L. MORRIS

2. Residence Address

15334 BURT RD, DETROIT, MI 48223

3. Date of birth    MARCH    30    1955
                    Month    Day   Year

4. Department employed in

POLICE DEPT

(a) _____
   Division

(b) _____
   Title on Payroll

(c) POLICE OFFICER
   Name of immediate superior

(d) _____

5. Give date you started to work for the city

6. Date you last attended to your duties with the City.    STILL WORKING

7. Are you applying for duty disability retirement  XXX
   or  non-duty disability retirement ☐

8. State weather your disability is permanent or temporary

PERMANENT

9. When did you first notice your disability (Give date)
   12-16-93

10. When did you first consult a physician about your disability?   12-29-94

11. Are you receiving or have you made application for disability benefits from any other source?   NO

12. If your disability is the result of an accident, give names and addresses of witnesses.

13.    *GIVE FULL EXPLANATION OF THE NATURE AND CAUSES OF YOUR DISABILITY*

CHEST, BACK, NECK, ARM INJURIES

14. Names and addresses of physicians you have consulted in connection with your disability

| Name | Address | Dates of Attendance |
|---|---|---|
| DR GEORGE SAWABINI | 4420 E. DAVISON DETROIT, MI 48212 | |
| DR. LERNER | 2600 MARTIN LUTHER KING DR. BLVD DETROIT, MI 48206 | |
| HMAD KAFI | 26555 EVERGREEN SOUTHFIELD, MI 48075 | |

The undersigned member hereby makes claim to the Policemen and Firemen Retirement System of the City of Detroit for disability benefits and authorizes the above named physicians, who have attended him to report directly to the Medical Director of the Policemen and Firemen Retirement System regarding his physical condition. The undersigned member agrees that the furnishing of this form or other forms supplemental thereto by the Policemen and Firemen Retirement System is not to be considered nor constitute an admission of liability by the City of Detroit Policemen and Firemen Retirement System.

Dated at    DETROIT, MI 48226    This    23    Day of    MAY    1994

_____
Signature of Witness

_____
Signature of Member

# CITY OF DETROIT POLICEMEN AND FIREMEN RETIREMENT SYSTEM
## APPLICATION FOR DISABILITY RETIREMENT
### (To be filled out in ink)



Disability Number

Membership Number
230371

1 Claimant's Name
TIJUANA L. MORRIS

2 Residence Address
15334 BURT RD., DETROIT, MI 48223

3 Date of Birth    MARCH   30    1955
                   Month   Day   Year

4 Department employed in
POLICE DEPT

(a) Division

(b)
Title on Payroll
POLICE OFFICER

(c)
Name of immediate superior

(d)

5 Give date you started to work for the city?

6 Date you last attended to your duties with the City.    STILL WORKING

7. Are you applying for duty disability retirement  XXX
   or
   non-duty disability retirement ☐

8. State whether your disability is permanent or temporary
   PERMANENT

9. When did you first notice your disability (Give date)
   12-16-93

10. When did you first consult a physician about your disability?  12-29-94

11. Are you receiving or have you made application for disability benefits from any other source?  NO

12. If your disability is the result of an accident, give names and addresses of witnesses.

13.    GIVE FULL EXPLANATION OF THE NATURE AND CAUSES OF YOUR DISABILITY

CHEST, BACK, NECK, ARM INJURIES

14. Names and addresses of physicians you have consulted in connection with your disability

| Name | Address | Dates of Attendance |
|---|---|---|
| DR GEORGE SAWABINI | 4420 E. DAVISON  DETROIT, MI 48212 | |
| DR. LERNER | 2600 MARTIN LUTHER KING DR. BLVD  DETROIT, MI 48206 | |
| IMAD KAFI | 26555 EVERGREEN  SOUTHFIELD, MI 48075 | |

The undersigned member hereby makes claim to the Policemen and Firemen Retirement System of the City of Detroit for disability benefits and authorizes the above named physicians, who have attended him to report directly to the Medical Director of the Policemen and Firemen Retirement System regarding his physical condition. The undersigned member agrees that the furnishing of this form or other forms supplemental thereto by the Policemen and Firemen Retirement System is not to be considered nor constitute an admission of liability by the City of Detroit Policemen and Firemen Retirement System.

Dated at  DETROIT, MI 48226   This  23  Day of  MAY  1994

_____
Signature of Witness

_____
Signature of Member

Address of Witness

# PENSION STATEMENT

Police and Fire Retirement System
of the City of Detroit
2 Woodward Ave Ste 908
Detroit, MI 48226-3455

| Period Beginning: | 04/01/2014 |
|---|---|
| Period Ending: | 04/30/2014 |
| Check Date: | 05/01/2014 |
| Check Number: | 7000158479 |
| Batch Number: | 000000000537 |

Retirement Code B-41-0-7

MORRIS,TIJUANA L
PO BOX 23712
DETROIT MI 48223-0712

Tax Code No Withholding
Pension No 230371
Social Security No XXX-XX-2534

| EARNINGS | RATE | ADJUSTMENT | CURRENT | YTD | DEDUCTIONS | DEDUCTION CODE | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| | | | | | Federal Income Tax | | 0.00 | 0.00 |
| Pension | 3018.93 | 0.00 | 3018.93 | 15094.65 | Michigan Income Tax | | 0.00 | 0.00 |
| Annuity | 0.00 | 0.00 | 0.00 | 0.00 | Death Benefit | 00040210 | 0.09 | 0.45 |
| | | | | | DPOA Group Ins | 00040620 | 45.33 | 197.99 |
| | | | | | Police Benefit & Pro | 00040315 | 18.55 | 92.75 |
| | | | | | Retired Assoc Dues | 00080100 | 3.00 | 15.00 |

| Gross Pay | 3018.93 | 15094.65 | Total Deductions | 66.97 | 647.89 |
|---|---|---|---|---|---|
| | | | Net Pay | $2,951.96 | |

IMPORTANT NOTES

---

CORRECTED (if checked)

**Distributions from Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

PAYER'S name, street address, city, state, and ZIP code
**POLICE AND FIRE RETIREMENT
SYSTEM OF THE CITY OF DETROIT
2 WOODWARD AVE RM 908
DETROIT, MI 48226-3455**

| 1 Gross Distribution | OMB No.1545-0119 |
|---|---|
| $35,781.75 | **2013** |
| 2a Taxable Amount | |
| $0.00 | Form **1099R** |

| PAYER'S Federal Identification number | RECIPIENT'S Identification number |
|---|---|
| 38-2465279 | |

REDUCED DUTY DISABILITY *

RECIPIENT'S Name and Address

**MORRIS TIJUANA L
PO BOX 23712
DETROIT, MI 48223-0712**

| 2b Taxable amount not determined | Total Distribution |
|---|---|
| 3 Capital gain (included in box 2a) | 4 Federal Income tax withheld |
| | $0.00 |
| 5 Employee Contributions /Designated Roth Contributions or insurance premiums | 6 Net unrealized appreciation in employer's securities |
| 7 Distribution Code(s) | IRA/SEP/ SIMPLE | 8 Other |
| 3 | | |
| 9a Your percentage of total distribution | 9b Total employee contributions |

Copy C
For Recipient's Records

This information is being furnished to the Internal Revenue Service.

| Account Number | | | |
|---|---|---|---|
| 10 Amount allocable to IRR within 5 years | 11 1st Yr of Desig Roth contrib. | | |
| 12 State tax withheld | 13 State/Payer's state no | 14 State distribution |
| 15 Local tax withheld | 16 Name of locality | 17 Local distribution |

Form 1099-R

EXHIBIT

4) These documents are recorded in the plan of adjustments and bill from hospital

SUMMIT PHYSICIANS GROUP PLLC
DEPT 771721 PO BOX 77000
DETROIT MI 48277-1721

FOR BILLING INFORMATION, PLEASE CALL
~~████████~~

| AMOUNT DUE NOW | STATEMENT DATE | ACCOUNT NUMBER | AMOUNT ENCLOS |
|---|---|---|---|
| 3090.00 | 05/01/14 | 17180 | |

EIN# 454013724

TIJUANA MORRIS
14841 JOY RD APT 2A
DETROIT, MI 48238

SUMMIT PHYSICIANS GROUP PLLC
DEPT 771721 PO BOX 77000
DETROIT MI 48277-1721

20 CHINTAN DESAI

☐ Please ✓ if address or insurance information has changed. Make changes on reverse sid

**PLEASE DETACH AND RETURN THE TOP PORTION OF THIS STATEMENT WITH YOUR PAYMENT. RETAIN THE BOTTOM PORTION FOR YOUR RECORDS.**

Name: TIJUANA MORRIS

| DATE | PATIENT | DESCRIPTION | ACCOUNT ACTIVITY | |
|---|---|---|---|---|
| | | | INSURANCE | PATIENT |
| | | Date   Statement from 04/01/2014 to 05/01/2014 | | |
| 04/28/2014 | TRABA | TRANSFER BALANCE | | 3090.0 |
| 04/28/2014 | | (INFO NOT RETURNED BY PT)$3,090.00 03/12/14 MRI CERVICAL W/O CONTRAST | | |

| | BALANCE | 0.00 | 3090.00 |
|---|---|---|---|

IF YOU HAVE ANY QUESTIONS PLEASE CONTACT CHARO AT (248) 593-9780 X 230

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | 120+ DAYS | ACCT: |
|---|---|---|---|---|---|
| 3090.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17180 |

MAKE CHECKS
PAYABLE TO:

SUMMIT PHYSICIANS GROUP PLLC
DETROIT MI 48277-1721

TIJUANA MORRIS

REORDER: Genius Solutions  586-751-9080  GS100-LN

EXHIBIT

5)    Social Security and DHS Denial letters, World Relief
Denial letter

6)    Same as above