# Social Security Administration
# Retirement, Survivors and Disability Insurance
## Notice of Disapproved Claim

Great Lakes Program Service Center
600 West Madison Street
Chicago, Illinois 60661-2474
Date: June 27, 2014
Claim Number: ~~396 60 9591H~~

001697 1 MB 0.435 0009 LR M0BP4 0623 01

TIJUANA L MORRIS
14841 JOY RD APT 2
DETROIT, MI 48228-2470

We are writing to tell you that you do not qualify for disability benefits.

## Why We Cannot Pay You

You do not qualify for disability benefits because you have not worked long enough under Social Security.

We figure work under Social Security in credits. Please read the enclosed pamphlet, "How You Earn Social Security Credits," which explains how the credits are earned and how many a person must have to receive benefits.

Since you do not have enough work credits to qualify for benefits, we did not make a decision about whether you are disabled under our rules.

## Other Social Security Benefits

You are not due any other Social Security benefits. In the future, if you think you may qualify for benefits from us, you will need to apply again.

## Need Help Getting A Job?

If you want to ask about counseling, training, and other services to help you in going to work, contact the nearest State vocational rehabilitation office. Their phone number is in the blue pages of your telephone book under State Government. You can also go to our Office of Employment Support Programs' website at www.chooseworkttw.net/resource/jsp/searchByState.jsp. Click on the State where you live and it will provide your local vocational rehabilitation agency's address and telephone number.

Enclosure(s):
Pub 05-10072



C

**See Next Page**

**Do You Disagree With The Decision?**

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for an appeal.
- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.socialsecurity.gov/online/ to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

**New Application**

You have the right to file a new application at any time, but filing a new application is not the same thing as appealing this decision. If you disagree with this decision and you file a new application instead of appealing:

- you might lose some benefits, or not qualify for any benefits, and

- we could deny the new application using this decision, if the facts and issues are the same.

So, if you disagree with this decision, you should file an appeal within 60 days.

**If You Want Help With Your Appeal**

You can have a friend, representative, or someone else help you. There are groups that can help you find a representative or give you free legal services if you qualify. There are also representatives who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a representative who is eligible for direct pay, we will withhold up to 25 percent of any past due benefits to pay toward the fee.



## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-888-366-6152. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 26840 W SEVEN MILE RD
> REDFORD MI 48240

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*



Tijuana L Morris
14841 Joy Rd Apt 1
Detroit MI 48228

You recently contacted us about filing for disability benefits. Did you know that you can now apply for Social Security disability benefits online through the Social Security internet site? This letter explains how to file your application for disability benefits through the Social Security website.

## WHY SHOULD YOU COMPLETE YOUR APPLICATION ON THE SOCIAL SECURITY WEBSITE?

- You can save time by applying from home or another convenient location. You do not have to travel to your local Social Security office.
- You can submit your claim immediately, without waiting for an appointment with your local Social Security office.
- Social Security ensures the confidentiality of your information by using the strongest security techniques commercially available.

## HOW DO YOU COMPLETE A DISABILITY APPLICATION ON THE SOCIAL SECURITY WEBSITE?

Applying for disability benefits online is a simple process. Take the following steps to complete and submit your application.

- Using any internet browser software, go to **www.socialsecurity.gov/applyonline.**
- Click on the link that says "Apply for disability benefits". On the following screen, select the appropriate boxes and click "Apply for Benefits".
- Make sure that you save the Application Number you are given. You can use your Application Number to reenter your application or check the status of your application through the Social Security website from the address shown above.

See Next Page

- Follow the instructions to complete and submit both the application and the Disability Report.
- If you can only complete one of the forms before the appointment, please complete the Disability Report.

While applying through the internet is a good choice for many, you may choose not to do so and prefer to speak with a Social Security representative.

- If you have already requested an appointment, we will contact you soon to arrange an in office or telephone interview.
- If you have indicated that you will re-contact us when you are ready to file, you may call us toll free by dialing 1-800-772-1213 (TTY 1-800-325-0778) from 7AM to 7PM Monday through Friday.

*Social Security Administration*




STATE OF MICHIGAN
## DEPARTMENT OF HUMAN SERVICES
WAYNE COUNTY

RICK SNYDER
GOVERNOR

MAURA CORRIGAN
DIRECTOR

July 1, 2014

Morris, Tijuana
Apt 2
14841 Joy Rd
Detroit, MI 48228

Bridges Case Number:    115086200

Dear Sir/Madam:

The Department of Human Services has prepared the enclosed Hearing Summary because you have requested a hearing.  It explains the actions taken on your case and lists the policy items used in taking these actions.

Also enclosed are copies of the documents the Agency plans to present as evidence at your hearing.  Please review these documents and bring them with you to the hearing.  You may call if you have questions at  937-5220 .

Copies of this information have been sent to Administrative Hearings in Lansing and to your authorized hearings representative, if you have one.  Administrative Hearings will notify you of the date, time, and location of the hearing by letter.

Sincerely,

E. Luther
Casework Supervisor
Wayne County D.H.S.

Copies to:   Client's representative
             Hearings Coordinator

District 35 Office, 27260 Plymouth Road, Redford, Michigan 48239
www.michigan.gov



# HEARING SUMMARY
## Michigan Department of Human Services
## ADMINISTRATIVE HEARINGS

Case Name:   Tijuana Morris
Case Number:   115086200
Date:   06/25/2014
DHS Office:   WAYNE CO DHS REDFORD SERVICE CENTER

Specialist:   T. Baker
Phone:   (313) 937-5261
Fax:   (313) 937-4326
Specialist ID:   bakert8

## CLIENT REQUESTED HEARING REGARDING ASSISTANCE OR SERVICE ACTIONS:

| 1. Date DHS Received Hearing Request 06/27/2014 | 2. Date Client Notified of Department Action 05/12/2014 | 3. Action Effective Date 05/12/2014 |
|---|---|---|

| 4. Date of Administrative Review 06/25/2014 | 5. Actions Prompting Hearing Request<br>☐ Termination ☒ Denied Application ☐ CPS Expunction Denial<br>☐ Reduction ☐ Other: | 6. Hearing Request Recorded in Bridges ☒ Yes ☐ No |
|---|---|---|

| 7. Benefits Restored?<br>☐ Yes ☒ No | 8. Date Claimant Offered Case Conference 06/25/2014   ☒ Accepted   ☐ Rejected | 9. Date DHS-1560 Sent 06/20/2014 |
|---|---|---|

| 10. Amount of Monthly Benefits $ 0.00 | 11. Benefits Before Negative Action $ 0.00 | 12. Benefits After Negative Action $ 0.00 | 13. Employment Related Activities? ☐ Yes ☒ No |
|---|---|---|---|

14. Programs Impacted By the Department Action:

| ☐ FIP | ☐ FAP | ☐ MA Eligibility | ☐ SDA Eligibility | ☐ HMP | ☐ CDC | ☐ ADOPTION SUBSIDY |
| ☒ SER | ☐ PATH | ☐ MA Disability | ☐ SDA Disability | ☐ Other | ☐ CPS | ☒ EXPEDITED |

15. Case Address

Tijuana Lee Morris   Apt 2   14841 Joy Rd   Detroit MI 48228     (313) 208-8323

## DEPARTMENT REQUESTED HEARING:

| ☐ Intentional Program Violation (IPV) | ☐ Debt Collection |
|---|---|

Explanation of action taken and facts and fact sources used in taking action:

Client requested a hearing due to denial for the State Emergency Relief Program. Self-attested monthly income of $3018.00 reported by client on DHS-1004 signed on 05/09/2014(Exhibit 1 DHS-1004 PAGES 4-6) is higher than the maximum allowed for state emergency relief. Income verified via pension statement with a check date of 05/01/2014(Exhibit 2 PAGE 7).

Law and regulation(s) or manual item(s) used in taking action:

ERM 103

| Prepared by T.Baker | Date 06/25/2014 |
|---|---|

Attach a copy of papers to be used at the hearing, INCLUDING MEDICAL INFORMATION where at issue. Submit original Hearing Summary WITHIN 15 DAYS of receipt of the hearing request to: DHS, Administrative Hearings, P.O. Box 30639, Lansing, MI 48909-8139. DISTRIBUTE one copy of this Summary, with all attachments, to claimant/attorney and retain one copy.

Department of Human Services (DHS) will not discriminate against any individual or group because of race, religion, age, national origin, color, height, weight, marital status, sex, sexual orientation, gender identity or expression, political beliefs or disability. If you need help with reading, writing, hearing, etc., under the Americans with Disabilities Act, you are invited to make your needs known to a DHS office in your area.



# REQUEST FOR HEARING
## State of Michigan
## Family Independence Agency

**INSTRUCTIONS:** Complete items 10 through 16 below. Please type or print. DELIVER OR MAIL completed form to your local FIA office, Attn: Hearing Coordinator. A date-stamped copy will be returned to you by the local office.

| 1. Case Name (Last) MOKRIS | | | (First) Tijuana |
|---|---|---|---|
| 2. Program(s) in Dispute SER | | | 3. Case Number 115086200 |
| 4. County | 5. District | 6. Unit | 7. Worker T.Baker /Luther | 8. Date Received |
| 9. Telephone Number | | | |

Esta forma se usa para solicitar una audiencia con un juez de ley administrativa cuando usted no está de acuerdo con una decisión que se hizo tocante a su caso. Si usted no entiende esta forma o necesita ayuda para completarla, comuníquese con su oficina local de la Agencia para la Independencia de la Familia al número de teléfono indicado en esta forma.

هذه الإستمارة تستعمل لطلب المرافعة مع حاكم قضائي إداري عندما لاتوافق على قرار يتخذ بخصوص قضيتك. إذا لم تستطع فهم هذه الإستمارة أو احتجت الى مساعدة لملء الإستمارة اتصل بالمكتب المحلي لوكالة الخدمات العائلية على الرقم المبين في الإستمارة.

| AUTHORITY: | MCL 400.9, MSA 16.409 |
|---|---|
| RESPONSE: | Voluntary. |
| PENALTY: | None |

The Family Independence Agency will not discriminate against any individual or group because of race, sex, religion, age, national origin, color, marital status, political beliefs or disability. If you need help with reading, writing, hearing, etc., under the Americans with Disabilities Act, you are invited to make your needs known to an FIA office in your county.

---

10. I request a hearing before an Administrative Law Judge regarding the decision of the _____ County Family Independence Agency. Following are my reasons for requesting a hearing: Name of County

I'm Requesting an In PERSON HEARING CONCERNING my Request OFOR DTE ASSISTANCE I have Been waiting for a month, I talked TO PERSONS at THE FRONT DESK OF DHS Two TIMES, I was told THAT my Case is PENDING, I HAVE No DHS ASSISTANCE OR Case WORKER

JUN 20 201?

Due 6.27.14 tr

By my signature below, I acknowledge that I understand that if a proposed action is not taken because I have requested a hearing and the Agency's proposed action is upheld, or if I later agree that the Agency's proposed action was correct and withdraw my hearing request, or if I do not appear for the hearing, then I will be required to repay any assistance which I would not have received if I had not asked for a hearing.

I ☐ DO ☐ DO NOT want to continue receiving the amount of food stamps I now receive until after my hearing.

| 11. Signature of Person Requesting Hearing (AH must receive an original signature. If this form is signed by an authorized hearing representative, documentation of authorization must be attached.) *Tijuana Morris* | 12. Telephone Number 313-208-8323 | 13. Date 6-18-14 |
|---|---|---|
| 14. Street Address or Route Number 14841 Joy Rd. Apt 2 | 15. City, State and Zip Code DEtroit MI. 48228 | |
| 16. Are special arrangements required for you to participate in a hearing? ☐ Yes ☐ No Explain: | | |

**THIS SECTION TO BE COMPLETED ONLY IF SOMEONE HAS AGREED TO REPRESENT YOU AT THE HEARING.**

| 17. Name of Authorized Hearing Representative | 18. Telephone Number | 19. Title |
|---|---|---|
| 20. Street Address or Route Number | 21. City, State, and Zip Code | |

FIA-18 (Rev. 3-97) Previous edition may be used.

Case Name: MORRIS, TIJUANA
Case Number: 115086200
Date: 06/20/14
DHS Office: WAYNE CO DHS
Specialist / ID: T. Baker /
Phone: 313 937-5261
Fax: 313 937-4326
Individual ID: bakert8

## STATE OF MICHIGAN
### Department of Human Services

If you do not understand this, call a DHS office in your area.
DHS employees are prohibited by law from providing legal advice.
Si ústed no entiende esto, llame a una oficina de DHS en su área.
La ley prohíbe a los empleados de DHS proporcionar asesoría legal.
إذا واجهت صعوبة في فهم هذا الطلب، فأتصل بمكتب DHS الموجود في منطقتك.
يحرّم القانون على موظفي DHS إعطاء النصيحة القانونية.

Tijuana Morris
APT 2
14841 JOY RD
DETROIT, MI 48228

Department of Human Services (DHS) will not discriminate
against any individual or group because of race, religion, age,
national origin, color, height, weight, marital status, sex, sexual
orientation, gender identity or expression, political beliefs or
disability. If you need help with reading, writing, hearing, etc.,
under the Americans with Disabilities Act, you are invited to
make your needs known to a DHS office in your area.

"USDA is an equal opportunity provider and employer."

## PRE-HEARING CONFERENCE

We have received your administrative hearing request for the     SER                              program(s). The
first step in this process is a pre-hearing conference with the caseworker and the DHS supervisor. At this conference
you will have an opportunity to further explain the reason(s) for your hearing request and the Department will explain
the action(s) taken on the program(s). You may also want to present additional information you feel is important to the
hearing issue. This conference does not in any way affect your right to a hearing but is an attempt to quickly resolve
the issue, if at all possible.

The conference is scheduled for  07/01/14      at   9:00AM      at our office   Redford - DHS

If this date and time is not convenient for you, please call to discuss or reschedule the appointment.

Sincerely,

Ms. Luther
Supervisor
Title

Telephone Number   313-937-5220

DHS-1560 (Rev. 12-07) MS Word                                                                          P3

WAYNE CO DHS REDFORD SERVICE CENTER
27260 PLYMOUTH RD
REDFORD MI 48239

| | |
|---|---|
| Case Name: | **Tijuana Morris** |
| Case Number: | 115086200 |
| Date: | 05/02/2014 |
| DHS Office: | WAYNE CO DHS REDFORD SERVICE CENTER |

| | |
|---|---|
| Specialist / ID: | T. Baker / bakert8 |
| Phone: | (313) 937-5261 |
| Fax: | (313) 937-4326 |
| Individual ID: | 14701817 |

# STATE OF MICHIGAN
## Department of Human Services

If you do not understand this, call a DHS office in your area.
DHS employees are prohibited by law from providing legal advice.
Si usted no entiende esto, llame a una oficina de DHS en su área.
La ley prohíbe a los empleados de DHS proporcionar asesoría legal.
إذا واجهت صعوبة في فهم هذا الطلب، فأتصل بمكتب DHS الموجود في منطقتك.
يحرّم القانون على موظفي DHS إعطاء النصيحة القانونية.

TIJUANA LEE MORRIS
APT 2
14841 JOY RD
DETROIT MI 48228

WAYNE CO DHS REDFORD SERVICE CENTER
27260 PLYMOUTH RD
REDFORD MI 48239-9984

## HEALTH CARE COVERAGE SUPPLEMENTAL QUESTIONNAIRE

**Due Date:** 05/12/2014

**Why Are You Getting This Notice?** We need some additional information to find the most beneficial health care coverage for you or a member of your family.

- **What Steps Should You Take?**
  - You must complete, sign, and date this form, and return it by the due date.
  - Include a copy of all proofs that are listed in each section of this form.
    - Original documents which are received as proof may not be returned.
  - The completed form and a copy of all proofs must be returned by the due date listed above. Please make sure your name is on all proofs.
- **What Happens If You Do Not Return the Completed Form and Required Proofs by the Due Date?**
  - For new applicants: If you do NOT return this form and all of the required proofs by the due date, your request for health care coverage may be denied.
  - For existing Medicaid recipients: Your benefits will continue at the current level.
  - If you receive Medicare: A determination for the Medicare Savings Program may not be made.
- If you do not understand this form and need help completing it, contact the specialist listed above before the due date.
- Complete this form to allow us to determine the most beneficial health care coverage. If you need additional space to provide your answers, use Client Comments Section on page 3.
- To apply for additional programs, please visit www.michigan.gov/mibridges, or contact the DHS office in your area.
- If you have questions or problems getting the proofs before the due date, please contact the specialist listed above. If you ask for help getting your proofs, your specialist may be able to assist you.

over

DHS-1004 (Rev. 2-14) Bridges

MAY 1 5 2014



13-53846-tjt   Doc 6829-1   Filed 08/18/14   Entered 08/18/14 16:07:42   Page 10 of 31   P4

| Case Name | Case Number | Specialist |
|---|---|---|
| Tijuana Morris | 115086200 | T. Baker / bakert8 |

**MEMBERS OF HOUSEHOLD** – Below are the names of people we show living in your household. Cross out incorrect information and write the correct information in the space provided. Add names and information about people living with you who do not appear on this form. Complete all columns. If more space is needed, report additional information in Client Comment Section on page 3.

| Name | Date of Birth | Relationship to you | Social Security Number | Gender (please circle) | U.S. Citizen? Yes/No | Pregnant now/in last 3 months? Yes/No | If Pregnant, Expected Due Date |
|---|---|---|---|---|---|---|---|
| Tijuana Lee Morris | 03/30/1955 | SELF | | M (F) | Yes | NO | |
| | | | | M  F | | | |
| | | | | M  F | | | |
| | | | | M  F | | | |
| | | | | M  F | | | |
| | | | | M  F | | | |

**FACILITY** – List any person in your household who lives in a facility.

| Patient's Name | Name of Facility | Date of Facility Admission | Address Where You Lived Before You Entered the Facility |
|---|---|---|---|
| | | | |
| | | | |

| | Yes | No | Amount | How Often Paid |
|---|---|---|---|---|
| Do you and/or your spouse have a rent, mortgage or other shelter expense? | ☐ | ☐ | | |

**DISABILITY** – List any person in your home who is blind or has a disability.

| Name | Medical Condition | Is this person able to work? |
|---|---|---|
| SELF | PLEASE SEE ATTACHED DOCUMENT FOR NECK BACK RIGHT ARM AREAS FINGERS | ☑ Yes  ☐ No |
| | | ☐ Yes  ☐ No |
| | | ☐ Yes  ☐ No |

**INCOME SOURCE** - Report all sources of earned and unearned income. **Send proof** of all income your household received. Send proof of the last 30 days for employment, unemployment, social security benefits, pension, etc. Send proof of the last 90 days for child support and self-employment income/expenses records. Examples of proof include check stubs, a statement from source of income.

| Recipient's Name | Income Source | Gross Amount (Before deductions) | *Number of Expected Hours of Work Per Pay Period | Frequency (Weekly, Bi-weekly, Monthly) | Start/End/ Change Date |
|---|---|---|---|---|---|
| SELF | DISABILITY PENSION DETROIT POLICE DEPARTMENT | 3018.00 | | | |
| | | | | | |
| | | | | | |

HS-1004 (Rev. 2-14) Bridges

| Case Name | Case Number | Specialist |
|---|---|---|
| Tijuana Morris | 115086200 | T. Baker / bakert8 |

## EXPENSES YOU OR YOUR SPOUSE ARE RESPONSIBLE TO PAY - Send proof of all expenses with your name on it.

| Type of expense to report | Name of Person Who incurred the Expense | Type of Expense | Amount of Expense | Amount You are Responsible to Pay |
|---|---|---|---|---|
| • Guardian<br>• Conservator<br>• Child Support - court-ordered<br>• Care for Adult with Disabilities<br>• Employment-related<br>• Dependent Care Expenses<br>• Medical | Self<br>" | MEDICAL<br>MEDICATIONS | 3,090.00<br>3,000.00 Plus | 3090.00<br>8000.00 Plus |

## ASSETS –Report all assets. This may include: bank accounts, land, cars, other vehicles, boats, life insurance, investments, lawsuit settlements, trusts, annuities or any other property (including in trust). Report if anyone bought, sold, transferred, gave away or received any asset in the last 60 months. Provide proof with your name on it. If more space is needed, use the Client Comment Section below.

| | Name of Owner | Financial Institution | Account Number | Balance | New/Change Date |
|---|---|---|---|---|---|
| Savings | Tijuana Morris | First Independence | | 200.00 | |
| Checking | 072001079-0707 023730 | | | | |
| Other | Credit Card - Cap One | | 5440-4560-2162-8102 | 500.00 | |
| | " " | | 5155-9700-3222-1505 | 600.00 | |
| | Car Insurance Self | State Farm Ins | 284 4450-B02-22C | 8356.00 per month | |

## PENALTY WARNING

"Under penalties of perjury, I swear or affirm that this application has been examined by or read to me, and, to the best of my knowledge, the facts are true and complete. If I am a third party applying on behalf of another person, I swear or affirm that this application has been examined by or read to the applicant, and, to the best of his/her knowledge, the facts are true and complete."

I certify, under penalty of perjury, that all the information I have written on this form or told to my DHS specialist or my representative is true. I understand I can be prosecuted for perjury if I have intentionally given false or misleading information, misrepresented, hidden or withheld facts which caused me to receive assistance I should not have received or more assistance than I should have received. I can be prosecuted for fraud and/or required to repay the amount wrongfully received. I understand I may be asked to show proof of any information I have given.

| Signature of Client or Authorized Representative | Date | Telephone Number | Signature of Department Witness | Date |
|---|---|---|---|---|
| Tijuana Morris | 5-7-14 | 313-208-8323 | | |

Telephone Number where you can be reached or where we can leave a message

## CLIENT COMMENTS (may also report additional information here)

LEASE CAR 2013 Hyundai Plate #4JJL60 $280.00 PER MONTH STORAGE $65.00 COURT ORDER JUDGEMENT $106,947.35 + 10,486.35 RENT $350.00 PER MONTH I PAY PEOPLE TO HELP WITH MY PERSONAL NEEDS WHEN I CAN AFFORD IT AND HOME CARE. UTILITIES 150.00 PER MONTH. I HAVE NO HEALTH INSURANCE I AM A RETIRED DETROIT POLICE OFFICER. PLEASE SEE ATTACHMENTS DPD STOPPED THEIR INS. COVERAGE

Department of Human Services (DHS) will not discriminate against any individual or group because of race, religion, age, national origin, color, height, weight, marital status, sex, sexual orientation, gender identity or expression, political beliefs or disability. If you need help with reading, writing, hearing, etc., under the Americans with Disabilities Act, you are invited to make your needs known to a DHS office in your area.

DHS-1004 (Rev. 2-14) Bridges

RECEIVED
MAY 1 5 2014

13-53846-tjt    Doc 6829-1    Filed 08/18/14    Entered 08/18/14 16:07:27    Page 12 of 31    P6

# PENSION STATEMENT



Police and Fire Retirement System
of the City of Detroit
2 Woodward Ave Ste 908
Detroit, MI 48226-3455

Page 001 of 001
Period Beginning: 04/01/2014
Period Ending: 04/30/2014
Check Date: 05/01/2014
Check Number: 7000158479
Batch Number: 000000000537

Retirement Code B-41-0-7

MORRIS,TIJUANA L
PO BOX 23712
DETROIT MI 48223-0712

Tax Code No Withholding
Pension No 230371
Social Security No XXX-XX-2534

| EARNINGS | RATE | ADJUSTMENT | CURRENT | YTD | DEDUCTIONS | DEDUCTION CODE | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| Pension | 3018.93 | 0.00 | 3018.93 | 15094.65 | Federal Income Tax | | 0.00 | 0.00 |
| Annuity | 0.00 | 0.00 | 0.00 | 0.00 | Michigan Income Tax | | 0.00 | 0.00 |
| | | | | | Death Benefit | 00040210 | 0.09 | 0.45 |
| | | | | | DPOA Group Ins | 00040620 | 45.33 | 197.99 |
| | | | | | Police Benefit & Pro | 00040315 | 18.55 | 92.75 |
| | | | | | Retired Assoc Dues | 00080100 | 3.00 | 15.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Gross Pay | | | 3018.93 | 15094.65 | Total Deductions | | 66.97 | 647.89 |
| | | | | | Net Pay | | $2,951.96 | |

IMPORTANT NOTES

©1998, 2006 ADP Inc. All Rights Reserved

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross Distribution | OMB No.1545-0119 | **Distributions from** |
|---|---|---|---|
| POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT 2 WOODWARD AVE RM 908 DETROIT, MI 48226-3455 | $35,781.75 | **2013** | Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
| | 2a Taxable Amount $0.00 | Form **1099R** | |
| PAYER'S Federal Identification number 38-2465279 | RECIPIENT'S Identification number | 2b Taxable amount not determined ☐ | Total Distribution ☐ | |
| | | 3 Capital gain (included in box 2a) | 4 Federal income tax withheld $0.00 | Copy C For Recipient's Records |
| REDUCED DUTY DISABILITY * RECIPIENT'S Name and Address | | 5 Employee Contributions /Designated Roth Contributions or insurance premiums | 6 Net unrealized appreciation in employer's securities | |
| MORRIS TIJUANA L PO BOX 23712 DETROIT, MI 48223-0712 | | 7 Distribution Code(s) 3 | IRA/SEP/ SIMPLE | 8 Other | This information is being furnished to the Internal Revenue Service. |
| | | 9a Your percentage of total distribution | 9b Total employee contributions | |
| | | 12 State tax withheld | 13 State/Payer's state no. | 14 State distribution |
| 10 Amount allocable to IRR within 5 years | 11 | | 15 Local tax withheld | 16 Name of locality | 17 Local distribution |
| Account Number 383018 | | | | | |

P7

# REQUEST FOR A HEARING

Case Name: Tijuana Morris

Notice Date: 05/12/2014

Case Number: 115086200
Specialist Name: T. Baker
DHS Office: Wayne Co DHS Redford Service Center
Fax:

## Right to an Administrative Hearing

**If you want to continue getting your current benefits while you appeal this action,** DHS must receive your hearing request **within 10 days of the** mailing date of this notice, on or before   05/23/2014 .

If you think the action being taken is wrong, and want to appeal, DHS must receive your hearing request **within 90 days of** the mailing date of this notice, on or before

If DHS receives your hearing request after 10 days of the mailing date of this notice, but within 90 days of the mailing date of this notice, you will still be granted a hearing, but your assistance will be discontinued.

If you win at the hearing, your benefits will be reinstated. If you do not win, your benefits will not be reinstated. If DHS does not receive your hearing request within 90 days of the mailing date, then you will not be granted a hearing.

If the Department stops this action because of your hearing request, then you may be **required to repay** any assistance that you receive after this action was stopped if (1) the Department's proposed action is upheld in the hearing decision, or (2) your hearing request is withdrawn, or (3) you or your authorized representative do not attend this hearing.

For Food Assistance, you may request a hearing in writing or by telephone. Hearing requests for all other programs must be made in writing by you or your authorized representative.

### If you are currently receiving assistance:

Your hearing request must be received by the DHS on or before **05/23/2014**    , to continue your assistance at the former level or to have your current assistance continued or reinstated. Someone else may help or represent you with the hearing (lawyer, friend, social worker, relative, etc., - see below).

You may choose anyone to represent you. If that person is not a lawyer or is not appointed by a court, you must give us your signed authorization. If the person is court appointed to help you, they must show us the order of appointment. Otherwise if you do not provide proof of authorization, the Michigan Administrative Hearings System will deny the request for an administrative hearing made by the representative.

### How to request an Administrative Hearing:

- To request a hearing, fill out and sign the back of this page.
- You may write your reasons on the back of this page. **Keep a copy for yourself.** Mail, fax or bring the form, signed and dated, to the hearings coordinator at the local Department of Human Services office.
- At the hearing, you can explain why you think this action is wrong, and give evidence.

If you want to know more about how a fair hearing works, contact your local DHS office. To find out if free legal help is available in your area, visit http://www.michiganlegalaid.org/ to learn about legal aid organizations in your area.

> **For Genesee County:**
>
> You may be scheduled for a local evidentiary hearing, with a right of appeal to the Michigan Administrative Hearing system. Once scheduled, you will receive written notice of when and where to appear for your local evidentiary hearing.
>
> If you want to know more about the hearings pilot:
> - The pilot policy may be found on the DHS Public Web site at www.michigan.gov/dhs
> - You may contact your caseworker, or visit or call your local DHS office and ask for more information.

DHS-18 (Rev.12-13) Bridges

| Case Name | Case Number | Specialist | Date |
|-----------|-------------|------------|------|
| Tijuana Morris | 115086200 | T. Baker | 05/12/2014 |

**Complete this section only if you want to request a hearing:**

Please check only the box(es) of the benefit program(s) for which you are requesting a hearing and the action(s) taken that you are challenging.

| | | | |
|---|---|---|---|
| ☐ Cash | ☐ Denied | ☐ Closed | ☐ Amount of benefits |
| ☐ Child Development and Care | ☐ Denied | ☐ Closed | ☐ Amount of benefits |
| ☐ Food Assistance | ☐ Denied | ☐ Closed | ☐ Amount of benefits |
| ☐ State Emergency Relief | ☐ Denied | ☐ Closed | ☐ Amount of benefits |
| ☐ Other _____ | ☐ Denied | ☐ Closed | ☐ Amount of benefits |

Please check the appropriate box(es) if your request involves an issue listed below:

☐ Child Support          ☐ Employment and Training

I request a hearing because I disagree with the action(s) of the Department of Human Services. I think the decision is incorrect because:

_____
_____
_____
_____
_____

Do you have physical or other conditions requiring special arrangements for you to attend or participate in a hearing? _____ Yes _____ No

Check yes if you want to continue receiving the amount of Food Assistance that you now receive until your hearing is decided. _____ Yes _____ No

_____
**Sign to request a Hearing**          Telephone          Date

If you have someone helping you at the hearing, complete the section below.

Name of Representative:_____ Title:_____ Phone Number:_____

Signature of Representative:_____

Street Address: _____ City: _____ State:_____ Zip Code:_____

Si usted no esta de acuerdo con una acción descrita en este aviso o piensa que es incorrecto, usted puede solicitar una audiencia 90 dias después de la fecha de este aviso. Para Asistencia de Alimentos, usted puede solicitar una audiencia por escrito o por teléfono. La solicitud de audiencia de todos otros programas debe, ser hecha por escrito y firmada por usted a una persona autorizada. Para solicitar una audiencia, firme y fecha en las lineas arriba. Envie o trae esta pagina firmada y fechada a la oficina de Department of Human Services en su area. Por favor póngase en contacto con su especialista si usted tiene preguntas sobre este aviso o su derecho a una audiencia.

DHS-18 (Rev.12-13) Bridges

# DO YOU OR SOMEONE YOU KNOW NEED HELP WITH PRESCRIPTION DRUGS?



## WORLD MEDICAL RELIEF'S
## *AFFORDABLE PRESCRIPTIONS PROGRAM*
## MAY BE THE ANSWER!

| | |
|---|---|
| Safe: | State-licensed pharmacy |
| Affordable: | $8.30 per RX |
| Convenient: | In most cases, your medicine can be mailed directly to your home. |

### You may qualify if you:

- Are 18 years of age or older

- Earn $21,780 or less per year if you are single; $29,420 for a couple. (Add $300 for each additional dependent).

- Do not have prescription drug coverage, even though you may have health insurance.

- Are not currently enrolled in Medicaid

**You may still qualify if you have a discount prescription card or are a senior on Medicare Part D. Documentation of income is required.**
**PLEASE CALL OR STOP IN FOR AN APPLICATION.**

---

### WORLD MEDICAL RELIEF, INC.
**11745 Rosa Parks Blvd., Detroit, MI 48206 313-866-5333, fax: 313-866-5588, email: info@worldmedicalrelief.org, website www.worldmedicalrelief.org**

---



---

*Other services available through World Medical Relief include durable medical equipment such as a hospital bed, wheelchair, shower chair, walker, cane, commode, etc. We also carry basic medical, diabetic, and colostomy supplies, liquid nutrition, and incontinent products.*

EXHIBIT


7) Federal Monitor complaint

_Fight for Your Rights Investigations Inc_



220 Bagley Ste. 809
Detroit Michigan 48226
313-208-8323
msn3211@yahoo.com

December 01, 2012

US Eastern District Federal Court
US Federal Honorable
Judge Julian Cook
231 W Lafayette Room 718
Detroit Mi 48226
Ph# 313-234-5100

RE:       Resolution of Complaint Sec. 7-1109, concerning the complaint filed on May 28, 2009,
(complaint # 44337,BPC09-629), at the Commissioner Board meeting, concerning Traffic Officer
Fitzgerald Harris badge #1440 S/8 a pedestrian/vehicle accident report in the parking lot of a
CVS Store (13580 Grand River).

Judge Cook,

       I sent a complaint with the Federal Monitor, Robert Warshaw via Email:rohtopcop@aol.com
on October 11, 2012. I have not received a response concerning the above issue. I talked to your Clerk
Kay. She requested that I mail this complaint to your office and that the complaint would be forward to
the Federal Monitor.

              I would like to thank you for your time and consideration. If you need more information
please call me at 313-208-8323. I have enclosed the complaint that I sent to the Monitor and an Annual
Report of the case work that I have done in the past.

       Sincerely,


       Tijuana Morris
       Investigator

JOYFIELD STATION
DETROIT, Michigan
482269998
2524950228-0098
12/04/2012 (313)272-6919 05:06:20 PM

================ Sales Receipt ================
Product          Sale Unit      Final
Description       Qty Price      Price

DETROIT MI 48226              $2.10
Zone-1 First-Class
Large Env
9.80 oz.
Expected Delivery: Thu 12/06/12
Certified                    $2.95
Label #: 70091410000186542495

Issue PVI:                   $5.05
                          ===========
Total:                       $5.05
                          ===========

Paid by:
Debit Card                   $5.05
  Account #: XXXXXXXXXXXX1280
  Approval #: 491066
  Transaction #: 584
  23303040210
  Receipt#:   000740

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clickandship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
*******************************
*******************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
*******************************
*******************************

Bill#:1000201446803
Clerk:07

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business
*******************************
*******************************
     HELP US SERVE YOU BETTER

             Go to:
   https://postalexperience.com/Pos

     TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

       YOUR OPINION COUNTS
*******************************
*******************************

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage          $    $2.10
Certified Fee        $2.95
Return Receipt Fee   $0.00
(Endorsement Required)
Restricted Delivery Fee  $0.00
(Endorsement Required)
Total Postage & Fees  $  $5.05    12/04/2012

7009 3410 0001 8542 4950

EXHIBIT


8) Appeal Court information and Court Transcript
Judge's ruling (upon request if needed)

# Court of Appeals, State of Michigan

## ORDER

**Tijuana Morris v State Farm Mutual Automobile Insurance Company**

Docket No.    **321378**

LC No.    **10-005725-NF**

---

William B. Murphy, Chief Judge, acting under MCR 7.203(F)(1) and MCR 7.211(E)(2), orders:

The claim of appeal is DISMISSED for lack of jurisdiction because it was not filed within 21 days after entry of the March 7, 2014, order deciding appellant's motion for a new trial. MCR 7.204(A)(1)(b). At this time, appellant may seek to appeal only by filing a delayed application for leave to appeal under MCR 7.205(G).

The motion to waive fees is GRANTED for this appeal only.

_William B. Murphy_

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

**MAY 0 9 2014**
Date

Chief Clerk

EXHIBIT

9) Pension Annuity statements




REC'D JAN 1 1 2010

**POLICE AND FIRE RETIREMENT SYSTEM**
**CITY OF DETROIT**
**WITHDRAWAL/DISTRIBUTION FROM DEFINED CONTRIBUTION PLAN**
**(ANNUITY SAVINGS FUND)**

DATE OF APPLICATION _1-11-2010_

EMPLOYEE NAME _Tijuana Morris_        SOCIAL SECURITY # <span style="background:black">████</span>

DATE OF BIRTH _03-30-55_        TELEPHONE _313_ _208-8323_

### TO: BOARD OF TRUSTEES OF THE RETIREMENT SYSTEM

I attained or will attain eligibility for withdrawal of my Defined Contribution Plan (Annuity) amounts due to (Choose one)

| | |
|---|---|
| _____ Service Retirement | _____ 20/25 Year Withdrawal Provisions |
| _____ Separation from Service | _____ Conversion from Disability |
| _____ Laid-off | _____ EDRO (Eligible Domestic Relations Order) |
| _____ Death of employee (Date_____) | _X_ Quarterly Interest Withdrawal (Retired Only) |

---

If Death or EDRO, please complete:

RECIPIENT/BENEFICIARY NAME _____ SOCIAL SECURITY # _____

DATE OF BIRTH _____ TELEPHONE (_____) _____

---

Pursuant to these provisions, I hereby request a withdrawal from my Defined Contribution Plan account as follows:

_____ Total withdrawal        _TM_ Partial withdrawal of $ _55,000.00_
(Initial)                                        (Initial)

If partial withdrawal, write out dollar amount _Fifty Five Thousand_

_____ Contributions prior to 8-14-1982 only.
(Initial)

to be distributed as follows:

If requesting more than pre-1982 contributions you must select **EITHER 1, 2 or 2 and 3:**

1. _TM_ I request that full payment be made to me. I acknowledge that twenty (20%) percent of the
(Initial)    taxable portion will be withheld in accordance with applicable Internal Revenue Code requirements and regulations.

2.     I request a direct rollover of the otherwise taxable portion as follows:   **CHOOSE A or B**

---

| A _____ All of the otherwise taxable portion (in which case no withholding will apply to me) | **OR** | B _____ A portion totaling $_____ of the otherwise taxable portion |
|---|---|---|
| (Initial) | | (Initial) |

---

of my Defined Contribution Plan distribution be forwarded to:

Agency and Account No.: _____

Address: _____

City, State & Zip Code: _____

as a direct rollover/direct transfer and the balance paid to me. Any taxable portion not rolled over/transferred will be subject to the required twenty (20%) percent withholding. Representatives of the above named company have assured me that the direct rollover amount will be deposited in either a 401(a) of the Internal Revenue Code Plan, including a 401(k) plan, profit sharing plan, defined benefit plan, stock bonus plan, and money purchase plan; a section 403(a) annuity plan; a section 403(b) tax-sheltered annuity or an eligible section 457(b) plan maintained by a governmental employer (governmental 457 plan).

# Annuity Refund Worksheet
## Distribution Summary

SSN ▓▓▓▓▓▓▓▓▓

Participant Name TIJUANA MORRIS

Total  (**Partial**)

| Pretax Contributions | | Interest | | Posttax Contributions | |
|---|---|---|---|---|---|
| Prior Year | _____ | Prior Year | _____ | Pre-1982 | _____ |
| Current Year | _____ | Current Year | _____ | Prior Year | _____ |
| | | | | Current Year | _____ |
| Total Pretax | _____ | Total Interest | _____ | Total Posttax | _____ |

| | | | |
|---|---|---|---|
| Total Taxable | 55,000.00 | Total Nontaxable | _____ |
| Rollover amount | _____ | Nontaxable Rollover | _____ |
| Withholding | 11,000.00 | TOTAL DISTRIBUTION | 55,000.00 |

## For EDROs and Death Beneficiaries

**Participant or First Beneficiary**     Name _____
SSN (if different from above) _____

| | | | |
|---|---|---|---|
| Total Taxable | _____ | Total Nontaxable | _____ |
| Rollover amount | _____ | Nontaxable Rollover | _____ |
| Withholding | _____ | TOTAL | _____ |

_____ Minor EDRO

---

**Alternate Payee or Second Beneficiary**     Name _____
SSN _____

| | | | |
|---|---|---|---|
| Total Taxable | _____ | Total Nontaxable | _____ |
| Rollover amount | _____ | Nontaxable Rollover | _____ |
| Withholding | _____ | TOTAL | _____ |

_____ Minor EDRO

---

**Third Beneficiary**     Name _____
SSN _____

| | | | |
|---|---|---|---|
| Total Taxable | _____ | Total Nontaxable | _____ |
| Rollover amount | _____ | Nontaxable Rollover | _____ |
| Withholding | _____ | TOTAL | _____ |

_____ Minor EDRO



# Annuity Refund Worksheet
## Distribution Summary

10-JUN-10

SSN ~~381~~ ~~59~~
Participant Name  TIJUANA MORRIS

Total ( **Partial** )

| Pretax   Contributions | | Interest | | Posttax   Contributions | |
|---|---|---|---|---|---|
| Prior Year | _____ | Prior Year | _____ | Pre-1982 Prior Year | _____ |
| Current Year | _____ | Current Year | _____ | Current Year | _____ |
| Total Pretax | _____ | Total Interest | _____ | Total Posttax | _____ |

Total Taxable   12,000.00
Rollover amount   _____
Withholding   2,400.00

Total Nontaxable   _____
Nontaxable Rollover   _____
TOTAL DISTRIBUTION   12,000.00

---

## For EDROs and Death Beneficiaries

Participant or First Beneficiary

Name _____
SSN (if different from above) _____

Total Taxable   _____
Rollover amount   _____
Withholding   _____

Total Nontaxable   _____
Nontaxable Rollover   _____
TOTAL   _____

_____ Minor EDRO

---

Alternate Payee or Second Beneficiary

Name _____
SSN _____

Total Taxable   _____
Rollover amount   _____
Withholding   _____

Total Nontaxable   _____
Nontaxable Rollover   _____
TOTAL   _____

_____ Minor EDRO

---

Third Beneficiary

Name _____
SSN _____

Total Taxable   _____
Rollover amount   _____
Withholding   _____

Total Nontaxable   _____
Nontaxable Rollover   _____
TOTAL   _____

_____ Minor EDRO



# Annuity Refund Worksheet
## Distribution Summary

SSN ███████████

Participant Name  TIJUANA MORRIS

Total   (Partial)

| Pretax Contributions | | Interest | | Posttax Contributions | |
|---|---|---|---|---|---|
| Prior Year | ___ | Prior Year | ___ | Pre-1982 Prior Year | ___ |
| Current Year | ___ | Current Year | ___ | Current Year | ___ |
| Total Pretax | ___ | Total Interest | ___ | Total Posttax | ___ |

Total Taxable  2,200.00          Total Nontaxable  ___
Rollover amount  ___              Nontaxable Rollover  ___
Withholding  440                 TOTAL DISTRIBUTION  2,200.00

---

## For EDROs and Death Beneficiaries

**Participant or First Beneficiary**

Name _____
SSN (if different from above) _____

Total Taxable  ___              Total Nontaxable  ___
Rollover amount  ___            Nontaxable Rollover  ___
Withholding  ___                TOTAL  ___

____ Minor EDRO

---

**Alternate Payee or Second Beneficiary**

Name _____
SSN _____

Total Taxable  ___              Total Nontaxable  ___
Rollover amount  ___            Nontaxable Rollover  ___
Withholding  ___                TOTAL  ___

____ Minor EDRO

---

**Third Beneficiary**

Name _____
SSN _____

Total Taxable  ___              Total Nontaxable  ___
Rollover amount  ___            Nontaxable Rollover  ___
Withholding  ___                TOTAL  ___

____ Minor EDRO



# Annuity Refund Worksheet
## Distribution Summary

12/16/10

SSN _____
Participant Name  *Tijuana Morris*

Total     (Partial)

| | Pretax   Contributions | | Interest | | | Posttax   Contributions |
|---|---|---|---|---|---|---|
| Prior Year | _____ | Prior Year | _____ | Pre-1982 | _____ | |
| Current Year | _____ | Current Year | _____ | Prior Year | _____ | |
| | | | | Current Year | _____ | |
| Total Pretax | _____ | Total Interest | _____ | Total Posttax | _____ | |

Total Taxable    7,000.00           Total Nontaxable      0.00
Rollover amount  _____            Nontaxable Rollover   _____
Withholding      1,400.00           TOTAL DISTRIBUTION    7,000.00

---

## For EDROs and Death Beneficiaries

Participant or First Beneficiary      Name _____
                                      SSN (if different from above) _____

Total Taxable    _____             Total Nontaxable      _____
Rollover amount  _____             Nontaxable Rollover   _____
Withholding      _____             TOTAL                 _____

_____ Minor EDRO

Alternate Payee or Second Beneficiary   Name _____
                                        SSN _____

Total Taxable    _____             Total Nontaxable      _____
Rollover amount  _____             Nontaxable Rollover   _____
Withholding      _____             TOTAL                 _____

_____ Minor EDRO

Third Beneficiary        Name _____
                         SSN _____

Total Taxable    _____             Total Nontaxable      _____
Rollover amount  _____             Nontaxable Rollover   _____
Withholding      _____             TOTAL                 _____

_____ Minor EDRO



# Annuity Refund Worksheet
## Distribution Summary

7/14/10

SSN ▓▓▓▓▓▓

Participant Name  Tijuana Morris

Total    (Partial)

| Pretax   Contributions | Interest | Posttax   Contributions |
|---|---|---|
| Prior Year _____ | Prior Year _____ | Pre-1982 |
| Current Year _____ | Current Year _____ | Prior Year _____ |
|  |  | Current Year _____ |
| Total Pretax _____ | Total Interest _____ | Total Posttax _____ |

Total Taxable  1,192.83
Rollover amount  ——
Withholding  238.57

Total Nontaxable  1,159.56
Nontaxable Rollover
TOTAL DISTRIBUTION  2,352.39

---

## For EDROs and Death Beneficiaries

Participant or First Beneficiary       Name _____
                                       SSN (if different from above) _____

Total Taxable _____          Total Nontaxable _____
Rollover amount _____        Nontaxable Rollover _____
Withholding _____            TOTAL _____

_____ Minor EDRO

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Alternate Payee or Second Beneficiary   Name _____
                                        SSN _____

Total Taxable _____          Total Nontaxable _____
Rollover amount _____        Nontaxable Rollover _____
Withholding _____            TOTAL _____

_____ Minor EDRO

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Third Beneficiary                       Name _____
                                        SSN _____

Total Taxable _____          Total Nontaxable _____
Rollover amount _____        Nontaxable Rollover _____
Withholding _____            TOTAL _____

_____ Minor EDRO



EXHIBIT

**10)** Jonathan Oosting | joosting@mlive.com
Follow on Twitter

# How Michigan's revenue sharing 'raid' cost communities billions for local services



The Detroit skyline. *(Jonathan Oosting | MLive.com)*

Print

By Jonathan Oosting | joosting@mlive.com

Follow on Twitter

on March 30, 2014 at 7:04 AM, updated April 13, 2014 at 1:13 AM

0

Reddit

Email



**REVENUE SHARING DIVERSION**
Revenue sharing dollars diverted by the state from select Michigan cities since 2003.

| City | Amount |
|------|--------|
| Detroit | -$732 million |
| Grand Rapids | -$72.9 million |
| Lansing | -$55.8 million |
| Flint | -$54.9 million |
| Ann Arbor | -$36 million |
| Kalamazoo | -$33.5 million |
| Saginaw | -$30.3 million |
| East Lansing | -$20 million |
| Jackson | -$16.9 million |
| Bay City | -$16.6 million |
| Muskegon | -$14.7 million |
| Midland | -$10.9 million |
| Holland | -$9.7 million |
| Howell | -$3.7 million |
| East Grand Rapids | -$3 million |

Sources: Michigan Municipal League; Michigan Department of Treasury

(Edward Rojas/MLive.com)

LANSING, MI -- Michigan is home to a number of struggling cities, making it easy to point the finger at local officials, declining property tax revenues or other economic factors that have effected the nation as a whole.

But many local leaders will also point to Lansing.

Over the past decade, lawmakers and governors from both political parties have used some $6.2 billion in sales tax collections to fill state budget holes rather than fulfill a statutory revenue sharing promise to local communities, according to the Michigan Municipal League, which released a city-by-city analysis earlier this month.

The figures, which are based on data from the Michigan Department of Treasury and adjusted for inflation, are staggering. In many instances, the losses have resulted in steep cuts to government staffing and public services that residents rely on.

Detroit, which filed for bankruptcy protection last year, missed out on $732 million between 2003 and 2013, per the report. Flint, under control of an emergency manager, could have had an extra $54.9 million to work with. Cities like Pontiac and Lansing have lost more than $40 million each.

The Municipal League says the annual budget "raid" has diverted money that should have been used to maintain city services. It argues that the Legislature has helped caused some of the very financial emergencies that have prompted state takeovers or other forms of intervention.