FILED (I)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

2014 AUG 18 P 3: 30

U.S. ~~BANKRUPTCY COURT~~
~~E.D. MICHIGAN – DETROIT~~

IN RE:

City of Detroit

~~End~~

Debtor. ~~Debtor. Creditor~~

CASE NO: _13-53846_
CHAPTER: _9_
JUDGE: _Steven W. Rhodes_

_____/

MOTION FOR/TO _Participation at the Confirmation Hearing by Creditor_
_Who filed Objection Without An Attorney_

NOW COMES ~~Debtor~~(s), _Creditor_ and brings this motion for/to _Participate at Confirmation hearing_
_By Creditor without an Attorney_

_____. In support of ~~Debtor~~(s)'s motion, ~~Debtor~~ states the following
_Creditor_          _Creditor_

[state the facts]:

1. _Creditor Filed/Filing Names of witness sought to be question or_
   _Presented, Stated Subject Matter of Proposed testimony_

2. _Stated: The expected time and duration of testimony_
   _And has Explanation of why the proposed evidence will not_
   _Be duplicative. Also has a list of the Exhibits to be offered as_
   _Evidence_

3. _Creditor_
   ~~Debtor~~ requests _Debtor See Attached Document S That Supports_
   _____

WHEREFORE, ~~Debtor~~ _Creditor_ requests this Court to consider ~~Debtor's~~ _Creditor's_ Motion for/to _Participation_
_At Confirmation hearing_ and afford Debtor what further relief this Court deems equitable

and just. A copy of a proposed Order is attached hereto.

Dated: _August 18th 2014_

Respectfully submitted,

_Creditor's Rickie-Allen Holt_
**(Debtor's Signature)**
Print Name: _Rickie-Allen: Holt_

_____
**(Co-Debtor's Signature)**
Print Name: _____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

IN RE:

CASE NO: _13-53846_
CHAPTER: _9_
JUDGE: _Steven W. Rhodes_

_Creditor_
~~Debtor.~~

_____/

## ORDER GRANTING MOTION TO/FOR _Participation in confirmation hearing_

This matter having come before the Court on ~~Debtor's~~ _Creditor's_ motion to/for _____

_____, the Court having considered the motion, and having found

cause:

**IT IS ORDERED** that the motion is granted.




To be Made Public Notice:

Rickie-Allen: of the Family Holt
Ordinary Common Man
Paramount Security Interest Holder
%16101 Heyden
Detroit Michigan [48219-9999]

UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                          Chapter 9
City of Detroit, Michigan                                       Case No. 13-53846
    Debtor.                                             Hon. Steven W. Rhodes
_____/

**Affidavit to Proof of Injury and Claim**

<u>**Paramount Security Interest Holder Order and Motion Regarding
Participation at the Confirmation Hearing for a Creditor
Who filed Objection Without an Attorney**</u>

Names of witnesses: (a)

Rickie-Allen: Holt of the family Holt, Paramount Security Interest Holder and Creditor

Barbra-Patricia: Holt of the family Holt, Matriarch

Kevyn D. Orr, De-facto emergency manager for City of Detroit, and hostile witness

Subject matter of testimony: (b-1)

Testimony from Rickie-Allen: Holt contains summations about the act of the City of Detroit's Bankruptcy. The claim to the injuries sustained by the City of Detroit and its agent(s). The reading in open court of the Affidavit to injuries sustained by the City of Detroit and its agent(s).

Testimony from Barbra-Patricia: Holt contains factual information about how the injuries sustained by the City of Detroit and its agent(s) during Rickie-Allen: Holt her Husband tenure with City of Detroit and its agent(s) during their marriage from August 31, 2010 to present day. Also how those injuries sustained by Rickie-Allen: Holt her Husband affected, Barbra-Patricia: Holt wife.

Subject matter questioning of hostile witness: (b-2)

Does hostile witness Kevyn D. Orr have any actual supported evidence that Rickie-Allen: Holt claim of injuries did not occur? Does hostile witness Kevyn D. Orr have any known knowledge of the man Rickie-Allen: Holt? Kevyn D. Orr you ever had a face to face meeting of the minds with the injured party Rickie-Allen: Holt? Can hostile witness Kevyn D. Orr swear under oath, under penalty of perjury that his action did not adversely affect Rickie-Allen: Holt quality of life? Can hostile witness Kevyn D. Orr swear under oath, under penalty of perjury that his action did not adversely affect Rickie-Allen: Holt's family quality of life? Can hostile witness Kevyn D. Orr swear under oath, under penalty of perjury that his action did not adversely affect Rickie-Allen: Holt pursuit of happiness? What is the lawfully purpose for the use of square brackets on legal documents you produced Kevyn D. Orr called ORDER TO AMEND No. 24, 25, 26, 27, 28, 29, 30 and please be detailed in your answer? Why did you Kevyn D. Orr give non-union employees pay raises (Order No.28). Why did you Kevyn D. Orr discriminate against Union employees by not implementing pay raises? Was the pay raises for non-union employees brides to more effectively implement "The Plan" dismantle City Workers Benefits, Wages, Union Contract(s). Kevyn D. Orr, what is your sworn statement of a Valid Proof of Claim would one a man need to prove that a Valid Proof of Claim has been presented to the Court.

Expected duration of testimony/questioning: (c)

Expected time of question of hostile witness 1-2 hours, because of Kevyn D. Orr's evasiveness actual time unknown. Other question may be needed to sustain the claim to injures cause by City of Detroit its agent(s) and Kevyn D. Orr.

Proposed evidence: (d)

Court does not have Proof of Claim and injury Notarized Affidavit. Court does not have on record any documentation to claim of injuries while Rickie-Allen: Holt was working for the City of Detroit. These document are lawfully signed Affidavit's. Court does not have any records on potential law suit that would involve City of Detroit Police Department. All are signed under penalty of perjury in accordance to/with common law, all rights reserved without prejudice.

List of exhibits to be presented as evidence: (e)

    1. This document presented as motion for Objection Without an Attorney.

    2. Valid Notarized Affidavit of proof of Injury Claim.

    3. Valid Documents presented to City of Detroit Human Resources Department.

    4. Valid Affidavit of corporate denial.

    5. Valid Document presented to City of Detroit Human Rights Department.

    6. Valid Documents that City of Detroit's Police Department has Assaulted and used Discriminatory tactics against a man called Rickie-Allen: Holt.

Honorably Submitted,

_Rickie-Allen: Holt of the Family Holt_
A man called Rickie-Allen: Holt of the family Holt, Paramount Security Interest Holder
All Rights Reserved without prejudice.

_Barbra-Patricia: Holt of the Family Holt_
A woman called Barbra-Patricia: Holt of the family Holt, Matriarch
All Rights Reserved without prejudice.

*374622858*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                                  Chapter 9
City of Detroit, Michigan,                              Case No. 13-53846
    Debtor.                                         Hon. Steven W. Rhodes
_____/

### Order Regarding Participation at the Confirmation Hearing by Creditors Who Filed Objections Without an Attorney

    Creditors without attorneys filed more than 600 timely confirmation objections. In an effort to address both the rights of those objecting creditors to be heard and the necessity of orderly process:

    It is hereby ordered that the following procedures shall apply to any such creditor's request to present evidence at the confirmation hearing, by either (1) presenting his or her own witnesses (including himself or herself), or (2) questioning other parties' witnesses:

1. Such a creditor may file a motion requesting to participate in the confirmation hearing.

2. **August 18, 2014** is the deadline to file such motions.

3. The motion shall include:
   a. The names of the witnesses sought to be questioned or presented;
   b. The subject matter of the proposed testimony;
   c. The expected time duration of the testimony;
   d. An explanation of why the proposed evidence will not be duplicative of other evidence; and
   e. A list of the exhibits to be offered into evidence during the proposed testimony.

4. The Court will promptly enter an order modifying any such motion.

5. The clerk shall serve this order by first class mail upon all creditors who filed timely objections to confirmation without an attorney.

Signed on August 7, 2014

ACCEPTED FOR VALUE
Please adjust, this account for Proceeds
Products, Account(s) Exposures
signed: RICKIE ALLEN HOLT (c) hereinafter (GrantoR)
by: *Rickie Allen Holt* (hereinafter 'creditor') Rickie Allen Holt (GR)
authorized agent (hereinafter 'creditor')/ COPYRIGHT
RICKIE ALLEN HOLT (1954) ALL RIGHTS RESERVED

                                     /s/ Steven Rhodes
                                     Steven Rhodes
                                     United States Bankruptcy Judge



1954      2014

**Rickie-Allen: of the Family Holt**
**Moor National Aboriginal Indigenous to the land North America**

Affidavit to Proof of Claim

Rickie-Allen: of the family Holt
Paramount Security Interest Holder
Private Non-Domestic
% 16101 Heyden
Detroit Michigan [48219-9999]

In the year of Two thousand fourteen, the 16th day of August

Clerk of the Court
United States Bankruptcy Court
For the Eastern District of Michigan
211 West Fort Street
Detroit MI 48226

RE: **Proof of Claim Affidavit / Documentation**

Claim #1 Workmans' Compensation injury Claim; Damages $75,000,000.00
**a.** Amputation of 2½ fingers, **b.** Constant care during injury period, **c.** Constant pain and suffering
**d.** Spousal suffering, **e.** Life time medical care for injury.

Claim #2 Employment discrimination 1999 continuing throughout 2014; Damages $55,000,000.00
**a.** Creating a hostile work environment, **b.** Failing Handicap Disability Requirements, **c.** Harassed by
management, **d.** Un-equal pay and or refusing to compensate properly continuing, **e.** Discriminatory practices
and procedure toward promotions and work rules, **f.** Creating physical and mental stress at work and home,
**g.** Breached hourly wages, overtime, shift premium, holiday pay, and other contractual agreements.

Claim #3 Breach of Contract from original retirement contract from date of hire present; Damages
$25,000,000.00, **a.** Breached defined benefits, medical, dental plans, **b.** Breached to all retirement associated
plans, and forced to vote to diminish my Rights away under threat, duress, and coercion.

Claim #4 Breach of Contract from original annuity savings, retirement contract from date of hire continuing;
Damages $25,000,000.00, **a.** Breached defined contribution to annuity benefits and any associated benefits.

Claim #5 Breach of Contract from original Union/Employment contract with Rickie A. Holt, and American
Federation of State and Municipal Employees, Local 207 from date of hire present; Damages $75,000,000.00
**a.** Work rules, Hourly compensation packages breached, **b.** Benefits compensation package, medical, dental,
optical, COLA, longevity and any associated benefit breached.

Proof of claim may or may not include the following lawful damages Tort, Special Monetary and Pecuniary
recoveries total; $255,000,000.00 (Two hundred and fifty five million dollars).

Respectfully Submitted,

*Rickie - Allen: of the Family Holt*

Rickie-Allen: of the family Holt, Paramount Security Interest Holder

Notary Seal

On the day _16th_ August / 2014, a man who identified him as **Rickie Allen Holt** appeared before me, a notary, and
attested to the truths of this affidavit with his signature.

Notary Signature _Sharon W Smith_

SHARON W SMITH
Notary Public - Michigan
Oakland County
My Commission Expires Aug 17, 2018
Acting in the County of _Wayne_

Rickie-Allen: Holt certifies that the truths of the foregoing statements are true to the best of my knowledge; Rickie-Allen: Holt reserved the right to amend statements as more information becomes available. This instrument is Rickie-Allen: of the family Holt's property and was created to protect all his/my rights without prejudice. Est. value $255,000,000.00

*Valid Proof of
Nationality*

Rickie A. Holt
16101 Heyden St
Detroit Michigan [48219]
313-362-1858

August 01, 2012>>>>>>>

City of Detroit Water and Sewage
Human Resources Unit
735 Randolph Suite 2000
Detroit Michigan 48226

RE: Constructive Notice for Declaration to Race, Religious Designation, and Status

By Rushda Y. Al-Hadrami-EL aka: Rickie Allen Holt©

To Whom It May Concern,

A Muur is a Moor is a Mor. By the etymology of the word Muur what does it mean? Mu Le Murie was the land and we "moors" are the indigenous people of the land. There is no government or society that predates ours. We are the first. We populated this entire planet and through us came all that is. This is not hate but on the contrary it is supreme love. We as indigenous peoples of Moorish descent have been robbed of our knowledge of self, who and what we are to the Earth and all of its inhabitants. We are the parents; we are the progenitors, blood relations to the entire aboriginal. Simple science bears witness to the fact that all life begins in total triple darkness. To the so called Black, Red, Brown and Yellow...Man, we are blood, we are one. Through the use of artful words 99% of the world's population is in bondage and the shocking part is...." they know not". At the conclusion of the instructions on "HOW TO MAKE A NEGRO", its author stated that," once the slave masters the language all of our secrets will be revealed and they (slaves) would no longer exist on the level of a slave."To give an example of this knowledge and how it can be useful I offer the following:

**American:** The term "American" according to U.S. history was supposedly taken from the Italian navigator, Amerigo Vespucci. The truth is that the term, "America" is a two part word (Amer) taken from the French word, "Moor" which were the inhabitants of West Africa (Morocco, Mali). These Africans were also referred to as, "Muur, Mor" and "Morenos" in Spain to mean, "Black." The term, "Moor" is the root word of the Latin term, "Amor" which means, "Beloved" and was the term used in reference to the Moroccan kings who sailed via Spain and became religious leaders of the Vatican. The original Vatican priesthood was African! (Catholic = Cat Holistic or "Holy Cat" of Egypt symbolized by the Sphinx.) The Moroccan priesthood oversaw the Papal government. The term, "Rica" derived from the Middle English word "Ric" to mean "Power realm." Power was determined by bloodline and by wealth, thus the term, "Rich" or "Reich," and referred to the wealthy Moroccans that were depicted in the films, "Casablanca" and

"The King and I". The term "American" literally refers to the early inhabitants of this land who wore gold in their noses.

**Indian:** The term "Indian" was first coined by Christopher Columbus during his first journey in 1492. Columbus was under the impression that when he arrived in the Bahamas, he was in the East Indies. When Columbus encountered Arawaks, he referred to them as "Indians" because their skin color and hair texture was similar to that of Hindu people of Asia. The term, "Indian" only applies to inhabitants of the country India, not the Indigenous people of America. Today, the term "Indian" is officially used as a term of determination by the United States Federal Government. However, there is really no clear and concise definition for the term when it deals with classification and tribal eligibility. For the sake of argument, the term will appear in various parts of this document.

**Native American:** The term "Native" is from the Middle English word *"natif"* which means,
*"belonging to a particular place by birth."* It is a misconception that the term, "Native American" refers to the so-called, American Indian. The truth is that anyone born in America is a Native American, but not necessarily an American Indian.

**Indigenous:** The term "Indigenous" means "Native" coming from the Latin word *"Indigena."* The difference between "Indigenous" and "Native" is that Native refers to residence while Indigenous refers directly to ethnicity. Within the word "Indigenous" is the word "Gene" which means to "give birth" or "free born."

**American Citizen:** The term "American Citizen" refers to person or inhabitant of a city or town who is entitled to the rights and privileges of a free man. American Citizens must be "entitled" or granted the various rights of the nation but not necessarily the same rights as an indigenous or native. These people must become "members" of the United States and in most cases withdraw their "membership" with their birth nation.

**Illegal Alien:** The term "Illegal Alien" refers to the persons of another country who is not "naturalized" or granted citizenship while living in America. Europeans are true Illegal Aliens! The Europeans migrated to America and proclaimed themselves as "Americans" and did not go through the legal government process of naturalization. They simply "took" their citizenship by force.
Now we ask who and what are the Moors?

These Moors were the people who built the great pyramids all over South America, Peru, Canada, Alaska, and Georgia that scattered all throughout North America along the Mississippi River and its tributaries are found mounds built out of tons and tons of earth. The people who built them were called the Mound Builders and they were the descendants of the Malian Moor Olmecs. These Moors eventually migrated to North America from Mexico and became known as Washitaw, Yamasee and the Ben-Isma-EL tribe. The Ben-Isma-EL tribe was a collection of what is now known as Lenape, Wapanoag and Nanticoke Indians who migrated to Indiana and Illinois and referred to

themselves as "Moors" even though the United States Government continued to classify them as "Negroes" in order to strip them of their Indigenous rights. It is often not talked about, but the Moors had enslaved the Europeans before they enslaved blacks. Their women were sold like commodities into the harems and as concubines of wealthy Moors. This is the reason why the Moorish noble were for the most part bleached out, and became known as "tawny-moors", Turks and Arabs, which are no more than "fixed mulatto races". This also is the reason for the Moors in the coats of arms of noble Europeans family. The so-called "Black Nobility" of Europe, and the Bilderberger group. The European nations paid tribute to the Moors well into the 18th century. In the book, "United States and Barbary Powers" the English, French, Dutch, Danes, and Swedes, and I may say all nations are tributary to them." David Macritchie in the book "Ancient and Modern Britons" says that the word "Blackmail" is the result of this tribute paid to the "Black Army", or "Black Oppressors" as the English referred to them. The Moors had control of the Atlantic and the Mediterranean. This is why the Marines sing of defeating the Moors "From the halls of Montezuma (Mexico) to the shores of Tripoli", confirming in song the extent of the Moorish empire or dominions of Amexem, or Atlantis. Below is the first page of the Moroccan Treaty of 1787. It should also be noted that Shakespeare's most famous Moor, Othello, is also described as a Black African. Thomas Jefferson and Benjamin Franklin worked closely with the Moors in the Continental Congress to secure this treaty. In the Bevans collection there are over 200 letters to the Bey of Morocco from the Continental Congress. There were many Moors in the Continental Congress working with the European Masons originally taught by Moors, to form a "Novus Ordo Seclorum" [ new secular order of the ages, "E Pluribus Unum" out of many peoples and nations, one]. The Moroccan Treaty is very powerful because according to the Constitution, treaties are the "Law of the Land". This treaty specifically deals with Moors. The question then may arise, " How do we know that where the treaty says Moors, that so-called "Black" people of that time is being referred to"? The Moors were considered citizens or part of "We the People" who ratified the Constitution. It says; "thus an act was passed in Massachusetts on 6th of March, 1788, forbidding any Negro not a subject of the emperor of Morocco, or a citizen of the United States, from tarrying in the Commonwealth." This for one show that those who were referred to as "Negroes" were actually Moors and that they were on the same footing or status as "State Citizens". Those who remembered that they were Moors, used the Moroccan Treaty of 1787 to secure their rights on the same footing as the state citizens without otherwise being obligated members of their "Social Equality". While those who were brainwashed into believing they were "Negroes" descendants of Africans brought here by the Europeans were unprotected by the Moroccan Treaty, as well as the articles of Confederation and the Constitution. This document says" A petition was presented to the house from sundry free Moors, subjects of the emperor of Morocco; and residents in this state, praying that in case they should commit any fault amenable to be brought to justice, that they as subjects to a prince (here in North America) in alliance with the United States of America ( via the Moroccan Treaty of 1787 ), may be tried under the same laws as the citizens of this state would be liable to be tried, and not under the Negro Act, which was received and read." Thus you had Moors back in 1789 saying what we say now; our nationality is Moorish and not Negro, colored, black etc.." I Rickie Allen Holt am a man, a Moor, I am obedient unto God (The Most High), seeker and

lover of peace, freedom, Justice and equality. The information contained in this document is true to the best of my knowledge.

Sincerely,

*[signature: Rickie G. Holt ©]*    *[signature: Rickie]*

This Official Declaration Made By: Rickie A. Holt© aka Rushda Y. Al-Hadrami-EL

*[handwritten: Rushda Y. Al-Hadrami El
Proof of Nationality]*

✱379622858✱

Rickie A. Holt
Private Man
c/o 16101 Heyden St.
Detroit Michigan

August 1, 2012

Andy Dillon
State Treasurer for Michigan
Richard H. Austin Building
430 West Allegan Street
Lansing Michigan 48822



Registered Mail #

### Constructive Notice For
### Affidavit of rickie allen holt - Page One of Two

Affidavit of Denial of Corporation Existence of **rickie allen holt, man**

One, **rickie allen holt**, a living soul, breathing man, declare and state that the following facts are true to the best of my knowledge and belief and of which One has first hand knowledge of the matters stated herein. One, **rickie allen holt**, is of the age of majority and competent to testify on the matters stated herein. If any man or woman desires to answer this Affidavit, please do so in the manner of this instrument. By Notarized Affidavit, using your Christian or family name for signature and mail to the below named Notary, address provided, within five (5) days or default will be obtained. You're written signature only do not type it out.

1. One, **rickie allen holt** hereby denies that the following corporations exist and their capacity to sue or be sued, challenge by negative averment pursuant to FRCP 9(a):

   THE UNITED STATES, a.k.a. THE UNITED STATES OF AMERICA
   THE STATE OF MICHIGAN
   THE COUNTY OF WAYNE,
   THE CITY OF DETROIT,
   ALL BAR ASSOCIATIONS,
   THE UNITED STATES DISTRICT COURT,
   RICKIE ALLEN HOLT of c/o 16101 Heyden St, DETROIT, MICHIGAN and
   All other Corporate Members who are, or may be associated with any complaints against my natural body.

2. One **rickie allen holt** has no Contract with the State or Federal governments, which give Equity Jurisdiction to the Courts. One has no bank account, no credit cards TBD.

3. One has rescinded the governments forced Social Security Number and any present or future benefits, of that socialist system for religious conviction TBD.

4. One **rickie allen holt**, has signed no International Maritime Agreement with the State of MICHIGAN or Federal governments, either intentionally, willingly or knowingly, which would give Admiralty or Vice Admiralty jurisdiction to the Courts of either the state or federal governments and does not voluntarily submit to any of those jurisdictions.

5. One **Rickie Allen Holt** is subject only to the common law of the Republic State of Michigan and United States of America and is not subject to a Corporation or its system of Administrative Law.

6. One **rickie allen holt**, is not a Corporation or Member of a Corporation, a Trustee or Beneficiary of any Trust created by government, is not a legal fiction or a juristic personality and refutes any unknown nexus which might attach him to any such entity or jurisdiction.

**Affidavit of rickie allen holt – Page Two of Two**

7. One **rickie allen holt** cannot be held in involuntary servitude pursuant to **Amendment 13 of the Constitution for the United States of America.** One cannot be held as surety or collateral for any Bankruptcy of the Federal or State government without my permission, which has never been given.

8. One **rickie allen holt** has never applied for Bankruptcy and never given his permission to the State of Federal governments for his participation in any bankruptcy scheme of the Federal or State governments or the Federal Reserve Bank, Inc.

9. One **rickie allen holt** is a flesh and blood Human Soul, living upon the land of the Sovereign Republic of Michigan.

10. One **rickie allen holt** is not subject to federal law legislated by Congress under its authority of Article IV of the Constitution for the United States or state or federal Admiralty/Equity judicial jurisdiction.

11. One **rickie allen holt** is subject only to law legislated by Congress under its authority of Article I of the Constitution for the United States, if the law has complied with the Paperwork Reduction Act, the Administrative Procedures Act and the Federal Register Act, which would specifically identify the law as being applicable to the general population of the 50 Union States.

12. One **rickie allen holt** is subject only to a Republican Form of government, pursuant to the federal Constitution and the Constitution of the State of Michigan under the equal footing doctrine of the Constitution for the United States of America, not a Corporate form or Military form of government known as a Democracy or Martial Rule.

Further Affiant sayeth not.

Family Seal

*Rickie-Allen: Holt*
of the family Holt
August 18, 2014

_Rickie-Allen: Holt_
Rickie-Allen: Holt Sui juris

NOTARIAL

*Document was presented*
*Notarized to party*

On the   day of  August    2012, a man who identified him as *Rickie Allen Holt* appeared
before me, a notary, and attested to the truth of this affidavit with his signature.

_____
Name of Notary

Cc:

Rickie A. Holt dba
c/o 16101 Heyden St.
Detroit Michigan [48219]



September 10, 2010

RE: Formal Charges and Complaint
Against Donald Vickers #4236


On September 10, 2010 5:00 pm, I was traveling east bound Davidson towards I-75 when a motorcycle Officer use his motorcycle's emergency flashing lights indicating some kind of emergency. I slowed and pulled over to let the emergency vehicle pass. The Officer driving the emergency motorcycle vehicle did not pass and seem to keep indicating for me to stop my automobile a 1977 Lincoln Versailles. I stopped the Officer stopped his emergency vehicle got off of it and proceeded walking toward my automobile. I was very puzzled and was wondering why I was being detained. The Officer walked to the front left door of my automobile. I rolled down my window about 2 inches and I thought I had locked the doors. The Officer asked me for license, registration, and insurance. I reached for my Road Travel Documents (**Rickie Allen Holt d.b.a.**) and the title (**MOOR PRIVATE INTERNATION**) to the automobile and a document with *4th and 5th Amendment to the Constitution of the United States of America*. The Officer took and observed the documents and asked again in a more demanding tone in his voice. Do you have a state of Michigan ID or drivers license. I then asked the Officer was I under arrest-the Officer said no. I remained silent, until the Officer again ask for Michigan ID. I answer you have all of my documents and, am I under arrest he said no. Another Officer seeming more agitated jerked open my automobile door. Now, I am fearing for my life and safety. Because the Officers are pulling and yanking me out of my automobile kicking my ankles apart very hard searching me handcuffing my hands tightly and saying now you are under arrest ("I felt that I was being kidnapped") because you will not cooperate. The Officer that started the stop pulled me to the back of my automobile, and asked me again, do you have State of Michigan ID. I informed the Officer that I refuse to answer any questions under the grounds that it may incriminate me.

The Officer took me to the emergency vehicle of the other Officer and began questioning my wife. Officer walked back to the emergency vehicle and began talking to the other Officer at that time informed both of them that **I do not agree to any type of search or seizure**. They said shut up and agree to that. At this point I began wondering and fearing for my life and safety, what are these Officers going to do to me! The Officer that started the stop began again questioning and searching my automobile with out my <u>expressed</u> permission. The Officer took work ID from my automobile. That ID contained the name of (**Rickie A Holt dba**). The Officers inform my wife that he knew that name on the work ID and that he had stop that person before. The Officers began checking the person named Rickie A Holt. After an extensive search of that name they found a old traffic warrant of PLYMOUNTH MICHIGAN.

At that point the Officers said, oh that's what we are taking you to jail and arresting you for the warrant in PLYMOUNTH MICHIGAN we knew we could find something. At this point I was felt that I was being singled out and being harassed by these officers.

They drove me to the Northeast Police Station. And seized my private property a 1977 Lincoln Versailles and personalize plate. That plate is missing from property, and that plate was stolen by Officer Donald Vickers ID# 4236 with out a warrant and without my express permission. During the arrest I find out the Officers name is Donald Vickers Officer ID#4236. He had stop me before wrote traffic citations, and had a conversation on a *man's right to travel vs. a driver license*. In which the conversation was over I went on about my private business. The Officers

I feel these Detroit Police Officers violated my wife and I. By violating their oath of office and the United States Constitution's 4th and 5th Amendment, Constitution of Michigan 1963 Article#1 Sec. 2,10,11 . I also feel that Officer Donald Vickers ID#4236 was harassing my wife and I because of a previous encounter and because of my **Nationality** being **Moor.** I wish to file charges to the fullest extent of the Law actual law, not colorable law. To keep this man from harassing me and my family.

Rickie A Holt®

Rickie A. Holt
Sewage Plant Attendant
c/o 16101 Heyden St.
Detroit Michigan [48219]

August 12, 2012 *action accured Before / claims on And proof of claims*

Judge Sean Cox
United State District Court
For the Eastern District of Michigan
Theodore Levin U.S. Court House
231 W. Lafayette Blvd.
Detroit Michigan 48226

RE: CITY OF DETROIT/HUMAN RESOURCES UNIT

Dear Judge Sean Cox,

Rickie A. Holt is a people that have created this document to try and rectify a serious issue with the CITY OF DETROIT WATER DEPARTMENT HUMAN RESOURCES UNIT. Maria Young Human Resources Manager and THE CITY OF DETROIT DEPARTMENT OF WATER AND SEWERAGE is fragrantly trampling on the State of Michigan Constitution 1963 and the Constitution for the United States by forcing current very low level Sewage Plant employees to signed a (CBI) criminal background investigation form, in order to be promoted to Sewage Plant Operator/Senior Sewage Plant Operator.

Rickie A. Holt is one of the people [employees] which earn a promotion by passing all exams, and current employment criteria, with 16 plus years experience on the job in all areas of the WWTP. [I] informed all the parties involved that the department is violating the people Right to Privacy. By forcing people [employees] to sign a document called a (CBI) form that has no official stamps or seals on this form and it has been changed two or three times because of my questioning Maria Young Human Resources Manager.

The form States that Human Resources Unit needs this information because [I] would have care of children, transport money, entry into someone home, and have the public trust and security. The job description (SSPO/SPO) does not have any of those responsibilities. Also I feel that because [I] was injured on the job and lost 2½ fingers they feel it may be difficult to train me for the position as SSPO/SPO. Other people [employees] have been promoted and made probation-the City refuses to give me anything in writing to why I am not promoted yet.

We would like for you Judge Cox to investigate these claims to make certain that the people [employees] are not being mistreated, because of their lack of knowledge. And that the

managers at the HUMAN RESOURCES UNIT, CITY OF DETROIT WATER AND SEWERAGE DEPARTMENT, and Maria Young are not over stepping their authority

Sincerely,

*Rickie A Holt*

Rickie A. Holt

Rickie A. Holt
Sewage Plant Attendant
16101 Heyden St.
Detroit Michigan 48219
313 362-1858

*Proof of Discrimination Info Never Granted*

June 27, 2012

Maria Young
Human Resource Manager
9300 W. Jefferson Ave Ste. 109
Detroit Michigan 48209

RE: Freedom of Information Act Request #1, Official Attendance Policy

Dear Maria Young,

I am requesting from you Maria Young and the City of Detroit.   In accordance with the
Freedom of Information Act (FOIA) you are required to provide said information.   Official
information concerning the City of Detroit Water Department attendance policy.  Any official
information concerning discipline and as it relates to same.  Any official directives concerning
procedures on attendance policy.  The official attendance disciplinary corrective process.  Any
attendance policy procedures at large that just affects Water Department employees.   Any
attendance policy that directly affect City of Detroit employees including Waste Water
Department employees.

*If you have any problems understanding the requested information direct this document to
your superior.*

Thank you,

*Rickie A. Holt*

Rickie A. Holt
Sewage Plant Attendant

Correction Affidavit

Rickie A. Holt
℅ 16101 Heyden St.
Detroit Michigan [48219]

November 9, 2012

*Action And Proof of Action To Correct Harassment / Discrimination*

Paula L. Cole (P-31888)
Attorney for Defendant
421 Madison Ave. Ste. 419
Detroit Michigan 48226

Court Clerk
STATE OF MICHIGAN
36th JUDICIAL DISTRICT COURT
421 MADISON AVE.
DETROIT MICHIGAN 48226

RE: Record Correction Case# 12-202-217

Court Clerk and Paula L. Cole

One is in receipt of document PETITION AND ORDER FOR REMOVAL case# 12-202-217 by Defendant, Cheryl Johnson and its attorney Paula L. Cole P-31888. The court record is incorrect plaintiff is Rickie A. Holt or any variation of the same, not VICKIE A. HOLT. Please correct the record to reflect correction to Rickie A. Holt, plaintiff or any variation of the same.

Sincerely,

Rickie A. Holt

DATED:

### Certification of Service

Rickie-Allen: of the family Holt paramount security interest holder hereby certifies that he served the Defendant with a correction affidavit document and a certificate of service by U.S. Mail on today's date.

_____
Rickie-Allen: of the family Holt

Formal Complaint to Breach of Contract, Emotional, Financial, Hostile Work Place
Toward Rickie A. Holt

*actions Occured on And Before June 28, 2012 And After*

From June 28, 2012 to August 31, 2012 The City of Detroit Finance and Payroll Departments has caused me Rickie A. Holt ***great emotional, financial depression by constantly and continually causing a hostile stressfully*** work place because of inadequate payroll disbursements.

a. The City of Detroit Finance and Payroll Departments, and its agents along with Cheryl Johnson, constantly continually ***damage*** Rickie A. Holt by refusing to disburse property owed to Rickie A. Holt in and timely and correct manner.

b. The City of Detroit Finance and Payroll Departments and its agents, along with Cheryl Johnson, continually refuse to give hard paper copies for time worked.

c. The City of Detroit Finance and Payroll Departments and its agents, along with Cheryl Johnson, does on a continually basis ***emotionally harms*** Rickie A. Holt by not disbursing payroll funds properly to Rickie A. Holt a secured party.

d. The City of Detroit Finance and Payroll Departments and its agents, along with Cheryl Johnson, has ***financially harmed*** and ***destroyed*** Rickie A. Holt by not disbursing payroll funds property properly to Rickie A. Holt a secured party.

e. The City of Detroit Finance and Payroll Departments, and its agents along with Cheryl Johnson, has been ***problematic*** when it concerns Rickie A. Holt payroll disbursements.

f. The City of Detroit and its Agents knowingly or unknowingly on a continual constant basis creates a ***hostile*** work environment by not properly disbursing Rickie A. Holt payroll property.

g. The City of Detroit Finance and Payroll Departments, along with Cheryl Johnson, has been ***grossly negligent*** by not properly disbursing payroll property properly.

h. The City of Detroit Finance and Payroll Departments has not properly disbursed 56 hours overtime @ $22.65 = $1268.40, straight overtime pay 28 hours @ $15.10 = $422.80, shift premium 280 hours @ $0.75, and .22% for damages at $465.08.
**Total funds owed $2579.08**

All the above statements are true to the best of my knowledge and understanding to the facts and statements. Statements or facts are not meant to mislead or misrepresent any facts or admissions or omissions. This and any other document may be use as **made public notice** for further lawful actions in **Common Law Court**.

Standing

*Rickie A. Holt*

Rickie A. Holt

Rickie-Allen:Holt
Pension No. 227987
℅16101 Heyden Street
Detroit Michigan [48219]

*Action Accured*
*Document not finished*

In the Year of Our Lord 2013 15th day the month of February

Bill Schutte, Michigan Attorney General
66666 Any where street
Building austand where
Lansing Michigan 48090

Ruth Johnson, Secutary of Michigan
666666 Any Where Street
Building Lansing where
Lansing Michigan 48090

Dave Bing, Mayor of Detroit
2 Woodward Avenue
Detroit Michigan 48226

Cheryl Johnson, Finance department
2 Woodward Avenue Ste. 1200
Detroit Michigan 48226

RE: Formal charge(s) of Involuntary Servitude, Violation to the united States Constitution 13th Amendment, and Violation to the Michigan Constitution 1963 Article I §9

Dear Public servants Bill Schutte, Ruth Johnson, Dave Bing, and Cheryl Johnson

One, called Rickie-Allen:Holt a man aboriginal, and indigenous to the heavens and the land on this earth. One, Rickie-Allen:Holt herein called One: is creating this documentation Affidavit to formal charge(s) for there is no other diplomatic choice. One intensely feels God given right(s), human right(s) constitutional right(s) have and is being violated. These violation directed at One must cease and desist.

From June 28, 2012 to August 31, 2012 for contractual hourly services for the DETROIT WATER AND SEWERAGE DEPARTMENT holiday contractual service was perform

STATE OF MICHIGAN
IN THE 36ᵗʰ DISTRICT COURT FOR THE CITY OF DETROIT

RICKIE A. HOLT

      Plaintiff,

                                            Case No.: 12-202217-GC
                                            Hon. Nancy Blount

v

CHERYL JOHNSON,

      Defendant,

---

Rickie A. Holt
Sui Juris
16101 Heyden St.
Detroit Michigan [48219]

CITY OF DETROIT LAW DEPARTMENT
CHRISTINE M. GREIG (P58116)
Attorneys for Defendant
600 Woodward, 1800 First National Bldg.
Detroit Michigan 48226
(313) 237-5037

---

## CONDITIONAL RESPONDS TO DEFENDANT CHERYL JOHNSON'S MOTION FOR SUMMARY DISPOSITION

      Plaintiff, Rickie A Holt, by and through undersigned Paramount Security Interest Holder pray this Honorable Court to Dismiss Summary Disposition and state for following:

      1.  Defendant, Cheryl Johnson, the Director of the Finance Department for the City of Detroit removed lawsuit from the original jurisdictional venue.

      2.  Defendant, Cheryl Johnson, through her attorneys has denied plaintiff original jurisdictional venue to prove or disprove original small claims lawsuit of "breach of contract, emotional, financial, hostile work place toward Rickie A. Holt.

      3.  Defendant alleges no contract existed between herself and Rickie A. Holt. However, Defendant failed to state she duly authorized **signatory** for payroll compensation. Exhibit 2: Signed payroll compensation presentments/documents.

4. Defendant alleges Plaintiff fail to attach the contract to complaint, Defendant neglected to state that a Mission Statement which is public knowledge, and notice located on The City of Detroit website with Defendant's name and contact telephone number. Also within Cheryl R. Johnson Departments' it states the terms of her mission/contract to the public.

Xickere A. Hop
all rights reserved



October 24, 2013
Statements of Facts

*Action occured on or Before and during*

1. The City of Detroit, DWSD, and its management staff and or agents has a personal vendetta toward/against Rickie A Holt, because of his Racial designation, Political views, moral views toward DWSD executive management staff, and Safety issues filed and or expressed.

2. The City of Detroit, DWSD, and its management staff and or agents is using dilapidated, broken, and a pre-programmed equipment as a means to falsely accused, reprimand and or fire Rickie A. Holt because of his Racial designation, Political views, Safety and Moral issues filed and or expressed to DWSD executive management staff.

3. The City of Detroit, DWSD, and its management staff and or agents has a personal vendetta toward/against Rickie A. Holt, because of the Lawful served Documents on Sue F. Mccormick, Patrick Aquart, James Fusnoe, and James Thrower-the Executive management for DWSD. Reserving all rights and a lien fine of $250,000 for violation of any of his rights.

4. The City of Detroit, DWSD, and its management staff and or its agents is using threat, duress, and coercion to force Rickie A. Holt to protect his status at DWSD.

5. The City of Detroit, DWSD, and its management staff and or its agents has a vendetta toward Rickie A.Holt because of him performing his duties on overtime compensation, claiming Rickie A. Holt is defrauding the City of Detroit and or DWSD.

6. The City of Detroit, DWSD, and its management staff and or its agents has a vendetta toward Rickie A. Holt, because of demeaning management policies toward the men and women of DWSD.

7. The City of Detroit, DWSD, and its management staff and or its agents has a vendetta toward Rickie A. Holt, because of the factual statement made on the Record to the Governing Body to DWSD about the mismanagement or Taxpayers, and Ratepayer monies of DWSD.

8. These above sworn to statements are true to the best of my knowledge and understanding, and not meant to mislead All Right Reserved. This document to serve as warning that any person(s) knowingly or unknowingly violating any rights, including union, federal, state, and city with be charged $250,000 per incident or every 15 minutes thereof.

Respectfully Submitted

*Rickie A. Holt*

Rickie Allen Holt, Paramount Security Interest Holder

To Be Made Public Notice

Rickie A. Holt
Secured Party
c/o 16101 Heyden St.
Detroit Michigan [48219]

August 13, 2012 *action accured on or and Before*

Andy Dillon
State Treasurer
430 W. Allegan St 1ˢᵗ Fl
Lansing Michigan 48922

Bill Schette
Attorney General
525 W. Ottawa St. 7ᵗʰ Floor
Lansing Michigan 48909

Cheryl Johnson
Finance Director
CAYMC Suite 1200
Detroit Mich. 48226

Ruth Johnson
State Secretary
430 W. Allegan St.
Lansing Michigan 48933

Richard D. "Rick" Snyder
Michigan Governor
111 South Capitol Ave.
Lansing Michigan 48933

RE: Paramount Secured Party Notice/STATE Commercially Attacking a man

To all address and to whom it may concern,

These are very important documents do not file these or dismiss these documents as normal correspondence. These documents are for the eyes only to the addressed as noted RICHARD SNYDER MICHIGAN GOVERNOR, BILL SCHETTE ATTORNEY GENERAL, RUTH JOHNSON STATE SECRETARY, ANDY DILLON STATE TREASURER, CHERYL JOHNSON FINANCE DIRECTOR. You are ordered to deliver these documents to the named above. If you do not understand your orders and assume these documents are unimportant consult your superior.

Your employment status could change if you fail to promptly deliver these documents to the GOVERNMENT OFFICIALS for which these documents are intended for. A Common Law lawsuit could/would be filed against all parties involved for not properly handling /delivering and or properly implementing these documents. For the Record, this is my third attempt to correct this matter. These documents can and will be used at a Court to Common Law. All Parties have been warned By United States Post Office and or United Parcel Service.

Standing,

*Rickie A. Holt*

Rickie-Allen: of the Family Holt
Rickie A. Holt Secured Party

PS: Postmaster will be notified when to Post to be made Public Notice

Rickie A. Holt
16101 Heyden St.
Detroit Michigan [48219]

August 4, 2012   *action p on or and aroured before*

Alethea K Johnson
Human Rights Specialist
CAYMC Suite 1240
Detroit Michigan 48226

RE: Responding to File No. HRS2-2012-31

Dear Alethea Johnson,

Again thanks for your timely respond to my allegations. I must disagree with your investigative findings. There are certain facts that are clouded or misleading in your investigation (Respectfully). If I would have known that I needed documentation to provide you with proof of my allegations that Mr. Collier discriminated towards me, I would/could provided affidavits. This would have been verified proof from other employees to what was transpiring in my work area.

As I discuss with you I work every Sunday and Leon worked every Monday up until Sunday June 18, 2012. On Sunday June 18, 2012 Mr. Collier informed me that my services were *no longer needed.* That same Sunday morning Mr. Collier intentionally called Leon in his work area and personally ask Leon to work the same day he said my services was *no longer needed.* The following Sundays and Mondays Leon was ask to work, but could not because of medical reasons. I could have provided you affidavits to these facts if needed be.

So it looks to me that someone was denying me the overtime for this area. As soon as you started your investigation the overtime was magically restored. Also the area may not be budgeted for two people-every crew 1-5 has 2 people who work the area except Sunday and Monday. Also I could have provided you with the plant overtime log to prove that the reduction in overtime never happened. We know that if I provide you with this information that would mean that some is either protecting some and or falsifying documents.

I am enclosing a declaration of status, religious, spiritual beliefs, and race so that the Human Rights Department can protect my rights as to who I am and not what someone believes who I am. I wish no retaliation from the complaints I filed with the Human Right Department.

Sincerely,

*Rickie A. Holt*

Rickie A. Holt, *Noble Man-Sewage Plant Attendant*

Rickie A. Holt
Secured Party/Sewage Plant Attendant
c/o 16101 Heyden St.
Detroit Michigan [48219]

*Action date Vccoured on and Befou*

(August 13, 2012)

Cheryl Johnson
Group Executive/Finance Director
2 Woodward Ave. Suite 1200
Detroit Michigan 48226

RE: Constructive Notice to unlawful Warrant Levy No. 175713

Rickie A. Holt, **Secured Party** is creating this document to make you knowledgeable Cheryl Johnson that you are partaking in an unlawful construct. Rickie A. Holt herein, Secured Party is making you knowledgeable that he Rickie Allen Holt is the flesh and blood man and is the secured party. Rickie A. Holt, Secured Party and the only transmitting utility for the legal construct HOLT RICKIE ALLEN© herein DEBTOR.

This is my second attempted to lawfully inform you Cheryl Johnson that Rickie Allen Holt is the secured party to HOLT RICKIE ALLEN© DEBTOR. If you Cheryl Johnson continue to knowingly and unlawfully remove Rickie A. Holt's property from his possession you Cheryl Johnson are committing a fraud. You Cheryl Johnson have a duty to make certain that financial property is delivered to the lawfully correct intended party.

If you Cheryl Johnson continue your current deliberate action of damaging and dishonoring Rickie A. Holt you can/will be charge will conspiracy and in help operating a criminal enterprise. Starting with violating the Hobbs Act 2403, 2404, 2405, extortion, conspiracy, and violating the Michigan Constitution 1963, Art.1 § 9, 10, 11. Also violating the Uniform Commercial Codes policies and procedures.

Enclosures are include with this document please read the documents carefully if you do not understand these documents please refer them to your city attorney's office Cheryl Johnson for further help. Because, you Cheryl Johnson are creating a **hostile work** environment for Rickie A. Holt by unlawfully removing property from his possession. You Cheryl Johnson or your lawful representative do not respond to these claims within (7) seven days your acquiesces establishes Rickie A. Holt's claims.

Or you Cheryl Johnson can return all property removed from my possession within (7) seven days and no damages will be solicited for. Again if you Cheryl Johnson refuse to honor Rickie A. Holt's request (return of property federal reserve notes) enclosed is a document with my fee schedule for damages incurred from your unlawfully actions if you choose not to honor Rickie A. Holt request.

Standing

*Rickie A. Holt*

Rickie A. Holt, man and Secured Party

*Action Accrued on and Before 8/3/2014*

The City of Detroit, the Water and Sewerage Department, Water Department Human Resources Unit, and Maria Young HR Specialist is forcing Rickie A. Holt to falsify documents in order for Rickie A. Holt to receive a promotion that was earned.  By:

    a. Signing a document for CBI that says I have care of children.
    b. Signing a document for CBI that says I transport money.
    c. Signing a document for CBI that says I have entry into a person's home.
    d. Signing a document for CBI that says I have care of public trust and security.
    e. Signing a document saying I am an individual: I am man/people
    f. Signing a document saying I am being considered for employment.
    g. Signing a document that in meant to be confusing.
    h. Who is "Department of State Police"".
    i. Who is "Central Records"
    j. Who is "Dear Department"

The job title of SSPO/SPO job description does not have any of those performances from a-b. From Rickie Holt's understanding all document signed are lawful legal documents.  I also feel I am being discriminated on because I had read the document and know that they do not apply to me.  The statement "these records are obtained as required screening to assure the safety and security of our customers and employees by authorized user" does not apply to Rickie A. Holt because, I have never threaten anyone in the performance of my duties at the City of Detroit.  Rickie A. Holt is not on any terror watch list, have never been on any list that concerns public trust and or security whatever Maria Young is stating.

I feel that the city and its agents are condemning Rickie A. Holt because he can read and understand legal documents.  I passed all city required checks at hire date.  Also the city and its agents are in the process of a witch hunt in order to satisfy someone ego.

I have 17 plus years with the city, have been constantly harassed toward me, discriminated toward me, and made my work place hostile by doing whatever the city agents could do to covertly in order to keep me in my place at my employment at the water department.  The Human Resources' department is suppose to help employee achieve to the best of their ability but seen to be doing the opposite when it comes to Rickie A. Holt.

I want to be promoted to SSPO retroactive from 4/15/2012 pay from that date, and be treated accordingly to my document I delivered/mailed to Human Resources Unit/Department. Document Named "Constructive Notice for Declaration to Race, Religious Designation, and Status, dated August 7, 2012 @ 3:09.  DWSD document CBI Release form Copyright © DWSD, 2012 All rights reserved. The DWSD want to reserve all of it rights be refuses to honor my rights, and then punish me because I want my rights.

*Rickie G. Holt*

Rickie A. Holt

Attached Discrimination Complaint
Americans with Disabilities Act Complaint
Civil Rights, Workers' Compensation Complaint

I feel that the City of Detroit and its Human Resource Management Staff is discriminating toward me (Rickie A. Holt) by refusing to promote me to Senior Sewage Plant Operator/Sewage Plant Operator. These enter departmental promotional opportunities was posted at my work location. Exams were given for these enter departmental promotional opportunities. I (Rickie A Holt) passed exams that were given for the promotional opportunities.

To further my suspicion when I returned to work there was enter departmental promotional opportunities that required you to pass an exam. I filled out the promotional questioner, indicated that I my need help with the exam because of my disability-no responds. Received an exam date passed the exam for Senior Sewage Plant Operator and Sewage Plant Operator. I feel that the City of Detroit and its Human Resource Management Staff is refusing me the promotion because, of my disability.

I feel that I Rickie A. Holt is being discriminated toward me because of disabilities. The lost of two and half finger on the job. They the City its Management staff do not have the ability and or the resource to give me the extra training. I may need more training than any other employee because of my on the job injury.

I feel that I am being discriminated on because of my on the job injury that caused me to have a disabilities. I am not being treated equally as other employees. Supervisor **D. Collier** will force me to leave my job site without asking me if I want to work the open relief slot that would be over time. That's open for a person without a disability. Again I feel this is because of my disability. When I complain they say it's nothing he can do, file an grievance.

Then when I try to explain my plight to Human Resource upper management I get the blow off. Especially when I demand my rights as per City of Detroit discrimination laws and policies. I am ignored, and treated as if my rights do not any merit.

I feel that I, Rickie A Holt is being discriminated toward because, I was forced to come back to work before I felt ready mentally. The City of Detroit Risk Management would not at first given me the proper equipment to return to work. I had to get advice from an lawyer and other legal advisers to get problems corrected. I am still physical and mental torment added with discriminatory antics by the City's Management team is added stress.

1. I feel that I am being discriminated toward because of my national origin and race. I am not Negro, Black, or African American etc. *I am a Moor aboriginal and indigenous to the land.*
2. I feel that I am being discriminated toward because my moral, spiritual, and religious awareness and background.
3. I feel that I am being discriminated toward because of my disabilities, lost of fingers on the job.
4. I feel that I am being discriminated toward because the City of Detroit does not want me to get the extra training I may need because of my disabilities.
5. I feel that I am being discriminated toward because I want to protect my civil and moral rights according to God and law.
6. I feel that I am being discriminated toward by certain individuals in Human Resource Department and Waste Water Treatment Management. I feel that these individuals have some personal vendetta or some other motive that I am not aware of. Reason being in order for me (Rickie A. Holt) to get any resolution to any complaint or question I must file it in documentation form.
7. I feel that I am being discriminated toward because I am denied overtime because of physical disabilities.
8. I feel that I am being discriminated toward because the City denies me due process according to their rules and regulations already in place.
9. I feel the City of Detroit and the Human Resource Department negated me a chance to improve my standing within the City of Detroit's Water Department, by all of the above statements of allegation.
10. I also feel that the City of Detroit is allowing Upper Management, Lower Management, and the Human Resource Department to make my work place hostile, allowing discriminating tactics, harassment tactics by the above charges.

Sincerely,

*Rickie A Holt*

Rickie A. Holt

PS: This and other documents can and may/will be use to further my lawful standing and shared with other Governmental agencies,

The City of Detroit, the Water and Sewerage Department, Upper Management Staff, Operation Day shift Management Staff is **discriminating** and **retaliating** against the hourly men employees second floor locker room for **complaining** about dirty and the poor maintenance of the men second floor locker room on weekends.

By: allowing women hourly employees to have comfortable seating areas, and denied the men hourly locker room the same comfort,

By: allowing women hourly employees to have a toaster oven and or microwave oven in the ladies locker room and denied the men hourly room the same comfort.

By: allowing women hourly employees to have tables and chairs in their locker room and denied the men hourly locker room the same comfort.

By: allowing women hourly employees to have a refrigerator, denied the men hourly locker room the same comfort.

By: allowing women hourly employees to have more than 2 lockers per women employee, denied the men hourly employees the same comfort.

The men hourly employees want the **retaliation** and **discriminatory** practices to stop! And want all of the same comforts the women hourly employees have. And have a building attendant on one weekend day to refresh/clean the men locker room

*Actions Acquired During All Working Years*

Rickie A. Holt
Sewage Plant Attendant
16101 Heyden St.
Detroit Michigan 48219
313 362-1858



June 27, 2012

Maria Young
Human Resource Manager
9300 W. Jefferson Ave Ste. 109
Detroit Michigan 48209

RE: Freedom of Information Act Request #2, Official Promotional Policy

Dear Maria Young,

I am requesting from you Maria Young and the City of Detroit. In accordance with to Freedom of Information Act (FOIA) you are required to provide said information. All official information concerning the City of Detroit Water Department promotional policy process. Any official information concerning promotions. Any official directives concerning procedures during the promotional process. All official promotional procedures that would affect hourly employees during the promotional process, and or procedures for same. All official and unofficial documentation concerning Rickie A Holt promotional process, and current position on promotional status list. The date when promotion will be granted or not, and if not lawful reason why promotion was not granted, signed and dated.

*If you have any problems or concerns understanding the requested information direct this document to your superior.*

Thank you,

Rickie A. Holt
Sewage Plant Attendant