UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:
CITY OF DETROIT, MICHIGAN,
DEBTOR.

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

## OBJECTOR KIRK W. HUNTER'S MOTION FOR DETERMINATION THAT THE COMPREHENSIVE STATE RELEASE CLAUSE OF THE PLAN OF ADJUSTMENT VIOLATES CREDITOR RIGHTS AS PER 11 U.S. Code § 903.

Objector Kirk W. Hunter, a Pro Se Objector requests to participate in the confirmation hearing, submits the following:

1. That Objector Kirk W. Hunter be allowed to participate in the Plan of Adjustment Confirmation hearings as a witness.
2. That testimony be allowed that the Comprehensive State Release as written in all iterations of the Plan of Adjustment is in violation of section 903 of the Bankruptcy Code subsections (1) & (2) (non-consenting Creditor rights).
3. That testimony be allowed that section 903 of the Bankruptcy Code makes no allowance for group treatment of individual non-consenting Creditors.
4. That testimony be allowed that Michigan PA-436 as manipulated by the City of Detroit in this Court is a violation of section 903 of the Bankruptcy Code.
5. That testimony be allowed that the Plan of Adjustment makes allowance for the treatment of individual Creditors.
6. That testimony be allowed that the Comprehensive State Release is a State sponsored shield against honoring possible pension obligations as per Article IX, section 24 of the Michigan Constitution.
7. A request that the Court reject or modify the Comprehensive State Release for this and all non-consenting Creditors so that any additional relief may be sought in accordance with section 903 of the Bankruptcy Code.
8. That testimony will take approximately 5 minutes.
9. That evidence be allowed to be entered as the following Exhibits:

   Exhibit A: A copy of a Plan of Adjustment Retiree ballot. This evidence is not duplicative of any other evidence previously presented to the Court as each ballot was specifically tailored to each Retiree.

   Exhibit B: If it pleases the Court a copy of section 903 of the Bankruptcy Code will be entered as evidence unless considered duplicate evidence by the Court.

   Exhibit C: If it pleases the Court a copy of Michigan PA-436 of 2012 section 141.1566 Chapter 9 proceeding subsection (2) will be entered as evidence unless considered duplicate evidence by the Court.

Exhibit D: If it pleases the Court a copy of page 285 re: ballot # 24427 of Docket #6179 "DECLARATION OF MICHAEL J. PAQUE REGARDING THE SOLICITATION AND TABULATION OF VOTES ON, AND THE RESULTS OF VOTING WITH RESPECT TO, FOURTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT" will be entered as evidence unless considered duplicate evidence by the Court. This evidence indicates a nonconsensual vote by this Creditor.

Exhibit E: If it pleases the Court a copy of Article IX, section 24 of the Michigan Constitution will be entered as evidence unless considered duplicate evidence by the Court.

I'd like to thank the Court for this opportunity to address the Court in this matter.

Respectfully submitted,
August 18, 2014
Kirk W. Hunter

14305 Faust Ave
Detroit, MI 48223
kirk365@sbcglobal.net