UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORNELL E. SQUIRES 53846     Chapter 9- Case 13-

JUDGE Steven W. Rhodes

PETITIONER
CREDITOR / OBJECTOR/RETIREE

Case 14-cv 10434
Hon Bernard A. Freidman
Magistrate Paul J. Komvies

VS

In RE
City of Detroit Municipal
And Emergency Manager
KEVYN D. Orr

    Debtor/ City of Detroit

_____/

Cornell E. Squires, Petitoner
3380 Electric
Detroit Michigan 48217
(313) 460 2175

PETITIONER'S RESPONSE TO HONORABLE Magistrate JUDGE STEVEN W. RHODES ORDER REGARDING PARTICIPATION AT THE CONFIRMATION HEARING BY CREDITORS WHO FILED OBJECTION WITHOUT AN ATTORNEY - CREDITOR –RETIREE

and

PETITIONER'S Motion Request to Participate In The Confirmation Hearing

Now come Cornell E. Squires, Petitioner in Propria Persona, Requests Federal United States Bankruptcy Court To participate In the Confirmation Hearing.

1. That Petitioner Cornell Squires, former employee and a retiree request 5 to 15 minute to speak at the confirmation hearing protesting the facts that the Petitioner's Due process and Constitutional Rights have been violated under 5th 14th 10th Amendments Sect 903 denied equal protection and Due Process in the recent voting process.
2. That PETITIONER has been deprived a fair opportunity to participate and vote in the voting process was flaw" because wasn't every retirees been afford an Opportunity to vote or receive a ballot on Final date to submit a ballot on July 21 2014 Plan of Adjustment General Retirees.

3. Petitioner Cornell Squires is a former employee and retiree City of Detroit –Fire Department and was a objector who written numerous letters to the Emergency Manger Kevyn Orr, dating back on November 17, 2013, December 7, 2013, and most recent letter on June 30, 2014 but been never received a reply, and been refused a **ballot to vote before the final date.**
4. Petitioner objection to the Plan of Adjustment and alert Attorney Kevyn Orr office at City County 1126 floor over 9 month ago but his office sectary failed to response to my letters mailed and hand delivered letter to his office.
5. That Petitioner did apprised the Emergency Manger Kevyn Orr and alert mayor David Bing 8 month ago, concerning my employee benefits, pertaining to my retirement, health insurance, status, that the petitioner file a objection in my letter, to the Emergency Manager Kevyn Orr, concerning pension delayed and denied by GRS administration office, this matter been brought to Attorney Kevyn Orr attention **in writing and a hand delivered letter to Attorney Kevyn D. Orr office, and Mayor's office last year!**
6. Attorney Kevyn Orr is aware of my employment status, and my written request for his help 9 month!
7. Petitioner does have legal standing to present evidence and a witness list in this contested bankruptcy Chapter 9- Case 13-53846.

8. Petitioner was granted a non duty vested pension 12 years ago, and is considered a retiree, but Petitioner is not receiving a monthly pension or benefits.
9. That Petitioner had file 2nd pension application on December 13, 2013, because GRS said my October 3, 2012 pension application was lost, still new application November 27 2013 not been processed.
10. Petitioner was granted vested non duty pension on January 16, 2002, approved by the board of trustees,
11. GRS administration continued to deny Petitioner pension application file on October 8, 2012, and November 27, 2013 back pay is owed now.
12. Petitioner did work for Detroit Fire Department EMS Division began on July 7, 1981 until I became injured October 26, 1993.
13. Now that the petitioner had been granted a non duty vested pension on January 16, 2002, and consider a retiree since pension approval.
14. Petitioner was denied a pension application every since 1997, until the former GRS attorney Ronald Zajac, provided a pension application September of 2012. Filed GRS on October 8, 2012
15. Petitioner Cornell Squires is a former employee and considered a retiree with the City of Detroit, as an objector I been denied monthly pension check and opportunity for a ballot to vote as a retiree in July 21, 2014.
16. That petitioner request for a query from Emergency Manager Attorney Kevyn Orr and former Mayor Dave Bing.

17. Now petitioner been denied the opportunity to vote in this new Plan of Adjustment July 21, 2014

18. That Petitioner Cornell Squires is a former employee and considered an retiree, by Michigan and Federal Constitution and the General Bargain Union agreement Article 9 section 24 vote and benefits

19. That Petitioner, been denied Due process, concerning the retiree status, and Emergency Manager Plan of Adjustment violate petitioner U.S 10 Amendment section 903 Constitution not to be diminished or impaired, recognizes States rights.

20. That Petitioner Cornell Squires is a former employee, a retiree and had legal standing as an objector, now been discriminated against by the Emergency Manager Keyvn Orr and GRS administration violate petitioner due process rights under bargain Union Article 9 section 24 and U.S Constitution 10 amendment sec 903.

21. That Emergency Manger Kevyn D. Orr shown disparity treatment, toward petitioner denying the same opportunity as other City of Detroit GRS retirees.

*Cornell E. Squires*
Petitioner Cornell E. Squires, retiree

Wherefore Petitioner request my witnesses participate and speak at confirmation hearing and present testimony, and evidence before Judge Steven W. Rhodes.

# WITNESSES LIST

### A). Grant: Petitioner witnesses list allow the petitioner to present facts on the record.

1. Witness: Diane Bukowski, a retired City employee for Human Rights department, and now editor for Voice of Detroit, internet news based in Detroit.
2. Witness: Gerald Dajnowicz retired EMS employee receiving duty disability pension.
3. Witness: Tony Robinson retired EMS employee hired 1981
4. Witness: Clarence Williams EMS Supervisor retired with pension
5. Witness: Ronald Zajac a former Attorney with the GRS pension board who provided me a pension application in September 2012,
6. Witness new Attorney Michael Van Overbeke letter 6/10/13
7. Witness: Debra Wilkerson an employee for GRS work for personnel, talk with concerning my pension application recently & 10 years ago.
8. Witness: Cynthia Thomas, an employee supervisor for GRS petitioner written letter to concerning pension application.
9. Copy of time Stamped pension application with letters mailed to GRS&hand delivered.

Respectfully Submitted

*Cornell E Squires*
Petitioner Cornell E. Squires

PROOF OF SERVICE

That Petitioner – retiree- PETITIONER'S Motion Request To Participate In The Confirmation Hearing without an Attorney filed United States Bankruptcy court on August 18, 2014 and city of Detroit Emergency Manager Attorney Kevyn D. Orr mail a copy U.S postal service,

CORNELL E. SQUIRES
3380 Electric St
Detroit, Michigan 48217
JUNE 10, 2013

Law Offices
Michael VanOverbeke                                    Detroit Retirement
System
79 Alfred St,                                          2 Woodward Ave suite 908
Detroit, Michigan 48201                                Detroit, Michigan 48226
fax 313 578-1200                                       Fax 313 224-3522
                                                       313 224- 3362

RE: Process application for non duty pension – 206275

Dear Attorney VanOverbeke;

I am a retiree since January 16, 2002, but have not received any monthly pension benefits, and I need your help! In the past I have mailed and email letters to the General Retirement System personnel hoping to resolve the issue with my retirement non duty vested pension benefits which the city owes to me a issue that been going on for at least 20 years, without no resolution for the pension administration.

I had requested and filed the first application for a pension for duty disability that more than 20 years ago. On November 30 1993, my first application again 1995, and 1997 and my fourth application was filed on October 8, 2012, forever reason the personnel have refuse to act in good faith, and to allow me my vested pension application, this have gone on \ far too long.

When I heard about the general membership meeting held in the community I were able to speak with attorney Ronald Zajac the lawyer for pension board because personnel had continue to ignore my request for a hearing before the entire pension board. The meeting held at Fellowship Chapel on September 25, 2012, and I explained to Attorney Zajac how the board granted me a non duty pension on January 16, 2002. But personnel would afford my application especially Debra Wilkerson who I spoken with at least 8 year ago. I meet attorney Zajac and the next week meet him at the city county building and he provided me pension application.

I finally returned my pension application on October 8, 2012, but prior to that I filed application for a duty disability pension 3 times and been denied every time! Finally the General Trustees Board grant me a non duty pension on January 16, 2002; but I have still has not receive my monthly pension check.

I had mailed correspondence to Cynthia Thomas, executive secretary and Debra Wilkerson for the past years but never received a courteous phone call or a reply from the many letters. The Staff had ignored my letters and my request for an appointment.

I was employed with Detroit Fire Department EMS Division since July 7, 1981 until my illness and I been awarded Social Security SSI benefits every since October 17,1995, my SSI benefits that were retroactive from the day I became separated from my employment with City Of Detroit, October 26, 1993, due to job stressor, harassment. I had been faced with harassment after reported problem with EMS VEHICLES with the State of Michigan agencies, such as MIOSHA, CIVIL RIGHTS, city ombudsman office and other. I did personally hand-delivered my pension application to pension office on October 8, 2012, and attorney Zajac was aware and he promised that my application would be process immediately but this never happen.

Attorney Michael VanOvere since the recent indictment of attorney Ronald Zajac I don't know who to contact regarding my pension application, because NO at the pension would not respond to my letters. The pension administration had never ever given me any response to many letters I wrote to them the past year. Today, the General Retirement had not process my pension benefits. I hereby request that you see that the General Retirement System process my application with retroactive benefits dating back to January 16, 2002. I appreciate any help you can provide in resolving my pension matters, Again thank you.

Respectfully Submitted

*[signature]*

Ces0610-13

CORNELL E. SQUIRES
3380 ELECTRIC
DETROIT MICH 48217
(313) 460-3175

October 17, 2012

Attorney Ronald Zajac
GENERAL Retirement System
2 WOODWARD AVE-Suite 809
DETROIT MICHIGAN 48226

RE: PLEASE PROCESSING NON DUTY PENSION THAT BEEN GRANTED

On August 20 2012, I had spoken with the receptionist at the **General Retirement System City of Detroit** and I explained to her I would like to process my **vested non duty pension application.**

I had spoken to the receptionist at front desk, to inquire about filing my vested pension application because I had been denied my duty disability pension. The receptionist made sure I had the business cards for these two people, a **Cynthia Thomas** the Asst Executive Secretary and **Deborah Wilkerson**. I called **Cynthia Thomas** Executive secretary I called and left message for her to call me back; but she never returned my phone call. I went on and mailed her a written correspondence on August 22, 2012, see attach, but she never responded to my letter. A friend mentioned to me about upcoming hearing held at **Fellowship Chapel Church** on September 25, 2012, whereas, all the **General Retirement System Board and Trustees would be in attended.**

My pension dates back to the 90's I first applied for my duty disability pension for more than three times before but has been **denied each time.** The first application was on November 30, 1993; the second was in 1995, and again in 1997. In 1995, the **Fire Department** doctor told me not to report monthly doctor appointment because the City of Detroit plan on place me on duty retirement. But the department never allowed me to retired and again denied my duty pension in 1997.

**Attorney Ronald Zajac** I have repeatedly mailed letters with attachments to the **General Retirement System** for the last 13 years so they could process my pension application. Attorney Zajac this is unacceptable behavior. Even went at the **General Retirement System** on September 25, 2012, I had a chance to speak with **Deborah Wilkerson** and she printed me a copy of this letter General Retirement System with March 4, 2002, date which said had been mailed to my old address 3354 Electric Street. " Deborah Wilkerson, explained to me because I did not file my pension application within the 45 days, it's now too late for me to get my **Vested pension** until I become 66 year old" before I can even file my pension application". Then **Deborah Wilkerson** ." She also said my employment with the City of Detroit was terminated as of July of 1996. I asked her why did the General Retirement System granted me my pension on January 16, 2002? If I had been terminated from the job? Afterward, I attended the **Fellowship Chapel Church** meeting and that when I spoken with you.

Executive Secretary- **Cynthia Thomas**, and **Deborah Wilkerson** neglect their duty and would allow me to process non duty vested pension application. I written numerous of letters to the **General Retirement System** concerning my pension but never received any respond; as of matter of fact I still have the old business card for **Deborah Wilkerson** she given to me almost 8 or 9 years ago.

**Attorney Ronald Zajac** I had made every effort for General Retirement System to process my pension application, and this has been a **nightmare** for me to received a non duty vested pension.

I am aware that **General Retirement System** spent more that **One Hundred-Thousand Dollars** in litigation for Attorney Fees, Court costs so I would been able to get a Duty pension; instead of them granting me my pension and going ahead and process the paper work. I have been a dedicated worker on the street for **12 years until I became disable from the stress**

At the **Detroit Fire Department –Emergency Medical Services** my record speaks for itself. I asking that my pension to be retroactive from January 16, 2002. I am suffering, a financial hardship and increased new health challenges far to long.

I sincerely thankful for allowing me to fill out my application for this non duty pension, thank you

Sincerely

*Cornell E Squires*

Cornell E Squires
Disabled Pensioner # 206275
ces 1222-2


Ces 12-22203
See attachment

# CITY OF DETROIT GENERAL RETIREMENT SYSTEM
## APPLICATION FOR DISABILITY RETIREMENT
(To be filled out in ink)

Social Security Number: 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
Pension Number: 206275

Claimant's Name: Cornell E. Squires

Residence address: 3380 Electric St.

City, State, Zip: Detroit

Telephone No.: 313 460-3175

Date of Birth: Mo 06 Day 18 Year 57

Department employed in: Detroit Fire Department

Division: EMS

Title on Payroll:

Date you last attended to your duties with the city: 10-26-1993

State whether your disability is total or partial: Total

State whether your disability is permanent or temporary: Permanent

Are you applying for duty disability retirement or non-duty disability retirement: [non-duty checked]

When did you first notice your disability (Give date): 10-26-1993

When did you first consult a physician about your disability: yes

Have you applied for workmen's compensation benefits? Yes

If your disability is the result of an accident, give names and addresses of witnesses.

### Give full explanation of the nature and causes of your disability

Ever since 1992 I've been place off the job due to Job Stress, hypertension until blood pressure level out. Harassment to workplace @ EMS. Detroit Emergency Service suffered from depression secondary to heart disease onset heart attack May 2000, back injury

### Names and addresses of physicians you have consulted in connection with your disability.

| Name | Address | Telephone | Dates of attendance |
|---|---|---|---|
| Naomi Silverman | 1750 South Telegraph | 813-338-0382 | 10-28-93 |
| Keith Cornfield (dec.) | 26184 Outer Drive | 313 389-7500 | 8-23-95 |
| James Neuenschwander M.D | 412 Langshore Dr | (734) 995-3200 | 03-20-01 |
| Dr Arthur Ribe | 4900 Mercury Drive | 313 593-8611 | 1/1/11 – 12/31/12 |
| Jonathan Zimmerman | 4900 Mercury Dr | (313) 982-4351 | 4-23-2012 – pending |

The undersigned member hereby makes claim to the Retirement System of the City of Detroit for disability benefits and authorizes the above named physicians, who have attended him to report directly to the Medical Director of the Retirement System regarding his physical condition. The undersigned member agrees that the furnishing of this form or other forms supplemental thereto by the Retirement System is not to be considered nor constitute an admission of liability by the City of Detroit Retirement System.

Dated at 3:00 pm This 3 day of October 2012

Signature of Witness: [signed]
Address of Witness: 7800 Kensington Rd

Signature of Member: Cornell E Squires

REC'D NOV 27 2012

LAW OFFICES
## COUZENS, LANSKY, FEALK, ELLIS, ROEDER & LAZAR, P.C.

SHELDON A. FEALK
JACK S. COUZENS, II
JERRY M. ELLIS
DONALD M. LANSKY
BRUCE J. LAZAR
ALAN C. ROEDER
RENARD J. KOLASA
KATHRYN GILSON SUSSMAN
JEFFREY A. LEVINE
PHILLIP L. STERNBERG
LISA J. WALTERS

STEPHEN SCAPELLITI
DONALD A. WAGNER
GREGG A. NATHANSON
DAVID B. DEUTSCH
CYNTHIA L. M. JOHNSON
MARK S. FRANKEL
ROGER E. WINKELMAN
ALISA A. KWANG
JAMES T. CARROLL III
CHRISTOPHER J. PARDI
AMBER L. SLUSSER

COUNTRY CLUB OFFICE CENTRE
39395 WEST TWELVE MILE ROAD, SUITE 200
FARMINGTON HILLS, MICHIGAN 48331

TELEPHONE (248) 489-8600
TELECOPIER (248) 489-4156

-DETROIT OFFICE-
PENOBSCOT BUILDING
645 GRISWOLD STREET, SUITE 1300
DETROIT, MICHIGAN 48226

TELEPHONE (313) 967-9000
TELECOPIER (313) 967-0344

WWW.COUZENS.COM

February 27, 2002

<u>VIA FAX NO. 1-313-383-5959 AND VIA
CERTIFIED MAIL NO. 7001 1940 0002 3354 6478
- RETURN RECEIPT REQUESTED</u>

Cornell Squires
3354 Electric
Detroit, MI 48221

Dear Mr. Squires:

In reply to your February 26, 2002 letter, sent to me by fax on February 27, 2002, I am enclosing the following documents:

1. The General Retirement System's January 23, 2002 letter to Cornell Squires.

2. The General Retirement System's January 16, 2002 Resolution which was enclosed with the Board's January 16, 2002 letter to you.

The resolution states:

> "RESOLVED, that it be made a matter of record that upon receipt of an application for Non-Duty Disability from Mr. Squires, this Board will grant a Non-Duty Disability Retirement for Mr. Squires.
>
> Yeas - Trustees Anthony, Gracia, Kanters, Kneeshaw, Sheehan, Studzinksi, Williams and Chairman Clark - 8
>
> Nays - None"

December 7, 2008
Honorable Mayor Kenneth V. Cockrel Jr.
Coleman A. Young Building
2 Woodward Avenue Suite
Detroit Michigan 48226

Re: Employee Pension

Dear Honorable Mayor Kenneth V. Cockrel Jr.

I've been communicating via telephone with your office approximately 90 days or at least two months before you became intermit Mayor, Congratulations to you.
I called your office because I had confidence that you can resolve my employee pension matter in regards to the Detroit Fire Department (EMS Division).

I've spoken with Stephanie Miledge numerous times at 224-2826 "she said she would get back to me". I've been very patience waiting for her to return my calls with some good news. As of today, this matter still has not been resolved yet.
**Mayor Kenneth Cockrel Jr,** I have confidence that your office can resolve my pension matter. I'm asking you personally to get my employee **Pension** special attention.
I have suffered a financial hardship and now. I'm not able to buy my medications.

I began my employment with Detroit Fire Department on July 7, 1981.until I was granted a Medical leave of absent due to stress in 1993. In 1994 I requested a light duty position with the Fire Department but the administration could not fine a position that was available for me.

I filed numerous applications for duty pension disability retirement with the city 1993, 1995, and 1997. Early this year the retirement system still would allow me to receive my pension because a question regarding my current "**work status**" is not correct with Detroit Fire Department "

In January 2002, I was granted a non- duty pension although I requested duty pension. I am hoping that your office can expedite my pension request before this year end.

Thank you for consideration giving in this matter. I greatly appreciate any help your office provide. God Bless you, and your entire staff.

Sincerely,
*Cornell E. Squires*

**Cornell E. Squires**
**3354 Electric**
**Detroit MI 48217**
**313 460-3175**
**attach:**

REC'D NOV 27 2013

Detroit General Retirement system

2 Woodward AVE

Suite 908

Detroit, Michigan 48226

To: Deborah Wilkerson

Per conversation on November 26, 2013, I had filed my application for my non-duty pension that was granted by general pension board trustees on January 16, 2002. I've brought to your attention that attorney Ronald Zajac personally gave me the pension application last year, I returned around October 9 2012. On November 26, 2013, I spoke to you at the office regarding my pension; you stated there was no record on the computer of me filing for my pension. I will provide you with a copy of my application that's been filed last year. Also, we discuss retroactive pay; I will bring you a copy of my pension on November 27, 2013.


Thank You

Mr. Cornell Squires

REC'D NOV 27 2013

# City of Detroit General Retirement System
## Signature Card

Name  Cornell E Squires     Pension No. 20627.5

Address  3380 Electric St

City  Detroit    State  Michigan   Zip  48217

Social Security Number ~~[redacted]~~

Signature of member  Cornell Edward Squires

The above signature was executed in my presence on

10 / 03 / 2012
Mo   Day   Year


Notary Public of Michigan, Tyrone Bean

My commission expires Nov 05, 2014

REC'D NOV 27 2013

**GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT**

2 WOODWARD AVE. STE. 908
DETROIT, MICHIGAN 48226
PHONE 313•224•3362
TOLL FREE 800•339•8344
FAX 313•224•3522

Re: DUTY/NON-DUTY DISABILITY RETIREMENT APPLICATION

Dear Applicant:

Your application for a duty/non-duty disability retirement is being accepted contingent upon the staff of the Board of Trustees receiving your medical history, diagnosis and prognosis from the physicians which you have named on your application.

All medical records must be received within forty-five (45) calendar days of the date of your application or your application will not be processed. It is your responsibility to ensure that all medical records are sent within the forty-five (45) calendar day period by your physicians.

All costs involved in the obtaining of your medical records are your responsibility.

Timely receipt of your medical records by the Board of Trustees will result in timely consideration of your disability application.

Once your medical records are received, you will be scheduled for a medical examination by the Medical Director of the Retirement Systems.

Should you return to work while this application is pending or no longer wish to apply for a disability retirement, please contact this office immediately at (313) 224-3362.

Board of Trustees of the General
Retirement System of the City of Detroit

_____Cornell E Squires_____
NAME

_____Cornell E Squires_____
SIGNATURE

_____10-03-2012_____
DATE

REC'D NOV 27 2013