UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

-----------------------------------------------X

In re                                  Chapter 9

CITY OF DETROIT, MICHIGAN        Case No. 13-53846

Debtor.                           Hon. Steven W. Rhodes

-----------------------------------------------X

## MOTION REQUESTING TO PARTICIPATE IN CONFIRMATION HEARING

The forecasted 10-year financial projections is highly dependent upon the receipt of an increased State revenue sharing that was withheld for several years, increased tax revenue, unreasonably increased departmental revenue initiatives. Even with all of the unreasonable increases, the 10-year financial projections will not provide enough monies to invest in the improvement of City of Detroit Services, such as transportation. Hence, plan of readjustment should be rejected.

| | |
|---|---|
| **Witness presented:** | Ida Byrd-Hill, James Mitchell |
| **Witnesses Sought to Question:** | Kevyn Orr, City of Detroit Budget representative, Dan Dirks |
| **Subject Matter:** | Ten year Financial revenue projections unrealistic to cover needed City Services |
| **Time Duration:** | 4 hours |
| **Evidence:** | New Detroit Report highlighting necessity of Transit service |
| | Dan Dirks necessity to purchase 50 buses |
| | MOSES response to DDOT improvement |
| | Sport team payment for police protection |

Signed August 18, 2014

_____
Ida Byrd-Hill

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 13-53846
CHAPTER: 9

City of Detroit, Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that on 8/18/14 (date of mailing), I served copies as follows:

1. Document(s) served:

    Motion Requesting to Participate in Confirmation Hearing

2. Served upon [name and address of each person served]:

    David Heiman
    Jones Day
    901 Lakeside Ave
    Cleveland, OH 44114

3. By First Class Mail.

FILED 2014 AUG 18 P 3:46 U.S. BANKRUPTCY E.D. MICHIGAN-DETROIT

Dated: 8/18/14

(Signature)

Print Name: John Byrd-Hill