UNITED STATES BANKRUPTCY COURT FILED
EASTERN DISTRICT OF MICHIGAN 2014 AUG 18 P 3: 36
SOUTHERN DIVISION

U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN,                    Case No. 13-53846-swr
                                              Chapter 9
                        Debtor   /            Hon. Steven W. Rhodes

---

**MOTION TO PARTICIPATE IN THE CONFIRMATION HEARING  [DOCKET 6584]**

Thomas Cattron hereby request to present evidence at the confirmation hearing and preserve the opportunity to question the other parties' witnesses.

1.  I am interested in the Bankruptcy of the city of Detroit (City) because I retired from the city of Detroit Department of Transportation in 2012.

2.  The subject matter of proposed testimony is:

    a.  Evidence of retirement from City of Detroit Department of Transportation as qualification for employee/retiree protections under 49 USC §5333(b)(2).
    b.  Evidence of city health coverage appeal form, dated March 30, 2014; to which no response was received.
    c.  Evidence that the city of Detroit and also the state of Michigan participate in Federal Transit Administration (FTA) granted funded programs that require compliance with the employee/retiree protections under 49 USC §5333(b)(2).
    d.  Laws that limit "clawback" arrangements to an finance industry standard of two years and to executive officers (ASF recoupment) under the Dodd Frank Act, Section 210(s)(1) which states:
        *(s) RECOUPMENT OF COMPENSATION FROM SENIOR EXECUTIVES AND DIRECTORS.—*

        *(1) IN GENERAL.—The Corporation, as receiver of a covered financial company, may recover from any current or former senior executive or director substantially responsible for the failed condition of the covered financial company any compensation received during the 2-year period preceding the date on which the Corporation was appointed as the receiver of the covered financial company, except that, in the case of fraud, no time limit shall apply.*

    and also under Sarbanes-Oxley Act of 2002, Section 306(a)(2)(A) and (B) which states:
        *(2) REMEDY.—*

*(A) IN GENERAL.—Any profit realized by a director
or executive officer referred to in paragraph (1) from any
purchase, sale, or other acquisition or transfer in violation
of this subsection shall inure to and be recoverable by
the issuer, irrespective of any intention on the part of
such director or executive officer in entering into the transaction.
(B) ACTIONS TO RECOVER PROFITS.—An action to
recover profits in accordance with this subsection may be
instituted at law or in equity in any court of competent
jurisdiction by the issuer, or by the owner of any security
of the issuer in the name and in behalf of the issuer
if the issuer fails or refuses to bring such action within
60 days after the date of request, or fails diligently to
prosecute the action thereafter, except that no such suit
shall be brought more than 2 years after the date on
which such profit was realized.*

3. Five minutes is requested of the court's time to present these exhibits. And a limit of five additional minutes for questioning of other parties' witnesses.

4. This proposed testimony is in addition to the Pro Se Objections in Docket #6640 and heard on July 15, 2014.

5. Exhibits attached, and to be presented are as follows:

   a. City of Detroit form 9S-AP "Application for Service Retirement" showing the city department as "DDOT" (Detroit Department of Transportation) as further evidence of applicability of 49 USC §5333(b)(2)..

   b. City of Detroit form "Retiree Health Benefits Enrollment/Change Form" showing initial enrollment for healthcare benefits, and the job title as "Asst. Supt. Trn Plant Maint and Construct" (Assistant Superintendent of Transportation Plant Maintenance and Construction) as job title that only exists in DDOT as further evidence of applicability of 49 USC §5333(b)(2).

   c. City of Detroit form "2014 Health Care Stipend Appeal Form" showing notice give to the city of an objection based on 49 USC §5333(b)(2).

   d. SEMCOG's listing of Transit Projects Awarded During Fiscal Year 2011 utilizing FTA grant funding; requiring compliance with 49 USC §5333(b)(2).

   e. Dodd Frank Act (Public Law 111–203) by reference only due to its extensive length.

   f. Sarbanes-Oxley Act (Public Law 107–204) by reference only due to its extensive length.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I request the Court will deny the Debtor's relief sought in said filing.

Respectfully submitted,

Name: Thomas Cattron

Signature:

Address: 13330 Vassar Ave.
Detroit, MI 48235

Email: thoscat@yahoo.com

Dated: August 18, 2014

# City of Detroit
## GENERAL RETIREMENT SYSTEM
## APPLICATION FOR SERVICE RETIREMENT

To the Board of Trustees, City of Detroit
General Retirement System:

PENSION NUMBER 178672
SOCIAL SECURITY NUMBER ▮▮▮▮▮ 09

I, THOMAS CATTRON _____, a member of the Retirement System, hereby apply for service retirement in accordance with the provisions of the law and related rules and regulations.

My date of birth is:

Month OCT  Day 20  Year 1955

I request my retirement to be effective:

Month FEB  Day 1  Year 2013

I desire my retirement allowance benefits sent to:

No. 13330  Street VASSAR
City DETROIT MI  State 48235

My title on the payroll is:

ASST. SUPT. PLANT MAINT & CON

Department employed in: DDOT

In connection with my application for retirement on 2-1-2013, I request a refund of $ PARTIAL $100,000 TAXABLE INTEREST TO MONTHLY PB from my Annuity Savings Fund.

I elect to receive my retirement allowance in the following form of payment: (place one X in a square on each line; a total of two X's.)

[X] STANDARD

[ ] EQUATED Increased to Age & Decreased Thereafter

If you selected this option please initial

| REGULAR STRAIGHT LIFE Allowance [ ] | OPTION I Cash Refund Annuity [ ] | OPTION 2 Joint and 100% Survivorship [ ] | OPTION 3 Joint and 50% Survivorship [X] | OPTION A Joint and 75% Survivorship [ ] | OPTION B Joint and 25% Survivorship [ ] |

(Write plan of retirement elected) OPTION 3 - 50% W/POP-UP

If option 2, 3, A or B elected, do you desire Pop-Up Plan Protection?  Yes [X]  No [ ]

_Signature of Member_

I nominate as my beneficiary:

DENISE S. CATTRON

Beneficiary's Address

No. _____  Street SAME

City _____  State _____

Beneficiary's date of birth:

Month OCT  Day 7  Year 1953

Beneficiary's place of birth: MICHIGAN

Beneficiary's Soc Sec No: ▮▮▮▮ 36

Beneficiary's relationship to me: Spouse

Sex F

PROOF OF BIRTH DATE OF BENEFICIARY REQUIRED IF OPTION 2, 3 A OR B, IS ELECTED

Dated at DETROIT MI  this 1ST day of FEB 20 13.

_Signature of Witness_

_Signature of Retiring Member_

Any balance under Option 2, 3, A or B is to be paid to my _____

_____  _____
Name of Beneficiary  date of birth  Relationship

_____  _____
Signature of Witness  Dated



Retirement Effective Date 2-1-2012

# CITY OF DETROIT RETIREE HEALTH BENEFITS ENROLLMENT/CHANGE FORM

USE BALLPOINT PEN

| ☒ Initial Enrollment | ☐ Open Enrollment | ☐ COBRA |
| ☐ Add Dependent(s) | ☐ Remove Dependent(s) | ☐ Terminate Contract |

**Important:** Retirees and their dependents who are Medicare eligible, typically at age 65, must provide proof of enrollment in Medicare Parts A & B or proof of ineligibility for Medicare. Please read reverse side of this Form.

## Part I. Retiree Information

| Social Security Number | Last Name | First Name | M.I. | Date of Birth Mo Day Yr | Sex |
|---|---|---|---|---|---|
| ████████ 807 | CATTRON | THOMAS | | 10 20 55 | M |

Street Address ☐ Check If New

1330 VASHTE

| City | State | Zip Code |
|---|---|---|
| DETROIT | MI | 48235 |

Retiree Telephone Numbers:
Daytime 313 867 3492
Evening ( )

What was your job title at the time of your retirement?

ASST. SUPT.
TRN PLANT MAINT

Marital Status: ☐ Single ☒ Married

Does your spouse work for or is retired from the City of Detroit? ☒ Yes ☐ No

Do you or any of your dependents have other medical coverage, including Medicare? ☐ Yes ☒ No

**Reason for Change/Addition:** *Must submit this completed enrollment within 30 days of the event*
- ☐ New Dependent(s)  ☐ Marriage
- ☐ Loss of Other Coverage  ☐ Name Change
- Date of Event: _____

**Note:** Unless you are receiving a duty disability pension, dependent children are not eligible for dental and optical.

**Reason for Coverage Termination:**
- ☐ Terminate Entire Contract
- ☐ Ineligible Dependent  ☐ Divorce
- ☐ Have Other Coverage  ☐ Death
- Date of Event: _____

## Part II. Coverage Selection CONSTRUCT. PLEASE READ RETIREE HEALTH CARE PLAN OPTIONS BOOKLET

| Medical Plan | Dental Plan | Vision Plan |
|---|---|---|

Your Current Plan: HAP

New Plan: _____

☒ Check Box If You Want Same Plan

Your Current Plan: BC/BS

New Plan: _____

☒ Check Box If You Want Same Plan

Your Current Plan: HERITAGE

☒ Check Box If You Want Same Plan

New Plan: _____

Retiree: If you select an HMO, provide name of Primary Physician/Site/Code.

Gradaboo $875.62

Retiree: If you select a network-based dental plan, provide dental office name and location 50050 $5.99

40050 $1.16

## Part III. Dependent Information (List all current and any new dependents)

* Action Code for Coverage: C–Continue  A–Add  R–Remove   (M–Medical  D–Dental  V–Vision)

**Relation Code:** S–Spouse  C–Natural /Adopted Child  L–Legal Guardianship  K–Stepchild
P–Permanently Disabled Dependent  D–Sponsored Dependent

| Action Code* M | D | V | Last Name | First Name | M.I. | Social Security Number | Sex | Relation Code** | Date of Birth Mo Day Yr | Primary Physician Name/Site/Code |
|---|---|---|---|---|---|---|---|---|---|---|
| Spouse | | | | | | | | S | / / | |
| Dep – 1 C | | | CATTRON | ALEXANDRIA | H. | | F | C | 8 11 89 | |
| Dep – 2 | | | | | | | | | / / | |
| Dep – 3 | | | | | | | | | / / | |

## Part IV. Authorization.
I have elected to enroll myself and my dependents in the above health care plans and authorize the City of Detroit to deduct the amount of any required premium-sharing contribution from my monthly retirement payment check. I also authorize my health care plans and the Benefits Administrative Office to obtain information from health care providers, hospitals and clinics necessary to administer the health care programs and provide services.

Retiree Signature _____     Date: 2/1/2012

| BAO USE ONLY | | | |
|---|---|---|---|
| Medical Codes: Old: _____ | New: _____ | Eff: _____ | BC: _____ | FM Date: _____ |
| Dental Codes: Old: _____ | New: _____ | Eff: _____ | BC: _____ | FM Date: _____ |
| Vision Codes: Old: _____ | New: _____ | Eff: _____ | BC: _____ | FM Date: _____ |

Proc Date _____

Group/Suffix _____

13-53846-tjt    Doc 6834    Filed 08/18/14    Entered 08/18/14 16:52:15    Page 5 of 9

# City of Detroit - Benefits Administration Department
## 2014 Health Care Stipend Appeal Form

Please fill out this form and mail to the address below. Faxes will not be accepted

Name: _THOMAS CATTRON_                    SSN: ███-██-███09
(Please Print)

Address: _13330 VASSAR     DETROIT    MI     48235_

Phone: (313) _861-3492_

Issue Explanation: _THE STIPEND IN LIEU OF PREVIOUSLY PROVIDED HEALTH CARE IS A REDUCTION IN PENSION RIGHTS AND BENEFITS, AND THEREFORE A VIOLATION OF FEDERAL LAW 49 USC 5333(b)(2) AS THE CHANGES BY THE CITY FAIL TO PRESERVE RIGHTS, PRIVILEGES AND BENEFITS REQUIRED BY LAW._

What remedy are you seeking: _CITY TO PAY DIFFERENCE IN MONTHLY HEALTH CARE INSURANCE COST; OR $817.24 PER MONTH. ($1092.86 - $275.62 = $817.24)   REPLY REQUESTED._

Signature: _/ Cattron_                         Date: _3-30-14_

### This appeal should be mailed to:

City of Detroit
Benefit Administration Office
2 Woodward Ave, Room 1026
Detroit, MI 48226
**Attn: STIPEND**

Faxes will not be accepted
Any appeal must be postmarked no later than
March 31, 2014.

---

### Departmental Use Only

Received: _____      Approved: _____   Denied: _____

Notice Sent: ☐ Yes ☐ No

---

# Transit Projects Awarded During Fiscal Year 2011 in Southeast Michigan (Oct. 1, 2010 Through Sept. 30, 2011)

| County | Responsible Agency | Project Description | Project Type | Federal Amount Awarded |
|---|---|---|---|---|
| Livingston | Livingston Essential Transportation Service (LETS) | The Get Around (new transit service) | T-OP | $167,000 |
| Livingston | Livingston Essential Transportation Service (LETS) | Preventive maintenance on buses | T-OP | $279,816 |
| Livingston | Livingston Essential Transportation Service (LETS) | Acquire van | T-CAP | $22,000 |
| Monroe | Lake Erie Transit | Bus replacement | T-CAP | $307,659 |
| Monroe | Lake Erie Transit | Spare Parts | T-OP | $160 |
| Monroe | Lake Erie Transit | Bus Replacement | T-CAP | $202,160 |
| Regional | Michigan Department of Transportation (MDOT) | Ann Arbor-Detroit Commuter Rail: Refurbish up to 24 cab cars and coaches.* | T-CAP | $1,250,000 |
| Regional | Michigan Department of Transportation (MDOT) | Capital and operations expenses of the MichiVan vanpool program (alternative to single-occupant vehicle commuting) | T-CAP, T-OP | $2,255,680 |
| Regional | Southeast Michigan Council of Governments (SEMCOG) | Continue SEMCOG's MIRideshare program (alternative to single-occupant vehicle commuting) | T-OP | $258,898 |
| Regional | Suburban Mobility Authority for Regional Transportation (SMART) | Alternative-Fuel Bus Development | T-CAP | $2,000,000 |
| Regional | Suburban Mobility Authority for Regional Transportation (SMART) | Mobility Management | T-CAP | $230,615 |
| Regional | Suburban Mobility Authority for Regional Transportation (SMART) | Operate new routes (year 1, 2, or 3 depending on route) | T-OP | $857,010 |
| Regional | Suburban Mobility Authority for Regional Transportation (SMART) | Bus shelters (4 projects) | T-CAP | $305,962 |
| Regional | Suburban Mobility Authority for Regional Transportation (SMART) | Preventive maintenance on buses | T-OP | $14,992,181 |
| St. Clair | Blue Water Area Transit | Replace natural gas driven CNG compressor with an electrical CNG compressor | T-CAP | $480,000 |
| St. Clair | Blue Water Area Transit | Rehabilitate buses | T-CAP | $864,000 |
| St. Clair | Blue Water Area Transit | Re-power old compressed natural gas (CNG) buses with more efficient new CNG engines. | T-CAP | $270,000 |
| St. Clair | Blue Water Area Transit | Construct bus wash system | T-CAP | $260,000 |
| St. Clair | Blue Water Area Transit | Upgrade fueling stations | T-CAP | $891,000 |
| St. Clair | Blue Water Area Transit | Compressed natural gas (CNG) equipment | T-CAP | $432,000 |
| St. Clair | Blue Water Area Transit | Maintenance equipment | T-OP | $24,000 |
| St. Clair | Blue Water Area Transit | Acquire service vehicle | T-CAP | $48,000 |

Sources: MDOT Office of Passenger Transportation, SEMCOG.

Page 1 of 2 Pages

Project Type: T-CAP, Transit Capital; T-OP, Transit Operations.

# Transit Projects Awarded During Fiscal Year 2011 in Southeast Michigan (Oct. 1, 2010 Through Sept. 30, 2011)

| County | Responsible Agency | Project Description | Project Type | Federal Amount Awarded |
|---|---|---|---|---|
| Washtenaw | Ann Arbor Transportation Authority (AATA) | Art | T-CAP | $48,400 |
| Washtenaw | Ann Arbor Transportation Authority (AATA) | Outreach and rideshare | T-OP | $455,000 |
| Washtenaw | Ann Arbor Transportation Authority (AATA) | Acquire hybrid buses | T-CAP | $1,697,350 |
| Washtenaw | Ann Arbor Transportation Authority (AATA) | Acquire large buses | T-CAP | $3,784,000 |
| Washtenaw | Ann Arbor Transportation Authority (AATA) | Preventive maintenance on buses | T-OP | $132,635 |
| Washtenaw | Ann Arbor Transportation Authority (AATA) | Acquire small buses | T-CAP | $480,000 |
| Washtenaw | Ann Arbor Transportation Authority (AATA) | Reconstruction of Transfer Center | T-CAP | $1,013,000 |
| Washtenaw | Ann Arbor Transportation Authority (AATA) | Acquire vans for vanpools | T-CAP | $500,000 |
| Wayne | Detroit Department of Transportation (DDOT) | Administration | T-OP | $95,175 |
| Wayne | Detroit Department of Transportation (DDOT) | Lease clean buses to replace older, more polluting buses | T-CAP | $4,563,578 |
| Wayne | Detroit Department of Transportation (DDOT) | Bond repayment | T-CAP | $10,000,000 |
| Wayne | Detroit Department of Transportation (DDOT) | Bus replacement | T-CAP | $1,000,000 |
| Wayne | Detroit Department of Transportation (DDOT) | computer equipment | T-CAP | $690,148 |
| Wayne | Detroit Department of Transportation (DDOT) | Facility improvement | T-CAP | $1,234,530 |
| Wayne | Detroit Department of Transportation (DDOT) | Mobility Management | T-CAP | $728,084 |
| Wayne | Detroit Department of Transportation (DDOT) | Operating | T-OP | $128,486 |
| Wayne | Detroit Department of Transportation (DDOT) | Preventive maintenance on buses | T-OP | $13,877,251 |
| Wayne | Detroit Department of Transportation (DDOT) | Service and Support Vehicles | T-CAP | $325,000 |
| Wayne | Detroit Department of Transportation (DDOT) | Transit Enhancements | T-CAP | $284,108 |
| Wayne | Detroit Department of Transportation (DDOT) | General Planning and Engineering | T-OP | $1,000,000 |
| | | | TOTAL: | $68,434,686 |

*Part of a larger project.

Sources: MDOT Office of Passenger Transportation, SEMCOG.

Project Type: T-CAP: Transit Capital; T-OP: Transit Operations.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CASE NO: 13-53846-SWR
CHAPTER: 9
JUDGE: Hon Steven W Rhodes

City of Detroit, Mich
_Debtor._

## CERTIFICATE OF SERVICE

I hereby certify that on _Aug 18, 2014_ (date of mailing), I served copies as follows:

1. Document(s) served: MOTION TO PARTICIPATE IN THE CONFIRMATION HEARING [DOCKET 6584]

2. Served upon [name and address of each person served]:

    DAVID HEIMAN
    JONES DAY
    911 LAKESIDE AVE
    CLEVELAND OH 44114

FILED
2014 AUG 18 P 3:35
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

3. By First Class Mail.

Dated: 8/18/2014

_____
(Signature of Debtor)

Print Name: THOMAS CATTRON

_____
(Signature of Co-Debtor)

Print Name: _____