UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

In re:                                                                         Chapter 9

City of Detroit, Michigan, Debtor                                  Case No. 13-53846

Jo Ann Watson, Creditor/                                           Hon. Steven W. Rhodes

## Motion requesting to participate at the Confirmation Hearing

a. Name of the witness to present:        Hon. Jo Ann Watson
b. Subject matter of the proposed testimony: Opposition to Bankruptcy & Plan of Adj
c. Expected time duration of the testimony: Fifteen minutes
d. Explanation of why proposed evidence will not be duplicative of other evidence: Witness is only elected official to file objection to bankruptcy filing & believes that Constitutional rights of pensioners and citizens have been violated by the State of MI
e. A list of the exhibits to be offered into evidence during the proposed testimony:
   - The Constitution of the United States
   - The Constitution of the State of Michigan
   - The Charter of the City of Detroit, MI
   - Extraordinary pressure applied to pensioners to approve Plan of Adj & forego their right to legal remedies & no guarantee in 'Grand Bargain'
   - State of MI has withheld hundreds of millions in Revenue Sharing dollars & income tax from non-residents & caused the City to destabilize its revenue-base by prohibiting charter-mandated residency requirement
   - State of MI former Treasurer Andy Dillon demanded that the City approve Consent Agreement Contract with Mackenzie firm; and he is now a contractor with said firm-conflict of interest
   - State of MI demanded that the City "lease" Belle Isle to the State for zero guaranteed revenue, in violation of the MI Constitution
   - Detroit Water Department while under State EM control wrongfully deprived thousands of vulnerable citizens water; in violation of an Affordable Water Program which was authorized by City Council & Mayor in 2005 using resources from $5 million in "late fees", which were segregated from general operating funds and rate-payer accounts

Signed: *Jo Ann Watson*  Date: August 18, 2014--- Hon. Steven Rhodes U.S. Bankruptcy Judge

*Jo Ann Watson*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CASE NO: 13-53846
CHAPTER:
JUDGE: Steven R. Rhodes

Debtor: City of Detroit,

## CERTIFICATE OF SERVICE

I hereby certify that on _Motion to parnest In The Confirmation Hearing_ (date of mailing), I served copies as follows:

1. Document(s) served:

   ONE MOTION TO PARTICIPATE IN Hearing

2. Served upon [name and address of each person served]:

   David Heiman
   Jones Day
   901 Lakeside Ave
   Cleveland, OH 44114

3. By First Class Mail.

Dated: 8/18/2014

(Signature of ~~Debtor~~) Creditor

Print Name: Jo Ann Watson

(Signature of Co-Debtor)

Print Name: _____