# EXHIBIT 1

Proposed Order

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                          :
In re                                     :    Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                :    Case No. 13-53846
                                          :
              Debtor.                     :    Hon. Steven W. Rhodes
                                          :
                                          :
---------------------------------------------------------x

# ORDER, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f), STRIKING IN PART SYNCORA GUARANTEE INC. AND SYNCORA CAPITAL ASSURANCE INC.'S SECOND SUPPLEMENTAL OBJECTION TO THE DEBTOR'S PLAN OF ADJUSTMENT

This matter coming before the Court on the Motion of the City of Detroit, Pursuant to Federal Rule of Civil Procedure 12(f) seeking to strike in part Syncora Guarantee Inc. and Syncora Capital Assurance Inc.'s Second Supplemental Objection to the Debtor's Plan of Adjustment (the "Motion"), filed by the City of Detroit, Michigan (the "City"); the Court having reviewed the Motion and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Section I of Syncora Guarantee Inc. and Syncora Capital Assurance Inc.'s Second Supplemental Objection to the Debtor's Plan of Adjustment is struck from the record.

This Order shall be effective immediately upon its entry.