# EXHIBIT 2

Notice

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

NOTICE OF MOTION AND OPPORTUNITY TO RESPOND

**PLEASE TAKE NOTICE** that on August 18, 2014, the Debtor, City of Detroit, filed its *Motion to Strike in Part Syncora Guarantee Inc. and Syncora Capital Assurance Inc.'s Second Supplemental Objection to the Debtor's Plan of Adjustment* (the "**Motion**") in the United States Bankruptcy Court for the Eastern District of Michigan (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that <u>**your rights may be affected by the relief sought in the Motion. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.**</u>

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Bankruptcy Court to grant the Debtor's Motion, or you want the Bankruptcy Court to consider your views on the Motion, within **17 days**[1] you or your attorney must:

---

[1] Concurrently herewith, the Debtor has filed a motion seeking to shorten the notice period and expedite the hearing, if any, on the Motion. If that motion is granted, the Court will enter an order on the docket setting the deadline to respond to the Motion.

1. File a written objection or response to the Motion explaining your position with the Bankruptcy Court electronically through the Bankruptcy Court's electronic case filing system in accordance with the Local Rules of the Bankruptcy Court or by mailing any objection or response to:[2]

**United States Bankruptcy Court**
Theodore Levin Courthouse
231 West Lafayette Street
Detroit, MI 48226

You must also serve a copy of any objection or response upon:

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

-and-

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539

-and-

Robert Hertzberg
Deborah Kovsky-Apap
Pepper Hamilton LLP

---

[2] A response must comply with F. R. Civ. P. 8(b), (c) and (e).

Suite 1800, 4000 Town Center
Southfield, Michigan 48075

2. If an objection or response is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**PLEASE TAKE FURTHER NOTICE that if you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting such relief.**

**[signature page follows]**

Dated: August 18, 2014   Respectfully submitted,

        David G. Heiman (OH 0038271)
        Heather Lennox (OH 0059649)
        JONES DAY
        North Point
        901 Lakeside Avenue
        Cleveland, Ohio 44114
        Telephone: (216) 586-3939
        Facsimile: (216) 579-0212
        dgheiman@jonesday.com
        hlennox@jonesday.com

        Bruce Bennett (CA 105430)
        JONES DAY
        555 South Flower Street
        Fiftieth Floor
        Los Angeles, California 90071
        Telephone: (213) 243-2382
        Facsimile: (213) 243-2539
        bbennett@jonesday.com

        /s/ Deborah Kovsky-Apap
        Robert S. Hertzberg (P30261)
        Deborah Kovsky-Apap (P68258)
        PEPPER HAMILTON LLP
        4000 Town Center, Suite 1800
        Southfield, MI 48075
        Telephone: (248) 359-7300
        Facsimile: (248) 359-7700
        hertzbergr@pepperlaw.com
        kovskyd@pepperlaw.com

        ATTORNEYS FOR THE CITY