# **EXHIBIT 4**

Certificate of Service

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

## SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

## <u>CERTIFICATE OF SERVICE</u>

I, Deborah Kovsky-Apap**,** hereby certify that the *Motion of the City of Detroit to Strike in Part Syncora Guarantee Inc. and Syncora Capital Assurance Inc.'s Second Supplemental Objection to the Debtor's Plan of Adjustment* was filed and served via the Court's electronic case filing and noticing system on this 18th day of August, 2014.

/s/ Deborah Kovsky-Apap
Deborah Kovsky-Apap (P68258)