# **EXHIBIT 6-A**



**To:**
**Cc:**
**Bcc:**
**Subject:** Fw: 13-53846 Detroit Bankruptcy Mediators' Disclosure Letter

| | |
|---|---|
| From: | Linda Hylenski/MIED/06/USCOURTS |
| To: | ahansen@honigman.com, alfredo.perez@weil.com, aoreilly@honigman.com, Artpl@degc.org, bbest@schaferandweiner.com, bceccotti@cwsny.com, bfrey@manteselaw.com, bpatek@ermanteicher.com, BellM1@michigan.gov, candres@gklaw.com, carlson@millercanfield.com, carol.cohen@arentfox.com, carole.neville@dentons.com, cash@wnj.com, claude.montgomery@dentons.com, czucker@ermanteicher.com, david.dubrow@arentfox.com, david.lemke@wallerlaw.com, dbeckwith@fosterswift.com, dcopley@dickinsonwright.com, deisenberg@ermanteicher.com, dfish@allardfishpc.com, dgheiman@jonesday.com, dweiner@schaferweiner.com, eerman@ermanteicher.com, efeldman@clarkhill.com, ejessad@wwrplaw.com, enovetsky@jaffelaw.com, flanchers@michigan.gov, gmantese@manteselaw.com, green@millercanfield.com, hertzbergr@pepperlaw.com, hlennox@jonesday.com, horowitzr@gtlawlaw.com, howard.hawkins@cwt.com, howard@jacobweingarten.com, iwilliamson@manteselaw.com, james.sprayregen@kirkland.com, jared.clark@bingham.com, jbelveal@honigman.com, jbjork@sidley.com, jcalton@honigman.com, jgadharf@mcdonaldhopkins.com, jrossman@mwe.com, jstuckey@dickinsonwright.com, jwagner@kramerlevin.com, kelly.diblasi@weil.com, kovskyd@pepperlaw.com, kraiguel@berkre.com, kressk@pepperlaw.com, laplante@millercanfield.com, llarose@winston.com, lrochkind@jaffelaw.com, mark.angelov@arentfox.com, marriott@ballardspahr.com, mchammer2@dickinsonwright.com, mike.pasley@wallerlaw.com, mkato@sachswaldman.com, mrj@wwrplaw.com, mrjames@wwrplaw.com, ncoco@mwe.com, Nganatra@uaw.net, pcanzano@sidley.com, pellsworth@dickinsonwright.com, phage@jaffelaw.com, rdiehl@bodmanlaw.com, rgordon@clarkhill.com, ryan.benett@kirkland.com, sam.alberts@dentons.com, sdeeby@clarkhill.com, sfarrell@dykema.com, sgross@mcdonaldhopkins.com, sgrow@wnj.com, showell@dickinsonwright.com, skhanna@berkre.com, skohn@winston.com, slevine@lowenstein.com, stephen.hackney@kirkland.com, stoby@dykema.com, summersm@ballardspahr.com, swahl@schiffhardin.com, swansonm@millercanfield.com, tgraves@allardfishpc.com, tmayer@kramerlevin.com, tscherer@berkere.com, wsmith@mwe.com, |
| Date: | 09/09/2013 04:08 PM |
| Subject: | 13-53846 Detroit Bankruptcy Mediators' Disclosure Letter |

Attached please find a Disclosure Letter from the Detroit Bankruptcy Mediators.


Disclosure Letter.pdf


Linda S. Hylenski
Law Clerk to Chief Judge Gerald E. Rosen
U.S. District Court, Eastern District of Michigan
(313) 234-5138