# **EXHIBIT 6-B**



**Fw: 13-53846 Detroit Bankruptcy Mediators' Disclosure Letter**
Linda Hylenski   to: Mike.Paslay, tscherer, ryan.bennett, horowitzr   09/09/2013 04:29 PM

| | |
|---|---|
| From: | Linda Hylenski/MIED/06/USCOURTS |
| To: | Mike.Paslay@wallerlaw.com, tscherer@berkre.com, ryan.bennett@kirkland.com, horowitzr@gtlaw.com, |

Counsel, I am forwarding this to you because as originally addressed to you, your email addresses were misspelled. My apologies. The mail list has now been corrected.

Linda S. Hylenski
Law Clerk to Chief Judge Gerald E. Rosen
U.S. District Court, Eastern District of Michigan
(313) 234-5138

----- Forwarded by Linda Hylenski/MIED/06/USCOURTS on 09/09/2013 04:24 PM -----

| | |
|---|---|
| From: | Linda Hylenski/MIED/06/USCOURTS |
| To: | ahansen@honigman.com, alfredo.perez@weil.com, aoreilly@honigman.com, Artpl@degc.org, bbest@schaferandweiner.com, bceccotti@cwsny.com, bfrey@manteselaw.com, bpatek@ermanteicher.com, BellM1@michigan.gov, candres@gklaw.com, carlson@millercanfield.com, carol.cohen@arentfox.com, carole.neville@dentons.com, cash@wnj.com, claude.montgomery@dentons.com, czucker@ermanteicher.com, david.dubrow@arentfox.com, david.lemke@wallerlaw.com, dbeckwith@fosterswift.com, dcopley@dickinsonwright.com, deisenberg@ermanteicher.com, dfish@allardfishpc.com, dgheiman@jonesday.com, dweiner@schaferweiner.com, eerman@ermanteicher.com, efeldman@clarkhill.com, ejessad@wwrplaw.com, enovetsky@jaffelaw.com, flanchers@michigan.gov, gmantese@manteselaw.com, green@millercanfield.com, hertzbergr@pepperlaw.com, hlennox@jonesday.com, horowitzr@gtlawlaw.com, howard.hawkins@cwt.com, howard@jacobweingarten.com, iwilliamson@manteselaw.com, james.sprayregen@kirkland.com, jared.clark@bingham.com, jbelveal@honigman.com, jbjork@sidley.com, jcalton@honigman.com, jgadharf@mcdonaldhopkins.com, jrossman@mwe.com, jstuckey@dickinsonwright.com, jwagner@kramerlevin.com, kelly.diblasi@weil.com, kovskyd@pepperlaw.com, kraiguel@berkre.com, kressk@pepperlaw.com, laplante@millercanfield.com, llarose@winston.com, lrochkind@jaffelaw.com, mark.angelov@arentfox.com, marriott@ballardspahr.com, mchammer2@dickinsonwright.com, mike.pasley@wallerlaw.com, mkato@sachswaldman.com, mrj@wwrplaw.com, mrjames@wwrplaw.com, ncoco@mwe.com, Nganatra@uaw.net, pcanzano@sidley.com, pellsworth@dickinsonwright.com, phage@jaffelaw.com, rdiehl@bodmanlaw.com, rgordon@clarkhill.com, ryan.benett@kirkland.com, sam.alberts@dentons.com, sdeeby@clarkhill.com, sfarrell@dykema.com, sgross@mcdonaldhopkins.com, sgrow@wnj.com, showell@dickinsonwright.com, skhanna@berkre.com, skohn@winston.com, slevine@lowenstein.com, stephen.hackney@kirkland.com, stoby@dykema.com, summersm@ballardspahr.com, swahl@schiffhardin.com, swansonm@millercanfield.com, tgraves@allardfishpc.com, tmayer@kramerlevin.com, tscherer@berkere.com, wsmith@mwe.com |
| Date: | 09/09/2013 04:08 PM |
| Subject: | 13-53846 Detroit Bankruptcy Mediators' Disclosure Letter |

Attached please find a Disclosure Letter from the Detroit Bankruptcy Mediators.



Disclosure Letter.pdf

Linda S. Hylenski