UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
(DETROIT)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | CASE NO.: 13-53846 |
| | ) | |
| Debtor. | ) | CHAPTER 9 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |

**ORDER GRANTING STIPULATION REGARDING SECTION 943(b)(3) BRIEFING**

This matter coming before the Court on the *Stipulation Regarding Section 943(b)(3) Briefing* (the "**Stipulation**"); and the Court, being fully advised in the premises and finding that just cause exists for granting the relief requested in the Stipulation, concludes that the Stipulation is due to be **GRANTED**.

**WHEREFORE**, based upon the foregoing, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that the deadline for the DWSD Trustee to file a brief regarding the Court's authority to determine the reasonableness of the DWSD Trustee's fees and expenses under 11 U.S.C. § 943(b)(3) is extended from August 18, 2014, to September 2, 2014.

**Signed on August 19, 2014**

                                                    /s/ Steven Rhodes
                                                  Steven Rhodes
                                                  United States Bankruptcy Judge