UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
:
In re                                    :    Chapter 9
:
CITY OF DETROIT, MICHIGAN,               :    Case No. 13-53846
:
      Debtor.                            :    Hon. Steven W. Rhodes
:
:
-------------------------------------------------- x

**ORDER SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING WITH RESPECT TO THE CITY OF DETROIT'S MOTION TO STRIKE IN PART SYNCORA GUARANTEE INC. AND SYNCORA CAPITAL ASSURANCE INC.'S SECOND SUPPLEMENTAL OBJECTION TO THE DEBTOR'S PLAN OF ADJUSTMENT**

This matter having come before the Court on the *Ex Parte* Motion for an Order Shortening Notice and Scheduling an Expedited Hearing with Respect to The City of Detroit's Motion to Strike in part Syncora Guarantee Inc. and Syncora Capital Assurance Inc.'s Second Supplemental Objection to the Debtor's Plan of Adjustment (the "*Ex Parte Motion*");[1] the Court having reviewed the *Ex Parte* Motion and, after due deliberation, having determined that (i) it has jurisdiction over this matter, (ii) this matter is a core proceeding, (iii) sufficient cause exists to reduce the notice period with respect to the Motion to Strike and schedule an

---

[1] Capitalized terms not otherwise defined herein have the meaning given to them in the *Ex Parte* Motion.

expedited hearing thereon and (iv) the relief requested in the *Ex Parte* Motion is fair, equitable and in the best interests of the City, its creditors and other parties in interest;

It is hereby ORDERED that:

1. The *Ex Parte* Motion is GRANTED.

2. Any objection to the Motion to Strike must be filed and served no later than August 22, 2014.

3. If any objection is filed, a hearing with respect to the Motion to Strike will be held on August 25, 2014 at 9:00 a.m. Eastern Time before the Honorable Steven Rhodes in Courtroom 236 at 231 W. Lafayette Blvd, Detroit, Michigan 48226.

.

**Signed on August 19, 2014**

                                                 /s/ Steven Rhodes
                                                 **Steven Rhodes**
                                                 **United States Bankruptcy Judge**