UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


FILED
2014 AUG 18 P 3: 25
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

/

## Objecting Creditor, Thomas J. Cipollone's
## Supplemental Objections and Issues Relating to Confirmation

Claimant and Creditor, Thomas J. Cipollone, renews, incorporates by reference and supplements his objections and issues filed with this Court on July 11, 2014 as follows:

Subsequent to the deadline for objections to the Fourth Amended Plan, as amended, the Debtor, City of Detroit, has improperly sought to provide an unfair and illegal preference, as recent as August 14, 2014, by allowing certain employees, and not others, to use the time accumulated in their Sick Leave bank as part of their Average Final Compensation for pension purposes.

The Debtor, City of Detroit has improperly amended its Plan of Adjustment after creditors voted for the Fourth Amended Plan of Adjustment, because creditors must be allowed to vote on each change or amendment to the Plan of Adjustment which affects them.

The above actions by the Debtor, City of Detroit violate the United States Constitution, the United States Bankruptcy Code, United States Statutes and the Code of Federal Regulations, the Michigan Constitution, Michigan Statutes and Regulations; and, common law, case law, treatises, evidence (i.e., depositions and admissions), secondary legal authority related to this case and the above primary authority, as well as records on file with this Court.

Signature: *Thomas J. Cipollone*
Printed Name: THOMAS J. CIPOLLONE
Address: 49850 Joy Road
Plymouth, MI 48170
Phone: 313-582-1898

Dated: August 18, 2014