Exhibit A

FILED
2014 AUG 18 P 3:54
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CITY OF DETROIT, MICHIGAN

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven W. Rhodes

Debtor.
_____/

MOTION FOR/TO Participate at the Confirmation Hearing

NOW COMES creditor, and brings this motion for/to Participate at Confirmation Hearing
_____. In support of creditor's (s)'s motion, creditor states the following

[state the facts]: Need to question the ER manager Kevyn Orr, or his representative

1. CITY OF DETROIT'S Attorney(s) or designee on the subjects:
   A. property transfers and purchases, especially private property;
   B. Public hearings. Fiduciary responsibility of Receiver to have them.

2. _____

3. creditors requests five minutes for each request or topic above, Also, I request to use my two exhibits (OA, and a petition) to question the attorney(s) for CITY OF DETROIT or ER manager's representative

WHEREFORE, creditor requests this Court to consider creditors Motion for/to Participate in the Confirmation Hearings and afford creditor what further relief this Court deems equitable and just. A copy of a proposed Order is attached hereto.

Dated: August 18, 2014

Respectfully submitted, all rights reserved at Common Law, UCC 1-103.6
Deborah Lela Moore, EI©
(creditor's Signature)
Print Name: Deborah Lela Moore, EI©

(Co-Debtor's Signature)
Print Name: _____

## Fraudulent Conveyance of Properties

ON THE RECORD, TO LET THE RECORD SHOW that Deborah Lela Moore, a natural woman, over the age of 21 is a flesh and blood, sentient being who is competent to state the facts herein and in making a legal determination for herself.

Being prompted to write this document because of a series of events concerning Detroit Medical Center, its employees, contractors or vendors. An incident occurred on August 2, 2014 in the front gate of properties owned by Deborah Lela Moore, El and Bilal Hajj involving a Detroit Medical Center security guard James Martin and his fellow officer Shelly. The incident was an assault, intimidation. Threatening remarks were spoken by the officer whereby I was told to vacate my own property and that you don't own the property "Not anymore," According to officer James Martin. During and in the process of leaving under threat, duress and coercion he said to me several times "Our lawyers will call you about this" incident, when I asked for proof of ownership by DMC. The following Tuesday August 6, 2014 I received a call from DMC Chief of Security Mr. Richard McCarty who also said that the attorneys would send us something in the mail as to their ownership of properties 320, 308 and 314 Mack. In either case I have not received a phone call from their attorneys or mailing from them with proof of the "DMC" ownership.

### FIFTH AMENDMENT VIOLATIONS

On what grounds is the CITY OF DETROIT, and REALPROPCO, LLC basing the purported acquisition of the properties 320, 308 Mack on? If the attempted acquisition and attempted transfer are based on a Public Hearing, September 5, 2013 at 10:15 where I was not present and where I was not given NOTICE of the critical discussion to "Consider the proposed transfer of 308 and 320 Mack Avenue to REALPROPCO, LLC," then the proposed transfer would be a fraudulent transfer and would be a fraudulent acquisition. Neither I nor any representative of the Ahmose Math Academy were present to hear the information that was presented concerning our property, we had no Due Process--a clear violation of the Fifth Amendment.

After the DMC security guard had approached me, towards the end of the incident he said that we would get a phone call from the DMC attorneys to explain why "You are no longer the owner." of the properties that we have title to. We have not received any proof of this claim by DMC security thus far.

How did REALPROPCO become a grantor for, or acquire principal property 320 Mack in order for it to "transfer" the property to VHS, CHILDREN'S HOSPITAL that is under the domain of the DETROIT MEDICAL CENTER? Any claim of transfer and acquisition of the property 320 Mack with its appurtenances 314 and 308 Mack was an attempt to claim properties without compensation and was an attempt to deny the Secured Party of its knowledge of the proposed sale by putting it beyond its reach and thus deny the Creditor and lawful owner Deborah Lela Moore and Bilal Hajj of their Just Compensation. This attempt is a *Taking Without Compensation*-a clear violation of **the 5th. Amendment to the U.S. Constitution**. If we did not participate in the decision making process at the "Public Hearing" for the proposed transfer of 308 and 320 Mack to REALPROPCO, LLC, then the transfer and purported acquisition is still a proposal. Let the record show that Deborah Lela Moore, El©, the AHMOSE MATH ACADEMY and Bilal Hajj do and did not give our consent or assent to the CITY OF DETROIT, REALPROPCO, LLC and VHS, CHILDREN'S HOSPITAL-DMC to purchase, acquire or to transfer the properties of 320, 308 and 314 Mack.

### DETROIT: INSOLVENT DEBTOR

Under the auspices of the "Emergency Manager" for the CITY OF DETROIT any sale, proposed sale, acquisition or transfer of land or premises is Null and Void. Under the assumed approval of this Emergency Manager these purported transfers of 320, 314 and 308 Mack are malafide because they do not have the consent and approval of the people of the CITY OF DETROIT. On two separate occasions the people of this City elected to strike down the public acts that created the position of Emergency Manager who would purportedly approve all land transfers. Also, six hundred objections were filed in United States District Court by the people of this city, to the Bankruptcy filing for the CITY OF DETROIT. Additionally, six (6) lawsuits are pending in the U.S. District Court against the Bankruptcy filing and the two "Public Acts" that Detroit's Emergency Manager was appointed under. If this purported land transfer of 308, 314 and 320 Mack was given approval by Kevin Orr, it does not have the approval of the people of the CITY OF DETROIT. This proposal discussed at a "Public Hearing" where the lawful owners of the subject property did not receive notice of, is an attempt to defraud them (the proper owners who are Secured Creditors) out of their land. Note that the CITY OF DETROIT as an insolvent debtor (according to Black's Law Dictionary, 1st. edition) cannot transfer property without the transfer being a Fraudulent Conveyance (**Fraudulent Conveyance Act**). Even if Kevyn Orr did approve the supposed land transfer to CITY OF DETROIT, REALPROPCO,LLC, VHS-CHILDREN'S HOSPITAL OF MICHIGAN Public Act 436 and Public Act 4 were twice voted down. The Emergency Manager's position that enabled Kevyn Orr to approve or disapprove land purchase and transfer, was created under these "Public Acts."

SLANDER OF TITLE

We charge Slander of Title because the filing of this false claim (QCD #2013448768, Liber 51133) by non-owners of 320 Mack, 308 Mack and 314 Mack discredits and detracts from the reputation of the lawful owners of the properties. Ahmose Math Academy with its director, secretary and board members have submitted Development Plans, Architectural Plans, performed legal research, solicited bids, performed regular maintenance and supervised installations on said properties and did consistent security for fourteen year until the present time. The false statements on the Quit Claim Deed #2013448768 purportedly transferring ownership from non-owners such as: CITY OF DETROIT to REALPROPCO, LLC to VHS-CHILDREN'S HOSPITAL OF MICHIGAN under the DETROIT MEDICAL CENTER, are malicious and vexing to the proper owners Deborah Lela Moore, El and Bilal Shabazz Hajj.

The person who moderated the "Public Hearing" for the proposed, fraudulent transaction has a history of poor relationships with some of the residents in Brush Park where said land is located. James Marusich of Planning and Development Department who took the lead at the Hearing on September 5, 2013 in the attempted transfer and attempted purchase of the Mack properties has had a history of poor and contentious relations with the vested owners of title to the Mack properties. This disparagement of title has the intent to injure the lawful owners and to vex them. For example, after the title to 320, 308 was awarded to Ahmose Math Academy (Detroit City Council, 2003) James Marusich was found making damaging statements to the architects who were working on Development Plans for the properties. He tried to encourage the University of Detroit-Mercy architect not to draw up plans for the Ahmose Math Academy. He was subsequently disciplined by his superiors for this disparaging behavior towards the UD Mercy architect. "False and malicious statements are an essential part of Slander of Title." (Black Law dictionary, 5th edition). The false statements written on the QCD from REALPROPCO and filed in the Register of Deeds office on October 25, 2013 attempts to cloud title and to cut the extent of title to the estate of the vested owners Moore and Hajj.

DEPRIVATION OF RIGHTS UNDER COLOR OF LAW: 18 U.S.C. § 242 :

The actions taken by James Marusich on September 5, 2013 ( DETROIT CITY COUNCIL, PLANNING and ECONOMIC DEVELOPMENT COMMITTEE) and those taken by David Manardo on October 25, 2013 (REAL PROPCO, LLC) greatly impacts African-Americans in this City. On the face of the QUIT CLAIM DEED, Inst: 2013448768 it appears legitimate, however, upon close examination and subsequent research by the owners Moore and Hajj, the instrument is Color of Law for all the reasons stated above. According to the United States Code #18, section 242:

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years... .

Not only did the actions taken by James Marusich of P&DD and actions taken by David Manardo of REALPROPCO, LLC attempt to deprive us of our rights, they assume that African-Americans do not have the right to own property. This is a violation of Article 17 of the Universal Declaration of Human Rights, which states:

Art. 17, (1) Everyone has the right to own property alone as well as in association with others.
    (2) No one shall be arbitrarily deprived of his property

The actions taken by all Caucasian males at the table of the Public Hearing on September 5, 2014 where the vested owners Moore and Hajj (indigenous people) did not receive notice of, also deprived them of their Indigenous Rights. Indigenous People inhabited this great city "Yondotega" called by the Indians, long before Antoine De La Mouth Cadillac arrived at the shores of the Detroit River. According to the Indigenous Peoples' Rights Act-1997:

1. Indigenous peoples have the right to the lands, territories and resources which they have traditionally owned, occupied or otherwise used or acquired.
2. Indigenous peoples have the right to own, use develop and control the lands, territories and resources that they possess by reason of traditional ownership or other traditional occupation or use, as well as those they have otherwise acquired.

What prompted James Marusich to take the step of holding a "Public Hearing" and offering up a series of parcels that did not belong to the DETROIT ECONOMIC DEVELOPMENT nor did the land belong to REALPROPCO, LLC may have been a 2012/2013 attempted Fraudulent Judicial Proceeding (case #11-015398-CH)initiated by John Nader of the CITY OF DETROIT CORPORATION COUNSEL and refereed by Judge Annette Berry.

During that year the CITY OF DETROIT CORPORATION COUNCIL along with judge Annette Berry made three attempts to hold judicial hearing involving the purported sale of 320 Mack but none of the hearing every materialized because the CITY OF DETROIT attorney Mr. John Nadar continuously scheduled then rescheduled the hearing in the Third Judicial Court but he never showed up. The final proceeding that was supposed to occur to claim that Deborah Moore and Bilal Hajj were no longer the owners of the properties 320 Mack, 308 Mack and 314 Mack. The court clerk never even had the hearing scheduled. Consequently, I and the members of the Academy voided the voidable Development Agreement that the City attorney was basing his malicious actions on. Additionally, the offer that Judge Berry put forth regarding the said land was also voided because the offer was unconscionable (Uniform Commercial Code 2-302)

Consequently, based on the facts, evidence and research concerning the above stated matter we declare the Quit Claim Deed #2013448768 initiated by the DETROIT CITY COUNCIL, PLANNING & ECONOMIC DEVELOPMENT COMMITTEE offered by James Marusich, executed and signed by David Manardo of REALPROPCO, LLC and purportedly purchased by VHS-CHILDRENS HOSPITAL (DMC), to be a bogus deed, malicious in its intent and a violation of the rights to land by African-Americans.

_All rights reserved at Common Law_
_without prejudice, UCC 1-207_
Deborah Lele Moore, El

Witnesses:

_[signature] Abdul (Halim D)_
_[signature] Bennett El_
_Eloheem Tekkeel-El_
_[signature] M. [illegible]_

STATE OF MICHIGAN
　　　　} ss jurat
COUNTY OF WAYNE

Notary: subscribed and sworn to in the county of ___Wayne___ before me this ___16___ day of ___August___, A.D., ~~2013~~ 2014

_[signature]_
signature of Notary

witness my seal

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: CITY OF DETROIT, MICHIGAN

Debtor.

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2014 (date of mailing), I served copies as follows:

1. Document(s) served: ① Motion - To Participate at Confirmation Hearing
   ② Affidavit - Fraudulent Conveyance of Properties doc. 5988

2. Served upon [name and address of each person served]:

   Jones Day, Law Firm
   c/o: David Heiman
   901 Lakeside Avenue
   Cleveland, Ohio
   44114

   FILED 2014 AUG 18 P 3:54 U.S. BANKRUPTCY E.D. MICHIGAN-DETROIT

3. By First Class Mail.

Dated: August 18, 2014

all rights reserved at Common Law, UCC 1-103.6
Deborah Lela Moori, El©
(Signature of creditor)

Print Name: _____

_____
(Signature of Co-      )

Print Name: _____