UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT
SOUTHERN DIVISION

FILED (I)

2014 AUG 18 P 4:09

Lula Millender
Creditor/objector

Chapter 9
Case #13-53846
Judge Steven W. Rhodes

V.

In re: City of Detroit, Michigan and
Emergency Manager Kevin Orr
        Debtor/City of Detroit

## Motion to Object to the 5th Amendment Plan of Adjustment Confirmation

**I. Subject Matter:** Now comes, the Creditor/objector Lula Millender, Doc. 5910, objecting to the proposal to issue bond notes to provide income to support future bond payments for retirees' health care benefits (OPEB). The amount of the note to be provided to the Detroit General VEBA by the City of Detroit to provide benefits over the long term as the City began providing to retirees and surviving beneficiaries in March 2014 is unknown, wherefore it does not meet USC 1129 a (3), therefore the Plan of Adjustment should not be confirmed.

**II. The proposed evidence** is not duplicative of other evidence and no one in Class 11 has made this argument exclusively.

**III. Witnesses:**
Emma Holden
Belinda A. Meyer-Florence
I reserve the right to amend the witness list as may be necessary.

**IV. Time** 15-30 minutes

**V. List of Exhibits:**
A. The 5th Amendment Plan of Adjustment, pg 38-39, 53, Article II, Article IX
B. Comparison Chart of Past and Present Cost of Health Benefits for retirees under 65
C. Comparison Chart of Past and Present Co-pays for Retirees 65 and older

Respectfully Submitted
*Lula Millender*
Lula Millender
Retiree/Creditor
3763 Buena Vista
Detroit, 48238
313-491-4819

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit

CASE NO: 13-53846
CHAPTER: Chapter 9

Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on 8/14/14 (date of mailing), I served copies as follows:

1. Document(s) served:

   Motion to object to 5th Amended Plan of Adjustment and all correction

2. Served upon [name and address of each person served]:

   David Heiman
   Jones Day
   901 Lakeside Ave
   Cleveland, Ohio 44114

3. By First Class Mail.

Dated: 8/18/2014

(Signature) Yvonne W. Jones

Print Name: Yvonne Williams Jones