| | |
|---|---|
| In Re: FILED (I) | Chapter 9 |
| City of Detroit, Michigan AUG 18 P 4:01 | Case No. 13-153947 |
| Debtor U.S. ... COURT E.D. ... DETROIT | Hon. Judge Steven Rhodes |
| Gloria D. Jones | **ORIGINAL COPY** |
| 15403 Baylis | |
| Detroit, MI 48238 | |
| 313 218 1170/ | |

## MOTION TO PARTICIPATE

1. Witnesses to be presented:

    a. Gloria D. Jones

    b. Billy Sercy

    c. Witness list to be amended.

2. Subject of Testimony:

    a. Witness' Medical Bills generated as the result of City of Detroit loss of Medical Coverage,

    b. Lack of Medical Insurance affordability,

    c. Multiple duplicated Official Voting Ballots, Ballots being sent to wrong recipient,

d. Duplicate retirement payments to patrons for month of August, and

   e. Video Tape, "Math of Destruction."

3. Evidence is not duplicative because Medical Bills incurred by witness are new issue, voting ballot new issue and Math used to place Detroit into Bankruptcy has not been at issue by this Court, but each issue listed is as a direct result of the City of Detroit Bankruptcy.

4. Expected time of Testimony, approximately 30 minutes or time allowed by this Court.

5. Evidence to be submitted:

   a. Medical Bills

   b. MI Bridges Denial Letter

   c. Multiple Duplicated Voting Ballots

   d. Miss Classified Voting Ballot

   e. Math of Destruction video tape.

   f. Witness' unfiled, In Pro Se Brief/Letter to Judge Rhodes

*Gloria Jones*

5-18-2014

Gloria Jones

Debtor

313 218 1170

Gjones1762@comcast.net

FILED (I)

2014 AUG 18 P 4: 01

U.S. [BANKRUPTCY COURT]
E.D. MICHIGAN

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit
Gloria D. Jones
Debtor.

CASE NO: 13-153947
CHAPTER: 9

### CERTIFICATE OF SERVICE

I hereby certify that on 5-18-2014 (date of mailing), I served copies as follows:

1. Document(s) served: Motion To Participate

2. Served upon [name and address of each person served]: U.S. District
   Jones Day - David Heiman
   901 Lakeside Ave
   Cleveland, OH 44114    1st Class Mail

3. By First Class Mail.

Dated: 5-18-2014

(Signature)

Print Name: Gloria Jones