# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# **TRANSCRIPT ORDER FORM**

EXPEDITED TRANSCRIPT REQUEST

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name _____

Firm _____

Address _____

City, State, Zip _____

Phone _____

Email _____

**Case/Debtor Name:**

**Case Number:**

**Chapter:**

**Hearing Judge** _____

  X   Bankruptcy       Adversary

'''  **Bankruptcy**    **Adversary**

    **Appeal**   **Appeal No:** _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** _____  **Time of Hearing:** _____  **Title of Hearing:** _____

Please specify portion of hearing requested:  '''**Original/Unredacted** '''''**Redacted** '''''''**Copy** *2nd Party)

   Entire Hearing      Ruling/Opinion of Judge      Testimony of Witness      Other

Special Instructions: _____

---

**Type of Request:**

EXPEDITED TRANSCRIPT REQUEST

  X   EXPEDITED Transcript  - $4.85 per page/7 days

"""""""""CD - $30; FTR Gold format"/"You must download the free
"""FTR Record Player™ onto your computer from
""""""""""""""""""""""""""""""y y y 0ħti qrf œqo "

**Signature of Ordering Party:**

_____ Date: _____

By signing, I certify that I will pay all charges upon completion
of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
                    Date       By

Order Received:

Transcript Ordered

Transcript Received