City of Detroit
Chapter 9
Case No. 13-53846
Honorable Steven W. Rhodes

FILED

2014 AUG 18 P 3: 59

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

Dempsey Addison

## Objection to City's Plan of Adjustments including all the Amendments Filed to the "Plan" Regarding Bankruptcy

1. The City of Detroit purposely catalyzed the bankruptcy and has the means and resources to meet its financial obligations.
2. Pension benefits including health and COLA are protected by the Constitution of the State of Michigan.
   a. Retirees and Current City of Detroit Employees do not have the authority to cut pensions, health care, and COLA of other retirees.
   b. Pensions cannot be diminished nor impaired.
   c. The flawed election for retirees and city workers to vote on altering the pensions of others was illegal, unfair, unjustified and divisive.
3. The City of Detroit devised an illegal plan to divert pension dollars for other projects.
   a. Current and future debt obligations. Pension Obligation Certificates.
4. Retirees are creditors. They are not debtors.
   a. The General Retirement System was healthy when the City filed bankruptcy.

Dempsey Addison

265 East Ferry Street

Detroit, Michigan 48202

Theda3t@yahoo.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2014 , I filed a Motion requesting Participation in the Confirmation Hearing for Creditors Who Filed Objections Without An Attorney. I also certify that on August 18, 2014, I served parties serving as Attorneys for the City of Detroit as noted on the Court's website by placing these documents in a US mail box in the City of Detroit, Michigan. I declare the foregoing statement to be true to the best of my information, knowledge and belief.

FILED

2014 AUG 18 P 3:59

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

By: _Dempsey Wells_
~~Constance M. Phillips~~
City of Detroit Retiree
Court Assigned No. 2980
~~2720 E. Lafayette #103~~
Detroit, Michigan
265 E. Ferry St

Dated: August 18, 2014