Form ntchrg

211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
　City of Detroit, Michigan
　2 Woodward Avenue
　Suite 1126
　Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
　38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 716, 231 W. Lafayette, Detroit, MI 48226** on **9/2/14** at **08:30 AM** to consider and act upon the following:

*6787* – Motion to Exclude the Testimony of Kenneth A. Buckfire Regarding Creditor Recoveries Upon Dismissal of the Bankruptcy Case Filed by Interested Parties Syncora Capital Assurance Inc., Syncora Guarantee Inc. (Attachments: # 1 Exhibit 1 − Proposed Order # 2 Exhibit 2 − Notice of Motion and Opportunity to Object # 3 Exhibit 3 − None [Brief Not Required] # 4 Exhibit 4 − None [Separate Certificate of Service to be Filed] # 5 Exhibit 5 − Affidavits [Not Applicable] # 6 Exhibit 6−A − Expert Report of Kenneth Buckfire In Support of City of Detroit's Plan of Adjustment # 7 Exhibit 6−B − July 16, 2014 K. Buckfire Deposition Transcript # 8 Exhibit 6−C − July 14, 2014 R. Cline Deposition Transcript # 9 Exhibit 6−D − July 22, 2014 K. Orr Deposition Transcript # 10 Exhibit 6−E − July 23, 2014 C. Moore Deposition Transcript) (Hackney, Stephen)

*6826* – Motion / Financial Guaranty Insurance Company's Motion to Exclude the Opinion of Kenneth Buckfire Regarding Plan Treatment Compared to Treatment Upon Dismissal Filed by Creditor Financial Guaranty Insurance Company (Perez, Alfredo)

Dated: 8/19/14

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　　　　　　Katherine B. Gullo
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　　　　　BY: christine sikula
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk