(Why Havent I Been given all the money the creditors owes Sheryl Davis & when am I going to get it)

# United States Bankruptcy Court

District of Michigan

Page 1

In re City of Detroit,
Debtor

& City of Detroit

Case No. 13-53-846

Chapter 9

Sheryl Davis is a victim of Fradulent activities in Michigan & United States due to subtities against Her Life

(All these Lies so they Coun Keep Sheryl Davis Money)

OBJECTION

- Detroit Art Musuem owes & pays the crediters where is my money creditors & city suppose to have been paid me but still havent
- Sheryl Davis case No. 13-53846
- Has serious permanent & severe Bodily Injuries
- Have been Injured worse than all the rest of those people several times in Michigan this isn't 1st time since she 1st came to Detroit Michigan until the present Is a victim of
- Domestic violence Identity theft Identity Fraud and all the Frauds & scams & Mail theft & more also
- She Doesn't owe them anything they owe her zillions for wrongdoings done to her life all these
- Accidents etc was because of the fault of others not Sheryl Davis caused all accidents etc to occur due to subtities against her life to Injure Her
- Harassment by all Debt collectors in city of Detroit & state of Michigan, & the United States
- All these Assumptions Mistakes & Lies to keep from

- Would like to be notified about all Hearings so I can be there

(Why Haven't I Been given all the Money the creditors & city of Detroit owes sheryl Davis & when am I going to get it)

# United States Bankruptcy Court
District of __Michigan__

Page 2

In re __City of Detroit, etc__
     Debtor

Case No. __13-53-846__

Chapter __9__

- (Being treated Badly & unfairly IN Detroit Michigan)
- sheryl Davis 6483 Colfax Detroit Michigan 48210
- objection cause there destroying all my paperwork & Making False Statements on all my records entire record so they won't have to pay sheryl Davis & others
- all the money the city of Detroit owes sheryl Davis me so they can keep it for themselves sheryl Davis creditors etc
- Hate Bodily Injuries & Reinjuries & lies to keep From giving her all the money they owe her
- so creditors/etc & city can keep it for themselves due to subtities against her life IN Michigan & United States
- violation of the law concerning all her Rights
- Harassment Due to subtities against sheryl Davis 6483 Colfax Detroit Michigan 48210 Life
- ALL these Lies & to keep from city giving her sheryl Davis on Behalf of creditors city & others the (creditors and others) who are her money owed to her by all of them Illegally and stealing sheryl Davis money Fradulently IN Michigan Due to subtities against

Sheryl Davis 6483 Colfax 48216
ABUSE, Negligence & Abandonment of Her Rights IN Michigan & the U.S