UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

City of Detroit

          Debtor.

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on Aug 19, 2014 (date of mailing), I served copies as follows:

1. Document(s) served: Motion to participate in the confirmation hearing package

2. Served upon [name and address of each person served]:

David Heiman
Jones Day
911 Lakeside Ave.
Cleveland OH 44114

3. By First Class Mail.

Dated: Aug 19, 2014

Reginald Williams
(Signature of Debtor)

Print Name: Reginald Williams

_____
(Signature of Co-Debtor)

Print Name: _____

FILED
2014 AUG 19 A 11: 56
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT