UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:   Chapter 9
City of Detroit, Michigan,   Case No. 13-53846
    Debtor.   Hon. Steven W. Rhodes
_____/

### Order to Strike Motion to Set Status Conference (Dkt. #6843)

On August 18, 2014, creditor Michigan Welfare Rights Organization filed a motion in this bankruptcy case seeking to set a status conference in Adversary Proceeding No. 14-04732. (Dkt. #6843) Since the motion relates to Adversary Proceeding No. 14-04732, it should be filed in that adversary proceeding and not in this bankruptcy case.

Accordingly, it is hereby ordered that the motion to set status conference (Dkt. #6843) is stricken without prejudice to the moving parties' right to file the motion in the appropriate adversary proceeding.

.

**Signed on August 19, 2014**

                                  /s/ Steven Rhodes
                                  Steven Rhodes
                                  United States Bankruptcy Judge