# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

### ORDER CONCERNING THE CONDUCT OF THE PLAN CONFIRMATION HEARING AND MODIFYING CERTAIN DEADLINES ESTABLISHED IN THE EIGHTH AMENDED ORDER ESTABLISHING PROCEDURES, DEADLINES, AND HEARING DATES RELATING TO THE DEBTOR'S PLAN OF ADJUSTMENT [Docket No. 6699]

This matter having come to the Court upon the stipulation (the "Stipulation") of (i) the City of Detroit, Michigan; and (ii) Assured Guaranty Municipal Corp., National Public Finance Guarantee Corp.; Berkshire Hathaway Assurance Corp.; U.S. Bank National Association, as Trustee for the Water and Sewer Bonds; Nuveen Asset Management and BlackRock Financial Management, Inc., members of the Ad Hoc Bondholder Committee; and Fidelity Management & Research Company, Eaton Vance Management, and Franklin Advisers, Inc., members of the Ad Hoc Bondholder Committee, and the Court being otherwise duly advised in the premises:

IT IS HEREBY ORDERD THAT:

1. The Stipulation is approved; and

2. The provisions of the Eighth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment [Docket No 6699] shall remain in full force and effect except as modified by the Stipulation.

.

**Signed on August 19, 2014**

                                                                                                                          /s/ Steven Rhodes
                                                                                                                          **Steven Rhodes**
                                                                                                                          **United States Bankruptcy Judge**