# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |
|---|---|---|

**Order Party: Name, Address and Telephone Number**

Name: Syncora Guarantee & Syncora Capital Assurance

Firm: Kirkland & Ellis LLP

Address: 300 N. LaSalle

City, State, Zip: Chicago, IL 60654

Phone: 312.862.3200

Email: dustin.paige@kirkland.com

**Case/Debtor Name:** City of Detroit, MI

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge:** Hon. Steven Rhodes

⦿ Bankruptcy  ◯ Adversary

◯ Appeal    Appeal No: _____

**Hearing Information** (A separate form must be completed for each hearing date requested.)

Date of Hearing: 8/19/14  Time of Hearing: 9am  Title of Hearing: Hearing re Detroit Bankruptcy

Please specify portion of hearing requested: ⦿ Original/Unredacted  ◯ Redacted  ◯ Copy (2nd Party)

⦿ Entire Hearing  ◯ Ruling/Opinion of Judge  ◯ Testimony of Witness  ◯ Other

Special Instructions: _____

**Type of Request:**

⦿ Ordinary Transcript - $3.65 per page (30 calendar days)
◯ 14-Day Transcript - $4.25 per page (14 calendar days)
◯ Expedited Transcript - $4.85 per page (7 working days)
◯ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____ Date _____ By _____

Order Received:

Transcript Ordered

Transcript Received

**Signature of Ordering Party:**

*[signature]*  Date: 8/19/14

By signing, I certify that I will pay all charges upon completion of the transcript request.