UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Hon. Steven W. Rhodes

Debtor.

FILED
2014 AUG 19 P 4:04
U.S. BANKRUPTCY COURT
E.D. MICHIGAN - DETROIT

## CERTIFICATE OF SERVICE

I hereby certify that on 8-19-2014 (date of mailing), I served copies as follows:

1. Document(s) served: MOTION CONCERNING OBJECTIONS to THE PLAN of AJUSTMENT WITH BRIEF TO SUPPORT

2. Served upon [name and address of each person served]:

JONES DAY DAVID HEIMAN
91 LAKESIDE AVE
CLEVELAND OHIO 44114

3. By First Class Mail.

Dated: 8-19-14

(Signature of Debtor)

Print Name: Tijuana Morris

(Signature of Co-Debtor)

Print Name: _____

```
George W Young
DETROIT, Michigan
482339998
2524950216-0093
08/19/2014 (180)027-5877 03:09:39 PM
================================
============ Sales Receipt ============
Product          Sale Unit    Final
Description      Qty  Price   Price

Utility           1   $1.19   $1.19
Mailer
CLEVELAND OH 44114 Zone-2     $3.94
First-Class Mail Parcel
11.60 oz.
Expected Delivery: Thu 08/21/14
PID #:
9114 9012 3080 3205 8345 48
================================
```