UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

111 First Street
Bay City, MI 48708

211 W. Fort Street
17th Floor
Detroit, MI 48226

226 W. Second Street
Flint, MI 48502

**Order Party: Name, Address and Telephone Number**

Name **Mark R. James**

Firm **Williams, Williams, Rattner & Plunkett, P.C.**

Address **380 N Old Woodward Ave, Ste 300**

City, State, Zip **Birmingham, MI 48009**

Phone **248-642-0333**

Email **mrjames@wwrplaw.com**

**Case/Debtor Name: City of Detroit, Michigan**

**Case Number:** **13-53846**

**Chapter:** **9**

**Hearing Judge** Hon. Steven Rhodes

◉ **Bankruptcy** ○ **Adversary**

○ **Appeal**  **Appeal No:** _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** **08/18/2014**  **Time of Hearing:** **9:00 AM**  **Title of Hearing:** Witness Testimony re Conf.

Please specify portion of hearing requested:  ◉ **Original/Unredacted**  ○ **Redacted**  ○ **Copy** (2nd Party)

◉ Entire Hearing  ○ Ruling/Opinion of Judge  ○ Testimony of Witness  ○ Other

Special Instructions: **All proceedings.**

**Type of Request:**

◉ Ordinary Transcript - $3.65 per page (30 calendar days)

○ 14-Day Transcript - $4.25 per page (14 calendar days)

○ Expedited Transcript - $4.85 per page (7 working days)

○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Mark R. James  Date: **8/19/2014**

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date  By

Order Received:

Transcript Ordered

Transcript Received