# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re City of Detroit, Michigan          Case No. 13-53846

                                                                               Debtor.   Chapter 9

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Citigroup Global Markets Inc. | HHLF L.P. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

| Name and Address where notices to Transferee should be sent: | Court Claim #: 1360[1] |
|---|---|
| c/o Stone Lion Partners Capital Partners<br>555 Fifth Avenue, 18th Floor<br>New York, New York 10017<br>Attention: Claudia Borg<br>Email: cborg@stonelioncapital.com<br>Phone: (212) 843-1225 | Date Claim Filed: February 20, 2014<br><br>Debtor: City of Detroit, Michigan |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HHLF L.P.

By: HHLF LLC, its General Partner
By: SLGP Partners L.P., its Managing Member

By: _____
Name: Claudia Borg
Title: General Counsel

Date: August 19, 2014

---

[1] The partial transfer referenced herein is only with respect to 3.35% of the contingent and unliquidated claim set forth in Court Claim number 1360. Nothing about this notice or any prior transfer notices shall be deemed to modify, amend or expand in any way the basis for Court Claim number 1360 as set forth in the Supplement to Court Claim number 1360, dated February 19, 2014.