# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re City of Detroit, Michigan                Case No. 13-53846

                                               Debtor.   Chapter 9

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Citigroup Global Markets Inc. | LLSM L.P. |
| Name of Alleged Transferor | Name of Transferee |

Name and Address where notices to Transferee should be sent:     Court Claim #: 1360[1]

c/o Stone Lion Partners Capital Partners
555 Fifth Avenue, 18th Floor
New York, New York 10017
Attention: Claudia Borg
Email: cborg@stonelioncapital.com
Phone: (212) 843-1225

Date Claim Filed: February 20, 2014

Debtor: City of Detroit, Michigan

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LLSM L.P.
By: LLS GP L.P., its General Partner
By: LLS General Partner Ltd., its General Partner        Date: 8/19/14

By: [signature]
Name: Claudia Borg
Title: Authorized Signatory

---

[1] The partial transfer referenced herein is only with respect to 14.08% of the contingent and unliquidated claim set forth in Court Claim number 1360. Nothing about this notice or any prior transfer notices shall be deemed to modify, amend or expand in any way the basis for Court Claim number 1360 as set forth in the Supplement to Court Claim number 1360, dated February 19, 2014.