UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                               Chapter 9
City of Detroit, Michigan,                           Case No. 13-53846
    Debtor.                      Hon. Steven W. Rhodes
_____/

## Notice Regarding Change in Location of Hearings Scheduled for August 25, 2014

Notice is given that the hearings scheduled for August 25, 2014 at 9:00 a.m. shall be held in Courtroom 242 of the Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan (instead of Courtroom 236 as originally scheduled.)

Signed on August 20, 2014

                                           /s/ Steven Rhodes
                                           Steven Rhodes
                                           United States Bankruptcy Judge