UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------------

In re

CITY OF DETROIT, MICHIGAN,

      Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

**BRIEF IN CONCURRENCE OF CREDITORS DWAYNE PROVIENCE, RICHARD MACK, AND GERALD AND ALECIA WILCOX, INTERESTED PARTIES, TO DEBORAH RYAN, WALTER SWIFT, CRISTOBAL MENDOZA and ANNICA CUPPETELLI, INTERESTED PARTIES, SECOND SUPPLEMENTAL BRIEF [Dkt. #6764] IN SUPPORT OF THE INSTANT CREDITORS' PREVIOUSLY-FILED OBJECTIONS [Dkts. #4224 and #4618] TO DEBTOR, CITY OF DETROIT'S, PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT, AND CERTIFICATE OF SERVICE**

NOW COME DWAYNE PROVIENCE, RICHARD MACK, AND GERALD and ALECIA WILCOX, interested parties, and concur in Interested Parties, DEBORAH RYAN, WALTER SWIFT, CRISTOBAL MENDOZA and ANNICA CUPPETELLI'S Second Supplemental Brief, **[Dkt. #6764].** In support of the instant concurrence, the interested parties state the following:

    1.    Interested parties, PROVIENCE, MACK, and WILCOX, incorporate by reference their previously filed objections **[Dkt. #4224 and #4618]** to the City of Detroit's Plan of Adjustment and all Amended Plans.

    2.    Interested party, DWAYNE PROVIENCE, was wrongfully convicted of second-degree murder in 2001, and spent nearly 10 years in prison as a result of a Detroit police sergeant's violation of Provience's constitutional right to due process. Specifically, the individual officer withheld material exculpatory and impeachment evidence from the prosecutor and defense attorney showing that the police officer, as Officer-in-Charge of the homicide

investigation, knew Provience was not the killer.

3. Interested party, RICHARD MACK, suffered permanent and debilitating back and neck injuries when he was assaulted by two Detroit police officers after seeking their assistance in a domestic violence situation involving his daughter and her boyfriend. MACK has undergone multiple spinal fusion surgeries as a result of the individual officers' use of excessive force.

4. Interested parties GERALD and ALECIA WILCOX, suffered damages as a result of GERALD WILCOX being jailed for two weeks and charged with armed robbery, when the individual officer in charge of the investigation, who knew he had arrested the wrong man, went on vacation while WILCOX was in jail. WILCOX was set free when the officer admitted at the preliminary exam that he knew he had arrested the wrong man.

5. The individual officers in each of the three cases set forth above are being sued in their individual capacities. As set forth in the Ryan Second Supplemental Brief, **[Dkt. #6764]**, the right to redress for the instant Petitioners derives from the Constitution itself, not the statutory vehicle, 42 U.S.C. § 1983. Moreover, the individual officers, sued in their individual capacities, are not entitled to have their individual misconduct discharged in their employer's bankruptcy. Furthermore, the issue of whether the Debtor's contractual obligation to an individual officer for the officer's § 1983 liability is dischargeable, is best left to another day.

WHEREFORE, for the reasons stated above, these Petitioners respectfully request that this Court issue an Order stating that the City's most recent Proposed Plan of Adjustment, to the extent it reduces or diminishes § 1983 claimants' damages claims, is unconstitutional.

Respectfully submitted,

OLSMAN, MUELLER, WALLACE
& MacKENZIE, P.C.

/s/Wolfgang Mueller
WOLFGANG MUELLER (P43728)
Attorney for Creditors, Dwayne Provience,
Richard Mack and Gerald and Alecia Wilcox
2684 W. 11 Mile Road
Berkley, MI 48072
(248) 591-2300
wmueller@olsmanlaw.com

Date: August 20, 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-----------------------------------------------------------

In re

    Chapter 9

CITY OF DETROIT, MICHIGAN,

    Case No. 13-53846

    Debtor.

    Hon. Steven W. Rhodes

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2014, I served the following Paper:

Brief in Concurrence of Creditors Dwayne Provience, Richard Mack, and Gerald and Alecia Wilcox, Interested Parties, to Deborah Ryan, Walter Swift, Cristobal Mendoza and Annica Cuppetelli, Interested Parties, Second Supplemental Brief [Dkt # 6764] in Support of the Instant Creditors' Previously Filed Objections [Dkts. #4224 and #4618] to Debtor, City of Detroit's, Plan for the Adjustment of Debts of the City of Detroit

on the following parties:

| | | |
|---|---|---|
| David G. Heiman | Bruce Bennett | Jonathan S. Green |
| Heather Lennox | JONES DAY | Stephen S. LaPlante |
| Thomas A. Wilson | 555 South Flower Street | MILLER, CANFIELD, |
| JONES DAY | Fiftieth Floor |   PADDOCK AND STONE, PLC |
| North Point | Los Angeles, CA 90071 | 150 West Jefferson |
| 901 Lakeside Avenue | bbennett@jonesday.com | Suite 2500 |
| Cleveland, OH 44114 | | Detroit, MI 48226 |
| dgheiman@jonesday.com | | green@millercanfield.com |
| hlennox@jonesday.com | | laplante@millercanfield.com |
| tawilson@jonesday.com | | |

by the following means: the Court's ECF system.

    Respectfully submitted,

    /s/Wolfgang Mueller
    Attorney for Creditors, Dwayne Provience,
    Richard Mack and Gerald and Alecia Wilcox
    2684 West Eleven Mile Road
    Berkley, MI 48072
    (248) 591-2300
    wmueller@olsmanlaw.com
    (P43728)