# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |

## STIPULATION TO ENTRY OF ORDER EXTENDING THE DETROIT RETIREMENT SYSTEMS' DEADLINE TO RESPOND TO THE DWSD POSTPETITION FINANCING AND SETTLEMENT MOTION

The City of Detroit, Michigan, the Police and Fire Retirement System of the City of Detroit, and the General Retirement System of the City of Detroit stipulate to entry of the Order Extending the Detroit Retirement Systems' Deadline to Respond to the DWSD Postpetition Financing and Settlement Motion attached hereto as <u>Exhibit A</u>.

**STIPULATED AND AGREED TO BY:**

Dated: August 20, 2014          Respectfully submitted,

/s/ Robert D. Gordon          /s/ Heather Lennox

Robert D. Gordon (P48627)
Shannon L. Deeby (P60242)
CLARK HILL PLC
151 S. Old Woodward Avenue
Suite 200
Birmingham, Michigan 48009
Telephone: (248) 988-5882
Facsimile: (248) 988-2502
rgordon@clarkhill.com
sdeeeby@clarkhill.com

*Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit*

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

*Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor*
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK
AND STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

*Attorneys for the City of Detroit*

2

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 9 |
| ) | |
| CITY OF DETROIT, MICHIGAN, ) | Case No. 13-53846 |
| ) | |
| ) | Hon. Steven W. Rhodes |
| Debtor. ) | |

**ORDER EXTENDING THE DETROIT RETIREMENT SYSTEMS'
DEADLINE TO RESPOND TO THE DWSD POSTPETITION
FINANCING AND SETTLEMENT MOTION**

This matter having come before the Court upon the Stipulation of the City of Detroit, Michigan (the "City"), the Police and Fire Retirement System of the City of Detroit (the "PFRS"), and the General Retirement System of the City of Detroit (the "GRS" and together with the PFRS, the "Retirement Systems"); the City having filed the Motion of the Debtor for a Final Order Pursuant to (I) 11 U.S.C. §§ 105, 364(c), 364(d)(1), 364(e), 902, 904, 921, 922 and 928 (A) Approving Postpetition Financing and (B) Granting Liens and (II) Bankruptcy Rule 9019 Approving Settlement of Confirmation Objections [Dkt. No. 6644] (the "DWSD Postpetition Financing and Settlement Motion"); the Retirement Systems and the City being engaged in discussions to address certain concerns regarding the DWSD Postpetition Financing and Settlement Motion and requiring additional time to

continue those discussions; and the Court finding that good cause exists for granting the relief herein;

**IT IS HEREBY ORDERED THAT**:

1. The deadline for the Retirement Systems to file and serve any written response or objection to the DWSD Postpetition Financing and Settlement Motion is extended from August 20, 2014 through August 21, 2014.