UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
--------------------------------------------------------x
                                                        :
In re                                                   : Chapter 9
                                                        :
CITY OF DETROIT, MICHIGAN,                              : Case No. 13-53846
                                                        :
                  Debtor.                               : Hon. Steven W. Rhodes
                                                        :
                                                        :
--------------------------------------------------------x
```

**NOTICE OF FILING OF EXHIBITS
IN CONNECTION WITH MOTION OF THE DEBTOR FOR A FINAL
ORDER PURSUANT TO (I) 11 U.S.C. §§ 105, 364(C), 364(D)(1), 364(E), 902,
904, 921, 922 AND 928 (A) APPROVING POSTPETITION FINANCING
AND (B) GRANTING LIENS AND (II) BANKRUPTCY RULE 9019
APPROVING SETTLEMENT OF CONFIRMATION OBJECTIONS**

**PLEASE TAKE NOTICE THAT:**

1. On August 11, 2014, the City of Detroit (the "City")[1] filed the Motion of the Debtor for a Final Order Pursuant to (I) 11 U.S.C. §§ 105, 364(c), 364(d)(1), 364(e), 902, 904, 921, 922 and 928 (A) Approving Postpetition Financing and (B) Granting Liens and (II) Bankruptcy Rule 9019 Approving Settlement of Confirmation Objections [Docket No. 6644] (the "Motion").

2. Exhibit 1 to the Motion is the City's proposed order granting the relief sought in the Motion (the "Order"). The Order contemplates that a number

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

of exhibits will be attached to the Order upon entry by this Court. Attached hereto are final or substantially final versions of the following exhibits to the Order:[2]

>Exhibit 1A, a bond purchase agreement for water supply system bonds by and among the Michigan Finance Authority (the "MFA") and Citigroup Global Markets, Inc., acting on behalf of itself and as representative of the other underwriters named therein, to which is attached a Letter of Representation of the City;

>Exhibit 1B, a bond purchase agreement for sewage disposal system bonds by and among the MFA and Citigroup Global Markets, Inc., acting on behalf of itself and as representative of the other underwriters named therein, to which is attached a Letter of Representation of the City;

>Exhibit 2A, a purchase contract for water supply system bonds between the MFA and the City;

>Exhibit 2B, a purchase contract for sewage disposal system bonds between the MFA and the City;

>Exhibit 3A, a bond purchase and supplemental agreement for water supply system bonds by and among the MFA, DWSD, Citibank, N.A. and certain other banks to be named;

>Exhibit 3B, a bond purchase and supplemental agreement for sewage disposal system bonds by and among the MFA, DWSD, Citibank, N.A. and certain other banks to be named;

>Exhibit 5, the relevant excerpts of Act 94, Public Acts of Michigan, 1933, as amended;

>Exhibit 6, the relevant excerpts of Act 34, Public Acts of Michigan, 2001;

---

[2] The City intends to file a revised Order with the Court prior to the hearing on the Motion. Exhibit references in this Notice correspond to the exhibits as they will appear in the revised form of Order. Exhibits 1A, 1B, 2A, 2B, 3A and 3B are in substantially final form. Exhibits 5, 6, 10A and 10B are in final form.

Exhibit 10A, the trust indenture for sewage disposal system bonds by and among the City, DWSD and U.S. Bank National Association, as trustee (the "DWSD Trustee") dated as of June 1, 2012; and

Exhibit 10B, the trust indenture for water supply system bonds by and among the City, DWSD and the DWSD Trustee dated as of February 1, 2013.

Dated: August 20, 2014         Respectfully submitted,

  /s/  Heather Lennox
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Brad B. Erens
David A. Hall
JONES DAY
77 West Wacker
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
bberens@jonesday.com
dahall@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK AND
   STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY

## Certificate of Service

I, Heather Lennox, certify that the foregoing Notice of Filing of Exhibits in Connection with Motion of the Debtor for a Final Order Pursuant to (I) 11 U.S.C. §§ 105, 364(c), 364(d)(1), 364(e), 902, 904, 921, 922 and 928 (A) Approving Postpetition Financing and (B) Granting Liens and (II) Bankruptcy Rule 9019 Approving Settlement of Confirmation was filed and served via the Court's electronic case filing and noticing system on this 20th day of August, 2014.

/s/ Heather Lennox
Heather Lennox