UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

**CONCURRENCE OF THE RETIREE ASSOCIATION PARTIES
IN THE CITY OF DETROIT'S MOTION TO STRIKE IN PART
SYNCORA GUARANTEE INC. AND SYNCORA CAPITAL
ASSURANCE INC.'S SECOND SUPPLEMENTAL OBJECTION TO
THE DEBTOR'S PLAN OF ADJUSTMENT**

The Retired Detroit Police & Fire Fighters Association ("RDPFFA"), Donald Taylor, individually, and as President of the RDPFFA, and the Detroit Retired City Employees Association ("DRCEA") and Shirley V. Lightsey, individually, and as President of the DRCEA (collectively "Retiree Association Parties"), through their counsel, Lippitt O'Keefe Gornbein, PLLC and Silverman & Morris, P.L.L.C., join in the City of Detroit's Motion to Strike in Part Syncora Guarantee Inc. and Syncora Capital Assurance Inc.'s Second Supplemental Objection to the Debtor's Plan of Adjustment ("Motion") (Dkt. 6845). The Retiree Association Parties also concur in the concurrence

("Concurrence") (Dkt. 6897) filed by the Official Committee of Retirees of the City of Detroit ("Committee") to the Motion, and they hereby incorporate the arguments to strike Syncora's Second Supplemental Objection set forth in the Motion and the Concurrence, as if fully restated herein.

Furthermore, the Retiree Association Parties feel it is necessary to state clearly for the record that ***pensioners are not being paid in full.*** (See City's Corrected 5th Amended Plan of Adjustment).[1] Syncora's erroneous statement adds insult to injury for the City's retirees. (Dkt. 6651, p 27). Syncora ignores (or denies) the inconvenient fact that Retirees have accepted substantial cuts in approving classes 10, 11 and 12. Instead, Syncora attempts to divert the Court's attention from the truth by casting a conspiratorial shadow over the retirees and the mediation process. This cannot be allowed because the facts reveal Syncora's allegations are clearly false.[2] Therefore, Syncora's self-motivated and inaccurate propaganda should be struck from the docket.

WHEREFORE, the Retiree Association Parties respectfully request that Syncora's Second Supplemental Objection be stricken as initially requested by the City and concurred in by the Official Committee of Retirees, along with the Court granting any additional relief it deems appropriate and just.

---

[1] The Official Committee of Retirees highlights this very same issue in their Concurrence as well. (Dkt 6897, p 3)
[2] See Motion and Concurrence.

Dated: August 20, 2014          Respectfully submitted,


                                By:  /s/ Ryan C. Plecha
                                **LIPPITT O'KEEFE GORNBEIN, PLLC**
                                Brian D. O'Keefe (P39603)
                                Ryan C. Plecha (P71957)
                                370 East Maple Road, 3rd Floor
                                Birmingham, Michigan 48009
                                Tel: (248) 646-8292; Fax: (248) 646-8375
                                bokeefe@lippittokeefe.com
                                rplecha@lippittokeefe.com

                                **SILVERMAN & MORRIS, P.L.L.C.**
                                Thomas R. Morris (P39141)
                                Karin F. Avery (P45364)
                                30500 Northwestern Hwy., Suite 200
                                Farmington Hills, Michigan 48334
                                Tel: (248) 539-1330; Fax: (248) 539-1355
                                morris@silvermanmorris.com
                                avery@silvermanmorris.com

                                *Attorneys for Retiree Association Parties*