UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>                           Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 20, 2014, the following document was filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filings to all counsel of record:

**Concurrence of the Retiree Association Parties in the City of Detroit's Motion to Strike in Part Syncora Guarantee Inc. and Syncora Capital Assurance Inc.'s Second Supplemental Objection to the Debtor's Plan of Adjustment**

                                                  Respectfully submitted,

                                                  By: /s/ Ryan C. Plecha
                                                 **LIPPITT O'KEEFE GORNBEIN, PLLC**
                                                 Ryan C. Plecha (P71957)
                                                 370 East Maple Road, Third Floor
                                                 Birmingham, Michigan 48009
                                                 Tel: (248) 646-8292
                                                 rplecha@lippittokeefe.com

Dated: August 20, 2014            *Attorney for the Retiree Association Parties*