UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

# NOTICE OF PROPOSED ORDER APPROVING THE STIPULATION TO EXTEND THE DEADLINE FOR THE OFFICIAL COMMITTEE OF RETIREES AND THE RETIREE ASSOCIATION PARTIES TO OBJECT OR OTHERWISE RESPOND TO THE MOTION OF THE DEBTOR TO USE CASH COLLATERAL [DKT. 6644]

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

The Official Committee of Retirees of the City of Detroit, Michigan (the "Committee") has filed a proposed order approving the Stipulation To Extend the deadline for the Committee and the Retiree Association Parties (as defined in the Stipulation) to Object or Otherwise Respond to the Motion of the Debtor to use Cash Collateral, attached hereto as **Exhibit 1**.

Dated:   August 20, 2014                                    Respectfully submitted,

By: */s/ Claude D. Montgomery*

| | |
|---|---|
| Claude Montgomery | Sam Alberts |
| Carole Neville | Dan Barnowski |
| DENTONS US LLP | DENTONS US LLP |
| 1221 Avenue of the Americas Tower | 1301 K Street, NW, Suite 600 East |
| New York, New York 10020 | Washington, DC 20005 |
| Tel:   (212) 768-6700 | Tel: (202) 408-6400 |
| Fax:   (212) 768-6800 | Fax: (202) 408-6399 |
| claude.montgomery@dentons.com | sam.alberts@dentons.com |
| carole.neville@dentons.com | dan.barnowski@dentons.com |

BROOKS WILKINS SHARKEY & TURCO PLLC
Matthew E. Wilkins
Paula A. Hall
401 South Old Woodward, Suite 400
Birmingham, Michigan  48009
Direct:  (248) 971-1711
Cell:  (248) 882-8496
Fax:  (248) 971-1801
wilkins@bwst-law.com
hall@bwst-law.com

*Attorneys for the Retiree Committee*

# **EXHIBIT 1**

# **Proposed Order**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

**ORDER APPROVING THE STIPULATION
TO EXTEND THE DEADLINE FOR THE OFFICIAL
COMMITTEE OF RETIREES AND THE RETIREE ASSOCIATION
PARTIES TO OBJECT OR OTHERWISE RESPOND TO THE
MOTION OF THE DEBTOR TO USE CASH COLLATERAL [DKT. 6644]**

The Stipulation to Extend the deadline for the Official Committee of Retirees of the City of Detroit, Michigan and the Retiree Association Parties (as defined in the Stipulation) to Object or Otherwise Respond to the Motion of the Debtor to use Cash Collateral attached hereto as **Exhibit A**; the Court having reviewed the Stipulation; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

# EXHIBIT A

**Stipulation**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

## STIPULATION TO EXTEND THE DEADLINE FOR THE OFFICIAL COMMITTEE OF RETIREES AND THE RETIREE ASSOCIATION PARTIES TO OBJECT OR OTHERWISE RESPOND TO THE MOTION OF THE DEBTOR TO USE CASH COLLATERAL [DKT. 6644]

The City of Detroit (the "City"), on the one hand, and the Official Committee of Retirees of the City of Detroit, Michigan (the "Committee"), the Retired Detroit Police & Fire Fighters Association ("RDPFFA"), Donald Taylor, individually, and as President of the RDPFFA, the Detroit Retired City Employees Association ("DRCEA") and Shirley V. Lightsey, individually, and as President of the DRCEA (collectively the "Retiree Association Parties"), on the other hand, hereby stipulate and agree, through their undersigned counsel, that the deadline for the Committee and the Retiree Associations Parties to object or otherwise respond to the Motion of the Debtor to use Cash Collateral [Dkt. 6644] is extended from August 20, 2014 until August 21, 2014 at midnight.

Dated:  August 20, 2014              Respectfully submitted,

/s/ Claude D. Montgomery             /s/ Heather Lennox
Claude D. Montgomery                 David G. Heiman (OH 0038271)
Carole Neville                       Heather Lennox (OH 0059649)
DENTONS US LLP                       JONES DAY
1221 Avenue of the Americas          North Point
New York, New York 10020             901 Lakeside Avenue
Telephone:  (212) 768-6700           Cleveland, Ohio 44114
claude.montgomery@dentons.com        Telephone:  (216) 586-3939
carole.neville@dentons.com           Facsimile:  (216) 579-0212
                                     dgheiman@jonesday.com
Sam Alberts                          hlennox@jonesday.com
DENTONS US LLP
1301 K Street, NW                    Bruce Bennett (CA 105430)
Suite 600, East Tower                JONES DAY
Washington, DC 20005-3364            555 South Flower Street
Telephone:  (202) 408-6400           Fiftieth Floor
sam.alberts@dentons.com              Los Angeles, California 90071
                                     Telephone:  (213) 243-2382
Matthew E. Wilkins (P56697)          Facsimile:  (213) 243-2539
Paula A. Hall (P61101)               bbennett@jonesday.com
BROOKS WILKINS SHARKEY &
    TURCO PLLC                       Jonathan S. Green (MI P33140)
401 South Old Woodward Avenue        Stephen S. LaPlante (MI P48063)
Suite 400                            MILLER, CANFIELD, PADDOCK
Birmingham, Michigan 48009               AND STONE, P.L.C.
Telephone:  (248) 971-1800           150 West Jefferson
wilkins@bwst-law.com                 Suite 2500
hall@bwst-law.com                    Detroit, Michigan 48226
                                     Telephone:  (313) 963-6420
*Attorneys for the Retiree Committee* Facsimile:  (313) 496-7500
                                     green@millercanfield.com
                                     laplante@millercanfield.com

                                     *Attorneys for the City of Detroit*

By: /s/ Ryan C. Plecha
**LIPPITT O'KEEFE GORNBEIN, PLLC**
Brian D. O'Keefe (P39603)
Ryan C. Plecha (P71957)
370 East Maple Road, 3rd Floor
Birmingham, Michigan 48009
Tel: (248) 646-8292
Fax: (248) 646-8375
bokeefe@lippittokeefe.com
rplecha@lippittokeefe.com

**SILVERMAN & MORRIS, P.L.L.C.**
Thomas R. Morris (P39141)
Karin F. Avery (P45364)
30500 Northwestern Hwy., Suite 200
Farmington Hills, Michigan 48334
Tel: (248) 539-1330
Fax: (248) 539-1355
morris@silvermanmorris.com
avery@silvermanmorris.com

*Attorneys for Retiree Association Parties*

# CERTIFICATE OF SERVICE

The undersigned certifies that on August 20, 2014, the Notice of Proposed Order Approving the Stipulation to Extend the Deadline for the Official Committee of Retirees and the Retiree Association Parties to Object or Otherwise Respond to the Motion of the Debtor to Use Cash Collateral [DKT. 6644] was filed and served using the Court's CM/ECF system which provides electronic notification of such filings to all counsel of record.

Dated: August 20, 2014                DENTONS US LLP

By: */s/ Claude D. Montgomery*
Claude D. Montgomery