211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Notice to Respondent, Proof of Service and Proposed Order are missing For Motion to Participate in the Confirmation Hearing, (Entry #6778).

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☑ Notice to Respondent
- ☐ Original Signature
- ☑ Proof of Service Missing or Non−Compliant
- ☑ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 8/18/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

In re:  
City of Detroit, Michigan  
    Debtor

Case No. 13-53846-swr  
Chapter 9

## CERTIFICATE OF NOTICE

District/off: 0645-2     User: ckata     Page 1 of 16     Date Rcvd: Aug 18, 2014  
                         Form ID: def2     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2014.  
22349015     +Jamie S. Fields,    555 Brush #2409,    Detroit, Michigan 48226-4356

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
ust         Daniel M. McDermott  
                                                                                                                       TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2014                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2014 at the address(es) listed below:

       A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com  
       Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company alfredo.perez@weil.com,kelly.diblasi@weil.com,debora.hoehne@weil.com,elizabeth.hendee@weil.com, edward.soto@weil.com,Edward.McCarthy@weil.com,brenda.funk@weil.com  
       Alidz Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 oshagan@legghioisrael.com,    drf@legghioisrael.com  
       Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com  
       Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District allan.brilliant@dechert.com  
       Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan allan.brilliant@dechert.com  
       Allison Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General abach@dickinsonwright.com  
       Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com, achouprouta@kramerlevin.com  
       Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc. acaton@kramerlevin.com,    achouprouta@kramerlevin.com  
       Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government aap43@outlook.com,    aap43law@gmail.com  
       Andrew A. Paterson, Jr.    on behalf of Creditor Robert    Davis aap43@outlook.com, aap43law@gmail.com  
       Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,    ajg-ecf@hotmail.com  
       Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com, wwkannel@mintz.com,awalker@mintz.com,    ajg-ecf@hotmail.com  
       Angela Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org, HollisR@dhcmi.org  
       Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;akochis@ecf.inforuptcy.com  
       Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts aoreilly@honigman.com,    ahatcher@honigman.com  
       Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace and Agricultural Implement Workers of America bceccotti@cwsny.com  
       Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com  
       Barbara A. Patek    on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C. bpatek@ermanteicher.com  
       Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 bpatek@ermanteicher.com  
       Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association bpatek@ermanteicher.com  
       Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo bfagan@dibandfagan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Benjamin J. Wilensky    on behalf of Creditor Robert  Cole bjw@seikalystewart.com
              Brendan G. Best    on behalf of Interested Party     Ambac Assurance Corporation
               bbest@schaferandweiner.com, wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan G. Best    on behalf of Defendant     Syncora Guarantee, Inc. bbest@schaferandweiner.com,
               wkyles@schaferandweiner.com
              Brendan H. Frey    on behalf of Defendant     Syncora Guarantee, Inc. bfrey@manteselaw.com,
               ssikorski@manteselaw.com
              Brett A. Border    on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com,
               joumedian@sspclegal.com
              Brett A. Border    on behalf of Creditor     U.S. Bank National Association bborder@sspclegal.com,
               joumedian@sspclegal.com
              Brett A. Border    on behalf of Interested Party     Schneiderman and Sherman, P.C.
               bborder@sspclegal.com, joumedian@sspclegal.com
              Brett A. Border    on behalf of Interested Party     Kondaur Capital Corporation
               bborder@sspclegal.com, joumedian@sspclegal.com
              Brett A. Border    on behalf of Creditor     Flagstar Bank, FSB bborder@sspclegal.com,
               joumedian@sspclegal.com
              Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
               TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party     Detroit Retired City Employees Association
               bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party     Retired Detroit Police and Fire Fighers
               Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
               TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
               TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
               TReitzloff@lippittokeefe.com
              Brian R. Trumbauer    on behalf of Interested Party     Blue Cross Blue Shield of Michigan and Blue
               Care Network of Michigan btrumbauer@bodmanlaw.com
              Bruce  Bennett    on behalf of Debtor In Possession     City of Detroit, Michigan
               bbennett@jonesday.com
              Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
              Carla Orman Andres    on behalf of Interested Party     Godfrey & Kahn, S.C. candres@gklaw.com
              Carol Connor Cohen    on behalf of Interested Party     Ambac Assurance Corporation
               carol.cohen@arentfox.com
              Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
              Carole  Neville    on behalf of Plaintiff     Official Committee of Retirees of the City of Detroit,
               Michigan carole.neville@dentons.com
              Carole  Neville    on behalf of Retiree Committee    Official Committee of Retirees
               carole.neville@dentons.com,daniel.morris@dentons.com
              Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation
               caroline.english@arentfox.com
              Caroline Turner English    on behalf of Interested Party     Ambac Assurance Corporation
               caroline.english@arentfox.com
              Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
              Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
               charlesID@hotmail.com
              Charles D. Bullock    on behalf of Interested Party     Gabriel, Roeder, Smith & Company
               cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
              Charles N. Ash    on behalf of Creditor     UBS AG cash@wnj.com, kkranz@wnj.com
              Charles N. Ash    on behalf of Defendant     UBS AG cash@wnj.com, kkranz@wnj.com
              Charles N. Ash    on behalf of Defendant     Merrill Lynch Capital Services, Inc. cash@wnj.com,
               kkranz@wnj.com
              Charles N. Ash    on behalf of Creditor     Merrill Lynch Capital Services, Inc. cash@wnj.com,
               kkranz@wnj.com
              Christopher A. Grosman    on behalf of Interested Party     BlackRock Financial Management, Inc.
               BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
              Christopher A. Grosman    on behalf of Creditor     Oakland County, Michigan BRCY@CarsonFischer.com,
               cgrosman@carsonfischer.com
              Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
               claude.montgomery@dentons.com,docketny@dentons.com,
               carole.neville@dentons.com;sam.alberts@dentons.com
              Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of
               Detroit, Michigan claude.montgomery@dentons.com,
               carole.neville@dentons.com;sam.alberts@dentons.com
              Courtney M. Rogers    on behalf of Interested Party     U.S. Bank National Association
               courtney.rogers@wallerlaw.com
              Courtney M. Rogers    on behalf of Creditor     U.S. Bank National Association
               courtney.rogers@wallerlaw.com
              Craig B. Rule    on behalf of Creditor     Everhome Mortgage Company bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Craig E. Zucker    on behalf of Creditor     Detroit Fire Fighters Association, I.A.F.F. Local 344
               czucker@ermanteicher.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Craig E. Zucker     on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           czucker@ermanteicher.com
          Craig E. Zucker     on behalf of Creditor    Detroit Police Officers Association
           czucker@ermanteicher.com
          Cynthia J. Haffey     on behalf of Defendant    Detroit General Retirement System Service
           Corporation haffey@butzel.com, smithe@butzel.com
          Cynthia J. Haffey     on behalf of Defendant    Detroit Police And Fire Retirement System Service
           Corporation haffey@butzel.com, smithe@butzel.com
          Dan Korobkin     on behalf of Interested Party Ian Mobley dkorobkin@aclumich.org
          Dan Korobkin     on behalf of Interested Party Nathaniel Price dkorobkin@aclumich.org
          Dan Korobkin     on behalf of Interested Party Jerome Pierce dkorobkin@aclumich.org
          Dan Korobkin     on behalf of Interested Party Paul Kaiser dkorobkin@aclumich.org
          Dan Korobkin     on behalf of Interested Party Jason Leverette-Saunders dkorobkin@aclumich.org
          Dan Korobkin     on behalf of Interested Party Laura Malher dkorobkin@aclumich.org
          Dan Korobkin     on behalf of Interested Party James Washington dkorobkin@aclumich.org
          Dan Korobkin     on behalf of Interested Party Darlene Hellenberg dkorobkin@aclumich.org
          Dan Korobkin     on behalf of Interested Party Angie Wong dkorobkin@aclumich.org
          Dan Korobkin     on behalf of Interested Party Stephanie Hollander dkorobkin@aclumich.org
          Dan Korobkin     on behalf of Interested Party Kimberly Mobley dkorobkin@aclumich.org
          Dan Korobkin     on behalf of Interested Party Wanda Leverette dkorobkin@aclumich.org
          Daniel J. Weiner     on behalf of Plaintiff    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          Daniel J. Weiner     on behalf of Interested Party    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          David Eisenberg     on behalf of Creditor    Detroit Police Officers Association
           deisenberg@ermanteicher.com
          David Eisenberg     on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           deisenberg@ermanteicher.com
          David Eisenberg     on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           deisenberg@ermanteicher.com
          David A. Lerner     on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
          David E. Hart     on behalf of Creditor    FK Park, LLC deh@maddinhauser.com
          David E. Hart     on behalf of Creditor    FK South, LLC deh@maddinhauser.com
          David E. Lemke     on behalf of Creditor    U.S. Bank National Association david.lemke@wallerlaw.com
          David Gilbert Heiman     on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
          David Gilbert Heiman     on behalf of Defendant Kevyn Orr dgheiman@jonesday.com
          David Gilbert Heiman     on behalf of Debtor In Possession    City of Detroit, Michigan
           dgheiman@jonesday.com
          David L. Dubrow     on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
          David L. Dubrow     on behalf of Interested Party    Ambac Assurance Corporation
           david.dubrow@arentfox.com
          David M. Zack     on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
           nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
           nepc.com
          David T. Lin     on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
           kbilpo@seyburn.com
          Dawn R. Copley     on behalf of Interested Party    State of Michigan dcopley@dickinsonwright.com,
           dnavin@dickinsonwright.com
          Dawn R. Copley     on behalf of Interested Party    State of Michigan, Department of Attorney
           General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
          Deborah Kovsky-Apap     on behalf of Defendant Michael Jamison kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah Kovsky-Apap     on behalf of Defendant Cheryl Johnson kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah Kovsky-Apap     on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah Kovsky-Apap     on behalf of Defendant John Naglik kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah Kovsky-Apap     on behalf of Debtor In Possession    City of Detroit, Michigan
           kovskyd@pepperlaw.com, alexsym@pepperlaw.com
          Deborah Kovsky-Apap     on behalf of Defendant John Naglick kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah Kovsky-Apap     on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah Kovsky-Apap     on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah Kovsky-Apap     on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah L. Fish     on behalf of Intervenor-Defendant    Panning Capital Management, LP
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish     on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish     on behalf of Interested Party    Bronze Gable, L.L.C. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish     on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
           allardfishpc@yahoo.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Deborah L. Fish    on behalf of Interested Party    Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Intervenor-Defendant    Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Intervenor-Defendant    Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Intervenor-Defendant    Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Intervenor-Defendant    Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com
Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005 dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Defendant    Wilmington Trust, N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006 dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association dbeckwith@fosterswift.com
Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc. don@mcguiganlaw.com
Douglas Steele    on behalf of Interested Party    International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com
Douglas C. Bernstein    on behalf of Interested Party    Community Foundation for Southeast Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    Hudson-Webber Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    The Fred A. and Barbara M. Erb Family Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    W.K. Kellogg Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    Max M. and Marjorie S. Fisher Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    The Ford Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    Charles Stewart Mott Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    William Davidson Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    McGregor Fund dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    A. Paul and Carol C. Schaap Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com
Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C. ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com, litdocket@honigman.com
Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company emajoros@glmpc.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@orlans.com, ANHSOA@earthlink.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Elizabeth M. Abood-Carroll   on behalf of Creditor   EverBank bankruptcy@orlans.com, ANHSOA@earthlink.net

    Elizabeth M. Abood-Carroll   on behalf of Creditor   Champion Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net

    Elizabeth M. Abood-Carroll   on behalf of Creditor   Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net

    Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com

    Eric Rosenberg   on behalf of Interested Party Patricia Ramirez EJR@morganmeyers.com, amendiola@morganmeyers.com

    Eric B. Gaabo   on behalf of Debtor In Possession   City of Detroit, Michigan gaabe@detroitmi.gov

    Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan carlson@millercanfield.com

    Eric David Novetsky   on behalf of Creditor   National Public Finance Guarantee Corporation enovetsky@jaffelaw.com

    Ethan D. Dunn   on behalf of Creditor   Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com

    Evan Justin Feldman   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com

    Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit efeldman@clarkhill.com

    Fred Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com

    Geoffrey T. Pavlic   on behalf of Creditor   Nuveen Asset Management pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com

    Geoffrey T. Pavlic   on behalf of Creditor   BlackRock Financial Management, Inc. pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com

    Geoffrey T. Pavlic   on behalf of Creditor   Ad Hoc Bondholder Committee pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com

    H. Nathan Resnick   on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net, jabdelnour@resnicklaw.net

    Harold E. Nelson   on behalf of Creditor   Advisacare Health Care Solutions, Inc. ecf-hen@rhoadesmckee.com

    Harold E. Nelson   on behalf of Creditor Brendan Mylewski ecf-hen@rhoadesmckee.com

    Heath Douglas Rosenblat   on behalf of Counter-Claimant   Wilmington Trust, N.A. Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com

    Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust Company, National Association Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com

    Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust, National Association Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com

    Heath Douglas Rosenblat   on behalf of Defendant   Wilmington Trust, N.A. Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com

    Heather Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan hlennox@jonesday.com

    Heather Lennox   on behalf of Defendant   City of Detroit, Michigan hlennox@jonesday.com

    Heidi Peterson   hdpeterson75@gmail.com

    Howard R. Hawkins, Jr.   on behalf of Defendant   UBS AG howard.hawkins@cwt.com, mark.ellenberg@cwt.com;ellen.halstead@cwt.com

    Howard R. Hawkins, Jr.   on behalf of Creditor   Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;ellen.halstead@cwt.com

    Howard R. Hawkins, Jr.   on behalf of Defendant   Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;ellen.halstead@cwt.com

    Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt AG howard@jacobweingarten.com

    Howard S. Sher   on behalf of Intervenor-Defendant   Deutsche Bank AG, London howard@jacobweingarten.com

    Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt International S.A. howard@jacobweingarten.com

    Howard S. Sher   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com

    Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Holdings, Inc. howard@jacobweingarten.com

    Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Credit Local howard@jacobweingarten.com

    Howard Yale Lederman   on behalf of Creditor Ernest Flagg hlederman@normanyatooma.com

    Howard Yale Lederman   on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com

    Howard Yale Lederman   on behalf of Creditor Brian Greene hlederman@normanyatooma.com

    Hugh M. Davis   on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com

    Hugh M. Davis   on behalf of Creditor Thomas Stephens Info@ConLitPC.com

    Ian S. Bolton   on behalf of Creditor   FK Park, LLC ibolton@maddinhauser.com, bwislinski@maddinhauser.com;nanderson@maddinhauser.com

    Ian S. Bolton   on behalf of Creditor   FK South, LLC ibolton@maddinhauser.com, bwislinski@maddinhauser.com;nanderson@maddinhauser.com

    James Sprayregen   on behalf of Interested Party   Syncora Capital Assurance Inc. james.sprayregen@kirkland.com

    James Sprayregen   on behalf of Interested Party   Syncora Guarantee Inc. james.sprayregen@kirkland.com

    James Sprayregen   on behalf of Interested Party   Syncora Holdings Ltd. james.sprayregen@kirkland.com

    Jamie Scott Fields   on behalf of Creditor Jamie Fields jeansartre@msn.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
 jeansartre@msn.com
Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
 jbank@kerr-russell.com
Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
Jeffrey Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
 Lhaidostian@mwe.com
Jeffrey Rossman    on behalf of Creditor    U.S. Bank National Association jrossman@mwe.com
Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP
 jgrasl@mcdonaldhopkins.com,  sharrow@mcdonaldhopkins.com
Jeffrey S. Grasl    on behalf of Creditor    Bishop Real Estate, L.L.C. jgrasl@mcdonaldhopkins.com,
 sharrow@mcdonaldhopkins.com
Jennifer Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
 jbelveal@honigman.com,  mjohnson@honigman.com
Jennifer Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
 jbelveal@honigman.com,  mjohnson@honigman.com
Jeremiah Buffalo Wirgau    on behalf of Interested Party    CitiMortgage, Inc. jwirgau@sspclegal.com
Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
Jill Kristen Smith    on behalf of Creditor    Macomb County Jill.Smith@macombgov.org
John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 jstevens@mathesonparr.com,  nlmumma@aol.com
John E. Eaton  on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
 pjohnson@bredhoff.com;mforan@bredhoff.com
John Joseph Ramirez    on behalf of Interested Party    Deutsche Bank AG, London
 john.ramirez@kattenlaw.com
John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
 john.sieger@kattenlaw.com
John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
 jcanzano@kmsmc.com
John T. Gregg    on behalf of Creditor    36th District Court for the State of Michigan
 jgregg@btlaw.com
Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
 green@millercanfield.com
Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
 green@millercanfield.com
Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
 jfischer@carsonfischer.com
Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
 litdocket@honigman.com
Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
Judy B. Calton    on behalf of Creditor    120 W. Montcalm Properties LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Kennedy Square Garage LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    3250 Associated LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    136 Bagley LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Olympia Office Building, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Olympia Development of Michigan LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Sunrise Parking LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Skyline Partners LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Arrow Uniform Rental, Inc. jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party    Detroit Entertainment, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
 litdocket@honigman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com, blundberg@honigman.com, litdocket@honigman.com
      Judy B. Calton   on behalf of Creditor   5801 Southfield Service Drive Corp. jcalton@honigman.com, litdocket@honigman.com
      Judy B. Calton   on behalf of Creditor   Fox Parking Garage, LLC jcalton@honigman.com, litdocket@honigman.com
      Judy B. Calton   on behalf of Creditor   Chene Square, LLC jcalton@honigman.com, litdocket@honigman.com
      Judy B. Calton   on behalf of Creditor   Parkrite Holdings LLC jcalton@honigman.com, litdocket@honigman.com
      Judy B. Calton   on behalf of Debtor In Possession   City of Detroit, Michigan jcalton@honigman.com, litdocket@honigman.com
      Judy B. Calton   on behalf of Creditor   Elizabeth Street Properties, LLC jcalton@honigman.com, litdocket@honigman.com
      Judy B. Calton   on behalf of Creditor   Blenheim Building, LLC jcalton@honigman.com, litdocket@honigman.com
      Judy B. Calton   on behalf of Creditor   Country House Apartments jcalton@honigman.com, litdocket@honigman.com
      Judy B. Calton   on behalf of Creditor   Columbia Parking LLC jcalton@honigman.com, litdocket@honigman.com
      Judy B. Calton   on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com
      Judy B. Calton   on behalf of Creditor   Ivey & Associates LLC jcalton@honigman.com, litdocket@honigman.com
      Judy B. Calton   on behalf of Creditor   Imperial Manor House, LLC jcalton@honigman.com, litdocket@honigman.com
      Judy B. Calton   on behalf of Interested Party   Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com
      Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com
      Julia A. Caroff   on behalf of Interested Party   United States of America julia.caroff@usdoj.gov, mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
      Julie Beth Teicher   on behalf of Creditor   Detroit Police Officers Association jteicher@ermanteicher.com
      Julie Beth Teicher   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 jteicher@ermanteicher.com
      Julie Beth Teicher   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com
      Karen B. Dine   on behalf of Interested Party   Deutsche Bank Securities Inc. karen.dine@kattenlaw.com
      Karen Vivian Newbury   on behalf of Creditor   DEPFA Bank PLC knewbury@schiffhardin.com
      Karen Vivian Newbury   on behalf of Creditor   FMS Wertmanagement knewbury@schiffhardin.com
      Karin F. Avery   on behalf of Interested Party   Detroit Retired City Employees Association Avery@SilvermanMorris.com
      Karin F. Avery   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com
      Karin F. Avery   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association Avery@SilvermanMorris.com
      Karin F. Avery   on behalf of Plaintiff   Detroit Retired City Employees Association Avery@SilvermanMorris.com
      Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan kressk@pepperlaw.com, alexsym@pepperlaw.com
      Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank AG, London kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
      Kenneth E. Noble   on behalf of Intervenor-Defendant   Deutsche Bank AG, London kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
      Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank Securities Inc. kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
      Kenneth M. Schneider   on behalf of Interested Party Kenneth M. Schneider kschneider@schneidermiller.com
      Kevin M. Baum   on behalf of Interested Party   Deutsche Bank Securities Inc. kevin.baum@kattenlaw.com
      Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
      Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com
      Kristin K. Going   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2006 Kristin.Going@dbr.com
      Kristin K. Going   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2005 Kristin.Going@dbr.com
      Kurt Thornbladh   on behalf of Plaintiff Nicole Hill kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
      Kurt Thornbladh   on behalf of Plaintiff   Peoples Water Board kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
      Kurt Thornbladh   on behalf of Plaintiff Scott Eubank kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
      Kurt Thornbladh   on behalf of Plaintiff   National Action Network--Michigan Chapter kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Kurt Thornbladh on behalf of Creditor Hyde Park Co-Operative, et al. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh on behalf of Interested Party Housing is a Human Right Coalition kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh on behalf of Plaintiff Maurika Lyda kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh on behalf of Plaintiff Moratorium Now! kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh on behalf of Plaintiff Sylvia Taylor kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh on behalf of Plaintiff Rosalyn Walker kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh on behalf of Plaintiff Rosalyn Parham kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh on behalf of Creditor Michigan Welfare Rights Organization kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh on behalf of Creditor Plymouth Square Ltd. Housing Association kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh on behalf of Plaintiff Michigan Welfare Rights Organization kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh on behalf of Plaintiff Janice Ward kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh on behalf of Plaintiff John Smith kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh on behalf of Plaintiff Tammika Williams kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh on behalf of Plaintiff John Jackson kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh on behalf of Creditor Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Lawrence A. Larose on behalf of Creditor Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com

      Lawrence A. Larose on behalf of Plaintiff Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com

      Leah Montesano on behalf of Interested Party Ambac Assurance Corporation leah.montesano@arentfox.com

      Leland Prince on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com

      Lisa Okasinski on behalf of Creditor HRT Enterprises lisa@demolaw.com

      Lisa Hill Fenning on behalf of Creditor General Retirement System of the City of Detroit Lisa.Fenning@aporter.com

      Lisa Hill Fenning on behalf of Creditor Police and Fire Retirement System of the City of Detroit Lisa.Fenning@aporter.com

      Louis P. Rochkind on behalf of Plaintiff National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com

      Louis P. Rochkind on behalf of Creditor National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com

      Lynn M. Brimer on behalf of Creditor Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com

      M. Ellen Dennis on behalf of Creditor Ben McKenzie, Jr. m.ellen.dennis@gmail.com, dwhadden@umich.edu

      Mallory Field on behalf of Creditor Retired Detroit Police Members Association MField@stroblpc.com, pfourne@stroblpc.com

      Mami Kato on behalf of Interested Party International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com

      Mami Kato on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com

      Mami Kato on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com

      Mami Kato on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com

      Mami Kato on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com

      Mami Kato on behalf of Interested Party Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com

      Mami Kato on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com

      Mami Kato on behalf of Creditor Detroit Police Command Officers Association mkato@sachswaldman.com, pmerchak@sachswaldman.com

      Mami Kato on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com

      Marc N. Swanson on behalf of Debtor In Possession City of Detroit, Michigan swansonm@millercanfield.com

      Mark Wasvary on behalf of Creditor Hyde Park Co-Operative, et al. mark@wasvarylaw.com

      Mark Wasvary on behalf of Creditor Plymouth Square Ltd. Housing Association mark@wasvarylaw.com

      Mark A. Angelov on behalf of Plaintiff Ambac Assurance Corporation mark.angelov@arentfox.com

      Mark A. Angelov on behalf of Interested Party Ambac Assurance Corporation mark.angelov@arentfox.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Mark Allan Porter    on behalf of Other Professional    Allen Park Retirees Assn
           maplawat911@msn.com, map-law.pllc@att.net
          Mark E. Bredow    on behalf of Creditor Carlton D. Carter mbredow@resnicklaw.net,
           jabdelnour@resnicklaw.net
          Mark E. Bredow    on behalf of Interested Party    Resnick & Moss, P.C. mbredow@resnicklaw.net,
           jabdelnour@resnicklaw.net
          Mark H. Shapiro    on behalf of Creditor    Nuveen Asset Management shapiro@steinbergshapiro.com,
           jbrown@steinbergshapiro.com
          Mark H. Shapiro    on behalf of Interested Party    The Securities Industry and Financial Markets
           Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
          Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc.
           shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
          Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company
           mrj@wwrplaw.com
          Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
          Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
          Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
           bankrout@davispolk.com
          Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
           mbcobbs@flash.net
          Mary Beth Cobbs    on behalf of Interested Party    City of Detroit Law Department
           cobbm@detroitmi.gov, mbcobbs@flash.net
          Matthew Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
          Matthew Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
          Matthew Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
           wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
           wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Wilkins    on behalf of Intervenor-Plaintiff    Official Committee of Retirees of the City
           of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
           Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    FMS Wertmanagement summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
           summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
           summersm@ballardspahr.com
          Max J. Newman    on behalf of Interested Party    Wayne County Corporation newman@butzel.com
          Melissa Demorest LeDuc    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
           paula@demolaw.com
          Melissa Demorest LeDuc    on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com
          Melissa Demorest LeDuc    on behalf of Creditor    John W. and Vivian M. Denis Trust
           melissa@demolaw.com, paula@demolaw.com
          Melissa Demorest LeDuc    on behalf of Creditor James Herbert melissa@demolaw.com,
           paula@demolaw.com
          Melissa Demorest LeDuc    on behalf of Creditor    HRT Enterprises melissa@demolaw.com,
           paula@demolaw.com
          Mercedes Varasteh Dordeski    on behalf of Creditor Johnathan Aaron Brown
           mdordeski@foleymansfield.com,cindy@loevy.com
          Meredith Taunt    on behalf of Creditor    Retired Detroit Police Members Association
           mtaunt@stroblpc.com, KVanAkin@stroblpc.com
          Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative
           makarmanesq@gmail.com
          Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
          Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
          Michael C. Hammer    on behalf of Interested Party    MGM Grand Detroit, LLC
           mchammer2@dickinsonwright.com
          Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
          Michael R. Bell    on behalf of Interested Party Bill Schuette BellM1@michigan.gov
          Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association
           mike.paslay@wallerlaw.com,
           Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
           rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
          Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
           msl@maddinhauser.com, bac@maddinhauser.com
          My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
           mao-bk-ecf@debevoise.com
          Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
           ayadlaw@hotmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Nabih H. Ayad    on behalf of Interested Party Donnell   White ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Thomas   Stallworth III ayadlaw@hotmail.com
          Niraj R. Ganatra    on behalf of Creditor    International Union, United Automobile, Aerospace and
           Agricultural Implement Workers of America Nganatra@uaw.net
          Noah J. Ornstein    on behalf of Interested Party    Syncora Guarantee Inc.
           noah.ornstein@kirkland.com
          Noah J. Ornstein    on behalf of Interested Party    Syncora Capital Assurance Inc.
           noah.ornstein@kirkland.com
          Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
           Paige.Barr@kattenlaw.com
          Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
           mkisell@plunkettcooney.com
          Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
           pmears@btlaw.com
          Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
           phage@jaffelaw.com,   jtravick@jaffelaw.com
          Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
           phage@jaffelaw.com,   jtravick@jaffelaw.com
          Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan hall@bwst-law.com,   marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of
           Detroit, Michigan hall@bwst-law.com,   marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
           marbury@bwst-law.com;pleban@bwst-law.com
          Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
           Agricultural Implement Workers of America pdechiara@cwsny.com
          Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
          Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation
           pcanzano@sidley.com
          Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation
           ralph.taylor@arentfox.com
          Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
          Randall A. Brater    on behalf of Interested Party    Ambac Assurance Corporation
           randall.brater@arentfox.com
          Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com,   Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com,   Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc.
           RPentiuk@PCK-Law.Com,   Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
           Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
           Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com,   Pentiukpc@aol.com
          Raymond  Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
          Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Raymond J. Sterling    on behalf of Creditor Cynthia A. Bibb rsterling@sterlingattorneys.com,
           destes@sterlingattorneys.com
          Richard Levin    on behalf of Interested Party    Detroit Institute of Arts rlevin@cravath.com,
           mao@cravath.com
          Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
          Richard G. Mack, Jr.    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           richardmack@millercohen.com,   mcoil@millercohen.com
          Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com,   mcoil@millercohen.com
          Ricardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
           Department ecf@kaalaw.com,   wjackson@KAALaw.com
          Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
           robert.darnell@usdoj.gov
          Robert  Fetter    on behalf of Interested Party    Local 3308 of the American Federation of State,
           County and Municipal Employees rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert  Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert  Fetter    on behalf of Interested Party    Local 917 of the American Federation of State,
           County and Municipal Employees rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert A. Weisberg    on behalf of Creditor    Oakland County, Michigan BRCY@CARSONFISCHER.COM,
           rweisberg@carsonfischer.com
          Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
           rgordon@clarkhill.com,   lbellguzzo@clarkhill.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
            Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
             Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
            Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
            Robert M. Fishman    rfishman@shawfishman.com
            Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
             bbassel@gmail.com, robertbassel@hotmail.com
            Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
             robertbassel@hotmail.com
            Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
             bbassel@gmail.com, robertbassel@hotmail.com
            Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
             bbassel@gmail.com, robertbassel@hotmail.com
            Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
             robertbassel@hotmail.com
            Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
             alexsym@pepperlaw.com;kuschj@pepperlaw.com
            Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
             alexsym@pepperlaw.com;kuschj@pepperlaw.com
            Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
             alexsym@pepperlaw.com;kuschj@pepperlaw.com
            Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
             alexsym@pepperlaw.com;kuschj@pepperlaw.com
            Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
             hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
            Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
             alexsym@pepperlaw.com;kuschj@pepperlaw.com
            Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
             alexsym@pepperlaw.com;kuschj@pepperlaw.com
            Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
             alexsym@pepperlaw.com;kuschj@pepperlaw.com
            Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
             alexsym@pepperlaw.com;kuschj@pepperlaw.com
            Ronald C. Liscombe    on behalf of Creditor    Public Lighting Authority rliscombe@alglawpc.com
            Rozanne M. Giunta    on behalf of Interested Party    State of Michigan rmgiunta@lambertleser.com
            Ryan  Cochran    on behalf of Creditor    U.S. Bank National Association ryan.cochran@wallerlaw.com
            Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
             jgreeniajdobrzycki@lippittokeefe.com
            Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
             rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
            Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
             Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
            Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
             rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
            Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association
             rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
            Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
             jgreeniajdobrzycki@lippittokeefe.com
            Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
             jgreeniajdobrzycki@lippittokeefe.com
            Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
             jgreeniajdobrzycki@lippittokeefe.com
            Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
             ryan.bennett@kirkland.com,
             dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
             nd.com;noah.ornstein@kirkland.com
            Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
             dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
             nd.com;noah.ornstein@kirkland.com
            Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
             ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
             justin.bernbrock@kirkland.com,
             dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
             nd.com;noah.ornstein@kirkland.com
            Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
             ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
             justin.bernbrock@kirkland.com,
             dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
             nd.com;noah.ornstein@kirkland.com
            Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
             ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com,
             dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
             nd.com;noah.ornstein@kirkland.com
            Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
             sam.alberts@dentons.com, dan.barnowski@dentons.com
            Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
             Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
            Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
             japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
           japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
           soconnor@glmpc.com
          Sara Klettke MacWilliams    on behalf of Creditor    Oakland County, Michigan
           macwilliams@youngpc.com,    efiling@youngpc.com
          Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
           david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
           stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com
          Scott B. Kitei    on behalf of Interested Party    Detroit Institute of Arts skitei@honigman.com
          Scott M. Watson    on behalf of Creditor    UBS AG swatson@wnj.com
          Scott R. Murphy    on behalf of Creditor    36th District Court for the State of Michigan
           smurphy@btlaw.com,    Roslyn.Thoits@btlaw.com
          Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Seth P. Tompkins    on behalf of Creditor    Spalding DeDecker Associates, Inc.
           sptompkins@swappc.com,    abostice@swappc.com
          Shannon L. Deeby    on behalf of Interested Party    General Retirement System of the City of
           Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Interested Party    Police and Fire Retirement System of the City
           of Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
           sdeeby@clarkhill.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
           State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
           slevine@lowenstein.com
          Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
           lawtoll@comcast.net
          Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
           dguerrero@dykema.com
          Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
           dguerrero@dykema.com
          Stephen  Wolpert    on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
          Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com,    kfrantz@wnj.com
          Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com,    kfrantz@wnj.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
          Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
           sgross@mcdonaldhopkins.com,    shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
           sgross@mcdonaldhopkins.com,    shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
           sgross@mcdonaldhopkins.com,    shelly.harrow@gmail.com
          Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
           laplante@millercanfield.com,    skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Plaintiff    City of Detroit, Michigan
           laplante@millercanfield.com,    skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
           laplante@millercanfield.com,    skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts
           laplante@millercanfield.com,    skoczylas@millercanfield.com
          Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
          Steven G. Howell    on behalf of Interested Party    State of Michigan showell@dickinsonwright.com
          Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
           General showell@dickinsonwright.com
          Stuart A. Gold    on behalf of Creditor    Detroit Public Library sgold@glmpc.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Susheel Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
               susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
              Susheel Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
               susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
              Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
               mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
               rdin.com
              Tamar Dolcourt    on behalf of Debtor In Possession    City of Detroit, Michigan
               tdolcourt@foley.com
              Thomas B. Radom    on behalf of Creditor    Stroh Properties, Inc. Radom@butzel.com
              Thomas B. Radom    on behalf of Defendant    Detroit Police And Fire Retirement System Service
               Corporation Radom@butzel.com
              Thomas B. Radom    on behalf of Defendant    Detroit General Retirement System Service Corporation
               Radom@butzel.com
              Thomas P. Christy    on behalf of Creditor    Berkshire Hathaway Assurance Corporation
               tchristy@garanlucow.com
              Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association
               morris@silvermanmorris.com, marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
               marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
               marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association morris@silvermanmorris.com, marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               morris@silvermanmorris.com, marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
               marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
               morris@silvermanmorris.com, marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
               marlene@silvermanmorris.com
              Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
              Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
               fusco@millercanfield.com
              Timothy R. Graves    on behalf of Interested Party    Bronze Gable, L.L.C. tgraves@allardfishpc.com,
               allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
               tgraves@allardfishpc.com, allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Aurelius Capital Management, LP
               tgraves@allardfishpc.com, allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Stone Lion Capital Partners L.P.
               tgraves@allardfishpc.com, allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
               allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Panning Capital Management, LP
               tgraves@allardfishpc.com, allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Monarch Alternative Capital LP
               tgraves@allardfishpc.com, allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
               allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com,
               allardfishpc@yahoo.com
              Trevor J. Zamborsky    on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Micholas  Martin tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Interested Party    1983 Claimants tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Trevor J. Zamborsky   on behalf of Creditor Jeffrey Theriot tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Theresa Chalch tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Eric Kimbrough tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Rodney Heard tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Angela Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Yvette Spencer tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Clementine Stephens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Michael McKay tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jay Woods tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Laverne Covington tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Eddie Moore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Otis Evans tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor John Collins tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Gary Musser tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Marily Cloyd tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Phyllis Tharpe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jeffrey Peterson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Donna Weatherspoon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Robert Hall tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jeremiah Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jennifer Harris-Barnes tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jermaine Gleen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Taesean Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Mario Littlejohn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Tarita Wilburn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Brandon Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Gregory Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Robert Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Terry Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Henry Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Woodrow Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Daniel Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Antonio Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Carolyn Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Ray Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Landon Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Raymond Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Winter Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Lucy Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Trevor J. Zamborsky    on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
               vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
              William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
              William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
              William C. Blasses    on behalf of Creditor    Jackie's Transport, Inc. wcb@osbig.com
              William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
               wcb@osbig.com
              William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
              William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
              William Norman Listman    on behalf of Interested Party    Southeastern Oakland County Water
               Authority wlistman@davislistman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        William Pfeiffer Smith   on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
        William W. Kannel   on behalf of Creditor   Ad Hoc Bondholder Committee wkannel@mintz.com
        Winnifred P. Boylan   on behalf of Interested Party   State of Michigan wpboylan@lambertleser.com
        Wolfgang Mueller   on behalf of Creditor Richard Mack wmueller@olsmanlaw.com, jsmith@olsmanlaw.com
        Wolfgang Mueller   on behalf of Creditor Alecia Wilcox wmueller@olsmanlaw.com, jsmith@olsmanlaw.com
        Wolfgang Mueller   on behalf of Creditor Dwayne Provience wmueller@olsmanlaw.com, jsmith@olsmanlaw.com
        Wolfgang Mueller   on behalf of Creditor Gerald Wilcox wmueller@olsmanlaw.com, jsmith@olsmanlaw.com
        Yuliy Osipov   on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy Osipov   on behalf of Interested Party Gary Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

        TOTAL: 618