Form regardother

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

**NOTICE TO DISREGARD PREVIOUS NOTICE OF NOTICE OF DEFICIENT PLEADING: NOTICE TO RESPONDENT MISSING, PROOF OF SERVICE MISSING AND PROPOSED ORDER MISSING**

To the Creditors of the above named Debtor(s):

NOTICE IS HEREBY GIVEN that on **August 18, 2014** a Notice of Deficient Pleading: Notice to Respondent Missing, Proof of Service Missing and Proposed Order Missing was sent in the above entitled case in error. Please disregard this notice.

Dated: 8/18/14

                                                BY THE COURT

                                                Katherine B. Gullo , Clerk of Court
                                                UNITED STATES BANKRUPTCY COURT

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                         Case No. 13-53846-swr
City of Detroit, Michigan                                      Chapter 9
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0645-2       User: ckata              Page 1 of 1         Date Rcvd: Aug 18, 2014
                           Form ID: regardot        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2014.
22349015      +Jamie S. Fields,    555 Brush #2409,   Detroit, Michigan 48226-4356

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2014 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0