210B (12/09)

# United States Bankruptcy Court

Eastern District of Michigan
Case No. 13-53846-swr
Chapter 9

In re: Debtor(s) (including Name and Address)

City of Detroit, Michigan
2 Woodward Avenue
Suite 1126
Detroit MI 48226

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/15/2014.

Name and Address of Alleged Transferor(s):

Claim No. : Morgan Stanley & Co. LLC

Name and Address of Transferee:

Panning Master Fund, LP
Panning Capital Management LP
Attn:  William Kelly
510 Madison Avenue, Suite 2400
New York, NY  10022

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/20/14

Katherine B. Gullo
**CLERK OF THE COURT**

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                                                 Case No. 13-53846-swr
City of Detroit, Michigan                                                              Chapter 9
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0645-2           User: ckata                 Page 1 of 16                Date Rcvd: Aug 18, 2014
                               Form ID: trc                Total Noticed: 0
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23047193       Morgan Stanley & Co. LLC
                                                                                        TOTALS: 1, * 0, ## 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2014                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2014 at the address(es) listed below:
              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
               alfredo.perez@weil.com,kelly.diblasi@weil.com,debora.hoehne@weil.com,elizabeth.hendee@weil.com,
               edward.soto@weil.com,Edward.McCarthy@weil.com,brenda.funk@weil.com
              Alidz Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
                oshagan@legghioisrael.com,  drf@legghioisrael.com
              Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
                allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor     County of Macomb, Michigan
                allan.brilliant@dechert.com
              Allison Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
                abach@dickinsonwright.com
              Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
               achouprouta@kramerlevin.com
              Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
                acaton@kramerlevin.com,  achouprouta@kramerlevin.com
              Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
                aap43@outlook.com,  aap43law@gmail.com
              Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
                aap43law@gmail.com
              Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
                agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
              Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
                wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
              Angela Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
               HollisR@dhcmi.org
              Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
                stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;akochis@ecf.info
               ruptcy.com
              Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
                aoreilly@honigman.com,  ahatcher@honigman.com
              Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
                and Agricultural Implement Workers of America bceccotti@cwsny.com
              Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
              Barbara A. Patek    on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C.
                bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
                bpatek@ermanteicher.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
                bpatek@ermanteicher.com
              Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
                bfagan@dibandfagan.com
              Benjamin J. Wilensky    on behalf of Creditor Robert  Cole bjw@seikalystewart.com
              Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
                bbest@schaferandweiner.com,  wkyles@schaferandweiner.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com

    Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com, wkyles@schaferandweiner.com

    Brendan H. Frey   on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteselaw.com, ssikorski@manteselaw.com

    Brett A. Border   on behalf of Creditor   U.S. Bank, N.A. bborder@sspclegal.com, joumedian@sspclegal.com

    Brett A. Border   on behalf of Creditor   U.S. Bank National Association bborder@sspclegal.com, joumedian@sspclegal.com

    Brett A. Border   on behalf of Interested Party   Schneiderman and Sherman, P.C. bborder@sspclegal.com, joumedian@sspclegal.com

    Brett A. Border   on behalf of Interested Party   Kondaur Capital Corporation bborder@sspclegal.com, joumedian@sspclegal.com

    Brett A. Border   on behalf of Creditor   Flagstar Bank, FSB bborder@sspclegal.com, joumedian@sspclegal.com

    Brian D. O'Keefe   on behalf of Creditor Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

    Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

    Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

    Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

    Brian D. O'Keefe   on behalf of Interested Party Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

    Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

    Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com

    Bruce Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan bbennett@jonesday.com

    Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com

    Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com

    Carol Connor Cohen   on behalf of Interested Party   Ambac Assurance Corporation carol.cohen@arentfox.com

    Carol Connor Cohen   on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com

    Carole Neville   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com

    Carole Neville   on behalf of Retiree Committee   Official Committee of Retirees carole.neville@dentons.com,daniel.morris@dentons.com

    Caroline Turner English   on behalf of Plaintiff   Ambac Assurance Corporation caroline.english@arentfox.com

    Caroline Turner English   on behalf of Interested Party   Ambac Assurance Corporation caroline.english@arentfox.com

    Carolyn Beth Markowitz   on behalf of Interested Party Kevin Lewis DVCCOUNSEL@AOL.COM

    Charles Bruce Idelsohn   on behalf of Creditor Heidi Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com

    Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company cbullock@sbpclaw.com, cdbullock@msn.com;lhaas@sbpclaw.com

    Charles N. Ash   on behalf of Creditor   UBS AG cash@wnj.com, kkranz@wnj.com

    Charles N. Ash   on behalf of Defendant   UBS AG cash@wnj.com, kkranz@wnj.com

    Charles N. Ash   on behalf of Defendant   Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com

    Charles N. Ash   on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com

    Christopher A. Grosman   on behalf of Interested Party   BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

    Christopher A. Grosman   on behalf of Creditor   Oakland County, Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

    Claude D. Montgomery   on behalf of Retiree Committee   Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com

    Claude D. Montgomery   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com

    Courtney M. Rogers   on behalf of Interested Party   U.S. Bank National Association courtney.rogers@wallerlaw.com

    Courtney M. Rogers   on behalf of Creditor   U.S. Bank National Association courtney.rogers@wallerlaw.com

    Craig B. Rule   on behalf of Creditor   Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net

    Craig E. Zucker   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com

    Craig E. Zucker   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com

    Craig E. Zucker   on behalf of Creditor   Detroit Police Officers Association czucker@ermanteicher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Cynthia J. Haffey    on behalf of Defendant    Detroit General Retirement System Service
               Corporation haffey@butzel.com,    smithe@butzel.com
              Cynthia J. Haffey    on behalf of Defendant    Detroit Police And Fire Retirement System Service
               Corporation haffey@butzel.com,    smithe@butzel.com
              Dan   Korobkin    on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
              Dan   Korobkin    on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
              Dan   Korobkin    on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
              Dan   Korobkin    on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
              Dan   Korobkin    on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
              Dan   Korobkin    on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
              Dan   Korobkin    on behalf of Interested Party James  Washington dkorobkin@aclumich.org
              Dan   Korobkin    on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
              Dan   Korobkin    on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
              Dan   Korobkin    on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
              Dan   Korobkin    on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
              Dan   Korobkin    on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
              Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation
               dweiner@schaferandweiner.com
              Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation
               dweiner@schaferandweiner.com
              David  Eisenberg    on behalf of Creditor    Detroit Police Officers Association
               deisenberg@ermanteicher.com
              David  Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               deisenberg@ermanteicher.com
              David  Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               deisenberg@ermanteicher.com
              David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
               nwinagar@plunkettcooney.com
              David E. Hart    on behalf of Creditor    FK Park, LLC deh@maddinhauser.com
              David E. Hart    on behalf of Creditor    FK South, LLC deh@maddinhauser.com
              David E. Lemke    on behalf of Creditor    U.S. Bank National Association david.lemke@wallerlaw.com
              David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
              David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
              David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
               dgheiman@jonesday.com
              David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
              David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation
               david.dubrow@arentfox.com
              David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
               nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
               nepc.com
              David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
               kbilpo@seyburn.com
              Dawn R. Copley    on behalf of Interested Party    State of Michigan dcopley@dickinsonwright.com,
               dnavin@dickinsonwright.com
              Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
               General dcopley@dickinsonwright.com,    dnavin@dickinsonwright.com
              Deborah  Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
               alexsym@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
               alexsym@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
               alexsym@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
               alexsym@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
               kovskyd@pepperlaw.com,    alexsym@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
               alexsym@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com,
               alexsym@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
               alexsym@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com,
               alexsym@pepperlaw.com
              Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    Panning Capital Management, LP
               dfish@allardfishpc.com,    allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Bronze Gable, L.L.C. dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Aurelius Capital Management, LP
               dfish@allardfishpc.com,    allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
               allardfishpc@yahoo.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Deborah L. Fish    on behalf of Intervenor-Defendant    Aurelius Capital Management, LP
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Monarch Alternative Capital LP
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Intervenor-Defendant    Stone Lion Capital Partners L.P.
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Stone Lion Capital Partners L.P.
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Intervenor-Defendant    Bronze Gable, L.L.C. dfish@allardfishpc.com,
 allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Panning Capital Management, LP
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Intervenor-Defendant    Monarch Alternative Capital LP
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
 dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Defendant    Wilmington Trust, N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association
 dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
 dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
 dbeckwith@fosterswift.com
Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.
 don@mcguiganlaw.com
Douglas Steele    on behalf of Interested Party    International Association of Fire Fighters,
 AFL-CIO, CLC dls@wmlaborlaw.com
Douglas C. Bernstein    on behalf of Interested Party    Community Foundation for Southeast
 Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    Hudson-Webber Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    The Fred A. and Barbara M. Erb Family
 Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    W.K. Kellogg Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    Max M. and Marjorie S. Fisher Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    The Ford Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    Charles Stewart Mott Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    William Davidson Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    McGregor Fund
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    A. Paul and Carol C. Schaap Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
 eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
 eerman@ermanteicher.com
Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC
 ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C.
 ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com,
 litdocket@honigman.com
Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
 emajoros@glmpc.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
 bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association
 (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@orlans.com,
 ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll    on behalf of Creditor    EverBank bankruptcy@orlans.com,
 ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
 bankruptcy@orlans.com, ANHSOA@earthlink.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company
               bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
               ecrowder@sbplclaw.com, lhaas@sbplclaw.com
              Eric Rosenberg    on behalf of Interested Party Patricia  Ramirez EJR@morganmeyers.com,
               amendiola@morganmeyers.com
              Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov
              Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
               carlson@millercanfield.com
              Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
               enovetsky@jaffelaw.com
              Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
               bankruptcy.maxwelldunn@gmail.com
              Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit efeldman@clarkhill.com
              Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
               efeldman@clarkhill.com
              Fred  Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
              Geoffrey T. Pavlic    on behalf of Creditor    Nuveen Asset Management pavlic@steinbergshapiro.com,
               jbrown@steinbergshapiro.com
              Geoffrey T. Pavlic    on behalf of Creditor    BlackRock Financial Management, Inc.
               pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
              Geoffrey T. Pavlic    on behalf of Creditor    Ad Hoc Bondholder Committee
               pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
              H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
               jabdelnour@resnicklaw.net
              Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc.
               ecf-hen@rhoadesmckee.com
              Harold E. Nelson    on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
              Heath Douglas Rosenblat    on behalf of Counter-Claimant    Wilmington Trust, N.A.
               Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association
               Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association
               Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Defendant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
               Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heather  Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
               hlennox@jonesday.com
              Heather  Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
              Heidi  Peterson    hdpeterson75@gmail.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    UBS AG howard.hawkins@cwt.com,
               mark.ellenberg@cwt.com;ellen.halstead@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
               howard.hawkins@cwt.com, mark.ellenberg@cwt.com;ellen.halstead@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    Merrill Lynch Capital Services, Inc.
               howard.hawkins@cwt.com, mark.ellenberg@cwt.com;ellen.halstead@cwt.com
              Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt AG howard@jacobweingarten.com
              Howard S. Sher    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
               howard@jacobweingarten.com
              Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
               howard@jacobweingarten.com
              Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
               Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
              Howard S. Sher    on behalf of Intervenor-Defendant    Dexia Holdings, Inc.
               howard@jacobweingarten.com
              Howard S. Sher    on behalf of Intervenor-Defendant    Dexia Credit Local howard@jacobweingarten.com
              Howard Yale Lederman    on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
              Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
              Hugh M. Davis    on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
              Ian S. Bolton    on behalf of Creditor    FK Park, LLC ibolton@maddinhauser.com,
               bwislinski@maddinhauser.com;nanderson@maddinhauser.com
              Ian S. Bolton    on behalf of Creditor    FK South, LLC ibolton@maddinhauser.com,
               bwislinski@maddinhauser.com;nanderson@maddinhauser.com
              James  Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
               james.sprayregen@kirkland.com
              Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
              Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
               jeansartre@msn.com
              Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
              Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
               jbank@kerr-russell.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jeffery R. Sieving   on behalf of Creditor   International Outdoor, Inc. jeff@iobillboard.com
        Jeffrey Rossman   on behalf of Creditor   U.S. Bank National Association jrossman@mwe.com
        Jeffrey Rossman   on behalf of Defendant   U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
        Lhaidostian@mwe.com
        Jeffrey H. Bigelman   on behalf of Creditor   Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
        Jeffrey S. Grasl   on behalf of Creditor   Sprint Communications Company LP
        jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
        Jeffrey S. Grasl   on behalf of Creditor   Bishop Real Estate, L.L.C. jgrasl@mcdonaldhopkins.com,
        sharrow@mcdonaldhopkins.com
        Jennifer Zbytowski Belveal   on behalf of Defendant   Detroit Entertainment, LLC
        jbelveal@honigman.com, mjohnson@honigman.com
        Jennifer Zbytowski Belveal   on behalf of Defendant   Greektown Casino, LLC
        jbelveal@honigman.com, mjohnson@honigman.com
        Jeremiah Buffalo Wirgau   on behalf of Interested Party   CitiMortgage, Inc. jwirgau@sspclegal.com
        Jerome D. Goldberg   on behalf of Interested Party Jerome Moore apclawyer@sbcglobal.net
        Jerome D. Goldberg   on behalf of Creditor David Sole apclawyer@sbcglobal.net
        Jill Kristen Smith   on behalf of Creditor   Macomb County Jill.Smith@macombgov.org
        John A. Simon   on behalf of Debtor In Possession   City of Detroit, Michigan jsimon@foley.com
        John A. Stevens   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
        jstevens@mathesonparr.com, nlmumma@aol.com
        John E. Eaton   on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
        pjohnson@bredhoff.com;mforan@bredhoff.com
        John Joseph Ramirez   on behalf of Interested Party   Deutsche Bank AG, London
        john.ramirez@kattenlaw.com
        John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com
        John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
        john.sieger@kattenlaw.com
        John R. Canzano   on behalf of Creditor   Michigan Building and Construction Trades Council
        jcanzano@kmsmc.com
        John T. Gregg   on behalf of Creditor   36th District Court for the State of Michigan
        jgregg@btlaw.com
        Jonathan S. Green   on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC
        green@millercanfield.com
        Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan
        green@millercanfield.com
        Joseph M. Fischer   on behalf of Creditor   Oakland County, Michigan brcy@carsonfischer.com,
        jfischer@carsonfischer.com
        Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com,
        litdocket@honigman.com
        Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc.
        jgadharf@mcdonaldhopkins.com
        Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc.
        jgadharf@mcdonaldhopkins.com
        Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd.
        jgadharf@mcdonaldhopkins.com
        Joshua A. Gadharf   on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
        Judy B. Calton   on behalf of Creditor   Kennedy Square Garage LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Country West Apartments, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   3250 Associated LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   136 Bagley LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Olympia Office Building, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Olympia Development of Michigan LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Sunrise Parking LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Skyline Partners LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton   on behalf of Interested Party Michael Duggan, Mayor jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Arrow Uniform Rental, Inc. jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton   on behalf of Interested Party   Detroit Entertainment, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   TC Manor House, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com,
        blundberg@honigman.com, litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   5801 Southfield Service Drive Corp. jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Fox Parking Garage, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Chene Square, LLC jcalton@honigman.com,
        litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
         Judy B. Calton    on behalf of Creditor    Parkrite Holdings LLC jcalton@honigman.com,
          litdocket@honigman.com
         Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
          jcalton@honigman.com, litdocket@honigman.com
         Judy B. Calton    on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com,
          litdocket@honigman.com
         Judy B. Calton    on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com,
          litdocket@honigman.com
         Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
          litdocket@honigman.com
         Judy B. Calton    on behalf of Creditor    Columbia Parking LLC jcalton@honigman.com,
          litdocket@honigman.com
         Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
          litdocket@honigman.com
         Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
          litdocket@honigman.com
         Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
          litdocket@honigman.com
         Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
          litdocket@honigman.com
         Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
          litdocket@honigman.com
         Judy B. Calton    on behalf of Creditor    120 W. Montcalm Properties LLC jcalton@honigman.com,
          litdocket@honigman.com
         Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
          mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
         Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
          jteicher@ermanteicher.com
         Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
          344 jteicher@ermanteicher.com
         Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
          jteicher@ermanteicher.com
         Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
          karen.dine@kattenlaw.com
         Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
         Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
         Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
          Avery@SilvermanMorris.com
         Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
          Association Avery@SilvermanMorris.com
         Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
          Avery@SilvermanMorris.com
         Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
          Avery@SilvermanMorris.com
         Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
          kressk@pepperlaw.com, alexsym@pepperlaw.com
         Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London
          kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
         Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
          kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
         Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
          kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
         Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
          kschneider@schneidermiller.com
         Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
          kevin.baum@kattenlaw.com
         Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
          ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
         Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
         Kristin K. Going    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
          Kristin.Going@dbr.com
         Kristin K. Going    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
          Kristin.Going@dbr.com
         Kurt Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
         Kurt Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
         Kurt Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
         Kurt Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter
          kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
         Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
         Kurt Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
          kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
         Kurt Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Kurt    Thornbladh     on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt    Thornbladh     on behalf of Plaintiff Sylvia   Taylor kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt    Thornbladh     on behalf of Plaintiff Rosalyn   Walker kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt    Thornbladh     on behalf of Plaintiff Rosalyn   Parham kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt    Thornbladh     on behalf of Creditor    Michigan Welfare Rights Organization
               kthornbladh@gmail.com,   thornbladh.kurt3@gmail.com
              Kurt    Thornbladh     on behalf of Creditor    Plymouth Square Ltd. Housing Association
               kthornbladh@gmail.com,   thornbladh.kurt3@gmail.com
              Kurt    Thornbladh     on behalf of Plaintiff    Michigan Welfare Rights Organization
               kthornbladh@gmail.com,   thornbladh.kurt3@gmail.com
              Kurt    Thornbladh     on behalf of Plaintiff Janice   Ward kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt    Thornbladh     on behalf of Plaintiff John   Smith kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt    Thornbladh     on behalf of Plaintiff Tammika   Williams kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt    Thornbladh     on behalf of Plaintiff John   Jackson kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt    Thornbladh     on behalf of Creditor    Michigan Auto Recovery Service, Inc.
               kthornbladh@gmail.com,   thornbladh.kurt3@gmail.com
              Lawrence A. Larose     on behalf of Creditor    Assured Guaranty Municipal Corp.
               llarose@chadbourne.com,   skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
              Lawrence A. Larose     on behalf of Plaintiff    Assured Guaranty Municipal Corp.
               llarose@chadbourne.com,   skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
              Leah   Montesano     on behalf of Interested Party    Ambac Assurance Corporation
               leah.montesano@arentfox.com
              Leland   Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
              Lisa   Okasinski     on behalf of Creditor    HRT Enterprises lisa@demolaw.com
              Lisa Hill Fenning     on behalf of Creditor    General Retirement System of the City of Detroit
               Lisa.Fenning@aporter.com
              Lisa Hill Fenning     on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit Lisa.Fenning@aporter.com
              Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
               lrochkind@jaffelaw.com,   dburris@jaffelaw.com
              Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
               lrochkind@jaffelaw.com,   dburris@jaffelaw.com
              Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association
               lbrimer@stroblpc.com,   kvanakin@stroblpc.com
              M. Ellen Dennis    on behalf of Creditor Ben   McKenzie, Jr. m.ellen.dennis@gmail.com,
               dwhadden@umich.edu
              Mallory   Field    on behalf of Creditor    Retired Detroit Police Members Association
               MField@stroblpc.com,   pfourne@stroblpc.com
              Mami   Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
               324 mkato@sachswaldman.com,   pmerchak@sachswaldman.com
              Mami   Kato    on behalf of Creditor Devery   Jones mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami   Kato    on behalf of Creditor Bruce   Goldman mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami   Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami   Kato    on behalf of Creditor Mary   Washington mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami   Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
               mkato@sachswaldman.com,   pmerchak@sachswaldman.com
              Mami   Kato    on behalf of Creditor Michael   Wells mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami   Kato    on behalf of Creditor    Detroit Police Command Officers Association
               mkato@sachswaldman.com,   pmerchak@sachswaldman.com
              Mami   Kato    on behalf of Creditor Mary   Whitson mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Marc N. Swanson    on behalf of Debtor In Possession   City of Detroit, Michigan
               swansonm@millercanfield.com
              Mark   Wasvary    on behalf of Creditor    Hyde Park Co-Operative, et al. mark@wasvarylaw.com
              Mark   Wasvary    on behalf of Creditor    Plymouth Square Ltd. Housing Association
               mark@wasvarylaw.com
              Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
              Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
               mark.angelov@arentfox.com
              Mark Allan Porter    on behalf of Other Professional    Allen Park Retirees Assn
               maplawat911@msn.com,   map-law.pllc@att.net
              Mark E. Bredow    on behalf of Creditor Carlton D. Carter mbredow@resnicklaw.net,
               jabdelnour@resnicklaw.net
              Mark E. Bredow    on behalf of Interested Party    Resnick & Moss, P.C. mbredow@resnicklaw.net,
               jabdelnour@resnicklaw.net
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Mark H. Shapiro on behalf of Creditor Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark H. Shapiro on behalf of Interested Party The Securities Industry and Financial Markets Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark H. Shapiro on behalf of Creditor BlackRock Financial Management, Inc. shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark R. James on behalf of Interested Party Financial Guaranty Insurance Company mrj@wwrplaw.com
- Mark R. James on behalf of Creditor Financial Guaranty Insurance Company mrj@wwrplaw.com
- Mark S. Frankel on behalf of Creditor Waste Management Inc. etal mfrankel@couzens.com
- Marshall S. Huebner on behalf of Creditor Merrill Lynch Capital Services, Inc. bankrout@davispolk.com
- Mary Beth Cobbs on behalf of Interested Party Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
- Mary Beth Cobbs on behalf of Interested Party City of Detroit Law Department cobbm@detroitmi.gov, mbcobbs@flash.net
- Matthew Schneider on behalf of Interested Party State of Michigan SchneiderM7@michigan.gov
- Matthew Troy on behalf of Interested Party United States of America matthew.troy@usdoj.gov
- Matthew Wilkins on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Retiree Committee Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Intervenor-Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Gernet Summers on behalf of Creditor Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
- Matthew Gernet Summers on behalf of Creditor FMS Wertmanagement summersm@ballardspahr.com
- Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com
- Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt AG summersm@ballardspahr.com
- Max J. Newman on behalf of Interested Party Wayne County Corporation newman@butzel.com
- Melissa Demorest LeDuc on behalf of Creditor T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com
- Melissa Demorest LeDuc on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com
- Melissa Demorest LeDuc on behalf of Creditor John W. and Vivian M. Denis Trust melissa@demolaw.com, paula@demolaw.com
- Melissa Demorest LeDuc on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com
- Melissa Demorest LeDuc on behalf of Creditor HRT Enterprises melissa@demolaw.com, paula@demolaw.com
- Mercedes Varasteh Dordeski on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com
- Meredith Taunt on behalf of Creditor Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com
- Michael Anthony Karman on behalf of Creditor Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com
- Michael Anthony Karman on behalf of Creditor St. Martins Cooperative makarmanesq@gmail.com
- Michael C. Hammer on behalf of Defendant MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
- Michael C. Hammer on behalf of Interested Party MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
- Michael Joseph Karwoski on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
- Michael R. Bell on behalf of Interested Party Bill Schuette BellM1@michigan.gov
- Michael R. Paslay on behalf of Creditor U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
- Michael S. Leib on behalf of Interested Party Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com
- My Chi To on behalf of Creditor Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
- Nabih H. Ayad on behalf of Interested Party Detroit Branch NAACP ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Michigan State Conference NAACP ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Donnell White ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com
- Niraj R. Ganatra on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net
- Noah J. Ornstein on behalf of Interested Party Syncora Guarantee Inc. noah.ornstein@kirkland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Noah J. Ornstein   on behalf of Interested Party   Syncora Capital Assurance Inc. noah.ornstein@kirkland.com

Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com

Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com

Patrick E. Mears   on behalf of Creditor   36th District Court for the State of Michigan pmears@btlaw.com

Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com

Paul R. Hage   on behalf of Plaintiff   National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com

Paula A. Hall   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com

Paula A. Hall   on behalf of Interested Party   Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com

Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com

Peter D. Dechiara   on behalf of Creditor   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com

Peter J. Roberts   on behalf of Examiner Robert M. Fishman proberts@shawfishman.com

Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation pcanzano@sidley.com

Ralph A. Taylor   on behalf of Interested Party   Ambac Assurance Corporation ralph.taylor@arentfox.com

Ralph A. Taylor   on behalf of Plaintiff   Ambac Assurance Corporation ralph.taylor@arentfox.com

Randall A. Brater   on behalf of Interested Party   Ambac Assurance Corporation randall.brater@arentfox.com

Randall A. Pentiuk   on behalf of Interested Party   Lasalle Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

Randall A. Pentiuk   on behalf of Interested Party   Joliet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

Randall A. Pentiuk   on behalf of Interested Party   Lafayette Town Houses, Inc. RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

Randall A. Pentiuk   on behalf of Creditor   St. Martins Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

Randall A. Pentiuk   on behalf of Interested Party   St. James Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

Randall A. Pentiuk   on behalf of Interested Party   Nicolet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

Raymond Guzall, III   on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com

Raymond Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com

Raymond J. Sterling   on behalf of Creditor Cynthia A. Bibb rsterling@sterlingattorneys.com, destes@sterlingattorneys.com

Richard Levin   on behalf of Interested Party   Detroit Institute of Arts rlevin@cravath.com, mao@cravath.com

Richard A. Roble (UST)   on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov

Richard G. Mack, Jr.   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees richardmack@millercohen.com, mcoil@millercohen.com

Richard G. Mack, Jr.   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com

Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage Department ecf@kaalaw.com, wjackson@KAALaw.com

Robert Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission robert.darnell@usdoj.gov

Robert Fetter   on behalf of Interested Party   Local 3308 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

Robert Fetter   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

Robert Fetter   on behalf of Interested Party   Local 917 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

Robert A. Weisberg   on behalf of Creditor   Oakland County, Michigan BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com

Robert D. Gordon   on behalf of Creditor   General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com

Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com

Robert J. Diehl, Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com

Robert M. Fishman   rfishman@shawfishman.com

Robert N. Bassel   on behalf of Interested Party   Lasalle Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com, robertbassel@hotmail.com
Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com, robertbassel@hotmail.com
Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Ronald C. Liscombe    on behalf of Creditor    Public Lighting Authority rliscombe@alglawpc.com
Rozanne M. Giunta    on behalf of Interested Party    State of Michigan rmgiunta@lambertleser.com
Ryan  Cochran    on behalf of Creditor    U.S. Bank National Association ryan.cochran@wallerlaw.com
Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd. ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkland.com;noah.ornstein@kirkland.com
Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees sam.alberts@dentons.com, dan.barnowski@dentons.com
Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com, japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com, japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company soconnor@glmpc.com
Sara Klettke MacWilliams    on behalf of Creditor    Oakland County, Michigan macwilliams@youngpc.com, efiling@youngpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
           david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
           stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com
          Scott B. Kitei    on behalf of Interested Party    Detroit Institute of Arts skitei@honigman.com
          Scott M. Watson    on behalf of Creditor    UBS AG swatson@wnj.com
          Scott R. Murphy    on behalf of Creditor    36th District Court for the State of Michigan
           smurphy@btlaw.com, Roslyn.Thoits@btlaw.com
          Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Seth P. Tompkins    on behalf of Creditor    Spalding DeDecker Associates, Inc.
           sptompkins@swappc.com, abostice@swappc.com
          Shannon L. Deeby    on behalf of Interested Party    General Retirement System of the City of
           Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Interested Party    Police and Fire Retirement System of the City
           of Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
           sdeeby@clarkhill.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
           State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
           slevine@lowenstein.com
          Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
           lawtoll@comcast.net
          Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
           dguerrero@dykema.com
          Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
           dguerrero@dykema.com
          Stephen  Wolpert    on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
          Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com
          Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com, kfrantz@wnj.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
          Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
           sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
           sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
           sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
          Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Plaintiff    City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
          Steven G. Howell    on behalf of Interested Party    State of Michigan showell@dickinsonwright.com
          Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
           General showell@dickinsonwright.com
          Stuart A. Gold    on behalf of Creditor    Detroit Public Library sgold@glmpc.com
          Susheel  Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
          Susheel  Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com

      Tamar Dolcourt   on behalf of Debtor In Possession   City of Detroit, Michigan tdolcourt@foley.com

      Thomas B. Radom   on behalf of Creditor   Stroh Properties, Inc. Radom@butzel.com

      Thomas B. Radom   on behalf of Defendant   Detroit Police And Fire Retirement System Service Corporation Radom@butzel.com

      Thomas B. Radom   on behalf of Defendant   Detroit General Retirement System Service Corporation Radom@butzel.com

      Thomas P. Christy   on behalf of Creditor   Berkshire Hathaway Assurance Corporation tchristy@garanlucow.com

      Thomas R. Morris   on behalf of Plaintiff   Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com

      Thomas R. Morris   on behalf of Interested Party Donald Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com

      Thomas R. Morris   on behalf of Creditor Donald Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com

      Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com

      Thomas R. Morris   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association morris@silvermanmorris.com, marlene@silvermanmorris.com

      Thomas R. Morris   on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com

      Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com

      Thomas R. Morris   on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com

      Timothy A. Fusco   on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com

      Timothy A. Fusco   on behalf of Debtor In Possession   City of Detroit, Michigan fusco@millercanfield.com

      Timothy R. Graves   on behalf of Interested Party   Bronze Gable, L.L.C. tgraves@allardfishpc.com, allardfishpc@yahoo.com

      Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com

      Timothy R. Graves   on behalf of Interested Party   Aurelius Capital Management, LP tgraves@allardfishpc.com, allardfishpc@yahoo.com

      Timothy R. Graves   on behalf of Interested Party   Stone Lion Capital Partners L.P. tgraves@allardfishpc.com, allardfishpc@yahoo.com

      Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com

      Timothy R. Graves   on behalf of Interested Party   Panning Capital Management, LP tgraves@allardfishpc.com, allardfishpc@yahoo.com

      Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com

      Timothy R. Graves   on behalf of Interested Party   Monarch Alternative Capital LP tgraves@allardfishpc.com, allardfishpc@yahoo.com

      Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com

      Trevor J. Zamborsky   on behalf of Creditor Teran Brown tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Anthony Harmon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Micholas Martin tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Kevin Mcdonald tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Viena Lowe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Kevin McGillivary tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Melvin Miller tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Ezekiel Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Wendy Jefferson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Doug Taylor tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Donald Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Jeffrey Theriot tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Theresa Chalch tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Trevor J. Zamborsky   on behalf of Creditor Eric Kimbrough tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Rodney Heard tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Angela Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Yvette Spencer tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Clementine Stephens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Michael McKay tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Jay Woods tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Laverne Covington tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Eddie Moore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Otis Evans tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor John Collins tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Gary Musser tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Marily Cloyd tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Phyllis Tharpe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Jeffrey Peterson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Donna Weatherspoon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Robert Hall tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Jeremiah Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Jennifer Harris-Barnes tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Jermaine Gleen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Mario Littlejohn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Taesean Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Tarita Wilburn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Brandon Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Gregory Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Robert Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Terry Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Henry Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Woodrow Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Daniel Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Antonio Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Carolyn Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Ray Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Landon Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Raymond Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Winter Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Lucy Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Darnell Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Darchella Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Trevor J. Zamborsky    on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
               vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
              William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
              William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
              William C. Blasses    on behalf of Creditor    Jackie's Transport, Inc. wcb@osbig.com
              William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
               wcb@osbig.com
              William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
              William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
              William Norman Listman    on behalf of Interested Party    Southeastern Oakland County Water
               Authority wlistman@davislistman.com
              William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
              William W. Kannel    on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
              Winnifred P. Boylan    on behalf of Interested Party    State of Michigan wpboylan@lambertleser.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Wolfgang Mueller    on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com, jsmith@olsmanlaw.com

    Wolfgang Mueller    on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com, jsmith@olsmanlaw.com

    Wolfgang Mueller    on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com, jsmith@olsmanlaw.com

    Wolfgang Mueller    on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com, jsmith@olsmanlaw.com

    Yuliy Osipov    on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

    Yuliy Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

    Yuliy Osipov    on behalf of Interested Party   Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com

    Yuliy Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                                                                TOTAL: 618