UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

**ORDER APPROVING THE STIPULATION
TO EXTEND THE DEADLINE FOR THE OFFICIAL
COMMITTEE OF RETIREES AND THE RETIREE ASSOCIATION
PARTIES TO OBJECT OR OTHERWISE RESPOND TO THE
MOTION OF THE DEBTOR TO USE CASH COLLATERAL [DKT. 6644]**

The Stipulation to Extend the deadline for the Official Committee of Retirees of the City of Detroit, Michigan and the Retiree Association Parties (as defined in the Stipulation) to Object or Otherwise Respond to the Motion of the Debtor to use Cash Collateral attached hereto as **Exhibit A**; the Court having reviewed the Stipulation; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

Signed on August 21, 2014

                                                     /s/ Steven Rhodes
                                                     Steven Rhodes
                                                     United States Bankruptcy Judge

# EXHIBIT A

## Stipulation

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

**STIPULATION TO EXTEND THE DEADLINE FOR THE OFFICIAL COMMITTEE OF RETIREES AND THE RETIREE ASSOCIATION PARTIES TO OBJECT OR OTHERWISE RESPOND TO THE MOTION OF THE DEBTOR TO USE CASH COLLATERAL [DKT. 6644]**

The City of Detroit (the "City"), on the one hand, and the Official Committee of Retirees of the City of Detroit, Michigan (the "Committee"), the Retired Detroit Police & Fire Fighters Association ("RDPFFA"), Donald Taylor, individually, and as President of the RDPFFA, the Detroit Retired City Employees Association ("DRCEA") and Shirley V. Lightsey, individually, and as President of the DRCEA (collectively the "Retiree Association Parties"), on the other hand, hereby stipulate and agree, through their undersigned counsel, that the deadline for the Committee and the Retiree Associations Parties to object or otherwise respond to the Motion of the Debtor to use Cash Collateral [Dkt. 6644] is extended from August 20, 2014 until August 21, 2014 at midnight.

Dated:  August 20, 2014                    Respectfully submitted,

/s/ Claude D. Montgomery                   /s/ Heather Lennox
Claude D. Montgomery                       David G. Heiman (OH 0038271)
Carole Neville                             Heather Lennox (OH 0059649)
DENTONS US LLP                             JONES DAY
1221 Avenue of the Americas                North Point
New York, New York 10020                   901 Lakeside Avenue
Telephone:  (212) 768-6700                 Cleveland, Ohio 44114
claude.montgomery@dentons.com              Telephone:  (216) 586-3939
carole.neville@dentons.com                 Facsimile:  (216) 579-0212
                                           dgheiman@jonesday.com
Sam Alberts                                hlennox@jonesday.com
DENTONS US LLP
1301 K Street, NW                          Bruce Bennett (CA 105430)
Suite 600, East Tower                      JONES DAY
Washington, DC 20005-3364                  555 South Flower Street
Telephone:  (202) 408-6400                 Fiftieth Floor
sam.alberts@dentons.com                    Los Angeles, California 90071
                                           Telephone:  (213) 243-2382
Matthew E. Wilkins (P56697)                Facsimile:  (213) 243-2539
Paula A. Hall (P61101)                     bbennett@jonesday.com
BROOKS WILKINS SHARKEY &
    TURCO PLLC                             Jonathan S. Green (MI P33140)
401 South Old Woodward Avenue              Stephen S. LaPlante (MI P48063)
Suite 400                                  MILLER, CANFIELD, PADDOCK
Birmingham, Michigan 48009                     AND STONE, P.L.C.
Telephone:  (248) 971-1800                 150 West Jefferson
wilkins@bwst-law.com                       Suite 2500
hall@bwst-law.com                          Detroit, Michigan 48226
                                           Telephone:  (313) 963-6420
*Attorneys for the Retiree Committee*      Facsimile:  (313) 496-7500
                                           green@millercanfield.com
                                           laplante@millercanfield.com

                                           *Attorneys for the City of Detroit*

By: /s/ Ryan C. Plecha
**LIPPITT O'KEEFE GORNBEIN, PLLC**
Brian D. O'Keefe (P39603)
Ryan C. Plecha (P71957)
370 East Maple Road, 3rd Floor
Birmingham, Michigan 48009
Tel: (248) 646-8292
Fax: (248) 646-8375
bokeefe@lippittokeefe.com
rplecha@lippittokeefe.com

**SILVERMAN & MORRIS, P.L.L.C.**
Thomas R. Morris (P39141)
Karin F. Avery (P45364)
30500 Northwestern Hwy., Suite 200
Farmington Hills, Michigan 48334
Tel: (248) 539-1330
Fax: (248) 539-1355
morris@silvermanmorris.com
avery@silvermanmorris.com

*Attorneys for Retiree Association Parties*