UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,　　　　　　　Chapter 9
　　　　　　　　　　　　　　　　　　　　　Case No. 13-53846
　　　Debtor.　　　　　　　　　　　　　　Hon. Steven W. Rhodes
_____/

**REQUEST TO BE REMOVED FROM RECEIVING NEF's**

Raymond J. Sterling, counsel for Creditor Cynthia Bibb, requests to be removed from receiving NEF's.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/Raymond J. Sterling
　　　　　　　　　　　　　　　　　Sterling Attorneys at Law, P.C.
　　　　　　　　　　　　　　　　　33 Bloomfield Hills Pkwy., Ste. 250
　　　　　　　　　　　　　　　　　Bloomfield Hills, MI 48304
　　　　　　　　　　　　　　　　　(248) 644-1500
　　　　　　　　　　　　　　　　　rsterling@sterlingattorneys.com
　　　　　　　　　　　　　　　　　(P34456)

Dated: August 21, 2014