## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:                                    )          Chapter 9
                                          )
CITY OF DETROIT, MICHIGAN,    )          Case No. 13-53846
                                          )
                                          )          Hon. Steven W. Rhodes
        Debtor.                        )
_____

## ORDER EXTENDING THE DETROIT RETIREMENT SYSTEMS' DEADLINE TO RESPOND TO THE DWSD POSTPETITION FINANCING AND SETTLEMENT MOTION

This matter having come before the Court upon the Stipulation of the City of

Detroit, Michigan (the "City"), the Police and Fire Retirement System of the City

of Detroit (the "PFRS"), and the General Retirement System of the City of Detroit

(the "GRS" and together with the PFRS, the "Retirement Systems"); the City

having filed the Motion of the Debtor for a Final Order Pursuant to (I) 11 U.S.C.

§§ 105, 364(c), 364(d)(1), 364(e), 902, 904, 921, 922 and 928 (A) Approving

Postpetition Financing and (B) Granting Liens and (II) Bankruptcy Rule 9019

Approving Settlement of Confirmation Objections [Dkt. No. 6644] (the "DWSD

Postpetition Financing and Settlement Motion"); the Retirement Systems and the

City being engaged in discussions to address certain concerns regarding the DWSD

Postpetition Financing and Settlement Motion and requiring additional time to

continue those discussions; and the Court finding that good cause exists for granting the relief herein;

**IT IS HEREBY ORDERED THAT**:

1.      The deadline for the Retirement Systems to file and serve any written response or objection to the DWSD Postpetition Financing and Settlement Motion is extended from August 20, 2014 through August 21, 2014.

.

**Signed on August 21, 2014**

_____/s/ Steven Rhodes_____
       **Steven Rhodes**
       **United States Bankruptcy Judge**