UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:   Chapter 9
City of Detroit, Michigan,   Case No. 13-53846
    Debtor.   Hon. Steven W. Rhodes
_____/

## Order Adjourning Final Pretrial Conference

For the reasons stated on the record in open Court on August 21, 2014, it is hereby ordered that the final pretrial conference on plan confirmation currently scheduled for August 29, 2014 at 9:00 a.m., is adjourned to September 2, 2014 at 8:30 a.m. in Courtroom 716, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

.

**Signed on August 21, 2014**

                                                    /s/ Steven Rhodes
                                                  **Steven Rhodes**
                                                  **United States Bankruptcy Judge**