UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9
City of Detroit, Michigan,                                Case No. 13-53846
    Debtor.                                           Hon. Steven W. Rhodes
_____/

**Order Granting Motion for Leave to Serve the Supplemental**
**Expert Report of Caroline Sallee (Dkt. #6779)**

For the reasons stated on the record in open Court on August 21, 2014, it is hereby ordered that the City of Detroit's Motion for Leave to Serve the Supplemental Expert Report of Caroline Sallee (Dkt. #6779) is granted.

.

**Signed on August 21, 2014**

                                                                     /s/ Steven Rhodes
                                                      **Steven Rhodes**
                                                      **United States Bankruptcy Judge**