# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

## Notice Regarding Time Change of Hearing Regarding The City of Detroit's Motion to Strike (Dkt. #6845)

Notice is hereby given that the hearing regarding the City of Detroit's Motion to Strike in Part Syncora Guarantee Inc. and Syncora Capital Assurance Inc.'s Second Supplemental Objection to the Debtor's Plan of Adjustment (Dkt. #6845), scheduled for August 25, 2014, shall be held at 4:00 p.m. instead of 9:00 a.m. as originally noticed.

The hearing shall be held in Courtroom 242, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

Signed on August 21, 2014

                                              /s/ Steven Rhodes  
                                              Steven Rhodes  
                                              United States Bankruptcy Judge