UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 9
City of Detroit, Michigan,  Case No. 13-53846
    Debtor.  Hon. Steven W. Rhodes
_____/

### Order Regarding the Marking of Exhibits for Creditors Without an Attorney Who Have Been Granted Leave to Participate in the Confirmation Hearing

On August 20, 2014, the Court entered an Order Regarding Motions to Participate in the Confirmation Hearing. (Dkt. #6896) The Order set a deadline of September 2, 2014 for parties who were authorized to present testimony or to examine witnesses to bring their exhibits for marking to the Intake Counter on the 17th Floor of the Bankruptcy Court at 211 W. Fort Street, Detroit, Michigan. To facilitate the efficient processing and marking of exhibits for these individuals, the Court establishes the procedures set forth below:

1. Two copies of any exhibit must be brought to the Intake Department for marking.

   (a) The Court will forward one copy of the marked exhibit to counsel for the City of Detroit who will distribute it to the other parties participating at the plan confirmation hearing.

   (b) The other marked copy will be returned to the individual who presented it for marking. (*As stated in the Court's previous Order, exhibits must be brought to trial and presented into evidence at the time of the trial to be considered by the Court.*)

2. Exhibits from creditors without an attorney will be marked using numbers ranging from 14000 to 14999.

3. The Court will not accept any exhibit for marking from creditors without an attorney after the September 2, 2014 deadline previously established.

4. The Court will not accept any exhibit for marking from individuals who were not granted leave to participate at the plan confirmation hearing.

It is so ordered.

.

**Signed on August 21, 2014**

                                                  **/s/ Steven Rhodes**
                                                **Steven Rhodes**
                                                **United States Bankruptcy Judge**