# SUMMARY OF ATTACHMENTS

Exhibit 1    Proposed Form of Order

Exhibit 2    Notice of Motion and Opportunity to Object

Exhibit 3    Brief in Support of Motion [Brief Not Required]

Exhibit 4    Certificate of Service [To Be Filed Separately]

Exhibit 5    Declaration [Not Applicable]

Exhibit 6    Documentary Exhibits [Not Applicable]