# Exhibit 1

# Proposed Form of Order

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## ORDER GRANTING MOTION FOR CLARIFICATION OF POST-CONFIRMATION PROCEDURES

Upon consideration of the motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. for clarification of post-confirmation procedures, it is hereby ORDERED that the 14-day automatic stay of Bankruptcy Rule 3020(e) will apply to any order confirming the plan in this case.