# Exhibit 2

# Notice of Motion and Opportunity to Object

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

**NOTICE OF MOTION FOR CLARIFICATION OF
POST-CONFIRMATION PROCEDURES**

**PLEASE TAKE NOTICE** that on August 21, 2014, Syncora Guarantee Inc. and Syncora Capital Assurance Inc. filed the *Motion for Clarification of Post-Confirmation Procedures* in the United States Bankruptcy Court for the Eastern District of Michigan seeking entry of an order confirming that the 14-day automatic stay of Bankruptcy Rule 3020(e) will apply to any order confirming the plan in this case.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected by the relief sought in the Motion. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.**

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Bankruptcy Court to grant the Motion or you want the Bankruptcy Court to consider your views on the Motion, by **September 4, 2014**, you or your attorney must:

File with the Bankruptcy Court a written response to the Motion, explaining your position, electronically through the Bankruptcy Court's electronic case filing system in accordance with the Local Rules of the Bankruptcy Court or by mailing any objection or response to:[1]

United States Bankruptcy Court
Theodore Levin Courthouse

---

[1] A response must comply with F. R. Civ. P. 8(b), (c) and (e).

231 West Lafayette Street
Detroit, MI 48226

You must also serve a copy of any objection or response upon:

James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

- and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075

If an objection or response is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**PLEASE TAKE FURTHER NOTICE that if you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting such relief.**

2

13-53846-tjt    Doc 6946-3    Filed 08/21/14    Entered 08/21/14 19:01:14    Page 3 of 4

Dated: August 21, 2014         /s/ *Ryan Blaine Bennett*
                                        James H.M. Sprayregen, P.C.
                                        Ryan Blaine Bennett
                                        Stephen C. Hackney
                                        KIRKLAND & ELLIS LLP
                                        300 North LaSalle
                                        Chicago, IL   60654
                                        Telephone:   (312) 862-2000
                                        Facsimile:    (312) 862-2200

                                                  - and -

                                        Stephen M. Gross
                                        David A. Agay
                                        Joshua Gadharf
                                        MCDONALD HOPKINS PLC
                                        39533 Woodward Avenue
                                        Bloomfield Hills, MI   48304
                                        Telephone:   (248) 646-5070
                                        Facsimile:    (248) 646-5075

                                        *Attorneys for Syncora Guarantee Inc. and*
                                        *Syncora Capital Assurance Inc.*