# Exhibit 5

# Declaration [Declaration Not Required]