# Exhibit 1

# Proposed Order

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |
| | ) **Expedited Consideration** |
| | ) **Requested** |

**ORDER GRANTING *EX PARTE* MOTION OF SYNCORA GUARANTEE INC. AND SYNCORA CAPITAL ASSURANCE INC. FOR SHORTENED NOTICE AND EXPEDITED HEARING ON MOTION FOR CLARIFICATION OF POST-CONFIRMATION PROCEDURES**

This matter having come before the Court on the motion (the "*Ex Parte Motion*") of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (collectively, "Syncora") for the entry of an order shortening the notice period and scheduling an expedited hearing on the *Motion for Clarification of Post-Confirmation Procedures* (the "Clarification Motion"), the Court having reviewed Syncora's *Ex Parte* Motion, and the Court having determined that the legal and factual basis set forth in the *Ex Parte* Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The *Ex Parte* Motion is GRANTED.

2. The hearing with respect to the Clarification Motion shall be held on August 29, 2014, before Hon. Steven Rhodes.

3. Syncora is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the *Ex Parte* Motion.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.