# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---------------------------------------------------------------------x
:
In re                                                                : Chapter 9
:
CITY OF DETROIT, MICHIGAN,                                           : Case No. 13-53846
:
                Debtor.  : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------------------x

## THE OFFICIAL COMMITTEE OF RETIREES RESPONSE IN SUPPORT OF THE MOTION OF THE DEBTOR TO USE CASH COLLATERAL [DKT. 6644]

The Official Committee of Retirees of the City of Detroit, Michigan (the "Committee"), by and through its undersigned counsel, hereby submits a response in support of the Motion of the Debtor to use Cash Collateral [Dkt. 6644] (the "Motion") and in support thereof states as follows:

1. The Debtor has agreed to submit a revised proposed order in connection with the Motion to accurately reflect the limited subordination set forth in the Motion as to a portion of the DWSD pension contributions required by Exhibit II.B.3.r.ii.A. of the Sixth Amended Plan for the Adjustment of Debts of the City of Detroit.

2. The Committee reserves all rights to object to the Motion to the extent that the revised order agreed upon by and between the Committee and the Debtor is not submitted to the Court for approval in connection with the Motion.

Dated: August 21, 2014
New York, New York                    Respectfully submitted,

By: */s/ Claude D. Montgomery*

Claude Montgomery                     Sam Alberts
Carole Neville                        Dan Barnowski
DENTONS US LLP                        DENTONS US LLP
1221 Avenue of the Americas           1301 K Street, NW, Suite 600 East Tower
New York, New York 10020              Washington, DC 20005
Tel:    (212) 768-6700                Tel: (202) 408-6400
Fax:    (212) 768-6800                Fax: (202) 408-6399
claude.montgomery@dentons.com         sam.alberts@dentons.com
carole.neville@dentons.com            dan.barnowski@dentons.com

BROOKS WILKINS SHARKEY & TURCO PLLC
Matthew E. Wilkins
Paula A. Hall
401 South Old Woodward, Suite 400
Birmingham, Michigan  48009
Direct:  (248) 971-1711
Cell:  (248) 882-8496
Fax:  (248) 971-1801
wilkins@bwst-law.com
hall@bwst-law.com

*Attorneys for the Official Committee of Retirees*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 21, 2014, The Official Committee of Retirees Response in Support of the Motion of the Debtor to Use Cash Collateral [DKT. 6644] was filed and served using the Court's CM/ECF system which provides electronic notification of such filings to all counsel of record.

Dated: August 21, 2014        DENTONS US LLP

By:   */s/ Claude D. Montgomery*
Claude D. Montgomery