UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>　　　　　　　　　　Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

### CONCURRENCE OF THE RETIREE ASSOCIATION PARTIES IN THE OFFICIAL COMMITTEE OF RETIREES RESPONSE IN SUPPORT OF THE MOTION OF THE DEBTOR TO USE CASH COLLATERAL [DKT. 6644]

The Retired Detroit Police & Fire Fighters Association ("RDPFFA"), Donald Taylor, individually, and as President of the RDPFFA, and the Detroit Retired City Employees Association ("DRCEA") and Shirley V. Lightsey, individually, and as President of the DRCEA (collectively "Retiree Association Parties"), through their counsel, Lippitt O'Keefe Gornbein, PLLC and Silverman & Morris, P.L.L.C., join in the Official Committee of Retirees Response in Support of the Motion of the Debtor to Use Cash Collateral ("Response") (Dkt. 6948). The Retiree Association Parties hereby incorporate the statements and reservations of rights (on behalf of the Retiree Association Parties) contained in the Response, as if fully restated herein.

Dated: August 21, 2014        Respectfully submitted,

By: /s/ Ryan C. Plecha
**LIPPITT O'KEEFE GORNBEIN, PLLC**
Brian D. O'Keefe (P39603)
Ryan C. Plecha (P71957)
370 East Maple Road, 3rd Floor
Birmingham, Michigan 48009
Tel: (248) 646-8292; Fax: (248) 646-8375
bokeefe@lippittokeefe.com
rplecha@lippittokeefe.com

**SILVERMAN & MORRIS, P.L.L.C.**
Thomas R. Morris (P39141)
Karin F. Avery (P45364)
30500 Northwestern Hwy., Suite 200
Farmington Hills, Michigan 48334
Tel: (248) 539-1330; Fax: (248) 539-1355
morris@silvermanmorris.com
avery@silvermanmorris.com

*Attorneys for Retiree Association Parties*