# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 21, 2014, the following document was filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filings to all counsel of record:

**CONCURRENCE OF THE RETIREE ASSOCIATION PARTIES IN THE OFFICIAL COMMITTEE OF RETIREES RESPONSE IN SUPPORT OF THE MOTION OF THE DEBTOR TO USE CASH COLLATERAL [DKT. 6644]**

Respectfully submitted,

By: /s/ Ryan C. Plecha
**LIPPITT O'KEEFE GORNBEIN, PLLC**
Ryan C. Plecha (P71957)
370 East Maple Road, Third Floor
Birmingham, Michigan 48009
Tel: (248) 646-8292
rplecha@lippittokeefe.com

Dated: August 21, 2014        *Attorney for the Retiree Association Parties*