UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

In re:                                              Chapter 9
City OF DETROIT, MICHIGAN                           Case No. 13-53846
AND EMERGENCY MANAGER                               Magistrate Judge:
KEVYN ORR                                           Steven W Rhode
    Debtors/City of Detroit
_____/

# VERIFIED MOTION TO PARTICIPATE IN THE CONFIRMATION HEARING ORDERS OF MAGISTRATE JUDGE STEVEN RHODES ISSUED AUGUST 7 AND 13 2014 <u>DOCKET NOS. 6584 & 6699</u>

NOW COMES the creditors/objectors in the above caption herein this motion duly sworn depose and say that we are responding to the ORDER of Magistrate Judge Steven W Rhodes ORDERS issued August 7, 2014 and August 13 and say the following:

That we are the above creditors/objectors in the above caption in this matter.

1

1) That we are residents of the City of Detroit and taxpayers of the State of Michigan.

2) That we are citizens of the United State of America.

3) That we have a vested and financial interest in this matter.

3) That we are petitioners and objectors in this case.

4) That we the above creditor/objectors Carl Williams and Hassan Aleem due request to Participate in the confirmation hearing as order by Magistrate Judge Steven W Rhodes.

That we believe that the contents in this motion is true and correct to the best of our knowledge and belief and if called upon to testify can and will competently testify to the content of this matter.

Sincerely Submitted

_____
Carl Williams
10112 Somerset
Detroit, Michigan 48224

_____
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206

Sign __Michael Mulholland__

Address __2051 Hyde Park Rd.__

City, State, & Zip __Detroit, MI 48207__

Date __8/13/14__

Sign __Lula Millender__

Address __3763 Buena Vista__

City, State, & Zip __Detroit, MI 48238__

Date __8/13/14__

Sign __Evelyn Owens Smith__

Address __19450 Gloucester Dr.__

City, State, & Zip __Detroit, Mich 48203__

Date __8/13/14__

Sign _____

Address _____

City, State, & Zip _____

Date _____

Sign _Carl Williams_

Address _10112 Somerset_

City, State, & Zip _Detroit, Michigan 48224_

Date _Aug 13, 2014_

Sign _LaVern Holloway  LaVern Holloway_

Address _16246 Linwood St._

City, State, & Zip _Detroit, Mich. 48221_

Date _8-13-2014_

Sign _Wanda Jan Hill / Wanda Jan Hill_

Address _16125 Oakfield Street_

City, State, & Zip _Detroit MI 48235_

Date _8/13/2014_

Sign _Benyne Goldston_   BENYNE GOLDSTON

Address _17385 PARKSIDE_

City, State, & Zip _DETROIT, MI 48221-2714_

Date _AUG. 13, 2014_

Sign Gregory T. Waller

Address 11310 Cheyenne

City, State, & Zip Detroit, MI 48227

Date 8-13-14

Sign Sheila Thompkins

Address 2332 Prince Hall

City, State, & Zip Detroit, MI 48207

Date 8-13-14

Sign Lakita Thomas

Address 660 West Lafayette L-106

City, State, & Zip Detroit Mich 48226

Date 8/13/2014

Sign William M. Davis

Address 9203 Littlefield St.

City, State, & Zip Detroit, Mich. 48228

Date 8/13/2014

CARL WILLIAMS AND HASSAN ALEEM
          Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtor/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## PROOF OF SERVICES

_Carl Williams_____, being first duly sworn deposes and
your name

Say that on August ___21___ 2014. We sent a copy of Verified Motion to participate in the confirmation hearing as required by the Order of Magistrate Judge Steven W Rhodes issued August 7 and 13, 2014 Docket No. 6584 & 6699, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226


Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Cral Williams_

Dated __August 21, 2014__