UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
        Creditor

v

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

        Debtor

Chapter 9
Case No. 13-53846
Hon: Steven W. Rhodes

## THE EMERGENCY MANAGER KEVYN ORR FILE BANKRUPTCY TO AVOID PAYING A DEBTS TO SYNCORA AND SHOULD BE DISMISS

THE FOURTH AMENDMENT NOTICE WAS AFTER THE FACT, AND THERE WAS NO FIFTH AMENDMENT NOTICE, IT WAS UNTIMELY, CONTRARY TO THE FACTS AND LAW MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED IN A GOOD FAITH MANNER.

We /I object to the Fourth and Fifth Amended Plan of Adjustments and any confirmation of the Plans of Adjustment and the process for the following reasons:

We object because (1) the Emergency Manger, Kevyn Orr went to Wayne County Circuit Court to get an injunction to stop payment on Casino Revenues

1

(2) Syncora went to Federal Court in New York and was transferred to the District court to have the injunction lifted. Syncora alleged that the Swap Counterparties may not exercise any optional right of termination of the Swap Contracts at the City's direction, as envisaged by the Forbearance and Optional Termination Agreement (FOTA) without Syncora's prior written consent. Syncora sought declaratory and injunctive relief, including a declaration that the Swap Counterparties may not terminate the Swap Contract without Syncora's consent (and that any such termination will be void ab inito) and an injunction permanently enjoining the Swap Counterparties from terminating the Swap contracts. (3)The Emergence Manager, Kevyn Orr to avoid paying Syncora filed for bankruptcy as stated in the Fourth Amended Plan of Adjustment with the exception of stating Kevyn Orr filed bankruptcy to avoid payment that is a violation of the Bankruptcy Code and demonstrate it was not filed in good faith as required 11 USC 109 (c) and 921 of the bankruptcy code and should be dismiss.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carol Bil Williams_

Address _10112 Somerset_

City, State, & Zip _Detroit Michigan 48224_

Date _August 9, 2014_

Sign Douglas Yee

Address 4245 Commonwealth

City, State, & Zip Detroit MI 48208

Date 8-9-14

Sign Barbara Yee

Address 4245 Commonwealth

City, State, & Zip Detroit MI 48208

Date 8-9-14

Sign Dorothea Harris

Address 20552 Huntington

City, State, & Zip Harper Woods MI, 48225

Date 08/09/14

Sign Tijuana Morris

Address 14841 Foy Rd.

City, State, & Zip Detroit MI 48228

Date 8-9-14

Sign _Keith M ?____

Address _832 CHALMERS____

City, State, & Zip _DET, MICH 48215____

Date _8/9/14____

Sign _Vera C. Magee____

Address _5165 IROQUOIS____

City, State, & Zip _DETROIT, MI 48213____

Date _8-9-14____

Sign _Orianne Watson____

Address _18424 Curtis____

City, State, & Zip _Det, MI, 48219____

Date _8/9/14____

Sign _Thelma Milledge____

Address _15075 Appoline St____

City, State, & Zip _Det Michigan 48227____

Date _8/9/2014____

Sign: Mark Burton
Address: 2920 Norwich Rd.
City, State, & Zip: Lansing, MI 48911
Date: 8-9-14

Sign: Marie Lynette Thornton
Address: 99 E. Forest apt 909
City, State, & Zip: Detroit, Michigan
Date: 8-9-2014

Sign: [signature]
Address: 12225 Parkside
City, State, & Zip: Detroit MI 48221
Date: 9/14/14

Sign: Wayne A. Bernard
Address: 13650 Wadsworth
City, State, & Zip: Detroit, Michigan 48227
Date: 8-9-2014

Sign _Cindy Darrah_

Address _492 Peterboro_

City, State, & Zip _Detroit, MI 48201_

Date _8/9/14_

Sign _Hassan Ales_

Address _2440 Taylor_

City, State, & Zip _Detroit, Mich 48206_

Date_____

Sign_____

Address_____

City, State, & Zip_____

Date_____

Sign_____

Address_____

City, State, & Zip_____

Date_____

Sign_____

Address_____

City, State, & Zip_____

Date_____

Sign_____

Address_____

City, State, & Zip_____

Date_____

Sign_____

Address_____

City, State, & Zip_____

Date_____

Sign_____

Address_____

City, State, & Zip_____

Date_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtor/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and your name

Say that on August __21__ 2014. I sent a copy of The Emergency Manager Kevyn Orr file bankruptcy to avoid paying a debts to Syncora and should be dismiss, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226


Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _[signature]_

Dated August 21, 2014