

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAM AND HASSAN ALEEM
    Creditors/Objectors,

v

..........In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D.ORR
    Debtors/City of Detroit

_____/

Chapter 9
Case No. 13-53846
Magistrate Judge Steven W Rhodes

Case No. 14-cv-10434
  Hon. Bernard A. Freidman
  Magistrate Paul J. Komives

## OBJECTION TO THE PLAN OF ADJUSTMENT AND THE CONFIRMATION OF THE PLAN OF ADJUSTMENT VOTING BALLOT AND THE PROCESS

OBJECTION TO THE NOTICE TO AND THE PLAN OF ADJUSTMENT AND THE CONFIRMATION OF THE PLAN, BECAUSE THEY WERE AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED <u>AND CONDUCTED IN A GOOD FAITH MANNER.</u>

We/I object to the voting ballot and the process for the following reason:

1) We/I object to the Plan of Adjustment and confirmation of the Plan,

1

because the voting ballots are not in compliance with the Official Form 14. Your signature and voting ballot boxes are on separate pages. See attached copy of the Official ballot from and the bankruptcy court received a copy of this official 14 ballot at the so-called presentation falsely contrived as a hearing held July 15, 2014.

2) We/I object to the plan of adjustment and confirmation to the plan, because the material included with the voting packages has some solicitation for a yes votes with letters from Shirley Lightsey a representative of the retiree committee, Donald Taylor president of Detroit retiree, Police and Fire Fighters on the behalf of the board of directors and the Emergency Manager, Kevyn Orr encouraging a Yes votes in violation of the Michigan Election Statute 168.485 (See attached a copy of the Michigan Election Statute 168.485 MEL) that states the language used shall not create no prejudice for or against the issue or proposal.

This doesn't secure or support a process that demonstrate the purity of the election process. The whole process has been fraudulent from the start when the Emergency Manager, Kevyn Orr impersonated an elected official when he filed for the bankruptcy. When the law states only a municipality and elected officials can file for bankruptcy. This clearly a violation of MEL 168.485, thus a 5th Amendment Proce-

2

aural Due Process and 14th Amendment Equal Protection of the Law Constitution of United State.

| | |
|---|---|
| Carl Williams (?) <br> name | William M. Rowe (?) <br> name |
| 10112 Somerset <br> Address | 9203 Littlefield St. <br> address    08/18/2014 |
| Detroit Michigan 48204 <br> City, State & Zip | Detroit, Mich. 48228 <br> City, State & Zip |
| _(signature)_ <br> Name | Hassan _(illegible)_ <br> Name |
| 16246 Linwood St <br> Address | 2440 Taylor <br> Address |
| Detroit, Mi 48221 <br> State & Zip | Detroit, Mich 48206 <br> City, State & Zip |
| Mary Diane Buchowski <br> Name | _(signature)_ <br> Name |
| 9000 E. Jefferson #28-2 <br> Address | 510 Trowbridge <br> Address |
| Detroit, Mich. 48214 <br> City, State & Zip | Detroit, Mich. 48202 <br> City, State & Zip |

| name | name |
|---|---|
| Address | address |
| City, State & Zip | City, State & Zip |
| name | name |
| Address | address |
| City, State & Zip | City, State & Zip |
| Name | Name |
| Address | Address |
| State & Zip | City, State & Zip |
| Name | Name |
| Address | Address |

Form 14. Class [ ] Ballot for Accepting
or Rejecting Plan of Reorganization

Official Form 14
(12/03)

*[Caption as in Form 16A]*

## CLASS [ ] BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

*[Proponent]* filed a plan of reorganization dated *[Date]* (the "Plan") for the Debtor in this case. The Court has *[conditionally]* approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from *[name, address, telephone number and telecopy number of proponent/proponent's attorney.]* Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your *[claim] [equity interest]* has been placed in class [ ] under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by *[name and address of proponent's attorney or other appropriate address]* on or before *[date]*, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

*[At this point the ballot should provide for voting by the particular class of creditors or equity holders receiving the ballot using one of the following alternatives;]*

*[If the voter is the holder of a secured, priority, or unsecured nonpriority claim:]*

The undersigned, the holder of a Class [ ] claim against the Debtor in the unpaid amount of Dollars ($           )

*[or, if the voter is the holder of a bond, debenture, or other debt security:]*

The undersigned, the holder of a Class [ ] claim against the Debtor, consisting of Dollars ($           ) principal amount of *[describe bond, debenture, or other debt security]* of the Debtor (For purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

Official Form 14 continued
(12/03)

*[or, if the voter is the holder of an equity interest:]*

The undersigned, the holder of Class [ ] equity interest in the Debtor, consisting of _____ shares or other interests of *[describe equity interest]* in the Debtor

*[In each case, the following language should be included:]*

(Check one box only)

[ ] ACCEPTS THE PLAN              [ ] REJECTS THE PLAN

Dated: _____

Print or type name: _____

Signature: _____

Title (if corporation or partnership) _____

Address: _____
_____

RETURN THIS BALLOT TO:
*[Name and address of proponent's attorney or other appropriate address]*
(Added Aug. 1, 1991, and amended Oct. 1, 1997; Dec. 2003.)

### ADVISORY COMMITTEE NOTES

#### 1991 Enactment

The form is derived from former Official Form No. 30. The form has been amended to facilitate the voting of a debtor's shares held in "street name." The form may be adapted to designate the class in which each ballot is to be tabulated. It is intended that a separate ballot will be provided for each class in which a holder may vote.

#### 1997 Amendment

The form has been substantially amended to simplify its format and make it easier to complete correctly.

Directions or blanks for proponent to complete the text of the ballot are in italics and enclosed within brackets. A ballot should include only the applicable language from the alternatives shown on this form and should be adapted to the particular requirements of the case.

If the plan provides for creditors in a class to have the right to reduce their claims so as to qualify for treatment given to creditors whose claims do not exceed a specified amount, the ballot should make provisions for the exercise of that right. See section 1122(b) of the Code.

If debt or equity securities are held in the name of a broker/dealer or nominee, the ballot should require the furnishing of sufficient information to assure that duplicate ballots are not submitted and counted and that ballots submitted by a broker/dealer or nominee reflect the votes of the beneficial holders of such securities. See Rule 3017(e).

In the event that more than one plan of reorganization is to be voted upon, the form of ballot will need to be adapted to permit holders of claims or equity interests (a) to accept or reject each plan being proposed, and (b) to indicate preferences among the competing plans. See section 1129(c) of the Code.

### HISTORICAL NOTES

**Effective and Applicability Provisions**
1997 Acts. Order amending official forms dated Oct. 1, 1997, effective immediately, with mandatory use starting March 1, 1998.

Form 15. Order Confirming Plan

Form B15
(Rev. 12/01)

*[Caption as in Form 16A]*

ORDER CONFIRMING PLAN

The plan under chapter 11 of the Bankruptcy Code filed by _____, on _____ [*if applicable*, as modified by a modification filed on _____,] or a summary thereof, having been transmitted to creditors and equity security holders; and

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. § 1129(a) [*or, if appropriate,* 11 U.S.C. § 1129(b)] have been satisfied;

IT IS ORDERED that:

The plan filed by _____, on _____, *[If appropriate, include dates and any other pertinent details of modifications to the plan]* is confirmed. *[If the plan provides for an injunction against conduct not otherwise enjoined under the Code, include the information required by Rule 3020.]*

A copy of the confirmed plan is attached.

Dated: _____

BY THE COURT

_____
*United States Bankruptcy Judge*

(Added Aug. 1, 1991, and amended Dec. 1, 2001.)

ADVISORY COMMITTEE NOTES

This form is derived from former Official Form No. 31. The form has been simplified to avoid the necessity of repeating the statutory requirements of 11 U.S.C. § 1129(a). In the case of an individual chapter 11 debtor, Form 18 may be adapted for use together with this form.

2001 Amendment

The form is amended to conform to the December 1, 2001, amendments to Rule 3020.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON



CARL WILLIAMS AND HASSAN ALEEM
Creditors

V

In re:  
CITY OF DETROIT, MICHIGAN  
AND EMERGENCY MANAGER  
KEVYN D ORR.

Chapter 9  
Case No. 13-53846  
Hon: Steven W. Rhodes

Debtors

_____/

## PROOF OF SERVICES

\_\_\_Carl Williams\_\_\_, being first duly sworn deposes and your name

Say that on August 18 2014. I sent a copy of objection to the Plan of Adjustment and confirmation of the Plan of Adjustment voting ballot and Process, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226


Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_____

Dated __August 1?, 2014____