UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISONN

_Katrina Henry_
Creditor/Objector,

v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

    Debtor/CITY OF DETROIT

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

Case No. 14-cv-10434
Hon. Bernard A. Freidman
Magistrate Paul J. Komives

## WE OBJECT TO THE PLAN OF ADJUSTMENT AND THE CONFORMATION OF THE PLAN OF ADJUSTMENT VOTING BALLOT AND THE PROCESS

OJECTIONS TO THE NOTICE AND THE PLAN OF ADJUSTMENT AND
THE CONFIRMATION OF THE PLAN, BECAUSE THEY WERE AFTER
THE FACT, UNTIMELY, CONTRARY TO THE FACTS AND MISREPRESENT-
ATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN
<u>PRESENTED IN A GOOD FAITH MANNER.</u>

We /I object to the voting ballot and the process for the following reasons:

1) We/I object to the Plan of Adjustment and confirmation to the plan of Adjustment, because most of the citizens wasn't allowed to sit in the court room and was order to go to the overflow room and there were plenty of room in the court. This was to give the perception that the citizens was not concern or inter-

1

ested if TV cameras men was there, however there were plenty of people in the overflow room and they view it on the monitors.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _[signature]_

Address 510 Trowbridge

City, State, & Zip Detroit, Mich. 4820[?]

Date 7-21-14

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
Creditors

V

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Hon: Steven W. Rhodes |
| KEVYN D ORR. | |
| Debtors | |

## PROOF OF SERVICES

___Carl Williams___, being first duly sworn deposes and your name

Say that on August 18 2014. I sent a copy of objection to the Plan of Adjustment and the confirmation of the Plan of Adjustment voting ballot and the process, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226


Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign_____Carl Williams_____

Dated___August 14, 2014_____