

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAM AND HASSAN ALEEM
    Creditors/Objectors,

V

| | |
|---|---|
| In re:<br>City OF DETROIT, MICHIGAN<br>AND EMERGENCY MANAGER<br>KEVYN D.ORR<br>    Debtors/City of Detroit | Chapter 9<br>Case No. 13-53846<br>Magistrate Judge Steven W Rhodes<br><br>Case No. 14-cv-1043-<br>Hon. Bernard A. Freidman<br>Magistrate Paul J. Komives |

## OBJECTION TO THE PLAN OF ADJUSTMENT AND THE CONFIRMATION OF THE PLAN OF ADJUSTMENT VOTING BALLOT AND THE PROCESS

OBJECTION TO THE NOTICE TO AND THE PLAN OF ADJUSTMENT AND THE CONFIRMATION OF THE PLAN, BECAUSE THEY WERE AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED <u>AND CONDUCTED IN A GOOD FAITH MANNER.</u>

We/I object to the so-called recoupment to the City of Detroit and the State of Michigan through the Emergency Manager, Kevyn Orr is attempting to take money from the retiree under false pretense. To recoup funds or any-

...ng of value mean that you owe them money or funds that they have given you in

...e past. The fact that they invested wisely and make a profit in the stock market when the market value went up and so did the City of Detroit. When the market goes up everybody that invest go up with it including Detroit. This greed by the City of Detroit to have made profit and I don't see them give any money back. However, the retiree have not violated or broken any laws and there is no statutes govern this so-called recoupment. The State through the Emergency Manager, Kevyn Orr and the City of Detroit has violated the of statute of limitation and the Security & Exchange Commission rules and regulation, and the Truth and Lending Act.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_____
Carl Williams
10112 Somerset
Detroit, Michigan 48224

_____
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtor/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____ / | Magistrate Paul J. Komives |

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and
your name

Say that on August 21, 2014. I sent a copy of Objection to the Plan of adjustment and any confirmation of the plan of Adjustment voting Ballot and the process, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226


Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_

Dated _August 21, 2014_