# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON



CARL WILLIAMS AND HASSAN ALEEM
    Creditor/Objector,

v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
    Debtors/City of Detroit

Chapter 9
Case No. 13-53846
Magistrate Judge Steven W Rhodes

_____/

## OBJECTION OF PREJUDICE MAGISTRATE
## JUDGE STEVEN W. RHODES

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

We /I object to the voting ballot and the process for the following reasons:

    1) The Magistrate Judge Steven W Rhodes appointed a retiree committee in

total disregard to the pensioner retiree committee already established by the union. Magistrate Judge Rhodes appointed committee falsely stated that the pensioners made only 6.5 to 7%. In 2013 they claim they didn't make any profit and alleged they only made .5%. The whole stock market has been going up from 2011 to 2014 and when the stock market goes up everybody profit goes up. It was reported in the Financial Times that the stock market was up at all time high. This committee was created by Judge Rhodes to make it appear that pensioners lost money in the stock market by their action when the "prime facie evidence" shows otherwise.

1

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Carl Williams
10112 Somerset
Detroit, Michigan 48224

Hassan Aleem
2440 Taylor
Detroit, Michigan 48206

name

name

Address

address

City, State & Zip

City, State & Zip



# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
        Creditors

V

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Hon: Steven W. Rhodes |
| KEVYN D ORR. | |
|         Debtors | |

## PROOF OF SERVICES

___Carl Williams___, being first duly sworn deposes and your name

Say that on August 18 2014. I sent a copy of objection to the Prejudice of Magistrate judge Steven W. Rhode upon parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226


Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign_____Carl Williams_____

Dated___August 18, 2014_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
   Creditors/Objectors,
v

In re:             Chapter 9
City OF DETROIT, MICHIGAN    Case No. 13-53846
AND EMERGENCY MANAGER    Judge Steven W Rhodes
KEVYN D. ORR
   Debtor/City of Detroit   Case No. 14-cv-10434
             Hon. Bernard A. Freidman
_____/ Magistrate Paul J. Komives

## PROOF OF SERVICES

__Carl Williams_____, being first duly sworn deposes and
your name

Say that on August 21, 2014. I sent a copy of Objection of Prejudice

Magistrate Judge Steven W. Rhodes, Upon the concern parties by certified

mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226


Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl B. Williams_

Dated _August 21, 2014_