# UNITED STATES BANKRUPTCY C...
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
              Creditor

V

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
              Debtor

Chapter 9
Case No. 13-53846
Hon: Steven W. Rhodes

## THE BANKRUPTCY COURT DISCRIMINATE AGAINST CREDITORS AND VIOLATED ITS OWN RULES AND THE DECISIONS CANNOT STAND

THE FOURTH AMENDMENT NOTICE WAS AFTER THE FACT, AND THERE WAS NO FIFTH AMENDMENT NOTICE, IT WAS UNTIMELY, CONTRARY TO THE FACTS AND LAW MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED IN A GOOD FAITH MANNER.

We /I object to the Fourth and Fifth Amended Plan of Adjustments and any confirmation of the Plans of Adjustment and the process for the following reasons:

1) We objected to the Fourth and Fifth Amended Plans of Adjustment because we never consent to either plans that violates 11 USC 903(1) a State law prescribing a method of composition of indebtedness of such municipality may

1

not bind any creditor that does not consent to such composition, (2) a judgment enter under such a law may not bind a creditor that does not consent to such composition. 11 U.S.C. 903 (c). The State through the Emergency Manager Kevyn Orr also violated 11 U.S.C. 904, as well because the city never voluntary consent to the bankruptcy and we demand that this case be dismissed.

2) We object to the Fourth and Fifth Amend Plan of Adjustment because they never were confirmed and when not confirmed, refuse or rejected the court shall dismiss chapter 9 under 11 USC 930 or 11 USC 1112.

3) We object to the bankruptcy because most creditors have not received a hearing on their objections and the debtor have had a hearing, thus the creditor has been discriminated against by the bankruptcy court. Magistrate Judge Steven W. Rhodes stated in the July 15, 2014, so-called hearing that there was no "testimony" and only "presentation" and he wouldn't say that they had any legal binding affect. He stated that it would be used in his decision or determination of this case. The creditors in essence never had a meaningful hearing and in this case not at all. Goldberg v Kelly 397 U.S. 254 90 S Ct 1011, 252 citing "The fundamental requisite of due process is the opportunity to be heard."

2

Grannis v Ordean, 234 U.S. 385 394 (1914); The notice and hearing must be "at a meaningful time and in a meaningful manner."

It is customary and a long standard principle that once an agency or a court has issued rules and regulations to govern its activity, The court's ruled that any time an agency promulgate rules they **must scrupulously follow those rules or the decision cannot stand and may not violate them**. In this case we are referring to Bankruptcy rules and codes and to bargain in good faith, regardless who makes the rule they must be followed in a civilized society of rules and law making procedures. Security & Exchange Comm v. Chenery 318 U.S. 80 87, 88 (1943), Service v Dulles, 354 U.S. 363 77 S. Ct 1152, p1 L.ED2nd 1403 (1957) Pacific Molasses Co. v FTC, Tex (356 F2d 386 (1966).

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign_____Carl J. Williams_____

Address_____10112 Somerset_____

City, State, & Zip_____Detroit, Michigan 48224_____

Date_____August 7, 2014_____

Sign_Regina W. Bee_ (?)
Address_8430 Beaverland_
City, State, & Zip_Detroit, MI 48239_
Date_8/19/14_

Sign_ALMA COZART_
Address_18331 Shaftsbury_
City, State, & Zip_Det. Mich. 48219_
Date_8/19/14_

Sign_Gregory T. Waller   313 491-0413_
gtwaller7@netscape.net
Address_11310 Cheyenne_
City, State, & Zip_Detroit_
Date_8/9/14_

Sign_~~[struck out]~~ Shelia Hampton_
Address_2332 Prince Hall_
City, State, & Zip_Det. MI 48207_
Date_9/11/2014_

Sign Zelma Kinchloe
Address 439 henry 403
City, State, & Zip Det Mi 48201
Date 08-9-2014

Sign LaVen Halloway
Address 16246 Linwood St.
City, State, & Zip 48221
Date 8-10-2014

Sign Olivia Shaker
Address 16157 St. Mary
City, State, & Zip Det
Date 8-9-14

Sign Hassan Aleem
Address 2440 Taylor
City, State, & Zip Detroit Mich 48206
Date 8/9/14

Sign William M. Davis
Address 9203 Littlefield St
City, State, & Zip Detroit, Mi. 48228
Date 08/11/2014    montybill86@yahoo.com

Sign Belinda Florence
Address 20420 Anglin
City, State, & Zip Detroit MI 48234
Date 8/11/2014

Sign Jesse Florence Sr.
Address 20420 Anglin
City, State, & Zip Det MI 48234
Date 8/11/2014

Sign_____

Address_____

City, State, & Zip_____

Date_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON



CARL WILLIAMS AND HASSAN ALEEM
    Creditor

V

In re:                                    Chapter 9
CITY OF DETROIT, MICHIGAN                 Case No. 13-53846
AND EMERGENCY MANAGER                     Hon: Steven W. Rhodes
KEVYN D ORR.
    Debtor
_____/

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and your name

Say that on August 19 2014. I sent a copy of the Bankruptcy court discriminate against creditors and violated its own rules and the decisions cannot stand, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Caul B Williams_

Dated  August 19  2014