UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED (T)

2014 AUG 21 P 7 22

U.S. ...
E.D. ... DETROIT

CARL WILLIAMS AND HASSAN ALEEM
    Creditor

v

In re:  
CITY OF DETROIT, MICHIGAN  
AND EMERGENCY MANAGER  
KEVYN D. ORR  
    Debtor

Chapter 9  
Case No. 13-53846  
Hon: Steven W. Rhodes

_____/

## OBJECTION TO THE INHUMAN DECISION MAKING OF THE GOVERNOR SYNDER AND THE EMERGENCY MANAGER KEVYN ORR TO ARBITRARY AND CAPRICIOUSLY SHUT OFF WATER

THE FOURTH AMENDMENT NOTICE WAS AFTER THE FACT, AND THERE WAS NO FIFTH AMENDMENT NOTICE IT WAS UNTIMELY, CONTRARY TO THE FACTS AND LAW MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED IN A GOOD FAITH MANNER.

We/I object to the Fourth and Fifth Amended Plans of Adjustment because

of the State through Governor Rick Snyder who has violated his oath of office.

When he through the Emergency Manager, Kevyn Orr order a private company to

arbitrary and capriciously shut off water of residents and citizens of the City of

1

Detroit, in violation of their constitutional rights to due process without notice and a meaningful hearing and in this case none at all. See Goldberg v. Kelly 397 U.S. 254 (1970): citing Armstrong v. Manzo, U.S. 545, 552 (1965). Goldberg also said the decision maker must be impartial decision maker. In this case there should be a federal investigation and a hearing.

Governor Snyder took an oath of office under Article XI Section 1 of the Constitution of the State of Michigan to support the State of Michigan and United States Constitution. When Governor Rich Snyder approved and directed the Emergency Manager Kevyn Orr to have the water cut-off in a arbitrary and capriciously manner without any care and human responsibility like a communist dictator. He violated his oath of office when he approved or order the shutoff in violation of the residents and citizens Constitutional Rights to "due process of the law" under Article 1 section 2 of the Michigan State Constitution and the 14th Amendment of the Constitution of the United State. Also discriminatory against the poor and the less fortunate to be coerced to pay without due process or be deprived water. This is a violation also of 42 USC 1983 Civil action for deprivation of rights and 42USC 1985 conspiracies to interfere with Civil Rights.

This is also a violation of Article 1 Section 23 of Michigan State Constitution

2

and IX Amendment of the Constitution to invoked Universal Declaration of Human Rights Articles 1, 5, 7, 8, 10.

No notice or hearing was provided to the residents and citizens. In the present context these principle require that a person have <u>timely</u> and <u>adequate notice</u> detailing the reasons for the notice and an effective opportunity to a hearing to defend. Goldberg v. Kelly 397 U.S. 254 (1970) citing Armstrong v. Manzo. <u>Supra.</u>

The decision of Governor Snyder and the Emergency Manager Kevyn Orr conspired by their action and was cruel in their action and in a sense punishment for being misfortune unable to pay a water bill for something that is a essential necessity of life to exist a "GOD" given element of life.

There action was shocking to conscious of people all over the world in the so-called richest country in the world depriving their residents and citizens a God given necessity. In the way that it was executed was cruel and unusual and violation of IX Amendment of the United States Constitution. Governor Snyder and the his side kick Emergency Manager Kevyn Orr contravened the Universal Declaration of Human Rights:

    Article 1    All human being are born free and equal in dignity and

3

rights. They are endowed with reason and conscience and should act towards one another in a spirit of brotherhood.

Article 5   No one shall be subject to torture or to cruel, inhuman or Degrading treatment or punishment.

Article 7   All are equal before the law and are entitled without any discrimination in violation of this Declaration and against any Incitement to such discrimination

Article 8   Everyone has a right to an effective remedy by the competent National tribunals for acts violating the fundamental rights granted him by the constitution or by law.

Article 10  Everyone is entitled in full equality to a fair and public hearing
by an independent and impartial tribunal, in the determination of his rights and obligations and of any criminal charge against him.

We need Magistrate Judge Steven W. Rhodes to order an investigation against the State of Michigan and to hold hearing on this matter in connection with the Bankruptcy.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign Carl Williams
Address 1013 Somerset
City, State, & Zip Detroit, Michigan 48224
Date August 9, 2014

Sign: Olivia Shakoor (?)
Address: 16151 St Mary
City, State, & Zip: Detroit 48035
Date: 8-9-14

Sign: Hassan Aleem (?)
Address: 2440 Taylor
City, State, & Zip: Detroit Mich 48206
Date: 8/9/14

Sign: Evelyn Owens Smith (?)
Address: 18601 Wexford
City, State, & Zip: Det MI 48234
Date: 8/11/14

Sign: Thompkins (?)
Address: 2332 Prince Hall Dr
City, State, & Zip: Det MI 48207
Date: 8/11/2014

Sign: Zelma Kinchloe
Address: 439 henry 403
City, State, & Zip: Det MI 48201
Date: 08-9-2014

Sign: William M. Davis
Address: 9203 Littlefield St.    montybill86@yahoo.com
City, State, & Zip: Detroit, Mich 48228
Date: 08/11/2014

Sign: Belinda Florence
Address: 20420 Anglin
City, State, & Zip: Detroit MI 48234
Date: 8/11/2014

Sign: Jesse Florence Sr.
Address: 20420 Anglin
City, State, & Zip: Detroit MI 48234
Date: 8/11/2014

Sign Gregory T. Waller

Address 11310 Cheyenne    gtwaller7@netscape.net

City, State, & Zip Detroit, MI 48227    313 491-0413

Date 8/10/14

Sign_____

Address_____

City, State, & Zip_____

Date_____

Sign_____

Address_____

City, State, & Zip_____

Date_____

Sign_____

Address_____

City, State, & Zip_____

Date_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
    Debtor/City of Detroit

_____/

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

Case No. 14-cv-10434
Hon. Bernard A. Freidman
Magistrate Paul J. Komives

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and your name

Say that on August 21, 2014. I sent a copy of Objection to the inhuman decision making of the Governor Snyder and the Emergency Manager Kevyn Orr to Arbitrary and Capriciously shut off water, Upon the concern parties

by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl B Williams_

Date _August 21, 2014_