CARL WILLIAMS AND HASSAN ALEEM
Creditor

V

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
          Debtor

Chapter 9
Case No. 13-53846
Hon: Steven W. Rhodes

# WE OBJECTS TO THE SO-CALLED NOTICE OF REDLINED VERSION OF PLAN OF FIFTH AMENDED PLAN OF ADJUSTMENT OF THE DEBTS OF THE CITY OF DETROIT

THE FOURTH AMENDMENT NOTICE WAS AFTER THE FACT, AND THERE WAS NO FIFTH AMENDMENT NOTICE IT WAS UNTIMELY, CONTRARY TO THE FACTS AND LAW MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS **NOT BEEN PRESENTED IN A GOOD FAITH MANNER**.

We/I object to the Plan of Adjustment and the Fifth Amendment of the plan any confirmation of the plan and any other amendments of the Plan of Adjustment for the following reasons:

1) We object to the so-called notice of redlined version of Plan of Fifth Amended Plan for the Adjustment of debts of the City of Detroit and any amendments to the Plan of Adjustment including any ex par te communication or action known and unknown to the creditors/objectors.

3) The Bankruptcy Code and Public Act 436 both state that "**only the municipality can file for bankruptcy under chapter 9.**" **Prior to filing the petition the proper step is approval by City Council and the** proper person or official is the Mayor. **This simply was not done and the court lacks jurisdiction. The City of Detroit never legally approved, agreed or consented** to the Emergency Manager, Kevyn Orr, filing for bankruptcy and Kevyn Orr concealed this fact from the people by his action and contravened **MCL 600.5855 Fraudulent Concealment and 11 U.S.C. 903 (1) a State law prescribing** a method of composition of indebtedness of such municipality may not bind any **creditor that does not consent to such composition;** (2) a judgment entered under such a **law may not bind a creditor that does not consent to such composition**, thus Kevyn Orr has, failed to meet the requirement of title 11 U.S.C. 903 (c) and there is no binding consent agreement or contract and previous cited objections and/or a correction **should have been dismissed 11 USC 930 and 1112.** In addition, the State, Kevyn Orr (an agent of the

2

state) and the City of Detroit concealed the fact that the filing of the bankruptcy suit was supposed to be by the proper person or public official by consent of the creditors through their elected officials. City of Harrisburg Pennsylvania, 465 B.R. 744 (Bankr. M.D.Pa 21).

3) We object because the bankruptcy court lacks jurisdiction, however, if they did have jurisdiction we would object; due to all and any reference made to the Fourth Amended Plan for Adjustment of Debts of the City of Detroit (Docket No. 4392)(the Fourth Amended Plan), because it failed conduct or execute in a good faith manner and contravened 11 USC 923 of the Bankruptcy code that requires a notice set forth.

a) The Bankruptcy rule provides that the clerk, or such other person as the court may direct is to give notice Fed. R. Bankr. P 2002 (f). The notice must also be published "at least once a week for three successive weeks in at least one newspaper of general circulation published within the district in which the case commenced and in such other newspaper having a general circulation among bond dealers and bondholders as the court designates," in title 11 U.S.C. sect 923 of the Bankruptcy code.

b) To clarify the record the Creditors Hassan Aleem, Carl Williams and

others **were not notified at all, not personally or publicly.** In our Reconsideration

3

of Objections to chapter 9 Bankruptcy we stated: "most creditors and anyone of interest never received a notice that violated. 11 U.S.C. 923 of the Bankruptcy code. This simply was not done in the Fifth Amended Plan or any previous Plan do not meet the requirements of title 11 or chapter 9 bankruptcy procedures, which a failure to comply with the bankruptcy rule and code that is grounds for dismissal and denial of due process and equal protection of the law of the 5th and 14th Amendment of the Constitution of the United States.

3) We object because the court lacks jurisdiction, however if they had jurisdiction we would object to the solicitation of the votes to accept or reject the Fourth and Fifth Amended Plans. The Declaration of Michael J. Paque regarding the Solicitation and Tabulation of the Votes on and the results of Voting with respect to Fourth and Fifth Amended Plan for the Adjustment of Debts of the City of Detroit (Docket No. 6179). When you Amended something it supersedes the previous Amendment and everything in the previous Amendment is null and void. We also included any amended or amendments to this Solicitation and Tabulation of the Votes of any prior, present or future Tabulations and any Solicitation of the Votes.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign: Carl Williams
Address: 10112 Somerset
City, State, & Zip: Detroit Michigan 48224
Date: August 11, 2014

Sign: William M. Dann
Address: 9203 Littlefield St.
City, State, & Zip: Detroit, Mich 48228    monty bill 86@yahoo.com
Date: 08/11/2014

Sign: Belinda Florence
Address: 20420 Arlin
City, State, & Zip: Det MI 48234
Date: 8/11/2014

Sign: Jesse Florence Jr.
Address: 20420 Arlin
City, State, & Zip: Det. MI 48234
Date: 8/11/2014

Sign _Susan Alan_

Address _2440 Taylor_

City, State, & Zip _Detroit, Mich 48206_

Date _8/11/14_


Sign_____

Address_____

City, State, & Zip_____

Date_____


Sign_____

Address_____

City, State, & Zip_____

Date_____


Sign_____

Address_____

City, State, & Zip_____

Date_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditor

V

In re:  
CITY OF DETROIT, MICHIGAN  
AND EMERGENCY MANAGER  
KEVYN D ORR.  
    Debtor

Chapter 9  
Case No. 13-53846  
Hon: Steven W. Rhodes

_____/

## PROOF OF SERVICES

____Carl Williams____, being first duly sworn deposes and your name

Say that on August 19 2014. I sent a copy of objection to the so-called notice of Redlined version of Plan of Fifth Amended Plan of Adjustment of the Debts of the City of Detroit, Upon the concern parties by certified mail at the following address:

City of Detroit  
Corporation Council  
First National Building  
600 Woodward Ave  
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl 3d Williams_____

Dated __August 19, 2014_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
       Creditors/Objectors,

v

| | |
|---|---|
| In re:<br>City OF DETROIT, MICHIGAN<br>AND EMERGENCY MANAGER<br>KEVYN D. ORR<br>    Debtor/City of Detroit | Chapter 9<br>Case No. 13-53846<br>Judge Steven W Rhodes<br><br>Case No. 14-cv-10434<br>Hon. Bernard A. Freidman<br>Magistrate Paul J. Komives |

## PROOF OF SERVICES

___Carl Williams___, being first duly sworn deposes and your name

Say that on August 21, 2014. I sent a copy of we Objection to the so-called

Notice of Relined version of Plan of Fifth Amended Plan for the Adjustment of

the debts of the City of Detroit, upon the concern parties by certified mail at

the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _[signature]_,

Date _August 21, 2014_