UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
    Debtors/City of Detroit

_____/

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

Case No. 14-cv-10434
Hon. Bernard A. Freidman
Magistrate Paul J. Komives

## OBJECTION TO THE NOTICE OF FOURTH, FIFTH AND SIXTH AMENDED PLAN OF ADJUSTMENT AND CONFIRMATION OF THOSE PLAN BECAUSE <u>THEY INFRINGES ON OUR RIGHT TO CHOOSE HOW WE VOTE</u>

We object to the notice in the Plan of Adjustment page 188 of 406 Introduct-

A (1) Parties entitle to vote on the Plan. It states: Creditors whose claims are not

impaired by a plan are deemed to accept the plan under section 1126 (f) of the

bankruptcy Code and are not entitle to vote.

We vehemently disagreed and object, I dare you to tell us how we are not to

vote and under no uncertain turn and am I voting yes. I am a pensioner but not with the city. I am not allowed to vote but if I was I would be voting "No" "No" and "No." This Notice of the Plan of Adjustment infringes on those who cannot vote rights to choose how they want vote and a method of rigging the voting process by assuming who are not impair would vote yes. Most of the people I have come in contact with are in support of voting No. This clearly violate our right to vote under, the voting Right Act of 1965 42 USCS section 1973aa et seq and voting Right Act Amendments 1970, 42 USCS 4(b) and 42 USCS 1973c et seq, which enforce Fourteenth Amendment and Civil Rights Act of 1871, 42 USCS 1983 proscribing deprivation of rights under color of the State law the 15 Amendment of the Constitution of the United States.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_____
Carl Williams
10112 Somerset
Detroit, Michigan 48224

_____
Hassan Alee
2440 Taylor
Detroit, Michigan

LaVern Holloway
Name

16346 Linwood St
Address

Detroit, Mich 48221
City, State & Zip

William M Davis
Name

9203 Littlefield St
Address

Detroit, Mich. 48228
City, State & Zip

Mary Diane Bukowski
Name

9000 E. Jefferson #28-2
Address

Detroit, Mich. 48214
City, State & Zip

Jesse Oliver Fray
Name

15451 West Outer Dr.
Address

Detroit Mich, 48235
City, State & Zip

name

address

City, State & Zip

Name

Address

City, State & Zip

Name

Address

City, State & zip

Address

City, State & Zip

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
Creditors

V

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D ORR.
        Debtors
_____/

Chapter 9
Case No. 13-53846
Hon: Steven W. Rhodes

## PROOF OF SERVICES

_____Carl Williams_____, being first duly sworn deposes and
your name

Say that on August 18, 2014. I sent a copy of objection to the Notice of Fourth, Fifth and Six Plan of Adjustment and the confirmation of those Plan because they infringes on our right to choose how we vote, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226


Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _[signature]_____

Dated___August 19, 2014_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtor/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and your name

Say that on August_21,_ 2014. I sent a copy of Objection to Notice of Fourth,

Fifth and Six Amended Plan for the Adjustment and Confirmation of those

Plan of because they infringes on our right to choose how we vote, upon the

concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Cal Williams_

Date _August 21, 2014_