# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
            Creditor

V

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
            Debtor

Chapter 9
Case No. 13-53846
Hon: Steven W. Rhodes

_____/

## OBJECT TO THE MEANINGLESS SO-CALLED HEARINGS
## WITHOUT ANY LEGAL BINDING AFFECT

THE FOURTH AMENDMENT NOTICE WAS AFTER THE FACT, AND THERE
WAS NO FIFTH AMENDMENT NOTICE IT WAS UNTIMELY, CONTRARY TO
THE FACTS AND LAW MISREPRESENTATION OF THE BANKRUPTCY CODE
AND RULES AND HAS NOT BEEN PRESENTED IN A GOOD FAITH MANNER.

We/I object to the Fourth and Fifth Amended Plans of Adjustment

because of the deception. We were mislead to believing that we were having

hearings on September 18 and 19 2013 and on July 15, 2014. It was reveal to

1

creditors during the July 15,2014 so-called hearing that turned out to be just a meeting or gathering. Creditor/Objector Carl Williams asked Judge Steven W. Rhode was this a "presentation" or "testimony" and he said it was a "presenta tion." When he asked the judge was it legally binding the judge reluctantly didn't say it was binding and stated it would be used in his decision or determination.

In the present context these principle require that a person have <u>timely</u> and <u>adequate</u> <u>notice</u> and a detailing the reasons for the notice and an <u>meaningful</u> <u>hearing</u> effective opportunity to defend. In this case or instance we had neither one and it was more egregious. Goldberg v. Kelly 397 U.S. 254 (1970) citing Armstrong v. Manzo, U.S. 545, 552 (1965). Goldberg also states that the parties are entitle to an impartial decision maker.

The residents and citizens were deceived to believe that they were at a hearing and giving testimony, instead it was a presentation with no legal affect. The whole so-called hearings and the process is nothing more than <u>sham</u> and <u>canard</u> to defraud that perpetrated fraudulent Concealment MCL 600. 5855 on

2

the people to justify this illegal Kangaroo Judicial Orchestrated Bankruptcy.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_

Address _10112 Somerset_

City, State, & Zip _Detroit Michigan 48224_

Date _August 18, 2014_

Sign _Helen Halfway_

Address _16246 Linwood St._

City, State, & Zip _Detroit, Mi. 48221_

Date _8/18/14_

Sign _Mary Diane Bukowski_

Address _9000 E. Jefferson #28-2_

City, State, & Zip _Detroit, Mich. 48214_

Date _8/18/14_

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
　　　　　　　Creditors

V.

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D ORR.
　　　　　　　　Debtors

Chapter 9
Case No. 13-53846
Hon: Steven W. Rhodes

_____/

## PROOF OF SERVICES

_Carl B. Williams_____, being first duly sworn deposes and
your name

Say that on August 18 2014. I sent a copy of objection to the meaningless

so-called hearings without any legal binding affect, Upon the concern parties

by certified mail at the following address:

City of Detroit
Corporation Council
National Building
700 Woodward Ave
Detroit, Michigan 48226


Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign_____Carl 3) Williams_____

Dated____August 16___2014_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
                Creditors/Objectors,

v

In re:                           Chapter 9
City OF DETROIT, MICHIGAN      Case No. 13-53846
AND EMERGENCY MANAGER      Judge Steven W Rhodes
KEVYN D. ORR

            Debtor/City of Detroit     Case No. 14-cv-10434
                                   Hon. Bernard A. Freidman
_____/   Magistrate Paul J. Komives

## PROOF OF SERVICES

___Carl Williams___, being first duly sworn deposes and
your name

Say that on August 21 2014. I sent a copy Objection to the so called hearing

without any legal binding affect, Upon the concern parties by certified mail at

the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226


Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign_____Carl Zilliams_____

Dated____August   21,   2014_____