
FILED (D)

2014 AUG 21 P 3: 23

U.S. ...
E.D. ...

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM

Creditors/Objectors,

v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

Debtors/City of Detroit

_____/

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

Case No. 14-cv-10434
Hon. Bernard A. Freidman
Magistrate Paul J. Komives

## OBJECTION TO MAGISTRATE JUDGE STEVEN W. RHODES PERSONAL OPINION AND ORDER RATHER THAN THE LAW

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

The court through Magistrate Judge Steven W Rhode made a

personal decision; base on his personal opinion regarding eligibility of what

he thinks or his emotion of what he feel is in the best interest of the city, rather than follow the law that govern what best. He refused to follow and comply and has rejected the laws, Thus due process and equal protection of the law of the 5th and 14th Amendment of the Constitution of the United State. Also the 9th Amendment of United States Constitution to include Basic Human Rights.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Carl Williams
10112 Somerset
Detroit, Michigan 48224

Hassan Aleem
2440 Taylor
Detroit, Michigan 48206

_____
name

_____
Address

_____
City, State & Zip

_____
name

_____
address

_____
City, State & Zip

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
  Creditors

V

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D ORR.
              Debtors

Chapter 9
Case No. 13-53846
Hon: Steven W. Rhodes

_____/

## PROOF OF SERVICES

_____Carl Williams_____, being first duly sworn deposes and
your name

Say that on August 16 2014. I sent a copy of objection to Magistrate judge

Steven W. Rhodes personal opinion and order rather than the law, Upon the

concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48k226


Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.


Sign___Carl B Williams_____


Dated___August 18, 2014_____


# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
              Creditors/Objectors,

v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
             Debtor/City of Detroit

_____/

Chapter 9
  Case No. 13-53846
  Judge Steven W Rhodes

  Case No. 14-cv-10434
  Hon. Bernard A. Freidman
  Magistrate Paul J. Komives

## PROOF OF SERVICES

_____Carl Williams_____, being first duly sworn deposes and
your name

Say that on August 21, 2014. I sent a copy of Objection to Magistrate Judge

Steven W. Rhodes personal opinion and order rather than the law, Upon the

concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226


Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl 3d Williams_____

Dated _August 21, 2014_____