# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
        Creditors/Objectors,

v

| | |
|---|---|
| In re:<br>City OF DETROIT, MICHIGAN<br>AND EMERGENCY MANAGER<br>KEVYN D. ORR<br>    Debtors/City of Detroit<br>_____/ | Chapter 9<br>Case No. 13-53846<br>Judge Steven W Rhodes<br><br>Case No. 14-cv-10434<br>Hon. Bernard A. Freidman<br>Magistrate Paul J. Komives |

## OBJECTION TO THE PLAN OF ADJUSTMENT AND ANY CONFIRMATION OF THAT PLAN BECAUSE THE PENSIONERS CANNOT SPEAK FOR OR REPRESENT THE CREDITORS

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, AND THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED-IN A GOOD FAITH MANNER.

The voting process is rigged for only a yes vote for the Plan of Adjustment and many creditors oppose this so-called Plan of Adjustment. The langu-

1

age and method use to create prejudice for a yes vote in violation of Michigan

Election Statute 168.485. In the voting package solicitation for a yes vote from

Emergency Manager, Kevyn Orr, Donald Taylor and Shirley Lighsey. There should be a

Revote or the case should be dismiss.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_____     _____
Carl Williams                       Hassan Aleem
10112 Somerset                      2440 Taylor
Detroit, Michigan 48224             Detroit, Michigan 48206

_Diane Bukowski_
Name

_9600 E. Jefferson #28, 2_
Address

_Detroit, Mich. 48214_
City, State & Zip

_William M Davis_
Name

_9203 Littlefield St_
Address
_Detroit, Mich. 48228_

08/18/2014

_____
Name

_____
Address

_____
City, State & Zip

_____
Name

_____
Address

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
        Creditors

V

| | |
|---|---|
| In re:<br>CITY OF DETROIT, MICHIGAN<br>AND EMERGENCY MANAGER<br>KEVYN D ORR.<br>      Debtors | Chapter 9<br>Case No. 13-53846<br>Hon: Steven W. Rhodes |

## PROOF OF SERVICES

___Carl B Williams___, being first duly sworn deposes and your name

Say that on August /8 2014. I sent a copy of objection to the Plan of Adjustment and any confirmation of that plan because the pensioners cannot speak for or represent the creditors, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226


Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.


Sign _Carl B. Williams_

Dated __August 16, 2014__