## Summary of Exhibits

Exhibit 1 - Proposed Order

Exhibit 2 - Notice of Motion and Opportunity to Object

Exhibit 3 - None [Brief Not Required]

Exhibit 4 - None [Separate Certificate of Service to be Filed]

Exhibit 5 - Affidavits [Not Applicable]

Exhibit 6 A - Nov. 8, 2013 Eligibility Hearing Transcript

Exhibit 6 B - July 16, 2014 K. Buckfire Deposition Transcript

Exhibit 6 C - July 22, 2014 K. Orr Deposition Transcript

Exhibit 6 D - July 30, 2014 email from G. Shumaker to S. Hackney

Exhibit 6 E - March 5, 2014 Hearing Transcript