# Exhibit 6D
## July 30, 2014 email from G. Shumaker to S. Hackney

| From: | Gregory Shumaker <gshumaker@JonesDay.com> |
|---|---|
| Sent: | Wednesday, July 30, 2014 9:12 AM |
| To: | Hackney, Stephen C. |
| Cc: | dmoss@JonesDay.com; Arnault, Bill; Geoffrey S Irwin |
| Subject: | Re: Follow up on Orr |

Steve:  Took a little bit longer than I had hoped to track things down but my responses to your inquiries are below in red.

Best regards, Greg


Gregory M. Shumaker
Partner
**JONES DAY® - One Firm Worldwide℠**
51 Louisiana Avenue, NW
Washington, DC  20001
Office:  +1.202.879.3679
Email:  gshumaker@jonesday.com


| From: | "Hackney, Stephen C." <shackney@kirkland.com> |
|---|---|
| To: | Gregory Shumaker <gshumaker@JonesDay.com>, "dmoss@JonesDay.com" <dmoss@JonesDay.com>, |
| Cc: | "Arnault, Bill" <warnault@kirkland.com> |
| Date: | 07/24/2014 02:22 PM |
| Subject: | Follow up on Orr |

Greg,

I hope this email finds you well.  I wanted to follow up on the items we discussed in the Orr deposition that I requested production of.  They are:

1.      The Goldman Sachs valuation referenced in the Cherukuri email I described to Dan.  We have consulted with our advisers and attempted to locate the referenced Goldman Sachs valuation without success.

2.      The pre-mediation memorandum that Kevyn remembers seeing that involved analysis of DWSD options that included spinning it off as an Investor Owned Utility.  We have located the documents that Kevyn remembered seeing but they contain commercially sensitive information from the ongoing bidding process involving the DWSD and the RFI for Potential Operators of the Detroit Water and Sewage Disposal Systems.  Because of this, and in light of Judge Rhodes' earlier rulings that this type of information be kept confidential, we are unable to produce them to you.

3.      The analysis Orr saw regarding the likelihood that pensioners achieve restoration.  After checking, the City did not undertake any analysis of the likelihood that pensioners would achieve restoration.  We have confirmed that during the course of mediation Kevyn did see modelling that showed whether pension restoration could occur at different investment returns but that modelling was done by another party, was generated in the context of mediation and therefore is subject to the mediation order and will not be produced.

4.      Document relating to the Illitch settlement, including the contract in question, the settlement documents, and any non-

privileged analysis of the issue   These documents were produced to you on Thursday, July 24.

5.    The written analysis of combined creditor recoveries referenced at pages 244-245 of the transcript.   We have been unable to locate any combined creditor recovery analysis like the one you were questioning Kevyn about on pages 244-245 of the transcript.

Let me know when you think you can get these for us.

Best,

Steve

**Stephen C. Hackney**
Kirkland & Ellis LLP
300 N. LaSalle St.
Chicago, IL  60654
T: (312) 862-2157
F:  (312) 862-2200

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========