# Exhibit 6E

**March 5, 2014 Hearing Transcript**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: CITY OF DETROIT, MICHIGAN, Debtor. . . . . . . . . . . . . . . . . . .

Docket No. 13-53846
Detroit, Michigan
March 5, 2014
2:30 p.m.

HEARING RE. MOTION OF THE CITY OF DETROIT FOR ENTRY OF AN ORDER (I) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT PLAN OF ADJUSTMENT AND (II) APPROVING NOTICE PROCEDURES RELATED TO CONFIRMATION OF THE PLAN OF ADJUSTMENT (DKT#2789); CONCURRENCE OF THE RETIREE ASSOCIATION PARTIES IN THE SUPPLEMENTAL COMMENTS OF THE OFFICIAL COMMITTEE OF RETIREES TO THE FIRST AMENDED ORDER ESTABLISHING PROCEDURES, DEADLINES AND HEARING DATES RELATING TO THE DEBTOR'S PLAN OF ADJUSTMENT (DKT#2781) (DKT#2793); RESPONSE OF INTERNATIONAL UNION, UAW, TO FIRST AMENDED ORDER ESTABLISHING PROCEDURES, DEADLINES AND HEARING DATES RELATING TO THE DEBTOR'S PLAN OF ADJUSTMENT (DKT#2791); COMMENT TO THE FIRST AMENDED ORDER ESTABLISHING PROCEDURES, DEADLINES AND HEARING DATES RELATING TO THE DEBTOR'S PLAN OF ADJUSTMENT (DKT#2780); SUPPLEMENTAL COMMENTS OF THE OFFICIAL COMMITTEE OF RETIREES TO THE FIRST AMENDED ORDERS ESTABLISHING PROCEDURES, DEADLINES AND HEARING DATES RELATING TO THE DEBTOR'S PLAN OF ADJUSTMENT (DKT#2781); RESPONSE OF THE CITY OF DETROIT TO THE COURT'S FIRST AMENDED ORDER ESTABLISHING PROCEDURES, DEADLINES AND HEARING DATES RELATING TO THE DEBTOR'S PLAN OF ADJUSTMENT (DKT#2787); OBJECTION TO THE COURT'S FIRST AMENDED ORDER ESTABLISHING PROCEDURES, DEADLINES AND HEARING DATES RELATING TO THE DEBTOR'S PLAN OF ADJUSTMENT (DKT#2778); THE WATER AND SEWER BOND TRUSTEE'S LIMITED OBJECTION TO THE FIRST AMENDED ORDER ESTABLISHING PROCEDURES, DEADLINES AND HEARING DATES RELATING TO THE DEBTOR'S PLAN OF ADJUSTMENT (DKT#2794); JOINDER OF WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR CONTRACT ADMINISTRATOR, TO (A) COMMENT TO THE FIRST AMENDED ORDER ESTABLISHING PROCEDURES, DEADLINES AND HEARING DATES AND (B) THE WATER AND SEWER BOND TRUSTEE'S LIMITED OBJECTION TO THE FIRST AMENDED ORDER ESTABLISHING PROCEDURES, DEADLINES AND HEARING DATES RELATING TO THE DEBTOR'S PLAN OF ADJUSTMENT (DKT#2796); STATUS HEARING RE. MOTION OF DEBTOR FOR ENTRY OF AN ORDER, PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019, APPROVING A SETTLEMENT AND PLAN SUPPORT AGREEMENT AND GRANTING RELATED RELIEF (DKT#2802)

THE COURT: Okay.

MS. NEVILLE: We are getting to that point. The actuaries are meeting. They have a timetable to agree on numbers on the 21st of March. It's not such an easy process.

THE COURT: Right.

MS. NEVILLE: So that's number one. Number two, I want to -- I want to focus again --

THE COURT: So it's 60 days from what to what that you're asking for?

MS. NEVILLE: I think I would concur with the bondholders on the deadline, so I think what that means is it's -- the voting deadline would be moved to the 23rd of June, to 60 days from --

THE COURT: Right, but it's 60 days from --

MS. NEVILLE: The mailing of the solicitation package.

THE COURT: Package. Okay.

MS. NEVILLE: The 24th. The second thing I wanted to address with your Honor is this issue of unconfirmable on its face.

THE COURT: Which I already said I'm not going to do.

MS. NEVILLE: I know, but I'm going to try and lobby you a little bit, if I may.

THE COURT: You may make your record.

MS. NEVILLE: Your Honor, this is a serious question for the retirees because their other post-employment benefit claims are classified in the same class as their pension claims, so we would be soliciting ballots -- if we don't resolve this issue on the disclosure statement deadline, we would be sending people ballots that wouldn't necessarily be the vote for the class or would be the vote for the class that would be inappropriate because the OPEB claim and the pension claim are two different claims. And at the moment, for the police and fire-fighters, the OPEB and the pension claims are classified in the same class, and the same thing is true for the General Retirement System. They're two different claims. They get different treatment within the class, and so I think we have to resolve at the disclosure statement stage before we solicit whether we have the proper classification.

THE COURT: Any other issues?

MS. NEVILLE: There are other issues, but I think this is the one that just really leaps out because it involves solicitation as well as confirmation. You have to have -- you'd have to design the --

THE COURT: You may have opened the door a crack.

MS. NEVILLE: I opened the door a crack. All right.

THE COURT: You may have.

MS. NEVILLE: Thank you. Well, that's all I have to

say.

THE COURT: All right.

MR. LEMKE: Your Honor, David Lemke on behalf of US Bank as trustee for the water and sewer bonds. I don't have anything to really disagree with here, and we support the schedule that was laid out with maybe one exception, and that is -- you referenced it -- that the -- what we would ask for was a 30-day deadline to vote and to object to the plan so that the objection date and the voting date would run simultaneously for the bondholders. If the solicitation package goes out on April the 24th, as is indicated, then that would be a June 23rd deadline. We did actually ask for June --

THE COURT: You said 30, but you meant 60.

MR. LEMKE: Sixty. I'm sorry. Yes. Sixty. We did ask for June the 30th -- that's where I got the 30 -- June the 30th to be that deadline. That gives us another seven days. It's really 67 days. And then we felt like if you had June 30th, that would give adequate time for the balloting agent to do their tabulation, the ten days, and then if the confirmation hearing started on July the 14th or someday after that, there would be adequate time to get whatever additional pretrial issues needed to be addressed, but I did want to make sure that we were clear on what we were asking for there.