# Exhibit 6C

**July 14, 2014 G. Malhotra Deposition Transcript**

Page 1

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
- - -
In Re:            ) Chapter 9

City of Detroit, Michigan,  )

    Debtor.     ) Hon. Steven Rhodes
_____

        The videotaped deposition of GAURAV MALHOTRA
        Taken at 51 Louisiana Avenue, N.E.
        Washington, D.C.
        Commencing at 9:09 a.m.
        Tuesday, July 15, 2014
        Before: Gail L. Inghram Verbano
        Registered Diplomate Reporter,
        Certified Realtime Reporter,
        Certified Shorthand Reporter-CA (No. 8635)

Page 2

APPEARANCES:

RONALD A. KING, ESQ.
FRANK J. GUADAGNINO, ESQ. (Pittsburgh Office)
CLARK HILL, PLC
212 East Grand River Avenue
Lansing, Michigan 48906
    Appearing on behalf of the Retirement Systems
    for the City of Detroit.


GEOFFREY S. STEWART, ESQ.,
CHRISTOPHER DiPOMPEO, ESQ.,
SARAH A. HUNGER, ESQ.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
    Appearing on behalf of the Debtor and the Witness.

Page 3

HEATHER J. HUBBARD, ESQ.
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
    Appearing on behalf of U.S. Bank.


SAM J. ALBERTS, ESQ.
DENTONS US, LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
    Appearing on behalf of the Retiree Committee.


DOUGLAS G. SMITH, P.C.
KIRKLAND & ELLIS, LLP
300 North LaSalle
Chicago, Illinois 60654
    Appearing on behalf of Syncora Guarantee, Inc.,
    and Syncora Capital Assurance, Inc..

Page 4

KELLY DiBLASI, ESQ.
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York City, New York 10153
    Appearing on behalf of Financial Guaranty
    Insurance Company.


MICHAEL BHARGAVA, ESQ.
CHADBOURNE & PARKE, LLP
1200 New Hampshire Avenue, NW
Washington, D.C. 20036
    Appearing on behalf of Creditor Assured
    Guaranty.

Pages 1 to 4

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 6979-9   Filed 08/22/14   Entered 08/22/14 16:11:42   Page 2 of 4

1  MALHOTRA
2  A. I would have to go back and look. But
3  on the commercial and industrial, on the corporate
4  side it would be a high number. But I do not know
5  specifically of the exact percentage collection.
6  Q. You don't know what the percent
7  collection is for the individual income tax;
8  correct?
9  A. Well, even the individual income tax has
10 different components between residents working in
11 the city, residents working out of the city and
12 nonresidents. And I do not know off the top of my
13 head what the collection rate is for each one of
14 those components.
15 Q. Do you know how many companies actually
16 pay the corporate tax?
17 A. I do not. It's -- I do not.
18 Q. Do you know if there are -- do you have
19 any information about exceptions or reductions in
20 taxes available to corporations or other entities
21 within the City?
22 A. There is the -- the renaissance zone,
23 but that's probably more in relation to property
24 taxes. In terms of corporate income taxes, I'm
25 not aware of any specific incentives that would be

1  MALHOTRA
2  provided by the City.
3  Q. What is the treatment of property taxes
4  within the renaissance zone?
5  A. I believe that it is more in the context
6  of properties that are in the renaissance zone
7  will have a slightly different taxable value that
8  is associated with it versus the properties that
9  are not in the renaissance zone. And that,
10 however, the properties in the renaissance zone
11 make up a small component of the overall total
12 properties and the total property taxes, but I
13 would have to look through the details to kind of
14 explain the exact structure.
15 Q. The property tax in the renaissance
16 zone, is it lower?
17 A. Well, I don't know if it's the rate or
18 the assessed values. I would have to go back and
19 check how the mix is built up.
20 Q. Do you agree that under your forecast,
21 over the course of the next 10 years, the City
22 will bring in billions of dollars of revenue?
23 A. Over the next ten years, the City's
24 projections are about $11 billion in revenue.
25 Q. Over the course of the next ten years,

1  MALHOTRA
2  the City will also have billions of dollars in
3  expenditures; correct?
4  A. That would be consistent with what the
5  forecasts are, yes.
6  Q. Do you have any understanding about what
7  the amount in terms of dollars is of the reduction
8  in the COPs claim under the plan?
9  MR. STEWART: Objection -- pardon me.
10 Objection.
11 THE WITNESS: Well, as a part of the
12 plan, the COPs claim is -- the claim is
13 roughly a billion four forty, and the
14 estimated recovery based on the assumptions
15 in the plan are roughly 10 percent.
16 BY MR. SMITH:
17 Q. What are the most -- what are the key
18 assumptions of your forecast being modeled?
19 A. They are -- they're -- we can walk
20 through each one of the line items in the key
21 assumptions there.
22 Q. Well, how about I ask you this: Are the
23 key assumptions of your forecasting model
24 reflected in your expert report?
25 And I'll hand you a copy of it in a

1  MALHOTRA
2  second, which I will mark as Exhibit 3.
3      (Exhibit Malhotra-3 was marked for
4      identification.)
5      THE WITNESS: Could you please repeat
6      the question.
7  BY MR. SMITH:
8  Q. I could just ask the question again.
9      Are the key assumptions in your model
10 reflected in your expert report, or are there some
11 key assumptions that are not in the report?
12 A. If I may, I would say the majority of
13 the assumptions are in the expert report or have
14 been mentioned in the assumptions of the model
15 that are exhibits or -- to the expert report.
16 So . . .
17 Q. Does your expert report contain a
18 complete and accurate account of your expert
19 opinions in this case?
20 A. Yes.
21 Q. Do you anticipate doing any further work
22 before the confirmation hearing?
23 A. Further work on what?
24 Q. On the forecasts or developing any other
25 opinions?

Pages 209 to 212

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 6979-9   Filed 08/22/14   Entered 08/22/14 16:11:42   Page 3 of 4

## Page 213

1  MALHOTRA
2  **A.  If we reach more settlements, we will**
3  **update the forecast as those settlements come**
4  **along.**
5  Q.  What settlements are in process that
6  you're talking about?
7  MR. STEWART:  Before you answer,
8  Mr. Malhotra, I just simply caution you to
9  remember that you're not permitted by the
10  judge's order to disclose anything that's
11  been going on in mediations.  Subject to
12  that, please answer the question.
13  THE WITNESS:  All right.  Thank you.
14  We're working on the Detroit Police
15  Officers Association and with the Detroit
16  Fire Fighters Association to hopefully wrap
17  up those negotiations.
18  BY MR. SMITH:
19  Q.  And what are specifically the issues
20  that you're trying to wrap up there?
21  **A.  That's --**
22  MR. STEWART:  Once again, please answer
23  with that same admonition about mediation.
24  THE WITNESS:  That's subject to
25  mediation.

## Page 214

1  MALHOTRA
2  BY MR. SMITH:
3  Q.  Okay.  Is there anything that's not
4  subject to mediation that you could talk about
5  relating to settlements in the works or not?  Or
6  is it all part of mediations?
7  **A.  It's generally the discussions are part**
8  **of mediations.**
9  Q.  Okay.  In your expert report you
10  mention -- on Page 1 you say you've forecasted
11  revenues and expenses for the City's general fund;
12  correct?
13  **A.  That is correct.**
14  Q.  You haven't attempted to forecast
15  revenues and expenses for the entire city;
16  correct?
17  **A.  That is correct.**
18  Q.  And if you look at -- why did you
19  perform a 40-year forecast?
20  **A.  It was to get a longer-term view of the**
21  **liabilities that the City was signing up for in**
22  **terms of the various settlements to ascertain and**
23  **understand the City's ability to meet the**
24  **obligations that it was signing up to.**
25  Q.  On Page 2 of your report in the middle,

## Page 215

1  MALHOTRA
2  you say that your projected revenues and
3  expenditures are reasonable forecasts.
4  Do you see that?
5  **A.  Yes.**
6  Q.  You'd acknowledge that other independent
7  experts could come up with reasonable forecasts
8  that differ from your forecast; correct?
9  **A.  I don't know what other experts would**
10  **come up with.  It's up to them.**
11  Q.  I know.  But my only question is, there
12  could be reasonable forecasts of the general
13  fund's revenues and expenditures that are
14  different from the forecasts you put together;
15  correct?
16  **A.  I don't know about that.  I feel that**
17  **these are reasonable forecasts, and I can't talk**
18  **to what other forecasts would be reasonable or not**
19  **reasonable that are not generally the forecasts**
20  **that I have in front of me.**
21  Q.  You're not taking the position that your
22  forecasts are the only reasonable forecasts of
23  general fund revenues and expenditures that could
24  be made; correct?
25  **A.  I am taking the position that based on**

## Page 216

1  **MALHOTRA**
2  **the assumptions we have in here, these are the**
3  **forecasts that I -- I seem or deem are reasonable.**
4  **So I can't talk to what other forecasts may or may**
5  **not be reasonable unless I understand assumptions**
6  **and so on and so forth.**
7  Q.  My only question is, is your forecast
8  the only reasonable forecast that's possible of
9  the general fund revenues and expenditures?
10  **A.  I don't know.  I can talk to these**
11  **forecasts being reasonable.  I don't know whether**
12  **other forecasts are reasonable or not.**
13  Q.  Over on Page 4 of your report, you
14  identify some of the experts that you're relying
15  on; correct?  Such as Mr. Cline and Ms. Sallee.
16  **A.  That's correct.**
17  Q.  Page 7 of your report at the bottom of
18  the page, you talk about the assumptions, some of
19  the assumptions that you made.  Do you see that?
20  There's a section called "Assumptions."
21  **A.  That's correct.**
22  Q.  And it would be fair to say that your
23  forecasts are based on a series of assumptions;
24  correct?
25  **A.  Yes.**

Pages 213 to 216

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 6979-9   Filed 08/22/14   Entered 08/22/14 16:11:42   Page 4 of 4