# Exhibit 6G

**August 13, 2014 S. Taranto Deposition Transcript**

- SUZANNE TARANTO -

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In Re: ) Chapter 9

CITY of DETROIT, MICHIGAN, ) Case No. 13-53846

Debtor. ) Hon. Steven Rhodes

DATE: August 13, 2014
TIME: 1:11 p.m.

VIDEOTAPED DEPOSITION OF SUZANNE TARANTO, held at the offices of Jones Day, 222 East 41st Street, New York, New York, pursuant to Order, before Hope Menaker, a Shorthand Reporter and Notary Public of the State of New York.

- SUZANNE TARANTO -
A P P E A R A N C E S:
MIGUEL F. EATON, ESQ.
Jones Day
51 Louisiana Avenue N.W.
Washington D.C. 20001-2113
  Appearing for The Debtor

RICHARD U. S. HOWELL, ESQ.
Kirkland & Ellis, LLP
300 North LaSalle Street
Chicago, Illinois 60654
  Appearing on behalf of Syncora

DANIEL MORRIS, ESQ.
Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
  Appearing on behalf of the Retiree Committee

- SUZANNE TARANTO -

ELLIOT G. CROWDER, ESQ. (Via Telephone)
Stevenson & Bullock, PLC
26100 American Drive
Suite 500
Southfield, Michigan 48034
  Appearing on behalf of Gabriel Roeder Smith

ALSO PRESENT:
  Kristen Zarnetske, Videographer

- SUZANNE TARANTO -

INDEX

WITNESS: SUZANNE TARANTO

| EXAMINATION BY | PAGE |
|---|---|
| MR. HOWELL | 6 |

EXHIBITS FOR IDENTIFICATION

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Expert report of Suzanne Taranto | 10 |
| 2 | POA 00260505 - 522 | 38 |
| 3 | POA 00260853 - 856 | 60 |
| 4 | Proof of Claim | 127 |

1 (Pages 1 to 4)

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt Doc 6979-13 Filed 08/22/14 Entered 08/22/14 16:11:42 Page 2 of 3

- SUZANNE TARANTO -

1  first paragraph under D on Page 5 from Ms.
2  Taranto's report.
3      MR. EATON: Okay. Thanks.
4      Q. Did you perform any other work in
5  association with calculating the OPEB claim in
6  this bankruptcy?
7      MR. MORRIS: Object to form.
8      A. We performed the allocation of the
9  claim by individual.
10     Q. Can you describe to me what you mean
11 by "the allocation of the claim by individual"?
12     A. We performed -- we developed a
13 calculation of individual claims based on the
14 settlement amount.
15     Q. So you took the settlement amount and
16 then from that amount were able to come up with a
17 calculation of the amount of claim for each
18 individual based on that amount?
19     A. Yes.
20     Q. Other than the calculation of
21 individual claims once having a settlement claim
22 amount and other than modeling the present value
23 of the City's liabilities to current retirees
24 under the different discount rates in the table at

- SUZANNE TARANTO -

1  the top of page 6, did you do any other work in
2  association with the calculation of the OPEB claim
3  in bankruptcy?
4      A. No.
5      Q. The settled OPEB claim amount is not
6  any of the present value of benefits amounts
7  listed on the chart on the top of page 6 of your
8  report, correct?
9      A. It's my understanding.
10     Q. And do you have an understanding as
11 to how the OPEB claim amount that is the claim
12 amount in class 12 of the plan of adjustment was
13 calculated?
14     MR. MORRIS: I'm going to object.
15     Are you asking for the details of the
16     mediation that led to that settlement?
17     Q. We can have a standing understanding
18 that I'm not asking you to divulge any material
19 that is covered by mediation privilege in this
20 case. And I'm sure counsel will point out to you
21 if they feel that you're treading close to that.
22     So what I am asking is, I'm asking
23 for whether you have independent understanding of
24 how the OPEB claim amount was calculated in this

- SUZANNE TARANTO -

1  case?
2      A. No.
3      Q. The numbers in the table on Page 6 of
4  your report represent, based on your calculations,
5  the total amount of benefits that would be owed
6  over time to all of the OPEB eligible retirees
7  present valued back to July 1, 2012, correct?
8      A. Correct.
9      Q. In your report, you also assume that
10 -- or you also opine that $751 million of the --
11 of benefits will be paid under the 2014 retiree
12 healthcare -- health plan from the City to the
13 OPEB eligible retirees, correct?
14     MR. MORRIS: Object to form.
15     A. That's the calculation of the present
16 value of the new plan, yes.
17     Q. I'm correct that that number
18 represents your calculation of the amount of
19 benefits that will be paid present valued to July
20 1, 2012, to the OPEB retirees under the 2014
21 retiree health plan?
22     MR. MORRIS: Object to form.
23     A. Based on the 2014 plan continuing,
24 yes.

- SUZANNE TARANTO -

1      Q. Do you have any basis to think that
2  the benefits are expected to change from the 2014
3  retiree health plan going forward?
4      MR. MORRIS: Object to form.
5      A. I have no opinion as to what may
6  happen in the future with respect to retiree
7  benefits.
8      Q. Fair enough. You're not offering any
9  opinion regarding changes that may occur to the
10 2014 retiree health plan going forward, right?
11     MR. MORRIS: Object to form.
12     Misstates her testimony.
13     A. I have not offered any opinion as to
14 the future of these benefits.
15     Q. In your view, the difference between
16 what the City would have paid under the 2013 plan,
17 present valued back to July 1, 2012, and the
18 amount that the City will pay under the 2014 plan
19 present valued back to July 1, 2012, would be
20 derived by selecting one of the numbers on the
21 chart on Page 6 and subtracting the $751 million,
22 correct?
23     MR. MORRIS: Object to form.
24     A. I don't understand the purpose of the

30 (Pages 117 to 120)

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt  Doc 6979-13  Filed 08/22/14  Entered 08/22/14 16:11:42  Page 3 of 3