UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CITY OF DETROIT, MICHIGAN,

    Debtor.

Chapter 9
Case No. 13-53846

Hon. Steven W. Rhodes

## STATE OF MICHIGAN'S CONCURRENCE IN THE CITY OF DETROIT'S MOTION TO STRIKE IN PART SYNCORA GUARANTEE INC. AND SYNCORA CAPITAL ASSURANCE INC.'S SECOND SUPPLEMENTAL OBJECTION TO THE DEBTOR'S PLAN OF ADJUSTMENT [DKT. #6845]

The State of Michigan joins in the City of Detroit's Motion to Strike in part Syncora's attack on the mediation process. As further stated in the Retiree Committee's concurrence [Dkt. #6897], the filing, particularly its incorrect and defamatory allegations, is not an appropriate objection to the City's Plan. It both fails to comply with the Court's Seventh Amended Order Establishing Procedures Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment [Dkt. #6560] and should be stricken pursuant to Federal Rule of Civil Procedure 12(f) ("impertinent" filings may be stricken).

    Respectfully submitted,

    /s/ Steven G. Howell
    Steven G. Howell

1

Special Assistant Attorney General
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425


Matthew Schneider
Chief Legal Counsel
Attorney for State of Michigan
P.O. Box 30754
Lansing, Michigan 48909
(517) 373-3203
SchneiderM7@michigan.gov
[P62190]

Dated: August 22, 2014

Attorneys for the State of Michigan