# Exhibit 1

# Proposed Order

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
                                                                :
In re                                                           : Chapter 9
                                                                :
CITY OF DETROIT, MICHIGAN,                                      : Case No. 13-53846
                                                                :
                            Debtor.                             : Hon. Steven W. Rhodes
                                                                :
                                                                :
---------------------------------------------------------------x

## ORDER EXCLUDING THE OPINION OF
## MICHAEL PLUMMER REGARDING DISCOUNT FACTORS

This matter having come before the Court on *Financial Guaranty Insurance Company's Motion to Exclude the Expert Opinion of Michael Plummer Regarding Discount Factors* (the "**Motion**"),[8] filed by Financial Guaranty Insurance Company ("**FGIC**"); and due and proper notice of the hearing to consider the relief requested therein (the "**Hearing**") having been given to all parties registered to receive electronic notices in this matter; and the Court having held the Hearing with the appearances of interested parties noted in the record of the Hearing; and upon the entire record of all the proceedings before the Court; and the legal and factual bases set forth in the Motion establishing just and sufficient cause to grant the relief requested therein;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.  The Motion is granted.

2.  The opinions of Michael Plummer regarding discount factors in calculating the value of the DIA Collection shall be excluded at the Confirmation Hearing.

It is so ordered.

---

[8] All capitalized terms used but not defined herein shall have the meanings attributed to them in the Motion.

2