# **Exhibit 2**

# **Notice**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-----------------------------------------------------------x
In re                                   :
                                        :    Chapter 9
                                        :
CITY OF DETROIT, MICHIGAN,              :    Case No. 13-53846
                                        :
             Debtor.                    :    Hon. Steven W. Rhodes
                                        :
                                        :
-----------------------------------------------------------x
```

NOTICE OF FINANCIAL GUARANTY
INSURANCE COMPANY'S MOTION TO EXCLUDE
THE EXPERT OPINION OF MICHAEL PLUMMER
<u>REGARDING DISCOUNT FACTORS</u>

Financial Guaranty Insurance Company has filed papers with the Court seeking entry of an order pursuant to Federal Rule of Evidence 702 to exclude the testimony and opinion of Michael Plummer at the Confirmation Hearing regarding discount factors under the Plan of Adjustment compared to treatment upon dismissal (the "**Motion**").

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, **on or before August 27, 2014**, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[9]

    **United States Bankruptcy Court**
    211 W. Fort Street, Suite 2100
    Detroit, Michigan 48266

    If you mail your response to the court for filing, you must mail it
    early enough so the court will **receive** it on or before the date

---

[9] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).

stated above.  All attorneys are required to file pleadings electronically.

You must also mail a copy to:

Alfredo R. Pérez  
WEIL, GOTSHAL & MANGES LLP  
700 Louisiana Street, Suite 1600  
Houston, TX  77002  
Telephone: (713) 546-5000  
Facsimile:  (713) 224-9511

Edward Soto  
WEIL, GOTSHAL & MANGES LLP  
1395 Brickell Avenue, Suite 1200  
Miami, FL  33131  
Telephone: (305) 577-3177

Ernest J. Essad Jr.  
Mark R. James  
WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.  
280 North Old Woodward Avenue, Suite 300  
Birmingham, MI 48009  
Telephone:  (248) 642-0333  
Facsimile:  (248) 642-0856

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

DATED: August 22, 2014         Respectfully submitted,

  /s/  Alfredo R. Pérez
Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: alfredo.perez@weil.com

– and –

Edward Soto
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: (305) 577-3177
Email: edward.soto@weil.com

-and-

Ernest J. Essad Jr.
Mark R. James
WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.
280 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone: (248) 642-0333
Facsimile: (248) 642-0856
Email: EJEssad@wwrplaw.com
Email: mrjames@wwrplaw.com

*Attorneys for Financial Guaranty Insurance Company*

3

13-53846-tjt    Doc 6983-2    Filed 08/22/14    Entered 08/22/14 16:27:25    Page 4 of 4
US_ACTIVE:\44540664\1\45259.0007