# Exhibit 3

# None [Brief Not Required]

US_ACTIVE:\44540564\1\45259.0007