# Exhibit 4

# Certificate of Service

US_ACTIVE:\44540564\1\45259.0007

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2014 *FINANCIAL GUARANTY INSURANCE COMPANY'S MOTION TO EXCLUDE THE EXPERT OPINION OF MICHAEL PLUMMER REGARDING DISCOUNT FACTORS* was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

      /s/ Alfredo R. Pérez
Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: alfredo.perez@weil.com

Dated: August 22, 2014