# Exhibit 5

# None [No Affidavit]