UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors

V

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
    Debtors/City of Detroit
_____/

Chapter 9
Case No. 13-53846
Hon: Steven W. Rhodes

# WE OBJECTS TO THE SO-CALLED NOTICE OF REDLINED VERSION OF THE PLAN OF FOURTH AND FIFTH AMENDED PLAN OF ADJUSTMENT OF THE DEBTS OF THE CITY OF DETROIT BECAUSE OF NO MEANINGFUL HEARING ON THE OBJECTIONS

THE FOURTH AMENDMENT NOTICE WAS AFTER THE FACT, AND THERE WAS NO FIFTH AMENDMENT NOTICE, IT WAS UNTIMELY, CONTRARY TO THE FACTS AND LAW MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED IN A GOOD FAITH MANNER.

1

We /I object to the Fourth and Fifth Amended Plan of Adjustments and any confirmation of the Plans of Adjustment and the process for the following reasons:

1) We object to the fact that the creditors/objectors have not had hearing on any of our objections from the judge's scheduling clerk in accordance to U.S. Bankruptcy Court Rule 3007-1(a). The Magistrate Judge Steven W Rhodes in bankruptcy court on July 15, 2014 admitted that we were not giving any "testimony" but "presentation" and never would say the presentation was legally binding, only that he would consider them in his decision. This was not a meaningful hearing. The fundamental requisite of due process of law is a denial of due process the right to be heard. The creditors, unions and pension members have been denied the opportunity to a fair adequate hearing. Goldberg v Kelly 397 U.S. 254 90 S Ct 1011, 252 (1970) citing "The fundamental requisite of due process is the opportunity to be heard." Grannis v Ordean, 234 U.S. 385 394 (1914). The hearing must be "at a meaningful time and in a meaningful manner." Armstrong v

2

Manzo, 380 U.S. 545, 552 (1965). This is a fundamental due process of law violation of 1th, 5th, 14th and    Amendment Rights of the Constitution of the United State.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign_Carl Williams_

Address_10112 Somerset_

City, State, & Zip_Detroit, Michigan 48224_

Date_August 18, 2014_

Sign_Dalein Hyoway_

Address_16246 Linwood St._

City, State, & Zip_Det. MI, 48221_

Date_8-18-2014_

Sign William M. Davis

Address 9203 Littlefield St

City, State, & Zip Detroit, Mich. 48228

Date 08/18/14

Sign Kelvin Henry

Address 510 Trowbridge

City, State, & Zip Detroit, Mich. 48202

Date 8-18-14

Sign Jesse Oliver Gray

Address 5451 West Outer Dr.

City, State, & Zip Detroit Mich, 48235

Date 8-18-14

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
        Creditors

V

In re:  
CITY OF DETROIT, MICHIGAN  
AND EMERGENCY MANAGER  
KEVYN D ORR.  
        Debtors

Chapter 9  
Case No. 13-53846  
Hon: Steven W. Rhodes

_____/

## PROOF OF SERVICES

_____Carl Williams_____, being first duly sworn deposes and your name

Say that on August _18_ 2014. I sent a copy of objection to the so-called Notice of redlined version of the plan of fourth and Fifth Amended Plan of adjustment of debts of the city of Detroit because of no meaningful hearing on the objections, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226



Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.


Sign _Carl Williams_____


Dated __August 18, 2014_____



# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,
v

In re:                                    Chapter 9
City OF DETROIT, MICHIGAN        Case No. 13-53846
AND EMERGENCY MANAGER       Judge Steven W Rhodes
KEVYN D. ORR
    Debtor/City of Detroit       Case No. 14-cv-10434
                                      Hon. Bernard A. Freidman
_____/   Magistrate Paul J. Komives

## PROOF OF SERVICES

__Carl Williams_____, being first duly sworn deposes and
your name

Say that on August 21, 2014. I sent a copy of Objection to the so called notice

of Redlined version of Plan of Fifth Amended Plan of adjustment of the debts

of the City of Detroit because of no meaningful hearing on the objections

Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign_____*Carl B. Williams*_____

Dated_____*August 21, 2014*_____