**Exhibit 4**

**Certificate of Service**

# CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2014 *Financial Guaranty Insurance Company's Motion in Limine to Preclude the Introduction of Evidence or Testimony Regarding Matters Withheld from Discovery on the Basis of the Mediation Order* was filed and served via the Court's electronic case filing and noticing system to all registered users that have appeared in this bankruptcy case.

/s/ Alfredo R. Pérez
Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: alfredo.perez@weil.com

Dated: August 22, 2014