## Exhibit 3

**None [Brief Not Required]**

US_ACTIVE:\44537574\10\45259.0007