**Exhibit 4**

**Certificate of Service**

# CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2014 the *Financial Guaranty Insurance Company's Motion In Limine To Preclude The Introduction Of Evidence Or Testimony Regarding Certain Matters Previously Deemed Irrelevant By The Court Or The City Of Detroit* was filed and served via the Court's electronic case filing and noticing system to all registered users that have appeared in the main Chapter 9 proceeding.

    /s/ Alfredo R. Pérez
Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: alfredo.perez@weil.com

Dated: August 22, 2014

US_ACTIVE:\44537574\10\45259.0007