**Exhibit 5**

**None [No Affidavit]**

US_ACTIVE:\44537574\10\45259.0007