# Exhibit 6C

**August 13, 2014 Deposition Transcript of Stuart Ira Wohl (excerpted)**

```
 1                    STUART IRA WOHL

 2          IN THE UNITED STATES BANKRUPTCY COURT

 3           FOR THE EASTERN DISTRICT OF MICHIGAN

 4

 5

 6   In re:                        ) Chapter 9

 7   CITY OF DETROIT, MICHIGAN,    ) Case No. 13-53846

 8                       Debtor.   ) Hon. Steven W. Rhodes

 9

10   _____

11

12

13         The Videotaped Deposition of STUART IRA WOHL,

14         Taken at 1114 Washington Boulevard,

15         Detroit, Michigan,

16         Commencing at 2:32 p.m.,

17         Wednesday, August 13, 2014,

18         Before Kathryn L. Janes, CSR-3442, RMR, RPR.

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | | STUART IRA WOHL |
| 2 | | team members actually took a prior deposition and |
| 3 | | copied into for the background for my introduction |
| 4 | | about myself. |
| 5 | Q. | It's fair to say that the work done by your team |
| 6 | | was at your direction, right? |
| 7 | A. | Correct. |
| 8 | Q. | And did you have an opportunity to review the |
| 9 | | final report before it was served on the other |
| 10 | | parties in this case? |
| 11 | A. | I reviewed it and then signed it. |
| 12 | Q. | Got it. And so it's -- it's fair to say that you |
| 13 | | had an opportunity -- you had the last |
| 14 | | opportunity to make changes; is that right? |
| 15 | A. | Correct. |
| 16 | Q. | Is there anything today after having completed |
| 17 | | and -- and signed the report, is there anything |
| 18 | | today that you want to change about the report? |
| 19 | A. | No. |
| 20 | Q. | Is it fair to say you stand behind the report |
| 21 | | completely? |
| 22 | A. | Yes. |
| 23 | Q. | And you understand that when you submitted your |
| 24 | | report, it was important for your report to |
| 25 | | contain all of your opinions that you -- all of |

```
 1                    STUART IRA WOHL
 2          the opinions you were providing in connection
 3          with this case?
 4    A.    Yes.
 5    Q.    Which is to say, you are not providing opinions
 6          other than what is contained in your report,
 7          correct?
 8    A.    Correct.
 9    Q.    And when you prepared the report, you made your
10          best efforts to assure that the opinions and data
11          contained in the report are accurate and
12          truthful, correct?
13    A.    Yes.
14    Q.    If you -- if you can, would you give me a brief
15          summary of the opinions that you're offering in
16          this case?
17                MR. BARNOWSKI:  Object to form.
18    A.    I am offering an opinion that says that the
19          plan -- the POA requires significant cutbacks and
20          benefits of retirees, and even within the POA,
21          there is further risk that aspects that are being
22          relied upon in the POA may not come to fruition.
23    BY MR. BERNBROCK:
24    Q.    Any other opinions that you're offering like
25          macro opinions?
```

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 6990-8   Filed 08/22/14   Entered 08/22/14 17:03:01   Page 4 of 7

```
                                                             24
 1                      STUART IRA WOHL
 2                 MR. BARNOWSKI:  Object to form.
 3   BY MR. BERNBROCK:
 4   Q.   Other than that?
 5   A.   I also describe the impact of some individual
 6        class members, just to show the impact how -- the
 7        changes could impact the expense, I think it's for
 8        six or seven folks, which are just one very small
 9        subset of the 17,000 retirees and their 7,000,
10        8,000 dependents.
11   Q.   And you're not offering your opinions in this
12        case to demonstrate the hardship on retirees, are
13        you?
14                 MR. BARNOWSKI:  Object to form.
15   A.   I think I said that, that significant cuts in
16        benefits are hardships for retirees.
17   BY MR. BERNBROCK:
18   Q.   Okay.  The -- we're going to do this -- this
19        laundry list again of things that you're not, and
20        you'll pardon me, I hope.  I want to be clear
21        that you are not offering opinions about the
22        General Retirement System or the Police and Fire
23        Retirement System Pensions; is that correct?
24   A.   Correct.
25   Q.   You are not offering an opinion regarding the
```

| | |
|---|---|
| 1 | STUART IRA WOHL |
| 2 | claims held by the pension systems; is that |
| 3 | correct? |
| 4 | A. Correct. |
| 5 | Q. You are not offering your opinion as to whether |
| 6 | the POA contains unfair discrimination as that |
| 7 | term is understood under the bankruptcy laws? |
| 8 | MR. BARNOWSKI: Object to form. |
| 9 | BY MR. BERNBROCK: |
| 10 | Q. Is that correct? |
| 11 | A. Correct. |
| 12 | Q. You're not offering an opinion that the plan -- |
| 13 | the POA is fair and equitable as that term is |
| 14 | used in connection with bankruptcy law? |
| 15 | MR. BARNOWSKI: Object to form. |
| 16 | A. Correct. |
| 17 | BY MR. BERNBROCK: |
| 18 | Q. You're not offering an opinion that the plan -- |
| 19 | the POA -- I'm going to do that all day. |
| 20 | A. I got mine right before. |
| 21 | Q. You did, I know. |
| 22 | MR. BARNOWSKI: Then it's definitely |
| 23 | not simplifying things here. |
| 24 | MR. BERNBROCK: Yeah, that's right. |
| 25 | BY MR. BERNBROCK: |

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 6990-8   Filed 08/22/14   Entered 08/22/14 17:03:01   Page 6 of 7

1                    STUART IRA WOHL

2    Q.   You're not offering any legal opinion as to
3         whether the plan -- POA is in the best interest
4         of creditors, correct?
5    A.   Correct.
6    Q.   You're not offering any legal opinion regarding
7         whether the POA has been proposed in good faith,
8         correct?
9    A.   Correct.
10   Q.   And you're not offering an opinion to demonstrate
11        that the POA has satisfied the confirmation
12        standards under Chapter 9 or Chapter 11 of the
13        bankruptcy code, correct?
14                   MR. BARNOWSKI:   Object to form.
15   A.   Correct.  Correct.
16   BY MR. BERNBROCK:
17   Q.   So if we could, sir, just turning to your report
18        and how I intend to proceed, so that you have an
19        idea here, is I really want to just walk through
20        the various sections of your report, and ask
21        questions along the way, ask you to explain
22        various things in your report.  I think that your
23        report lends itself to a sort of chronological
24        review and so that's -- that's what I'm going to
25        do.