## Summary of Exhibits

Exhibit 1 - Proposed Order

Exhibit 2 - Notice of Motion and Opportunity to Object

Exhibit 3 - None [Brief Not Required]

Exhibit 4 - None [Separate Certificate of Service to be Filed]

Exhibit 5 - None

Exhibit 6 A - Expert Report of John Hill

Exhibit 6 B - Excerpts July 18, 2014 J. Hill Deposition Transcript

Exhibit 6 C - Excerpts Expert Report of Martha Kopacz

Exhibit 6 D - Revenue Consensus Conference Report (3/18/14)

Exhibit 6 E - 2/4/14 Email from J. Naglick re: FAB Detroit Revenue Conference (POA00123860)