# Exhibit 6E

## 2/4/14 Email from J. Naglick re: FAB Detroit Revenue Conference
(POA00123860)

| | |
|---|---|
| **From:** | John Naglick |
| **Sent:** | Tuesday, February 04, 2014 7:42 PM |
| **To:** | John Hill; Stacy Fox |
| **Cc:** | Pamela Scales |
| **Subject:** | Re: FAB   Detroit Revenue Conference |

My understanding is that this was a one full day exercise that was run by the Budget department.  Now that Pam is on board, I looped her into the conversation.  John


John Naglick, Jr.
Finance Director
City of Detroit, MI
2 Woodward Avenue
Suite 1200
Detroit, MI 48226
Office 313.224.4153
Mobile 313.410.2161
naglickj@detroitmi.gov
>>> Stacy Fox 2/4/2014 11:49 AM >>>
Sounds like a lot of work.  So it's a two day, or so, process?


Stacy L. Fox
Deputy Emergency Manager
City of Detroit
313-224-3703

>>> John Naglick 2/4/2014 11:24 AM >>>
The Budget group has been leading this process and having the meetings with the various stakeholders (Council, Auditor General, Finance, MSU Prof) which will lead up to the FAB meeting.
EY (Shavi) takes part to keep the group on track with comparisons to Plan of Adjustment.  They try to mainly listen to the point of view of the participants, but then keep them from taking a totally different view from revenues in the plan.  Don't know when the plan is to share this with the FAB.


John Naglick, Jr.
Finance Director
City of Detroit, MI
2 Woodward Avenue
Suite 1200
Detroit, MI 48226
Office 313.224.4153
Mobile 313.410.2161
naglickj@detroitmi.gov
>>> John Hill <hillj@detroitmi.gov> 2/4/2014 10:35 AM >>>
Lest talk about this there are some good reasons to keep this process. It keeps everyone in synch with what's in plan if adjustment.

John W. Hill
Chief Financial Officer
City of Detroit
Coleman A. Young Municipal Center
2 Woodward Ave. Suite 1126
Detroit, MIchigan 48226

Office: (313) 224-3382
Cell: (313) 378-7684
Email: hillj@detroitmi.gov

On Feb 4, 2014, at 8:52 AM, "Stacy Fox" <FoxS@detroitmi.gov> wrote:

Guys,
This is the first I've heard of this, but recommend (if you agree) that we have Kevyn suspend this conference.  Thoughts?


Stacy L. Fox
Deputy Emergency Manager
City of Detroit

1

313-224-3703

>>> "TSpillane@foley.com" <TSpillane@foley.com> 2/3/2014 4:12 PM >>>

Stacy, the FAB is supposed to be involved in the City's Revenue Conferences to approve the Revenue Estimate and Set Aside for deficit reduction per Section 3.1 of the FSA. The FAB Chair (Sandy) lead the conference last year and it occurred over 2-3 sessions. Under Section 3.1(e) of the A&R FSA, the EM can suspend any of all of the Revenue Estimation process during the C9 but I am not sure that has occurred.

We can have a call to discuss. You might want to check with your Budget Director and Kevyn re their thoughts on the process for this year. Tom

**Thomas B. Spillane I Foley & Lardner LLP**
Tel 313-234-7135 **I** Cell 248-802-1030**I** Email tspillane@foley.com ( mailto:c@foley.com )

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding federal tax penalties, and was not written to support the promotion or marketing of any

TEXT.htm

transaction or matter discussed herein.

My understanding is that this was a one full day exercise that was run by the Budget department. Now that Pam is on board, I looped her into the conversation. John


John Naglick, Jr.
Finance Director
City of Detroit, MI
2 Woodward Avenue
Suite 1200
Detroit, MI 48226
Office 313.224.4153
Mobile 313.410.2161
naglickj@detroitmi.gov
>>> Stacy Fox 2/4/2014 11:49 AM >>>
Sounds like a lot of work. So it's a two day, or so, process?


Stacy L. Fox
Deputy Emergency Manager
City of Detroit
313-224-3703

>>> John Naglick 2/4/2014 11:24 AM >>>
The Budget group has been leading this process and having the meetings with the various stakeholders (Council, Auditor General, Finance, MSU Prof) which will lead up to the FAB meeting.
EY (Shavi) takes part to keep the group on track with comparisons to Plan of Adjustment. They try to mainly listen to the point of view of the participants, but then keep them from taking a totally different view from revenues in the plan. Don't know when the plan is to share this with the FAB.


John Naglick, Jr.
Finance Director
City of Detroit, MI
2 Woodward Avenue
Suite 1200
Detroit, MI 48226
Office 313.224.4153
Mobile 313.410.2161
naglickj@detroitmi.gov
>>> John Hill <hillj@detroitmi.gov> 2/4/2014 10:35 AM >>>
Lest talk about this there are some good reasons to keep this process. It keeps everyone in synch with what's in plan if adjustment.

John W. Hill
Chief Financial Officer
City of Detroit
Coleman A. Young Municipal Center
2 Woodward Ave. Suite 1126
Detroit, MIchigan 48226

Office: (313) 224-3382
Cell: (313) 378-7684
Email: hillj@detroitmi.gov

On Feb 4, 2014, at 8:52 AM, "Stacy Fox" <FoxS@detroitmi.gov> wrote:

Guys,
This is the first I've heard of this, but recommend (if you agree) that we have Kevyn suspend this conference. Thoughts?

Stacy L. Fox

Deputy Emergency Manager
City of Detroit
313-224-3703

>>> "TSpillane@foley.com" <TSpillane@foley.com> 2/3/2014 4:12 PM >>>

Stacy, the FAB is supposed to be involved in the City's Revenue Conferences to approve the Revenue Estimate and Set Aside for deficit reduction per Section 3.1 of the FSA. The FAB Chair (Sandy) lead the conference last year and it occurred over 2-3 sessions. Under Section 3.1(e) of the A&R FSA, the EM can suspend any of all of the Revenue Estimation process during the C9 but I am not sure that has occurred.

We can have a call to discuss. You might want to check with your Budget Director and Kevyn re their thoughts on the process for this year. Tom

Thomas B. Spillane | Foley & Lardner LLP
Tel 313-234-7135 | Cell 248-802-1030| Email tspillane@foley.com

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.