UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------x
                                                       :
In re                                                  : Chapter 9
                                                       :
CITY OF DETROIT, MICHIGAN,                             : Case No. 13-53846
                                                       :
                    Debtor.                            : Hon. Steven W. Rhodes
                                                       :
                                                       :
-------------------------------------------------------x
```

**NOTICE OF FILING OF AMENDED ORDER
IN CONNECTION WITH MOTION OF THE DEBTOR FOR A FINAL
ORDER PURSUANT TO (I) 11 U.S.C. §§ 105, 364(C), 364(D)(1), 364(E), 902,
904, 921, 922 AND 928 (A) APPROVING POSTPETITION FINANCING
AND (B) GRANTING LIENS AND (II) BANKRUPTCY RULE 9019
APPROVING SETTLEMENT OF CONFIRMATION OBJECTIONS**

**PLEASE TAKE NOTICE THAT:**

      1.      On August 11, 2014, the City of Detroit (the "City")[1] filed the Motion of the Debtor for a Final Order Pursuant to (I) 11 U.S.C. §§ 105, 364(c), 364(d)(1), 364(e), 902, 904, 921, 922 and 928 (A) Approving Postpetition Financing and (B) Granting Liens and (II) Bankruptcy Rule 9019 Approving Settlement of Confirmation Objections [Docket No. 6644] (the "Motion").

      2.      The City's proposed order granting the relief sought in the Motion was attached as Exhibit 1 to the Motion (the "Previous Order"). Attached

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

hereto as Exhibit A is an amended order granting the relief sought in the Motion (the "Current Order") that replaces the Previous Order.  For ease of comparison, a blackline of the Previous Order against the Current Order is attached hereto as Exhibit B.

Dated: August 22, 2014  Respectfully submitted,

  /s/ Heather Lennox
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Brad B. Erens
David A. Hall
JONES DAY
77 West Wacker
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
bberens@jonesday.com
dahall@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK AND
   STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY

# Certificate of Service

I, Heather Lennox, certify that the foregoing Notice of Filing of Amended Order in Connection with Motion of the Debtor for a Final Order Pursuant to (I) 11 U.S.C. §§ 105, 364(c), 364(d)(1), 364(e), 902, 904, 921, 922 and 928 (A) Approving Postpetition Financing and (B) Granting Liens and (II) Bankruptcy Rule 9019 Approving Settlement of Confirmation was filed and served via the Court's electronic case filing and noticing system on this 22nd day of August, 2014.

/s/ Heather Lennox
Heather Lennox