## Summary of Exhibits

Exhibit 1 - Proposed Order

Exhibit 2 - Notice of Motion and Opportunity to Object

Exhibit 3 - None [Brief Not Required]

Exhibit 4 - None [Separate Certificate of Service to be Filed]

Exhibit 5 - Affidavits [Not Applicable]

Exhibit 6 A - Expert Report of Martha Kopacz

Exhibit 6 B - July 31, 2014 M. Kopacz Deposition Transcript

Exhibit 6 C - Order Appointing Expert Witness [Docket No. 4215]

Exhibit 6 D - July 14, 2014 R. Cline Deposition Transcript

Exhibit 6 E - July 15, 2014 G. Malhotra Deposition Transcript

Exhibit 6 F - July 24, 2014 C. Sallee Deposition Transcript