# Exhibit 6E

# Excerpts of July 15, 2014 G. Malhotra Deposition Transcript

KE 32074430

## Page 1

```
 1
 2      UNITED STATES BANKRUPTCY COURT
 3    FOR THE EASTERN DISTRICT OF MICHIGAN
 4                  - - -
 5  In Re:            ) Chapter 9
 6
 7  City of Detroit, Michigan,  )
 8
 9     Debtor.    ) Hon. Steven Rhodes
10  _____
11
12
13
14      The videotaped deposition of GAURAV MALHOTRA
15      Taken at 51 Louisiana Avenue, N.E.
16      Washington, D.C.
17      Commencing at 9:09 a.m.
18      Tuesday, July 15, 2014
19      Before:  Gail L. Inghram Verbano
20      Registered Diplomate Reporter,
21      Certified Realtime Reporter,
22      Certified Shorthand Reporter-CA (No. 8635)
23
24
25
```

## Page 2

```
 1
 2  APPEARANCES:
 3
 4  RONALD A. KING, ESQ.
 5  FRANK J. GUADAGNINO, ESQ. (Pittsburgh Office)
 6  CLARK HILL, PLC
 7  212 East Grand River Avenue
 8  Lansing, Michigan 48906
 9       Appearing on behalf of the Retirement Systems
10       for the City of Detroit.
11
12
13
14  GEOFFREY S. STEWART, ESQ.,
15  CHRISTOPHER DiPOMPEO, ESQ.,
16  SARAH A. HUNGER, ESQ.
17  JONES DAY
18  51 Louisiana Avenue, N.W.
19  Washington, D.C. 20001
20       Appearing on behalf of the Debtor and the Witness.
21
22
23
24
25
```

## Page 3

```
 1
 2  HEATHER J. HUBBARD, ESQ.
 3  WALLER LANSDEN DORTCH & DAVIS, LLP
 4  511 Union Street, Suite 2700
 5  Nashville, Tennessee 37219
 6       Appearing on behalf of U.S. Bank.
 7
 8
 9
10  SAM J. ALBERTS, ESQ.
11  DENTONS US, LLP
12  1301 K Street, N.W.
13  Suite 600, East Tower
14  Washington, D.C. 20005
15       Appearing on behalf of the Retiree Committee.
16
17
18
19  DOUGLAS G. SMITH, P.C.
20  KIRKLAND & ELLIS, LLP
21  300 North LaSalle
22  Chicago, Illinois 60654
23       Appearing on behalf of Syncora Guarantee, Inc.,
24       and Syncora Capital Assurance, Inc..
25
```

## Page 4

```
 1
 2  KELLY DiBLASI, ESQ.
 3  WEIL, GOTSHAL & MANGES, LLP
 4  767 Fifth Avenue
 5  New York City, New York 10153
 6       Appearing on behalf of Financial Guaranty
 7       Insurance Company.
 8
 9
10
11  MICHAEL BHARGAVA, ESQ.
12  CHADBOURNE & PARKE, LLP
13  1200 New Hampshire Avenue, NW
14  Washington, D.C. 20036
15       Appearing on behalf of Creditor Assured
16       Guaranty.
17
18
19
20
21
22
23
24
25
```

Pages 1 to 4

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt    Doc 6999-11    Filed 08/22/14    Entered 08/22/14 19:36:51    Page 2 of 4

1  MALHOTRA
2  A. That is correct.
3  Q. And what period of time have you been
4  doing that?
5  A. One of them has been over a year. One
6  of them has been in the last, I would say, six
7  months.
8  Q. Before you started your forecasting work
9  for Detroit, you didn't have any experience doing
10  a forecast for a city; correct?
11  A. We did it for Detroit Public Schools,
12  which was another large government sector --
13  public sector entity. We did not do it for a
14  city.
15  Q. Okay. So before your work for the City
16  of Detroit, you had never done forecasting for a
17  city specifically; correct?
18  A. Most of the -- that is correct.
19  Q. You're not holding yourself out as an
20  expert on Chapter 9 bankruptcy, are you?
21  A. No, I'm not.
22  Q. This is the first Chapter 9 bankruptcy
23  you've worked on; correct?
24  A. Yes, it is.
25  Q. And you'd agree with me that Chapter 9

1  MALHOTRA
2  bankruptcy is extremely rare?
3  A. I don't want to comment on that.
4  Q. You're not going to answer that
5  question?
6  A. Rare in context of what? Is it in
7  context of Chapter 11 or is it in context to other
8  bankruptcies? So you have to give me a relative
9  point to answer that question.
10  Q. It's very rare for a city -- out of all
11  the cities in the United States, it's very rare
12  for a city to have entered into a Chapter 9;
13  right?
14  A. Well, there are different state laws
15  that impact the ability of cities to enter
16  Chapter 9 or not. But I would say Chapter 9s are
17  less common than Chapter 11s. I mean, I'm
18  comfortable saying that.
19  Q. Okay. And it would be a minute fraction
20  of cities that ever have entered Chapter 9;
21  correct?
22  A. I don't understand minute or not. But I
23  think the number of Chapter 9 filings is limited
24  relative to Chapter 11 filings. I'm comfortable
25  saying that.

1  MALHOTRA
2  Q. You're not holding yourself out as an
3  expert in risk management or insurance; correct?
4  A. Again, I'll ask the same question: Risk
5  management, insurance for what? Because all of
6  these points have specific implications on the
7  City of Detroit and the financial analysis and
8  forecasts for the City of Detroit.
9  Q. Okay. Well, I mean, you've never done
10  any work in the area of risk management, have you?
11  A. I've looked at a lot of the expenses
12  that the City of Detroit has been spending on risk
13  management insurance claims over the last three
14  years. So I understand where the City has been
15  spending that money.
16  Q. Okay. Before your work for the City,
17  you didn't -- you hadn't done any work on risk
18  management; is that correct?
19  A. No. When it comes to specific other
20  clients and you see where they are spending more
21  and if risk management is -- or self-paying,
22  self-insurance claims is a big component, you have
23  to analyze those costs. So I have looked at them
24  in specific instances where claims are a large
25  part of a spend.

1  MALHOTRA
2  But I -- so all I'm asking is, are you
3  asking the question in the context of Detroit or
4  just risk management?
5  Q. Risk management in general. You
6  wouldn't hold yourself out as an expert in that;
7  correct?
8  A. I would -- I could only talk about the
9  risk management and insurance claims for the City
10  of Detroit. That's what I would -- that's what I
11  would be comfortable talking about.
12  Q. Were you involved in putting -- were
13  there some forecasts with the creditor proposal
14  that accompanied that?
15  A. Which creditor proposal?
16  Q. The one in, I think -- guess it was
17  2013, before the bankruptcy.
18  A. Yes, there were forecasts, and we were a
19  part of pulling those together.
20  Q. And that was my question.
21  A. Thank you for the clarification.
22  Q. You were personally involved in that?
23  A. I was.
24  Q. Okay. In your opinions in this case,
25  you're relying on some other experts, such as

Pages 17 to 20

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 6999-11   Filed 08/22/14   Entered 08/22/14 19:36:51   Page 3 of 4

Page 77

MALHOTRA

latest updates are probably the best information we have as of date.

Whether that makes all of those forecasts -- and I think you used the word "inaccurate." That's -- it's just we have better information today than we had earlier.

Q. Okay. Your more recent forecasts would be more reliable than your first forecast; is that fair?

A. I would say, yes, the most recent forecasts are the best picture we would have as of date, yes.

Q. Would it be fair to say that the longer the forecast, the less reliable the forecast?

A. It depends on specific line items and assumptions. But the further you get out there, the -- there is more uncertainty whether each one of those assumptions will play out the way they are in the forecast.

Q. And would you agree that the greater the number of assumptions in your model, the more uncertainty and potential for unreliability there is with the model?

A. No, because --

Page 78

MALHOTRA

Q. Well, all the other things being held constant, do you agree that the more assumptions that you have in a model, the greater the potential for uncertainty and unreliability?

A. No.

Q. Why is that?

A. Because different assumptions can also offset each other.

Q. Did you rely on any scientific or technical literature in creating your forecast?

A. I'm sorry? What is --

Q. Well, is there any scientific or technical literature that lays out the methodology you used in your forecast?

A. The financial forecast, the way it's been developed is how it's generally developed by all financial advisory firms.

Q. But that's not my question. Is there any scientific or technical literature you can identify for me today that lays out the methodology that you used in creating the forecast for Detroit?

A. I do not know of any scientific methodology. Technical methodology is generally

Page 79

MALHOTRA

well documented all over about financial advisers, how to create projections, look at the historical performance.

So, yeah, that's generally technical in nature, but not scientific.

Q. But so the -- but is there any treatise or other publication that you can identify for me today that lays out the technical methodology you used for the Detroit forecast?

A. I would say any financial journal that you will pick up, from a financial adviser's standpoint, has tons of articles written on how to build good -- develop reasonable forecasts.

Q. But can you identify one article, sitting here today, that contains the specific methodology you used in the Detroit forecast?

A. I do not recall one off the top of my head, no.

Q. Before the Detroit matter, what was the longest period of time you ever did a forecast of revenues or expenditures for?

A. I would say somewhere maybe between five and ten years.

Q. And you've never done -- I think you

Page 80

MALHOTRA

testified you'd never done a forecast for a municipality before Detroit; correct?

A. No, I did not testified to that. I testified that I've done it for Detroit Public Schools. I've developed a forecast for Detroit Public Schools.

Q. But for an actual city, municipality, you've never done a forecast before Detroit's; correct?

A. For a city, that is correct.

Q. You did some forecasting for the Detroit Public Schools?

A. That's right.

Q. What was the length of time that you forecast for the Detroit Public Schools?

A. I would have to go back and look. It could have been up to five years. It was probably somewhere in that neighborhood or shorter. I would have to go back and check.

Q. Are your forecasts that you've created in this case based on the business judgment of any City officials?

A. I would say yes.

Q. And yet you -- which City officials

Pages 77 to 80

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt    Doc 6999-11    Filed 08/22/14    Entered 08/22/14 19:36:51    Page 4 of 4