UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-----------------------------------------------------------x
                                                           :
In re                                                      : Chapter 9
                                                           :
CITY OF DETROIT, MICHIGAN,                                 : Case No. 13-53846
                                                           :
                Debtor.                                    : Hon. Steven W. Rhodes
                                                           :
                                                           :
-----------------------------------------------------------x
```

### FINANCIAL GUARANTY INSURANCE COMPANY'S JOINDER IN SYNCORA'S MOTION TO EXCLUDE CERTAIN OF THE EXPERT OPINIONS OF MARTHA KOPACZ UNDER FEDERAL RULE OF EVIDENCE 702

Financial Guaranty Insurance Company ("**FGIC**"), a creditor and party in interest in the above-captioned case, by and through its undersigned counsel, hereby joins in *Syncora's Motion to Exclude Certain of the Expert Opinions of Martha Kopacz Under Federal Rule of Evidence 702* [Docket No. 6999] ("**Motion**").

1. In support of this joinder, FGIC adopts and incorporates the arguments in the Motion in their entirety as if fully set forth in this joinder.

WHEREFORE, for the reasons set forth in the Motion, FGIC respectfully requests that the Court exclude the testimony of Ms. Kopacz.

DATED: August 22, 2014
Houston, Texas

/s/  Alfredo R. Pérez
Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, TX  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  alfredo.perez@weil.com

 – and –

Ernest J. Essad Jr.
Mark R. James
WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.
280 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone:  (248) 642-0333
Facsimile:  (248) 642-0856
Email:  EJEssad@wwrplaw.com
Email:  mrjames@wwrplaw.com

*Attorneys for Financial Guaranty Insurance Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 22, 2014 *Financial Guaranty Insurance Company's Joinder in Syncora's Motion to Exclude Certain of the Expert Opinions of Martha Kopacz Under Federal Rule of Evidence 702* was filed and served via the Court's electronic case filing and noticing system to all registered users that have appeared in the main Chapter 9 proceeding.

                                          /s/ Alfredo R. Pérez
                                          Alfredo R. Pérez
                                            WEIL, GOTSHAL & MANGES LLP
                                            700 Louisiana Street, Suite 1700
                                            Houston, TX 77002
                                            Telephone: (713) 546-5000
                                            Facsimile: (713) 224-9511
                                            Email: alfredo.perez@weil.com

Dated: August 22, 2014