# Summary of Exhibits

Exhibit 1 - Proposed Order

Exhibit 2 - Notice of Motion and Opportunity to Object

Exhibit 3 - None [Brief Not Required]

Exhibit 4 - None [Separate Certificate of Service to be Filed]

Exhibit 5 - Affidavits [Not Applicable]

Exhibit 6 A - Expert Report of Robert Cline

Exhibit 6 B - Expert Report of Gaurav Malhotra

Exhibit 6 C - Expert Report of Caroline Sallee

Exhibit 6 D - Excerpts of July 14, 2014 R. Cline Deposition Transcript

Exhibit 6 E - Excerpts of July 15, 2014 G. Malhotra Deposition Transcript

Exhibit 6 F - Excerpts of July 24, 2014 C. Sallee Deposition Transcript

Exhibit 6 G - Excerpts of July 31, 2014 M. Kopacz Deposition Transcript

Exhibit 6 H - Excerpts of June 24, 2014 G. Evanko Deposition Transcript

Exhibit 6 I - City of Detroit Ten-Year Financial Projections (July 2, 2014) (POA00706519)

Exhibit 6 J - Excerpts of Expert Report of Martha Kopacz

Exhibit 6 K - Excerpts of July 18, 2014 J. Hill Deposition Transcript

Exhibit 6 L - Excerpts of Financial Stability Agreement (City Ex. 032)

Exhibit 6 M - Michigan Municipal League, The Great Revenue Sharing Heist (Feb. 2014) (Syncora Ex. 4462)

Exhibit 6 N - R. Cline Demonstratives (City Ex. 546 and 547)

Exhibit 6 O- Excerpts of KPMG, Independent Auditors' Report (2012)

Exhibit 6 P - Excerpts of Houlihan Lokey Expert Report (July 2014)

Exhibit 6 Q - Excerpts of 6/14/13 City of Detroit Proposal for Creditors at 108 (City Ex. 033)

Exhibit 6 R - Excerpts of Citizens Research Council of Michigan "Detroit City Government Revenues," Report 382, April 2013 (Syncora Ex. 4466)

Exhibit 6 S - Excerpts of the Expert Report of Charles Moore (City Ex. 464)