**<u>Exhibit 6B</u>**

**Expert Report of Gaurav Malhotra**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

---------------------------------------------------------x
:
In re                                  :        Chapter 9
:
CITY OF DETROIT, MICHIGAN,       :        Case No. 13-53846
:
              Debtor.      :        Hon. Steven W. Rhodes
:
--------------------------------------------------------- x

## REPORT OF GAURAV MALHOTRA

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7026, debtor the City of Detroit submits this report with respect to the expected expert testimony of Gaurav Malhotra.

### INTRODUCTION

Gaurav Malhotra is a Principal and the Midwest Restructuring Leader at the firm Ernst & Young LLP ("EY"), as well as a Senior Managing Director at Ernst & Young Capital Advisors LLC. It is the City's intention to call Mr. Malhotra to testify about the forecasted revenues and expenses the City's General Fund may expect in future years. The information in this report is presented as of the date of this report and is based upon projections contained within the Fourth Amended Disclosure Statement With Respect to Fourth Amended Plan for the Adjustment of

1

Debts of the City of Detroit [Docket no. 4391] dated May 5, 2014 (the "Disclosure Statement"), as such projections were updated as of July 2, 2014. *See* Ten-Year Financial Projections [POA00706519 – POA00706600] ("10-Year Forecast"); Plan of Adjustment – 40 year projections [POA00706603 – POA00706611] ("40-Year Forecast").

<u>OPINIONS</u>

Mr. Malhotra will offer the following opinions:

**I. Ten-Year Projections**

A.  For the period ending with the City's 2023 fiscal year, the projected revenues and expenditures the City's General Fund can expect are set forth in the 10-Year Forecast and in the 40-Year Forecast at Exhibit 3b.

B.  These projected revenues and expenditures are reasonable forecasts and represent a realistic picture of the City's General Fund's ability to afford its expenditures and satisfy its obligations under the Plan while maintaining an adequate level of municipal services.

**II. Forty-Year Projections**

A.  For each of the next four ten-year periods ending with the City's 2053 fiscal year, the projected revenues and expenditures the City's General Fund can expect are set forth in the 40-Year Forecast.

2

B.  These projected revenues and expenditures are reasonable forecasts and represent a realistic picture of the City's General Fund's ability to afford its expenditures and satisfy its obligations under the Plan while maintaining an adequate level of municipal services.

## BASIS AND REASONS FOR OPINIONS

Mr. Malhotra based his opinions upon analyses of historical trends, reviews of departmental budgets, and discussions with City management regarding steady-state projections.  In addition, Mr. Malhotra relied upon the assumptions made, analyses conducted, and opinions offered by other experts, including Robert Cline and Caroline Sallee of EY's Quantitative Economic & Statistics ("QUEST") practice, Charles Moore of Conway MacKenzie, Kenneth Buckfire of Miller Buckfire, and the City's actuaries at Milliman.  In reaching his opinions, Mr. Malhotra followed standard forecasting procedures used in the field of financial forecasting and analysis.

## I.  Ten-Year Projections

The revenues and expenditures the City's General Fund may expect in each of the next ten years are set out in the 10-Year Forecast and the 40-Year Forecast,

in particular at Exhibit 3b of the 40-Year Forecast.[1]  In developing these forecasts,

Mr. Malhotra employed the following methodologies and assumptions:

### A.  Methodology

(1)  Developing forecasts of the City's General Fund revenues,

expenditures, and funds available for unsecured creditors in each of the next ten

fiscal years, by:

(a) Projecting the annual revenues the City's General Fund can

expect in each of the next ten fiscal years from 2014 to 2023.

(i) Mr. Malhotra directed Robert Cline and Caroline

Sallee of EY's QUEST practice to develop projections of the City's revenues in

five key areas—income taxes, property taxes, wagering taxes, state revenue

sharing, and utility users' taxes.  Mr. Malhotra relied upon these projections in

making his ten-year revenue projections.

(ii) Mr. Malhotra forecasted the City's other General

Fund operating revenues based largely on historic trends, making adjustments

where necessary, as explained in the Assumptions section below.

(iii) Mr. Malhotra incorporated the additional revenues

expected to be generated for the General Fund from the City's departmental

---

[1] The forecasted revenues and expenditures set forth in Exhibit 3 of the 10-Year Forecast and Exhibit 3b of the 40-Year Forecast are equivalent.  These two Exhibits differ only in the manner of their presentation.

revenue initiatives. To do so, Mr. Malhotra relied on the forecasts of these additional revenues provided to him by Conway MacKenzie.

(iv) Finally, Mr. Malhotra incorporated the net proceeds of Quality of Life financing in FY2014 and FY2015, as well as the assumed proceeds from exit financing between FY2015 and FY2016.

(b) Projecting the City's expected operating expenditures and restructuring-related expenses over this ten-year period.

(i) Mr. Malhotra's team conducted a department-by-department review of historical and current staffing levels, payroll, and benefits, in order to determine the salary, overtime, and fringe benefit costs for both Public Safety and Non-Public Safety departments.

(ii) Mr. Malhotra relied upon the terms of the Plan to forecast active pension plan and OPEB payments for future retirees.

(iii) Mr. Malhotra forecasted the expenditures associated with the City's restructuring by relying on various sources, as explained in the Assumptions section below.

(iv) Finally, Mr. Malhotra included a contingency reserve to account for unanticipated events and made adjustments to the timing of certain reinvestment spending to ensure adequate cash liquidity.

(c) Determining the amount of "funds available for unsecured claims" after providing adequate municipal services, by taking the difference between the City's General Fund's expected revenues and expenditures in each of the next ten fiscal years.

(2) Adding other sources of cash to the funds available for unsecured claims to arrive at a "total hypothetical sources" of funds, by:

(a) Projecting and adding additional sources of cash, including (i) the revenue stream from the Detroit Water/Sewerage Department ("DWSD"); (ii) reimbursements from other funds (Library and non-General Fund Parking operations); and (iii) the proceeds of the "grand bargain." This "grand bargain" is comprised of foundation fundraising, DIA contributions, and State settlement proceeds.

(3) Developing projections for the hypothetical distributions to unsecured creditors ("uses") of these hypothetical sources throughout the ten-year period based on the terms of settlements or the Plan, by:

(a) Scheduling the projections of cash distributions to the retiree pension systems as well as other post-employment benefits (OPEB) based on the terms of settlements reached with the Retirement Systems and Retiree Committee.

(b) Scheduling the projections of cash distributions to satisfy unsecured UTGO (Note A1) and LTGO (Note A2) claims based on the terms of settlements reached with the respective parties.

(c) Scheduling the projections of cash distributions on account of Note B, which encompasses payments to satisfy other unsecured creditor claims, including OPEB, POC, Notes/loans payable, and other unsecured items.

(d) Summing the aforementioned schedules of cash distributions to arrive at "total hypothetical distributions / total uses."

(4) Calculating the implied surplus / (deficit) and cash balances for the ten-year period, by:

(a) Subtracting total hypothetical distributions / total uses from total hypothetical sources to arrive at surplus / (deficit) projections for the ten-year period.

(b) Rolling forward a June 30, 2013 cash balance of $36 million.

**B. Assumptions**

(1) Mr. Malhotra made the following assumptions in forecasting the revenues the City can expect over the forecast period:

(a) Mr. Malhotra relied on the projections made by Robert Cline and Caroline Sallee of EY's QUEST practice to forecast the City's revenues

from income taxes, property taxes, wagering taxes, state revenue sharing, and utility users' taxes.

        (b) Mr. Malhotra forecasted sales and charges for services based on historical trends, adjusted primarily for the transition of the Public Lighting Department's distribution business. Remaining revenues were projected based on FY2013 levels, as adjusted to achieve targeted levels provided through discussions with department management.

        (c) Mr. Malhotra forecasted other operating revenues listed on Exhibit 4 of the 10-Year Forecast—including (i) parking/court fines and other revenue, (ii) grant revenue, (iii) licenses, permits and inspection charges, and (iv) revenues from the use of assets based upon recent trends, as adjusted to account for recent or expected events. Mr. Malhotra assumed that (i) parking/court fines and other revenue primarily consist of revenues from parking violations, traffic violations, and court fines, which will continue to reflect recent trends; (ii) grant revenue will decrease due to the transition of the Health and Wellness department and the expiration of certain public safety grants; (iii) revenues from licenses, permits and inspection charges will continue to reflect recent trends; and (iv) revenues from the use of assets include investment earnings, real estate rentals, and the sale of assets, which will include proceeds from the sale of the Veteran's Memorial Building in FY2015.

(d) As reflected in Exhibit 4 of the 10-Year Forecast, General Fund reimbursements include (i) Street Fund reimbursements, (ii) DDOT risk management reimbursements, and (iii) Parking and Vehicle Fund reimbursements. The projections assume that (i) Street Fund reimbursements will decrease beginning in FY2015 due to an assumed outsourcing of solid waste operations, which will no longer reimburse GSD for maintenance costs; (ii) DDOT risk management reimbursements will continue to reflect the portion of risk management costs allocated to DDOT based on recent trends; and (iii) parking reimbursements will continue to reflect recent trends.

(e) The projections assume that the City will be able to continue to collect the UTGO property tax millage at an amount equal to the originally scheduled debt service.

(f) Mr. Malhotra relied upon the revenues expected to be generated from the City's departmental revenue initiatives as provided by Conway MacKenzie.

(g) The projections assume that the City will receive net Quality of Life (QOL) financing proceeds of $118 million between FY2014 and FY2015, and $175 million of net additional proceeds from exit financing between FY2015 and FY2016.

(2) Mr. Malhotra made the following assumptions in forecasting the expenditures the City can expect over the forecast period:

(a) The projections for salaries and wages assume (i) a 10.0% wage reduction for uniformed employees beginning in FY2014 for contracts that expired in FY2013; (ii) a ramp-up of headcount to begin in FY2015 in order to return to previous staffing levels after a decline in the actual headcount for FY2014; and (iii) wage inflation rates for all employees of 5.0% in FY2015, 0.0% in FY2016, 2.5% annually from FY2017 to FY2019, and 2.0% in FY2020 and thereafter.

(b) Expenditures for overtime are projected to continue to reflect recent trends as a percentage of salaries and wages. Elimination of 12-hour shifts for police officers are projected to result in an increase in overtime costs for the Police Department.

(c) Other benefits are projected to continue to reflect recent trends, with assumed bonus payments of 2.5% of salary for non-uniform employees and 3.0% of salary for uniform employees in FY2016.

(d) Health benefit expenditures for active employees are projected based on per-head medical cost estimates provided by Milliman through FY2019 (based on the cost of plan designs being offered for 2014 enrollment). Milliman projects the average annual inflation rate between FY2014 and FY2019

to be 6.8%. Medical inflation is capped (for city contribution purposes) at 4.0% after FY2019.

(e) OPEB contributions will be $1 million annually for future public safety retirees and 2.0% of salary for non-public safety future retirees, as required by the Plan.

(f) As required by the Plan, for FY2015 and beyond, the City will make contributions of 12.25% of salary for active public safety employees and 5.75% for active non-public safety employees.

(g) Other operating expenses consist of (i) professional and contract services, (ii) materials and supplies, (iii) utilities, (iv) purchased services, (v) risk management and insurance, (vi) maintenance capital, (vii) other expenses, (viii) contributions to non-enterprise funds, and (ix) the DDOT subsidy, as reflected in Exhibit 4 of the 10-Year Forecast. Mr. Malhotra made the following assumptions with respect to these other operating expenses:

(i) *Professional and contractual services*: Expenditures for professional and contractual services are projected to decrease beginning in FY2014 due to the transition of the Health and Wellness department. The projections assume a 1.0% annual cost inflation beginning in FY2015.

(ii) *Materials and Supplies*: Expenditures for materials and services will decrease beginning in FY 2015 due to the transition of

the Public Lighting Department distribution business.  The projections assume a 1.0% annual cost inflation beginning in FY2015.

(iii) *Utilities*:  Expenditures for utilities are projected to continue to reflect recent trends.  The projections assume the cost of electricity purchased by PLD for internal consumption will increase to account for an increase of billing to retail rates from wholesale rates beginning FY2015.  The projections assume a 1.0% annual cost inflation beginning in FY2015, except for water/sewer rates, as to which the projections assume an average annual cost inflation of 3.5%.

(iv) *Purchased Services*:  Expenditures for purchased services will increase beginning in FY2014 due to increased prisoner pre-arraignment function costs, and in FY2016 due to additional payroll processing management.  The projections assume a 1.0% annual cost inflation beginning in FY2015.

(v) *Risk Management and Insurance*:  Risk management includes costs associated with litigation, workers' compensation, and claims.  The projections assume a 1.0% annual cost inflation beginning in FY2015.

(vi) *Maintenance Capital*:  One-time capital outlays are included in FY2013.  The projections assume a 1.0% annual cost inflation beginning in FY2015.

(vii) *Other Expenses*:  The projections assume a 1.0% annual cost inflation beginning in FY2015 for other expenses, such as printing, rental, and other operating costs.

(viii) *Contributions to Non-Enterprise Funds*:  The projections assume that contributions to the Public Lighting Authority for operations begin in FY2015.

(ix) *DDOT Subsidy*:  The DDOT subsidy is projected to increase, due primarily to personnel and operating cost inflation.  The subsidy increases projected in FY2015 and FY2016 are largely driven by the revised methodology utilized by the State in calculating State operating assistance revenue (Act 51).

(h) Mr. Malhotra relied upon the amount of additional operating expenditures necessary to provide adequate municipal services as provided by Conway MacKenzie.

(i) Mr. Malhotra assumed that payments to secured claims will be unaltered by a restructuring, with the exception of the POC swaps, as provided in the Plan.

(j) Mr. Malhotra and his team estimated the level of required contributions to the Pension Income Stabilization Funds contemplated by the Plan. Mr. Malhotra and his team relied upon (i) information on pension payments

received by retirees that was classified by age group and payment amount, and (ii) census data for Detroit residents that could be used to estimate sources of income other than pension payments. Mr. Malhotra's team used this information to estimate total household income for pension recipients. Mr. Malhotra's team compared this amount to the Federal Poverty Level in order to estimate the potential required payments from the Income Stabilization Funds.

(k) Mr. Malhotra relied upon the terms of the settlement agreement (assuming a liquidity event, such as the exit financing) reached with the POC swap counterparties in order to determine the payments required in connection with the settlement of the POC swaps as provided in the Plan.

(l) The exit financing is assumed to be an 11-year note funded on October 31, 2014, with interest-only payments in the first 4 years and equal principal payments made in years 5 through 11. This assumes an interest rate of 6.0%, which was provided to Mr. Malhotra by Miller Buckfire.

(m) Mr. Malhotra relied upon the amount of capital investments projected to be undertaken by the City in the ten-year period as provided by Conway MacKenzie.

(n) Mr. Malhotra's team relied upon original estimates provided by each professional firm to calculate the projected payments by the City to its restructuring advisors in FY2014 and FY2015. Mr. Malhotra assumed that any

incremental professional fees to be funded by the State escrow account would be subject to State approval.

(o) Mr. Malhotra relied upon the forecasted expenditures to remove blight (excluding heavy commercial) as provided by Conway MacKenzie for the ten-year period.

(p) The projections reflect preliminary estimates for the decommissioning of 31 Public Lighting Department substations. This does not include costs associated with decommissioning the City's Mistersky power plant.

(q) Mr. Malhotra included a contingency reserve amount to reflect unanticipated events that cannot be assigned to specific programs. The contingency reserve is calculated as 1.0% of revenue per year throughout the forecast period.

(r) Mr. Malhotra assumed that to maintain the amount of funds necessary to ensure adequate cash liquidity, minimum cash reserves amounting to two months of payroll expenses would be required. To accomplish this, and to ensure that the City did not run a deficit in any fiscal year, Mr. Malhotra made certain timing adjustments, including the assumed deferral of some reinvestment spending.

## II. Forty-Year Projections

The revenues and expenditures the City's General Fund may expect in each of the next four decades are set out in the 40-Year Forecast, in particular at Exhibit 3a. In developing these forecasts, Mr. Malhotra employed the following methodologies and assumptions:

### A. Methodology

(1) Determining the amount of the City's operating revenues available for unsecured claims over the next 40 years, by:

(a) Extending the recurring revenue items within the ten year projections' for thirty additional years (through 2053).

(b) Subtracting the City's projected expenditures over the entire forty-year period, after utilizing debt service schedules or applying inflationary growth rates to the City's operational and restructuring expenses. These calculations produced an amount of "funds available for unsecured claims" for the forty-year period.

(2) Adding other sources of cash to the funds available for unsecured claims from operating revenues to arrive at a "total hypothetical sources" of funds.

(3) Developing projections for the hypothetical distributions to unsecured creditors of these hypothetical sources throughout the forty-year period based on the terms of settlements or the Plan.

16

(4) Calculating the surplus / (deficit) and cash balances for each decade, by:

(a) Summing the schedules of the aforementioned cash distributions to arrive at "total hypothetical distributions / total uses."

(b) Subtracting total hypothetical distributions / total uses from total hypothetical sources to arrive at surplus / (deficit) projections for each decade during the forty-year period.

(c) Rolling forward each decade's ending cash balance.

(5) Determining illustrative recoveries for unsecured creditors, as reflected in Exhibit 2 of the 40-Year Forecast, to represent the present value of distributions to each unsecured creditor based on the projected uses, by:

(a) Applying a discount rate of 5.0% to calculate illustrative recoveries consistently for each creditor.

(b) Dividing each recovery amount by its respective claim amount to arrive at an illustrative recovery percentage.

**B. Assumptions**

(1) Mr. Malhotra made the following assumptions in forecasting the revenues the City can expect over the forecast period:

(a) *Key tax revenue drivers*:  Mr. Malhotra directed Robert Cline and Caroline Sallee of EY's QUEST practice to develop projections of the

City's General Fund revenues in five key areas—income taxes, property taxes, wagering taxes, state revenue sharing, and utility users' taxes. Mr. Malhotra relied on these projections in making his forty-year projections.

(b) *Other operating revenues*: Other operating revenues consist of sales and charges for services, other revenue, General Fund reimbursements, and department revenue initiatives. Mr. Malhotra based his post-FY2023 forecast of these revenues on their respective FY2023 estimates from the ten year projections. An inflationary growth rate of 2.0% is assumed annually beginning in FY2024 based upon the long-term inflationary rate developed by Robert Cline and others in EY's QUEST practice.

(c) *Transfers in (UTGO millage)*: Consistent with the ten-year projections, Mr. Malhotra projected the expected revenues from the UTGO property tax millage based upon debt amortization schedules provided by the City's Finance Department with the assumption that sufficient tax revenues would be generated to cover required the debt service.

(2) Mr. Malhotra made the following assumptions in forecasting the expenditures the City can expect over the forecast period:

(a) *Salaries/Overtime/Fringe - Public Safety*: The projections assume 2.0% annual wage growth for employees beginning in the second decade and 2.25% annual wage growth in the third and fourth decade.

18

(b) *Salaries/Overtime/Fringe - Non-Public Safety*:  The projections assume 2.0% annual wage growth for employees beginning in the second decade and 2.25% annual wage growth in the third and fourth decade.

(c) *Health Benefits*:  The projections assume a 4.0% annual inflation rate for hospital costs.  Under the terms of the Plan, medical cost inflation greater than 4.0% is borne by the employees.

(d) *OPEB payments – future retiree*:  OPEB payment contributions will be $1 million annually for future public safety retirees and 2.0% of salary for non-public safety future retirees, as required by the Plan.

(e) *Active pension plan*:  As required by the Plan, the City will make contributions of 12.25% of salary for active public safety employees and 5.75% for active non-public safety employees.

(f) *Other operating expenses and additional operating expenditures*:  Other operating expenses consist of (i) professional and contract services, (ii) materials and supplies, (iii) utilities, (iv) purchased services, (v) risk management and insurance, (vi) maintenance capital, (vii) other expenses, (viii) contributions to non-enterprise funds, and (iv) the DDOT subsidy.  Mr. Malhotra based his post-FY2023 forecast of these expenses on their respective FY2023 estimates from the ten-year projections.  Mr. Malhotra assumed that the impact of the first decade increase in the DDOT subsidy (primarily associated with reduced

19

State operating assistance revenue) will be offset by operational savings beyond FY2023. He assumed an annual inflationary growth rate of 2.0% beginning in FY2024.

(g) *Secured debt service*: The projections assume that payments to secured claims will be unaltered by a restructuring. Mr. Malhotra relied on debt amortization schedules provided by the City's Finance Department.

(h) *Contributions to the Income Stabilization Funds*: Consistent with the ten year projections, Mr. Malhotra relied on his team to estimate the level of required contributions to the Pension Income Stabilization Funds contemplated by the Plan. Mr. Malhotra's team relied upon (i) information on pension payments received by retirees that was classified by age group and payment amount, and (ii) census data for Detroit residents that could be used to estimate sources of income other than pension payments. Mr. Malhotra's team used this information to estimate total household income for pension recipients. Mr. Malhotra's team compared this amount to the Federal Poverty Level in order to estimate the potential required payments from the Income Stabilization Funds.

(i) *QOL/Exit financing*: The projections assume exit financing will be an 11-year note funded on October 31, 2014, with interest-only payments in the first 4 years and equal principal payments made in years 5 through 11.

(j) *Reorganization (Capital investment)*: Mr. Malhotra relied upon the level of capital expenditures provided by Conway MacKenzie. This normalized level of annual capital expenditures is assumed to grow at an inflationary growth rate of 2.0% annually.

(k) *Contingency and reinvestment deferral*: Consistent with the ten-year projections, Mr. Malhotra included a contingency reserve amount to reflect unanticipated events that cannot be assigned to specific programs. The contingency reserve is calculated as 1.0% of revenue per year throughout the forecast period. Mr. Malhotra also maintained the amount of funds necessary to ensure adequate cash liquidity by establishing minimum cash reserves amounting to two months of payroll expenses. To accomplish this, Mr. Malhotra made certain timing adjustments, including the assumed deferral of some reinvestment spending, to ensure that the City did not run a deficit in any fiscal year.

(3) Mr. Malhotra made the following assumptions in determining the other sources of funds for unsecured claims:

(a) *Revenue stream from DWSD*: Under the Plan no pension contributions are required of DWSD after 2023. Mr. Malhotra also incorporated DWSD's reimbursement of the General Fund for its restructured OPEB and POC costs (*see* Uses section below). DWSD's portion of OPEB (12.1%) was calculated based on its portion of fiscal year 2013's actual retiree healthcare costs. DWSD's

portion of POC (11.5%) was calculated based on their allocated principal from the 2006 POC refunding transaction. Relatedly, Mr. Malhotra determined that even with these payments, DWSD will realize savings under the Plan relative to a no-restructuring scenario.

(b) *Reimbursement from other funds*: The projections reflect reimbursements from Library and Municipal Parking (non-General Fund) for POC and pension expenses. For POC reimbursements, Mr. Malhotra relied upon the allocation of principal from the 2006 POC refunding transaction, as well as all fiscal year 2013 payroll by department. For pension reimbursements, Mr. Malhotra relied upon fiscal year 2012 General Retirement System UAALs (per Gabriel Roeder Smith's 74th Annual Actuarial Valuation Report dated November 5, 2013) as well as the fiscal year 2013 payroll.

(c) *Proceeds from the "grand bargain" (foundation fundraising, DIA contributions, State settlement)*: The projections reflect the terms of the grand bargain between the City of Detroit, the State of Michigan and the Detroit Retirement Systems. Included herein are one-time proceeds from the State of Michigan as well as foundation fundraising and DIA contributions to be collected over a nineteen-year period (2015-2033).

(4) Mr. Malhotra made the following assumptions in determining the projected uses of funds available for unsecured claims:

(a) *Hypothetical retiree payments*:  Mr. Malhotra relied upon the terms of settlements made with the Retirement Systems and the Retiree Committee for the projected PFRS and GRS pension payments in years 2015 through 2023.  Mr. Malhotra then relied upon Milliman's calculation of value for each System's UAAL at June 30, 2023.  These UAAL figures were then amortized over thirty years (2024-2053).

(b) *Note A1 (UTGO)*:  Mr. Malhotra relied upon the terms of the settlement with unsecured UTGO creditors for the projections of Note A1.  Mr. Malhotra assumed that $287.5 million in principal of the UTGO bonds was reinstated pro-rata upon confirmation of the Plan.

(c) *Note A2 (LTGO)*:  Mr. Malhotra relied upon the terms of a settlement with unsecured LTGO creditors for the projections of Note A2.  Mr. Malhotra assumed that the full amount of the $55 million Note A2 would be paid in FY2015.

(d) *Note B*:  These projections reflect the principal and interest payments on a $632 million thirty-year note paying interest only for the first ten years.  The interest rates for each of the three decades covered by this note are 4.0%, 4.0%, and 6.0%.  The face value of this note was divided amongst the remaining unsecured creditors:  OPEB, POC, Notes/loans payable, and other unsecured items.

23

## EXHIBITS

Attached as Exhibit A are exhibits Mr. Malhotra intends to rely upon during his testimony. The City reserves its right to use other exhibits during Mr. Malhotra's testimony, including demonstrative exhibits created from or summarizing existing exhibits.

## MATERIALS CONSIDERED IN REACHING OPINIONS

Attached as Exhibit B is a listing of materials Mr. Malhotra considered in reaching his opinions. Mr. Malhotra also had available to him City officials, advisors, and consultants, as well as the expertise of Robert Cline and Caroline Sallee and the materials they considered.

## QUALIFICATIONS

Mr. Malhotra is a Principal and the Midwest Restructuring Leader at EY, as well as a Senior Managing Director at Ernst & Young Capital Advisors LLC. Mr. Malhotra received his undergraduate degree from the University of Delhi and a Masters of Business Administration degree from Case Western Reserve University, where he had a dual major in Finance and Business Policy. Mr. Malhotra has

24

nearly 14 years of financial and operational restructuring experience. Prior to joining EY in 2009, Mr. Malhotra was a Director in the restructuring division of Macquarie Capital (USA) Inc., a leading merchant bank. Mr. Malhotra is a Chartered Financial Analyst and a member of both the Turnaround Management Association and the Association of Insolvency and Restructuring Advisors.

Mr. Malhotra has advised numerous entities, both in the public and private sectors, in evaluating strategic alternatives and executing complex restructuring transactions. As part of this work, Mr. Malhotra has developed significant experience in liquidity analyses, cash-flow forecasting, and business plan development, among other things. Mr. Malhotra's private-sector engagements include Liberty Medical Supply, Inc., Schutt Sports, Collins & Aikman Corporation, Delta Airlines, Inc., and Eagle Pitcher. Mr. Malhotra also has significant experience in the public sector, including involvement in the recent restructuring efforts of the Detroit Public Schools and through his work on behalf of the City of Detroit since May 2011. These engagements have involved liquidity analyses, cash forecasting, and related projections of revenue and expenses.

## PRIOR EXPERT TESTIMONY

Mr. Malhotra has previously testified in this case as an expert in financial analysis.

## COMPENSATION

The City retained Ernst & Young LLP to provide expert witness services to the City in connection with *In re City of Detroit, Michigan*, Case No. 13-53846 (Bankr. E.D. Mich.) (Rhodes, J.). The City compensates EY at an hourly rate of $800 for actual time incurred by Mr. Malhotra, as well as reasonable out-of-pocket expenses. These fees are subject to a 10% hold-back contingent on plan confirmation by December 31, 2014.

Dated: July 8, 2014

*Gaurav Malhotra*

Gaurav Malhotra

# EXHIBIT A

# Revenues, 2014 – 2023



# Revenues, 2014 – 2023, Ten-Year Total

Total: $11,237.8M



Transfers in for UTGO $532.8M

Dept Revenue Initiatives $482.9M

Financing Proceeds $292.7M

General Fund Reimbursements $264.1M

Municipal Income Tax $2,770.2M

Other Revenue $712.8M

Sales & Charges for Services $1,118.0M

State Revenue Sharing $2,000.5M

Utility Users' Taxes $257.2M

Property Taxes $1,074.0M

Wagering Taxes $1,732.7M

25%

18%

15%

10%

2%

10%

6%

2%

5%

4%

3%

13-53846-tjt    Doc 7004-8    Filed 08/22/14    Entered 08/22/14 21:10:25    Page 30 of 57

# Expenditures, 2014 – 2023



# Expenditures, 2014 – 2023, Ten-Year Total



Total: $10,482.8
(Offset from $10,512.6M by Dept Revenue Initiatives)

Contingency
$101.3M — 1%

Salaries, Overtime & Fringe: Non-Public Safety
$2,864.3M — 27%

Restructuring
$2,437.2M — 23%

Salaries, Overtime & Fringe: Public Safety
$903.8M — 9%

Other Operating Expenses
$3,073.2M — 29%

Health Benefits
$752.6M — 7%

Active Pension Plan
$347.9M — 4%

OPEB Payments – Future Retirees
$32.2M — 0.3%

Reinvestment Deferrals
+$29.8M

# Restructuring Expenditures, 2014 – 2023



# Restructuring Expenditures, 2014 – 2023, Ten-Year Total



Total: $2,437.2M

PLD Decommission $75.0M — 3%

Working Capital $24.8M — 1%

Additional operating expenditures $357.5M — 15%

Blight $420.0M — 17%

Secured Debt Service $390.5M — 16%

Restructuring Professional Fees $130.0M — 5%

Contributions to Income Stabilization Fund $17.8M — 1%

Reorganization (Capital Investments) $582.2M — 24%

Swap Interest Set-aside $103.7M — 4%

QOL / Exit Financing Principal/Interest Payments $335.8M — 14%

6

# Adjusted Funds Available for Unsecured Claims, 2014 – 2023



# Forecasted Sources of Funds for Unsecured Claims, 2014 – 2023



# Forecasted Sources of Funds for Unsecured Claims, 2014 – 2023, Ten-Year Total



Total: $1,641.9M

State Settlement $194.8M

Art Proceeds: DIA Contributions $45.0M

Art Proceeds: Foundation Fundraising $164.7M

Other Funds' Reimbursement $27.6M

DWSD Revenue Stream $454.8M

12%

3%

10%

1%

28%

46%

Funds Available for Unsecured Claims $755.0M

# Forecasted Distributions for Unsecured Claims, 2014 – 2023



10

# Forecasted Distributions for Unsecured Claims, 2014 – 2023, Ten-Year Total



Total: $1,596.7M

Note B
$214.9M
13%

Note A2 (LTGO)
$55.0M
3%

Note A1 (UTGO)
$327.5M
21%

GRS OPEB Payments
Current Retirees
$10.9M
1%

PFRS OPEB Payments
Current Retirees
$9.1M
1%

PFRS Pension
Payments
$260.7M
16%

GRS Pension
Payments
$718.6M
45%

11

# Revenues, 2014 – 2053



# Revenues, 2014 – 2053, Forty-Year Total

## Total: $54,995.2M



Transfers in for UTGO
$702.4M

General Fund Reimbursements
$1,149.0M

Other Revenue
$3,504.5M

Sales & Charges for Services
$5,420.2M

Utility Users' Taxes
$1,324.6M

Property Taxes
$5,986.8M

Dept Revenue Initiatives
$2,654.8M

Financing Proceeds
$292.7M

Municipal Income Tax
$16,930.1M

State Revenue Sharing
$8,961.8M

Wagering Taxes
$8,068.4M

1% 5% 1% 2% 6% 10% 2% 11% 15% 16% 31%

# Expenditures, 2014 – 2053



14

# Expenditures, 2014 – 2053, Forty-Year Total



Total: $50,710.3M

- Contingency $538.8M — 1%
- Salaries, Overtime & Fringe: Non-Public Safety $16,187.4M — 32%
- Restructuring $5,887.5M — 12%
- Other Operating Expenses $15,808.5M — 31%
- Active Pension Plan $2,022.5M — 4%
- OPEB Pay-As-You-Go Future Retirees $163.5M — 0.3%
- Health Benefits $5,088.4M — 10%
- Salaries, Overtime & Fringe: Public Safety $5,013.7M — 10%

15

# Funds Available for Unsecured Claims, 2014 – 2053



13-53846-tjt    Doc 7004-8    Filed 08/22/14    Entered 08/22/14 21:10:25    Page 44 of 57

16

# Forecasted Sources of Funds for Unsecured Claims, 2014 – 2053



# Forecasted Sources of Funds for Unsecured Claims, 2014 – 2053, Forty-Year Total

Total: $5,616.0M



**Art Proceeds: Foundation Fundraising** $366.0M

**Art Proceeds: DIA Contributions** $100.0M

**State Settlement** $194.8M

**Other Funds' Reimbursement** $101.2M

**DWSD Revenue Stream** $569.1M

7%

2%

2%

3%

10%

76%

**Funds Available for Unsecured Claims** $4,284.9M

18

# Forecasted Distributions for Unsecured Claims, 2014 – 2053



# Forecasted Distributions for Unsecured Claims, 2014 – 2053, Forty-Year Total

Total: $5,442.9M



Note B
$1,204.6M — 22%

PFRS Pension Payments
$1,654.2M — 31%

Note A2 (LTGO)
$55.0M — 1%

Note A1 (UTGO)
$368.4M — 7%

GRS OPEB Payments Current Retirees
$10.9M — 0.2%

PFRS OPEB Payments Current Retirees
$9.1M — 0.2%

GRS Pension Payments
$2,140.7M — 39%

20

# EXHIBIT B

# Sources Considered By Gaurav Malhotra

| Name | Bates Range | |
|---|---|---|
| 10-Year Forecast as of 5.5.2014 | POA00275421 | POA00275502 |
| 40-Year Forecast as of 5.5.2014 | POA00275503 | POA00275511 |
| 2011 L-4037 - Ad Valorem and Special Acts - STC Assessment Roll Certification (Board of Review) | POA00275512 | POA00275513 |
| 2012 L-4037 Warrant (Ad Valorem) - STC Asssessment Roll Certification (Board of Review) with Supporting Documents | POA00275514 | POA00275520 |
| 2013 L-4037 Warrant (Ad Valorem) - STC Asssessment Roll Certification (Board of Review) | POA00275521 | POA00275522 |
| Budget Departmentt Ad Valorem Tax Levies Rates | POA00275523 | POA00275523 |
| Changes to Detroit Property Tax Forecasts (11.18.2013) | POA00275524 | POA00275524 |
| Changes to Detroit Property Tax Forecasts (2.24.2014) | POA00275525 | POA00275526 |
| Data Sources for Property Tax Projections | POA00275527 | POA00275527 |
| Detroit Property Tax Collection Rates | POA00275528 | POA00275533 |
| FY13 Wayne County Revolving Fund Settlement | POA00275534 | POA00275534 |
| Major Tax Payers (commercial & industrial) | POA00275535 | POA00275536 |
| Property Tax Estimating Methodology (Version 1) | POA00275537 | POA00275537 |
| Property Tax Revenue Calculations | POA00275538 | POA00275538 |

# Sources Considered By Gaurav Malhotra

| Name | Bates Range | |
|---|---|---|
| Renaissance Zone Taxable Value | POA00275539 | POA00275539 |
| 2013 Long term budget outlook inflation projections 2013-2088 | POA00275848 | POA00275849 |
| BEA Data -- GDP Inflation 1992 2012 | POA00275850 | POA00275850 |
| Census On the Map data Detroit worker flow (2002-2012) | POA00275851 | POA00275851 |
| Detroit income tax forecast information (08.09.2013) | POA00275852 | POA00275854 |
| Income Tax Revenue Calculations | POA00275855 | POA00275855 |
| MI Economic & Revenue Forecast Presentation | POA00275856 | POA00275895 |
| MI Economic & Revenue Forecast Presentation | POA00275929 | POA00275978 |
| SEMCOG 2040 Forecast Summary (April 2012) | POA00275979 | POA00276041 |
| SEMCOG Population Estimates | POA00276042 | POA00276042 |
| SFA Economic Outlook May 2013 | POA00276043 | POA00276112 |
| US Bureau of Labor Statistics LAUS MI Detroit (1990 - 2013) | POA00276113 | POA00276113 |
| MGCB Casino Adjusted Gross Receipts | POA00276114 | POA00276114 |
| FY14 State Revenue Sharing Amounts | POA00276115 | POA00276115 |

# Sources Considered By Gaurav Malhotra

| Name | Bates Range | |
|---|---|---|
| FY15 State Revenue Sharing Amounts | POA00276116 | POA00276116 |
| SEMCOG 2040 Forecast Summary (April 2012) | POA00276117 | POA00276179 |
| SEMCOG Population Estimates | POA00276180 | POA00276180 |
| State Revenue Sharing - Detroit Projections Through FY2025 (05.23.2013) | POA00276181 | POA00276182 |
| 2013 IAFF News, FEMA Announces SAFER Grant Awards | POA00276183 | POA00276184 |
| DPD Grant Projection Summary | POA00276185 | POA00276185 |
| Vehicle Fund & UTGO Data | POA00276186 | POA00276186 |
| Sales and Charges fo Services Data | POA00276187 | POA00276187 |
| Description of Estimating Methodology (06.06.2013) | POA00276188 | POA00276193 |
| Detroit Tax Forecast Information (07.24.2013) | POA00276194 | POA00276195 |
| June 2012-October 2013 monthly headcount by department | POA00276196 | POA00276196 |
| Public safety and DDOT headcount ramp-up projection | POA00276197 | POA00276197 |
| Average salary by department | POA00276198 | POA00276198 |
| Estimated fringe rates by funding group | POA00276199 | POA00276199 |

# Sources Considered By Gaurav Malhotra

| Name | Bates Range | |
|------|------------|------------|
| Salary, Headcount and Ramp-Up Data | POA00276200 | POA00276200 |
| Milliman Report - Active Healthcare | POA00276201 | POA00276211 |
| Milliman Report - Retiree Healthcare | POA00276212 | POA00276250 |
| FY13 healthcare by funding group | POA00276251 | POA00276251 |
| Milliman report, GRS | POA00276252 | POA00276258 |
| Milliman report, PFRS | POA00276259 | POA00276265 |
| Pension 10 Year Summary | POA00276266 | POA00276266 |
| Baird - LTGO debt service | POA00276267 | POA00276271 |
| Baird - Detroit Debt Book (05.19.2011) | POA00276272 | POA00276272 |
| Baird - POC debt service | POA00276273 | POA00276274 |
| POC Allocation Data | POA00276275 | POA00276275 |
| Wolinski and Co., CPA, POC Allocation Memo | POA00276276 | POA00276296 |
| POC & SWAP 10 Year Summary | POA00276316 | POA00276316 |
| Post-petition financing - Bond Purchase Agreement | POA00276317 | POA00276343 |

# Sources Considered By Gaurav Malhotra

| Name | Bates Range | |
|---|---|---|
| Post-petition financing - Trust Indenture | POA00276344 | POA00276405 |
| QOL & Post-Petition Financing Data | POA00276406 | POA00276406 |
| Baird - UTGO Debt Service | POA00276407 | POA00276412 |
| Purchased services, payroll processing | POA00275540 | POA00275584 |
| Purchased services, benefits processing II | POA00275585 | POA00275589 |
| Purchased services, benefits processing | POA00275590 | POA00275610 |
| Purchased services, MI Department of Corrections | POA00275611 | POA00275614 |
| Solid Waste Outsourcing | POA00275615 | POA00275615 |
| Contributions to non-enterprise funds | POA00275616 | POA00275616 |
| 10 year DDOT subsidy projection | POA00275617 | POA00275617 |
| FY 2008 - 2013 Actuals | POA00275618 | POA00275618 |
| Emergency Manager Order 6 - Approval of Initial Funding Agreement for the PLA | POA00275619 | POA00275620 |
| Active Pension & Future Retiree OPEB Plan | POA00275621 | POA00275621 |
| Swap settlement agreement | POA00275622 | POA00275646 |

# Sources Considered By Gaurav Malhotra

| Name | Bates Range | |
|---|---|---|
| CBO - 2013 Long term budget outlook inflation projections 2013-2088 | POA00275647 | POA00275648 |
| BEA Data - GDP Inflation (1992 - 2012) | POA00275649 | POA00275649 |
| Detroit Retirees - Income Stabilization Fund Data (05.01.2014) | POA00275650 | POA00275650 |
| 40 Year Revenue Projections | POA00275651 | POA00275651 |
| 40 Yr Projections - Revenue and Dept Summary Overview (01.08.2014) | POA00275652 | POA00275654 |
| CBO 2013-02-Economic Projections (Property Taxes) | POA00275655 | POA00275655 |
| Metro Populations (30 Years) Data | POA00275656 | POA00275656 |
| QUEST Revenue Discusison Items (01.11.2014) | POA00275657 | POA00275660 |
| Hypothetical Art Proceeds | POA00275661 | POA00275661 |
| State Settlement Present Value Calculation | POA00275662 | POA00275669 |
| Milliman Report - GRS (no settlement) | POA00275670 | POA00275690 |
| Milliman Report - PFRS (no settlement) | POA00275691 | POA00275710 |
| Milliman Report | POA00275711 | POA00275734 |
| Milliman Report | POA00275735 | POA00275756 |

# Sources Considered By Gaurav Malhotra

| Name | Bates Range | |
|---|---|---|
| Baird - Municipal-Bond-Market-Commentary (03.03.2013) | POA00275757 | POA00275766 |
| DWSD Pro Fee Allocation (Version 1) | POA00275767 | POA00275767 |
| DWSD Reimbursements | POA00275768 | POA00275768 |
| Milliman Report | POA00275769 | POA00275792 |
| PFRS & GRS UAAL Amortization Data | POA00275793 | POA00275793 |
| Gabriel Roeder Smith & Co. - GRS 74th Annual Actuarial Valuation (06.30.2012) | POA00275794 | POA00275846 |
| Other Reimbursements (POC & Pension) Data | POA00275847 | POA00275847 |
| Emergency Manager's Financial and Operating Plan (May 2013) | POA00649726 | POA00649769 |
| Emergency Manager's Financial and Operating Plan slidedeck (June 2013) | POA00231448 | POA00231468 |
| City of Detroit's Proposal for Creditors (June 2013) | POA00215882 | POA00216015 |
| Quarterly Report of the Emergency Manager for the Period April 2013 - June 2013 (July 2013) | POA00111033 | POA00111044 |
| Emergency Manager's Report (September 2013) | POA00165156 | POA00165283 |
| Quarterly Report of the Emergency Manager for the Period July 2013 - September 2013 (October 2013) | POA00706415 | POA00706427 |
| Quarterly Report of the Emergency Manager for the Period September 2013 - November 2013 (December 2013) | POA00297491 | POA00297543 |

# Sources Considered By Gaurav Malhotra

| Name | Bates Range | |
|------|-------------|---|
| Quarterly Report of the Emergency Manager for the Period October 2013 - December (January 2014) | POA00109594 | POA00109608 |
| Quarterly Report of the Emergency Manager for the Period December 2013 - February 2014 (March 2014) | POA00296194 | POA00296251 |
| Quarterly Report of the Emergency Manager for the Period January 2014 - March 2014 (April 2014) | POA00700417 | POA00700433 |
| Draft 2013 Comprehensive Annual Financial Report (June 2014) | POA00531266 | POA00531512 |
| 10-Year Plan of Adjustment Restructuring and Reinvestment Initiatives Bridge (June 2014) | POA00706448 | POA00706448 |
| 40-Year Plan of Adjustment Financial Projections Bridge (July 2014) | POA00706601 | POA00706602 |