# Exhibit 6H

# Excerpts of June 24, 2014 G. Evanko Deposition Transcript

KE 32074430

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re        ) Chapter 9
CITY OF DETROIT, MICHIGAN,    ) Case No. 13-53846
        Debtor.    ) Hon. Steven W. Rhodes

_____

The Videotaped Deposition of GARY EVANKO,
Taken at 1114 Washington Boulevard,
Detroit, Michigan,
Commencing at 9:01 a.m.,
Tuesday, June 24, 2014,
Before Kathryn L. Janes, CSR-3442, RMR, RPR.

1  APPEARANCES:
2
3  GEOFFREY S. STEWART, ESQ.
4  SARAH A. HUNGER, ESQ.
5  Jones Day
6  51 Louisiana Avenue, N.W.
7  Washington, D.C. 20001-2113
8      Appearing on behalf of the Debtor, City of Detroit.
9
10
11
12
13
14 SAM J. ALBERTS, ESQ.
15 Dentons US LLP
16 1301 K Street, NW
17 Suite 600, East Tower
18 Washington, DC 20005-3364
19     Appearing on behalf of the Retiree Committee.
20
21
22
23
24
25

1  STEPHEN C. HACKNEY, ESQ.
2  Kirkland & Ellis LLP
3  300 North LaSalle
4  Chicago, Illinois 60654
5      Appearing on behalf of Syncora Guarantee Inc. and
6      Syncora Capital Assurance Inc.
7
8
9
10
11 ERNEST J. ESSAD, JR., ESQ.
12 Williams, Williams, Rattner & Plunkett, P.C.
13 380 North Old Woodward Avenue
14 Suite 300
15 Birmingham, Michigan 48009
16     Appearing on behalf of the Financial Guaranty
17     Insurance Company
18
19
20
21
22
23
24
25

1  MATTHEW G. SUMMERS, ESQ. (Telephonically)
2  Ballard Spahr LLP
3  919 North Market Street
4  11th Floor
5  Wilmington, Delaware 19801
6      Appearing on behalf of Hypothekenbank Frankfurt AG;
7      Hypothekenbank Frankfurt International S.A.; and Erste
8      Europaische Pfandbrief-und Kommunalkreditbank
9      Aktiengesellschaft in Luxemburg S.A.
10
11
12
13 JENNIFER K. GREEN, ESQ. (Telephonically)
14 Clark Hill, PLC
15 500 Woodward venue
16 Suite 3500
17 Detroit, Michigan 48226
18     Appearing on behalf of the Retirement Systems for the
19     City of Detroit.
20
21
22
23
24
25

1 (Pages 1 to 4)

## Page 221

1  A. Every finance director will -- will call the fiscal
2     year a future year.
3  Q. I see.
4  A. So right now I have completed a '14 assessment roll
5     and I've actually compiled a '14 summer tax roll, and
6     those taxes that are being levied on that '14 tax roll
7     will fund fiscal '15.
8  Q. Meaning that the money will come in then?
9  A. Right. And their fiscal '15 begins on July 1 of 2014.
10 Q. I see.
11 A. And ends on June 30, 2015.
12 Q. I see, because basically the fiscal year, it's
13    irrelevant to you from the standpoint of the
14    assessment. The assessments go out when they go out
15    and they're due when they're due?
16 A. Right.
17 Q. And what that money is used for in the City's budget,
18    that's for someone else to decide?
19 A. Right. I just need to pay attention so that when the
20    finance people say, you know, what's your tax base for
21    the fiscal '15, I've got to know that they're meaning
22    '14.
23 Q. Yeah. Okay.
24 A. I know it as '14.
25 Q. Okay. But we'll --

## Page 222

1  A. And again, it's something I struggled with my entire
2     career.
3  Q. So let's tie it up then. You don't think that you
4     gave -- whatever this person was relying on to make
5     that analysis, that's not something you directly
6     recall giving Ernst & Young?
7  A. I mean, these numbers make no sense to me.
8  Q. Okay. The utility personal property in number 3,
9     you've never discussed utility personal property with
10    Ernst & Young?
11 A. No. As a matter of fact, when it comes to utility
12    personal as I was writing this memorandum to, excuse
13    me, Mr. Papapanos.
14 Q. Of course, the guys' name comes up.
15 A. It was the first time I realized that the utility
16    personal tax base increased in -- by significant
17    proportions. I can't remember the -- the percentage,
18    but it was to the extent that it increased by
19    5 percent, I would find that remarkable.
20 Q. Okay. So just to clarify, you did not provide
21    information to Ernst & Young regarding utility
22    personal property value growth rates?
23 A. No. I mean --
24 Q. Okay.
25 A. Again, I mean, I'm a bit embarrassed by telling you

## Page 223

1     that here it is in June, you know, a couple months
2     after we certified an assessment roll that I just now
3     realized the utility personal had, you know, increased
4     notably.
5  Q. No, I mean you're drinking from a fire hose here I can
6     imagine, so.
7  A. Yeah.
8  Q. The -- if you look at number 4, it lowered expected
9     fiscal year 2014 and '15 collections based on
10    conversations with City and planned lower assessments
11    in tax year 2014. You don't recall discussing with
12    Ernst & Young your view of lowered taxable value as a
13    result of the reassessment of some neighborhoods,
14    correct?
15 A. No, and at the -- at the time that this was written, I
16    mean, my numbers for 2014, tax year 2014, were
17    historical fact already.
18 Q. But when I said you don't remember discussing this
19    with Ernst & Young, I was correct, right?
20 A. Correct.
21 Q. Are you don't recall discussing .5, reduction of
22    10 percent in collections in fiscal year 2015 due to
23    loss of revenue from the small business personal
24    property tax exemption?
25 A. Not only do I not -- I do not recall, but this is a

## Page 224

1     ridiculous estimate. I knew in December of 2013 that
2     the small business personal property tax exemption
3     would affect the City's tax base by approximately 0.7
4     of 1 percent, not 10 percent.
5  Q. Okay. So take a look at number 6, lowered residential
6     taxable value in fiscal year 2020 due to city-wide
7     planned reappraisal study. Okay, so let's make clear,
8     you never discussed the impact of the city-wide
9     planned reappraisal study with Ernst & Young, correct?
10 A. Correct.
11 Q. And you could not have given them an estimate of how
12    much to reduce taxable value based on the study
13    because you yourself don't know which way it's going
14    to come out, correct?
15 A. I don't know where -- how it's going to come out next
16    year. 2020 is a life time.
17 Q. Okay.
18 A. You know, I'll be collecting Social Security living in
19    North Carolina.
20 Q. I know you're thinking about two years, I know where
21    your head is at. So but you agree with my statement,
22    you did not provide them with -- you didn't tell them
23    this is about what it's going to look like when the
24    reappraisal study is done, correct?
25 A. Absolutely correct.

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

56 (Pages 221 to 224)

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 7004-14   Filed 08/22/14   Entered 08/22/14 21:10:25   Page 3 of 4

Page 225

1  Q. Okay. And by the way, I mean, you don't know what's
2     going to happen in the sense that you really don't
3     have a feel for whether it's going to go up or down,
4     correct? That's partly why you're doing the mass
5     reappraisal, right?
6  A. Exactly.
7  Q. Okay.
8  A. I care about this town and I hope that the tax base
9     goes up, but I don't know if -- what the chance is
10    going to be next year.
11 Q. Understood. The last one is on collections' rates,
12    and we know that wouldn't have been you because you're
13    not the guy in collections' rates?
14 A. I have no information on collections.
15 Q. By the way, I want to ask you a quick question, if I
16    could, which is -- you know what, let's get into this
17    reappraisal issue.
18         MARKED FOR IDENTIFICATION:
19         DEPOSITION EXHIBIT 13
20         4:06 p.m.
21 BY MR. HACKNEY:
22 Q. Mr. Evanko, this is an excerpt from something that's
23    called the disclosure statement, a disclosure
24    statement is this like gigantic document, and this is
25    not all of it, this is just pages that relate to

Page 226

1     property tax rates.
2  A. Okay.
3  Q. Just so you know, the disclosure statement is this
4     thing that the City puts together that basically
5     explains how the plan of adjustment works and it
6     provides other detail and just has lots of stuff about
7     the city in it.
8  A. Okay.
9  Q. In case you are curious. I was because I didn't know
10    what they were. Okay. So if you look on page 168, do
11    you see where I'm -- well, you've got it, yeah.
12 A. I see it.
13 Q. Okay. Now, you'll see at the top Revenue Adjustments
14    and Tax Reform. It says: As part of its broader
15    restructuring effort, the City seeks to increase tax
16    revenues, and it goes on and talks about what it's
17    going to do. And part B is one of the ways it's going
18    to do that is by rationalizing nominal tax rates
19    currently assessed by the City, okay? And then you'll
20    see the heading B is Rationalization of Nominal Tax
21    Rates; do you see that?
22 A. I see that.
23 Q. Okay. So take a look at the second paragraph which
24    says: On January -- on January 27th; do you see
25    there?

Page 227

1  A. I do see that.
2  Q. On January 27, 2014, the City announced a major reform
3     in property assessments that will reduce the
4     residential property assessment for the great majority
5     of Detroiters and result in a tax cut ranging from 5
6     to 20 percent in 2014. So let me stop. That was
7     the -- I want to get our terminology down. That was
8     the -- that was the press conference that you held
9     with the mayor on -- in late January 2014, correct?
10 A. That is correct.
11 Q. And you remember that you said that you had gotten the
12    24-month sales study that you did -- or you got the 24
13    months of data that you did the sales study of; do you
14    remember that?
15 A. I do remember that.
16 Q. And that was -- am I correct that that was the data on
17    which you based your reform of the property
18    assessments?
19 A. Correct.
20 Q. Okay.
21 A. Although the use of reform of the property assessments
22    is kind of some new verbiage.
23 Q. Let me say it a different way. You made a decision to
24    lower the property assessments on properties in the
25    city of Detroit in January of 2014, correct?

Page 228

1  A. I changed the residential assessments throughout the
2     city of Detroit of improved properties downward.
3  Q. And you did that on the basis of the sales study that
4     we talked about earlier, the 24-month sales study?
5  A. Correct.
6  Q. Okay. The purpose of -- I'm going on here. The
7     purpose of property tax reassessment initiative is to
8     make the city more appealing to current and
9     prospective residents, and then this is the key part.
10    It is based on a comprehensive review of current
11    assessments and actual home sales between October 1,
12    2011 and September 30, 2013. Do you see that?
13 A. I do.
14 Q. And is it your understanding that you are the one that
15    undertook that comprehensive review?
16 A. Yes. I mean, the only person that could have
17    performed a comprehensive review of current
18    assessments utilizing sales data in that range would
19    be me.
20 Q. Yeah, that was my next question is, you're not aware
21    of anyone else having done it, correct?
22 A. We did mention that Mr. Philip Mastin, director of
23    Wayne County assessment equalization conducted his own
24    study with regard to selling prices during the same
25    period and arrived at the same result as I did, you

57 (Pages 225 to 228)