# Exhibit 6K

# Excerpts of July 18, 2014 J. Hill Deposition Transcript

## Page 1

```
                    JOHN W. HILL
              UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF MICHIGAN
                         - - -
   In Re:              ) Chapter 9

   City of Detroit, Michigan, )

        Debtor.        ) Hon. Steven Rhodes
   _____


           The Videotaped deposition of JOHN W. HILL
           Taken at 51 Louisiana Avenue, N.W.,
           Washington, D.C.
           Commencing at 9:03 a.m.
           Friday, July 18, 2014
           Before: Gail L. Inghram Verbano
           Registered Diplomate Reporter,
           Certified Realtime Reporter,
           Certified Shorthand Reporter-CA (No. 8635)
```

## Page 2

```
                    JOHN W. HILL
   APPEARANCES:

   FRANK J. GUADAGNINO, ESQ.
   CLARK HILL, PLC
   301 Grant Street, 14th Floor
   Pittsburgh, PA 15219
       Appearing on behalf of the Retirement Systems
       for the City of Detroit.




   GEOFFREY S. STEWART, ESQ.,
   DAN T. MOSS, ESQ.,
   BENJAMIN FRIEDMAN, ESQ.
   JONES DAY
   51 Louisiana Avenue, Northwest
   Washington, D.C. 20001
       Appearing on behalf of the Debtor and the Witness.
```

## Page 3

```
                    JOHN W. HILL
   DAN BARNOWSKI, ESQ.
   DENTONS US, LLP
   1301 K Street, N.W.
   Suite 600, East Tower
   Washington, D.C. 20005
       Appearing on behalf of the Retiree Committee.



   DOUGLAS SMITH, ESQ.
   KIRKLAND & ELLIS, LLP
   300 North LaSalle
   Chicago, Illinois 60654
       Appearing on behalf of Syncora Guarantee, Inc.,
       and Syncora Capital Assurance, Inc.
```

## Page 4

```
                    JOHN W. HILL
   MICHAEL BHARGAVA, ESQ.,
   ANA VUCETIC (Law Clerk),
   MOLLY FEIDEN (law Clerk)
   CHADBOURNE & PARKE, LLP
   1200 New Hampshire Avenue, NW
   Washington, D.C. 20036
       Appearing on behalf of Creditor Assured
       Guaranty.



   TELEPHONIC APPEARANCES:


   BRENDA L. FUNK, ESQ.
   WEIL, GOTSHAL & MANGES, LLP
   700 Louisiana, Suite 1700
   Houston, Texas 77002
       Appearing on behalf of Financial Guaranty
       Insurance Company.
```

Pages 1 to 4

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7004-17   Filed 08/22/14   Entered 08/22/14 21:10:25   Page 2 of 14

Page 137

JOHN W. HILL

emergency management, yes. Yeah, absolutely.

Q. The -- if you look at Page 5 of the consensus report, there's a section on wagering taxes. Do you see that?

A. Yes.

Q. At the end of that section it says "The turnaround is expected in fiscal year 2016 with the consensus projecting 1.5 percent growth in wagering tax revenues."

Do you see that?

A. Yes.

Q. Is that a reasonable projection?

A. I believe that it is.

Q. Okay. Do you agree that everyone participating in the consensus conference used different methodologies to estimate revenues?

A. Yes.

Q. Is there a reason that the consensus conference doesn't estimate or forecast expenditures?

A. Because it's a revenue estimation conference.

Q. Okay. The -- on Page 11 of the document, there's a section on potential upward

Page 138

JOHN W. HILL

adjustments to forecasts.

Do you see that?

A. Yes.

Q. "The consensus conference concluded that ongoing improvements in collection efforts in fiscal year 2013 should net additional income tax revenues not currently reflected in the consensus estimates."

Do you see that?

A. These -- yeah. But this is -- this is in context of the risk to the forecast, things that could happen on either side of the forecast. And so it wasn't a conclusion that this would happen. It's that this is a risk and a possibility.

Q. Okay.

A. That's --

Q. And do you -- well, do you agree that the income tax collections could well improve more than is forecasted in any of the forecasts?

A. Well, there are -- there are dollars in the plan associated with improving collections of taxes. They're not in the projected revenues of the plan, but they're in the con -- they're in the

Page 139

JOHN W. HILL

restructuring initiatives in the plan, so you'd have to implement those strategies in order to increase the collections.

The way -- so the way it's constructed there in the plan, there are additional -- there are initiatives that would have additional revenue associated with them for collection of receivables.

Q. And does the plan assume that the City will obtain piggybacking of tax collections from the State?

A. I don't remember if that piece is actually in the plan or whether it came after. I can't say --

Q. Okay.

A. -- offhand. But there is an effort underway to have a piggyback effort with the State.

Q. Okay. And what's the status of the City's efforts to have the State piggyback tax collection for the City on its State return?

A. There's agreement in concept. We have started -- the potential forms that could be used have been discussed, and so there's planning for

Page 140

JOHN W. HILL

implementation.

Q. Okay. So people are involved in drafting the actual forms that would be used for piggybacking the tax?

A. Yes.

Q. And have there been revisions back and forth with those forms already?

A. Yes.

Q. And when do you contemplate that that will be set up, the piggybacking of the tax?

A. It's -- it's the taxes that are -- the returns that are done in -- I think it's 2016 -- that are for the 2015 tax year. But I have to -- I'm within a year or so of the actual date. But it's within the next two to three years.

Q. Okay. And piggybacking the tax collection should increase income tax revenues for the City; correct?

A. That's the hope, yes.

Q. And when you piggyback the tax collections with the State, does that mean that the City income tax will then be withheld by employers? Or how does that work? Maybe you can explain --

Pages 137 to 140

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt Doc 7004-17 Filed 08/22/14 Entered 08/22/14 21:10:25 Page 3 of 14

1  JOHN W. HILL
2  A. No, not necessarily.
3  Q. Can you explain what piggybacking the
4  tax collections means?
5  A. It means that any separate form by the
6  City for income taxes would go away and that that
7  would be a schedule for computing taxes on your
8  State return. And so you would pay your Detroit
9  taxes when you pay your State taxes.
10  Q. And how does that help to improve tax
11  collections for the City?
12  A. It could identify non-filers, because
13  anyone who has a Detroit address would also then
14  be expected to file a return for Detroit.
15  And then the State's collection efforts,
16  meaning that any withholding that occurs, whether
17  it's from the State or from City, could be used to
18  support the payment of the city taxes as well.
19  Q. Okay. So --
20  A. It comes down to one liability.
21  Q. So under the piggybacking proposal,
22  there would be withholding of money that would be
23  available to pay the City income tax; is that
24  correct?
25  MR. STEWART: Objection.

1  JOHN W. HILL
2  THE WITNESS: It's not completely
3  accurate.
4  BY MR. SMITH:
5  Q. Okay. Maybe you can explain to me how
6  piggybacking makes money available to pay the City
7  income tax.
8  A. It is a consolidated return. So the two
9  ways that it could help -- and there may be
10  others. The two ways that it would help would be
11  you'd be able to identify people who live in
12  Detroit who aren't filing a City return but yet
13  they're filing a State return, so non-filers.
14  Ask then you'd also, since it's one
15  number and one check on the return, then you'd be
16  able to offset any withholdings above and -- any
17  withholdings against the amount that's remitted to
18  the State. So it's those two --
19  Q. And there are numerous people who were
20  living in Detroit and working outside of Detroit
21  who aren't paying the City income tax; correct?
22  A. I don't know the actual number, but the
23  projection's that there are some.
24  Q. And there's been a study by MacKenzie
25  that was indicating that it was as much as

1  JOHN W. HILL
2  $140 million was being lost by the City in income
3  tax revenue because people who lived in the city
4  but worked outside the city weren't paying the
5  tax; correct?
6  A. I'd have to look at that study again to
7  see if that number is correct. But yeah, I'd have
8  to look at it again.
9  Q. I mean, what are the numbers you've seen
10  in terms of revenue losses for reverse commuters
11  who don't pay the taxes?
12  A. I haven't -- I haven't seen -- you know,
13  I've seen revenue numbers as a part of the
14  MacKenzie report. I just don't remember the exact
15  number that was in the report.
16  Q. You do remember it was tens of millions
17  of dollars that was being lost as a result of
18  reverse commuters not paying taxes?
19  A. I remember that there was a potential
20  for, I'll say, millions of dollars in
21  noncompliant -- noncompliance with the City's tax
22  rules.
23  Q. Is there any legislative change that
24  needs to be done to accomplish piggybacking, or is
25  that just something that the State will do

1  JOHN W. HILL
2  administratively?
3  A. I don't know the specifics of how it
4  would be actually implemented. I'd have to only
5  assume. But they're lawyers that are working on
6  that. I'm not a lawyer.
7  Q. The State has agreed to do the
8  piggybacking; is that fair to say?
9  A. Yes. There has been agreement to move
10  forward and get -- try to get to implementation.
11  Q. And the Governor and the emergency
12  manager both recognize that piggybacking is an
13  important way to increase revenues for the City of
14  Detroit; correct?
15  MR. STEWART: Objection.
16  THE WITNESS: Yeah. I don't -- I don't
17  know what -- what the Governor's -- what's in
18  the Governor's mind. I do know that it's an
19  initiative that is being supported by the
20  emergency manager.
21  BY MR. SMITH:
22  Q. Okay. The emergency manager recognizes
23  that piggybacking is an important mechanism for
24  increasing revenues available to the City of
25  Detroit; correct?

Pages 141 to 144

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt  Doc 7004-17  Filed 08/22/14  Entered 08/22/14 21:10:25  Page 4 of 14

1  JOHN W. HILL
2      A.  It is one way to help increase revenues
3  to the City.  There's no -- yes.  But when you say
4  "important," it puts it in relationship to other
5  things.  But the -- yes.  It's -- it's a way to
6  help improve tax compliance and tax collection
7  which would consequently improve revenues.
8      Q.  Can you identify any revenue initiative
9  that's in the stages of being planned that's more
10  important in terms of the dollar amounts to the
11  City, the incremental dollar amounts, than
12  piggybacking the tax?
13     A.  Yeah.  If you look at the -- the Plan of
14  Adjustment has a number of initiatives that are
15  expected to improve revenue that would be higher
16  at least in the plan than you would expect from
17  the piggyback tax.
18     Q.  Outside of the Plan of Adjustment,
19  though, can you identify any initiative that's
20  projected to bring more revenue into the City than
21  piggybacking tax collections?
22     A.  There is one other initiative that we've
23  talked about, which we're still in conversation
24  with the State about, which is the -- the
25  withholding, requiring any employer to withhold

1  JOHN W. HILL
2  taxes for any person working -- to withhold local
3  taxes.  And so that is also an initiative that
4  could result in greater compliance.
5      Q.  Has the State agreed to implement the
6  withholding of taxes?
7      A.  It's a legislative initiative.  So until
8  the law has passed, you don't know if the State
9  has agreed to it or not.
10     Q.  Is the Governor supporting a law that
11  would require withholding of City income tax?
12     A.  I know that there are conversations
13  about it.  I don't know how the Governor is going
14  to come down on it.
15     Q.  What are the ongoing conversations about
16  withholding the tax -- the income tax for the City
17  of Detroit?
18     A.  They are at -- there were conversations
19  that occurred prior to -- prior to this
20  legislation that was put through on the Control
21  Board and the CFO.  And those were conversations,
22  the ones that I'm aware of, are the ones that
23  occurred with the Mayor and the Governor and Kevyn
24  Orr.
25         But beyond that on an ongoing basis, I

1  JOHN W. HILL
2  don't know who is talking to whom about it right
3  now at this moment.
4      Q.  But you know that there are ongoing
5  discussions to try to get a withholding of the
6  City income tax; is that correct?
7      A.  I know that that's something the City
8  would like to have done, yes.
9      Q.  And the City is lobbying the State to
10  withhold the City income tax because it would
11  increase City income tax revenue; correct?
12         MR. STEWART:  Objection.
13         THE WITNESS:  I don't know exactly what
14     lobbying is going on.  I just know that there
15     are discussions, and who -- who they're
16     lobbying, I don't exactly know.
17 BY MR. SMITH:
18     Q.  The City has requested that the State
19 withhold the City income tax because it would
20 increase revenue to the City; correct?
21     A.  The State isn't withholding City income
22 tax.
23     Q.  No.  Why is the City asking the State to
24 withhold City income tax?
25         MR. STEWART:  Objection.

1  JOHN W. HILL
2         THE WITNESS:  The City isn't asking the
3     State to withhold income tax.
4  BY MR. SMITH:
5      Q.  The City wants the State to require
6  withholding of the City income tax because it
7  would generate increased revenue for the City;
8  correct?
9      A.  To -- yes.
10     Q.  Okay.  The -- has the City asked the
11 State to increase income tax rates?
12     A.  I know of no discussions about
13 increasing income tax rates.  I don't know that --
14 I don't know of any discussions about that.
15     Q.  And has the City asked the State to --
16 the City did have -- there was an increase in the
17 corporate tax rate; is that correct?
18     A.  I'd have to go back to my -- to the
19 rates and actually look at it; but yes, I believe
20 there was.
21     Q.  And why was there an increase to the
22 corporate tax rate?
23     A.  Again, I'd have to -- I'd have to look
24 at that specific one in my documents.  I couldn't
25 tell you offhand.

Pages 145 to 148

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 7004-17   Filed 08/22/14   Entered 08/22/14 21:10:25   Page 5 of 14

## Page 149

JOHN W. HILL

Q. Is the City, on an ongoing basis, asking the State to increase any tax rates?

A. I don't -- I know of no discussions with the State about increasing taxes.

Q. Okay. Has the City asked the State to cooperate in imposing any new taxes?

A. I don't know of any discussions about that.

Q. Has the City had discussions with the State about reducing tax rates?

A. I've not been a party to those discussions if they're occurring.

Q. I mean, would you recommend that, reducing tax rates in the city?

A. You'd have to study it and look at the impact. You know, you'd have to study it and look at the impact.

Q. You haven't done any study looking at the impact of increasing or reducing tax rates in the city; correct?

A. I have not.

Q. And you're not aware of the City -- anybody at the City doing that, are you?

A. I'm not aware of any study.

## Page 150

JOHN W. HILL

Q. There's -- did you refuse to provide the consensus conference with an estimate of accounts receivable?

A. Did I refuse?

Q. Well, I don't mean -- in a pejorative sense, I'm just -- if you look at Page 12 of the conference report, at the top, there's a section on delinquent receivables and it says "For purposes of the revenue estimating conference, the City of Detroit Finance Department Treasury Division has deemed it prudent not to provide an estimate on the collection of delinquent accounts receivable due to the following factors."

Do you see that?

A. Yeah. But that was not a refusal.

Q. Okay.

A. It wasn't provided.

Q. And did the consensus conference ask you to provide an estimate about accounts receivable that were outstanding?

A. No one in the consensus conference asked me for that. Whether there were other people within my department that were asked that, I don't know; but no one asked me for that.

## Page 151

JOHN W. HILL

Q. Okay. I'm just wondering why this section is in the report about accounts receivable, if you know.

A. Yeah. And the section is in the report about -- because accounts receivable right now is -- the records for accounts receivable across the City are in different places. And there are departmental accounts receivable that are managed, and they're not all within the central accounts receivable system.

That's one of the issues that we're facing in the redesign of our financial management system to make sure that we have centralized control over accounts receivable. And that was -- I know that was part of the issue in pulling, you know, this information together.

Q. And as far as you know, no one has tried to tally up all the money that's owed to the City in the accounts receivable spread across the various departments, have they?

A. Sure. I mean, there's -- in the financial statements, there's a number that's consolidated for accounts receivable that's a part of each financial statement, so that is across the

## Page 152

JOHN W. HILL

entire City.

Q. And about how much money is owed to the City in the accounts receivable? Would it be hundreds of millions of dollars?

A. I can't tell you that. I'd have to look at the financial statement and give you the number.

Q. I guess what I'm wondering is if it's in the financial statements, you know, why wouldn't you just give the revenue conference the number that's in the financial statements?

A. Because the financial statements -- they have the information that's in the financial statements. But the financial statements -- we're working on the audit for fiscal year 2013.

Q. Oh, yeah.

A. So it's not the current numbers.

Q. Okay. So nobody knows currently how much money the City of Detroit is owed; is that correct?

A. No. That's not correct.

Q. I mean, is there a current sum that anybody has calculated for the amount that the City of Detroit is owed in accounts receivable

Pages 149 to 152

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt Doc 7004-17 Filed 08/22/14 Entered 08/22/14 21:10:25 Page 6 of 14

1  JOHN W. HILL
2  who are improperly claiming the homestead
3  exemption to reduce their property taxes?
4  A.  I haven't looked at that specific issue.
5  I haven't looked at that.
6  Q.  Has anybody in the City investigated
7  whether people are improperly claiming homestead
8  exemption to reduce their property taxes?
9  A.  I've not seen that report.
10 Q.  And you're not aware of an investigation
11 of that, one way or the other?
12 A.  I'm not.  Not at this point.
13 Q.  Utility user's tax, are there any
14 exemptions or reductions for that?
15 A.  I know that there are -- I know that
16 there are.  I couldn't tell you specifically which
17 ones there are.
18 Q.  What about the wagering tax?  Are there
19 exemptions or reductions for that?
20 A.  Not that I'm aware of.
21 Q.  Are there exemptions or reductions for
22 the corporate tax?
23 A.  I know there are exemptions based on the
24 type business, but I couldn't tell you which
25 specific ones.

1  JOHN W. HILL
2  Q.  Are there private and nonprofit entities
3  engaged in significant efforts to bring new
4  businesses and jobs to the City of Detroit?
5  A.  Yes.
6  Q.  And what kind of private entities and
7  nonprofits are doing that?
8  A.  Certainly the efforts that are occurring
9  with Quicken and their incubation of private
10 companies; and some of the properties that they
11 own is a major effort to try to create businesses
12 here and to improve the growth of those
13 businesses.
14     There are a number of organizations that
15 are providing grants to businesses to come into
16 the city.  And then also foundations are providing
17 resources to be able to work on business
18 attraction as well.
19 Q.  Are the efforts by private entities --
20 have they been successful in terms of increasing
21 the potential for future increase in business in
22 the city?
23 A.  There have been new businesses that have
24 come into the city as a result of that and that
25 are being created.

1  JOHN W. HILL
2     It remains to be seen how they grow and
3  what impact that might have on the tax structure.
4  Q.  So would that be another uncertainty in
5  terms of the forecasting, the growth of new
6  businesses?
7  A.  That is an uncertainty, yes.
8  Q.  And do you agree that there are a number
9  of uncertainties with respect to the forecasts in
10 this case?
11 A.  I would agree that that's the nature of
12 a forecast.
13 Q.  Is the State engaged in any ongoing
14 efforts to help bring new business and jobs to the
15 City of Detroit?
16 A.  I am -- I'm not specifically aware of
17 the specific efforts, so I wouldn't know.  I
18 wouldn't be able to answer that.
19 Q.  Is the federal government engaged in any
20 ongoing efforts to bring new businesses and jobs
21 to the City?
22 A.  Yes.
23 Q.  What kind of activities?
24 A.  Certainly the work around grants that's
25 being done with some of the federal departments

1  JOHN W. HILL
2  could have the impact of bringing new jobs to the
3  City.  That's the one that I know of specifically.
4  Q.  What grants are there that have the
5  impact of bringing new jobs to the City in the
6  future?
7  A.  Grants around transportation, to be able
8  to expand the number of buses and bus routes;
9  grants around the M1 line, which would bring
10 people from outside of the city into the city to
11 work.  And so those are all efforts that the
12 federal government is involved in and the City is
13 involved.
14 Q.  What's the current status of the M1 line
15 project?
16 A.  I know that it's applied for certain
17 grant funding.  I also know that all of the
18 funding needed has not been identified yet.
19 Q.  Is it correct that there are grants that
20 are given to the -- by the federal government to
21 entities other than the City that could have the
22 effect of increasing the City's revenues or
23 reducing its costs?
24 A.  You'd have to tell me the specific
25 grants.

Pages 169 to 172

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 7004-17   Filed 08/22/14   Entered 08/22/14 21:10:25   Page 7 of 14

JOHN W. HILL

Q. Well, you're saying that there are these grants that could result in improving business and the economy of Detroit that private entities or other entities are receiving. You're aware of that; correct?

A. Certainly the -- yes, absolutely.

Q. And so there are grants the federal government gives to entities other than the City that in the future could have the effect of increasing the City's revenues or decreasing its costs; correct?

A. Again, it's -- it could have the effect. And -- yes, efforts underway to have federal -- federal grants that go to other entities could have an effect on the revenues in the city.

Q. And have you ever heard of the Revised Judicature Act of 1961?

A. No.

Q. So you don't know what it provides?

A. No. I'm not --

Q. Do you know if the, one way or the other, whether the City has ever paid any judgments covered by the Revised Judicature Act?

A. I know that the City has paid judgments

JOHN W. HILL

before and -- but the name of the act I'm not familiar with.

Q. Okay. What are you familiar with or what were you thinking of?

A. I know that there have been a couple of instances where there have been judgments in which the City has increased property taxes in order to pay for those judgments, but I only know of a couple of instances.

Q. What are those instances that you're aware of?

A. I couldn't -- I couldn't give you the specifics of them. I know of -- I know of two.

Q. Do you know when they occurred?

A. Quite a while ago.

And it was -- and it was in a -- a document that I was looking at, but I don't know the specifics of it.

Q. Okay. But you know that the City can increase property tax to pay judgments against the City; correct?

A. I know that that's a possibility.

Q. And you know it's -- that the City can increase property taxes above statutory maximums

JOHN W. HILL

in order to pay judgments against the City?

A. I know that that has happened.

Q. I mean, were you ever -- did you -- I mean -- but you can't give me any of the specifics of those instances where that's happened?

A. No. Like I said, it was just in some materials that I was actually looking at, and I don't recall the specifics of it. But I do know that they were relatively small. And whenever that would be done, collectability is an issue.

Q. Well, did the City pay those judgments?

A. The judgments were paid, yes.

Q. And the City paid the judgments by increasing property taxes in full?

A. Yeah. And as I said, they were small.

Q. But they -- the City paid them in full?

A. Yes.

Q. Do you know if the City used money from the general fund -- well, it raised property taxes, I guess, is the answer to that.

Do you know whether there are instances where creditors threaten to invoke the law to require the City to pay judgments by increasing property taxes?

JOHN W. HILL

A. I know of no specific lease. I'd have to know what you meant by threats.

Q. Well, you mentioned that it actually occurred in two instances. And I'm just wondering whether there was a possibility of it occurring in any other instances other than the two?

A. Not that I'm aware of. I wasn't here when it occurred. I just know from the documents I've read.

Q. Okay.

MR. STEWART: Do you want --

MR. SMITH: Sure, we can.

MR. STEWART: As you know, I never like to take breaks.

MR. SMITH: But I think the court reporter deserves one.

THE VIDEOGRAPHER: Going off the record at 12:59. This the end of Tape No. 3.

MR. STEWART: So we had another minute.

(Luncheon recess from 12:59 p.m. to 1:35 p.m.)

THE VIDEOGRAPHER: We are back on the record at 1:35. This is the beginning of Tape No. 4.

Pages 173 to 176

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt    Doc 7004-17    Filed 08/22/14    Entered 08/22/14 21:10:25    Page 8 of 14

## Page 245

1  JOHN W. HILL
2  file a financial statement."
3      Do you see that?
4  A. Yes.
5  Q. What were the issues the City was
6  dealing with in terms of its ability to file a
7  financial statement?
8  A. At this point it was -- let me take a
9  minute to read it.
10  Q. Yeah, sure.
11      MR. SMITH: Would you guys mind taking a
12  break now?
13      MR. STEWART: Do you want to do it right
14  now, or do you want to finish your question?
15      MR. SMITH: No --
16      MR. STEWART: Right now is fine.
17      MR. SMITH: I want to do it right now.
18      MR. STEWART: That's fine.
19      THE VIDEOGRAPHER: Going off the record
20  at 3:03. This is the end of Tape No. 4.
21      (Short break taken.)
22      THE VIDEOGRAPHER: We are back on the
23  record at 3:15. This is the beginning of
24  Tape No. 5.
25  BY MR. SMITH:

## Page 246

1  JOHN W. HILL
2  Q. Mr. Hill, do you recall what the date of
3  your testimony before Congress was regarding the
4  D.C. fiscal crisis?
5  A. I had many testimonies before Congress
6  on the D.C. fiscal crisis.
7  Q. Okay. I mean approximately what years.
8  What range of years would your testimony have
9  occurred in?
10  A. 1992 through 1994. Yeah.
11  Q. Okay. And you believe you went up there
12  multiple times to testify?
13  A. I know I went up there multiple times.
14  Q. You know there's a deputy assistant
15  Treasury secretary named Don Graves?
16  A. Yes.
17  Q. And he's actually moved out to Detroit,
18  right, to help you with your problems?
19  A. No. He's -- he hasn't moved to Detroit.
20  Q. Okay.
21  A. He's -- he's not there now.
22  Q. Is there going to be -- is there some
23  sort of federal office that's being set up in
24  Detroit, though?
25  A. It's not a federal office. There are

## Page 247

1  JOHN W. HILL
2  people in Detroit who are acting as liaisons to
3  the federal government, and Don Graves was one of
4  the people that was involved.
5  Q. Who are the other people that are acting
6  as liaison with Detroit and the federal government
7  to try to improve Detroit's fiscal situation?
8  A. It was Don Graves, who is the person I
9  dealt with more; and then Gina -- and I'm blanking
10  on her last name. "Giacocoa" or something like
11  that. But it's -- Gina is her first name.
12  Q. What's being discussed, you know, why --
13  between these liaisons with the federal government
14  and the City of Detroit?
15  A. Mostly assistance that the federal
16  government might be able to provide in either
17  easing restrictions on certain grants or extending
18  periods of time on certain grants that the City
19  has. So those are some of the types of
20  discussions.
21  Q. What kind of easing of restrictions are
22  you discussing with the federal government?
23  A. It depends on the particular grant.
24  But, you know, some of the grants expire on
25  certain days. So we would ask the federal

## Page 248

1  JOHN W. HILL
2  government if it's possible to extend the date for
3  those grants. And then others, we were attempting
4  to get additional grant money from the federal
5  government to be able to buy buses; and allowing
6  certain moneys to be spent on those buses. But
7  there's a whole -- there are a number of things
8  that we're working with the federal government on.
9  Q. Is the City asking the federal
10  government for extensions on the grants because
11  it's so far not been able to adequately use the
12  grant funds within the expiration time period?
13  A. That would be one of the reasons for it,
14  yeah. Asking for extensions, yeah.
15  Q. How much money is at risk of having to
16  be repatriated back to the federal government from
17  federal grants right now if you don't get the
18  extensions?
19  A. For the most part the federal government
20  has been very helpful in that -- in that regard.
21  I don't -- I don't have a dollar figure for you.
22  Q. Is it millions of dollars?
23  A. Yeah. The numbers, some of the
24  grants -- yeah, it's more than a million dollars
25  on some of -- yeah. I couldn't -- I couldn't

Pages 245 to 248

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt  Doc 7004-17  Filed 08/22/14  Entered 08/22/14 21:10:25  Page 9 of 14

Page 249

JOHN W. HILL

Q. really -- other than saying that.

Q. What are the reasons that Detroit has been unable to utilize effectively grant money within the time limits under the grants?

A. One of the principal reasons has been planning on actually how the grant is going to be expended. And so because of the long procurement period that the City has in some of these items that they're buying, if you take a certain amount of time and do the plan and then you take a certain amount of time and procure, you could be quite a bit into the grant time period before the grant actually expires.

So that would be one of the possible reasons.

Q. Okay. And what are the additional grant moneys you've been discussing with the federal government?

A. I know that there were discussions about grant money for the M1 that was part of the discussion, M1 line. And buses was a major one. There's a whole -- there's a list of items.

Q. Is there a long list of potential additional grants that you've been discussing with

Page 250

JOHN W. HILL
the federal government?

A. There's a question as to whether or not these are additional grants or whether it's allowing us to keep money that we would have lost otherwise, you know. So there's a long list of -- there's a list of grants that would result in the City having more money than it would have if the grants -- if -- with the expiration of the grants.

Q. Some of the grants, the issue is whether the City is going to lose money if the grant expires without the City using the funds; correct?

A. Yes.

Q. And then some of the grants you're talking with the federal government about would be new money --

A. Yes.

Q. -- that would be incremental; correct?

A. Yes.

Q. And do you have an idea of what the total of the new money is?

A. I have not added it up, no. I've not.

Q. Are there a number of grants that fall into both categories, either grants where the City could lose money if it expires and grants that

Page 251

JOHN W. HILL
contain new money for the City?

A. Yes.

Q. And is there a list of these grants someplace?

A. There is a list.

Q. Who has got that list?

A. There's a list of requests that have been made to the feds on -- for help. So there's a master list of those requests, and that's being maintained now by the Mayor's staff. Would be Lisa Howze, who is the Mayor's -- used to be the Mayor's chief of staff, now the Mayor's liaison to Washington and to Lansing.

Q. And do you expect that the federal government is going to grant all these new grants and grant you the extensions on the old grants?

A. I don't know. I don't know.

Q. When do you think the City will know about that?

A. I don't know. It's their process.

Q. Who is the most involved with that process?

A. Right now would be the Mayor's staff.

(Exhibit Hill-10 was marked for

Page 252

JOHN W. HILL
identification.)

BY MR. SMITH:

Q. I'm going to hand you Exhibit 10, which is another exhibit. It's another email that's to you.

You got that email, Exhibit 10?

A. Yes, I do.

Q. Before I go to the email, is the federal government being cooperative with the City and trying to help them with its fiscal situation?

A. The federal government has been cooperative.

Q. And are there activities the federal government is engaged in other than the grant activities that we've discussed, other ways the federal government is helping the City?

A. That's the -- that's the principal way. There are other activities that are going on -- for instance, the federal government was instrumental in helping to pull together the CIOs of major cities and getting them here. They were very helpful with that. It was paid for by foundations. And out of that came a report on the City's' IT infrastructure. So, yeah, there are

Pages 249 to 252

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt Doc 7004-17 Filed 08/22/14 Entered 08/22/14 21:10:25 Page 10 of 14

Page 257

1  JOHN W. HILL
2  if it's a little i. You mean the last bullet
3  point?
4      MR. SMITH: Yeah. I mean, I'm saying
5  it's Page 2, but it's the --
6      MR. STEWART: I got it.
7      MR. SMITH: It's ii --
8      MR. STEWART: Okay.
9      MR. SMITH: -- is what I was trying to
10 say.
11     You got it? Is everybody on the second
12 page?
13     MR. STEWART: I think it's this one
14 right here.
15     THE WITNESS: Yeah, yeah. Okay.
16 BY MR. SMITH:
17   Q. Do you see that statement?
18   A. Uh-huh.
19   Q. Do you know what money is being
20 discussed here, the 100 million that could be
21 freed up to divert from blight remediation to fund
22 pension costs?
23   A. I know what they're -- I know what
24 they're talking about here. There were talks with
25 the Administration about additional funding for

Page 258

1  JOHN W. HILL
2  blight remediation, but the Council would not
3  determine how that money would be used. It's --
4  by any estimate, the cost of removing blight is
5  much greater than the resources that are
6  available.
7      So it's not clear to me that additional
8  blight funding from the federal government would
9  result in other changes to the plan.
10     But that's what they're saying.
11   Q. But what was the $100 million of
12 potential additional blight money --
13   A. It was a grant -- I think there was a --
14 there were discussions about a grant from the feds
15 for an additional 100 million.
16   Q. And where do those discussions stand
17 now?
18   A. I don't know the current status of that.
19   Q. I mean, has -- the City hasn't gotten
20 this money yet and incorporated it into its
21 forecast, I take it?
22   A. I don't know. I'd have to research it.
23   Q. Okay. Can you describe for me any more
24 about what this $100 million is that the Obama
25 Administration was potentially going to give the

Page 259

1  JOHN W. HILL
2  City in grants for blight?
3    A. No. That's the extent of my knowledge
4  of that.
5    Q. Okay. Have there been any changes to
6  the City charter to try to improve the City's
7  ability to deal with fiscal crisis?
8    A. Yes.
9    Q. What changes have those been?
10   A. The legislation that was passed that
11 implements the CFO's office and the Control Board
12 would be a change to the City's charter.
13   Q. In what way?
14   A. It would create a CFO that doesn't exist
15 in the charter, and it would create a relationship
16 between the City and that Control Board that
17 obviously doesn't exist in the charter.
18   Q. And did the City of Detroit request that
19 the Legislature pass that legislation?
20   A. The Mayor supported the legislation.
21   Q. Okay. And can you give me any
22 explanation why the City of Detroit didn't have
23 the Legislature include in that legislation
24 measures to increase the City's revenues, such as
25 increasing tax rates or doing withholding or some

Page 260

1  JOHN W. HILL
2  of these other activities that could be used to
3  increase revenues?
4    A. Well, the package of bills did have
5  additional money that would support the bankruptcy
6  related to, you know, what was happening with DIA.
7      So there were additional moneys as part
8  of a package of bills.
9    Q. And the City could have proposed
10 additional measures in the legislative package to
11 increase tax rates if it wanted; correct?
12   A. Yes. The City could have proposed
13 anything.
14   Q. And do you have any idea why this -- I
15 take it the City didn't propose additional
16 revenue-generating measures other than what's in
17 the legislation; correct?
18   A. I know that there were discussions about
19 additional revenue measures, and it was very
20 unlikely that any additional measures would pass
21 based on my discussions with the Mayor.
22   Q. What additional revenue measures were
23 discussed?
24   A. I don't know the specifics of the
25 revenue measures. It's just in a conversation

Pages 257 to 260

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt  Doc 7004-17  Filed 08/22/14  Entered 08/22/14 21:10:25  Page 11 of 14

Page 261

1    JOHN W. HILL
2    with the Mayor he indicated to me that he -- that
3    he did not propose additional revenue measures in
4    that legislation because of -- that it was very
5    unlikely that any of that would pass.
6        Q.  But you and the Mayor didn't discuss
7    increasing tax rates?
8        A.  No.
9        Q.  And you didn't discuss requiring
10   withholding?
11       A.  No.
12       Q.  Or other --
13       A.  Well, the Mayor and I have had
14   discussions about requiring withholding, and
15   requiring withhold -- but -- and there was draft
16   legislation to do that.  He did not believe that
17   would have passed as part of this package.
18       Q.  And when was the draft legislation on
19   withholding?  When was that drafted?
20       A.  It was prior -- I don't know the exact
21   time, but I know there was a proposal, legislative
22   proposal to have other jurisdictions -- have other
23   companies outside of the District have to --
24   companies outside of Detroit have to withhold for
25   people who lived in Detroit.

Page 262

1    JOHN W. HILL
2        Q.  And was that legislation introduced at
3    all?
4        A.  I don't know.
5        Q.  Did the City of Detroit support the
6    draft legislation for requiring withholding?
7        A.  Yeah.  The Mayor is supportive of that
8    legislation.  But it's withholding for all -- the
9    way that it's crafted, it's withholding for all
10   cities.  It's not just for Detroit.
11       Q.  I mean, do you know whether there are
12   plans to reintroduce -- or introduce the draft
13   legislation that's been drafted?
14       A.  It is a proposal that the Mayor would
15   like to have pass.
16       Q.  And who drafted the legislation?  Was it
17   somebody in the Legislature?
18       A.  I don't know.  I don't know who drafted
19   it.
20       Q.  Okay.  Did the City draft the
21   legislation?
22       A.  I don't know who drafted it.
23       Q.  I'm going to mark for you another
24   document that's Exhibit 12, which is a -- it's got
25   some documents attached, one of which is this

Page 263

1    JOHN W. HILL
2    office of the CFO project status that I wanted to
3    ask you about.
4           (Exhibit Hill-12 was marked for
5           identification.)
6    BY MR. SMITH:
7        Q.  If you look at the page that has the
8    Bates number beginning -- well, actually, the
9    Bates numbers are up in the corner here, so it
10   might be hard to find.  It's the page with
11   POA00537590, basically looking at the chart that
12   your office prepared of various projects?
13       A.  Right.
14       Q.  You got that?
15       A.  Yes.
16       Q.  The first two issues are the CAFR and
17   single audit, and you say you were getting an
18   extension on both of those.  Do you see that?
19       A.  Yes.
20       Q.  Have we already discussed those, the
21   CAFR and the -- I'm trying to figure out what the
22   single audit is that you were getting an extension
23   on.
24       A.  The single audit is the report that
25   comes after and that's done after the CAFR, which

Page 264

1    JOHN W. HILL
2    is a review of internal controls around grants,
3    grant's management.
4        Q.  Why were you getting an extension on
5    that?
6        A.  Because it's based on the CAFR, so the
7    CAFR has to be audited first; and then there's the
8    audit of -- there's a single audit after that.
9        Q.  And the next-to-last item on this page
10   is "Determine if taxpayers who have applied for
11   property tax relief meet state and local
12   guidelines.  The City is currently identifying
13   additional resources."
14          Do you see that?
15       A.  Yes.
16       Q.  What's that item about?
17       A.  It's an item to take a look at whether
18   or not all of the people that are getting hardship
19   exemptions for taxes actually deserved the
20   hardship exemptions, so it's actually a review of
21   all of those taxpayers who have applied for
22   property tax relief to make sure that they qualify
23   for that.
24       Q.  And is the review of hardship exemptions
25   for property taxes relief ongoing?

Pages 261 to 264

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 7004-17   Filed 08/22/14   Entered 08/22/14 21:10:25   Page 12 of 14

Page 305

JOHN W. HILL

2  Do you see that?
3  **A.** Yes.
4  Q. And Ernst & Young, while it was working
5  on this bankruptcy case, was participating in the
6  discussions of the consensus revenue group; is
7  that correct?
8  **A. They were in the room; yes.**
9  Q. And the purpose of having Ernst & Young
10 in the room was to make sure that the revenue
11 estimates that Ernst & Young did -- to make sure
12 that the consensus group didn't adopt revenue
13 estimates that were materially different from
14 Ernst & Young's; correct?
15 **A. No.**
16 Q. What was the purpose of having Ernst &
17 Young, then?
18 **A. To answer questions, if they had any**
19 **questions, of Ernst & Young. But it wasn't to**
20 **influence the group.**
21 Q. And Mr. Naglick said, quote, "EY (Shavi)
22 takes part to keep the group on track with
23 comparisons to Plan of Adjustment. They try to
24 mainly listen to the point of view of the
25 participants, but then keep them from taking a

Page 306

JOHN W. HILL

2 totally different view from revenues in the plan."
3  Is that an accurate statement of Ernst &
4 Young's role?
5  **A. Not exactly. They were to explain what**
6  **was in the plan so that -- Ernst & Young's role,**
7  **they were there to explain what was in the plan so**
8  **that they would be able to understand what**
9  **revenues were being projected as part of the plan**
10 **and what revenues were being projected as part of**
11 **the budget, because there were revenues in the**
12 **plan that weren't a part of the budget. So it was**
13 **more to explain what was in the plan.**
14 Q. Well, if you go like down to the next
15 sentence -- the next email in the chain is from
16 you. Below that it says "Let's talk about this.
17 There are some good reasons to keep this process.
18 It keeps everyone in sync with what's in Plan of
19 Adjustment."
20  Do you see that?
21 **A. Yes.**
22 Q. And so from your view, was there a point
23 in time when having the consensus revenue
24 conference -- it might have been potentially
25 discontinued?

Page 307

JOHN W. HILL

2 **A. There was a point in time when people**
3 **questioned whether or not we had it, and it was my**
4 **decision to have it.**
5 Q. Okay. So people -- there were people at
6 the City that questioned whether it was a good
7 idea to have the consensus revenue conference;
8 correct?
9 **A. Yes.**
10 Q. And you wanted to continue the
11 conference so that you could make sure that it was
12 consistent with what the revenue estimates were in
13 the Plan of Adjustment?
14 **A. No.**
15 Q. What was your reason for continuing the
16 conference?
17 **A. To make sure that the -- if there were**
18 **major differences between the Plan of Adjustment**
19 **and what the conference was projecting, then that**
20 **we would be able to make changes in the plan. I**
21 **wasn't -- I wasn't -- I tried very hard not to**
22 **influence the process at all, because I wanted**
23 **them to dig into those revenues. And I wanted**
24 **them to feel free to come up with differences,**
25 **because it's better to know that now than to have**

Page 308

JOHN W. HILL

2 **a revenue number that's there that you don't**
3 **expect to have happen.**
4 Q. The consensus conference only looked at
5 revenues for three years; correct?
6 **A. Right.**
7 Q. You never asked the consensus conference
8 to check the revenue estimates that were in the
9 E&Y forecasts beyond three years; correct?
10 **A. The purpose of the revenue conference**
11 **was to come up with the revenues to be included in**
12 **the budget. And that's -- yeah. That's what I**
13 **asked them to do.**
14 Q. So the revenue conference, you never
15 asked them to look at the E&Y estimates for the --
16 going out ten years or 40 years to evaluate
17 whether those estimates were reliable; correct?
18 **A. No, I never asked them to do that.**
19 Q. Conway MacKenzie also participated in
20 the consensus revenue group; correct?
21 **A. I believe at some of the meetings --**
22 **because there were a number of meetings they were**
23 **there. I wasn't -- I wasn't in all of the**
24 **meetings myself, but there were some that they**
25 **were there.**

Pages 305 to 308

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt  Doc 7004-17  Filed 08/22/14  Entered 08/22/14 21:10:25  Page 13 of 14

## Page 309

JOHN W. HILL

Q. Were there other advisers involved in the litigation that were present at the revenue conference proceedings --

MR. STEWART: Objection -- objection.

BY MR. SMITH:

Q. -- other than Conway MacKenzie and Ernst & Young?

A. Conway MacKenzie and Ernst & Young were involved. I don't know of other consultants that were involved.

(Exhibit Hill-22 was marked for identification.)

BY MR. SMITH:

Q. I'm going to hand you what's been marked as Exhibit 22, a copy of a judgment. Can you tell me anything about that judgment? Or do you have no information about it?

A. I don't know anything about this judgment.

(Exhibit Hill-23 was marked for identification.)

BY MR. SMITH:

Q. And I'm going to hand you a copy of Exhibit 23. Can you let me know if you have

## Page 310

JOHN W. HILL

any --

MR. MOSS: Sorry. Exhibit what?

MR. SMITH: Exhibit 23.

BY MR. SMITH:

Q. Can you let me know if you have any information about that judgment.

MR. STEWART: You gave me one that has -- it's highlighted. Not that I object, but I don't know if you gave me your copy.

MR. SMITH: My highlighting will be fascinating.

(Simultaneous cross-talk.)

MR. STEWART: I didn't want to get one that had any of your work product on it.

BY MR. SMITH:

Q. Mr. Hill, can you tell me anything about the judgment in Exhibit 23?

A. I don't know these judgments specifically, I mean, the purpose of the judgments.

Q. Do you know anything about these judgments?

A. I believe that these are the judgments that -- where there was a demand payment.

## Page 311

JOHN W. HILL

Q. And are those the judgments -- Exhibit 22 and 23, are those the judgments where the City ended up raising property tax to pay them?

A. Yes. I believe they are.

Q. You see, for example, Exhibit 23 was for $74 million?

A. Yes.

Q. And how much was the other one?

A. This was the 111 million.

Q. 111 million; is that correct?

MR. STEWART: Is it 22 or 23?

MR. SMITH: 22.

THE WITNESS: I don't know this one.

BY MR. SMITH:

Q. Mr. Hill, do you use your private email for work-related matters?

A. No. There may have been occasions where, because I'm using my phone, that I might be typing an email. On the iPhone, you flip through the email accounts before you send it. So there may have been an occasion where I've used it. But I don't routinely use my private email.

Q. You've got an email account that's

## Page 312

JOHN W. HILL

jhill@hillgroup.com?

A. Yes.

Q. And don't you use that for work-related matters?

A. I have -- I've used that mostly when I was on -- when I was doing the work as a consultant, so there may be some emails in there. I've tried to use my Detroit email only for business as CFO.

Q. And you've got another personal email account; is that correct?

A. I have several other personal email accounts.

Q. Okay. Have any of your personal email accounts been searched for relevant documents in this case?

A. I don't know what's been searched. I don't know.

Q. Were there any other relevant aspects of the Washington, D.C., experience that we haven't talked about?

MR. STEWART: Objection.

THE WITNESS: Yes.

BY MR. SMITH:

Pages 309 to 312

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7004-17   Filed 08/22/14   Entered 08/22/14 21:10:25   Page 14 of 14