# Exhibit 6N

# R. Cline Demonstratives (City Ex. 546 and 547)





# Growth Rates of City of Detroit & Michigan Employment, 2001 – 2012

Michigan Employment Growth Rate

Detroit Employment Growth Rate

CITY'S EXHIBIT 547

13-53846-tjt    Doc 7004-20    Filed 08/22/14    Entered 08/22/14 21:10:25    Page 3 of 3

*Source: BLS Local Area Unemployment Statistics*