UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

----------------------------------------x
                                        :
**In re:**                              :  **Chapter 9**
                                        :
**CITY OF DETROIT, MICHIGAN,**          :  **Case No. 13-53846 (SWR)**
                                        :
              **Debtor.**                :  **Hon. Steven W. Rhodes**
                                        :
----------------------------------------x
                                        :
**CITY OF DETROIT, MICHIGAN,**          :
                                        :  **Adversary Proceeding No. 14-04112**
              **Plaintiff,**            :
                                        :  **Hon. Steven W. Rhodes**
vs.                                     :
                                        :
**DETROIT GENERAL RETIREMENT**          :
**SYSTEM SERVICE CORPORATION,** *et al.*,:
                                        :
              **Defendants.**           :
                                        :
----------------------------------------x

## STIPULATION FOR ENTRY OF AN ORDER CONCERNING INTERVENOR PARTY

NOW COMES the City of Detroit, Michigan and BlueMountain Capital Management, LLC, on behalf of funds and accounts managed by it, by and through the undersigned counsel, and hereby stipulate to entry of an Order Concerning Intervenor Party in the form of Exhibit A hereto.

[signature page to follow]

Dated: August 22, 2014

/S/Deborah Kovsky-Apap
Deborah Kovsky-Apap
Robert S. Hertzberg
PEPPER HAMILTON LLP
Suite 1800
4000 Town Center
Southfield, MI 48075-1505
Telephone: (248) 359-7333
Facsimile: (248) 359-7700
kovskyd@pepperlaw.com
hertzbergr@pepperlaw.com
P68258
P30561

and

Geoffrey S. Stewart
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
emiller@jonesday.com

*Counsel to the City of Detroit, Michigan*

/S/Deborah L. Fish
Deborah L Fish
ALLARD & FISH, P.C.
2600 Buhl Building
535 Griswold
Detroit, MI 48226
Tel.: (313) 961-6141
dfish@allardfishpc.com
P36580

and

Thomas Moers Mayer
E-mail: tmayer@kramerlevin.com
Jonathan M. Wagner
E-mail: jwagner@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Tel: 212/715-9169

*Counsel for BlueMountain Capital Management, LLC, on behalf of funds and accounts managed by it*

z:\13\079\plds\stip bluemountain_invalidity_substitution.docx

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————————————————————x
                                                            x
**In re:**                              :    **Chapter 9**
                                        :
**CITY OF DETROIT, MICHIGAN,**          :    **Case No. 13-53846 (SWR)**
                                        :
                    Debtor.             :    **Hon. Steven W. Rhodes**
                                        :
                                        :
                                        :
———————————————————————x
                                        :
**CITY OF DETROIT, MICHIGAN,**          :
                                        :    **Adversary Proceeding No. 14-04112**
                    Plaintiff,          :
                                        :    **Hon. Steven W. Rhodes**
**vs.**                                 :
                                        :
**DETROIT GENERAL RETIREMENT**          :
**SYSTEM SERVICE CORPORATION**, *et al.*, :
                                        :
                    Defendants.         :
                                        :
———————————————————————x

## ORDER CONCERNING INTERVENOR PARTY

This matter having come to the Court upon the stipulation of the City of Detroit and BlueMountain Capital Management, LLC, on behalf of funds and accounts managed by it ("Blue Mountain"):

**NOW, THEREFORE, IT IS ORDERED** that the June 30, 2014 Opinion and Order of this Court Granting Motions to Intervene with Limitations [ECF No. 0073] and the Case Management Order, dated August 14, 2014 [ECF No. 131] shall apply to BlueMountain.

**EXHIBIT A**
13-53846-tjt    Doc 7005    Filed 08/22/14    Entered 08/22/14 22:03:08    Page 3 of 3