# EXHIBIT A

# E-MAIL EXCHANGE BETWEEN
# COUNSEL TO THE CITY AND COUNSEL TO SYNCORA

| | |
|---|---|
| From: | Anthony J Dick |
| To: | Hackney, Stephen C. |
| Cc: | Sprayregen, James H.M.; Kieselstein, Marc; Bennett, Ryan Blaine; Thomas F. Cullen; Heather Lennox |
| Subject: | Re: Motion to Strike |
| Date: | Monday, August 18, 2014 7:36:42 PM |

The motion to strike is based on the inclusion of misrepresentations and scurrilous, false, and scandalous information in Syncora's Second Supplemental Objection.

------------------
Anthony Dick (bio)
Associate
**JONES DAY® - One Firm Worldwide℠**
51 Louisiana Ave NW
Washington DC 20001-2113
Office +1.202.879.7679


| | |
|---|---|
| From: | "Hackney, Stephen C." <shackney@kirkland.com> |
| To: | Anthony J Dick <ajdick@jonesday.com>, |
| Cc: | "Bennett, Ryan Blaine" <rbennett@kirkland.com>, "Sprayregen, James H.M." <jsprayregen@kirkland.com>, "Kieselstein, Marc" <mkieselstein@kirkland.com> |
| Date: | 08/18/2014 08:04 PM |
| Subject: | Re: Motion to Strike |

Right. Sounds like it is already drafted so send us a copy and we will see if we concur in any of it. Or just lay out the reasons.

Stephen C. Hackney
Kirkland & Ellis LLP
300 N. LaSalle St.
Chicago, Illinois
T: 312/862-2157
F: 312/862-2200

On Aug 18, 2014, at 7:49 PM, "Anthony J Dick" <ajdick@jonesday.com> wrote:

The reasons will be set forth in the motion. We just need to know whether you consent.

------------------
Anthony Dick (bio)
Associate
**JONES DAY® - One Firm Worldwide℠**
51 Louisiana Ave NW
Washington DC 20001-2113
Office +1.202.879.7679

| | |
|---|---|
| From: | "Hackney, Stephen C." <shackney@kirkland.com> |
| To: | Anthony J Dick <ajdick@jonesday.com>, |
| Cc: | Heather Lennox <hlennox@JonesDay.com>, "Kieselstein, Marc" <mkieselstein@kirkland.com>, "Bennett, Ryan Blaine" <rbennett@kirkland.com>, "Sprayregen, James H.M." <jsprayregen@kirkland.com> |
| Date: | 08/18/2014 07:32 PM |
| Subject: | RE: Motion to Strike |

What is the basis for the motion?

**From:** Anthony J Dick [mailto:ajdick@jonesday.com]
**Sent:** Monday, August 18, 2014 6:11 PM
**To:** Hackney, Stephen C.
**Cc:** Heather Lennox
**Subject:** Motion to Strike

Mr. Hackney,

The City of Detroit intends to file a motion by the end of today to strike Section I of Syncora's Second Supplemental Objection to the City's Plan of Adjustment. Please advise whether you will consent to the requested relief. If we do not hear back within an hour we will assume the answer is no.

Best regards,

Anthony

-------------------
Anthony Dick (bio)
Associate
**JONES DAY® - One Firm Worldwide℠**
51 Louisiana Ave NW
Washington DC 20001-2113
Office +1.202.879.7679


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========


***********************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***********************************************************

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========


************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
************************************************************


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========