210B (12/09)

# United States Bankruptcy Court

Eastern District of Michigan
Case No. 13-53846-swr
Chapter 9

In re: Debtor(s) (including Name and Address)

City of Detroit, Michigan
2 Woodward Avenue
Suite 1126
Detroit MI 48226

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/20/2014.

Name and Address of Alleged Transferor(s):

Claim No. : Citigroup Global Markets Inc., Attn: MSD Market Analytics Group, 388 Greenwich Street, 2nd Floor, New York, NY 10013

Name and Address of Transferee:

LLSM L.P.
c/o Stone Lion Partners Capital Partners
555 Fifth Avenue, 18th Floor
New York, NY 10017
Attention: Claudia Borg

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/23/14

Katherine B. Gullo
**CLERK OF THE COURT**

```
                          United States Bankruptcy Court
                          Eastern District of Michigan
In re:                                                                Case No. 13-53846-swr
City of Detroit, Michigan                                             Chapter 9
       Debtor                      CERTIFICATE OF NOTICE
District/off: 0645-2         User: ckata              Page 1 of 16         Date Rcvd: Aug 21, 2014
                             Form ID: trc             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2014.
22955422      +Citigroup Global Markets Inc.,   Attn:  MSD Market Analytics Group,
                388 Greenwich Street, 2nd Floor,   New York, NY 10013-2375

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2014 at the address(es) listed below:
              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
               alfredo.perez@weil.com,kelly.diblasi@weil.com,debora.hoehne@weil.com,elizabeth.hendee@weil.com,
               edward.soto@weil.com,Edward.McCarthy@weil.com,brenda.funk@weil.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Smith ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Peoples Water Board
               ajennings@edwardsjennings.com, vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Sylvia  Taylor ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Walker ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Tammika  Williams ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Jackson ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Janice  Ward ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Moratorium Now! ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter
               ajennings@edwardsjennings.com, vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Parham ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization
               ajennings@edwardsjennings.com, vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Maurika  Lyda ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Nicole  Hill ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Scott  Eubank ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alidz Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               oshagan@legghioisrael.com, drf@legghioisrael.com
              Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
               allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
               allan.brilliant@dechert.com
              Allison Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
               abach@dickinsonwright.com
              Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
               achouprouta@kramerlevin.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Amy D. Caton on behalf of Creditor BlackRock Financial Management, Inc. acaton@kramerlevin.com, achouprouta@kramerlevin.com
        Andrew A. Paterson, Jr. on behalf of Creditor Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com
        Andrew A. Paterson, Jr. on behalf of Creditor Robert Davis aap43@outlook.com, aap43law@gmail.com
        Andrew J. Gerdes on behalf of Creditor Fidelity Management & Research Company agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com
        Andrew J. Gerdes on behalf of Creditor Eaton Vance Management agerdes@gerdesplc.com, wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com
        Angela Williams on behalf of Creditor Detroit Housing Commission williamsa@dhcmi.org, HollisR@dhcmi.org
        Anthony J. Kochis on behalf of Creditor The Bank Of New York Mellon akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;akochis@ecf.inforuptcy.com
        Arthur O'Reilly on behalf of Interested Party Detroit Institute of Arts aoreilly@honigman.com, ahatcher@honigman.com
        Babette A. Ceccotti on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America bceccotti@cwsny.com
        Babette A. Ceccotti on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
        Barbara A. Patek on behalf of Attorney Erman, Teicher, Zucker & Freedman, P.C. bpatek@ermanteicher.com
        Barbara A. Patek on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 bpatek@ermanteicher.com
        Barbara A. Patek on behalf of Creditor Detroit Police Officers Association bpatek@ermanteicher.com
        Barry S. Fagan on behalf of Creditor Bankruptcy Estate of Simeon Chisara Ohakpo bfagan@dibandfagan.com
        Benjamin J. Wilensky on behalf of Creditor Robert Cole bjw@seikalystewart.com
        Brendan G. Best on behalf of Interested Party Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com
        Brendan G. Best on behalf of Plaintiff Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com
        Brendan G. Best on behalf of Defendant Syncora Guarantee, Inc. bbest@schaferandweiner.com, wkyles@schaferandweiner.com
        Brendan H. Frey on behalf of Defendant Syncora Guarantee, Inc. bfrey@manteselaw.com, ssikorski@manteselaw.com
        Brett A. Border on behalf of Creditor U.S. Bank, N.A. bborder@sspclegal.com, joumedian@sspclegal.com
        Brett A. Border on behalf of Creditor U.S. Bank National Association bborder@sspclegal.com, joumedian@sspclegal.com
        Brett A. Border on behalf of Interested Party Schneiderman and Sherman, P.C. bborder@sspclegal.com, joumedian@sspclegal.com
        Brett A. Border on behalf of Interested Party Kondaur Capital Corporation bborder@sspclegal.com, joumedian@sspclegal.com
        Brett A. Border on behalf of Creditor Flagstar Bank, FSB bborder@sspclegal.com, joumedian@sspclegal.com
        Brian D. O'Keefe on behalf of Creditor Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian D. O'Keefe on behalf of Interested Party Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian D. O'Keefe on behalf of Interested Party Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian D. O'Keefe on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian D. O'Keefe on behalf of Interested Party Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian D. O'Keefe on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian R. Trumbauer on behalf of Interested Party Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com
        Bruce Bennett on behalf of Debtor In Possession City of Detroit, Michigan bbennett@jonesday.com
        Caralyce M. Lassner on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
        Carla Orman Andres on behalf of Interested Party Godfrey & Kahn, S.C. candres@gklaw.com
        Carol Connor Cohen on behalf of Interested Party Ambac Assurance Corporation carol.cohen@arentfox.com
        Carol Connor Cohen on behalf of Plaintiff Ambac Assurance Corporation carol.cohen@arentfox.com
        Carole Neville on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com
        Carole Neville on behalf of Retiree Committee Official Committee of Retirees carole.neville@dentons.com,daniel.morris@dentons.com
        Caroline Turner English on behalf of Plaintiff Ambac Assurance Corporation caroline.english@arentfox.com
        Caroline Turner English on behalf of Interested Party Ambac Assurance Corporation caroline.english@arentfox.com
        Carolyn Beth Markowitz on behalf of Interested Party Kevin Lewis DVCCOUNSEL@AOL.COM

District/off: 0645-2         User: ckata              Page 3 of 16              Date Rcvd: Aug 21, 2014
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Charles Bruce Idelsohn   on behalf of Creditor Heidi Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
    Charles D. Bullock   on behalf of Interested Party Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
    Charles N. Ash   on behalf of Creditor UBS AG cash@wnj.com, kkranz@wnj.com
    Charles N. Ash   on behalf of Defendant UBS AG cash@wnj.com, kkranz@wnj.com
    Charles N. Ash   on behalf of Defendant Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
    Charles N. Ash   on behalf of Creditor Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
    Christopher A. Grosman   on behalf of Interested Party BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
    Christopher A. Grosman   on behalf of Creditor Oakland County, Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
    Claude D. Montgomery   on behalf of Retiree Committee Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
    Claude D. Montgomery   on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
    Courtney M. Rogers   on behalf of Interested Party U.S. Bank National Association courtney.rogers@wallerlaw.com
    Courtney M. Rogers   on behalf of Creditor U.S. Bank National Association courtney.rogers@wallerlaw.com
    Craig B. Rule   on behalf of Creditor Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
    Craig E. Zucker   on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com
    Craig E. Zucker   on behalf of Creditor Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com
    Craig E. Zucker   on behalf of Creditor Detroit Police Officers Association czucker@ermanteicher.com
    Cynthia J. Haffey   on behalf of Defendant Detroit General Retirement System Service Corporation haffey@butzel.com, smithe@butzel.com
    Cynthia J. Haffey   on behalf of Defendant Detroit Police And Fire Retirement System Service Corporation haffey@butzel.com, smithe@butzel.com
    Dan Korobkin   on behalf of Interested Party Ian Mobley dkorobkin@aclumich.org
    Dan Korobkin   on behalf of Interested Party Nathaniel Price dkorobkin@aclumich.org
    Dan Korobkin   on behalf of Interested Party Jerome Pierce dkorobkin@aclumich.org
    Dan Korobkin   on behalf of Interested Party Paul Kaiser dkorobkin@aclumich.org
    Dan Korobkin   on behalf of Interested Party Jason Leverette-Saunders dkorobkin@aclumich.org
    Dan Korobkin   on behalf of Interested Party James Washington dkorobkin@aclumich.org
    Dan Korobkin   on behalf of Interested Party Laura Malher dkorobkin@aclumich.org
    Dan Korobkin   on behalf of Interested Party Darlene Hellenberg dkorobkin@aclumich.org
    Dan Korobkin   on behalf of Interested Party Angie Wong dkorobkin@aclumich.org
    Dan Korobkin   on behalf of Interested Party Stephanie Hollander dkorobkin@aclumich.org
    Dan Korobkin   on behalf of Interested Party Kimberly Mobley dkorobkin@aclumich.org
    Dan Korobkin   on behalf of Interested Party Wanda Leverette dkorobkin@aclumich.org
    Daniel J. Weiner   on behalf of Plaintiff Ambac Assurance Corporation dweiner@schaferandweiner.com
    Daniel J. Weiner   on behalf of Interested Party Ambac Assurance Corporation dweiner@schaferandweiner.com
    David Eisenberg   on behalf of Creditor Detroit Police Officers Association deisenberg@ermanteicher.com
    David Eisenberg   on behalf of Creditor Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com
    David Eisenberg   on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com
    David A. Lerner   on behalf of Creditor Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
    David E. Hart   on behalf of Creditor FK Park, LLC deh@maddinhauser.com
    David E. Hart   on behalf of Creditor FK South, LLC deh@maddinhauser.com
    David E. Lemke   on behalf of Creditor U.S. Bank National Association david.lemke@wallerlaw.com
    David Gilbert Heiman   on behalf of Defendant City of Detroit, Michigan dgheiman@jonesday.com
    David Gilbert Heiman   on behalf of Defendant Kevyn Orr dgheiman@jonesday.com
    David Gilbert Heiman   on behalf of Debtor In Possession City of Detroit, Michigan dgheiman@jonesday.com
    David L. Dubrow   on behalf of Plaintiff Ambac Assurance Corporation david.dubrow@arentfox.com
    David L. Dubrow   on behalf of Interested Party Ambac Assurance Corporation david.dubrow@arentfox.com
    David M. Zack   on behalf of Other Professional McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com
    David T. Lin   on behalf of Interested Party The Kales Grand Circus Park, LLC dlin@seyburn.com, kbilpo@seyburn.com
    Dawn R. Copley   on behalf of Interested Party State of Michigan dcopley@dickinsonwright.com, dnavin@dickinsonwright.com

13-53846-tjt   Doc 7012   Filed 08/23/14   Entered 08/24/14 00:48:48   Page 4 of 17

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
          General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
          Deborah   Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah   Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah   Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah   Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah   Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
          kovskyd@pepperlaw.com, alexsym@pepperlaw.com
          Deborah   Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah   Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah   Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah   Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant    Panning Capital Management, LP
          dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Bronze Gable, L.L.C. dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Aurelius Capital Management, LP
          dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant    Aurelius Capital Management, LP
          dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Monarch Alternative Capital LP
          dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant    Stone Lion Capital Partners L.P.
          dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Stone Lion Capital Partners L.P.
          dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant    Bronze Gable, L.L.C. dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
          dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Panning Capital Management, LP
          dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant    Monarch Alternative Capital LP
          dfish@allardfishpc.com, allardfishpc@yahoo.com
          Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
          dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Defendant    Wilmington Trust, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association
          dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
          dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
          dbeckwith@fosterswift.com
          Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.
          don@mcguiganlaw.com
          Douglas  Steele    on behalf of Interested Party    International Association of Fire Fighters,
          AFL-CIO, CLC dls@wmlaborlaw.com
          Douglas C. Bernstein    on behalf of Interested Party    Community Foundation for Southeast
          Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    Hudson-Webber Foundation
          dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    The Fred A. and Barbara M. Erb Family
          Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    W.K. Kellogg Foundation
          dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    Max M. and Marjorie S. Fisher Foundation
          dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    The Ford Foundation
          dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
          dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Douglas C. Bernstein   on behalf of Interested Party   Charles Stewart Mott Foundation
      dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
      Douglas C. Bernstein   on behalf of Interested Party   William Davidson Foundation
      dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
      Douglas C. Bernstein   on behalf of Interested Party   McGregor Fund
      dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
      Douglas C. Bernstein   on behalf of Interested Party   A. Paul and Carol C. Schaap Foundation
      dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
      Earle I. Erman   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com
      Earle I. Erman   on behalf of Creditor   Detroit Police Officers Association eerman@ermanteicher.com
      Earle I. Erman   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com
      Edward J. Gudeman   on behalf of Interested Party   Enjoi Transportation, LLC ejgudeman@gudemanlaw.com,   ecf@gudemanlaw.com
      Edward J. Gudeman   on behalf of Interested Party   Upright Wrecking & Demolition, L.L.C. ejgudeman@gudemanlaw.com,   ecf@gudemanlaw.com
      Edward Todd Sable   on behalf of Interested Party   General Motors LLC tsable@honigman.com, litdocket@honigman.com
      Elias T. Majoros   on behalf of Interested Party   US Health & Life Insurance Company emajoros@glmpc.com
      Elizabeth M. Abood-Carroll   on behalf of Creditor   Champion Mortgage Company bankruptcy@orlans.com,   ANHSOA@earthlink.net
      Elizabeth M. Abood-Carroll   on behalf of Creditor   Federal National Mortgage Association (Fannie Mae) bankruptcy@orlans.com,   ANHSOA@earthlink.net
      Elizabeth M. Abood-Carroll   on behalf of Creditor   Wells Fargo Bank, NA bankruptcy@orlans.com, ANHSOA@earthlink.net
      Elizabeth M. Abood-Carroll   on behalf of Creditor   EverBank bankruptcy@orlans.com, ANHSOA@earthlink.net
      Elizabeth M. Abood-Carroll   on behalf of Creditor   Champion Mortgage Company bankruptcy@orlans.com,   ANHSOA@earthlink.net
      Elizabeth M. Abood-Carroll   on behalf of Creditor   Everhome Mortgage Company bankruptcy@orlans.com,   ANHSOA@earthlink.net
      Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com,   lhaas@sbplclaw.com
      Eric Rosenberg   on behalf of Interested Party Patricia Ramirez EJR@morganmeyers.com, amendiola@morganmeyers.com
      Eric B. Gaabo   on behalf of Debtor In Possession   City of Detroit, Michigan gaabe@detroitmi.gov
      Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan carlson@millercanfield.com
      Eric David Novetsky   on behalf of Creditor   National Public Finance Guarantee Corporation enovetsky@jaffelaw.com
      Ethan D. Dunn   on behalf of Creditor   Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com
      Evan Justin Feldman   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com
      Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit efeldman@clarkhill.com
      Fred Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com
      Geoffrey T. Pavlic   on behalf of Creditor   Nuveen Asset Management pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
      Geoffrey T. Pavlic   on behalf of Creditor   BlackRock Financial Management, Inc. pavlic@steinbergshapiro.com,   jbrown@steinbergshapiro.com
      Geoffrey T. Pavlic   on behalf of Creditor   Ad Hoc Bondholder Committee pavlic@steinbergshapiro.com,   jbrown@steinbergshapiro.com
      H. Nathan Resnick   on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net, jabdelnour@resnicklaw.net
      Harold E. Nelson   on behalf of Creditor   Advisacare Health Care Solutions, Inc. ecf-hen@rhoadesmckee.com
      Harold E. Nelson   on behalf of Creditor Brendan Mylewski ecf-hen@rhoadesmckee.com
      Heath Douglas Rosenblat   on behalf of Counter-Claimant   Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,   Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
      Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust Company, National Association Heath.Rosenblat@dbr.com,   Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
      Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust, National Association Heath.Rosenblat@dbr.com,   Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
      Heath Douglas Rosenblat   on behalf of Defendant   Wilmington Trust, N.A. Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
      Heather Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan hlennox@jonesday.com
      Heather Lennox   on behalf of Defendant   City of Detroit, Michigan hlennox@jonesday.com
      Heidi Peterson   hdpeterson75@gmail.com
      Howard R. Hawkins, Jr.   on behalf of Defendant   UBS AG howard.hawkins@cwt.com, mark.ellenberg@cwt.com;ellen.halstead@cwt.com
      Howard R. Hawkins, Jr.   on behalf of Creditor   Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com,   mark.ellenberg@cwt.com;ellen.halstead@cwt.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Howard R. Hawkins, Jr.    on behalf of Defendant    Merrill Lynch Capital Services, Inc.
           howard.hawkins@cwt.com,    mark.ellenberg@cwt.com;ellen.halstead@cwt.com
          Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt AG howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
           howard@jacobweingarten.com
          Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
           howard@jacobweingarten.com
          Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
           Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant    Dexia Holdings, Inc.
           howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant    Dexia Credit Local howard@jacobweingarten.com
          Howard Yale Lederman    on behalf of Creditor Ernest    Flagg hlederman@normanyatooma.com
          Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
          Howard Yale Lederman    on behalf of Creditor Brian    Greene hlederman@normanyatooma.com
          Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
          Hugh M. Davis    on behalf of Creditor Thomas    Stephens Info@ConLitPC.com
          Ian S. Bolton    on behalf of Creditor    FK Park, LLC ibolton@maddinhauser.com,
           bwislinski@maddinhauser.com;nanderson@maddinhauser.com
          Ian S. Bolton    on behalf of Creditor    FK South, LLC ibolton@maddinhauser.com,
           bwislinski@maddinhauser.com;nanderson@maddinhauser.com
          James    Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
           james.sprayregen@kirkland.com
          James    Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
           james.sprayregen@kirkland.com
          James    Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
           james.sprayregen@kirkland.com
          Jamie Scott Fields    on behalf of Creditor Jamie    Fields jeansartre@msn.com
          Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
           jeansartre@msn.com
          Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
          Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
           jbank@kerr-russell.com
          Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
          Jeffrey    Rossman    on behalf of Creditor    U.S. Bank National Association jrossman@mwe.com
          Jeffrey    Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
           Lhaidostian@mwe.com
          Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com,    tc@osbig.com
          Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP
           jgrasl@mcdonaldhopkins.com,    sharrow@mcdonaldhopkins.com
          Jeffrey S. Grasl    on behalf of Creditor    Bishop Real Estate, L.L.C. jgrasl@mcdonaldhopkins.com,
           sharrow@mcdonaldhopkins.com
          Jennifer    Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
           jbelveal@honigman.com,    mjohnson@honigman.com
          Jennifer    Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
           jbelveal@honigman.com,    mjohnson@honigman.com
          Jeremiah Buffalo Wirgau    on behalf of Interested Party    CitiMortgage, Inc. jwirgau@sspclegal.com
          Jerome D. Goldberg    on behalf of Interested Party Jerome    Moore apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Creditor David    Sole apclawyer@sbcglobal.net
          Jill Kristen Smith    on behalf of Creditor    Macomb County Jill.Smith@macombgov.org
          John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
          John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           jstevens@mathesonparr.com,    nlmumma@aol.com
          John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
           pjohnson@bredhoff.com;mforan@bredhoff.com
          John Joseph Ramirez    on behalf of Interested Party    Deutsche Bank AG, London
           john.ramirez@kattenlaw.com
          John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
          John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
           john.sieger@kattenlaw.com
          John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
           jcanzano@kmsmc.com
          John T. Gregg    on behalf of Creditor    36th District Court for the State of Michigan
           jgregg@btlaw.com
          Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
           green@millercanfield.com
          Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
           green@millercanfield.com
          Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
           jfischer@carsonfischer.com
          Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
           jgadharf@mcdonaldhopkins.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
          Judy B. Calton     on behalf of Creditor    Kennedy Square Garage LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton     on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton     on behalf of Creditor    3250 Associated LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton     on behalf of Creditor    136 Bagley LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton     on behalf of Creditor    Olympia Office Building, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton     on behalf of Creditor    Olympia Development of Michigan LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton     on behalf of Creditor    Sunrise Parking LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton     on behalf of Creditor    Skyline Partners LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton     on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton     on behalf of Creditor    Arrow Uniform Rental, Inc. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton     on behalf of Interested Party    Detroit Entertainment, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton     on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton     on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
           blundberg@honigman.com,  litdocket@honigman.com
          Judy B. Calton     on behalf of Creditor    5801 Southfield Service Drive Corp. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton     on behalf of Creditor    Fox Parking Garage, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton     on behalf of Creditor    Chene Square, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton     on behalf of Creditor    Parkrite Holdings LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton     on behalf of Debtor In Possession    City of Detroit, Michigan
           jcalton@honigman.com,  litdocket@honigman.com
          Judy B. Calton     on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton     on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton     on behalf of Creditor    Country House Apartments jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton     on behalf of Creditor    Columbia Parking LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton     on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton     on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton     on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton     on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton     on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton     on behalf of Creditor    120 W. Montcalm Properties LLC jcalton@honigman.com,
           litdocket@honigman.com
          Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
           mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
          Julie Beth Teicher     on behalf of Creditor    Detroit Police Officers Association
           jteicher@ermanteicher.com
          Julie Beth Teicher     on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
           344 jteicher@ermanteicher.com
          Julie Beth Teicher     on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           jteicher@ermanteicher.com
          Karen B. Dine     on behalf of Interested Party    Deutsche Bank Securities Inc.
           karen.dine@kattenlaw.com
          Karen Vivian Newbury     on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
          Karen Vivian Newbury     on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
          Karin F. Avery     on behalf of Interested Party    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Karin F. Avery     on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association Avery@SilvermanMorris.com
          Karin F. Avery     on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           Avery@SilvermanMorris.com
          Karin F. Avery     on behalf of Plaintiff    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
           kressk@pepperlaw.com, alexsym@pepperlaw.com
          Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London
           kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
          Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
           kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
          Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
           kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
          Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
           kschneider@schneidermiller.com
          Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
           kevin.baum@kattenlaw.com
          Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
           ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
          Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
          Kristin K. Going    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
           Kristin.Going@dbr.com
          Kristin K. Going    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
           Kristin.Going@dbr.com
          Kurt  Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor    Michigan Welfare Rights Organization
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor    Plymouth Square Ltd. Housing Association
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff    Michigan Welfare Rights Organization
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
           llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
           llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Leah  Montesano    on behalf of Interested Party    Ambac Assurance Corporation
           leah.montesano@arentfox.com
          Leland  Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
          Lisa  Okasinski    on behalf of Creditor    HRT Enterprises lisa@demolaw.com
          Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit
           Lisa.Fenning@aporter.com
          Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit Lisa.Fenning@aporter.com
          Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
           lrochkind@jaffelaw.com, dburris@jaffelaw.com
          Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
           lrochkind@jaffelaw.com, dburris@jaffelaw.com
          Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association
           lbrimer@stroblpc.com, kvanakin@stroblpc.com
          M. Ellen Dennis    on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
           dwhadden@umich.edu
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Mallory  Field    on behalf of Creditor    Retired Detroit Police Members Association
               MField@stroblpc.com, pfourne@stroblpc.com
              Mami  Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
               324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
               mkato@sachswaldman.com, pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor    Detroit Police Command Officers Association
               mkato@sachswaldman.com, pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan
               swansonm@millercanfield.com
              Mark  Wasvary    on behalf of Creditor    Hyde Park Co-Operative, et al. mark@wasvarylaw.com
              Mark  Wasvary    on behalf of Creditor    Plymouth Square Ltd. Housing Association
               mark@wasvarylaw.com
              Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
              Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
               mark.angelov@arentfox.com
              Mark Allan Porter    on behalf of Other Professional    Allen Park Retirees Assn
               maplawat911@msn.com, map-law.pllc@att.net
              Mark E. Bredow    on behalf of Creditor Carlton D. Carter mbredow@resnicklaw.net,
               jabdelnour@resnicklaw.net
              Mark E. Bredow    on behalf of Interested Party    Resnick & Moss, P.C. mbredow@resnicklaw.net,
               jabdelnour@resnicklaw.net
              Mark H. Shapiro    on behalf of Creditor    Nuveen Asset Management shapiro@steinbergshapiro.com,
               jbrown@steinbergshapiro.com
              Mark H. Shapiro    on behalf of Interested Party    The Securities Industry and Financial Markets
               Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
              Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc.
               shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
              Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company
               mrj@wwrplaw.com
              Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
              Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
              Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
               bankrout@davispolk.com
              Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
               mbcobbs@flash.net
              Mary Beth Cobbs    on behalf of Interested Party    City of Detroit Law Department
               cobbm@detroitmi.gov, mbcobbs@flash.net
              Matthew  Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
              Matthew  Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
              Matthew  Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew  Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew  Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew  Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew  Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew  Wilkins    on behalf of Intervenor-Plaintiff    Official Committee of Retirees of the City
               of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
               Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    FMS Wertmanagement summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
               summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
               summersm@ballardspahr.com
              Max J. Newman    on behalf of Interested Party    Wayne County Corporation newman@butzel.com
              Melissa Demorest LeDuc    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
               paula@demolaw.com
              Melissa Demorest LeDuc    on behalf of Creditor John  Denis melissa@demolaw.com, paula@demolaw.com
              Melissa Demorest LeDuc    on behalf of Creditor    John W. and Vivian M. Denis Trust
               melissa@demolaw.com, paula@demolaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Melissa Demorest LeDuc    on behalf of Creditor James   Herbert melissa@demolaw.com, paula@demolaw.com
Melissa Demorest LeDuc    on behalf of Creditor    HRT Enterprises melissa@demolaw.com, paula@demolaw.com
Mercedes Varasteh Dordeski    on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com
Meredith  Taunt    on behalf of Creditor    Retired Detroit Police Members Association mtaunt@stroblpc.com,  KVanAkin@stroblpc.com
Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com
Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
Michael C. Hammer    on behalf of Interested Party    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
Michael R. Bell    on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com,  bac@maddinhauser.com
My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
Niraj R. Ganatra    on behalf of Creditor    International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net
Noah J. Ornstein    on behalf of Interested Party    Syncora Guarantee Inc. noah.ornstein@kirkland.com
Noah J. Ornstein    on behalf of Interested Party    Syncora Capital Assurance Inc. noah.ornstein@kirkland.com
Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com
Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan pmears@btlaw.com
Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation phage@jaffelaw.com,  jtravick@jaffelaw.com
Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation phage@jaffelaw.com,  jtravick@jaffelaw.com
Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation pcanzano@sidley.com
Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation ralph.taylor@arentfox.com
Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
Randall A. Brater    on behalf of Interested Party    Ambac Assurance Corporation randall.brater@arentfox.com
Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc. RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
Raymond  Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Raymond J. Sterling on behalf of Creditor Cynthia A. Bibb rsterling@sterlingattorneys.com, destes@sterlingattorneys.com
- Richard Levin on behalf of Interested Party Detroit Institute of Arts rlevin@cravath.com, mao@cravath.com
- Richard A. Roble (UST) on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
- Richard G. Mack, Jr. on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
- Richardo I. Kilpatrick on behalf of Interested Party City of Detroit Water and Sewerage Department ecf@kaalaw.com, wjackson@KAALaw.com
- Robert Darnell on behalf of Interested Party United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
- Robert Fetter on behalf of Interested Party Local 3308 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert Fetter on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert Fetter on behalf of Interested Party Local 917 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert A. Weisberg on behalf of Creditor Oakland County, Michigan BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com
- Robert D. Gordon on behalf of Creditor General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
- Robert D. Gordon on behalf of Creditor Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
- Robert J. Diehl, Jr. on behalf of Interested Party U.S. Bank N.A. rdiehl@bodmanlaw.com
- Robert M. Fishman rfishman@shawfishman.com
- Robert N. Bassel on behalf of Interested Party Lasalle Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
- Robert N. Bassel on behalf of Interested Party Lafayette Town Houses, Inc. bbassel@gmail.com, robertbassel@hotmail.com
- Robert N. Bassel on behalf of Interested Party Joliet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
- Robert N. Bassel on behalf of Interested Party St. James Cooperative bbassel@gmail.com, robertbassel@hotmail.com
- Robert N. Bassel on behalf of Interested Party Nicolet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
- Robert S. Hertzberg on behalf of Defendant Michael Jamison hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Plaintiff City of Detroit hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Debtor In Possession City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant John Naglik hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Plaintiff City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant John Naglick hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant Cheryl Johnson hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
- Ronald C. Liscombe on behalf of Creditor Public Lighting Authority rliscombe@alglawpc.com
- Rozanne M. Giunta on behalf of Interested Party State of Michigan rmgiunta@lambertleser.com
- Ryan Cochran on behalf of Creditor U.S. Bank National Association ryan.cochran@wallerlaw.com
- Ryan Plecha on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Plaintiff Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Ryan Plecha    on behalf of Interested Party  Donald Taylor rplecha@lippittokeefe.com,
 jgreeniajdobrzycki@lippittokeefe.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
 ryan.bennett@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
 nd.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
 nd.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
 ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
 justin.bernbrock@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
 nd.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
 ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
 justin.bernbrock@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
 nd.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
 ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
 nd.com;noah.ornstein@kirkland.com
Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
 sam.alberts@dentons.com,   dan.barnowski@dentons.com
Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
 Michigan sam.alberts@dentons.com,  dan.barnowski@dentons.com
Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
 japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
 japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
 soconnor@glmpc.com
Sara Klettke MacWilliams    on behalf of Creditor    Oakland County, Michigan
 macwilliams@youngpc.com,   efiling@youngpc.com
Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
 david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
 stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com
Scott B. Kitei    on behalf of Interested Party    Detroit Institute of Arts skitei@honigman.com
Scott M. Watson    on behalf of Creditor    UBS AG swatson@wnj.com
Scott R. Murphy    on behalf of Creditor    36th District Court for the State of Michigan
 smurphy@btlaw.com,   Roslyn.Thoits@btlaw.com
Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
Shannon L. Deeby    on behalf of Interested Party    General Retirement System of the City of
 Detroit sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Interested Party    Police and Fire Retirement System of the City
 of Detroit sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
 Detroit sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
 sdeeby@clarkhill.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
 State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
 State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
 State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
 slevine@lowenstein.com
Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
 lawtoll@comcast.net
Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
 mpearson@dykema.com;docket@dykema.com
Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
 mpearson@dykema.com;docket@dykema.com
Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
 dguerrero@dykema.com
Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
 dguerrero@dykema.com
Stephen Wolpert    on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com,   kfrantz@wnj.com
Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
 kfrantz@wnj.com
Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
 kfrantz@wnj.com
Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com,   kfrantz@wnj.com
Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd.
 stephen.hackney@kirkland.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
               stephen.hackney@kirkland.com
              Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
               stephen.hackney@kirkland.com
              Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
              Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
               shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
               sgross@mcdonaldhopkins.com,    shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
               shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
               sgross@mcdonaldhopkins.com,    shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
               sgross@mcdonaldhopkins.com,    shelly.harrow@gmail.com
              Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
               laplante@millercanfield.com,    skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Plaintiff    City of Detroit, Michigan
               laplante@millercanfield.com,    skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
               laplante@millercanfield.com,    skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts
               laplante@millercanfield.com,    skoczylas@millercanfield.com
              Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
              Steven G. Howell    on behalf of Interested Party    State of Michigan showell@dickinsonwright.com
              Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
               General showell@dickinsonwright.com
              Stuart A. Gold    on behalf of Creditor    Detroit Public Library sgold@glmpc.com
              Susheel  Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
               susheelkirpalani@quinnemanuel.com,    monicatarazi@quinnemanuel.com
              Susheel  Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
               susheelkirpalani@quinnemanuel.com,    monicatarazi@quinnemanuel.com
              Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
               mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
               rdin.com
              Tamar  Dolcourt    on behalf of Debtor In Possession    City of Detroit, Michigan
               tdolcourt@foley.com
              Thomas B. Radom    on behalf of Creditor    Stroh Properties, Inc. Radom@butzel.com
              Thomas B. Radom    on behalf of Defendant    Detroit Police And Fire Retirement System Service
               Corporation Radom@butzel.com
              Thomas B. Radom    on behalf of Defendant    Detroit General Retirement System Service Corporation
               Radom@butzel.com
              Thomas P. Christy    on behalf of Creditor    Berkshire Hathaway Assurance Corporation
               tchristy@garanlucow.com
              Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association
               morris@silvermanmorris.com,    marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
               marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
               marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association morris@silvermanmorris.com,    marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               morris@silvermanmorris.com,    marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
               marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
               morris@silvermanmorris.com,    marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
               marlene@silvermanmorris.com
              Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
              Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
               fusco@millercanfield.com
              Timothy R. Graves    on behalf of Interested Party    Bronze Gable, L.L.C. tgraves@allardfishpc.com,
               allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
               tgraves@allardfishpc.com,    allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Aurelius Capital Management, LP
               tgraves@allardfishpc.com,    allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Stone Lion Capital Partners L.P.
               tgraves@allardfishpc.com,    allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
               allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Panning Capital Management, LP
               tgraves@allardfishpc.com,    allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
               allardfishpc@yahoo.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Timothy R. Graves    on behalf of Interested Party    Monarch Alternative Capital LP tgraves@allardfishpc.com, allardfishpc@yahoo.com
    Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com
    Trevor J. Zamborsky    on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Micholas  Martin tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Interested Party    1983 Claimants tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Trevor J. Zamborsky   on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor David  Both tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Trevor J. Zamborsky    on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
           vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
          William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
          William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
          William C. Blasses    on behalf of Creditor    Jackie's Transport, Inc. wcb@osbig.com
          William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
           wcb@osbig.com
          William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
          William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
          William Norman Listman    on behalf of Interested Party    Southeastern Oakland County Water
           Authority wlistman@davislistman.com
          William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
          William W. Kannel    on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
          Winnifred P. Boylan    on behalf of Interested Party    State of Michigan wpboylan@lambertleser.com
          Wolfgang  Mueller    on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Wolfgang  Mueller    on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Wolfgang  Mueller    on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Wolfgang  Mueller    on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Yuliy  Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
           yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                             TOTAL: 631
```