UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,   Chapter 9
                             Case No. 13-53846
            Debtor.          Hon. Steven W. Rhodes

_____

# CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2014, I electronically filed **State of Michigan's Concurrence in the City of Detroit's Motion to Strike in Part Syncora Guarantee Inc. and Syncora Capital Assurance Inc.'s Second Supplemental Objection to the Debtor's Plan of Adjustment [Dkt. #6845]** with the Clerk of the Court using the ECF system which will send notification of such filing upon the following:

- Elizabeth M. Abood-Carroll    bankruptcy@orlans.com
- Sam J. Alberts    sam.alberts@dentons.com
- Carla Orman Andres    candres@gklaw.com
- Mark A. Angelov    mark.angelov@arentfox.com
- Charles N. Ash    cash@wnj.com
- Karin F. Avery    Avery@SilvermanMorris.com
- Nabih H. Ayad    ayadlaw@hotmail.com
- Allison Bach    abach@dickinsonwright.com
- Jason W. Bank    jbank@kerr-russell.com
- Paige E. Barr    Paige.Barr@kattenlaw.com
- Robert N. Bassel    bbassel@gmail.com
- Kevin M. Baum    kevin.baum@kattenlaw.com
- Dirk H. Beckwith    dbeckwith@fosterswift.com
- Michael R. Bell    BellM1@michigan.gov
- Bruce Bennett    bbennett@jonesday.com
- Ryan Blaine Bennett    ryan.bennett@kirkland.com

- Douglas C. Bernstein    dbernstein@plunkettcooney.com
- Brendan G. Best    bbest@schaferandweiner.com
- Jeffrey H. Bigelman    jhb_ecf@osbig.com
- William C. Blasses    wcb@osbig.com
- Ian S. Bolton    ibolton@maddinhauser.com
- Brett A. Border    bborder@sspclegal.com
- Winnifred P. Boylan    wpboylan@lambertleser.com
- Randall A. Brater    randall.brater@arentfox.com
- Allan S. Brilliant    allan.brilliant@dechert.com
- Lynn M. Brimer    lbrimer@stroblpc.com
- Charles D. Bullock    cbullock@sbplclaw.com
- Judy B. Calton    jcalton@honigman.com
- Judy B. Calton    jcalton@honigman.com
- John R. Canzano    jcanzano@kmsmc.com
- Peter L. Canzano    pcanzano@sidley.com
- Eric D. Carlson    carlson@millercanfield.com
- Julia A. Caroff    julia.caroff@usdoj.gov
- Amy D. Caton    acaton@kramerlevin.com
- Babette A. Ceccotti    bceccotti@cwsny.com
- Thomas P. Christy    tchristy@garanlucow.com
- Mary Beth Cobbs    cobbm@detroitmi.gov
- Ryan Cochran    ryan.cochran@wallerlaw.com
- Carol Connor Cohen    carol.cohen@arentfox.com
- Dawn R. Copley    dcopley@dickinsonwright.com
- Sean M. Cowley (UST)    Sean.cowley@usdoj.gov
- Elliot G. Crowder    ecrowder@sbplclaw.com
- Robert Darnell    robert.darnell@usdoj.gov

- Hugh M. Davis    Info@ConLitPC.com
- Peter D. Dechiara    pdechiara@cwsny.com
- Shannon L. Deeby    sdeeby@clarkhill.com
- M. Ellen Dennis    m.ellen.dennis@gmail.com
- Robert J. Diehl    rdiehl@bodmanlaw.com
- Karen B. Dine    karen.dine@kattenlaw.com
- Tamar Dolcourt    tdolcourt@foley.com
- Mercedes Varasteh Dordeski    mdordeski@foleymansfield.com
- David L. Dubrow    david.dubrow@arentfox.com
- Ethan D. Dunn    bankruptcy@maxwelldunnlaw.com
- John E. Eaton    jeaton@cousenslaw.com
- David Eisenberg    deisenberg@ermanteicher.com
- Caroline Turner English    caroline.english@arentfox.com
- Earle I. Erman    eerman@ermanteicher.com
- Barry S. Fagan    bfagan@dibandfagan.com
- Sherrie L. Farrell    sfarrell@dykema.com
- Evan Justin Feldman    efeldman@clarkhill.com
- Lisa Hill Fenning    Lisa.Fenning@aporter.com
- Robert Fetter    rfetter@millercohen.com
- Mallory Field    MField@stroblpc.com
- Jamie Scott Fields    jeansartre@msn.com
- Joseph M. Fischer    brcy@carsonfischer.com
- Deborah L. Fish    dfish@allardfishpc.com
- Robert M. Fishman    rfishman@shawfishman.com
- Steven B. Flancher    flanchers@michigan.gov
- Vanessa G. Fluker    vgflawyer@sbcglobal.net
- Mark S. Frankel    mfrankel@couzens.com

- Brendan H. Frey    bfrey@manteselaw.com
- Timothy A. Fusco    fusco@millercanfield.com
- Eric B. Gaabo    gaabe@detroitmi.gov
- Joshua A. Gadharf    jgadharf@mcdonaldhopkins.com
- Niraj R. Ganatra    Nganatra@uaw.net
- Andrew J. Gerdes    agerdes@gerdesplc.com
- Rozanne M. Giunta    rmgiunta@lambertleser.com
- Kristin K. Going    Kristin.Going@dbr.com
- Stuart A. Gold    sgold@glmpc.com
- Jerome D. Goldberg    apclawyer@sbcglobal.net
- William H. Goodman    mail@goodmanhurwitz.com
- Robert D. Gordon    rgordon@clarkhill.com
- Jeffrey S. Grasl    jgrasl@mcdonaldhopkins.com
- Timothy R. Graves    tgraves@allardfishpc.com
- Jonathan S. Green    green@millercanfield.com
- John T. Gregg    jgregg@btlaw.com
- Christopher A. Grosman    BRCY@CarsonFischer.com
- Stephen M. Gross    sgross@mcdonaldhopkins.com
- Stephen B. Grow    sgrow@wnj.com
- Edward J. Gudeman    ejgudeman@gudemanlaw.com
- Raymond Guzall    rayguzall@attorneyguzall.com
- Stephen C. Hackney    stephen.hackney@kirkland.com
- Cynthia J. Haffey    haffey@butzel.com
- Paul R. Hage    phage@jaffelaw.com
- Paula A. Hall    hall@bwst-law.com
- Michael C. Hammer    mchammer2@dickinsonwright.com
- David E. Hart    deh@maddinhauser.com

- Howard R. Hawkins    howard.hawkins@cwt.com
- David Gilbert Heiman    dgheiman@jonesday.com
- Robert S. Hertzberg    hertzbergr@pepperlaw.com
- Marshall S. Huebner    bankrout@davispolk.com
- Charles Bruce Idelsohn    charlesidelsohnattorney@yahoo.com
- Mark R. James    mrj@wwrplaw.com
- Alice Bonita Jennings    ajennings@edwardsjennings.com
- William W. Kannel    wkannel@mintz.com
- John P. Kapitan    easternecf@trottlaw.com
- Michael Anthony Karman    makarmanesq@gmail.com
- Michael Joseph Karwoski    mjkarwoski@alumni.nd.edu
- Mami Kato    mkato@sachswaldman.com
- Richardo I. Kilpatrick    ecf@kaalaw.com
- Susheel Kirpalani    susheelkirpalani@quinnemanuel.com
- Scott B. Kitei    skitei@honigman.com
- Anthony J. Kochis    akochis@wolfsonbolton.com
- Samuel S. Kohn    skohn@chadbourne.com
- Dan Korobkin    dkorobkin@aclumich.org
- Deborah Kovsky-Apap    kovskyd@pepperlaw.com
- Carina Kraatz    ckraatz@resnicklaw.net
- Kay Standridge Kress    kressk@pepperlaw.com
- Stephen S. LaPlante    laplante@millercanfield.com
- Patrick C. Lannen    plannen@plunkettcooney.com
- Lawrence A. Larose    llarose@chadbourne.com
- Caralyce M. Lassner    ecf@lassnerlaw.com
- Melissa Demorest LeDuc    melissa@demolaw.com
- Howard Yale Lederman    hlederman@normanyatooma.com

- Michael S. Leib   msl@maddinhauser.com
- David E. Lemke   david.lemke@wallerlaw.com
- Heather Lennox   hlennox@jonesday.com
- David A. Lerner   dlerner@plunkettcooney.com
- Richard Levin   rlevin@cravath.com
- Sharon L. Levine   slevine@lowenstein.com
- David T. Lin   dlin@seyburn.com
- Ronald C. Liscombe   rliscombe@alglawpc.com
- William Norman Listman   wlistman@davislistman.com
- Sara Klettke MacWilliams   macwilliams@youngpc.com
- Richard G. Mack   richardmack@millercohen.com
- Elias T. Majoros   emajoros@glmpc.com
- Carolyn Beth Markowitz   DVCCOUNSEL@AOL.COM
- Donald G. McGuigan   don@mcguiganlaw.com
- Patrick E. Mears   pmears@btlaw.com
- Leah Montesano   leah.montesano@arentfox.com
- Claude D. Montgomery   claude.montgomery@dentons.com
- Thomas R. Morris   morris@silvermanmorris.com
- Wolfgang Mueller   wmueller@olsmanlaw.com
- Scott R. Murphy   smurphy@btlaw.com
- Harold E. Nelson   ecf-hen@rhoadesmckee.com
- Fred Neufeld   fneufeld@sycr.com
- Carole Neville   carole.neville@dentons.com
- Karen Vivian Newbury   knewbury@schiffhardin.com
- Max J. Newman   newman@butzel.com
- Kenneth E. Noble   kenneth.noble@kattenlaw.com
- Eric David Novetsky   enovetsky@jaffelaw.com

- Sandra L. O'Connor    soconnor@glmpc.com
- Brian D. O'Keefe    bokeefe@lippittokeefe.com
- Arthur O'Reilly    aoreilly@honigman.com
- Lisa Okasinski    lisa@demolaw.com
- Noah J. Ornstein    noah.ornstein@kirkland.com
- Alidz Oshagan    oshagan@legghioisrael.com
- Yuliy Osipov    yotc_ecf@yahoo.com
- Michael R. Paslay    mike.paslay@wallerlaw.com
- Barbara A. Patek    bpatek@ermanteicher.com
- Andrew A. Paterson    aap43@outlook.com
- Geoffrey T. Pavlic    pavlic@steinbergshapiro.com
- Randall A. Pentiuk    RPentiuk@PCK-Law.Com
- Alfredo R. Perez    alfredo.perez@weil.com
- Heidi Peterson    hdpeterson75@gmail.com
- Ryan Plecha    rplecha@lippittokeefe.com
- Mark Allan Porter    maplawat911@msn.com
- Leland Prince    princel@dteenergy.com
- Thomas B. Radom    Radom@butzel.com
- A. Stephen Ramadan    steveramadan@gmail.com
- John Joseph Ramirez    john.ramirez@kattenlaw.com
- H. Nathan Resnick    hnresnick@resnicklaw.net
- Peter J. Roberts    proberts@shawfishman.com
- Kimberly Joan Robinson    kim.robinson@bfkn.com
- Richard A. Roble (UST)    Richard.A.Roble@usdoj.gov
- Louis P. Rochkind    lrochkind@jaffelaw.com
- Courtney M. Rogers    courtney.rogers@wallerlaw.com
- Eric Rosenberg    EJR@morganmeyers.com

- Heath Douglas Rosenblat    Heath.Rosenblat@dbr.com
- Jeffrey Rossman    jrossman@mwe.com
- Craig B. Rule    bankruptcy@orlans.com
- Edward Todd Sable    tsable@honigman.com
- Paul H. Saint-Antoine    Paul.Saint-Antoine@dbr.com
- Kenneth M. Schneider    kschneider@schneidermiller.com
- Matthew Schneider    SchneiderM7@michigan.gov
- Joseph R. Sgroi    jsgroi@honigman.com
- Mark H. Shapiro    shapiro@steinbergshapiro.com
- Howard S. Sher    howard@jacobweingarten.com
- John P. Sieger    john.sieger@kattenlaw.com
- Jeffery R. Sieving    jeff@iobillboard.com
- John A. Simon    jsimon@foley.com
- Jill Kristen Smith    Jill.Smith@macombgov.org
- William Pfeiffer Smith    wsmith@mwe.com
- James Sprayregen    james.sprayregen@kirkland.com
- Douglas Steele    dls@wmlaborlaw.com
- John A. Stevens    jstevens@mathesonparr.com
- Kevin N. Summers    ksummers@dflaw.com
- Matthew Gernet Summers    summersm@ballardspahr.com
- Marc N. Swanson    swansonm@millercanfield.com
- Meredith Taunt    mtaunt@stroblpc.com
- Ralph A. Taylor    ralph.taylor@arentfox.com
- Julie Beth Teicher    jteicher@ermanteicher.com
- Kurt Thornbladh    kthornbladh@gmail.com
- My Chi To    mcto@debevoise.com
- Sheryl L. Toby    stoby@dykema.com

- Sheldon S. Toll     lawtoll@comcast.net
- Matthew Troy     matthew.troy@usdoj.gov
- Brian R. Trumbauer     btrumbauer@bodmanlaw.com
- Suzanne L. Wahl     swahl@schiffhardin.com
- Mark Wasvary     mark@wasvarylaw.com
- Scott M. Watson     swatson@wnj.com
- Daniel J. Weiner     dweiner@schaferandweiner.com
- Robert A. Weisberg     BRCY@CARSONFISCHER.COM
- William A. Wertheimer     billwertheimer@gmail.com
- Benjamin J. Wilensky     bjw@seikalystewart.com
- Matthew Wilkins     wilkins@bwst-law.com
- Angela Williams     williamsa@dhcmi.org
- Jeremiah Buffalo Wirgau     jwirgau@sspclegal.com
- Scott A. Wolfson     swolfson@wolfsonbolton.com
- Stephen Wolpert     stephen.wolpert@dechert.com
- David M. Zack     dmzack@mcalpinelawfirm.com
- Trevor J. Zamborsky     tzamborsky@romanolawpllc.com
- Jennifer Zbytowski Belveal     jbelveal@honigman.com
- Craig E. Zucker     czucker@ermanteicher.com

> Respectfully submitted,
> DICKINSON WRIGHT PLLC
>
> By: /s/ Steven G. Howell
>      Steven G. Howell (P28982)
> 500 Woodward Avenue, Suite 4000
> Detroit, MI  48226
> (313) 223-3500
>
> Attorneys for the State of Michigan