UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


FILED 2014 AUG 22 A 11:09

CHAPTER 9

CITY OF DETROIT, MICHIGAN,

Case No. 13-53846

Debtor.

Hon. Steven W. Rhodes

_City of Detroit_,

JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTION TO THE

FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System active employee, and a member of Class 11. I support and join in the Objecting Creditor Michael J. Karwoski's Objection to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5923, 7/10/14) and John P. Quinn's Objections to the Fourth Amended Plan of Adjustment (Doc. 5723, 7/1/14/). I request that the Court sustain those objections.

Signature: _Michael Watson_

Printed name: Michael WATSON

Address: 4366 Yorkshire
Detroit MI 48224

Phone: 313-932-8978

Date: 8-13-14

LISA M. ROBERTS
Notary Public - Michigan
Macomb County
My Commission Expires Sep 5, 2015
Acting in the County of Wayne

_Michael H. Watson_