UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |
| | ) | **Expedited Consideration** |
| | ) | **Requested** |

## ORDER DENYING *EX PARTE* MOTION OF SYNCORA GUARANTEE INC. AND SYNCORA CAPITAL ASSURANCE INC. FOR SHORTENED NOTICE AND EXPEDITED HEARING ON MOTION FOR CLARIFICATION OF POST-CONFIRMATION PROCEDURES

This matter having come before the Court on the motion (the "*Ex Parte Motion*") of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (collectively, "Syncora") for the entry of an order shortening the notice period and scheduling an expedited hearing on the *Motion for Clarification of Post-Confirmation Procedures* (the "Clarification Motion"), the Court having reviewed Syncora's *Ex Parte* Motion, and the Court having determined that the legal and factual basis set forth in the *Ex Parte* Motion does not establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The *Ex Parte* Motion is DENIED.

2. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

.

**Signed on August 25, 2014**

                                                            /s/ Steven Rhodes
                                                        **Steven Rhodes**
                                                        **United States Bankruptcy Judge**