# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

## Order Party: Name, Address and Telephone Number

Name **Lawrence A. Larose, Esq.**

Firm **Chadbourne & Parke LLP**

Address **1301 Avenue of the Americas**

City, State, Zip **New York, NY 10019**

Phone **212-408-1140**

Email **llarose@chadbourne.com**

**Case/Debtor Name: City of Detroit**

**Case Number:** **13-53846**

**Chapter:** **9**

**Hearing Judge** Hon. Steven Rhodes

⦿ **Bankruptcy**   ○ **Adversary**

○ **Appeal**   **Appeal No:** _____

## Hearing Information (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 08/25/2014   **Time of Hearing:** 9:00am   **Title of Hearing:** All on this date

Please specify portion of hearing requested: ⦿ **Original/Unredacted** ○ **Redacted** ○ **Copy** (2nd Party)

⦿ Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ○ Other

Special Instructions: **Send to: SKohn@chadbourne.com, SBloomfield@chadbourne.com, DBava@chadbourne.**

## Type of Request:

○ Ordinary Transcript - $3.65 per page (30 calendar days)

○ 14-Day Transcript - $4.25 per page (14 calendar days)

⦿ Expedited Transcript - $4.85 per page (7 working days)

○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

## Signature of Ordering Party:

/s/ Lawrence Larose _____ Date: **8/25/14**

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____ Date   By

Order Received:

Transcript Ordered

Transcript Received