# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

```
------------------------------------------------------------x
                                         :
In re                                    :        Chapter 9
                                         :
CITY OF DETROIT, MICHIGAN,               :        Case No. 13-53846
                                         :
                    Debtor.              :        Hon. Steven W. Rhodes
                                         :
                                         :
------------------------------------------------------------x
```

### *EX PARTE* ORDER AUTHORIZING THE
### OBJECTORS TO FILE THEIR PRETRIAL BRIEF IN SUPPORT
### OF OBJECTION TO DIA SETTLEMENT IN EXCESS OF PAGE LIMIT

This matter coming before the Court on the *EX PARTE MOTION OF OBJECTORS FOR AN ORDER AUTHORIZING THEM TO FILE JOINT PRETRIAL BRIEF IN SUPPORT OF OBJECTION TO DIA SETTLEMENT IN EXCESS OF PAGE LIMIT* (the "Motion")[1] and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED.

2.      The Objectors may file their Joint Pretrial Brief in Support of Objection to DIA Settlement in Excess of Page Limit in excess of the applicable page limitation.

.

**Signed on August 25, 2014**

_____/s/ Steven Rhodes_____
**Steven Rhodes**
**United States Bankruptcy Judge**

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.