# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM et al
    Creditors/Objectors,

v

In re:                                          Chapter 9
ity OF DETROIT, MICHIGAN                         Case No. 13-53846
AND EMERGENCY MANAGER                            Judge Steven W Rhodes
KEVYN D. ORR
                    Debtors/City of Detroit      Case No. 14-cv-10434
                                                 Hon. Bernard A. Freidman
_____/            Magistrate Paul J. Komives

## OBJECTION TO THE NOTICE OF FILING OF REDLINED VERSION
### OF SIXTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE
### CITY OF DETROIT

We/I OBJECT TO THE NOTICE OF REDLINED VERISON OF SIXTH AMENDED
PLAN OF ADJUSTMENT FOR THE DEBTS OF THE CITY OF DETRIOIT AND CON-
FIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CON-
TRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND
RULES AND HAS NOT BEEN PRESENTED AND CONDUCED IN A GOOD FAITH
<u>MANNER</u>.

1

We/I object to the Notice of filing of redlined version of Six Amended Plan of Adjustment for the debts of the city of Detroit and confirmation of any Plan stemming from or connected to this plan of Adjustment and show the following:

1) We/I object to the Six Plan of Adjustment and confirmation to the vote of the Fourth Plan and the whole bankruptcy procedure because the state through the Emergency Manager, Kevyn Orr filed for bankruptcy and not the City of Detroit, without the city consent and approval. Therefore, it is illegal and the court lack juridsdiction. This is a violation of Bankruptcy Code that states at section 903 (1) and (2). A State law prescribing a method of composition of indebtedness of such municipality may not bind any creditor that does not consent to such composition. In conjunction with 11 USC 903 we also included 11 USC 904 that requires "any power of the court, unless the debtor consent or the plan so provides. The consent of both the creditors and the debtors are required only by consent, which was not done in this case and demonstrate the bankruptcy wasn't filed in a good faith manner and failed to meet

2

the requirements 11 USC 903 and 904 as required by 11 USC 921(c). Kevyn Orr (the state appointed official) has violated both section 11 USC 903, 904 and 921 of the bankruptcy code clearly shows he is not the proper person or an elected official. Pennsylvania 465 B.R. 744 (Bankr. M.D. Pa 21).

> **The power to govern remains with the municipality not with the judge or any unelected official, unless State, not Federal, law provides for some alternate system. (121 Cong Rec H39413 daily ed Dec 9 1975); remarks of Reps Kindness and Edward. 11USC (03 Norton Bankruptcy Law and Practice 3rd. Congres sional Record Statement (Reform Act of 1978).**

2) To clarify the record the Creditors Hassan Aleem, Carl Williams and others still **were not legally notified, not personally or publicly to the Notice of filing of redlined version of Sixth Amended Plan for the Adjustment of debts of the city of Detroit.** The bankruptcy court continues to violate the bankruptcy codes and rules despite the fact we have repeatedly cited this violation in the first, second, third, fourth, fifth and now the Sixth Amendment of the Plan of Adjustment. We in-fromed the court in (Objection filed and endorsed August 22 2013, Response to the

3

First Amended Order regarding eligibility objections notice and hearings and certification pursuant to 28 U.S.C. Section 2403 (a) & (b) filed and endorsed September 18, 2014 and again in Objection to notice and confer session regarding certain objections to Amended Disclosure Statement with respect to Amended Plan for the Adjustment of Debts of the City of Detroit filed and endorsed April 16, 2014). The bankruptcy codes and rules doesn't change because an amendment or modification of the Plan. Creditors are still entitled to a legal proper notice as described in the bankruptcy codes and rules.  In our Reconsideration of Objections to chapter 9 Bankruptcy we stated: "most creditors and anyone of interest <u>never received a notice that</u> violated. 11 U.S.C. 923 of the Bankruptcy code.  The Bankruptcy rule provides that the clerk, or such other person as the court may direct is to give notice Fed. R. Bankr. P. 2002 (f). The notice must also be published "at least once a week for three successive weeks in at least one newspaper of general circulation published within the district in which the case commenced and in such other news-

4

paper having a general circulation among bond dealers and bondholders as the court designates," in title 11 U.S.C. sect 923 of the Bankruptcy code. This simply was not done once again or we should say do not meet the requirements of title 11 or chapter 9 bankruptcy procedures, which a failure to comply with the bankruptcy rule and code that is grounds for dismissal and denial of due process and equal protection of the law of the 5[th] and 14th Amendments of the Constitution of the United States. See page 3 of Reconsideration of objection to Chapter 9 Bankruptcy and other objections as Well.

2) We` object to Article II (3) (p)( i) page 50 of 399, Disputed class 9 COP Claim of the Notice of filing of redlined version of Sixth Amended Plan for the Adjustment of the debts of the City of Detroit that states: "The COP Claims are disputed claims and are not Allowed by the Plan and the city reserves all rights to (A) object to, avoid or subordinate such claims on any and all available grounds, including through the assertion of any and all grounds asserted in the COP litigation, and (B) assign the right to object to avoid or subordinate such claims or the city rights in the COP litigation to the litigation trust.

5

The city is responsible for the Certificate of Participation known as the (COPs) for even existing now they object to claims on the Certificate of Participation (COP) swap claims that was alleged to be the major cause of the bankruptcy. .

3) We object to the Plan of Adjustment because the City of Detroit did not negotiate in good faith prior to the filing of bankruptcy in violation of 11 USC 109 (c) In re Valley Health Sys, 383 B.R. 156, 163 (Bankr C.D. Cal 2008). In this case the city was more egregious by not negotiating at all. In re Cotton Water and Sanitation District, Douglas County, Colo., 138 B.R. 973, 979 (Bankr. D. Colo 1992) "plan referred to in 109(c) (4) is adjustment plan negotiated pre-petition in good faith." The second through Six Amended Plan of Adjustments and any confirmations to those plans all have been after the fact and contrary to the rule 11 USC 109 (c) and has violated there own codes and rules and the decision cannot stand.

It is customary and a long standard principle that once an agency or a court has issued rules and regulations to govern its activity, The court's ruled that any

6

time an agency promulgate rules they must scrupulously follow those rules or the decision cannot stand and may not violate them. In this case we are referring to Bankruptcy rules and codes and to bargain in good faith, regardless who makes the rule they must be followed in a civilized society of rules and law making procedures. Security & Exchange Comm v. Chenery 318 U.S. 80 87, 88 (1943), Service v Dulles, 354 U.S. 363 77 S. Ct 1152, p1 L.ED2nd 1403 (1957) Pacific Molasses Co. v FTC, Tex (356 F2d 386 (1966).

4)  We object because the City of Detroit has failed to comply with 11 USC 1125 and 1126 no proper notice and hearing on the "Six Plan of Adjustment or the Disclosure Statement as required." See In re City of Stockton, California Ch 9, Case No. 2012-32118D.C. No. OHS-15, Pg 11-12.

a)  We object because the City of Detroit has failed to comply with 11 USC 1125 and 1126 no proper and adequate notice and hearing on the "Disclosure Statement as required." This demonstrate the City of Detroit failed to conduct

7

business in a good faith manner and failed to meet the requirement to the Bank-ruptcy Code title 11 U.S.C. 923, therefore, should be dismissed as provided by the Bankruptcy code 921. See In re City of Stockton, California Ch 9 <u>supra</u>.

5) The State through the Emergency Manager, Kevyn Orr failed to file bank-ruptcy by consent and legal approval of the citizens and unclean hand in good faith by owing $224,000,000.00 plus interest from 2012 and approximately $224,-000,000.00 plus interest for 2013 and still owes estimated, approximately $112,000,-000.00 for 2014 thus far and still counting of unrestricted State Revenue Sharing funds of Public Act 140 of 1971 and Governor Rick Snyder stated he wasn't going too paid. The State by their actions through Governor Rick Snyder, Emergency Manager Kevyn Orr and the formal treasure Andy Dillon and the present Treasurer R. Kevin Clinton aid to orchestrated deficit and assisted in the turn around, then file an unauthorized bankruptcy under the deceiving disguise as the city through the Emergency Manager.

8

This clearly violated 11 USC 921 of the Bankruptcy Code and fraudulent concealment MCL 600.5855 for lack of good faith and violation of its own governing rules

 6) We object to water department being included in the bankruptcy because it is self sustaining and not part of the general fund and any other asset not part of the general funds.

 7) The previous mayor, Dave Bing, the City council and the Emergency Manager Kevyn Orr made a <u>tactical</u>, <u>deliberate</u>, <u>conscious</u>, <u>decision</u> to take funds from the local utility taxes strictly to maintain 5,000 policemen to protect the citizen of Detroit and purchase and renovated the old MGM casino. This created a "service delivery insol- vency" and violated the Detroit City Charter section 8-202 and Article IV section 29 of the Michigan State Constitution.

 The purpose of a chapter 9 is to provide a means to restructure and adjust debt through a plan. Liquidation is not allowed under 11 U.S.C. 926 (a) and is not an alternative to municipal chapter 9 Bankruptcy there is no provision in the law for

9

liquidation of assets of the municipality and distribution of the proceeds to creditors. Such a liquidation or dissolution would undoubtedly violate the Tenth (10th) Amendment to the Constitution and the reservation to the state sovereignty over their internal affairs and they have not shown or presented a financial plan to avoid Bankruptcy. Just as the state want to reserve state sovereignty under the 10th Amendment. The city has that same sovereignty rights and self determination under the 14th Amendment of due process and "Equal Protection of the Law" of the United State Constitution.

    8) We object to Article II Classification of claims: cramdown; executor contract and unexpired lease. Notwithstanding the foregoing, in no event shall any Holder of an allowed claimed be entitled to receive payment or distribution under the Plan that, in the aggregate, exceed the allowed amount of such Holder's claim.

WHEREFORE, and all the above fact and laws we object to the Plan of

Adjustment and anything stemming from or connected to the confirmation of this

plan of Adjustment.


Sincerely Submitted,

_Carl Williams_____
Carl Williams
10112 Somerset
Detroit, Michigan 48224

_Hassan Aleem_____
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206

_Barbara A Magee_____
Name

_5154 Burns St_____
Address

_Detroit, Mi 48213_____
City, State, Zip

Cecily McClellan
Name

111 Calvert St
Address

Detroit, MI  48202
City, State, Zip

Phyllis Griffica
Name

2925 Vince Hall Dr. #2-D
Address

Detroit, Mi 48207
City, State, Zip

Benyne Goldston
Name    BENYNE  GOLDSTON

17385 PARKSIDE
Address

DETROIT, MI  48221
City, State, Zip

WANDA JAN HILL / _[signature]_

Name

16165 Oakfield

Address

Det 4835

City, State, Zip

Valerie Glenn - Simons

Name

2820 E. Grand Blvd.

Address

Detroit, MI 48211

City, State, Zip

_[signature]_ Ernest L. Simons

Name

2820 A Grand Blvd.

Address

Detroit, MI 48211

City, State, Zip

*Yvonne William Jones*

Name

*153 Arden Park*

Address

*Detroit, MI 48202*

City, State, Zip

*Emily Smith*

Name

*19450 Gloucester Dr*

Address

*Detroit, MI 48203*

City, State, Zip

*Dula Mellender*

Name

*3763 Buena Vista*

Address

*Detroit, mi 48338*

City, State, Zip

_Ra Sein Halloway_

Name

_16246 Linwood St_

Address

_Detroit, Mi 48221_

City, State, Zip

_William M Davis_

Name

_9203 Littlefield_

Address

_Detroit, Mich. 48228_

City, State, Zip

_____

Name

_____

Address

_____

City, State, Zip