UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
City of Detroit, Michigan,                          Case No. 13-53846
    Debtor.                     Hon. Steven W. Rhodes
_____/

### Order Denying Motion For Clarification Of Post-Confirmation Procedures (Dkt. #6946)

Syncora has filed a motion for clarification of post-confirmation procedures. Specifically, it seeks an order clarifying that the 14-day automatic stay of Bankruptcy Rule 3020(e) will apply to any order confirming the plan in this case.

The Court concludes that neither a hearing nor a response is required to resolve this motion.

The Court concludes that consideration of this issue is entirely premature at this time. The Court assures Syncora that the Court will not waive the 14-day stay of Bankruptcy Rule 3020(e) just because the City has requested that waiver or provided for that waiver in its plan of adjustment. The Court further assures Syncora that should the Court enter a confirmation order in this case, the Court give all parties an opportunity to be heard on this issue at that time.

This assurance ought to be sufficient to protect the interests that Syncora seeks to protect in this motion.

Accordingly, the motion is denied.

.

**Signed on August 25, 2014**

                                                /s/ Steven Rhodes
                                                **Steven Rhodes**
                                                **United States Bankruptcy Judge**