# EXHIBIT A

**SHAW FISHMAN GLANTZ & TOWBIN LLC**

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 14952
June 30, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 6/30/2014

**Please include Invoice Number with Payment**

| | | |
|---|---|---|
| Previous Balance | | 120,408.89 |
| Payments | | -23,375.85 |
| Balance Forward | | 97,033.04 |
| Current Fees | 19,528.80 | |
| Current Disbursements | 9.01 | |
| Total Current Charges | | 19,537.81 |
| **Total Due** | | **116,570.85** |

**Open Invoices**

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---|---|---|
| 08/31/13 | 11516 | 28,407.85 | 24,276.85 | 4,131.00 |
| 09/30/13 | 12044 | 16,389.35 | 14,084.60 | 2,304.75 |
| 10/31/13 | 12414 | 9,300.00 | 7,905.00 | 1,395.00 |
| 12/31/13 | 12978 | 24,540.00 | 20,859.00 | 3,681.00 |
| 01/31/14 | 13352 | 13,200.00 | 11,220.00 | 1,980.00 |
| 02/28/14 | 13624 | 45,979.20 | 39,082.32 | 6,896.88 |
| 02/28/14 | 13792 | 27,871.80 | 23,691.03 | 4,180.77 |
| 03/31/14 | 14118 | 27,501.00 | 23,375.85 | 4,125.15 |
| 04/30/14 | 14290 | 25,708.80 | 0.00 | 25,708.80 |
| 05/31/14 | 14683 | 42,629.69 | 0.00 | 42,629.69 |
| | Totals | 261,527.69 | 164,494.65 | 97,033.04 |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner  June 30, 2014
I.D. 10661-002 - RMF  Invoice 14952
Re: Robert Fishman

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/02/14 | RMF | Reviewed and made comments to certain invoices supplied by US Bank to assist them in getting their invoices in a form ready for Fee Examiner review. | 1.60 | 618.00 | 988.80 |
| 06/03/14 | RMF | Reviewed and made comments to certain invoices supplied by US Bank to assist them in getting their invoices in a form ready for Fee Examiner review. | 2.60 | 618.00 | 1,606.80 |
| 06/05/14 | RMF | Reviewed draft Segal February Preliminary Report (.3) and exchanged emails with A. Hudson and P. Roberts re same (.2). | 0.50 | 618.00 | 309.00 |
| 06/06/14 | RMF | Reviewed, revised, finalized and transmitted Segal February 2014 Preliminary Report. | 0.60 | 618.00 | 370.80 |
| 06/10/14 | RMF | Began review of March 2014 invoices. | 1.80 | 618.00 | 1,112.40 |
| 06/11/14 | RMF | Reviewed draft Stipulation re BONY, as Trustee and emailed J. Ellman re same (.3). Reviewed proposed mediation subcategories from Jones Day (re Feb and Mar) and emailed S. Alberts re same (.3). Continued review of March invoices (1.3). | 1.90 | 618.00 | 1,174.20 |
| 06/16/14 | RMF | Reviewed March invoices. | 3.60 | 618.00 | 2,224.80 |
| 06/17/14 | RMF | Reviewed Kapila May invoice (.3). Reviewed proposed invoice categories from Waller firm and emailed team re same (.3). Continued review of March invoices (2.8). | 3.40 | 618.00 | 2,101.20 |
| 06/19/14 | RMF | Reviewed and revised May Detailed Statement of Services Rendered by Shaw Fishman and the Fee Examiner. | 0.80 | 618.00 | 494.40 |
| 06/23/14 | RMF | Continued review of and comments to March invoices. | 3.80 | 618.00 | 2,348.40 |
| 06/24/14 | RMF | Continued review of March invoices (.8). Spoke to I. Bodenstein re US Bank submissions (.2). Began work on January Final Monthly Report (1.4). Reviewed, revised and transmitted several March Preliminary Reports (1.3). | 3.70 | 618.00 | 2,286.60 |
| 06/25/14 | RMF | Spoke to I. Bodenstein re US Bank related invoices and review (.3). Spoke to D. Lemke re same (.2). Spoke to J. Ellman re issue of Christie's counsel submitting fees to Fee Examiner and plan issues (.4). | 0.90 | 618.00 | 556.20 |
| 06/26/14 | RMF | Reviewed and commented on invoice from US Bank internal personnel (1.1). Drafted email to D. Lemke re same (.5). | 1.60 | 618.00 | 988.80 |
| 06/27/14 | RMF | Began review of materials received from US Bank (.8). Emailed team re same (.1). | 0.90 | 618.00 | 556.20 |
| 06/30/14 | RMF | Reviewed, revised and finalized numerous March Preliminary Reports (2.6). Reviewed, revised and incorporated January Final Monthly Report inserts in January Report (1.3). | 3.90 | 618.00 | 2,410.20 |
| | | **Total Fees** | **31.60** | | **19,528.80** |

Shaw Fishman Glantz & Towbin LLC

Robert Fishman as Detroit Fee Examiner
I.D. 10661-002 - RMF
Re: Robert Fishman

June 30, 2014
Invoice 14952

## Disbursements

| Date | Description | Amount |
|---|---|---|
| 05/29/14 | Conference Call; (RMF); AT&T TeleConference Services | 9.01 |
| | **Total Disbursements** | **9.01** |

| | | |
|---|---|---|
| | **Total Fees and Disbursements** | 19,537.81 |
| | **Total Current Charges** | 19,537.81 |
| | Balance Forward | 97,033.04 |
| | **Total Amount Due** | 116,570.85 |

# EXHIBIT B

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 14951
June 30, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-001 - RMF

Re: Chapter 9 case

For Services Rendered Through 6/30/2014

**Please include Invoice Number with Payment**

| | | |
|---|---:|---:|
| Previous Balance | | 172,399.14 |
| Payments | | -34,257.58 |
| Balance Forward | | 138,141.56 |
| Current Fees | 22,786.20 | |
| Current Disbursements | 10.00 | |
| Total Current Charges | | 22,796.20 |
| **Total Due** | | **160,937.76** |

## Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---:|---:|---:|
| 08/31/13 | 11728 | 14,028.70 | 11,392.67 | 2,636.03 |
| 09/30/13 | 12045 | 7,662.77 | 6,442.57 | 1,220.20 |
| 10/31/13 | 12413 | 30,352.80 | 25,832.77 | 4,520.03 |
| 12/31/13 | 12979 | 51,396.80 | 43,690.40 | 7,706.40 |
| 01/31/14 | 13351 | 37,702.39 | 32,125.99 | 5,576.40 |
| 02/28/14 | 13625 | 71,014.86 | 60,374.82 | 10,640.04 |
| 02/28/14 | 13793 | 44,703.88 | 38,017.20 | 6,686.68 |
| 03/31/14 | 14117 | 40,290.80 | 34,257.58 | 6,033.22 |
| 04/30/14 | 14291 | 46,810.69 | 0.00 | 46,810.69 |
| 05/31/14 | 14684 | 46,311.87 | 0.00 | 46,311.87 |
| | Totals | 390,275.56 | 252,134.00 | 138,141.56 |

| | |
|---|---|
| Robert Fishman as Detroit Fee Examiner | June 30, 2014 |
| I.D. 10661-001 - RMF | Invoice 14951 |
| Re: Chapter 9 case | |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/02/14 | IB | Review Milliman response to January 2014 Preliminary Report (.2); email to J. Budin re: okay to revise invoice (.1). | 0.30 | 434.00 | 130.20 |
| 06/02/14 | MSR | Review February invoices for KCC. | 1.50 | 267.00 | 400.50 |
| 06/02/14 | PJR | Review EY response to January Preliminary Report and W. Flick email on same. | 0.20 | 419.00 | 83.80 |
| 06/02/14 | GEG | Review email and April invoice from J. Owen of Pepper Hamilton | 0.10 | 347.00 | 34.70 |
| 06/02/14 | PJR | Continue analysis and assessment of EY February invoice (4.3); draft and edit form of Preliminary Report on February invoice (.9); email to R. Fishman on same (.2). | 5.40 | 419.00 | 2,262.60 |
| 06/04/14 | PJR | Review and analyze Segal February invoices and spreadsheet (.9); review Segal engagement letter in connection with insurance matter (.4); confer with A. Hudson on same (.1). | 1.40 | 419.00 | 586.60 |
| 06/04/14 | DRD | Communication with M. McMickle regarding Lazard invoices. | 0.10 | 267.00 | 26.70 |
| 06/05/14 | AH | Review Segal Feb. invoice (.5); discuss Segal Feb. invoice with P. Roberts (.2); draft Preliminary Report and spreadsheet for Segal Feb. invoice (.5); revise Preliminary Report in accordance with comments from R. Fishman and P. Roberts (.4). | 1.60 | 248.00 | 396.80 |
| 06/05/14 | PJR | Meeting with A. Hudson regarding Segal February invoice and related issues (.2); review draft report on Segal (.2); exchange follow up emails with A. Hudson and R. Fishman on same (.3). | 0.70 | 419.00 | 293.30 |
| 06/05/14 | PJR | Draft and edit Certificate of Non Response re Second Interim Fee Application (.4); review docket to confirm absence of objections (.2). | 0.60 | 419.00 | 251.40 |
| 06/06/14 | PJR | Review and consider KCC response to January Preliminary Report (.2); exchange e-mails with M. Reiser on same (.1). | 0.30 | 419.00 | 125.70 |
| 06/06/14 | PJR | Brief review of Dykema February invoice (.1); brief review of Dykema March invoice (.1). | 0.20 | 419.00 | 83.80 |
| 06/07/14 | PJR | Review Order Allowing Fee Examiner Second Interim Fee App as entered by Court. | 0.10 | 419.00 | 41.90 |
| 06/07/14 | GEG | Email correspondence with M. Reiser regarding status of Pepper Hamilton January invoice and resolution discussions (.1); email correspondence with A. Hudson regarding status of Miller Canfield January invoice resolution discussions and revised January invoice (.1) | 0.20 | 347.00 | 69.40 |
| 06/09/14 | IB | Prepare draft of January 2014 final report (.5); email to S. Marken re: missing information (.1); review response from S. Marken (.1); finalize report (.2). | 0.90 | 434.00 | 390.60 |
| 06/09/14 | GEG | Email correspondence with M. Hausman (Conway) regarding resolution comments for Conway's January invoice and status of | 0.80 | 347.00 | 277.60 |

## Shaw Fishman Glantz & Towbin LLC

| | | | | |
|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | June 30, 2014 |
| I.D. 10661-001 - RMF | | | | Invoice 14951 |
| Re: Chapter 9 case | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Conway response to Fee Examiner's February Preliminary Report (.2); review Conway's responses to February Preliminary Report and M. McMickle proposed resolution comments (.5); email correspondence with R. Fishman regarding proposed resolution of Conway February Preliminary Report (.1) | | | |
| 06/09/14 | PJR | Exchange e-mails with M. McMickle regarding EY March invoice (.1); brief review of draft report spreadsheet on same (.2). | 0.30 | 419.00 | 125.70 |
| 06/10/14 | IB | Email with M. Wilkins re: February 2104 Preliminary Report. | 0.10 | 434.00 | 43.40 |
| 06/10/14 | IB | Review Denton's response to February 2014 Preliminary Report. | 0.40 | 434.00 | 173.60 |
| 06/10/14 | IB | Review Brooks Wilkins response to February 2014 Preliminary Report. | 0.20 | 434.00 | 86.80 |
| 06/10/14 | IB | Review Brooks Wilkins response to January 2014 Preliminary Report. | 0.20 | 434.00 | 86.80 |
| 06/10/14 | PJR | Brief review of EY corrected invoices for 3Q 2013 and related issues (.4); exchange emails with W. Flick on same (.2); exchange emails with M. McMickle on same (.3). | 0.90 | 419.00 | 377.10 |
| 06/10/14 | DRD | Prepare insert for Brooks Wilkins final report for January 2014. | 1.00 | 267.00 | 267.00 |
| 06/11/14 | IB | Email to J. Budin re: Milliman January 2014 final report insert. | 0.10 | 434.00 | 43.40 |
| 06/11/14 | MSR | Work through resolution comments for Pepper Hamilton's invoices. | 0.70 | 267.00 | 186.90 |
| 06/11/14 | GEG | Office conference with R. Fishman regarding status of Conway February resolution discussions | 0.10 | 347.00 | 34.70 |
| 06/11/14 | DRD | Prepare final reports for Brooks Wilkins, Dentons and Jones Day for January 2014 (3.1) and communicate with S. Alberts and J. Castillo (Dentons) regarding Dentons January 2014 invoice (.2). | 3.30 | 267.00 | 881.10 |
| 06/13/14 | IB | Prepare for (.3) and phone conference with M. Wilkins (.3) re: resolution discussions on January and February Brooks Wilkins Preliminary Reports. | 0.60 | 434.00 | 260.40 |
| 06/13/14 | AH | Begin reviewing March Invoice of Miller Canfield. | 2.30 | 248.00 | 570.40 |
| 06/13/14 | GEG | Email correspondence with R. Fishman regarding approval of resolution comments for Conway February invoice | 0.10 | 347.00 | 34.70 |
| 06/16/14 | PJR | Review KCC response to February Preliminary Report. | 0.10 | 419.00 | 41.90 |
| 06/16/14 | DRD | Draft and revise January 2014 final report inserts for Jones Day (1.1); Dentons (.8); Brooks Wilkins (.3); and Lazard (.3). | 2.50 | 267.00 | 667.50 |
| 06/17/14 | IB | Review and revise Brooks Wilkins January 2014 final report insert. | 0.10 | 434.00 | 43.40 |
| 06/17/14 | IB | Review and revise Dentons December 2013 final report insert. | 0.20 | 434.00 | 86.80 |
| 06/17/14 | IB | Review Dentons response to January 2014 Preliminary Report (.3); revise draft of final report insert (.1) | 0.40 | 434.00 | 173.60 |
| 06/17/14 | AH | Complete review of Miller Canfield March invoice and draft review comments (3.6); draft resolution comments for Miller Canfield's February Invoice (.7) | 4.30 | 248.00 | 1,066.40 |
| 06/17/14 | PJR | Review US Bank task categories and related email from R. Fishman. | 0.10 | 419.00 | 41.90 |
| 06/17/14 | PJR | Brief review of EY responses to February report (.2); exchange e- | 0.40 | 419.00 | 167.60 |

## Shaw Fishman Glantz & Towbin LLC

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | | June 30, 2014 |
| I.D. 10661-001 - RMF | | | | | Invoice 14951 |
| Re: Chapter 9 case | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | mails with W. Flick on same (.1); email to M. McMickle on same (.1). | | | |
| 06/17/14 | PJR | Exchange emails with R. Fishman regarding Kapila invoice. | 0.10 | 419.00 | 41.90 |
| 06/17/14 | DRD | Review and revise final report insert for Dentons January 2014 invoice based on edits by I. Bodenstein (.4) and communications with R. Fishman regarding same (.1). | 0.50 | 267.00 | 133.50 |
| 06/18/14 | IB | Revise A. Hudson draft of Milliman March 2014 Preliminary Report and send to R. Fishman. | 0.20 | 434.00 | 86.80 |
| 06/18/14 | IB | Revise A. Hudson draft of Kilpatrick March 2014 Preliminary Report and send to R. Fishman. | 0.30 | 434.00 | 130.20 |
| 06/18/14 | AH | Review professional invoices and draft March Preliminary Reports. | 2.10 | 248.00 | 520.80 |
| 06/18/14 | PJR | Exchange emails with M. McMickle regarding EY February responses (.1); review spreadsheet on same (.2). | 0.30 | 419.00 | 125.70 |
| 06/18/14 | GEG | Review email and revised January invoice from M. Hausman of Conway MacKenzie (.1); email correspondence with R. Fishman regarding approval of Conway MacKenzie February invoice resolution comments (.1); email correspondence with A. Hudson regarding review of Miller Canfield revised January invoice and preparation of Final Monthly Report excerpt (.1) | 0.30 | 347.00 | 104.10 |
| 06/19/14 | IB | Review revised invoice for February 2014 from Kilpatrick which incorporates requested information from Preliminary Report. | 0.20 | 434.00 | 86.80 |
| 06/19/14 | MSR | Review March monthly invoices for Pepper Hamilton and Ottenwess. | 3.90 | 267.00 | 1,041.30 |
| 06/19/14 | GEG | Review email from M. McMickle regarding review of Conway revised January invoice (.1); email to M. Hausman regarding approval of revised January invoice (.1); email correspondence with R. Fishman and M. Hausman (Conway) regarding February resolution discussions (.2); review email from Jeff Ellman (Jones Day) and City verifications for February invoices of Conway, Miller Canfield and Pepper Hamilton (.1) | 0.50 | 347.00 | 173.50 |
| 06/20/14 | MSR | Draft Final Monthly Report inserts for January and February. | 1.20 | 267.00 | 320.40 |
| 06/20/14 | MSR | Review March invoices for Pepper Hamilton and Foley. | 3.30 | 267.00 | 881.10 |
| 06/23/14 | IB | Review second revised January and February 2014 invoices from Kilpatrick for Final Report inserts. | 0.30 | 434.00 | 130.20 |
| 06/23/14 | AH | Drafting final reports for January monthly invoices (1.0), correspondence with Professionals for Segal, Kilpatrick, Miller Canfield and Milliman re revising previously submitted revised invoices (.4) and reviewing revised invoices (.6). | 2.00 | 248.00 | 496.00 |
| 06/23/14 | PJR | Review email from JJ Chang re Dykema April invoice. | 0.10 | 419.00 | 41.90 |
| 06/23/14 | PJR | Review email exchanges with Segal regarding February invoice (.2); exchange emails with A. Hudson on same (.1). | 0.30 | 419.00 | 125.70 |
| 06/24/14 | PJR | Review email from S. Toby regarding Dykema bond engagement and related issues. | 0.10 | 419.00 | 41.90 |
| 06/24/14 | PJR | Review May invoices of Fee Examiner parties (.3); draft and edit | 0.90 | 419.00 | 377.10 |

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

June 30, 2014  
Invoice 14951

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | notice of Fee Examiner Monthly Invoice for May (.5); confer with R. Fishman regarding April invoices (.1). | | | |
| 06/24/14 | DRD | Prepare Preliminary Report for Jones Day (3.2); begin review of Dentons invoice for March 2014 (2.5). | 5.70 | 267.00 | 1,521.90 |
| 06/24/14 | GEG | Review R. Fishman email transmitting March Preliminary Report to Miller Canfield. | 0.10 | 347.00 | 34.70 |
| 06/25/14 | IB | Review Bodman (.3) and Waller (.5) draft invoices; meet with R. Fishman re: review of invoices under Fee Review Order (.1) | 0.90 | 434.00 | 390.60 |
| 06/26/14 | IB | Review Milliman response to March 2014 Preliminary Report | 0.10 | 434.00 | 43.40 |
| 06/26/14 | PJR | Review April invoices for Fee Examiner parties (.3); draft and edit notice of Fee Examiner monthly invoice for April (.4); edits to Fee Examiner monthly invoice for May (.2). | 0.90 | 419.00 | 377.10 |
| 06/26/14 | DRD | Review Brooks Wilkins March 2014 invoice (.8); review Jones Day March 2014 invoice (1.7). | 2.50 | 267.00 | 667.50 |
| 06/27/14 | IB | Review Dentons March 2014 spreadsheets for Preliminary Report. | 0.50 | 434.00 | 217.00 |
| 06/27/14 | IB | Review Brooks Wilkins March 2014 spreadsheet for Preliminary Report. | 0.30 | 434.00 | 130.20 |
| 06/27/14 | IB | Review and approve Kilpatrick January and February 2014 Final Report inserts from A. Hudson. | 0.10 | 434.00 | 43.40 |
| 06/27/14 | AH | Review Segal March invoice and February response to Preliminary Report (.3); discussion with P. Roberts re same (.2); draft and revise Segal March Preliminary Report (.4). | 0.90 | 248.00 | 223.20 |
| 06/27/14 | MSR | Review March invoices for Ottenwess. | 0.60 | 267.00 | 160.20 |
| 06/27/14 | DRD | Draft March 2014 Preliminary Reports for Brooks Wilkins (.7), Dentons (.8), Lazard (.5), and Jones Day (.4); continue to review Jones Day invoice for March 2014 (1.3). | 3.70 | 267.00 | 987.90 |
| 06/27/14 | PJR | Review Segal response regarding February Preliminary Report (.2); review Segal March invoice (.2); confer with A. Hudson on same (.2); review draft Segal Preliminary Report and exchange emails with A. Hudson on same (.3). | 0.90 | 419.00 | 377.10 |
| 06/30/14 | PJR | Review and analysis of EY March invoice. | 3.90 | 419.00 | 1,634.10 |
| 06/30/14 | PJR | Exchange emails with M. McMickle regarding Dykema March invoice. | 0.20 | 419.00 | 83.80 |
| 06/30/14 | PJR | Review email from S. Wohl regarding March Preliminary Report. | 0.10 | 419.00 | 41.90 |
| 06/30/14 | PJR | Review March Preliminary Report on Foley. | 0.10 | 419.00 | 41.90 |
| 06/30/14 | GEG | Review R. Fishman email transmitting March Preliminary Report to Pepper Hamilton. | 0.10 | 347.00 | 34.70 |
| | | **Total Fees** | **71.00** | | **22,786.20** |

### Disbursements

| Date | Description | Amount |
|---|---|---|
| 06/30/14 | Pacer Research; Pacer Research (PJR) | 10.00 |

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

June 30, 2014  
Invoice 14951

| Date | Description | Amount |
|------|-------------|--------|
|      | Total Disbursements | 10.00 |
|      |  |  |
|      | **Total Fees and Disbursements** | 22,796.20 |
|      | **Total Current Charges** | 22,796.20 |
|      | Balance Forward | 138,141.56 |
|      | **Total Amount Due** | 160,937.76 |

# EXHIBIT C



# Kapila/Mukamal
CPAs, Forensic and Insolvency Advisors

**CITY OF DETROIT, MICHIGAN**
**Client ID: 90000**
**Invoice #180 - 06/30/14**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| JOSEPH GILLIS - Senior Consultant, CPA* | 22.80 | 272.00 | 6,201.60 |
| SONEET RAVI KAPILA - Partner, CPA*, CFF, CIRA, CFE | 0.40 | 450.00 | 180.00 |
| MARY MCMICKLE - Partner, CPA*, CIRA | 17.00 | 342.00 | 5,814.00 |
| MARK PARISI - Forensic Analyst CPA*, CFE, | 29.70 | 156.00 | 4,633.20 |
| TOTAL | 69.90 | | $16,828.80 |
| | **BLENDED RATE** | **$240.76** | |
| | TOTAL EXPENSES | | 3.00 |
| TOTAL AMOUNT OF THIS INVOICE | | | $16,831.80 |

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011   F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771   F 786-517.5772



**Kapila/Mukamal**

CPAs, Forensic and Insolvency Advisors

1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilamukamal.com
EIN #46-5394135

CITY OF DETROIT, MICHIGAN
C/O ROBERT M. FISHMAN, FEE EXAMINER
SHAW FISHMAN GLANTZ AND TOWBIN
321 N. CLARK ST., SUITE 800
CHICAGO, IL 60654

Invoice: 180
06/30/2014
Client ID: 90000

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| BUSINESS ANALYSIS (BANKRUPTCY) | | | | |
| 06/02/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE SEGAL APRIL 2014 INVOICE. | 1.20 | 187.20 |
| 06/02/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE MILLIMAN MARCH 2014 INVOICE. | 0.80 | 124.80 |
| 06/02/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE MILLIMAN APRIL 2014 INVOICE. | 0.70 | 109.20 |
| 06/02/2014 | MCP | BEGIN TO FORMAT, EXTRACT, AND SUMMARIZE PEPPER HAMILTON APRIL INVOICE. | 1.10 | 171.60 |
| 06/02/2014 | MMM | TRACK RECEIPT AND PRELIMINARY REVIEW OF MULTIPLE INVOICES FOR MARCH AND APRIL. | 0.40 | 136.80 |
| 06/02/2014 | JEG | CONWAY MACKENZIE MARCH 2014 INVOICE REVIEW: CONTINUE CHECKING FOR INCONSISTENT TIME ENTRIES. | 2.50 | 680.00 |
| 06/02/2014 | JEG | CONWAY MACKENZIE MARCH 2014 INVOICE REVIEW: SUMMARIZE RESULTS OF MARCH INVOICE REVIEW FOR DISCUSSION WITH M.MCMICKLE. | 0.60 | 163.20 |
| 06/03/2014 | MCP | COMPLETE FORMATTING AND EXTRACTING PEPPER HAMILTON APRIL 2014 INVOICE. | 0.60 | 93.60 |
| 06/03/2014 | MCP | REFORMAT ERNST AND YOUNG JANUARY INVOICE. | 0.40 | 62.40 |
| 06/03/2014 | MMM | REVIEW ERNST & YOUNG RESPONSES TO FEE EXAMINER COMMENTS FOR ADEQUACY AND COMPLETENESS RE: JANUARY INVOICE. | 1.20 | 410.40 |
| 06/03/2014 | MMM | DRAFT EMAIL TO P. ROBERTS SUMMARIZING REVIEW OF ERNST & YOUNG RESPONSES AND IDENTIFYING EXCEPTIONS. | 0.30 | 102.60 |
| 06/03/2014 | MMM | REVIEW AND TRANSMIT MARCH SPREADSHEET FOR MILLIMAN TO REVIEW TEAM. | 0.10 | 34.20 |
| 06/03/2014 | JEG | ERNST & YOUNG MARCH INVOICE REVIEW: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 3.30 | 897.60 |
| 06/03/2014 | JEG | ERNST & YOUNG MARCH INVOICE REVIEW: CHECK FOR INSUFFICIENT DESCRIPTON AND DUPLICATE OR REPETITIVE TIME ENTRIES. | 1.00 | 272.00 |
| 06/03/2014 | JEG | ERNST & YOUNG MARCH INVOICE REVIEW: CHECK FOR INCONSISTENT TIME ENTRIES RELATED TO MEETINGS AND TELEPHONE CONFERENCES. | 0.20 | 54.40 |
| 06/04/2014 | MCP | TROUBLESHOOT JONES DAY COMPRESSED PDF INVOICE AND | 6.20 | 967.20 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | RESOLVE ISSUES WITH CHARACTER LIMITS (1.7), EXTRACT, FORMAT AND SUMMARIZE JONES DAY APRIL 2014 INVOICE (3.4). RECALCULATE HOURS IN DESCRIPTION AND COMPARE TO AMOUNT BILLED (1.1) | | |
| 06/04/2014 | JEG | ERNST & YOUNG MARCH INVOICE REVIEW: CONTINUE CHECKING FOR INCONSISTENT TIME ENTRIES. | 1.40 | 380.80 |
| 06/04/2014 | JEG | ERNST & YOUNG MARCH 2014 INVOICE REVIEW: SUMMARIZE RESULTS OF MARCH INVOICE REVIEW FOR DISCUSSION WITH M.MCMICKLE. | 0.40 | 108.80 |
| 06/05/2014 | MMM | REVIEW CONWAY MACKENZIE MARCH INVOICE AND PROVIDE ADDITIONAL COMMENTS PURSUANT TO THE FEE REVIEW ORDER. | 3.40 | 1,162.80 |
| 06/06/2014 | JEG | CONWAY MACKENZIE MARCH INVOICE REVIEW: CONFERENCE WITH M.MCMICKLE TO ANSWER QUESTIONS RE: MARCH INVOICE REVIEW. | 0.10 | 27.20 |
| 06/06/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE BROOKS WILKINS MAY 2014 INVOICE. | 1.40 | 218.40 |
| 06/06/2014 | MCP | REFORMAT CONWAY MACKENZIE MARCH 2014 INVOICE | 0.40 | 62.40 |
| 06/06/2014 | MMM | PREPARE ANALYSIS OF GLOBAL ALLOCATION OF CONWAY MACKENZIE PROFESSIONAL FEES BETWEEN JUNIOR AND SENIOR PROFESSIONALS IN CONNECTION WITH REVIEW OF MARCH INVOICE. | 0.30 | 102.60 |
| 06/06/2014 | MMM | REVIEW MARCH EXPENSES SUBMITTED BY CONWAY MACKENZIE. | 0.30 | 102.60 |
| 06/06/2014 | MMM | TELEPHONE CONFERENCE WITH J. GILLIS RE: DISCUSS AND RESOLVE ITEMS FLAGGED AS IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES RE: CONWAY MACKENZIE MARCH INVOICE REVIEW. | 0.10 | 34.20 |
| 06/06/2014 | MMM | DRAFT EMAIL TO G. GOUVEIA WITH SUMMARY ASSESSMENT OF CONWAY MACKENZIE'S MARCH INVOICE REVEW. | 0.30 | 102.60 |
| 06/06/2014 | MMM | REVIEW ERNST & YOUNG'S MARCH INVOICE AND PROVIDE ADDITIONAL COMMENTS TO SPREADSHEET. | 3.10 | 1,060.20 |
| 06/09/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE DYKEMA MARCH 2014 INVOICE. | 1.10 | 171.60 |
| 06/09/2014 | MCP | REFORMAT ERNST AND YOUNG MARCH INVOICE. | 0.40 | 62.40 |
| 06/09/2014 | MMM | PREPARE SPREADSHEET ANALYZING GLOBAL ALLOCATION OF ERNST & YOUNG PROFESSIONAL FEES BETWEEN SENIOR AND JUNIOR PROFESSIONALS FOR MARCH INVOICE. | 0.30 | 102.60 |
| 06/09/2014 | MMM | FINAL REVIEW OF ERNST & YOUNG MARCH INVOICE AND COMMENTS MADE ON SPREADSHEET. | 0.40 | 136.80 |
| 06/09/2014 | MMM | DRAFT EMAIL TO P. ROBERTS SUMMARIZING REVIEW OF ERNST & YOUNG MARCH INVOICE. | 0.40 | 136.80 |
| 06/09/2014 | MMM | REVIEW CONWAY MACKENZIE RESPONSES TO FEE REVIEWER'S COMMENTS FOR FEBRUARY FOR ADEQUACY AND COMPLETENESS. | 1.30 | 444.60 |
| 06/10/2014 | MMM | REVIEW ERNST & YOUNG REVISED JULY AND SEPTEMBER INVOICES AND CONFIRM FEE REVIEWER COMMENTS AND DUPLICATE EXPENSES WERE ADDRESSED. | 0.50 | 171.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/16/2014 | SRK | REVIEW LAZARD JANUARY 2014 FINAL REPORT AND RESPOND TO FEE EXAMINER | 0.20 | 90.00 |
| 06/16/2014 | MMM | TRACK RECEIPT OF OTTENWESS AND BROOKS WILKINS INVOICES. | 0.10 | 34.20 |
| 06/17/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE OTTENWESS MAY 2014 INVOICE. | 0.40 | 62.40 |
| 06/18/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE MILLER CANFIELD APRIL 2014 INVOICE. | 1.60 | 249.60 |
| 06/18/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE KILPATRICK APRIL 2014 INVOICE. | 0.40 | 62.40 |
| 06/18/2014 | JEG | CONWAY MACKENZIE APRIL 2014 INVOICE REVIEW: COMPARE APRIL INVOICE SUMMARY TO PRIOR MONTHS FOR CONSISTENCY. | 0.10 | 27.20 |
| 06/18/2014 | JEG | CONWAY MACKENZIE APRIL 2014 INVOICE REVIEW: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 1.10 | 299.20 |
| 06/18/2014 | JEG | CONWAY MACKENZIE APRIL 2014 INVOICE REVIEW: CHECK FOR INSUFFICIENT DESCRIPTION AND DUPLICATE AND REPETITIVE TIME ENTRIES. | 1.90 | 516.80 |
| 06/19/2014 | MMM | REVIEW CONWAY MACKENZIE'S RESPONSES TO FEE EXAMINERS' COMMENTS FOR FEBRUARY INVOICE FOR ADEQUACY AND COMPLETENESS. | 1.10 | 376.20 |
| 06/19/2014 | MMM | REVIEW REVISED INVOICE SUBMITTED BY CONWAY MACKENZIE FOR JANUARY AND CONFIRM ALL ADJUSTMENTS FOR FEE EXAMINER COMMENTS WERE PROPERLY MADE. | 0.30 | 102.60 |
| 06/19/2014 | MMM | TRACK RECEIPT OF ERNST & YOUNG AND MILLER CANFIELD INVOICES. | 0.10 | 34.20 |
| 06/19/2014 | JEG | CONWAY MACKENZIE APRIL 2014 INVOICE REVIEW: CHECK FOR INCONSISTENT TIME ENTRIES. | 3.40 | 924.80 |
| 06/20/2014 | MCP | EXTRACT, FORMAT, SUMMARIZE ERNST AND YOUNG APRIL 2014. | 2.80 | 436.80 |
| 06/25/2014 | MCP | REVIEW APRIL 2014 SPREADSHEETS FOR PROPER AND CONSISTENT FORMATTING | 1.10 | 171.60 |
| 06/25/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE BROOKS WILKINS APRIL 2014 REVISED INVOICE. | 0.60 | 93.60 |
| 06/25/2014 | MMM | REVIEW TWELVE APRIL SPREADSHEETS PRIOR TO TRANSMITTING TO FEE EXAMINER REVIEW TEAMS (1.2); DRAFT EMAIL WITH REVIEW COMMENTS TO STAFF CONSULTANT(.1). | 1.30 | 444.60 |
| 06/25/2014 | MMM | TRANSMIT TWELVE SPREADSHEETS TO FEE EXAMINER REVIEW TEAMS. | 0.40 | 136.80 |
| 06/25/2014 | JEG | CONWAY MACKENZIE APRIL 2014 INVOICE REVIEW: CONTINUE CHECKING FOR INCONSISTENT TIME ENTRIES. | 2.80 | 761.60 |
| 06/25/2014 | JEG | CONWAY MACKENZIE APRIL 2014 INVOICE REVIEW: PREPARE SUMMARY OF REVIEW RESULTS FOR DISCUSSION WITH M.MCMICKLE. | 0.50 | 136.00 |
| 06/26/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE DYKEMA REVISED APRIL 2014 INVOICE. | 0.90 | 140.40 |
| 06/26/2014 | MMM | REVIEW DYKEMA SPREADSHEET FOR APRIL PRIOR TO TRANSMITTING TO FEE EXAMINER REVIEW TEAM. | 0.10 | 34.20 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 06/26/2014 | JEG | ERNST & YOUNG APRIL INVOICE REVIEW: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 0.70 | 190.40 |
| 06/26/2014 | JEG | ERNST & YOUNG APRIL INVOICE REVIEW: CHECK FOR INSUFFICIENT DESCRIPTION AND DUPLICATE OR REPETITIVE ENTRIES. | 0.80 | 217.60 |
| 06/26/2014 | JEG | ERNST & YOUNG APRIL INVOICE REVIEW: CHECK FOR INCONSISTENT TIME ENTRIES. | 2.00 | 544.00 |
| 06/30/2014 | SRK | REVIEW NUMEROUS E-MAILS FROM FEE EXAMINER TRANSMITTING MARCH PRELIMINARY REPORTS | 0.20 | 90.00 |
| 06/30/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE MILLIMAN MAY 2014 INVOICE. | 0.80 | 124.80 |
| 06/30/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE GLC ADVISORS APRIL 2014 INVOICE | 1.00 | 156.00 |
| 06/30/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE WALLER LANDSEN APRIL 2014 WATER AND SEWER INVOICES. | 5.40 | 842.40 |
| 06/30/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE JOHN S YOUNG APRIL 2014 INVOICE. | 0.40 | 62.40 |
| 06/30/2014 | MMM | TRACK RECEIPT OF MULTIPLE MAY INVOICES. | 0.60 | 205.20 |
| 06/30/2014 | MMM | TRACK RECEIPT AND PRELIMINARY REVIEW OF INVOICES FOR NEW PROFESSIONALS (.4); DRAFT EMAIL TO STAFF WITH SPECIFIC INSTRUCTIONS TO PREPARE INITIAL SPREADSHEETS FOR EACH (.2). | 0.60 | 205.20 |
| | | | | 16,828.80 |

**EXPENSES**

| Date | Initials | Description | Amount |
|---|---|---|---:|
| 06/30/2014 | EXP | PRINTED COPY CHARGE JUNE 2014 | 3.00 |
| | | | 3.00 |

Total amount of this invoice    $16,831.80

Invoice payable upon receipt. Thank you for this opportunity to be of service.