# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |

**MICHIGAN COUNCIL 25 OF THE AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL-CIO AND SUB-CHAPTER 98, CITY OF DETROIT RETIREES' S RESPONSE REGARDING THE DETROIT RETIREMENT SYSTEMS' STATEMENT OF RESERVATION OF RIGHTS WITH RESPECT TO THE SIXTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

The Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees (collectively, "**AFSCME**"), through its counsel, files this response regarding *The Detroit Retirement Systems' Statement of Reservation of Rights With Respect to the Sixth Amended Plan for the Adjustment of Debts of the City of Detroit* [Docket No. 7052] (the "**GRS Reservation of Rights**") and respectfully states as follows:

# RESPONSE

1. The GRS Reservation of Rights references certain ongoing negotiations (the "**Ongoing Negotiations**") regarding the terms of the GRS Pension Restoration,[1] the Restoration Trust Agreement, and the State Contribution Agreement, among other things.

2. As the Court is aware, Classes 10, 11 and 12 voted in favor of the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit, dated May 5, 2014 [Docket No. 4392] (the "**Fourth Amended Plan**"). To the extent that the Ongoing Negotiations result in modifications to the treatment under Classes 10, 11 or 12 of the Fourth Amended Plan as voted on, AFSCME reserves the right to review that treatment and to determine whether or not the modifications impair the rights of AFSCME current or retired employees.

3. Additionally, AFSCME reserves the right to object to any further amendments and supplements to or versions of the Plan as well as any freestanding motions to the extent impacting the treatment of AFSCME current or retired employees.

Dated: August 26, 2014

                                              **LOWENSTEIN SANDLER LLP**
                                              By: /s/ *Sharon L. Levine*

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Sixth Amended Plan for the Adjustment of Debts of the City of Detroit, dated August 20, 2014 [Docket No. 6908].

Sharon L. Levine, Esq.
Philip J. Gross, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-6247 (Facsimile)
slevine@lowenstein.com
pgross@lowenstein.com

-and-

Herbert A. Sanders, Esq.
THE SANDERS LAW FIRM PC
615 Griswold St., Suite 913
Detroit, MI 48226
(313) 962-0099 (Telephone)
(313) 962-0044 (Facsimile)
hsanders@miafscme.org

-and-

Richard G. Mack, Jr., Esq.
MILLER COHEN PLC
600 West Lafayette Boulevard
4th Floor
Detroit, MI 48226-3191
(313) 566-4787 (Telephone)
(313) 964-4490 (Facsimile)
richardmack@millercohen.com

*Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 9 |
|  | ) |  |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
|  | ) |  |
| Debtor. | ) | Hon. Steven W. Rhodes |
|  | ) |  |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 26, 2014, the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated: August 26, 2014

*/s/ Philip J. Gross*
Philip J. Gross
**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
pgross@lowenstein.com