UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,   Chapter 9
                             Case No. 13-53846-SWR
    Debtor.                  Hon. Steven W. Rhodes

_____

**NOTICE OF WITHDRAWAL OF STIPULATION FOR
ENTRY OF AN ORDER CONCERNING INTERVENOR PARTY**

**PLEASE TAKE NOTICE** that the Stipulation for Entry of an Order Concerning Intervenor Party filed August 22, 2014, Docket No. 7005, is hereby withdrawn.

/S/Deborah L. Fish
Deborah L Fish
ALLARD & FISH, P.C.
2600 Buhl Building
535 Griswold
Detroit, MI 48226
Tel.: (313) 961-6141
dfish@allardfishpc.com
P36580

and

Thomas Moers Mayer
E-mail: tmayer@kramerlevin.com
Jonathan M. Wagner
E-mail: jwagner@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Tel: 212/715-9169

*Counsel for BlueMountain Capital Management, LLC, on behalf of funds and accounts managed by it*

Dated:  Detroit, Michigan
        August 26, 2014

z:\13\079\plds\withrawal.stip bluemountain_invalidity_substitution.docx