UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| 111 First Street | 211 W. Fort Street | 226 W. Second Street |
|---|---|---|
| Bay City, MI 48708 | 17th Floor | Flint, MI 48502 |
| | Detroit, MI 48226 | |

**Order Party: Name, Address and Telephone Number**

Name _____Courtney Rogers_____

Firm _____Waller Lansden Dortch & Davis, LLP_____

Address __511 Union Street, Suite 2700_____

City, State, Zip __Nashville, TN 37219_____

Phone _____(615) 850-8583_____

Email _____courtney.rogers@wallerlaw.com_____

**Case/Debtor Name: City of Detroit, Michigan**

**Case Number: 13-53846**

**Chapter:** 9

**Hearing Judge: Hon. Steven Rhodes**

**x  Bankruptcy** __Adversary

__Appeal     Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing: 8/25/2014    Time of Hearing: 9:00 a.m. (EST)   Title of Hearing: all Mtns**

Please specify portion of hearing requested:   **X Original/Unredacted**    □ **Redacted**    □ **Copy** (2nd Party)
X   Entire Hearing      □  Ruling/Opinion of Judge      □ Testimony of Witness       □  Other

Special Instructions: _____

**Type of Request:**

**x**  Ordinary Transcript - $3.65 per page (30 calendar days)

□   14-Day Transcript - $4.25 per page (14 calendar days)

□   Expedited Transcript - $4.85 per page (7 working days)

□  CD - $30; FTR Gold format (You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

__/s/ Courtney Rogers     Date: 8/26/2014
By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
                 Date              By

Order Received:

Transcript Ordered

Transcript Received