# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | Hon. Gerald E. Rosen |

## ORDER TO APPEAR FOR CONTINUED MEDIATION ON "COPs" MATTERS

**TO:** The City of Detroit
Syncora Capital Assurance, Inc.
Syncora Guarantee, Inc.
Berkshire Hathaway Reinsurance Group
Wilmington Trust Company, National Association, as successor to U.S.
    Bank National Association, as Trustee and Contract Administrator
Successors-in-interest to EEPK Bank and its affiliates, and the Ad Hoc COP
Holders (Dexia Credit Local, Dexia Holdings, Inc., Norddeutsche Landesbank
Covered Finance Bank, S.A.) (the "Hedge Funds")
Financial Guaranty Insurance Co.

    **IT IS HEREBY ORDERED** that, unless otherwise excused by the mediator, the above-named noticed parties shall appear, with counsel and party-representatives **with full and complete settlement authority**, for continuing mediation on **Wednesday, August 26, 2014, at 10:00 a.m.** in Room 722 of the Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.

    The parties and counsel should be prepared to stay overnight in Detroit for a **continuation of the mediation session** on **Thursday, August 28, 2014** in the event the mediators deem it necessary.

All parties and counsel are reminded that all proceedings, discussions, negotiation, and writings incident to mediation are be privileged and confidential, and are not to be disclosed to any third-parties. *See* August 13, 2013 Mediation Order, Dkt. # 322.

**SO ORDERED.**

s/Gerald E. Rosen
United States District Chief Judge,
Judicial Mediator

Dated: August 26, 2014