UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| 111 First Street | 211 W. Fort Street | 226 W. Second Street |
| --- | --- | --- |
| Bay City, MI 48708 | 17th Floor | Flint, MI 48502 |
| | Detroit, MI 48226 | |

**Order Party: Name, Address and Telephone Number**

| | |
| --- | --- |
| Name | Allan Brilliant |
| Firm | Dechert LLP |
| Address | 1095 Avenue of the Americas |
| City, State, Zip | New York, NY 10036 |
| Phone | 212-649-8736 |
| Email | brett.stone@dechert.com |

**Case/Debtor Name:** City of Detroit

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge Steven Rhodes**

ꘜ **Bankruptcy**  ꘜ Adversary

ꘜ Appeal     Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing: 8/25/2014   Time of Hearing: 9:00am   Title of Hearing: _____**

Please specify portion of hearing requested:   □ **Original/Unredacted**   □ **Redacted**   □ **Copy**
(2nd Party)

ꘜ **Entire Hearing**   ꘜ Ruling/Opinion of Judge   ꘜ Testimony of Witness   ꘜ Other

Special Instructions: _____

**Type of Request:**

ꘜ Ordinary Transcript - $3.65 per page (30 calendar days)

ꘜ 14-Day Transcript - $4.25 per page (14 calendar days)

ꘜ **Expedited Transcript** - $4.85 per page (7 working days)

ꘜ CD - $30; FTR Gold format (You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Allan Brilliant                    Date: 8/26/2014
By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
                    Date        By

Order Received:

Transcript Ordered

Transcript Received