# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

## APPELLANT'S DESIGNATION OF THE CONTENTS OF THE RECORD AND STATEMENT OF ISSUE ON APPEAL

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), appellants Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (together, "Syncora") file this designation of the contents of the record and statement of issue regarding Syncora's August 26, 2014 notice of appeal [Dkt. No. 7080], filed pursuant to Bankruptcy Rule 8001 and 28 U.S.C. § 158(a), from this Court's final order, entered August 25, 2014, denying the motion for clarification of post-confirmation procedures.

## 1. DESIGNATION OF THE CONTENTS OF THE RECORD ON APPEAL

| Item # | Date | Docket Number | Document Title[1] |
|---|---|---|---|
| 1 | 4/18/2014 | 4179 | Transcript Order Form of Hearing on April 17, 2014 |
| 2 | 4/21/2014 | 4209 | Transcript Regarding Hearing Held April 17, 2014 |

---

[1] All documents include exhibits attached thereto.

| 3 | 8/21/2014 | 6908 | Sixth Amended Chapter 9 Plan for the Adjustment of Debts of the City of Detroit |
| 4 | 8/21/2014 | 6946 | Motion for Clarification of Post-Confirmation Procedures |
| 5 | 8/21/2014 | 6947 | *Ex Parte* Motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. for Shortened Notice and Expedited Hearing on Motion for Clarification of Post-Confirmation Procedures |
| 6 | 8/25/2014 | 7023 | Order Denying *Ex Parte* Motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. for Shortened Notice and Expedited Hearing on Motion for Clarification of Post-Confirmation Procedures |

**2.    STATEMENT OF ISSUE ON APPEAL**

Whether the bankruptcy court erred by denying Syncora's motion to clarify that the 14-day automatic stay of Bankruptcy Rule 3020(e) will apply here.

[*The remainder of this page is intentionally left blank.*]

2

Dated: August 26, 2014　　　　　　　　/s/ *Ryan Blaine Bennett*
　　　　　　　　　　　　　　　　　　James H.M. Sprayregen, P.C.
　　　　　　　　　　　　　　　　　　Ryan Blaine Bennett
　　　　　　　　　　　　　　　　　　Stephen C. Hackney
　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　300 North LaSalle
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60654
　　　　　　　　　　　　　　　　　　Telephone: (312) 862-2000
　　　　　　　　　　　　　　　　　　Facsimile: (312) 862-2200

　　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　Stephen M. Gross
　　　　　　　　　　　　　　　　　　David A. Agay
　　　　　　　　　　　　　　　　　　Joshua Gadharf
　　　　　　　　　　　　　　　　　　MCDONALD HOPKINS PLC
　　　　　　　　　　　　　　　　　　39533 Woodward Avenue
　　　　　　　　　　　　　　　　　　Bloomfield Hills, MI 48304
　　　　　　　　　　　　　　　　　　Telephone: (248) 646-5070
　　　　　　　　　　　　　　　　　　Facsimile: (248) 646-5075

　　　　　　　　　　　　　　　　　　*Attorneys for Syncora Guarantee Inc.*
　　　　　　　　　　　　　　　　　　*and Syncora Capital Assurance Inc.*