coming due. The City shall comply with applicable law in levying and collecting ad valorem millage levied to pay all unlimited tax general obligation bonds.

(b)     The City shall certify annually not later than June 30 in each year that it has imposed the debt millage levy as required by and in accordance with Section 2.7(a). Such annual certification shall be in the form attached hereto as Exhibit C and shall be promptly provided to the Bond Insurers.

(c)     The City shall furnish to the Bond Insurers promptly upon request such information reasonably requested by the Bond Insurers to confirm the imposition of the debt millage levy and to monitor collections. The Bond Insurers shall have the right to discuss such information with the City, and the City will use reasonable efforts to explain the collection process to the Bond Insurers, including the allocation methods used for partial property tax payments.

Section 2.8.     <u>Plan Effectiveness and Escrowing of Payments</u>.

(a)     If the Effective Date of the Plan does not occur on or prior to September 30, 2014 for any reason other than proximately by reason of the actions or positions taken by any of the executing Bond Insurers, or their failure to support the Plan as provided in Section 3.1 below, solely in their capacity as the insurers of the Prior UTGO Bonds and not in any other capacity (including, for the avoidance of doubt in their capacity as insurers of any other obligations of the City), the City will pay into an escrow to be established with the current paying agent for the Prior UTGO Bonds the pro rata portion of the October 2014 scheduled interest debt service payment and any pro rata payments of principal and interest due thereafter, which would otherwise be paid on the Restructured UTGO Bonds, as if the transaction contemplated by this Agreement (other than the MFA Bond issuance) had closed. Specifically, and for clarification of the City's obligation under this paragraph, the City will pay into escrow the pro rata portion of scheduled debt service payments on the $287.56 million of Restructured UTGO Bonds due after September 30, 2014 through the Effective Date of the Plan, on the same terms and schedule as set forth in the current documents governing the Prior UTGO Bonds, which, subject to Section 2.8(b) below, such escrowed funds shall be released to the Bond Insurers on the Effective Date of the Plan. Such escrow shall be pursuant to the Settlement Escrow Agreement ("**Settlement Escrow Agreement**") in the form of Exhibit D attached hereto, which will be executed and delivered on the date of the execution and delivery of this Agreement.

(b)     If the Plan is not effective by March 31, 2015, and the Bankruptcy Court has issued an Approval Order (that is not stayed pending appeal) approving the settlement embodied in this Agreement, then on [March 31, 2015] the monies in such escrow will be released to the Bond Insurers, and the City will make all subsequent debt service payments, including the payment due on April 1, 2015, directly to the paying agent for the Prior UTGO Bonds as if the Restructured UTGO Bonds transaction (other than the MFA Bond issuance) had closed. If an Approval Order is entered but is subject to a stay pending appeal, the City shall continue to pay into escrow

13-53846-tsw Doc 7083-3 Filed 08/26/14 Entered 08/26/14 20:22:34 Page 1 of 256
13-53846-swr Doc 7008-3 Filed 08/29/14 Entered 08/29/14 20:22:34 Page 9 of 56
272                                                              783

the scheduled debt service on the Prior UTGO Bonds for so long as such stay remains in effect, and shall release all monies in the escrow accounts as soon as such order is no longer subject to stay.

(c)     If the Plan is not effective by September 30, 2014, then within fifteen (15) days of a request by the Bond Insurers, the City shall file an Approval Motion pursuant to Bankruptcy Rule 9019 with the Bankruptcy Court. The City and the Bond Insurers may mutually make an Approval Motion pursuant to Bankruptcy Rule 9019 at any time upon mutual agreement of the City and the Bond Insurers.

Section 2.9.     <u>Confirmation Order and Findings</u>.  The Plan Confirmation Order shall include provisions substantially in the form of Exhibit E.  Any material modification to such provisions shall be reasonably satisfactory to the Parties.

Section 2.10.     <u>Conditions to Plan Effectiveness.</u>  The Plan shall provide that the effectiveness of the Plan is subject to the following conditions:

(a)     The Michigan Finance Authority board shall have approved the issuance of the MFA Bonds and such bonds shall have been issued; and

(b)     The City shall have obtained all governmental and Emergency Manager consents and approvals required to carry out the terms of this Agreement.

Section 2.11.     <u>Most Favored Nation</u>.  In recognition of the unique features of the UTGO Bonds and in consideration of the settlement, the City agrees that the Bond Insurers will benefit from a "most favored nation" provision consisting of the two fundamental protections below and that such provision will be described in the Plan. Further, the City agrees that, if a class of Impaired Financial Creditors receives treatment other than the current treatment in the *Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 5, 2014)* [Docket No. 4392], such class' treatment in the Plan will include the existence of this "most favored nation" provision.

(a)     <u>Recovery Percentage Projected as of Confirmation Date</u>. Under no circumstances shall the terms of the Plan permit either of the Limited Tax General Obligation Claims or the COP Claims (each as defined in the Plan and collectively, the "**Impaired Financial Creditors**") to recover more on a percentage basis than the UTGO Claims as projected at Plan confirmation.  In determining whether a Class of Impaired Financial Creditors will recover more on a percentage basis than the UTGO Claims as projected at Plan confirmation, the recovery percentage for each of the Impaired Financial Creditors' Claims will be the sum of:

(i)     the percentage that any cash payments and the principal amount of any "hard pay" instrument, combination of instruments or any other evidences of indebtedness or payment obligations of any kind (collectively, the "**Hard Pay Instruments**") provided to such Impaired Financial Creditor Class under the Plan is

13-53846-tjt  Doc 7083-3  Filed 08/26/14  Entered 08/26/14 20:22:25  Page 2 of 256
13-53846-swr  Doc 7083-3  Filed 08/29/14  Entered 08/29/14 23:27:34  Page 2 of 56
272
784

of the aggregate amount of all the Allowed Claims in such Impaired Financial Creditor Class; and

(ii)    the percentage that the reasonably anticipated recovery (as reasonably determined by the City as of Plan confirmation and as disclosed to creditors subject to the Bond Insurers' right to contest such determination as part of the confirmation hearing) on account of any "soft pay", contingent, or similar type of instrument, combination of instruments or any other evidences of indebtedness, contracts or settlements creating payment obligations of any kind including, without limitation, payment obligations relating to a sale, lease, privatization, public private partnership or similar arrangement or the value of any assets projected to be distributed or promised revenue streams or recoveries of any kind (collectively, the "**Soft Pay Instruments**" and together with the Hard Pay Instruments, the "**Plan Instruments**") provided to such Impaired Financial Creditor Class under the Plan is of the aggregate amount of all the Allowed Claims in such Impaired Financial Creditor Class.

(b)    <u>Actual Recovery Percentage Post-Confirmation</u>.  In the event the actual recovery percentage of any Impaired Financial Creditor Class on the aggregate Plan Instruments provided to such Impaired Financial Creditor's Class would result in such Class receiving 69.5% or more of the aggregate amount of all the Allowed Claims in any such Class (the "**Trigger Event**"), then payments that contribute to the Impaired Financial Creditor Class receiving a recovery over 69.5% (the "**Trigger Payments**") shall be made under such Plan Instruments to the Bond Insurers ("**Top-Off Payments**") on account of the Bond Insurer Claims in amounts equal to the following:

(i)    the amount of the Trigger Payment, multiplied by

(ii)    the quotient of

(A)    $100.5 million, divided by

(B)    the sum of (x) 30.5% of the aggregate amount of all the Allowed Claims in the particular Impaired Financial Creditor Class, and (y) $100.5 million.

For purposes of this sub-section, all actual recoveries for Impaired Financial Creditor Classes shall be determined by discounting the payments using a 5% discount rate back to the date of Plan confirmation.  Amounts payable to the Bond Insurers pursuant to the provisions of this Section 2.11 will be allocated to the Bond Insurers as set forth on Schedule 2 attached hereto.

(c)    <u>Reporting</u>.  The City shall deliver to the Bond Insurers:

(i)    promptly after the first payment is made thereunder, a written notice of any payment under any Soft Pay Plan Instrument benefiting any Impaired Financial Creditor Class, including the amount and date of such payment;

13-53846-tjt  Doc 7083-3  Filed 08/26/14  Entered 08/26/14 20:22:25  Page 3 of 256
13-53846-swr  Doc 8908-3  Filed 09/20/14  Entered 03/20/14 23:27:34  Page 9 of 95    785
272

(ii)     on each January 15 of every year beginning in the year after the first payment is made on any Soft Pay Plan Instrument benefiting any Impaired Financial Creditor Class and until the maturity date of the Soft Pay Instrument, a written report calculating the aggregate recovery percentage of each Impaired Financial Creditor Class;

(iii)     after any Impaired Financial Creditor Class achieves a recovery percentage on the aggregate amount of all the Allowed Claims in such class equal to or greater than 60%, on each January 15 and July 15, a written report calculating the aggregate recovery percentage of each Impaired Financial Creditor Class;

(iv)     after a Trigger Event occurs, a written report on each date that a payment is made under any Plan Instruments held by or benefiting an Impaired Financial Creditor Class that explains the calculation for the Trigger Payment and the Top-Off Payment and demonstrates compliance with the terms of this Agreement; and

(v)     written notice in the event any Impaired Financial Creditor challenges or disagrees in any manner with the determination of any payments related to a Trigger Payment.

The City official executing any written notice or written report described above will respond within a reasonable time to written inquiries from any Bond Insurer regarding such notice or report.  In the event any Bond Insurer or Insurers make a written request to meet with such City official, such City Official will meet within a reasonable time period with such Bond Insurer or Insurers to answer their reasonable questions regarding any such notice or report.

(d)     Dispute Resolution.  In the event any of the Bond Insurers provides a written notice to the City articulating disagreement with the City's determination of whether a Trigger Event has occurred or with the amount of shared payments after a Trigger Event pursuant to subsection 2.11(c)(iv), the City will notify all Bond Insurers and meet with the Bond Insurers within 15 business days of such written notice.  At the meeting the Parties will attempt in good faith to resolve the differences.  If the Parties are unable to reach a resolution of the differences the Bond Insurers will have the right to bring an enforcement action in the Bankruptcy Court.

Section 2.12.  Legal Opinions.

Bond counsel will provide at closing customary legal opinions relating to the validity, priority and enforceability of any MFA transaction in form and substance reasonably satisfactory to the Bond Insurers; such opinions to include standard bankruptcy opinion exceptions. Bond counsel will also provide a customary opinion in form and substance reasonably satisfactory to the Bond Insurers, on the exemption of interest from Federal and State taxation of the MFA Bonds and the Municipal Obligation.

13-53846-tjwr Doc 7083-3 Filed 08/26/14 Entered 08/26/14 23:27:34 Page 4 of 256
13-53846-swr Doc 7083-3 Filed 08/26/14 Entered 08/26/14 20:20:25 Page 4 of 256   786
272

No opinion will be provided with respect to any aspect of any lien on the UTGO Bond Tax Levy.

Section 2.13. <u>Stay of Litigation, Proofs of Claim</u>.

(a) The Assured/NPFG Action and Ambac Action (the "**<u>UTGO Litigation</u>**") as it relates to the Prior UTGO Bonds shall be stayed pending the issuance of an Approval Order or Plan Confirmation Order and the occurrence of the Effective Date, whereupon the Parties shall ask the Bankruptcy Court to dismiss the UTGO Litigation without prejudice until the Approval Order or the Plan Confirmation Order, as applicable, is a Final Order, when such dismissal shall be deemed to be with prejudice.

(b) As soon as practicable subsequent to the execution and delivery of this Agreement by each of the Parties, but in no event later than five (5) business days subsequent thereto, the Parties shall take any and all action as is appropriate to (i) stay the UTGO Litigation as provided in subsection (a) above, (ii) maintain the status quo of the Parties in the UTGO Litigation as of the execution of this Agreement, and (iii) ensure that no action (including separate litigation and any objection to proofs of claim filed by the Bond Insurers relating to the Prior UTGO Bonds) is undertaken or commenced inconsistent with seeking a stay of and maintaining the status quo of the UTGO Litigation; <u>provided</u>, <u>however</u>, that any such stay shall terminate on the first (1st) business day following termination of this Agreement.

(c) In the event (i) an Approval Motion is made by the City and denied by the Bankruptcy Court, (ii) an Approval Order is issued but is not consistent with this Agreement in any material respect or is overturned on appeal, (iii) a Plan consistent with this Agreement in all material respects is not confirmed by the Bankruptcy Court other than changes regarding payments relating to the Stub UTGO Bonds, or (iv) a Plan Confirmation Order is entered by the Bankruptcy Court but is not consistent in all material respects with this Agreement, or is overturned on appeal, then any Party (including one or more of the Bond Insurers as to such Bond Insurer or Bond Insurers) may resume the UTGO Litigation and terminate this Agreement as to such Party by written notice to the Parties.

(d) The Bond Insurers agree that all proofs of claims filed by any of them with respect to Prior UTGO Bonds shall be deemed resolved and fully satisfied by approval of this Agreement in the Plan Confirmation Order, which is a Final Order or an Approval Order, which is a Final Order, as applicable.

Section 2.14. <u>Additional Covenants</u>.

(a) <u>City Will Not Contest</u>. The City shall not contest the validity or enforceability of any of the liens or interests granted under this Agreement or any of the obligations of the City set forth in this Agreement.

(b) <u>Paying Agent, Master Trustee and Escrow Agent Fees.</u>
The City shall pay the reasonable and customary fees and expenses (including reasonable attorneys' fees) of (i) the paying agent with respect to the Prior UTGO Bonds (including the paying agent relating to the Prior UTGO Bonds that are not Holders Restructured UTGO Bonds) and (ii) of the paying agent, the Master Trustee, the Debt Millage Escrow Trustee and the escrow agent identified in the Settlement Escrow Agreement in respect of all transactions contemplated by this Agreement.

(c) <u>Further Action</u>. To the extent that the City has not taken all necessary action to authorize the execution, delivery and performance of this Agreement, it will do so.


# ARTICLE III
# PLAN OF ADJUSTMENT AND PLAN SUPPORT

Section 3.1.    <u>Plan Support Commitment</u>. From and after the date hereof, and so long as the City has complied, and is complying, with its covenants and obligations under this Agreement, the Bond Insurers will each support the treatment of the Prior UTGO Bonds in the Plan by, at a hearing or in a court filing, expressing such support solely as insurers of the Prior UTGO Bonds and, if each Bond Insurer has established its right to vote, will each vote Prior UTGO Bonds and reimbursement claims in support of such Plan treatment.  The Plan shall provide that such treatment, consistent with this Agreement, is the treatment for all holders of the Prior UTGO Bonds.  For the absence of doubt, nothing contained in this Agreement shall require any Bond Insurer to support or vote for the treatment of any class of claims under the Plan other than the UTGO Bonds.

Section 3.2.    <u>Solicitation Required in Connection with Plan</u>.
Notwithstanding anything contained in this Article III or elsewhere in this Agreement to the contrary, this Agreement is not, and shall not be deemed to be, a solicitation of acceptances of the Plan.  The City and the Bond Insurers acknowledge and agree that the acceptance of the Plan will not be solicited until the Bankruptcy Court has approved the Disclosure Statement and related ballots, and such Disclosure Statement and ballots have been transmitted to parties entitled to receive same.

Section 3.3.    <u>Plan Document Provisions</u>. All Plan Documents, as they relate to the settlement embodied in this Agreement must (i) be in form and substance reasonably satisfactory to the Bond Insurers and to the City and be consistent with this Agreement, (ii) provide that the Plan treatment for Prior UTGO Bonds is part of a settlement of the pending UTGO Litigation.

13-53846-tjt  Doc 7083-3  Filed 08/28/14  Entered 08/28/14 20:29:25  Page 6 of 256
13-53846-swr  Doc 8363-8  Filed 09/30/14  Entered 09/30/14 23:27:34  Page 22 of
272
788

## ARTICLE IV
## DEFAULTS AND REMEDIES

Section 4.1.   <u>Events of Default</u>.  The breach by any Party of any material agreement or covenant set forth in this Agreement or the Settlement Escrow Agreement will be an event of default ("**Event of Default**") under this Agreement.

Section 4.2.   <u>Remedies</u>.  The Parties acknowledge and agree that a breach of the provisions of this Agreement by any Party would cause irreparable damage to the other Parties and that such other Parties would not have an adequate remedy at law for such damage.  Therefore, the obligations of the Parties set forth in this Agreement and the Settlement Escrow Agreement shall be enforceable by an order compelling specific performance issued by the Bankruptcy Court, and appropriate injunctive relief may be applied for and granted in connection therewith.  Upon an Event of Default by the City, any Bond Insurer will have the right to compel immediate payment of amounts held under the Settlement Escrow Agreement by order of the Bankruptcy Court.  Such remedies shall be cumulative and not exclusive and shall be in addition to any other remedies that the Parties may have under this Agreement, the Settlement Escrow Agreement or otherwise. Any Bond Insurer may exercise its rights hereunder on its own. Consistent with Section 904 of the Bankruptcy Code, the City hereby consents to the Bankruptcy Court enforcing the terms of this Agreement and the Settlement Escrow Agreement.

Section 4.3.   <u>Termination</u>.

(a)     This Agreement may be terminated by the mutual agreement of all of the Bond Insurers upon an Event of Default caused by the City.  This Agreement may be terminated by less than all of the Bond Insurers as to such Bond Insurer or Bond Insurers upon an Event of Default caused by the City  if (i) an action or proceeding seeking to enforce the material agreement or covenant purported to be breached is brought by one or more Bond Insurers before the Bankruptcy Court, (ii) the Bankruptcy Court, after notice and a hearing, finds that an Event of Default caused by the City has occurred <u>and</u> (iii) either (A) the Bankruptcy Court declines to issue an order compelling specific performance by the City of the applicable agreement or covenant purported to be breached or (B) the Bankruptcy Court issues such an order compelling specific performance but the City fails to comply with the order.

(b)     This Agreement may be terminated by the City if any of the Bond Insurers fails to (i) support the Plan with respect to Class 8 – UTGO Claims or (ii) if it has the right to vote its Class 8 Claims as determined by the voting procedures process approved by the Bankruptcy Court in an order entered on March 11, 2014 (Docket No. 2984) (as such order may be been amended from time to time), vote its Class 8 Claims to accept the Plan.  This Agreement may be terminated by the City upon an Event of Default caused by the Bond Insurers, or any of them, if (i) an action or proceeding seeking to enforce the material agreement or covenant purported to be breached is brought by the City before the Bankruptcy Court, (ii) the Bankruptcy Court finds, after

notice and a hearing, that an Event of Default caused by the applicable Bond Insurer has occurred and (iii) either (A) the Bankruptcy Court declines to issue an order compelling specific performance by the applicable Bond Insurer of the applicable agreement or covenant purported to be breached or (B) the Bankruptcy Court issues such an order compelling specific performance but the applicable Bond Insurer fails to comply with the order.

(c)     Upon any such termination, any Party (including one or more of the Bonds Insurers as to such Bond Insurer or Bond Insurers) may resume the UTGO Litigation unless it has been previously dismissed with prejudice or has been previously deemed dismissed with prejudice.


# ARTICLE V
# REPRESENTATIONS AND WARRANTIES

Section 5.1.    <u>Representations and Warranties of the City</u>.  The City represents and warrants to the Bond Insurers that:

(a)     It is a municipal corporation of the State of Michigan.

(b)     It has the power to execute and deliver this Agreement and to perform its obligations hereunder and it has taken or will take all necessary action to authorize such execution, delivery and performance.

(c)     Such execution, delivery and performance do not violate or conflict with any law applicable to it, any order or judgment of any court or other agency of government applicable to it, or any material agreements specifically applicable to it or any of its assets.

(d)     Other than (i) approvals by the MFA, the State Treasurer, the execution of the Emergency Manager Order, and the approvals required by Section 19 of Act 436 to be obtained prior to delivery of the Municipal Obligation, all of which the City reasonably expects to be obtained prior to the Effective Date, and (ii) the approval of the Bankruptcy Court, all governmental and Emergency Manager consents and approvals that are required to have been obtained by it as of the date of execution of this Agreement with respect to the execution, delivery and performance of this Agreement have been obtained and are in full force and effect and all conditions of any such consents and approvals have been complied with.

Section 5.2.    <u>Representations and Warranties of the Bond Insurers</u>.  Each of the Bond Insurers represents to the City that:

(a)     It is duly organized and validly existing under the laws of the jurisdiction of its organization or incorporation.

13-53846-tjt wr Doc 7083-3 Filed 08/26/14 Entered 08/26/14 20:25:34 Page 8 of 256
13-53846-swr Doc 6908-3 Filed 09/20/14 Entered 08/26/14 23:27:34 Page 9 of 256   790
272

(b)     It has the power to execute and deliver this Agreement and to perform its obligations under this Agreement and it has taken all necessary corporate action to authorize such execution, delivery and performance.

(c)     Such execution, delivery and performance do not violate or conflict with any law applicable to it, any provision of its constitutional documents, any order or judgment of any court or other agency of government applicable to it, or any agreements specifically applicable to it or any of its assets.

(d)     All corporate or governmental consents and approvals that are required to have been obtained by it with respect to this Agreement have been obtained and are in full force and effect and all conditions of any such consents and approvals have been complied with.

(e)     Each of the respective Bond Insurers had and has standing to bring and resolve the UTGO Litigation related to the Prior UTGO Bonds that it insures (Assured and NPFG represent that each had and has standing to bring and resolve the Assured/NPFG Action, and Ambac represents that it had and has standing to bring and resolve the Ambac Action).

Section 5.3.     Mutual Representations and Warranties.  Unless otherwise noted, each Party makes the following representations, warranties and covenants (on a several basis, with respect to such Party only) to each of the other Parties:

(a)     Each person signing this Agreement warrants that he or she is legally competent and authorized to execute this Agreement on behalf of the Party whose name is subscripted at or above such person's signature.

(b)     The Parties have not made any statement or representation to each other regarding any facts relied upon by them in entering into this Agreement, and each of them specifically does not rely upon any statement, representation or promise of the other Parties hereto or any other person in entering into this Agreement, except as expressly stated herein or in the exhibits hereto.  Each party has relied upon its own investigation and analysis of the facts and not on any statement or representation made by any other party in choosing to enter into this Agreement and the transactions contemplated herein.

(c)     The Parties and their respective attorneys have made such investigation of the facts pertaining to this Agreement and all of the matters pertaining thereto as they deem necessary.

# ARTICLE VI
# EXCULPATION

Section 6.1.     Exculpation.  The Plan will include the Bond Insurer Exculpated Parties as exculpated parties for acts and omissions (other than those

constituting gross negligence or willful misconduct) in connection with (i) the Plan as it relates to this Agreement and (ii) this Agreement.

Section 6.2. <u>Releases</u>. Upon the dismissal with prejudice or deemed dismissal with prejudice of the applicable UTGO Litigation, the Parties to the applicable UTGO Litigation shall be deemed to have released each other, and the Parties' officials, officers, directors, employees and representatives, of and from any and all claims and causes of action related to the applicable UTGO Litigation and the Prior UTGO Bonds.

Section 6.3. <u>Defense Against Challenges</u>. (a) Subject to the terms of Section 6.3(b) below, if, after the issuance of the Plan Confirmation Order or the Approval Order, the validity or enforceability of any term or provision of this Agreement or the Settlement-Related Documents (as they relate to the settlement set forth in this Agreement) is challenged in any action, suit or proceeding, each of the named Parties in such action, suit or proceeding shall assume its own defense of such action, suit or proceeding.

(b) If, after the issuance of the Plan Confirmation Order or the Approval Order, an action, suit or proceeding is brought, an issue in which is the validity or enforceability of the Stub UTGO Bonds, including, without limitation, a challenge to the Assigned UTGO Bond Tax Proceeds (a "**Stub UTGO Challenge**"), the City shall assume the defense of such issue in any such action, suit or proceeding. If any of the Bond Insurers are named as a party in a Stub UTGO Challenge, the City will appoint counsel to the named Bond Insurers, which may or may not be counsel to the City. In all events, such counsel must be reasonably acceptable to the named Bond Insurers, and the City will pay the reasonable costs of such counsel.

**ARTICLE VII**
**DISMISSAL OF CASE AND TERMINATION**

Section 7.1. <u>Effect of Dismissal of the Bankruptcy Case</u>. In the event the Bankruptcy Case is dismissed, any Party may at any time within 60 days after such dismissal immediately terminate this Agreement by written notice to the other Parties.

Section 7.2. <u>Effect of Termination</u>. In the event of the termination of this Agreement by any Party pursuant to any provisions of this Agreement, this Agreement shall become null and void and be deemed of no force and effect, with no liability on the part of any Party hereto (or of any of its elected or appointed officials, directors, officers, employees, consultants, contractors, agents, legal and financial advisors or other representatives) arising from such termination, and no Party shall have any obligations to any other Party arising out of this Agreement. Upon termination, neither this Agreement nor any terms or provisions set forth herein shall be admissible in any dispute, litigation, proceeding or controversy among the Parties and nothing contained herein shall constitute or be deemed to be an admission by any Party as to any matter, it being understood that the statements and resolutions reached herein were as a result of negotiations and compromises of the respective positions of the Parties. If this

792

Agreement is terminated, then no Party hereto may (i) use this Agreement, any of its terms or any discussions or negotiations conducted in respect of this Agreement, or any part of the foregoing, in the UTGO Litigation; (ii) seek discovery with respect to any of the matters described in subsection (i) in the UTGO Litigation; or (iii) seek to admit any of the matters described in subsection (i) into evidence in the UTGO Litigation.

## ARTICLE VIII
## MISCELLANEOUS

Section 8.1.    <u>Amendments</u>.  This Agreement may not be modified, amended or supplemented except by a written agreement executed by each Party to be affected by such modification, amendment or supplement.

Section 8.2.    <u>No Admission of Liability</u>.

(a)     The execution of this Agreement is not intended to be, nor shall it be construed as, an admission or evidence in any pending or subsequent suit, action, proceeding or dispute of any liability, wrongdoing, or obligation whatsoever (including as to the merits of any claim or defense) by any Party to any other Party or any other person with respect to any of the matters addressed in this Agreement.

(b)     None of this Agreement (including, without limitation, the recitals and exhibits hereto), the settlement or any act performed or document executed pursuant to or in furtherance of this Agreement or the settlement:  (i) is or may be deemed to be or may be used as an admission or evidence of the validity of any claim or of any wrongdoing or liability of any Party; or (ii) is or may be deemed to be or may be used as an admission or evidence of any liability, fault or omission of any Party in any civil, criminal or administrative proceeding in any court, administrative agency or other tribunal. None of this Agreement, the settlement, or any act performed or document executed pursuant to or in furtherance of this Agreement or the settlement shall be admissible in any proceeding for any purposes, except to enforce the terms of the Agreement, and except that any Party may file this Agreement in any action for any purpose, including, but not limited to, in order to support a defense or counterclaim based on the principles of *res judicata*, collateral estoppel, release, good faith settlement, judgment bar or reduction or any other theory of claim preclusion or issue preclusion or similar defense of counterclaim.

Section 8.3.    <u>Good Faith Negotiations</u>.  The Parties recognize and acknowledge that each of the Parties hereto is represented by counsel, and such Party received independent legal advice with respect to the advisability of entering into this Agreement.  Each of the Parties acknowledges that the negotiations leading up to this Agreement were conducted regularly and at arm's length; this Agreement is made and executed by and of each Party's own free will; that each knows all of the relevant facts and his or its rights in connection therewith, and that he or it has not been improperly influenced or induced to make this settlement as a result of any act or action on the part of any party or employee, agent, attorney or representative of any party to this

Agreement. The Parties further acknowledge that they entered into this Agreement because of their desire to avoid the further expense and inconvenience of litigation and other disputes, and to compromise permanently and settle the claims between the Parties settled by the execution of this Agreement.

Section 8.4. <u>Rights and Remedies</u>. Nothing in this Agreement is intended to augment or impair any rights, remedies and interests, including without limitation, liens, of any of the Parties hereto other than with respect to the Prior UTGO Bonds.

Section 8.5. <u>Third Party Beneficiaries</u>. Nothing in this Agreement, express or implied, is intended or shall be construed to confer upon, or to give to, any Person other than the Parties hereto and their respective successors and assigns, any right, remedy or claim under or by reason of this Agreement or any covenant, condition or stipulation thereof; and the covenants, stipulations and agreements contained in this Agreement are and shall be for the sole and exclusive benefit of the Parties hereto and their respective successors and assigns.

Section 8.6. <u>Governing Law; Retention of Jurisdiction; Service of Process</u>. This Agreement shall be governed by and construed in accordance with the internal laws of the State of Michigan, without giving effect to any principles of conflicts of law and applicable federal law. By its execution and delivery of this Agreement, each of the Parties hereby irrevocably and unconditionally agrees for itself that any legal action, suit or proceeding between any or all of the foregoing with respect to any matter under or arising out of or in connection with this Agreement or for recognition or enforcement of any judgment rendered in any such action, suit or proceeding, shall be brought in the Bankruptcy Court for that purpose only, and, by execution and delivery of this Agreement, each hereby irrevocably accepts and submits itself to the jurisdiction of such court, generally and unconditionally, with respect to any such action, suit or proceeding. In the event any such action, suit or proceeding is commenced, the Parties hereby agree and consent that service of process may be made, and personal jurisdiction over any Party hereto in any such action, suit or proceeding may be obtained, by service of a copy of the summons, complaint and other pleadings required to commence such action, suit or proceeding upon the Party at the address of such Party set forth in Section 8.11 hereof, unless another address has been designated by such Party in a notice given to the other Parties in accordance with Section 8.11 hereof. The City agrees that the Bankruptcy Court will have exclusive post-confirmation authority and power to enforce this Agreement and all Settlement-Related Documents and to hear and adjudicate any challenge, action, suit or proceeding brought by any third party challenging the validity or enforceability of any provision of this Agreement, until all UTGO Bonds have been paid in full and all Plan Instruments are no longer outstanding. Pursuant to Section 904 of the Bankruptcy Code, the City hereby consents to the Bankruptcy Court enforcing the terms of this Agreement and the Settlement Escrow Agreement.

Section 8.7. <u>Headings</u>. The headings of the Articles and Sections of this Agreement are inserted for convenience only and are not part of this Agreement and do

not in any way limit or modify the terms or provisions of this Agreement and shall not affect the interpretation hereof.

Section 8.8. <u>Binding Agreement Successors and Assigns; Joint and Several Obligations</u>. This Agreement shall be binding upon the execution and delivery of this Agreement by the Parties listed on the signature pages hereto. This Agreement is intended to bind and inure to the benefit of the Parties and their respective successors, assigns, administrators, constituents and representatives. The agreements, representations, covenants and obligations of the Parties under this Agreement are several only and not joint in any respect and none shall be responsible for the performance or breach of this Agreement by another.

Section 8.9. <u>Entire Agreement</u>. This Agreement shall constitute the full and entire agreement among the Parties with regard to the subject hereof, and supersedes all prior negotiations, representations, promises or warranties (oral or otherwise) made by any Party with respect to the subject matter hereof. No Party has entered into this Agreement in reliance on any other Party's prior representation, promise or warranty (oral or otherwise) except for those that may be expressly set forth in this Agreement.

Section 8.10. <u>Counterparts</u>. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original copy of this Agreement and all of which, when taken together, shall constitute one and the same Agreement. Copies of executed counterparts transmitted by telecopy or other electronic transmission service shall be considered original executed counterparts, provided receipt of copies of such counterparts is confirmed.

Section 8.11. <u>Notices</u>. All demands, notices, requests, consents, and other communications hereunder shall be in writing and shall be deemed to have been duly given (a), when personally delivered by courier service or messenger, (b) upon actual receipt (as established by confirmation of receipt or otherwise) during normal business hours, otherwise on the first business day thereafter if transmitted electronically (by e-mail transmission), by facsimile or telecopier, with confirmation of receipt, or (c) three (3) Business Days after being duly deposited in the mail, by certified or registered mail, postage prepaid-return receipt requested, to the following addresses, or such other addresses as may be furnished hereafter by notice in writing, to the following Parties:

If to the City, to:

Chief Financial Officer
City of Detroit
1126 Coleman A. Young Municipal Center
Two Woodward Avenue
Detroit MI 48226
Phone: (313) 224-3382
Fax: (313) 224-2827

with a copy given in like manner to:

>Corporation Counsel
>City of Detroit Law Department
>Coleman A. Young Municipal Center
>2 Woodward Avenue
>Detroit MI 48226
>Phone: (313) 237-3018
>Fax: (313) 224-5505

>Miller, Canfield, Paddock and Stone, PLC
>150 West Jefferson, Suite 2500
>Detroit, MI 48226
>Attention:  Jonathan Green
>Email:  green@millercanfield.com
>Attention:  Amanda Van Dusen
>Email:  vandusen@millercanfield.com

If to the Bond Insurers, to:

>Ambac Assurance Corporation
>One State Street Plaza
>New York, New York 10004
>Attention:  Surveillance Department and General Counsel's Office
>Fax:  (212) 208-3384

with a copy given in like manner to:

>Arent Fox LLP
>1675 Broadway
>New York, New York  10019
>Attention:  David L. Dubrow, Esq.
>Telecopy:  (212) 484-3990
>Email:  david.dubrow@arentfox.com

>Assured Guaranty Municipal Corp and Assured Guaranty Corp.
>31 West 52nd Street
>New York, NY  10019
>Attention:  Kevin J. Lyons
>Email:  klyons@assuredguaranty.com
>Attention:  Terence Workman
>Email:  tworkman@assuredguaranty.com

with a copy given in like manner to:

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Attention: Lawrence A. Larose
Fax: (212) 541-5369
Email: llarose@chadbourne.com
Attention: Samuel S. Kohn
Fax: (212) 541-5369
Email: skohn@chadbourne.com

National Public Finance Guarantee Corporation
113 King Street
Armonk, NY 10504
Attention: Kenneth Epstein and William J. Rizzo
Telecopy: (914) 765-3259
Email: kenneth.epstein@optinuityar.com
Email: bill.rizzo@nationalpfg.com

with a copy given in like manner to:

Sidley Austin LLP
555 West 5th Street
40th Floor
Los Angeles, CA 90013
Attention: Jeffrey E. Bjork
Telecopy: (213) 896-6600
Email: jbjork@sidley.com

Sidley Austin LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Attention: Eric D. Tashman
Telecopy: (415) 772-7400
Email: etashman@sidley.com

Section 8.12.  <u>Further Assurances</u>.  Each of the Parties hereto agrees to execute and deliver, or to cause to be executed and delivered, all such instruments, and to take all such action as the other Parties may reasonably request in order to effectuate the intent and purposes of, and to carry out the terms of, this Agreement.

Section 8.13.  <u>Non-Severability of Agreement</u>.  This Agreement is to be construed as a whole, and all provisions of it are to be read and construed together. Notwithstanding anything in this Agreement, the Approval Order (if applicable) or the Plan Confirmation Order to the contrary, and in light of the integrated nature of the settlements and compromises embodied in this Agreement, in the event that (i) a court of

competent jurisdiction enters a Final Order ruling that any of the transactions contemplated in this Agreement are void, invalid, illegal or unenforceable in any material respect, (ii) any of the transactions contemplated by this Agreement are reversed, vacated, overturned, voided or unwound in any material respect, or (iii) the Approval Order or Plan Confirmation Order as it relates to the transactions contemplated in this Agreement is reversed, vacated, overturned or amended in any material respect, then in each case, the entirety of this Agreement (other than this Section 8.13) shall be void ab initio and of no force and effect and, during any subsequent proceeding, the Parties shall not assert claim preclusion, issue preclusion, estoppel or any similar defense in respect of rights and claims of the Parties that were the subject of this Agreement prior to this Agreement being of no force or effect.

(Signature page follows)

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be executed as of the date set forth above.

THE CITY OF DETROIT, as Debtor

By: _____
    Name:
    Title:

AMBAC ASSURANCE CORPORATION

By: _____
    Name:
    Title:

ASSURED GUARANTY CORP.

By: _____
    Name:
    Title:

ASSURED GUARANTY MUNICIPAL CORP.

By: _____
    Name:
    Title:

NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION

By: _____
    Name:
    Title:

CLI- 2220387v14

32

13-53846-swr   Doc 7693-3   Filed 08/26/14   Entered 08/26/14 23:27:54   Page 17 of 799
13-53846-swr   Doc 6908-3   Filed 08/22/14   Entered 08/22/14 20:32:25   Page 17 of 256

**Schedule 1**


**(Pro Rata Allowed Claims for Restructured UTGO Bonds and Stub UTGO Bonds)**

## Schedule 1a - Holders Restructured UTGO Bonds

| Series | Outstanding UTGO Bond Principal | Restructured % | Holders Restructured UTGO Bond Principal |
|---|---|---|---|
| UTGO1999A (Assured) | $15,765,000 | 84.50% | $13,321,425 |
| UTGO2001A1 (National) | 74,800,000 | 84.50% | 63,206,000 |
| UTGO2001B (National) | - | - | - |
| UTGO2002 (National) | 6,645,000 | 84.50% | 5,615,025 |
| UTGO2003A (Syncora) | 31,675,000 | 84.50% | 26,765,375 |
| UTGO2004A1 (Ambac) | 39,270,000 | 84.50% | 33,183,150 |
| UTGO2004B1 (Ambac) | 29,365,000 | 84.50% | 24,813,425 |
| UTGO2004B2 (Ambac) | 575,000 | 84.50% | 485,875 |
| UTGO2005B (Assured) | 42,615,000 | 84.50% | 36,009,675 |
| UTGO2005C (Assured) | 15,525,000 | 84.50% | 13,118,625 |
| UTGO2008A (Assured) | 55,895,000 | 84.50% | 47,231,275 |
| UTGO2008B1 (Assured) | 18,780,000 | 84.50% | 15,869,100 |
| Total | $330,910,000 | | $279,618,950 |

**Schedule 1b - Insurer Owned Restructured UTGO Bonds**

| Series | UTGO Bond Principal | Restructured % | Insurer Owned Restructured UTGO Bond Principal | | | | |
|---|---|---|---|---|---|---|---|
| | | | Ambac | Assured | National | Syncora | Total |
| UTGO1999A (Assured) | $15,765,000 | 2.4% | - | 378,360 | - | - | $378,360 |
| UTGO2001A1 (National) | 74,800,000 | 2.4% | 249,977 | 1,545,223 | - | - | 1,795,200 |
| UTGO2001B (National) | - | 2.4% | - | - | - | - | - |
| UTGO2002 (National) | 6,645,000 | 2.4% | 22,207 | 137,273 | - | - | 159,480 |
| UTGO2003A (Syncora) | 31,675,000 | 2.4% | 99,245 | 613,476 | - | 47,479 | 760,200 |
| UTGO2004A1 (Ambac) | 39,270,000 | 2.4% | 942,480 | - | - | - | 942,480 |
| UTGO2004B1 (Ambac) | 29,365,000 | 2.4% | 704,760 | - | - | - | 704,760 |
| UTGO2004B2 (Ambac) | 575,000 | 2.4% | 13,800 | - | - | - | 13,800 |
| UTGO2005B (Assured) | 42,615,000 | 2.4% | - | 1,022,760 | - | - | 1,022,760 |
| UTGO2005C (Assured) | 15,525,000 | 2.4% | - | 372,600 | - | - | 372,600 |
| UTGO2008A (Assured) | 55,895,000 | 2.4% | - | 1,341,480 | - | - | 1,341,480 |
| UTGO2008B1 (Assured) | 18,780,000 | 2.4% | - | 450,720 | - | - | 450,720 |
| Total | $330,910,000 | | $2,032,469 | $5,861,892 | $ - | $47,479 | $7,941,840 |

**Schedule 2**

**(Pro Rata Payments to Bond Insurers)**

**Schedule 2 - Allocation of Amount Payable to Bond Insurers**

| Insurer | Pro Rata Share |
|---------|---------------|
| Ambac | 23.209% |
| Assured | 50.400% |
| National | 26.391% |
| Total | 100.000% |

**Exhibit A**

**FORM OF DEBT MILLAGE ESCROW AGREEMENT**

# DEBT MILLAGE DEPOSIT ESCROW AGREEMENT
## CITY OF DETROIT, COUNTY OF WAYNE
## STATE OF MICHIGAN

THIS ESCROW AGREEMENT (the "Agreement") dated as of the ___ day of _____, 2014, made by and between the City of Detroit, County of Wayne, State of Michigan (the "City") and U. S. Bank National Association, Detroit, Michigan (the "Escrow Trustee").

### WITNESSETH:

WHEREAS, on March 1, 2013, the Governor (the "Governor") of the State of Michigan (the "State") determined that a financial emergency existed within the City pursuant to the Local Government Fiscal Responsibility Act, Act 72, Public Acts of Michigan, 1990, as amended ("Act 72"); and

· WHEREAS, on March 14, 2013, the Governor confirmed that a financial emergency existed within the City and, pursuant to Act 72, assigned to the Local Emergency Financial Assistance Loan Board established pursuant to the Emergency Municipal Loan Act, Act 243 Public Acts of Michigan, 1980, as amended (the "Board") the responsibility for managing the financial emergency; and

WHEREAS, on March 14, 2013, pursuant to Act 72, the Board appointed Kevyn D. Orr as Emergency Financial Manager for the City; and

WHEREAS, by operation of law the financial emergency continues to exist within the City pursuant to the Local Financial Stability and Choice Act, Act 436, Public Acts of Michigan, 2012 ("Act 436") and the Emergency Financial Manager continues in the capacity of the Emergency Manager for the City (the "Emergency Manager"); and

WHEREAS, on July 18, 2013 (the "Petition Date"), in accordance with Act 436 and the approval of the Governor, the Emergency Manager filed on behalf of the City a petition for relief pursuant to Chapter 9 of title 11 of the United States Code, 11 U.S.C. Sections 101-1532 (as amended, the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Michigan (the "Bankruptcy Court"); and

WHEREAS, as of the close of Fiscal Year 2013 (*i.e.*, June 30, 2013), the City had $369.115 million in outstanding principal amount of unlimited tax general obligation bonds, excluding the 2010A UTGO Bonds hereinafter mentioned (the "Prior UTGO Bonds"); and

WHEREAS the City has previously issued and delivered its Distributable State Aid Second Lien Bonds (Unlimited Tax General Obligation) Series 2010A (Taxable Recovery Zone Economic Development Bonds Direct Payment) (the "2010A UTGO Bonds") which, together

with the Prior UTGO Bonds, are outstanding in the amounts, bear interest at the rates, are payable on such dates and have the redemption provisions shown on Exhibit A hereto; and

WHEREAS, more than 90% of the Prior UTGO Bonds are insured by either Ambac Assurance Corporation, Assured Guaranty Municipal Corp. or National Public Finance Guarantee Corporation (each a "Bond Insurer" and collectively, the "Bond Insurers"), as shown on Exhibit A; and

WHEREAS, the City and the Bond Insurers have entered into a settlement agreement entered into as of July ___, 2014 (the "UTGO Settlement Agreement"); and

WHEREAS, the City intends to restructure $287,560,790 of the Prior UTGO Bonds which mature on or after April 1, 2015 (the "Restructured UTGO Bonds") as described below; and

WHEREAS, on _____, 2014, pursuant to Section 12(1) and Section 19(1) of Act 436, the Emergency Manager filed with the City Council of the City (the "City Council") his Order No. ___ Approval of _____ (Order No. ___"), in part, to accomplish the restructuring of the Restructured UTGO Bonds as the Distributable State Aid Fourth Lien Restructured Bonds (Unlimited Tax General Obligation), Series 2014 (the "Bonds" or the "Municipal Obligation") in the amounts shown on Exhibit B attached hereto; and

WHEREAS, on _____, 2014, in accordance with Section 19(1) of Act 436, the City Council adopted a resolution entitled ["Resolution of the City Council of the City of Detroit, County of Wayne, State of Michigan Approving the Emergency Manager of the City of Detroit Order No. ___ Approval of UTGO _____"] (the "Council Resolution") under which the City Council approved the issuance and delivery of the Municipal Obligation to the Michigan Finance Authority ("MFA"); and

WHEREAS, the Restructured UTGO Bonds will be restructured as described in Section 2.2 of the UTGO Settlement Agreement: and

WHEREAS, on _____, 2014, the Bankruptcy Court issued an order approving the UTGO Settlement Agreement (the "Confirmation Order"); and

WHEREAS, the portion of the Prior UTGO Bonds not restructured through the issuance of the Municipal Obligation, which mature on or after April 1, 2015, in the principal amount of $43,410,000 (the "Stub UTGO Bonds" and together with the 2010A UTGO Bonds, the Municipal Obligation and any Additional Bonds (defined below), the "UTGO Bonds") will be reinstated and shall remain Outstanding in the amounts and will remain payable as shown on Exhibit C hereto and as provided in Order No. _____; and

WHEREAS, pursuant to the Prior UTGO Bonds and the 2010A UTGO Bonds and Order No. ___ and Section 4a of Act 279, the City has pledged, and to the extent permitted by applicable law, including without limitation Section 12(1)(x) of Act 436, in Order No. __, has created a lien upon the Debt Millage Revenues (as hereinafter defined) to pay the debt service on the UTGO Bonds; and

WHEREAS, pursuant to Section 4a of Act 279, and Section 701 of the Revised Municipal Finance Act, Act No. 34, Public Acts of Michigan, 2001, as amended, Order No. ___ provides for the deposit of the Debt Millage Revenues into a separate escrow account to be used for the sole purpose of paying principal of and interest on the UTGO Bonds and the administrative costs related to the deposit and escrow of Debt Millage Revenues; and

WHEREAS, in order to effectuate the pledge of the Debt Millage Revenues in favor of the owners of the UTGO Bonds, it is necessary for the City to provide for the deposit with the Escrow Trustee of the proceeds of 100% of its debt millage levy to satisfy the Debt Service Requirements to be held by the Escrow Trustee in trust, to further secure payment of the debt service on the UTGO Bonds;

NOW, THEREFORE, in consideration of the mutual undertakings, provisions and agreements herein contained, the sufficiency of which are hereby acknowledged, that in order to provide for the payment of the UTGO Bonds, for the benefit of the owners thereof and the Bond Insurers, and to secure the performance and observance of the conditions and covenants herein set forth and for other valuable consideration, the receipt of which is hereby acknowledged, the City covenants and agrees with the Escrow Trustee for the benefit of the respective owners from time to time of the UTGO Bonds and the Bond Insurers as follows:

## ARTICLE I
## DEFINITIONS

Section 101.  Definitions.  In addition to the terms defined in the preambles to this Escrow Agreement , the following terms shall have, unless the context otherwise requires, the meanings herein specified:

"Act 279" means Act No. 279, Public Acts of Michigan, 1909, as amended.

"Additional Bonds" means any series of unlimited tax general obligation bonds issued by the City on a parity as to Debt Millage Revenue levies with the 2010A UTGO Bonds, the Municipal Obligation and the Stub UTGO Bonds.

"Business Day" means a day which is not (i) a Saturday, Sunday or legal holiday on which banks located in either the State of Michigan or the state or states in which the principal corporate trust office of the Escrow Trustee, is located are authorized or required by law to be closed, or (ii) a day on which the New York Stock Exchange is closed.

"Debt Millage Deposit" or "Debt Millage Deposits" means whenever used herein singularly, each payment of Debt Millage Revenues, and collectively all payments of Debt Millage Revenues by the City to the Escrow Trustee for deposit in the UTGO Debt Millage Fund in accordance with Section 204 hereof.

"Debt Millage Revenues" means the proceeds of the debt millage levies, including interest subsidy payments received by the City in respect of the 2010A UTGO Bonds, delinquent millage payments received from Wayne County, Michigan or otherwise, pledged to and on

3

account of unlimited tax general obligation bonds of the City for the payment of debt service on the Prior UTGO Bonds, or after the Effective Date of the UTGO Bonds, and the 2010A UTGO Bonds and any Additional Bonds.

"Debt Retirement Schedule" means the table attached as Exhibit D hereto, showing the dates Debt Service Requirements are due and payable on each series of the UTGO Bonds.

"Debt Service Requirement" means an amount equal to the principal of and/or interest due on any series of UTGO Bonds (including the Stub UTGO Bonds) semi-annually on each payment date as set forth in Exhibit D.

"Effective Date" mean the effective date of the City's chapter 9 plan of adjustment.

"Escrow Trustee" means initially, U.S. Bank National Association, Detroit, Michigan, or any successor in trust or assignees, as Escrow Trustee hereunder.

"Event of Default" means the breach by the City of any material agreement or covenant set forth in the UTGO Settlement Agreement or this Agreement, written notice of which has been provided by a Bond Insurer to the City and the Escrow Trustee.

"Fiscal Year" means the City's fiscal year, commencing July 1 and ending June 30.

"General Retirement System" means the General Retirement System of the City of Detroit, _____ Fund.

"Income Stabilization Funds" means the Police & Fire Retirement System of the City of Detroit, Income Stabilization Fund, and the General Retirement System of the City of Detroit, Income Stabilization Fund.

"Master Trustee" means U. S. Bank National Association, Detroit, Michigan, as trustee under the Master Debt Retirement Trust Indenture dated as of March 1, 2010, as supplemented, between the City and the Master Trustee.

"Outstanding" when used with respect to the UTGO Bonds, means, as of the date of determination, the UTGO Bonds theretofore authenticated and delivered pursuant to the resolution, indenture and/or order for that series, except:

    (a)    UTGO Bonds theretofore canceled by the trustee or paying agent for such UTGO Bonds or delivered to such trustee or paying agent for cancellation;

    (b)    UTGO Bonds for whose payment money in the necessary amount, without the need for reinvestment thereof, has been theretofore deposited with the trustee or paying agent for such UTGO Bonds in trust for the registered owners of such UTGO Bonds;

    (c)    UTGO Bonds delivered to the trustee or paying agent for such UTGO Bonds for cancellation in connection with (i) the exchange of such UTGO

4

809

Bonds for other bonds or (ii) the transfer of the registration of such UTGO Bonds;

(d)     UTGO Bonds alleged to have been destroyed, lost or stolen which have been paid or replaced pursuant to the resolution, indenture or order for that series or otherwise pursuant to law; and

(e)     UTGO Bonds deemed paid as provided in the resolution, indenture or order for that series.

"Permitted Investments" means those investments specified in Article III of this Escrow Agreement.

"Plan Assignees" means the Income Stabilization Funds and the General Retirement System.

"Set Aside Ledger" means the table attached as Exhibit D hereto, showing the allocation of each Debt Millage Deposit to the UTGO Debt Millage Fund in such fractional amounts determined in accordance with Section 204(a) herein.

"Stub UTGO Bonds Paying Agent" means U. S. Bank National Association, Detroit, Michigan.

"UTGO Debt Millage Fund" means the City of Detroit UTGO Debt Millage Fund created and described in Section 201 of this Agreement.

## ARTICLE II
## ESTABLISHMENT OF FUNDS AND ACCOUNTS

Section 201.     Establishment of UTGO Debt Millage Fund.  There is hereby created and established with the Escrow Trustee, pursuant to Order No. ___ and this Escrow Agreement, a single and common trust fund designated the "UTGO Debt Millage Fund."

Section 202.     Establishment of Accounts and Subaccounts.  (a) There are hereby created within the UTGO Debt Millage Fund three (3) separate and segregated accounts, designated as follows:

1.     "2010A UTGO Bonds Debt Millage Account" ("2010A UTGO Account").  The Escrow Trustee shall deposit Debt Millage Revenues allocable to the Debt Service Requirements on the 2010A UTGO Bonds, as set forth on Exhibit D, in the 2010A UTGO Account.

2.     "2014 UTGO Bonds Debt Millage Account" ("2014 UTGO Bonds Account").  The Escrow Trustee shall deposit Debt Millage Revenues allocable to the Debt Service Requirements on the Municipal Obligation and the Stub UTGO Bonds, as set forth on Exhibit D, in the 2014 UTGO Bonds Account.

5

3. "Additional Bonds Debt Millage Account" ("Additional Bonds Account"). The Escrow Trustee shall deposit Debt Millage Revenues allocable to the Debt Service Requirements (to be reflected in a supplement to Exhibit D) on any series of Additional Bonds in a subaccount established for such series in the Additional Bonds Account pursuant to a supplement to this Agreement.

(b) There are hereby created within the 2014 UTGO Bonds Account two separate and segregated subaccounts, designated as follows:

1. The 2014 UTGO Municipal Obligation Subaccount ("2014 Municipal Obligation Subaccount").

2. The Stub UTGO Bonds Subaccount ("Stub UTGO Bonds Subaccount").

The Escrow Trustee shall allocate and deposit Debt Millage Revenues deposited in the 2014 UTGO Bonds Account among the 2014 Municipal Obligation Subaccount and the Stub UTGO Bonds Subaccount as provided in Section 204(a).

Section 203. <u>Deposits to the UTGO Debt Millage Fund</u>. Commencing on the Effective Date, and thereafter in accordance with the distribution schedule published by the Michigan Department of Treasury, and in any event, no less often than (x) bi-monthly during the period beginning each July 1 and ending the following March 31, and (y) monthly during the period beginning April 1 and ending the following June 30 of each year, the City shall remit the Debt Millage Revenues to the Escrow Trustee for deposit in the UTGO Debt Millage Fund. In the Order, the City has covenanted that it shall cause to be deposited with the Escrow Trustee, in accordance with the terms of this Escrow Agreement, 100% of the Debt Millage Revenues received by the City for as long as the Municipal Obligation and the Stub UTGO Bonds remain outstanding. The Escrow Trustee shall deposit any Debt Millage Revenues received by it from the City into the UTGO Debt Millage Fund and allocate such deposits in accordance with the provisions of Section 204 below.

Section 204. <u>Allocation and Deposit</u>. (a) Each Fiscal Year, commencing with the Effective Date and for as long as any UTGO Bonds remain outstanding, within one (1) Business Day of receipt by the Escrow Trustee of each Debt Millage Deposit, the Escrow Trustee shall set aside in the UTGO Debt Millage Fund each Debt Millage Deposit received, and make transfers from the UTGO Debt Millage Fund, as follows:

1. FIRST, a percentage of each Debt Millage Deposit received shall be allocated and set aside in each of the 2010A UTGO Account, the 2014 UTGO Bonds Account and any Additional Bonds Account that corresponds to the percentage that the Debt Service Requirement payable on the related series of UTGO Bonds as shown on Exhibit D bears to the Debt Service Requirement payable (or past due) on all UTGO Bonds on or before May 1 of each Fiscal Year until the sum of the aggregate Debt Millage Deposits (when taken together with any investment earnings on deposit) equals the Debt Service Requirement on all UTGO Bonds for such Fiscal Year. Once the Debt Service Requirement has been satisfied for all UTGO Bonds for payments due on or before May 1 of each Fiscal Year, any excess shall be allocated to the same accounts in

6

811

proportion to the Debt Service Requirements payable on such UTGO Bonds in the next Fiscal Year.

2.     SECOND, the Escrow Trustee shall allocate deposits made to the 2014 UTGO Bonds Account (i) first to the 2014 Municipal Obligation Subaccount until the Debt Service Requirement payable (or past due) on the Municipal Obligation as shown on Exhibit D on or before April 1 of the then current Fiscal Year has been satisfied and (ii) second, to the Stub UTGO Bonds Subaccount until the Debt Service Requirement payable (or past due) on the Stub UTGO Bonds on or before April 1 of the then current Fiscal Year has been satisfied. Once the Debt Service Requirement for all Prior UTGO Bonds has been satisfied for the then current Fiscal Year, any excess shall be allocated first to the 2014 Municipal Obligation Subaccount for application to the next Fiscal Year's Debt Service Requirements for the Municipal Obligation and then to the next Fiscal Year's Debt Service Requirements for the Stub UTGO Bonds.

3.     THIRD, within three Business Days after a deposit is made to any account or subaccount in the UTGO Debt Millage Fund the Escrow Trustee shall transfer the funds in such account or subaccount as follows:

(a)     Funds on deposit in the 2010A UTGO Debt Millage Account shall be transferred to the Master Trustee for application to Debt Service Requirements for the 2010A UTGO Bonds.

(b)     Funds on deposit in the 2014 Municipal Obligation Subaccount shall be transferred to the Master Trustee for deposit in the Series 2014 Tax Levy Account for application to Debt Service Requirements for the Municipal Obligation.

(c)     Funds on deposit in the Stub UTGO Bonds Subaccount shall be transferred to the Plan Assignees pursuant to the direction and in the amounts shown on Exhibit F. In the event insufficient funds are on deposit in the Stub UTGO Bonds Subaccount on the date set for any transfer, the Escrow Trustee shall allocate and transfer the funds then on deposit in the Stub UTGO Bonds Subaccount to the Plan Assignees pro rata, in proportion to the amount due to each Plan Assignee on such date.

(d)     Funds on deposit in the Additional Bonds Account shall be transferred to the paying agent or trustee for the related series of Additional Bonds.

(b)     The Escrow Trustee shall keep and maintain a ledger on its books and records showing each Debt Millage Deposit into the Debt Millage Fund of the UTGO Debt Millage Fund, all transfers of funds from one account to another or from the UTGO Debt Millage Fund to the Master Trustee or the Income Stabilization Funds or the paying agent or trustee for any Additional Bonds, which ledger shall be substantially in the form attached hereto as Exhibit D-2 (the "Set Aside Ledger"). Not later than one (1) Business Days after the receipt of each Debt Millage Deposit, the Escrow Trustee shall promptly confirm electronically or in writing to the

7

City the receipt of each Debt Millage Deposit and provide with such notice a copy of the Set Aside Ledger which shall include the deposit entries for the then most recent Debt Millage Deposit, all prior deposits for the Fiscal Year and entries for any inter-fund transfers during the Fiscal Year. While any of the Municipal Obligation or the Stub UTGO Bonds remains Outstanding, upon request of the Bond Insurers, the Escrow Trustee shall furnish a copy of the Set Aside Ledger to the Bond Insurers.

(c) Upon receipt of the Set Aside Ledger from the Escrow Trustee, the Finance Director of the City shall allocate on the books and records of the City a fractional amount of each Debt Millage Deposit shown in the Set Aside Ledger equal to the percentage of each Debt Millage Deposit that corresponds to the Debt Service Requirement by the City for the payment of that portion of debt service due on the UTGO Bonds in accordance with the ratios of the Debt Service Requirements for each series of UTGO Bonds to the total Debt Service Requirement for all UTGO Bonds set forth in Exhibit D hereto.

## ARTICLE III
## INVESTMENT OF FUNDS

Section 301. <u>Permitted Investments</u>. All money held by the Escrow Trustee pursuant to this Agreement shall be invested by the Escrow Trustee, without the need for further direction by the City, in accordance with written instructions from the City in mutual funds registered under the investment company act of 1940, title I of chapter 686, 54 Stat. 789, 15 USC 80a-1 to 80a-3 and 80a-4 to 80a-64, that have been rated at the time of purchase within the highest classification established by not less than two standard rating services and so long as the portfolio of such mutual funds is limited to bonds, and other obligations on which the full and timely payment of principal and interest is unconditionally guaranteed by the full faith and credit of the United States. In the absence of written direction delivered to the Escrow Trustee by the City, the Escrow Trustee shall hold funds uninvested. The Escrow Trustee shall be entitled to rely on any written direction from the City as to the suitability and legality of the directed investment.

## ARTICLE IV
## THE ESCROW TRUSTEE

Section 401. <u>Powers and Duties of Escrow Trustee</u>. (a) The Escrow Trustee may execute any of the trusts or powers hereof and perform any of its duties by or through attorneys, agents, receivers or employees, and shall be entitled to act upon the opinion or advice of its counsel concerning all matters hereof, and may in all cases be reimbursed hereunder for reasonable compensation paid to all such attorneys, agents, receivers and employees as may reasonably be employed in connection with the trust hereof. The Escrow Trustee may act upon an opinion of counsel and shall not be responsible for any loss or damage resulting from any action or nonaction by it taken or omitted to be taken in good faith in reliance upon such opinion of counsel.

(b) The Escrow Trustee shall not be responsible for any recital herein, or for the validity of the execution by the City of this Escrow Agreement, or of any supplements thereto or

8

instruments of further assurance, or for the validity or sufficiency of, or filing of documents related to the security for the UTGO Bonds intended to be secured hereby.

(c)     The Escrow Trustee shall not be responsible or liable for any loss suffered in connection with any investment of funds made by it in accordance with this Escrow Agreement .

(d)     The Escrow Trustee shall be protected in acting upon any notice, request, consent, certificate, order, affidavit, letter, telegram or other paper or document reasonably believed by it to be genuine and correct and to have been signed or sent by the proper person or persons.

(e)     As to the existence or non-existence of any fact or as to the sufficiency or validity of any instrument, paper or proceeding, the Escrow Trustee shall be entitled to rely upon a certificate believed in good faith to be genuine and correct, signed on behalf of the City by an authorized officer of the City as sufficient evidence of the facts therein contained. The Escrow Trustee may also accept a similar certificate to the effect that any particular dealing, transaction or action is necessary or expedient, but may at its discretion secure such further evidence deemed necessary or advisable, but shall in no case be bound to secure the same.

(f)     The permissive right of the Escrow Trustee to do things enumerated in this Escrow Agreement, as amended, shall not be construed as a duty and the Escrow Trustee shall not be answerable for other than its gross negligence or willful misconduct.  The immunities and exceptions from liability of the Escrow Trustee shall extend to its officers, directors, employees and agents.

(g)     The Escrow Trustee shall not be required to give any bond or surety in respect to the execution of its rights and obligations hereunder.

(h)     All moneys received by the Escrow Trustee shall, until used or applied or invested as herein provided, be held in trust in the manner and for the purpose for which they were received, but need not be segregated from other funds except to the extent required by this Escrow Agreement, as amended, or by law.  The Escrow Trustee shall not be under any liability for interest on any moneys received hereunder except such as may be agreed upon.

(i)     The Escrow Trustee shall not be under any obligation to initiate any suit or to take any remedial proceeding under this Escrow Agreement or to take any steps in the execution of the trusts created by this Escrow Agreement or in the enforcement of any rights and powers under this Escrow Agreement until it has been indemnified to its satisfaction against any and all fees, costs and expenses and other reasonable disbursements and against all liability.

(j)     The Escrow Trustee shall have no responsibility or liability with respect to any information, statement or recital in any official statement, offering memorandum or other disclosure material prepared or distributed with respect to the issuance of the UTGO Bonds, except for liability for its own gross negligence or willful misconduct.

(k)     The Escrow Trustee may become the holder of any of the UTGO Bonds with the same rights it would have if it were not Escrow Trustee, and, to the extent permitted by law, may act as depositary for and permit any of its officers or directors to act as a member of, or in any other capacity with respect to, any committee formed to protect the rights of holders, whether or

814

not such committee shall represent the holders of a majority in principal amount of any of the UTGO Bonds of such series then outstanding.

(l)     The Escrow Trustee shall not be liable for any error of judgment made in good faith by any of its officers, employees, agents or representatives, unless it shall be proved that the Escrow Trustee was negligent in ascertaining the pertinent facts.

(m)     The Escrow Trustee has no obligation or liability to the holders for the payment of interest on, principal of or redemption premium, if any, with respect to the UTGO Bonds from its own funds; but rather the Escrow Trustee's obligations shall be limited to the performance of its duties hereunder.

(n)     Whether or not therein expressly so provided, every provision of this Agreement or related documents, relating to the conduct or affecting the liability of or affording protection to the Escrow Trustee shall be subject to the provisions of this Article.

Section 402.     <u>Fees and Expenses of Escrow Trustee</u>.  (a) The Escrow Trustee shall be entitled to reasonable fees for services rendered under this Escrow Agreement, as amended, and shall be reimbursed for all expenses reasonably incurred in connection with such services.  Such fees and expenses shall be payable by the City and shall be determined in accordance with the Fee Schedule attached as Exhibit E of this Agreement or as otherwise may be agreed to by the City and the Escrow Trustee.

(b)     The City shall be liable for all fees, expenses, charges, losses, costs, liabilities and damages incurred by the Escrow Trustee pursuant to this Agreement except for those which are adjudicated to have resulted from the gross negligence or willful misconduct of the Escrow Trustee, and shall pay such amounts to or at the direction of the Escrow Trustee.

Section 403.     <u>Resignation; Appointment of Successor Escrow Trustee; Successor Escrow Trustee Upon Merger, Consolidation or Sale</u>.  (a)  The  Escrow  Trustee  and  any successor Escrow Trustee may resign only upon giving 60 days' prior written notice to the City and, while any of the Municipal Obligation or the Stub UTGO Bonds remains Outstanding, the Bond Insurers.  Such resignation shall take effect only upon the appointment of a successor Escrow Trustee as described in Section 403(b) below and the acceptance of such appointment by the successor Escrow Trustee.  Upon appointment of a successor Escrow Trustee, the resigning Escrow Trustee shall, after payment of its fees, costs and expenses, assign all of its right, title and interest in the Debt Millage Revenues, and transfer and assign its right, title and interest in the Escrow Agreement to the successor Escrow Trustee.  The successor Escrow Trustee shall meet the requirements of Section 403(b) below and shall accept in writing its duties and responsibilities hereunder and file such acceptance with the City.

(b)     In case the Escrow Trustee shall give notice of resignation or be removed, or be dissolved, or shall be in the course of dissolution or liquidation, or otherwise become incapable of acting hereunder, or in case it shall be taken under the control of any public office or offices, or of a receiver appointed by a court, a successor may with the prior written consent of the City (so long as no Event of Default shall have occurred and be continuing under this Escrow Agreement ) and, while any of the Municipal Obligation or the Stub UTGO Bonds remains

10

Outstanding, the Bond Insurers, be appointed by the owners of a majority in aggregate principal amount of UTGO Bonds then Outstanding, by an instrument or concurrent instruments in writing signed by such owners, or by their duly authorized attorneys in fact, a copy of which shall be delivered personally or sent by first class mail, postage prepaid, to the City, the retiring Escrow Trustee, and the successor Escrow Trustee, which, while any of the Municipal Obligation or the Stub UTGO Bonds remains Outstanding must be acceptable to the Bond Insurers insuring such Outstanding Bonds. In the absence of an appointment by the bondholders, the City may appoint a successor Escrow Trustee, by an instrument in writing signed by an authorized officer of the City, a copy of which shall be delivered personally or sent by first class mail, postage prepaid, to the retiring Escrow Trustee and the successor Escrow Trustee. If the owners of the UTGO Bonds and the City fail to so appoint a successor Escrow Trustee, hereunder within thirty (30) days after the Escrow Trustee has given notice of its resignation, has been removed, has been dissolved, has otherwise become incapable of acting hereunder or has been taken under control by a public officer or receiver, the Escrow Trustee shall have the right to petition a court of competent jurisdiction to appoint a successor hereunder. Every such Escrow Trustee appointed pursuant to the provisions of this Section 403(b) (i) shall at all times be a bank having trust powers or a trust company, (ii) shall at all times be organized and doing business under the laws of the United States of America or of any state, (iii) shall have, or be wholly owned by an entity having, a combined capital and surplus of at least $75,000,000, (iv) shall be authorized under such laws to exercise corporate trust powers, and (v) shall be subject to supervision or examination by federal or state authority.

(c)    Any corporation or association into which the Escrow Trustee may be merged or converted or with or into which it may be consolidated, or to which it may sell or transfer its corporate trust business and assets as a whole or substantially as a whole, or any corporation or association resulting from any merger, conversion, sale, consolidation or transfer to which it is a party, provided such company shall be eligible under Section 403(b) hereof, shall be and become successor Escrow Trustee hereunder and shall be vested with all the trusts, powers, rights, obligations, duties, remedies, immunities and privileges hereunder as was its predecessor, without the execution or filing of any instrument or any further act on the part of any of the parties hereto.

Section 404.    Removal of Escrow Trustee. The Escrow Trustee may be removed at any time by an instrument or concurrent instruments in writing delivered to the Escrow Trustee and signed by the City; provided that if an Event of Default has occurred and is continuing hereunder, then, while any of the Municipal Obligation or the Stub UTGO Bonds remains Outstanding, the Escrow Trustee may not be removed without the consent of the holders of a majority in aggregate principal amount of the UTGO Bonds then Outstanding and the Bond Insurers. No removal of the Escrow Trustee and no appointment of a successor Escrow Trustee shall become effective until the successor Escrow Trustee has accepted its appointment in the manner provided in Section 403 hereof. Upon such removal and the payment of its fees, costs and expenses, the Escrow Trustee shall assign to the successor Escrow Trustee all of its right, title and interest in the Trust Estate in the same manner as provided in Section 403 hereof.

11

# ARTICLE V
## ADDITIONAL BONDS

Section 501. <u>Issuance of Additional Bonds</u>. The City reserves the right to issue unlimited tax full faith and credit bonds payable on a parity basis with the pledge of the City's unlimited tax full faith and credit as security for the UTGO Bonds. While any of the Municipal Obligation or the Stub UTGO Bonds remains Outstanding, the debt millage levy with respect to any such parity bonds shall be subject to the terms of this Agreement.

Section 502. <u>Notices Regarding Additional Bonds</u>. The City hereby covenants to provide notice to the Escrow Trustee and, while any of the Municipal Obligation or the Stub UTGO Bonds remains Outstanding, the Bond Insurers, of the issuance of each series of Additional Bonds. The City may enter into additional agreements or supplements hereto with the Escrow Trustee to provide for the remittance of Debt Millage Revenues to the Escrow Trustee to be held and transferred for the payment of principal of and interest on any Additional Bonds pursuant to this Agreement.

Section 503. <u>Defeasance or Redemption</u>. The City hereby covenants to provide notice to the Escrow Trustee of the defeasance or redemption of all or any portion of the UTGO Bonds. In the event that the City issues Additional Bonds as described in Section 501 hereof, the City hereby covenants to provide notice to the Escrow Trustee of the defeasance or redemption of all or any portion of the Additional Bonds.

# ARTICLE VI
## AMENDMENTS

Section 601. <u>Modifications and Amendments Not Requiring Consent</u>. Any provision of this Agreement may be amended at any time by the parties hereto, and while any of the Municipal Obligation or the Stub UTGO Bonds remains Outstanding, with the prior written consent of the Bond Insurers, for any one or more of the following purposes:

    (a)    To cure any ambiguity or formal defect or omission in this Agreement.

    (b)    To grant to or confer upon the Escrow Trustee any additional rights, remedies, powers, authority or security that may lawfully be granted to or conferred upon the Escrow Trustee.

    (c)    To accomplish, implement or give effect to any other action which is authorized or required by this Agreement.

    (d)    To comply with the requirements of the Internal Revenue Code of 1986, as amended, applicable to the UTGO Bonds or any Additional Bonds.

    (e)    To appoint separate or successor trustees.

    (f)    To provide for the deposit of Debt Millage Revenues with respect to any Additional Bonds.

12

(g)     To make any other change which, in the judgment of the Escrow Trustee, is not to the material prejudice of holders of the UTGO Bonds, upon the opinion of bond counsel or other professionals.

(h)     To create obligation specific Escrow Funds and sub-accounts in accordance with Article II herein for further securing and establishing deposit and set-aside requirements of all UTGO Bonds issued by the City.

Within thirty (30) days after the execution of any amendment pursuant to this Section 601, the Escrow Trustee shall cause notice thereof to be mailed, postage prepaid to the Master Trustee, the Stub UTGO Paying Agent and the trustee or paying agent for any Additional Bonds at their addresses shown in Section 701. The notice shall briefly set forth the nature of the supplement and shall state that copies thereof are on file at the corporate trust office of the Escrow Trustee for inspection by all such holders. Any such supplement so executed shall be valid and binding notwithstanding any failure of the Escrow Trustee to mail the notice herein required and notwithstanding any objections which may be received pursuant to any mailed notice.

Upon the execution of any Amendment pursuant to the provisions of this Section, this Agreement shall be deemed to be modified and amended in accordance therewith and the respective rights, duties and obligations under this Agreement of the City, the Escrow Trustee, the Bond Insurers, and all registered holders of the UTGO Bonds shall thereafter be determined, exercised and enforced hereunder, subject in all respects to such modifications and amendments.

## ARTICLE VII
## MISCELLANEOUS

Section 701. <u>Notices</u>. Except as other provided, all notices, certificates, requests, complaints, demands or other communications under this Agreement shall be deemed sufficiently given when sent by first class mail or overnight mail postage prepaid, addressed as follows:

If to the City, to:

City of Detroit
Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 1126
Detroit MI 48226
Attention: Chief Financial Officer

If to the Escrow Trustee, the Master Trustee or the Stub UTGO Bonds Paying Agent, to:

U.S. Bank National Association
535 Griswold, Suite 550
Detroit, Michigan 48226
Attention: Corporate Trust Services

13

If to the Bond Insurers, to:          Ambac Assurance Corporation
One State Street Plaza
New York, New York 10004
Attention: Surveillance Department and
General Counsel's Office


Assured Guaranty Municipal Corp and
Assured Guaranty Corp.
31 West 52nd Street
New York, NY 10019
Attention: Kevin J. Lyons
Attention: Terence Workman

National Public Finance Guarantee
Corporation
113 King Street
Armonk, NY 10504
Attention: Kenneth Epstein and William J.
Rizzo

     The City, the Escrow Trustee or the Bond Insurers may, by giving notice hereunder, in writing, designate any further or different addresses to which subsequent notices, certificates, requests, complaints, demands or other communications hereunder shall be sent.

     Section 702. <u>Termination</u>. This Agreement shall terminate following delivery of written direction from the City to the Escrow Trustee to so terminate, together with written notice: (1) that all of the Municipal Obligation and the Stub UTGO Bonds have been paid in full at maturity or defeased (and for each series of UTGO Bonds that have been or are to be defeased prior to termination, such notice shall include written certification by an independent verification agent for the City that sufficient cash or obligations necessary to defease such UTGO Bonds in accordance with the applicable defeasance requirements are on deposit with the Master Trustee, in the case of the Municipal Obligation, and the Income Stabilization Funds, in the case of the Stub UTGO Bonds to be defeased, as of the date of the City's notice), and (2) that all fees owed to the Escrow Trustee have been paid in full. Upon termination of this Agreement, any money remaining on deposit in the funds and accounts created and established hereunder shall be paid to the City.

     Section 703. <u>Severability</u>. If any one or more sections, clauses or provisions of this Escrow Agreement shall be determined by a court of competent jurisdiction to be invalid or ineffective for any reason, such determination shall in no way affect the validity and effectiveness of the remaining sections, clauses and provisions of the Agreement.

     Section 704. <u>Headings</u>. Any headings shall be solely for convenience of reference and shall not constitute a part of the Agreement, nor shall they affect its meaning, construction or effect.

14

Section 705.   <u>Escrow Agreement Executed in Counterparts</u>.   This Escrow Agreement may be executed simultaneously in several counterparts, each of which shall be deemed an original, and such counterparts together shall and will constitute one and the same instrument.

Section 706.   <u>Parties Interested Herein</u>.   Nothing in this Escrow Agreement expressed or implied is intended or shall be construed to confer upon, or to give to, any person or entity, other than the Escrow Trustee, the City, the Bond Insurers and the registered owners of the UTGO Bonds, any right, remedy or claim under or by reason of this Escrow Agreement or any covenant, condition or stipulation hereof, and all covenants, stipulations, promises and agreements in this Agreement on behalf of the City shall be for the sole and exclusive benefit of the Escrow Trustee, the City, the Bond Insurers and the registered owners of the UTGO Bonds.

IN WITNESS WHEREOF, this Escrow Agreement has been signed on behalf of the City by its Emergency Manager and U.S. Bank National Association to evidence the acceptance of the trust, has caused this Escrow Agreement to be executed in its behalf by its authorized officer, all as of the date first above written.

CITY OF DETROIT

By _____
      Kevyn D. Orr
      Its: Emergency Manager

U.S. BANK NATIONAL ASSOCIATION,
as Escrow Trustee

By _____

    Its: _____

# EXHIBIT A
# DEBT RETIREMENT SCHEDULES
# (BY SERIES)

# UTGO Bond Series Debt Retirement Schedules

| CUSIP | Maturity Date | Rate | Principal | Insurer | Interest 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO 1999-A** | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.250% | $2,950,000.00 | Assured | $74,812.50 | $74,875.00 | $74,875.00 | $74,875.00 | | | | | | | | | | |
| | 4/1/16 | 5.000% | $2,995,000.00 | Assured | $74,875.00 | $74,875.00 | $74,875.00 | $74,875.00 | $76,625.00 | $76,625.00 | | | | | | | | |
| | 4/1/17 | 5.000% | $3,145,000.00 | Assured | $78,625.00 | $78,625.00 | $78,625.00 | $78,625.00 | $78,625.00 | $78,625.00 | $82,625.00 | $82,625.00 | | | | | | |
| | 4/1/18 | 5.000% | $3,305,000.00 | Assured | $82,625.00 | $82,625.00 | $82,625.00 | $82,625.00 | $82,625.00 | $82,625.00 | $82,625.00 | $82,625.00 | $86,750.00 | $86,750.00 | | | | |
| | 4/1/19 | 5.000% | $3,470,000.00 | Assured | $86,750.00 | $86,750.00 | $86,750.00 | $86,750.00 | $86,750.00 | $86,750.00 | $86,750.00 | $86,750.00 | $86,750.00 | $86,750.00 | | | | |
| | | | **$15,765,000.00** | | $397,687.50 | $397,687.50 | $322,875.00 | | $240,000.00 | $240,000.00 | $165,375.00 | $165,375.00 | $86,750.00 | $86,750.00 | | | | |
| **UTGO 2003-A(1)** | | | | | | | | | | | | | | | | | | |
| | 4/1/16 | 5.375% | $5,840,000.00 | NPFG | $156,637.50 | $156,637.50 | $156,637.50 | $168,237.50 | $168,237.50 | | | | | | | | | |
| | 4/1/17 | 5.375% | $6,200,000.00 | NPFG | $168,237.50 | $168,237.50 | $168,237.50 | $168,237.50 | $177,375.00 | $177,375.00 | | | | | | | | |
| | 4/1/18 | 5.375% | $6,000,000.00 | NPFG | $177,375.00 | $177,375.00 | $177,375.00 | $177,375.00 | $177,375.00 | $177,375.00 | $376,250.00 | $376,250.00 | | | | | | |
| | 4/1/19 | 5.375% | $14,000,000.00 | NPFG | $376,250.00 | $376,250.00 | $376,250.00 | $376,250.00 | $376,250.00 | $376,250.00 | $376,250.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $150,000.00 | | |
| | 4/1/20 | 5.000% | $14,000,000.00 | NPFG | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $150,000.00 | $350,000.00 | $350,000.00 |
| | 4/1/21 | 5.000% | $14,000,000.00 | NPFG | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $1,050,000.00 | $1,050,000.00 | $700,000.00 | $700,000.00 | $350,000.00 | $350,000.00 | $350,000.00 |
| | 4/1/21 | 5.000% | $14,000,000.00 | NPFG | $150,000.00 | $150,000.00 | | | | | | | | | | | | |
| | | | **$74,080,000.00** | | $1,531,500.00 | $1,531,500.00 | $1,371,862.50 | | $1,603,625.00 | $1,603,625.00 | $1,426,250.00 | $1,426,250.00 | $700,000.00 | $700,000.00 | | | | |
| **UTGO 2002** | | | | | | | | | | | | | | | | | | |
| | 4/1/21 | 5.125% | $13,240,000.00 | NPFG | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 |
| | 4/1/21 | 5.125% | $3,405,000.00 | NPFG | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 |
| | | | **$56,645,000.00** | | $170,278.13 | $170,278.13 | $170,278.13 | $170,278.13 | $170,278.13 | $170,278.13 | $170,278.13 | $170,278.13 | $170,278.13 | $170,278.13 | $170,278.13 | $170,278.13 | $170,278.13 | $170,278.13 |
| **UTGO 2003-A** | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 4.000% | $300,000.00 | Syncora | $6,000.00 | $6,000.00 | | | | | | | | | | | | |
| | 4/1/16 | 5.250% | $2,550,000.00 | Syncora | $66,937.50 | $66,937.50 | $66,937.50 | $76,618.75 | $76,618.75 | | | | | | | | | |
| | 4/1/17 | 5.250% | $2,995,000.00 | Syncora | $76,618.75 | $76,618.75 | $76,618.75 | $76,618.75 | $82,687.50 | $82,687.50 | | | | | | | | |
| | 4/1/18 | 5.500% | $3,150,000.00 | Syncora | $82,687.50 | $82,687.50 | $82,687.50 | $82,687.50 | $82,687.50 | $82,687.50 | $87,018.75 | $87,018.75 | | | | | | |
| | 4/1/19 | 5.500% | $3,315,000.00 | Syncora | $87,018.75 | $87,018.75 | $87,018.75 | $91,612.50 | $91,612.50 | $91,612.50 | $91,612.50 | $91,612.50 | $91,612.50 | $11,250.00 | $11,250.00 | | | |
| | 4/1/20 | 5.500% | $3,490,000.00 | Syncora | $91,612.50 | $91,612.50 | $91,612.50 | $91,612.50 | $91,612.50 | $91,612.50 | $91,612.50 | $91,612.50 | $91,612.50 | $11,250.00 | $11,250.00 | $11,250.00 | | |
| | 4/1/20 | 5.250% | $500,000.00 | Syncora | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | | |
| | 4/1/21 | 5.250% | $3,175,000.00 | Syncora | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 |
| | 4/1/22 | 5.250% | $3,360,000.00 | Syncora | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 |
| | 4/1/22 | 4.625% | $3,860,000.00 | Syncora | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 |
| | 4/1/23 | 5.250% | $1,565,000.00 | Syncora | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 |
| | 4/1/23 | 4.625% | $2,275,000.00 | Syncora | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 |
| | 4/1/24 | 5.250% | $2,270,000.00 | Syncora | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 |
| | | | **$33,675,000.00** | | $821,668.75 | $821,668.75 | $745,531.25 | $745,531.25 | $669,912.50 | $669,912.50 | $557,225.00 | $557,225.00 | $500,206.25 | $500,206.25 | $468,593.75 | $468,593.75 | $334,000.00 | $334,000.00 |
| **UTGO 2004-A(1)** | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.250% | $4,500,000.00 | Ambac | $118,125.00 | $118,125.00 | $118,125.00 | $118,125.00 | $118,125.00 | $118,125.00 | $118,125.00 | $118,125.00 | $118,125.00 | $118,125.00 | | | | |
| | 4/1/16 | 4.250% | $185,000.00 | Ambac | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | | |
| | 4/1/17 | 5.250% | $6,085,000.00 | Ambac | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | | |
| | 4/1/20 | 4.750% | $6,400,000.00 | Ambac | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 |
| | 4/1/22 | 4.500% | $375,000.00 | Ambac | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 |
| | 4/1/22 | 5.000% | $6,920,000.00 | Ambac | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 |
| | 4/1/23 | 5.000% | $181,650.00 | Ambac | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 |
| | 4/1/23 | 5.250% | $6,020,000.00 | Ambac | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 |
| | 4/1/24 | 5.250% | $6,950,000.00 | Ambac | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 |
| | | | **$39,270,000.00** | | $1,017,705.00 | $1,017,705.00 | $1,017,705.00 | $1,017,705.00 | $1,017,705.00 | $1,017,705.00 | $1,017,705.00 | $1,017,705.00 | $1,017,705.00 | $1,017,705.00 | $899,580.00 | $899,580.00 | $735,107.50 | $735,107.50 |

\* = to Mandatory Redemption

| CUSIP | Maturity Date | Rate | Principal | Insurer | Interest | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |

**UTGO 2004-B(1)**

| | 4/1/15 | 5.000% | $8,675,000.00 | Ambac | $216,875.00 | $216,875.00 | | | | | | | | | | | | |
| | 4/1/16 | 5.250% | $9,105,000.00 | Ambac | $239,006.25 | $239,006.25 | $239,006.25 | $239,006.25 | | | | | | | | | | |
| | 4/1/17 | 4.000% | $305,000.00 | Ambac | $6,100.00 | $6,100.00 | $6,100.00 | $6,100.00 | $6,100.00 | $6,100.00 | | | | | | | | |
| | 4/1/17 | 5.250% | $9,280,000.00 | Ambac | $243,600.00 | $243,600.00 | $243,600.00 | $243,600.00 | $243,600.00 | $243,600.00 | | | | | | | | |
| | 4/1/18 | 5.250% | $2,000,000.00 | Ambac | $52,500.00 | $52,500.00 | $52,500.00 | $52,500.00 | $52,500.00 | $52,500.00 | $52,500.00 | $52,500.00 | | | | | | |
| | | 5.250% | **$29,365,000.00** | | **$758,081.25** | **$738,081.25** | **$541,206.25** | **$541,206.25** | **$302,200.00** | **$302,200.00** | **$52,500.00** | **$52,500.00** | | | | | | |

**UTGO 2005-B**

| | 4/1/15 | 5.000% | $2,290,000.00 | Assured | $57,250.00 | $57,250.00 | $60,125.00 | $60,125.00 | $6,681.00 | $6,681.00 | $2,237.00 | $2,237.00 | | | | | | |
| | 4/1/16 | 5.000% | $2,405,000.00 | Assured | $60,125.00 | $60,125.00 | $54,180.00 | $54,180.00 | $54,180.00 | | | | | | | | | |
| | 4/1/17 | 5.000% | $2,530,000.00 | Assured | $54,180.00 | $54,180.00 | $65,875.00 | $65,875.00 | $65,875.00 | $65,875.00 | $65,875.00 | $69,125.00 | $69,125.00 | | | | | |
| | 4/1/18 | 5.000% | $2,730,000.00 | Assured | $65,875.00 | $65,875.00 | $69,125.00 | $69,125.00 | $69,125.00 | $69,125.00 | $69,125.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | | | |
| | 4/1/19 | 5.000% | $5,000,000.00 | Assured | $69,125.00 | $69,125.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | |
| | 4/1/20 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 |
| | 4/1/21 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 |
| | 4/1/23 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 |
| | 4/1/24 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 |
| | 4/1/25 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $625,000.00 |
| | | | **$42,435,000.00** | | **$1,056,555.00** | **$1,056,555.00** | **$999,305.00** | **$999,305.00** | **$930,580.00** | **$885,000.00** | **$885,000.00** | **$879,125.00** | **$879,125.00** | **$750,000.00** | **$750,000.00** | **$625,000.00** | **$625,000.00** | |

**UTGO 2005-C**

| | 4/1/15 | 5.000% | $2,300,000.00 | Assured | $57,625.00 | $57,625.00 | $60,625.00 | $60,625.00 | | | | | | | | | | |
| | 4/1/16 | 5.000% | $2,425,000.00 | Assured | $60,625.00 | $60,625.00 | $54,717.50 | $54,717.50 | $54,717.50 | | | | | | | | | |
| | 4/1/17 | 5.000% | $2,545,000.00 | Assured | $54,717.50 | $54,717.50 | $65,750.00 | $65,750.00 | $65,750.00 | $65,750.00 | $65,750.00 | | | | | | | |
| | 4/1/18 | 4.000% | $2,630,000.00 | Assured | $65,750.00 | $65,750.00 | $71,793.75 | $71,793.75 | $71,793.75 | $71,793.75 | $71,793.75 | $71,793.75 | $71,793.75 | $71,793.75 | $71,793.75 | | | |
| | 4/1/19 | 5.000% | $3,460,000.00 | Assured | $71,793.75 | $71,793.75 | $213,275.00 | $213,275.00 | $213,275.00 | $213,275.00 | $213,275.00 | $213,275.00 | $213,275.00 | | | | | |
| | 4/1/20 | 5.250% | $2,285,000.00 | Assured | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | |
| | | | **$15,525,000.00** | | **$386,242.50** | **$386,242.50** | **$328,617.50** | **$328,617.50** | **$267,992.50** | **$213,275.00** | **$213,275.00** | | | | | | | |

**UTGO 2008-A**

| | 4/1/15 | 5.000% | $2,875,000.00 | Assured | $71,875.00 | $71,875.00 | $75,375.00 | $75,375.00 | | | | | | | | | | |
| | 4/1/16 | 5.000% | $3,015,000.00 | Assured | $75,375.00 | $75,375.00 | $79,250.00 | $79,250.00 | $79,250.00 | $79,250.00 | | | | | | | | |
| | 4/1/17 | 5.000% | $3,325,000.00 | Assured | $79,250.00 | $79,250.00 | $66,500.00 | $66,500.00 | $66,500.00 | $66,500.00 | $66,500.00 | $66,500.00 | $66,500.00 | | | | | |
| | 4/1/18 | 4.000% | $3,460,000.00 | Assured | $66,500.00 | $66,500.00 | $86,500.00 | $86,500.00 | $86,500.00 | $86,500.00 | $86,500.00 | $86,500.00 | $86,500.00 | $86,500.00 | $86,500.00 | | | |
| | 4/1/19 | 5.000% | $3,630,000.00 | Assured | $86,500.00 | $86,500.00 | $90,750.00 | $90,750.00 | $90,750.00 | $90,750.00 | $90,750.00 | $90,750.00 | $90,750.00 | $90,750.00 | $90,750.00 | $90,750.00 | $90,750.00 | |
| | 4/1/20 | 5.000% | $3,815,000.00 | Assured | $90,750.00 | $90,750.00 | $95,375.00 | $95,375.00 | $95,375.00 | $95,375.00 | $95,375.00 | $95,375.00 | $95,375.00 | $95,375.00 | $95,375.00 | $95,375.00 | $95,375.00 | $95,375.00 |
| | 4/1/23 | 5.000% | $4,005,000.00 | Assured | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 |
| | 4/1/24 | 5.000% | $8,620,000.00 | Assured | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 |
| | 4/1/25 | 5.000% | $19,980,000.00 | Assured | $499,500.00 | $499,500.00 | $495,500.00 | $495,500.00 | $495,500.00 | $495,500.00 | $495,500.00 | $495,500.00 | $495,500.00 | $495,500.00 | $495,500.00 | $495,500.00 | $495,500.00 | $495,500.00 |
| | | | **$55,195,000.00** | | **$1,380,750.00** | **$1,380,750.00** | **$1,308,875.00** | **$1,308,875.00** | **$1,233,500.00** | **$1,233,500.00** | **$1,154,250.00** | **$1,154,250.00** | **$1,087,750.00** | **$1,087,750.00** | **$1,011,250.00** | **$1,011,250.00** | **$930,500.00** | **$930,500.00** |

**UTGO 2008-B(1)**

| | 4/1/15 | 5.000% | $1,270,000.00 | Ambac | $199,250.00 | $199,250.00 | | | | | | | | | | | | |
| | 4/1/16 | 5.000% | $1,905,000.00 | Ambac | $86,000.00 | $86,000.00 | $86,000.00 | $86,000.00 | | | | | | | | | | |
| | 4/1/17 | 5.000% | $2,105,000.00 | Ambac | $89,500.00 | $89,500.00 | $89,500.00 | $89,500.00 | $89,500.00 | $89,500.00 | | | | | | | | |
| | 4/1/18 | 5.000% | $1,580,000.00 | Ambac | $94,750.00 | $94,750.00 | $94,750.00 | $94,750.00 | $94,750.00 | $94,750.00 | $84,750.00 | $84,750.00 | | | | | | |
| | 4/1/19 | 5.000% | $1,380,000.00 | Ambac | | | | | | | $84,750.00 | $84,750.00 | | | | | | |
| | | | **$8,780,000.00** | | **$469,500.00** | **$469,500.00** | **$270,250.00** | **$270,250.00** | **$184,250.00** | **$184,250.00** | | | | | | | | |

**UTGO 2009-A**

| | 11/1/14 | 5.12% | $1,885,000.00 | Ambac | $48,343.93 | $48,343.93 | | | | | | | | | | | | |
| | 11/1/15 | 5.42% | $1,985,000.00 | Ambac | $53,882.83 | $53,882.83 | $53,882.83 | $53,882.83 | | | | | | | | | | |
| | 11/1/16 | 6.087% | $2,105,000.00 | Ambac | $64,065.68 | $64,065.68 | $64,065.68 | $64,065.68 | $64,065.68 | $64,065.68 | | | | | | | | |
| | 11/1/17 | 6.337% | $2,240,000.00 | Ambac | $70,974.40 | $70,974.40 | $70,974.40 | $70,974.40 | $70,974.40 | $70,974.40 | $70,974.40 | $70,974.40 | | | | | | |
| | 11/1/22 | 7.188% | $13,900,000.00 | Ambac | $499,566.00 | $499,566.00 | $499,566.00 | $499,566.00 | $499,566.00 | $499,566.00 | $499,566.00 | $499,566.00 | $499,566.00 | $413,489.70 | $413,489.70 | $330,944.20 | $330,944.20 | $231,570.10 |
| | 11/1/36 | 8.50% | $77,885,000.00 | Ambac | $3,259,097.83 | $3,259,097.83 | $3,259,097.83 | $3,259,097.83 | $3,259,097.83 | $3,259,097.83 | $3,259,097.83 | $3,259,097.83 | $3,259,097.83 | $3,259,097.83 | $3,259,097.83 | $3,360,042.03 | $3,360,042.03 | $3,480,062.93 |
| | | | **$100,000,000.00** | | **$3,995,927.35** | **$3,947,586.73** | **$3,947,586.73** | **$3,893,703.90** | **$3,893,703.90** | **$3,829,638.23** | **$3,829,638.23** | **$3,758,663.83** | **$3,758,663.83** | **$3,672,587.53** | **$3,672,587.53** | **$3,341,643.33** | **$3,341,643.33** | |
| | | | **$439,920,000.00** | | **$12,400,760.68** | **$12,352,419.65** | **$11,438,096.15** | **$11,384,213.53** | **$10,537,023.03** | **$10,472,962.35** | **$9,602,473.35** | **$9,531,498.95** | **$6,638,103.20** | **$6,638,103.20** | **$7,078,030.65** | **$7,078,030.65** | **$6,584,363.55** | |

# UTGO Bond Series Debt Retirement Schedules

| CUSIP | Maturity Date | Rate | Principal | Insurer | 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | 10/1/23 | 4/1/24 | 10/1/24 | 4/1/25 | 10/1/25 | 4/1/26 | 10/1/26 | 4/1/27 | 10/1/27 | 4/1/28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO2004-A** | | | | | | | | | | | | | | | | | | |
| 25X3A1 | 4/1/15 | 5.250% | $2,850,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 25X3N1 | 4/1/16 | 5.000% | $2,995,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 25X3X6 | 4/1/17 | 5.000% | $3,145,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 25X3U4 | 4/1/18 | 5.000% | $3,305,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 25X3H2 | 4/1/19 | 5.000% | $3,470,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | **$15,765,000.00** | | | | | | | | | | | | | | | |
| **UTGO2005-A(H)** | | | | | | | | | | | | | | | | | | |
| 25X4N6 | 4/1/16 | 5.375% | $5,940,000.00 | NPFG | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 25X4K3 | 4/1/16 | 5.375% | $6,260,000.00 | NPFG | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 25X4L1 | 4/1/17 | 5.375% | $6,600,000.00 | NPFG | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 25X4J9 | 4/1/18 | 5.375% | $14,000,000.00 | NPFG | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 25X4N7 | 4/1/19 | 5.000% | $14,000,000.00 | NPFG | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 25X4P2 | 4/1/20 | 5.000% | $14,000,000.00 | NPFG | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 25X4Q0 | 4/1/21 | 5.000% | $14,000,000.00 | NPFG | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | **$74,800,000.00** | | | | | | | | | | | | | | | |
| **UTGO2002** | | | | | | | | | | | | | | | | | | |
| 25399WW8 | 4/1/21 | 5.125% | $5,240,000.00 | NPFG | $87,253.13 | $87,253.13 | - | - | - | - | - | - | - | - | - | - | - | - |
| 25399WW6 | 4/1/22 | 5.125% | $5,465,000.00 | NPFG | $87,253.13 | $87,253.13 | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | **$6,645,000.00** | | | | | | | | | | | | | | | |
| **UTGO2005-A** | | | | | | | | | | | | | | | | | | |
| 25X4V9 | 4/1/20 | 4.000% | $100,000.00 | Syncora | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 25X2R0 | 4/1/15 | 5.250% | $2,550,000.00 | Syncora | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 25X2Q8 | 4/1/16 | 5.250% | $2,995,000.00 | Syncora | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 25X2R6 | 4/1/17 | 5.250% | $3,150,000.00 | Syncora | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 25X2S4 | 4/1/18 | 5.250% | $3,315,000.00 | Syncora | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 25X2T0 | 4/1/19 | 5.250% | $3,490,000.00 | Syncora | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 25X2U7 | 4/1/20 | 4.500% | $300,000.00 | Syncora | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 25X2V5 | 4/1/20 | 5.250% | $3,175,000.00 | Syncora | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 25X2W3 | 4/1/21 | 5.250% | $3,860,000.00 | Syncora | $11,562.50 | $11,562.50 | - | - | - | - | - | - | - | - | - | - | - | - |
| 25X2X1 | 4/1/22 | 4.625% | $500,000.00 | Syncora | $93,581.25 | $93,581.25 | - | - | - | - | - | - | - | - | - | - | - | - |
| 25X2Y9 | 4/1/22 | 5.250% | $3,565,000.00 | Syncora | $34,687.50 | $34,687.50 | $34,687.50 | - | - | - | - | - | - | - | - | - | - | - |
| 25X2Z6 | 4/1/23 | 4.625% | $1,500,000.00 | Syncora | $18,055.00 | $18,055.00 | $18,055.00 | - | - | - | - | - | - | - | - | - | - | - |
| 25X2B0 | 4/1/23 | 5.250% | $3,275,000.00 | Syncora | $72,843.75 | $72,843.75 | $72,843.75 | - | - | - | - | - | - | - | - | - | - | - |
| | | | **$31,675,000.00** | | $232,675.00 | $232,675.00 | $107,531.25 | $107,531.25 | - | - | - | - | - | - | - | - | - | - |
| **UTGO2004-A(H)** | | | | | | | | | | | | | | | | | | |
| 25X2X2 | 4/1/19 | 5.250% | $4,500,000.00 | Ambac | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 25X2Y0 | 4/1/20 | 4.250% | $185,000.00 | Ambac | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 25X2Z7 | 4/1/20 | 5.250% | $6,085,000.00 | Ambac | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 25X2A1 | 4/1/21 | 5.000% | $6,600,000.00 | Ambac | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 25X2B9 | 4/1/22 | 5.000% | $6,930,000.00 | Ambac | $181,912.50 | $181,912.50 | $8,437.50 | $8,437.50 | - | - | - | - | - | - | - | - | - | - |
| 25X2C7 | 4/1/23 | 4.500% | $375,000.00 | Ambac | $8,437.50 | $8,437.50 | $181,650.00 | $181,650.00 | $8,437.50 | - | - | - | - | - | - | - | - | - |
| 25X2D5 | 4/1/23 | 5.250% | $6,920,000.00 | Ambac | $181,650.00 | $181,650.00 | $18,055.00 | $18,055.00 | $18,055.00 | - | - | - | - | - | - | - | - | - |
| 25X2E3 | 4/1/24 | 4.600% | $1,625,000.00 | Ambac | $18,055.00 | $18,055.00 | $180,862.50 | $180,862.50 | $18,055.00 | $18,055.00 | - | - | - | - | - | - | - | - |
| 25X2F0 | 4/1/24 | 5.250% | $6,890,000.00 | Ambac | $180,862.50 | $180,862.50 | $389,065.00 | $389,065.00 | $180,862.50 | $180,862.50 | - | - | - | - | - | - | - | - |
| | | | **$39,270,000.00** | | $570,917.50 | $570,917.50 | $389,065.00 | $389,065.00 | $198,917.50 | $198,917.50 | - | - | - | - | - | - | - | - |

\* Subject to Mandatory Redemption

# UTGO Bond Series Debt Retirement Schedules

| Maturity Date | Rate | Principal | Issuer | Interest |
|---|---|---|---|---|

| Maturity Date | Rate | Principal | Issuer | 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | 10/1/23 | 4/1/24 | 10/1/24 | 4/1/25 | 10/1/25 | 4/1/26 | 10/1/26 | 4/1/27 | 10/1/27 | 4/1/28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO 2004-B(U)** | | | | | | | | | | | | | | | | | |
| 4/1/15 | 5.000% | $6,675,000.00 | Ambac | | | | | | | | | | | | | | |
| 4/1/16 | 5.250% | $9,105,000.00 | Ambac | | | | | | | | | | | | | | |
| 4/1/17 | 4.000% | $305,000.00 | Ambac | | | | | | | | | | | | | | |
| 4/1/18 | 5.250% | $9,280,000.00 | Ambac | | | | | | | | | | | | | | |
| 4/1/20 | 5.750% | $4,000,000.00 | Ambac | | | | | | | | | | | | | | |
| | | $29,365,000.00 | | | | | | | | | | | | | | | |
| **UTGO 2004-B(Z)** | | | | | | | | | | | | | | | | | |
| 4/1/19 | 5.240% | $575,000.00 | Ambac | | | | | | | | | | | | | | |
| **UTGO 2005-B** | | | | | | | | | | | | | | | | | |
| 4/1/15 | 5.000% | $2,290,000.00 | Assured | | | | | | | | | | | | | | |
| 4/1/16 | 5.000% | $2,405,000.00 | Assured | | | | | | | | | | | | | | |
| 4/1/17 | 4.300% | $2,520,000.00 | Assured | | | | | | | | | | | | | | |
| 4/1/18 | 5.000% | $2,655,000.00 | Assured | | | | | | | | | | | | | | |
| 4/1/19 | 5.000% | $2,765,000.00 | Assured | | | | | | | | | | | | | | |
| 4/1/20 | 5.000% | $5,380,000.00 | Assured | | | | | | | | | | | | | | |
| 4/1/21 | 5.000% | $5,000,000.00 | Assured | $175,000.00 | $125,000.00 | | | | | | | | | | | | |
| 4/1/22 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | $125,000.00 | | | | | | | | | | | |
| 4/1/23 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | | | | | | | | | |
| 4/1/24 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $175,000.00 | $175,000.00 | $175,000.00 | | | | | | | |
| 4/1/25 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | $125,000.00 | $175,000.00 | $175,000.00 | $175,000.00 | $175,000.00 | $175,000.00 | $125,000.00 | | | | | |
| | | $42,485,000.00 | | $500,000.00 | $375,000.00 | $375,000.00 | $250,000.00 | $250,000.00 | $125,000.00 | | $125,000.00 | | | | | | |
| **UTGO 2005-C** | | | | | | | | | | | | | | | | | |
| 4/1/15 | 5.000% | $2,305,000.00 | Assured | | | | | | | | | | | | | | |
| 4/1/16 | 5.000% | $2,475,000.00 | Assured | | | | | | | | | | | | | | |
| 4/1/17 | 4.300% | $2,545,000.00 | Assured | | | | | | | | | | | | | | |
| 4/1/18 | 5.000% | $2,630,000.00 | Assured | | | | | | | | | | | | | | |
| 4/1/19 | 5.250% | $3,440,000.00 | Assured | | | | | | | | | | | | | | |
| 4/1/20 | 5.750% | $2,855,000.00 | Assured | | | | | | | | | | | | | | |
| | | $16,525,000.00 | | | | | | | | | | | | | | | |
| **UTGO 2006-A** | | | | | | | | | | | | | | | | | |
| 4/1/16 | 5.000% | $2,875,000.00 | Assured | | | | | | | | | | | | | | |
| 4/1/17 | 5.000% | $3,015,000.00 | Assured | | | | | | | | | | | | | | |
| 4/1/18 | 5.000% | $3,170,000.00 | Assured | | | | | | | | | | | | | | |
| 4/1/19 | 4.000% | $3,125,000.00 | Assured | | | | | | | | | | | | | | |
| 4/1/20 | 4.000% | $3,460,000.00 | Assured | | | | | | | | | | | | | | |
| 4/1/21 | 5.000% | $3,630,000.00 | Assured | $100,125.00 | $100,125.00 | | | | | | | | | | | | |
| 4/1/22 | 5.000% | $3,815,000.00 | Assured | $215,500.00 | $215,500.00 | $215,500.00 | | | | | | | | | | | |
| 4/1/23 | 5.000% | $4,095,000.00 | Assured | $495,500.00 | $495,500.00 | $495,500.00 | $495,500.00 | $495,500.00 | | | | | | | | | |
| 4/1/24 | 5.000% | $8,620,000.00 | Assured | | | | $110,375.00 | $110,375.00 | $110,375.00 | | | | | | | | |
| 4/1/25 | 5.000% | $19,780,000.00 | Assured | $699,500.00 | $715,000.00 | $715,000.00 | $699,875.00 | $609,875.00 | $609,875.00 | $499,500.00 | $599,500.00 | | | | | | |
| | | $55,875,000.00 | | $841,125.00 | $841,125.00 | | | | | $499,500.00 | $499,500.00 | $385,625.00 | $385,625.00 | $261,875.00 | $261,875.00 | $134,125.00 | $134,125.00 |
| **UTGO 2006-B(U)** | | | | | | | | | | | | | | | | | |
| 4/1/15 | 5.000% | $7,970,000.00 | Ambac | | | | | | | | | | | | | | |
| 4/1/16 | 5.000% | $1,985,000.00 | Ambac | | | | | | | | | | | | | | |
| 4/1/17 | 5.000% | $5,240,000.00 | Ambac | | | | | | | | | | | | | | |
| 4/1/18 | 5.000% | $3,790,000.00 | Ambac | | | | | | | | | | | | | | |
| | | $18,780,000.00 | | | | | | | | | | | | | | | |
| **UTGO 2006-A** | | | | | | | | | | | | | | | | | |
| 11/1/14 | 5.129% | $1,885,000.00 | Ambac | | | | | | | | | | | | | | |
| 11/1/15 | 5.429% | $1,985,000.00 | Ambac | | | | | | | | | | | | | | |
| 11/1/17 | 6.087% | $2,105,000.00 | Ambac | | | | | | | | | | | | | | |
| 11/1/22 | 6.157% | $13,300,000.00 | Ambac | $114,828.30 | $114,828.30 | $114,828.30 | | | | | | | | | | | |
| 11/1/35 | 7.188% | $57,885,000.00 | Ambac | $221,570.10 | $3,259,097.83 | $3,259,097.83 | $3,259,097.83 | $3,259,097.83 | $3,114,523.35 | $3,114,523.35 | $2,957,195.38 | $2,957,195.38 | $2,786,458.55 | $2,786,458.55 | $2,600,666.75 | $2,600,666.75 | $2,398,764.63 |
| 11/1/36 | 8.369% | $100,000,000.00 | Ambac | $3,489,647.93 | $3,373,926.13 | $3,373,926.13 | | | | $3,114,523.35 | | | | | | | |
| | | $439,900,000.00 | | $5,666,638.55 | $5,559,896.75 | $4,960,662.38 | $4,445,634.08 | $4,317,890.33 | $4,173,315.85 | $3,739,023.35 | $3,581,895.38 | $3,344,020.38 | $3,170,083.55 | $3,048,333.55 | $2,862,541.75 | $2,734,791.75 | $2,532,889.63 |

* Subject to Mandatory Redemption

# UTGO Bond Series Debt Retirement Schedules

The schedule contains columns for the semi-annual Interest payment dates (10/1/28, 4/1/29, 10/1/29, 10/1/30, 4/1/31, 10/1/31, 4/1/32, 10/1/32, 4/1/33, 10/1/33, 4/1/34, 10/1/34, 4/1/35, 10/1/35), all of which are blank (dashes) in the rows shown. The principal columns are summarized below.

| CUSIP / Series | Maturity Date | Rate | Principal | Insurer | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|
| UTGO2003-A | 4/1/15 | 5.250% | $2,850,000.00 | Assured | $149,625.00 | $2,999,625.00 |
|  | 4/1/16 | 5.000% | $2,995,000.00 | Assured | $299,500.00 | $3,294,500.00 |
|  | 4/1/17 | 5.000% | $3,145,000.00 | Assured | $411,750.00 | $3,656,750.00 |
|  | 4/1/18 | 5.000% | $3,305,000.00 | Assured | $561,000.00 | $3,366,000.00 |
|  | 4/1/19 | 5.000% | $3,470,000.00 | Assured | $867,500.00 | $4,317,520.00 |
|  |  |  | **$15,365,000.00** |  | **$2,469,375.00** | **$18,214,375.00** |
| UTGO2003-A[I] | 4/1/15 | 5.375% | $3,940,000.00 | NPFG | $319,275.00 | $6,259,275.00 |
|  | 4/1/16 | 5.375% | $6,360,000.00 | NPFG | $672,950.00 | $6,372,950.00 |
|  | 4/1/17 | 5.375% | $6,600,000.00 | NPFG | $1,064,250.00 | $7,644,250.00 |
|  | 4/1/18 | 5.375% | $14,000,000.00 | NPFG | $3,010,000.00 | $17,010,000.00 |
|  | 4/1/19 | 5.000% | $14,000,000.00 | NPFG | $3,500,000.00 | $17,500,000.00 |
|  | 4/1/20 | 5.000% | $14,000,000.00 | NPFG | $4,200,000.00 | $18,200,000.00 |
|  | 4/1/21 | 5.000% | $14,000,000.00 | NPFG | $4,900,000.00 | $18,900,000.01 |
|  |  |  | **$74,400,000.00** |  | **$17,666,475.00** | **$92,466,475.00** |
| UTGO2002 | 4/1/21 | 5.125% | $3,240,000.00 | NPFG | $1,162,350.00 | $4,402,350.00 |
|  | 4/1/22 | 5.125% | $3,405,000.00 | NPFG | $1,396,950.00 | $4,801,950.00 |
|  |  |  | **$6,645,000.00** |  | **$2,558,600.00** | **$9,203,400.00** |
| UTGO2003-A | 4/1/15 | 4.000% | $700,000.00 | Syncora | $12,600.00 | $712,000.00 |
|  | 4/1/15 | 4.000% | $2,500,000.00 | Syncora | $133,875.00 | $2,683,875.00 |
|  | 4/1/16 | 5.250% | $2,995,000.00 | Syncora | $314,475.00 | $3,309,475.00 |
|  | 4/1/17 | 5.250% | $3,150,000.00 | Syncora | $496,125.00 | $3,646,125.00 |
|  | 4/1/18 | 5.250% | $3,155,000.00 | Syncora | $696,150.00 | $4,011,150.00 |
|  | 4/1/19 | 5.250% | $3,410,000.00 | Syncora | $816,225.00 | $4,406,225.00 |
|  | 4/1/20 | 4.500% | $500,000.00 | Syncora | $115,000.00 | $615,000.00 |
|  | 4/1/20 | 5.250% | $3,175,000.00 | Syncora | $1,000,125.00 | $4,175,125.00 |
|  | 4/1/20 | 5.250% | $5,360,000.00 | Syncora | $1,418,540.00 | $5,778,550.00 |
|  | 4/1/21 | 5.250% | $3,560,000.00 | Syncora | $1,497,900.00 | $685,000.00 |
|  | 4/1/22 | 4.625% | $1,530,000.00 | Syncora | $624,375.00 | $2,174,375.00 |
|  | 4/1/23 | 4.625% | $2,775,000.00 | Syncora | $1,311,187.50 | $4,086,187.50 |
|  | 4/1/TBD | 5.250% |  | Syncora |  |  |
|  |  |  | **$33,675,000.00** |  | **$8,740,287.50** | **$40,455,287.50** |
| UTGO2004-A[I] | 4/1/19 | 5.250% | $4,540,000.00 | Ambac | $1,181,250.00 | $5,681,250.00 |
|  | 4/1/20 | 4.250% | $185,000.00 | Ambac | $57,375.00 | $232,375.00 |
|  | 4/1/20 | 5.290% | $6,085,000.00 | Ambac | $1,916,275.00 | $8,001,275.00 |
|  | 4/1/21 | 5.000% | $6,600,000.00 | Ambac | $2,310,000.00 | $8,910,000.00 |
|  | 4/1/22 | 5.550% | $5,840,600.00 | Ambac | $352,375.00 | $5,840,600.00 |
|  | 4/1/TBD | 5.250% | $375,000.00 | Ambac | $7,875.00 | $382,875.00 |
|  | 4/1/23 | 4.500% | $6,970,000.00 | Ambac | $3,220,700.00 | $10,189,700.00 |
|  | 4/1/23 | 5.250% |  | Ambac | $301,000.00 | $1,146,100.00 |
|  | 4/1/24 | 4.600% | $185,000.00 | Ambac | $3,617,250.00 |  |
|  | 4/1/24 | 5.250% |  | Ambac | $559,000.00 |  |
|  |  |  | **$19,270,000.00** |  | **$13,836,523.60** | **$55,035,252.00** |

* Subject to Mandatory Redemption

# UTGO Bond Series Debt Retirement Schedules

## UTGO 2004-B(1)

| Maturity Date | Rate | Principal | Insurer | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|
| 4/1/15 | 5.000% | $8,675,000.00 | Ambac | $433,750.00 | $9,108,750.00 |
| 4/1/16 | 5.250% | $10,105,000.00 | Ambac | $956,675.00 | $11,061,675.00 |
| 4/1/17 | 4.000% | $335,000.00 | Ambac | $36,600.00 | $341,600.00 |
| 4/1/17 | 5.750% | $9,280,000.00 | Ambac | $1,461,600.00 | $10,741,600.00 |
| 4/1/18 | 5.250% | $2,000,000.00 | Ambac | $520,000.00 | $2,520,000.00 |
| **Total** | | **$29,565,000.00** | | **$3,357,975.00** | **$32,672,975.00** |

## UTGO 2004-B(2)

| Maturity Date | Rate | Principal | Insurer | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|
| 2013(X) 4/1/19 | 5.240% | $575,000.00 | Ambac | $69,954.00 | $644,954.00 |

## UTGO 2005-B

| Maturity Date | Rate | Principal | Insurer | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|
| 4/1/15 | 5.000% | $2,250,000.00 | Assured | $114,500.00 | $2,464,500.00 |
| 4/1/16 | 5.000% | $2,485,000.00 | Assured | $340,500.00 | $2,845,500.00 |
| 4/1/17 | 5.000% | $2,530,000.00 | Assured | $325,080.00 | $2,845,080.00 |
| 4/1/18 | 4.300% | $2,765,000.00 | Assured | $527,090.00 | $3,162,330.00 |
| 4/1/19 | 5.000% | $5,000,000.00 | Assured | $691,250.00 | $6,456,250.00 |
| 4/1/20 | 5.000% | $5,000,000.00 | Assured | $1,500,000.00 | $6,500,000.00 |
| 4/1/21 | 5.000% | $5,000,000.00 | Assured | $1,750,000.00 | $6,750,000.00 |
| 4/1/22 | 5.000% | $3,000,000.00 | Assured | $1,300,000.00 | $7,300,000.00 |
| 4/1/23 | 5.000% | $5,000,000.00 | Assured | $2,250,000.00 | $7,250,000.00 |
| 4/1/24 | 5.000% | $5,000,000.00 | Assured | $2,500,000.00 | $7,500,000.00 |
| 4/1/25 | 5.000% | $5,000,000.00 | Assured | $2,750,000.00 | $7,750,000.00 |
| **Total** | | **$42,615,000.00** | | **$14,648,330.00** | **$57,263,330.00** |

## UTGO 2005-C

| Maturity Date | Rate | Principal | Insurer | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|
| 4/1/15 | 5.000% | $2,305,000.00 | Assured | $115,250.00 | $2,420,250.00 |
| 4/1/16 | 5.000% | $2,425,000.00 | Assured | $242,500.00 | $2,667,500.00 |
| 4/1/17 | 5.000% | $2,545,000.00 | Assured | $328,305.00 | $2,873,305.00 |
| 4/1/18 | 5.000% | $2,650,000.00 | Assured | $526,000.00 | $3,156,000.00 |
| 4/1/19 | 5.000% | $2,735,000.00 | Assured | $717,937.50 | $3,452,937.50 |
| 4/1/20 | 5.250% | $2,885,000.00 | Assured | $398,773.00 | $3,278,273.00 |
| **Total** | | **$15,525,000.00** | | **$2,838,767.50** | **$18,363,767.50** |

## UTGO 2008-A

| Maturity Date | Rate | Principal | Insurer | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|
| 4/1/15 | 5.000% | $2,875,000.00 | Assured | $143,750.00 | $3,018,750.00 |
| 4/1/16 | 5.000% | $3,015,000.00 | Assured | $301,500.00 | $3,316,500.00 |
| 4/1/17 | 5.000% | $3,170,000.00 | Assured | $475,500.00 | $3,645,500.00 |
| 4/1/18 | 5.000% | $3,335,000.00 | Assured | $522,000.00 | $3,857,000.00 |
| 4/1/19 | 5.000% | $3,460,000.00 | Assured | $865,500.00 | $4,325,000.00 |
| 4/1/20 | 5.000% | $3,635,000.00 | Assured | $1,089,000.00 | $4,719,000.00 |
| 4/1/21 | 5.000% | $3,635,000.00 | Assured | $1,335,250.00 | $5,150,250.00 |
| 4/1/22 | 5.000% | $4,095,000.00 | Assured | $1,602,000.00 | $5,697,000.00 |
| 4/1/23 | 5.000% | $8,620,000.00 | Assured | $4,095,750.00 | $12,715,750.00 |
| 4/1/24 | 5.000% | $19,780,000.00 | Assured | $12,548,750.00 | $32,528,750.00 |
| **Total** | | **$55,895,000.00** | | **$22,992,000.00** | **$78,887,000.00** |

## UTGO 2008-B(1)

| Maturity Date | Rate | Principal | Insurer | ... | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|
| 5/1/15 | 5.000% | $7,670,000.00 | Ambac | | $398,500.00 | $8,368,500.00 |
| 11/1/15 | 5.425% | $1,440,000.00 | Ambac | | $344,000.00 | $1,784,000.00 |
| 11/1/16 | 6.087% | $5,380,000.00 | Ambac | | $837,000.00 | $6,217,000.00 |
| 11/1/17 | 6.337% | $3,790,000.00 | Ambac | | $758,000.00 | $4,548,000.00 |
| **Total** | | **$18,780,000.00** | | | **$2,037,500.00** | **$20,817,500.00** |

## UTGO 2008-B(2)

Semiannual interest by payment date (columns: 11/1/28, 5/1/29, 11/1/29, 5/1/30, 11/1/30, 5/1/31, 11/1/31, 5/1/32, 11/1/32, 5/1/33, 11/1/33, 5/1/34, 11/1/34, 5/1/35, 11/1/35):

| Payment Date | Interest |
|---|---|
| 11/1/28 | $2,398,764.43 |
| 5/1/29, 11/1/29 | $2,179,078.38 |
| 5/1/30, 11/1/30 | $1,940,352.65 |
| 5/1/31, 11/1/31 | $1,680,794.43 |
| 5/1/32, 11/1/32 | $1,399,250.68 |
| 5/1/33, 11/1/33 | $1,091,317.60 |
| 5/1/34, 11/1/34 | $757,603.73 |
| 5/1/35, 11/1/35 | $394,598.35 |

| Maturity Date | Rate | Principal | Insurer | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|
| 5/1/35 | 5.125% | $1,885,000.00 | Ambac | $48,340.63 | $1,933,340.83 |
| 11/1/35 | 5.425% | $1,985,000.00 | Ambac | $461,648.48 | $2,446,648.48 |
| 11/1/22 | 6.087% | $2,105,000.00 | Ambac | $370,128.38 | $2,475,128.38 |
| 11/1/23 | 7.108% | $2,240,000.00 | Ambac | $496,820.80 | $2,736,820.80 |
| 11/1/24 | 7.188% | $13,900,000.00 | Ambac | $6,637,748.60 | $20,537,758.60 |
| 11/1/35 | 8.369% | $77,885,000.00 | Ambac | $108,522,587.58 | $186,407,587.58 |
| **Total** | | **$100,000,000.00** | | **$116,537,184.65** | **$216,537,184.65** |

| **Grand Total** | | **$435,930,000.00** | | **$209,265,973.65** | **$648,473,973.65** |

* Subject to Mandatory Redemption

# UTGO Series - Prior Bonds

Bond Series Subject to Mandatory Redemption

## Issuance: 2004-B(2)

CUSIP 23509352X1

| Date | Issuer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|------|--------|-------------|------------------------------|-------------|------|----------|
| 10/1/14 | Ambac | 6/30/15 | - | $575,000.00 | 5.240% | $15,065.00 |
| 4/1/15 | Ambac | 6/30/15 | $155,000.00 | $420,000.00 | 5.240% | $15,065.00 |
| 10/1/15 | Ambac | 6/30/16 | - | $420,000.00 | 5.240% | $11,004.00 |
| 4/1/16 | Ambac | 6/30/16 | $165,000.00 | $255,000.00 | 5.240% | $11,004.00 |
| 10/1/16 | Ambac | 6/30/17 | - | $255,000.00 | 5.240% | $6,681.00 |
| 4/1/17 | Ambac | 6/30/17 | $170,000.00 | $85,000.00 | 5.240% | $6,681.00 |
| 10/1/17 | Ambac | 6/30/18 | - | $85,000.00 | 5.240% | $2,227.00 |
| 4/1/18 | Ambac | 6/30/18 | $85,000.00 | - | 5.240% | $2,227.00 |
| Total | | | $575,000.00 | | | $69,954.00 |

## Issuance: 2008-A

CUSIP 23509 3NS5

| Date | Issuer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|------|--------|-------------|------------------------------|-------------|------|----------|
| 10/1/14 | Assured | 6/30/15 | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/15 | Assured | 6/30/15 | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 10/1/15 | Assured | 6/30/16 | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/16 | Assured | 6/30/16 | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 10/1/16 | Assured | 6/30/17 | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/17 | Assured | 6/30/17 | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 10/1/17 | Assured | 6/30/18 | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/18 | Assured | 6/30/18 | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 10/1/18 | Assured | 6/30/19 | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/19 | Assured | 6/30/19 | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 10/1/19 | Assured | 6/30/20 | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/20 | Assured | 6/30/20 | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 10/1/20 | Assured | 6/30/21 | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/21 | Assured | 6/30/21 | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 10/1/21 | Assured | 6/30/22 | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/22 | Assured | 6/30/22 | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 10/1/2022 | Assured | 6/30/23 | $4,205,000.00 | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/2023 | Assured | 6/30/23 | - | $4,415,000.00 | 5.000% | $110,375.00 |
| 10/1/2023 | Assured | 6/30/24 | $4,415,000.00 | $4,415,000.00 | 5.000% | $110,375.00 |
| 4/1/2024 | Assured | 6/30/24 | - | - | 5.000% | $110,375.00 |
| Total | | | $8,620,000.00 | | | $4,059,750.00 |

## Issuance: 2008-A

CUSIP 23509 3N63

| Date | Issuer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|------|--------|-------------|------------------------------|-------------|------|----------|
| 10/1/14 | Assured | 6/30/15 | - | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/15 | Assured | 6/30/15 | - | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/15 | Assured | 6/30/16 | - | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/16 | Assured | 6/30/16 | - | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/16 | Assured | 6/30/17 | - | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/17 | Assured | 6/30/17 | - | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/17 | Assured | 6/30/18 | - | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/18 | Assured | 6/30/18 | - | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/18 | Assured | 6/30/19 | - | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/19 | Assured | 6/30/19 | - | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/19 | Assured | 6/30/20 | - | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/20 | Assured | 6/30/20 | - | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/20 | Assured | 6/30/21 | - | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/21 | Assured | 6/30/21 | - | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/21 | Assured | 6/30/22 | - | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/22 | Assured | 6/30/22 | - | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/2022 | Assured | 6/30/23 | - | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/2023 | Assured | 6/30/24 | - | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/2024 | Assured | 6/30/25 | $4,635,000.00 | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/2025 | Assured | 6/30/26 | $4,870,000.00 | $15,345,000.00 | 5.000% | $383,625.00 |
| 10/1/2026 | Assured | 6/30/27 | $5,110,000.00 | $10,475,000.00 | 5.000% | $261,875.00 |
| 10/1/2027 | Assured | 6/30/28 | $5,365,000.00 | $5,365,000.00 | 5.000% | $134,125.00 |
| 4/1/2028 | Assured | 6/30/28 | | | | |
| Total | | | $19,980,000.00 | | | $12,548,250.00 |

# UTGO Series – 2010A

## Bond Series Subject to Mandatory Redemption

### Issuance: 2010-A

CUSIP: 59447PD84

| Date | Issuer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 11/1/14 | Ambac | | | $13,900,000.00 | 7.188% | $499,566.00 |
| 5/1/15 | Ambac | 6/30/15 | | $13,900,000.00 | 7.188% | $499,566.00 |
| 11/1/15 | Ambac | | | $13,900,000.00 | 7.188% | $499,566.00 |
| 5/1/16 | Ambac | 6/30/16 | | $13,900,000.00 | 7.188% | $499,566.00 |
| 11/1/16 | Ambac | | | $13,900,000.00 | 7.188% | $499,566.00 |
| 5/1/17 | Ambac | 6/30/17 | | $13,900,000.00 | 7.188% | $499,566.00 |
| 11/1/17 | Ambac | | | $13,900,000.00 | 7.188% | $499,566.00 |
| 5/1/18 | Ambac | 6/30/18 | | $13,900,000.00 | 7.188% | $499,566.00 |
| 11/1/18 | Ambac | | $2,395,000.00 | $11,505,000.00 | 7.188% | $499,566.00 |
| 5/1/19 | Ambac | 6/30/19 | | $11,505,000.00 | 7.188% | $413,489.70 |
| 11/1/19 | Ambac | | $2,575,000.00 | $8,930,000.00 | 7.188% | $413,489.70 |
| 5/1/20 | Ambac | 6/30/20 | | $8,930,000.00 | 7.188% | $320,944.20 |
| 11/1/20 | Ambac | | $2,765,000.00 | $6,165,000.00 | 7.188% | $320,944.20 |
| 5/1/21 | Ambac | 6/30/21 | | $6,165,000.00 | 7.188% | $221,570.10 |
| 11/1/21 | Ambac | | $2,970,000.00 | $3,195,000.00 | 7.188% | $221,570.10 |
| 5/1/22 | Ambac | 6/30/22 | | $3,195,000.00 | 7.188% | $114,828.30 |
| 11/1/22 | Ambac | | $3,195,000.00 | | 7.188% | $114,828.30 |
| | | 6/30/23 | **$15,900,000.00** | | | **$6,637,758.60** |

### Issuance: 2010-A

CUSIP: 59447PD16

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 11/1/14 | Ambac | | | $77,885,000.00 | 8.369% | $3,259,097.83 |
| 5/1/15 | Ambac | 6/30/15 | | $77,885,000.00 | 8.369% | $3,259,097.83 |
| 11/1/15 | Ambac | | | $77,885,000.00 | 8.369% | $3,259,097.83 |
| 5/1/16 | Ambac | 6/30/16 | | $77,885,000.00 | 8.369% | $3,259,097.83 |
| 11/1/16 | Ambac | | | $77,885,000.00 | 8.369% | $3,259,097.83 |
| 5/1/17 | Ambac | 6/30/17 | | $77,885,000.00 | 8.369% | $3,259,097.83 |
| 11/1/17 | Ambac | | | $77,885,000.00 | 8.369% | $3,259,097.83 |
| 5/1/18 | Ambac | 6/30/18 | | $77,885,000.00 | 8.369% | $3,259,097.83 |
| 11/1/18 | Ambac | | | $77,885,000.00 | 8.369% | $3,259,097.83 |
| 5/1/19 | Ambac | 6/30/19 | | $77,885,000.00 | 8.369% | $3,259,097.83 |
| 11/1/19 | Ambac | | | $77,885,000.00 | 8.369% | $3,259,097.83 |
| 5/1/20 | Ambac | 6/30/20 | | $77,885,000.00 | 8.369% | $3,259,097.83 |
| 11/1/20 | Ambac | | | $77,885,000.00 | 8.369% | $3,259,097.83 |
| 5/1/21 | Ambac | 6/30/21 | | $77,885,000.00 | 8.369% | $3,259,097.83 |
| 11/1/21 | Ambac | | | $77,885,000.00 | 8.369% | $3,259,097.83 |
| 5/1/22 | Ambac | 6/30/22 | | $77,885,000.00 | 8.369% | $3,259,097.83 |
| 11/1/22 | Ambac | | | $77,885,000.00 | 8.369% | $3,259,097.83 |
| 5/1/23 | Ambac | 6/30/23 | | $77,885,000.00 | 8.369% | $3,259,097.83 |
| 11/1/23 | Ambac | | $3,455,000.00 | $74,430,000.00 | 8.369% | $3,259,097.83 |
| 5/1/24 | Ambac | 6/30/24 | | $74,430,000.00 | 8.369% | $3,114,523.35 |
| 11/1/24 | Ambac | | $3,755,000.00 | $70,675,000.00 | 8.369% | $3,114,523.35 |
| 5/1/25 | Ambac | 6/30/25 | | $70,675,000.00 | 8.369% | $2,957,395.38 |
| 11/1/25 | Ambac | | $4,085,000.00 | $66,590,000.00 | 8.369% | $2,957,395.38 |
| 5/1/26 | Ambac | 6/30/26 | | $66,590,000.00 | 8.369% | $2,786,458.55 |
| 11/1/26 | Ambac | | $4,440,000.00 | $62,150,000.00 | 8.369% | $2,786,458.55 |
| 5/1/27 | Ambac | 6/30/27 | | $62,150,000.00 | 8.369% | $2,600,666.75 |
| 11/1/27 | Ambac | | $4,825,000.00 | $57,325,000.00 | 8.369% | $2,600,666.75 |
| 5/1/28 | Ambac | 6/30/28 | | $57,325,000.00 | 8.369% | $2,398,764.63 |
| 11/1/28 | Ambac | | $5,250,000.00 | $52,075,000.00 | 8.369% | $2,398,764.63 |
| 5/1/29 | Ambac | 6/30/29 | | $52,075,000.00 | 8.369% | $2,179,078.38 |
| 11/1/29 | Ambac | | $5,705,000.00 | $46,370,000.00 | 8.369% | $2,179,078.38 |
| 5/1/30 | Ambac | 6/30/30 | | $46,370,000.00 | 8.369% | $1,940,352.65 |
| 11/1/30 | Ambac | | $6,205,000.00 | $40,165,000.00 | 8.369% | $1,940,352.65 |
| 5/1/31 | Ambac | 6/30/31 | | $40,165,000.00 | 8.369% | $1,680,704.43 |
| 11/1/31 | Ambac | | $6,750,000.00 | $33,415,000.00 | 8.369% | $1,680,704.43 |
| 5/1/32 | Ambac | 6/30/32 | | $33,415,000.00 | 8.369% | $1,398,250.68 |
| 11/1/32 | Ambac | | $7,335,000.00 | $26,080,000.00 | 8.369% | $1,398,250.68 |
| 5/1/33 | Ambac | 6/30/33 | | $26,080,000.00 | 8.369% | $1,091,317.60 |
| 11/1/33 | Ambac | | $7,975,000.00 | $18,105,000.00 | 8.369% | $1,091,317.60 |
| 5/1/34 | Ambac | 6/30/34 | | $18,105,000.00 | 8.369% | $757,603.73 |
| 11/1/34 | Ambac | | $8,675,000.00 | $9,430,000.00 | 8.369% | $757,603.73 |
| 5/1/35 | Ambac | 6/30/35 | | $9,430,000.00 | 8.369% | $394,598.35 |
| 11/1/35 | Ambac | | $9,430,000.00 | | 8.369% | $394,598.35 |
| | Total | 6/30/36 | **$77,885,000.00** | | | **$100,522,287.58** |

**EXHIBIT B**
**MUNICIPAL OBLIGATION**

A-2

# UTGO Series 2014 DSA Fourth Lien Restructured Bonds - Debt Service

| SIP | Maturity Date | Rate | Principal | Insurer | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Interest | | | | | | | | | | | | | |
| **UTGO 1999-A** | | | | | | | | | | | | | | | | | | |
| UT...3343 | 4/1/15 | 5.250% | $3,476,650.00 | Assured | $65,012.06 | $65,012.06 | - | - | - | - | - | - | - | - | - | - | - | - |
| UT...3N43 | 4/1/16 | 5.000% | $2,603,655.00 | Assured | $65,066.38 | $65,066.38 | $65,066.38 | $65,066.38 | - | - | - | - | - | - | - | - | - | - |
| UT...3396 | 4/1/17 | 5.000% | $2,733,050.00 | Assured | $68,325.13 | $68,325.13 | $68,325.13 | $68,325.13 | $68,325.13 | $68,325.13 | - | - | - | - | - | - | - | - |
| UT...3824 | 4/1/18 | 5.000% | $2,872,045.00 | Assured | $71,801.13 | $71,801.13 | $71,801.13 | $71,801.13 | $71,801.13 | $71,801.13 | $71,801.13 | $71,801.13 | - | - | - | - | - | - |
| UT...3B82 | 4/1/19 | 5.000% | $3,015,430.00 | Assured | $75,385.75 | $75,385.75 | $75,385.75 | $75,385.75 | $75,385.75 | $75,385.75 | $75,385.75 | $75,385.75 | $75,385.75 | $75,385.75 | - | - | - | - |
| | | | **$15,699,785.00** | | $345,590.44 | $345,590.44 | $280,578.38 | $280,578.38 | $215,512.00 | $215,512.00 | $147,186.88 | $147,186.88 | $75,385.75 | $75,385.75 | | | | |
| **UTGO 2001-A(I)** | | | | | | | | | | | | | | | | | | |
| UT...3JG6 | 4/1/15 | 5.375% | $5,161,860.00 | NPFG | $138,724.99 | $138,724.99 | - | - | - | - | - | - | - | - | - | - | - | - |
| UT...3VK3 | 4/1/16 | 5.375% | $5,439,940.00 | NPFG | $146,198.39 | $146,198.39 | $146,198.39 | $146,198.39 | - | - | - | - | - | - | - | - | - | - |
| UT...3VL1 | 4/1/17 | 5.375% | $5,735,400.00 | NPFG | $154,138.88 | $154,138.88 | $154,138.88 | $154,138.88 | $154,138.88 | $154,138.88 | - | - | - | - | - | - | - | - |
| UT...3VM9 | 4/1/18 | 5.375% | $12,166,000.00 | NPFG | $326,961.25 | $326,961.25 | $326,961.25 | $326,961.25 | $326,961.25 | $326,961.25 | $326,961.25 | $326,961.25 | - | - | - | - | - | - |
| UT...3VN7 | 4/1/19 | 5.000% | $12,166,000.00 | NPFG | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | - | - | - | - |
| UT...3VP2 | 4/1/20 | 5.000% | $12,166,000.00 | NPFG | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | - | - |
| UT...3VQ0 | 4/1/21 | 5.000% | $12,166,000.00 | NPFG | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 |
| | | | **$65,001,200.00** | | $1,678,473.50 | $1,678,473.50 | $1,539,748.51 | $1,539,748.51 | $1,393,550.13 | $1,393,550.13 | $1,239,411.25 | $1,239,411.25 | $912,450.00 | $912,450.00 | $608,300.00 | $608,300.00 | $304,150.00 | $304,150.00 |
| **UTGO 2002** | | | | | | | | | | | | | | | | | | |
| UT...3VU1 | 4/1/21 | 5.125% | $2,851,560.00 | NPFG | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 |
| UT...3VW6 | 4/1/22 | 5.125% | $5,774,595.00 | NPFG | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 |
| | | | **$5,774,595.00** | | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 |
| **UTGO 2003-A** | | | | | | | | | | | | | | | | | | |
| UT...3WX0 | 4/1/15 | 4.000% | $260,700.00 | Syncora | $5,214.00 | $5,214.00 | - | - | - | - | - | - | - | - | - | - | - | - |
| UT...3XQ8 | 4/1/16 | 5.250% | $2,215,950.00 | Syncora | $58,168.09 | $58,168.09 | $58,168.09 | $58,168.09 | - | - | - | - | - | - | - | - | - | - |
| UT...3XR6 | 4/1/17 | 5.250% | $2,602,655.00 | Syncora | $68,319.69 | $68,319.69 | $68,319.69 | $68,319.69 | $68,319.69 | $68,319.69 | - | - | - | - | - | - | - | - |
| UT...3XT2 | 4/1/18 | 5.250% | $2,730,350.00 | Syncora | $71,855.44 | $71,855.44 | $71,855.44 | $71,855.44 | $71,855.44 | $71,855.44 | $71,855.44 | $71,855.44 | - | - | - | - | - | - |
| UT...3XV7 | 4/1/19 | 5.250% | $2,880,735.00 | Syncora | $75,619.29 | $75,619.29 | $75,619.29 | $75,619.29 | $75,619.29 | $75,619.29 | $75,619.29 | $75,619.29 | $75,619.29 | $75,619.29 | - | - | - | - |
| UT...3XW5 | 4/1/20 | 5.250% | $3,022,870.00 | Syncora | $79,611.26 | $79,611.26 | $79,611.26 | $79,611.26 | $79,611.26 | $79,611.26 | $79,611.26 | $79,611.26 | $79,611.26 | $79,611.26 | $79,611.26 | $79,611.26 | - | - |
| UT...3XX3 | 4/1/21 | 4.500% | $434,500.00 | Syncora | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 |
| UT...3XY1 | 4/1/21 | 5.250% | $2,759,075.00 | Syncora | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 |
| UT...3XZ8 | 4/1/22 | 5.250% | $3,354,340.00 | Syncora | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 |
| UT...3YA2 | 4/1/22 | 4.625% | $454,500.00 | Syncora | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 |
| UT...3YC8 | 4/1/23 | 4.625% | $3,097,785.00 | Syncora | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 |
| UT...3YD6 | 4/1/23 | 4.625% | $1,303,500.00 | Syncora | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 |
| UT...3YJ0 | 4/1/23 | 5.250% | $2,411,475.00 | Syncora | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 |
| | | | **$27,525,575.00** | | $713,856.54 | $713,856.54 | $650,473.66 | $650,473.66 | $582,153.96 | $582,153.96 | $530,298.53 | $530,298.53 | $434,679.23 | $434,679.23 | $355,067.97 | $355,067.97 | $272,866.00 | $272,866.00 |
| **UTGO 2004-A(I)** | | | | | | | | | | | | | | | | | | |
| UT...3YX9 | 4/1/15 | 5.250% | $3,910,500.00 | Ambac | $102,650.63 | $102,650.63 | - | - | - | - | - | - | - | - | - | - | - | - |
| UT...3YY7 | 4/1/16 | 4.250% | $160,765.00 | Ambac | $3,416.26 | $3,416.26 | $3,416.26 | $3,416.26 | - | - | - | - | - | - | - | - | - | - |
| UT...3YZ4 | 4/1/17 | 5.250% | $5,287,865.00 | Ambac | $138,806.46 | $138,806.46 | $138,806.46 | $138,806.46 | $138,806.46 | $138,806.46 | - | - | - | - | - | - | - | - |
| UT...3ZA1 | 4/1/18 | 5.250% | $5,573,460.00 | Ambac | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | - | - | - | - | - | - |
| UT...3ZB9 | 4/1/19 | 5.000% | $6,019,775.00 | Ambac | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | - | - | - | - |
| UT...3ZC7 | 4/1/20 | 4.500% | $325,575.00 | Ambac | $7,332.19 | $7,332.19 | $7,332.19 | $7,332.19 | $7,332.19 | $7,332.19 | $7,332.19 | $7,332.19 | $7,332.19 | $7,332.19 | $7,332.19 | $7,332.19 | - | - |
| UT...3ZD5 | 4/1/21 | 5.250% | $6,013,480.00 | Ambac | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 |
| UT...3ZE3 | 4/1/22 | 4.600% | $682,165.00 | Ambac | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 |
| UT...3ZH6 | 4/1/24 | 5.250% | $5,967,410.00 | Ambac | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 |
| | | | **$34,125,630.00** | | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 | $781,735.02 | $781,735.02 | $639,532.31 | $639,532.31 |

† Subject to Mandatory Redemption

# UTGO Series 2014 DSA Fourth Lien Restructured Bonds - Debt Service

| CUSIP | Maturity Date | Rate | Principal | Issuer | | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Interest | | | | | | | | | | | | | | |
| **UTGO 2004-B(1)** | | | | | | | | | | | | | | | | | | | |
| 2XXXXX298 | 4/1/15 | 5.000% | $7,538,575.00 | Ambac | $188,464.38 | $188,464.38 | | | | | | | | | | | | | |
| 2XXXXX653 | 4/1/16 | 5.250% | $7,912,245.00 | Ambac | $207,696.43 | $207,696.43 | $207,696.43 | | | | | | | | | | | | |
| 2XXXXX661 | 4/1/16 | 5.000% | $3,303,345.00 | Ambac | $5,300.90 | $5,300.90 | $5,300.90 | $5,300.90 | | | | | | | | | | |
| 2XXXXX252 | 4/1/17 | 5.250% | $8,064,320.00 | Ambac | $211,688.40 | $211,688.40 | $211,688.40 | $211,688.40 | $211,688.40 | $211,688.40 | | | | | | | | |
| 2XXXXX270 | 4/1/18 | 5.250% | $1,738,000.00 | Ambac | $45,622.50 | $45,622.50 | $45,622.50 | $45,622.50 | $45,622.50 | $45,622.50 | $45,622.50 | $45,622.50 | | | | | | |
| | | | $25,338,185.00 | | $658,772.61 | $658,772.61 | $470,308.23 | $262,611.80 | $262,611.80 | | | | | | | | | |
| **UTGO 2004-B(2)** | | | | | | | | | | | | | | | | | | | |
| 2XXXXX21X | 4/1/19 | 5.240% | $499,675.00 | Ambac | $13,091.49 | $13,091.49 | $9,562.48 | $5,895.79 | $5,895.79 | $1,935.26 | $1,935.26 | | | | | | | |
| **UTGO 2005-B** | | | | | | | | | | | | | | | | | | | |
| 2XXXXX653 | 4/1/15 | 5.000% | $1,990,010.00 | Assured | $49,750.25 | $49,750.25 | | | | | | | | | | | | |
| 2XXXXX661 | 4/1/16 | 5.000% | $2,089,945.00 | Assured | $52,248.63 | $52,248.63 | $52,248.63 | | | | | | | | | | | |
| 2XXXXX679 | 4/1/17 | 4.300% | $2,189,850.00 | Assured | $47,082.42 | $47,082.42 | $47,082.42 | $47,082.42 | $47,082.42 | | | | | | | | |
| 2XXXXX687 | 4/1/18 | 5.000% | $2,389,815.00 | Assured | $57,245.38 | $57,245.38 | $57,245.38 | $57,245.38 | $57,245.38 | $57,245.38 | $57,245.38 | | | | | | |
| 2XXXXX695 | 4/1/19 | 5.000% | $2,492,165.00 | Assured | $60,069.63 | $60,069.63 | $60,069.63 | $60,069.63 | $60,069.63 | $60,069.63 | $60,069.63 | $60,069.63 | $60,069.63 | | | | |
| 2XXXX129 | 4/1/20 | 5.000% | $4,345,000.00 | Assured | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | | |
| 2XXXX137 | 4/1/21 | 5.000% | $4,345,000.00 | Assured | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 |
| 2XXXX145 | 4/1/22 | 5.000% | $4,345,000.00 | Assured | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 |
| 2XXXX152 | 4/1/23 | 5.000% | $4,345,000.00 | Assured | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 |
| 2XXXX160 | 4/1/24 | 5.000% | $4,345,000.00 | Assured | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 |
| 2XXXX178 | 4/1/25 | 5.000% | $4,345,000.00 | Assured | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $143,125.00 |
| | | | $37,032,435.00 | | $918,146.30 | $918,146.30 | $868,396.05 | $816,147.42 | $816,147.42 | $769,065.00 | $769,065.00 | $711,819.63 | $711,819.63 | $651,750.00 | $651,750.00 | $543,125.00 | $543,125.00 |
| **UTGO 2005-C** | | | | | | | | | | | | | | | | | | | |
| 2XXX392 | 4/1/15 | 5.000% | $2,003,040.00 | Assured | $50,076.13 | $50,076.13 | | | | | | | | | | | | |
| 2XXX653 | 4/1/16 | 4.300% | $2,121,205.00 | Assured | $52,683.13 | $52,683.13 | $52,683.13 | | | | | | | | | | | |
| 2XXX533 | 4/1/17 | 4.300% | $2,211,605.00 | Assured | $47,549.51 | $47,549.51 | $47,549.51 | $47,549.51 | $47,549.51 | | | | | | | | |
| 2XXX341 | 4/1/18 | 5.000% | $2,285,470.00 | Assured | $57,136.75 | $57,136.75 | $57,136.75 | $57,136.75 | $57,136.75 | $57,136.75 | $57,136.75 | | | | | | |
| 2XXX98X | 4/1/19 | 5.000% | $2,376,715.00 | Assured | $62,388.77 | $62,388.77 | $62,388.77 | $62,388.77 | $62,388.77 | $62,388.77 | $62,388.77 | $62,388.77 | $62,388.77 | | | | |
| 2XXX566 | 4/1/20 | 5.250% | $2,507,065.00 | Assured | $65,810.46 | $65,810.46 | $65,810.46 | $65,810.46 | $65,810.46 | $65,810.46 | $65,810.46 | $65,810.46 | $65,810.46 | $65,810.46 | $65,810.46 | | |
| | | | $13,491,225.00 | | $335,644.73 | $335,644.73 | $285,568.61 | $232,985.48 | $232,985.48 | $185,335.98 | $185,335.98 | $128,199.23 | $128,199.23 | $65,810.46 | $65,810.46 | | |
| **UTGO 2006-A** | | | | | | | | | | | | | | | | | | | |
| 2XX93X56 | 4/1/15 | 5.000% | $2,495,375.00 | Assured | $62,459.38 | $62,459.38 | | | | | | | | | | | | |
| 2XX93X64 | 4/1/16 | 5.000% | $2,620,035.00 | Assured | $65,500.88 | $65,500.88 | $65,500.88 | | | | | | | | | | | |
| 2XX93X72 | 4/1/17 | 5.000% | $2,747,734.00 | Assured | $68,868.25 | $68,868.25 | $68,868.25 | $68,868.25 | $68,868.25 | | | | | | | | |
| 2XX93X80 | 4/1/18 | 4.000% | $3,006,740.00 | Assured | $57,788.50 | $57,788.50 | $57,788.50 | $57,788.50 | $57,788.50 | $57,788.50 | $57,788.50 | | | | | | |
| 2XX93X98 | 4/1/19 | 5.000% | $3,154,470.00 | Assured | $75,168.50 | $75,168.50 | $75,168.50 | $75,168.50 | $75,168.50 | $75,168.50 | $75,168.50 | $75,168.50 | $75,168.50 | | | | |
| 2XX93X3X | 4/1/20 | 5.000% | $3,315,235.00 | Assured | $78,861.75 | $78,861.75 | $78,861.75 | $78,861.75 | $78,861.75 | $78,861.75 | $78,861.75 | $78,861.75 | $78,861.75 | $78,861.75 | $78,861.75 | | |
| 2XX93X55 | 4/1/21 | 5.000% | $3,493,500.00 | Assured | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | |
| 2XX93X95 | 4/1/27 | 5.000% | $7,490,760.00 | Assured | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 |
| 2XX93X63 | 4/1/28 | 5.000% | $17,362,620.00 | Assured | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 |
| | | | $48,572,755.00 | | $1,199,971.75 | $1,199,971.75 | $1,137,412.38 | $1,071,911.50 | $1,071,911.50 | $1,003,043.25 | $1,003,043.25 | $945,254.75 | $945,254.75 | $870,086.25 | $870,086.25 | $791,224.50 | $791,224.50 |
| **UTGO 2006-B(1)** | | | | | | | | | | | | | | | | | | | |
| 2XX93T53 | 4/1/15 | 5.000% | $6,925,930.00 | Assured | $173,148.25 | $173,148.25 | | | | | | | | | | | | |
| 2XX93T61 | 4/1/16 | 5.000% | $2,989,360.00 | Assured | $74,734.00 | $74,734.00 | $74,734.00 | | | | | | | | | | | |
| 2XX93T7X | 4/1/17 | 5.000% | $3,111,020.00 | Assured | $77,775.50 | $77,775.50 | $77,775.50 | $77,775.50 | $77,775.50 | | | | | | | | |
| 2XX93T87 | 4/1/18 | 5.000% | $3,293,510.00 | Assured | $82,337.75 | $82,337.75 | $82,337.75 | $82,337.75 | $82,337.75 | $82,337.75 | $82,337.75 | $82,337.75 | | | | | |
| | | | $16,319,820.00 | | $407,995.50 | $407,995.50 | $234,847.25 | $160,113.25 | $160,113.25 | $82,337.75 | $82,337.75 | | | | | | |
| | | | $207,560,790.00 | | $7,303,799.99 | $7,303,799.99 | $6,509,799.99 | $5,773,048.66 | $5,773,048.66 | $5,016,593.72 | $5,016,593.72 | $4,240,145.92 | $4,240,145.92 | $3,480,721.39 | $3,480,721.39 | $2,698,849.50 | $2,698,849.50 |

* Subject to Mandatory Redemption

| CUSIP | Maturity Date | Rate | Principal | Insurer | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|
| **UTGO 1999-A** | | | | | | |
| 353838A83 | 4/1/15 | 5.250% | $2,476,650.00 | Assured | $130,024.13 | $2,606,674.13 |
| 353838SN1 | 4/1/16 | 5.000% | $2,602,655.00 | Assured | $260,265.50 | $2,862,920.50 |
| 353838396 | 4/1/17 | 5.000% | $2,733,655.00 | Assured | $409,950.75 | $3,142,955.75 |
| 353838SQ4 | 4/1/18 | 5.000% | $2,872,045.00 | Assured | $574,409.00 | $3,446,454.00 |
| 353838S82 | 4/1/19 | 5.000% | $3,015,430.00 | Assured | $753,837.50 | $3,769,287.50 |
| | | | **$13,699,785.00** | | **$2,128,506.88** | **$15,828,291.88** |
| **UTGO 2001-A(I)** | | | | | | |
| | 4/1/15 | 5.375% | $5,161,860.00 | NPFG | $277,449.98 | $5,439,309.98 |
| | 4/1/16 | 5.375% | $5,439,940.00 | NPFG | $584,793.55 | $6,074,733.55 |
| | 4/1/17 | 5.375% | $5,735,400.00 | NPFG | $924,833.25 | $6,660,233.25 |
| | 4/1/18 | 5.375% | $12,166,000.00 | NPFG | $2,615,690.00 | $14,781,690.00 |
| | 4/1/19 | 5.000% | $12,166,000.00 | NPFG | $3,041,500.00 | $15,207,500.00 |
| | 4/1/20 | 5.000% | $12,166,000.00 | NPFG | $3,649,800.00 | $15,815,800.00 |
| | 4/1/21 | 5.000% | $12,166,000.00 | NPFG | $4,258,100.00 | $16,424,100.00 |
| | | | **$65,001,200.00** | | **$15,352,566.78** | **$80,353,566.78** |
| **UTGO 2002** | | | | | | |
| | 4/1/21 | 5.125% | $2,815,560.00 | NPFG | $1,010,082.15 | $3,825,642.15 |
| | 4/1/22 | 5.125% | $2,958,995.00 | NPFG | $1,213,167.45 | $4,172,112.45 |
| | | | **$5,774,505.00** | | **$2,223,249.60** | **$7,997,754.60** |
| **UTGO 2003-A** | | | | | | |
| | 4/1/15 | 4.000% | $260,700.00 | Syncora | $10,428.00 | $271,128.00 |
| | 4/1/16 | 5.250% | $2,215,950.00 | Syncora | $116,337.38 | $2,332,287.38 |
| | 4/1/16 | 5.250% | $2,602,655.00 | Syncora | $273,278.78 | $2,875,593.78 |
| | 4/1/17 | 5.250% | $2,737,350.00 | Syncora | $431,132.63 | $3,168,482.63 |
| | 4/1/18 | 5.250% | $2,880,735.00 | Syncora | $604,954.35 | $3,485,689.35 |
| | 4/1/18 | 5.250% | $3,032,310.00 | Syncora | $796,112.63 | $3,828,922.63 |
| | 4/1/19 | 5.250% | $435,500.00 | Syncora | $117,315.00 | $353,815.00 |
| | 4/1/20 | 5.250% | $2,759,075.00 | Syncora | $869,106.63 | $3,628,183.63 |
| | 4/1/21 | 5.250% | $3,334,340.00 | Syncora | $1,232,719.95 | $4,587,059.95 |
| | 4/1/21 | 4.625% | $434,500.00 | Syncora | $160,765.00 | $595,265.00 |
| | 4/1/22 | 4.625% | $3,097,985.00 | Syncora | $1,301,153.70 | $4,399,138.70 |
| | 4/1/23 | 4.625% | $1,303,500.00 | Syncora | $542,581.88 | $1,846,081.88 |
| | 4/1/23 | 5.250% | $2,411,475.00 | Syncora | $1,170,423.94 | $3,593,893.94 |
| | | | **$27,325,575.00** | | **$7,975,309.84** | **$35,120,884.84** |
| **UTGO 2004-A(II)** | | | | | | |
| | 4/1/19 | 5.250% | $3,910,500.00 | Ambac | $1,026,500.25 | $4,937,000.25 |
| | 4/1/20 | 4.250% | $160,765.00 | Ambac | $40,995.08 | $201,760.08 |
| | 4/1/20 | 5.250% | $5,287,865.00 | Ambac | $1,665,677.48 | $6,953,542.48 |
| | 4/1/21 | 5.000% | $5,735,400.00 | Ambac | $2,007,390.00 | $7,742,790.00 |
| | 4/1/21 | 5.250% | $6,002,310.00 | Ambac | $2,529,311.40 | $8,531,481.40 |
| | 4/1/22 | 5.250% | $435,375.00 | Ambac | $311,979.38 | $457,854.38 |
| | 4/1/23 | 5.200% | $6,031,480.00 | Ambac | $2,843,369.30 | $8,854,849.30 |
| | 4/1/23 | 5.250% | $482,165.00 | Ambac | $513,795.90 | $995,960.90 |
| | 4/1/24 | 4.600% | | Ambac | $313,795.90 | |
| | 4/1/24 | 5.250% | $5,081,410.00 | Ambac | $3,143,390.25 | $9,130,800.25 |
| | | | **$34,125,630.00** | | **$13,700,415.63** | **$47,826,045.63** |

| | 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | 10/1/23 | 4/1/24 | 10/1/24 |
|---|---|---|---|---|---|---|---|
| **UTGO 2002** | $75,822.97 | $75,822.97 | | | | | |
| | **$75,822.97** | **$75,822.97** | | | | | |
| **UTGO 2003-A (partial)** | $10,047.81 | $10,047.81 | | | | | |
| | $81,322.11 | $81,322.11 | | | | | |
| | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | | | |
| | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | | | |
| | **$184,814.58** | **$184,814.58** | **$93,444.66** | **$93,444.66** | | | |
| **UTGO 2004-A(II) (partial)** | $158,081.96 | $158,081.96 | | | | | |
| | $7,332.19 | $7,332.19 | $7,332.19 | $7,332.19 | | | |
| | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | | | |
| | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | |
| | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | |
| | | | $172,659.31 | $172,659.31 | $172,659.31 | $172,659.31 | |
| | **$496,127.31** | **$496,127.31** | **$338,045.35** | **$338,045.35** | **$172,659.31** | **$172,659.31** | |

*Interest (column group header spanning payment dates)*

* Subject to Mandatory Redemption

# UTGO Series 2014 DSA Fourth Lien Restructured Bonds - Debt Service

| CUSIP | Maturity Due | Rate | Principal | Insurer | 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | 10/1/23 | 4/1/24 | 10/1/24 | 4/1/25 | 10/1/25 | 4/1/26 | 10/1/26 | 4/1/27 | 10/1/27 | 4/1/28 | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Interest | | | | | | | | |
| **UTGO 2004-B(I)** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.000% | $7,538,575.00 | Ambac | | | | | | | | | | | | | | | $376,928.75 | $7,915,503.75 |
| | 4/1/16 | 5.250% | $7,912,245.00 | Ambac | | | | | | | | | | | | | | | $830,785.73 | $8,743,030.73 |
| | 4/1/17 | 4.000% | $265,545.00 | Ambac | | | | | | | | | | | | | | | $31,805.40 | $296,850.40 |
| | 4/1/17 | 5.250% | $8,064,320.00 | Ambac | | | | | | | | | | | | | | | $1,270,180.40 | $9,334,460.40 |
| | 4/1/20 | 5.250% | $1,738,000.00 | Ambac | | | | | | | | | | | | | | | $364,980.00 | $2,102,980.00 |
| | | | **$25,518,185.00** | | | | | | | | | | | | | | | | **$2,874,630.28** | **$28,392,815.28** |
| **UTGO 2004-B(2)** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/21 | 5.240% | $499,675.00 | Ambac | | | | | | | | | | | | | | | $60,790.03 | $560,465.03 |
| | | | **$499,675.00** | | | | | | | | | | | | | | | | **$60,790.03** | **$560,465.03** |
| **UTGO 2005-B** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.000% | $1,990,010.00 | Assured | | | | | | | | | | | | | | | $95,505.50 | $2,085,510.50 |
| | 4/1/16 | 5.000% | $2,089,945.00 | Assured | | | | | | | | | | | | | | | $206,994.50 | $2,296,939.50 |
| | 4/1/17 | 4.300% | $2,189,880.00 | Assured | | | | | | | | | | | | | | | $282,494.52 | $2,472,374.52 |
| | 4/1/18 | 5.000% | $2,289,815.00 | Assured | | | | | | | | | | | | | | | $457,963.00 | $2,747,778.00 |
| | 4/1/19 | 5.000% | $2,402,285.00 | Assured | | | | | | | | | | | | | | | $600,696.25 | $3,003,081.25 |
| | 4/1/20 | 5.000% | $4,345,000.00 | Assured | | | | | | | | | | | | | | | $1,303,500.00 | $5,648,500.00 |
| | 4/1/21 | 5.000% | $4,345,000.00 | Assured | $108,625.00 | $108,625.00 | | | | | | | | | | | | | $1,520,750.00 | $5,865,750.00 |
| | 4/1/22 | 5.000% | $4,345,000.00 | Assured | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | | | | | | | | | | | $1,738,000.00 | $6,083,000.00 |
| | 4/1/23 | 5.000% | $4,345,000.00 | Assured | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | | | | | | | | | | $1,955,250.00 | $6,300,250.00 |
| | 4/1/24 | 5.000% | $4,345,000.00 | Assured | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | | | | | | | | $2,172,500.00 | $6,517,500.00 |
| | 4/1/25 | 5.000% | $4,345,000.00 | Assured | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | | | | | | | $2,389,750.00 | $6,734,750.00 |
| | | | **$37,032,435.00** | | $434,500.00 | $434,500.00 | $325,875.00 | $325,875.00 | $217,250.00 | $217,250.00 | $108,625.00 | $108,625.00 | | | | | | | **$12,731,998.77** | **$49,764,433.77** |
| **UTGO 2005-C** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.000% | $2,003,045.00 | Assured | | | | | | | | | | | | | | | $100,152.25 | $2,103,197.25 |
| | 4/1/16 | 5.000% | $2,107,325.00 | Assured | | | | | | | | | | | | | | | $210,732.50 | $2,318,057.50 |
| | 4/1/17 | 4.300% | $2,211,605.00 | Assured | | | | | | | | | | | | | | | $285,297.05 | $2,496,902.05 |
| | 4/1/18 | 5.000% | $2,285,470.00 | Assured | | | | | | | | | | | | | | | $457,094.00 | $2,742,564.00 |
| | 4/1/19 | 5.250% | $2,889,425.00 | Assured | | | | | | | | | | | | | | | $623,887.69 | $3,000,602.69 |
| | 4/1/20 | 5.250% | $2,507,365.00 | Assured | | | | | | | | | | | | | | | $780,725.48 | $3,526,790.48 |
| | | | **$13,491,235.00** | | | | | | | | | | | | | | | | **$2,466,888.96** | **$15,958,113.96** |
| **UTGO 2006-A** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.000% | $2,498,375.00 | Assured | | | | | | | | | | | | | | | $124,918.75 | $2,623,293.75 |
| | 4/1/16 | 5.000% | $2,620,035.00 | Assured | | | | | | | | | | | | | | | $262,003.50 | $2,882,038.50 |
| | 4/1/17 | 5.000% | $2,734,730.00 | Assured | | | | | | | | | | | | | | | $413,209.50 | $3,147,939.50 |
| | 4/1/18 | 4.000% | $2,889,425.00 | Assured | | | | | | | | | | | | | | | $462,308.00 | $3,351,733.00 |
| | 4/1/19 | 5.000% | $3,006,740.00 | Assured | | | | | | | | | | | | | | | $751,685.00 | $3,758,425.00 |
| | 4/1/20 | 5.000% | $3,154,470.00 | Assured | | | | | | | | | | | | | | | $946,341.00 | $4,100,811.00 |
| | 4/1/21 | 5.000% | $3,313,255.00 | Assured | $87,008.63 | $87,008.63 | | | | | | | | | | | | | $1,160,332.25 | $4,473,567.25 |
| | 4/1/22 | 5.000% | $3,480,340.00 | Assured | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | | | | | | | | | | | $1,392,138.90 | $4,872,483.00 |
| | 4/1/23 | 5.000% | $3,489,345.00 | Assured | $95,015.88 | $95,015.88 | $95,015.88 | $95,015.88 | $95,015.88 | | | | | | | | | | $1,945,919.25 | $5,435,264.25 |
| | 4/1/24 | 4.000% | $13,470,260.00 | Assured | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | | | | | | | | $10,094,425.25 | $23,564,685.25 |
| | 4/1/28 | 5.000% | $17,362,620.00 | Assured | $529,981.38 | $529,981.38 | $529,981.38 | $529,981.38 | $529,981.38 | $414,065.50 | $414,065.50 | $414,065.50 | $333,370.13 | $227,569.38 | $227,569.38 | $227,569.38 | $116,554.63 | $116,554.63 | $19,980,048.00 | $37,342,803.00 |
| | | | **$58,572,755.00** | | $708,343.63 | $708,343.63 | $621,333.00 | $621,333.00 | $529,981.38 | | | | | | | | | | | |
| **UTGO 2008-I(I)** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.000% | $6,925,930.00 | Assured | | | | | | | | | | | | | | | $346,296.50 | $7,273,226.50 |
| | 4/1/16 | 5.000% | $2,985,360.00 | Assured | | | | | | | | | | | | | | | $209,936.00 | $3,288,296.00 |
| | 4/1/17 | 5.000% | $3,111,050.00 | Assured | | | | | | | | | | | | | | | $466,653.00 | $3,577,673.00 |
| | 4/1/18 | 5.000% | $3,293,520.00 | Assured | | | | | | | | | | | | | | | $658,702.00 | $3,952,212.00 |
| | | | **$16,319,520.00** | | | | | | | | | | | | | | | | **$1,770,587.50** | **$18,090,407.50** |
| | | | **$227,560,790.00** | | $1,899,608.47 | $1,899,608.47 | $1,378,700.00 | $1,378,700.00 | $920,090.68 | $720,090.68 | $542,691.50 | $542,691.50 | $335,370.13 | $333,370.13 | $227,569.38 | $227,569.38 | $116,554.63 | $116,554.63 | **$80,881,991.64** | **$360,442,781.64** |

*Represents Mandatory Redemption

Page 4 of 5

# UTGO Series 2014 DSA Fourth Lien Restructured Bonds - Debt Service

## Bond Series Subject to Mandatory Redemption

### Issuance: 2004-B(2)

CUSIP 25109XZX1

| Date | Issuer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Ambac | 6/30/15 | | $499,675.00 | 5.240% | $13,091.49 |
| 4/1/15 | Ambac | 6/30/15 | $134,695.00 | $364,980.00 | 5.240% | $13,091.49 |
| 10/1/15 | Ambac | 6/30/16 | | $364,980.00 | 5.240% | $9,562.48 |
| 4/1/16 | Ambac | 6/30/16 | $143,385.00 | $221,595.00 | 5.240% | $9,562.48 |
| 10/1/16 | Ambac | 6/30/17 | | $221,595.00 | 5.240% | $5,805.79 |
| 4/1/17 | Ambac | 6/30/17 | $147,730.00 | $73,865.00 | 5.240% | $5,805.79 |
| 10/1/17 | Ambac | 6/30/18 | | $73,865.00 | 5.240% | $1,935.26 |
| 4/1/18 | Ambac | 6/30/18 | $73,865.00 | | 5.240% | $1,935.26 |
| **Total** | | | **$499,675.00** | | | **$60,790.03** |

### Issuance: 2008-A

CUSIP 25109XN55

| Date | Issuer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | 6/30/15 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/15 | Assured | 6/30/15 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 10/1/15 | Assured | 6/30/16 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/16 | Assured | 6/30/16 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 10/1/16 | Assured | 6/30/17 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/17 | Assured | 6/30/17 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 10/1/17 | Assured | 6/30/18 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/18 | Assured | 6/30/18 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 10/1/18 | Assured | 6/30/19 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/19 | Assured | 6/30/19 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 10/1/19 | Assured | 6/30/20 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/20 | Assured | 6/30/20 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 10/1/20 | Assured | 6/30/21 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/21 | Assured | 6/30/21 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 10/1/21 | Assured | 6/30/22 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/22 | Assured | 6/30/22 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 10/1/2022 | Assured | 6/30/23 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/2023 | Assured | 6/30/23 | $3,654,145 | $3,836,635.00 | 5.000% | $187,269.50 |
| 10/1/2023 | Assured | 6/30/24 | | $3,836,635.00 | 5.000% | $95,915.88 |
| 4/1/2024 | Assured | 6/30/24 | $3,836,635 | | 5.000% | $95,915.88 |
| **Total** | | | **$7,490,780.00** | | | **$3,562,682.75** |

### Issuance: 2008-A

CUSIP 25109XN63

| Date | Issuer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | 6/30/15 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/15 | Assured | 6/30/15 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/15 | Assured | 6/30/16 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/16 | Assured | 6/30/16 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/16 | Assured | 6/30/17 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/17 | Assured | 6/30/17 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/17 | Assured | 6/30/18 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/18 | Assured | 6/30/18 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/18 | Assured | 6/30/19 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/19 | Assured | 6/30/19 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/19 | Assured | 6/30/20 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/20 | Assured | 6/30/20 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/20 | Assured | 6/30/21 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/21 | Assured | 6/30/21 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/21 | Assured | 6/30/22 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/22 | Assured | 6/30/22 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/2022 | Assured | 6/30/23 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/2023 | Assured | 6/30/23 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/2023 | Assured | 6/30/24 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/2024 | Assured | 6/30/24 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/2024 | Assured | 6/30/25 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/2025 | Assured | 6/30/25 | $4,027,815.00 | $13,334,805.00 | 5.000% | $434,065.50 |
| 10/1/2025 | Assured | 6/30/26 | | $13,334,805.00 | 5.000% | $333,370.13 |
| 4/1/2026 | Assured | 6/30/26 | $4,232,030.00 | $9,102,775.00 | 5.000% | $333,370.13 |
| 10/1/2026 | Assured | 6/30/27 | | $9,102,775.00 | 5.000% | $227,569.38 |
| 4/1/2027 | Assured | 6/30/27 | $4,440,590.00 | $4,662,185.00 | 5.000% | $227,569.38 |
| 10/1/2027 | Assured | 6/30/28 | | $4,662,185.00 | 5.000% | $116,554.63 |
| 4/1/2028 | Assured | 6/30/28 | $4,662,185.00 | | 5.000% | $116,554.63 |
| **Total** | | | **$17,362,620.00** | | | **$10,904,429.25** |

**EXHIBIT C**
**STUB UTGO BONDS**

# UTGO Series STUB Bonds - Debt Service

| CUSIP | Maturity Date | Rate | Principal | Insurer | Interest 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO Series 1999-A** | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.250% | $373,350.00 | Assured | $9,800.44 | $9,800.44 | | | | | | | | | | | | |
| | 4/1/16 | 5.000% | $392,345.00 | Assured | $9,808.63 | $9,808.63 | $9,808.63 | $9,808.63 | | | | | | | | | | |
| | 4/1/17 | 5.000% | $411,995.00 | Assured | $10,299.88 | $10,299.88 | $10,299.88 | $10,299.88 | $10,299.88 | $10,299.88 | | | | | | | | |
| | 4/1/18 | 5.000% | $432,955.00 | Assured | $10,823.88 | $10,823.88 | $10,823.88 | $10,823.88 | $10,823.88 | $10,823.88 | $10,823.88 | $10,823.88 | | | | | | |
| | 4/1/19 | 5.000% | $455,570.00 | Assured | $11,364.25 | $11,364.25 | $11,364.25 | $11,364.25 | $11,364.25 | $11,364.25 | $11,364.25 | $11,364.25 | $11,364.25 | $11,364.25 | | | | |
| | | | $2,065,215.00 | | $52,097.06 | $52,097.06 | $42,296.63 | $42,296.63 | $32,488.00 | $32,488.00 | $22,188.13 | $22,188.13 | $11,364.25 | $11,364.25 | | | | |
| **UTGO Series 2001-A(I)** | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.375% | $778,140.00 | NPFG | $20,912.51 | $20,912.51 | | | | | | | | | | | | |
| | 4/1/16 | 5.375% | $820,060.00 | NPFG | $22,039.11 | $22,039.11 | $22,039.11 | $22,039.11 | | | | | | | | | | |
| | 4/1/17 | 5.375% | $864,069.00 | NPFG | $23,226.13 | $23,226.13 | $23,226.13 | $23,226.13 | $23,226.13 | $23,226.13 | | | | | | | | |
| | 4/1/18 | 5.000% | $1,971,550.00 | NPFG | $49,288.75 | $49,288.75 | $49,288.75 | $49,288.75 | $49,288.75 | $49,288.75 | $49,288.75 | $49,288.75 | | | | | | |
| | 4/1/19 | 5.000% | $1,834,000.00 | NPFG | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | | | | |
| | 4/1/20 | 5.000% | $1,834,000.00 | NPFG | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | | |
| | 4/1/21 | 5.000% | $1,834,000.00 | NPFG | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 |
| | | | $9,798,800.00 | | $253,026.50 | $253,026.50 | $232,113.99 | $232,113.99 | $210,074.88 | $210,074.88 | $186,838.75 | $186,838.75 | $137,550.00 | $137,550.00 | $91,700.00 | $91,700.00 | $45,850.00 | $45,850.00 |
| **UTGO Series 2002** | | | | | | | | | | | | | | | | | | |
| | 4/1/21 | 5.125% | $434,440.00 | NPFG | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 |
| | 4/1/22 | 5.125% | $446,055.00 | NPFG | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 |
| | | | $870,495.00 | | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 |
| **UTGO Series 2003-A** | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 4.000% | $39,300.00 | Syncora | $786.00 | $786.00 | | | | | | | | | | | | |
| | 4/1/16 | 5.250% | $334,050.00 | Syncora | $8,768.81 | $8,768.81 | $8,768.81 | $8,768.81 | | | | | | | | | | |
| | 4/1/17 | 5.250% | $392,345.00 | Syncora | $10,299.06 | $10,299.06 | $10,299.06 | $10,299.06 | $10,299.06 | $10,299.06 | | | | | | | | |
| | 4/1/18 | 5.250% | $412,650.00 | Syncora | $10,832.06 | $10,832.06 | $10,832.06 | $10,832.06 | $10,832.06 | $10,832.06 | $10,832.06 | $10,832.06 | | | | | | |
| | 4/1/19 | 5.250% | $434,265.00 | Syncora | $11,399.46 | $11,399.46 | $11,399.46 | $11,399.46 | $11,399.46 | $11,399.46 | $11,399.46 | $11,399.46 | $11,399.46 | $11,399.46 | | | | |
| | 4/1/20 | 5.250% | $457,100.00 | Syncora | $12,001.24 | $12,001.24 | $12,001.24 | $12,001.24 | $12,001.24 | $12,001.24 | $12,001.24 | $12,001.24 | $12,001.24 | $12,001.24 | $12,001.24 | $12,001.24 | | |
| | 4/1/21 | 4.500% | $65,500.00 | Syncora | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 |
| | 4/1/21 | 5.250% | $415,925.00 | Syncora | $10,918.03 | $10,918.03 | $10,918.03 | $10,918.03 | $10,918.03 | $10,918.03 | $10,918.03 | $10,918.03 | $10,918.03 | $10,918.03 | $10,918.03 | $10,918.03 | $10,918.03 | $10,918.03 |
| | 4/1/21 | 5.250% | $505,660.00 | Syncora | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 |
| | 4/1/22 | 4.625% | $65,500.00 | Syncora | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 |
| | 4/1/22 | 5.250% | $467,015.00 | Syncora | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 |
| | 4/1/23 | 4.625% | $173,110.00 | Syncora | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 |
| | 4/1/23 | 5.250% | $363,525.00 | Syncora | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 |
| | | | $4,189,835.00 | | $107,602.41 | $107,602.41 | $106,816.41 | $106,816.41 | $98,037.59 | $98,037.59 | $87,748.54 | $87,748.54 | $76,926.48 | $76,926.48 | $65,527.02 | $65,527.02 | $53,525.78 | $53,525.78 |
| **UTGO Series 2004-A(I)** | | | | | | | | | | | | | | | | | | |
| | 4/1/19 | 5.250% | $389,500.00 | Ambac | $15,474.38 | $15,474.38 | $15,474.38 | $15,474.38 | $15,474.38 | $15,474.38 | $15,474.38 | $15,474.38 | $15,474.38 | $15,474.38 | | | | |
| | 4/1/20 | 4.250% | $24,235.00 | Ambac | $514.99 | $514.99 | $514.99 | $514.99 | $514.99 | $514.99 | $514.99 | $514.99 | $514.99 | $514.99 | $514.99 | $514.99 | | |
| | 4/1/20 | 5.250% | $797,135.00 | Ambac | $20,924.79 | $20,924.79 | $20,924.79 | $20,924.79 | $20,924.79 | $20,924.79 | $20,924.79 | $20,924.79 | $20,924.79 | $20,924.79 | $20,924.79 | $20,924.79 | | |
| | 4/1/21 | 5.000% | $866,010.00 | Ambac | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 |
| | 4/1/21 | 5.250% | $907,830.00 | Ambac | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 |
| | 4/1/22 | 4.900% | $49,125.00 | Ambac | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 |
| | 4/1/22 | 5.250% | $906,520.00 | Ambac | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 |
| | 4/1/23 | 4.600% | $102,835.00 | Ambac | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 |
| | 4/1/24 | 5.250% | $902,290.00 | Ambac | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 |
| | | | $5,044,470.00 | | $133,319.36 | $133,319.36 | $133,319.36 | $133,319.36 | $133,319.36 | $133,319.36 | $133,319.36 | $133,319.36 | $133,319.36 | $133,319.36 | $117,844.98 | $117,844.98 | $96,405.19 | $96,405.19 |

Subject to Mandatory Redemption

# UTGO Series STUB Bonds - Debt Service

| CUSIP | Maturity Date | Rate | Principal | Insurer | Interest | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
| **UTGO 2004-B(1)** | | | | | | | | | | | | | | | | | | |
| 327P8 | 4/1/15 | 5.000% | $1,136,425.00 | Ambac | $28,410.63 | $28,410.63 | | | | | | | | | | | | |
| 327Q6 | 4/1/16 | 5.250% | $1,192,755.00 | Ambac | $31,309.82 | $31,309.82 | $31,309.82 | $31,309.82 | | | | | | | | | | |
| 327R4 | 4/1/17 | 4.000% | $39,955.00 | Ambac | $799.10 | $799.10 | $799.10 | $799.10 | $799.10 | $799.10 | | | | | | | | |
| 327S2 | 4/1/17 | 5.250% | $1,215,640.00 | Ambac | $31,911.60 | $31,911.60 | $31,911.60 | $31,911.60 | $31,911.60 | $31,911.60 | | | | | | | | |
| 327T0 | 4/1/18 | 5.250% | $262,000.00 | Ambac | $6,877.50 | $6,877.50 | $6,877.50 | $6,877.50 | $6,877.50 | $6,877.50 | $6,877.50 | $6,877.50 | | | | | | |
| | | | **$3,846,815.00** | | **$99,308.64** | **$99,308.64** | **$70,898.62** | **$70,898.62** | **$39,588.20** | **$39,588.20** | **$6,877.50** | **$6,877.50** | | | | | | |
| **UTGO 2004-B(2)** | | | | | | | | | | | | | | | | | | |
| 327X1 | 4/1/19 | 5.240% | $75,325.00 * | Ambac | $1,973.52 | $1,973.52 | $1,441.52 | $1,441.52 | $875.21 | $875.21 | $291.74 | $291.74 | | | | | | |
| **UTGO 2005-B** | | | | | | | | | | | | | | | | | | |
| 793953 | 4/1/15 | 5.000% | $299,990.00 | Assured | $7,499.75 | $7,499.75 | | | | | | | | | | | | |
| 793K61 | 4/1/16 | 5.000% | $315,055.00 | Assured | $7,876.38 | $7,876.38 | $7,876.38 | $7,876.38 | | | | | | | | | | |
| 793K70 | 4/1/17 | 4.300% | $330,120.00 | Assured | $7,097.58 | $7,097.58 | $7,097.58 | $7,097.58 | $7,097.58 | $7,097.58 | | | | | | | | |
| 793K87 | 4/1/18 | 5.000% | $345,185.00 | Assured | $8,629.63 | $8,629.63 | $8,629.63 | $8,629.63 | $8,629.63 | $8,629.63 | $8,629.63 | $8,629.63 | | | | | | |
| 793K95 | 4/1/19 | 5.000% | $362,215.00 | Assured | $9,055.38 | $9,055.38 | $9,055.38 | $9,055.38 | $9,055.38 | $9,055.38 | $9,055.38 | $9,055.38 | $9,055.38 | $9,055.38 | | | | |
| 793L29 | 4/1/20 | 5.000% | $655,000.00 | Assured | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | | |
| 793L37 | 4/1/21 | 5.000% | $655,000.00 | Assured | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 |
| 793L45 | 4/1/22 | 5.000% | $655,000.00 | Assured | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 |
| 793L52 | 4/1/23 | 5.000% | $655,000.00 | Assured | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 |
| 793L60 | 4/1/24 | 5.000% | $655,000.00 | Assured | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 |
| 793L78 | 4/1/25 | 5.000% | $655,000.00 | Assured | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 |
| | | | **$5,582,565.00** | | **$138,408.71** | **$138,408.71** | **$130,908.96** | **$130,908.96** | **$123,032.58** | **$123,032.58** | **$115,935.00** | **$115,935.00** | **$107,305.38** | **$107,305.38** | **$98,250.00** | **$98,250.00** | **$81,875.00** | **$81,875.00** |
| **UTGO 2005-C** | | | | | | | | | | | | | | | | | | |
| 793L92 | 4/1/15 | 5.000% | $301,955.00 | Assured | $7,548.88 | $7,548.88 | | | | | | | | | | | | |
| 793M09 | 4/1/16 | 5.000% | $317,675.00 | Assured | $7,941.88 | $7,941.88 | $7,941.88 | $7,941.88 | | | | | | | | | | |
| 793M25 | 4/1/17 | 4.300% | $333,395.00 | Assured | $7,167.99 | $7,167.99 | $7,167.99 | $7,167.99 | $7,167.99 | $7,167.99 | | | | | | | | |
| 793M41 | 4/1/18 | 5.000% | $344,530.00 | Assured | $8,613.25 | $8,613.25 | $8,613.25 | $8,613.25 | $8,613.25 | $8,613.25 | $8,613.25 | $8,613.25 | | | | | | |
| 793M58 | 4/1/19 | 5.250% | $358,285.00 | Assured | $9,404.98 | $9,404.98 | $9,404.98 | $9,404.98 | $9,404.98 | $9,404.98 | $9,404.98 | $9,404.98 | $9,404.98 | $9,404.98 | | | | |
| 793M66 | 4/1/20 | 5.250% | $377,935.00 | Assured | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | | |
| | | | **$2,033,775.00** | | **$50,597.77** | **$50,597.77** | **$43,048.89** | **$43,048.89** | **$35,107.02** | **$35,107.02** | **$27,939.03** | **$27,939.03** | **$19,325.78** | **$19,325.78** | **$9,920.79** | **$9,920.79** | | |
| **UTGO 2006-A** | | | | | | | | | | | | | | | | | | |
| 793S30 | 4/1/15 | 5.000% | $376,625.00 | Assured | $9,415.63 | $9,415.63 | | | | | | | | | | | | |
| 793S56 | 4/1/16 | 5.000% | $394,965.00 | Assured | $9,874.13 | $9,874.13 | $9,874.13 | $9,874.13 | | | | | | | | | | |
| 793S72 | 4/1/17 | 5.000% | $415,270.00 | Assured | $10,381.75 | $10,381.75 | $10,381.75 | $10,381.75 | $10,381.75 | $10,381.75 | | | | | | | | |
| 793S80 | 4/1/18 | 4.000% | $435,575.00 | Assured | $8,711.50 | $8,711.50 | $8,711.50 | $8,711.50 | $8,711.50 | $8,711.50 | $8,711.50 | $8,711.50 | | | | | | |
| 793S98 | 4/1/19 | 5.000% | $453,260.00 | Assured | $11,331.50 | $11,331.50 | $11,331.50 | $11,331.50 | $11,331.50 | $11,331.50 | $11,331.50 | $11,331.50 | $11,331.50 | $11,331.50 | | | | |
| 793T30 | 4/1/20 | 5.000% | $475,530.00 | Assured | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | | |
| 793T48 | 4/1/21 | 5.000% | $499,765.00 | Assured | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 |
| 793T55 | 4/1/22 | 5.000% | $524,655.00 | Assured | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 |
| 793T63 | 4/1/24 | 5.000% | $1,129,220.00 | Assured | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 |
| 793U37 | 4/1/28 | 5.000% | $2,617,380.00 | Assured | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 |
| | | | **$7,322,245.00** | | **$180,878.25** | **$180,878.25** | **$171,462.63** | **$171,462.63** | **$161,588.50** | **$161,588.50** | **$151,206.75** | **$151,206.75** | **$142,495.25** | **$142,495.25** | **$131,163.75** | **$131,163.75** | **$119,275.50** | **$119,275.50** |
| **UTGO 2008-B(1)** | | | | | | | | | | | | | | | | | | |
| 793953 | 4/1/15 | 5.000% | $1,044,070.00 | Assured | $26,101.75 | $26,101.75 | | | | | | | | | | | | |
| 793F53 | 4/1/16 | 5.000% | $450,640.00 | Assured | $11,266.00 | $11,266.00 | $11,266.00 | $11,266.00 | | | | | | | | | | |
| 793G37 | 4/1/17 | 5.000% | $468,980.00 | Assured | $11,724.50 | $11,724.50 | $11,724.50 | $11,724.50 | $11,724.50 | $11,724.50 | | | | | | | | |
| 793H87 | 4/1/18 | 5.000% | $496,490.00 | Assured | $12,412.25 | $12,412.25 | $12,412.25 | $12,412.25 | $12,412.25 | $12,412.25 | $12,412.25 | $12,412.25 | | | | | | |
| | | | **$2,460,180.00** | | **$61,504.50** | **$61,504.50** | **$35,402.75** | **$35,402.75** | **$24,136.75** | **$24,136.75** | **$12,412.25** | **$12,412.25** | | | | | | |
| | | | **$43,349,210.00** | | **$1,101,033.14** | **$1,101,033.14** | **$981,256.76** | **$981,256.76** | **$870,273.46** | **$870,273.46** | **$756,241.40** | **$756,241.40** | **$639,193.46** | **$639,193.46** | **$534,711.74** | **$534,711.74** | **$406,646.13** | **$406,646.13** |

\* Subject to Mandatory Redemption

# UTGO Series STUB Bonds - Debt Service

* Subject to Mandatory Redemption

| CUSIP | Maturity Date | Rate | Insurer | Principal | 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | 10/1/23 | 4/1/24 | 10/1/24 | 4/1/25 | 10/1/25 | 4/1/26 | 10/1/26 | 4/1/27 | 10/1/27 | 4/1/28 | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO 1999-A** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.250% | Assured | $373,350.00 | | | | | | | | | | | | | | | $19,600.88 | $392,950.88 |
| | 4/1/16 | 5.000% | Assured | $392,345.00 | | | | | | | | | | | | | | | $39,234.50 | $431,579.50 |
| | 4/1/17 | 5.000% | Assured | $411,995.00 | | | | | | | | | | | | | | | $61,799.25 | $473,794.25 |
| | 4/1/18 | 5.000% | Assured | $432,955.00 | | | | | | | | | | | | | | | $86,591.00 | $519,546.00 |
| | 4/1/19 | 5.000% | Assured | $454,570.00 | | | | | | | | | | | | | | | $113,642.50 | $568,212.50 |
| | | | | $2,065,215.00 | | | | | | | | | | | | | | | $320,868.13 | $2,386,083.13 |
| **UTGO 2001-A(1)** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.375% | NPFG | $778,140.00 | | | | | | | | | | | | | | | $41,825.03 | $819,965.03 |
| | 4/1/16 | 5.375% | NPFG | $820,060.00 | | | | | | | | | | | | | | | $88,156.45 | $908,216.45 |
| | 4/1/17 | 5.375% | NPFG | $864,660.00 | | | | | | | | | | | | | | | $139,416.75 | $1,004,016.75 |
| | 4/1/18 | 5.375% | NPFG | $1,834,000.00 | | | | | | | | | | | | | | | $394,310.00 | $2,228,310.00 |
| | 4/1/19 | 5.000% | NPFG | $1,834,000.00 | | | | | | | | | | | | | | | $458,500.00 | $2,292,500.00 |
| | 4/1/20 | 5.000% | NPFG | $1,834,000.00 | | | | | | | | | | | | | | | $550,200.00 | $2,384,200.00 |
| | 4/1/21 | 5.000% | NPFG | $1,834,000.00 | | | | | | | | | | | | | | | $641,950.00 | $2,475,950.00 |
| | | | | $9,798,800.00 | | | | | | | | | | | | | | | $2,314,369.23 | $12,113,108.23 |
| **UTGO 2002** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/21 | 5.125% | NPFG | $424,440.00 | $11,430.16 | $11,430.16 | | | | | | | | | | | | | $152,267.85 | $576,707.85 |
| | 4/1/22 | 5.125% | NPFG | $446,055.00 | | | | | | | | | | | | | | | $182,882.55 | $628,937.55 |
| | | | | $870,495.00 | $11,430.16 | $11,430.16 | | | | | | | | | | | | | $335,150.40 | $1,205,645.40 |
| **UTGO 2003-A** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 4.000% | Syncora | $39,300.00 | | | | | | | | | | | | | | | $1,572.00 | $40,872.00 |
| | 4/1/16 | 5.250% | Syncora | $334,050.00 | | | | | | | | | | | | | | | $17,537.63 | $351,587.63 |
| | 4/1/17 | 5.250% | Syncora | $392,345.00 | | | | | | | | | | | | | | | $41,196.23 | $433,541.23 |
| | 4/1/18 | 5.250% | Syncora | $412,650.00 | | | | | | | | | | | | | | | $64,992.38 | $477,642.38 |
| | 4/1/19 | 5.250% | Syncora | $434,265.00 | | | | | | | | | | | | | | | $91,195.65 | $525,460.65 |
| | 4/1/20 | 5.250% | Syncora | $457,190.00 | | | | | | | | | | | | | | | $120,012.38 | $577,202.38 |
| | 4/1/20 | 4.500% | Syncora | $65,500.00 | | | | | | | | | | | | | | | $17,685.00 | $83,185.00 |
| | 4/1/21 | 5.250% | Syncora | $415,925.00 | | | | | | | | | | | | | | | $131,016.38 | $546,941.38 |
| | 4/1/21 | 5.250% | Syncora | $505,660.00 | | | | | | | | | | | | | | | $185,830.05 | $691,490.05 |
| | 4/1/22 | 4.625% | Syncora | $65,500.00 | | $1,514.69 | $1,514.69 | | | | | | | | | | | | $24,235.00 | $89,735.00 |
| | 4/1/22 | 5.250% | Syncora | $467,015.00 | | $12,259.14 | $12,259.14 | | | | | | | | | | | | $196,046.30 | $603,161.30 |
| | 4/1/23 | 5.250% | Syncora | $196,500.00 | | $4,544.06 | $4,544.06 | $4,544.06 | | | | | | | | | | | $81,793.13 | $278,293.13 |
| | 4/1/23 | 5.250% | Syncora | $363,525.00 | | $9,542.53 | $9,542.53 | $9,542.53 | | | | | | | | | | | $171,765.56 | $535,280.56 |
| | | | | $4,149,425.00 | | $27,860.43 | $27,860.43 | $14,086.59 | $14,086.59 | | | | | | | | | | $1,144,977.66 | $5,294,402.66 |
| **UTGO 2004-A(1)** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/19 | 5.250% | Ambac | $389,500.00 | | | | | | | | | | | | | | | $154,743.75 | $744,243.75 |
| | 4/1/20 | 4.250% | Ambac | $24,235.00 | | | | | | | | | | | | | | | $6,179.93 | $30,414.93 |
| | 4/1/20 | 5.250% | Ambac | $795,135.00 | | | | | | | | | | | | | | | $253,097.53 | $1,048,233.53 |
| | 4/1/21 | 5.000% | Ambac | $804,600.00 | | | | | | | | | | | | | | | $302,610.00 | $1,107,210.00 |
| | 4/1/22 | 5.250% | Ambac | $907,830.00 | | $23,830.54 | $23,830.54 | | | | | | | | | | | | $381,288.69 | $1,289,118.69 |
| | 4/1/22 | 4.500% | Ambac | $40,125.00 | | $1,105.31 | $1,105.31 | | | | | | | | | | | | $19,895.63 | $69,020.63 |
| | 4/1/23 | 5.250% | Ambac | $906,520.00 | | $23,796.15 | $23,796.15 | $23,796.15 | | | | | | | | | | | $428,330.70 | $1,334,850.70 |
| | 4/1/23 | 4.600% | Ambac | $102,835.00 | | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | | | | | | | | | | $47,324.10 | $150,159.10 |
| | 4/1/24 | 5.250% | Ambac | $902,590.00 | | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | | | | | | | | | $473,859.75 | $1,376,449.75 |
| | | | | $5,144,370.00 | | $74,790.19 | $74,790.19 | $50,959.66 | $26,058.19 | $23,692.99 | | | | | | | | | $2,065,309.98 | $7,209,679.98 |

13-53846-swr   Doc 7033-3   Filed 08/20/14   Entered 08/20/14 20:20:25   Page 52 of 840

# UTGO Series STUB Bonds - Debt Service

| CUSIP | Maturity Date | Rate | Principal | Insurer | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|
| **UT 2004-B(1)** | | | | | | |
| ...9Z78 | 4/1/15 | 5.000% | $1,136,425.00 | Ambac | $56,821.25 | $1,193,246.25 |
| ...9ZQ6 | 4/1/16 | 5.250% | $1,192,755.00 | Ambac | $125,239.28 | $1,317,994.28 |
| ...9ZZ4 | 4/1/17 | 4.000% | $39,955.00 | Ambac | $4,794.60 | $44,749.60 |
| ...9ZS2 | 4/1/18 | 5.250% | $1,215,680.00 | Ambac | $191,469.60 | $1,407,149.60 |
| ...9ZT0 | 4/1/18 | 5.250% | $262,000.00 | Ambac | $55,020.00 | $317,020.00 |
| | | | $3,846,815.00 | | $433,344.73 | $4,280,159.73 |
| **UT 2004-B(2)** | | | | | | |
| ...9ZX1 | 4/1/19 | 5.240% | $75,325.00 * | Ambac * | $9,163.97 | $84,488.97 |
| **UT 2005-B** | | | | | | |
| ...9G53 | 4/1/15 | 5.000% | $299,990.00 | Assured | $14,999.50 | $314,989.50 |
| ...9G61 | 4/1/16 | 5.000% | $315,055.00 | Assured | $31,505.50 | $346,560.50 |
| ...9G79 | 4/1/17 | 4.300% | $330,120.00 | Assured | $42,585.48 | $372,705.48 |
| ...9G87 | 4/1/18 | 5.000% | $345,185.00 | Assured | $69,037.00 | $414,222.00 |
| ...9G95 | 4/1/19 | 5.000% | $362,215.00 | Assured | $90,553.75 | $452,768.75 |
| ...9H29 | 4/1/20 | 5.000% | $655,000.00 | Assured | $196,500.00 | $851,500.00 |
| ...9H37 | 4/1/21 | 5.000% | $655,000.00 | Assured | $229,250.00 | $884,250.00 |
| ...9H45 | 4/1/22 | 5.000% | $655,000.00 | Assured | $262,000.00 | $917,000.00 |
| ...9H52 | 4/1/23 | 5.000% | $655,000.00 | Assured | $294,750.00 | $949,750.00 |
| ...9H60 | 4/1/24 | 5.000% | $655,000.00 | Assured | $327,500.00 | $982,500.00 |
| ...9H78 | 4/1/25 | 5.000% | $655,000.00 | Assured | $360,250.00 | $1,015,250.00 |
| | | | $5,582,565.00 | | $1,998,931.23 | $7,501,496.23 |
| **UT 2005-C** | | | | | | |
| ...9392 | 4/1/15 | 5.000% | $301,955.00 | Assured | $15,997.75 | $317,952.75 |
| ...9J25 | 4/1/16 | 5.000% | $317,675.00 | Assured | $31,767.50 | $349,442.50 |
| ...9J33 | 4/1/17 | 4.300% | $333,395.00 | Assured | $43,007.96 | $376,402.96 |
| ...9J41 | 4/1/18 | 5.000% | $344,530.00 | Assured | $68,906.00 | $413,436.00 |
| ...9J58 | 4/1/19 | 5.250% | $358,285.00 | Assured | $94,949.81 | $453,234.81 |
| ...9J66 | 4/1/20 | 5.250% | $377,935.00 | Assured | $119,049.53 | $496,964.53 |
| | | | $2,033,775.00 | | $373,878.54 | $2,465,653.54 |
| **UT 2006-A** | | | | | | |
| ...9J56 | 4/1/15 | 5.000% | $376,625.00 | Assured | $18,831.25 | $395,456.25 |
| ...9J64 | 4/1/16 | 5.000% | $394,505.00 | Assured | $39,406.50 | $434,401.50 |
| ...9J72 | 4/1/17 | 5.000% | $415,270.00 | Assured | $62,270.50 | $477,540.50 |
| ...9J80 | 4/1/18 | 4.000% | $433,575.00 | Assured | $69,692.00 | $505,267.00 |
| ...9J98 | 4/1/19 | 5.000% | $453,260.00 | Assured | $113,315.00 | $566,575.00 |
| ...9N22 | 4/1/20 | 5.000% | $475,530.00 | Assured | $142,659.00 | $618,189.00 |
| ...9N30 | 4/1/21 | 5.000% | $499,765.00 | Assured | $174,917.75 | $674,682.75 |
| ...9N48 | 4/1/22 | 5.000% | $524,655.00 | Assured | $209,862.00 | $734,517.00 |
| ...9N55 | 4/1/23 | 5.000% | $1,129,220.00 | Assured | $537,067.25 | $1,666,287.25 |
| ...9N63 | 4/1/28 | 5.000% | $2,617,380.00 | Assured | $1,666,267.25 | $4,283,647.25 |
| | | | $7,322,245.00 | | $3,011,952.00 | $10,334,197.00 |
| **UT 2008-B(1)** | | | | | | |
| ...9Y53 | 4/1/15 | 5.000% | $1,044,070.00 | Assured | $52,203.50 | $1,096,273.50 |
| ...9Y61 | 4/1/16 | 5.000% | $480,640.00 | Assured | $54,064.00 | $495,704.00 |
| ...9Y79 | 4/1/17 | 5.000% | $468,980.00 | Assured | $70,347.00 | $539,327.00 |
| ...9Y87 | 4/1/18 | 5.000% | $406,470.00 | Assured | $89,298.00 | $495,788.00 |
| | | | $2,400,160.00 | | $266,912.50 | $2,727,092.59 |
| **Total** | | | $43,349,210.00 | | $12,192,797.36 | $55,542,007.36 |

Interest (payment date totals): 10/1/21 $286,362.15 · 4/1/22 $286,362.15 · 10/1/22 $207,836.25 · 4/1/23 $138,701.82 · 10/1/23 $138,701.82 · 4/1/24 $81,809.50 · 10/1/24 $81,809.50 · 10/1/25 $50,254.88 · 4/1/26 $50,254.88 · 10/1/26 $34,305.63 · 4/1/27 $34,305.63 · 10/1/27 $17,570.38 · 4/1/28 $17,570.38

\* Subject to Mandatory Redemption

# UTGO Series STUB Bonds – Debt Service

## Bond Series Subject to Mandatory Redemption

### Issuance: 2004-B(2)

CUSIP 25093ZX1

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Ambac | | | $75,325.00 | 5.240% | $1,973.52 |
| 4/1/15 | Ambac | 6/30/15 | - | $55,020.00 | 5.240% | $1,973.52 |
| 10/1/15 | Ambac | | $20,305.00 | $55,020.00 | 5.240% | $1,441.52 |
| 4/1/16 | Ambac | 6/30/16 | $21,615.00 | $33,405.00 | 5.240% | $1,441.52 |
| 10/1/16 | Ambac | | - | $33,405.00 | 5.240% | $875.21 |
| 4/1/17 | Ambac | 6/30/17 | $22,270.00 | $11,135.00 | 5.240% | $875.21 |
| 10/1/17 | Ambac | | - | $11,135.00 | 5.240% | $291.74 |
| 4/1/18 | Ambac | 6/30/18 | $11,135.00 | - | 5.240% | $291.74 |
| Total | | | $75,325.00 | | | $9,163.97 |

### Issuance: 2008-A

CUSIP 25093N55

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | | | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/15 | Assured | 6/30/15 | - | $1,129,220.00 | 5.000% | $28,230.50 |
| 10/1/15 | Assured | | - | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/16 | Assured | 6/30/16 | - | $1,129,220.00 | 5.000% | $28,230.50 |
| 10/1/16 | Assured | | | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/17 | Assured | 6/30/17 | - | $1,129,220.00 | 5.000% | $28,230.50 |
| 10/1/17 | Assured | | | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/18 | Assured | 6/30/18 | - | $1,129,220.00 | 5.000% | $28,230.50 |
| 10/1/18 | Assured | | | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/19 | Assured | 6/30/19 | - | $1,129,220.00 | 5.000% | $28,230.50 |
| 10/1/19 | Assured | | | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/20 | Assured | 6/30/20 | - | $1,129,220.00 | 5.000% | $28,230.50 |
| 10/1/20 | Assured | | | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/21 | Assured | 6/30/21 | - | $1,129,220.00 | 5.000% | $28,230.50 |
| 10/1/21 | Assured | | | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/22 | Assured | 6/30/22 | - | $1,129,220.00 | 5.000% | $28,230.50 |
| 10/1/2022 | Assured | | | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/2023 | Assured | 6/30/2023 | $550,855.00 | $578,365.00 | 5.000% | $28,230.50 |
| 10/1/2023 | Assured | | | $578,365.00 | 5.000% | $14,459.13 |
| 4/1/2024 | Assured | 6/30/2024 | $578,365.00 | - | 5.000% | $14,459.13 |
| 10/1/2024 | Assured | | | | | |
| | | 6/30/2025 | | | | |
| Total | | | $1,129,220.00 | | | $537,067.25 |

### Issuance: 2008-A

CUSIP 25093NG5

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | | | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/15 | Assured | 6/30/15 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/15 | Assured | | | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/16 | Assured | 6/30/16 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/16 | Assured | | | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/17 | Assured | 6/30/17 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/17 | Assured | | | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/18 | Assured | 6/30/18 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/18 | Assured | | | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/19 | Assured | 6/30/19 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/19 | Assured | | | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/20 | Assured | 6/30/20 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/20 | Assured | | | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/21 | Assured | 6/30/21 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/21 | Assured | | | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/22 | Assured | 6/30/22 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/2022 | Assured | | | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/2023 | Assured | 6/30/2023 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/2023 | Assured | | | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/2024 | Assured | 6/30/2024 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/2024 | Assured | 6/30/2025 | $607,185.00 | $2,010,195.00 | 5.000% | $65,434.50 |
| 4/1/2025 | Assured | 6/30/2025 | - | $2,010,195.00 | 5.000% | $50,254.88 |
| 10/1/2025 | Assured | 6/30/2026 | $637,970.00 | $1,372,225.00 | 5.000% | $50,254.88 |
| 4/1/2026 | Assured | 6/30/2026 | - | $1,372,225.00 | 5.000% | $34,305.63 |
| 10/1/2026 | Assured | 6/30/2027 | $669,410.00 | $702,815.00 | 5.000% | $34,305.63 |
| 4/1/2027 | Assured | 6/30/2027 | - | $702,815.00 | 5.000% | $17,570.38 |
| 10/1/2027 | Assured | 6/30/2028 | $702,815.00 | - | 5.000% | $17,570.38 |
| 4/1/2028 | Assured | 6/30/2028 | | | | |
| Total | | | $2,617,380.00 | | | $1,643,820.75 |

**EXHIBIT D**
**DEBT SERVICE REQUIREMENTS AND SET ASIDE LEDGER**

# UTGO Series 2014 DSA Fourth Lien Restructured Bonds
## Property Tax Set Asides

| Month | Year | Interest Set-Aside | Principal Set-Aside | Total Set-Aside | Interest Payments | Principal Payments | Balance Requirements |
|---|---|---|---|---|---|---|---|
| September | 2014 | $7,303,799.99 | $15,602,895.00 | $22,906,694.99 | - | - | $22,906,694.99 |
| October | 2014 | | | | $7,303,799.99 | - | $15,602,895.00 |
| November | 2014 | $2,434,600.00 | $5,200,965.00 | $7,635,565.00 | - | - | $23,238,460.00 |
| January | 2015 | $2,434,600.00 | $5,200,965.00 | $7,635,565.00 | - | - | $30,874,024.99 |
| March | 2015 | $2,434,600.00 | $5,200,965.00 | $7,635,565.00 | - | - | $38,509,589.99 |
| April | 2015 | | | | $7,303,799.99 | $31,205,790.00 | |
| September | 2015 | $6,509,252.86 | $14,253,772.50 | $20,763,025.36 | - | - | $20,763,025.36 |
| October | 2015 | | | | $6,509,252.86 | - | $14,253,772.50 |
| November | 2015 | $2,169,750.95 | $4,751,257.50 | $6,921,008.45 | - | - | $21,174,780.95 |
| January | 2016 | $2,169,750.95 | $4,751,257.50 | $6,921,008.45 | - | - | $28,095,789.41 |
| March | 2016 | $2,169,750.95 | $4,751,257.50 | $6,921,008.45 | - | - | $35,016,797.86 |
| April | 2016 | | | | $6,509,252.86 | $28,507,545.00 | |
| September | 2016 | $5,773,048.66 | $14,975,042.50 | $20,748,091.16 | - | - | $20,748,091.16 |
| October | 2016 | | | | $5,773,048.66 | - | $14,975,042.50 |
| November | 2016 | $1,924,349.55 | $4,991,680.83 | $6,916,030.39 | - | - | $21,891,072.89 |
| January | 2017 | $1,924,349.55 | $4,991,680.83 | $6,916,030.39 | - | - | $28,807,103.28 |
| March | 2017 | $1,924,349.55 | $4,991,680.83 | $6,916,030.39 | - | - | $35,723,133.66 |
| April | 2017 | | | | $5,773,048.66 | $29,950,085.00 | |
| September | 2017 | $5,016,593.72 | $15,244,432.50 | $20,261,026.22 | - | - | $20,261,026.22 |
| October | 2017 | | | | $5,016,593.72 | - | $15,244,432.50 |
| November | 2017 | $1,672,197.91 | $5,081,477.50 | $6,753,675.41 | - | - | $21,998,107.91 |
| January | 2018 | $1,672,197.91 | $5,081,477.50 | $6,753,675.41 | - | - | $28,751,783.32 |
| March | 2018 | $1,672,197.91 | $5,081,477.50 | $6,753,675.41 | - | - | $35,505,458.72 |
| April | 2018 | | | | $5,016,593.72 | $30,488,865.00 | |
| September | 2018 | $4,240,145.92 | $14,955,490.00 | $19,195,635.92 | - | - | $19,195,635.92 |
| October | 2018 | | | | $4,240,145.92 | - | $14,955,490.00 |
| November | 2018 | $1,413,381.97 | $4,985,163.33 | $6,398,545.31 | - | - | $21,354,035.31 |
| January | 2019 | $1,413,381.97 | $4,985,163.33 | $6,398,545.31 | - | - | $27,752,580.61 |
| March | 2019 | $1,413,381.97 | $4,985,163.33 | $6,398,545.31 | - | - | $34,151,125.92 |
| April | 2019 | | | | $4,240,145.92 | $29,910,980.00 | |
| September | 2019 | $3,480,721.39 | $15,407,370.00 | $18,888,091.39 | - | - | $18,888,091.39 |
| October | 2019 | | | | $3,480,721.39 | - | $15,407,370.00 |
| November | 2019 | $1,160,240.46 | $5,135,790.00 | $6,296,030.46 | - | - | $21,703,400.46 |
| January | 2020 | $1,160,240.46 | $5,135,790.00 | $6,296,030.46 | - | - | $27,999,430.92 |
| March | 2020 | $1,160,240.46 | $5,135,790.00 | $6,296,030.46 | - | - | $34,295,461.39 |
| April | 2020 | | | | $3,480,721.39 | $30,814,740.00 | |
| September | 2020 | $2,698,849.50 | $15,865,767.50 | $18,564,617.00 | - | - | $18,564,617.00 |
| October | 2020 | | | | $2,698,849.50 | - | $15,865,767.50 |
| November | 2020 | $899,616.50 | $5,288,589.17 | $6,188,205.67 | - | - | $22,053,973.17 |
| January | 2021 | $899,616.50 | $5,288,589.17 | $6,188,205.67 | - | - | $28,242,178.83 |
| March | 2021 | $899,616.50 | $5,288,589.17 | $6,188,205.67 | - | - | $34,430,384.50 |
| April | 2021 | | | | $2,698,849.50 | $31,731,535.00 | |
| September | 2021 | $1,899,608.47 | $10,169,472.50 | $12,069,080.97 | - | - | $12,069,080.97 |
| October | 2021 | | | | $1,899,608.47 | - | $10,169,472.50 |
| November | 2021 | $633,202.82 | $3,389,824.17 | $4,023,026.99 | - | - | $14,192,499.49 |
| January | 2022 | $633,202.82 | $3,389,824.17 | $4,023,026.99 | - | - | $18,215,526.48 |
| March | 2022 | $633,202.82 | $3,389,824.17 | $4,023,026.99 | - | - | $22,238,553.47 |
| April | 2022 | | | | $1,899,608.47 | $20,338,945.00 | |
| September | 2022 | $1,378,700.00 | $9,026,737.50 | $10,405,437.50 | - | - | $10,405,437.50 |
| October | 2022 | | | | $1,378,700.00 | - | $9,026,737.50 |
| November | 2022 | $459,566.67 | $3,008,912.50 | $3,468,479.17 | - | - | $12,495,216.67 |
| January | 2023 | $459,566.67 | $3,008,912.50 | $3,468,479.17 | - | - | $15,963,695.83 |
| March | 2023 | $459,566.67 | $3,008,912.50 | $3,468,479.17 | - | - | $19,432,175.00 |
| April | 2023 | | | | $1,378,700.00 | $18,053,475.00 | |
| September | 2023 | $920,090.68 | $7,425,605.00 | $8,345,695.68 | - | - | $8,345,695.68 |
| October | 2023 | | | | $920,090.68 | - | $7,425,605.00 |
| November | 2023 | $306,696.89 | $2,475,201.67 | $2,781,898.56 | - | - | $10,207,503.56 |

844

# UTGO Series 2014 DSA Fourth Lien Restructured Bonds
## Property Tax Set Asides

| Month | Year | Interest Set-Aside | Principal Set-Aside | Total Set-Aside | Interest Payments | Principal Payments | Balance Requirements |
|-------|------|-------------------|--------------------|-----------------|-------------------|--------------------|----------------------|
| January | 2024 | $306,696.89 | $2,475,201.67 | $2,781,898.56 | - | - | $12,989,402.12 |
| March | 2024 | $306,696.89 | $2,475,201.67 | $2,781,898.56 | - | - | $15,771,300.68 |
| April | 2024 | - | - | - | $920,090.68 | $14,851,210.00 | - |
| September | 2024 | $542,690.50 | $4,186,407.50 | $4,729,098.00 | - | - | $4,729,098.00 |
| October | 2024 | - | - | - | $542,690.50 | - | $4,186,407.50 |
| November | 2024 | $180,896.83 | $1,395,469.17 | $1,576,366.00 | - | - | $5,762,773.50 |
| January | 2025 | $180,896.83 | $1,395,469.17 | $1,576,366.00 | - | - | $7,339,139.50 |
| March | 2025 | $180,896.83 | $1,395,469.17 | $1,576,366.00 | - | - | $8,915,505.50 |
| April | 2025 | - | - | - | $542,690.50 | $8,372,815.00 | - |
| September | 2025 | $333,370.13 | $2,116,015.00 | $2,449,385.13 | - | - | $2,449,385.13 |
| October | 2025 | - | - | - | $333,370.13 | - | $2,116,015.00 |
| November | 2025 | $111,123.38 | $705,338.33 | $816,461.71 | - | - | $2,932,476.71 |
| January | 2026 | $111,123.38 | $705,338.33 | $816,461.71 | - | - | $3,748,938.42 |
| March | 2026 | $111,123.38 | $705,338.33 | $816,461.71 | - | - | $4,565,400.13 |
| April | 2026 | - | - | - | $333,370.13 | $4,232,030.00 | - |
| September | 2026 | $227,569.38 | $2,220,295.00 | $2,447,864.38 | - | - | $2,447,864.38 |
| October | 2026 | - | - | - | $227,569.38 | - | $2,220,295.00 |
| November | 2026 | $75,856.46 | $740,098.33 | $815,954.79 | - | - | $3,036,249.79 |
| January | 2027 | $75,856.46 | $740,098.33 | $815,954.79 | - | - | $3,852,204.58 |
| March | 2027 | $75,856.46 | $740,098.33 | $815,954.79 | - | - | $4,668,159.38 |
| April | 2027 | - | - | - | $227,569.38 | $4,440,590.00 | - |
| September | 2027 | $116,554.63 | $2,331,092.50 | $2,447,647.13 | - | - | $2,447,647.13 |
| October | 2027 | - | - | - | $116,554.63 | - | $2,331,092.50 |
| November | 2027 | $38,851.54 | $777,030.83 | $815,882.38 | - | - | $3,146,974.88 |
| January | 2028 | $38,851.54 | $777,030.83 | $815,882.38 | - | - | $3,962,857.25 |
| March | 2028 | $38,851.54 | $777,030.83 | $815,882.38 | - | - | $4,778,739.63 |
| April | 2028 | - | - | - | $116,554.63 | $4,662,185.00 | - |
| **Total** | | | | | **$80,881,992** | **$287,560,790** | |

# EXHIBIT E
# FEE SCHEDULE



**U.S. Bank Customer Confidential**

## Schedule of Fees for Services as
## ESCROW TRUSTEE
### For
### City of Detroit Debt Millage Deposit Escrow Agreement

| | | |
|---|---|---|
| CTS01010A | **Acceptance Fee** The acceptance fee includes the administrative review of documents, initial set-up of the account, and other reasonably required services up to and including the closing. This is a one-time, non-refundable fee, payable at closing. | $1,000.00 |
| CTS04460 | **Escrow Trustee** Annual fee for the standard escrow agent services associated with the administration of the account. Administration fees are payable in advance. | $5,000.00 |
| | **Direct Out of Pocket Expenses** Reimbursement of expenses associated with the performance of our duties, including but not limited to publications, legal counsel after the initial close, travel expenses and filing fees. | At Cost |
| | **Extraordinary Services** Extraordinary Services are duties or responsibilities of an unusual nature, including termination, but not provided for in the governing documents or otherwise set forth in this schedule. A reasonable charge will be assessed based on the nature of the services and the responsibility involved. At our option, these charges will be billed at a flat fee or at our hourly rate then in effect. | |

Account approval is subject to review and qualification. Fees are subject to change at our discretion and upon written notice. Fees paid in advance will not be prorated. The fees set forth above and any subsequent modifications thereof are part of your agreement. Finalization of the transaction constitutes agreement to the above fee schedule, including agreement to any subsequent changes upon proper written notice. In the event your transaction is not finalized, any related out-of-pocket expenses will be billed to you directly. Absent your written instructions to sweep or otherwise invest, all sums in your account will remain uninvested and no accrued interest or other compensation will be credited to the account. Payment of fees constitutes acceptance of the terms and conditions set forth.

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT:
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
For a non-individual person such as a business entity, a charity, a Trust or other legal entity we will ask for documentation to verify its formation and existence as a legal entity. We may also ask to see financial statements, licenses, identification and authorization documents from individuals claiming authority to represent the entity or other relevant documentation.

**Dated: July 21, 2014**

**EXHIBIT F**
**PAYMENTS TO PLAN ASSIGNEES**

**Wire Instructions for the Plan Assignees:**

Police & Fire Retirement System of the City of Detroit, Income Stabilization Fund

General Retirement System of the City of Detroit, Income Stabilization Fund

General Retirement System of the City of Detroit, _____ Fund

**Schedule of Payments**

| Date | PFRS ISF | GRS ISF | GRS | Fund |
|------|----------|---------|-----|------|

A-6

## AGGREGATE PAYMENTS TO PLAN ASSIGNEES

| Date | Income Stabilization Funds | | GRS Pension | Total Payment |
|---|---|---|---|---|
| | PFRS | GRS | | |
| 10/1/14 | $99,248.43 | $297,220.18 | $704,564.52 | $1,101,033.14 |
| 4/1/15 | $523,291.50 | $1,567,105.81 | $3,714,845.83 | $5,805,243.14 |
| 10/1/15 | $88,451.65 | $264,886.95 | $627,918.16 | $981,256.76 |
| 4/1/16 | $475,829.33 | $1,424,970.44 | $3,377,911.98 | $5,278,711.76 |
| 10/1/16 | $78,447.66 | $234,927.93 | $556,899.87 | $870,275.46 |
| 4/1/17 | $485,427.45 | $1,453,714.01 | $3,446,049.00 | $5,385,190.46 |
| 10/1/17 | $68,168.50 | $204,144.82 | $483,928.09 | $756,241.40 |
| 4/1/18 | $482,469.55 | $1,444,855.96 | $3,425,050.88 | $5,352,376.40 |
| 10/1/18 | $57,617.66 | $172,548.12 | $409,027.68 | $639,193.46 |
| 4/1/19 | $464,066.06 | $1,389,742.87 | $3,294,404.53 | $5,148,213.46 |
| 10/1/19 | $47,298.14 | $141,644.17 | $335,769.44 | $524,711.74 |
| 4/1/20 | $466,027.38 | $1,395,616.44 | $3,308,327.92 | $5,169,971.74 |
| 10/1/20 | $36,673.59 | $109,826.74 | $260,345.79 | $406,846.13 |
| 4/1/21 | $467,860.80 | $1,401,106.99 | $3,321,343.34 | $5,190,311.13 |
| 10/1/21 | $25,813.02 | $77,302.50 | $183,246.63 | $286,362.15 |
| 4/1/22 | $302,190.86 | $904,973.71 | $2,145,252.59 | $3,352,417.15 |
| 10/1/22 | $18,734.61 | $56,104.69 | $132,996.95 | $207,836.25 |
| 4/1/23 | $264,056.09 | $790,771.19 | $1,874,533.96 | $2,929,361.25 |
| 10/1/23 | $12,502.75 | $37,442.09 | $88,756.98 | $138,701.82 |
| 4/1/24 | $214,309.93 | $641,795.90 | $1,521,385.99 | $2,377,491.82 |
| 10/1/24 | $7,374.41 | $22,084.20 | $52,350.90 | $81,809.50 |
| 4/1/25 | $121,149.26 | $362,806.78 | $860,038.46 | $1,343,994.50 |
| 10/1/25 | $4,530.03 | $13,566.13 | $32,158.71 | $50,254.88 |
| 4/1/26 | $62,037.41 | $185,783.98 | $440,403.48 | $688,224.88 |
| 10/1/26 | $3,092.35 | $9,260.69 | $21,952.59 | $34,305.63 |
| 4/1/27 | $63,433.76 | $189,965.66 | $450,316.20 | $703,715.63 |
| 10/1/27 | $1,583.81 | $4,743.06 | $11,243.50 | $17,570.38 |
| 4/1/28 | $64,936.39 | $194,465.60 | $460,983.38 | $720,385.38 |
| | **$5,006,622.37** | **$14,993,377.63** | **$35,542,007.36** | **$55,542,007.36** |

# UTGO Series STUB Bonds - Debt Service (PFRS ISF Allocation)

Interest columns span the payment dates 10/1/14 through 4/1/21.

| CUSIP | Maturity Date | Rate | Principal | Insurer | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **68675 1999-A** | | | | | | | | | | | | | | | | | | |
| 68675M3 | 4/1/15 | 5.250% | $33,654.21 | Assured | 883.42 | 883.42 | | | | | | | | | | | | |
| 68675N1 | 4/1/16 | 5.000% | $35,366.44 | Assured | 884.16 | 884.16 | 884.16 | 884.16 | | | | | | | | | | |
| 68675P6 | 4/1/17 | 5.000% | $37,133.72 | Assured | 928.44 | 928.44 | 928.44 | 928.44 | 928.44 | 928.44 | | | | | | | | |
| 68675W1 | 4/1/18 | 5.000% | $39,027.08 | Assured | 975.68 | 975.68 | 975.68 | 975.68 | 975.68 | 975.68 | 975.68 | 975.68 | | | | | | |
| 68675RZ | 4/1/19 | 5.000% | $40,975.48 | Assured | 1,024.39 | 1,024.39 | 1,024.39 | 1,024.39 | 1,024.39 | 1,024.39 | 1,024.39 | 1,024.39 | 1,024.39 | 1,024.39 | | | | |
| **Total** | | | $186,160.93 | | 4,696.09 | 4,696.09 | 3,812.67 | 3,812.67 | 2,928.51 | 2,928.51 | 2,000.06 | 2,000.06 | 1,024.39 | 1,024.39 | | | | |
| **68303 2001-AD** | | | | | | | | | | | | | | | | | | |
| 68303L6 | 4/1/15 | 5.375% | $70,142.46 | NPPG | 1,885.08 | 1,885.08 | | | | | | | | | | | | |
| 68303K3 | 4/1/16 | 5.375% | $73,921.18 | NPPG | 1,986.63 | 1,986.63 | 1,986.63 | 1,986.63 | | | | | | | | | | |
| 68303V5 | 4/1/17 | 5.375% | $77,936.07 | NPPG | 2,094.53 | 2,094.53 | 2,094.53 | 2,094.53 | 2,094.53 | 2,094.53 | | | | | | | | |
| 68303N9 | 4/1/18 | 5.375% | $165,318.93 | NPPG | 4,442.95 | 4,442.95 | 4,442.95 | 4,442.95 | 4,442.95 | 4,442.95 | 4,442.95 | 4,442.95 | | | | | | |
| 68303N7 | 4/1/19 | 5.000% | $165,318.93 | NPPG | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 | | | | |
| 68303V2 | 4/1/20 | 5.000% | $165,318.93 | NPPG | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 | | |
| 68303Q0 | 4/1/21 | 5.000% | $165,318.93 | NPPG | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 | 4,132.97 |
| **Total** | | | $883,275.45 | | 22,808.11 | 22,808.11 | 20,923.03 | 20,923.03 | 18,936.40 | 18,936.40 | 16,841.87 | 16,841.87 | 12,398.92 | 12,398.92 | 8,265.95 | 8,265.95 | 4,132.97 | 4,132.97 |
| **68303 2002** | | | | | | | | | | | | | | | | | | |
| 68303VV6 | 4/1/21 | 5.125% | $38,259.52 | NPPG | 980.40 | 980.40 | 980.40 | 980.40 | 980.40 | 980.40 | 980.40 | 980.40 | 980.40 | 980.40 | 980.40 | 980.40 | 980.40 | 980.40 |
| 68303W6 | 4/1/22 | 5.125% | $40,207.93 | NPPG | 1,030.33 | 1,030.33 | 1,030.33 | 1,030.33 | 1,030.33 | 1,030.33 | 1,030.33 | 1,030.33 | 1,030.33 | 1,030.33 | 1,030.33 | 1,030.33 | 1,030.33 | 1,030.33 |
| **Total** | | | $78,467.45 | | 2,010.73 | 2,010.73 | 2,010.73 | 2,010.73 | 2,010.73 | 2,010.73 | 2,010.73 | 2,010.73 | 2,010.73 | 2,010.73 | 2,010.73 | 2,010.73 | 2,010.73 | 2,010.73 |
| **68303 2003-A** | | | | | | | | | | | | | | | | | | |
| 68303P | 4/1/15 | 4.000% | $3,543.55 | Syncora | 70.85 | 70.85 | | | | | | | | | | | | |
| 68303P | 4/1/15 | 5.250% | $30,111.66 | Syncora | 790.43 | 790.43 | | | | | | | | | | | | |
| 68303P36 | 4/1/16 | 5.250% | $35,366.44 | Syncora | 928.37 | 928.37 | 928.37 | 928.37 | | | | | | | | | | |
| 68303PA4 | 4/1/17 | 5.250% | $37,196.70 | Syncora | 976.41 | 976.41 | 976.41 | 976.41 | 976.41 | 976.41 | | | | | | | | |
| 68303X7 | 4/1/18 | 5.250% | $39,145.16 | Syncora | 1,027.56 | 1,027.56 | 1,027.56 | 1,027.56 | 1,027.56 | 1,027.56 | 1,027.56 | 1,027.56 | | | | | | |
| 68303X7 | 4/1/18 | 5.250% | $41,211.65 | Syncora | 1,081.81 | 1,081.81 | 1,081.81 | 1,081.81 | 1,081.81 | 1,081.81 | 1,081.81 | 1,081.81 | 1,081.81 | 1,081.81 | | | | |
| 68303W3 | 4/1/20 | 5.250% | $5,094.25 | Syncora | 132.85 | 132.85 | 132.85 | 132.85 | 132.85 | 132.85 | 132.85 | 132.85 | 132.85 | 132.85 | 132.85 | 132.85 | | |
| 68303X7 | 4/1/20 | 5.250% | $37,491.97 | Syncora | 984.16 | 984.16 | 984.16 | 984.16 | 984.16 | 984.16 | 984.16 | 984.16 | 984.16 | 984.16 | 984.16 | 984.16 | | |
| 68303W3 | 4/1/21 | 5.250% | $45,580.79 | Syncora | 1,196.50 | 1,196.50 | 1,196.50 | 1,196.50 | 1,196.50 | 1,196.50 | 1,196.50 | 1,196.50 | 1,196.50 | 1,196.50 | 1,196.50 | 1,196.50 | 1,196.50 | 1,196.50 |
| 68303W3 | 4/1/21 | 5.250% | $5,094.25 | Syncora | 136.54 | 136.54 | 136.54 | 136.54 | 136.54 | 136.54 | 136.54 | 136.54 | 136.54 | 136.54 | 136.54 | 136.54 | 136.54 | 136.54 |
| 68303Z26 | 4/1/22 | 5.250% | $42,007.29 | Syncora | 1,105.05 | 1,105.05 | 1,105.05 | 1,105.05 | 1,105.05 | 1,105.05 | 1,105.05 | 1,105.05 | 1,105.05 | 1,105.05 | 1,105.05 | 1,105.05 | 1,105.05 | 1,105.05 |
| 68303Z28 | 4/1/22 | 4.625% | $17,712.74 | Syncora | 409.61 | 409.61 | 409.61 | 409.61 | 409.61 | 409.61 | 409.61 | 409.61 | 409.61 | 409.61 | 409.61 | 409.61 | 409.61 | 409.61 |
| 68303YB0 | 4/1/22 | 5.250% | $32,768.57 | Syncora | 860.18 | 860.18 | 860.18 | 860.18 | 860.18 | 860.18 | 860.18 | 860.18 | 860.18 | 860.18 | 860.18 | 860.18 | 860.18 | 860.18 |
| **Total** | | | $374,034.09 | | 9,700.31 | 9,700.31 | 8,839.03 | 8,839.03 | 7,910.66 | 7,910.66 | 6,934.24 | 6,934.24 | 5,906.68 | 5,906.68 | 4,824.88 | 4,824.88 | 3,707.87 | 3,707.87 |
| **68303 2004-AD** | | | | | | | | | | | | | | | | | | |
| 68303X2 | 4/1/21 | 5.350% | $53,138.23 | Ambac | 1,394.88 | 1,394.88 | 1,394.88 | 1,394.88 | 1,394.88 | 1,394.88 | 1,394.88 | 1,394.88 | 1,394.88 | 1,394.88 | 1,394.88 | 1,394.88 | 1,394.88 | 1,394.88 |
| 68303Y0 | 4/1/21 | 4.250% | $2,184.57 | Ambac | 46.42 | 46.42 | 46.42 | 46.42 | 46.42 | 46.42 | 46.42 | 46.42 | 46.42 | 46.42 | 46.42 | 46.42 | 46.42 | 46.42 |
| 68303Z7 | 4/1/22 | 5.250% | $71,854.69 | Ambac | 1,886.19 | 1,886.19 | 1,886.19 | 1,886.19 | 1,886.19 | 1,886.19 | 1,886.19 | 1,886.19 | 1,886.19 | 1,886.19 | 1,886.19 | 1,886.19 | 1,886.19 | 1,886.19 |
| 68303A1 | 4/1/22 | 5.000% | $77,936.07 | Ambac | 1,948.40 | 1,948.40 | 1,948.40 | 1,948.40 | 1,948.40 | 1,948.40 | 1,948.40 | 1,948.40 | 1,948.40 | 1,948.40 | 1,948.40 | 1,948.40 | 1,948.40 | 1,948.40 |
| 68303A1 | 4/1/23 | 5.250% | $80,703.87 | Ambac | 2,148.11 | 2,148.11 | 2,148.11 | 2,148.11 | 2,148.11 | 2,148.11 | 2,148.11 | 2,148.11 | 2,148.11 | 2,148.11 | 2,148.11 | 2,148.11 | 2,148.11 | 2,148.11 |
| 68303Z5 | 4/1/23 | 4.500% | $4,438.19 | Ambac | 99.63 | 99.63 | 99.63 | 99.63 | 99.63 | 99.63 | 99.63 | 99.63 | 99.63 | 99.63 | 99.63 | 99.63 | 99.63 | 99.63 |
| 68303Z5 | 4/1/23 | 5.250% | $80,714.79 | Ambac | 2,145.01 | 2,145.01 | 2,145.01 | 2,145.01 | 2,145.01 | 2,145.01 | 2,145.01 | 2,145.01 | 2,145.01 | 2,145.01 | 2,145.01 | 2,145.01 | 2,145.01 | 2,145.01 |
| 68303Z3 | 4/1/24 | 5.250% | $9,069.67 | Ambac | 213.20 | 213.20 | 213.20 | 213.20 | 213.20 | 213.20 | 213.20 | 213.20 | 213.20 | 213.20 | 213.20 | 213.20 | 213.20 | 213.20 |
| 68303F0 | 4/1/24 | 5.750% | $81,360.53 | Ambac | 2,135.71 | 2,135.71 | 2,135.71 | 2,135.71 | 2,135.71 | 2,135.71 | 2,135.71 | 2,135.71 | 2,135.71 | 2,135.71 | 2,135.71 | 2,135.71 | 2,135.71 | 2,135.71 |
| **Total** | | | $465,719.61 | | 12,017.56 | 12,017.56 | 12,017.56 | 12,017.56 | 12,017.56 | 12,017.56 | 12,017.56 | 12,017.56 | 12,017.56 | 12,017.56 | 12,017.56 | 12,017.56 | 12,017.56 | 12,017.56 |

Subject to Mandatory Redemption

# UTGO Series STUB Bonds - Debt Service (PFRS ISF Allocation)

| CUSIP | Maturity Date | Rate | Principal | Insurer | Interest 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO 2004-B(1)** | | | | | | | | | | | | | | | | | | |
| 93927R8 | 4/1/15 | 5.000% | $102,438.70 | Ambac | $2,560.97 | $2,560.97 | | | | | | | | | | | | |
| 93932Q6 | 4/1/16 | 5.250% | $107,516.35 | Ambac | $2,822.30 | $2,822.30 | $2,822.30 | $2,822.30 | | | | | | | | | | |
| 93932R4 | 4/1/17 | 4.000% | $3,601.59 | Ambac | $72.03 | $72.03 | $72.03 | $72.03 | $72.03 | $72.03 | | | | | | | | |
| 93932S2 | 4/1/18 | 5.250% | $109,583.04 | Ambac | $2,876.55 | $2,876.55 | $2,876.55 | $2,876.55 | $2,876.55 | $2,876.55 | $2,876.55 | $2,876.55 | | | | | | |
| 93932T0 | 4/1/18 | 5.250% | $23,616.09 | Ambac | $619.95 | $619.95 | $619.95 | $619.95 | $619.95 | $619.95 | $619.95 | $619.95 | | | | | | |
| | | | **$346,755.46** | | $8,951.80 | $8,951.80 | $6,390.83 | $6,390.83 | $3,568.53 | $3,568.53 | $3,496.50 | $3,496.50 | | | | | | |
| **UTGO 2004-B(2)** | | | | | | | | | | | | | | | | | | |
| 93932Z1 * | 4/1/19 | 5.240% | $6,789.88 | Ambac | $177.89 | $177.89 | $129.94 | $129.94 | $78.89 | $78.89 | $26.30 | $26.30 | | | | | | |
| **UTGO 2005-B** | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.000% | $27,041.45 | Assured | $676.04 | $676.04 | | | | | | | | | | | | |
| | 4/1/16 | 5.000% | $28,399.43 | Assured | $709.99 | $709.99 | $709.99 | $709.99 | | | | | | | | | | |
| | 4/1/17 | 4.300% | $29,757.41 | Assured | $639.78 | $639.78 | $639.78 | $639.78 | $639.78 | $639.78 | | | | | | | | |
| | 4/1/18 | 5.000% | $31,115.39 | Assured | $777.88 | $777.88 | $777.88 | $777.88 | $777.88 | $777.88 | $777.88 | $777.88 | | | | | | |
| | 4/1/19 | 5.000% | $32,650.49 | Assured | $816.26 | $816.26 | $816.26 | $816.26 | $816.26 | $816.26 | $816.26 | $816.26 | $816.26 | $816.26 | | | | |
| | 4/1/20 | 5.000% | $59,042.48 | Assured | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | | |
| | 4/1/21 | 5.000% | $59,042.48 | Assured | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 |
| | 4/1/22 | 5.000% | $59,042.48 | Assured | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 |
| | 4/1/23 | 5.000% | $59,042.48 | Assured | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 |
| | 4/1/24 | 5.000% | $59,042.48 | Assured | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 |
| | 4/1/25 | 5.000% | $59,042.48 | Assured | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 |
| | | | **$503,293.05** | | $12,476.32 | $12,476.32 | $11,800.29 | $11,800.29 | $11,090.30 | $11,090.30 | $10,450.52 | $10,450.52 | $9,672.63 | $9,672.63 | $8,856.37 | $8,856.37 | $7,380.31 | $7,380.31 |
| **UTGO 2005-C** | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.000% | $27,218.58 | Assured | $680.46 | $680.46 | | | | | | | | | | | | |
| | 4/1/16 | 5.000% | $28,635.60 | Assured | $715.89 | $715.89 | $715.89 | $715.89 | | | | | | | | | | |
| | 4/1/17 | 4.300% | $30,052.62 | Assured | $646.13 | $646.13 | $646.13 | $646.13 | $646.13 | $646.13 | | | | | | | | |
| | 4/1/18 | 5.000% | $31,056.34 | Assured | $776.41 | $776.41 | $776.41 | $776.41 | $776.41 | $776.41 | $776.41 | $776.41 | | | | | | |
| | 4/1/19 | 5.250% | $32,296.23 | Assured | $847.78 | $847.78 | $847.78 | $847.78 | $847.78 | $847.78 | $847.78 | $847.78 | $847.78 | $847.78 | | | | |
| | 4/1/20 | 5.250% | $34,067.51 | Assured | $894.27 | $894.27 | $894.27 | $894.27 | $894.27 | $894.27 | $894.27 | $894.27 | $894.27 | $894.27 | $894.27 | $894.27 | | |
| | | | **$183,326.89** | | $4,560.94 | $4,560.94 | $3,880.48 | $3,880.48 | $3,164.59 | $3,164.59 | $2,518.46 | $2,518.46 | $1,742.05 | $1,742.05 | $894.27 | $894.27 | | |
| **UTGO 2008-A** | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.000% | $33,949.42 | Assured | $848.74 | $848.74 | | | | | | | | | | | | |
| | 4/1/16 | 5.000% | $35,602.61 | Assured | $890.07 | $890.07 | $890.07 | $890.07 | | | | | | | | | | |
| | 4/1/17 | 5.000% | $37,432.93 | Assured | $935.82 | $935.82 | $935.82 | $935.82 | $935.82 | $935.82 | | | | | | | | |
| | 4/1/18 | 4.000% | $39,263.25 | Assured | $785.26 | $785.26 | $785.26 | $785.26 | $785.26 | $785.26 | $785.26 | $785.26 | | | | | | |
| | 4/1/19 | 5.000% | $40,853.39 | Assured | $1,021.43 | $1,021.43 | $1,021.43 | $1,021.43 | $1,021.43 | $1,021.43 | $1,021.43 | $1,021.43 | $1,021.43 | $1,021.43 | | | | |
| | 4/1/20 | 5.000% | $42,864.80 | Assured | $1,071.62 | $1,071.62 | $1,071.62 | $1,071.62 | $1,071.62 | $1,071.62 | $1,071.62 | $1,071.62 | $1,071.62 | $1,071.62 | $1,071.62 | $1,071.62 | | |
| | 4/1/21 | 5.000% | $45,049.41 | Assured | $1,126.24 | $1,126.24 | $1,126.24 | $1,126.24 | $1,126.24 | $1,126.24 | $1,126.24 | $1,126.24 | $1,126.24 | $1,126.24 | $1,126.24 | $1,126.24 | $1,126.24 | $1,126.24 |
| | 4/1/22 | 5.000% | $47,293.02 | Assured | $1,182.33 | $1,182.33 | $1,182.33 | $1,182.33 | $1,182.33 | $1,182.33 | $1,182.33 | $1,182.33 | $1,182.33 | $1,182.33 | $1,182.33 | $1,182.33 | $1,182.33 | $1,182.33 |
| | 4/1/24 | 5.000% | $101,789.23 | Assured | $2,544.73 | $2,544.73 | $2,544.73 | $2,544.73 | $2,544.73 | $2,544.73 | $2,544.73 | $2,544.73 | $2,544.73 | $2,544.73 | $2,544.73 | $2,544.73 | $2,544.73 | $2,544.73 |
| | 4/1/28 | 5.000% | $235,933.74 | Assured | $5,898.34 | $5,898.34 | $5,898.34 | $5,898.34 | $5,898.34 | $5,898.34 | $5,898.34 | $5,898.34 | $5,898.34 | $5,898.34 | $5,898.34 | $5,898.34 | $5,898.34 | $5,898.34 |
| | | | **$660,035.84** | | $16,304.58 | $16,304.58 | $15,455.84 | $15,455.84 | $14,565.78 | $14,565.78 | $13,629.96 | $13,629.96 | $12,844.69 | $12,844.69 | $11,823.26 | $11,823.26 | $10,751.63 | $10,751.63 |
| **UTGO 2008-B(1)** | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.000% | $94,113.71 | Assured | $2,352.84 | $2,352.84 | | | | | | | | | | | | |
| | 4/1/16 | 5.000% | $40,621.22 | Assured | $1,015.53 | $1,015.53 | $1,015.53 | $1,015.53 | | | | | | | | | | |
| | 4/1/17 | 5.000% | $42,274.41 | Assured | $1,056.86 | $1,056.86 | $1,056.86 | $1,056.86 | $1,056.86 | $1,056.86 | | | | | | | | |
| | 4/1/18 | 5.000% | $44,754.20 | Assured | $1,118.85 | $1,118.85 | $1,118.85 | $1,118.85 | $1,118.85 | $1,118.85 | $1,118.85 | $1,118.85 | | | | | | |
| | | | **$221,763.54** | | $5,544.09 | $5,544.09 | $3,191.25 | $3,191.25 | $2,175.72 | $2,175.72 | $1,118.85 | $1,118.85 | | | | | | |
| | | | **$3,907,549.17** | | $99,248.43 | $99,248.43 | $88,451.65 | $88,451.65 | $78,447.66 | $78,447.66 | $69,168.50 | $69,168.50 | $57,617.66 | $57,617.66 | $47,298.14 | $47,298.14 | $36,673.59 | $36,673.59 |

* Subject to Mandatory Redemption

# UTGO Series STUB Bonds - Debt Service (PFRS ISF Allocation)

The date columns below fall under a single spanning header: **Interest**. Columns 10/1/24 through 4/1/28 contain only dashes ("–") for every row.

| CUSIP | Maturity Date | Rate | Principal | Insurer | 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | 10/1/23 | 4/1/24 | 10/1/24 | 4/1/25 | 10/1/25 | 4/1/26 | 10/1/26 | 4/1/27 | 10/1/27 | 4/1/28 | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO 1999-A** | | | | | | | | | | | | | | | | | | | | |
| 93SM3 | 4/1/15 | 5.250% | $33,654.21 | Assured | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $1,766.85 | $35,421.06 |
| 93SN1 | 4/1/16 | 5.000% | $35,366.44 | Assured | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $3,533.64 | $38,900.09 |
| 93SP6 | 4/1/17 | 5.000% | $37,137.72 | Assured | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $5,570.66 | $42,708.38 |
| 93SQ4 | 4/1/18 | 5.000% | $39,027.08 | Assured | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $7,805.42 | $46,832.49 |
| 93SR2 | 4/1/19 | 5.000% | $41,075.48 | Assured | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $10,243.87 | $51,219.35 |
| | | | $186,160.93 | | | | | | | | | | | | | | | | $28,923.43 | $215,084.36 |
| **UTGO 2001-A(I)** | | | | | | | | | | | | | | | | | | | | |
| 93UK6 | 4/1/15 | 5.375% | $70,142.46 | NPFG | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $3,770.16 | $73,912.62 |
| 93UL4 | 4/1/16 | 5.375% | $73,921.18 | NPFG | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $7,946.53 | $81,867.71 |
| 93VK3 | 4/1/17 | 5.375% | $77,956.07 | NPFG | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $12,567.19 | $90,503.26 |
| 93VL1 | 4/1/18 | 5.375% | $165,318.93 | NPFG | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $35,543.57 | $200,862.50 |
| 93VM9 | 4/1/18 | 5.375% | $165,318.93 | NPFG | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $41,329.73 | $206,648.67 |
| 93VN7 | 4/1/19 | 5.000% | $165,318.93 | NPFG | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $49,595.68 | $214,914.61 |
| 93VP2 | 4/1/19 | 5.000% | $165,318.93 | NPFG | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $57,861.63 | $223,180.56 |
| | | | $883,275.45 | | | | | | | | | | | | | | | | $206,614.49 | $1,091,889.93 |
| **UTGO 2002** | | | | | | | | | | | | | | | | | | | | |
| 93WV8 | 4/1/21 | 5.125% | $38,259.52 | NPFG | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $13,725.60 | $51,985.13 |
| 93WW6 | 4/1/22 | 5.125% | $40,207.93 | NPFG | $1,030.33 | $1,030.33 | – | – | – | – | – | – | – | – | – | – | – | – | $16,485.25 | $56,693.18 |
| | | | $78,467.45 | | $1,030.33 | $1,030.33 | | | | | | | | | | | | | $30,210.85 | $108,678.31 |
| **UTGO 2003-A** | | | | | | | | | | | | | | | | | | | | |
| 93XP0 | 4/1/15 | 4.000% | $3,542.55 | Syncora | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $141.70 | $3,684.25 |
| 93XQ8 | 4/1/15 | 5.250% | $30,111.66 | Syncora | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $1,580.86 | $31,692.53 |
| 93XR6 | 4/1/16 | 5.250% | $35,366.44 | Syncora | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $3,713.48 | $39,079.92 |
| 93XS4 | 4/1/17 | 5.250% | $37,196.76 | Syncora | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $5,858.49 | $43,055.25 |
| 93XT2 | 4/1/18 | 5.250% | $39,145.16 | Syncora | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $8,220.48 | $47,365.65 |
| 93XU9 | 4/1/18 | 5.250% | $41,211.65 | Syncora | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $10,818.06 | $52,029.71 |
| 93XV7 | 4/1/19 | 4.500% | $5,904.25 | Syncora | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $1,594.15 | $7,498.39 |
| 93XW5 | 4/1/20 | 5.250% | $37,491.97 | Syncora | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $11,809.97 | $49,301.94 |
| 93XX3 | 4/1/20 | 5.250% | $45,580.79 | Syncora | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $16,750.94 | $62,331.73 |
| 93XY1 | 4/1/22 | 4.625% | $5,904.25 | Syncora | $136.54 | $136.54 | $136.54 | – | – | – | – | – | – | – | – | – | – | – | $2,104.57 | $8,088.82 |
| 93XZ8 | 4/1/22 | 5.250% | $42,097.29 | Syncora | $1,105.05 | $1,105.05 | $1,105.05 | – | – | – | – | – | – | – | – | – | – | – | $17,680.86 | $59,778.15 |
| 93YA2 | 4/1/23 | 4.625% | $17,712.74 | Syncora | $409.61 | $409.61 | $409.61 | $409.61 | – | – | – | – | – | – | – | – | – | – | $7,372.93 | $25,085.67 |
| 93YB0 | 4/1/23 | 5.250% | $32,766.57 | Syncora | $860.18 | $860.18 | $860.18 | $860.18 | – | – | – | – | – | – | – | – | – | – | $15,485.15 | $48,251.73 |
| | | | $374,034.09 | | $2,531.37 | $2,531.37 | $2,531.37 | $1,269.78 | | | | | | | | | | | $103,209.64 | $477,243.73 |
| **UTGO 2004-A(I)** | | | | | | | | | | | | | | | | | | | | |
| 93YX2 | 4/1/19 | 5.250% | $53,138.23 | Ambac | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $13,948.79 | $67,087.01 |
| 93YY0 | 4/1/20 | 4.250% | $2,184.57 | Ambac | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $557.07 | $2,741.64 |
| 93YZ7 | 4/1/20 | 5.250% | $71,854.69 | Ambac | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $22,634.23 | $94,488.92 |
| 93ZA1 | 4/1/21 | 5.000% | $77,936.07 | Ambac | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $27,277.62 | $105,213.69 |
| 93ZB9 | 4/1/22 | 5.250% | $81,832.87 | Ambac | $2,148.11 | $2,148.11 | – | – | – | – | – | – | – | – | – | – | – | – | $34,369.81 | $116,202.68 |
| 93ZC7 | 4/1/22 | 4.500% | $4,428.19 | Ambac | $99.63 | $99.63 | $99.63 | $99.63 | – | – | – | – | – | – | – | – | – | – | $1,793.42 | $6,221.61 |
| 93ZD5 | 4/1/23 | 5.250% | $81,714.79 | Ambac | $2,145.01 | $2,145.01 | $2,145.01 | $2,145.01 | – | – | – | – | – | – | – | – | – | – | $38,610.24 | $120,325.02 |
| 93ZE3 | 4/1/23 | 4.600% | $9,269.67 | Ambac | $213.20 | $213.20 | $213.20 | $213.20 | $213.20 | $213.20 | – | – | – | – | – | – | – | – | $4,264.35 | $13,534.02 |
| 93ZF0 | 4/1/24 | 5.250% | $81,360.53 | Ambac | $2,135.71 | $2,135.71 | $2,135.71 | $2,135.71 | $2,135.71 | $2,135.71 | – | – | – | – | – | – | – | – | $42,714.28 | $124,074.81 |
| | | | $463,789.61 | | $6,741.68 | $6,741.68 | $4,593.56 | $4,593.56 | $2,348.82 | $2,348.82 | | | | | | | | | $186,169.49 | $649,889.10 |

Subject to Mandatory Redemption

13-53846-swr   Doc 7996-3   Filed 06/20/14   Entered 06/20/14 23:29:54   Page 70 of 252
Page 70 of 852

# UTGO Series STUB Bonds - Debt Service (PFRS ISF Allocation)

| STIP | Maturity Date | Rate | Principal | Insurer | 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | 10/1/23 | 4/1/24 | 10/1/24 | 4/1/25 | 10/1/25 | 4/1/26 | 10/1/26 | 4/1/27 | 10/1/27 | 4/1/28 | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Interest | | | | | | | | | | |
| **UTGO 2004-B(1)** | | | | | | | | | | | | | | | | | | | | |
| 59502VZP8 | 4/1/15 | 5.000% | $102,438.70 | Ambac | | | | | | | | | | | | | | | $5,121.93 | $107,560.63 |
| 59502VZQ6 | 4/1/16 | 5.250% | $107,516.35 | Ambac | | | | | | | | | | | | | | | $11,289.22 | $118,805.57 |
| 59502VZR4 | 4/1/17 | 4.000% | $3,601.59 | Ambac | | | | | | | | | | | | | | | $432.19 | $4,033.78 |
| 59502VZS2 | 4/1/17 | 5.250% | $109,582.84 | Ambac | | | | | | | | | | | | | | | $17,259.30 | $126,842.13 |
| 59502VZT0 | 4/1/18 | 5.250% | $23,616.09 | Ambac | | | | | | | | | | | | | | | $4,959.57 | $28,576.56 |
| | | | $346,756.46 | | | | | | | | | | | | | | | | $39,062.21 | $385,818.67 |
| **UTGO 2004-B(2)** | | | | | | | | | | | | | | | | | | | | |
| 59502XZX1 | 4/1/19 | 5.249% | $6,789.88 * | Ambac | | | | | | | | | | | | | | | $826.05 | $7,615.94 |
| **UTGO 2005-B** | | | | | | | | | | | | | | | | | | | | |
| 59506YG53 | 4/1/15 | 5.000% | $27,041.45 | Assured | | | | | | | | | | | | | | | $1,352.07 | $28,393.53 |
| 59506YG61 | 4/1/16 | 5.000% | $28,399.43 | Assured | | | | | | | | | | | | | | | $2,839.94 | $31,239.37 |
| 59506YG79 | 4/1/17 | 4.300% | $29,757.41 | Assured | | | | | | | | | | | | | | | $3,838.71 | $33,596.11 |
| 59506YG87 | 4/1/18 | 5.000% | $31,115.39 | Assured | | | | | | | | | | | | | | | $6,223.08 | $37,338.46 |
| 59506YG95 | 4/1/19 | 5.000% | $32,650.49 | Assured | | | | | | | | | | | | | | | $8,161.62 | $40,813.11 |
| 59506YH29 | 4/1/20 | 5.000% | $59,042.48 | Assured | | | | | | | | | | | | | | | $17,711.74 | $76,755.22 |
| 59506YH37 | 4/1/21 | 5.000% | $59,042.48 | Assured | | | | | | | | | | | | | | | $20,664.87 | $79,707.34 |
| 59506YH45 | 4/1/22 | 5.000% | $59,042.48 | Assured | $1,476.06 | $1,476.06 | | | | | | | | | | | | | $23,616.99 | $82,659.47 |
| 59506YH52 | 4/1/23 | 5.000% | $59,042.48 | Assured | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | | | | | | | | | | | $26,569.11 | $85,611.59 |
| 59506YH60 | 4/1/24 | 5.000% | $59,042.48 | Assured | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | | | | | | | | | $29,521.24 | $88,563.71 |
| 59506YH78 | 4/1/25 | 5.000% | $59,042.48 | Assured | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | $1,476.06 | | | | | | | $32,473.36 | $91,515.84 |
| | | | $503,219.03 | | $5,904.25 | $5,904.25 | $4,428.19 | $4,428.19 | $2,952.12 | $2,952.12 | $1,476.06 | $1,476.06 | | | | | | | $172,974.74 | $670,193.76 |
| **UTGO 2005-C** | | | | | | | | | | | | | | | | | | | | |
| 59506YJC5 | 4/1/15 | 5.000% | $27,218.58 | Assured | | | | | | | | | | | | | | | $1,360.93 | $28,579.51 |
| 59506YJC5 | 4/1/16 | 5.000% | $28,635.60 | Assured | | | | | | | | | | | | | | | $2,863.56 | $31,499.16 |
| 59506YJC5 | 4/1/17 | 4.300% | $30,053.62 | Assured | | | | | | | | | | | | | | | $3,876.79 | $33,930.41 |
| 59506YJC3 | 4/1/18 | 5.000% | $31,056.34 | Assured | | | | | | | | | | | | | | | $6,211.27 | $37,267.61 |
| 59506YJD8 | 4/1/19 | 5.250% | $33,226.23 | Assured | | | | | | | | | | | | | | | $8,477.76 | $40,774.00 |
| 59506YJD6 | 4/1/20 | 5.250% | $34,067.51 | Assured | | | | | | | | | | | | | | | $10,731.27 | $44,798.77 |
| | | | $183,326.89 | | | | | | | | | | | | | | | | $33,521.57 | $216,848.46 |
| **UTGO 2006-A** | | | | | | | | | | | | | | | | | | | | |
| 59503PJ92 | 4/1/15 | 5.000% | $33,949.42 | Assured | | | | | | | | | | | | | | | $1,697.47 | $35,646.90 |
| 59503PJ56 | 4/1/16 | 5.000% | $35,602.61 | Assured | | | | | | | | | | | | | | | $3,560.26 | $39,162.87 |
| 59503PJ64 | 4/1/17 | 5.000% | $37,432.93 | Assured | | | | | | | | | | | | | | | $5,614.94 | $43,047.87 |
| 59503PJ72 | 4/1/18 | 4.000% | $39,263.25 | Assured | | | | | | | | | | | | | | | $6,282.12 | $45,545.37 |
| 59503PJ80 | 4/1/19 | 5.000% | $40,857.39 | Assured | | | | | | | | | | | | | | | $10,214.35 | $51,071.74 |
| 59503PJ98 | 4/1/20 | 5.000% | $42,864.84 | Assured | | | | | | | | | | | | | | | $12,859.45 | $55,724.29 |
| 59503PJ22 | 4/1/21 | 5.000% | $45,049.41 | Assured | | | | | | | | | | | | | | | $15,567.29 | $60,616.70 |
| 59503PJ30 | 4/1/22 | 5.000% | $47,293.02 | Assured | $1,182.33 | $1,182.33 | | | | | | | | | | | | | $18,917.21 | $66,210.23 |
| 59503PJ48 | 4/1/23 | 5.000% | $101,780.23 * | Assured | $2,544.73 | $2,544.73 | $2,544.73 | $2,544.73 | $1,303.36 | $1,303.36 | | | | | | | | | $48,411.88 | $150,201.11 |
| 59503PJ55 | 4/1/24 | 5.000% | $235,903.74 * | Assured | $5,898.34 | $5,898.34 | $5,898.34 | $5,898.34 | $5,898.34 | $5,898.34 | $5,898.34 | $5,898.34 | $4,530.03 | $4,530.03 | $3,092.35 | $3,092.35 | $1,583.81 | $1,583.81 | $148,175.55 | $384,109.69 |
| | | | $659,035.84 | | $9,625.40 | $9,625.40 | $8,443.07 | $8,443.07 | $7,201.71 | $7,201.71 | $5,898.34 | $5,898.34 | $4,530.03 | $4,530.03 | $3,092.35 | $3,092.35 | $1,583.81 | $1,583.81 | $271,500.92 | $931,536.77 |
| **UTGO 2008-B(1)** | | | | | | | | | | | | | | | | | | | | |
| 59503PJ51 | 4/1/15 | 5.000% | $94,113.71 | Assured | | | | | | | | | | | | | | | $4,705.69 | $98,819.39 |
| 59503PJ61 | 4/1/16 | 5.000% | $40,621.22 | Assured | | | | | | | | | | | | | | | $4,062.12 | $44,683.35 |
| 59503PJ79 | 4/1/17 | 5.000% | $42,274.41 | Assured | | | | | | | | | | | | | | | $6,341.16 | $48,615.57 |
| 59503PJ87 | 4/1/18 | 5.000% | $44,754.20 | Assured | | | | | | | | | | | | | | | $8,950.84 | $53,705.04 |
| | | | $221,763.54 | | | | | | | | | | | | | | | | $24,059.81 | $245,823.35 |
| | | | $23,907,549.17 | | $25,813.02 | $25,813.02 | $18,734.61 | $18,734.61 | $12,502.75 | $12,502.75 | $7,374.41 | $7,374.41 | $4,530.03 | $4,530.03 | $3,092.35 | $3,092.35 | $1,583.81 | $1,583.81 | $1,099,073.20 | $5,006,622.37 |

* Subject to Mandatory Redemption

**Bond Series Subject to Mandatory Redemption**

## Issuance 2004-B(2)

CUSIP 2SJ03ZX1

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Ambac | 6/30/15 | - | $6,787.88 | 5.240% | $177.89 |
| 4/1/15 | Ambac | 6/30/15 | $1,830.32 | $4,959.57 | 5.240% | $177.89 |
| 10/1/15 | Ambac | 6/30/16 | - | $4,959.57 | 5.240% | $129.94 |
| 4/1/16 | Ambac | 6/30/16 | $1,948.40 | $3,011.17 | 5.240% | $129.94 |
| 10/1/16 | Ambac | 6/30/17 | - | $3,011.17 | 5.240% | $78.89 |
| 4/1/17 | Ambac | 6/30/17 | $2,007.44 | $1,003.72 | 5.240% | $78.89 |
| 10/1/17 | Ambac | 6/30/18 | - | $1,003.72 | 5.240% | $26.30 |
| 4/1/18 | Ambac | 6/30/18 | $1,003.72 | - | 5.240% | $26.30 |
| Total | | | $6,789.88 | | | $826.05 |

## Issuance 2008-A

CUSIP 2SJ03N53

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | 6/30/15 | - | $101,789.23 | 5.000% | $2,544.73 |
| 4/1/15 | Assured | 6/30/15 | - | $101,789.23 | 5.000% | $2,544.73 |
| 10/1/15 | Assured | 6/30/16 | - | $101,789.23 | 5.000% | $2,544.73 |
| 4/1/16 | Assured | 6/30/16 | - | $101,789.23 | 5.000% | $2,544.73 |
| 10/1/16 | Assured | 6/30/17 | - | $101,789.23 | 5.000% | $2,544.73 |
| 4/1/17 | Assured | 6/30/17 | - | $101,789.23 | 5.000% | $2,544.73 |
| 10/1/17 | Assured | 6/30/18 | - | $101,789.23 | 5.000% | $2,544.73 |
| 4/1/18 | Assured | 6/30/18 | - | $101,789.23 | 5.000% | $2,544.73 |
| 10/1/18 | Assured | 6/30/19 | - | $101,789.23 | 5.000% | $2,544.73 |
| 4/1/19 | Assured | 6/30/19 | - | $101,789.23 | 5.000% | $2,544.73 |
| 10/1/19 | Assured | 6/30/20 | - | $101,789.23 | 5.000% | $2,544.73 |
| 4/1/20 | Assured | 6/30/20 | - | $101,789.23 | 5.000% | $2,544.73 |
| 10/1/20 | Assured | 6/30/21 | - | $101,789.23 | 5.000% | $2,544.73 |
| 4/1/21 | Assured | 6/30/21 | - | $101,789.23 | 5.000% | $2,544.73 |
| 10/1/21 | Assured | 6/30/22 | - | $101,789.23 | 5.000% | $2,544.73 |
| 4/1/22 | Assured | 6/30/22 | - | $101,789.23 | 5.000% | $2,544.73 |
| 10/1/2022 | Assured | 6/30/2023 | $49,654.72 | $52,134.51 | 5.000% | $2,544.73 |
| 4/1/2023 | Assured | 6/30/2023 | - | $52,134.51 | 5.000% | $1,303.36 |
| 10/1/2023 | Assured | 6/30/2024 | $52,134.51 | - | 5.000% | $1,303.36 |
| 4/1/2024 | Assured | 6/30/2024 | | | 5.000% | |
| 10/1/2024 | Assured | 6/30/2025 | | | 5.000% | |
| Total | | | $101,789.23 | | | $48,411.88 |

## Issuance 2008-A

CUSIP 2SJ03N63

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | 6/30/15 | - | $235,933.74 | 5.000% | $5,898.34 |
| 4/1/15 | Assured | 6/30/15 | - | $235,933.74 | 5.000% | $5,898.34 |
| 10/1/15 | Assured | 6/30/16 | - | $235,933.74 | 5.000% | $5,898.34 |
| 4/1/16 | Assured | 6/30/16 | - | $235,933.74 | 5.000% | $5,898.34 |
| 10/1/16 | Assured | 6/30/17 | - | $235,933.74 | 5.000% | $5,898.34 |
| 4/1/17 | Assured | 6/30/17 | - | $235,933.74 | 5.000% | $5,898.34 |
| 10/1/17 | Assured | 6/30/18 | - | $235,933.74 | 5.000% | $5,898.34 |
| 4/1/18 | Assured | 6/30/18 | - | $235,933.74 | 5.000% | $5,898.34 |
| 10/1/18 | Assured | 6/30/19 | - | $235,933.74 | 5.000% | $5,898.34 |
| 4/1/19 | Assured | 6/30/19 | - | $235,933.74 | 5.000% | $5,898.34 |
| 10/1/19 | Assured | 6/30/20 | - | $235,933.74 | 5.000% | $5,898.34 |
| 4/1/20 | Assured | 6/30/20 | - | $235,933.74 | 5.000% | $5,898.34 |
| 10/1/20 | Assured | 6/30/21 | - | $235,933.74 | 5.000% | $5,898.34 |
| 4/1/21 | Assured | 6/30/21 | - | $235,933.74 | 5.000% | $5,898.34 |
| 10/1/21 | Assured | 6/30/22 | - | $235,933.74 | 5.000% | $5,898.34 |
| 4/1/21 | Assured | 6/30/22 | - | $235,933.74 | 5.000% | $5,898.34 |
| 10/1/2022 | Assured | 6/30/2023 | - | $235,933.74 | 5.000% | $5,898.34 |
| 4/1/2023 | Assured | 6/30/2023 | - | $235,933.74 | 5.000% | $5,898.34 |
| 10/1/2023 | Assured | 6/30/2024 | - | $235,933.74 | 5.000% | $5,898.34 |
| 4/1/2024 | Assured | 6/30/2024 | - | $235,933.74 | 5.000% | $5,898.34 |
| 10/1/2024 | Assured | 6/30/2025 | $54,732.38 | $181,201.36 | 5.000% | $5,898.34 |
| 4/1/2025 | Assured | 6/30/2026 | $57,507.37 | $123,693.99 | 5.000% | $4,530.03 |
| 10/1/2025 | Assured | 6/30/2026 | - | $123,693.99 | 5.000% | $4,530.03 |
| 4/1/2026 | Assured | 6/30/2027 | $60,341.41 | $63,352.58 | 5.000% | $3,092.35 |
| 10/1/2026 | Assured | 6/30/2027 | - | $63,352.58 | 5.000% | $3,092.35 |
| 4/1/2027 | Assured | 6/30/2028 | $63,352.58 | - | 5.000% | $1,583.81 |
| 10/1/2027 | Assured | 6/30/2028 | - | - | 5.000% | $1,583.81 |
| Total | | | $235,933.74 | | | $144,175.93 |

# UTGO Series STUB Bonds - Debt Service (GRS ISF Allocation)

| CUSIP | Maturity Date | Rate | Principal | Insurer | Interest 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO 1999-A** | | | | | | | | | | | | | | | | | | |
| XSA3 | 4/1/15 | 5.250% | $100,784.57 | Assured | $2,645.60 | | | | | | | | | | | | | |
| XSN1 | 4/1/16 | 5.000% | $105,912.21 | Assured | $2,647.81 | $2,647.81 | $2,647.81 | | | | | | | | | | | |
| XSP6 | 4/1/17 | 5.000% | $111,216.66 | Assured | $2,780.42 | $2,780.42 | $2,780.42 | $2,780.42 | $2,780.42 | | | | | | | | | |
| XSR2 | 4/1/18 | 5.000% | $116,874.74 | Assured | $2,921.87 | $2,921.87 | $2,921.87 | $2,921.87 | $2,921.87 | $2,921.87 | $2,921.87 | | | | | | | |
| XSS9 | 4/1/19 | 5.000% | $122,709.64 | Assured | $3,067.74 | $3,067.74 | $3,067.74 | $3,067.74 | $3,067.74 | $3,067.74 | $3,067.74 | $3,067.74 | $3,067.74 | | | | | |
| | | | **$557,497.83** | | $14,063.43 | $11,417.83 | $11,417.83 | $8,770.03 | $8,770.03 | $5,989.61 | $5,989.61 | $3,067.74 | $3,067.74 | | | | | |
| **UTGO 2001-A(1)** | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.375% | $210,056.27 | NPPG | $5,645.26 | | | | | | | | | | | | | |
| | 4/1/16 | 5.375% | $221,372.43 | NPPG | $5,949.38 | $5,949.38 | $5,949.38 | | | | | | | | | | | |
| | 4/1/17 | 5.375% | $233,395.86 | NPPG | $6,272.51 | $6,272.51 | $6,272.51 | $6,272.51 | $6,272.51 | | | | | | | | | |
| | 4/1/18 | 5.375% | $495,082.12 | NPPG | $13,305.33 | $13,305.33 | $13,305.33 | $13,305.33 | $13,305.33 | $13,305.33 | $13,305.33 | | | | | | | |
| | 4/1/19 | 5.000% | $495,082.12 | NPPG | $12,377.05 | $12,377.05 | $12,377.05 | $12,377.05 | $12,377.05 | $12,377.05 | $12,377.05 | $12,377.05 | $12,377.05 | | | | | |
| | 4/1/20 | 5.000% | $495,082.12 | NPPG | $12,377.05 | $12,377.05 | $12,377.05 | $12,377.05 | $12,377.05 | $12,377.05 | $12,377.05 | $12,377.05 | $12,377.05 | $12,377.05 | $12,377.05 | | | |
| | 4/1/21 | 5.000% | $495,082.12 | NPPG | $12,377.05 | $12,377.05 | $12,377.05 | $12,377.05 | $12,377.05 | $12,377.05 | $12,377.05 | $12,377.05 | $12,377.05 | $12,377.05 | $12,377.05 | $12,377.05 | $12,377.05 | |
| | | | **$2,645,153.02** | | $68,303.63 | $62,658.37 | $62,658.37 | $56,709.00 | $56,709.00 | $50,436.49 | $50,436.49 | $37,131.16 | $37,131.16 | $24,754.11 | $24,754.11 | $12,377.05 | $12,377.05 | |
| **UTGO 2002** | | | | | | | | | | | | | | | | | | |
| | 4/1/21 | 5.125% | $114,576.15 | NPPG | $2,936.01 | $2,936.01 | $2,936.01 | $2,936.01 | $2,936.01 | $2,936.01 | $2,936.01 | $2,936.01 | $2,936.01 | $2,936.01 | $2,936.01 | $2,936.01 | $2,936.01 | |
| | 4/1/22 | 5.125% | $120,411.04 | NPPG | $3,085.53 | $3,085.53 | $3,085.53 | $3,085.53 | $3,085.53 | $3,085.53 | $3,085.53 | $3,085.53 | $3,085.53 | $3,085.53 | $3,085.53 | $3,085.53 | $3,085.53 | $3,085.53 |
| | | | **$234,987.19** | | $6,021.55 | $6,021.55 | $6,021.55 | $6,021.55 | $6,021.55 | $6,021.55 | $6,021.55 | $6,021.55 | $6,021.55 | $6,021.55 | $6,021.55 | $6,021.55 | $6,021.55 | $3,085.53 |
| **UTGO 2003-A** | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 4.000% | $10,608.90 | Syncora | $212.18 | | | | | | | | | | | | | |
| | 4/1/16 | 5.250% | $90,175.67 | Syncora | $2,367.11 | $2,367.11 | $2,367.11 | | | | | | | | | | | |
| | 4/1/17 | 5.250% | $105,912.21 | Syncora | $2,780.20 | $2,780.20 | $2,780.20 | $2,780.20 | $2,780.20 | | | | | | | | | |
| | 4/1/18 | 5.250% | $111,393.48 | Syncora | $2,924.08 | $2,924.08 | $2,924.08 | $2,924.08 | $2,924.08 | $2,924.08 | $2,924.08 | | | | | | | |
| | 4/1/19 | 5.250% | $117,228.37 | Syncora | $3,077.24 | $3,077.24 | $3,077.24 | $3,077.24 | $3,077.24 | $3,077.24 | $3,077.24 | $3,077.24 | $3,077.24 | | | | | |
| | 4/1/20 | 5.250% | $123,416.90 | Syncora | $3,239.69 | $3,239.69 | $3,239.69 | $3,239.69 | $3,239.69 | $3,239.69 | $3,239.69 | $3,239.69 | $3,239.69 | $3,239.69 | $3,239.69 | | | |
| | 4/1/20 | 4.500% | $17,681.50 | Syncora | $397.83 | $397.83 | $397.83 | $397.83 | $397.83 | $397.83 | $397.83 | $397.83 | $397.83 | $397.83 | $397.83 | | | |
| | 4/1/21 | 5.250% | $112,277.55 | Syncora | $2,947.29 | $2,947.29 | $2,947.29 | $2,947.29 | $2,947.29 | $2,947.29 | $2,947.29 | $2,947.29 | $2,947.29 | $2,947.29 | $2,947.29 | $2,947.29 | $2,947.29 | |
| | 4/1/21 | 5.250% | $136,501.21 | Syncora | $3,583.16 | $3,583.16 | $3,583.16 | $3,583.16 | $3,583.16 | $3,583.16 | $3,583.16 | $3,583.16 | $3,583.16 | $3,583.16 | $3,583.16 | $3,583.16 | $3,583.16 | |
| | 4/1/22 | 4.625% | $17,681.50 | Syncora | $408.88 | $408.88 | $408.88 | $408.88 | $408.88 | $408.88 | $408.88 | $408.88 | $408.88 | $408.88 | $408.88 | $408.88 | $408.88 | $408.88 |
| | 4/1/22 | 5.250% | $126,069.72 | Syncora | $3,309.31 | $3,309.31 | $3,309.31 | $3,309.31 | $3,309.31 | $3,309.31 | $3,309.31 | $3,309.31 | $3,309.31 | $3,309.31 | $3,309.31 | $3,309.31 | $3,309.31 | $3,309.31 |
| | 4/1/23 | 4.625% | $53,044.51 | Syncora | $1,226.65 | $1,226.65 | $1,226.65 | $1,226.65 | $1,226.65 | $1,226.65 | $1,226.65 | $1,226.65 | $1,226.65 | $1,226.65 | $1,226.65 | $1,226.65 | $1,226.65 | $1,226.65 |
| | 4/1/23 | 5.250% | $98,132.35 | Syncora | $2,575.97 | $2,575.97 | $2,575.97 | $2,575.97 | $2,575.97 | $2,575.97 | $2,575.97 | $2,575.97 | $2,575.97 | $2,575.97 | $2,575.97 | $2,575.97 | $2,575.97 | $2,575.97 |
| | | | **$1,120,023.29** | | $29,049.61 | $26,470.32 | $26,470.32 | $23,690.12 | $23,690.12 | $20,766.04 | $20,766.04 | $17,688.80 | $17,688.80 | $14,449.10 | $14,449.10 | $11,103.98 | $11,103.98 | $11,103.98 |
| **UTGO 2004-A(1)** | | | | | | | | | | | | | | | | | | |
| | 4/1/19 | 5.250% | $159,133.54 | Ambac | $4,177.26 | $4,177.26 | $4,177.26 | $4,177.26 | $4,177.26 | $4,177.26 | $4,177.26 | $4,177.26 | $4,177.26 | | | | | |
| | 4/1/20 | 4.250% | $6,542.16 | Ambac | $139.02 | $139.02 | $139.02 | $139.02 | $139.02 | $139.02 | $139.02 | $139.02 | $139.02 | $139.02 | $139.02 | | | |
| | 4/1/20 | 5.250% | $215,183.01 | Ambac | $5,648.58 | $5,648.58 | $5,648.58 | $5,648.58 | $5,648.58 | $5,648.58 | $5,648.58 | $5,648.58 | $5,648.58 | $5,648.58 | $5,648.58 | | | |
| | 4/1/21 | 5.000% | $233,395.86 | Ambac | $5,834.90 | $5,834.90 | $5,834.90 | $5,834.90 | $5,834.90 | $5,834.90 | $5,834.90 | $5,834.90 | $5,834.90 | $5,834.90 | $5,834.90 | $5,834.90 | $5,834.90 | |
| | 4/1/21 | 5.250% | $245,065.61 | Ambac | $6,432.97 | $6,432.97 | $6,432.97 | $6,432.97 | $6,432.97 | $6,432.97 | $6,432.97 | $6,432.97 | $6,432.97 | $6,432.97 | $6,432.97 | $6,432.97 | $6,432.97 | |
| | 4/1/22 | 5.250% | $11,261.13 | Ambac | $298.38 | $298.38 | $298.38 | $298.38 | $298.38 | $298.38 | $298.38 | $298.38 | $298.38 | $298.38 | $298.38 | $298.38 | $298.38 | $298.38 |
| | 4/1/22 | 5.250% | $244,712.02 | Ambac | $6,423.69 | $6,423.69 | $6,423.69 | $6,423.69 | $6,423.69 | $6,423.69 | $6,423.69 | $6,423.69 | $6,423.69 | $6,423.69 | $6,423.69 | $6,423.69 | $6,423.69 | $6,423.69 |
| | 4/1/23 | 4.600% | $27,759.96 | Ambac | $638.48 | $638.48 | $638.48 | $638.48 | $638.48 | $638.48 | $638.48 | $638.48 | $638.48 | $638.48 | $638.48 | $638.48 | $638.48 | $638.48 |
| | 4/1/23 | 5.250% | $243,651.13 | Ambac | $6,395.84 | $6,395.84 | $6,395.84 | $6,395.84 | $6,395.84 | $6,395.84 | $6,395.84 | $6,395.84 | $6,395.84 | $6,395.84 | $6,395.84 | $6,395.84 | $6,395.84 | $6,395.84 |
| | | | **$1,588,705.34** | | $35,989.11 | $35,989.11 | $35,989.11 | $35,989.11 | $35,989.11 | $35,989.11 | $35,989.11 | $35,989.11 | $35,989.11 | $31,811.86 | $31,811.86 | $26,024.26 | $26,024.26 | $13,756.38 |

Subject to Mandatory Redemption

# UTGO Series STUB Bonds - Debt Service (GRS ISF Allocation)

The table below lists debt service (interest) by payment date. Leftmost CUSIP values are not legible and are omitted; series groupings are retained.

| Series | Maturity Date | Rate | Principal | Insurer | Interest 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UTGO 2004-B(1) | 4/1/15 | 5.000% | $306,774.10 | Ambac | $7,669.35 | $7,669.35 | | | | | | | | | | | | |
| | 4/1/16 | 5.250% | $321,980.19 | Ambac | $8,451.98 | $8,451.98 | $8,451.98 | $8,451.98 | | | | | | | | | | |
| | 4/1/17 | 4.000% | $10,785.72 | Ambac | $215.71 | $215.71 | $215.71 | $215.71 | $215.71 | $215.71 | | | | | | | | |
| | 4/1/17 | 5.250% | $328,168.72 | Ambac | $8,614.43 | $8,614.43 | $8,614.43 | $8,614.43 | $8,614.43 | $8,614.43 | | | | | | | | |
| | 4/1/18 | 5.250% | $70,729.02 | Ambac | $1,856.56 | $1,856.56 | $1,856.56 | $1,856.56 | $1,856.56 | $1,856.56 | $1,856.56 | $1,856.56 | | | | | | |
| | | | **$1,038,434.74** | | $26,808.03 | $26,808.03 | $19,138.68 | $19,138.68 | $10,686.70 | $10,686.70 | $1,856.56 | $1,856.56 | | | | | | |
| UTGO 2004-B(2) | 4/1/19 * | 5.340% | $20,333.73 | Ambac | $532.74 | $532.74 | $532.74 | $389.13 | $236.26 | $236.26 | $78.75 | $78.75 | | | | | | |
| | | | **$20,333.73** | | $532.74 | $532.74 | $532.74 | $389.13 | $236.26 | $236.26 | $78.75 | $78.75 | | | | | | |
| UTGO 2005-B | 4/1/15 | 5.000% | $80,981.29 | Assured | $2,024.53 | $2,024.53 | | | | | | | | | | | | |
| | 4/1/16 | 5.000% | $85,048.04 | Assured | $2,126.20 | $2,126.20 | $2,126.20 | $2,126.20 | | | | | | | | | | |
| | 4/1/17 | 4.300% | $89,114.78 | Assured | $1,915.97 | $1,915.97 | $1,915.97 | $1,915.97 | $1,915.97 | $1,915.97 | | | | | | | | |
| | 4/1/17 | 5.000% | $93,323.54 | Assured | $2,329.54 | $2,329.54 | $2,329.54 | $2,329.54 | $2,329.54 | $2,329.54 | | | | | | | | |
| | 4/1/18 | 5.000% | $97,778.72 | Assured | $2,444.47 | $2,444.47 | $2,444.47 | $2,444.47 | $2,444.47 | $2,444.47 | $2,444.47 | $2,444.47 | | | | | | |
| | 4/1/19 | 5.000% | $176,815.04 | Assured | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | | | | |
| | 4/1/20 | 5.000% | $176,815.04 | Assured | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | | |
| | 4/1/21 | 5.000% | $176,815.04 | Assured | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 |
| | 4/1/22 | 5.000% | $176,815.04 | Assured | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 |
| | 4/1/23 | 5.000% | $176,815.04 | Assured | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 |
| | 4/1/24 | 5.000% | $176,815.04 | Assured | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 |
| | 4/1/25 | 5.000% | $176,815.04 | Assured | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 |
| | | | **$1,506,994.60** | | $37,362.96 | $37,362.96 | $35,338.43 | $35,338.43 | $33,212.23 | $33,212.23 | $31,296.26 | $31,296.26 | $26,966.72 | $26,966.72 | $26,522.26 | $26,522.26 | $22,101.88 | $22,101.88 |
| UTGO 2005-C | 4/1/15 | 5.000% | $81,511.73 | Assured | $2,037.79 | $2,037.79 | | | | | | | | | | | | |
| | 4/1/16 | 5.000% | $85,755.30 | Assured | $2,143.88 | $2,143.88 | $2,143.88 | $2,143.88 | | | | | | | | | | |
| | 4/1/17 | 4.300% | $89,798.86 | Assured | $1,934.98 | $1,934.98 | $1,934.98 | $1,934.98 | $1,934.98 | $1,934.98 | | | | | | | | |
| | 4/1/18 | 5.000% | $93,004.71 | Assured | $2,325.12 | $2,325.12 | $2,325.12 | $2,325.12 | $2,325.12 | $2,325.12 | $2,325.12 | $2,325.12 | | | | | | |
| | 4/1/19 | 5.250% | $96,717.83 | Assured | $2,538.84 | $2,538.84 | $2,538.84 | $2,538.84 | $2,538.84 | $2,538.84 | $2,538.84 | $2,538.84 | $2,538.84 | $2,538.84 | | | | |
| | 4/1/20 | 5.250% | $102,022.28 | Assured | $2,678.08 | $2,678.08 | $2,678.08 | $2,678.08 | $2,678.08 | $2,678.08 | $2,678.08 | $2,678.08 | $2,678.08 | $2,678.08 | $2,678.08 | $2,678.08 | | |
| | | | **$549,010.70** | | $13,658.70 | $13,658.70 | $11,620.90 | $11,620.90 | $9,477.02 | $9,477.02 | $7,542.65 | $7,542.65 | $5,216.93 | $5,216.93 | $2,678.08 | $2,678.08 | | |
| UTGO 2006-A | 4/1/15 | 5.000% | $101,668.65 | Assured | $2,541.72 | $2,541.72 | | | | | | | | | | | | |
| | 4/1/16 | 5.000% | $106,619.47 | Assured | $2,665.49 | $2,665.49 | $2,665.49 | $2,665.49 | | | | | | | | | | |
| | 4/1/17 | 5.000% | $112,100.74 | Assured | $2,802.52 | $2,802.52 | $2,802.52 | $2,802.52 | $2,802.52 | $2,802.52 | | | | | | | | |
| | 4/1/17 | 4.000% | $117,582.00 | Assured | $2,351.64 | $2,351.64 | $2,351.64 | $2,351.64 | $2,351.64 | $2,351.64 | | | | | | | | |
| | 4/1/18 | 5.000% | $122,356.01 | Assured | $3,058.90 | $3,058.90 | $3,058.90 | $3,058.90 | $3,058.90 | $3,058.90 | $3,058.90 | $3,058.90 | | | | | | |
| | 4/1/19 | 5.000% | $128,367.72 | Assured | $3,209.19 | $3,209.19 | $3,209.19 | $3,209.19 | $3,209.19 | $3,209.19 | $3,209.19 | $3,209.19 | $3,209.19 | $3,209.19 | | | | |
| | 4/1/20 | 5.000% | $134,909.88 | Assured | $3,372.75 | $3,372.75 | $3,372.75 | $3,372.75 | $3,372.75 | $3,372.75 | $3,372.75 | $3,372.75 | $3,372.75 | $3,372.75 | $3,372.75 | $3,372.75 | | |
| | 4/1/21 | 5.000% | $141,628.85 | Assured | $3,540.72 | $3,540.72 | $3,540.72 | $3,540.72 | $3,540.72 | $3,540.72 | $3,540.72 | $3,540.72 | $3,540.72 | $3,540.72 | $3,540.72 | $3,540.72 | $3,540.72 | $3,540.72 |
| | 4/1/22 | 5.000% | $304,820.13 * | Assured | $7,620.73 | $7,620.73 | $7,620.73 | $7,620.73 | $7,620.73 | $7,620.73 | $7,620.73 | $7,620.73 | $7,620.73 | $7,620.73 | $7,620.73 | $7,620.73 | $7,620.73 | $7,620.73 |
| | 4/1/28 | 5.000% | $706,552.91 | Assured | $17,663.82 | $17,663.82 | $17,663.82 | $17,663.82 | $17,663.82 | $17,663.82 | $17,663.82 | $17,663.82 | $17,663.82 | $17,663.82 | $17,663.82 | $17,663.82 | $17,663.82 | $17,663.82 |
| | | | **$1,770,615.35** | | $48,827.47 | $48,827.47 | $46,265.76 | $46,265.76 | $43,620.27 | $43,620.27 | $40,877.75 | $40,877.75 | $38,466.11 | $38,466.11 | $35,407.21 | $35,407.21 | $32,198.02 | $32,198.02 |
| UTGO 2008-B(1) | 4/1/15 | 5.000% | $281,843.18 | Assured | $7,046.08 | $7,046.08 | | | | | | | | | | | | |
| | 4/1/16 | 5.000% | $121,648.75 | Assured | $3,041.22 | $3,041.22 | $3,041.22 | $3,041.22 | | | | | | | | | | |
| | 4/1/17 | 5.000% | $126,599.57 | Assured | $3,164.99 | $3,164.99 | $3,164.99 | $3,164.99 | $3,164.99 | $3,164.99 | | | | | | | | |
| | 4/1/18 | 5.000% | $134,105.80 | Assured | $3,350.65 | $3,350.65 | $3,350.65 | $3,350.65 | $3,350.65 | $3,350.65 | $3,350.65 | $3,350.65 | | | | | | |
| | | | **$664,197.30** | | $16,602.53 | $16,602.53 | $9,556.85 | $9,556.85 | $6,515.63 | $6,515.63 | $3,350.65 | $3,350.65 | | | | | | |
| **Total** | | | **$11,704,973.09** | | $297,220.18 | $297,220.18 | $264,886.95 | $264,886.95 | $234,927.93 | $234,927.93 | $204,144.82 | $204,144.82 | $172,548.12 | $172,548.12 | $141,644.17 | $141,644.17 | $109,826.74 | $109,826.74 |

* Subject to Mandatory Redemption

Page 7 of 15

13-53846-swr   Doc 7993-3   Filed 06/20/14   Entered 06/20/14 20:27:54   Page 74 of 856
252

# UTGO Series STUB Bonds - Debt Service (GRS ISF Allocation)

The table's interest columns span the following payment dates: 10/1/21, 4/1/22, 10/1/22, 4/1/23, 10/1/23, 4/1/24, 10/1/24, 4/1/25, 10/1/25, 4/1/26, 10/1/26, 4/1/27, 10/1/27, 4/1/28. Only the date-columns noted below carry values; all others are blank ("-").

## UTGO ... 1999-A

| CUSIP | Maturity Date | Rate | Insurer | Principal | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|
| 25...M1 | 4/1/15 | 5.250% | Assured | $100,784.57 | $5,291.19 | $106,075.76 |
| 25...N1 | 4/1/16 | 5.000% | Assured | $105,912.21 | $10,591.22 | $116,503.43 |
| 25...96 | 4/1/16 | 5.000% | Assured | $111,216.66 | $16,682.50 | $127,899.16 |
| 25...R7 | 4/1/17 | 5.000% | Assured | $116,874.74 | $23,374.95 | $140,249.69 |
| 25...R2 | 4/1/19 | 5.000% | Assured | $122,720.64 | $30,677.41 | $153,387.05 |
| **Total** | | | | **$557,497.83** | **$86,617.27** | **$644,115.10** |

## UTGO ... 2001-A(II)

| CUSIP | Maturity Date | Rate | Insurer | Principal | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|
| 25...X6 | 4/1/15 | 5.375% | NPFG | $210,056.27 | $11,290.52 | $221,346.79 |
| 25...K3 | 4/1/16 | 5.375% | NPFG | $221,372.43 | $23,797.54 | $245,169.97 |
| 25...L1 | 4/1/17 | 5.375% | NPFG | $233,395.86 | $37,635.08 | $271,030.94 |
| 25...M9 | 4/1/18 | 5.375% | NPFG | $495,082.12 | $106,442.66 | $601,524.77 |
| 25...N7 | 4/1/19 | 5.000% | NPFG | $495,082.12 | $123,770.53 | $618,852.65 |
| 25...P2 | 4/1/20 | 5.000% | NPFG | $495,082.12 | $148,524.64 | $643,606.75 |
| 25...Q0 | 4/1/21 | 5.000% | NPFG | $495,082.12 | $173,278.74 | $668,360.86 |
| **Total** | | | | **$2,645,155.02** | **$624,739.70** | **$3,269,892.73** |

## UTGO ... 2002

| CUSIP | Maturity Date | Rate | Insurer | Principal | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|
| 25...V8 | 4/1/21 | 5.125% | NPFG | $114,576.15 | $41,104.19 | $155,680.34 |
| 25...W6 | 4/1/22 | 5.125% | NPFG | $120,411.04 | $49,568.53 | $169,779.57 |
| **Total** | | | | **$234,987.19** | **$90,672.72** | **$325,459.91** |

Date-column interest (NPFG): 10/1/21 = $3,085.53.

## UTGO ... 2003-A

| CUSIP | Maturity Date | Rate | Insurer | Principal | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|
| 25...X0 | 4/1/15 | 4.000% | Syncora | $10,608.90 | $424.36 | $11,033.26 |
| 25...Y8 | 4/1/16 | 5.250% | Syncora | $90,175.67 | $4,734.22 | $94,909.89 |
| 25...86 | 4/1/16 | 5.250% | Syncora | $105,012.21 | $11,120.78 | $117,032.99 |
| 25...S4 | 4/1/17 | 5.250% | Syncora | $111,393.48 | $17,544.47 | $128,937.95 |
| 25...T2 | 4/1/18 | 5.250% | Syncora | $117,228.37 | $24,617.96 | $141,846.33 |
| 25...U9 | 4/1/19 | 5.250% | Syncora | $123,416.90 | $32,396.94 | $155,813.84 |
| 25...V7 | 4/1/20 | 4.500% | Syncora | $17,681.50 | $4,774.01 | $22,455.51 |
| 25...W5 | 4/1/20 | 5.250% | Syncora | $112,277.55 | $35,367.43 | $147,644.98 |
| 25...V1 | 4/1/21 | 5.250% | Syncora | $136,501.21 | $50,164.20 | $186,665.41 |
| 25...X8 | 4/1/21 | 4.625% | Syncora | $17,681.50 | $6,542.16 | $24,223.66 |
| 25...Z8 | 4/1/22 | 5.250% | Syncora | $126,060.12 | $43,958.03 | $170,018.16 |
| 25...A2 | 4/1/22 | 4.625% | Syncora | $53,004.51 | $22,079.78 | $75,124.29 |
| 25...B0 | 4/1/23 | 5.250% | Syncora | $98,132.35 | $46,367.53 | $144,499.88 |
| **Total** | | | | **$1,220,123.29** | **$309,082.86** | **$1,429,206.15** |

Date-column interest (Syncora): 4/1/22 = $7,520.83; 10/1/22 = $7,520.83; 4/1/23 = $3,802.63; 10/1/23 = $3,802.63. (Row payments: $408.88, $3,300.31, $1,226.65, $2,575.97.)

## UTGO ... 2004-A(I)

| CUSIP | Maturity Date | Rate | Insurer | Principal | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|
| 2...X2 | 4/1/15 | 5.250% | Ambac | $159,133.54 | $41,772.55 | $200,906.09 |
| 2...Y0 | 4/1/19 | 4.250% | Ambac | $6,542.16 | $1,668.25 | $8,310.41 |
| 2...Z7 | 4/1/20 | 5.250% | Ambac | $215,183.91 | $67,282.93 | $282,366.84 |
| 2...A1 | 4/1/21 | 5.000% | Ambac | $233,395.86 | $81,688.55 | $315,084.40 |
| 2...B9 | 4/1/22 | 5.250% | Ambac | $246,063.65 | $102,927.57 | $347,993.22 |
| 2...C7 | 4/1/22 | 4.500% | Ambac | $13,261.13 | $5,370.76 | $18,631.89 |
| 2...D5 | 4/1/23 | 5.250% | Ambac | $244,712.02 | $115,626.43 | $360,338.45 |
| 2...E3 | 4/1/23 | 4.600% | Ambac | $27,759.96 | $12,769.58 | $40,529.54 |
| 2...F0 | 4/1/24 | 5.250% | Ambac | $243,651.13 | $127,916.84 | $371,567.97 |
| **Total** | | | | **$1,688,705.34** | **$557,523.46** | **$1,946,228.80** |

Date-column interest (Ambac): 4/1/22 = $20,189.36; 10/1/22 = $20,189.36; 4/1/23 = $13,756.39; 10/1/23 = $13,756.39; 4/1/24 = $7,034.32. (Row payments: $6,432.97, $298.38, $6,423.69, $638.48, $6,395.84.)

\* Subject to Mandatory Redemption

13-53846-swr   Doc 7006-33   Filed 08/20/14   Entered 08/20/14 20:20:54   Page 75 of 857
258

# UTGO Series STUB Bonds - Debt Service (GRS ISF Allocation)

| CUSIP | Maturity Date | Rate | Insurer | Principal | 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | 10/1/23 | 4/1/24 | 10/1/24 | 4/1/25 | 10/1/25 | 4/1/26 | 10/1/26 | 4/1/27 | 10/1/27 | 4/1/28 | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO2004-B(1)** | | | | | | | | | | | | | | | | | | | | |
| 25?8Z28 | 4/1/15 | 5.000% | Ambac | $320,774.10 | | | | | | | | | | | | | | | $15,338.70 | $322,112.80 |
| 25?7Q6 | 4/1/16 | 5.250% | Ambac | $321,980.19 | | | | | | | | | | | | | | | $33,807.92 | $355,788.11 |
| 25?Z84 | 4/1/17 | 4.000% | Ambac | $10,785.72 | | | | | | | | | | | | | | | $1,294.29 | $12,080.00 |
| 25?7S3 | 4/1/18 | 5.250% | Ambac | $328,168.72 | | | | | | | | | | | | | | | $51,686.57 | $379,855.29 |
| 25?ZT0 | 4/1/19 | 5.250% | Ambac | $70,726.02 | | | | | | | | | | | | | | | $14,852.46 | $85,578.48 |
| | | | | $1,038,434.74 | | | | | | | | | | | | | | | $116,979.95 | $1,155,634.74 |
| **UTGO2004-B(2)** | | | | | | | | | | | | | | | | | | | | |
| 25?ZX1 | 4/1/19 | 5.240% | Ambac | $20,333.73 * | | | | | | | | | | | | | | | $2,473.78 | $22,807.51 |
| **UTGO2005-B** | | | | | | | | | | | | | | | | | | | | |
| 2?G53 | 4/1/15 | 5.000% | Assured | $80,981.29 | | | | | | | | | | | | | | | $4,049.06 | $85,030.35 |
| 2?61 | 4/1/16 | 5.000% | Assured | $85,048.04 | | | | | | | | | | | | | | | $8,504.80 | $93,552.84 |
| 2?C79 | 4/1/17 | 4.300% | Assured | $89,114.78 | | | | | | | | | | | | | | | $11,495.81 | $100,610.59 |
| 2?C87 | 4/1/18 | 5.000% | Assured | $93,181.53 | | | | | | | | | | | | | | | $18,636.31 | $111,817.83 |
| 2?G56 | 4/1/19 | 5.000% | Assured | $97,778.72 | | | | | | | | | | | | | | | $24,444.68 | $122,223.40 |
| 2?G96 | 4/1/20 | 5.000% | Assured | $176,815.04 | | | | | | | | | | | | | | | $53,044.51 | $229,859.55 |
| 2?H37 | 4/1/21 | 5.000% | Assured | $176,815.04 | | | | | | | | | | | | | | | $61,895.26 | $238,700.31 |
| 2?H45 | 4/1/22 | 5.000% | Assured | $176,815.04 | $4,420.38 | $4,420.38 | | | | | | | | | | | | | $70,726.02 | $247,541.06 |
| 2?H52 | 4/1/23 | 5.000% | Assured | $176,815.04 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | | | | | | | | | | | $79,566.77 | $256,381.81 |
| 2?H60 | 4/1/24 | 5.000% | Assured | $176,815.04 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | | | | | | | | | $88,407.52 | $265,222.56 |
| 2?H78 | 4/1/25 | 5.000% | Assured | $176,815.04 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | $4,420.38 | | | | | | | $97,248.27 | $274,063.31 |
| | | | | $1,506,994.60 | $17,681.50 | $17,681.50 | $13,261.13 | $13,261.13 | $8,840.75 | $8,840.75 | $4,420.38 | $4,420.38 | | | | | | | $318,009.02 | $2,025,003.62 |
| **UTGO2005-C** | | | | | | | | | | | | | | | | | | | | |
| 2?J92 | 4/1/15 | 5.000% | Assured | $81,311.73 | | | | | | | | | | | | | | | $4,075.59 | $85,387.32 |
| 2?K25 | 4/1/16 | 5.000% | Assured | $85,755.50 | | | | | | | | | | | | | | | $8,575.53 | $94,330.82 |
| 2?K33 | 4/1/17 | 4.300% | Assured | $89,998.86 | | | | | | | | | | | | | | | $11,609.85 | $101,608.71 |
| 2?K41 | 4/1/18 | 5.000% | Assured | $93,004.71 | | | | | | | | | | | | | | | $18,600.94 | $111,605.65 |
| 2?K58 | 4/1/19 | 5.250% | Assured | $96,717.83 | | | | | | | | | | | | | | | $25,388.43 | $122,106.26 |
| 2?K66 | 4/1/20 | 5.250% | Assured | $102,022.28 | | | | | | | | | | | | | | | $32,137.02 | $134,159.30 |
| | | | | $549,070.70 | | | | | | | | | | | | | | | $100,387.36 | $649,398.06 |
| **UTGO2006-A** | | | | | | | | | | | | | | | | | | | | |
| 2?M56 | 4/1/15 | 5.000% | Assured | $101,668.65 | | | | | | | | | | | | | | | $5,083.43 | $106,752.08 |
| 2?N64 | 4/1/16 | 5.000% | Assured | $106,619.47 | | | | | | | | | | | | | | | $10,661.95 | $117,281.42 |
| 2?M72 | 4/1/17 | 4.300% | Assured | $112,100.74 | | | | | | | | | | | | | | | $16,815.11 | $128,915.85 |
| 2?N80 | 4/1/18 | 4.000% | Assured | $117,582.00 | | | | | | | | | | | | | | | $18,813.12 | $136,395.12 |
| 2?N98 | 4/1/19 | 5.000% | Assured | $122,356.01 | | | | | | | | | | | | | | | $30,589.00 | $152,945.01 |
| 2?N22 | 4/1/20 | 5.000% | Assured | $128,367.72 | | | | | | | | | | | | | | | $38,510.32 | $166,878.04 |
| 2?N48 | 4/1/21 | 5.000% | Assured | $134,909.88 | | | | | | | | | | | | | | | $47,218.40 | $182,128.33 |
| 2?N48 | 4/1/22 | 5.000% | Assured | $141,628.85 | $3,540.72 | $3,540.72 | | | | | | | | | | | | | $56,651.54 | $198,280.39 |
| 2?N55 | 4/1/23 | 5.000% | Assured | $304,829.13 * | $7,620.73 | $7,620.73 | $7,620.73 | $7,620.73 | $3,903.19 | $3,903.19 | | | | | | | | | $144,779.40 | $449,608.63 |
| 2?N63 | 4/1/28 | 5.000% | Assured | $706,532.01 * | $17,663.82 | $17,663.82 | $17,663.82 | $17,663.82 | $17,663.82 | $17,663.82 | $17,663.82 | $17,663.82 | $13,566.13 | $13,566.13 | $9,260.69 | $9,260.69 | $4,743.06 | $4,743.06 | $443,743.87 | $1,150,296.78 |
| | | | | $1,976,623.95 | $28,825.27 | $28,825.27 | $25,284.55 | $25,284.55 | $21,567.01 | $21,567.01 | $17,663.82 | $17,663.82 | $13,566.13 | $13,566.13 | $9,260.69 | $9,260.69 | $4,743.06 | $4,743.06 | $813,066.29 | $2,789,681.64 |
| **UTGO2006-B(1)** | | | | | | | | | | | | | | | | | | | | |
| 2?P53 | 4/1/15 | 5.000% | Assured | $281,843.18 | | | | | | | | | | | | | | | $14,092.16 | $295,935.34 |
| 2?P61 | 4/1/16 | 5.000% | Assured | $121,648.75 | | | | | | | | | | | | | | | $12,164.87 | $133,813.62 |
| 2?P79 | 4/1/17 | 5.000% | Assured | $126,599.57 | | | | | | | | | | | | | | | $18,989.94 | $145,589.51 |
| 2?P87 | 4/1/18 | 5.000% | Assured | $134,025.80 | | | | | | | | | | | | | | | $26,805.16 | $160,830.96 |
| | | | | $664,117.30 | | | | | | | | | | | | | | | $72,052.13 | $736,169.43 |
| **Total** | | | | $11,701,973.09 | $77,302.50 | $77,302.50 | $56,104.69 | $37,442.09 | $37,442.09 | $37,442.09 | $22,084.20 | $22,084.20 | $13,566.13 | $13,566.13 | $9,260.69 | $9,260.69 | $4,743.06 | $4,743.06 | $3,291,404.54 | $14,993,377.63 |

\* Subject to Mandatory Redemption

# UTGO Series STUB Bonds - Debt Service (GRS ISF Allocation)

## Bond Series Subject to Mandatory Redemption

### Issuance 2004-B(2)  — CUSIP 251093ZX1

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Ambac | | | $20,333.73 | | $532.74 |
| 4/1/15 | Ambac | 6/30/15 | $5,481.27 | $14,852.46 | 5.240% | $532.74 |
| 10/1/15 | Ambac | | | $14,852.46 | | $389.13 |
| 4/1/16 | Ambac | 6/30/16 | $5,834.90 | $9,017.57 | 5.240% | $389.13 |
| 10/1/16 | Ambac | | | $9,017.57 | | $236.26 |
| 4/1/17 | Ambac | 6/30/17 | $6,011.71 | $3,005.86 | 5.240% | $236.26 |
| 10/1/17 | Ambac | | | $3,005.86 | | $78.75 |
| 4/1/18 | Ambac | 6/30/18 | $3,005.86 | - | 5.240% | $78.75 |
| **Total** | | | **$20,333.73** | | | **$2,473.78** |

### Issuance 2008-A — CUSIP 251093N65

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | 6/30/15 | | $706,552.91 | 5.000% | $17,663.82 |
| 4/1/15 | Assured | 6/30/15 | - | $706,552.91 | 5.000% | $17,663.82 |
| 10/1/15 | Assured | 6/30/16 | | $706,552.91 | 5.000% | $17,663.82 |
| 4/1/16 | Assured | 6/30/16 | - | $706,552.91 | 5.000% | $17,663.82 |
| 10/1/16 | Assured | 6/30/17 | | $706,552.91 | 5.000% | $17,663.82 |
| 4/1/17 | Assured | 6/30/17 | - | $706,552.91 | 5.000% | $17,663.82 |
| 10/1/17 | Assured | 6/30/18 | | $706,552.91 | 5.000% | $17,663.82 |
| 4/1/18 | Assured | 6/30/18 | - | $706,552.91 | 5.000% | $17,663.82 |
| 10/1/18 | Assured | 6/30/19 | | $706,552.91 | 5.000% | $17,663.82 |
| 4/1/19 | Assured | 6/30/19 | - | $706,552.91 | 5.000% | $17,663.82 |
| 10/1/19 | Assured | 6/30/20 | | $706,552.91 | 5.000% | $17,663.82 |
| 4/1/20 | Assured | 6/30/20 | - | $706,552.91 | 5.000% | $17,663.82 |
| 10/1/20 | Assured | 6/30/21 | | $706,552.91 | 5.000% | $17,663.82 |
| 4/1/21 | Assured | 6/30/21 | - | $706,552.91 | 5.000% | $17,663.82 |
| 10/1/21 | Assured | 6/30/22 | | $706,552.91 | 5.000% | $17,663.82 |
| 4/1/22 | Assured | 6/30/22 | - | $706,552.91 | 5.000% | $17,663.82 |
| 10/1/2022 | Assured | 6/30/2023 | | $706,552.91 | 5.000% | $17,663.82 |
| 4/1/2023 | Assured | 6/30/2023 | - | $706,552.91 | 5.000% | $17,663.82 |
| 10/1/2023 | Assured | 6/30/2024 | | $706,552.91 | 5.000% | $17,663.82 |
| 4/1/2024 | Assured | 6/30/2024 | - | $706,552.91 | 5.000% | $17,663.82 |
| 10/1/2024 | Assured | 6/30/2025 | | $706,552.91 | 5.000% | $17,663.82 |
| 4/1/2025 | Assured | 6/30/2025 | $163,907.54 | $542,645.36 | 5.000% | $17,663.82 |
| 10/1/2025 | Assured | 6/30/2026 | | $542,645.36 | 5.000% | $13,566.13 |
| 4/1/2026 | Assured | 6/30/2026 | $172,217.85 | $370,427.51 | 5.000% | $13,566.13 |
| 10/1/2026 | Assured | 6/30/2027 | | $370,427.51 | 5.000% | $9,260.09 |
| 4/1/2027 | Assured | 6/30/2027 | $180,704.97 | $189,722.54 | 5.000% | $9,260.09 |
| 10/1/2027 | Assured | 6/30/2028 | | $189,722.54 | 5.000% | $4,743.06 |
| 4/1/2028 | Assured | 6/30/2028 | $189,722.54 | | 5.000% | $4,743.06 |
| **Total** | | | **$706,552.91** | | | **$443,743.87** |

### Issuance 2008-A — CUSIP 251093N55

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | 6/30/15 | | $304,829.13 | 5.000% | $7,620.73 |
| 4/1/15 | Assured | 6/30/15 | - | $304,829.13 | 5.000% | $7,620.73 |
| 10/1/15 | Assured | 6/30/16 | | $304,829.13 | 5.000% | $7,620.73 |
| 4/1/16 | Assured | 6/30/16 | - | $304,829.13 | 5.000% | $7,620.73 |
| 10/1/16 | Assured | 6/30/17 | | $304,829.13 | 5.000% | $7,620.73 |
| 4/1/17 | Assured | 6/30/17 | - | $304,829.13 | 5.000% | $7,620.73 |
| 10/1/17 | Assured | 6/30/18 | | $304,829.13 | 5.000% | $7,620.73 |
| 4/1/18 | Assured | 6/30/18 | - | $304,829.13 | 5.000% | $7,620.73 |
| 10/1/18 | Assured | 6/30/19 | | $304,829.13 | 5.000% | $7,620.73 |
| 4/1/19 | Assured | 6/30/19 | - | $304,829.13 | 5.000% | $7,620.73 |
| 10/1/19 | Assured | 6/30/20 | | $304,829.13 | 5.000% | $7,620.73 |
| 4/1/20 | Assured | 6/30/20 | - | $304,829.13 | 5.000% | $7,620.73 |
| 10/1/20 | Assured | 6/30/21 | | $304,829.13 | 5.000% | $7,620.73 |
| 4/1/21 | Assured | 6/30/21 | - | $304,829.13 | 5.000% | $7,620.73 |
| 10/1/21 | Assured | 6/30/22 | | $304,829.13 | 5.000% | $7,620.73 |
| 4/1/22 | Assured | 6/30/22 | - | $304,829.13 | 5.000% | $7,620.73 |
| 10/1/2022 | Assured | 6/30/2023 | | $304,829.13 | 5.000% | $7,620.73 |
| 4/1/2023 | Assured | 6/30/2023 | $148,701.45 | $156,127.68 | 5.000% | $7,620.73 |
| 10/1/2023 | Assured | 6/30/2024 | | $156,127.68 | 5.000% | $3,903.19 |
| 4/1/2024 | Assured | 6/30/2024 | $156,127.68 | - | 5.000% | $3,903.19 |
| **Total** | | | **$304,829.13** | | | **$144,979.49** |

# UTGO Series STUB Bonds - Debt Service (GRS Pension Allocation)

| CUSIP | Maturity Date | Rate | Principal | Insurer | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Interest | | | | | | | | | | | | | |
| **UTGO Series 1999-A** | | | | | | | | | | | | | | | | | | |
| 2...5315 | 4/1/15 | 5.250% | $238,011.21 | Assured | $6,271.42 | $6,271.42 | | | | | | | | | | | | |
| 2...5SN1 | 4/1/16 | 5.350% | $251,066.35 | Assured | $6,276.66 | $6,276.66 | $6,276.66 | $6,276.66 | | | | | | | | | | |
| 2...5SP6 | 4/1/17 | 5.000% | $263,640.62 | Assured | $6,591.02 | $6,591.02 | $6,591.02 | $6,591.02 | $6,591.02 | $6,591.02 | | | | | | | | |
| 2...5SQ4 | 4/1/18 | 5.000% | $277,053.18 | Assured | $6,026.33 | $6,026.33 | $6,026.33 | $6,026.33 | $6,026.33 | $6,026.33 | $6,026.33 | $6,026.33 | | | | | | |
| 2...5SR2 | 4/1/19 | 5.000% | $290,084.88 | Assured | $7,272.12 | $7,272.12 | $7,272.12 | $7,272.12 | $7,272.12 | $7,272.12 | $7,272.12 | $7,272.12 | $7,272.12 | $7,272.12 | | | | |
| | | | $1,321,256.25 | | $33,337.55 | $33,337.55 | $27,066.13 | $27,066.13 | $20,789.47 | $20,789.47 | $14,198.45 | $14,198.45 | $7,272.12 | $7,272.12 | | | | |
| **UTGO Series 2001-A(I)** | | | | | | | | | | | | | | | | | | |
| 2...5UX6 | 4/1/15 | 5.375% | $497,941.27 | NPFG | $13,382.17 | $13,382.17 | | | | | | | | | | | | |
| 2...5VK3 | 4/1/16 | 5.375% | $534,766.39 | NPFG | $14,103.10 | $14,103.10 | $14,103.10 | $14,103.10 | | | | | | | | | | |
| 2...5VL1 | 4/1/17 | 5.375% | $553,268.08 | NPFG | $14,860.08 | $14,860.08 | $14,860.08 | $14,860.08 | $14,860.08 | $14,860.08 | | | | | | | | |
| 2...5VN7 | 4/1/18 | 5.375% | $1,173,598.95 | NPFG | $31,540.47 | $31,540.47 | $31,540.47 | $31,540.47 | $31,540.47 | $31,540.47 | $31,540.47 | $31,540.47 | | | | | | |
| 2...5VP9 | 4/1/19 | 5.000% | $1,173,598.95 | NPFG | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 | | | | |
| 2...5VP? | 4/1/20 | 5.000% | $1,173,598.95 | NPFG | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 | | |
| 2...5VQ0 | 4/1/21 | 5.000% | $1,173,598.95 | NPFG | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 | $29,339.97 |
| | | | $6,270,371.53 | | $161,914.74 | $161,914.74 | $148,532.57 | $148,532.57 | $134,429.47 | $134,429.47 | $119,560.39 | $119,560.39 | $88,019.92 | $88,019.92 | $58,679.95 | $58,679.95 | $29,339.97 | $29,339.97 |
| **UTGO Series 2002** | | | | | | | | | | | | | | | | | | |
| 2...5VV8 | 4/1/21 | 5.125% | $271,694.33 | NPFG | $6,959.86 | $6,959.86 | $6,959.86 | $6,959.86 | $6,959.86 | $6,959.86 | $6,959.86 | $6,959.86 | $6,959.86 | $6,959.86 | $6,959.86 | $6,959.86 | $6,959.86 | $6,959.86 |
| 2...5VW6 | 4/1/22 | 5.125% | $285,436.03 | NPFG | $7,314.30 | $7,314.30 | $7,314.30 | $7,314.30 | $7,314.30 | $7,314.30 | $7,314.30 | $7,314.30 | $7,314.30 | $7,314.30 | $7,314.30 | $7,314.30 | $7,314.30 | $7,314.30 |
| | | | $557,040.36 | | $14,274.16 | $14,274.16 | $14,274.16 | $14,274.16 | $14,274.16 | $14,274.16 | $14,274.16 | $14,274.16 | $14,274.16 | $14,274.16 | $14,274.16 | $14,274.16 | $14,274.16 | $14,274.16 |
| **UTGO Series 2003-A** | | | | | | | | | | | | | | | | | | |
| 2...5XN0 | 4/1/15 | 4.000% | $25,148.53 | Syncora | $502.97 | $502.97 | | | | | | | | | | | | |
| 2...5XP? | 4/1/16 | 4.250% | $213,762.67 | Syncora | $5,611.27 | $5,611.27 | $5,611.27 | $5,611.27 | | | | | | | | | | |
| 2...5XQ? | 4/1/17 | 5.250% | $251,066.35 | Syncora | $6,590.49 | $6,590.49 | $6,590.49 | $6,590.49 | $6,590.49 | $6,590.49 | | | | | | | | |
| 2...5XR4 | 4/1/18 | 5.250% | $264,059.76 | Syncora | $6,931.57 | $6,931.57 | $6,931.57 | $6,931.57 | $6,931.57 | $6,931.57 | $6,931.57 | $6,931.57 | | | | | | |
| 2...5XT? | 4/1/19 | 5.250% | $277,891.47 | Syncora | $7,294.65 | $7,294.65 | $7,294.65 | $7,294.65 | $7,294.65 | $7,294.65 | $7,294.65 | $7,294.65 | $7,294.65 | $7,294.65 | | | | |
| 2...5XU? | 4/1/20 | 5.250% | $292,561.45 | Syncora | $7,679.74 | $7,679.74 | $7,679.74 | $7,679.74 | $7,679.74 | $7,679.74 | $7,679.74 | $7,679.74 | $7,679.74 | $7,679.74 | $7,679.74 | $7,679.74 | | |
| 2...5XV? | 4/1/21 | 4.500% | $41,914.25 | Syncora | $943.07 | $943.07 | $943.07 | $943.07 | $943.07 | $943.07 | $943.07 | $943.07 | $943.07 | $943.07 | $943.07 | $943.07 | $943.07 | $943.07 |
| 2...5XW? | 4/1/22 | 5.250% | $266,155.48 | Syncora | $6,986.58 | $6,986.58 | $6,986.58 | $6,986.58 | $6,986.58 | $6,986.58 | $6,986.58 | $6,986.58 | $6,986.58 | $6,986.58 | $6,986.58 | $6,986.58 | $6,986.58 | $6,986.58 |
| 2...5XX5 | 4/1/22 | 5.250% | $323,578.00 | Syncora | $8,493.92 | $8,493.92 | $8,493.92 | $8,493.92 | $8,493.92 | $8,493.92 | $8,493.92 | $8,493.92 | $8,493.92 | $8,493.92 | $8,493.92 | $8,493.92 | $8,493.92 | $8,493.92 |
| 2...5XY? | 4/1/22 | 4.625% | $41,914.25 | Syncora | $960.27 | $960.27 | $960.27 | $960.27 | $960.27 | $960.27 | $960.27 | $960.27 | $960.27 | $960.27 | $960.27 | $960.27 | $960.27 | $960.27 |
| 2...5XZ? | 4/1/23 | 5.250% | $298,848.59 | Syncora | $7,844.78 | $7,844.78 | $7,844.78 | $7,844.78 | $7,844.78 | $7,844.78 | $7,844.78 | $7,844.78 | $7,844.78 | $7,844.78 | $7,844.78 | $7,844.78 | $7,844.78 | $7,844.78 |
| 2...5YA? | 4/1/23 | 5.250% | $125,742.74 | Syncora | $2,907.80 | $2,907.80 | $2,907.80 | $2,907.80 | $2,907.80 | $2,907.80 | $2,907.80 | $2,907.80 | $2,907.80 | $2,907.80 | $2,907.80 | $2,907.80 | $2,907.80 | $2,907.80 |
| 2...5YB0 | 4/1/23 | 5.250% | $332,624.08 | Syncora | $6,106.38 | $6,106.38 | $6,106.38 | $6,106.38 | $6,106.38 | $6,106.38 | $6,106.38 | $6,106.38 | $6,106.38 | $6,106.38 | $6,106.38 | $6,106.38 | $6,106.38 | $6,106.38 |
| | | | $2,655,267.62 | | $69,862.49 | $69,862.49 | $62,748.25 | $62,748.25 | $56,157.76 | $56,157.76 | $49,226.19 | $49,226.19 | $41,931.54 | $41,931.54 | $34,251.80 | $34,251.80 | $26,322.15 | $26,322.15 |
| **UTGO Series 2004-A(I)** | | | | | | | | | | | | | | | | | | |
| 2...5YX2 | 4/1/15 | 5.250% | $177,228.23 | Ambac | $9,002.24 | $9,002.24 | $9,002.24 | $9,002.24 | $9,002.24 | $9,002.24 | $9,002.24 | $9,002.24 | $9,002.24 | | | | | |
| 2...5YY0 | 4/1/16 | 4.250% | $15,508.27 | Ambac | $329.55 | $329.55 | $329.55 | $329.55 | $329.55 | $329.55 | $329.55 | $329.55 | $329.55 | $329.55 | $329.55 | $329.55 | $329.55 | $329.55 |
| 2...5YZ? | 4/1/17 | 5.250% | $510,096.40 | Ambac | $13,399.03 | $13,399.03 | $13,399.03 | $13,399.03 | $13,399.03 | $13,399.03 | $13,399.03 | $13,399.03 | $13,399.03 | $13,399.03 | $13,399.03 | $13,399.03 | $13,399.03 | $13,399.03 |
| 2...5ZA? | 4/1/18 | 5.000% | $555,268.08 | Ambac | $13,831.70 | $13,831.70 | $13,831.70 | $13,831.70 | $13,831.70 | $13,831.70 | $13,831.70 | $13,831.70 | $13,831.70 | $13,831.70 | $13,831.70 | $13,831.70 | $13,831.70 | $13,831.70 |
| 2...5ZC? | 4/1/21 | 5.250% | $473,591.48 | Ambac | $15,240.45 | $15,240.45 | $15,240.45 | $15,240.45 | $15,240.45 | $15,240.45 | $15,240.45 | $15,240.45 | $15,240.45 | $15,240.45 | $15,240.45 | $15,240.45 | $15,240.45 | $15,240.45 |
| 2...5ZD5 | 4/1/23 | 5.250% | $31,435.69 | Ambac | $707.30 | $707.30 | $707.30 | $707.30 | $707.30 | $707.30 | $707.30 | $707.30 | $707.30 | $707.30 | $707.30 | $707.30 | $707.30 | $707.30 |
| 2...5ZE3 | 4/1/23 | 5.250% | $580,093.20 | Ambac | $15,227.45 | $15,227.45 | $15,227.45 | $15,227.45 | $15,227.45 | $15,227.45 | $15,227.45 | $15,227.45 | $15,227.45 | $15,227.45 | $15,227.45 | $15,227.45 | $15,227.45 | $15,227.45 |
| 2...5ZF? | 4/1/24 | 4.600% | $65,805.37 | Ambac | $1,513.52 | $1,513.52 | $1,513.52 | $1,513.52 | $1,513.52 | $1,513.52 | $1,513.52 | $1,513.52 | $1,513.52 | $1,513.52 | $1,513.52 | $1,513.52 | $1,513.52 | $1,513.52 |
| 2...5ZF9 | 4/1/24 | 5.250% | $577,578.34 | Ambac | $15,161.43 | $15,161.43 | $15,161.43 | $15,161.43 | $15,161.43 | $15,161.43 | $15,161.43 | $15,161.43 | $15,161.43 | $15,161.43 | $15,161.43 | $15,161.43 | $15,161.43 | $15,161.43 |
| | | | $3,291,945.05 | | $85,312.68 | $85,312.68 | $85,312.68 | $85,312.68 | $85,312.68 | $85,312.68 | $85,312.68 | $85,312.68 | $85,312.68 | $75,410.44 | $75,410.44 | $75,410.44 | $61,090.86 | $61,090.86 |

* Subject to Mandatory Redemption

| CUSIP | Maturity Date | Rate | Principal | Insurer | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Interest | | | | | |
| **UTGO 2004-B(I)** | | | | | | | | | | | | | | | | | | |
| ...9Z78 | 4/1/15 | 5.000% | $727,217.21 | Ambac | $18,180.31 | $18,180.31 | | | | | | | | | | | | |
| ...9Z26 | 4/1/16 | 5.250% | $763,258.46 | Ambac | $20,035.53 | $20,035.53 | $20,035.53 | $20,035.53 | | | | | | | | | | |
| ...9X84 | 4/1/17 | 4.000% | $25,567.69 | Ambac | $511.35 | $511.35 | $511.35 | $511.35 | $511.35 | $511.35 | | | | | | | | |
| ...9Z52 | 4/1/17 | 5.250% | $772,938.45 | Ambac | $20,420.62 | $20,420.62 | $20,420.62 | $20,420.62 | $20,420.62 | $20,420.62 | | | | | | | | |
| ...9Z70 | 4/1/18 | 5.250% | $167,556.99 | Ambac | $4,401.00 | $4,401.00 | $4,401.00 | $4,401.00 | $4,401.00 | $4,401.00 | $4,401.00 | $4,401.00 | | | | | | |
| | | | $2,461,623.80 | | $63,548.81 | $63,548.81 | $45,368.51 | $45,368.51 | $25,332.97 | $25,332.97 | $4,401.00 | $4,401.00 | | | | | | |
| **UTGO 2004-B(2)** | | | | | | | | | | | | | | | | | | |
| ...ZX1 | 4/1/19 | 5.240% | $48,201.39 * | Ambac | $1,262.88 | $1,262.88 | $922.45 | $922.45 | $560.06 | $560.06 | $186.69 | $186.69 | | | | | | |
| **UTGO 2005-B** | | | | | | | | | | | | | | | | | | |
| ...G53 | 4/1/15 | 5.000% | $191,967.26 | Assured | $4,799.18 | $4,799.18 | | | | | | | | | | | | |
| ...G61 | 4/1/16 | 5.000% | $301,607.53 | Assured | $5,040.19 | $5,040.19 | $5,040.19 | $5,040.19 | | | | | | | | | | |
| ...G79 | 4/1/17 | 4.300% | $211,247.81 | Assured | $4,541.83 | $4,541.83 | $4,541.83 | $4,541.83 | $4,541.83 | $4,541.83 | | | | | | | | |
| ...H87 | 4/1/18 | 5.000% | $230,888.09 | Assured | $5,322.20 | $5,322.20 | $5,322.20 | $5,322.20 | $5,322.20 | $5,322.20 | $5,322.20 | $5,322.20 | | | | | | |
| ...G95 | 4/1/19 | 5.000% | $231,785.79 | Assured | $5,794.64 | $5,794.64 | $5,794.64 | $5,794.64 | $5,794.64 | $5,794.64 | $5,794.64 | $5,794.64 | $5,794.64 | $5,794.64 | | | | |
| ...H29 | 4/1/20 | 5.000% | $419,142.48 | Assured | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | | |
| ...H37 | 4/1/21 | 5.000% | $419,142.48 | Assured | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 |
| ...H45 | 4/1/22 | 5.000% | $419,142.48 | Assured | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 |
| ...H52 | 4/1/23 | 5.000% | $419,142.48 | Assured | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 |
| ...H60 | 4/1/24 | 5.000% | $419,142.48 | Assured | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 |
| ...H78 | 4/1/25 | 5.000% | $419,142.48 | Assured | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 | $10,478.56 |
| | | | $3,572,381.57 | | $88,569.42 | $88,569.42 | $83,770.24 | $83,770.24 | $78,730.05 | $78,730.05 | $74,188.22 | $74,188.22 | $68,866.02 | $68,866.02 | $62,571.37 | $62,571.37 | $52,392.81 | $52,392.81 |
| **UTGO 2005-C** | | | | | | | | | | | | | | | | | | |
| ...D92 | 4/1/15 | 5.000% | $193,224.68 | Assured | $4,830.62 | $4,830.62 | | | | | | | | | | | | |
| ...E25 | 4/1/16 | 5.000% | $203,284.10 | Assured | $5,082.10 | $5,082.10 | $5,082.10 | $5,082.10 | | | | | | | | | | |
| ...E41 | 4/1/17 | 4.300% | $213,343.52 | Assured | $4,586.89 | $4,586.89 | $4,586.89 | $4,586.89 | $4,586.89 | $4,586.89 | | | | | | | | |
| ...E58 | 4/1/18 | 5.250% | $220,468.95 | Assured | $5,511.72 | $5,511.72 | $5,511.72 | $5,511.72 | $5,511.72 | $5,511.72 | $5,511.72 | $5,511.72 | | | | | | |
| ...E66 | 4/1/19 | 5.250% | $229,270.94 | Assured | $6,018.36 | $6,018.36 | $6,018.36 | $6,018.36 | $6,018.36 | $6,018.36 | $6,018.36 | $6,018.36 | $6,018.36 | $6,018.36 | | | | |
| ...E74 | 4/1/20 | 5.250% | $241,845.21 | Assured | $6,348.44 | $6,348.44 | $6,348.44 | $6,348.44 | $6,348.44 | $6,348.44 | $6,348.44 | $6,348.44 | $6,348.44 | $6,348.44 | $6,348.44 | $6,348.44 | | |
| | | | $1,301,437.41 | | $32,378.13 | $32,378.13 | $27,547.51 | $27,547.51 | $22,461.41 | $22,461.41 | $17,878.52 | $17,878.52 | $12,366.80 | $12,366.80 | $6,348.44 | $6,348.44 | | |
| **UTGO 2006-A** | | | | | | | | | | | | | | | | | | |
| ...G56 | 4/1/15 | 5.000% | $241,006.93 | Assured | $6,025.17 | $6,025.17 | | | | | | | | | | | | |
| ...G64 | 4/1/16 | 5.000% | $252,742.92 | Assured | $6,318.57 | $6,318.57 | $6,318.57 | $6,318.57 | | | | | | | | | | |
| ...G72 | 4/1/17 | 5.000% | $265,736.33 | Assured | $6,643.41 | $6,643.41 | $6,643.41 | $6,643.41 | $6,643.41 | $6,643.41 | | | | | | | | |
| ...G98 | 4/1/18 | 4.000% | $278,729.75 | Assured | $5,574.60 | $5,574.60 | $5,574.60 | $5,574.60 | $5,574.60 | $5,574.60 | $5,574.60 | $5,574.60 | | | | | | |
| ...H22 | 4/1/19 | 5.000% | $290,846.60 | Assured | $7,251.16 | $7,251.16 | $7,251.16 | $7,251.16 | $7,251.16 | $7,251.16 | $7,251.16 | $7,251.16 | $7,251.16 | $7,251.16 | | | | |
| ...H30 | 4/1/20 | 5.000% | $304,297.44 | Assured | $7,607.44 | $7,607.44 | $7,607.44 | $7,607.44 | $7,607.44 | $7,607.44 | $7,607.44 | $7,607.44 | $7,607.44 | $7,607.44 | $7,607.44 | $7,607.44 | | |
| ...H48 | 4/1/21 | 5.000% | $319,885.71 | Assured | $7,995.14 | $7,995.14 | $7,995.14 | $7,995.14 | $7,995.14 | $7,995.14 | $7,995.14 | $7,995.14 | $7,995.14 | $7,995.14 | $7,995.14 | $7,995.14 | $7,995.14 | $7,995.14 |
| ...H55 | 4/1/22 | 5.000% | $335,733.13 | Assured | $8,393.33 | $8,393.33 | $8,393.33 | $8,393.33 | $8,393.33 | $8,393.33 | $8,393.33 | $8,393.33 | $8,393.33 | $8,393.33 | $8,393.33 | $8,393.33 | $8,393.33 | $8,393.33 |
| ...H63 | 4/1/24 | 5.000% | $722,601.04 | Assured | $18,065.04 | $18,065.04 | $18,065.04 | $18,065.04 | $18,065.04 | $18,065.04 | $18,065.04 | $18,065.04 | $18,065.04 | $18,065.04 | $18,065.04 | $18,065.04 | $18,065.04 | $18,065.04 |
| ...H71 | | 5.000% | $1,674,893.36 | Assured | $41,872.33 | $41,872.33 | $41,872.33 | $41,872.33 | $41,872.33 | $41,872.33 | $41,872.33 | $41,872.33 | $41,872.33 | $41,872.33 | $41,872.33 | $41,872.33 | $41,872.33 | $41,872.33 |
| | | | $4,685,593.81 | | $115,746.20 | $115,746.20 | $109,721.02 | $109,721.02 | $103,402.45 | $103,402.45 | $96,759.04 | $96,759.04 | $91,184.45 | $91,184.45 | $83,933.28 | $83,933.28 | $76,323.85 | $76,323.85 |
| **UTGO 2008-B(I)** | | | | | | | | | | | | | | | | | | |
| ...J53 | 4/1/15 | 5.000% | $668,113.12 | Assured | $16,702.83 | $16,702.83 | | | | | | | | | | | | |
| ...J61 | 4/1/16 | 5.000% | $288,370.03 | Assured | $7,209.25 | $7,209.25 | $7,209.25 | $7,209.25 | | | | | | | | | | |
| ...J79 | 4/1/17 | 4.000% | $300,106.02 | Assured | $7,502.65 | $7,502.65 | $7,502.65 | $7,502.65 | $7,502.65 | $7,502.65 | | | | | | | | |
| ...J87 | 4/1/18 | 5.000% | $317,710.00 | Assured | $7,942.75 | $7,942.75 | $7,942.75 | $7,942.75 | $7,942.75 | $7,942.75 | $7,942.75 | $7,942.75 | | | | | | |
| | | | $1,574,299.16 | | $39,357.48 | $39,357.48 | $22,654.65 | $22,654.65 | $15,445.40 | $15,445.40 | $7,942.75 | $7,942.75 | | | | | | |
| | | | $27,139,687.74 | | $704,564.52 | $704,564.52 | $627,918.16 | $627,918.16 | $556,899.87 | $556,899.87 | $483,928.09 | $483,928.09 | $409,027.68 | $409,027.68 | $335,769.44 | $335,769.44 | $260,245.79 | $260,245.79 |

* Subject to Mandatory Redemption

# UTGO Series STUB Bonds - Debt Service (GRS Pension Allocation)

*(Interest payment columns 10/1/24 through 4/1/28 are blank for all rows and are omitted below; columns 10/1/25, 4/1/26, 10/1/26, 4/1/27, 10/1/27, 4/1/28 contained no values.)*

| CUSIP | Maturity Date | Rate | Principal | Insurer | 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | 10/1/23 | 4/1/24 | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO...2009-A** | | | | | | | | | | | | |
| 25...M3 | 4/1/15 | 5.250% | $218,911.21 | Assured | | | | | | | $12,542.84 | $251,454.05 |
| 25...N1 | 4/1/16 | 5.000% | $251,066.35 | Assured | | | | | | | $25,106.63 | $276,172.98 |
| 25...P6 | 4/1/17 | 5.000% | $263,640.62 | Assured | | | | | | | $39,546.09 | $303,186.71 |
| 25...Q4 | 4/1/18 | 5.000% | $277,053.18 | Assured | | | | | | | $55,410.64 | $332,463.82 |
| 25...R2 | 4/1/19 | 5.000% | $290,884.88 | Assured | | | | | | | $72,721.22 | $363,606.10 |
| | | | $1,321,556.23 | | | | | | | | $205,327.42 | $1,526,883.67 |
| **UTGO...2001-A(1)** | | | | | | | | | | | | |
| 25...X6 | 4/1/16 | 5.375% | $497,941.27 | NPFG | | | | | | | $26,764.34 | $524,705.61 |
| 25...Y4 | 4/1/16 | 5.375% | $524,766.39 | NPFG | | | | | | | $56,412.39 | $581,178.77 |
| 25...K3 | 4/1/16 | 5.375% | $553,268.08 | NPFG | | | | | | | $89,214.48 | $642,482.55 |
| 25...L1 | 4/1/17 | 5.375% | $1,173,598.95 | NPFG | | | | | | | $252,323.77 | $1,425,922.72 |
| 25...M9 | 4/1/18 | 5.375% | $1,173,598.95 | NPFG | | | | | | | $293,399.74 | $1,466,998.69 |
| 25...N7 | 4/1/19 | 5.000% | $1,173,598.95 | NPFG | | | | | | | $352,019.68 | $1,525,618.63 |
| 25...P2 | 4/1/20 | 5.000% | $1,173,598.95 | NPFG | | | | | | | $410,759.63 | $1,584,358.58 |
| 25...Q0 | 4/1/21 | 5.000% | | NPFG | | | | | | | | |
| | | | $6,270,371.53 | | | | | | | | $1,480,954.04 | $7,751,325.57 |
| **UTGO...2002** | | | | | | | | | | | | |
| 25...W8 | 4/1/21 | 5.125% | $271,604.33 | NPFG | $7,314.30 | $7,314.30 | | | | | $97,438.05 | $369,042.38 |
| 25...W6 | 4/1/21 | 5.125% | $285,436.03 | NPFG | | | | | | | $117,028.77 | $402,464.80 |
| | | | $557,040.36 | | $7,314.30 | $7,314.30 | | | | | $214,466.83 | $771,507.18 |
| **UTGO...2003-A** | | | | | | | | | | | | |
| 25...Q0 | 4/1/15 | 4.000% | $25,148.55 | Syncora | | | | | | | $1,005.94 | $26,154.49 |
| 25...X0 | 4/1/15 | 5.250% | $213,762.67 | Syncora | | | | | | | $11,222.54 | $224,985.21 |
| 25...R8 | 4/1/16 | 5.250% | $251,066.35 | Syncora | | | | | | | $26,361.97 | $277,428.31 |
| 25...S4 | 4/1/16 | 5.250% | $264,059.76 | Syncora | | | | | | | $41,589.41 | $305,649.18 |
| 25...T2 | 4/1/18 | 5.250% | $277,891.47 | Syncora | | | | | | | $58,357.21 | $336,248.67 |
| 25...U9 | 4/1/18 | 5.250% | $292,561.45 | Syncora | | | | | | | $76,797.38 | $360,358.83 |
| 25...V7 | 4/1/19 | 4.500% | $41,914.25 | Syncora | | | | | | | $11,316.85 | $53,231.10 |
| 25...W5 | 4/1/20 | 5.250% | $266,355.68 | Syncora | | | | | | | $83,838.97 | $349,994.45 |
| 25...X3 | 4/1/21 | 5.250% | $323,578.00 | Syncora | | | | | | | $118,914.91 | $442,492.91 |
| 25...Y1 | 4/1/22 | 4.625% | $41,914.25 | Syncora | $960.27 | $960.27 | | | | | $15,508.27 | $57,422.52 |
| 25...Z8 | 4/1/22 | 5.250% | $298,848.39 | Syncora | $7,844.78 | $7,844.78 | | | | | $125,516.41 | $424,365.00 |
| 25...A2 | 4/1/23 | 4.625% | $125,742.74 | Syncora | $2,907.80 | $2,907.80 | $2,907.80 | $2,907.80 | | | $52,340.42 | $178,083.16 |
| 25...B0 | 4/1/23 | 5.250% | $232,624.08 | Syncora | $6,106.38 | $6,106.38 | $6,106.38 | $6,106.38 | | | $109,914.68 | $342,538.95 |
| | | | $2,653,267.62 | | $17,828.23 | $17,828.23 | $9,014.18 | $9,014.18 | | | $732,685.16 | $3,387,952.78 |
| **UTGO...2004-A(1)** | | | | | | | | | | | | |
| 25...YX2 | 4/1/19 | 5.250% | $377,028.23 | Ambac | | | | | | | $99,022.41 | $476,250.65 |
| 25...YY0 | 4/1/20 | 4.250% | $15,508.27 | Ambac | | | | | | | $3,954.61 | $19,462.88 |
| 25...YZ7 | 4/1/20 | 5.350% | $510,096.40 | Ambac | | | | | | | $160,680.37 | $670,776.77 |
| 25...ZA1 | 4/1/21 | 5.000% | $553,268.08 | Ambac | | | | | | | $193,643.83 | $746,911.90 |
| 25...ZB9 | 4/1/22 | 5.250% | $580,593.48 | Ambac | $15,249.45 | $15,249.45 | | | | | $243,591.22 | $824,922.70 |
| 25...ZC7 | 4/1/23 | 5.000% | $31,435.69 | Ambac | $707.30 | $707.30 | $707.30 | $707.30 | | | $12,731.45 | $44,167.14 |
| 25...ZD5 | 4/1/23 | 4.500% | $580,093.30 | Ambac | $15,227.45 | $15,227.45 | $15,227.45 | $15,227.45 | | | $274,094.03 | $854,187.23 |
| 25...ZE3 | 4/1/24 | 4.600% | $65,805.57 | Ambac | $1,513.52 | $1,513.52 | $1,513.52 | $1,513.52 | $1,513.52 | $1,513.52 | $30,270.47 | $96,075.84 |
| 25...ZF0 | 4/1/24 | 5.250% | $577,578.34 | Ambac | $15,161.43 | $15,161.43 | $15,161.43 | $15,161.43 | $15,161.43 | $15,161.43 | $303,228.63 | $880,806.97 |
| | | | $3,291,945.05 | | $47,859.16 | $47,859.16 | $32,609.70 | $32,609.70 | $16,674.55 | $16,674.55 | $1,321,617.02 | $4,613,562.08 |

\* Subject to Mandatory Redemption

13-53846-swr   Doc 7150-33   Filed 08/26/14   Entered 08/26/14 20:20:34   Page 96 of 862

# UTGO Series STUB Bonds - Debt Service (GRS Pension Allocation)

| CIP | Maturity Date | Rate | Principal | Insurer | Interest 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | 10/1/23 | 4/1/24 | 10/1/24 | 4/1/25 | 10/1/25 | 4/1/26 | 10/1/26 | 4/1/27 | 10/1/27 | 4/1/28 | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO 2004-B(1)** | | | | | | | | | | | | | | | | | | | | |
| 25AZ28 | 4/1/15 | 5.000% | 732,212.21 | Ambac | | | | | | | | | | | | | | | 36,360.61 | 70,572.82 |
| 25CQ6 | 4/1/16 | 5.250% | 763,758.46 | Ambac | | | | | | | | | | | | | | | 80,142.14 | 843,400.60 |
| 25ZR4 | 4/1/17 | 4.000% | 25,567.69 | Ambac | | | | | | | | | | | | | | | 3,068.12 | 28,635.81 |
| 25ZS2 | 4/1/17 | 5.250% | 777,928.45 | Ambac | | | | | | | | | | | | | | | 122,523.73 | 900,452.18 |
| 25ZT0 | 4/1/18 | 5.250% | 168,566.99 | Ambac | | | | | | | | | | | | | | | 35,207.97 | 203,864.96 |
| | | | 2,461,623.90 | | | | | | | | | | | | | | | | 277,302.57 | 2,738,926.37 |
| **UTGO 2004-B(2)** | | | | | | | | | | | | | | | | | | | | |
| 25ZX1 | 4/1/19 | 5.240% | 48,201.39 * | Ambac | | | | | | | | | | | | | | | 5,864.14 | 54,065.52 |
| **UTGO 2005-B** | | | | | | | | | | | | | | | | | | | | |
| 25G53 | 4/1/15 | 5.000% | 191,967.26 | Assured | | | | | | | | | | | | | | | 9,598.36 | 201,565.62 |
| 25G61 | 4/1/16 | 5.000% | 201,607.53 | Assured | | | | | | | | | | | | | | | 20,160.75 | 221,768.29 |
| 25G79 | 4/1/17 | 4.300% | 211,247.81 | Assured | | | | | | | | | | | | | | | 27,250.97 | 238,498.78 |
| 25G87 | 4/1/18 | 5.000% | 220,888.09 | Assured | | | | | | | | | | | | | | | 44,177.02 | 265,065.71 |
| 25H11 | 4/1/19 | 5.000% | 231,785.79 | Assured | | | | | | | | | | | | | | | 57,546.45 | 289,332.24 |
| 25H29 | 4/1/20 | 5.000% | 419,142.48 | Assured | | | | | | | | | | | | | | | 125,742.74 | 544,885.23 |
| 25H37 | 4/1/21 | 5.000% | 419,142.48 | Assured | | | | | | | | | | | | | | | 144,699.87 | 565,842.35 |
| 25H45 | 4/1/22 | 5.000% | 419,142.48 | Assured | 10,478.56 | 10,478.56 | | | | | | | | | | | | | 167,656.99 | 586,799.47 |
| 25H52 | 4/1/23 | 5.000% | 419,142.48 | Assured | 10,478.56 | 10,478.56 | 10,478.56 | 10,478.56 | | | | | | | | | | | 188,614.12 | 607,756.60 |
| 25H60 | 4/1/24 | 5.000% | 419,142.48 | Assured | 10,478.56 | 10,478.56 | 10,478.56 | 10,478.56 | 10,478.56 | 10,478.56 | | | | | | | | | 209,571.24 | 628,713.72 |
| 25H78 | 4/1/25 | 5.250% | 419,142.48 | Assured | 10,478.56 | 10,478.56 | 10,478.56 | 10,478.56 | 10,478.56 | 10,478.56 | 10,478.56 | 10,478.56 | | | | | | | 230,528.37 | 649,670.85 |
| | | | 3,572,583.17 | | 41,914.25 | 41,914.25 | 31,435.69 | 31,435.69 | 20,957.12 | 20,957.12 | 10,478.56 | 10,478.56 | | | | | | | 1,227,947.48 | 4,800,298.85 |
| **UTGO 2005-C** | | | | | | | | | | | | | | | | | | | | |
| 25J92 | 4/1/15 | 5.000% | 193,224.68 | Assured | | | | | | | | | | | | | | | 9,661.23 | 202,885.92 |
| 25JK25 | 4/1/16 | 5.000% | 203,784.10 | Assured | | | | | | | | | | | | | | | 20,328.41 | 223,612.51 |
| 25JK33 | 4/1/17 | 4.300% | 213,343.52 | Assured | | | | | | | | | | | | | | | 27,521.31 | 240,864.84 |
| 25JK41 | 4/1/18 | 5.000% | 220,668.95 | Assured | | | | | | | | | | | | | | | 44,893.79 | 265,562.73 |
| 25JS8 | 4/1/19 | 5.250% | 229,270.94 | Assured | | | | | | | | | | | | | | | 60,183.62 | 289,454.56 |
| 25JK66 | 4/1/20 | 5.250% | 241,845.21 | Assured | | | | | | | | | | | | | | | 76,181.24 | 318,026.45 |
| | | | 1,301,437.41 | | | | | | | | | | | | | | | | 237,969.61 | 1,539,407.02 |
| **UTGO 2006-A** | | | | | | | | | | | | | | | | | | | | |
| 25L64 | 4/1/15 | 5.000% | 241,006.93 | Assured | | | | | | | | | | | | | | | 12,050.35 | 253,057.27 |
| 25M64 | 4/1/16 | 5.000% | 252,742.92 | Assured | | | | | | | | | | | | | | | 25,274.29 | 278,017.21 |
| 25M72 | 4/1/17 | 5.000% | 265,736.33 | Assured | | | | | | | | | | | | | | | 39,860.45 | 305,596.78 |
| 25M80 | 4/1/18 | 4.000% | 278,729.75 | Assured | | | | | | | | | | | | | | | 44,596.76 | 333,326.51 |
| 25M98 | 4/1/19 | 5.000% | 290,046.60 | Assured | | | | | | | | | | | | | | | 72,511.65 | 362,558.25 |
| 25N22 | 4/1/20 | 5.000% | 304,207.44 | Assured | | | | | | | | | | | | | | | 91,280.23 | 395,386.67 |
| 25N30 | 4/1/21 | 5.000% | 319,105.74 | Assured | | | | | | | | | | | | | | | 111,932.00 | 431,737.71 |
| 25N48 | 4/1/22 | 5.000% | 335,733.13 | Assured | | | | | | | | | | | | | | | 134,270.35 | 470,026.38 |
| 25N55 | 4/1/27 | 5.000% | 722,601.64 | Assured | | | | | | | | | | | | | | | 345,675.88 | 1,066,277.52 |
| 25N63 | 4/1/28 | 5.000% | 1,674,893.36 | Assured | | | | | | | | | | | | | | | 1,051,900.93 | 2,726,794.29 |
| | | | 4,685,593.81 | | 68,330.70 | 68,330.70 | 59,577.37 | 59,577.37 | 51,124.90 | 51,124.90 | 41,872.33 | 41,872.33 | 32,158.71 | 32,158.71 | 21,952.59 | 21,952.59 | 11,243.50 | 11,243.50 | 1,927,384.79 | 6,612,978.60 |
| **UTGO 2006-B(1)** | | | | | | | | | | | | | | | | | | | | |
| 25P53 | 4/1/15 | 5.000% | 668,113.12 | Assured | | | | | | | | | | | | | | | 33,405.66 | 701,518.77 |
| 25P61 | 4/1/16 | 5.000% | 288,370.03 | Assured | | | | | | | | | | | | | | | 28,837.00 | 317,207.03 |
| 25P79 | 4/1/17 | 5.000% | 300,106.02 | Assured | | | | | | | | | | | | | | | 45,015.50 | 345,121.92 |
| 25P87 | 4/1/18 | 5.000% | 317,710.00 | Assured | | | | | | | | | | | | | | | 63,542.00 | 381,253.00 |
| | | | 1,574,299.16 | | | | | | | | | | | | | | | | 170,800.56 | 1,745,099.72 |
| **Total** | | | 27,139,667.74 | | 183,246.63 | 183,246.63 | 132,996.95 | 132,996.95 | 88,756.98 | 88,756.98 | 52,350.90 | 52,350.90 | 32,158.71 | 32,158.71 | 21,952.59 | 21,952.59 | 11,243.50 | 11,243.50 | 7,602,319.61 | 7,682,... |

* Subject to Mandatory Redemption

# UTGO Series STUB Bonds – Debt Service (GRS Pension Allocation)

## Bond Series Subject to Mandatory Redemption

### Issuance: 2004-B(2)

CUSIP 25093ZX1

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Ambac | | | $48,201.39 | 5.240% | $1,262.88 |
| 4/1/15 | Ambac | 6/30/15 | $12,993.42 | $35,207.97 | 5.240% | $1,262.88 |
| 10/1/15 | Ambac | | | $35,207.97 | 5.240% | $922.45 |
| 4/1/16 | Ambac | 6/30/16 | $13,831.70 | $21,376.27 | 5.240% | $922.45 |
| 10/1/16 | Ambac | | | $21,376.27 | 5.240% | $560.06 |
| 4/1/17 | Ambac | 6/30/17 | $14,250.84 | $7,125.42 | 5.240% | $560.06 |
| 10/1/17 | Ambac | | | $7,125.42 | 5.240% | $186.69 |
| 4/1/18 | Ambac | 6/30/18 | $7,125.42 | - | 5.240% | $186.69 |
| Total | | | $48,201.39 | | | $5,864.14 |

### Issuance: 2008-A

CUSIP 25093NN3

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | 6/30/15 | | $1,674,893.36 | 5.000% | $41,872.33 |
| 4/1/15 | Assured | 6/30/15 | | $1,674,893.36 | 5.000% | $41,872.33 |
| 10/1/15 | Assured | 6/30/16 | | $1,674,893.36 | 5.000% | $41,872.33 |
| 4/1/16 | Assured | 6/30/16 | | $1,674,893.36 | 5.000% | $41,872.33 |
| 10/1/16 | Assured | 6/30/17 | | $1,674,893.36 | 5.000% | $41,872.33 |
| 4/1/17 | Assured | 6/30/17 | | $1,674,893.36 | 5.000% | $41,872.33 |
| 10/1/17 | Assured | 6/30/18 | | $1,674,893.36 | 5.000% | $41,872.33 |
| 4/1/18 | Assured | 6/30/18 | | $1,674,893.36 | 5.000% | $41,872.33 |
| 10/1/18 | Assured | 6/30/19 | | $1,674,893.36 | 5.000% | $41,872.33 |
| 4/1/19 | Assured | 6/30/19 | | $1,674,893.36 | 5.000% | $41,872.33 |
| 10/1/19 | Assured | 6/30/20 | | $1,674,893.36 | 5.000% | $41,872.33 |
| 4/1/20 | Assured | 6/30/20 | | $1,674,893.36 | 5.000% | $41,872.33 |
| 10/1/20 | Assured | 6/30/21 | | $1,674,893.36 | 5.000% | $41,872.33 |
| 4/1/21 | Assured | 6/30/21 | | $1,674,893.36 | 5.000% | $41,872.33 |
| 10/1/21 | Assured | 6/30/22 | | $1,674,893.36 | 5.000% | $41,872.33 |
| 4/1/22 | Assured | 6/30/22 | | $1,674,893.36 | 5.000% | $41,872.33 |
| 10/1/2022 | Assured | 6/30/2023 | | $1,674,893.36 | 5.000% | $41,872.33 |
| 4/1/2023 | Assured | 6/30/2023 | | $1,674,893.36 | 5.000% | $41,872.33 |
| 10/1/2023 | Assured | 6/30/2024 | $388,545.08 | $1,674,893.36 | 5.000% | $41,872.33 |
| 4/1/2024 | Assured | 6/30/2024 | | $1,286,348.28 | 5.000% | $41,872.33 |
| 10/1/2024 | Assured | 6/30/2025 | | $1,286,348.28 | 5.000% | $32,158.71 |
| 4/1/2025 | Assured | 6/30/2025 | $408,244.78 | $1,286,348.28 | 5.000% | $32,158.71 |
| 10/1/2025 | Assured | 6/30/2026 | | $878,103.50 | 5.000% | $32,158.71 |
| 4/1/2026 | Assured | 6/30/2026 | | $878,103.50 | 5.000% | $21,952.59 |
| 10/1/2026 | Assured | 6/30/2027 | $438,363.62 | $878,103.50 | 5.000% | $21,952.59 |
| 4/1/2027 | Assured | 6/30/2027 | | $449,739.88 | 5.000% | $21,952.59 |
| 10/1/2027 | Assured | 6/30/2028 | | $449,739.88 | 5.000% | $11,243.50 |
| 4/1/2028 | Assured | 6/30/2028 | $449,739.88 | $449,739.88 | 5.000% | $11,243.50 |
| Total | | | $1,674,893.36 | | | $1,051,900.93 |

### Issuance: 2008-A

CUSIP 25093NN5

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | 6/30/15 | | $722,601.64 | 5.000% | $18,065.04 |
| 4/1/15 | Assured | 6/30/15 | | $722,601.64 | 5.000% | $18,065.04 |
| 10/1/15 | Assured | 6/30/16 | | $722,601.64 | 5.000% | $18,065.04 |
| 4/1/16 | Assured | 6/30/16 | | $722,601.64 | 5.000% | $18,065.04 |
| 10/1/16 | Assured | 6/30/17 | | $722,601.64 | 5.000% | $18,065.04 |
| 4/1/17 | Assured | 6/30/17 | | $722,601.64 | 5.000% | $18,065.04 |
| 10/1/17 | Assured | 6/30/18 | | $722,601.64 | 5.000% | $18,065.04 |
| 4/1/18 | Assured | 6/30/18 | | $722,601.64 | 5.000% | $18,065.04 |
| 10/1/18 | Assured | 6/30/19 | | $722,601.64 | 5.000% | $18,065.04 |
| 4/1/19 | Assured | 6/30/19 | | $722,601.64 | 5.000% | $18,065.04 |
| 10/1/19 | Assured | 6/30/20 | | $722,601.64 | 5.000% | $18,065.04 |
| 4/1/20 | Assured | 6/30/20 | | $722,601.64 | 5.000% | $18,065.04 |
| 10/1/20 | Assured | 6/30/21 | | $722,601.64 | 5.000% | $18,065.04 |
| 4/1/21 | Assured | 6/30/21 | | $722,601.64 | 5.000% | $18,065.04 |
| 10/1/21 | Assured | 6/30/22 | | $722,601.64 | 5.000% | $18,065.04 |
| 4/1/22 | Assured | 6/30/22 | | $722,601.64 | 5.000% | $18,065.04 |
| 10/1/2022 | Assured | 6/30/2023 | | $722,601.64 | 5.000% | $18,065.04 |
| 4/1/2023 | Assured | 6/30/2023 | $352,498.83 | $370,102.81 | 5.000% | $9,252.57 |
| 10/1/2023 | Assured | 6/30/2024 | | $370,102.81 | 5.000% | $9,252.57 |
| 10/1/2024 | Assured | 6/30/2024 | $370,102.81 | | 5.000% | |
| 10/1/2024 | Assured | 6/30/2025 | | | 5.000% | |
| Total | | | $722,601.64 | | | $343,675.88 |

**Exhibit B**

**EMERGENCY MANAGER ORDER**

B-1

ORDER NO. ____

ORDER OF THE EMERGENCY MANAGER OF THE CITY OF DETROIT, COUNTY OF WAYNE, STATE OF MICHIGAN, AUTHORIZING THE ISSUANCE AND RESTRUCTURING OF CERTAIN UNLIMITED TAX GENERAL OBLIGATION BONDS OF THE CITY OF DETROIT BY THE ISSUANCE BY THE CITY OF DETROIT OF NOT TO EXCEED $287,560,790 DISTRIBUTABLE STATE AID FOURTH LIEN RESTRUCTURED BONDS (UNLIMITED TAX GENERAL OBLIGATION), SERIES 2014 IN ONE OR MORE SUB-SERIES FOR THE PURPOSE OF PROVIDING CERTAIN BANKRUPTCY PLAN OF ADJUSTMENT FINANCING FOR THE CITY RELATED TO UNLIMITED TAX GENERAL OBLIGATION BOND CLAIMS; AUTHORIZING A FIFTH SUPPLEMENT TO THE OUTSTANDING MASTER DEBT RETIREMENT TRUST INDENTURE TO SECURE REPAYMENT OF SAID BONDS; IMPLEMENTING THE ASSIGNMENT OF PAYMENTS ON NOT TO EXCEED $43,349,210 OF THE CITY'S OUTSTANDING UNLIMITED TAX GENERAL OBLIGATION BONDS (STUB UTGO BONDS) PURSUANT TO THE PLAN OF ADJUSTMENT; AND AUTHORIZING THE AUTHORIZED OFFICERS TO MAKE CERTAIN DETERMINATIONS AND TO TAKE CERTAIN ACTIONS IN CONNECTION WITH THE TRANSFER OF A PORTION OF THE CITY'S OUTSTANDING UNLIMITED TAX GENERAL OBLIGATION BONDS IN CONSIDERATION FOR BONDS ISSUED BY THE MICHIGAN FINANCE AUTHORITY.

# TABLE OF CONTENTS

ARTICLE I        DEFINITIONS AND INTERPRETATION ................................................. 6
    Section 101.  Definitions ........................................................................... 6
    Section 102.  Interpretation ..................................................................... 11

ARTICLE II DETERMINATIONS ............................................................................... 11
    Section 201.  Finding, and Declaration of Need to Issue Bonds; Authorized
            Denominations ................................................................... 11
    Section 202.  Declaration of Borrowing ................................................. 12

ARTICLE III       AUTHORIZATION, REDEMPTION AND ASSIGNMENT OF THE
            BONDS ...................................................................................... 12
    Section 301.  Authorization of Bonds and Pledge ................................. 12
    Section 302.  Designations, Dates, Interest Rates, Maturities, Redemption and
            Other Terms of the Bonds and Stub UTGO Bonds ............ 13
    Section 303.  Execution, Authentication and Delivery of Bonds ................... 15
    Section 304.  Authentication of the Bonds .............................................. 15
    Section 305.  The MFA's Depository ....................................................... 15
    Section 306.  Mutilated, Destroyed, Stolen or Lost Bonds ..................... 15
    Section 307.  Form of the Bonds ............................................................. 15

ARTICLE IV SPECIAL COVENANTS ....................................................................... 19
    Section 401.  Tax Exemption Covenant for Tax-Exempt Bonds .................... 19
    Section 402.  Arbitrage Covenant ........................................................... 19

ARTICLE V FUNDS AND ACCOUNTS; DISPOSITION OF BOND PROCEEDS ............... 19
    Section 501.  Establishment of Accounts and Funds ............................. 19
    Section 502.  Debt Retirement Fund-All Bonds ..................................... 20
            Section 503.  Debt Retirement Fund – Series 2014 Escrow
            Fund ...................................................................................... 20
    Section 504.  Investment of Monies in the Funds and Accounts .................... 20

ARTICLE VI THE MASTER TRUSTEE ...................................................................... 20
Section 601.  Master Trustee. ......................................................................... 20

Section 602.  Fifth Supplemental Indenture. .................................................. 21

ARTICLE VII SUPPLEMENTAL ORDERS OR RESOLUTIONS ......................................... 21
    Section 701.  Supplemental Orders or Resolutions Not Requiring Consent of
            Holders of the Bonds .......................................................... 21
    Section 702.  Opinion and Filing Under Act 34 ...................................... 22

ARTICLE VIII DEFEASANCE .................................................................................... 22

Section 801. Defeasance ............................................................................ 22

ARTICLE IX    OTHER PROVISIONS OF GENERAL APPLICATION ............................ 22

Section 901. Approval of Other Documents and Actions................................................ 22
Section 902. Continuing Disclosure Undertaking ........................................................ 23
Section 903. Delegation of City to, and Authorization of Actions of the Mayor
    and the Finance Director ................................................................... 23
Section 904. Act 34 Approval of the Bonds ............................................................. 23
Section 905. Approving Legal Opinions with Respect to the Bonds ............................ 23
Section 906. Negotiated Transaction ..................................................................... 24
Section 907. Delivery of Bonds ............................................................................ 24
Section 908. Official Statement ............................................................................ 24
Section 909. Appointment of Bond Counsel; Engagement of Other Parties. ................. 24
Section 910. Parties in Interest............................................................................. 24
Section 911. No Recourse Under Order ................................................................. 24
Section 912. Severability .................................................................................... 25
Section 913. Cover Page, Table of Contents and Article and Section Headings............ 25
Section 914. Conflict ........................................................................................ 25
Section 915. Governing Law and Jurisdiction ........................................................ 25
Section 916. Order and Supplemental Order are a Contract....................................... 25
Section 917. Effective Date ................................................................................ 25
Section 918. Notices ......................................................................................... 25

EXHIBIT A    OUTSTANDING PRIOR UTGO BONDS ................................................. A-1

EXHIBIT B    RESTRUCTURED UTGO BONDS AND MUNICIPAL
    OBLIGATIONS................................................................................ B-1

EXHIBIT C    STUB UTGO BONDS....................................................................... C-1

EXHIBIT D    FORM OF CONTINUING DISCLOSURE UNDERTAKING ................. D-1

ORDER NO. _____

ORDER OF THE EMERGENCY MANAGER OF THE CITY OF DETROIT,
COUNTY OF WAYNE, STATE OF MICHIGAN, AUTHORIZING THE
ISSUANCE AND RESTRUCTURING OF CERTAIN UNLIMITED TAX
GENERAL OBLIGATION BONDS OF THE CITY OF DETROIT BY THE
ISSUANCE BY THE CITY OF DETROIT OF NOT TO EXCEED $287,560,790
DISTRIBUTABLE STATE AID FOURTH LIEN RESTRUCTURED BONDS
(UNLIMITED TAX GENERAL OBLIGATION), SERIES 2014 IN ONE OR
MORE SUB-SERIES FOR THE PURPOSE OF PROVIDING CERTAIN
BANKRUPTCY PLAN OF ADJUSTMENT FINANCING FOR THE CITY
RELATED TO UNLIMITED TAX GENERAL OBLIGATION BOND CLAIMS;
AUTHORIZING A FIFTH SUPPLEMENT TO THE OUTSTANDING
MASTER DEBT RETIREMENT TRUST INDENTURE TO SECURE
REPAYMENT OF SAID BONDS; IMPLEMENTING THE ASSIGNMENT OF
PAYMENTS ON NOT TO EXCEED $43,349,210 OF THE CITY'S
OUTSTANDING UNLIMITED TAX GENERAL OBLIGATION BONDS
(STUB UTGO BONDS) PURSUANT TO THE PLAN OF ADJUSTMENT;
AND AUTHORIZING THE AUTHORIZED OFFICERS TO MAKE CERTAIN
DETERMINATIONS AND TO TAKE CERTAIN ACTIONS IN CONNECTION
WITH THE TRANSFER OF A PORTION OF THE CITY'S OUTSTANDING
UNLIMITED TAX GENERAL OBLIGATION BONDS IN CONSIDERATION
FOR BONDS ISSUED BY THE MICHIGAN FINANCE AUTHORITY.

WHEREAS, at elections held on November 7, 1978, August 5, 1980, November 4, 1986,
August 2, 1988, August 4, 1992, August 5, 1996, November 4, 1997, November 7, 2000,
November 6, 2001, April 29, 2003, November 2, 2004 and February 24, 2009 (the "Prior
Elections"), the qualified electors of the City of Detroit, County of Wayne, State of Michigan
(the "City") authorized the issuance and sale of general obligation unlimited tax bonds of the
City to finance certain public capital improvement projects of the City; and

WHEREAS, pursuant to the authorizations provided by certain of the Prior Elections, the
City Charter, Act 279, Public Acts of Michigan, 1909, as amended ("Act 279"), Act 202, Public
Acts of Michigan, 1943, as amended ("Act 202"), and Act 34, Public Acts of Michigan, 2001, as
amended ("Act 34"), the City issued certain general obligation unlimited tax bonds (collectively,
but not including the 2010A UTGO Bonds, as hereinafter defined, the "Prior UTGO Bonds")
outstanding in the amounts set forth on Exhibit A attached hereto; and

WHEREAS, on March 18, 2010, pursuant to Act 80, Public Acts of Michigan, 1981, as
amended ("Act 80") the City issued $249,790,000 of its Distributable State Aid General
Obligation Limited Tax Bonds, Series 2010 (the "DSA Bonds") secured by and payable from
money received or to be received by the City derived from the imposition of taxes by the State of
Michigan (the "State") and returned or to be returned to the City as provided by law
("Distributable Aid"); and

WHEREAS, in connection with the issuance of the DSA Bonds, the City entered into a Master Debt Retirement Trust Indenture (the "Master Indenture") and a First Supplemental Debt Retirement Trust Indenture, each dated as of March 1, 2010, (the "First Supplemental Indenture") between the City and U.S. Bank National Association, Detroit, Michigan, as master trustee (the "Master Trustee" or the "Trustee"), that provides for the escrow of Distributable Aid payments received by the Trustee on behalf of the City to pay the debt service on obligations of the City secured by Distributable Aid (the "Distributable Aid Obligations"); and

WHEREAS, pursuant to Act 80, the Master Indenture and the First Supplemental Indenture, the DSA Bonds have a first lien on the City's Distributable Aid to secure the payment of the DSA Bonds and to provide for the direct payment to the Master Trustee of the Distributable Aid to be held in trust and used solely for payment of principal of and interest on Distributable Aid Obligations, and for that purpose, the City, the Master Trustee and the State Treasurer of the State of Michigan (the "State Treasurer") entered into an Agreement dated as of March 1, 2010 (the "DSA Bonds Deposit Agreement"); and

WHEREAS, on December 16, 2010, pursuant to the City Charter, Act 279 and Act 34, the City issued $100,000,000 Distributable State Aid Second Lien Bonds (Unlimited Tax General Obligation), Series 2010(A) (Taxable-Recovery Zone Economic Development Bonds-Direct Payment) (the "2010A UTGO Bonds") and sold them to the Michigan Finance Authority (the "MFA") under Act 227, Public Acts of Michigan, 1985, as amended ("Act 227"); and

WHEREAS, in connection with the issuance of the 2010A UTGO Bonds, the City entered into a Second Supplemental Debt Retirement Trust Indenture, dated as of December 1, 2010 (the "Second Supplemental Indenture") with the Trustee, to further provide for the security and payment of the 2010A UTGO Bonds with the unlimited tax levy and a second lien on Distributable Aid; and

WHEREAS, pursuant to Act 227, in order to provide for the direct payment of Distributable Aid to the Trustee to pay the debt service on the 2010A UTGO Bonds, the City, the MFA and the State Treasurer entered into an Agreement to Deposit Distributable State Aid with the Master Trustee for payment of the 2010A UTGO Bonds (the "UTGO Bonds Deposit Agreement"); and

WHEREAS, pursuant to Resolutions adopted on March 27, 2012 by the City Council of the City, certain Sale Orders of the Finance Director and Act 34, the City issued: (i) $38,865,000 Self Insurance Distributable State Aid Third Lien Bonds (Limited Tax General Obligation), Series 2012(A2) (the "Series 2012(A2) Bonds"); (ii) $30,730,000 Self Insurance Distributable State Aid Third Lien Refunding Bonds (Limited Tax General Obligation), Series 2012(A2-B) (the "Series 2012(A2-B) Bonds"); (iii) $6,405,000 General Obligation Distributable State Aid Third Lien Capital Improvement Refunding Bonds (Limited Tax General Obligation) Series 2012B (the "Series 2012B Bonds"); and (iv) $53,520,000 Self Insurance Distributable State Aid Third Lien Refunding Bonds (Limited Tax General Obligation), Series 2012(B2) (the "Series 2012(B2) Bonds, and collectively with the Series 2012(A2) Bonds, the Series 2012(A2-B) Bonds and the Series 2012B Bonds, the "Third Lien Bonds"); and

WHEREAS, the Third Lien Bonds were sold to the MFA and pursuant to Act 227 and Act 140, in order to provide for the direct payment of Distributable Aid to the Master Trustee to

pay the debt service on the Third Lien Bonds, the City, the MFA and the State Treasurer entered into an Agreement to Deposit Distributable State Aid (as amended the "2012 Deposit Agreement") with the Master Trustee and the City and the Master Trustee entered into a Third Supplemental Debt Retirement Trust Indenture, dated as of March 1, 2012, as amended (the "Third Supplemental Indenture") and a Fourth Supplemental Debt Retirement Trust Indenture dated as of August 1, 2012 (the "Fourth Supplemental Indenture") for payment of the Third Lien Bonds on a third lien basis subordinate to the first lien on Distributable State Aid securing the DSA Bonds and subordinate to the second lien on Distributable Aid securing the Series 2010A UTGO Bonds; and

WHEREAS, on March 1, 2013, the Governor (the "Governor") of the State of Michigan (the "State") determined that a financial emergency existed within the City pursuant to the Local Government Fiscal Responsibility Act, Act 72, Public Acts of Michigan, 1990, as amended ("Act 72"); and

WHEREAS, on March 14, 2013, the Governor confirmed that a financial emergency existed within the City and, pursuant to Act 72, assigned to the Local Emergency Financial Assistance Loan Board established pursuant to the Emergency Municipal Loan Act, Act 243 Public Acts of Michigan, 1980, as amended (the "Board") the responsibility for managing the financial emergency; and

WHEREAS, on March 14, 2013, pursuant to Act 72, the Board appointed Kevyn D. Orr as Emergency Financial Manager for the City; and

WHEREAS, by operation of law the financial emergency continues to exist within the City pursuant to the Local Financial Stability and Choice Act, Act 436, Public Acts of Michigan, 2012 ("Act 436") and the Emergency Financial Manager continues in the capacity of the Emergency Manager for the City (the "Emergency Manager"); and

WHEREAS, on July 18, 2013 (the "Petition Date"), in accordance with Act 436 and the approval of the Governor, the Emergency Manager filed on behalf of the City a petition for relief pursuant to Chapter 9 of title 11 of the United States Code, 11 U.S.C. Sections 101-1532 (as amended, the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Michigan (the "Bankruptcy Court"); and

WHEREAS, on _____, 2014, the Emergency Manager filed on behalf of the City a _____ Amended Plan for the Adjustment of the Debts of the City of Detroit (now and as subsequently amended, the "Plan of Adjustment") in the Bankruptcy Court to provide for the adjustment of the debts of the City pursuant to and in accordance with Chapter 9 of the Bankruptcy Code; and

WHEREAS, more than 90% of the Prior UTGO Bonds are insured by Ambac Assurance Corporation; Assured Guaranty Municipal Corp. together with Assured Guaranty Corp.; and National Public Finance Guarantee Corporation (each a "Bond Insurer" and collectively, the "Bond Insurers"); and

WHEREAS, pursuant to the Plan of Adjustment and a settlement agreement dated July 18, 2014 among the City and the Bond Insurers (the "UTGO Settlement Agreement") the City intends to restructure a portion of the outstanding Prior UTGO Bonds (the "Restructured UTGO

Bonds") as provided in this Order; and

WHEREAS, pursuant to a bond purchase contract (the "Purchase Contract") between the City and the MFA, the City shall deliver the Bonds authorized hereunder (the "Bonds" or the "Municipal Obligation") to the MFA, and in consideration thereof, the MFA will deliver its [Local Government Loan Program Revenue Bonds, Series 2014 (City of Detroit Unlimited Tax General Obligation Local Project Bonds)] (the "MFA Bonds") to (i) the holders of the Holders Restructured UTGO Bonds (as defined in the UTGO Settlement Agreement) and (ii) the Bond Insurers and the Dissenting Bond Insurer as holders of the Insurer Owned Restructured UTGO Bonds (as defined in the UTGO Settlement Agreement) in consideration for the transfer of the Restructured UTGO Bonds to the MFA; and

WHEREAS, the MFA Bonds will be issued by the MFA in Authorized Denominations in the same aggregate principal amounts per maturity as the Restructured UTGO Bonds, rounded down as provided in this Order, for each denomination to the nearest Authorized Denomination; and on the Effective Date, as hereinafter defined, the holders of the Holders Restructured UTGO Bonds shall be paid the difference in principal amount, if any, between the Holders Restructured UTGO Bonds and the principal amount of MFA Bonds allocated and transferred to them as provided herein by the City from its General Fund or by the Master Trustee at the direction of the City from available funds on deposit in the Debt Retirement Fund (the "Debt Retirement Fund") established hereunder, as determined by an Authorized Officer; and

WHEREAS, a portion of the Prior UTGO Bonds not restructured by the Municipal Obligation which mature on or after April 1, 2015, in the principal amount of $43,349,210 (the "Stub UTGO Bonds" and collectively with the 2010A UTGO Bonds, the Municipal Obligation and any Additional Bonds (defined below), the "UTGO Bonds") shall be reinstated, remain Outstanding in the amounts and will remain payable as shown on Exhibit C hereto; and

WHEREAS, the Stub UTGO Bonds also will be in Authorized Denominations; and

WHEREAS, upon satisfaction of all of the terms and conditions required of the City related to the confirmation of the Plan of Adjustment, the City shall establish the Business Day upon which the Plan of Adjustment shall become effective (the "Effective Date"); and

WHEREAS, on or after the Effective Date, the City shall issue and deliver the Municipal Obligation to the MFA and pursuant to the Plan of Adjustment, the Assigned UTGO Bond Tax Proceeds (as hereinafter defined), will be assigned to the Income Stabilization Funds and the GRS (collectively, the "Plan Assignees") as such terms are defined in the Plan of Adjustment; and

WHEREAS, the Emergency Manager deems it necessary to authorize the issuance of the Bonds in one or more series in the aggregate principal amount of not to exceed Two Hundred Eighty-Seven Million Five Hundred Sixty Thousand Seven Hundred Ninety Dollars ($287,560,790); and

WHEREAS, pursuant to the resolutions authorizing the Prior UTGO Bonds and the 2010A UTGO Bonds, this Order and Section 4a of Act 279, the City has pledged, and to the

extent permitted by applicable law, including without limitation, Section 12(1)(x) of Act 436, will create a lien upon the Debt Millage Revenues (as hereinafter defined) to pay the debt service on the UTGO Bonds; and

WHEREAS, pursuant to Section 4a of Act 279, and Section 701 of the Revised Municipal Finance Act, Act No. 34, Public Acts of Michigan, 2001, as amended, the Emergency Manager desires to provide for the deposit of the Debt Millage Revenues into a separate escrow account to be used for the sole purpose of paying principal of and interest on the UTGO Bonds and the administrative costs related to the deposit and escrow of Debt Millage Revenues; and

WHEREAS, in order to effectuate a lien, to the extent permitted by law, upon the debt millage revenues (the "Debt Millage Revenues") derived from the unlimited tax pledge in favor of the Registered Owners of the Bonds, it is necessary for the City to provide for the deposit of the proceeds of 100% of the City's unlimited tax general obligation debt millage levy in trust to further secure payment of the debt service on the Bonds, with U.S. Bank National Association, as Debt Millage Escrow Trustee (the "Debt Millage Escrow Trustee"), pursuant to a Debt Millage Deposit Escrow Agreement (the "Debt Millage Escrow Agreement") between the City and the Debt Millage Escrow Trustee; and

WHEREAS, the Emergency Manager recommends that the Bonds be secured by a fourth lien pledge of Distributable Aid under a Fifth Supplemental Debt Retirement Trust Indenture (the "Fifth Supplemental Indenture"), in addition to a pledge of the City's unlimited tax full faith and credit; and

WHEREAS, the Emergency Manager desires the Debt Millage Revenues to constitute special revenues under Section 902 of the Bankruptcy Code and to afford the holders of the UTGO Bonds the protection provided to "pledged special revenues," as that term is used in Section 922(d) of the Bankruptcy Code.

WHEREAS, the MFA may distribute one or more preliminary official statements (together with any supplements thereto, each a "Preliminary Official Statement") and final official statements (together with any supplements thereto, each an "Official Statement") to the holders of the MFA Bonds; and

WHEREAS, the Emergency Manager also desires to authorize the submission of disclosure information to the MFA, as applicable, if necessary in connection with the issuance and delivery of the Municipal Obligation and the issuance and delivery of the MFA Bonds; and

WHEREAS, the MFA will require, as a condition precedent to accepting the Municipal Obligation, that the City agree to provide continuing disclosure as required by Section (b)(5) of Rule 15c2-12 ("Rule 15c2-12") promulgated by the Securities and Exchange Commission under the Securities and Exchange Act of 1934, as amended; and

WHEREAS, the Emergency Manager also desires to authorize the submission of disclosure information to the holders of the Stub UTGO Bonds, if necessary in connection with the secondary marketing, if any, of the Stub UTGO Bonds by the holders thereof on the Effective Date; and

WHEREAS, pursuant to the authority of Section 315(1)(d) of Act 34, the Emergency Manager desires to delegate to the Finance Director the authority to make certain determinations with respect to the Bonds, if necessary, within the parameters of this Order and to take such other actions and make such other determinations as may be necessary to accomplish the delivery of the Bonds and the transactions contemplated by this Order, as shall be confirmed by the Finance Director in the Supplemental Order; and

WHEREAS, prior to the issuance of the Bonds, pursuant to Sections 12(1) (u) and 19(1) of Act 436, the Emergency Manager must obtain the approval of the issuance of the Bonds by the City Council, and if the City Council disapproves of the issuance of the Bonds, the issuance of the Bonds must be approved by the Board.

NOW, THEREFORE, BE IT ORDERED BY THE EMERGENCY MANAGER OF THE CITY OF DETROIT, WAYNE COUNTY, MICHIGAN, PURSUANT TO THE CHARTER, ACT 34, ACT 227, ACT 279, AND ACT 436 AS FOLLOWS:

# ARTICLE I

## DEFINITIONS AND INTERPRETATION

Section 101. <u>Definitions</u>. The words and terms defined in the preambles and recitals hereof and the following words and terms as used in this Order shall have the meanings ascribed therein, herein or in the Plan of Adjustment unless a different meaning clearly appears from the context:

"Act 34" means Act 34, Public Acts of Michigan, 2001, as amended.

"Act 80" means Act 80, Public Acts of Michigan, 1981, as amended.

"Act 227" means Act 227, Public Acts of Michigan, 1985, as amended.

"Act 279" means Act 279, Public Acts of Michigan, 1909, as amended.

"Act 436" means Act No. 436, Public Acts of Michigan, 2012.

"Additional Bonds" shall mean any unlimited tax general obligation bonds issued under Act 279 on a parity with the Prior UTGO Bonds, the 2010A UTGO Bonds, the Municipal Obligation and the Stub UTGO Bonds as to the Aggregate UTGO Tax Levy.

"Aggregate UTGO Tax Levy" means all proceeds of the Debt Millage Revenues.

"Ambac" means Ambac Assurance Corporation.

"Assigned UTGO Bond Tax Proceeds" means that portion of the Aggregate UTGO Tax Levy designated to pay the principal of and interest on the Stub UTGO Bonds.

"Assured" means Assured Guaranty Municipal Corp. and Assured Guaranty Corp.

"Authorized Denominations" shall mean denominations of Bonds and Stub UTGO Bonds equal to multiples of $1.00.

"Authorized Officer" means (i) the Emergency Manager or his designee or successor, or if the City is no longer operating under a financial emergency pursuant to Act 436, the Mayor of the City, the Finance Director or his or her designee, or (ii) any other person authorized by a Certificate of an Authorized Officer to act on behalf of or otherwise represent the City in any legal capacity, which such certificate shall be delivered, if at all, in the City's sole discretion.

"Bankruptcy Case" means the City's Bankruptcy Case No. 13-53846 in the U.S. Bankruptcy Court for the Eastern District of Michigan.

"Bankruptcy Court Order" has the meaning set forth in the recitals hereto.

"Board" has the meaning set forth in the recitals hereto.

"Bond" or "Bonds" means the Municipal Obligations.

"Bond Counsel" means Miller, Canfield, Paddock and Stone, P.L.C., attorneys of Detroit, Michigan, or such other nationally recognized firm of attorneys experienced in matters pertaining to municipal bonds and appointed to serve in such capacity by the City with respect to the Bonds.

"Bond Insurer" means Ambac, Assured or NPFG, as the case may be, as an issuer of a bond insurance policy with respect to that portion of the Restructured UTGO Bonds such entity insures.

"Bond Orders" means collectively this Order and the Supplemental Order.

"Bond Registry" means the books for the registration of Bonds maintained by the Master Trustee.

"Bondowner", "Owner" or "Registered Owner" means, with respect to any Bond, the person in whose name such Bond is registered in the Bond Registry.

"Business Day" means a day which is not (i) a Saturday, Sunday or legal holiday on which banks located in either the State of Michigan or the state or states in which the principal corporate trust office of the Master Trustee, is located are authorized or required by law to be closed, or (ii) a day on which the New York Stock Exchange is closed.

"Charter" means the Charter of the City, as amended from time to time.

"City" means the City of Detroit, County of Wayne, State of Michigan.

"Closing Date" means the date or dates upon which the Restructured UTGO Bonds are transferred to the MFA in consideration for the MFA Bonds.

"Code" means the Internal Revenue Code of 1986, as amended.

"Constitution" means the Constitution of the State of Michigan of 1963, as amended.

"Council" means the City Council of the City of Detroit, Michigan.

"Debt Millage Deposit" or "Debt Millage Deposits" means whenever used herein singularly, each payment of Debt Millage Revenues, and collectively all payments of Debt Millage Revenues by the City to the Debt Millage Escrow Trustee for deposit in the UTGO Debt Millage Fund in accordance with the Debt Millage Escrow Agreement.

"Debt Millage Escrow Agreement" means the Debt Millage Deposit Escrow Agreement, between the City and the Debt Millage Escrow Trustee, for the collection of 100% of the City's unlimited tax general obligation bond debt millage.

"Debt Millage Escrow Trustee" means U.S. Bank National Association, Detroit, Michigan, as Debt Millage Escrow Trustee, and any successor to the Debt Millage Escrow Trustee substituted in its place pursuant to the provisions of the Debt Millage Escrow Agreement.

"Debt Millage Revenues" means the proceeds of the ad valorem debt millage levies, including interest subsidy payments received by the City in respect of the 2010A UTGO Bonds delinquent millage payments received from Wayne County, Michigan, or otherwise, pledged to and on account of unlimited tax general obligation bonds of the City for the payment of debt service on the Prior UTGO Bonds (or after the Effective Date, the UTGO Bonds), and the 2010A UTGO Bonds, the Municipal Obligation, the Stub UTGO Bonds and any Additional Bonds.

"Debt Retirement Fund" means the fund so designated and established under Section 501 hereof.

"Dissenting Bond Insurer" means Syncora Guarantee, Inc.

"Distributable Aid" has the meaning given in Act 80.

"DSA Bonds" means the City's $249,790,000 original principal amount Distributable State Aid General Obligation Limited Tax Bonds, Series 2010.

"Effective Date" has the meaning set forth in the recitals hereto.

"Fifth Supplemental Indenture" means the Fifth Supplemental Debt Retirement Trust Indenture, dated as of the date of issuance of the Bonds, between the City and the Master Trustee providing for the escrow of Distributable State Aid payments received by the Master Trustee on behalf of the City to pay the debt service on the Bonds.

"Finance Director" means the Finance Director of the City or his/her deputy or designee.

"First Lien Bonds" means the DSA Bonds.

"First Supplemental Indenture" means the First Supplemental Debt Retirement Trust Indenture dated as of March 1, 2010, between the City and the Master Trustee, providing for the

escrow of Distributable Aid payments received by the Master Trustee on behalf of the City to pay the debt service on the DSA Bonds.

"Fiscal Year" means the fiscal year of the City as in effect from time to time.

"Fourth Supplemental Indenture" has the meaning set forth in the recitals hereto.

"GRS" means General Retirement System for the City of Detroit.

"Income Stabilization Fund" means the Income Stabilization Funds as defined in the Plan of Adjustment.

"Interest Payment Date" has the meaning given such term in Section 302.

"Master Indenture" shall mean the Master Debt Retirement Trust Indenture dated as of March 1, 2010 by and between the City and U.S. Bank National Association, Detroit, Michigan, as Master Trustee, as supplemented by (i) the First Supplemental Indenture; (ii) the Second Supplemental Indenture; (iii) the Third Supplemental Indenture; (iv) the Fourth Supplemental Indenture; and (v) the Fifth Supplemental Indenture, by and between the City and the Master Trustee.

"Master Trustee" means U.S. Bank National Association, Detroit, Michigan, as Master Trustee under the Master Indenture, and successors to the Master Trustee substituted in its place pursuant to the provisions of the Master Indenture.

"Maximum Aggregate Principal Amount" has the meaning given such term in Section 201.

"MFA" means the Michigan Finance Authority, as successor to the Michigan Municipal Bond Authority.

"MFA Bonds" means has the meaning set forth in the recitals hereto.

"Municipal Obligation" has the meaning set forth in the recitals hereto.

"Non-Arbitrage and Tax Compliance Certificate" means the Non-Arbitrage and Tax Compliance Certificate of the City, dated the Closing Date, regarding rebate requirements and other tax responsibilities of the City relating to the Tax-Exempt Bonds under the Code.

"NPFG" means National Public Finance Guaranty Corporation.

"Order" means this Order of the Emergency Manager as supplemented by the Supplemental Order, and as amended from time to time pursuant to Article VII.

"Outstanding" when used with respect to:

(1)     the Bonds, means, as of the date of determination, the Bonds theretofore authenticated and delivered under this Order, except:

(A) Bonds theretofore canceled by the Master Trustee or delivered to the Master Trustee for cancellation;

(B) Bonds for whose payment money in the necessary amount, without the need for reinvestment thereof, has been theretofore deposited with the Master Trustee in trust for the registered owners of such Bonds;

(C) Bonds delivered to the Master Trustee for cancellation in connection with (x) the exchange of such Bonds for other Bonds or (y) the transfer of the registration of such Bonds;

(D) Bonds alleged to have been destroyed, lost or stolen which have been paid or replaced pursuant to this Order or otherwise pursuant to law; and

(E) Bonds deemed paid as provided in Section 801.

"Permitted Investments" means those investments specified in Article III of the Debt Millage Escrow Agreement.

"Plan of Adjustment" has the meaning set forth in the recitals hereto.

"Plan Assignees" means the Income Stabilization Funds and the GRS.

"Prior DSA Bonds" means, collectively, the First Lien Bonds, the Second Lien Bonds and the Third Lien Bonds.

"Prior UTGO Bonds" has the meaning set forth in the recitals hereto.

"Pro Rata" means the proportion that a claim of one Holder of Restructured UTGO Bonds bears to the aggregate of all claims of all Holders of Restructured UTGO Bonds.

"Purchase Contract" means the purchase contract negotiated by the Finance Director between the City and the MFA, providing for the terms and conditions of the delivery of the Municipal Obligation to the MFA in anticipation of the transfer of the Restructured Bonds to the MFA in consideration for the MFA Bonds on the terms and conditions and in form and substance reasonably acceptable to the Bond Insurers.

"Regular Record Date" has the meaning given such term in Section 302.

"Restructured UTGO Bonds" has the meaning set forth in the recitals hereto.

"Second Lien Bonds" means the 2010A UTGO Bonds.

"Second Supplemental Indenture" has the meaning set forth in the recitals hereto.

"State" means the State of Michigan.

"State Treasurer" means the Treasurer of the State.

"Stub UTGO Bonds" has the meaning set forth in the recitals hereto.

"Supplemental Order" means, to the extent necessary, the order or orders of the Authorized Officer making certain determinations and/or confirming the final details of the Bonds upon the sale thereof in accordance with the parameters of this Order and the terms of the Purchase Contract.

"Tax-Exempt Bonds" means those Bonds, if any, the interest on which is excluded from gross income for federal tax purposes, as determined by the Authorized Officer in the Supplemental Order.

"Third Lien Bonds" has the meaning set forth in the recitals hereto.

"Third Supplemental Indenture" has the meaning set forth in the recitals hereto.

"UTGO Bonds" has the meaning in the recitals hereto.

"UTGO Bond Tax Levy" means that portion of the Aggregate UTGO Tax Levy at a level that was pledged to pay the Prior UTGO Bonds.

"UTGO Debt Millage Fund" means the fund so designated and authorized by Section 501 hereof and established under the Debt Millage Escrow Agreement.

"2010A UTGO Bonds" means the City's outstanding Distributable State Aid Second Lien Bonds (Unlimited Tax General Obligation), Series 2010(A).

Section 102. Interpretation. (a) Words of the feminine or masculine genders include the correlative words of the other gender or the neuter gender.

(b)     Unless the context shall otherwise indicate, words importing the singular include the plural and vice versa, and words importing persons include corporations, associations, partnerships (including limited partnerships), trusts, firms and other legal entities, including public bodies, as well as natural persons.

(c)     Articles and Sections referred to by number mean the corresponding Articles and Sections of this Order.

(d)     The terms "hereby, "hereof", "hereto", "herein", "hereunder" and any similar terms as used in this Order, refer to this Order as a whole unless otherwise expressly stated.

## ARTICLE II

## DETERMINATIONS

Section 201.     Finding, and Declaration of Need to Issue Bonds; Authorized Denominations. (a) The Emergency Manager hereby finds and declares that it is necessary for the City to restructure and refund (under applicable state law) $287,560,790 of the Prior UTGO Bonds which mature on or after April 1, 2015, by restructuring them as Restructured UTGO Bonds to be transferred to the MFA and in such form issuing them in the principal amounts as

shown on Exhibit B as Municipal Obligations, in Authorized Denominations and leaving $43,349,210 of the Prior UTGO Bonds remaining outstanding as Stub UTGO Bonds in Authorized Denominations as shown on Exhibit C, pursuant to and in accordance with the provisions of Act 34 and Act 279, for the purpose of satisfying the Class 8 claims as required by the Plan of Adjustment. The MFA Bonds will, in the aggregate, mature or be subject to mandatory redemption and optional redemption in the same principal amounts per maturity, and bear interest at the same interest rates as the Restructured UTGO Bonds.

(b)     On the Effective Date, that portion of the Aggregate UTGO Tax Levy designated to pay the principal of and interest on the Stub UTGO Bonds (but subject to the prior rights of the holders of the Municipal Obligation) (the "Assigned UTGO Bond Tax Proceeds") shall be assigned by the Plan of Adjustment (without any further consent or action on the part of, or additional consideration payable to, the Bond Insurers, the Dissenting Bond Insurer or the holders of the Stub UTGO Bonds) to the Plan Assignees, and such proceeds shall not be paid to the paying agent for the UTGO Bonds, but shall be paid to the Plan Assignees directly by the Debt Millage Escrow Trustee.

Section 202. Declaration of Borrowing. The City shall issue the Bonds as hereinafter provided and as finally confirmed by the Authorized Officer in the Supplemental Order, secured by the unlimited tax full faith, credit and resources of the City which will be payable from ad valorem taxes levied on all taxable property within the City without limitation as to rate or amount, for the purposes stated herein.

## ARTICLE III

## AUTHORIZATION, REDEMPTION AND ASSIGNMENT OF THE BONDS

Section 301. Authorization of Bonds and Pledge. (a) The City hereby authorizes the issuance of the Bonds in such series and in such principal amounts as shall be confirmed in the Supplemental Order. The Bonds shall be payable from and secured, to the extent permitted by applicable law, including, without limitation, Section 12(1)(x) of Act 436, by a lien on the Debt Millage Revenues derived from an annual levy of ad valorem taxes on all taxable property in the City without limitation as to rate or amount. Pursuant to authorization provided in Act 227, the City hereby pledges as additional security for the payment of principal of and interest on the Bonds, Distributable Aid payments that the City is eligible to receive on a fourth lien basis subordinate to the pledge thereof for the payment of the Prior DSA Bonds. The Finance Director is hereby authorized and directed to negotiate, approve and execute the Fifth Supplemental Indenture for and on behalf of the City with U.S. Bank National Association, Detroit, Michigan, as Master Trustee, to provide for a fourth lien pledge of Distributable Aid to secure payment of the Bonds. Nothing in this Order shall restrict or be construed as restricting the City's ability to make additional pledges or assignments of Distributable Aid as security for current or future bonds or obligations of the City, subject to the requirements for the issuance of additional bonds and obligations set forth in the Master Indenture.

(b)     The Debt Millage Revenues as pledged by the City to secure payment of the Bonds, shall constitute "special revenues," as defined in Section 902 of the Bankruptcy Code and "pledged special revenues," as the term is used in Section 922(d) of the Bankruptcy Code.

Section 302. <u>Designations, Dates, Interest Rates, Maturities, Redemption and Other Terms of the Bonds and Stub UTGO Bonds.</u>

(a)     The Bonds shall be designated as "DISTRIBUTABLE STATE AID FOURTH LIEN RESTRUCTURED BONDS (UNLIMITED TAX GENERAL OBLIGATION), SERIES 2014 and may bear such later or earlier dates and additional or alternative designations as the Authorized Officer may determine in the Supplemental Order, shall be issued in fully registered form and shall be consecutively numbered from "R-1" upwards, respectively unless otherwise provided by the Authorized officer in the Supplemental Order. The Bonds shall be dated and issued in Denominations all as determined by the Authorized Officer and confirmed by the Authorized Officer in the Supplemental Order.

(b)     The Bonds shall be issued in multiple separate series, each one corresponding to the related series of the Prior UTGO Bonds listed on Exhibit A hereto. Each separate series of the Municipal Obligations shall be issued in a principal amount equal to 86.9% of the outstanding principal amount of each maturity of the related series of Prior UTGO Bonds in Authorized Denominations as provided in Section 201(a). Each series of Municipal Obligations shall be further subdivided into two subseries, with one subseries equal to 84.5% of the outstanding principal amount of each maturity of the related series of Prior UTGO Bonds, in Authorized Denominations, and the second subseries equal to 2.4% of the outstanding principal amount of each maturity of the related series of Prior UTGO Bonds, in Authorized Denominations.

(c)     The Bonds and the Stub UTGO Bonds shall bear interest from _____, 201_, at the same interest rate per annum as the related Prior UTGO Bonds; be subject to amortization on the same schedule as the related Prior UTGO Bonds; mature on the same dates; and be subject to redemption in the same manner as the related Prior UTGO Bonds. Unless otherwise provided by the Authorized Officer in the Supplemental Order, interest on the Bonds shall be calculated on the basis of a 360 day year consisting of twelve, 30 day months. In the event that a calculation of interest is not an integral multiple of $0.01, the Paying Agent shall round all amounts less than or equal to $0.0049 down to the nearest $0.01 and round all amounts greater than $.0049 up to the nearest $0.01. The Bonds shall be payable, as to principal and interest, in lawful money of the United States of America.

(d)     On or after the Effective Date, the Municipal Obligations shall be delivered to the MFA in consideration for bonds to be issued by the MFA (the "MFA Bonds") and the following additional provisions shall apply:

(1)     Each subseries of Municipal Obligations shall be in the form of a single fully-registered, nonconvertible bond in the denomination of the full principal amount thereof, dated as of the date of delivery of the Municipal Obligations, payable in principal installments serially shown on Exhibit B and approved by the MFA and the Authorized Officer. The obligation to deliver the Municipal Obligations to the MFA shall be evidenced by execution of a Purchase Contract (the "Purchase Contract") between the City and the MFA providing for the transfer of the Municipal Obligations to the MFA in consideration for the MFA Bonds, and an Authorized Officer is authorized and directed to execute and deliver the Purchase Contract when it is in final form and to make the

determinations set forth above. An Authorized Officer is authorized and directed to approve of a series designation with respect to each series of Municipal Obligations.

(2)    Each subseries of the Municipal Obligations shall not be convertible or exchangeable into more than one fully-registered bond. Principal of and interest on the Municipal Obligations shall be payable as provided in the Bond form in this Order as the same may be amended to conform to MFA requirements.

(3)    The Master Trustee shall record on the registration books payment by the City of each installment of principal or interest or both when made and the cancelled checks or other records evidencing such payments shall be returned to and retained by the City Treasurer.

(4)    Upon payment by the City of all outstanding principal of and interest on a Municipal Obligation, the MFA shall deliver the respective Municipal Obligation to the City for cancellation.

(e)    Concurrently with the restructuring of a portion of the Prior UTGO Bonds and issuance of the MFA Bonds, the Stub UTGO Bonds, in Authorized Denominations as provided in Section 201(a), will be reinstated and remain Outstanding and will be payable from the UTGO Bond Tax Levy, provided that the Assigned UTGO Bond Tax Proceeds as assigned by the Plan of Adjustment shall be paid by the Debt Millage Escrow Trustee to the Plan Assignees and such proceeds shall not be paid to the paying agent for the Stub UTGO Bonds.

Section 303.  <u>Execution, Authentication and Delivery of Bonds</u>. The Bonds shall be executed in the name of the City by the manual or facsimile signatures of the Mayor and the Finance Director and authenticated by the manual signature of the Finance Director, and the seal of the City (or a facsimile thereof) shall be impressed or imprinted on the Bonds. After the Bonds have been executed and authenticated for delivery, they shall be delivered by the Finance Director to the MFA in consideration for the issuance of the MFA Bonds.

Section 304.  <u>Authentication of the Bonds</u>. Anything in this Order to the contrary notwithstanding, the Bonds bearing the manual or facsimile signatures of the Mayor and the Finance Director shall require no further authorization.

Section 305.  <u>The MFA's Depository</u>. Notwithstanding any other provision herein to the contrary, as long as the MFA is the owner of the Bonds, the Bonds are payable as to principal, premium, if any, and interest at the corporate trust office of _____ _____, _____, Michigan, or such other qualified bank or financial institution as shall be designated in writing to the City by the MFA (the "Authority's Depository"). The City will deposit, or cause the Master Trustee, to deposit with the MFA's Depository payments of the principal of, premium, if any, and interest on the Bonds in immediately available funds at least five business days prior to the date on which any such payment is due whether by maturity, redemption or otherwise. Written notice of any redemption of the Bonds shall be given by the City and received by the MFA's Depository at least 40 days prior to the date on which such redemption is to be made.

Section 306. <u>Mutilated, Destroyed, Stolen or Lost Bonds</u>. (a) Subject to the provisions of Act 354, Public Acts of Michigan, 1972, as amended and any other applicable law, if (i) any mutilated Bond is surrendered to the City, and the City receives evidence to its satisfaction of the destruction, loss or theft of any Bond and (ii) there is delivered to the City such security or indemnity as may be required by it to save the City harmless, then, in the absence of notice to the City that such Bond has been acquired by a bona fide purchaser, the City shall execute and deliver in exchange for or in lieu of any such mutilated, destroyed, lost or stolen Bond, a new Bond of like tenor and principal amount, bearing a number not contemporaneously outstanding.

(b)     If any such mutilated, destroyed, lost or stolen Bond has become or is about to become due and payable, the City in its discretion may, instead of issuing a new Bond, pay such Bond.

(c)     Any new Bond issued pursuant to this Section in substitution for a Bond alleged to be mutilated, destroyed, stolen or lost shall constitute an original additional contractual obligation on the part of the City, and shall be equally secured by and entitled to equal proportionate benefits with all other Bonds of like tenor issued under this Order.

Section 307. <u>Form of the Bonds</u>. The Bonds shall be in substantially the following form with such insertions, omissions, substitutions and other variations as shall not be inconsistent with this Order or required by the Michigan Attorney General and the MFA or permitted by the Supplemental Order or as approved by an Authorized Officer and Bond Counsel:

[Form of Bond]

United States of America
State of Michigan
County of Wayne

CITY OF DETROIT
DISTRIBUTABLE STATE AID FOURTH LIEN RESTRUCTURED BOND
(UNLIMITED TAX GENERAL OBLIGATION), SERIES 2014__

REGISTERED OWNER:        Michigan Finance Authority

PRINCIPAL AMOUNT:        _____ Dollars ($___,000)

DATE OF ORIGINAL ISSUE:        _____, 2014

The CITY OF DETROIT, County of Wayne, State of Michigan (the "City"), for value received, hereby promises to pay to the Michigan Finance Authority (the "Authority"), or registered assigns, the Principal Amount shown above, in lawful money of the United States of America, unless prepaid prior thereto as hereinafter provided. Capitalized terms used herein, but not defined herein, shall have the meanings ascribed to them in the Order, as hereinafter defined.

The Principal Amount shall be payable on the dates and in the annual principal installment amounts set forth in Schedule A attached hereto and made a part hereof, or if a portion of the Principal Amount is prepaid as provided below, with interest on said principal installments from the [Date of Original Issue] shown above, until paid at the rate [of interest as set forth on the attached schedule] [of _____ percent (_____%) per annum]. Interest is first payable on _____ 1, 20__, and semiannually thereafter on the first day of _____ and _____ of each year, as set forth in the Purchase Contract.

Notwithstanding any other provision of this bond, as long as the MFA is the owner of this bond, (a) this bond is payable as to principal, premium, if any, and interest at the corporate trust office of _____, _____, _____, or at such other place as shall be designated in writing to the City by the MFA (the "Authority's Depository"); (b) the City agrees that it will cause the Master Trustee to deposit with the MFA's Depository payments of the principal of, premium, if any, and interest on this bond in immediately available funds at least five business days prior to the date on which any such payment is due whether by maturity, redemption or otherwise; and (c) written notice of any redemption of this bond shall be given by the City and received by the MFA's Depository at least 40 days prior to the date on which such redemption is to be made.

<u>Additional Interest</u>

[In the event of a default in the payment of principal or interest hereon when due, whether at maturity, by redemption or otherwise, the amount of such default shall bear interest

(the "additional interest") at a rate equal to the rate of interest which is two percent above the MFA's cost of providing funds (as determined by the MFA) to make payment on the bonds of the MFA issued to provide funds to purchase this bond but in no event in excess of the maximum rate of interest permitted by law. The additional interest shall continue to accrue until the MFA has been fully reimbursed for all costs incurred by the MFA (as determined by the MFA) as a consequence of the City's default. Such additional interest shall be payable on the interest payment date following demand of the MFA. In the event that (for reasons other than the default in the payment of any municipal obligation purchased by the MFA) the investment of amounts in the reserve account established by the MFA for the bonds of the MFA issued to provide funds to purchase this bond fails to provide sufficient available funds (together with any other funds which may be made available for such purpose) to pay the interest on outstanding bonds of the MFA issued to fund such account, the City shall and hereby agrees to pay on demand only the City's pro rata share (as determined by the MFA) of such deficiency as additional interest on this bond.]

This bond is a single, fully-registered, non-convertible bond in the principal sum of $___,000, issued pursuant to and in accordance with Act 34, Public Acts of Michigan, 2001, as amended, and Act 279, Public Acts of Michigan, 1909, as amended, Act 227, Public Acts of Michigan, 1985, as amended ("Act 227") and pursuant to and in accordance with an Order duly adopted by the Emergency Manager of the City on _____, _____ [and a Supplemental Order of the Authorized Officer of the City issued on _____, ____ (together,] the "Order"). The Bonds are issued for the purpose of restructuring certain unlimited tax general obligation bonds of the City as described in the Order, pursuant to the City's Plan of Adjustment under the Bankruptcy Case.

[Optional and/or Mandatory Redemption Provisions]

This Bond is payable out of the City's Debt Retirement Fund for this issue (which will be held by the Master Trustee), and the City is obligated to levy annually sufficient taxes to provide for the payment of the principal of and interest on the bonds of this issue as they mature on all taxable property in the City without limitation as to rate or amount (the revenues of such levy, the "Debt Millage Revenues").

The Bonds shall be payable from and secured, to the extent permitted by applicable law, including without limitation, Section 12(1)(x) of Act 436, by a lien on the Debt Millage Revenues.

The Debt Millage Revenues as pledged by the City to secure payment of the Bonds, shall constitute "special revenues," as defined in Section 902 of the Bankruptcy Code and "pledged special revenues," as the term is used in Section 922(d) of the Bankruptcy Code.

As additional security for the City's obligation to pay the Bonds, pursuant to Act 227 the City has pledged the payments that the City is eligible to receive from the State of Michigan under Act 140, Public Acts of Michigan, 1971, as amended ("Distributable Aid"), and certain monies in the funds and accounts established by the City with U.S. Bank National Association, as master trustee (the "Trustee"), pursuant to the terms and conditions of a Master Debt Retirement Trust Indenture dated as of March 1, 2010, as supplemented, by (i) the First Supplemental Debt Retirement Trust Indenture dated as of March 1, 2010; (ii) the Second

Supplemental Debt Retirement Trust Indenture dated as of December 1, 2010; (iii) the Third Supplemental Debt Retirement Trust Indenture dated as of March 1, 2012; (iv) the Fourth Supplemental Debt Retirement Trust Indenture dated as of August 1, 2012; and (v) the Fifth Supplemental Debt Retirement Trust Indenture, dated as of _____, 2014, by and between the City and the Master Trustee (collectively, the "Trust Indenture"). The pledge and lien on Distributable Aid securing the Bonds is on a fourth lien basis to a lien on Distributable Aid securing the City's outstanding Prior DSA Bonds. The City has reserved the right to make additional pledges or assignments of Distributable Aid on a prior, parity or subordinate basis with the pledge of Distributable Aid securing the Prior DSA Bonds and the Bonds as security for future bonds or obligations of the City, subject to the requirements for the issuance of additional bonds and obligations as provided in the Trust Indenture.

This bond is transferable only upon the registration books of the City by the registered owner of record in person, or by the registered owner's attorney duly authorized in writing, upon the surrender of this bond together with a written instrument of transfer satisfactory to the City duly executed by the registered owner or the registered owner's attorney duly authorized in writing, and thereupon a new registered bond or bonds in the same aggregate principal amount and of the same maturity shall be issued to the transferee in exchange therefor as provided in the resolution authorizing this bond and upon the payment of the charges, if any, therein prescribed.

It is hereby certified and recited that all acts, conditions and things required by law to be done, precedent to and in the issuance of this bond and the series of bonds of which this is one, exist and have been done and performed in regular and due form and time as required by law, and that the total indebtedness of the City, including this bond and the series of bonds of which this is one, does not exceed any constitutional, statutory or charter debt limitation.

IN WITNESS WHEREOF, the City of Detroit by authority of its Mayor, has caused this bond to be signed for and on its behalf and in its name by the manual or facsimile signature of the Mayor of the City and the manual or facsimile signature of its Finance Director and the official seal of the City to be impressed hereon, all as of the Date of Original Issue.

**CITY OF DETROIT**
County of Wayne
State of Michigan


By_____

Its Mayor



(SEAL)


By_____

Its Finance Director

## ARTICLE IV

## SPECIAL COVENANTS

Section 401. <u>Tax Exemption Covenant for Tax-Exempt Bonds</u>. The City covenants that it will not take any action, or fail to take any action required to be taken, if taking such action or failing to take such action would adversely affect the general exclusion from gross income of interest on any Tax-Exempt Bonds, from federal income taxation under the Code.

Section 402. <u>Arbitrage Covenant</u>. (a) The City will not directly or indirectly (1) use or permit the use of any proceeds of any Tax-Exempt Bonds or other funds of the City or (2) take or omit to take any action required by Section 148(a) of the Code in order to maintain the exclusion from gross income of the interest on any Tax-Exempt Bonds for federal income tax purposes. To that end, the City will comply with all requirements of Section 148 of the Code to the extent applicable to the Tax-Exempt Bonds and the requirements set forth in the Non-Arbitrage and Tax Compliance Certificate of the City.

(b)     Without limiting the generality of subsection (a), above, the City agrees that there shall be paid by the City from time to time all amounts, if any, required to be rebated to the United States pursuant to Section 148(f) of the Code. This covenant shall survive payment in full or defeasance of the Tax-Exempt Bonds.

(c)     Notwithstanding any provision of this Section, if the City obtains an opinion of Bond Counsel to the effect that any action required under this Section is no longer required, or that some further action is required, to maintain the exclusion from gross income of the interest of any Tax-Exempt Bonds for federal income tax purposes pursuant to Section 103 of the Code, the City may conclusively rely on such opinion in complying with the provisions hereof.

## ARTICLE V

## FUNDS AND ACCOUNTS; DISPOSITION OF BOND PROCEEDS

Section 501. <u>Establishment of Accounts and Funds</u>. (a) The City hereby establishes and creates the following special, separate and segregated accounts and funds which shall be held in trust by the Master Trustee for the benefit of the Bondholders:

A.     Debt Retirement Fund; and
B.     Series 2014 Escrow Fund.

(b)     Pursuant to Section 201(b) of the Fifth Supplemental Indenture, the Master Trustee shall establish within the Series 2014 Escrow Fund, the separate and segregated sub-accounts designated the "Distributable Aid Account," the "Series 2014 Tax Levy Account" and the "General Account," the deposits into which and withdrawals from which shall be governed by Article II of the Fifth Supplemental Indenture.

(c)     The UTGO Debt Millage Fund shall be established with the Debt Millage Escrow Trustee by the Finance Director of the City under the Debt Millage Escrow Agreement which is

hereby authorized. The Finance Director is hereby authorized to negotiate the terms of the Debt Millage Escrow Agreement and to execute and deliver it for and on behalf of the City. The Finance Director is further hereby authorized to establish such accounts, subaccounts or other funds as shall be required for the Bonds, if any, to accommodate the requirements of such series of Bonds.

Section 502. <u>Debt Retirement Fund-All Bonds</u>. Proceeds of the Debt Millage Revenues levied pursuant to Section 301 hereof and transferred by the Debt Millage Escrow Trustee to the Master Trustee in accordance with the terms of the Debt Millage Escrow Agreement shall be used to pay the principal of and interest on the Bonds when due. The foregoing amounts shall be placed in the Debt Retirement Fund and held in trust by the Master Trustee, and so long as the principal of or interest on the Bonds shall remain unpaid, no moneys shall be withdrawn from the Debt Retirement Fund except to pay such principal and interest. Any amounts remaining in the Debt Retirement Fund after payment in full of the Bonds shall be retained by the City to be used for any lawful purpose.

Section 503. <u>Debt Retirement Fund – Series 2014 Escrow Fund</u>. As additional security for Bonds, Distributable Aid payments to be received by the City from time to time shall be distributed by the State Treasurer to the Master Trustee and deposited by the Master Trustee in the Debt Retirement Fund (designated the "Distributable State Aid – Common Debt Retirement Fund" in the Master Indenture), and allocated and set-aside by the Master Trustee into the Series 2014 Escrow Fund in accordance with the provisions of the Master Indenture and the related Fifth Supplemental Indenture for the payment of the principal of and interest on the Bonds when due. Any amounts remaining in the Debt Retirement Fund after the setting aside of the amounts necessary to satisfy the Deposit Date Balance Requirements (defined in the Master Indenture) of all DSA Escrow Funds (defined in the Master Indenture), shall be released to the City for deposit to the General Fund of the City.

Section 504. <u>Investment of Monies in the Funds and Accounts</u>. (a) The Finance Director shall direct the investment of monies on deposit in the Funds and Accounts established hereunder, and the Master Trustee, upon written direction or upon oral direction promptly confirmed in writing by the Finance Director, shall use its best efforts to invest monies on deposit in the Funds and Accounts in accordance with such direction.

(b)     Monies on deposit in the Funds and Accounts may be invested in such investments and to the extent permitted by applicable law.

## ARTICLE VI

## THE MASTER TRUSTEE

Section 601. <u>Master Trustee</u>. Except as otherwise required by the MFA, the Master Trustee for the Bonds shall act as bond registrar, transfer agent and trustee for the Bonds, and shall be initially U.S. Bank National Association, Detroit, Michigan, or such other bank or trust company located in the State of Michigan which is qualified to act in such capacity under the laws of the United States of America or the State of Michigan. The Master Trustee means and includes any company into which the Master Trustee may be merged or converted or with which

it may be consolidated or any company resulting from any merger, conversion or consolidation to which it shall be a party or any company to which the Master Trustee may sell or transfer all or substantially all of its corporate trust business, provided, that such company shall be a trust company or bank which is qualified to be a successor to the Master Trustee as determined by the Finance Director, shall be authorized by law to perform all the duties imposed upon it by this Order, and shall be the successor to the Master Trustee without the execution or filing of any paper or the performance of any further act, anything herein to the contrary notwithstanding. The Finance Director is authorized to enter into a Fifth Supplement to the Master Trust Indenture in the form of a Fifth Supplemental Indenture with the Master Trustee, and from time to time as required, may designate a similarly qualified successor Master Trustee and enter into an agreement therewith for such services.

Section 602. <u>Fifth Supplemental Indenture</u>. The Authorized Officers are each hereby authorized and directed on behalf of the City to take any and all other actions and perform any and all acts that shall be required, necessary or desirable to enter into and implement the Fifth Supplemental Indenture with the Master Trustee, including, but not limited to, entering into an agreement with the State Treasurer in accordance with Act 227 to provide for the direct payment of Distributable Aid by the State Treasurer to the Master Trustee as additional security for the Bonds.

## ARTICLE VII

## SUPPLEMENTAL ORDERS OR RESOLUTIONS

Section 701. <u>Supplemental Orders or Resolutions Not Requiring Consent of Holders of the Bonds</u>. The City may with the prior written consent of the Bond Insurers, which in the opinion of the independent Bond Counsel are affected by such order or resolution, but without the consent of any Bondowner, adopt orders or resolutions supplemental to this Order for any one or more of the following purposes:

(i)     to confirm or further assure the security hereof or to grant or pledge to the holders of the Bonds any additional security;

(ii)    to add additional covenants and agreements of the City for the purposes of further securing the payment of the Bonds;

(iii)   to cure any ambiguity or formal defect or omission in this Order;

(iv)    to amend provisions in the Order relating to rebate to the United States Government or otherwise, which in the opinion of Bond Counsel are required in order to maintain the exclusion of interest on the Tax-Exempt Bonds from gross income for federal income tax purposes; and

(v)     such other action not materially, adversely and directly affecting the security of the Bonds;

provided that the effectiveness of any supplemental order or resolution is subject to Section 702 to the extent applicable.

Section 702.  Opinion and Filing Under Act 34.  Before any supplemental order or resolution under this Article shall become effective, a copy thereof shall be filed with the Master Trustee, together with an opinion of Bond Counsel that such supplemental order or resolution is authorized or permitted by this Article; provided that Bond Counsel in rendering any such opinion shall be entitled to rely upon certificates of the Finance Director or other City official, and opinions or reports of consultants, experts and other professionals retained by the City to advise it, with respect to the presence or absence of facts relative to such opinion and the consequences of such facts.

## ARTICLE VIII

## DEFEASANCE

Section 801.  Defeasance.  Bonds shall be deemed to be paid in full upon the deposit in trust of cash or direct obligations of, or obligations the principal of and interest on which are unconditionally guaranteed by, the United States of America, or any combination thereof, not redeemable at the option of the issuer thereof, the principal and interest payments upon which, without reinvestment thereof, will come due at such times and in such amounts, as to be fully sufficient to pay when due, the principal of such Bonds and interest to accrue thereon, as confirmed by a verification report prepared by an independent certified public accountant; provided, that if any of such Bonds are to be called for redemption prior to maturing, irrevocable instructions to call such Bonds for redemption shall be given only with the prior written consent of the MFA and on such terms as may be required by the MFA.  Such cash and securities representing such obligations shall be deposited with a bank or trust company and held for the exclusive benefit of the Owners of such Bonds.  After such deposit, such Bonds shall no longer be entitled to the benefits of this Order (except for any rights of transfer or exchange of Bonds as therein or herein provided for) and shall be payable solely from the funds deposited for such purpose and investment earnings, if any, thereon, and the lien of this Order for the benefit of such Bonds shall be discharged.

## ARTICLE IX

## OTHER PROVISIONS OF GENERAL APPLICATION

Section 901.  Approval of Other Documents and Actions.  The Mayor, the Finance Director, the Treasurer and the City Clerk are hereby authorized and directed on behalf of the City to take any and all other actions, perform any and all acts and execute any and all documents that shall be required, necessary or desirable to implement this Order.

The Finance Director is authorized to file applications with and to pay the related fees, if any, to the Michigan Department of Treasury at his discretion under Act 34 for an Order or Orders of Approval to issue all or a portion of the Bonds, and apply for such waivers or other Treasury approvals as necessary to implement the issuance, delivery and security for the Bonds, and as required by the Michigan Department of Treasury and Act 34.  The Finance Director is authorized and directed to apply for ratings on the Bonds, if necessary, and pay any post closing filing fees required by Act 34 to the Michigan Department of Treasury or other specified agency, from legally available funds.

Section 902. <u>Continuing Disclosure Undertaking.</u> The City shall enter into a continuing disclosure undertaking pursuant to Rule 15c2-12 promulgated by the Securities and Exchange Commission (the "Rule") for the benefit of the MFA and the holders and beneficial owners of the MFA Bonds in connection with the delivery of the Bonds as to which the Rule is applicable, as more specifically set forth in Exhibit D hereto (the "Undertaking"); provided, however, that the terms of the Undertaking are subject to completion and modification prior to delivery of the Bonds by the Finance Director to such extent as the Finance Director shall deem necessary to comply with law or market requirements. The Finance Director is authorized to execute and deliver the Undertaking after completion and modification as provided in this Order and the Supplemental Order.

Section 903. <u>Delegation of City to, and Authorization of Actions of the Mayor and the Finance Director.</u> (a) Prior to the delivery date for the Bonds, the Finance Director may cause the preparation and approve the form and distribution of City disclosure, if necessary, for any Preliminary Official Statement or Official Statement of the MFA and offering materials to be used in conjunction with the transfer of the Municipal Obligations to the MFA in form and substance reasonably acceptable to the Bond Insurers, and the issuance of the MFA Bonds, and the Mayor or Finance Director shall deem the City's disclosure "final" for purposes of Rule 15c2-12 of the Securities and Exchange Commission.

(b) The Finance Director is hereby authorized and directed to do and perform any and all acts and things with respect to the Bonds which are necessary and appropriate to carry into effect, consistent with this Order, the authorizations therein and herein contained, including without limitation, the securing of ratings by bond rating agencies, if cost effective, the negotiation for and acquisition of bond insurance and/or other credit enhancement, if any, to further secure the Bonds or any portions thereof, the acquisition of an irrevocable surety bond to fulfill the City's obligation to fund any reserve account, the printing of the Bonds and the incurring and paying of reasonable fees, costs and expenses incidental to the foregoing and other costs of issuance of the Bonds including, but not limited to fees and expenses of bond counsel, financial advisors, accountants and others, from Bond proceeds or other available funds, for and on behalf of the City.

(c) Except as otherwise provided herein, all determinations and decisions of the Finance Director with respect to the issuance and sale of the Bonds as permitted or required by this Order shall be confirmed by the Authorized Officer in a Supplemental Order or Supplemental Orders, and such confirmations shall constitute determinations that any conditions precedent to such determinations and decisions of the Authorized Officer have been fulfilled.

Section 904. <u>Act 34 Approval of the Bonds.</u> The Bonds shall neither be issued nor delivered unless and only so long as the issuance of the Bonds as provided herein shall have been authorized and approved in accordance with the applicable provisions of Act 34.

Section 905. <u>Approving Legal Opinions with Respect to the Bonds.</u> Transfer of the Bonds to the MFA shall be conditioned upon receiving, at the time of delivery, the approving opinion of Bond Counsel, approving legality of the Bonds and, with respect to Bonds determined by the Finance Director to be issued on a tax-exempt basis, the exclusion from gross income of the interest paid thereon from federal and State income taxation only.

Section 906.  Negotiated Transaction.  (a) Pursuant to Section 309(1) of Act 34 the Emergency Manager determines to negotiate the delivery of the Bonds to the MFA in consideration for the transfer by the City to the MFA of the Bonds, as provided in the Purchase Contract approved by the Finance Director within the parameters established hereby, and confirmed by the Finance Director in the Supplemental Order.  The reason for choosing a negotiated transaction instead of a competitive sale is that the terms of the Plan of Adjustment and the UTGO Settlement Agreement require the City to secure the payment of the Bonds with Distributable Aid under the terms of Act 227 which may only be accomplished by a delivery of the Bonds to the MFA.  The negotiated transaction will allow the Municipal Obligations to be transferred to the MFA in consideration for the MFA Bonds to successfully implement a portion of the Plan of Adjustment.

(b)  Subject to the foregoing, the Purchase Contract shall be dated the date of delivery of the Bonds.  The Finance Director is hereby authorized and directed to execute the Purchase Contract for and on behalf of the City.

Section 907.  Delivery of Bonds.  Subject to the approval of the Supplemental Order, the Finance Director is hereby authorized to deliver the Municipal Obligations to the MFA upon the issuance and delivery of the MFA Bonds in consideration therefor.

Section 908.  Official Statement.  The Finance Director is hereby authorized to execute the Official Statement or other offering materials with respect to the Bonds in the form approved by him with such changes as the Finance Director may authorize.  Circulation of the Preliminary Official Statement, if any, or other preliminary offering materials is hereby approved.

Section 909.  Appointment of Bond Counsel; Engagement of Other Parties.  The appointment by the Emergency Manager of the law firm of Miller, Canfield, Paddock and Stone, P.L.C. of Detroit, Michigan, as Bond Counsel for the Bonds is hereby ratified and confirmed, notwithstanding the periodic representation by Miller, Canfield, Paddock and Stone, P.L.C., in unrelated matters of other parties and potential parties to the issuance of the Bonds.  The fees and expenses of Miller, Canfield, Paddock and Stone, P.L.C. as Bond Counsel and other accumulated bond related fees and expenses shall be payable as a cost of issuance from available funds in accordance with the agreement of such firm on file with the Emergency Manager.

Section 910.  Parties in Interest.  Nothing in this Order, expressed or implied, is intended or shall be construed to confer upon, or to give to, any person or entity, other than the City, the Master Trustee, the MFA, the holders of the Bonds, the holders of the MFA Bonds, the Bond Insurers, and the Dissenting Bond Insurer any right, remedy or claim under or by reason of this Order or any covenant, condition or stipulation hereof, and all covenants, stipulations, promises and agreements in this Order contained by and on behalf of the City, or the MFA shall be for the sole and exclusive benefit of the City and the MFA.

Section 911.  No Recourse Under Order.  All covenants, agreements and obligations of the City contained in this Order shall be deemed to be the covenants, agreements and obligations of the City and not of any councilperson, member, officer or employee of the City in his or her individual capacity, and no recourse shall be had for the payment of the principal of or interest on the Bonds or for any claim based thereon or on this Order against any councilperson, member,

officer or employee of the City or any person executing the Bonds in his or her official individual capacity.

Section 912. <u>Severability</u>. If any one or more sections, clauses or provisions of this Order shall be determined by a court of competent jurisdiction to be invalid or ineffective for any reason, such determination shall in no way affect the validity and effectiveness of the remaining sections, clauses and provisions hereof.

Section 913. <u>Cover Page, Table of Contents and Article and Section Headings</u>. The cover page, table of contents and Article and Section headings hereof are solely for convenience of reference and do not constitute a part of this Order, and none of them shall affect its meaning, construction or effect.

Section 914. <u>Conflict</u>. All resolutions or parts of resolutions or other proceedings of the City in conflict herewith shall be and the same hereby are repealed insofar as such conflict exists.

Section 915. <u>Governing Law and Jurisdiction</u>. This Order shall be governed by and construed in accordance with the laws of the State.

Section 916. <u>Order and Supplemental Order are a Contract</u>. The provisions of this Order and the Supplemental Order shall constitute a contract among the City, the MFA, the holders of the Bonds and the Bond Insurers.

Section 917. <u>Effective Date</u>. This Order shall take effect immediately upon its adoption by the Council.

Section 918. <u>Notices</u>. All notices and other communications hereunder shall be in writing and given by United States certified or registered mail, expedited courier overnight delivery service or by other means (including facsimile transmission) that provides a written record of such notice and its receipt. Notices hereunder shall be effective when received and shall be addressed to the address set forth below or to such other address as any of the below persons shall specify to the other persons:

If to the City, to:                     City of Detroit
                                        Finance Department
                                        1200 Coleman A. Young Municipal Center
                                        Detroit, Michigan 48226
                                        Attention: Finance Director

| If to the Master Trustee, to: | U.S. Bank National Association |
|---|---|
| | 535 Griswold, Suite 550 Buhl Bldg. |
| | Detroit, MI 48226 |
| | Attention: Corporate Trust Dept. |

If to the MFA, to:

Michigan Finance Authority
Austin Building, 1st Floor
430 W. Allegan
Lansing, MI 48922

If to the Bond Insurers to:

Ambac Assurance Corporation
One State Street Plaza
New York, New York 10004
Attention: Surveillance Department and General
Counsel's Office

Assured Guaranty Municipal Corp and Assured
Guaranty Corp.
31 West 52nd Street
New York, NY 10019
Attention: Kevin J. Lyons
Attention: Terence Workman

National Public Finance Guarantee Corporation
113 King Street
Armonk, NY 10504
Attention: Kenneth Epstein and William J. Rizzo

# EXHIBIT A

## OUTSTANDING PRIOR UTGO BONDS

# UTGO Series Prior Bonds - Debt Service

| CUSIP | Maturity Date | Rate | Principal | Insurer | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | **Interest** | | | | | | | |
| **UTGO Series 1999-A** | | | | | | | | | | | | | | | | | | |
| 5353 | 4/1/15 | 5.250% | $2,850,000.00 | Assured | $74,812.50 | $74,812.50 | | | | | | | | | | | | |
| 5N1 | 4/1/16 | 5.000% | $2,995,000.00 | Assured | $74,875.00 | $74,875.00 | $74,875.00 | $74,875.00 | | | | | | | | | | |
| 5S96 | 4/1/17 | 5.000% | $3,145,000.00 | Assured | $78,625.00 | $78,625.00 | $78,625.00 | $78,625.00 | $78,625.00 | $78,625.00 | | | | | | | | |
| 5SQ4 | 4/1/18 | 5.000% | $3,305,000.00 | Assured | $82,625.00 | $82,625.00 | $82,625.00 | $82,625.00 | $82,625.00 | $82,625.00 | $82,625.00 | $82,625.00 | | | | | | |
| 5SM3 | 4/1/19 | 5.000% | $3,470,000.00 | Assured | $86,750.00 | $86,750.00 | $86,750.00 | $86,750.00 | $86,750.00 | $86,750.00 | $86,750.00 | $86,750.00 | $86,750.00 | $86,750.00 | | | | |
| | | | $15,765,000.00 | | $397,687.50 | $397,687.50 | $322,875.00 | $322,875.00 | $248,000.00 | $248,000.00 | $169,375.00 | $169,375.00 | $86,750.00 | $86,750.00 | | | | |
| **UTGO Series 2001-A(1)** | | | | | | | | | | | | | | | | | | |
| 3XK6 | 4/1/15 | 5.375% | $5,940,000.00 | NPFG | $159,637.50 | $159,637.50 | | | | | | | | | | | | |
| 3XL9 | 4/1/16 | 5.375% | $6,260,000.00 | NPFG | $168,237.50 | $168,237.50 | $168,237.50 | $168,237.50 | | | | | | | | | | |
| 3YL1 | 4/1/17 | 5.375% | $6,600,000.00 | NPFG | $177,375.00 | $177,375.00 | $177,375.00 | $177,375.00 | $177,375.00 | $177,375.00 | | | | | | | | |
| 3XN7 | 4/1/18 | 5.375% | $14,000,000.00 | NPFG | $376,250.00 | $376,250.00 | $376,250.00 | $376,250.00 | $376,250.00 | $376,250.00 | $376,250.00 | $376,250.00 | | | | | | |
| 3XP7 | 4/1/19 | 5.000% | $14,000,000.00 | NPFG | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | | | | |
| 3XS8 | 4/1/20 | 5.000% | $14,000,000.00 | NPFG | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | | |
| 3XV2 | 4/1/21 | 5.000% | $14,000,000.00 | NPFG | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 |
| | | | $74,800,000.00 | | $1,931,500.00 | $1,931,500.00 | $1,771,862.50 | $1,771,862.50 | $1,603,625.00 | $1,603,625.00 | $1,426,250.00 | $1,426,250.00 | $1,050,000.00 | $1,050,000.00 | $700,000.00 | $700,000.00 | $350,000.00 | $350,000.00 |
| **UTGO Series 2002** | | | | | | | | | | | | | | | | | | |
| 3WW8 | 4/1/21 | 5.125% | $3,240,000.00 | NPFG | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 |
| 3WN9 | 4/1/23 | 5.125% | $3,405,000.00 | NPFG | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 |
| | | | $6,645,000.00 | | $170,278.13 | $170,278.13 | $170,278.13 | $170,278.13 | $170,278.13 | $170,278.13 | $170,278.13 | $170,278.13 | $170,278.13 | $170,278.13 | $170,278.13 | $170,278.13 | $170,278.13 | $170,278.13 |
| **UTGO Series 2003-A** | | | | | | | | | | | | | | | | | | |
| 5XT2 | 4/1/15 | 4.000% | $300,000.00 | Syncora | $6,000.00 | $6,000.00 | | | | | | | | | | | | |
| 5XQ8 | 4/1/15 | 5.250% | $2,550,000.00 | Syncora | $66,937.50 | $66,937.50 | | | | | | | | | | | | |
| 5XR6 | 4/1/16 | 5.250% | $2,995,000.00 | Syncora | $78,618.75 | $78,618.75 | $78,618.75 | $78,618.75 | | | | | | | | | | |
| 5XS4 | 4/1/17 | 5.250% | $3,150,000.00 | Syncora | $82,687.50 | $82,687.50 | $82,687.50 | $82,687.50 | $82,687.50 | $82,687.50 | | | | | | | | |
| 5XT0 | 4/1/18 | 5.250% | $3,315,000.00 | Syncora | $87,018.75 | $87,018.75 | $87,018.75 | $87,018.75 | $87,018.75 | $87,018.75 | $87,018.75 | $87,018.75 | | | | | | |
| 5XU7 | 4/1/19 | 5.250% | $3,490,000.00 | Syncora | $91,612.50 | $91,612.50 | $91,612.50 | $91,612.50 | $91,612.50 | $91,612.50 | $91,612.50 | $91,612.50 | $91,612.50 | $91,612.50 | | | | |
| 5XV5 | 4/1/20 | 4.500% | $500,000.00 | Syncora | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | | |
| 5XW3 | 4/1/20 | 5.250% | $3,175,000.00 | Syncora | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | | |
| 5XX1 | 4/1/21 | 5.250% | $3,860,000.00 | Syncora | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 |
| 5XY9 | 4/1/21 | 4.625% | $500,000.00 | Syncora | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 |
| 5XZ6 | 4/1/22 | 5.250% | $3,565,000.00 | Syncora | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 |
| 5YA8 | 4/1/22 | 4.625% | $1,500,000.00 | Syncora | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 |
| 5YB0 | 4/1/23 | 5.250% | $2,775,000.00 | Syncora | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 |
| | | | $31,675,000.00 | | $821,468.75 | $821,468.75 | $748,531.25 | $748,531.25 | $669,912.50 | $669,912.50 | $587,225.00 | $587,225.00 | $500,206.25 | $500,206.25 | $408,593.75 | $408,593.75 | $314,000.00 | $314,000.00 |
| **UTGO Series 2004-A(1)** | | | | | | | | | | | | | | | | | | |
| 5YTX2 | 4/1/19 | 5.250% | $4,500,000.00 | Ambac | $118,125.00 | $118,125.00 | $118,125.00 | $118,125.00 | $118,125.00 | $118,125.00 | $118,125.00 | $118,125.00 | $118,125.00 | $118,125.00 | | | | |
| 5YTY0 | 4/1/20 | 4.250% | $185,000.00 | Ambac | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | | |
| 5YTZ7 | 4/1/20 | 5.250% | $6,085,000.00 | Ambac | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | | |
| 5YUA0 | 4/1/21 | 5.000% | $6,600,000.00 | Ambac | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 |
| 5YUB8 | 4/1/21 | 5.250% | $6,930,000.00 | Ambac | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 |
| 5YUC6 | 4/1/22 | 4.500% | $375,000.00 | Ambac | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 |
| 5YUD4 | 4/1/22 | 5.250% | $6,920,000.00 | Ambac | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 |
| 5YUE2 | 4/1/23 | 4.600% | $785,000.00 | Ambac | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 |
| 5YUF9 | 4/1/24 | 5.250% | $6,890,000.00 | Ambac | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 |
| | | | $39,270,000.00 | | $1,017,705.00 | $1,017,705.00 | $1,017,705.00 | $1,017,705.00 | $1,017,705.00 | $1,017,705.00 | $1,017,705.00 | $1,017,705.00 | $1,017,705.00 | $1,017,705.00 | $899,580.00 | $899,580.00 | $735,917.50 | $735,917.50 |

Subject to Mandatory Redemption

# UTGO Series Prior Bonds - Debt Service

| CUSIP | Maturity Date | Rate | Principal | Insurer | | | | | | | | Interest | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
| **UTGO 2004-B(I)** | | | | | | | | | | | | | | | | | | |
| ...278 | 4/1/15 | 5.000% | $8,675,000.00 | Ambac | $216,875.00 | $216,875.00 | | | | | | | | | | | | |
| ...286 | 4/1/16 | 5.250% | $9,105,000.00 | Ambac | $239,006.25 | $239,006.25 | $239,006.25 | | | | | | | | | | | |
| ...294 | 4/1/17 | 4.000% | $305,000.00 | Ambac | $6,100.00 | $6,100.00 | $6,100.00 | $6,100.00 | $6,100.00 | | | | | | | | | |
| ...284 | 4/1/17 | 5.250% | $9,780,000.00 | Ambac | $243,600.00 | $243,600.00 | $243,600.00 | $243,600.00 | $243,600.00 | $243,600.00 | | | | | | | | |
| ...292 | 4/1/18 | 5.250% | $52,500.00 | Ambac | $53,500.00 | $52,500.00 | $52,500.00 | $52,500.00 | $52,500.00 | $52,500.00 | $52,500.00 | $52,500.00 | | | | | | |
| ...270 | 4/1/18 | 5.250% | $2,000,000.00 | Ambac | $2,000,000.00 | | | | | | | | | | | | | |
| | | | **$29,362,500.00** | | **$758,081.25** | **$758,081.25** | | | | | | | | | | | | |
| **UTGO 2004-B** | | | | | | | | | | | | | | | | | | |
| ...353 | 4/1/19 | 5.240% | $575,000.00 | Ambac | $15,065.00 | $15,065.00 | $11,004.00 | $11,004.00 | $6,681.00 | $6,681.00 | $2,227.00 | $2,227.00 | | | | | | |
| **UTGO 2004-B(II)** | | | | | | | | | | | | | | | | | | |
| ...353 | 4/1/15 | 5.000% | $2,290,000.00 | Assured | $57,250.00 | $57,250.00 | | | | | | | | | | | | |
| ...361 | 4/1/16 | 5.000% | $2,495,000.00 | Assured | $60,125.00 | $60,125.00 | $60,125.00 | $60,125.00 | | | | | | | | | | |
| ...533 | 4/1/17 | 4.300% | $2,520,000.00 | Assured | $54,180.00 | $54,180.00 | $54,180.00 | $54,180.00 | $54,180.00 | $54,180.00 | | | | | | | | |
| ...679 | 4/1/17 | 4.300% | $2,653,000.00 | Assured | $65,875.00 | $65,875.00 | $65,875.00 | $65,875.00 | $65,875.00 | $65,875.00 | $65,875.00 | | | | | | | |
| ...687 | 4/1/18 | 5.000% | $2,765,000.00 | Assured | $69,125.00 | $69,125.00 | $69,125.00 | $69,125.00 | $69,125.00 | $69,125.00 | $69,125.00 | $69,125.00 | $69,125.00 | | | | | |
| ...695 | 4/1/19 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | | | | |
| ...137 | 4/1/20 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | | |
| ...145 | 4/1/21 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 |
| ...152 | 4/1/22 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 |
| ...160 | 4/1/23 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 |
| ...178 | 4/1/24 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 |
| | 4/1/25 | 5.000% | $5,000,000.00 | Assured | | | | | | | | | | | | | | |
| | | | **$42,615,000.00** | | **$1,056,355.00** | **$1,056,355.00** | **$999,365.00** | **$999,365.00** | **$939,180.00** | **$939,180.00** | **$885,000.00** | **$885,000.00** | **$819,125.00** | **$819,125.00** | **$750,000.00** | **$750,000.00** | **$625,000.00** | **$625,000.00** |
| **UTGO 2005-B** | | | | | | | | | | | | | | | | | | |
| ...392 | 4/1/15 | 5.000% | $2,305,000.00 | Assured | $57,625.00 | $57,625.00 | | | | | | | | | | | | |
| ...525 | 4/1/16 | 5.000% | $2,475,000.00 | Assured | $60,625.00 | $60,625.00 | $60,625.00 | $60,625.00 | | | | | | | | | | |
| ...533 | 4/1/17 | 4.300% | $2,545,000.00 | Assured | $54,717.50 | $54,717.50 | $54,717.50 | $54,717.50 | $54,717.50 | $54,717.50 | | | | | | | | |
| ...541 | 4/1/18 | 5.000% | $2,630,000.00 | Assured | $65,750.00 | $65,750.00 | $65,750.00 | $65,750.00 | $65,750.00 | $65,750.00 | $65,750.00 | $65,750.00 | | | | | | |
| ...305 | 4/1/19 | 5.000% | $2,750,000.00 | Assured | $71,793.75 | $71,793.75 | $71,793.75 | $71,793.75 | $71,793.75 | $71,793.75 | $71,793.75 | $71,793.75 | $71,793.75 | $71,793.75 | | | | |
| ...306 | 4/1/20 | 5.250% | $2,365,000.00 | Assured | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | | |
| | | | **$15,526,000.00** | | **$386,242.50** | **$386,242.50** | **$326,617.50** | **$326,617.50** | **$267,992.50** | **$267,992.50** | **$213,275.50** | **$213,275.50** | **$347,525.00** | **$347,525.00** | **$75,731.25** | **$75,731.25** | | |
| **UTGO 2008-A** | | | | | | | | | | | | | | | | | | |
| ...356 | 4/1/15 | 5.000% | $2,875,000.00 | Assured | $71,875.00 | $71,875.00 | | | | | | | | | | | | |
| ...364 | 4/1/16 | 5.000% | $3,175,000.00 | Assured | $75,375.00 | $75,375.00 | $75,375.00 | $75,375.00 | | | | | | | | | | |
| ...372 | 4/1/17 | 5.000% | $3,170,000.00 | Assured | $79,250.00 | $79,250.00 | $79,250.00 | $79,250.00 | $79,250.00 | $79,250.00 | | | | | | | | |
| ...380 | 4/1/18 | 4.000% | $3,325,000.00 | Assured | $66,500.00 | $66,500.00 | $66,500.00 | $66,500.00 | $66,500.00 | $66,500.00 | $66,500.00 | $66,500.00 | $86,500.00 | | | | | |
| ...398 | 4/1/19 | 5.000% | $3,440,000.00 | Assured | $86,500.00 | $86,500.00 | $86,500.00 | $86,500.00 | $86,500.00 | $86,500.00 | $86,500.00 | $86,500.00 | $90,750.00 | $90,750.00 | | | | |
| ...430 | 4/1/20 | 5.000% | $3,630,000.00 | Assured | $90,750.00 | $90,750.00 | $90,750.00 | $90,750.00 | $90,750.00 | $90,750.00 | $90,750.00 | $90,750.00 | $95,375.00 | $95,375.00 | $90,750.00 | $90,750.00 | | |
| ...539 | 4/1/21 | 5.000% | $3,815,000.00 | Assured | $95,375.00 | $95,375.00 | $95,375.00 | $95,375.00 | $95,375.00 | $95,375.00 | $95,375.00 | $95,375.00 | $100,125.00 | $100,125.00 | $95,375.00 | $95,375.00 | $95,375.00 | $95,375.00 |
| ...539 | 4/1/22 | 5.000% | $4,005,000.00 | Assured | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 | $215,500.00 | $215,500.00 | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 |
| ...555 | 4/1/23 | 5.000% | $8,620,000.00 | Assured | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 | $499,500.00 | $499,500.00 | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 |
| ...563 | 4/1/28 | 5.000% | $19,980,000.00 | Assured | $499,500.00 | $499,500.00 | $499,500.00 | $499,500.00 | $499,500.00 | $499,500.00 | $499,500.00 | $499,500.00 | $1,087,750.00 | $1,087,750.00 | $499,500.00 | $499,500.00 | $990,500.00 | $990,500.00 |
| | | | **$19,980,000.00** | | **$1,380,750.00** | **$1,380,875.00** | **$1,305,875.00** | **$1,305,875.00** | **$1,231,500.00** | **$1,231,500.00** | **$1,154,250.00** | **$1,154,250.00** | **$1,087,750.00** | **$1,087,750.00** | **$1,002,250.00** | **$1,002,250.00** | **$990,500.00** | **$990,500.00** |
| **UTGO 2009-B(I)** | | | | | | | | | | | | | | | | | | |
| ...953 | 4/1/15 | 5.000% | $7,970,000.00 | Assured | $199,250.00 | $199,250.00 | $86,000.00 | $86,000.00 | | | | | | | | | | |
| ...91 | 4/1/16 | 5.000% | $3,440,000.00 | Assured | $86,000.00 | $86,000.00 | $89,500.00 | $89,500.00 | $89,500.00 | $89,500.00 | | | | | | | | |
| ...79 | 4/1/17 | 5.000% | $3,580,000.00 | Assured | $89,500.00 | $89,500.00 | $94,750.00 | $94,750.00 | $94,750.00 | $94,750.00 | $94,750.00 | $94,750.00 | | | | | | |
| ...9T | 4/1/18 | 5.000% | $3,790,000.00 | Assured | $94,750.00 | $94,750.00 | $270,250.00 | $270,250.00 | $184,250.00 | $184,250.00 | $94,750.00 | $94,750.00 | | | $75,731.25 | | | |
| | | | **$16,780,000.00** | | **$469,500.00** | **$469,500.00** | **$270,250.00** | **$270,250.00** | **$184,250.00** | **$184,250.00** | **$94,750.00** | **$94,750.00** | | | $75,731.25 | $75,731.25 | | |
| | | | **$330,700,000.00** | | **$8,404,933.13** | **$8,404,933.13** | **$7,490,509.63** | **$7,490,509.63** | **$6,643,324.13** | **$6,643,324.13** | **$5,772,835.13** | **$5,772,835.13** | **$4,879,339.38** | **$4,879,339.38** | **$4,005,433.13** | **$4,005,433.13** | **$3,105,695.63** | **$3,105,695.63** |

* Subject to Mandatory Redemption

897

# UTGO Series Prior Bonds - Debt Service

| CUSIP | Maturity Date | Rate | Principal | Insurer | 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | 10/1/23 | 4/1/24 | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO 1999-A** | | | | | | | | | | | | |
| | 4/1/15 | 5.250% | $2,850,000.00 | Assured | - | - | - | - | - | - | $149,625.00 | $2,999,625.00 |
| | 4/1/16 | 5.000% | $2,995,000.00 | Assured | - | - | - | - | - | - | $299,500.00 | $3,294,500.00 |
| | 4/1/17 | 5.000% | $3,145,000.00 | Assured | - | - | - | - | - | - | $471,750.00 | $3,616,750.00 |
| | 4/1/18 | 5.000% | $3,305,000.00 | Assured | - | - | - | - | - | - | $661,000.00 | $3,966,000.00 |
| | 4/1/19 | 5.000% | $3,470,000.00 | Assured | - | - | - | - | - | - | $867,500.00 | $4,337,500.00 |
| | | | **$15,765,000.00** | | | | | | | | **$2,449,375.00** | **$18,214,375.00** |
| **UTGO 2003-A(1)** | | | | | | | | | | | | |
| | 4/1/15 | 5.375% | $5,940,000.00 | NPFG | - | - | - | - | - | - | $319,275.00 | $6,259,275.00 |
| | 4/1/16 | 5.375% | $6,260,000.00 | NPFG | - | - | - | - | - | - | $462,750.00 | $6,722,750.00 |
| | 4/1/17 | 5.375% | $6,600,000.00 | NPFG | - | - | - | - | - | - | $464,250.00 | $7,064,250.00 |
| | 4/1/18 | 5.375% | $14,000,000.00 | NPFG | - | - | - | - | - | - | $3,010,000.00 | $17,010,000.00 |
| | 4/1/19 | 5.375% | $14,000,000.00 | NPFG | - | - | - | - | - | - | $3,500,000.00 | $17,500,000.00 |
| | 4/1/20 | 5.000% | $14,000,000.00 | NPFG | - | - | - | - | - | - | $4,200,000.00 | $18,200,000.00 |
| | 4/1/21 | 5.000% | $14,000,000.00 | NPFG | - | - | - | - | - | - | $4,500,000.00 | $18,500,000.00 |
| | | | **$74,800,000.00** | | | | | | | | **$17,666,675.00** | **$92,466,675.00** |
| **UTGO 2002** | | | | | | | | | | | | |
| | 4/1/21 | 5.125% | $3,240,000.00 | NPFG | $87,253.13 | $87,253.13 | - | - | - | - | $1,162,350.00 | $4,402,350.00 |
| | 4/1/22 | 5.125% | $3,405,000.00 | NPFG | - | - | - | - | - | - | $1,396,650.00 | $4,801,650.00 |
| | | | **$6,645,000.00** | | **$87,253.13** | **$87,253.13** | | | | | **$2,558,600.00** | **$9,203,600.00** |
| **UTGO 2003-A** | | | | | | | | | | | | |
| | 4/1/15 | 4.000% | $300,000.00 | Syncora | - | - | - | - | - | - | $12,000.00 | $312,000.00 |
| | 4/1/16 | 5.250% | $2,550,000.00 | Syncora | - | - | - | - | - | - | $113,875.00 | $2,663,875.00 |
| | 4/1/17 | 5.250% | $2,995,000.00 | Syncora | - | - | - | - | - | - | $134,475.00 | $3,309,475.00 |
| | 4/1/18 | 5.250% | $3,150,000.00 | Syncora | - | - | - | - | - | - | $496,125.00 | $3,646,125.00 |
| | 4/1/19 | 5.250% | $3,315,000.00 | Syncora | - | - | - | - | - | - | $696,150.00 | $4,011,150.00 |
| | 4/1/20 | 5.250% | $3,480,000.00 | Syncora | - | - | - | - | - | - | $916,125.00 | $4,396,125.00 |
| | | 4.500% | $500,000.00 | Syncora | - | - | - | - | - | - | $135,000.00 | $635,000.00 |
| | 4/1/20 | 5.250% | $3,175,000.00 | Syncora | $11,562.50 | $11,562.50 | - | - | - | - | $1,000,125.00 | $4,175,125.00 |
| | 4/1/21 | 5.250% | $3,800,000.00 | Syncora | $93,581.25 | $93,581.25 | - | - | - | - | $1,418,500.00 | $5,278,500.00 |
| | 4/1/22 | 5.250% | $500,000.00 | Syncora | - | - | - | - | - | - | $185,000.00 | $685,000.00 |
| | 4/1/22 | 4.625% | $3,565,000.00 | Syncora | - | - | - | - | - | - | $1,497,300.00 | $5,062,300.00 |
| | 4/1/23 | 4.625% | $1,300,000.00 | Syncora | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | - | - | $924,375.00 | $2,124,375.00 |
| | 4/1/23 | 5.250% | $2,775,000.00 | Syncora | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | - | - | $1,311,187.50 | $4,086,187.50 |
| | | | **$31,675,000.00** | | **$212,675.00** | **$212,675.00** | **$107,531.25** | **$107,531.25** | | | **$8,740,287.50** | **$40,415,287.50** |
| **UTGO 2006-A(1)** | | | | | | | | | | | | |
| | 4/1/19 | 5.250% | $4,500,000.00 | Ambac | - | - | - | - | - | - | $1,181,250.00 | $5,681,250.00 |
| | 4/1/20 | 4.250% | $185,000.00 | Ambac | - | - | - | - | - | - | $47,175.00 | $232,175.00 |
| | 4/1/20 | 5.250% | $6,085,000.00 | Ambac | - | - | - | - | - | - | $1,916,775.00 | $8,001,775.00 |
| | 4/1/21 | 5.000% | $6,600,000.00 | Ambac | - | - | - | - | - | - | $2,310,000.00 | $8,910,000.00 |
| | 4/1/21 | 5.250% | $6,930,000.00 | Ambac | - | - | - | - | - | - | $2,910,600.00 | $9,840,600.00 |
| | 4/1/22 | 5.250% | $375,000.00 | Ambac | $181,912.50 | $181,912.50 | $8,437.50 | $8,437.50 | - | - | $155,875.00 | $530,875.00 |
| | 4/1/22 | 5.250% | $6,020,000.00 | Ambac | $8,437.50 | $8,437.50 | $181,650.00 | $181,650.00 | - | - | $10,189,700.00 | $10,189,700.00 |
| | 4/1/23 | 4.600% | $785,000.00 | Ambac | $181,650.00 | $181,650.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $361,100.00 | $1,146,100.00 |
| | 4/1/23 | 5.250% | | Ambac | $18,055.00 | $18,055.00 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $3,617,250.00 | $10,507,250.00 |
| | 4/1/24 | 5.250% | $6,930,000.00 | Ambac | $180,862.50 | $180,862.50 | $194,917.50 | $194,917.50 | $194,917.50 | $194,917.50 | | |
| | | | **$39,275,000.00** | | **$570,917.50** | **$570,917.50** | **$389,085.00** | **$389,085.00** | **$194,917.50** | **$194,917.50** | **$15,763,725.00** | **$55,035,725.00** |

Subject to Mandatory Redemption

# UTGO Series Prior Bonds - Debt Service

| CUSIP | Maturity Date | Rate | Principal | Insurer | | | | | | | Interest | | | | | | | | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | 10/1/23 | 4/1/24 | 10/1/24 | 4/1/25 | 10/1/25 | 4/1/26 | 10/1/26 | 4/1/27 | 10/1/27 | 4/1/28 | | |
| **UTGO 2004-R(1)** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.000% | $8,675,000.00 | Ambac | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $433,750.00 | $9,108,750.00 |
| | 4/1/16 | 5.500% | $9,105,000.00 | Ambac | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $956,025.00 | $10,061,025.00 |
| | 4/1/16 | 4.000% | $305,000.00 | Ambac | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $36,600.00 | $341,600.00 |
| | 4/1/17 | 5.250% | $9,285,000.00 | Ambac | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $1,661,600.00 | $10,741,600.00 |
| | 4/1/18 | 5.250% | $2,000,000.00 | Ambac | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $630,000.00 | $2,630,000.00 |
| | | | **$29,565,000.00** | | | | | | | | | | | | | | | | | **$3,307,975.00** | **$32,672,975.00** |
| **UTGO 2004-R(2)** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/19 | 5.340% | $375,000.00 | Ambac | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $69,954.00 | $644,954.00 |
| | | | **$375,000.00** | | | | | | | | | | | | | | | | | **$69,954.00** | **$644,954.00** |
| **UTGO 2005-B** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.000% | $2,290,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $114,500.00 | $2,404,500.00 |
| | 4/1/16 | 5.000% | $2,405,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $240,500.00 | $2,645,500.00 |
| | 4/1/17 | 4.300% | $2,520,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $325,080.00 | $2,845,080.00 |
| | 4/1/18 | 5.000% | $2,635,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $527,000.00 | $3,162,000.00 |
| | 4/1/19 | 5.000% | $2,765,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $691,250.00 | $3,456,250.00 |
| | 4/1/20 | 5.000% | $5,000,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $1,500,000.00 | $6,500,000.00 |
| | 4/1/21 | 5.000% | $5,000,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $1,750,000.00 | $6,750,000.00 |
| | 4/1/22 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | - | - | - | - | - | - | - | - | - | - | - | - | $2,000,000.00 | $7,000,000.00 |
| | 4/1/23 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | - | - | - | - | - | - | - | - | - | - | $2,250,000.00 | $7,250,000.00 |
| | 4/1/24 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | - | - | - | - | - | - | - | - | $2,500,000.00 | $7,500,000.00 |
| | 4/1/25 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | - | - | - | - | - | - | $2,750,000.00 | $7,750,000.00 |
| | | | **$42,615,000.00** | | $500,000.00 | $500,000.00 | $375,000.00 | $375,000.00 | $250,000.00 | $250,000.00 | $125,000.00 | $125,000.00 | | | | | | | **$14,648,330.00** | **$57,263,330.00** |
| **UTGO 2005-C** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.000% | $2,305,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $115,250.00 | $2,420,250.00 |
| | 4/1/16 | 5.000% | $2,425,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $242,500.00 | $2,667,500.00 |
| | 4/1/17 | 4.300% | $2,545,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $328,365.00 | $2,873,365.00 |
| | 4/1/18 | 5.000% | $2,630,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $526,000.00 | $3,156,000.00 |
| | 4/1/19 | 5.250% | $2,735,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $717,937.50 | $3,452,937.50 |
| | 4/1/20 | 5.250% | $2,885,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $908,775.00 | $3,793,775.00 |
| | | | **$15,525,000.00** | | | | | | | | | | | | | | | | | **$2,838,767.50** | **$18,363,767.50** |
| **UTGO 2009-A** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.000% | $2,875,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $143,750.00 | $3,018,750.00 |
| | 4/1/16 | 5.000% | $3,015,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $301,500.00 | $3,316,500.00 |
| | 4/1/17 | 5.000% | $3,170,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $475,500.00 | $3,645,500.00 |
| | 4/1/18 | 4.000% | $3,325,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $532,000.00 | $3,857,000.00 |
| | 4/1/19 | 5.000% | $3,460,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $865,000.00 | $4,325,000.00 |
| | 4/1/20 | 5.000% | $3,630,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $1,089,000.00 | $4,719,000.00 |
| | 4/1/21 | 5.000% | $3,815,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $1,335,250.00 | $5,150,250.00 |
| | 4/1/22 | 5.000% | $4,205,000.00 | Assured | $100,125.00 | $100,125.00 | - | - | - | - | - | - | - | - | - | - | - | - | $1,402,500.00 | $5,607,500.00 |
| | 4/1/23 | 5.000% | $8,620,000.00 | Assured | $215,500.00 | $215,500.00 | $215,500.00 | $110,375.00 | $110,375.00 | - | - | - | - | - | - | - | - | - | $4,099,750.00 | $12,719,750.00 |
| | 4/1/28 | 5.000% | $19,980,000.00 | Assured | $499,500.00 | $499,500.00 | $499,500.00 | $609,875.00 | $609,875.00 | $609,875.00 | $499,500.00 | $499,500.00 | $383,625.00 | $383,625.00 | $261,875.00 | $261,875.00 | $134,125.00 | $134,125.00 | $12,548,250.00 | $32,528,250.00 |
| | | | **$55,895,000.00** | | $815,125.00 | $815,125.00 | $715,000.00 | $715,000.00 | $609,875.00 | $609,875.00 | $499,500.00 | $499,500.00 | $383,625.00 | $383,625.00 | $261,875.00 | $261,875.00 | $134,125.00 | $134,125.00 | **$22,992,000.00** | **$78,887,000.00** |
| **UTGO 2008-R(I)** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.000% | $7,970,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $398,500.00 | $8,368,500.00 |
| | 4/1/16 | 5.000% | $3,440,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $344,000.00 | $3,784,000.00 |
| | 4/1/17 | 5.000% | $3,580,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $537,000.00 | $4,117,000.00 |
| | 4/1/18 | 5.000% | $3,770,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $758,000.00 | $4,548,000.00 |
| | | | **$18,760,000.00** | | | | | | | | | | | | | | | | | **$2,037,500.00** | **$20,817,500.00** |
| | | | **$334,910,000.00** | | $2,185,970.63 | $2,185,970.63 | $1,886,536.25 | $1,886,536.25 | $1,658,792.50 | $1,658,792.50 | $624,500.00 | $624,500.00 | $383,625.00 | $383,625.00 | $261,875.00 | $261,875.00 | $134,125.00 | $134,125.00 | **$93,079,789.00** | **$423,986,789.00** |

* Subject to Mandatory Redemption

13-53846-swr Doc 7083-33 Filed 08/22/14 Entered 08/22/14 23:29:51 Page 117 of 899
252

# UTGO Series Prior Bonds - Debt Service

## Bond Series Subject to Mandatory Redemption

### Issuance: 2004-B(2)

CUSIP 23809ZX1

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Ambac | | | $575,000.00 | 5.240% | $15,065.00 |
| 4/1/15 | Ambac | 6/30/15 | $155,000.00 | $420,000.00 | 5.240% | $15,065.00 |
| 10/1/15 | Ambac | | | $420,000.00 | 5.240% | $11,004.00 |
| 4/1/16 | Ambac | 6/30/16 | $165,000.00 | $255,000.00 | 5.240% | $11,004.00 |
| 10/1/16 | Ambac | | | $255,000.00 | 5.240% | $6,681.00 |
| 4/1/17 | Ambac | 6/30/17 | $170,000.00 | $85,000.00 | 5.240% | $6,681.00 |
| 10/1/17 | Ambac | | | $85,000.00 | 5.240% | $2,227.00 |
| 4/1/18 | Ambac | 6/30/18 | $85,000.00 | - | 5.240% | $2,227.00 |
| Total | | | $575,000.00 | | | $69,954.00 |

### Issuance: 2008-A

CUSIP 23809N5S

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | | | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/15 | Assured | 6/30/15 | | $8,620,000.00 | 5.000% | $215,500.00 |
| 10/1/15 | Assured | | | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/16 | Assured | 6/30/16 | | $8,620,000.00 | 5.000% | $215,500.00 |
| 10/1/16 | Assured | | | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/17 | Assured | 6/30/17 | | $8,620,000.00 | 5.000% | $215,500.00 |
| 10/1/17 | Assured | | | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/18 | Assured | 6/30/18 | | $8,620,000.00 | 5.000% | $215,500.00 |
| 10/1/18 | Assured | | | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/19 | Assured | 6/30/19 | | $8,620,000.00 | 5.000% | $215,500.00 |
| 10/1/19 | Assured | | | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/20 | Assured | 6/30/20 | | $8,620,000.00 | 5.000% | $215,500.00 |
| 10/1/20 | Assured | | | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/21 | Assured | 6/30/21 | | $8,620,000.00 | 5.000% | $215,500.00 |
| 10/1/21 | Assured | | | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/22 | Assured | 6/30/22 | | $8,620,000.00 | 5.000% | $215,500.00 |
| 10/1/2022 | Assured | | | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/2023 | Assured | 6/30/23 | $4,205,000.00 | $4,415,000.00 | 5.000% | $215,500.00 |
| 10/1/2023 | Assured | | | $4,415,000.00 | 5.000% | $110,375.00 |
| 4/1/2024 | Assured | 6/30/24 | $4,415,000.00 | - | 5.000% | $110,375.00 |
| Total | | | $8,620,000.00 | | | $4,099,750.00 |

### Issuance: 2008-A

CUSIP 23809N6S

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | | | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/15 | Assured | 6/30/15 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/15 | Assured | | | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/16 | Assured | 6/30/16 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/16 | Assured | | | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/17 | Assured | 6/30/17 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/17 | Assured | | | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/18 | Assured | 6/30/18 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/18 | Assured | | | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/19 | Assured | 6/30/19 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/19 | Assured | | | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/20 | Assured | 6/30/20 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/20 | Assured | | | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/21 | Assured | 6/30/21 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/21 | Assured | | | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/22 | Assured | 6/30/22 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/2022 | Assured | | | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/2023 | Assured | 6/30/23 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/2023 | Assured | | | $19,980,000.00 | 5.000% | $495,500.00 |
| 4/1/2024 | Assured | 6/30/24 | | $19,980,000.00 | 5.000% | $495,500.00 |
| 10/1/2024 | Assured | | | $19,980,000.00 | 5.000% | $495,500.00 |
| 4/1/2025 | Assured | 6/30/25 | $4,635,000.00 | $15,345,000.00 | 5.000% | $495,500.00 |
| 10/1/2025 | Assured | | | $15,345,000.00 | 5.000% | $383,625.00 |
| 4/1/2026 | Assured | 6/30/26 | $4,870,000.00 | $10,475,000.00 | 5.000% | $383,625.00 |
| 10/1/2026 | Assured | | | $10,475,000.00 | 5.000% | $261,875.00 |
| 4/1/2027 | Assured | 6/30/27 | $5,110,000.00 | $5,365,000.00 | 5.000% | $261,875.00 |
| 10/1/2027 | Assured | | | $5,365,000.00 | 5.000% | $134,125.00 |
| 4/1/2028 | Assured | 6/30/28 | $5,365,000.00 | - | 5.000% | $134,125.00 |
| Total | | | $19,980,000.00 | | | $22,548,250.00 |

# EXHIBIT B

## RESTRUCTURED UTGO BONDS AND MUNICIPAL OBLIGATIONS

[including break out of subseries of Municipal Obligations as between BHs and Insurers]

B-1

| CUSIP | Maturity Date | Rate | Principal | Issuer | Interest 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 | 10/1/21 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1999-A** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.250% | $2,408,250.00 | Assured | $63,216.56 | $63,216.56 | $63,269.38 | $63,269.38 | | | | | | | | | | | | |
| | 4/1/16 | 5.000% | $2,530,375.00 | Assured | $63,269.38 | $63,269.38 | $63,269.38 | $63,269.38 | | | | | | | | | | | | |
| | 4/1/17 | 5.000% | $2,657,525.00 | Assured | $66,438.13 | $66,438.13 | $66,438.13 | $66,438.13 | $66,438.13 | $66,438.13 | | | | | | | | | | |
| | 4/1/18 | 5.000% | $2,792,725.00 | Assured | $69,818.13 | $69,818.13 | $69,818.13 | $69,818.13 | $69,818.13 | $69,818.13 | $69,818.13 | $69,818.13 | | | | | | | | |
| | 4/1/19 | 5.000% | $2,932,150.00 | Assured | $73,303.75 | $73,303.75 | $73,303.75 | $73,303.75 | $73,303.75 | $73,303.75 | $73,303.75 | $73,303.75 | $73,303.75 | $73,303.75 | | | | | | |
| | | | $13,321,425.00 | | $336,845.94 | $336,845.94 | $272,829.38 | $209,560.00 | | | | | | | | | | | | |
| **2001-A(D)** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.375% | $5,013,300.00 | NPFG | $134,893.69 | $134,893.69 | $142,160.69 | $142,160.69 | $142,160.69 | | | | | | | | | | | |
| | 4/1/16 | 5.375% | $5,280,700.00 | NPFG | $142,160.69 | $142,160.69 | $149,881.88 | $149,881.88 | $149,881.88 | $149,881.88 | | | | | | | | | | |
| | 4/1/17 | 5.375% | $5,577,000.00 | NPFG | $149,881.88 | $149,881.88 | $317,931.25 | $317,931.25 | $317,931.25 | $317,931.25 | $317,931.25 | $317,931.25 | | | | | | | | |
| | 4/1/18 | 5.375% | $11,830,000.00 | NPFG | $317,931.25 | $317,931.25 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | | | | | | |
| | 4/1/19 | 5.000% | $11,830,000.00 | NPFG | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | | | | |
| | 4/1/20 | 5.000% | $11,830,000.00 | NPFG | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 |
| | | | $63,206,000.00 | | $1,632,317.50 | $1,632,317.50 | $1,497,223.81 | $1,497,223.81 | $1,355,063.13 | $1,355,063.13 | $1,205,181.25 | $1,205,181.25 | $887,250.00 | $887,250.00 | $591,500.00 | $591,500.00 | $295,750.00 | $295,750.00 | |
| **2002** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/21 | 5.125% | $2,737,900.00 | NPFG | $70,156.13 | $70,156.13 | $70,156.13 | $70,156.13 | $70,156.13 | $70,156.13 | $70,156.13 | $70,156.13 | $70,156.13 | $70,156.13 | $70,156.13 | $70,156.13 | $70,156.13 | $70,156.13 | $70,156.13 |
| | 4/1/22 | 5.125% | $2,877,235.00 | NPFG | $73,728.89 | $73,728.89 | $73,728.89 | $73,728.89 | $73,728.89 | $73,728.89 | $73,728.89 | $73,728.89 | $73,728.89 | $73,728.89 | $73,728.89 | $73,728.89 | $73,728.89 | $73,728.89 | $73,728.89 |
| | | | $5,615,025.00 | | $143,885.02 | $143,885.02 | $143,885.02 | $143,885.02 | $143,885.02 | $143,885.02 | $143,885.02 | $143,885.02 | $143,885.02 | $143,885.02 | $143,885.02 | $143,885.02 | $143,885.02 | $143,885.02 | $143,885.02 |
| **2003-A** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 4.000% | $253,500.00 | Syncora | $5,070.00 | $5,070.00 | | | | | | | | | | | | | |
| | 4/1/16 | 4.250% | $2,154,750.00 | Syncora | $56,562.19 | $56,562.19 | $66,432.84 | $66,432.84 | | | | | | | | | | | |
| | 4/1/17 | 5.250% | $2,530,775.00 | Syncora | $66,432.84 | $66,432.84 | $69,870.94 | $69,870.94 | $69,870.94 | $69,870.94 | | | | | | | | | |
| | 4/1/18 | 5.250% | $2,661,750.00 | Syncora | $69,870.94 | $69,870.94 | $73,530.84 | $73,530.84 | $73,530.84 | $73,530.84 | $73,530.84 | $73,530.84 | | | | | | | |
| | 4/1/19 | 5.250% | $2,801,175.00 | Syncora | $73,530.84 | $73,530.84 | $77,412.56 | $77,412.56 | $77,412.56 | $77,412.56 | $77,412.56 | $77,412.56 | $77,412.56 | $77,412.56 | | | | | |
| | 4/1/20 | 5.000% | $2,949,050.00 | Syncora | $77,412.56 | $77,412.56 | $9,506.25 | $9,506.25 | $9,506.25 | $9,506.25 | $9,506.25 | $9,506.25 | $9,506.25 | $9,506.25 | $9,506.25 | $9,506.25 | | | |
| | 4/1/21 | 5.250% | $2,682,875.00 | Syncora | $9,506.25 | $9,506.25 | $70,425.47 | $70,425.47 | $70,425.47 | $70,425.47 | $70,425.47 | $70,425.47 | $70,425.47 | $70,425.47 | $70,425.47 | $70,425.47 | $70,425.47 | $70,425.47 | |
| | 4/1/22 | 4.625% | $3,261,700.00 | Syncora | $70,425.47 | $70,425.47 | $85,619.63 | $85,619.63 | $85,619.63 | $85,619.63 | $85,619.63 | $85,619.63 | $85,619.63 | $85,619.63 | $85,619.63 | $85,619.63 | $85,619.63 | $85,619.63 | $85,619.63 |
| | 4/1/23 | 4.625% | $1,422,500.00 | Syncora | $85,619.63 | $85,619.63 | $9,770.31 | $9,770.31 | $9,770.31 | $9,770.31 | $9,770.31 | $9,770.31 | $9,770.31 | $9,770.31 | $9,770.31 | $9,770.31 | $9,770.31 | $9,770.31 | $9,770.31 |
| | 4/1/22 | 4.625% | $3,012,425.00 | Syncora | $9,770.31 | $9,770.31 | $79,076.16 | $79,076.16 | $79,076.16 | $79,076.16 | $79,076.16 | $79,076.16 | $79,076.16 | $79,076.16 | $79,076.16 | $79,076.16 | $79,076.16 | $79,076.16 | $79,076.16 |
| | 4/1/23 | 4.625% | $1,267,500.00 | Syncora | $79,076.16 | $79,076.16 | $29,310.94 | $29,310.94 | $29,310.94 | $29,310.94 | $29,310.94 | $29,310.94 | $29,310.94 | $29,310.94 | $29,310.94 | $29,310.94 | $29,310.94 | $29,310.94 | $29,310.94 |
| | 4/1/23 | 5.250% | $2,344,875.00 | Syncora | $61,552.97 | $61,552.97 | $61,552.97 | $61,552.97 | $61,552.97 | $61,552.97 | $61,552.97 | $61,552.97 | $61,552.97 | $61,552.97 | $61,552.97 | $61,552.97 | $61,552.97 | $61,552.97 | $61,552.97 |
| | | | $26,763,575.00 | | $694,141.09 | $694,141.09 | $632,508.91 | $632,508.91 | $566,076.06 | $566,076.06 | $496,205.13 | $496,205.13 | $422,674.28 | $422,674.28 | $345,261.72 | $345,261.72 | $265,330.00 | $265,330.00 | |
| **2004-A(D)** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/19 | 5.250% | $3,802,500.00 | Ambac | $99,815.63 | $99,815.63 | $99,815.63 | $99,815.63 | $99,815.63 | $99,815.63 | $99,815.63 | $99,815.63 | $99,815.63 | $99,815.63 | $99,815.63 | $99,815.63 | $99,815.63 | $99,815.63 | |
| | 4/1/20 | 4.250% | $156,335.00 | Ambac | $3,321.91 | $3,321.91 | $3,321.91 | $3,321.91 | $3,321.91 | $3,321.91 | $3,321.91 | $3,321.91 | $3,321.91 | $3,321.91 | $3,321.91 | $3,321.91 | $3,321.91 | $3,321.91 | $3,321.91 |
| | 4/1/20 | 5.250% | $5,141,425.00 | Ambac | $134,972.91 | $134,972.91 | $134,972.91 | $134,972.91 | $134,972.91 | $134,972.91 | $134,972.91 | $134,972.91 | $134,972.91 | $134,972.91 | $134,972.91 | $134,972.91 | $134,972.91 | $134,972.91 | $134,972.91 |
| | 4/1/21 | 5.000% | $5,577,000.00 | Ambac | $139,425.00 | $139,425.00 | $139,425.00 | $139,425.00 | $139,425.00 | $139,425.00 | $139,425.00 | $139,425.00 | $139,425.00 | $139,425.00 | $139,425.00 | $139,425.00 | $139,425.00 | $139,425.00 | $139,425.00 |
| | 4/1/22 | 4.900% | $5,855,850.00 | Ambac | $153,716.06 | $153,716.06 | $153,716.06 | $153,716.06 | $153,716.06 | $153,716.06 | $153,716.06 | $153,716.06 | $153,716.06 | $153,716.06 | $153,716.06 | $153,716.06 | $153,716.06 | $153,716.06 | $153,716.06 |
| | 4/1/23 | 3.250% | $815,675.00 | Ambac | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 |
| | 4/1/23 | 5.250% | $5,847,400.00 | Ambac | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 |
| | 4/1/24 | 4.600% | $663,335.00 | Ambac | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 |
| | 4/1/24 | 5.250% | $5,820,050.00 | Ambac | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 |
| | | | $33,183,150.00 | | $859,960.73 | $859,960.73 | $859,960.73 | $859,960.73 | $859,960.73 | $859,960.73 | $859,960.73 | $859,960.73 | $859,960.73 | $859,960.73 | $760,145.10 | $760,145.10 | $621,859.29 | $621,859.29 | |

* Subject to Mandatory Redemption

**UTGO 2004-B(1)**

| CUSIP | Maturity Date | Principal | Rate | Issuer | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Interest | | | |
| 93932R28 | 4/1/15 | $2,330,375.00 | 5.000% | Ambac | $183,259.38 | $183,259.38 | | | | | | |
| 93932Q36 | 4/1/16 | $7,693,225.00 | 5.250% | Ambac | $201,960.28 | $201,960.28 | $201,960.28 | $201,960.28 | | | | |
| 93932R44 | 4/1/17 | $257,725.00 | 4.000% | Ambac | $5,154.50 | $5,154.50 | $5,154.50 | $5,154.50 | $5,154.50 | $3,154.50 | | |
| 93932R52 | 4/1/18 | $7,841,600.00 | 5.250% | Ambac | $205,842.00 | $205,842.00 | $205,842.00 | $205,842.00 | $205,842.00 | $205,842.00 | $44,362.50 | $44,362.50 |
| 93932T20 | 4/1/18 | $1,690,000.00 | 5.250% | Ambac | $44,362.50 | $44,362.50 | $44,362.50 | $44,362.50 | $44,362.50 | $44,362.50 | $44,362.50 | $1,881.82 |
| | | **$24,813,425.00** * | | Ambac | **$640,578.66** | **$640,578.66** | **$457,319.28** | **$457,319.28** | **$255,359.00** | **$255,359.00** | | **$1,881.82** |

**UTGO 2004-B(2)**

| CUSIP | Maturity Date | Principal | Rate |
|---|---|---|---|
| 93932X31 | 4/1/19 | **$485,875.00** * | 5.240% |

**UTGO 2005-B** — Issuer: Assured

| CUSIP | Maturity Date | Principal | Rate | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 93932V53 | 4/1/15 | $1,935,050.00 | 5.000% | $48,376.25 | $48,376.25 | | | | | | | | | | | | |
| 93932V61 | 4/1/16 | $2,033,225.00 | 5.000% | $50,805.63 | $50,805.63 | $50,805.63 | $50,805.63 | | | | | | | | | | |
| 93932V79 | 4/1/17 | $2,129,400.00 | 4.300% | $45,782.10 | $45,782.10 | $45,782.10 | $45,782.10 | $45,782.10 | $45,782.10 | | | | | | | | |
| 93932V87 | 4/1/18 | $2,226,575.00 | 5.000% | $55,664.38 | $55,664.38 | $55,664.38 | $55,664.38 | $55,664.38 | $55,664.38 | $55,664.38 | $55,664.38 | | | | | | |
| 93932V95 | 4/1/19 | $2,336,425.00 | 5.000% | $58,410.63 | $58,410.63 | $58,410.63 | $58,410.63 | $58,410.63 | $58,410.63 | $58,410.63 | $58,410.63 | $58,410.63 | $58,410.63 | | | | |
| 93932W37 | 4/1/21 | $4,225,000.00 | 5.000% | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 |
| 93932W45 | 4/1/22 | $4,225,000.00 | 5.000% | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 |
| 93932W52 | 4/1/23 | $4,225,000.00 | 5.000% | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 |
| 93932W60 | 4/1/24 | $4,225,000.00 | 5.000% | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 |
| 93932W78 | 4/1/24 | $4,225,000.00 | 5.000% | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 |
| | | **$36,009,675.00** | | **$892,788.98** | **$892,788.98** | **$844,412.73** | **$844,412.73** | **$793,607.10** | **$793,607.10** | **$747,825.00** | **$747,825.00** | **$692,160.63** | **$692,160.63** | **$633,750.00** | **$633,750.00** | **$528,125.00** | **$528,125.00** |

**UTGO 2005-C** — Issuer: Assured

| CUSIP | Maturity Date | Principal | Rate | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 93932Y23 | 4/1/15 | $1,947,725.00 | 5.000% | $48,693.13 | $48,693.13 | | | | | | | | | | |
| 93932Y31 | 4/1/16 | $2,049,125.00 | 5.000% | $51,228.13 | $51,228.13 | $51,228.13 | $51,228.13 | | | | | | | | |
| 93932Y49 | 4/1/17 | $2,150,525.00 | 4.300% | $46,236.29 | $46,236.29 | $46,236.29 | $46,236.29 | $46,236.29 | $46,236.29 | | | | | | |
| 93932Y56 | 4/1/18 | $2,223,350.00 | 5.000% | $55,538.75 | $55,538.75 | $55,538.75 | $55,538.75 | $55,538.75 | $55,538.75 | $55,538.75 | $55,538.75 | | | | |
| 93932Y64 | 4/1/19 | $2,311,075.00 | 5.250% | $60,665.72 | $60,665.72 | $60,665.72 | $60,665.72 | $60,665.72 | $60,665.72 | $60,665.72 | $60,665.72 | $60,665.72 | $60,665.72 | | |
| 93932Y72 | 4/1/20 | $2,437,825.00 | 5.250% | $63,992.91 | $63,992.91 | $63,992.91 | $63,992.91 | $63,992.91 | $63,992.91 | $63,992.91 | $63,992.91 | $63,992.91 | $63,992.91 | $63,992.91 | $63,992.91 |
| | | **$13,119,625.00** | | **$326,374.91** | **$326,374.91** | **$277,681.79** | **$277,681.79** | **$226,453.66** | **$226,453.66** | **$180,217.38** | **$180,217.38** | **$124,658.63** | **$124,658.63** | **$63,992.91** | **$63,992.91** |

**UTGO 2006-A** — Issuer: Assured

| CUSIP | Maturity Date | Principal | Rate | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 93933B56 | 4/1/15 | $2,429,375.00 | 5.000% | $60,734.38 | $60,734.38 | | | | | | | | | | | | |
| 93933C64 | 4/1/16 | $2,547,675.00 | 5.000% | $63,691.88 | $63,691.88 | $63,691.88 | $63,691.88 | | | | | | | | | | |
| 93933C72 | 4/1/17 | $2,670,900.00 | 4.000% | $66,966.00 | $66,966.00 | $66,966.00 | $66,966.00 | $66,966.25 | $66,966.25 | | | | | | | | |
| 93933C80 | 4/1/18 | $2,923,700.00 | 4.000% | $56,192.50 | $56,192.50 | $56,192.50 | $56,192.50 | $56,192.50 | $56,192.50 | $56,192.50 | $56,192.50 | | | | | | |
| 93933C98 | 4/1/19 | $3,067,350.00 | 5.000% | $73,092.50 | $73,092.50 | $73,092.50 | $73,092.50 | $73,092.50 | $73,092.50 | $73,092.50 | $73,092.50 | $73,092.50 | $73,092.50 | | | | |
| 93933A42 | 4/1/20 | $3,223,675.00 | 5.000% | $76,683.75 | $76,683.75 | $76,683.75 | $76,683.75 | $76,683.75 | $76,683.75 | $76,683.75 | $76,683.75 | $76,683.75 | $76,683.75 | $76,683.75 | $76,683.75 | | |
| 93933A56 | 4/1/21 | $3,385,850.00 | 5.000% | $80,591.88 | $80,591.88 | $80,591.88 | $80,591.88 | $80,591.88 | $80,591.88 | $80,591.88 | $80,591.88 | $80,591.88 | $80,591.88 | $80,591.88 | $80,591.88 | $80,591.88 | $80,591.88 |
| 93933A63 | 4/1/28 | $7,283,900.00 | 5.000% | $84,605.63 | $84,605.63 | $84,605.63 | $84,605.63 | $84,605.63 | $84,605.63 | $84,605.63 | $84,605.63 | $84,605.63 | $84,605.63 | $84,605.63 | $84,605.63 | $84,605.63 | $84,605.63 |
| 93933A71 | 4/1/28 | $16,883,100.00 * | 5.000% | $182,097.50 $422,077.50 | $182,097.50 $422,077.50 | $182,097.50 $422,077.50 | $182,097.50 $422,077.50 | $182,097.50 $422,077.50 | $182,097.50 $422,077.50 | $182,097.50 $422,077.50 | $182,097.50 $422,077.50 | $182,097.50 $422,077.50 | $182,097.50 $422,077.50 | $182,097.50 $422,077.50 | $182,097.50 $422,077.50 | $182,097.50 $422,077.50 | $182,097.50 $422,077.50 |
| | | **$47,231,275.00** | | **$1,146,733.75** | **$1,146,733.75** | **$1,105,999.38** | **$1,105,999.38** | **$1,042,307.50** | **$1,042,307.50** | **$975,341.25** | **$975,341.25** | **$919,148.75** | **$919,148.75** | **$846,056.25** | **$846,056.25** | | |

**UTGO 2006-B(1)** — Issuer: Assured

| CUSIP | Maturity Date | Principal | Rate | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 93933F53 | 4/1/15 | $6,734,650.00 | 5.000% | $168,366.25 | $168,366.25 | | | | | | |
| 93933H61 | 4/1/16 | $2,906,802.00 | 5.000% | $72,670.00 | $72,670.00 | $72,670.00 | $72,670.00 | | | | |
| 93933H79 | 4/1/18 | $3,025,100.00 | 5.000% | $75,627.50 | $75,627.50 | $75,627.50 | $75,627.50 | $75,627.50 | $75,627.50 | $75,627.50 | $75,627.50 |
| 93933H87 | 4/1/18 | $3,202,500.00 | 5.000% | $80,063.75 | $80,063.75 | $80,063.75 | $80,063.75 | $80,063.75 | $80,063.75 | $80,063.75 | $80,063.75 |
| | | **$15,869,000.00** | | **$396,727.50** | **$396,727.50** | **$228,361.25** | **$228,361.25** | **$155,691.25** | **$155,691.25** | **$80,063.75** | **$80,063.75** |

**Totals**

| | Principal | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **$279,618,950.00** | **$7,102,083.99** | **$7,102,083.99** | **$6,329,480.63** | **$6,329,480.63** | **$5,613,608.89** | **$5,613,608.89** | **$4,978,045.68** | **$4,978,045.68** | **$4,123,041.77** | **$4,123,041.77** | **$3,384,590.59** | **$3,384,590.59** | **$2,624,322.80** | **$2,624,322.80** |

\* Subject to Mandatory Redemption

# Reinstated to Holders: UTGO Series 2014 DSA Fourth Lien Restructured Bonds - Debt Service

| CUSIP | Maturity Date | Rate | Principal | Issuer | Interest | | | | | | | | | | | | | | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | 10/1/23 | 4/1/24 | 10/1/24 | 4/1/25 | 10/1/25 | 4/1/26 | 10/1/26 | 4/1/27 | 10/1/27 | 4/1/28 | | |
| **UTGO 1999-A** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.250% | $2,408,250.00 | Assured | | | | | | | | | | | | | | | $126,433.13 | $2,534,683.13 |
| | 4/1/16 | 5.000% | $2,530,775.00 | Assured | | | | | | | | | | | | | | | $253,077.50 | $2,783,852.50 |
| | 4/1/17 | 5.000% | $2,657,525.00 | Assured | | | | | | | | | | | | | | | $398,628.75 | $3,056,153.75 |
| | 4/1/18 | 5.000% | $2,792,725.00 | Assured | | | | | | | | | | | | | | | $558,545.00 | $3,351,270.00 |
| | 4/1/19 | 5.000% | $2,932,150.00 | Assured | | | | | | | | | | | | | | | $733,037.50 | $3,665,187.50 |
| | | | $13,321,425.00 | | | | | | | | | | | | | | | | $2,069,721.88 | $15,391,146.88 |
| **UTGO 2001-A(1)** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.375% | $5,019,300.00 | NPFG | | | | | | | | | | | | | | | $269,787.38 | $5,289,087.38 |
| | 4/1/16 | 5.375% | $5,289,700.00 | NPFG | | | | | | | | | | | | | | | $568,642.75 | $5,858,342.75 |
| | 4/1/17 | 5.375% | $5,577,000.00 | NPFG | | | | | | | | | | | | | | | $889,291.25 | $6,466,291.25 |
| | 4/1/18 | 5.375% | $11,830,000.00 | NPFG | | | | | | | | | | | | | | | $2,543,450.00 | $14,373,450.00 |
| | 4/1/19 | 5.000% | $11,830,000.00 | NPFG | | | | | | | | | | | | | | | $2,957,560.00 | $14,787,560.00 |
| | 4/1/20 | 5.000% | $11,830,000.00 | NPFG | | | | | | | | | | | | | | | $3,549,000.00 | $15,379,000.00 |
| | 4/1/21 | 5.000% | $11,830,000.00 | NPFG | | | | | | | | | | | | | | | $4,140,500.00 | $15,970,500.00 |
| | | | $63,206,000.00 | | | | | | | | | | | | | | | | $34,928,171.38 | $78,134,171.38 |
| **UTGO 2002** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/21 | 5.125% | $2,737,800.00 | NPFG | $73,728.89 | $73,728.89 | | | | | | | | | | | | | $982,185.75 | $3,719,985.75 |
| | 4/1/22 | 5.125% | $2,877,225.00 | NPFG | | $73,728.89 | | | | | | | | | | | | | $1,179,662.25 | $4,056,887.25 |
| | | | $5,615,025.00 | | $73,728.89 | $73,728.89 | | | | | | | | | | | | | $2,161,848.00 | $7,776,873.00 |
| **UTGO 2003-A** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 4.000% | $533,500.00 | Syncora | | | | | | | | | | | | | | | $10,140.00 | $263,640.00 |
| | 4/1/16 | 4.250% | $2,134,750.00 | Syncora | | | | | | | | | | | | | | | $113,324.38 | $2,267,874.38 |
| | 4/1/17 | 5.250% | $2,530,730.75 | Syncora | | | | | | | | | | | | | | | $265,731.38 | $2,796,506.38 |
| | 4/1/18 | 5.250% | $2,661,750.00 | Syncora | | | | | | | | | | | | | | | $419,225.63 | $3,080,975.63 |
| | 4/1/19 | 5.250% | $2,801,175.00 | Syncora | | | | | | | | | | | | | | | $588,246.75 | $3,389,421.75 |
| | 4/1/20 | 5.250% | $2,949,050.00 | Syncora | | | | | | | | | | | | | | | $774,125.63 | $3,723,175.63 |
| | 4/1/20 | 5.250% | $422,500.00 | Syncora | | | | | | | | | | | | | | | $114,075.00 | $536,575.00 |
| | 4/1/21 | 5.250% | $2,682,875.00 | Syncora | | | | | | | | | | | | | | | $845,105.63 | $3,527,980.63 |
| | 4/1/21 | 5.250% | $3,261,700.00 | Syncora | $9,770.31 | $9,770.31 | | | | | | | | | | | | | $1,396,674.75 | $4,463,374.75 |
| | 4/1/22 | 4.625% | $422,500.00 | Syncora | $70,076.16 | $70,076.16 | | | | | | | | | | | | | $156,335.00 | $578,835.00 |
| | 4/1/22 | 5.250% | $3,012,425.00 | Syncora | | | | | | | | | | | | | | | $1,265,218.50 | $4,277,643.50 |
| | 4/1/23 | 4.625% | $3,207,500.00 | Syncora | $29,310.94 | $29,310.94 | $29,310.94 | $29,310.94 | | | | | | | | | | | $527,096.88 | $1,795,096.88 |
| | 4/1/23 | 5.250% | $2,344,875.00 | Syncora | $61,552.97 | $61,552.97 | $61,552.97 | $61,552.97 | | | | | | | | | | | $1,107,933.44 | $3,452,828.44 |
| | | | $26,765,375.00 | | $170,710.38 | $170,710.38 | $90,863.91 | $90,863.91 | | | | | | | | | | | $7,285,542.54 | $34,050,917.54 |
| **UTGO 2004-A(1)** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/19 | 5.250% | $3,802,500.00 | Ambac | | | | | | | | | | | | | | | $998,156.25 | $4,800,656.25 |
| | 4/1/20 | 4.250% | $156,325.00 | Ambac | | | | | | | | | | | | | | | $39,862.88 | $196,187.88 |
| | 4/1/20 | 5.250% | $5,141,825.00 | Ambac | | | | | | | | | | | | | | | $1,070,674.88 | $6,761,499.88 |
| | 4/1/21 | 5.000% | $5,577,000.00 | Ambac | | | | | | | | | | | | | | | $1,911,950.00 | $7,528,950.00 |
| | 4/1/22 | 5.250% | $5,855,850.00 | Ambac | $153,716.06 | $153,716.06 | $153,716.06 | $153,716.06 | | | | | | | | | | | $2,459,457.00 | $8,315,307.00 |
| | 4/1/22 | 5.250% | $316,625.00 | Ambac | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 | | | | | | | | | | | $128,334.38 | $445,209.38 |
| | 4/1/23 | 5.250% | $5,847,400.00 | Ambac | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 | | | | | | | | | | $2,702,896.50 | $9,010,296.50 |
| | 4/1/23 | 4.600% | $663,325.00 | Ambac | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | | | | | | | | | | $95,125.50 | $864,451.50 |
| | 4/1/24 | 5.250% | $3,920,050.00 | Ambac | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | | | | | | | | | $3,056,576.25 | $8,876,626.25 |
| | | | $31,181,150.00 | | $482,425.29 | $482,425.29 | $328,709.23 | $328,709.23 | $168,085.29 | $168,085.29 | | | | | | | | | $12,322,037.65 | $46,505,187.65 |

*Subject to Mandatory Redemption*

# Reinstated to Holders: UTGO Series 2014 DSA Fourth Lien Restructured Bonds - Debt Service

| CUSIP | Maturity Date | Rate | Principal | Insurer | Interest 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | 10/1/23 | 4/1/24 | 10/1/24 | 4/1/25 | 10/15/25 | 4/1/26 | 10/1/26 | 4/1/27 | 10/1/27 | 4/1/28 | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UFTGO 2004-B(T)** | | | | | | | | | | | | | | | | | | | | |
| 235530ZP8 | 4/1/15 | 5.000% | $7,330,375.00 | Ambac | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $366,518.75 | $7,696,893.75 |
| 235530ZQ6 | 4/1/16 | 5.250% | $7,693,725.00 | Ambac | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $807,841.13 | $8,501,566.13 |
| 235530ZR4 | 4/1/17 | 4.000% | $257,725.00 | Ambac | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $30,927.00 | $288,652.00 |
| 235530ZS2 | 4/1/17 | 5.250% | $7,841,600.00 | Ambac | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $1,235,052.00 | $9,076,652.00 |
| 235530ZT0 | 4/1/18 | 5.250% | $1,020,000.00 | Ambac | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $354,900.00 | $2,044,900.00 |
| | | | $24,143,425.00 | | | | | | | | | | | | | | | | $2,795,238.88 | $27,608,663.88 |
| **UFTGO 2004-B(Z)** | | | | | | | | | | | | | | | | | | | | |
| 235530ZX1 | 4/1/19 | 5.240% | $485,875.00 | Ambac | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $59,111.13 | $544,986.13 |
| **UFTGO 2005-B** | | | | | | | | | | | | | | | | | | | | |
| ...G13 | 4/1/15 | 5.000% | $1,935,350.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $96,752.50 | $2,031,802.50 |
| ...G21 | 4/1/16 | 5.000% | $2,032,325.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $203,222.50 | $2,235,447.50 |
| ...G39 | 4/1/17 | 4.300% | $2,129,490.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $274,692.60 | $2,404,092.60 |
| ...G47 | 4/1/18 | 5.000% | $2,226,375.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $445,315.00 | $2,671,890.00 |
| ...G95 | 4/1/19 | 5.000% | $2,336,425.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $1,267,500.00 | $5,492,500.00 |
| ...H29 | 4/1/20 | 5.000% | $4,235,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $1,478,750.00 | $5,703,750.00 |
| ...H37 | 4/1/21 | 5.000% | $4,235,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $1,690,000.00 | $5,915,000.00 |
| ...H45 | 4/1/22 | 5.000% | $4,235,000.00 | Assured | $105,625.00 | $105,625.00 | - | - | - | - | - | - | - | - | - | - | - | - | $1,901,250.00 | $6,126,250.00 |
| ...H52 | 4/1/23 | 5.000% | $4,235,000.00 | Assured | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | - | - | - | - | - | - | - | - | - | - | $2,112,500.00 | $6,347,500.00 |
| ...H60 | 4/1/24 | 5.000% | $4,235,000.00 | Assured | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | - | - | - | - | - | - | - | - | $2,323,750.00 | $6,348,750.00 |
| ...H78 | 4/1/25 | 5.250% | $4,235,000.00 | Assured | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | - | - | - | - | - | - | | |
| | | | $36,007,675.00 | | $422,500.00 | $422,500.00 | $316,875.00 | $316,875.00 | $211,250.00 | $211,250.00 | $105,625.00 | $105,625.00 | | | | | | | $12,377,838.85 | $48,387,513.85 |
| **UFTGO 2005-C** | | | | | | | | | | | | | | | | | | | | |
| ...392 | 4/1/15 | 5.000% | $1,947,725.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $97,386.25 | $2,045,111.25 |
| ...25 | 4/1/16 | 5.000% | $2,049,125.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $204,912.50 | $2,254,037.50 |
| ...33 | 4/1/17 | 3.000% | $2,185,325.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $277,417.73 | $2,427,942.73 |
| ...41 | 4/1/18 | 5.000% | $2,292,350.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $444,470.00 | $2,666,820.00 |
| ...58 | 4/1/19 | 5.250% | $2,311,075.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $606,657.19 | $2,917,732.19 |
| ...66 | 4/1/20 | 5.250% | $2,437,825.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $767,914.88 | $3,205,739.88 |
| | | | $13,118,625.00 | | | | | | | | | | | | | | | | $2,396,758.54 | $15,515,383.54 |
| **UFTGO 2008-A** | | | | | | | | | | | | | | | | | | | | |
| ...56 | 4/1/15 | 5.000% | $2,429,375.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $121,468.75 | $2,550,843.75 |
| ...64 | 4/1/16 | 5.000% | $2,547,675.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $254,767.50 | $2,802,442.50 |
| ...72 | 4/1/17 | 5.000% | $2,678,650.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $401,797.50 | $3,080,447.50 |
| ...98 | 4/1/18 | 5.000% | $2,809,625.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $449,540.00 | $3,259,165.00 |
| ...22 | 4/1/19 | 5.000% | $2,923,700.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $730,925.00 | $3,654,625.00 |
| ...30 | 4/1/20 | 5.000% | $3,067,350.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $929,205.00 | $3,997,555.00 |
| ...48 | 4/1/21 | 5.000% | $3,223,670.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $1,128,286.25 | $4,351,961.25 |
| ...30 | 4/1/22 | 5.000% | $3,384,250.00 | Assured | $84,605.63 | $84,605.63 | - | - | - | - | - | - | - | - | - | - | - | - | $1,353,690.00 | $4,737,910.00 |
| ...48 | 4/1/23 | 5.000% | $7,484,225.00 | Assured | $182,097.50 | $182,097.50 | $182,097.50 | $182,097.50 | - | - | - | - | - | - | - | - | - | - | $3,464,288.75 | $10,748,188.75 |
| ...63 | 4/1/28 | 5.000% | $16,883,100.00 | Assured | $422,077.50 | $422,077.50 | $422,077.50 | $422,077.50 | $422,077.50 | $422,077.50 | $422,077.50 | $422,077.50 | $324,163.13 | $324,163.13 | $221,284.38 | $221,284.38 | $113,335.63 | $113,335.63 | $10,603,271.25 | $27,486,371.25 |
| | | | $47,233,275.00 | | $688,780.63 | $688,780.63 | $604,175.00 | $515,344.38 | $515,344.38 | $422,077.50 | $422,077.50 | $324,163.13 | $324,163.13 | $221,284.38 | $221,284.38 | $113,335.63 | $113,335.63 | | $9,428,240.00 | $56,661,515.00 |
| **UFTGO 2008-B(T)** | | | | | | | | | | | | | | | | | | | | |
| ...53 | 4/1/15 | 5.000% | $6,734,650.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $336,732.50 | $7,071,382.50 |
| ...91 | 4/1/16 | 5.000% | $2,996,900.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $290,680.00 | $3,197,480.00 |
| ...79 | 4/1/17 | 5.000% | $3,025,100.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $453,765.00 | $3,478,865.00 |
| ...87 | 4/1/18 | 5.000% | $3,202,350.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $645,510.00 | $3,863,960.00 |
| | | | $15,869,000.00 | | | | | | | | | | | | | | | | $1,721,687.50 | $17,590,797.50 |
| **Grand Total** | | | $279,618,950.00 | | $1,847,145.18 | $1,340,623.13 | $1,340,623.13 | $894,679.66 | $894,679.66 | $527,702.50 | $527,702.50 | $324,163.13 | $324,163.13 | $221,284.38 | $221,284.38 | $113,335.63 | $113,335.63 | | $79,648,196.71 | $359,267,146.71 |

Interest

Page 4 of 10

# Reinstated to Holders: UTGO Series 2014 DSA Fourth Lien Restructured Bonds - Debt Service

Bond Series Subject to Mandatory Redemption

## Issuance: 2004-B(2) — CUSIP 25I093ZX1

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Ambac | | - | $485,875.00 | 5.240% | $12,729.93 |
| 4/1/15 | Ambac | 6/30/15 | - | $485,875.00 | 5.240% | $12,729.93 |
| 10/1/15 | Ambac | | - | $354,900.00 | 5.240% | $9,298.38 |
| 4/1/16 | Ambac | 6/30/16 | $130,975.00 | $354,900.00 | 5.240% | $9,298.38 |
| 10/1/16 | Ambac | | - | $215,475.00 | 5.240% | $5,645.45 |
| 4/1/17 | Ambac | 6/30/17 | $139,425.00 | $215,475.00 | 5.240% | $5,645.45 |
| 10/1/17 | Ambac | | - | $71,825.00 | 5.240% | $1,881.82 |
| 4/1/18 | Ambac | 6/30/18 | $143,650.00 | $71,825.00 | 5.240% | $1,881.82 |
| | Ambac | 6/30/18 | $71,825.00 | - | | |
| **Total** | | | **$485,875.00** | | | **$59,111.13** |

## Issuance: 2008-A — CUSIP 25I093N55

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | | | $7,283,900.00 | 5.000% | $182,097.50 |
| 4/1/15 | Assured | 6/30/15 | | $7,283,900.00 | 5.000% | $182,097.50 |
| 10/1/15 | Assured | | | $7,283,900.00 | 5.000% | $182,097.50 |
| 4/1/16 | Assured | 6/30/16 | | $7,283,900.00 | 5.000% | $182,097.50 |
| 10/1/16 | Assured | | | $7,283,900.00 | 5.000% | $182,097.50 |
| 4/1/17 | Assured | 6/30/17 | | $7,283,900.00 | 5.000% | $183,097.50 |
| 10/1/17 | Assured | | | $7,283,900.00 | 5.000% | $182,097.50 |
| 4/1/18 | Assured | 6/30/18 | | $7,283,900.00 | 5.000% | $182,097.50 |
| 10/1/18 | Assured | | | $7,283,900.00 | 5.000% | $182,097.50 |
| 4/1/19 | Assured | 6/30/19 | | $7,283,900.00 | 5.000% | $182,097.50 |
| 10/1/19 | Assured | | | $7,283,900.00 | 5.000% | $182,097.50 |
| 4/1/20 | Assured | 6/30/20 | | $7,283,900.00 | 5.000% | $182,097.50 |
| 10/1/20 | Assured | | | $7,283,900.00 | 5.000% | $182,097.50 |
| 4/1/21 | Assured | 6/30/21 | | $7,283,900.00 | 5.000% | $182,097.50 |
| 10/1/21 | Assured | | | $7,283,900.00 | 5.000% | $182,097.50 |
| 4/1/22 | Assured | 6/30/22 | | $7,283,900.00 | 5.000% | $182,097.50 |
| 10/1/2022 | Assured | | | $7,283,900.00 | 5.000% | $182,097.50 |
| 4/1/2023 | Assured | 6/30/23 | $3,553,225.00 | $3,730,675.00 | 5.000% | $182,097.50 |
| 10/1/2023 | Assured | | | $3,730,675.00 | 5.000% | $93,266.88 |
| 4/1/2024 | Assured | 6/30/24 | $3,730,675.00 | - | 5.000% | $93,266.88 |
| **Total** | | | **$7,283,900.00** | | | **$3,644,288.75** |

## Issuance: 2008-A — CUSIP 25I093NG3

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | | | $16,883,100.00 | 5.000% | $422,077.50 |
| 4/1/15 | Assured | 6/30/15 | | $16,883,100.00 | 5.000% | $422,077.50 |
| 10/1/15 | Assured | | | $16,883,100.00 | 5.000% | $422,077.50 |
| 4/1/16 | Assured | 6/30/16 | | $16,883,100.00 | 5.000% | $422,077.50 |
| 10/1/16 | Assured | | | $16,883,100.00 | 5.000% | $422,077.50 |
| 4/1/17 | Assured | 6/30/17 | | $16,883,100.00 | 5.000% | $422,077.50 |
| 10/1/17 | Assured | | | $16,883,100.00 | 5.000% | $422,077.50 |
| 4/1/18 | Assured | 6/30/18 | | $16,883,100.00 | 5.000% | $422,077.50 |
| 10/1/18 | Assured | | | $16,883,100.00 | 5.000% | $422,077.50 |
| 4/1/19 | Assured | 6/30/19 | | $16,883,100.00 | 5.000% | $422,077.50 |
| 10/1/19 | Assured | | | $16,883,100.00 | 5.000% | $422,077.50 |
| 4/1/20 | Assured | 6/30/20 | | $16,883,100.00 | 5.000% | $422,077.50 |
| 10/1/20 | Assured | | | $16,883,100.00 | 5.000% | $422,077.50 |
| 4/1/21 | Assured | 6/30/21 | | $16,883,100.00 | 5.000% | $422,077.50 |
| 10/1/21 | Assured | | | $16,883,100.00 | 5.000% | $422,077.50 |
| 4/1/22 | Assured | 6/30/22 | | $16,883,100.00 | 5.000% | $422,077.50 |
| 10/1/2022 | Assured | | | $16,883,100.00 | 5.000% | $422,077.50 |
| 4/1/2023 | Assured | 6/30/23 | | $16,883,100.00 | 5.000% | $422,077.50 |
| 10/1/2023 | Assured | | | $16,883,100.00 | 5.000% | $422,077.50 |
| 4/1/2024 | Assured | 6/30/24 | | $16,883,100.00 | 5.000% | $422,077.50 |
| 10/1/2024 | Assured | | | $16,883,100.00 | 5.000% | $422,077.50 |
| 4/1/2025 | Assured | 6/30/25 | $3,916,575.00 | $12,966,535.00 | 5.000% | $422,077.50 |
| 10/1/2025 | Assured | | | $12,966,535.00 | 5.000% | $324,163.13 |
| 4/1/2026 | Assured | 6/30/26 | $4,115,150.00 | $8,851,375.00 | 5.000% | $324,163.13 |
| 4/1/2027 | Assured | 6/30/27 | $4,317,950.00 | $4,533,425.00 | 5.000% | $221,284.38 |
| 4/1/2028 | Assured | 6/30/28 | $4,533,425.00 | | 5.000% | $113,335.63 |
| 10/1/2027 | Assured | | | $4,533,425.00 | 5.000% | $113,335.63 |
| **Total** | | | **$16,883,100.00** | | | **$10,603,271.25** |

# Reinstated to Insurers: UTGO Series 2014 DSA Fourth Lien Restructured Bonds - Debt Service

| CUSIP | Maturity Date | Rate | Principal | Insurer | Beneficial Holder | Interest | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
| **1999-A** | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.250% | $68,400.00 | Assured | Assured | 1,795.50 | 1,795.50 | | | | | | | | | | | | |
| | 4/1/16 | 5.000% | $71,880.00 | Assured | Assured | 1,797.00 | 1,797.00 | 1,797.00 | 1,797.00 | | | | | | | | | | |
| | 4/1/17 | 5.000% | $75,480.00 | Assured | Assured | 1,887.00 | 1,887.00 | 1,887.00 | 1,887.00 | 1,887.00 | 1,887.00 | | | | | | | | |
| | 4/1/18 | 5.000% | $79,320.00 | Assured | Assured | 1,983.00 | 1,983.00 | 1,983.00 | 1,983.00 | 1,983.00 | 1,983.00 | 1,983.00 | 1,983.00 | | | | | | |
| | 4/1/19 | 5.000% | $83,320.00 | Assured | Assured | 2,082.00 | 2,082.00 | 2,082.00 | 2,082.00 | 2,082.00 | 2,082.00 | 2,082.00 | 2,082.00 | 2,082.00 | 2,082.00 | | | | |
| | | | $378,360.00 | | | 9,544.50 | 9,544.50 | 7,749.00 | 7,749.00 | 5,952.00 | 5,952.00 | 4,065.00 | 4,065.00 | 2,082.00 | 2,082.00 | | | | |
| **UTGO 2001-A(I)** | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.375% | $19,851.00 | Ambac | NPFG | 533.50 | 533.50 | | | | | | | | | | | | |
| | 4/1/16 | 5.375% | $20,921.00 | Ambac | NPFG | 562.25 | 562.25 | 562.25 | 562.25 | | | | | | | | | | |
| | 4/1/17 | 5.375% | $22,033.00 | Ambac | NPFG | 592.78 | 592.78 | 592.78 | 592.78 | 592.78 | 592.78 | | | | | | | | |
| | 4/1/18 | 5.000% | $44,297.00 | Ambac | NPFG | 1,257.40 | 1,257.40 | 1,257.40 | 1,257.40 | 1,257.40 | 1,257.40 | 1,257.40 | 1,257.40 | | | | | | |
| | 4/1/19 | 5.000% | $46,787.00 | Ambac | NPFG | 1,169.68 | 1,169.68 | 1,169.68 | 1,169.68 | 1,169.68 | 1,169.68 | 1,169.68 | 1,169.68 | 1,169.68 | 1,169.68 | | | | |
| | 4/1/20 | 5.000% | $46,787.00 | Ambac | NPFG | 1,169.68 | 1,169.68 | 1,169.68 | 1,169.68 | 1,169.68 | 1,169.68 | 1,169.68 | 1,169.68 | 1,169.68 | 1,169.68 | 1,169.68 | 1,169.68 | | |
| | 4/1/21 | 5.335% | $122,708.00 | Ambac | NPFG | 3,475.45 | 3,475.45 | 3,475.45 | 3,475.45 | | | | | | | | | | |
| | 4/1/21 | 5.375% | $136,343.00 | Assured | NPFG | 3,664.22 | 3,664.22 | 3,664.22 | 3,664.22 | 3,664.22 | | | | | | | | | |
| | 4/1/17 | 5.375% | $136,343.00 | Assured | NPFG | 3,772.60 | 3,772.60 | 3,772.60 | 3,772.60 | 3,772.60 | 3,772.60 | 3,772.60 | | | | | | | |
| | 4/1/18 | 5.375% | $280,213.00 | Assured | NPFG | 7,230.33 | 7,230.33 | 7,230.33 | 7,230.33 | 7,230.33 | 7,230.33 | 7,230.33 | 7,230.33 | | | | | | |
| | 4/1/19 | 5.000% | $289,213.00 | Assured | NPFG | 7,230.33 | 7,230.33 | 7,230.33 | 7,230.33 | 7,230.33 | 7,230.33 | 7,230.33 | 7,230.33 | 7,230.33 | 7,230.33 | | | | |
| | 4/1/21 | 5.000% | $289,213.00 | Assured | NPFG | 7,230.33 | 7,230.33 | 7,230.33 | 7,230.33 | 7,230.33 | 7,230.33 | 7,230.33 | 7,230.33 | 7,230.33 | 7,230.33 | 7,230.33 | 7,230.33 | | |
| | | | $1,793,200.00 | | | $46,356.00 | $46,356.00 | $42,524.70 | $42,524.70 | $35,487.00 | $34,230.00 | $34,230.00 | $25,200.00 | $16,500.00 | $16,500.00 | $8,400.00 | $8,400.00 | | |
| **2002** | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.125% | $10,828.00 | Ambac | NPFG | 277.47 | 277.47 | 277.47 | 277.47 | 277.47 | 277.47 | 277.47 | 277.47 | 277.47 | 277.47 | 277.47 | 277.47 | 277.47 | 277.47 |
| | 4/1/18 | 5.125% | $11,368.00 | Ambac | NPFG | 291.59 | 291.59 | 291.59 | 291.59 | 291.59 | 291.59 | 291.59 | 291.59 | 291.59 | 291.59 | 291.59 | 291.59 | 291.59 | 291.59 |
| | 4/1/21 | 5.125% | $66,932.00 | Ambac | NPFG | 1,715.13 | 1,715.13 | 1,715.13 | 1,715.13 | 1,715.13 | 1,715.13 | 1,715.13 | 1,715.13 | 1,715.13 | 1,715.13 | 1,715.13 | 1,715.13 | 1,715.13 | 1,715.13 |
| | 4/1/21 | 5.125% | $70,341.00 | Ambac | NPFG | 1,802.49 | 1,802.49 | 1,802.49 | 1,802.49 | 1,802.49 | 1,802.49 | 1,802.49 | 1,802.49 | 1,802.49 | 1,802.49 | 1,802.49 | 1,802.49 | 1,802.49 | 1,802.49 |
| | | | $159,480.00 | | | 4,086.68 | 4,086.68 | 4,086.68 | 4,086.68 | 4,086.68 | 4,086.68 | 4,086.68 | 4,086.68 | 4,086.68 | 4,086.68 | 4,086.68 | 4,086.68 | 4,086.68 | 4,086.68 |
| **2003-A** | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 4.000% | $450.00 | Syncora | Syncora | 9.00 | 9.00 | | | | | | | | | | | | |
| | 4/1/15 | 4.500% | $3,852.00 | Syncora | Syncora | 103.33 | 103.33 | | | | | | | | | | | | |
| | 4/1/16 | 4.625% | $5,489.00 | Syncora | Syncora | 117.84 | 117.84 | 117.84 | 117.84 | | | | | | | | | | |
| | 4/1/17 | 5.250% | $4,722.00 | Syncora | Syncora | 123.95 | 123.95 | 123.95 | 123.95 | 123.95 | 123.95 | | | | | | | | |
| | 4/1/18 | 5.250% | $4,950.00 | Syncora | Syncora | 130.44 | 130.44 | 130.44 | 130.44 | 130.44 | 130.44 | 130.44 | 130.44 | | | | | | |
| | 4/1/15 | 5.250% | $5,215.00 | Syncora | Syncora | 137.31 | 137.31 | 137.31 | 137.31 | 137.31 | 137.31 | 137.31 | 137.31 | 137.31 | 137.31 | | | | |
| | 4/1/15 | 4.500% | $740.00 | Syncora | Syncora | 16.65 | 16.65 | 16.65 | 16.65 | 16.65 | 16.65 | 16.65 | 16.65 | 16.65 | 16.65 | 16.65 | | | |
| | 4/1/16 | 5.250% | $4,739.00 | Syncora | Syncora | 124.92 | 124.92 | 124.92 | 124.92 | 124.92 | 124.92 | 124.92 | 124.92 | 124.92 | 124.92 | 124.92 | 124.92 | | |
| | 4/1/17 | 5.250% | $5,786.00 | Syncora | Syncora | 153.88 | 153.88 | 153.88 | 153.88 | 153.88 | 153.88 | 153.88 | 153.88 | 153.88 | 153.88 | 153.88 | 153.88 | 153.88 | 155.88 |
| | 4/1/18 | 5.250% | $5,336.00 | Syncora | Syncora | 117.34 | 117.34 | 117.34 | 117.34 | 117.34 | 117.34 | 117.34 | 117.34 | 117.34 | 117.34 | 117.34 | 117.34 | 117.34 | 117.34 |
| | 4/1/19 | 4.625% | $5,324.00 | Ambac | Syncora | 140.28 | 140.28 | 140.28 | 140.28 | 140.28 | 140.28 | 140.28 | 140.28 | 140.28 | 140.28 | 140.28 | 140.28 | 140.28 | 117.34 |
| | 4/1/20 | 4.625% | $2,248.00 | Ambac | Syncora | 51.99 | 51.99 | 51.99 | 51.99 | 51.99 | 51.99 | 51.99 | 51.99 | 51.99 | 51.99 | 51.99 | 51.99 | 51.99 | 53.99 |
| | 4/1/21 | 4.625% | $4,160.00 | Ambac | Ambac | 109.20 | 109.20 | 109.20 | 109.20 | 109.20 | 109.20 | 109.20 | 109.20 | 109.20 | 109.20 | 109.20 | 109.20 | 109.20 | 109.20 |
| | 4/1/15 | 4.500% | $8,188.00 | Ambac | Ambac | | | | | | | | | | | | | | |
| | 4/1/15 | 5.250% | $7,990.00 | Ambac | Ambac | 209.74 | 209.74 | | | | | | | | | | | | |
| | 4/1/15 | 5.250% | $9,384.00 | Ambac | Ambac | 259.69 | 259.69 | 259.69 | 259.69 | 259.69 | 259.69 | 259.69 | 259.69 | 259.69 | 259.69 | | | | |
| | 4/1/15 | 4.500% | $9,870.00 | Ambac | Ambac | 246.33 | 246.33 | 246.33 | 246.33 | 246.33 | 246.33 | 246.33 | 246.33 | 246.33 | | | | | |
| | 4/1/15 | 5.250% | $10,935.00 | Ambac | Ambac | 287.04 | 287.04 | 287.04 | 287.04 | 287.04 | 287.04 | 272.66 | 272.66 | 272.66 | 287.04 | 287.04 | 287.04 | 287.04 | |
| | 4/1/15 | 4.625% | $9,948.00 | Ambac | Ambac | 35.56 | 35.56 | 35.56 | 35.56 | 35.56 | 35.56 | 35.56 | 35.56 | 35.56 | 35.56 | 35.56 | 35.56 | 35.56 | 35.56 |
| | 4/1/15 | 4.625% | $11,566.00 | Ambac | Ambac | 201.14 | 201.14 | 201.14 | 201.14 | 201.14 | 201.14 | 201.14 | 287.04 | 287.04 | 284.14 | 317.47 | 317.47 | 284.14 | 224.14 |
| | 4/1/15 | 3.250% | $11,710.00 | Syncora | Syncora | 317.47 | 317.47 | 317.47 | 317.47 | 317.47 | 317.47 | 317.47 | 317.47 | 317.47 | 317.47 | 317.47 | 317.47 | 317.47 | 317.47 |
| | 4/1/15 | 4.700% | $8,039.00 | Ambac | Ambac | 36.21 | 36.21 | 36.21 | 36.21 | 36.21 | 36.21 | 36.21 | 36.21 | 36.21 | 36.21 | 36.21 | 36.21 | 36.21 | 36.21 |
| | 4/1/15 | 4.000% | $3,810.00 | Syncora | Syncora | 293.21 | 293.21 | 293.21 | 293.21 | 293.21 | 293.21 | 293.21 | 293.21 | 293.21 | 293.21 | 293.21 | 293.21 | 293.21 | 293.21 |
| | 4/1/15 | 5.250% | $49,388.00 | Syncora | Syncora | 108.60 | 108.60 | 108.60 | 108.60 | 108.60 | 108.60 | 108.60 | 108.60 | 108.60 | 108.60 | 108.60 | 108.60 | 108.60 | 108.60 |
| | 4/1/15 | 5.250% | $51,522.00 | Syncora | Syncora | 228.22 | 228.22 | 228.22 | 228.22 | 228.22 | 228.22 | 228.22 | 228.22 | 228.22 | 228.22 | 228.22 | 228.22 | 228.22 | 228.22 |
| | 4/1/15 | 5.250% | $54,304.00 | Syncora | Syncora | 116.20 | 116.20 | | 1,522.68 | 1,601.46 | 1,601.46 | 1,601.46 | 1,685.36 | 1,685.36 | 1,685.36 | | | | |
| | 4/1/15 | 5.290% | $67,594.00 | Syncora | Syncora | 1,296.44 | 1,296.44 | 1,522.68 | 1,601.46 | 1,685.36 | 1,685.36 | 1,685.36 | 1,774.34 | 1,774.34 | 1,774.34 | 1,774.34 | | | |
| | 4/1/15 | 4.500% | $69,874.00 | Syncora | Syncora | 1,522.68 | 1,522.68 | 1,601.46 | 1,685.36 | 1,685.36 | 1,774.34 | 1,774.34 | 1,774.34 | 217.89 | 217.89 | 217.89 | 217.89 | 217.89 | 217.89 |
| | 4/1/15 | 5.250% | $59,499.00 | Syncora | Syncora | 1,774.34 | 1,774.34 | 1,774.34 | 1,774.34 | 1,774.34 | 217.89 | 217.89 | 217.89 | 1,614.19 | 1,614.19 | 1,614.19 | 1,614.19 | 1,614.19 | 1,614.19 |
| | 4/1/15 | 4.625% | $74,750.00 | Syncora | Syncora | 1,614.19 | 1,614.19 | 1,614.19 | 1,614.19 | 1,614.19 | 1,614.19 | 1,614.19 | 1,614.19 | 1,962.45 | 1,962.45 | 1,962.45 | 1,962.45 | 1,962.45 | 1,962.45 |
| | 4/1/15 | 4.625% | $85,048.00 | Syncora | Syncora | 1,962.45 | 1,962.45 | 1,962.45 | 1,962.45 | 1,962.45 | 1,962.45 | 1,962.45 | 1,962.45 | 223.94 | 223.94 | 223.94 | 223.94 | 223.94 | 223.94 |
| | 4/1/15 | 4.625% | $9,684.00 | Syncora | Syncora | 223.94 | 223.94 | 223.94 | 223.94 | 223.94 | 223.94 | 223.94 | 223.94 | 1,812.46 | 1,812.46 | 1,812.46 | 1,812.46 | 1,812.46 | 1,812.46 |
| | 4/1/15 | 4.625% | $95,950.00 | Syncora | Syncora | 1,812.46 | 1,812.46 | 1,812.46 | 1,812.46 | 1,812.46 | 1,812.46 | 1,812.46 | 1,812.46 | 671.83 | 671.83 | 671.83 | 671.83 | 671.83 | 671.83 |
| | 4/1/23 | 4.290% | $10,240.00 | Ambac | Assured | 671.83 | 671.83 | 671.83 | 671.83 | 671.83 | 671.83 | 671.83 | 671.83 | 1,410.83 | 1,410.83 | 1,410.83 | 1,410.83 | 1,410.83 | 1,410.83 |
| | | | $562,786.00 | | | $19,735.25 | $19,781.25 | $17,964.75 | $17,564.75 | $16,077.90 | $16,077.90 | $14,093.40 | $14,093.40 | $12,604.95 | $12,604.95 | $9,806.25 | $9,806.25 | $7,536.00 | $7,536.00 |

# Reinstated to Insurers: UTGO Series 2014 DSA Fourth Lien Restructured Bonds - Debt Service

| CUSIP | Maturity Date | Rate | Principal | Insurer | Beneficial Holder | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Interest | | | | | | | | |

## UTZ 2004-A(I)

| CUSIP | Maturity Date | Rate | Principal | Insurer | Beneficial Holder | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YYX2 | 4/1/19 | 5.250% | $108,000.00 | Ambac | Ambac | $2,835.00 | $2,835.00 | $2,835.00 | $2,835.00 | $2,835.00 | $2,835.00 | $2,835.00 | $2,835.00 | $2,835.00 | $2,835.00 | | | | |
| YYY0 | 4/1/19 | 4.250% | $4,440.00 | Ambac | Ambac | $94.35 | $94.35 | $94.35 | $94.35 | $94.35 | $94.35 | $94.35 | $94.35 | $94.35 | $94.35 | | | | |
| YYZ8 | 4/1/20 | 5.250% | $146,040.00 | Ambac | Ambac | $3,833.55 | $3,833.55 | $3,833.55 | $3,833.55 | $3,833.55 | $3,833.55 | $3,833.55 | $3,833.55 | $3,833.55 | $3,833.55 | $3,833.55 | $3,833.55 | | |
| YZA1 | 4/1/21 | 5.250% | $166,320.00 | Ambac | Ambac | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $3,960.00 | $3,960.00 |
| YZB9 | 4/1/21 | 5.250% | $166,320.00 | Ambac | Ambac | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 |
| YZC7 | 4/1/23 | 4.500% | $9,000.00 | Ambac | Ambac | $202.50 | $202.50 | $202.50 | $202.50 | $202.50 | $202.50 | $202.50 | $202.50 | $202.50 | $202.50 | $202.50 | $202.50 | $202.50 | $202.50 |
| YZD5 | 4/1/23 | 5.750% | $166,080.00 | Ambac | Ambac | $4,359.60 | $4,359.60 | $4,359.60 | $4,359.60 | $4,359.60 | $4,359.60 | $4,359.60 | $4,359.60 | $4,359.60 | $4,359.60 | $4,359.60 | $4,359.60 | $4,359.60 | $4,359.60 |
| YZE3 | 4/1/23 | 5.750% | $18,840.00 | Ambac | Ambac | $433.32 | $433.32 | $433.32 | $433.32 | $433.32 | $433.32 | $433.32 | $433.32 | $433.32 | $433.32 | $433.32 | $433.32 | $433.32 | $433.32 |
| YZF0 | 4/1/23 | 5.750% | $165,360.00 | Ambac | Ambac | $4,340.70 | $4,340.70 | $4,340.70 | $4,340.70 | $4,340.70 | $4,340.70 | $4,340.70 | $4,340.70 | $4,340.70 | $4,340.70 | $4,340.70 | $4,340.70 | $4,340.70 | $4,340.70 |
| | | | $942,480.00 | | | $24,424.92 | $24,424.92 | $24,424.92 | $24,424.92 | $24,424.92 | $24,424.92 | $24,424.92 | $24,424.92 | $24,424.92 | $24,424.92 | $23,589.92 | $23,589.92 | $17,662.02 | $17,662.02 |

## UTZ 2004-B(I)

| CUSIP | Maturity Date | Rate | Principal | Insurer | Beneficial Holder | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YZ78 | 4/1/15 | 5.000% | $208,200.00 | Ambac | Ambac | $5,205.00 | $5,205.00 | | | | | | | | | | | | |
| YZ86 | 4/1/16 | 5.250% | $218,520.00 | Ambac | Ambac | $5,736.15 | $5,736.15 | $5,736.15 | | | | | | | | | | | |
| YZ94 | 4/1/17 | 4.000% | $7,320.00 | Ambac | Ambac | $146.40 | $146.40 | $146.40 | $146.40 | $146.40 | | | | | | | | | |
| YZ52 | 4/1/17 | 5.250% | $222,710.00 | Ambac | Ambac | $5,846.40 | $5,846.40 | $5,846.40 | $5,846.40 | $5,846.40 | | | | | | | | | |
| YZT0 | 4/1/18 | 5.250% | $48,000.00 | Ambac | Ambac | $1,260.00 | $1,260.00 | $1,260.00 | $1,260.00 | $1,260.00 | $1,260.00 | $1,260.00 | | | | | | | |
| | | | $704,760.00 | | | $18,193.95 | $18,193.95 | $6,988.95 | $7,252.80 | $7,252.80 | $1,260.00 | $1,260.00 | | | | | | | |

## UTZ 2006-B(I)

| CUSIP | Maturity Date | Rate | Principal | Insurer | Beneficial Holder | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YZX1 | 4/1/19 | 5.240% | $13,800.00 | Ambac | Ambac | $361.56 | $361.56 | $364.10 | $364.10 | $160.34 | $53.45 | $53.45 | | | | | | | |

## UTZ 2006-C

| CUSIP | Maturity Date | Rate | Principal | Insurer | Beneficial Holder | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X3S3 | 4/1/15 | 5.000% | $54,950.00 | Assured | Assured | $1,374.00 | $1,374.00 | | | | | | | | | | | | |
| X3Q41 | 4/1/16 | 5.000% | $57,720.00 | Assured | Assured | $1,443.00 | $1,443.00 | $1,443.00 | | | | | | | | | | | |
| X3Q33 | 4/1/17 | 4.300% | $61,080.00 | Assured | Assured | $1,313.22 | $1,313.22 | $1,313.22 | $1,313.22 | $1,313.22 | | | | | | | | | |
| X3Q47 | 4/1/18 | 5.000% | $63,240.00 | Assured | Assured | $1,581.00 | $1,581.00 | $1,581.00 | $1,581.00 | $1,581.00 | $1,581.00 | $1,581.00 | | | | | | | |
| X3Q95 | 4/1/19 | 5.000% | $66,360.00 | Assured | Assured | $1,659.00 | $1,659.00 | $1,659.00 | $1,659.00 | $1,659.00 | $1,659.00 | $1,659.00 | $1,659.00 | $1,659.00 | | | | | |
| X3Q29 | 4/1/20 | 5.000% | $120,000.00 | Assured | Assured | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | | | |
| X3Q45 | 4/1/21 | 5.000% | $120,000.00 | Assured | Assured | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| X3Q52 | 4/1/23 | 5.000% | $120,000.00 | Assured | Assured | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| X3Q78 | 4/1/25 | 5.000% | $120,000.00 | Assured | Assured | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| | | | $1,022,760.00 | | | $25,357.32 | $25,357.32 | $23,903.32 | $23,903.32 | $22,590.32 | $21,240.00 | $21,240.00 | $19,659.00 | $19,659.00 | $18,000.00 | $18,000.00 | $15,000.00 | $15,000.00 | $15,000.00 |

## UTZ 2006-A

| CUSIP | Maturity Date | Rate | Principal | Insurer | Beneficial Holder | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X3S6 | 4/1/15 | 5.000% | $55,320.00 | Assured | Assured | $1,383.00 | $1,383.00 | | | | | | | | | | | | |
| X3Q25 | 4/1/16 | 5.000% | $58,200.00 | Assured | Assured | $1,455.00 | $1,455.00 | $1,455.00 | | | | | | | | | | | |
| X3Q33 | 4/1/17 | 4.300% | $61,080.00 | Assured | Assured | $1,313.22 | $1,313.22 | $1,313.22 | $1,313.22 | $1,313.22 | | | | | | | | | |
| X3Q41 | 4/1/18 | 5.000% | $73,500.00 | Assured | Assured | $1,578.00 | $1,578.00 | $1,578.00 | $1,578.00 | $1,578.00 | $1,578.00 | $1,578.00 | | | | | | | |
| X3Q66 | 4/1/19 | 5.250% | $69,250.00 | Assured | Assured | $1,817.55 | $1,817.55 | $1,817.55 | $1,817.55 | $1,817.55 | $1,817.55 | $1,817.55 | $1,817.55 | $1,817.55 | $1,723.05 | $1,723.05 | $1,817.55 | $1,817.55 | |
| | | | $372,600.00 | | | $9,269.82 | $9,269.82 | $7,866.82 | $6,431.82 | $6,431.82 | $5,118.60 | $5,118.60 | $3,540.60 | $3,540.60 | $1,723.05 | $1,723.05 | $1,817.55 | $1,817.55 | |

## UTZ 2006-A(I)

| CUSIP | Maturity Date | Rate | Principal | Insurer | Beneficial Holder | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X3S6 | 4/1/15 | 5.000% | $69,000.00 | Assured | Assured | $1,725.00 | $1,725.00 | | | | | | | | | | | | |
| X3S64 | 4/1/16 | 5.000% | $72,360.00 | Assured | Assured | $1,809.00 | $1,809.00 | $1,809.00 | | | | | | | | | | | |
| X3S72 | 4/1/17 | 4.000% | $79,800.00 | Assured | Assured | $1,596.00 | $1,596.00 | $1,596.00 | $1,596.00 | $1,596.00 | $1,902.00 | $1,596.00 | $1,596.00 | | | | | | |
| X3Q98 | 4/1/19 | 5.000% | $83,100.00 | Assured | Assured | $2,076.00 | $2,076.00 | $2,076.00 | $2,076.00 | $2,076.00 | $2,076.00 | $2,076.00 | $2,076.00 | $2,076.00 | | | | | |
| X3N56 | 4/1/20 | 5.000% | $87,120.00 | Assured | Assured | $2,178.00 | $2,178.00 | $2,178.00 | $2,178.00 | $2,178.00 | $2,178.00 | $2,178.00 | $2,178.00 | $2,178.00 | $2,178.00 | $2,178.00 | $2,178.00 | | |
| X3N48 | 4/1/22 | 5.000% | $91,560.00 | Assured | Assured | $2,289.00 | $2,289.00 | $2,289.00 | $2,289.00 | $2,289.00 | $2,289.00 | $2,289.00 | $2,289.00 | $2,289.00 | $2,289.00 | $2,289.00 | $2,289.00 | $2,289.00 | |
| X3N30 | 4/1/23 | 5.000% | $96,120.00 | Assured | Assured | $2,403.00 | $2,403.00 | $2,403.00 | $2,403.00 | $2,403.00 | $2,403.00 | $2,403.00 | $2,403.00 | $2,403.00 | $2,403.00 | $2,403.00 | $2,403.00 | $2,403.00 | $2,403.00 |
| X3N63 | 4/1/25 | 5.000% | $206,880.00 | Assured | Assured | $5,172.00 | $5,172.00 | $5,172.00 | $5,172.00 | $5,172.00 | $5,172.00 | $5,172.00 | $5,172.00 | $5,172.00 | $5,172.00 | $5,172.00 | $5,172.00 | $5,172.00 | $5,172.00 |
| | | | $479,320.00 * | | | $11,988.00 | $11,988.00 | $11,988.00 | $11,988.00 | $11,988.00 | $11,988.00 | $11,988.00 | $11,988.00 | $11,988.00 | $11,988.00 | $11,988.00 | $11,988.00 | $11,988.00 | $11,988.00 |
| | | | $11,511,920.00 * | | | $33,138.00 | $33,138.00 | $31,413.00 | $29,604.00 | $29,604.00 | $27,702.00 | $26,106.00 | $26,106.00 | $24,030.00 | $24,030.00 | $23,952.00 | $23,952.00 | | |

## UTZ 2008-B(I)

| CUSIP | Maturity Date | Rate | Principal | Insurer | Beneficial Holder | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J3953 | 4/1/15 | 5.000% | $191,280.00 | Assured | Assured | $4,782.00 | $4,782.00 | | | | | | | | | | | | |
| J3961 | 4/1/16 | 5.000% | $82,560.00 | Assured | Assured | $2,064.00 | $2,064.00 | $2,064.00 | | | | | | | | | | | |
| J3979 | 4/1/17 | 5.000% | $85,920.00 | Assured | Assured | $2,148.00 | $2,148.00 | $2,148.00 | $2,148.00 | $2,148.00 | | | | | | | | | |
| PFG | 4/1/18 | 5.000% | $90,960.00 | Assured | Assured | $2,274.00 | $2,274.00 | $2,274.00 | $2,274.00 | $2,274.00 | $2,274.00 | $2,274.00 | | | | | | | |
| | | | $450,720.00 | | | $11,268.00 | $11,268.00 | $6,486.00 | $4,422.00 | $4,422.00 | $2,274.00 | $2,274.00 | | | | | | | |

### Totals

| | | | | | | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ambac | | | $7,943,840.00 | | | $201,716.00 | $179,772.23 | $179,772.23 | $159,439.78 | $159,439.78 | $159,439.78 | $138,548.04 | $138,548.04 | $117,204.15 | $117,204.15 | $96,130.40 | $96,130.40 | $74,536.70 | $74,536.70 |
| Assured | | | $2,032,469.00 | | | $32,578.29 | $32,578.29 | $46,513.79 | $39,865.31 | $39,865.31 | $32,913.74 | $32,913.74 | $30,070.23 | $30,070.23 | $25,778.52 | $25,778.52 | $20,384.55 | $20,384.55 | |
| PFG | | | $5,861,892.00 | | | $147,906.37 | $147,906.37 | $132,136.43 | $132,136.43 | $118,576.87 | $118,570.30 | $104,754.08 | $104,754.08 | $86,284.11 | $86,284.11 | $60,739.41 | $60,739.41 | $53,681.46 | $53,681.46 |
| Total | | | $17,943,840.00 | | | $201,716.00 | $201,716.00 | $179,772.23 | $179,772.23 | $159,439.78 | $159,439.78 | $138,548.04 | $138,548.04 | $117,204.15 | $117,204.15 | $96,130.40 | $96,130.40 | $74,536.70 | $74,536.70 |

\* Subject to Mandatory Redemption

# Reinstated to Insurers: UTGO Series 2014 DSA Fourth Lien Restructured Bonds - Debt Service

| CUSIP | Maturity Date | Rate | Principal | Insurer | Beneficial Holder | 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | 10/1/23 | 4/1/24 | 10/1/24 | 4/1/25 | 10/1/25 | 4/1/26 | 10/1/26 | 4/1/27 | 10/1/27 | 4/1/28 | Total Interest | Principal & Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO 1999-A** | | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.250% | $68,400.00 | Assured | Assured | . | . | . | . | . | . | . | . | . | . | . | . | . | . | $3,591.00 | $71,991.00 |
| | 4/1/16 | 5.000% | $71,880.00 | Assured | Assured | . | . | . | . | . | . | . | . | . | . | . | . | . | . | $7,188.00 | $79,068.00 |
| | 4/1/17 | 5.000% | $75,480.00 | Assured | Assured | . | . | . | . | . | . | . | . | . | . | . | . | . | . | $11,322.00 | $86,802.00 |
| | 4/1/18 | 5.000% | $79,320.00 | Assured | Assured | . | . | . | . | . | . | . | . | . | . | . | . | . | . | $15,864.00 | $95,184.00 |
| | 4/1/19 | 5.000% | $83,280.00 | Assured | Assured | . | . | . | . | . | . | . | . | . | . | . | . | . | . | $20,820.00 | $104,100.00 |
| | | | $378,360.00 | | | | | | | | | | | | | | | | | $58,785.00 | $437,145.00 |
| **UTGO 2001-A(F)** | | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.375% | $19,851.00 | NPFG | Ambac | . | . | . | . | . | . | . | . | . | . | . | . | . | . | $1,066.99 | $20,917.99 |
| | 4/1/16 | 5.375% | $20,921.00 | NPFG | Ambac | . | . | . | . | . | . | . | . | . | . | . | . | . | . | $2,249.17 | $23,170.01 |
| | 4/1/16 | 5.375% | $22,057.00 | NPFG | Ambac | . | . | . | . | . | . | . | . | . | . | . | . | . | . | $3,556.69 | $25,613.69 |
| | 4/1/17 | 5.375% | $46,787.00 | NPFG | Ambac | . | . | . | . | . | . | . | . | . | . | . | . | . | . | $10,059.71 | $56,846.21 |
| | 4/1/18 | 5.375% | $46,787.00 | NPFG | Ambac | . | . | . | . | . | . | . | . | . | . | . | . | . | . | $11,696.75 | $58,483.75 |
| | 4/1/19 | 5.000% | $46,787.00 | NPFG | Ambac | . | . | . | . | . | . | . | . | . | . | . | . | . | . | $14,046.10 | $60,833.10 |
| | 4/1/20 | 5.000% | $46,787.00 | NPFG | Ambac | . | . | . | . | . | . | . | . | . | . | . | . | . | . | $16,375.45 | $63,162.45 |
| | 4/1/21 | 5.000% | $123,700.00 | NPFG | Assured | . | . | . | . | . | . | . | . | . | . | . | . | . | . | $6,595.61 | $129,504.61 |
| | 4/1/16 | 5.375% | $132,200.00 | NPFG | Assured | . | . | . | . | . | . | . | . | . | . | . | . | . | . | $13,901.79 | $143,226.79 |
| | 4/1/17 | 5.375% | $125,319.00 | NPFG | Assured | . | . | . | . | . | . | . | . | . | . | . | . | . | . | $29,191.31 | $154,396.31 |
| | 4/1/17 | 5.375% | $136,343.00 | NPFG | Assured | . | . | . | . | . | . | . | . | . | . | . | . | . | . | $42,189.80 | $331,395.80 |
| | 4/1/18 | 5.375% | $289,213.00 | NPFG | Assured | . | . | . | . | . | . | . | . | . | . | . | . | . | . | $72,303.25 | $361,516.25 |
| | 4/1/19 | 5.000% | $289,213.00 | NPFG | Assured | . | . | . | . | . | . | . | . | . | . | . | . | . | . | $86,763.90 | $375,976.90 |
| | 4/1/21 | 5.000% | $289,213.00 | NPFG | Assured | . | . | . | . | . | . | . | . | . | . | . | . | . | . | $101,215.55 | $390,428.55 |
| | | | $1,775,200.00 | | | | | | | | | | | | | | | | | $423,956.60 | $2,270,195.40 |
| **UTGO 2002** | | | | | | | | | | | | | | | | | | | | | |
| | 4/1/21 | 5.125% | $10,828.00 | NPFG | Ambac | $291.59 | $291.59 | . | . | . | . | . | . | . | . | . | . | . | . | $3,884.55 | $14,712.55 |
| | 4/1/18 | 5.125% | $11,379.00 | NPFG | Ambac | | $291.59 | | | | | | | | | | | | | $4,665.39 | $16,044.39 |
| | 4/1/21 | 5.125% | $66,932.00 | NPFG | Assured | $1,802.49 | $1,802.49 | | | | | | | | | | | | | $24,011.86 | $90,943.86 |
| | 4/1/21 | 5.125% | $70,341.00 | NPFG | Assured | $2,094.08 | $2,094.08 | | | | | | | | | | | | | $28,839.81 | $99,180.81 |
| | | | $159,480.00 | | | | | | | | | | | | | | | | | $61,401.60 | $220,881.60 |
| **UTGO 2005-A** | | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 4.000% | $450.00 | Syncora | Syncora | | | | | | | | | | | | | | | $18.00 | $468.00 |
| | 4/1/16 | 5.250% | $3,822.00 | Syncora | Syncora | | | | | | | | | | | | | | | $200.66 | $4,022.66 |
| | 4/1/16 | 5.250% | $4,489.00 | Syncora | Syncora | | | | | | | | | | | | | | | $471.35 | $4,960.35 |
| | 4/1/17 | 5.250% | $4,722.00 | Syncora | Syncora | | | | | | | | | | | | | | | $743.72 | $5,465.72 |
| | 4/1/18 | 5.250% | $4,960.00 | Syncora | Syncora | | | | | | | | | | | | | | | $1,043.49 | $6,012.49 |
| | 4/1/19 | 5.250% | $5,231.00 | Syncora | Syncora | | | | | | | | | | | | | | | $1,373.14 | $6,604.14 |
| | 4/1/30 | 4.500% | $749.00 | Syncora | Syncora | | | | | | | | | | | | | | | $202.23 | $951.23 |
| | 4/1/20 | 5.250% | $4,759.00 | Syncora | Syncora | | | | | | | | | | | | | | | $1,499.69 | $6,258.69 |
| | 4/1/23 | 5.250% | $5,786.00 | Syncora | Syncora | $17.34 | | | | | | | | | | | | | | $2,126.36 | $7,912.36 |
| | 4/1/21 | 5.250% | $5,344.00 | Syncora | Syncora | $140.28 | $17.34 | | | | | | | | | | | | | $277.50 | $1,077.50 |
| | 4/1/23 | 4.625% | $2,248.00 | Syncora | Syncora | $53.99 | $140.28 | $53.99 | | | | | | | | | | | | $2,344.48 | $7,588.48 |
| | 4/1/23 | 5.200% | $4,160.00 | Syncora | Syncora | $109.20 | $53.99 | $51.99 | | | | | | | | | | | | $935.73 | $5,083.73 |
| | 4/1/24 | 5.200% | $7,990.00 | Syncora | Ambac | | $109.20 | $109.20 | $51.99 | | | | | | | | | | | $1,965.60 | $6,125.60 |
| | 4/1/25 | 5.250% | $9,384.00 | Syncora | Ambac | | | | $109.20 | | | | | | | | | | | $37.60 | $977.60 |
| | 4/1/16 | 5.250% | $9,870.00 | Syncora | Ambac | | | | | | | | | | | | | | | $449.48 | $8,439.48 |
| | 4/1/17 | 5.250% | $10,035.00 | Syncora | Ambac | | | | | | | | | | | | | | | $983.32 | $10,369.32 |
| | 4/1/23 | 4.500% | $1,567.00 | Syncora | Ambac | $36.21 | | | | | | | | | | | | | | $14,554.53 | $11,424.53 |
| | 4/1/30 | 5.250% | $10,734.00 | Syncora | Ambac | $293.21 | $36.21 | | | | | | | | | | | | | $2,181.27 | $12,548.27 |
| | 4/1/19 | 5.250% | $10,055.00 | Syncora | Ambac | $238.22 | $293.21 | $108.69 | | | | | | | | | | | | $2,870.44 | $13,805.44 |
| | 4/1/23 | 4.900% | $1,567.00 | Syncora | Assured | | $238.22 | $228.22 | $108.69 | | | | | | | | | | | $425.69 | $13,609.00 |
| | 4/1/15 | 5.250% | $93,944.00 | Syncora | Assured | | | | $238.22 | | | | | | | | | | | $5,113.62 | $13,081.62 |
| | 4/1/20 | 5.250% | $10,935.00 | Syncora | Assured | $223.94 | | | | | | | | | | | | | | $4,444.55 | $16,538.55 |
| | 4/1/16 | 5.250% | $55,810.00 | Syncora | Assured | $1,451.86 | $223.94 | | | | | | | | | | | | | $579.42 | $13,342.42 |
| | 4/1/17 | 5.250% | $49,388.00 | Syncora | Assured | $671.83 | $1,451.86 | $671.83 | | | | | | | | | | | | $4,651.40 | $11,581.40 |
| | 4/1/22 | 5.250% | $58,837.00 | Syncora | Assured | $1,410.83 | $671.83 | $671.83 | $671.83 | | | | | | | | | | | $1,956.38 | $6,656.38 |
| | 4/1/18 | 5.250% | $64,204.00 | Syncora | Assured | | $1,410.83 | $1,410.83 | $1,410.83 | | | | | | | | | | | $4,107.92 | $12,803.92 |
| | 4/1/19 | 5.250% | $67,594.00 | Syncora | Assured | | | | | | | | | | | | | | | $353.40 | $6,042.40 |
| | 4/1/20 | 5.250% | $5,669.00 | Syncora | Assured | | | | | | | | | | | | | | | $2,593.87 | $53,189.87 |
| | 4/1/15 | 5.250% | $61,493.00 | Syncora | Assured | | | | | | | | | | | | | | | $6,090.74 | $64,097.74 |
| | 4/1/16 | 4.625% | $9,684.00 | Syncora | Assured | | | | | | | | | | | | | | | $9,608.76 | $70,616.76 |
| | 4/1/20 | 5.250% | $69,068.00 | Syncora | Assured | | | | | | | | | | | | | | | $13,482.66 | $77,686.44 |
| | 4/1/17 | 4.625% | $75,050.00 | Syncora | Assured | | | | | | | | | | | | | | | $12,392.90 | $85,337.43 |
| | 4/1/18 | 5.250% | $53,746.00 | Syncora | Assured | | | | | | | | | | | | | | | $52,614.68 | $112,258.68 |
| | | | $760,000.00 | | | | | | | | | | | | | | | | | $80,863.30 | $88,863.30 |
| | | | | | | $5,304.20 | $5,304.20 | $2,580.75 | $2,580.75 | | | | | | | | | | | $19,750.30 | $105,250.30 |
| | | | | | | | | | | | | | | | | | | | | $287,473.90 | $13,367.08 |
| | | | | | | | | | | | | | | | | | | | | $28,999.32 | $98,045.32 |
| | | | | | | | | | | | | | | | | | | | | $12,892.90 | $41,144.90 |
| | | | | | | | | | | | | | | | | | | | | $375,429.07 | | |
| | | | | | | | | | | | | | | | | | | | | $209,766.90 | $909,966.90 |

* Subject to Mandatory Redemption

909

# Reinstated to Insurers: UTGO Series 2014 DSA Fourth Lien Restructured Bonds – Debt Service

| CUSIP | Maturity Date | Rate | Principal | Insurer | Beneficial Holder | 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | 10/1/23 | 4/1/24 | 10/1/24 | 4/1/25 | 10/1/25 | 4/1/26 | 10/1/26 | 4/1/27 | 10/1/27 | 4/1/28 | Total Interest | Principal & Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Interest | | | | | | | | | | |

**UTGO 2004-A(1)**

| CUSIP | Maturity Date | Rate | Principal | Insurer | Beneficial Holder |
|---|---|---|---|---|---|
| | 4/1/19 | 5.250% | $108,000.00 | Ambac | Ambac |
| | 4/1/20 | 4.250% | $4,440.00 | Ambac | Ambac |
| | 4/1/20 | 5.250% | $146,040.00 | Ambac | Ambac |
| | 4/1/21 | 5.000% | $158,400.00 | Ambac | Ambac |
| | 4/1/22 | 4.500% | $165,120.00 | Ambac | Ambac |
| | 4/1/23 | 4.500% | $9,000.00 | Ambac | Ambac |
| | 4/1/23 | 4.500% | $166,080.00 | Ambac | Ambac |
| | 4/1/24 | 5.250% | $18,840.00 | Ambac | Ambac |
| | 4/1/24 | 5.250% | $165,360.00 | Ambac | Ambac |
| | | | **$942,480.00** | | |

**UTGO 2004-B(1)**

| CUSIP | Maturity Date | Rate | Principal | Insurer | Beneficial Holder |
|---|---|---|---|---|---|
| | 4/1/18 | 5.000% | $208,200.00 | Ambac | Ambac |
| | 4/1/16 | 5.250% | $218,520.00 | Ambac | Ambac |
| | 4/1/17 | 4.000% | $7,320.00 | Ambac | Ambac |
| | 4/1/18 | 5.250% | $222,720.00 | Ambac | Ambac |
| | 4/1/18 | 5.250% | $48,000.00 | Ambac | Ambac |
| | | | **$704,760.00** | | |

**UTGO 2004-B(2)**

| CUSIP | Maturity Date | Rate | Principal | Insurer | Beneficial Holder |
|---|---|---|---|---|---|
| | 4/1/19 | 5.240% | $11,800.00 | Ambac | Ambac |

**UTGO 2005-B**

| CUSIP | Maturity Date | Rate | Principal | Insurer | Beneficial Holder |
|---|---|---|---|---|---|
| | 4/1/15 | 5.000% | $54,960.00 | Assured | Assured |
| | 4/1/16 | 5.000% | $57,720.00 | Assured | Assured |
| | 4/1/17 | 4.300% | $60,480.00 | Assured | Assured |
| | 4/1/18 | 5.000% | $63,240.00 | Assured | Assured |
| | 4/1/19 | 5.000% | $66,360.00 | Assured | Assured |
| | 4/1/20 | 5.000% | $120,000.00 | Assured | Assured |
| | 4/1/21 | 5.000% | $120,000.00 | Assured | Assured |
| | 4/1/22 | 5.000% | $120,000.00 | Assured | Assured |
| | 4/1/23 | 5.000% | $120,000.00 | Assured | Assured |
| | 4/1/24 | 5.000% | $66,240.00 | Assured | Assured |
| | | | **$1,022,760.00** | | |

**UTGO 2005-C**

| CUSIP | Maturity Date | Rate | Principal | Insurer | Beneficial Holder |
|---|---|---|---|---|---|
| | 4/1/15 | 5.000% | $55,320.00 | Assured | Assured |
| | 4/1/16 | 5.000% | $58,200.00 | Assured | Assured |
| | 4/1/17 | 4.300% | $61,080.00 | Assured | Assured |
| | 4/1/18 | 5.000% | $63,120.00 | Assured | Assured |
| | 4/1/19 | 5.000% | $65,240.00 | Assured | Assured |
| | | | **$372,600.00** | | |

**UTGO 2008-A**

| CUSIP | Maturity Date | Rate | Principal | Insurer | Beneficial Holder |
|---|---|---|---|---|---|
| | 4/1/15 | 5.000% | $69,000.00 | Assured | Assured |
| | 4/1/16 | 5.000% | $72,360.00 | Assured | Assured |
| | 4/1/17 | 5.000% | $76,080.00 | Assured | Assured |
| | 4/1/18 | 5.000% | $79,800.00 | Assured | Assured |
| | 4/1/19 | 5.000% | $83,040.00 | Assured | Assured |
| | 4/1/20 | 5.000% | $87,120.00 | Assured | Assured |
| | 4/1/21 | 5.000% | $91,560.00 | Assured | Assured |
| | 4/1/22 | 5.000% | $96,120.00 | Assured | Assured |
| | 4/1/23 | 5.000% | $206,880.00 | Assured | Assured |
| | 4/1/28 | 5.000% | $475,320.00 | Assured | Assured |
| | | | **$1,341,480.00** | | |

**UTGO 2008-B(1)**

| CUSIP | Maturity Date | Rate | Principal | Insurer | Beneficial Holder |
|---|---|---|---|---|---|
| | 4/1/15 | 5.000% | $191,280.00 | Assured | Assured |
| | 4/1/16 | 5.000% | $82,560.00 | Assured | Assured |
| | 4/1/17 | 5.000% | $85,920.00 | Assured | Assured |
| | 4/1/18 | 5.000% | $30,960.00 | Assured | Assured |
| | | | **$450,720.00** | | |

| | | | **$7,941,840.00** | | |

* Subject to Mandatory Redemptions

# Reinstated to Insurers: UTGO Series 2014 DSA Fourth Lien Restructured Bonds - Debt Service

## Bond Series Subject to Mandatory Redemption

### Issuance: 2004-B(2)

CUSIP 25105Y2X1

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Ambac | 6/30/15 | | $13,900.00 | 5.240% | $361.56 |
| 4/1/15 | Ambac | | $3,720.00 | $10,080.00 | 5.240% | $361.56 |
| 10/1/15 | Ambac | 6/30/16 | | $10,080.00 | 5.240% | $264.10 |
| 4/1/16 | Ambac | | $3,960.00 | $6,120.00 | 5.240% | $264.10 |
| 10/1/16 | Ambac | 6/30/17 | | $6,120.00 | 5.240% | $160.34 |
| 4/1/17 | Ambac | | $2,040.00 | $4,080.00 | 5.240% | $160.34 |
| 10/1/17 | Ambac | 6/30/18 | | $4,080.00 | 5.240% | $53.45 |
| 4/1/18 | Ambac | | $2,040.00 | | 5.240% | $53.45 |
| Total | | | $13,800.00 | | | $1,678.90 |

### Issuance: 2008-A

CUSIP 25105Y NE5

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | 6/30/15 | | $206,880.00 | 5.000% | $5,172.00 |
| 4/1/15 | Assured | | | $206,880.00 | 5.000% | $5,172.00 |
| 10/1/15 | Assured | 6/30/16 | | $206,880.00 | 5.000% | $5,172.00 |
| 4/1/16 | Assured | | | $206,880.00 | 5.000% | $5,172.00 |
| 10/1/16 | Assured | 6/30/17 | | $206,880.00 | 5.000% | $5,172.00 |
| 4/1/17 | Assured | | | $206,880.00 | 5.000% | $5,172.00 |
| 10/1/17 | Assured | 6/30/18 | | $206,880.00 | 5.000% | $5,172.00 |
| 4/1/18 | Assured | | | $206,880.00 | 5.000% | $5,172.00 |
| 10/1/18 | Assured | 6/30/19 | | $206,880.00 | 5.000% | $5,172.00 |
| 4/1/19 | Assured | | | $206,880.00 | 5.000% | $5,172.00 |
| 10/1/19 | Assured | 6/30/20 | | $206,880.00 | 5.000% | $5,172.00 |
| 4/1/20 | Assured | | | $206,880.00 | 5.000% | $5,172.00 |
| 10/1/20 | Assured | 6/30/21 | | $206,880.00 | 5.000% | $5,172.00 |
| 4/1/21 | Assured | | | $206,880.00 | 5.000% | $5,172.00 |
| 10/1/21 | Assured | 6/30/22 | | $206,880.00 | 5.000% | $5,172.00 |
| 4/1/22 | Assured | | | $206,880.00 | 5.000% | $5,172.00 |
| 10/1/2022 | Assured | 6/30/23 | | $206,880.00 | 5.000% | $5,172.00 |
| 4/1/2023 | Assured | | $100,920.00 | $105,960.00 | 5.000% | $5,172.00 |
| 10/1/2023 | Assured | 6/30/24 | | $105,960.00 | 5.000% | $2,649.00 |
| 4/1/2024 | Assured | | $105,960.00 | | 5.000% | $2,649.00 |
| Total | | | $206,880.00 | | | $98,394.00 |

### Issuance: 2008-A

CUSIP 25105Y3N6

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | 6/30/15 | | $479,520.00 | 5.000% | $11,988.00 |
| 4/1/15 | Assured | | | $479,520.00 | 5.000% | $11,988.00 |
| 10/1/15 | Assured | 6/30/16 | | $479,520.00 | 5.000% | $11,988.00 |
| 4/1/16 | Assured | | | $479,520.00 | 5.000% | $11,988.00 |
| 10/1/16 | Assured | 6/30/17 | | $479,520.00 | 5.000% | $11,988.00 |
| 4/1/17 | Assured | | | $479,520.00 | 5.000% | $11,988.00 |
| 10/1/17 | Assured | 6/30/18 | | $479,520.00 | 5.000% | $11,988.00 |
| 4/1/18 | Assured | | | $479,520.00 | 5.000% | $11,988.00 |
| 10/1/18 | Assured | 6/30/19 | | $479,520.00 | 5.000% | $11,988.00 |
| 4/1/19 | Assured | | | $479,520.00 | 5.000% | $11,988.00 |
| 10/1/19 | Assured | 6/30/20 | | $479,520.00 | 5.000% | $11,988.00 |
| 4/1/20 | Assured | | | $479,520.00 | 5.000% | $11,988.00 |
| 10/1/20 | Assured | 6/30/21 | | $479,520.00 | 5.000% | $11,988.00 |
| 4/1/21 | Assured | | | $479,520.00 | 5.000% | $11,988.00 |
| 10/1/21 | Assured | 6/30/22 | | $479,520.00 | 5.000% | $11,988.00 |
| 4/1/22 | Assured | | | $479,520.00 | 5.000% | $11,988.00 |
| 10/1/2022 | Assured | 6/30/23 | | $479,520.00 | 5.000% | $11,988.00 |
| 4/1/2023 | Assured | | | $479,520.00 | 5.000% | $11,988.00 |
| 10/1/2023 | Assured | 6/30/24 | | $479,520.00 | 5.000% | $11,988.00 |
| 4/1/2024 | Assured | | | $479,520.00 | 5.000% | $11,988.00 |
| 10/1/2024 | Assured | 6/30/25 | | $479,520.00 | 5.000% | $11,988.00 |
| 4/1/2025 | Assured | | $111,240.00 | $368,280.00 | 5.000% | $11,988.00 |
| 10/1/2025 | Assured | 6/30/26 | | $368,280.00 | 5.000% | $9,207.00 |
| 4/1/2026 | Assured | | $116,880.00 | $251,400.00 | 5.000% | $9,207.00 |
| 10/1/2026 | Assured | 6/30/27 | | $251,400.00 | 5.000% | $6,285.00 |
| 4/1/2027 | Assured | | $122,640.00 | $128,760.00 | 5.000% | $6,285.00 |
| 10/1/2027 | Assured | 6/30/28 | | $128,760.00 | 5.000% | $3,219.50 |
| 4/1/2028 | Assured | | $128,760.00 | | 5.000% | $3,219.50 |
| Total | | | $479,520.00 | | | $304,158.00 |

# EXHIBIT C

## STUB UTGO BONDS

| CUSIP | Maturity Date | Rate | Principal | Issuer | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Interest | | | | | | | | |
| **UTGO 1999-A** | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.250% | $373,150.00 | Assured | $9,800.44 | $9,800.44 | | | | | | | | | | | | |
| | 4/1/16 | 5.000% | $392,345.00 | Assured | $9,808.63 | $9,808.63 | $9,808.63 | $9,808.63 | | | | | | | | | | |
| | 4/1/17 | 5.000% | $411,995.00 | Assured | $10,299.88 | $10,299.88 | $10,299.88 | $10,299.88 | $10,299.88 | $10,299.88 | | | | | | | | |
| | 4/1/18 | 5.000% | $432,955.00 | Assured | $10,823.88 | $10,823.88 | $10,823.88 | $10,823.88 | $10,823.88 | $10,823.88 | $10,823.88 | $10,823.88 | | | | | | |
| | 4/1/19 | 5.000% | $454,570.00 | Assured | $11,364.25 | $11,364.25 | $11,364.25 | $11,364.25 | $11,364.25 | $11,364.25 | $11,364.25 | $11,364.25 | $11,364.25 | $11,364.25 | | | | |
| | | | $2,065,215.00 | | $52,097.06 | $42,296.63 | $42,296.63 | $42,296.63 | $32,488.00 | $32,488.00 | $22,188.13 | $22,188.13 | $11,364.25 | $11,364.25 | | | | |
| **UTGO 2001-A(I)** | | | | | | | | | | | | | | | | | | |
| | 4/1/16 | 5.375% | $778,140.00 | NPFG | $20,912.51 | $20,912.51 | $22,039.11 | | | | | | | | | | | |
| | 4/1/16 | 5.375% | $820,060.00 | NPFG | $22,039.11 | $22,039.11 | $23,236.13 | $23,236.13 | | | | | | | | | | |
| | 4/1/17 | 5.375% | $864,600.00 | NPFG | $23,236.13 | $23,236.13 | $40,288.75 | $40,288.75 | $23,236.13 | $23,236.13 | | | | | | | | |
| | 4/1/18 | 5.375% | $1,434,000.00 | NPFG | $40,288.75 | $40,288.75 | $45,850.00 | $45,850.00 | $40,288.75 | $40,288.75 | $40,288.75 | $40,288.75 | | | | | | |
| | 4/1/19 | 5.000% | $1,834,000.00 | NPFG | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | | | | |
| | 4/1/20 | 5.000% | $1,834,000.00 | NPFG | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | | |
| | 4/1/21 | 5.000% | $1,834,000.00 | NPFG | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 |
| | | | $9,798,800.00 | | $253,026.50 | $232,113.99 | $232,113.99 | $232,113.99 | $186,838.75 | $186,838.75 | $137,550.00 | $137,550.00 | $91,700.00 | $91,700.00 | $45,850.00 | $45,850.00 | | |
| **UTGO 2002** | | | | | | | | | | | | | | | | | | |
| | 4/1/21 | 5.125% | $424,440.00 | NPFG | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 |
| | 4/1/21 | 5.125% | $446,055.00 | NPFG | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 |
| | | | $870,495.00 | | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 |
| **UTGO 2003-A** | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 4.000% | $39,300.00 | Syncora | $786.00 | $786.00 | | | | | | | | | | | | |
| | 4/1/15 | 4.250% | $34,050.00 | Syncora | $8,768.81 | | | | | | | | | | | | | |
| | 4/1/16 | 5.250% | $392,345.00 | Syncora | $10,299.06 | $10,299.06 | $10,299.06 | $10,299.06 | | | | | | | | | | |
| | 4/1/17 | 5.250% | $412,650.00 | Syncora | $10,832.06 | $10,832.06 | $10,832.06 | $10,832.06 | $10,832.06 | $10,832.06 | | | | | | | | |
| | 4/1/18 | 5.250% | $434,265.00 | Syncora | $11,399.46 | $11,399.46 | $11,399.46 | $11,399.46 | $11,399.46 | $11,399.46 | $11,399.46 | $11,399.46 | | | | | | |
| | 4/1/19 | 5.250% | $457,190.00 | Syncora | $12,001.24 | $12,001.24 | $12,001.24 | $12,001.24 | $12,001.24 | $12,001.24 | $12,001.24 | $12,001.24 | $12,001.24 | $12,001.24 | | | | |
| | 4/1/20 | 4.500% | $65,500.00 | Syncora | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | | |
| | 4/1/20 | 5.250% | $415,975.00 | Syncora | $10,918.03 | $10,918.03 | $10,918.03 | $10,918.03 | $10,918.03 | $10,918.03 | $10,918.03 | $10,918.03 | $10,918.03 | $10,918.03 | $10,918.03 | $10,918.03 | | |
| | 4/1/21 | 5.250% | $505,660.00 | Syncora | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 |
| | 4/1/21 | 4.625% | $65,500.00 | Syncora | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 |
| | 4/1/23 | 5.250% | $467,015.00 | Syncora | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 |
| | 4/1/23 | 4.625% | $196,500.00 | Syncora | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 |
| | 4/1/23 | 5.250% | $365,525.00 | Syncora | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 |
| | | | $4,149,425.00 | | $107,612.41 | $98,057.59 | $96,023.75 | $96,023.75 | $87,758.54 | $87,758.54 | $76,926.48 | $76,926.48 | $65,527.02 | $65,527.02 | $53,525.78 | $53,525.78 | $41,134.00 | $41,134.00 |
| **UTGO 2006-A(I)** | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.250% | $595,500.00 | Ambac | $15,474.38 | $15,474.38 | | | | | | | | | | | | |
| | 4/1/20 | 4.250% | $24,235.00 | Ambac | $514.99 | $514.99 | $514.99 | $514.99 | $514.99 | $514.99 | $514.99 | $514.99 | $514.99 | $514.99 | $514.99 | $514.99 | | |
| | 4/1/20 | 5.250% | $797,135.00 | Ambac | $20,924.79 | $20,924.79 | $20,924.79 | $20,924.79 | $20,924.79 | $20,924.79 | $20,924.79 | $20,924.79 | $20,924.79 | $20,924.79 | $20,924.79 | $20,924.79 | | |
| | 4/1/21 | 5.000% | $864,600.00 | Ambac | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 |
| | 4/1/22 | 5.250% | $807,900.00 | Ambac | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 |
| | 4/1/22 | 5.250% | $491,220.00 | Ambac | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 |
| | 4/1/23 | 5.250% | $906,320.00 | Ambac | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 |
| | 4/1/24 | 4.600% | $102,835.00 | Ambac | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 |
| | 4/1/24 | 5.250% | $902,590.00 | Ambac | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 |
| | | | $5,144,370.00 | | $133,319.36 | $133,319.36 | $133,319.36 | $133,319.36 | $133,319.36 | $133,319.36 | $133,319.36 | $133,319.36 | $117,844.98 | $117,844.98 | $96,405.19 | $96,405.19 | $96,405.19 | $96,405.19 |

* Subject to Mandatory Redemption

913

| CUSIP | Maturity Date | Rate | Principal | Insurer | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Interest | | | | | | | |
| **UTGO 2004-B(1)** | | | | | | | | | | | | | | | | | | |
| 23109?298 | 4/1/15 | 5.000% | $1,136,425.00 | Ambac | $28,410.63 | $28,410.63 | | | | | | | | | | | | |
| 23109?326 | 4/1/26 | 5.250% | $1,192,755.00 | Ambac | $31,309.82 | $31,309.82 | $31,309.82 | $31,309.82 | $31,309.82 | $31,911.60 | | | | | | | | |
| 23109?2K4 | 4/1/17 | 4.000% | $39,955.00 | Ambac | $799.10 | $799.10 | $799.10 | $799.10 | $799.10 | $799.10 | | | | | | | | |
| 23109?252 | 4/1/17 | 5.250% | $1,215,680.00 | Ambac | $31,911.60 | $31,911.60 | $31,911.60 | $31,911.60 | $31,911.60 | $31,911.60 | | | | | | | | |
| 23109?2T9 | 4/1/18 | 5.250% | $262,000.00 | Ambac | $6,877.50 | $6,877.50 | $6,877.50 | $6,877.50 | $6,877.50 | $6,877.50 | $6,877.50 | $6,877.50 | | | | | | |
| | | | $3,846,815.00 | | $99,308.64 | $99,308.64 | $70,898.02 | $70,898.02 | $39,588.20 | $39,588.20 | $6,877.50 | $6,877.50 | | | | | | |
| **UTGO 2004-B(2)** | | | | | | | | | | | | | | | | | | |
| 23109?2X3 | 4/1/19 | 5.240% | $75,325.00 | Ambac | $1,973.52 | $1,973.52 | $1,441.52 | $1,441.52 | $875.21 | $875.21 | $291.74 | $291.74 | | | | | | |
| | | | $75,325.00 | | | | | | | | | | | | | | | |
| **UTGO 2005-B** | | | | | | | | | | | | | | | | | | |
| 23109?C53 | 4/1/15 | 5.000% | $299,990.00 | Assured | $7,499.75 | $7,499.75 | | | | | | | | | | | | |
| 23109?C61 | 4/1/16 | 5.000% | $315,055.00 | Assured | $7,876.38 | $7,876.38 | $7,876.38 | $7,876.38 | | | | | | | | | | |
| 23109?C79 | 4/1/17 | 5.000% | $330,100.00 | Assured | $7,097.58 | $7,097.58 | $7,097.58 | $7,097.58 | $7,097.58 | $7,097.58 | | | | | | | | |
| 23109?C87 | 4/1/18 | 4.300% | $345,185.00 | Assured | $8,629.63 | $8,629.63 | $8,629.63 | $8,629.63 | $8,629.63 | $8,629.63 | $8,629.63 | $8,629.63 | | | | | | |
| 23109?C95 | 4/1/19 | 5.000% | $362,215.00 | Assured | $9,055.38 | $9,055.38 | $9,055.38 | $9,055.38 | $9,055.38 | $9,055.38 | $9,055.38 | $9,055.38 | $9,055.38 | $9,055.38 | | | | |
| 23109?D37 | 4/1/20 | 5.000% | $653,000.00 | Assured | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | | |
| 23109?D45 | 4/1/21 | 5.000% | $655,000.00 | Assured | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 |
| 23109?D52 | 4/1/22 | 5.000% | $655,000.00 | Assured | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 |
| 23109?D60 | 4/1/23 | 5.000% | $655,000.00 | Assured | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 |
| 23109?D78 | 4/1/25 | 5.000% | $655,000.00 | Assured | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 |
| | | | $5,582,565.00 | | $138,408.71 | $138,408.71 | $130,908.96 | $130,908.96 | $123,032.58 | $123,032.58 | $115,935.00 | $115,935.00 | $107,305.38 | $107,305.38 | $99,250.00 | $99,250.00 | $81,875.00 | $81,875.00 |
| **UTGO 2005-C** | | | | | | | | | | | | | | | | | | |
| 23109?3J2 | 4/1/15 | 5.000% | $301,955.00 | Assured | $7,548.88 | $7,548.88 | | | | | | | | | | | | |
| 23109?3K5 | 4/1/16 | 5.000% | $317,675.00 | Assured | $7,941.88 | $7,941.88 | $7,941.88 | $7,941.88 | | | | | | | | | | |
| 23109?3L3 | 4/1/17 | 4.300% | $333,395.00 | Assured | $7,167.99 | $7,167.99 | $7,167.99 | $7,167.99 | $7,167.99 | $7,167.99 | | | | | | | | |
| 23109?3M1 | 4/1/18 | 5.000% | $344,530.00 | Assured | $8,613.25 | $8,613.25 | $8,613.25 | $8,613.25 | $8,613.25 | $8,613.25 | $8,613.25 | $8,613.25 | | | | | | |
| 23109?3N4 | 4/1/19 | 5.250% | $358,385.00 | Assured | $9,404.98 | $9,404.98 | $9,404.98 | $9,404.98 | $9,404.98 | $9,404.98 | $9,404.98 | $9,404.98 | $9,404.98 | $9,404.98 | | | | |
| 23109?3P6 | 4/1/20 | 5.350% | $377,935.00 | Assured | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | | |
| | | | $2,033,775.00 | | $50,597.77 | $50,597.77 | $43,048.89 | $43,048.89 | $35,107.02 | $35,107.02 | $27,939.03 | $27,939.03 | $19,325.78 | $19,325.78 | $9,920.79 | $9,920.79 | | |
| **UTGO 2006-A** | | | | | | | | | | | | | | | | | | |
| 23109?3S6 | 4/1/15 | 5.000% | $376,635.00 | Assured | $9,415.63 | $9,415.63 | | | | | | | | | | | | |
| 23109?3T4 | 4/1/16 | 5.000% | $394,565.00 | Assured | $9,874.13 | $9,874.13 | $9,874.13 | $9,874.13 | | | | | | | | | | |
| 23109?3U1 | 4/1/17 | 4.000% | $415,270.00 | Assured | $10,381.75 | $10,381.75 | $10,381.75 | $10,381.75 | $10,381.75 | $10,381.75 | | | | | | | | |
| 23109?3V9 | 4/1/18 | 5.000% | $435,575.00 | Assured | $8,711.50 | $8,711.50 | $8,711.50 | $8,711.50 | $8,711.50 | $8,711.50 | $8,711.50 | $8,711.50 | | | | | | |
| 23109?3W7 | 4/1/19 | 5.000% | $455,360.00 | Assured | $11,331.50 | $11,331.50 | $11,331.50 | $11,331.50 | $11,331.50 | $11,331.50 | $11,331.50 | $11,331.50 | $11,331.50 | $11,331.50 | | | | |
| 23109?3X5 | 4/1/20 | 5.000% | $475,530.00 | Assured | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | | |
| 23109?3Y3 | 4/1/21 | 5.000% | $499,765.00 | Assured | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 |
| 23109?3Z0 | 4/1/22 | 5.000% | $524,655.00 | Assured | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 |
| 23109?3A8 | 4/1/24 | 5.000% | $1,129,230.00 * | Assured | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 |
| 23109?3B6 | 4/1/28 | 5.000% | $2,017,980.00 * | Assured | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 |
| | | | $7,322,245.00 | | $180,878.25 | $180,878.25 | $171,462.63 | $171,462.63 | $161,588.50 | $161,588.50 | $151,206.75 | $151,206.75 | $142,495.25 | $142,495.25 | $131,163.75 | $131,163.75 | $119,275.50 | $119,275.50 |
| **UTGO 2008-B(1)** | | | | | | | | | | | | | | | | | | |
| 23109?3P53 | 4/1/15 | 5.000% | $1,044,070.00 | Assured | $26,101.75 | $26,101.75 | | | | | | | | | | | | |
| 23109?3N61 | 4/1/16 | 5.000% | $450,640.00 | Assured | $11,266.00 | $11,266.00 | $11,266.00 | $11,266.00 | | | | | | | | | | |
| 23109?3N79 | 4/1/17 | 5.000% | $468,980.00 | Assured | $11,724.50 | $11,724.50 | $11,724.50 | $11,724.50 | $11,724.50 | $11,724.50 | | | | | | | | |
| 23109?3N87 | 4/1/18 | 5.000% | $496,490.00 | Assured | $12,412.25 | $12,412.25 | $12,412.25 | $12,412.25 | $12,412.25 | $12,412.25 | $12,412.25 | $12,412.25 | | | | | | |
| | | | $2,460,180.00 | | $61,504.50 | $61,504.50 | $35,402.75 | $35,402.75 | $24,136.75 | $24,136.75 | $12,412.25 | $12,412.25 | | | | | | |
| | | | $41,349,210.00 | | $1,101,033.14 | $1,101,033.14 | $981,256.76 | $981,256.76 | $870,275.46 | $870,275.46 | $756,241.40 | $756,241.40 | $639,193.16 | $639,193.16 | $534,711.74 | $534,711.74 | $406,846.13 | $406,846.13 |

* Subject to Mandatory Redemption

| CUSIP | Maturity Date | Rate | Principal | Issuer | 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | 10/1/23 | 4/1/24 | 10/1/24 | 4/1/25 | 10/1/25 | 4/1/26 | 10/1/26 | 4/1/27 | 10/1/27 | 4/1/28 | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO 1999-A** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.250% | $373,150.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $19,600.88 | $392,950.88 |
| | 4/1/16 | 5.000% | $392,345.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $39,234.50 | $431,579.50 |
| | 4/1/17 | 5.000% | $411,995.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $61,799.25 | $473,794.25 |
| | 4/1/18 | 5.000% | $432,955.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $86,591.00 | $519,546.00 |
| | 4/1/19 | 5.000% | $454,570.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $113,642.50 | $568,212.50 |
| | | | **$2,065,215.00** | | | | | | | | | | | | | | | | **$320,868.13** | **$2,386,083.13** |
| **UTGO 2001-A(1)** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.375% | $778,140.00 | NPFG | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $41,825.53 | $819,965.53 |
| | 4/1/16 | 5.375% | $820,060.00 | NPFG | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $88,156.45 | $908,216.45 |
| | 4/1/17 | 5.375% | $864,600.00 | NPFG | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $139,416.75 | $1,004,016.75 |
| | 4/1/18 | 5.375% | $1,834,000.00 | NPFG | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $394,310.00 | $2,228,310.00 |
| | 4/1/19 | 5.000% | $1,834,000.00 | NPFG | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $458,500.00 | $2,292,500.00 |
| | 4/1/20 | 5.000% | $1,834,000.00 | NPFG | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $550,200.00 | $2,384,200.00 |
| | 4/1/21 | 5.000% | $1,834,000.00 | NPFG | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $641,920.00 | $2,475,920.00 |
| | | | **$9,798,800.00** | | | | | | | | | | | | | | | | **$2,314,300.23** | **$12,113,100.23** |
| **UTGO 2002** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/21 | 5.125% | $424,440.00 | NPFG | $11,430.16 | $11,430.16 | - | - | - | - | - | - | - | - | - | - | - | - | $152,267.85 | $576,707.85 |
| | 4/1/23 | 5.125% | $446,055.00 | NPFG | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $182,882.55 | $628,937.55 |
| | | | **$870,495.00** | | **$11,430.16** | **$11,430.16** | | | | | | | | | | | | | **$335,150.40** | **$1,205,645.40** |
| **UTGO 2003-A** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 4.000% | $39,300.00 | Syncora | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $1,572.00 | $40,872.00 |
| | 4/1/15 | 5.250% | $334,050.00 | Syncora | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $17,537.63 | $351,587.63 |
| | 4/1/16 | 5.250% | $392,345.00 | Syncora | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $41,196.23 | $433,541.23 |
| | 4/1/17 | 5.250% | $412,650.00 | Syncora | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $64,992.38 | $477,642.38 |
| | 4/1/18 | 5.250% | $434,265.00 | Syncora | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $91,195.65 | $525,460.65 |
| | 4/1/19 | 5.250% | $457,190.00 | Syncora | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $120,012.38 | $577,202.38 |
| | 4/1/20 | 4.500% | $65,500.00 | Syncora | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $17,685.00 | $83,185.00 |
| | 4/1/20 | 5.250% | $415,920.00 | Syncora | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $131,016.38 | $546,941.38 |
| | 4/1/21 | 5.250% | $505,660.00 | Syncora | $1,514.69 | $1,514.69 | - | - | - | - | - | - | - | - | - | - | - | - | $185,830.05 | $691,490.05 |
| | 4/1/22 | 4.625% | $65,500.00 | Syncora | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $24,235.00 | $89,735.00 |
| | 4/1/22 | 5.250% | $467,015.00 | Syncora | $12,259.14 | $12,259.14 | - | - | - | - | - | - | - | - | - | - | - | - | $196,146.30 | $663,161.30 |
| | 4/1/23 | 4.625% | $196,500.00 | Syncora | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | - | - | - | - | - | - | - | - | - | - | $81,793.13 | $278,293.13 |
| | 4/1/23 | 5.250% | $365,525.00 | Syncora | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | - | - | - | - | - | - | - | - | - | - | $171,765.56 | $535,290.56 |
| | | | **$4,149,425.00** | | **$27,860.43** | **$27,860.43** | **$14,086.59** | **$14,086.59** | | | | | | | | | | | **$1,144,977.66** | **$5,294,402.66** |
| **UTGO 2004-A(1)** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/19 | 5.250% | $589,500.00 | Ambac | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $154,743.75 | $744,243.75 |
| | 4/1/20 | 4.250% | $24,235.00 | Ambac | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $6,179.93 | $30,414.93 |
| | 4/1/20 | 5.250% | $797,135.00 | Ambac | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $251,097.53 | $1,048,232.53 |
| | 4/1/21 | 5.000% | $864,600.00 | Ambac | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $302,610.00 | $1,167,210.00 |
| | 4/1/21 | 5.250% | $807,900.00 | Ambac | $23,830.54 | $23,830.54 | - | - | - | - | - | - | - | - | - | - | - | - | $381,288.60 | $1,289,188.60 |
| | 4/1/22 | 4.500% | $49,125.00 | Ambac | $1,105.31 | $1,105.31 | $1,105.31 | - | - | - | - | - | - | - | - | - | - | - | $19,895.63 | $69,020.63 |
| | 4/1/22 | 5.250% | $906,520.00 | Ambac | $23,796.15 | $23,796.15 | $23,796.15 | - | - | - | - | - | - | - | - | - | - | - | $428,330.70 | $1,334,850.70 |
| | 4/1/23 | 5.250% | $102,835.00 | Ambac | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | - | - | - | - | - | - | - | - | - | $47,304.19 | $150,139.19 |
| | 4/1/23 | 4.000% | $903,590.00 | Ambac | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | - | - | - | - | - | - | - | - | - | $473,859.75 | $1,377,449.75 |
| | 4/1/24 | 5.250% | | Ambac | | | | | | | | | | | | | | | | |
| | | | **$5,144,370.00** | | **$74,790.19** | **$74,790.19** | **$50,959.66** | **$50,959.66** | **$26,058.19** | **$26,058.19** | | | | | | | | | **$2,065,309.98** | **$7,209,679.98** |

Subject to Mandatory Redemption

| CUSIP | Maturity Date | Rate | Principal | Insurer | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|
| **UTGO 2004-B(t)** | | | | | | |
| 2530X2V8 | 4/1/15 | 5.000% | $1,136,425.00 | Ambac | $56,821.25 | $1,193,246.25 |
| 2530X2P8 | 4/1/16 | 5.250% | $1,192,755.00 | Ambac | $125,239.28 | $1,317,994.28 |
| 2530X2R4 | 4/1/17 | 4.000% | $39,955.00 | Ambac | $4,794.60 | $44,749.60 |
| 2530X2S2 | 4/1/18 | 5.250% | $1,215,680.00 | Ambac | $191,469.60 | $1,407,149.60 |
| 2530X2T0 | 4/1/19 | 5.250% | $262,000.00 | Ambac | $55,020.00 | $317,020.00 |
| **Total** | | | $3,846,815.00 | | $433,344.73 | $4,280,159.73 |
| **UTGO 2004-H(2)** | | | | | | |
| 2530X2X1 | 4/1/19 | 5.240% | $75,235.00 * | Ambac | $9,163.97 | $84,488.97 |
| **UTGO 2005-B** | | | | | | |
| 2530XCG53 | 4/1/15 | 5.000% | $299,990.00 | Assured | $14,999.50 | $314,989.50 |
| 2530XCG61 | 4/1/16 | 5.000% | $315,055.00 | Assured | $31,505.50 | $346,560.50 |
| 2530XCG79 | 4/1/17 | 4.300% | $330,120.00 | Assured | $42,585.48 | $372,705.48 |
| 2530XCG87 | 4/1/18 | 5.000% | $345,185.00 | Assured | $69,037.00 | $414,222.00 |
| 2530XCG95 | 4/1/19 | 5.000% | $362,215.00 | Assured | $90,553.75 | $452,768.75 |
| 2530XCH29 | 4/1/20 | 5.000% | $655,000.00 | Assured | $196,500.00 | $851,500.00 |
| 2530XCH37 | 4/1/21 | 5.000% | $655,000.00 | Assured | $229,250.00 | $884,250.00 |
| 2530XCH45 | 4/1/22 | 5.000% | $655,000.00 | Assured | $262,000.00 | $917,000.00 |
| 2530XCH52 | 4/1/23 | 5.000% | $655,000.00 | Assured | $294,750.00 | $949,750.00 |
| 2530XCH60 | 4/1/24 | 5.000% | $655,000.00 | Assured | $327,500.00 | $982,500.00 |
| 2530XCH78 | 4/1/25 | 5.000% | $655,000.00 | Assured | $360,250.00 | $1,015,250.00 |
| **Total** | | | $5,582,565.00 | | $1,918,931.23 | $7,501,496.23 |
| **UTGO 2005-C** | | | | | | |
| 2530XDJ92 | 4/1/15 | 5.000% | $301,955.00 | Assured | $15,097.75 | $317,052.75 |
| 2530XK25 | 4/1/16 | 5.000% | $317,675.00 | Assured | $31,767.50 | $349,442.50 |
| 2530XK33 | 4/1/17 | 4.300% | $333,395.00 | Assured | $43,007.96 | $376,402.96 |
| 2530XK41 | 4/1/18 | 5.000% | $344,530.00 | Assured | $68,896.00 | $413,456.00 |
| 2530XK58 | 4/1/19 | 5.250% | $358,285.00 | Assured | $94,049.81 | $473,334.81 |
| 2530XK66 | 4/1/20 | 5.250% | $377,935.00 | Assured | $119,049.53 | $496,584.53 |
| **Total** | | | $2,033,775.00 | | $371,878.54 | $2,405,653.54 |
| **UTGO 2006-A** | | | | | | |
| 2530XM56 | 4/1/15 | 5.000% | $376,625.00 | Assured | $18,831.25 | $395,456.25 |
| 2530XM64 | 4/1/16 | 5.000% | $394,965.00 | Assured | $39,496.50 | $434,461.50 |
| 2530XM72 | 4/1/17 | 4.000% | $413,270.00 | Assured | $62,290.50 | $475,560.50 |
| 2530XM80 | 4/1/18 | 5.000% | $435,575.00 | Assured | $69,692.00 | $505,267.00 |
| 2530XM98 | 4/1/19 | 5.000% | $453,360.00 | Assured | $113,215.00 | $566,575.00 |
| 2530XN48 | 4/1/20 | 5.000% | $475,530.00 | Assured | $142,659.00 | $618,189.00 |
| 2530XN55 | 4/1/21 | 5.000% | $409,765.00 | Assured | $174,917.75 | $674,682.75 |
| 2530XN63 | 4/1/22 | 5.000% | $524,655.00 | Assured | $209,862.00 | $734,517.00 |
| | 4/1/27 | 5.000% | $1,129,220.00 * | Assured | $537,067.25 | $1,666,287.25 |
| | 4/1/28 | 5.000% | $2,617,380.00 * | Assured | $1,643,820.75 | $4,261,200.75 |
| **Total** | | | $7,222,245.00 | | $3,011,952.00 | $10,334,197.00 |
| **UTGO 2008-B(t)** | | | | | | |
| 2530XP53 | 4/1/15 | 5.000% | $1,044,070.00 | Assured | $52,203.50 | $1,096,273.50 |
| 2530XP61 | 4/1/16 | 5.000% | $450,640.00 | Assured | $45,064.00 | $495,704.00 |
| 2530XP79 | 4/1/17 | 5.000% | $468,980.00 | Assured | $70,347.00 | $539,327.00 |
| 2530XP87 | 4/1/18 | 5.000% | $496,490.00 | Assured | $99,298.00 | $595,788.00 |
| **Total** | | | $2,460,180.00 | | $266,912.50 | $2,727,092.50 |
| **Total** | | | $43,349,210.00 | | $12,192,790.36 | $55,542,007.36 |

Interest (semiannual payment columns) — grand total row:

| 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | 10/1/23 | 4/1/24 | 10/1/24 | 4/1/25 | 10/1/25 | 4/1/26 | 10/1/26 | 4/1/27 | 10/1/27 | 4/1/28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $286,362.15 | $286,362.15 | $207,836.25 | $286,625.25 | $138,701.82 | $138,707.82 | $81,809.50 | $81,809.50 | $50,254.88 | $50,254.88 | $34,305.63 | $34,305.63 | $17,570.38 | $17,570.38 |

* Subject to Mandatory Redemption

# UTGO Series STUB Bonds - Debt Service

## Bond Series Subject to Mandatory Redemption

### Issuance: 2004-B(2)

CUSIP 25093ZCX1

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Ambac | 6/30/15 | - | $75,325.00 | 5.240% | $1,973.52 |
| 4/1/15 | Ambac | 6/30/15 | $20,305.00 | $55,020.00 | 5.240% | $1,973.52 |
| 10/1/15 | Ambac | 6/30/16 | - | $55,020.00 | 5.240% | $1,441.52 |
| 4/1/16 | Ambac | 6/30/16 | $21,615.00 | $33,405.00 | 5.240% | $1,441.52 |
| 10/1/16 | Ambac | 6/30/17 | - | $33,405.00 | 5.240% | $875.21 |
| 4/1/17 | Ambac | 6/30/17 | $22,270.00 | $11,135.00 | 5.240% | $875.21 |
| 10/1/17 | Ambac | 6/30/18 | - | $11,135.00 | 5.240% | $291.74 |
| 4/1/18 | Ambac | 6/30/18 | $11,135.00 | - | 5.240% | $291.74 |
| **Total** | | | **$75,325.00** | | | **$9,163.97** |

### Issuance: 2008-A

CUSIP 25093N6G3

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | 6/30/15 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/15 | Assured | 6/30/15 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/15 | Assured | 6/30/16 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/16 | Assured | 6/30/16 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/16 | Assured | 6/30/17 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/17 | Assured | 6/30/17 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/17 | Assured | 6/30/18 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/18 | Assured | 6/30/18 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/18 | Assured | 6/30/19 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/19 | Assured | 6/30/19 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/19 | Assured | 6/30/20 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/20 | Assured | 6/30/20 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/20 | Assured | 6/30/21 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/21 | Assured | 6/30/21 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/21 | Assured | 6/30/22 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/22 | Assured | 6/30/22 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/2022 | Assured | 6/30/2023 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/2023 | Assured | 6/30/2023 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/2023 | Assured | 6/30/2024 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/2024 | Assured | 6/30/2024 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/2024 | Assured | 6/30/2025 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/2025 | Assured | 6/30/2025 | $607,185.00 | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/2025 | Assured | 6/30/2026 | - | $2,010,195.00 | 5.000% | $50,254.88 |
| 4/1/2026 | Assured | 6/30/2026 | $637,970.00 | $2,010,195.00 | 5.000% | $50,254.88 |
| 10/1/2026 | Assured | 6/30/2027 | - | $1,372,225.00 | 5.000% | $34,305.63 |
| 4/1/2027 | Assured | 6/30/2027 | $669,410.00 | $1,372,225.00 | 5.000% | $34,305.63 |
| 10/1/2027 | Assured | 6/30/2028 | - | $702,815.00 | 5.000% | $17,570.38 |
| 4/1/2028 | Assured | 6/30/2028 | $702,815.00 | $702,815.00 | 5.000% | $17,570.38 |
| **Total** | | | **$2,617,380.00** | | | **$1,643,820.75** |

### Issuance: 2008-A

CUSIP 25093N5S5

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | 6/30/15 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/15 | Assured | 6/30/15 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 10/1/15 | Assured | 6/30/16 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/16 | Assured | 6/30/16 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 10/1/16 | Assured | 6/30/17 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/17 | Assured | 6/30/17 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 10/1/17 | Assured | 6/30/18 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/18 | Assured | 6/30/18 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 10/1/18 | Assured | 6/30/19 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/19 | Assured | 6/30/19 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 10/1/19 | Assured | 6/30/20 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/20 | Assured | 6/30/20 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 10/1/20 | Assured | 6/30/21 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/21 | Assured | 6/30/21 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 10/1/21 | Assured | 6/30/22 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/22 | Assured | 6/30/22 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 10/1/2022 | Assured | 6/30/2023 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/2023 | Assured | 6/30/2023 | $550,855.00 | $578,365.00 | 5.300% | $28,230.50 |
| 10/1/2023 | Assured | 6/30/2024 | | $578,365.00 | 5.000% | $14,459.13 |
| 4/1/2024 | Assured | 6/30/2024 | $578,365.00 | - | 5.000% | $14,459.13 |
| 10/1/2024 | Assured | 6/30/2025 | | | 5.000% | |
| **Total** | | | **$1,129,220.00** | | | **$537,067.25** |

Page 5 of 5

**FORM OF CONTINUING DISCLOSURE UNDERTAKING**

This Continuing Disclosure Undertaking (the "Undertaking") is executed and delivered by the City of Detroit, County of Wayne, State of Michigan (the "City") in connection with bonds issued by the City, purchased or to be purchased with funds from the Michigan Finance Authority Local Government Loan Program Revenue Bonds, Series [2014], of the Type designated City of Detroit Unlimited Tax General Obligation Local Project Bonds (the "Local Project Municipal Obligations") by the Michigan Finance Authority (the "MFA"). The City covenants and agrees for the benefit of the Bondholders, as hereinafter defined, as follows:

(a)    *Definitions.*  The following terms used herein shall have the following meanings:

"Audited Financial Statements" means the annual audited financial statement pertaining to the City prepared by an individual or firm of independent certified public accountants as required by Act 2, Public Acts of Michigan, 1968, as amended, which presently requires preparation in accordance with generally accepted accounting principles.

"Bondholders" shall mean the MFA and the registered owner of any MFA Bond or any person which (a) has the power, directly or indirectly, to vote or consent with respect to, or to dispose of ownership of, any MFA Bond (including any person holding an MFA Bond through a nominee, depository or other intermediary), or (b) is treated as the owner of any MFA Bond for federal income tax purposes.

"EMMA" shall mean the MSRB's Electronic Municipal Market Access System or such other system, Internet Web Site, or repository hereafter prescribed by the MSRB for the submission of electronic filings pursuant to the Rule.

"MFA Bond" means any bond issued by the MFA which is secured in whole or in part by payments to be received on the Local Project Municipal Obligations.

"MSRB" means the Municipal Securities Rulemaking Board.

"Rule" means Rule 15c2-12 promulgated by the SEC pursuant to the Securities Exchange Act of 1934, as amended.

"SEC" means the United States Securities and Exchange Commission.

(b)    *Continuing Disclosure.*  The City hereby agrees, in accordance with the provisions of the Rule, to provide or cause to be provided to the MSRB through EMMA no later than 270 days after the end of its fiscal year the following annual financial information and operating data, commencing with the fiscal year ended June 30, 20__ in an electronic format as prescribed by the MSRB, the Audited Financial Statements and updates of certain financial and operating data of the City appearing under the headings and tables in the Official Statement of

the MFA dated _____, 2014 relating to the MFA Bonds as follows: [Tables 1 through 32, inclusive, and 42 in Appendix II to the Official Statement ("Annual Financial Information").]

If the fiscal year of the City is changed, the City shall send notice of such change to the MSRB through EMMA prior to the earlier of the ending date of the fiscal year prior to such change or the ending date of the fiscal year as changed.

In the event that the Audited Financial Statements are not available by the date specified above, they will be provided when available and Unaudited Financial Statements will be filed by such date and the Audited Financial Statements will be filed as soon as available.

Such annual financial information and operating data described above are expected to be provided directly by the City by specific reference to documents available to the public through EMMA or filed with the SEC.

(c)     *Notice of Failure to Disclose.*  The City agrees to provide or cause to be provided, in a timely manner, to the MSRB through EMMA, in an electronic format as prescribed by the MSRB, notice of a failure by the City to provide the annual financial information with respect to the City described in subsection (b) above on or prior to the dates set forth in subsection (b) above.

(d)     *Occurrence of Events.*  The City agrees to provide or cause to be provided to the MSRB through EMMA, in an electronic format as prescribed by the MSRB, in a timely manner not in excess of ten business days after the occurrence of the event, notice of the occurrence of any of the following events listed in (b)(5)(i)(C) of the Rule with respect to the Local Project Municipal Obligations:

(1)     principal and interest payment delinquencies;

(2)     non-payment related defaults, if material;

(3)     unscheduled draws on debt service reserves reflecting financial difficulties;

(4)     unscheduled draws on credit enhancements reflecting financial difficulties;

(5)     substitution of credit or liquidity providers, or their failure to perform;

(6)     adverse tax opinions, the issuance by the Internal Revenue Service of proposed or final determinations of taxability, Notices of Proposed Issue (IRS Form 5701-TEB) or other material notices or determinations with respect to the tax status of the Local Project Municipal Obligations, or other material events affecting the tax status of the Local Project Municipal Obligations;

(7)     modifications to rights of Bondholders, if material;

(8)     bond calls, if material, and tender offers;

(9)     defeasances;

(10)    release, substitution, or sale of property securing repayment of the Local Project Municipal Obligations, if material;

(11)    rating changes;

(12) bankruptcy, insolvency, receivership or similar event of the City, which is considered to occur when any of the following occur: the appointment of a receiver, fiscal agent or similar officer for the City in a proceeding under the U.S. Bankruptcy Code or in any other proceeding under state or federal law in which a court or governmental authority has assumed jurisdiction over substantially all of the assets or business of the City, or if such jurisdiction has been assumed by leaving the existing governing body and officials or officers in possession but subject to the supervision and orders of a court or governmental authority, or the entry of an order confirming a plan of reorganization, arrangement or liquidation by a court or governmental authority having supervision or jurisdiction over substantially all of the assets or business of the City;

(13) the consummation of a merger, consolidation, or acquisition involving the City or the sale of all or substantially all of the assets of the City, other than in the ordinary course of business, the entry into a definitive agreement to undertake such an action or the termination of a definitive agreement relating to any such actions, other than pursuant to its terms, if material; or

(14) appointment of a successor or additional trustee or the change of name of a trustee, if material.

(e) *Materiality Determined Under Federal Securities Laws.* The City agrees that its determination of whether any event listed in subsection (d) is material shall be made in accordance with federal securities laws.

(f) *Termination of Reporting Obligation.* The City reserves the right to terminate their obligation to provide annual financial information and notices of material events, as set forth above, if and when the City is no longer an "obligated person" with respect to the MFA Bonds within the meaning of the Rule, including upon legal defeasance of all MFA Bonds.

(g) *Identifying Information.* All documents provided to the MSRB through EMMA shall be accompanied by the identifying information prescribed by the MSRB.

(h) *Benefit of Bondholders.* The City agrees that its undertaking pursuant to the Rule set forth in this Section is intended to be for the benefit of the Bondholders and shall be enforceable by any Bondholder; provided that, the right to enforce the provisions of this undertaking shall be limited to a right to obtain specific enforcement of the City's obligations hereunder and any failure by the City to comply with the provisions of this undertaking shall not constitute a default or an event of default with respect to the Bonds.

(i) *Amendments to the Undertaking.* Amendments may be made in the specific types of information provided or the format of the presentation of such information to the extent deemed necessary or appropriate in the judgment of the City, provided that the City agrees that any such amendment will be adopted procedurally and substantively in a manner consistent with the Rule, including any interpretations thereof by the SEC, which, to the extent applicable, are incorporated herein by reference. Such interpretations currently include the requirements that (a)

the amendment may only be made in connection with a change in circumstances that arises from a change in legal requirements, change in law, or change in the identity, nature, or status of the City or the type of activities conducted thereby, (b) the undertaking, as amended, would have complied with the requirements of the Rule at the time of the primary offering of the MFA Bonds, after taking into account any amendments or interpretations of the Rule, as well as any change in circumstances, and (c) the amendment does not materially impair the interests of Bondholders, as determined by parties unaffiliated with the City (such as independent legal counsel), but such interpretations may be changed in the future. If the accounting principles to be followed by the City in the preparing of the Audited Financial Statements are modified, the annual financial information for the year in which the change is made shall present a comparison between the financial statements as prepared on the prior basis and the statements as prepared on the new basis, and otherwise shall comply with the requirements of the Rule, in order to provide information to investors to enable them to evaluate the ability of the City to meet its obligations. A notice of the change in accounting principles shall be sent to the MSRB through EMMA.

    (j)    *Municipal Advisory Council of the State of Michigan.*  The City shall also file by electronic or other means any information or notice required to be filed with the MSRB through EMMA pursuant to this Undertaking in a timely manner with the Municipal Advisory Council of the State of Michigan.

CITY OF DETROIT
County of Wayne
State of Michigan


By_____

    Its: Finance Director

Dated: _____, 2014

22059790.15\022765-00202
7/23/14 7:57 AM

**Exhibit C**

**ANNUAL CERTIFICATION OF IMPOSITION OF DEBT MILLAGE LEVY**

Exhibit C
ANNUAL CERTIFICATION OF IMPOSITION OF DEBT MILLAGE LEVY

# Millage Calculation

| Numerator | | |
|---|---|---|
| Fiscal Year 2015 Interest | $ | 24,753,181 |
| Fiscal Year 2015 Principal | $ | 37,795,000 |
| Projected Bond Sales - Current Year (Interest) | $ | - |
| Projected Bond Sales - Current Year (Principal) | $ | - |
| Projected Bond Sales - Next Year (Interest) | $ | - |
| Projected Bond Sales - Next Year (Principal) | $ | - |
| **Fiscal Year 2015 Debt Service** | **$** | **62,548,181** |
| | | |
| Prior Year 2010E BAB Federal Tax Rebates | $ | 3,351,142 |
| Prior Year Real Property Tax Overcollection / (Undercollection) | $ | - |
| Prior Year Personal Property Tax Overcollection / (Undercollection) | $ | - |
| Earnings in Escrow Account | $ | - |
| Change in Escrow Account Funding Balance | $ | - |
| **Total Adjustments** | **$** | **3,351,142** |
| | | |
| **Tax Levy Requirement** | **$** | **59,197,039** |

| Denominator | | |
|---|---|---|
| **Total Net Tax Base** | $ | 6,025,940,795 |

| Millage | | |
|---|---|---|
| **Tax Rate** | | 0.0098237 |
| **Tax Rate (per $1000 valuation)** | | 9.8237 |

_____          _____

**Chief Financial Officer**                              **Date**
**City of Detroit**

**Exhibit D**

**FORM OF SETTLEMENT ESCROW AGREEMENT**

AFDOCS/10855025.6
CLI-2220387v14

# SETTLEMENT ESCROW AGREEMENT

THIS SETTLEMENT ESCROW AGREEMENT (the "**Agreement**" or "**Settlement Escrow Agreement**"), is dated as of the ___ day of _____, 2014, made by and among the City of Detroit, County of Wayne, State of Michigan (the "**City**"), Ambac Assurance Corporation ("**Ambac**"), Assured Guaranty Municipal Corp. and Assured Guaranty Corp. (together, "**Assured**"), and National Public Finance Guarantee Corporation ("**NPFG**"), and U. S. Bank National Association, Detroit, Michigan (in such capacity, the "**Settlement Escrow Trustee**").  In this Agreement, each of the City, Ambac, Assured, NPFG and the Settlement Escrow Trustee is referred to individually as a "**Party**"; Ambac, Assured, and NPFG (including their successors and assigns) are referred to collectively as the "**Bond Insurers**"; and the City, the Settlement Escrow Trustee and the Bond Insurers are referred to collectively as the "**Parties**."

Capitalized terms not otherwise defined herein shall have the meaning set forth in the UTGO Settlement Agreement (defined herein).

## W I T N E S S E T H :

WHEREAS, the City and the Bond Insurers have heretofore entered into a Settlement Agreement, dated XX (the "**UTGO Settlement Agreement**") to consensually resolve their dispute under or in respect of the Prior UTGO Bonds, the Assured/NPFG Action, the AMBAC Action as it relates to the Prior UTGO Bonds, and the UTGO Claims, all arising out of a petition for relief filed by the City pursuant to Chapter 9 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of Michigan;

WHEREAS,  if the Effective Date of the Plan does not occur on or prior to September 30, 2014, for any reason other than proximately by reason of the actions or positions taken by any of the Bond Insurers, or their failure to support the Plan as described in Section 3.1 of the UTGO Settlement Agreement, solely in their capacity as the insurers of the Prior UTGO Bonds and not in any other capacity (including, for the avoidance of doubt in their capacity as insurers of any other obligations of the City), the City will be obligated to pay into an escrow to be established with the Settlement Escrow Trustee under this Agreement the October 2014 scheduled interest debt service payment that would otherwise be made on the Restructured UTGO Bonds as if the transaction contemplated by the UTGO Settlement Agreement (other than the MFA Bond issuance) had closed (the "**Pro Forma Restructured UTGO Bonds**"), and any pro rata payments of principal and interest due thereafter, as further described in Section 2.8 of the UTGO Settlement Agreement and herein;

WHEREAS, the City has executed the Debt Millage Escrow Agreement pursuant to which the City will be required, as of the Effective Date, to segregate and deposit the UTGO Tax Levy with the Debt Millage Escrow Trustee;

NOW, THEREFORE, in consideration of the mutual undertakings, provisions and agreements herein contained, the sufficiency of which are hereby acknowledged, and  in order to provide for the payment of the Pro Forma Restructured UTGO Bonds should the Effective Date

not occur on or prior to September 30, 2014, and to secure the performance and observance of the conditions and covenants herein set forth and for other valuable consideration, the receipt of which is hereby acknowledged, the City covenants and agrees with the Settlement Escrow Trustee and the Bond Insurers as follows:

## ARTICLE I.
## ESTABLISHMENT OF FUNDS AND ACCOUNTS

Section 101    Establishment of Settlement Escrow Fund. There is hereby created and established with the Settlement Escrow Trustee, pursuant to Order No. ___ and this Agreement, a single and common trust fund designated the "Settlement Escrow Fund" (the "**Settlement Escrow Fund**").

Section 102    Deposits to the Settlement Escrow Fund.

(a)    If the Effective Date of the Plan does not occur on or prior to September 30, 2014 for any reason other than proximately by reason of the actions or positions taken by any of the Bond Insurers, or their failure to support the Plan as described in Section 3.1 of the UTGO Settlement Agreement, solely in their capacity as the insurers of the Prior UTGO Bonds and not in any other capacity (including, for the avoidance of doubt in their capacity as insurers of any other obligations of the City), the City shall pay the Settlement Escrow Trustee, from  Debt Millage Revenues,  for deposit into the Settlement Escrow Fund the October 2014 scheduled interest debt service payment with respect to  the Pro Forma Restructured UTGO Bonds, as shown on Exhibit A, and any pro rata payments of principal and interest due thereafter, as shown on Exhibit A, as if the transaction contemplated by the UTGO Settlement Agreement (other than the MFA Bond issuance) had closed. Any such monies in the Settlement Escrow Fund which would have been payable on October 1, 2014 shall be released to the Bond Insurers on the Effective Date of the Plan. Any other monies then on deposit in the Settlement Escrow Fund shall be transferred on the Effective Date  to the Debt Millage Escrow Trustee for deposit in the 2014 UTGO Municipal Obligation Subaccount in the 2014 UTGO Bonds Account established pursuant to the Debt Millage Escrow Agreement.

(b)    If the Plan is not effective by March 31, 2015, and the Bankruptcy Court has issued an Approval Order (that is not stayed pending appeal) approving the settlement embodied in the UTGO Settlement Agreement, the monies in the Settlement Escrow Fund  will be released and paid to the Bond Insurers in the amounts shown in Exhibit A for each prior interest payment date and the City shall make, or shall cause the Debt Millage Escrow Trustee to make, all subsequent debt service payments on each interest date payment (as shown on Exhibit A) directly to the paying agent for the Prior UTGO Bonds. If an Approval Order is entered but is subject to a stay pending appeal, the City shall continue to pay into the Settlement Escrow Fund the scheduled debt service on the Pro Forma Restructured UTGO Bonds as shown on Exhibit A for so long as such stay remains in effect, and, as soon as such order is no longer subject to stay, shall thereafter apply all monies in the Settlement Escrow Fund first, to immediately reimburse the Bond Insurers for payments of principal and interest made on and after October 1, 2014 with respect to the Prior UTGO Bonds, and thereafter to make payments directly to the Paying Agent for the UTGO Bonds.

2

(c)     Notwithstanding the foregoing, if any Bond Insurer shall have defaulted in its obligation to make payments under its respective Bond Insurance Policy or Policies, any payment required to be made to such Bond Insurer shall be made to the holders of the Prior UTGOs at the direction of the City but only to the extent of any uncured failure or shortfall in the Bond Insurer's payment.

Section 103    Partial Payments; Accounting.

(a)     If on any interest payment date amounts held in the Settlement Escrow Fund are less than the amounts due with respect to all Pro Forma Restructured UTGO Bonds (as shown on Exhibit A), such payments shall distributed pro rata based upon the aggregate amount payable to each Bond Insurer.  If the City fails to deposit into the Settlement Escrow Fund, or to otherwise pay to the Bond Insurers or holders of the Prior UTGO the amounts required by this Agreement, any deficiencies shall be paid into the Settlement Escrow Fund from the first available amounts of the Aggregate UTGO Tax Levy as provided for in Section 2.4(b)(i) of the UTGO Settlement Agreement, and shall be distributed to, or at the direction of the Bond Insurers, pro rata, as soon as practicable (subject to Section 102(b)) hereof.

(b)     The Settlement Escrow Trustee shall keep and maintain a record showing each deposit into the Settlement Escrow Fund, and all transfers of funds made therefrom, which shall be provided to any Bond Insurer upon request.

(c)     Any payment to a Bond Insurer shall be paid by wire transfer in immediately available funds into the accounts as shown in Section 501.

## ARTICLE II.
## INVESTMENT OF FUNDS

Section 201    Permitted Investments.  All money held by the Settlement Escrow Fund, without the need for further direction by the City,  shall be invested by the Settlement Escrow Trustee in accordance with written instructions from the City in mutual funds registered under the investment company act of 1940, title I of chapter 686, 54 Stat. 789, 15 USC 80a-1 to 80a-3 and 80a-4 to 80a-64, that are at the time of purchase within the highest classification established by not less than two standard rating services and so long as the portfolio of such mutual funds is limited to bonds, and other obligations on which the full and timely payment of principal and interest is unconditionally guaranteed by the full faith and credit of the United States.  All investments shall mature or be redeemable at the option of the holder no later than the next interest payment date on the Pro Forma Restructured UTGO Bonds.  In the absence of any written direction delivered to the Settlement Escrow Trustee by the City, the Settlement Escrow Trustee shall hold funds uninvested.  The Settlement Escrow Trustee shall be entitled to rely on any written direction from the City as to the suitability and legality of the directed investment.

# ARTICLE III.
## THE SETTLEMENT ESCROW TRUSTEE

Section 301    Powers and Duties of Settlement Escrow Trustee.  (a)  The Settlement Escrow Trustee may execute any of the trusts or powers hereof and perform any of its duties by or through attorneys, agents, receivers or employees, and shall be entitled to act upon the opinion or advice of its counsel concerning all matters hereof, and may in all cases be reimbursed hereunder for reasonable compensation paid to all such attorneys, agents, receivers and employees as may reasonably be employed in connection with the trust hereof.  The Settlement Escrow Trustee may act upon an opinion of counsel and shall not be responsible for any loss or damage resulting from any action or nonaction by it taken or omitted to be taken in good faith in reliance upon such opinion of counsel.

(b)    The Settlement Escrow Trustee shall not be responsible for any recital herein, or for the validity of the execution by the City of this Settlement Escrow Agreement, or of any supplements thereto or instruments of further assurance, or for the validity or sufficiency of, or filing of documents related to the security for the Prior UTGO Bonds intended to be secured hereby.

(c)    The Settlement Escrow Trustee shall not be responsible or liable for any loss suffered in connection with any investment of funds made by it in accordance with this Settlement Escrow Agreement.

(d)    The Settlement Escrow Trustee shall be protected in acting upon any notice, request, consent, certificate, order, affidavit, letter, telegram or other paper or document reasonably believed by it to be genuine and correct and to have been signed or sent by the proper person or persons.

(e)    As to the existence or non-existence of any fact or as to the sufficiency or validity of any instrument, paper or proceeding, the Settlement Escrow Trustee shall be entitled to rely upon a certificate believed in good faith to be genuine and correct, signed on behalf of the City or a Bond Insurer by an authorized officer of the City or Bond Insurer, as the case may be, as sufficient evidence of the facts therein contained.  The Settlement Escrow Trustee may also accept a similar certificate to the effect that any particular dealing, transaction or action is necessary or expedient, but may at its discretion secure such further evidence deemed necessary or advisable, but shall in no case be bound to secure the same.

(f)    The permissive right of the Settlement Escrow Trustee to do things enumerated in this Settlement Escrow Agreement, as amended, shall not be construed as a duty, and the Settlement Escrow Trustee shall not be answerable for other than its gross negligence or willful misconduct.  The immunities and exceptions from liability of the Settlement Escrow Trustee shall extend to its officers, directors, employees and agents.

(g)    The Settlement Escrow Trustee shall not be required to give any note or surety in respect to the execution of its rights and obligations hereunder.

(h)    All moneys received by the Settlement Escrow Trustee shall, until used or applied or invested as herein provided, be held in trust in the manner and for the purpose for which they

were received, but need not be segregated from other funds except to the extent required by this Settlement Escrow Agreement, as amended, or by law. The Settlement Escrow Trustee shall not be under any liability for interest on any moneys received hereunder except such as may be agreed upon.

(i)     The Settlement Escrow Trustee shall not be under any obligation to initiate any suit or to take any remedial proceeding under this Settlement Escrow Agreement or to take any steps in the execution of the trusts created by this Settlement Escrow Agreement or in the enforcement of any rights and powers under this Settlement Escrow Agreement until it has been indemnified to its satisfaction against any and all fees, costs and expenses and other reasonable disbursements and against all liability.

(j)     The Settlement Escrow Trustee shall have no responsibility or liability with respect to any information, statement or recital in any official statement, offering memorandum or other disclosure material prepared or distributed with respect to the issuance of the Prior UTGO Bonds, except for liability for its own gross negligence or willful misconduct.

(k)     The Settlement Escrow Trustee may become the holder of any of the Prior UTGO Bonds with the same rights it would have if it were not Settlement Escrow Trustee, and, to the extent permitted by law, may act as depositary for and permit any of its officers or directors to act as a member of, or in any other capacity with respect to, any committee formed to protect the rights of holders, whether or not such committee shall represent the holders of a majority in principal amount of any of the Prior UTGO Bonds of such series then outstanding.

(l)     The Settlement Escrow Trustee shall not be liable for any error of judgment made in good faith by any of its officers, employees, agents or representatives, unless it shall be proved that the Settlement Escrow Trustee was negligent in ascertaining the pertinent facts.

(m)     The Settlement Escrow Trustee has no obligation or liability to the holders for the payment of interest on, principal of or redemption premium, if any, with respect to the Prior UTGO Bonds from its own funds; but rather the Settlement Escrow Trustee's obligations shall be limited to the performance of its duties hereunder.

(n)     Whether or not therein expressly so provided, every provision of this Agreement or related documents, relating to the conduct or affecting the liability of or affording protection to the Settlement Escrow Trustee shall be subject to the provisions of this Article.

Section 302     Fees and Expenses of Settlement Escrow Trustee. (a) The Settlement Escrow Trustee shall be entitled to reasonable and customary fees for services rendered under this Agreement, as amended, and shall be reimbursed for all expenses reasonably incurred in connection with such services. Such fees and expenses shall be payable by the City and shall be determined in accordance with the Fee Schedule attached as Exhibit E of this Agreement or as otherwise may be agreed to by the City and the Settlement Escrow Trustee. The Settlement Escrow Trustee shall not have a lien for the payment of its fees and expenses upon any of the money deposited with it in accordance with this Agreement.

(b)     The City shall be liable for all fees, expenses, charges, losses, costs, liabilities and damages (including reasonable attorneys' or other professional fees) incurred by the Settlement

5

Escrow Trustee pursuant to this Agreement except for those which are adjudicated to have resulted from the gross negligence or willful misconduct of the Settlement Escrow Trustee, and shall pay such amounts to or at the direction of the Settlement Escrow Trustee.

Section 303    Resignation; Appointment of Successor Settlement Escrow Trustee; Successor Settlement Escrow Trustee Upon Merger, Consolidation or Sale.  (a)  The Settlement Escrow Trustee and any successor Settlement Escrow Trustee may resign only upon giving 60 days' prior written notice to the City and the Bond Insurers.  Such resignation shall take effect only upon the appointment of a successor Settlement Escrow Trustee and the acceptance of such appointment by the successor Settlement Escrow Trustee.  Upon appointment of a successor Settlement Escrow Trustee, the resigning Settlement Escrow Trustee shall, after payment of its fees, costs and expenses, assign all of its right, title and interest in the Settlement Escrow Fund, and transfer and assign its right, title and interest in the Settlement Escrow Agreement to the successor Settlement Escrow Trustee.  The successor Settlement Escrow Trustee shall meet the requirements of Section 303(b) below and shall accept in writing its duties and responsibilities hereunder and file such acceptance with the City.

(b)    In case the Settlement Escrow Trustee shall give notice of resignation or be removed, or be dissolved, or shall be in the course of dissolution or liquidation, or otherwise become incapable of acting hereunder, or in case it shall be taken under the control of any public office or offices, or of a receiver appointed by a court, a successor may be appointed by the Bond Insurers, with the prior written consent of the City (to the extent that no breach by the City of any material agreement or covenant, i.e. an "Event of Default," shall have occurred and be continuing under this Settlement Escrow Agreement, written notice of which has been provided by the Bond Insurers to the City and the Settlement Escrow Trustee), which consent shall not be unreasonably be withheld.  Every such Settlement Escrow Trustee appointed pursuant to the provisions of this Section 303(b) (i) shall at all times be a bank having trust powers or a trust company, (ii) shall at all times be organized and doing business under the laws of the United States of America or of any state, (iii) shall have, or be wholly owned by an entity having, a combined capital and surplus of at least $75,000,000, (iv) shall be authorized under such laws to exercise corporate trust powers, and (v) shall be subject to supervision or examination by federal or state authority.

(c)    Any corporation or association into which the Settlement Escrow Trustee may be merged or converted or with or into which it may be consolidated, or to which it may sell or transfer its corporate trust business and assets as a whole or substantially as a whole, or any corporation or association resulting from any merger, conversion, sale, consolidation or transfer to which it is a party, provided such company shall be eligible under Section 303(b) hereof, shall be and become successor Settlement Escrow Trustee hereunder and shall be vested with all the trusts, powers, rights, obligations, duties, remedies, immunities and privileges hereunder as was its predecessor, without the execution or filing of any instrument or any further act on the part of any of the parties hereto.

Section 304    Removal of Settlement Escrow Trustee.  The Settlement Escrow Trustee may be removed at any time by an instrument or concurrent instruments in writing delivered to the Settlement Escrow Trustee signed by the City and by all of the Bond Insurers.  No removal of the Settlement Escrow Trustee and no appointment of a successor Settlement Escrow Trustee

shall become effective until the successor Settlement Escrow Trustee has accepted its appointment. Upon such removal and the payment of its fees, costs and expenses, the Settlement Escrow Trustee shall assign to the successor Settlement Escrow Trustee all of its right, title and interest in the Trust Estate.

## ARTICLE IV.
## MISCELLANEOUS

Section 401    Notices; Payment Accounts.  Except as other provided, all notices, certificates, requests, complaints, demands or other communications under this Agreement shall be deemed sufficiently given when sent by first class mail or overnight mail postage prepaid, addressed as follows:

|  |  |
|---|---|
| If to the City, to: | City of Detroit<br>Coleman A. Young Municipal Center<br>2 Woodward Avenue, Suite 1126<br>Detroit MI 48226<br>Attention:  Chief Financial Officer |
| If to the Settlement Escrow Trustee, to: | [U.S. Bank National Association<br>535 Griswold, Suite 550<br>Detroit, Michigan 48226<br>Attention:  Corporate Trust Services] |
| If to the Bond Insurers, to: | Ambac Assurance Corporation<br>One State Street Plaza<br>New York, New York 10004<br>Attention:  Surveillance Department and<br>General Counsel's Office |
|  | Assured Guaranty Municipal Corp and<br>Assured Guaranty Corp.<br>31 West 52nd Street<br>New York, NY 10019<br>Attention:  Kevin J. Lyons<br>Attention:  Terence Workman |
|  | National Public Finance Guarantee Corporation<br>113 King Street<br>Armonk, NY 10504<br>Attention:  Kenneth Epstein and William J. Rizzo |

7

The City and the Settlement Escrow Trustee may, by giving notice hereunder, in writing, designate any further or different addresses to which subsequent notices, certificates, requests, complaints, demands or other communications hereunder shall be sent.

All payments to the Bond Insurers shall be made by wire transfer to the following accounts, unless otherwise changed by any Bond Insurer by written notice to the Escrow Agent:

[TO COME]

Section 402    Termination.  This Agreement shall terminate following delivery of written direction from the City and the Bond Insurers to the Settlement Escrow Trustee to so terminate, together with written notice that all fees owed to the Settlement Escrow Trustee have been paid in full.  Upon termination of this Agreement, any money remaining on deposit in the funds and accounts created and established hereunder shall be paid to the City.

Section 403    Amendments.  This Agreement shall only be amended by the written agreement of all Parties.

Section 404    Severability.  If any one or more sections, clauses or provisions of this Settlement Escrow Agreement shall be determined by a court of competent jurisdiction to be invalid or ineffective for any reason, such determination shall in no way affect the validity and effectiveness of the remaining sections, clauses and provisions of the Agreement.

Section 405    Headings.  Any headings shall be solely for convenience of reference and shall not constitute a part of the Agreement, nor shall they affect its meaning, construction or effect.

Section 406    Settlement Escrow Agreement Executed in Counterparts.  This Settlement Escrow Agreement may be executed simultaneously in several counterparts, each of which shall be deemed an original, and such counterparts together shall and will constitute one and the same instrument.

Section 407    Parties Interested Herein.  Nothing in this Settlement Escrow Agreement expressed or implied is intended or shall be construed to confer upon, or to give to, any person or entity, other than the Settlement Escrow Trustee, the City and the Bond Insurers any right, remedy or claim under or by reason of this Settlement Escrow Agreement or any covenant, condition or stipulation hereof, and all covenants, stipulations, promises and agreements in this Agreement on behalf of the City shall be for the sole and exclusive benefit of the Settlement Escrow Trustee, the City, and the Bond Insurers.

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be executed as of the date set forth above.

CITY OF DETROIT

By _____
    Kevyn D. Orr
    Its: Emergency Manager

AMBAC ASSURANCE CORPORATION

By: _____
    Name:
    Title:

ASSURED GUARANTY CORP.

By: _____
    Name:
    Title:

ASSURED GUARANTY MUNICIPAL CORP.
By: _____
    Name:
    Title:

NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION

By: _____
    Name:
    Title:

U. S. BANK NATIONAL ASSOCIATION,
as Escrow Trustee


By _____

    Its: _____

10

ACTIVE 202262018v.4

# EXHIBIT A

## RESTRUCTURED UTGO BONDS DEBT SERVICE REQUIREMENTS AND APPLICABLE BOND INSURER

ACTIVE.2832230115.4

# UTGO Series 2014 DSA Fourth Lien Restructured Bonds - Debt Service

*Interest is shown for each payment date (10/1/14 through 4/1/23). Interest for each maturity is paid level semi-annually from 10/1/14 through its maturity date. CUSIP numbers appear in the left margin but are largely illegible.*

| Series / CUSIP | Maturity Date | Rate | Principal | Issuer | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 | 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO 1999-A** | | | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.250% | $2,476,650.00 | Assured | $65,012.06 | $65,012.06 | | | | | | | | | | | | | | | | |
| | 4/1/16 | 5.000% | $2,602,625.00 | Assured | $65,066.38 | $65,066.38 | $65,066.38 | $65,066.38 | | | | | | | | | | | | | | |
| | 4/1/17 | 5.000% | $2,733,035.00 | Assured | $68,325.13 | $68,325.13 | $68,325.13 | $68,325.13 | $68,325.13 | $68,325.13 | | | | | | | | | | | | |
| | 4/1/18 | 5.000% | $2,872,045.00 | Assured | $71,801.13 | $71,801.13 | $71,801.13 | $71,801.13 | $71,801.13 | $71,801.13 | $71,801.13 | $71,801.13 | | | | | | | | | | |
| | 4/1/19 | 5.000% | $3,015,430.00 | Assured | $75,385.75 | $75,385.75 | $75,385.75 | $75,385.75 | $75,385.75 | $75,385.75 | $75,385.75 | $75,385.75 | $75,385.75 | $75,385.75 | | | | | | | | |
| **Subtotal** | | | **$13,699,785.00** | | $345,590.44 | $345,590.44 | $280,578.38 | $280,578.38 | $215,512.00 | $215,512.00 | $147,186.88 | $147,186.88 | $75,385.75 | $75,385.75 | | | | | | | | |
| **UTGO 2001-A(1)** | | | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.375% | $5,161,860.00 | NPFG | $138,724.99 | $138,724.99 | | | | | | | | | | | | | | | | |
| | 4/1/16 | 5.375% | $5,439,940.00 | NPFG | $146,198.39 | $146,198.39 | $146,198.39 | $146,198.39 | | | | | | | | | | | | | | |
| | 4/1/17 | 5.375% | $5,735,400.00 | NPFG | $154,138.88 | $154,138.88 | $154,138.88 | $154,138.88 | $154,138.88 | $154,138.88 | | | | | | | | | | | | |
| | 4/1/18 | 5.375% | $12,166,000.00 | NPFG | $326,961.25 | $326,961.25 | $326,961.25 | $326,961.25 | $326,961.25 | $326,961.25 | $326,961.25 | $326,961.25 | | | | | | | | | | |
| | 4/1/19 | 5.000% | $12,166,000.00 | NPFG | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | | | | | | | | |
| | 4/1/20 | 5.000% | $12,166,000.00 | NPFG | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | | | | | | |
| | 4/1/21 | 5.000% | $12,166,000.00 | NPFG | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | | | | |
| **Subtotal** | | | **$65,001,200.00** | | $1,678,473.50 | $1,678,473.50 | $1,539,748.51 | $1,539,748.51 | $1,393,550.13 | $1,393,550.13 | $1,239,411.25 | $1,239,411.25 | $912,450.00 | $912,450.00 | $608,300.00 | $608,300.00 | $304,150.00 | $304,150.00 | | | | |
| **UTGO 2002** | | | | | | | | | | | | | | | | | | | | | | |
| | 4/1/21 | 5.125% | $2,815,560.00 | NPFG | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | | | | |
| | 4/1/23 | 5.125% | $2,958,945.00 | NPFG | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 |
| **Subtotal** | | | **$5,774,505.00** | | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 |
| **UTGO 2003-A** | | | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 4.000% | $260,700.00 | Syncora | $5,214.00 | $5,214.00 | | | | | | | | | | | | | | | | |
| | 4/1/16 | 5.250% | $2,216,140.00 | Syncora | $58,168.69 | $58,168.69 | $58,168.69 | $58,168.69 | | | | | | | | | | | | | | |
| | 4/1/17 | 5.250% | $2,602,655.00 | Syncora | $68,319.69 | $68,319.69 | $68,319.69 | $68,319.69 | $68,319.69 | $68,319.69 | | | | | | | | | | | | |
| | 4/1/18 | 5.250% | $2,737,350.00 | Syncora | $71,855.44 | $71,855.44 | $71,855.44 | $71,855.44 | $71,855.44 | $71,855.44 | $71,855.44 | $71,855.44 | | | | | | | | | | |
| | 4/1/19 | 5.250% | $2,880,735.00 | Syncora | $75,619.29 | $75,619.29 | $75,619.29 | $75,619.29 | $75,619.29 | $75,619.29 | $75,619.29 | $75,619.29 | $75,619.29 | $75,619.29 | | | | | | | | |
| | 4/1/20 | 5.250% | $3,032,810.00 | Syncora | $79,611.26 | $79,611.26 | $79,611.26 | $79,611.26 | $79,611.26 | $79,611.26 | $79,611.26 | $79,611.26 | $79,611.26 | $79,611.26 | $79,611.26 | $79,611.26 | | | | | | |
| | 4/1/21 | 5.250% | $372,430.00 | Syncora | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | | | | |
| | 4/1/21 | 5.250% | $2,759,075.00 | Syncora | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | | | | |
| | 4/1/22 | 5.250% | $3,354,340.00 | Syncora | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | | |
| | 4/1/23 | 5.250% | $382,775.00 | Syncora | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 |
| | 4/1/23 | 5.250% | $3,098,940.00 | Syncora | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 |
| | 4/1/23 | 5.250% | $1,148,320.00 | Syncora | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 |
| | 4/1/23 | 5.250% | $2,411,475.00 | Syncora | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 |
| **Subtotal** | | | **$27,525,575.00** | | $713,856.34 | $713,856.34 | $690,473.66 | $690,473.66 | $650,473.66 | $650,473.66 | $582,153.96 | $582,153.96 | $510,298.53 | $510,298.53 | $434,679.23 | $434,679.23 | $355,067.97 | $355,067.97 | $272,866.00 | $272,866.00 | $184,814.57 | $184,814.57 |
| **UTGO 2004-A(1)** | | | | | | | | | | | | | | | | | | | | | | |
| | 4/1/20 | 5.250% | $3,910,500.00 | Ambac | $102,650.63 | $102,650.63 | $102,650.63 | $102,650.63 | $102,650.63 | $102,650.63 | $102,650.63 | $102,650.63 | $102,650.63 | $102,650.63 | $102,650.63 | $102,650.63 | | | | | | |
| | 4/1/21 | 4.250% | $160,765.00 | Ambac | $3,416.26 | $3,416.26 | $3,416.26 | $3,416.26 | $3,416.26 | $3,416.26 | $3,416.26 | $3,416.26 | $3,416.26 | $3,416.26 | $3,416.26 | $3,416.26 | $3,416.26 | $3,416.26 | | | | |
| | 4/1/21 | 5.250% | $5,287,865.00 | Ambac | $138,806.46 | $138,806.46 | $138,806.46 | $138,806.46 | $138,806.46 | $138,806.46 | $138,806.46 | $138,806.46 | $138,806.46 | $138,806.46 | $138,806.46 | $138,806.46 | $138,806.46 | $138,806.46 | | | | |
| | 4/1/24 | 5.000% | $5,735,400.00 | Ambac | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 |
| | 4/1/24 | 5.250% | $6,022,170.00 | Ambac | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 |
| | 4/1/24 | 4.500% | $325,875.00 | Ambac | $7,332.19 | $7,332.19 | $7,332.19 | $7,332.19 | $7,332.19 | $7,332.19 | $7,332.19 | $7,332.19 | $7,332.19 | $7,332.19 | $7,332.19 | $7,332.19 | $7,332.19 | $7,332.19 | $7,332.19 | $7,332.19 | $7,332.19 | $7,332.19 |
| | 4/1/24 | 5.250% | $6,013,480.00 | Ambac | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 |
| | 4/1/24 | 4.600% | $682,165.00 | Ambac | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 |
| | 4/1/24 | 5.250% | $5,987,410.00 | Ambac | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 |
| **Subtotal** | | | **$34,125,630.00** | | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 | $781,735.02 | $781,735.02 | $639,512.31 | $639,512.31 | $639,512.31 | $639,512.31 |

\* Subject to Mandatory Redemption

# UTGO Series 2014 DSA Fourth Lien Restructured Bonds - Debt Service

| CUSIP | Maturity Date | Rate | Issuer | Principal | Interest | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
| **UTGO 2004-B(I)** | | | | | | | | | | | | | | | | | | |
| ...29Z8 | 4/1/15 | 5.000% | Ambac | $7,538,375.00 | $188,464.38 | $188,464.38 | | | | | | | | | | | | |
| ...9Z26 | 4/1/16 | 5.250% | Ambac | $7,912,245.00 | $207,696.43 | $207,696.43 | $207,696.43 | $207,696.43 | | | | | | | | | | |
| ...3ZR4 | 4/1/17 | 4.000% | Ambac | $265,145.00 | $5,300.90 | $5,300.90 | $5,300.90 | $5,300.90 | $5,300.90 | $5,300.90 | | | | | | | | |
| ...9Z87 | 4/1/18 | 5.250% | Ambac | $8,043,320.00 | $211,688.40 | $211,688.40 | $211,688.40 | $211,688.40 | $211,688.40 | $211,688.40 | $45,622.50 | $45,622.50 | | | | | | |
| ...9ZT0 | 4/1/18 | 5.250% | Ambac | $1,738,000.00 | $45,622.50 | $45,622.50 | $45,622.50 | $45,622.50 | $45,622.50 | $45,622.50 | $45,622.50 | $45,622.50 | | | | | | |
| | | | | **$25,436,185.00** | $658,772.61 | $638,772.61 | $470,308.23 | $470,308.23 | $262,611.80 | $262,611.80 | $45,622.50 | $45,622.50 | | | | | | |
| ...2X1 | 4/1/19 | 5.240% | Assured | $499,675.00 | $13,091.49 | $13,091.49 | $9,562.48 | $9,562.48 | $5,805.79 | $5,805.79 | $1,935.26 | $1,935.26 | | | | | | |
| | | | | **$499,675.00** | $13,091.49 | $13,091.49 | $9,562.48 | $9,562.48 | $5,805.79 | $5,805.79 | $1,935.26 | $1,935.26 | | | | | | |
| **UTGO 2005-B** | | | | | | | | | | | | | | | | | | |
| ...3G53 | 4/1/15 | 5.000% | Assured | $1,990,010.00 | $40,750.25 | $40,750.25 | | | | | | | | | | | | |
| ...3G61 | 4/1/16 | 3.000% | Assured | $2,089,245.00 | $47,082.42 | $47,082.42 | $52,248.63 | $52,248.63 | $47,082.42 | $47,082.42 | | | | | | | | |
| ...3G79 | 4/1/17 | 4.300% | Assured | $2,189,880.00 | $57,245.38 | $57,245.38 | $57,245.38 | $57,245.38 | $57,245.38 | $57,245.38 | $57,245.38 | | | | | | | |
| ...3G87 | 4/1/18 | 5.000% | Assured | $2,289,815.00 | $60,069.63 | $60,069.63 | $60,069.63 | $60,069.63 | $60,069.63 | $60,069.63 | $60,069.63 | $60,069.63 | | | | | | |
| ...3G95 | 4/1/19 | 5.000% | Assured | $2,402,785.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | | | | |
| ...3H29 | 4/1/20 | 5.000% | Assured | $4,345,000.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | | |
| ...3H37 | 4/1/21 | 5.000% | Assured | $4,345,000.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 |
| ...3H45 | 4/1/22 | 5.000% | Assured | $4,345,000.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 |
| ...3H52 | 4/1/23 | 5.000% | Assured | $4,345,000.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 |
| ...3H60 | 4/1/24 | 5.000% | Assured | $4,345,000.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 |
| ...3H78 | 4/1/25 | 5.000% | Assured | $2,892,435.00 | $543,125.00 | $543,125.00 | $543,125.00 | $543,125.00 | $543,125.00 | $543,125.00 | $543,125.00 | $543,125.00 | $543,125.00 | $543,125.00 | $543,125.00 | $543,125.00 | $543,125.00 | $543,125.00 |
| | | | | **$37,032,435.00** | $918,346.30 | $918,346.30 | $865,396.05 | $868,396.05 | $816,147.42 | $816,147.42 | $769,065.00 | $769,065.00 | $711,819.63 | $711,819.63 | $651,750.00 | $651,750.00 | $543,125.00 | $543,125.00 |
| **UTGO 2005-C** | | | | | | | | | | | | | | | | | | |
| ...3J92 | 4/1/15 | 5.000% | Assured | $2,003,045.00 | $50,076.13 | $50,076.13 | | | | | | | | | | | | |
| ...3K25 | 4/1/16 | 5.000% | Assured | $2,107,325.00 | $52,683.13 | $52,683.13 | $52,683.13 | $52,683.13 | | | | | | | | | | |
| ...3K33 | 4/1/17 | 4.000% | Assured | $2,214,700.00 | $47,549.51 | $47,549.51 | $47,549.51 | $47,549.51 | $47,549.51 | $47,549.51 | | | | | | | | |
| ...3K41 | 4/1/18 | 5.000% | Assured | $2,285,470.00 | $57,136.75 | $57,136.75 | $57,136.75 | $57,136.75 | $57,136.75 | $57,136.75 | $57,136.75 | $57,136.75 | | | | | | |
| ...3K58 | 4/1/19 | 5.000% | Assured | $2,376,715.00 | $62,388.77 | $62,388.77 | $62,388.77 | $62,388.77 | $62,388.77 | $62,388.77 | $62,388.77 | $62,388.77 | $62,388.77 | $62,388.77 | | | | |
| ...3K66 | 4/1/20 | 5.250% | Assured | $2,507,065.00 | $65,810.46 | $65,810.46 | $65,810.46 | $65,810.46 | $65,810.46 | $65,810.46 | $65,810.46 | $65,810.46 | $65,810.46 | $65,810.46 | $65,810.46 | $65,810.46 | | |
| | | | | **$13,491,225.00** | $335,644.73 | $335,644.73 | $285,568.61 | $285,568.61 | $232,885.48 | $232,885.48 | $185,335.98 | $185,335.98 | $128,199.23 | $128,199.23 | $65,810.46 | $65,810.46 | | |
| **UTGO 2006-A** | | | | | | | | | | | | | | | | | | |
| ...3M45 | 4/1/15 | 5.000% | Assured | $2,496,375.00 | $62,459.38 | $62,459.38 | | | | | | | | | | | | |
| ...3M52 | 4/1/16 | 5.000% | Assured | $2,620,035.00 | $65,500.88 | $65,500.88 | $65,500.88 | $65,500.88 | | | | | | | | | | |
| ...3M60 | 4/1/17 | 5.000% | Assured | $2,754,210.00 | $68,868.25 | $68,868.25 | $68,868.25 | $68,868.25 | $68,868.25 | $68,868.25 | | | | | | | | |
| ...3M78 | 4/1/18 | 5.000% | Assured | $2,892,425.00 | $57,788.50 | $57,788.50 | $57,788.50 | $57,788.50 | $57,788.50 | $57,788.50 | $57,788.50 | $57,788.50 | | | | | | |
| ...3M86 | 4/1/19 | 5.000% | Assured | $3,006,740.00 | $75,168.50 | $75,168.50 | $75,168.50 | $75,168.50 | $75,168.50 | $75,168.50 | $75,168.50 | $75,168.50 | $75,168.50 | $75,168.50 | | | | |
| ...3M94 | 4/1/20 | 5.000% | Assured | $3,150,340.00 | $78,861.75 | $78,861.75 | $78,861.75 | $78,861.75 | $78,861.75 | $78,861.75 | $78,861.75 | $78,861.75 | $78,861.75 | $78,861.75 | $78,861.75 | $78,861.75 | | |
| ...3N28 | 4/1/21 | 5.000% | Assured | $3,315,335.00 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 |
| ...3N36 | 4/1/22 | 5.000% | Assured | $3,490,245.00 | $87,008.63 | $87,008.63 | $87,008.63 | $87,008.63 | $87,008.63 | $87,008.63 | $87,008.63 | $87,008.63 | $87,008.63 | $87,008.63 | $87,008.63 | $87,008.63 | $87,008.63 | $87,008.63 |
| ...3N44 | 4/1/25 | 5.000% | Assured | $7,470,780.00 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 |
| ...3N63 | 4/1/28 | 5.000% | Assured | $17,362,020.00 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 |
| | | | | **$48,572,755.00** | $1,199,671.75 | $1,199,671.75 | $1,137,412.38 | $1,137,412.38 | $1,071,911.50 | $1,071,911.50 | $1,003,043.25 | $1,003,043.25 | $945,254.75 | $945,254.75 | $870,886.25 | $870,886.25 | $791,224.50 | $791,224.50 |
| **UTGO 2006-B(I)** | | | | | | | | | | | | | | | | | | |
| ...3753 | 4/1/15 | 5.000% | Assured | $6,925,590.00 | $173,148.25 | $173,148.25 | | | | | | | | | | | | |
| ...3N61 | 4/1/16 | 5.000% | Assured | $2,989,360.00 | $74,734.00 | $74,734.00 | $74,734.00 | $74,734.00 | | | | | | | | | | |
| ...3N79 | 4/1/17 | 5.000% | Assured | $3,111,020.00 | $77,775.50 | $77,775.50 | $77,775.50 | $77,775.50 | $77,775.50 | $77,775.50 | | | | | | | | |
| ...3N87 | 4/1/18 | 5.000% | Assured | $3,293,510.00 | $82,337.75 | $82,337.75 | $82,337.75 | $82,337.75 | $82,337.75 | $82,337.75 | $82,337.75 | $82,337.75 | | | | | | |
| | | | | **$16,319,820.00** | $407,995.50 | $407,995.50 | $234,847.25 | $234,847.25 | $160,113.25 | $160,113.25 | $82,337.75 | $82,337.75 | | | | | | |
| | | | | **$237,560,790.00** | $7,303,799.99 | $7,303,799.99 | $6,509,232.86 | $6,509,232.86 | $5,775,048.66 | $5,775,048.66 | $5,016,593.72 | $5,016,593.72 | $4,240,145.92 | $4,240,145.92 | $3,489,721.39 | $3,489,721.39 | $2,698,849.50 | $2,698,849.50 |

13-53846-swr Doc 7933-3 Filed 06/20/14 Entered 06/20/14 20:25:54 Page 155 of 256 937

| CUSIP | Maturity Date | Rate | Principal | Insurer | Interest | | | | | | | | | | | | | | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | 10/1/23 | 4/1/24 | 10/1/24 | 4/1/25 | 10/1/25 | 4/1/26 | 10/1/26 | 4/1/27 | 10/1/27 | 4/1/28 | | |
| **UTGO 1999-A** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.250% | $2,476,650.00 | Assured | · | · | · | · | · | · | · | · | · | · | · | · | · | · | $130,024.13 | $2,606,674.13 |
| | 4/1/16 | 5.000% | $2,602,655.00 | Assured | · | · | · | · | · | · | · | · | · | · | · | · | · | · | $200,265.50 | $2,802,920.50 |
| | 4/1/17 | 5.000% | $2,733,055.00 | Assured | · | · | · | · | · | · | · | · | · | · | · | · | · | · | $409,950.75 | $3,142,955.75 |
| | 4/1/18 | 5.000% | $2,872,645.00 | Assured | · | · | · | · | · | · | · | · | · | · | · | · | · | · | $574,409.00 | $3,446,454.00 |
| | 4/1/19 | 5.000% | $3,015,430.00 | Assured | · | · | · | · | · | · | · | · | · | · | · | · | · | · | $753,857.50 | $3,769,287.50 |
| | | | $13,699,785.00 | | | | | | | | | | | | | | | | $2,228,506.88 | $15,928,291.88 |
| **UTGO 2001-A(I)** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.375% | $5,161,860.00 | NPFG | · | · | · | · | · | · | · | · | · | · | · | · | · | · | $277,449.98 | $5,439,309.98 |
| | 4/1/16 | 5.375% | $5,439,940.00 | NPFG | · | · | · | · | · | · | · | · | · | · | · | · | · | · | $584,793.55 | $6,024,733.55 |
| | 4/1/17 | 5.375% | $5,735,400.00 | NPFG | · | · | · | · | · | · | · | · | · | · | · | · | · | · | $924,833.25 | $6,660,333.25 |
| | 4/1/18 | 5.375% | $12,166,000.00 | NPFG | · | · | · | · | · | · | · | · | · | · | · | · | · | · | $2,615,690.00 | $14,781,690.00 |
| | 4/1/19 | 5.000% | $12,166,000.00 | NPFG | · | · | · | · | · | · | · | · | · | · | · | · | · | · | $3,041,500.00 | $15,207,500.00 |
| | 4/1/20 | 5.000% | $12,166,000.00 | NPFG | · | · | · | · | · | · | · | · | · | · | · | · | · | · | $3,649,800.00 | $15,815,800.00 |
| | 4/1/21 | 5.000% | $12,166,000.00 | NPFG | · | · | · | · | · | · | · | · | · | · | · | · | · | · | $4,258,100.00 | $16,424,100.00 |
| | | | $65,001,200.00 | | | | | | | | | | | | | | | | $15,352,166.78 | $80,353,366.78 |
| **UTGO 2002** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/21 | 5.125% | $2,815,560.00 | NPFG | $75,822.97 | $75,822.97 | · | · | · | · | · | · | · | · | · | · | · | · | $1,010,082.15 | $3,825,642.15 |
| | 4/1/22 | 5.125% | $2,958,565.00 | NPFG | $75,822.97 | $75,822.97 | · | · | · | · | · | · | · | · | · | · | · | · | $1,213,167.45 | $4,172,113.45 |
| | | | $5,774,595.00 | | $75,822.97 | $75,822.97 | | | | | | | | | | | | | $2,223,249.60 | $7,997,754.60 |
| **UTGO 2003-A** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 4.000% | $360,700.00 | Syncora | · | · | · | · | · | · | · | · | · | · | · | · | · | · | $10,428.00 | $371,128.00 |
| | 4/1/16 | 4.250% | $2,215,950.00 | Syncora | · | · | · | · | · | · | · | · | · | · | · | · | · | · | $116,337.38 | $2,332,287.38 |
| | 4/1/16 | 5.250% | $2,602,655.00 | Syncora | · | · | · | · | · | · | · | · | · | · | · | · | · | · | $273,278.78 | $2,875,933.78 |
| | 4/1/17 | 5.250% | $2,480,735.00 | Syncora | · | · | · | · | · | · | · | · | · | · | · | · | · | · | $411,152.63 | $3,108,482.63 |
| | 4/1/18 | 5.250% | $3,032,810.00 | Syncora | · | · | · | · | · | · | · | · | · | · | · | · | · | · | $796,112.63 | $3,828,922.63 |
| | 4/1/19 | 5.250% | $434,500.00 | Syncora | · | · | · | · | · | · | · | · | · | · | · | · | · | · | $117,215.00 | $551,815.00 |
| | 4/1/20 | 5.250% | $2,759,075.00 | Syncora | · | · | · | · | · | · | · | · | · | · | · | · | · | · | $869,108.63 | $3,628,183.63 |
| | 4/1/21 | 5.250% | $3,354,340.00 | Syncora | $81,322.11 | $81,322.11 | · | · | · | · | · | · | · | · | · | · | · | · | $1,232,719.95 | $4,587,059.95 |
| | 4/1/22 | 4.625% | $414,500.00 | Syncora | $10,047.81 | $10,047.81 | · | · | · | · | · | · | · | · | · | · | · | · | $162,765.00 | $595,265.00 |
| | 4/1/22 | 5.250% | $2,959,565.00 | Syncora | · | · | $30,143.44 | $30,143.44 | $30,143.44 | · | · | · | · | · | · | · | · | · | $1,301,153.70 | $4,399,138.70 |
| | 4/1/23 | 4.625% | $1,343,500.00 | Syncora | · | · | $63,301.22 | $63,301.22 | · | · | · | · | · | · | · | · | · | · | $542,581.88 | $1,846,081.88 |
| | 4/1/23 | 5.250% | $2,411,475.00 | Syncora | · | · | $93,444.66 | $93,444.66 | $93,444.66 | · | · | · | · | · | · | · | · | · | $1,139,421.94 | $3,550,896.94 |
| | | | $27,525,575.00 | | $184,814.58 | $184,814.58 | $93,444.66 | $93,444.66 | $93,444.66 | | | | | | | | | | $7,555,309.84 | $35,120,884.84 |
| **UTGO 2004-A(I)** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/19 | 5.250% | $3,910,500.00 | Ambac | $158,083.96 | $158,083.96 | · | · | · | · | · | · | · | · | · | · | · | · | $1,026,506.25 | $4,937,006.25 |
| | 4/1/20 | 4.250% | $160,765.00 | Ambac | $7,332.19 | $7,332.19 | $7,332.19 | · | · | · | · | · | · | · | · | · | · | · | $40,995.08 | $201,760.08 |
| | 4/1/21 | 5.287% | $5,287,865.00 | Ambac | $157,853.85 | $157,853.85 | $157,853.85 | · | · | · | · | · | · | · | · | · | · | · | $1,665,677.48 | $6,953,542.48 |
| | 4/1/21 | 5.000% | $5,735,400.00 | Ambac | · | · | · | · | · | · | · | · | · | · | · | · | · | · | $2,007,390.00 | $7,742,790.00 |
| | 4/1/22 | 5.250% | $6,022,170.00 | Ambac | · | · | · | · | · | · | · | · | · | · | · | · | · | · | $2,529,311.40 | $8,551,481.40 |
| | 4/1/23 | 4.500% | $333,875.00 | Ambac | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | · | · | · | · | · | · | · | · | · | $131,979.38 | $457,854.38 |
| | 4/1/23 | 5.250% | $6,013,480.00 | Ambac | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | · | · | · | · | · | · | · | · | · | · | $2,841,369.30 | $8,854,849.30 |
| | 4/1/23 | 4.600% | $682,165.00 | Ambac | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | · | · | · | · | · | · | · | · | $313,795.90 | $995,960.90 |
| | 4/1/24 | 5.250% | $5,987,410.00 | Ambac | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | · | · | · | · | · | · | · | · | $3,143,309.25 | $9,130,809.25 |
| | | | $34,125,630.00 | | $496,127.21 | $496,127.21 | $338,045.55 | $338,045.55 | $172,859.31 | $172,859.31 | | | | | | | | | $13,700,415.63 | $47,826,045.63 |

# UTGO Series 2014 DSA Fourth Lien Restructured Bonds - Debt Service

| CUSIP | Maturity Date | Rate | Principal | Insurer | Interest 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | 10/1/23 | 4/1/24 | 10/1/24 | 4/1/25 | 10/1/25 | 4/1/26 | 10/1/26 | 4/1/27 | 10/1/27 | 4/1/28 | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO 2004-B(1)** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.000% | $7,538,375.00 | Ambac | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $376,928.75 | $7,915,303.75 |
| | 4/1/16 | 5.250% | $7,912,245.00 | Ambac | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $845,785.73 | $8,743,030.73 |
| | 4/1/17 | 4.000% | $205,045.00 | Ambac | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $31,805.40 | $296,850.40 |
| | 4/1/18 | 5.250% | $8,064,320.00 | Ambac | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $1,270,130.40 | $9,334,450.40 |
| | 4/1/19 | 5.250% | $1,738,000.00 | Ambac | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $364,980.00 | $2,102,980.00 |
| | | | $25,538,100.00 | | | | | | | | | | | | | | | | $2,674,630.28 | $28,392,385.28 |
| **UTGO 2004-B(2)** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/19 | 5.240% | $499,675.00 | Ambac | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $60,790.03 | $560,465.03 |
| **UTGO 2005-B** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.000% | $1,990,010.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $99,500.50 | $2,089,510.50 |
| | 4/1/16 | 5.250% | $2,089,945.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $208,994.50 | $2,298,939.50 |
| | 4/1/17 | 4.300% | $2,189,880.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $282,494.52 | $2,472,374.52 |
| | 4/1/18 | 5.000% | $2,289,815.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $457,360.00 | $2,747,175.00 |
| | 4/1/19 | 5.600% | $2,402,785.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $600,096.25 | $3,033,481.25 |
| | 4/1/20 | 5.000% | $4,345,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $1,303,500.00 | $5,648,500.00 |
| | 4/1/21 | 5.000% | $4,345,000.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $1,520,750.00 | $5,865,750.00 |
| | 4/1/22 | 5.000% | $4,345,000.00 | Assured | $108,625.00 | $108,625.00 | - | - | - | - | - | - | - | - | - | - | - | - | $1,738,000.00 | $6,083,000.00 |
| | 4/1/23 | 5.000% | $4,345,000.00 | Assured | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | - | - | - | - | - | - | - | - | - | - | $1,955,250.00 | $6,300,250.00 |
| | 4/1/24 | 5.000% | $4,345,000.00 | Assured | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | - | - | - | - | - | - | - | - | $2,172,500.00 | $6,517,500.00 |
| | 4/1/25 | 5.000% | $4,345,000.00 | Assured | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | - | - | - | - | - | - | $2,389,750.00 | $6,734,750.00 |
| | | | $37,032,435.00 | | $434,500.00 | $434,500.00 | $325,875.00 | $325,875.00 | $217,250.00 | $217,250.00 | $108,625.00 | $108,625.00 | | | | | | | $12,729,398.77 | $49,761,833.77 |
| **UTGO 2005-C** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.000% | $2,003,045.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $100,152.25 | $2,103,197.25 |
| | 4/1/16 | 5.000% | $2,107,325.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $210,732.50 | $2,318,057.50 |
| | 4/1/17 | 4.900% | $2,211,605.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $285,297.05 | $2,496,902.05 |
| | 4/1/18 | 4.000% | $2,283,470.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $457,294.00 | $2,742,564.00 |
| | 4/1/19 | 5.250% | $2,374,715.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $623,887.69 | $3,000,602.69 |
| | 4/1/20 | 5.250% | $2,507,065.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $739,723.48 | $3,296,760.48 |
| | | | $13,491,225.00 | | | | | | | | | | | | | | | | $2,466,888.96 | $15,958,113.96 |
| **UTGO 2008-A** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.000% | $2,498,375.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $124,918.75 | $2,623,293.75 |
| | 4/1/16 | 5.000% | $2,620,035.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $262,003.50 | $2,882,038.50 |
| | 4/1/17 | 5.000% | $2,754,730.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $413,209.50 | $3,167,939.50 |
| | 4/1/18 | 4.000% | $2,885,425.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $462,308.00 | $3,331,733.00 |
| | 4/1/19 | 5.000% | $3,006,740.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $731,685.00 | $3,738,425.00 |
| | 4/1/20 | 5.000% | $3,154,470.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $946,341.00 | $4,100,811.00 |
| | 4/1/21 | 5.000% | $3,315,235.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $1,160,332.25 | $4,475,567.25 |
| | 4/1/22 | 5.000% | $3,480,345.00 | Assured | $87,008.63 | $87,008.63 | - | - | - | - | - | - | - | - | - | - | - | - | $1,392,138.00 | $4,872,483.00 |
| | 4/1/23 | 5.000% | $3,750,915.00 | Assured | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | - | - | - | - | - | - | - | - | - | - | $3,562,282.75 | $11,053,462.75 |
| | 4/1/24 | 5.000% | | Assured | $95,915.88 | $95,915.88 | $95,915.88 | $95,915.88 | $95,915.88 | $95,915.88 | - | - | - | - | - | - | - | - | $10,904,429.25 | $29,267,049.25 |
| | 4/1/25 | 5.000% | | Assured | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | - | - | - | - | - | - | $19,980,048.00 | $28,357,800.00 |
| | 4/1/26 | 5.000% | | Assured | $333,370.13 | $333,370.13 | $333,370.13 | $333,370.13 | $333,370.13 | $333,370.13 | $333,370.13 | $333,370.13 | $333,370.13 | $333,370.13 | - | - | - | - | | |
| | 4/1/27 | 5.000% | | Assured | $227,569.38 | $227,569.38 | $227,569.38 | $227,569.38 | $227,569.38 | $227,569.38 | $227,569.38 | $227,569.38 | $227,569.38 | $227,569.38 | $227,569.38 | $227,569.38 | - | - | | |
| | 4/1/28 | 5.000% | $17,362,620.00 | Assured | $116,554.63 | $116,554.63 | $116,554.63 | $116,554.63 | $116,554.63 | $116,554.63 | $116,554.63 | $116,554.63 | $116,554.63 | $116,554.63 | $116,554.63 | $116,554.63 | $116,554.63 | $116,554.63 | | |
| | | | $48,572,755.00 | | $788,343.63 | $788,343.63 | $671,335.00 | $671,335.00 | $529,981.38 | $529,981.38 | $434,065.50 | $434,065.50 | $333,370.13 | $333,370.13 | $227,569.38 | $227,569.38 | $116,554.63 | $116,554.63 | | |
| **UTGO 2008-B(1)** | | | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.000% | $6,925,950.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $346,296.50 | $7,272,235.50 |
| | 4/1/16 | 5.000% | $2,980,360.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $298,936.00 | $3,288,296.00 |
| | 4/1/17 | 5.000% | $3,111,020.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $466,653.00 | $3,577,673.00 |
| | 4/1/18 | 5.000% | $3,293,510.00 | Assured | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $658,702.00 | $3,952,212.00 |
| | | | $16,310,820.00 | | | | | | | | | | | | | | | | $1,770,587.50 | $18,081,407.50 |
| **Total** | | | $227,560,790.00 | | $1,899,698.47 | $1,899,698.47 | $1,378,700.00 | $1,378,700.00 | $920,090.68 | $920,090.68 | $542,690.50 | $542,690.50 | $333,370.13 | $333,370.13 | $227,569.38 | $227,569.38 | $116,554.63 | $116,554.63 | $90,881,991.64 | $369,442,781.64 |

* Subject to Mandatory Redemption

# UTGO Series 2014 DSA Fourth Lien Restructured Bonds - Debt Service

## Bond Series Subject to Mandatory Redemption

### Issuance: 2004-B(2)

CUSIP: 25093ZX1

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Ambac | 6/30/15 | | $499,675.00 | 5.240% | $13,091.49 |
| 4/1/15 | Ambac | 6/30/15 | $134,695.00 | $364,980.00 | 5.240% | $13,091.49 |
| 10/1/15 | Ambac | 6/30/16 | | $364,980.00 | 5.240% | $9,562.48 |
| 4/1/16 | Ambac | 6/30/16 | $143,385.00 | $221,595.00 | 5.240% | $9,562.48 |
| 10/1/16 | Ambac | 6/30/17 | | $221,595.00 | 5.240% | $5,805.79 |
| 4/1/17 | Ambac | 6/30/17 | $147,730.00 | $73,865.00 | 5.240% | $5,805.79 |
| 10/1/17 | Ambac | 6/30/18 | | $73,865.00 | 5.240% | $1,935.26 |
| 4/1/18 | Ambac | 6/30/18 | $73,865.00 | - | 5.240% | $1,935.26 |
| Total | | | $499,675.00 | | | $60,790.03 |

### Issuance: 2008-A

CUSIP: 25093NS5

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | 6/30/15 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/15 | Assured | 6/30/15 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 10/1/15 | Assured | 6/30/16 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/16 | Assured | 6/30/16 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 10/1/16 | Assured | 6/30/17 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/17 | Assured | 6/30/17 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 10/1/17 | Assured | 6/30/18 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/18 | Assured | 6/30/18 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 10/1/18 | Assured | 6/30/19 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/19 | Assured | 6/30/19 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 10/1/19 | Assured | 6/30/20 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/20 | Assured | 6/30/20 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 10/1/20 | Assured | 6/30/21 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/21 | Assured | 6/30/21 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 10/1/21 | Assured | 6/30/22 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/22 | Assured | 6/30/22 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 10/1/2022 | Assured | 6/30/23 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/2023 | Assured | 6/30/23 | $3,654,145 | $3,836,655.00 | 5.000% | $187,269.50 |
| 10/1/2023 | Assured | 6/30/24 | | $3,836,655.00 | 5.000% | $95,915.88 |
| 4/1/2024 | Assured | 6/30/24 | $3,836,655.00 | - | 5.000% | $95,915.88 |
| Total | | | $7,490,780.00 | | | $3,562,682.75 |

### Issuance: 2008-A

CUSIP: 25093NS3

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | 6/30/15 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/15 | Assured | 6/30/15 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/15 | Assured | 6/30/16 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/16 | Assured | 6/30/16 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/16 | Assured | 6/30/17 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/17 | Assured | 6/30/17 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/17 | Assured | 6/30/18 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/18 | Assured | 6/30/18 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/18 | Assured | 6/30/19 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/19 | Assured | 6/30/19 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/19 | Assured | 6/30/20 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/20 | Assured | 6/30/20 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/20 | Assured | 6/30/21 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/21 | Assured | 6/30/21 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/21 | Assured | 6/30/22 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/22 | Assured | 6/30/22 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/2022 | Assured | 6/30/23 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/2023 | Assured | 6/30/23 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/2023 | Assured | 6/30/24 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/2024 | Assured | 6/30/24 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/2024 | Assured | 6/30/25 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/2025 | Assured | 6/30/25 | $4,027,815.00 | $13,334,805.00 | 5.000% | $434,065.50 |
| 10/1/2025 | Assured | 6/30/26 | | $13,334,805.00 | 5.000% | $333,370.13 |
| 4/1/2026 | Assured | 6/30/26 | $4,232,030.00 | $9,102,775.00 | 5.000% | $333,370.13 |
| 10/1/2026 | Assured | 6/30/27 | | $9,102,775.00 | 5.000% | $227,569.38 |
| 4/1/2027 | Assured | 6/30/27 | $4,440,590.00 | $4,662,185.00 | 5.000% | $227,569.38 |
| 10/1/2027 | Assured | 6/30/28 | | $4,662,185.00 | 5.000% | $116,554.63 |
| 4/1/2028 | Assured | 6/30/28 | $4,662,185.00 | - | 5.000% | $116,554.63 |
| Total | | | $17,362,620.00 | | | $10,904,429.25 |

13-53846-swr Doc 7083-3 Filed 08/26/14 Entered 08/26/14 23:27:54 Page 157 of 940

**EXHIBIT B**

**FEE SCHEDULE**

ACTIVE 202233018v.4



**U.S. Bank Customer Confidential**

## Schedule of Fees for Services as
## ESCROW AGENT
## For
## Settlement Escrow Agreement

| | | |
|---|---|---|
| CTS01010A | **Acceptance Fee** The acceptance fee includes the administrative review of documents, initial set-up of the account, and other reasonably required services up to and including the closing. This is a one-time, non-refundable fee, payable at closing. | $1,000.00 |
| CTS04460 | **Escrow Agent** Annual fee for the standard escrow agent services associated with the administration of the account. Administration fees are payable in advance. | $5,000.00 |
| | **Direct Out of Pocket Expenses** Reimbursement of expenses associated with the performance of our duties, including but not limited to publications, legal counsel after the initial close, travel expenses and filing fees. | At Cost |
| | **Extraordinary Services** Extraordinary Services are duties or responsibilities of an unusual nature, including termination, but not provided for in the governing documents or otherwise set forth in this schedule. A reasonable charge will be assessed based on the nature of the services and the responsibility involved. At our option, these charges will be billed at a flat fee or at our hourly rate then in effect. | |

Account approval is subject to review and qualification. Fees are subject to change at our discretion and upon written notice. Fees paid in advance will not be prorated. The fees set forth above and any subsequent modifications thereof are part of your agreement. Finalization of the transaction constitutes agreement to the above fee schedule, including agreement to any subsequent changes upon proper written notice. In the event your transaction is not finalized, any related out-of-pocket expenses will be billed to you directly. Absent your written instructions to sweep or otherwise invest, all sums in your account will remain uninvested and no accrued interest or other compensation will be credited to the account. Payment of fees constitutes acceptance of the terms and conditions set forth.

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT:
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
For a non-individual person such as a business entity, a charity, a Trust or other legal entity we will ask for documentation to verify its formation and existence as a legal entity. We may also ask to see financial statements, licenses, identification and authorization documents from individuals claiming authority to represent the entity or other relevant documentation.

**Dated: July 21, 2014**

**Exhibit E**

**CONFIRMATION ORDER INSERT**

**UTGO Settlement Agreement – Insert for Confirmation Order**

**Findings of Fact and Conclusions of Law**

A.    After sufficient notice and opportunity for all parties to be heard, and after due deliberation, based on the Court's thorough review and full consideration of the UTGO Settlement Agreement and good and sufficient cause appearing therefor, the Court makes the following findings of fact and conclusions of law.  Any finding of fact constitutes a finding of fact even if it is stated as a conclusion of law, and any conclusion of law constitutes a conclusion of law even if it is stated as a finding of fact.  All findings of fact and conclusions of law announced by the Court on the record in connection with confirmation of the Plan or otherwise at the Confirmation Hearing are incorporated herein by reference.[1]  The findings and conclusions set forth herein and in the record of the Confirmation Hearing constitute the Court's findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure, as made applicable herein by Bankruptcy Rules 7052 and 9014.

B.    The UTGO Settlement described in the Plan and the UTGO Settlement Agreement are fair, equitable, reasonable, and in the best interests of the City and its creditors and residents.[2]  The UTGO Settlement Agreement is the result of extensive arms' length negotiations among the City and the UTGO Bond Insurers – all of whom were represented by

---

[1]    The findings of fact and conclusions of law set forth herein and announced on the record during the Confirmation Hearing shall be construed in a manner consistent with each other so as to effect the purpose of each; provided, however, that if there is any direct conflict that cannot be reconciled, then, solely to the extent of such conflict, the provisions of this Confirmation Order shall govern and shall control and take precedence over any findings of fact or conclusions of law announced on the record at the Confirmation Hearing.

[2]    Capitalized terms used herein but not defined shall have the meanings ascribed to them in the Plan or the UTGO Settlement Agreement, a copy of which is attached to the Plan as Exhibit ___.

CPAM: 6371690.15
CU-2233353x5

13-53846-swr    Doc 7083-3    Filed 08/26/14    Entered 08/26/14 23:27:54    Page 162 of
252
13-53846-swr    Doc 6908-3    Filed 08/22/14    Entered 08/22/14 20:20:25    Page 172 of 944

sophisticated counsel. The compromises and settlements embodied in the UTGO Settlement (a) resolve all disputes with respect to claims classified in Class 8 under the Plan and the issues raised by the UTGO Bond Insurers in the UTGO Litigation and (b) are, collectively, a key compromise upon which several provisions of the Plan rest. In the absence of such compromises and settlements, the City's emergence from chapter 9 would likely have been delayed by litigation and burdened with additional expenses. The UTGO Settlement and the UTGO Settlement Agreement: (a) were negotiated and entered into in good faith, (b) comport with policies and purposes of chapter 9, (c) are fair, equitable and reasonable; (d) are in the best interests of the City and its creditors and residents as they not only fully resolve the UTGO Litigation but also permit the City's assignees to receive value from the Assigned UTGO Bond Tax Proceeds as set forth in the Plan; (e) are within the range of reasonable results if the disputes resolved by the UTGO Settlement, including the Assured/NPFG Action and the Ambac Action as they relate to the UTGO Bonds, were instead litigated to a conclusion; (f) fall above the lowest point in the range of reasonableness; and (g) meet the standards for approval under sections 105(a) and 1123(b) of the Bankruptcy Code, Bankruptcy Rule 9019(a) and other applicable law.

C.     Without limiting any of the foregoing, the Court hereby finds that:

a.     The Plan incorporates the UTGO Settlement Agreement, and the effectiveness of the Plan is expressly conditioned upon: (a) the Michigan Finance Authority board having approved the issuance of the MFA Bonds and such bonds having been issued; and (b) the City having obtained all governmental and Emergency Manager consents and approvals required to carry out the terms of the UTGO Settlement Agreement.

CLI-2233353v5                               2

13-53846-swr   Doc 7083-3   Filed 08/26/14   Entered 08/26/14 23:27:54   Page 163 of 945
13-53846-swr   Doc 6908-3   Filed 08/20/14   Entered 08/20/14 20:29:27   Page 170 of 252

b.      As of the Effective Date, the Plan represents a full, final and complete compromise, settlement, release and resolution of, among other matters, all disputes and pending or potential litigation (including any appeals), including, without limitation, the UTGO Litigation, regarding the allowability, amount, priority and treatment of the Unlimited Tax General Obligation Bond Claims. The treatment of Class 8 UTGO Claims under the Plan is a component of a settlement and compromise of the UTGO Litigation.

c.      Good and valuable consideration has been provided for all releases and exculpations granted pursuant to the UTGO Settlement Agreement, including, without limitation, the releases and exculpations granted pursuant to sections 6.1 and 6.2 of the UTGO Settlement Agreement. Such provisions are fair, equitable, reasonable and integral elements of the UTGO Settlement Agreement.

d.      The Court confirms that as of the Effective Date and pursuant to Emergency Manager Order No. __, the Municipal Obligation shall be secured, to the extent permitted by law, including without limitation section 12(1)(x) of Act 436, by a lien granted by the City on the UTGO Bond Tax Levy for so long as either the Municipal Obligation or the Stub UTGO Bonds are outstanding.

e.      As of the Effective Date, the UTGO Bond Tax Levy shall constitute "special revenues," as defined in section 902 of the Bankruptcy Code, and

"pledged special revenues," as that term is used in section 922(d) of the Bankruptcy Code.

f.    As of the Effective Date, the MFA shall possess a valid and enforceable statutory fourth lien and trust on Distributable State Aid, as provided in section 15(2) of the Shared Credit Rating Act or as otherwise provided under applicable law.

g.    As of the Effective Date, Holders of the MFA Bonds shall possess all of the MFA's rights and interest in the Municipal Obligation including all the rights and interest provided herein and under the UTGO Settlement Agreement, subject to the reservation by the MFA of rights to indemnification and to make all determinations and approvals and receive all notices accorded to it under the Municipal Obligation and related documents. Accordingly, the MFA Bonds will be payable from and secured by (i) payments made by the City on the Municipal Obligation and to the extent permitted by law, including without limitation section 12(1)(x) of Act 436, a lien on the portion of the UTGO Bond Tax Levy allocable to the Municipal Obligation, pledged by the City to secure the Municipal Obligation and (ii) a lien, made a statutory lien as provided by the Shared Credit Rating Act, on moneys in the funds and accounts established for the MFA Bonds under the authorizing resolution for such bonds, including payments pledged by the City and received and held by the MFA or its trustee for the MFA Bonds, which include, without

limitation, all payments of (x) the proceeds of the UTGO Bond Tax Levy and (y) Distributable State Aid.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1.     The UTGO Settlement.    Consistent with the findings herein, the UTGO Settlement and the UTGO Settlement Agreement, including without limitation all of the transactions contemplated, the liens granted, and the protections created therein, are APPROVED in their entirety as a good faith, fair, reasonable, and equitable compromise and settlement of all disputes with respect to claims classified in Class 8 under the Plan that is in the best interests of the City and its creditors and residents.  The entry of this Confirmation Order constitutes approval of the UTGO Settlement Agreement pursuant to the Bankruptcy Rules, including Bankruptcy Rule 9019, the Bankruptcy Code, including section 1123, and Act 279, Public Acts of Michigan, 1909, as amended; Act 436, Public Acts of Michigan, 2012; Act 34, Public Acts of Michigan, 2001, as amended; and Act 80, Public Acts of Michigan, 1981, as amended.  As provided in the Plan, on the Effective Date, the UTGO Settlement Agreement shall be binding on the City, Ambac, Assured and NPFG.

2.     Approval of Exculpations and Releases.  All exculpations and releases granted pursuant to the UTGO Settlement, including, without limitation, the releases and exculpations granted pursuant to sections 6.1 and 6.2 of the UTGO Settlement Agreement, are hereby approved in their entirety.  The Court approves such settlements and releases on the grounds that good and valuable consideration has been provided therefor, and that such provisions are fair, equitable, reasonable, and integral elements of the UTGO Settlement Agreement.

3.     <u>Segregation of UTGO Bond Tax Levy</u>.  The proceeds of the UTGO Bond Tax Levy collected by the City shall be segregated and transmitted to the Debt Millage Escrow Trustee under the Debt Millage Deposit Escrow Agreement, and the Debt Millage Escrow Trustee shall segregate and transmit the proceeds allocable to the Municipal Obligation to the Master Trustee in accordance with section 2.4(a) of the UTGO Settlement Agreement.

4.     <u>Annual Certification of Debt Millage Levy</u>.  Pursuant to the Section 2.7(b) of the UTGO Settlement Agreement, the City shall certify annually, not later than June 30 of each year, that it has imposed the debt millage levy as required by and in accordance with the terms of the UTGO Settlement Agreement.

5.     <u>Retention of Jurisdiction</u>.  Pursuant to section 945(a) of the Bankruptcy Code, the Court shall retain jurisdiction over the UTGO Settlement and the UTGO Settlement Agreement and any dispute arising from or related to the UTGO Settlement Agreement.  For the avoidance of doubt and as the City has consented, the Court shall retain exclusive post-confirmation authority and power, to implement, interpret and enforce the UTGO Settlement Agreement and all Settlement-Related Documents, including, without limitation, all exhibits to the UTGO Settlement Agreement, the Restructured UTGO Bonds, the Municipal Obligation and the MFA Bonds.  As the City has consented, the Court reserves all powers as are necessary or appropriate to enforce or to give effect to the Court's retained jurisdiction under the Plan and this Confirmation Order, including by way of injunction, as long as any of the Municipal Obligation, Stub UTGO Bonds or MFA Bonds are outstanding.

CLI-2233353v5

6

13-53846-swr   Doc 7083-3   Filed 08/26/14   Entered 08/26/14 23:27:54   Page 167 of 949
13-53846-swr   Doc 6908-3   Filed 08/22/14   Entered 08/22/14 20:32:34   Page 183 of 252

**EXHIBIT II.B.3.q.ii.A**

SCHEDULE OF PAYMENTS AND SOURCES OF
PAYMENTS FOR MODIFIED PFRS PENSION BENEFITS

# City of Detroit
## PFRS Pension contributions (FY14 - FY23)
*$ in millions*

| PFRS | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 10-Year |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Source: | | | | | | | | | | | |
| State | $ - | $ 96.0 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 96.0 |
| Foundations | - | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 164.7 |
| Total | - | 114.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 260.7 |

<u>**EXHIBIT II.B.3.q.ii.C**</u>

TERMS OF PFRS PENSION RESTORATION

# TERMS OF PFRS PENSION RESTORATION

## *Pension Restoration Process*

The following rules shall govern how accrued pensions, including COLA benefits, that are reduced as part of the Plan of Adjustment, shall be restored during the thirty year period following the Confirmation Order.  The pension restoration process shall be supervised, and restoration decisions undertaken by the Investment Committee of PFRS and in accordance with the pension governance provisions set forth in the State Contribution Agreement and exhibits thereto.  This pension restoration program shall be deemed a part of Component II of the Combined Plan for the Police and Fire Retirement System, but in the event of any conflict between the language set forth herein and the Combined Plan the terms of this Pension Restoration Agreement will govern.

**GENERAL RESTORATION RULES**

**I.     PFRS RESTORATION**

1.     Waterfall Categories

There will be three Waterfall Classes:

a.  PFRS Waterfall Class 1 – Retirees in retirement benefit pay status as of June 30, 2014, and their surviving spouses and beneficiaries
b.  PFRS Waterfall Class 2 – Retirees, who entered into retirement benefit pay status after June 30, 2014, and their surviving spouses and beneficiaries, and who are in pay status as of the end of the PFRS Fiscal Year prior to the year in which the restoration decision is made
c.  PFRS Waterfall Class 3 – All retirees, surviving spouses, and beneficiaries in pay status and all other PFRS participants who as of June 30, 2014  are not in retirement benefit pay status

2.     General PFRS Pension Restoration Through June 30, 2023

Each year in conjunction with the annual actuarial valuation report, the PFRS actuary will project the PFRS funded ratio as of 2023 based upon the market value of plan assets relative to the actuarial accrued liabilities (the "Funded Level"). This projection will be further based upon a 6.75% assumed rate of investment return which is net of expenses (administrative and investment), future employer contributions as set forth in the Plan of Adjustment (subject to conditions in the Plan of Adjustment), and such other actuarial assumptions as utilized by the PFRS actuary. For purposes of PFRS Restoration through June 30, 2023, the  Funding Target will be a 75% funded ratio, and the Restoration

CLI-2248078v1

Target will be a 78% funded ratio, both projected to June 30, 2023. For purposes of calculating the funded ratio, the assets in the Restoration Reserve Account will be excluded. Each year, if the actuary projects that the Funded Level as of 2023 (excluding Restoration Account assets to avoid double counting) exceeds the Restoration Target (i.e., exceeds 78%), a credit of assets for bookkeeping purposes will be made into a new notional Restoration Reserve Account. The notional credit will be an amount equal to the excess of assets above the amount projected to be needed to satisfy the Restoration Target. Once the Restoration Reserve Account is established, each year thereafter, Restoration Account assets will be credited with interest in an amount equal to the net return on plan investments but capped at the actuarially assumed rate of investment return (i.e., 6.75% for the period through June 30, 2023). In the event of net losses, the credited asset value of the Restoration Reserve Account will be diminished to reflect such losses and any required transfer to the PFRS Pension Reserve Account as provided herein.

Actual restoration payments and restoration credits will work as follows: each year, in conjunction with the preparation of the annual actuarial valuation report and following establishment of the Restoration Reserve Account, the PFRS actuary will determine whether there are sufficient funds in such account to restore COLA benefits in a minimum incremental amount of 10% or more. For example: If a retiree's then current COLA benefit is a 1.0% annual compounded COLA, the minimum incremental restoration would increase the COLA benefit to 1.225%. COLA restoration only will occur if the funding level in the Restoration Reserve Account can fund 100% of the COLA increase over the actuarially-projected lives of the eligible recipient PFRS Waterfall Class. If the actuary certifies that the Restoration Reserve Account as of the end of the prior PFRS fiscal year satisfies the required funding level for one or more increments of restoration, then in the next immediate PFRS fiscal year actual COLA restoration payments will be made to PFRS Waterfall Class 1 members in such increments until an amount sufficient to fund 66% of the value of their future COLA payments (e.g., a 1.5% compound COLA, or as otherwise applicable) has been funded. At that juncture, and to the extent that additional assets in the Restoration Reserve Account would fully fund COLA restoration in at least one minimum 10% increment (i.e., amounts equal to 10% of the value of future COLA payments), PFRS Waterfall Class 2 members will receive COLA restoration, until an amount sufficient to fund 66% of the value of their future COLA payments has been funded. At that juncture, and to the extent that additional assets in the Restoration Reserve Account would fully fund COLA restoration in at least one minimum 10% increment (i.e., amounts equal to 10% of the value of future COLA payments), PFRS Waterfall Class 3 members will receive COLA restoration on a pro-rata basis. For PFRS Waterfall Class 3 members who are in pay status at that time of restoration, they will receive COLA payments; for active employees at the time of restoration, they will receive credits granting them a right upon retirement to

13-53846-swr   Doc 7083   Filed 06/26/14   Entered 06/26/14 23:27:54   Page 172 of
252
13-53846-swr   Doc 6908-3   Filed 09/16/14   Entered 09/16/14 23:27:54   Page 183 of 954

receive COLA restoration equal to the 10% increments that are fully funded to PFRS Waterfall Class 3 members.  For Example: Assume there are sufficient assets credited to the Restoration Reserve Account as of the end of a fiscal year to fully fund 66% of the value of the COLA for all PFRS Waterfall Class 1 and Class 2 members for their actuarially projected lives.   To the extent additional assets remain  in the Restoration Reserve Account to fully fund at least a 10% COLA increment for PFRS Waterfall Class 3 members for their actuarially projected lives, then (i) all retirees would receive a restoration payment of 76% of the value of their COLAs (their having already received by virtue of their membership in PFRS Waterfall Classes 1 and 2 an increase to 66% of the value of their COLAs) and also a 10% COLA increment would be credited to eligible active employees which would be included in their benefit payments upon retirement (thus causing their COLAs to increase in value from 45% to 55% ). Restoration amounts actually paid from the Restoration Reserve Account will be debited from such account.   Restoration payments will be calculated and paid on a prospective basis only.

Once restoration payments and credits begin, as long as the Restoration Reserve Account continues to have assets to fund 100% of an incremental COLA restoration amount for such Waterfall Class for their actuarially projected lives, the restoration payments and credits will continue; provided, however, that in the event the Restoration Reserve Account,  after having sufficient assets to fund 100% of two or more increments, falls below 100% for the second or greater increment, the annual amounts to pay such second or greater  increment can continue  until the Restoration Reserve Account lacks any assets to fund such additional increment.  For Example, assume a 10% increment in PFRS Waterfall Class 1 requires $10 million in assets to be fully funded for the PFRS Waterfall Class' actuarially projected  lives, and that based on FY 2018 results the Restoration Reserve Account has assets of $22 million so as to fund two increments of restoration in FY 2019.  Assume further that in the following year the Restoration Reserve Account drops in value to $17 million; in such event two increments could still be paid, and the second increment would cease being paid only if the value of assets in the Restoration Reserve Account dropped to or below $10 million(in the event they dropped below $10 million, the first increment also would cease being paid).  For purposes of restoration reduction, restoration increments will be taken away in reverse order in which they were granted (i.e. last in, first out).

If the PFRS Funded Level (excluding Restoration Reserve Assets) projected to 2023 falls below 76% (hereinafter, "Restoration Reserve Suspension Trigger"), then, until such time as the projected PFRS Funded Level in 2023 is 76% or above,  further interest credits  to the notional Restoration Reserve Account will cease notwithstanding the actual net PFRS investment returns for the fiscal year in question.  Furthermore, if the PFRS Funded Level projected to 2023 falls below the Funding Target (i.e., 75%) then restoration payments to

retirees and credits to active employees in the following year will be modified in the following manner: (1) funds previously credited to the Restoration Reserve Account will be notionally transferred and credited to the PFRS Pension Reserve Account in sufficient amounts to restore the projected PFRS Funded Level in 2023 to 75%; (2) following such transfer, the remaining assets in the Restoration Reserve Account shall be applied to make restoration payments in accordance with and pursuant to the same mechanism described in the previous paragraph.

In connection with preparation of the actuarial report for FY 2023, the PFRS actuary will determine whether PFRS has satisfied the Permanent Restoration Target, which shall be 78%. Transfers from the Restoration Reserve Account for credit to the PFRS Pension Reserve Account may be made in such amounts as are necessary to satisfy the Permanent Restoration Target. If following such transfers, the PFRS Funded Level as of June 30, 2023 has satisfied the Permanent Restoration Target (*i.e.,* 78%), then the residual amounts, if any, in the Restoration Reserve Account (which will necessarily represent excess not necessary to satisfy the Permanent Restoration Target), and which fully fund one or more increments of COLA restoration payments for one or more PFRS Waterfall Classes for their actuarially projected lives, shall be transferred from the Restoration Reserve Account and credited to the PFRS Pension Reserve Account and the applicable incremental COLA payments shall be permanently restored for the applicable PFRS Waterfall Class and shall no longer be variable from year to year.

Following receipt of the actuarial reports for 2019, and in the event that the projected Funded Level of PFRS as of 2023 is less than 76%, the PFRS actuary shall revisit the restoration calculations that it made during each of the prior 4 years. It shall recalculate each such prior year's Funded Level projection, this time by assuming the lesser of (i) $4.5 million in annual administrative expenses until 2023, or (ii) an amount of annual administrative expenses until 2023 equal to the average annual administrative expenses in the prior 4 years, in addition to a net 6.75% annual investment return. If such retrospective recalculation indicates that fewer amounts would have transferred to the PFRS Restoration Reserve Account than actually were transferred during such look back period, then the PFRS Restoration Reserve Account shall be debited by the lesser of (i) this difference (plus interest at a rate equal to the rate that was credited to the Restoration Reserve Account during the look-back period or (ii) the dollars that were actually paid out in restoration payments during such look-back period (plus interest at a rate equal to the rate that was credited to the Restoration Reserve Account during the look-back period); or (iii) the amount required to increase the projected 2023 PFRS Funded Level to 76%.

3. <u>General PFRS Pension Restoration from July 1, 2023 to June 30, 2033</u>.

CLI-2248078v1

13-53846-swr Doc 7093-3 Filed 06/26/14 Entered 06/26/14 23:27:54 Page 174 of 956
13-53846-swr Doc 6908-3 Filed 08/22/14 Entered 08/22/14 22:07:25 Page 179 of 252

If and to the extent that all COLA payments have not been restored pursuant to the permanent restoration feature as of June 30, 2023 described in the immediately preceding paragraph, then during this period and for purposes of variable restoration, the Funding Target, the Restoration Target, the Permanent Restoration Target and the Restoration Reserve Suspension Trigger shall be as set forth on Exhibit A hereto, all projected as of June 30, 2033. The same rules for restoration payments that applied during the period ending June 30, 2023 shall apply (including ceasing interest credits in the event of a Restoration Reserve Suspension Trigger, and making Restoration Account asset transfers in the event the 2033 PFRS Funded Level falls below the 2033 Funding Target), except as follows. For purposes of determining whether the 2033 Restoration Target has been satisfied, the Plan actuary shall project investment returns through June 30, 2033 at the then current investment return assumption, and the then applicable actuarial assumptions as utilized in the annual actuarial valuation. Further, the Plan actuary shall assume, merely for purposes of determining whether the Restoration Target is satisfied, that the annual City contribution amount shall be the annual amount necessary to fund the PFRS based upon an amortization of the actual 2023 UAAL (using the market value of assets) over 30 years (hereinafter, the "2023 UAAL Amortization") and in such manner that the resulting annual contribution stream would achieve the applicable PFRS' Funding Target (on Exhibit A) as of 2033. (Such projected, hypothetical contributions shall be for purposes only of making restoration determinations, and shall not necessarily be the actual contributions made or required to be made by the City or recommended during such period; all of which shall be determined independent of the restoration calculation process). For purposes of calculating the funded ratio, the assets in the Restoration Reserve account will be excluded

To the extent that the City's actual contributions to the PFRS in any of the FYs 2024 (i.e., the year ending June 30, 2024) through 2033 are greater than the projected annual contribution under the 2023 UAAL Amortization, such amounts, and any investment earnings thereon, shall be notionally credited to a new bookkeeping account in PFRS called the Extra Contribution Account. In determining pension restoration during the period from FY 2024 through 2033, none of the amounts in the Extra Contribution Account shall be considered for purposes of determining the projected funded level for the Restoration Target or Permanent Restoration Target. To the extent that the City's actual contributions to the PFRS in any of the FYs 2024 through 2033 are less than the projected annual contribution under the 2023 UAAL Amortization, such difference and any investment earnings thereon shall be notionally allocated to the Restoration Reserve Account.

CLI-2248078v1

Each year, in addition to the crediting of assets that exceed the amount necessary to satisfy the Restoration Target, existing Restoration Account assets will be credited with interest equal to the net return on plan investments, but capped at the then actuarial investment return assumption. In the event of net losses, the credited asset value of the Restoration Reserve Account will be diminished to reflect such losses.

In connection with preparation of the annual actuarial valuation report for FY 2033, the PFRS actuary will determine whether PFRS has satisfied the applicable Permanent Restoration Target, as set forth on Exhibit A. Transfers from the Restoration Reserve Account for credit to the PFRS Pension Reserve Account may be made in such amounts as are necessary to satisfy the Permanent Restoration Target. If following such transfers the funding level as of June 30, 2033 has satisfied the applicable Permanent Restoration Target, then the residual amounts in the Restoration Reserve Account, if any (which will necessarily represent excess not necessary to satisfy the Permanent Restoration Target), and which fully fund one or more increments of COLA restoration payments for one or more PFRS Waterfall Classes, shall be transferred from the Restoration Reserve Account and credited to the PFRS Pension Reserve Account and the applicable incremental COLA payments shall be permanently restored for the applicable PFRS Waterfall Class and shall no longer be variable from year to year.

Following receipt of the actuarial reports for 2028, and in the event that the projected Funded Level of PFRS as of 2033 is less than 79%, the PFRS actuary shall revisit the restoration calculations that it made during each of the prior 4 years. It shall recalculate each such prior year's Funded Level projection, this time by assuming the lesser of (i) $4.5 million in annual administrative expenses until 2033, or (ii) an amount of annual administrative expenses until 2033 equal to the average annual administrative expenses in the prior 4 years, in addition to a net 6.75% annual investment return. If such retrospective recalculation indicates that fewer amounts would have transferred to the PFRS Restoration Reserve Account than actually were transferred during such look back period, then the PFRS Restoration Reserve Account shall be debited by the lesser of (i) this difference (plus interest at a rate equal to the rate that was credited to the Restoration Reserve Account during the applicable look-back period or (ii) the dollars that were actually paid out in restoration payments during such look-back period (plus interest at a rate equal to the rate that was credited to the Restoration Reserve Account during the applicable look-back period); or (iii) the amount required to increase the projected 2033 PFRS Funded Level to 79%.

4.     General PFRS Pension Restoration from July 1, 2033 to June 30, 2043.

CLI-2248078v1

13-53846-swr   Doc 6908-3   Filed 08/26/14   Entered 08/26/14 23:27:54   Page 176 of 958
13-53846-swr   Doc 7083-3   Filed 08/26/14   Entered 08/26/14 22:39:25   Page 192 of 256

If and to the extent that all COLA payments have not been restored pursuant to the permanent restoration feature as of June 30, 2033 described in the immediately preceding paragraph, then during the period ending June 30, 2044 and for purposes of variable restoration, the Funding Target , the Restoration Target, the Permanent Restoration Target and the Restoration Reserve Suspension Trigger shall be as set forth on Exhibit A hereto.  The same rules for restoration that applied during the period ending June 30, 2033 shall otherwise apply (including ceasing interest credits in the event of a Restoration Reserve Suspension Trigger,  and making Restoration Account asset transfers in the event the 2043 PFRS Funded Level falls below the 2043 Funding Target), and shall be rolled forward.  For example,  for purposes of determining whether the  2043 Restoration Target has been satisfied, the Plan actuary shall project annual contributions  using the same 2023 UAAL Amortization.  For purposes of calculating the funded ratio, the assets in the Restoration Reserve account will be excluded, and no Extra Contribution Account assets shall be included for purposes of determining whether the Funded Level meets the Restoration Target or Permanent Restoration Target,  including any additions to such account after 2033.

In connection with preparation of the annual actuarial valuation report for FY 2043, the PFRS actuary will determine whether PFRS has satisfied the applicable Permanent Restoration Target, as set forth on Exhibit A.   Transfers from the Restoration Reserve Account for credit to the PFRS Pension Reserve Account may be made in such amounts as are necessary to satisfy the Permanent Restoration Target. If following such transfers the PFRS Funded Level as of June 30, 2043 is equal to or greater than the applicable Permanent Restoration Target,  then the residual amounts in the Restoration Reserve Account, if any  (which will necessarily represent  excess not  necessary to satisfy the Permanent Restoration Target), and which fully fund one or more increments of COLA restoration payments for one or more PFRS Waterfall Classes,  shall be transferred from the Restoration Reserve Account and credited to the PFRS Pension Reserve Account and the applicable incremental COLA payments shall be permanently restored for the applicable PFRS Waterfall Class and shall no longer be variable from year to year.

5.      Modification of the Pension Restoration Program

If any time after July 1, 2026, the PFRS Investment Committee (by vote of 5 of its 7 members), or the PFRS Board of Trustees (by a greater than 66% vote) determines that a change in relevant circumstances has occurred, or there was a mutual mistake of fact in developing this Pension Restoration Agreement, such that the continued operation of this Agreement without amendment will: (a) materially harm the long-term economic interests of the City or Retirement System; or (b) materially impair the City's ability to fully fund over a reasonable period the then existing frozen benefit liabilities, the Investment Committee or the Board, as the case may be, shall provide written notice to the other entity of such a determination and of the need to

CLI-2248078v1

13-53846-swr   Doc 7083-3   Filed 06/26/14   Entered 06/26/14 23:27:54   Page 173 of 252
13-53846-swr   Doc 6908-3   Filed 06/20/14   Entered 06/20/14 22:22:34   Page 177 of 959

amend this Restoration Agreement (it being understood that the post-Chapter 9, 40-year amortization period (to 2053) to full fund PFRS frozen liabilities is presumptively reasonable, but not irrebutably so). The Investment Committee and the Board shall then meet to negotiate amendments to this Agreement that address the identified risk of harm or impairment, but which also considers this Agreement's objective of providing pension restoration. Such negotiations shall take into account reasonable actions the City has pursued or could pursue to mitigate such harm or impairment. Any such amendments shall require the approval of a majority vote of the combined members of the Committee and Board (persons who sit on both the Board and Committee shall have one vote). Such parties shall consult with the Mayor, City Council and the Governor in connection with such negotiation. If the Board, acting through a majority, and the Investment Committee, acting through a majority, cannot agree to such amendments with the 90-day period following the provision of such notice by the determining party, then the Board and Investment Committee shall proceed to mediation. In this regard, within 30-days following expiration of the 90-day period the Board and the Investment Committee shall each select a mediator from the list of approved mediators for the United States District Court for the Eastern District of Michigan. The two selected mediators shall appoint a third neutral mediator from the approved list. Each party shall furnish a written statement to the mediators within 30 days of selection of the neutral mediator. Representatives of the Mayor and the Governor shall participate in such mediations. If following a 90-day mediation period following submission of the written statements the matter is not settled, then either the Investment Committee or the Board can file an action in the United Stated District Court for the Eastern District of Michigan asking it to declare, inter alia, whether or in what manner to amend this Agreement.

## EXHIBIT A

**PFRS -** The 2033 and 2043 Funding Targets shall be 3.0% and 6% higher than the actual 2023 Funded Level rounded to the nearest 10th decimal. The Restoration Target shall be 3.0% higher than the Funding Target but not less than 81% and 84% in 2033 and 2043, respectively.  The Permanent Restoration Targets shall be shall be equal to the Restoration Targets for all time periods. The Restoration Reserve Suspension Trigger will be set 1% higher than the projected Funding Target for all time periods.

| 2023 Funded Level | 2033 Projected Funding Target /Restoration Target | 2043 Projected Funding Target /Restoration Target |
|---|---|---|
| 78% | 81%/84% | 84%/87% |
| 77% | 80%/83% | 83%/86% |
| 76% | 79%/82% | 82%/85% |
| 75% | 78%/81% | 81%/84% |
| 74% or lower | 3% > than 2023 Funded Level %/81% | 3% > than 2023 Funded Level %/84% |

| | 2033 Permanent Restoration Target | 2043 Permanent Restoration Target |
|---|---|---|
| | Same as 2033 Restoration Target | Same as 2043 Restoration Target |

CLI-2248078v1

13-53846-swr   Doc 7083-3   Filed 08/26/14   Entered 08/26/14 23:27:54   Page 179 of
252
13-53846-swr   Doc 6908-3   Filed 08/22/14   Entered 08/22/14 22:20:51   Page 195 of   961

# EXHIBIT II.B.3.r.ii.A

SCHEDULE OF PAYMENTS AND SOURCES OF
PAYMENTS FOR MODIFIED GRS PENSION BENEFITS

# City of Detroit

## GRS Pension contributions (FY14 - FY23)

*$ in millions*

| GRS Source: | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 10-Year |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DWSD | $ - | $ 65.4 | $ 45.4 | $ 45.4 | $ 45.4 | $ 45.4 | $ 45.4 | $ 45.4 | $ 45.4 | $ 45.4 | $ 428.5 |
| UTGO | - | 4.4 | 4.0 | 4.0 | 3.9 | 3.7 | 3.7 | 3.6 | 2.3 | 2.0 | 31.7 |
| State | - | 98.8 | - | - | - | - | - | - | - | - | 98.8 |
| DIA | - | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 45.0 |
| Other | - | 14.6 | 22.5 | 22.5 | 22.5 | 22.5 | 2.5 | 2.5 | 2.5 | 2.5 | 114.6 |
| Total | - | 188.2 | 76.9 | 76.9 | 76.8 | 76.6 | 56.5 | 56.5 | 55.2 | 54.9 | 718.6 |

**<u>EXHIBIT II.B.3.r.ii.C</u>**

TERMS OF GRS PENSION RESTORATION

# TERMS OF GRS PENSION RESTORATION

## *Pension Restoration Process*

The following rules shall govern how accrued pensions, including COLA benefits, that are reduced as part of the Plan of Adjustment, shall be restored during the thirty year period following the Confirmation Order.  The pension restoration process shall be supervised, and restoration decisions undertaken by the Investment Committee of GRS and in accordance with the pension governance provisions set forth in the State Contribution Agreement and exhibits thereto.  This pension restoration program shall be deemed a part of Component II of the Combined Plan for the General Retirement System of the City of Detroit, but in the event of any conflict between the language set forth herein and the Combined Plan the terms of this Pension Restoration Agreement will govern.

**GENERAL RESTORATION RULES**

**I.    GRS RESTORATION**

1.    <u>Waterfall Categories</u>

There will be three Waterfall Classes:

   a. GRS Waterfall Class 1 – Retirees, in retirement benefit pay status as of June 30, 2014, and their surviving spouses and beneficiaries
   b. GRS Waterfall Class 2 – Retirees, who entered into retirement benefit pay status after June 30, 2014, and their  surviving spouses and beneficiaries, and who are in pay status as of the end of the GRS Fiscal Year prior to the year in which the restoration decision is made
   c. GRS Waterfall Class 3 – All other GRS participants who as of June 30, 2014 are  not in retirement benefit pay status

2.    <u>General GRS Pension Restoration Through June 30, 2023</u>

Each year in conjunction with the annual actuarial valuation report, the GRS actuary will project the GRS funded ratio as of 2023 based upon the market value of plan assets relative to  the actuarial accrued liabilities (the "Funded Level"). This projection will be further based upon a 6.75% assumed rate of investment return which is net of expenses (investment and administrative), future employer contributions as set forth in the Plan of Adjustment (subject to the conditions in the Plan of Adjustment) and such other actuarial assumptions as utilized by the GRS actuary. For purposes of GRS Restoration through June 30, 2023, the Funding Target  will be a 70% funded ratio, the Restoration Target will be a 75% funded ratio, and the Restoration Reserve Suspension Trigger will be a

CLI-2248166v1

71% funded ratio, all projected to June 30, 2023. For purposes of calculating the funded ratio, the assets in the Restoration Reserve account will be excluded. Each year, if the actuary projects that the projected Funded Level as of June 30, 2023 (excluding Restoration Account assets to avoid double counting) exceeds the Restoration Target (i.e., exceeds 75%), a credit of assets for bookkeeping purposes will be made into a new notional Restoration Reserve Account. The notional credit will be in an amount equal to the excess of assets above the amount projected to be needed to satisfy the Restoration Target. Once the Restoration Reserve Account is established, each year thereafter, Restoration Account assets will be credited with interest in an amount equal to the net return on plan investments, but capped at the actuarially assumed rate of investment return (i.e., 6.75% for the period through June 30, 2023). In the event of net losses, the credited asset value of the Restoration Reserve Account will be diminished to reflect such losses and any required transfer to the GRS Pension Reserve Account.

Actual restoration payments and credits will work as follows: Each year in conjunction with preparation of the annual actuarial valuation report and following establishment of the Restoration Reserve Account, the GRS actuary will determine whether there are sufficient funds in such account to restore a portion of the 4.5% across the board pension cuts in one or more minimum incremental amounts equal to ½% of the monthly benefit for each member of GRS Waterfall Class 1 (i.e. reducing the initial across the board cut to 4.0%). This restoration only occurs if the funding level in the Restoration Reserve Account can fund 100% of each incremental increase over the remaining actuarially projected lives of the eligible recipients in GRS Waterfall Class 1. If the Restoration Reserve Account satisfies the required funding level, then in the next GRS fiscal year, actual restoration payments will be made to GRS Waterfall Class 1 members in amounts equal to the benefit associated with each increment that have been fully funded in the Restoration Reserve Account. Once Waterfall Class 1 has sufficient assets in the GRS Restoration Reserve Account to fully fund and restore the 4.5% cut in their monthly benefits, and to the extent that additional assets in the Restoration Reserve Account remain and will fully fund at least ½% of the monthly benefit for each member of GRS Waterfall Class 2 over their remaining actuarially projected lives, then GRS Waterfall Class 2 members will receive pension restoration in minimum ½% benefit increments until an amount equal to the 4.5% cuts in their monthly benefits has been fully funded. At that juncture, and to the extent that additional assets in the Restoration Reserve Account remain and will fund at least a minimum ½% of the monthly benefit of each member in GRS Waterfall Class 3 over their remaining actuarially projected lives, then each such member of the class shall receive a credit granting them a right upon retirement to receive pension restoration equal to the benefit increments that are fully funded. Restoration payments will be calculated and paid on a prospective basis only.

CLI-2248166v1

After the full 4.5% across the board pension cuts are restored for all three GRS Waterfall Classes, and to the extent there are additional assets in the Restoration Reserve Account to fully fund COLA benefits over the actuarially-projected lives of the eligible recipient GRS Waterfall Class, such assets will be used to fully fund and restore a portion of the COLA values that were eliminated as part of the Plan of Adjustment. COLA will be restored in minimum 10% COLA value increments up to 50% of the future COLA values for each member of GRS Waterfall Class 1 (i.e., a 50% future COLA value will constitute a 1.25% simple COLA) , then up to 50% of the future COLA values for each member of Waterfall Class 2, and then up to 50% of the future COLA values for each member of Waterfall Class 3 until all members of the three GRS Waterfall Classes have had 50% of the value of their COLAs fully funded and restored. After 50% of the future values of COLA have been fully funded and restored, and to the extent there are additional assets in the Restoration Reserve Account for each of the three GRS Waterfall Classes, then a second 50% COLA restoration will be made, first to members of GRS Waterfall Class 1, then Waterfall Class 2, and then Waterfall Class 3. Classes will be restored in minimum 10% COLA value increments. Restoration payments will be calculated and paid on a prospective basis only.

If the amounts in the Restoration Reserve Account are sufficient to fully-fund the 4.5% across the board pension cuts for all three GRS Waterfall Classes and 100% COLA restoration for all three GRS Waterfall Classes, then any additional assets in the Restoration Reserve Account shall be used to increase the frozen accrued benefits of active and other GRS participants whose ASF accounts were diminished as part of the ASF Recoupment, such that they receive treatment equal to the 20%/20% ceiling applied to retirees in pay status under the Plan of Adjustment. If after such pension restoration there are additional assets in the Restoration Reserve Account to fully fund benefit increments over their remaining actuarially projected lives, GRS Waterfall Class 1 members will receive pension restoration in ½% benefit increments of the reductions to their monthly pension due to ASF Recoupment, and once such pension benefits are restored, Waterfall Class 2 members will receive pension restoration in ½% benefit increments in connection with the reductions to their monthly pensions due to ASF Recoupment. Restoration payments will be calculated and paid on a prospective basis only.

Once restoration payments to applicable retirees and restoration credits to active employees begin, as long as the Restoration Reserve Account continues to have assets sufficient to fund 100% of an incremental pension restoration amount for such GRS Waterfall Class members for their actuarially projected lives, such restoration payments and credits will continue; provided, however, that in the event the Restoration Reserve Account , after having sufficient assets to fund 100% of two or more increments (over their actuarially projected lives), falls below 100% for the second or greater increment, the annual amounts to pay such second or other additional increment can continue until the

Restoration Reserve Account lacks any assets to fund it.  For example, assume a ½%  increment in GRS Waterfall Class 1 requires $10 million in assets to be fully funded for the GRS Waterfall Class' actuarially projected lives, and that based on FY 2018 results the Restoration Reserve Account has assets of $22 million so as to fund two increments of restoration in FY 2019, *i.e.,* a 1% pension increase. Assume further that in the following year the Restoration Reserve Account drops in value to $17 million; in such event two increments could still be paid, and the second increment of ½% would cease being paid only if the value of assets in the Restoration Reserve Account dropped to or below $10 million (in the event they dropped below $10 million, the first increment also would cease being paid). For purposes of restoration reduction, restoration increments will be taken away in reverse order in which they were granted (i.e. last in, first out).

In the event the GRS Funded Level (not including Restoration Reserve Assets) falls below 71% (hereinafter, "Restoration Reserve Suspension Trigger"),, then, until such time as the projected GRS Funded Level in 2023 is 71% or above, further interest credits to the notional Restoration Reserve Account will cease notwithstanding the actual net GRS investment returns for the fiscal year in question.  Furthermore, if the GRS Funded Level  projected to 2023 falls below the Funding Target  (i.e., 70%) then restoration payments and credits in the following year will be modified in the following manner:  (1) funds previously credited  to the Restoration Reserve Account will be notionally transferred and credited to the GRS Pension  Reserve Account in sufficient amounts to restore the projected GRS Funded Level  in 2023 to 70%;  (2) following such transfer, the remaining assets in the Restoration Reserve Account   shall be applied to make restoration payments  in accordance with and pursuant to the same mechanism described in the previous paragraph.

Following receipt of the actuarial reports for 2019,  and in the event that the projected Funded Level of GRS as of 2023 is less than 71%, the GRS actuary shall revisit the restoration calculations that it made during each of the prior 4 years. It shall recalculate each such prior year's Funded Level  projection, this time by assuming the lesser of (i) $4.5 million in annual administrative expenses until 2023, or (ii) an amount of annual administrative expenses until 2023 equal to the average annual administrative expenses in the prior 4 years, in addition to a net 6.75% annual investment return.  If such retrospective recalculation indicates that fewer amounts would have transferred to the GRS Restoration Reserve Account than actually were transferred during such look back period, then the GRS Restoration Reserve Account shall be debited by the lesser of (i) this difference (plus interest at a rate equal to the rate that was credited to the Restoration Reserve Account during the look-back period or (ii) the dollars that were actually paid out in restoration payments during such look-back period (plus interest at a rate equal to the rate that was credited to the Restoration Reserve Account during the look-back period); or (iii) the amount required to increase the projected 2023 GRS Funded Level to 71%.

3.      General GRS Pension Restoration from July 1, 2023 to June 30, 2033.

During this period, the Funding Target, the Restoration Target, the Permanent Restoration Targets and the Restoration Reserve Suspension Trigger shall be as set forth on Exhibit A hereto.  The same rules for variable restoration payments and credits that applied during the period ending June 30, 2023 shall apply during the period ending June 30, 2033 (including ceasing interest credits in the event of a Restoration Reserve Suspension Trigger,  and making Restoration Account asset transfers in the event the 2033 GRS Funded Level falls below the 2033 Funding Target), except as follows.  For purposes of determining whether the 2033 Restoration Target has been satisfied, the Plan actuary shall project investment returns through June 30, 2033 at the then current investment return assumption  and the applicable actuarial assumptions as utilized in the annual actuarial valuation.  Further, the GRS Plan actuary shall assume, merely for purposes of determining whether the Restoration Target is satisfied, that the annual City contribution amount shall be the annual amount necessary to fund the GRS based upon an amortization of the actual 2023 UAAL at market value over 30 years (hereinafter, the "2023 UAAL Amortization") and in such manner that the resulting annual contribution stream would achieve the GRS  Funding Target  (on Exhibit A) as of 2033. (Such projected, hypothetical contributions shall be for purposes only of making restoration determinations, and shall not necessarily be the actual contributions made or required to be made by the City or recommended during such period; all of which shall be determined independent of the restoration calculation process.). For purposes of calculating the funded ratio, the assets in the Restoration Reserve account will be excluded.

To the extent that the City's actual contributions to the GRS in any of the FYs 2024 (the year ending June 30, 2024) through 2033 are greater than the projected annual contribution under the 2023 UAAL Amortization, such amounts, and any investment earnings thereon, shall be notionally credited  to a new bookkeeping account in GRS called the Extra Contribution Account.  In determining pension restoration during the period from FY 2024 through 2033, none of the amounts in the Extra Contribution Account shall be considered for purposes of determining the projected funded level for the Restoration Target or Permanent Restoration Targets.   To the extent that the City's actual contributions in any of the FYs 2024 through 2033 are less than the projected annual contribution under the 2023 UAAL Amortization, such difference and any investment earnings thereon shall be notionally allocated to the Pension Fund Reserve Account.

Each year, in addition to the credit of assets that exceed the amount necessary to satisfy the Restoration Target, existing Restoration Account  assets will be credited with interest  equal to the net return on plan investments, but capped at

the then investment return assumption. In the event of net losses, the credited asset value of the Restoration Reserve Account will be diminished to reflect such losses.

In connection with preparation of the actuarial report for FY 2028, the GRS actuary will determine whether GRS has satisfied the applicable Permanent Restoration Target, which shall be 75%. Transfers from the Restoration Reserve Account for credit to the GRS Pension Reserve Account may be made in such amounts as are necessary to satisfy the Permanent Restoration Target. If following such transfers the GRS Funded Level as of June 30, 2028 has satisfied the Permanent Restoration Target(75%), then the amounts in the Restoration Reserve Account , if any (which will necessarily represent excess not necessary to satisfy the Permanent Restoration Target), and which fully fund one or more increments of restoration payments for one or more GRS Waterfall Classes over such GRS Waterfall Class members' actuarially projected lives, shall be transferred from the Restoration Reserve Account and credited to the GRS Pension Reserve Account and the applicable incremental payments shall be permanently restored for the applicable GRS Waterfall Class and shall no longer be variable from year to year. Variable restoration payments will continue to be paid or credited during the period from July 1, 2028 through June 30, 2033 based on the applicable Restoration Target set forth in Exhibit A and otherwise in accordance with this restoration memorandum, notwithstanding whether the Restoration Target during this period is less than the Permanent Restoration Target as of June 30, 2028 of 75%.

In connection with preparation of the annual actuarial valuation report for FY 2033, the GRS actuary will determine whether GRS has satisfied the Permanent Restoration Target for 2033, as set forth on Exhibit A. Transfers from the Restoration Reserve Account for credit to the GRS Pension Reserve Account may be made in such amounts as are necessary to satisfy the Permanent Restoration Target . If following such transfers the GRS Funded Level as of June 30, 2033 has satisfied the applicable Permanent Restoration Target, then the amounts in the Restoration Reserve Account if any (which will necessarily represent excess not necessary to satisfy the Permanent Restoration Target), and which fully fund one or more increments of restoration payments for one or more GRS Waterfall Classes over such GRS Waterfall Class members' actuarially projected lives, shall be transferred from the Restoration Reserve Account and credited to the GRS Pension Reserve Account and the applicable incremental payments shall be permanently restored for the applicable GRS Waterfall Class and shall no longer be variable from year to year.

Following receipt of the actuarial reports for 2028, and in the event that the projected Funded Level of GRS as of 2033 is less than 71%, the GRS actuary shall revisit the restoration calculations that it made during each of the prior 4 years. It shall recalculate each such prior year's Funded Level projection, this time by

assuming the lesser of (i) $4.5 million in annual administrative expenses until 2033, or (ii) an amount of annual administrative expenses until 2033 equal to the average annual administrative expenses in the prior 4 years, in addition to a net 6.75% annual investment return.  If such retrospective recalculation indicates that fewer amounts would have transferred to the GRS Restoration Reserve Account than actually were transferred during such look back period, then the GRS Restoration Reserve Account shall be debited by the lesser of (i) this difference (plus interest at a rate equal to the rate that was credited to the Restoration Reserve Account during the look-back period or (ii) the dollars that were actually paid out in restoration payments during such look-back period (plus interest at a rate equal to the rate that was credited to the Restoration Reserve Account during the look-back period); or (iii) the amount required to increase the projected 2033 GRS Funded Level to 71%.


4.  <u>General GRS Pension Restoration from July 1, 2033 to June 30, 2043</u>.

During this period,  the Funding Target,  the Restoration Target , the Permanent Restoration Target and the Restoration Reserve Suspension Trigger shall be as set forth on Exhibit A hereto.  The same rules for restoration that applied during the period ending June 30, 2033 shall otherwise apply (including ceasing interest credits in the event of a Restoration Reserve Suspension Trigger,  and making Restoration Account asset transfers in the event the 2043 GRS Funded Level falls below the 2043 Funding Target). For example, for purposes of determining whether the 2043 Restoration Target has been satisfied, the Plan actuary shall project annual contributions  using the same 2023 UAAL Amortization. For purposes of calculating the funded ratio, the assets in the Restoration Reserve account will be excluded, and no Extra Contribution Account assets shall be included for purposes of determining  whether the Funded Level meets the Restoration Target or Permanent Restoration Target, including any additions to such account after 2033.

In connection with preparation of the annual actuarial valuation report for FY 2043, the GRS actuary will determine whether GRS has satisfied the applicable Permanent Restoration Target, as set forth on Exhibit A.  Transfers from the Restoration Reserve Account for credit to the GRS Pension Reserve Account may be made in such amounts as are necessary to satisfy the Permanent Restoration Target.  If following such transfers the GRS Funded Level as of June 30, 2043 is s equal to or greater than the applicable Permanent Restoration Target , then the amounts in the Restoration Reserve Account if any (which will necessarily represent  excess not  necessary to satisfy the Permanent Restoration Target), and which  fully fund over their actuarially projected lives one or more increments of restoration payments for one or more  GRS Waterfall Classes, shall be transferred from the Restoration Reserve Account and credited to the GRS

Pension Reserve Account and the applicable payments for the applicable GRS Waterfall Class shall be permanently restored and shall no longer be variable.

5. Modification of the Pension Restoration Program

If any time after July 1, 2026, the GRS Investment Committee (by vote of 5 of its 7 members), or the GRS Board of Trustees (by a greater than 66% vote) determines that a change in relevant circumstances has occurred, or there was a mutual mistake of fact in developing this Pension Restoration Agreement, such that the continued operation of this Agreement without amendment will: (a) materially harm the long-term economic interests of the City or Retirement System; or (b) materially impair the City's ability to fully fund over a reasonable period the then existing frozen benefit liabilities, the Investment Committee or the Board, as the case may be, shall provide written notice to the other entity of such a determination and of the need to amend this Restoration Agreement (it being understood that the post-Chapter 9, 40-year amortization period (to 2053) to full fund GRS frozen liabilities is presumptively reasonable, but not irrebutably so). The Investment Committee and the Board shall then meet to negotiate amendments to this Agreement that address the identified risk of harm or impairment, but which also considers this Agreement's objective of providing pension restoration. Such negotiations shall take into account reasonable actions the City has pursued or could pursue to mitigate such harm or impairment. Any such amendments shall require the approval of a majority vote of the combined members of the Committee and Board (persons who sit on both the Board and Committee shall have one vote). Such parties shall consult with the Mayor, City Council and the Governor in connection with such negotiation. If the Board, acting through a majority, and the Investment Committee, acting through a majority, cannot agree to such amendments with the 90-day period following the provision of such notice by the determining party, then the Board and Investment Committee shall proceed to mediation. In this regard, within 30-days following expiration of the 90-day period the Board and the Investment Committee shall each select a mediator from the list of approved mediators for the United States District Court for the Eastern District of Michigan. The two selected mediators shall appoint a third neutral mediator from the approved list. Each party shall furnish a written statement to the mediators within 30 days of selection of the neutral mediator. Representatives of the Mayor and the Governor shall participate in such mediations. If following a 90-day mediation period following submission of the written statements the matter is not settled, then either the Investment Committee or the Board can file an action in the United Stated District Court for the Eastern District of Michigan asking it to declare*, inter alia*, whether or in what manner to amend this Agreement.

CLI-2248166v1

13-53846-swr Doc 7083-3 Filed 08/26/14 Entered 08/26/14 23:27:54 Page 190 of 972
13-53846-swr Doc 6908-3 Filed 08/22/14 Entered 08/22/14 23:27:54 Page 206 of 252

# **EXHIBIT A**

**GRS -** The 2033 and 2043 Funding Targets shall be equal to the actual 2023 Funded Level rounded to the nearest 10th decimal.  The Restoration Target shall be 3.0% higher than the Funding Target but not less than 73%.  The Permanent Restoration Targets shall be 75% in 2028, and 1% higher than the Restoration Targets in 2033 and 2024, but not less than 75%.  The Restoration Reserve Suspension Trigger will be set 1% higher than the projected Funding Target for all time periods.

| 2023 Funded Level | 2033 Funding Target/Restoration Target | 2043 Funding Target/Restoration Target |
|---|---|---|
| 75% | 75%/78% | 75%/78% |
| 74% | 74%/77% | 74%/77% |
| 73% | 73%/76% | 73%/76% |
| 72% | 72%/75% | 72%/75% |
| 71% | 71%/74% | 71%/74% |
| 70% | 70%/73% | 70%/73% |
| 69% or lower | the % = to 2023 Funded Level %/73% | the % = to 2023 Funded Level %/73% |

| 2033 Permanent Restoration Target | 2043 Permanent Restoration Target |
|---|---|
| 75% ,or if greater, 1% more  than 2033 Restoration Target | 75%, or if greater, 1% more than 2043 Restoration Target |

———

CLI-2248166v1

## EXHIBIT II.D.5

SCHEDULE OF POSTPETITION COLLECTIVE BARGAINING AGREEMENTS

**EXHIBIT II.D.5**

**SCHEDULE OF POSTPETITION COLLECTIVE BARGAINING AGREEMENTS**

## I. FULLY APPROVED AGREEMENTS[1]

### A. City of Detroit Collective Bargaining Agreements

1) Master Agreement Between the City of Detroit and the Police Officers Association of Michigan POAM, 2013-2018, dated November 12, 2013.

2) Master Agreement Between the City of Detroit and the International Brotherhood of Teamsters Local 214 2013-2018, dated December 18, 2013.

    a. Supplemental Agreement Between the City of Detroit Police Department and Teamsters State, County and Municipal Workers, Local 214 2013-2018, dated December 18, 2013.

    b. Supplemental Agreement Between the Department of Public Works and Teamsters Local 214 2013-2018, dated December 18, 2013.

    c. Supplemental Agreement Between the General Services Department and Teamsters Local 214 2013-2018, dated December 18, 2013.

    d. Supplemental Agreement between the City of Detroit Municipal Parking Department and Local #214 Teamsters State, County and Municipal Workers, 2013-2018, dated December 18 2013.

3) Master Agreement Between the City of Detroit and the International Union of Operating Engineers IUOE Local 324 2013-2018, dated December 18, 2013.

4) Master Agreement Between the City of Detroit and the International Union of Operating Engineers IUOE Local 324 (Park Management) 2013-2018, dated December 18, 2013.

5) Master Agreement Between the City of Detroit and the International Union of Operating Engineers IUOE Local 324 (Principal Clerks) 2013-2018, dated December 18, 2013.

6) Master Agreement Between the Assistant Supervisors of Street Maintenance and Construction and the City of Detroit 2014-2018.

7) Master Agreement Between the City of Detroit and the Michigan Building and Construction Trades Council 2014-2018, dated May 1, 2014.

8) Master Agreement Between the City of Detroit and the Emergency Medical Service Officers Association 2014-2019, dated June 11, 2014.

---

[1] "Fully Approved Agreements" means those collective bargaining agreements that have been (i) ratified by the applicable bargaining unit or units, as necessary (ii) approved by the applicable City or DWSD bargaining representatives, (iii) approved by the Emergency Manager and (iv) approved by the Office of the Treasurer of the State of Michigan.

9)   Master Agreement Between the City of Detroit and Local 1863 of the American Federation of State County and Municipal Employees, AFL-CIO (Detroit Civilian Crossing Guards) 2014-2018, dated June 27, 2014.

10)  Master Agreement Between the City of Detroit and Local 542 of the American Federation of State County and Municipal Employees, AFL-CIO (Motor City Seasonals) 2014-2018, dated June 27, 2014.

11)  Master Agreement Between the City of Detroit and Local 1206 of the American Federation of State County and Municipal Employees, AFL-CIO (Detroit Forestry and Landscape Foreman's Union) 2014-2018, dated June 27, 2014.

12)  Master Agreement Between the City of Detroit and Local 2394 of the American Federation of State County and Municipal Employees, AFL-CIO (Supervisory Unit) 2014-2018, dated June 27, 2014.

13)  Master Agreement Between the City of Detroit and Local 6087 of the American Federation of State County and Municipal Employees, AFL-CIO (Paving Forepersons) 2014-2018, dated June 27, 2014.

14)  Master Agreement Between the City of Detroit and the Detroit Police Command Officers Association 2014-2019, dated June 18, 2014.

15)  Master Agreement Between the City of Detroit and the Detroit Income Tax Investigators Association 2014-2018.

16)  Master Agreement Between the City of Detroit and the Association of Municipal Inspectors 2014-2018, dated June 27, 2014.

17)  Master Agreement Between the City of Detroit and the Service Employees International Union Local 517-M (Supervisory Unit) 2014-2018, dated June 25, 2014.

18)  Master Agreement Between the City of Detroit and the Service Employees International Union Local 517-M (Non-Supervisory Unit) 2014-2018, dated June 25, 2014.

19)  Master Agreement Between the City of Detroit and the Service Employees International Union Local 517-M (Professional and Technical Unit) 2014-2018, dated June 25, 2014.

20)  Master Agreement Between the City of Detroit and the Association of City of Detroit Supervisors 2014-2018, dated June 27, 2014.

21)  Master Agreement Between the City of Detroit and the Association of Professional and Technical Employees 2014-2018, dated July 22, 2014.

22)  Master Agreement Between the City of Detroit and the Senior Accountants, Analysts and Appraisers Association 2014-2018, dated May 27, 2014.

23)  Master Agreement Between the City of Detroit and Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO (Non-Supervisory Bargaining Unit) 2014-2018.

## B. Detroit Water and Sewerage Department Collective Bargaining Agreements

1)   2012-2018 Master Agreement Between the Detroit Water & Sewerage Department and AFSCME, Michigan Council 25 Local 2920.

## II. RATIFIED AGREEMENTS PENDING FINAL APPROVALS[2]

### A. Ratified City of Detroit Collective Bargaining Agreements Pending Final Approvals

1) Master Agreement Between the City of Detroit and the Detroit Police Lieutenants and Sergeants Association 2014-2019.

      a. Tentative Agreement Between the City of Detroit and the Detroit Police Lieutenants and Sergeants Association, dated June 19, 2014.

### B. Ratified Detroit Water and Sewerage Department Collective Bargaining Agreements Pending Approvals

1) Master Agreement Between the City of Detroit and the Michigan Building and Construction Trades Council 2013-2016, dated June 26, 2013.

      a. Memorandum of Agreement between the Detroit Water and Sewerage Department and the Michigan Building & Construction Trades Council to amend their June 26, 2013 - June 30, 2016 collective bargaining agreement.

2) 2013-2016 Master Agreement Between the Detroit Water & Sewerage Department and the Building Trades Foremen, dated June 26, 2013.

3) 2014-2016 Master Agreement Between the Detroit Water & Sewerage Department and the Detroit Senior Water Systems Chemists Association.

4) 2014-2019 Master Agreement Between the DWSD and Teamsters State, County and Municipal Workers, Local 214.

5) Memorandum of Agreement between the Detroit Water and Sewerage Department and the International Union of Operating Engineers, Local 324 to amend their March 25, 2013 - June 30, 2022 collective bargaining agreement.

---

[2] "Ratified Agreements Pending Final Approvals" means those collective bargaining agreements approved by the City bargaining representatives, and ratified by the applicable bargaining unit or units, as necessary, that remain subject to approval by either, or both, the Emergency Manager and the Office of the Treasurer of the State of Michigan. The inclusion of such collective bargaining agreements in this Exhibit does not, and shall not be deemed to, modify or waive the requirement for such approvals in any way.

3

**EXHIBIT II.D.6**

EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE REJECTED

# Exhibit II.D.6

Executory Contracts and Unexpired Leases to be Rejected

In re City of Detroit, Michigan, Case No. 13-53846 (Bankr. E.D. Mich)

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| 151 W FORT ST ASSOCIATES LLC | 1075036 | 2635434 | | INFORMATION TECHNOLOGY SERVICES |
| 1600 ASSOCIATES LLC | 20396 | 2501191 | | MUNICIPAL PARKING DEPARTMENT |
| 3M CONTRACTING INC | 1107578 | 2809948 | | HUMAN SERVICES DEPARTMENT |
| 455 ASSOCIATES LLC | 19602 | 2600416 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| 455 ASSOCIATES LLC | 19602 | 2722656 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| 660 WOODWARD ASSOCIATES LLC | 1117401 | 2604895 | | INFORMATION TECHNOLOGY SERVICES |
| 660 WOODWARD ASSOCIATES LLC | 1117401 | 2809305 | | LAW DEPARTMENT |
| 660 WOODWARD ASSOCIATES LLC | 1117401 | 2866561 | | LAW DEPARTMENT |
| A & H CONTRACTORS | 1090249 | 2797590 | ICE RINK IMPROVEMENTS | RECREATION DEPARTMENT |
| A NEW BEGINNING II INC | 1010270 | 2626822 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| AARON L FORD | 1101801 | 2759870 | | HEALTH DEPARTMENT |
| ABAYOMI CDC | 1055088 | 2597193 | | FINANCE DEPARTMENT |
| ABBOT NICHOLSON | 1064317 | 2605132 | LEGAL SERVICES | LAW DEPARTMENT |
| ACCENTURE LLP | 19843 | 2582670 | | HUMAN SERVICES DEPARTMENT |
| ACHIEVEMENT RESOURCES LLC | 1075198 | 2640120 | | DEPARTMENT OF PUBLIC WORKS |
| ADAMS HOME REPAIR SERVICE INC | 1031652 | 2532093 | HOME REPAIR FOR LOW INCOME CITIZENS. | HUMAN SERVICES DEPARTMENT |
| ADULT WELL BEING SERVICES | 17259 | 2507595 | ADULT WELL BEING SERVICES | HEALTH DEPARTMENT |
| ADULT WELL BEING SERVICES | 17259 | 2501821 | EZ-PUBLIC SERVICES | PLANNING AND DEVELOPMENT DEPARTMENT |
| ADVANCED ENGINEERING SOLUTION INC | 1043861 | 2613331 | | ENVIRONMENTAL AFFAIRS DEPARTMENT |
| AFFILIATED INTERNISTS CORPORATION | 1007088 | 2541129 | PROVIDE MEDICAL STAFF | HEALTH DEPARTMENT |
| AFL CIO COUNCIL | 9713 | 2505335 | | FINANCE DEPARTMENT |
| AFL CIO COUNCIL | 9713 | 2504234 | AFL/CIO COUNCIL-METRO COUNCIL | FINANCE DEPARTMENT |
| AGAR LAWN SPRINKLER SYSTEMS INC | 1019225 | 2871984 | FURNISH UNDERGROUND SPRINKLER MAINT. | GENERAL SERVICES DEPARTMENT |
| AIRGAS GREAT LAKES | - | 2754331 | PURCHASE ORDER FOR COMMERCIAL GASES | GENERAL SERVICES DEPARTMENT |
| AKT PEERLESS ENVIRONMENTAL SERVICES LLC | 1025663 | 2845810 | DEMOLITION OF PROPERTIES | BUILDINGS AND SAFETY DEPARTMENT |
| ALAN C YOUNG ASSOCIATES PC | 20513 | 2554416 | CONTRACTUAL RESOURCES | INFORMATION TECHNOLOGY SERVICES |
| ALAN C YOUNG ASSOCIATES PC | 20513 | 2572989 | | HEALTH DEPARTMENT |
| ALAN C YOUNG ASSOCIATES PC | 20513 | 2511247 | AUDITING SERVICES FY 98/99 FICS 78653 | HUMAN SERVICES DEPARTMENT |
| ALAN C YOUNG ASSOCIATES PC | 20513 | 2501399 | PROFESSIONAL SERVICES | FINANCE DEPARTMENT |
| ALAN C YOUNG ASSOCIATES PC | 20513 | 2507833 | AUDITING - ALAN C YOUNG | HEALTH DEPARTMENT |
| ALAN C YOUNG ASSOCIATES PC | 20513 | 2515896 | AUDIT DRUG TREATMENT/AIDS PROGRAMS | HUMAN SERVICES DEPARTMENT |
| ALAN C YOUNG ASSOCIATES PC | 20513 | 2780084 | | HEALTH DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| ALKEBU LAN VILLAGE | 1043877 | 2588741 | | HUMAN SERVICES DEPARTMENT |
| ALKEBU LAN VILLAGE | 1043877 | 2533139 | YOUTH PROGRAM | HUMAN SERVICES DEPARTMENT |
| ALKEBU LAN VILLAGE | 1043877 | 2619692 | | HUMAN SERVICES DEPARTMENT |
| ALKEBU LAN VILLAGE | 1043877 | 2804801 | | HUMAN SERVICES DEPARTMENT |
| ALKEBU LAN VILLAGE | 1043877 | 2775178 | | HUMAN SERVICES DEPARTMENT |
| ALKEBU LAN VILLAGE | 1043877 | 2772580 | PROFESSIONAL SERVICES CONTRACT | RECREATION DEPARTMENT |
| ALLEN & ASSOCIATES APPRAISAL GROUP INC | 20517 | 2502141 | PROFESSIONAL SERVICES:  CASINO APPRAISAL | LAW DEPARTMENT |
| ALLIANCE FOR A SAFER GREATER DETROIT | 1102712 | 2767089 | | POLICE DEPARTMENT |
| ALPHA ELECTRIC INC | 1026028 | 2625782 | | PUBLIC LIGHTING DEPARTMENT |
| ALPHA ELECTRIC INC | 1026028 | 2625784 | | PUBLIC LIGHTING DEPARTMENT |
| ALPHA ELECTRIC INC | 1026028 | 2625780 | | PUBLIC LIGHTING DEPARTMENT |
| ALPHA KAPPA ALPHA FOUNDATION OF DETROIT | 19649 | 2592410 | | FINANCE DEPARTMENT |
| ALTERNATIVE FOR GIRLS | 16279 | 2503526 | TRANSITIONAL HOUSING | FINANCE DEPARTMENT |
| AMERICAN INDIAN HEALTH & FAMILY | 18997 | 2500866 | SUBSTANCE ABUSE COORDINATION AGENCY | NO DEPARTMENT INDICATED |
| AMERITECH | 20497 | 2506112 | | PUBLIC LIGHTING DEPARTMENT |
| AMPCO SYSTEM PARKING | 18489 | 2501028 | PARKING SERVICES | MUNICIPAL PARKING DEPARTMENT |
| AMPCO SYSTEM PARKING | 18489 | 2501362 | KENNEDY SQUARE PARKING SERVICES | MUNICIPAL PARKING DEPARTMENT |
| AMPCO SYSTEM PARKING | 18489 | 2501356 | PARKING SERVICE FOR KENNEDY SQUARE | MUNICIPAL PARKING DEPARTMENT |
| AMPCO SYSTEM PARKING | 18489 | 2501789 | PARKING LOT MANAGEMENT | FINANCE DEPARTMENT |
| AMPRO CONSTRUCTION LLC | 1026137 | 2524825 | WEATHERIZATION PROGRAM | HUMAN SERVICES DEPARTMENT |
| AMPRO CONSTRUCTION LLC | 1026137 | 2525177 | LIHEAP | HUMAN SERVICES DEPARTMENT |
| AMPRO CONSTRUCTION LLC | 1026137 | 2544432 | HOME WEATHERIZATION | HUMAN SERVICES DEPARTMENT |
| AMPRO CONSTRUCTION LLC | 1026137 | 2607320 | | HUMAN SERVICES DEPARTMENT |
| AMPRO CONSTRUCTION LLC | 1026137 | 2789077 | | HUMAN SERVICES DEPARTMENT |
| AMPRO CONSTRUCTION LLC | 1026137 | 2761179 | | HUMAN SERVICES DEPARTMENT |
| ANACAPA SCIENCE INC | 1012433 | 2507585 | | POLICE DEPARTMENT |
| ANDREW J BEAN | 1003634 | 2530372 | LEGAL SERVICES:  DAVIS/WILLIAMS V CITY | FINANCE DEPARTMENT |
| ANDREW J BEAN | 1003634 | 2634325 | | LAW DEPARTMENT |
| ANDREW J BEAN | 1003634 | 2538079 | LEGAL SERVICES:  TOMMIE THOMAS V CITY | LAW DEPARTMENT |
| ANDREW J BEAN | 1003634 | 2561944 | LEGAL SERVICES:  MICHELLE HARPER, ET AL | LAW DEPARTMENT |
| ANDREW J BEAN | 1003634 | 2561936 | LEGAL SERVICES | LAW DEPARTMENT |
| ANDREW J BEAN | 1003634 | 2501547 | LEGAL SERVICES:  RYAN MULLINS V CITY | LAW DEPARTMENT |
| ANDREW J BEAN | 1003634 | 2545467 | LEGAL SERVICES:  BOSWELL V JORDAN/CITY | LAW DEPARTMENT |
| ANDREW J BEAN | 1003634 | 2505202 | LEGAL SERVICES | LAW DEPARTMENT |
| ANDREW J BEAN | 1003634 | 2512646 | LEGAL SERVICES | FINANCE DEPARTMENT |
| ANDREW J BEAN | 1003634 | 2505710 | LEGAL SERVICES:  KEITH THORNTON V CITY | LAW DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| ANDREW J BEAN | 1003634 | 2576673 | | LAW DEPARTMENT |
| ANDREW J BEAN | 1003634 | 2505715 | LEGAL SERVICES | FINANCE DEPARTMENT |
| ANDREW J BEAN | 1003634 | 2574494 | | LAW DEPARTMENT |
| AON RISK SERVICES INC OF MICHIGAN | 17959 | 2506866 | AUDIT | AUDITOR GENERAL |
| APCOA INC | 18982 | 2504151 | COBO COMPLEX PARKINGMANAGEMENT SERVICES | MUNICIPAL PARKING DEPARTMENT |
| ARAB AMERICAN & CHALDEAN COUNCIL | 19955 | 2546963 | PARTNERSHIP FOR ADULT LEARNING | EMPLOYMENT AND TRAINING DEPARTMENT |
| ARAB AMERICAN & CHALDEAN COUNCIL | 19955 | 2563067 | WORK FIRST & WELFARE TO WORK | EMPLOYMENT AND TRAINING DEPARTMENT |
| ARAB AMERICAN & CHALDEAN COUNCIL | 19955 | 2778448 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| ARAB AMERICAN & CHALDEAN COUNCIL | 19955 | 2797753 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| ARAB AMERICAN & CHALDEAN COUNCIL | 19955 | 2806229 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| ARAB AMERICAN & CHALDEAN COUNCIL | 19955 | 2775339 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| ARAB AMERICAN & CHALDEAN COUNCIL | 19955 | 2714444 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| ARAB AMERICAN & CHALDEAN COUNCIL | 19955 | 2717186 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| ARAB COMMUNITY CENTER | 20424 | 2549478 | ENGLISH AS A SECOND LANGUAGE | EMPLOYMENT AND TRAINING DEPARTMENT |
| ARAB COMMUNITY CENTER | 20424 | 2519169 | JOB SEARCH AND TRAINING (WORK FIRST) | EMPLOYMENT AND TRAINING DEPARTMENT |
| ARAB COMMUNITY CENTER | 20424 | 2740257 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| ARAB COMMUNITY CENTER FOR ECONOMIC SOCIAL SERVICES (ACCESS) | 1070466 | 2778446 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| ARAB COMMUNITY CENTER FOR ECONOMIC SOCIAL SERVICES (ACCESS) | 1070466 | 2797751 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| ARAB COMMUNITY CENTER FOR ECONOMIC SOCIAL SERVICES (ACCESS) | 1070466 | 2800934 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| ARAB COMMUNITY CENTER FOR ECONOMIC SOCIAL SERVICES (ACCESS) | 1070466 | 2778768 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| ARTHUR F SMITH ARCHITECTS | 19092 | 2500783 | CAMP MASTERPLAN | NO DEPARTMENT INDICATED |
| ASHPAUGH & SCULCO CPA PLC | 1026075 | 2506711 | RATE CONSULTANT | NON-DEPARTMENTAL |
| AVANCE COMMUNICATIONS INC | 1017277 | 2589125 | | DEPARTMENT OF TRANSPORTATION |
| AVANCE COMMUNICATIONS INC | 1017277 | 2544753 | COMMUNICATIONS | HUMAN SERVICES DEPARTMENT |
| B & B POOLS AND SPAS | 8897 | 2680662 | | RECREATION DEPARTMENT |
| B E I ASSOCIATES INC | 1002153 | 2500794 | PROFESSIONAL ENGINEERING SERVICES | DEPARTMENT OF PUBLIC WORKS |
| BABBIE DEVELOPERS | 1100891 | 2753822 | ROOF REPLACEMENT FORT WAYNE-QUARTERMASTER WAREHOUSE | RECREATION DEPARTMENT |
| BAPCO-SUBSTANCE ABUSE | 15997 | 2501510 | MEDICAID SUBSTANCE ABUSE | NO DEPARTMENT INDICATED |
| BARNEY MCCOSKY BASEBALL LEAGUE | 17329 | 2540757 | 36-NTV-NOF PUBLIC SERVICE CONTRACT | FINANCE DEPARTMENT |
| BARTECH GROUP | 19194 | 2578539 | | FINANCE DEPARTMENT |
| BARTHEL CONTRACTING | 6174 | 2506716 | PAVEMENT RESURFACING, GROUP 95-3 | DEPARTMENT OF PUBLIC WORKS |
| BARTHEL CONTRACTING | 6174 | 2508554 | WIDENING & RESURFACING | DEPARTMENT OF PUBLIC WORKS |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| BARTHEL CONTRACTING | 6174 | 2508474 | PAVEMENT RESURFACING, GROUP 96-5 | DEPARTMENT OF PUBLIC WORKS |
| BARTHEL CONTRACTING | 6174 | 2630995 | | DEPARTMENT OF PUBLIC WORKS |
| BARTHEL CONTRACTING | 6174 | 2658806 | | DEPARTMENT OF PUBLIC WORKS |
| BDN INDUSTRIAL HYGIENE CONSULTANT | 19807 | 2502471 | ABATEMENT OF ASBESTOS | DEPARTMENT OF PUBLIC WORKS |
| BDO SEIDMAN LLP | 1073285 | 2659484 | | LAW DEPARTMENT |
| BEACON ENERGY LLC | 1088904 | 2699766 | | SEWERAGE DEPARTMENT |
| BEACON ENERGY LLC | 1088904 | 2763942 | PROVIDE CONSULTING SERVICES | PUBLIC LIGHTING DEPARTMENT |
| BEAL INC | 1104822 | 2786319 | | RECREATION DEPARTMENT |
| BEI ASSOCIATES INC | 19420 | 2586915 | | DEPARTMENT OF PUBLIC WORKS |
| BEI ASSOCIATES INC | 19420 | 2576869 | | PUBLIC LIGHTING DEPARTMENT |
| BELLANCA BEATTIE & DELISLE PC | 1002283 | 2515001 | LEGAL SERVICES | FINANCE DEPARTMENT |
| BELLANCA BEATTIE & DELISLE PC | 1002283 | 2502106 | LEGAL SERVICES | NO DEPARTMENT INDICATED |
| BELLANCA BEATTIE & DELISLE PC | 1002283 | 2618387 | LEGAL SERVICES | LAW DEPARTMENT |
| BELMARC INC | 1012648 | 2505560 | PROFESSIONAL SERVICES | LAW DEPARTMENT |
| BERG MUIRHEAD AND ASSOCIATES | 1051572 | 2758875 | | MAYOR'S OFFICE |
| BEST AMERICAN INDUSTRIAL | 17038 | 2501442 | SKILLED TRADES | NO DEPARTMENT INDICATED |
| BETTS MEDICAL GROUP LLC | 1030943 | 2531569 | PHYSICIAN SERVICES | HEALTH DEPARTMENT |
| BLACK & VEATCH | 20115 | 2501009 | PROFESSIONAL SERVICES | NO DEPARTMENT INDICATED |
| BLACK CAUCUS FOUNDATION OF MICHIGAN | 18481 | 2501792 | | HEALTH DEPARTMENT |
| BLACK FAMILY DEVELOPMENT INC | 1012009 | 2508726 | PROGRAM COORDINATION OF COOPER | FINANCE DEPARTMENT |
| BLACK FAMILY DEVELOPMENT INC | 1012009 | 2506003 | MEDICAID SUBSTANCE ABUSE | HEALTH DEPARTMENT |
| BLACK FAMILY DEVELOPMENT INC | 1012009 | 2784374 | | HUMAN SERVICES DEPARTMENT |
| BLACK FAMILY DEVELOPMENT INC | 1012009 | 2761029 | | HUMAN SERVICES DEPARTMENT |
| BLOUNT ENGINEERS INC. | 13566 | 2500972 | PROFESSIONAL SERVICES | PUBLIC LIGHTING DEPARTMENT |
| BODMAN LONGLEY DAHLING LLP | 1000341 | 2507188 | LEGAL SERVICES | LAW DEPARTMENT |
| BODMAN LONGLEY DAHLING LLP | 1000341 | 2501800 | LEGAL SERVICES | PUBLIC LIGHTING DEPARTMENT |
| BODMAN LONGLEY DAHLING LLP | 1000341 | 2505006 | LEGAL SERVICES | LAW DEPARTMENT |
| BODMAN LONGLEY DAHLING LLP | 1000341 | 2501852 | LEGAL SERVICES | PLANNING AND DEVELOPMENT DEPARTMENT |
| BONIFACE HUMAN SRVS | 19449 | 2501513 | MEDICAID SUBSTANCE ABUSE | NO DEPARTMENT INDICATED |
| BOOKER T WASHINGTON | 17389 | 2517857 | PUBLIC FACILITY REHABILITATION | FINANCE DEPARTMENT |
| BOOMER CO | 19949 | 2784930 | CITY OF DETROIT CONSTRUCTION CONTRACT | RECREATION DEPARTMENT |
| BOOTH RESEARCH GROUP INC | 1058277 | 2585080 | | POLICE DEPARTMENT |
| BOOTH RESEARCH GROUP INC | 1058277 | 2759498 | DPD PROMOTIONAL EXAMINATION | POLICE DEPARTMENT |
| BRACEFUL & ASOCIATES PC | 1002357 | 2508823 | LEGAL SERVICES | FINANCE DEPARTMENT |
| BRACEFUL & ASOCIATES PC | 1002357 | 2507332 | LEGAL SERVICES:  TROMEUR V CITY | LAW DEPARTMENT |
| BRADY HATHAWAY PC | 20356 | 2505092 | LEGAL SERVICES:  VINES/CHILDS V CITY | LAW DEPARTMENT |
| BRIGHTMOOR COMMUNITY CENTER | 18407 | 2501479 | PUBLIC FACILITY REHAB | NO DEPARTMENT INDICATED |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| C & H BUILDERS | 1025257 | 2544437 | HOME WEATHERIZATION | FINANCE DEPARTMENT |
| C & H BUILDERS | 1025257 | 2524574 | WEATHERIZATION PROGRAM | HUMAN SERVICES DEPARTMENT |
| C & H BUILDERS | 1025257 | 2543531 | LIHEAP-HOME WEATHERIZATION PROGRAM | HUMAN SERVICES DEPARTMENT |
| C & H BUILDERS | 1025257 | 2793400 | | HUMAN SERVICES DEPARTMENT |
| CAASTI CONTRACTING SERVICES INC | 1066086 | 2799257 | CPATTON PARK IMPROVEMENT | RECREATION DEPARTMENT |
| CAASTI CONTRACTING SERVICES INC | 1066086 | 2799260 | BELLE ISLE - TENNIS COURT RENOVATIONS | RECREATION DEPARTMENT |
| CAASTI CONTRACTING SERVICES INC | 1066086 | 2789963 | LITTLEFIELD PLAYFIELD RENOVATIONS | RECREATION DEPARTMENT |
| CAASTI CONTRACTING SERVICES INC | 1066086 | 2798602 | WINGLE PLAYLOT IMPROVEMENTS | RECREATION DEPARTMENT |
| CADILLAC TOWER MI LLC | 1117104 | 2810553 | | BUDGET DEPARTMENT |
| CAPITAL ACCESS INC | 1033428 | 2536054 | CONSULTING AGREEMENT | PLANNING AND DEVELOPMENT DEPARTMENT |
| CAPITAL COMPUTER SOLUTIONS | 16316 | 2507466 | IMAGING SYSTEM  (FICS #76497) | HEALTH DEPARTMENT |
| CAPITAL COMPUTER SOLUTIONS | 16316 | 2760099 | | HEALTH DEPARTMENT |
| CARE GIVERS | 19339 | 2510116 | HOMELESSNESS PREVENTION | FINANCE DEPARTMENT |
| CAREERWORKS INC | 10310 | 2501469 | SUMMER PROGRAM | NO DEPARTMENT INDICATED |
| CAREERWORKS INC | 10310 | 2518192 | WORK FIRST JOB PLACEMENT | EMPLOYMENT AND TRAINING DEPARTMENT |
| CAREERWORKS INC | 10310 | 2526127 | YOUTH SERVICES PROGRAM PY2000 | EMPLOYMENT AND TRAINING DEPARTMENT |
| CAREERWORKS INC | 10310 | 2539830 | FOOD STAMP - 10/01/00 - 9/30/01 | EMPLOYMENT AND TRAINING DEPARTMENT |
| CAREERWORKS INC | 10310 | 2560643 | FOOD STAMP 2001-2002 | EMPLOYMENT AND TRAINING DEPARTMENT |
| CAREERWORKS INC | 10310 | 2553148 | WIA SUMMER COORDINATION | EMPLOYMENT AND TRAINING DEPARTMENT |
| CAREERWORKS INC | 10310 | 2530117 | WIA SUMMER - MICROSOFT PROGRAM | EMPLOYMENT AND TRAINING DEPARTMENT |
| CAREERWORKS INC | 10310 | 2536669 | WIA-ELECTRONICS & TELECOMMUNICATIONS | EMPLOYMENT AND TRAINING DEPARTMENT |
| CAREERWORKS INC | 10310 | 2740262 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| CARNEGIE MORGAN PARTNERS | 18655 | 2600434 | | FINANCE DEPARTMENT |
| CASS COMMUNITY SOCIAL SERVICES INC | 1057639 | 2539246 | PUBLIC SERVICE FOR THE HOMELESS | HUMAN SERVICES DEPARTMENT |
| CASS COMMUNITY SOCIAL SERVICES INC | 1057639 | 2521565 | FOOD PROGRAM, EASTSIDE AND WESTSIDE | HUMAN SERVICES DEPARTMENT |
| CASS COMMUNITY SOCIAL SERVICES INC | 1057639 | 2570923 | | HUMAN SERVICES DEPARTMENT |
| CASS COMMUNITY SOCIAL SERVICES INC | 1057639 | 2775168 | | HUMAN SERVICES DEPARTMENT |
| CASS COMMUNITY UNITED | 18514 | 2559508 | CASE MANAGEMENT AND COUNSELING | DEPARTMENT OF PUBLIC WORKS |
| CASS COMMUNITY UNITED | 18514 | 2515503 | WARMING CENTER FOR HOMELESS | HUMAN SERVICES DEPARTMENT |
| CASS COMMUNITY UNITED METHODIST | 7182 | 2588909 | | HUMAN SERVICES DEPARTMENT |
| CASS CORRIDOR NEIGHBORHOOD DEVELOPMENT CORP | 20452 | 2506844 | PRE-DEVELOPMENT ACTIVITIES | FINANCE DEPARTMENT |
| CATHOLIC SOCIAL SERVICES | 3536 | 2501515 | MEDICAID SUBSTANCE ABUSE | NO DEPARTMENT INDICATED |
| CATHOLIC YOUTH ORGANIZATION | 1961 | 2501808 | SUBSTANCE ABUSE COORDINATION AGENCY | NO DEPARTMENT INDICATED |
| CDL TRAINING SCHOOL LLC | 1064701 | 2804809 | | HUMAN SERVICES DEPARTMENT |
| CDL TRAINING SCHOOL LLC | 1064701 | 2775174 | | HUMAN SERVICES DEPARTMENT |
| CEI MICHIGAN LLC | 1104760 | 2785400 | EASTERN MARKET SHED NO. 3 RENOVATIONS | RECREATION DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| CEI MICHIGAN LLC | 1104760 | 2785393 | CONSTRUCTION CONTRACT FOR EASTERN MARKET SHED NO. 3 | RECREATION DEPARTMENT |
| CENTRAL MAINTENANCE SERVICE | 9209 | 2501782 | 36/LS - MANAGEMENT SERVICES | PLANNING AND DEVELOPMENT DEPARTMENT |
| CENTRAL UNITY METHODIST CHURCH | 5570 | 2503083 | PUBLIC SERVICE CONTRACT | FINANCE DEPARTMENT |
| CENTURY CEMENT CO INC | 1393 | 2520066 | REPAIR OF DAMAGED SIDEWALKS | DEPARTMENT OF PUBLIC WORKS |
| CENTURY CEMENT CO INC | 1393 | 2541213 | REPAIR OF DAMAGED SIDEWALKS | DEPARTMENT OF PUBLIC WORKS |
| CHARFOOS & CHRISTENSEN | 19681 | 2599095 | LEGAL SERVICES | LAW DEPARTMENT |
| CHARLES MERZ | 19485 | 2501931 | BELLE ISLE PICNIC SHELTER | NO DEPARTMENT INDICATED |
| CHECKER CAB | 1002656 | 2533466 | | HUMAN SERVICES DEPARTMENT |
| CHECKER CAB | 1002656 | 2620877 | | HUMAN SERVICES DEPARTMENT |
| CHECKER CAB | 1002656 | 2775459 | | HUMAN SERVICES DEPARTMENT |
| CHECKER CAB | 1002656 | 2803649 | | HUMAN SERVICES DEPARTMENT |
| CHECKER CAB | 6574 | 2743785 | | HUMAN SERVICES DEPARTMENT |
| CHILD CARE COORDINATING COUNCIL OF DETROIT | 18279 | 2751505 | | HUMAN SERVICES DEPARTMENT |
| CHILD CARE COORDINATING COUNCIL OF DETROIT | 18279 | 2774001 | | HUMAN SERVICES DEPARTMENT |
| CHILDREN & YOUTH INITIATIVE OF DETROIT | 18304 | 2516007 | EMPOWERMENT ZONE- PUBLIC SERVICES | PLANNING AND DEVELOPMENT DEPARTMENT |
| CHILDREN & YOUTH INITIATIVE OF DETROIT | 18304 | 2500872 | | NO DEPARTMENT INDICATED |
| CHILDREN & YOUTH INITIATIVE OF DETROIT | 18304 | 2554216 | EMPOWERMENT ZONE- PUBLIC SERVICES | FINANCE DEPARTMENT |
| CHILDREN & YOUTH INITIATIVE OF DETROIT | 18304 | 2532118 | EMPOWERMENT ZONE - PUBLIC SERVICES | PLANNING AND DEVELOPMENT DEPARTMENT |
| CHILDRENS AID SOCIETY | 1002607 | 2618760 | | POLICE DEPARTMENT |
| CHILDRENS AID SOCIETY | 1002607 | 2620357 | | HUMAN SERVICES DEPARTMENT |
| CHILDRENS AID SOCIETY | 1002607 | 2563913 | | FINANCE DEPARTMENT |
| CHILDRENS AID SOCIETY | 1002607 | 2740222 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| CHILDRENS AID SOCIETY | 1002607 | 2775157 | | HUMAN SERVICES DEPARTMENT |
| CHILDRENS AID SOCIETY | 1049240 | 2614565 | | HUMAN SERVICES DEPARTMENT |
| CHILDRENS AID SOCIETY | 1049240 | 2778775 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| CHILDRENS AID SOCIETY | 1049240 | 2778778 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| CHILDRENS AID SOCIETY | 1049240 | 2800817 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| CHILDRENS CENTER OF WAYNE COUNTY | 12390 | 2501646 | MEDICAID SUBSTANCE ABUSE | NO DEPARTMENT INDICATED |
| CHILDRENS CENTER OF WAYNE COUNTY | 12390 | 2535133 | HEAD START MENTAL CONSULTANT SERVICES | HUMAN SERVICES DEPARTMENT |
| CHILDRENS CENTER OF WAYNE COUNTY | 12390 | 2516136 | MENTAL HEALTH CONSULTANT SERVICES | HUMAN SERVICES DEPARTMENT |
| CHILDRENS CENTER OF WAYNE COUNTY | 12390 | 2569653 | | HUMAN SERVICES DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| CHILDRENS CENTER OF WAYNE COUNTY | 12390 | 2501812 | SUBSTANCE ABUSE COORDINATION AGENCY | HEALTH DEPARTMENT |
| CHRISTIAN GUIDANCE CENTER | 18739 | 2501814 | SUBSTANCE ABUSE COORDINATION AGENCY | HEALTH DEPARTMENT |
| CITY CONNECT DETROIT | 1082718 | 2796700 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| CLARK & ASSOCIATES  PC | 1008458 | 2543328 | ADDICTION TREATMENT | HEALTH DEPARTMENT |
| CLARK & ASSOCIATES  PC | 1008458 | 2539765 | TRAINING WORK FIRST PROGRAM | HEALTH DEPARTMENT |
| CLARK & ASSOCIATES  PC | 1008458 | 2539650 | YOUTH DEPARTMENT SAFETY PROGRAM | HEALTH DEPARTMENT |
| CLARK & ASSOCIATES  PC | 1008458 | 2675311 | | HUMAN SERVICES DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2625022 | | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2504251 | MEDICAID SUBSTANCE ABUSE | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2518285 | CLARK MASTER - SUBSTANCE ABUSE | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2588764 | | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2536507 | CLARK - MEDICAID | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2670290 | | HUMAN SERVICES DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2689636 | | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2534097 | SUBSTANCE ABUSE MASTER AGREEMENT | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2559955 | CLARK- MEDICAID | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2518292 | CLARK MEDICAID-MASTER | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2518483 | CLARK - DRUG EDUCATION | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2506642 | EDUCATE FYE 6/30/99 CLARK/POLICE | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2501252 | | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2557597 | CLARK MASTER - SUBSTANCE ABUSE | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2625016 | | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2527241 | YOUTH DEPT. SAFETY ASSESSMENT PROG. | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2618554 | | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2502443 | | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2618552 | | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2700218 | | RECREATION DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2515854 | CLARK - CCA- FYE 6/30/00  SPO2515857 | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2779347 | | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2797389 | | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2750134 | | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2747666 | | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2779369 | | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2756507 | | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2805210 | | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2875766 | S.A.F.E.T.Y. PROGRAM | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2776664 | | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2779355 | | HEALTH DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| CLARK ASSOCIATES INC | 15176 | 2755767 | | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2801963 | | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2803778 | | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2786574 | | HEALTH DEPARTMENT |
| CLARK ASSOCIATES INC | 15176 | 2759243 | | HEALTH DEPARTMENT |
| CLARK HILL | 7778 | 2501937 | LEGAL SERVICES | LAW DEPARTMENT |
| CLARK HILL | 7778 | 2543385 | LEGAL SERVICES | LAW DEPARTMENT |
| CLARKS CONSTRUCTION | 1016952 | 2679759 | | RECREATION DEPARTMENT |
| CLARKS CONSTRUCTION | 1016952 | 2636522 | | RECREATION DEPARTMENT |
| CLARKS CONSTRUCTION | 1016952 | 2713626 | | RECREATION DEPARTMENT |
| CLARKS CONSTRUCTION | 1016952 | 2714063 | | RECREATION DEPARTMENT |
| CLARKS CONSTRUCTION | 1016952 | 2715398 | | RECREATION DEPARTMENT |
| CLARKS CONSTRUCTION | 1016952 | 2731184 | PARK & PLAYGROUND IMPROVEMENTS | RECREATION DEPARTMENT |
| CLARKS CONSTRUCTION | 1016952 | 2709777 | | RECREATION DEPARTMENT |
| CLARKS CONSTRUCTION | 1016952 | 2756725 | PARK & PLAYGROUND IMPROVEMENTS | RECREATION DEPARTMENT |
| CLARKS CONSTRUCTION | 1016952 | 2789767 | LAKER PLAYGROUND IMPROVEMENTS | RECREATION DEPARTMENT |
| CLAYTON ENVIRONMENTAL | 1002564 | 2519814 | EPA PERMITS & DEREGULATIONS | PUBLIC LIGHTING DEPARTMENT |
| CMTS INC | 18181 | 2501924 | FICS 074776  INSPECTION SERVICES | DEPARTMENT OF PUBLIC WORKS |
| COHL STOKER TOSKEY & MCCLINCHEY PC | 1081162 | 2661933 | | CITY COUNCIL |
| COMMUNITY & EDUCATIONAL SERVICES INC | 1059876 | 2777992 | EMERGENCY SHELTER SERVICES | HUMAN SERVICES DEPARTMENT |
| COMMUNITY DEVELOPMENT SOLUTIONS LLC | 1057282 | 2695015 | | RECREATION DEPARTMENT |
| COMMUNITY DEVELOPMENT SOLUTIONS LLC | 1057282 | 2675021 | | RECREATION DEPARTMENT |
| COMMUNITY HEALTH AWARENESS GROUP INC | 1051231 | 2571474 | | HEALTH DEPARTMENT |
| COMMUTER TRANSPORTATION | 15328 | 2510505 | SHUTTLE SERVICE | CIVIC CENTER DEPARTMENT |
| COMPREHENSIVE DATA PROCESSING | 11248 | 2502241 | PROGRAMMING CODING | INFORMATION TECHNOLOGY SERVICES |
| COMPUTECH CORPORATION | 1054040 | 2574424 | | NON-DEPARTMENTAL |
| COMPUTECH CORPORATION | 1054040 | 2620775 | | NON-DEPARTMENTAL |
| COMPUWARE CORPORATION | 1003122 | 2595111 | | NON-DEPARTMENTAL |
| CONNOLLY RODGERS & SCHARMAN PLLC | 1089154 | 2703083 | | LAW DEPARTMENT |
| CONSULTING ENGINEERING ASSOCIATES INC | 1806 | 2514647 | ELECTRICAL DESIGN-HIGHWAYS PROJECTS | DEPARTMENT OF PUBLIC WORKS |
| CONSULTING ENGINEERING ASSOCIATES INC | 1806 | 2508478 | ENGINEERING | WATER DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| CONSULTING ENGINEERING ASSOCIATES INC | 1806 | 2544911 | FICS CONTRACT # 064150, ELECTRICAL DESIGN | DEPARTMENT OF PUBLIC WORKS |
| CONSULTING ENGINEERING ASSOCIATES INC | 1806 | 2544914 | FICS CONTRACT 065783, ELECTRICAL DESIGN | DEPARTMENT OF PUBLIC WORKS |
| CORPORATE ASSET MANAGEMENT INC | 1022860 | 2607935 | | DEPARTMENT OF TRANSPORTATION |
| COUNCIL OF ACTION UNITED FOR SERVICE EFFORTS | 14189 | 2608202 | | FINANCE DEPARTMENT |
| COUNCIL OF ISLAMIC ORGANIZATIONS | 20305 | 2501825 | SUBSTANCE ABUSE COORDINATION AGENCY | NO DEPARTMENT INDICATED |
| COURRIER & I | - | 2506952 | | LAW DEPARTMENT |
| COUZENS LANSKY FEALK ELLIS ROEDER & LAZAR | 19705 | 2534094 | LEGAL SERVICES | LAW DEPARTMENT |
| COVENANT HOUSE OF MICHIGAN | 1049191 | 2614501 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| COVENANT HOUSE OF MICHIGAN | 1049191 | 2622827 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| COVENANT HOUSE OF MICHIGAN | 1049191 | 2563788 | SUPPORTIVE HOUSING | HUMAN SERVICES DEPARTMENT |
| CREEKSIDE COMMUNITY DEVELOPMENT CORPORATION | 1024525 | 2752940 | | PLANNING AND DEVELOPMENT DEPARTMENT |
| CSFB 1998 P1 WOODWARD OFFICE LLC | 1074168 | 2652205 | | FINANCE DEPARTMENT |
| CUMMINGS MCCLOREY DAVIS | 19999 | 2502111 | LEGAL SERVICES:  JANE DOE V P.O. JOURNEY | LAW DEPARTMENT |
| CUMMINGS MCCLOREY DAVIS | 19999 | 2502154 | LEGAL SERVICES | NO DEPARTMENT INDICATED |
| CURTIS &  ASSOCIATES | 18886 | 2563163 | JOB SEARCH WORK FIRST/WTW 2001 | EMPLOYMENT AND TRAINING DEPARTMENT |
| CVS | 1026222 | 2782910 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| D A CENTRAL INC | 1020403 | 2860051 | SECURITY SURVEILLANCE SYSTEM | NO DEPARTMENT INDICATED |
| D C BYERS COMPANY DETROIT | 15847 | 2502244 | FORD RD RESERVOIR REHAB | WATER DEPARTMENT |
| D P VANBLARICOM INC | 1011787 | 2517238 | ESTATE OF LARRY BELL V CITY | LAW DEPARTMENT |
| DATA COMPRESSION TECHNOLOGY INC. | 1057080 | 2584759 | | FINANCE DEPARTMENT |
| DATA CONSULTING GROUP INC | 18268 | 2507857 | PARKING TICKETS | MUNICIPAL PARKING DEPARTMENT |
| DAVID ANDERSON & CATHY STULL | 16925 | 2500749 | | LAW DEPARTMENT |
| DBAKER SOLUTIONS | 1027729 | 2526961 | CONCESSIONS CONTRACT CONSULTANT | ZOO |
| DECISION CONSULTANTS INC | 14788 | 2502051 | PROGRAMMING CODING | INFORMATION TECHNOLOGY SERVICES |
| DELOITTE & TOUCHE LLP | 17837 | 2592267 | | CITY COUNCIL |
| DEMARIA BUILDING COMPANY | 19428 | 2819183 | SKILLED TRADES REPAIR AND MAINTENANCE | GENERAL SERVICES DEPARTMENT |
| DEMARIA BUILDING COMPANY | 19428 | 2706154 | BELLE ISLE CONSERVATORY RENOVATIONS | RECREATION DEPARTMENT |
| DEMARIA BUILDING COMPANY | 19428 | 2832912 | EQUIPMENT PURCHASE AND INSTALLATION | WATER DEPARTMENT |
| DETROIT AREA AGENCY ON AGING | 10643 | 2803629 | | HUMAN SERVICES DEPARTMENT |
| DETROIT AREA AGENCY ON AGING | 10643 | 2743788 | | HUMAN SERVICES DEPARTMENT |
| DETROIT AREA AGENCY ON AGING | 10643 | 2775457 | | HUMAN SERVICES DEPARTMENT |
| DETROIT AREA HEALTH COUNCIL INC | 1069815 | 2619988 | | RECREATION DEPARTMENT |
| DETROIT ASSOC OF WOMENS CLUBS | 14566 | 2514218 | PUBLIC FACILITY REHAB-FICS #74834 | FINANCE DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| DETROIT ASSOCIATION OF BLACK ORGANIZATIONS | 16148 | 2501915 | PUBLIC SERVICE | NO DEPARTMENT INDICATED |
| DETROIT ASSOCIATION OF BLACK ORGANIZATIONS | 16148 | 2502124 | | NO DEPARTMENT INDICATED |
| DETROIT ASSOCIATION OF BLACK ORGANIZATIONS | 16148 | 2807055 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| DETROIT ASSOCIATION OF BLACK ORGANIZATIONS | 16148 | 2761547 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| DETROIT ASSOCIATION OF BLACK ORGANIZATIONS | 16148 | 2740241 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| DETROIT BOARD OF EDUCATION | 1569 | 2503530 | JOB SEARCH & PLACEMENT | EMPLOYMENT AND TRAINING DEPARTMENT |
| DETROIT BOARD OF EDUCATION | 1569 | 2508003 | EZ-PUBLIC SERVICE | FINANCE DEPARTMENT |
| DETROIT BOARD OF EDUCATION | 1569 | 2516130 | DISABILITY SUPPORT TEAM | HUMAN SERVICES DEPARTMENT |
| DETROIT BOARD OF EDUCATION | 1569 | 2501369 | CAREER PREP PLANNING | EMPLOYMENT AND TRAINING DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2500796 | WINTER HOLDING & LIGHTING | ZOO |
| DETROIT BUILDING AUTHORITY | 9266 | 2510115 | DPD SECURITY SYSTEM UPGRADE | RECREATION DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2500859 | HUBER BUILDING RESTORE | RECREATION DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2513351 | | INFORMATION TECHNOLOGY SERVICES |
| DETROIT BUILDING AUTHORITY | 9266 | 2593193 | | POLICE DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2530203 | CENTER & SITE IMPROVE | RECREATION DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2526905 | FIRE DETECTION, ALARM & SUPRESSION | ZOO |
| DETROIT BUILDING AUTHORITY | 9266 | 2501859 | EASTERN MARKET RENOVATIONS | RECREATION DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2545275 | SECURITY SYSTEM UPGRADE | POLICE DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2503827 | CUSTOMER SERVICE CENTER | FINANCE DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2501051 | FIRESTATION RENOVATION PROGRAM | FIRE DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2636298 | | CIVIC CENTER DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2508408 | BUILDING RENOVATIONS | FINANCE DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2500748 | PARKING IMPROVEMENTS | ZOO |
| DETROIT BUILDING AUTHORITY | 9266 | 2540535 | | POLICE DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2502360 | | PLANNING AND DEVELOPMENT DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2630384 | | CIVIC CENTER DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2514346 | INFRASTRUCTURE IMPROVEMENTS | PLANNING AND DEVELOPMENT DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2516282 | FIRE SUPPRESSION AND DETECTION SYSTEM | CIVIC CENTER DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2501977 | ADAMS BUTZEL CENTER | RECREATION DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2506561 | COLEMAN A. YOUNG & ROBERTO CLEMENTE CENTERS IMPROVEMENTS | RECREATION DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2560470 | 2001-02 CAPITAL IMPROVEMENT PROGRAM | CIVIC CENTER DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| DETROIT BUILDING AUTHORITY | 9266 | 2500743 | BIRD & TIGER RENOVATION | ZOO |
| DETROIT BUILDING AUTHORITY | 9266 | 2691117 | | FIRE DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2506912 | | RECREATION DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2501579 | MCCABE FIELD HOUSE SITE IMPROVEMENTS | RECREATION DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2501961 | MADISON CTR IMPROVEMENTS | NO DEPARTMENT INDICATED |
| DETROIT BUILDING AUTHORITY | 9266 | 2653472 | | ZOO |
| DETROIT BUILDING AUTHORITY | 9266 | 2505570 | B.I. CANAL FICS CONTRACT# 073005 | FINANCE DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2594879 | | RECREATION DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2517916 | | HUMAN SERVICES DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2600472 | | FINANCE DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2544837 | PUBLIC IMPROVEMENTS AT WOODWARD | PLANNING AND DEVELOPMENT DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2654364 | | CIVIC CENTER DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2532375 | | RECREATION DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2505579 | | FINANCE DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2536241 | COBO CENTERS CAPITAL PROGRAM | CIVIC CENTER DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2619410 | | CIVIC CENTER DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2688656 | | FIRE DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2505726 | MINATURE RAILROAD RENOVATION | ZOO |
| DETROIT BUILDING AUTHORITY | 9266 | 2531292 | ARCHITECTURAL PROGRAMMING | POLICE DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2561933 | CAPITAL IMPROVEMENTS | CIVIC CENTER DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2517985 | | HISTORICAL |
| DETROIT BUILDING AUTHORITY | 9266 | 2638245 | | CIVIC CENTER DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2500762 | | RECREATION DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2545352 | | FINANCE DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2706199 | | POLICE DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2767791 | | CIVIC CENTER DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2630436 | | CIVIC CENTER DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2739330 | | CIVIC CENTER DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2726923 | | CIVIC CENTER DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2719133 | | CIVIC CENTER DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2630388 | | CIVIC CENTER DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2501957 | CAPITAL PROJECTS | HEALTH DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2697790 | | CIVIC CENTER DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2630408 | | CIVIC CENTER DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2626704 | | HISTORICAL |
| DETROIT BUILDING AUTHORITY | 9266 | 2675809 | | ZOO |
| DETROIT BUILDING AUTHORITY | 9266 | 2550346 | GROUND CARE PROJECT | RECREATION DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2675818 | | ZOO |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| DETROIT BUILDING AUTHORITY | 9266 | 2583964 | | RECREATION DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2627766 | | RECREATION DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2653471 | | ZOO |
| DETROIT BUILDING AUTHORITY | 9266 | 2710513 | | POLICE DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2651003 | | CIVIC CENTER DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2697809 | | CIVIC CENTER DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2560660 | DETENTION CENTERS/POLICE HEADQUARTERS | FINANCE DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2796726 | | AIRPORT DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2865303 | | DETROIT OFFICE OF HOMELAND SECURITY |
| DETROIT BUILDING AUTHORITY | 9266 | 2749361 | | PUBLIC LIGHTING DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2568320 | | RECREATION DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2510335 | RENOVATION AT PRECINCTS 2, 5, 7, & 11 | POLICE DEPARTMENT |
| DETROIT BUILDING AUTHORITY | 9266 | 2510162 | | POLICE DEPARTMENT |
| DETROIT CATHOLIC PASTORAL | 18185 | 2855625 | | PLANNING AND DEVELOPMENT DEPARTMENT |
| DETROIT CATHOLIC PASTORAL | 18185 | 2778107 | | PLANNING AND DEVELOPMENT DEPARTMENT |
| DETROIT CATHOLIC PASTORAL | 18185 | 2554997 | NEW CONTRACT SET-UP | PLANNING AND DEVELOPMENT DEPARTMENT |
| DETROIT CENTRAL CITY COMMUNITY | 17253 | 2501790 | PUBLIC FACILITY REHAB | NO DEPARTMENT INDICATED |
| DETROIT DISCOUNT DISTRIBUTORS INC | 1027457 | 2526361 | EMERGENCY FOOD | HUMAN SERVICES DEPARTMENT |
| DETROIT EAST COMMUNITY MENTAL | 1005394 | 2663209 | | DEPARTMENT OF TRANSPORTATION |
| DETROIT EAST COMMUNITY MENTAL | 1005394 | 2719895 | | DEPARTMENT OF TRANSPORTATION |
| DETROIT EAST INC | 13771 | 2520517 | TRANSITIONAL HOUSING | HUMAN SERVICES DEPARTMENT |
| DETROIT ECONOMIC GROWTH CORPORATION | 7662 | 2515604 | PROFESSIONAL ECONOMIC DEVELOPMENT | PLANNING AND DEVELOPMENT DEPARTMENT |
| DETROIT ECONOMIC GROWTH CORPORATION | 7662 | 2784670 | ECONOMIC DEVELOPMENT SERVICES | PLANNING AND DEVELOPMENT DEPARTMENT |
| DETROIT ECONOMIC GROWTH CORPORATION | 7662 | 2753574 | | PLANNING AND DEVELOPMENT DEPARTMENT |
| DETROIT ECONOMIC GROWTH CORPORATION | 7662 | 2809284 | | PLANNING AND DEVELOPMENT DEPARTMENT |
| DETROIT ECONOMIC GROWTH CORPORATION | 7662 | 2725283 | | PLANNING AND DEVELOPMENT DEPARTMENT |
| DETROIT EDISON COMPANY | 5636 | 2501179 | | NO DEPARTMENT INDICATED |
| DETROIT ELECTRICAL SERVICES LLC | 1059639 | 2676228 | | WATER DEPARTMENT |
| DETROIT ENTREPRENEURSHIP INST | 1036516 | 2562737 | SELF EMPLOYMENT INITIATIVE | WORKFORCE DEVELOPMENT DEPARTMENT |
| DETROIT ENTREPRENEURSHIP INST | 1036516 | 2507446 | P&DD/PS FICS CONTRACT #75285 | FINANCE DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| DETROIT GENERAL RETIREMENT SYSTEM SERVICE CORPORATION | - | - | GRS SERVICE CONTRACT 2005, DATED MAY 25, 2005, BY AND BETWEEN THE CITY AND THE DETROIT GENERAL RETIREMENT SYSTEM SERVICE CORPORATION | NO DEPARTMENT INDICATED |
| DETROIT GENERAL RETIREMENT SYSTEM SERVICE CORPORATION | - | - | GRS SERVICE CONTRACT 2006, DATED JUNE 7, 2006, BY AND BETWEEN THE CITY AND THE DETROIT GENERAL RETIREMENT SYSTEM SERVICE CORPORATION, AS THEREAFTER AMENDED | NO DEPARTMENT INDICATED |
| DETROIT HISPANIC | 20401 | 2564466 | JOB SEARCH AND PLACEMENT | EMPLOYMENT AND TRAINING DEPARTMENT |
| DETROIT HOUSING COMMISSION | 1033965 | 2801908 | FUNDING AGREEMENT | DEPARTMENT OF PUBLIC WORKS |
| DETROIT HOUSING COMMISSION | 1033965 | 2833063 | FUNDING AGREEMENT | DEPARTMENT OF PUBLIC WORKS |
| DETROIT HOUSING COMMISSION | 1033965 | 2669571 | | HOUSING DEPARTMENT |
| DETROIT LIGHT HOUSE PROGRAM | 1001492 | 2501736 | MEDICAID SUBSTANCE ABUSE | HEALTH DEPARTMENT |
| DETROIT LIGHT HOUSE PROGRAM | 1001492 | 2515558 | SUBSTANCE ABUSE FYE 9/99 | HEALTH DEPARTMENT |
| DETROIT MEDICAL CENTER | 20097 | 2501916 | MEDICAL SERVICES | NO DEPARTMENT INDICATED |
| DETROIT METRO CONVENTION | 1027508 | 2615728 | | CIVIC CENTER DEPARTMENT |
| DETROIT NEIGHBORHOOD & FAMILY INITIATIVE | 1018914 | 2520602 | EMPOWERMENT ZONE - PUBLIC SERVICE | PLANNING AND DEVELOPMENT DEPARTMENT |
| DETROIT NEIGHBORHOOD DEVELOPMENT CORP | 1035571 | 2539512 | NEIGHBORHOOD REVITALIZATION | PLANNING AND DEVELOPMENT DEPARTMENT |
| DETROIT NONPROFIT HOUSING CORPORATION | 10641 | 2514457 | NOF PUBLIC SERVICE CONTRACT | FINANCE DEPARTMENT |
| DETROIT POLICE AND FIRE RETIREMENT SYSTEM SERVICE CORPORATION | - | - | PFRS SERVICE CONTRACT 2005, DATED MAY 25, 2005, BY AND BETWEEN THE CITY AND THE DETROIT POLICE AND FIRE RETIREMENT SYSTEM SERVICE CORPORATION | NO DEPARTMENT INDICATED |
| DETROIT POLICE AND FIRE RETIREMENT SYSTEM SERVICE CORPORATION | - | - | PFRS SERVICE CONTRACT 2006, DATED JUNE 7, 2006, BY AND BETWEEN THE CITY AND THE DETROIT POLICE AND FIRE RETIREMENT SYSTEM SERVICE CORPORATION, AS THEREAFTER AMENDED | NO DEPARTMENT INDICATED |
| DETROIT PUBLIC SCHOOLS | 1835 | 2587295 | | HUMAN SERVICES DEPARTMENT |
| DETROIT PUBLIC SCHOOLS | 1835 | 2557062 | 2001-2002 HEAD START CONTRACT | HUMAN SERVICES DEPARTMENT |
| DETROIT PUBLIC SCHOOLS | 1835 | 2532505 | HEAD START PROGRAM | HUMAN SERVICES DEPARTMENT |
| DETROIT PUBLIC SCHOOLS | 1835 | 2617076 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| DETROIT PUBLIC SCHOOLS | 1835 | 2657665 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| DETROIT PUBLIC SCHOOLS | 1835 | 2663934 | | WORKFORCE DEVELOPMENT DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| DETROIT PUBLIC SCHOOLS | 1835 | 2571396 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| DETROIT PUBLIC SCHOOLS | 1835 | 2512549 | HEAD START SERVICES | HUMAN SERVICES DEPARTMENT |
| DETROIT PUBLIC SCHOOLS | 1835 | 2771471 | | HUMAN SERVICES DEPARTMENT |
| DETROIT PUBLIC SCHOOLS | 1835 | 2767770 | | HUMAN SERVICES DEPARTMENT |
| DETROIT RESCUE MISSION MINISTRIES | 14618 | 2502297 | PERMANENT SHELTER & SUPPORT | HEALTH DEPARTMENT |
| DETROIT RESCUE MISSION MINISTRIES | 14618 | 2560689 | SUPPORTIVE SERVICES | HUMAN SERVICES DEPARTMENT |
| DETROIT RESCUE MISSION MINISTRIES | 14618 | 2619840 | | HUMAN SERVICES DEPARTMENT |
| DETROIT RESCUE MISSION MINISTRIES | 14618 | 2548291 | TRANSITIONAL HOUSING (FICS #076950) | FINANCE DEPARTMENT |
| DETROIT RESCUE MISSION MINISTRIES | 14618 | 2501406 | SHELTER FOR THE HOMELESS (FICS #079045) | HUMAN SERVICES DEPARTMENT |
| DETROIT RESCUE MISSION MINISTRIES | 14618 | 2559511 | CASE MANAGEMENT AND COUNSELING | HUMAN SERVICES DEPARTMENT |
| DETROIT RESCUE MISSION MINISTRIES | 14618 | 2588816 | | HUMAN SERVICES DEPARTMENT |
| DETROIT RESCUE MISSION MINISTRIES | 14618 | 2751508 | | HUMAN SERVICES DEPARTMENT |
| DETROIT RESCUE MISSION MINISTRIES | 14618 | 2774007 | | HUMAN SERVICES DEPARTMENT |
| DETROIT SNAP INC | 19532 | 2501606 | PUBLIC SERVICE | NO DEPARTMENT INDICATED |
| DETROIT SPECTRUM PAINTERS INC | 11290 | 2785384 | EASTERN MARKET RENOVATIONS | RECREATION DEPARTMENT |
| DETROIT TIGERS BASEBALL CLUB | 1036628 | 2575026 | | PLANNING AND DEVELOPMENT DEPARTMENT |
| DETROIT TRANSPORTATION CORP DN2 | 14896 | 2624573 | | DEPARTMENT OF TRANSPORTATION |
| DETROIT URBAN LEAGUE | 1587 | 2518492 | DHS EMERGENCY NEED SERVICES PROGRAM | HUMAN SERVICES DEPARTMENT |
| DETROIT URBAN LEAGUE | 1587 | 2504264 | CAREER DEVELOPMENT TRAINING | HUMAN SERVICES DEPARTMENT |
| DETROIT URBAN LEAGUE | 1587 | 2620591 | | HUMAN SERVICES DEPARTMENT |
| DETROIT URBAN LEAGUE | 1587 | 2575580 | | HUMAN SERVICES DEPARTMENT |
| DETROIT URBAN LEAGUE | 1587 | 2563476 | WAGES AND MILEAGE WEATHERIZATION WORKERS | HUMAN SERVICES DEPARTMENT |
| DETROIT URBAN LEAGUE | 1587 | 2515009 | WEATHERIZATION SPECIALIST | HUMAN SERVICES DEPARTMENT |
| DETROIT URBAN LEAGUE | 1587 | 2512778 | WEATHERIZAITON INSPECTORS | HUMAN SERVICES DEPARTMENT |
| DETROIT URBAN LEAGUE | 1587 | 2672024 | | HUMAN SERVICES DEPARTMENT |
| DETROIT URBAN LEAGUE | 1587 | 2608694 | | HUMAN SERVICES DEPARTMENT |
| DETROIT URBAN LEAGUE | 1587 | 2557533 | JOB READINESS TRAINING | HUMAN SERVICES DEPARTMENT |
| DETROIT URBAN LEAGUE | 1587 | 2557619 | EMERGENCY NEEDS PROGRAM | HUMAN SERVICES DEPARTMENT |
| DETROIT URBAN LEAGUE | 1587 | 2533037 | CAREER DEVELOPMENT PROGRAM | HUMAN SERVICES DEPARTMENT |
| DETROIT URBAN LEAGUE | 1587 | 2620874 | | HUMAN SERVICES DEPARTMENT |
| DETROIT URBAN LEAGUE | 1587 | 2535487 | EMERGENCY NEEDS PROGRAM. | HUMAN SERVICES DEPARTMENT |
| DETROIT URBAN LEAGUE | 1587 | 2518497 | PROVIDE COMPUTER SKILS TRAINING | HUMAN SERVICES DEPARTMENT |
| DETROIT URBAN LEAGUE | 1587 | 2588385 | | HUMAN SERVICES DEPARTMENT |
| DETROIT URBAN LEAGUE | 1587 | 2804820 | | HUMAN SERVICES DEPARTMENT |
| DETROIT URBAN LEAGUE | 1587 | 2775162 | | HUMAN SERVICES DEPARTMENT |
| DETROIT WAYNE JOINT BUILDING AUTHORITY | 19336 | 2693328 | | BUDGET DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| DETROIT WAYNE JOINT BUILDING AUTHORITY | 19336 | 2825805 | | BUDGET DEPARTMENT |
| DETROIT WAYNE JOINT BUILDING AUTHORITY | 19336 | 2738647 | | BUDGET DEPARTMENT |
| DETROIT WAYNE JOINT BUILDING AUTHORITY | 19336 | 2770051 | | BUDGET DEPARTMENT |
| DETROIT WAYNE JOINT BUILDING AUTHORITY | 19336 | 2714701 | | BUDGET DEPARTMENT |
| DDETROIT WAYNE JOINT BUILDING AUTHORITY | 19336 | 2800319 | | BUDGET DEPARTMENT |
| DETROIT WAYNE PORT AUTHORITY | 10780 | 2501783 | | NON-DEPARTMENTAL |
| DETROIT WORKFORCE NETWORK INC | 1071709 | 2623415 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| DEVELOPMENT CENTER INC | 16686 | 2563727 | JOB SEARCH AND PLACEMENT | EMPLOYMENT AND TRAINING DEPARTMENT |
| DEVELOPMENT CENTER INC | 16686 | 2597991 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| DEVELOPMENT CENTER INC | 16686 | 2627616 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| DEVELOPMENT CENTER INC | 16686 | 2658738 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| DEVELOPMENT CENTER INC | 16686 | 2778452 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| DEVELOPMENT CENTER INC | 16686 | 2725743 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| DEVELOPMENT CENTER INC | 16686 | 2806231 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| DFT SECURITY TEAM JV | 1081574 | 2658119 | | WATER DEPARTMENT |
| DICKINSON WRIGHT MOON VANDUSEN PLLC | 7769 | 2504635 | NEAL/WHITFIELD V ARCHER/JAMES | LAW DEPARTMENT |
| DICKINSON WRIGHT MOON VANDUSEN PLLC | 7769 | 2501914 | LEGAL SERVICES | NO DEPARTMENT INDICATED |
| DICKINSON WRIGHT MOON VANDUSEN PLLC | 7769 | 2502116 | LEGAL SERVICES:  JOAN GHOGIAN V CITY | LAW DEPARTMENT |
| DICKINSON WRIGHT MOON VANDUSEN PLLC | 7769 | 2500792 | LEGAL SERVICES | LAW DEPARTMENT |
| DICKINSON WRIGHT MOON VANDUSEN PLLC | 7769 | 2501982 | LEGAL SERVICES | NO DEPARTMENT INDICATED |
| DICKINSON WRIGHT MOON VANDUSEN PLLC | 7769 | 2502108 | NORDE JAMES V CHIEF ISIAH MCKINNON | LAW DEPARTMENT |
| DICKINSON WRIGHT MOON VANDUSEN PLLC | 7769 | 2504874 | LEGAL SERVICES:  CHILDS V CITY | LAW DEPARTMENT |
| DICKINSON WRIGHT MOON VANDUSEN PLLC | 7769 | 2502115 | LEGAL SERVICES:  TAMARA HARMON V CITY | LAW DEPARTMENT |
| DICKINSON WRIGHT MOON VANDUSEN PLLC | 7769 | 2502105 | NAOMI CONAWAY V CITY OF DETROIT | LAW DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| DICKINSON WRIGHT PLLC | 1023465 | 2522227 | ANALYSIS OF PA 374; ARCHER V STATE | LAW DEPARTMENT |
| DICKINSON WRIGHT PLLC | 1023465 | 2553236 | LEGAL SERVICES | LAW DEPARTMENT |
| DICKINSON WRIGHT PLLC | 1023465 | 2534973 | TIGER STADIUM MGMT AGREEMENT | LAW DEPARTMENT |
| DICKINSON WRIGHT PLLC | 1023465 | 2546606 | LEGAL SERVICES | LAW DEPARTMENT |
| DICKINSON WRIGHT PLLC | 1023465 | 2543718 | LEGAL SERVICES | LAW DEPARTMENT |
| DICKINSON WRIGHT PLLC | 1023465 | 2803153 | LEGAL SERVICES | LAW DEPARTMENT |
| DICKINSON WRIGHT PLLC | 1023465 | 2765485 | LEGAL SERVICES | LAW DEPARTMENT |
| DICKINSON WRIGHT PLLC | 1023465 | 2781254 | LEGAL SERVICES | LAW DEPARTMENT |
| DIVERSIFIED EDUCATIONAL SERVICE INC | 18910 | 2561519 | WORK FIRST/WELFARE TO WORK | EMPLOYMENT AND TRAINING DEPARTMENT |
| DIVERSIFIED EDUCATIONAL SERVICE INC | 18910 | 2734876 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| DOGWOOD BROOKSIDE NEIGHBORHOODS | 1103646 | 2781555 | SIDEWALKS, CURBS, AND APPROACHES | PLANNING AND DEVELOPMENT DEPARTMENT |
| DOMBROWSKI, ROBERT | 20565 | 2501542 | UNIFORM RELOCATION ASSTISTANCE | LAW DEPARTMENT |
| DON BOSCO HALL | 20026 | 2501185 | | NO DEPARTMENT INDICATED |
| DON BOSCO HALL | 20026 | 2595057 | | RECREATION DEPARTMENT |
| DON BOSCO HALL | 20026 | 2622063 | | RECREATION DEPARTMENT |
| DON BOSCO HALL | 20026 | 2778547 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| DON BOSCO HALL | 20026 | 2801085 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| DOPAR SUPPORT SYSTEMS INC | 21284 | 2713282 | | INFORMATION TECHNOLOGY SERVICES |
| DOWNTOWN DEVELOPMENT AUTHORITY | 17716 | 2770230 | LOWER WOODWARD IMPROVEMENT | DEPARTMENT OF PUBLIC WORKS |
| DOWNTOWN DEVELOPMENT AUTHORITY | 17716 | 2563708 | EQUIPMENT INSTALLLATION | PUBLIC LIGHTING DEPARTMENT |
| DTWR LLC C/O FARBMAN GROUP | 1066425 | 2604131 | | FINANCE DEPARTMENT |
| DTWR LLC C/O FARBMAN GROUP | 1066425 | 2770218 | | BUDGET DEPARTMENT |
| DTWR LLC C/O FARBMAN GROUP | 1066425 | 2738724 | | BUDGET DEPARTMENT |
| DUREN & ASSOCIATES | 20479 | 2658590 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| DYKEMA GOSSETT PLLC | 22091 | 2517349 | WASHINGTON, D.C. LEGISLATIVE SERVICES | LAW DEPARTMENT |
| DYKEMA GOSSETT PLLC | 22091 | 2518125 | U.S. DEPT OF JUSTICE DOT INVESTIGATION | LAW DEPARTMENT |
| DYKEMA GOSSETT PLLC | 22091 | 2537039 | ANDRE YOUNG A/K/A DR. DRE V CITY | LAW DEPARTMENT |
| DYKEMA GOSSETT PLLC | 22091 | 2537005 | WASHINGTON D.C. LIAISON | LAW DEPARTMENT |
| DYKEMA GOSSETT PLLC | 22091 | 2501222 | | PLANNING AND DEVELOPMENT DEPARTMENT |
| DYKEMA GOSSETT PLLC | 22091 | 2561984 | LEGAL SERVICES | LAW DEPARTMENT |
| DYKEMA GOSSETT PLLC | 22091 | 2501872 | LEGAL SERVICES | LAW DEPARTMENT |
| DYKEMA GOSSETT PLLC | 22091 | 2550459 | EUGENE BROWN V CITY | LAW DEPARTMENT |
| DYNALECTRIC | 1103998 | 2765307 | CLOSED CIRCUIT TELEVISION FOR DOT | DEPARTMENT OF TRANSPORTATION |
| E L S CONSTRUCTION | 1098327 | 2785558 | EASTERN MARKET SHED NO. 3 RENOVATIONS | RECREATION DEPARTMENT |
| EARTH TECH INC | 20544 | 2500983 | BELT FILTER PRESSES | SEWERAGE DEPARTMENT |
| EARTH TECH INC | 20544 | 2502192 | CASINO SITE APPRAISALS | LAW DEPARTMENT |
| EARTH TECH INC | 20544 | 2510034 | ENVIRONMENTAL REAL ESTATE-FICS #71021 | FINANCE DEPARTMENT |
| EASTERN OIL CO. | - | 2809177 | LUBRICANT OIL | GENERAL SERVICES DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| EASTSIDE COMMUNITY RESOURCE | 1018050 | 2538974 | JOB ACCESS REVERSE COMMUTE | EMPLOYMENT AND TRAINING DEPARTMENT |
| EASTSIDE EMERGENCY CTR | 16519 | 2502205 | TRANSITIONAL HOUSING | HUMAN SERVICES DEPARTMENT |
| EASTSIDE EMERGENCY CTR | 16519 | 2532107 | TRANSITIONAL HOUSING | HUMAN SERVICES DEPARTMENT |
| EASTSIDE EMERGENCY CTR | 16519 | 2543569 | EMERGENCY SHELTER | HUMAN SERVICES DEPARTMENT |
| EASTWOOD CLINICS CORP OFFICE | 1000451 | 2501528 | MEDICAID SUBSTANCE ABUSE | NO DEPARTMENT INDICATED |
| EASTWOOD CLINICS CORP OFFICE | 1000451 | 2501826 | SUBSTANCE ABUSE COORDINATION AGENCY | HEALTH DEPARTMENT |
| EBI DETROIT | 1000452 | 2517413 | WW-529 SCREEN HOUSE REHABILITATION | WATER DEPARTMENT |
| ECONOMIC DEVELOPMENT CORPORATION | 1000454 | 2515748 | PROFESSIONAL ECONOMIC DEVELOPMENT | PLANNING AND DEVELOPMENT DEPARTMENT |
| ECONOMIC DEVELOPMENT CORPORATION | 1000454 | 2764614 | FOX CREEK INFRASTRUCTURE PROJECT | DEPARTMENT OF PUBLIC WORKS |
| ECONOMIC DEVELOPMENT CORPORATION | 1000454 | 2818723 | EAST RIVERFRONT IMPROVEMENT PROJECT | DEPARTMENT OF PUBLIC WORKS |
| ECONOMIC DEVELOPMENT CORPORATION | 1000454 | 2641018 | | PLANNING AND DEVELOPMENT DEPARTMENT |
| ECONOMIC DEVELOPMENT CORPORATION | 1000454 | 2784665 | | PLANNING AND DEVELOPMENT DEPARTMENT |
| ECONOMIC DEVELOPMENT CORPORATION | 1000454 | 2753580 | | PLANNING AND DEVELOPMENT DEPARTMENT |
| ECONOMIC DEVELOPMENT CORPORATION | 1000454 | 2809038 | ECONOMIC DEVELOPMENT SERVICES | PLANNING AND DEVELOPMENT DEPARTMENT |
| EDUCATIONAL DATA SYSTEMS INC | 20423 | 2724428 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| EDUCATIONAL DATA SYSTEMS INC | 1055746 | 2806233 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| EDUCATIONAL DATA SYSTEMS INC | 1055746 | 2778455 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| EDWARD C GEORGE | 9826 | 2502379 | | HUMAN SERVICES DEPARTMENT |
| EDWARD C LEVY CO DBA PLANT MAINTENANCE | 1020737 | 2502151 | BITUMINOUS SURFACE REMOVAL | DEPARTMENT OF PUBLIC WORKS |
| EJH CONSTRUCTION | 1020562 | 2808924 | | HUMAN SERVICES DEPARTMENT |
| ELEVATOR TECHNOLOGY | 1000471 | 2500082 | ELEVATOR MAINTENANCE SERVICE | GENERAL SERVICES DEPARTMENT |
| ELMHURST HOME INC | 10998 | 2501829 | SUBSTANCE ABUSE COORDINATION AGENCY | HEALTH DEPARTMENT |
| ELMHURST HOME INC | 10998 | 2501729 | MEDICAID SUBSTANCE ABUSE | HEALTH DEPARTMENT |
| EMERSON PROCESS MANAGEMENT POWER | 1016248 | 2847526 | GAS TURBINE UPGRADE AND REPAIR | PUBLIC LIGHTING DEPARTMENT |
| EMPCO INC | 1118906 | 2878252 | | MAYOR'S OFFICE |
| EMPOWERMENT ZONE DEVELOPMENT CORP | 19637 | 2513278 | ADMINISTRATIVE ACTIVITY | PLANNING AND DEVELOPMENT DEPARTMENT |
| EMPOWERMENT ZONE DEVELOPMENT CORP | 19637 | 2529275 | EMPOWERMENT ZONE - PUBLIC SERVICES | PLANNING AND DEVELOPMENT DEPARTMENT |
| EMPRESA | 1099489 | 2776404 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| ENERGY GROUP INC | 1017472 | 2509158 | FICS CONTRACT 076115 - TREE TRIMMING | PUBLIC LIGHTING DEPARTMENT |
| ENGINE SUPPLY OF NOVI | 1994 | 2505264 | PARTS COMPLETE ENGINES (M80372) | FINANCE DEPARTMENT |
| ENOTA INC | 1092130 | 2717072 | | POLICE DEPARTMENT |
| ENTECH PERSONNEL SERVICES INC | 1000768 | 2544596 | CLERICAL ASSISTANCE | CITY CLERK |
| ENVIRONMENTAL CONSULTING & TECHNOLOGY | 1106148 | 2551431 | ENVIRONMENTAL SVCS/GREATER RIVERFRONT | PLANNING AND DEVELOPMENT DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| ENVIRONMENTAL TESTING & CONSULTING INC | 1003675 | 2502196 | ABATEMENT OF ASBESTOS | DEPARTMENT OF PUBLIC WORKS |
| EPITEC GROUP INC | 1045979 | 2556386 | PROFESSIONAL SERVICES CONTRACT | INFORMATION TECHNOLOGY SERVICES |
| EPITEC GROUP INC | 1045979 | 2573836 | | NON-DEPARTMENTAL |
| EPITEC GROUP INC | 1045979 | 2620773 | | NON-DEPARTMENTAL |
| ESTHER LYNISE BRYANT | 1019604 | 2508103 | IUOE/GIBSON V CITY | LAW DEPARTMENT |
| EVANS GROUP | 1019232 | 2515534 | JOSEPHINE MILLS V CITY | LAW DEPARTMENT |
| EVEREST SOLUTIONS LLC | 1000830 | 2503912 | CONVERSION OF YEAR 2000 | FINANCE DEPARTMENT |
| EVO ACCOUNTING & FINANCIAL SERVICES | 1070752 | 2761823 | | FINANCE DEPARTMENT |
| FAMILY SERVICE INC | 4010 | 2541124 | CASE MANAGMENT/COUNSELING SERVICES | HUMAN SERVICES DEPARTMENT |
| FAMILY SERVICE INC | 4010 | 2508864 | P&DD PUBLIC SERVICE | FINANCE DEPARTMENT |
| FAMILY SERVICE INC | 4010 | 2559513 | ASE MANAGEMENT AND COUNSELING | HUMAN SERVICES DEPARTMENT |
| FAMILY SERVICE INC | 4010 | 2597464 | | FINANCE DEPARTMENT |
| FAMILY SERVICE INC | 4010 | 2620491 | | HUMAN SERVICES DEPARTMENT |
| FAMILY SERVICE INC | 4010 | 2588790 | | HUMAN SERVICES DEPARTMENT |
| FAMILY SERVICE INC | 4010 | 2773997 | | HUMAN SERVICES DEPARTMENT |
| FAMILY SERVICE INC | 4010 | 2751502 | | HUMAN SERVICES DEPARTMENT |
| FARBMAN DEVELOPMENT GROUP INC | 1052543 | 2574590 | | PLANNING AND DEVELOPMENT DEPARTMENT |
| FELIX J LIDDELL MD | 9742 | 2619048 | | HUMAN SERVICES DEPARTMENT |
| FELIX J LIDDELL MD | 9742 | 2771950 | | HUMAN SERVICES DEPARTMENT |
| FEMI TALABI & ASSOCIATES IINC | 1025786 | 2693989 | | PLANNING AND DEVELOPMENT DEPARTMENT |
| FERGUSON ENTERPRISES INC | 1002829 | 2762820 | WATER SYSTEM IMPROVEMENTS | WATER DEPARTMENT |
| FERGUSON ENTERPRISES INC | 1002829 | 2708886 | | RECREATION DEPARTMENT |
| FIRST AMERICAN EQUITY LOAN SERVICES INC | 1053418 | 2572513 | | LAW DEPARTMENT |
| FIRST TEE OF DETROIT | 1106838 | 2509532 | JUNIOR GOLF PROGRAM | RECREATION DEPARTMENT |
| FLORISE E NEVILLE EWELL | 18953 | 2511634 | LAW DEPARTMENT CONTRACTS SECTION | FINANCE DEPARTMENT |
| FOCUS HOPE | 20156 | 2595470 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| FOCUS HOPE | 20156 | 2517834 | MACHINIST TRAINING | EMPLOYMENT AND TRAINING DEPARTMENT |
| FOCUS HOPE | 20156 | 2782889 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| FOLIA INDUSTRIES INC | 1078969 | 2647895 | | RECREATION DEPARTMENT |
| FORBES MANAGEMENT INC | 13713 | 2500738 | 8TH FL 2111 WOODWARD | NO DEPARTMENT INDICATED |
| FORBES MANAGEMENT INC | 13713 | 2500736 | | NO DEPARTMENT INDICATED |
| FORENSIC EXAMINATION SERVICE | 19765 | 2511601 | ESTATE OF CARA BELL JONES | LAW DEPARTMENT |
| FORT WAYNE CONSTRUCTION INC | 1002341 | 2508445 | EMER. REPAIR OF STORM DAMAGED SIDEWALKS | DEPARTMENT OF PUBLIC WORKS |
| FOUNDATION FOR BEHAVIORAL RESOURCES | 1001251 | 2562165 | WORK FIRST & WTW | EMPLOYMENT AND TRAINING DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| FOUNDATION FOR BEHAVIORAL RESOURCES | 1001251 | 2629097 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| FOUNDATION FOR BEHAVIORAL RESOURCES | 1001251 | 2778457 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| FRANCES GREENEBAUM | 15339 | 2500958 | | HUMAN SERVICES DEPARTMENT |
| FRANCES GREENEBAUM | 15339 | 2500968 | | HUMAN SERVICES DEPARTMENT |
| FRANCES S GREENEBAUM | 1001353 | 2663660 | | HUMAN SERVICES DEPARTMENT |
| FRANKLIN WRIGHT SETTLEMENTS INC | 1001261 | 2557088 | 2001-2002 EARLY HEAD START CONTRACT | HUMAN SERVICES DEPARTMENT |
| FRANKLIN WRIGHT SETTLEMENTS INC | 1001261 | 2532391 | EARLY HEAD START 2000-2001 | FINANCE DEPARTMENT |
| FRANKLIN WRIGHT SETTLEMENTS INC | 1001261 | 2512564 | HEAD START SERVICES | HUMAN SERVICES DEPARTMENT |
| FRANKLIN WRIGHT SETTLEMENTS INC | 1001261 | 2501500 | PUBLIC FACILITY REHAB | NO DEPARTMENT INDICATED |
| FREEDOM HOUSE | 19860 | 2551708 | EMERGENCY SHELTER | HUMAN SERVICES DEPARTMENT |
| G4S SECURE SOLUTIONS USA, INC. | 1116038 | 2741015 | SECURITY SERVICES | GENERAL SERVICES DEPARTMENT |
| GARAN LUCOW MILLER PC | 1007550 | 2525486 | ELIZABETH HURD, ET AL V CITY OF DETROIT | LAW DEPARTMENT |
| GARAN LUCOW MILLER PC | 1007550 | 2540460 | LEGAL SERVICES | LAW DEPARTMENT |
| GARAN LUCOW MILLER PC | 1007550 | 2505197 | JOHNSON V JECZEN, ET AL | LAW DEPARTMENT |
| GARAN LUCOW MILLER PC | 1007550 | 2502158 | LEGAL SERVICES: TROMEUR V ADKINS | LAW DEPARTMENT |
| GARAN LUCOW MILLER PC | 1007550 | 2505077 | LEGAL SERVICES | LAW DEPARTMENT |
| GARAN LUCOW MILLER PC | 1007550 | 2574321 | | LAW DEPARTMENT |
| GARAN LUCOW MILLER PC | 1007550 | 2505187 | LEGAL SERVICES: BERNICE MARTIN V CITY | FINANCE DEPARTMENT |
| GENESIS ENERGY SOLUTIONS LLC | 1059170 | 2623273 | | PUBLIC LIGHTING DEPARTMENT |
| GENESIS ENERGY SOLUTIONS LLC | 1059170 | 2630629 | | PUBLIC LIGHTING DEPARTMENT |
| GENESIS ENERGY SOLUTIONS LLC | 1059170 | 2623274 | | PUBLIC LIGHTING DEPARTMENT |
| GENESIS ENERGY SOLUTIONS LLC | 1059170 | 2625340 | | PUBLIC LIGHTING DEPARTMENT |
| GEORGE E SANSOUCY P E LLC | 1034071 | 2537262 | PROFESSIONAL SERVICES: APPRAISALS | LAW DEPARTMENT |
| GEORGE JOHNSON & COMPANY | 1826 | 2754359 | | HUMAN SERVICES DEPARTMENT |
| GERALD K EVELYN | 1102554 | 2765473 | LEGAL SERVICES | LAW DEPARTMENT |
| GERALD K EVELYN | 1102554 | 2765475 | LEGAL SERVICES | LAW DEPARTMENT |
| GHAFARI ASSOCIATES LLC | 16840 | 2500978 | ADAMS ROAD IMPROVEMENTS | NO DEPARTMENT INDICATED |
| GHAFARI ASSOCIATES LLC | 16840 | 2520892 | ELECTRICAL SERVICES AT 2633 MICHIGAN AVE. | DEPARTMENT OF PUBLIC WORKS |
| GIORGI CONCRETE LLC | 1010405 | 2764704 | REPAIR OF WATER SYSTEM | WATER DEPARTMENT |
| GIRL SCOUTS OF METRO DETROIT | 7539 | 2588820 | | HUMAN SERVICES DEPARTMENT |
| GIRL SCOUTS OF METRO DETROIT | 7539 | 2775160 | | HUMAN SERVICES DEPARTMENT |
| GIS DATA RESOURCES INC | 1087473 | 2696020 | | POLICE DEPARTMENT |
| GLEANERS COMMUNITY FOOD BANK 1 | 16611 | 2775453 | | HUMAN SERVICES DEPARTMENT |
| GLEANERS COMMUNITY FOOD BANK 1 | 16611 | 2803612 | | HUMAN SERVICES DEPARTMENT |
| GLEANERS COMMUNITY FOOD BANK 1 | 16611 | 2778130 | | HUMAN SERVICES DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| GLEANERS COMMUNITY FOOD BANK 1 | 16611 | 2746566 | | HUMAN SERVICES DEPARTMENT |
| GLEN OLIVACHE CPA PC | 1001562 | 2507371 | | FINANCE DEPARTMENT |
| GLOBEWIDE FAVOR CONSTRUCTION CO LLC | 1085092 | 2808926 | | HUMAN SERVICES DEPARTMENT |
| GLOBEWIDE FAVOR CONSTRUCTION CO LLC | 1085092 | 2793406 | | HUMAN SERVICES DEPARTMENT |
| GODFREY J DILLARD ESQ | 1103303 | 2779417 | | LAW DEPARTMENT |
| GOODMAN & HURWITZ PC | 1101745 | 2760433 | SPECIAL COUNSEL | CITY COUNCIL |
| GOODMAN MUSCAT INC | 1015305 | 2509737 | ORGANIZATIONAL ASSESSMENT | ENVIRONMENTAL AFFAIRS DEPARTMENT |
| GOODWILL INDUSTRIES OF GREATER DETROIT | 14999 | 2563438 | WORKFIRST/WTW JS/JR | EMPLOYMENT AND TRAINING DEPARTMENT |
| GOODWILL INDUSTRIES OF GREATER DETROIT | 14999 | 2559919 | FOOD STAMPS | EMPLOYMENT AND TRAINING DEPARTMENT |
| GOODWILL INDUSTRIES OF GREATER DETROIT | 14999 | 2539285 | WORKFIRST JS/JP 10/01/00-9/30/01 | EMPLOYMENT AND TRAINING DEPARTMENT |
| GOODWILL INDUSTRIES OF GREATER DETROIT | 14999 | 2628317 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| GOODWILL INDUSTRIES OF GREATER DETROIT | 14999 | 2797757 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| GOODWILL INDUSTRIES OF GREATER DETROIT | 14999 | 2736042 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| GOODWILL INDUSTRIES OF GREATER DETROIT | 14999 | 2782892 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| GOODWILL INDUSTRIES OF GREATER DETROIT | 14999 | 2761556 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| GOODWILL INDUSTRIES OF GREATER DETROIT | 14999 | 2740308 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| GOODWILL INDUSTRIES OF GREATER DETROIT | 14999 | 2770617 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| GOODWILL INDUSTRIES OF GREATER DETROIT | 14999 | 2770613 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| GRAY & GRAY PRODUCTIONS | 18090 | 2594537 | | RECREATION DEPARTMENT |
| GREAT LAKES CENTER FOR INDEPENDENT LIVING | 19673 | 2501926 | PUBLIC SERVICE | PLANNING AND DEVELOPMENT DEPARTMENT |
| GREATER DETROIT COMMUNITY OUTREACH CENTER INC | 19466 | 2501509 | PUBLIC FACILITY REHAB | NO DEPARTMENT INDICATED |
| GREEN GREEN ADAMS PALMER & CRAIG PC | 1014038 | 2508762 | LEGAL SERVICES | CITY COUNCIL |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| GREGORY TERRELL & COMPANY | 14501 | 2506562 | AUDIT | HUMAN SERVICES DEPARTMENT |
| GRIER & COPELAND PC | 11779 | 2527604 | LEGAL SERVICES | LAW DEPARTMENT |
| GRIER & COPELAND PC | 11779 | 2546243 | SANDRA MILLER V EUGENE BROWN, ET AL | LAW DEPARTMENT |
| GRIER & COPELAND PC | 11779 | 2502429 | CHISHOLM, ET AL V CITY | LAW DEPARTMENT |
| GRIER & COPELAND PC | 11779 | 2550395 | LEGAL SERVICES | LAW DEPARTMENT |
| GRIER & COPELAND PC | 11779 | 2548219 | LEGAL SERVICES | LAW DEPARTMENT |
| GRIER & COPELAND PC | 11779 | 2632136 | | LAW DEPARTMENT |
| GRIER & COPELAND PC | 11779 | 2545753 | BRANDON BRYANT V EUGENE BROWN/CITY | LAW DEPARTMENT |
| GRIER & COPELAND PC | 11779 | 2502093 | LEGAL SERVICES | NO DEPARTMENT INDICATED |
| GRIER & COPELAND PC | 11779 | 2502430 | LEGAL SERVICES:  MCHUGH, ET AL V CITY | LAW DEPARTMENT |
| GRIER & COPELAND PC | 11779 | 2505089 | LEGAL SERVICES | LAW DEPARTMENT |
| GRIER & COPELAND PC | 11779 | 2597158 | | LAW DEPARTMENT |
| GRIER & COPELAND PC | 11779 | 2576025 | | LAW DEPARTMENT |
| GRIER & COPELAND PC | 11779 | 2708898 | | LAW DEPARTMENT |
| GRIER & COPELAND PC | 11779 | 2634211 | | LAW DEPARTMENT |
| GRIER & COPELAND PC | 11779 | 2649862 | CONTRACT FOR LEGAL SERVICES | LAW DEPARTMENT |
| GRIER & COPELAND PC | 11779 | 2688106 | DAREL DEON CHANCELLOR V CITY | LAW DEPARTMENT |
| GRIER & COPELAND PC | 11779 | 2551543 | WILLIE BRYANT V EUGENE BROWN | LAW DEPARTMENT |
| GS EQUITIES LLC | 1088912 | 2700328 | | LAW DEPARTMENT |
| HALCROW INC | 1102933 | 2769474 | | MAYOR'S OFFICE |
| HALE CONTRACTING INC | 1025577 | 2757453 | VENTILATION SYSTEM | RECREATION DEPARTMENT |
| HALEY & ALDRICH INC | 1098676 | 2740779 | | WATER DEPARTMENT |
| HAMILTON ANDERSON ASSOCIATES | 18698 | 2507157 | BELLE ISLE MASTER PLAN | RECREATION DEPARTMENT |
| HAMILTON ANDERSON ASSOCIATES | 18698 | 2530873 | FARWELL FIELD ARCHITECTURAL SERVICES | RECREATION DEPARTMENT |
| HAMILTON ANDERSON ASSOCIATES | 18698 | 2508644 | BELLE ISLE'S LOITER WAY REFECTORY | RECREATION DEPARTMENT |
| HAMILTON ANDERSON ASSOCIATES | 18698 | 2563405 | BELLE ISLE'S MASTER PLAN | RECREATION DEPARTMENT |
| HAMPTON RIDGE PROPERTIES LLC | 1019230 | 2515341 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| HARBIN GROUP INC | 16607 | 2507665 | CASINO SITE APPRAISAL | FINANCE DEPARTMENT |
| HARPER HOUSE | 1003691 | 2501737 | | HEALTH DEPARTMENT |
| HARTFORD MEMORIAL BAPTIST CHURCH | 14442 | 2502480 | SENIOR CITIZENS MEALS | HEALTH DEPARTMENT |
| HAYES LAND DEVELOPMENT CORPORATION | 1106003 | 2613519 | | WATER DEPARTMENT |
| HEALTH MANAGEMENT SYSTEMS | 5654 | 2542966 | EMPLOYEE ASSISTANCE PROGRAM | HUMAN RESOURCES DEPARTMENT |
| HEALTH MANAGEMENT SYSTEMS | 1043088 | 2613135 | | HUMAN RESOURCES DEPARTMENT |
| HEALTH SERVICES TECHNICAL ASSISTANCE | 9042 | 2504678 | TARGET CITIES FYE 9/30/99 | FINANCE DEPARTMENT |
| HEALTH SERVICES TECHNICAL ASSISTANCE | 9042 | 2501833 | SUBSTANCE ABUSE COORDINATION AGENCY | HEALTH DEPARTMENT |
| HEALTH SERVICES TECHNICAL ASSISTANCE | 9042 | 2568871 | | HEALTH DEPARTMENT |
| HEALTH SERVICES TECHNICAL ASSISTANCE | 9042 | 2570277 | | HEALTH DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| HEALTH SERVICES TECHNICAL ASSISTANCE | 9042 | 2504742 | MEDICAID SUBSTANCE ABUSE | HEALTH DEPARTMENT |
| HEALTH SERVICES TECHNICAL ASSISTANCE | 9042 | 2512068 | SUBSTANCE ABUSE ASSESSMENT | HEALTH DEPARTMENT |
| HEAT & WARMTH FUND | 18570 | 2717114 | | WATER DEPARTMENT |
| HEIGHTS HEATING & COOLING INC | 1032472 | 2741890 | AIR CONDITIONING INSTALLATION | RECREATION DEPARTMENT |
| HENRY FORD HEALTH SYSTEM | 1012926 | 2505277 | MEDICAL SERVICES | HEALTH DEPARTMENT |
| HENRY FORD HEALTH SYSTEM | 1012926 | 2605168 | | HEALTH DEPARTMENT |
| HENRY FORD HEALTH SYSTEM | 1012926 | 2574218 | | HEALTH DEPARTMENT |
| HENRY FORD HEALTH SYSTEM | 1012926 | 2621296 | | HEALTH DEPARTMENT |
| HENRY FORD HEALTH SYSTEM | 1012926 | 2752105 | | HEALTH DEPARTMENT |
| HERBERT REALTY & MANAGEMENT | 1018769 | 2559115 | | FINANCE DEPARTMENT |
| HERITAGE OPTICAL CENTER INC | 16451 | 2515148 | OPTOMETRIC SERVICES | HEALTH DEPARTMENT |
| HERITAGE OPTICAL CENTER INC | 16451 | 2530208 | | HEALTH DEPARTMENT |
| HINES FINANCIAL SERVICES | 1059682 | 2604598 | | FINANCE DEPARTMENT |
| HINES FINANCIAL SERVICES | 1059682 | 2761160 | | HUMAN SERVICES DEPARTMENT |
| HINES FINANCIAL SERVICES | 1059682 | 2775593 | | HUMAN SERVICES DEPARTMENT |
| HINES FINANCIAL SERVICES | 1059682 | 2757513 | | HUMAN SERVICES DEPARTMENT |
| HINES FINANCIAL SERVICES | 1059682 | 2783105 | | HUMAN SERVICES DEPARTMENT |
| HINES FINANCIAL SERVICES | 1059682 | 2761157 | | HUMAN SERVICES DEPARTMENT |
| HINES FINANCIAL SERVICES | 1059682 | 2706006 | | HUMAN SERVICES DEPARTMENT |
| HINES FINANCIAL SERVICES | 1059682 | 2804847 | | HUMAN SERVICES DEPARTMENT |
| HINES FINANCIAL SERVICES | 1059682 | 2744129 | | HUMAN SERVICES DEPARTMENT |
| HNTB MICHIGAN INC | 1025696 | 2589459 | | DEPARTMENT OF PUBLIC WORKS |
| HNTB MICHIGAN INC | 1025696 | 2800235 | PROFESSIONAL SERVICES | AIRPORT DEPARTMENT |
| HOUSING & COMMUNITY DEVELOPMENT CORP OF WAYNE COUNTY | 1021017 | 2518243 | HOUSING REHABILITATION SERVICES | FINANCE DEPARTMENT |
| HOWARD & HOWARD ATTORNEYS PC | 1013410 | 2773508 | LEGAL SERIVCES | LAW DEPARTMENT |
| HTC GLOBAL SERVICES INC | 1003630 | 2501175 | | INFORMATION TECHNOLOGY SERVICES |
| HUBBARD RICHARD COMMON COUNCIL | 9225 | 2501533 | | NO DEPARTMENT INDICATED |
| HUFFMASTER ASSOCIATES LLC | 1010540 | 2506275 | INVESTIGATIVE SERVICES | FINANCE DEPARTMENT |
| HUNGER ACTION COALITION OF MICHIGAN | 16897 | 2510332 | NOF PUBLIC SERVICE CONTRACT | FINANCE DEPARTMENT |
| HUNT ASSOCIATES 1 INC | 19746 | 2537045 | WIA OUT OF SCHOOL YOUTH | EMPLOYMENT AND TRAINING DEPARTMENT |
| HUNT ASSOCIATES 1 INC | 19746 | 2628062 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| HUTZEL HOSPITAL | 15175 | 2501837 | SUBSTANCE ABUSE COORDINATION AGENCY | NO DEPARTMENT INDICATED |
| HUTZEL HOSPITAL | 15175 | 2508866 | | HEALTH DEPARTMENT |
| IBM CORPORATION | 2865 | 2505095 | | INFORMATION TECHNOLOGY SERVICES |
| ICDS | 1003163 | 2501182 | | PUBLIC LIGHTING DEPARTMENT |
| IMAGE SCAN INC | 18157 | 2512900 | DATA ENTRY SOFTWARE | INFORMATION TECHNOLOGY SERVICES |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| IMPERIAL CONSTRUCTION CO | 12464 | 2746886 | | WATER DEPARTMENT |
| IMPERIAL CONSTRUCTION CO | 12464 | 2685161 | | WATER DEPARTMENT |
| IMPERIAL CONSTRUCTION CO | 12464 | 2679721 | | WATER DEPARTMENT |
| IN LAND WATERS POLLUTION | 14434 | 2502291 | REMOVAL OF STORAGE TANKS | DEPARTMENT OF PUBLIC WORKS |
| IN LAND WATERS POLLUTION | 14434 | 2502290 | UST UPGRADES | DEPARTMENT OF PUBLIC WORKS |
| INDUSTRIAL RELATIONS INC | 1027976 | 2527324 | PERFORMANCE MANAGEMENT SYSTEM | FINANCE DEPARTMENT |
| INDUSTRIAL RELATIONS INC | 1027976 | 2513432 | EMPLOYEE DEVELOPMENT PROGRAM | HUMAN RESOURCES DEPARTMENT |
| INFRASTRUCTURE MANAGEMENT GROUP INC | 1061121 | 2634315 | | PUBLIC LIGHTING DEPARTMENT |
| INLAND WATERS POLLUTION CONTROL INC | 1055642 | 2556880 | UNDERGROUND STORAGE TANKS | DEPARTMENT OF PUBLIC WORKS |
| INTERCLEAN EQUIPMENT INC | 1011180 | 2504773 | INSTALLATION OF TRUCK WASH SYSTEMS | DEPARTMENT OF PUBLIC WORKS |
| INTERGRAPH CORPORATION | 6153 | 2516412 | 953625- COMPUTER RELATED PRODUCTS | INFORMATION TECHNOLOGY SERVICES |
| INTERNATIONAL INSTITUTE OF METROPOLITAN DETROIT INC | 9144 | 2521334 | | FINANCE DEPARTMENT |
| ISLANDVIEW VILLAGE DEVELOPMENT CORP | 20425 | 2509212 | SITE PREP/STREET IMPROVEMENT | FINANCE DEPARTMENT |
| ITW MORTAGE INVESTMENTS III INC | 1561 | 2501775 | | FINANCE DEPARTMENT |
| J & J YOUTH SERVICES | 1012849 | 2506553 | NOF PUBLIC SERVICE CONTRACT | FINANCE DEPARTMENT |
| J J ASSOCIATES | 17711 | 2589033 | | INFORMATION TECHNOLOGY SERVICES |
| J J ASSOCIATES | 17711 | 2502052 | PROGRAMMING CODING | INFORMATION TECHNOLOGY SERVICES |
| J J ASSOCIATES | 17711 | 2560948 | 2002 PROFESSIONAL SERVICES CONTRACT | INFORMATION TECHNOLOGY SERVICES |
| J O A CONSTRUCTION CO INC | 1001666 | 2642903 | | RECREATION DEPARTMENT |
| JACKETS FOR JOBS INC | 1064297 | 2778459 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| JACKETS FOR JOBS INC | 1064297 | 2754535 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| JACKSON & KELLY PLLC | 1016929 | 2511861 | LEGAL SERVICES | LAW DEPARTMENT |
| JAMES C COBB JR PC | 10571 | 2504319 | LEGAL SERVICES | PLANNING AND DEVELOPMENT DEPARTMENT |
| JAMES C COBB JR PC | 10571 | 2501780 | LEGAL SERVICES | PLANNING AND DEVELOPMENT DEPARTMENT |
| JAMES HANEY MD | 1012073 | 2544158 | DRUG TREATMENT PROGRAM PHYSICIAN | HUMAN SERVICES DEPARTMENT |
| JAMES HANEY MD | 1012073 | 2513136 | DRUG TREATMENT PROGRAM PHYSICIAN | HUMAN SERVICES DEPARTMENT |
| JAMES HANEY MD | 1012073 | 2559396 | DRUG TREATMENT PROGRAM PHYSICIAN | HUMAN SERVICES DEPARTMENT |
| JAMES HANEY MD | 1012073 | 2508122 | DRUG TREATMENT PROGRAM PHYSICIAN | FINANCE DEPARTMENT |
| JAMES HANEY MD | 1012073 | 2591486 | | HUMAN SERVICES DEPARTMENT |
| JAMES HANEY MD | 1012073 | 2746434 | | HUMAN SERVICES DEPARTMENT |
| JAMES HANEY MD | 1012073 | 2771944 | | HUMAN SERVICES DEPARTMENT |
| JAMES W BURDICK PC | 1101618 | 2760028 | | LAW DEPARTMENT |
| JEFFERSON WELLS INTERNATIONAL INC | 1032623 | 2546414 | PROFESSIONAL SERVICES | AUDITOR GENERAL |
| JEFFERSON WELLS INTERNATIONAL INC | 1032623 | 2534548 | INTERNAL AUDIT PARTNER | AUDITOR GENERAL |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| JENKINS CONSTRUCTION INC | 17037 | 2541121 | WS-621 WATER MAIN REPAIRS | WATER DEPARTMENT |
| JENKINS CONSTRUCTION INC | 17037 | 2501854 | CONSTRUCTION | DEPARTMENT OF PUBLIC WORKS |
| JENKINS CONSTRUCTION INC | 17037 | 2691365 | | WATER DEPARTMENT |
| JESSE TOLBERT MD | 1012082 | 2559428 | DRUG TREATMENT PROGRAM PHYSICIAN | HUMAN SERVICES DEPARTMENT |
| JESSE TOLBERT MD | 1012082 | 2544148 | DRUG TREATMENT PROGRAM PHYSICIAN | HUMAN SERVICES DEPARTMENT |
| JESSE TOLBERT MD | 1012082 | 2508116 | DRUG TREATMENT PROGRAM | FINANCE DEPARTMENT |
| JESSE TOLBERT MD | 1012082 | 2513142 | DRUG TREATMENT PROGRAM PHYSICIAN | HUMAN SERVICES DEPARTMENT |
| JESSE TOLBERT MD | 1012082 | 2591460 | | HUMAN SERVICES DEPARTMENT |
| JEWISH VOCATIONAL SERVICE | 1015533 | 2797759 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| JEWISH VOCATIONAL SERVICE | 1015533 | 2726449 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| JEWISH VOCATIONAL SERVICE | 1015533 | 2777965 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| JEWISH VOCATIONAL SERVICE | 1015533 | 2778659 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| JEWISH VOCATIONAL SERVICE | 11835 | 2552853 | CASE MANAGEMENT | EMPLOYMENT AND TRAINING DEPARTMENT |
| JEWISH VOCATIONAL SERVICE | 11835 | 2513901 | NO WRONG DOOR | EMPLOYMENT AND TRAINING DEPARTMENT |
| JEWISH VOCATIONAL SERVICE | 11835 | 2550062 | PAL BASIC LITERACY | EMPLOYMENT AND TRAINING DEPARTMENT |
| JEWISH VOCATIONAL SERVICE | 11835 | 2538061 | WORK FIRST JOB SEARCH & PLACEMENT | EMPLOYMENT AND TRAINING DEPARTMENT |
| JOHN KING | 1070289 | 2799418 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| JOHN KING | 1070289 | 2781812 | | |
| JOHN PETER QUINN | 1088277 | 2751148 | | LAW DEPARTMENT |
| JOHN W HEAD JR DR | 1016367 | 2544130 | DRUG TREATMENT PROGRAM PHYSICIAN | HUMAN SERVICES DEPARTMENT |
| JOHN W HEAD JR DR | 1016367 | 2559403 | MEDICAL DIRECTOR | HUMAN SERVICES DEPARTMENT |
| JOHN W HEAD JR DR | 1016367 | 2771947 | | HUMAN SERVICES DEPARTMENT |
| JOHNSON ROSATI LABARGE | 1012630 | 2577160 | | LAW DEPARTMENT |
| JOHNSON ROSATI LABARGE | 1012630 | 2600509 | | LAW DEPARTMENT |
| JOHNSON ROSATI LABARGE | 1012630 | 2508107 | LEGAL SERVICES | FINANCE DEPARTMENT |
| JORDAN CLINCS LIMITED PARTNERSHIP | 1098511 | 2770685 | | HEALTH DEPARTMENT |
| JOWA ASSOCIATES | 7422 | 2501000 | UNIFORMED GUARD SERVICE | AIRPORT DEPARTMENT |
| JOWA ASSOCIATES | 7422 | 2513434 | GUARD SERVICE FOR DEPARTMENT CLINICS | HUMAN SERVICES DEPARTMENT |
| JOYFIELD CAREGIVERS | 1048950 | 2597503 | | FINANCE DEPARTMENT |
| JOYFIELD CAREGIVERS | 1048950 | 2563712 | 36-NTV-NOF PUBLIC SERVICE CONTRACT | FINANCE DEPARTMENT |
| JVS DETROITS WORKPLACE | 1034682 | 2575844 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| JVS DETROITS WORKPLACE | 1034682 | 2592232 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| JVS DETROITS WORKPLACE | 1034682 | 2597745 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| JVS DETROITS WORKPLACE | 1034682 | 2566265 | WORK FIRST JOB SEARCH & PLACEMENT | EMPLOYMENT AND TRAINING DEPARTMENT |
| KASIBORSKI RONANYRI FLASKA PC | 19685 | 2503637 | LEGAL SERVICES | FINANCE DEPARTMENT |
| KASIBORSKI RONANYRI FLASKA PC | 19685 | 2531995 | WAYNE COUNTY V CITY OF DETROIT | LAW DEPARTMENT |
| KASIBORSKI RONANYRI FLASKA PC | 19685 | 2502453 | LEGAL SERVICES | FINANCE DEPARTMENT |
| KELLER THOMA SCHWARTZ | 1020326 | 2517263 | EMPLOYMENT-RELATED INVESTIGATIONS | LAW DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| KELLY SERVICES INC | 1000576 | 2583741 | | FINANCE DEPARTMENT |
| KEO AND ASSOCIATES INC | 1040014 | 2760784 | | RECREATION DEPARTMENT |
| KEO AND ASSOCIATES INC | 1040014 | 2664187 | | RECREATION DEPARTMENT |
| KEO AND ASSOCIATES INC | 1040014 | 2706955 | | RECREATION DEPARTMENT |
| KEO AND ASSOCIATES INC | 1040014 | 2755384 | ROOF PLACEMENT | RECREATION DEPARTMENT |
| KEO AND ASSOCIATES INC | 1040014 | 2798610 | | RECREATION DEPARTMENT |
| KEO AND ASSOCIATES INC | 1040014 | 2733881 | BUTZEL PLAYFIELD RENOVATIONS | RECREATION DEPARTMENT |
| KEO AND ASSOCIATES INC | 1040014 | 2734358 | ACTIVITIES CENTER RENOVATIONS | RECREATION DEPARTMENT |
| KEO AND ASSOCIATES INC | 1040014 | 2760999 | WISH-EGAN PLAYFIELD RENOVATIONS | RECREATION DEPARTMENT |
| KEO AND ASSOCIATES INC | 1040014 | 2761019 | MILAN PLAYFIELD RENOVATIONS | RECREATION DEPARTMENT |
| KEO AND ASSOCIATES INC | 1040014 | 2761662 | KRAINZ PARK RENOVATIONS | RECREATION DEPARTMENT |
| KEO AND ASSOCIATES INC | 1040014 | 2789769 | | RECREATION DEPARTMENT |
| KEO AND ASSOCIATES INC | 1040014 | 2734388 | DRAINAGE/SEWER | RECREATION DEPARTMENT |
| KEO AND ASSOCIATES INC | 1040014 | 2731179 | | RECREATION DEPARTMENT |
| KEO AND ASSOCIATES INC | 1040014 | 2712232 | | RECREATION DEPARTMENT |
| KEO AND ASSOCIATES INC | 1040014 | 2760990 | OPTOMIST-STOUT RENOVATIONS | RECREATION DEPARTMENT |
| KEO AND ASSOCIATES INC | 1040014 | 2762087 | 2008 PARK IMPROVEMENTS | RECREATION DEPARTMENT |
| KEO AND ASSOCIATES INC | 1040014 | 2711290 | | RECREATION DEPARTMENT |
| KEO AND ASSOCIATES INC | 1040014 | 2712252 | | RECREATION DEPARTMENT |
| KEO AND ASSOCIATES INC | 1040014 | 2714050 | | RECREATION DEPARTMENT |
| KEO AND ASSOCIATES INC | 1040014 | 2807770 | REPAIRS AT HENDERSON MARINA | RECREATION DEPARTMENT |
| KIDSMART SOFTWARE COMPANY | 1072607 | 2781805 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| KIMLEY-HORN OF MICHIGAN INC | 1003415 | 2502474 | CASINO SITE APPRAISER | LAW DEPARTMENT |
| KOHN FINANCIAL CONSULTING | 1014434 | 2511508 | PASSALAQUA CHOP HOUSE V DETROIT | FINANCE DEPARTMENT |
| KOHN FINANCIAL CONSULTING | 1014434 | 2537217 | PROFESSIONAL SERVICES:  STILLMON V CITY | LAW DEPARTMENT |
| KOHN FINANCIAL CONSULTING | 1014434 | 2794993 | PROVIDE ADVICE ON SOLID WASTE FUND | BUDGET DEPARTMENT |
| KPMG CONSULTING, INC | 1028311 | 2529517 | AUDITING SERVICES | AUDITOR GENERAL |
| KPMG CONSULTING, INC | 1028311 | 2552186 | AUDITING SERVICES | AUDITOR GENERAL |
| KPMG LLP | 1440 | 2510105 | IMPLEMENT TIDEMARK COMPUTER SYSTEM | BUILDINGS AND SAFETY DEPARTMENT |
| KPMG LLP | 1440 | 2513477 | AUDITING SERVICES | AUDITOR GENERAL |
| KPMG LLP | 1440 | 2504566 | CONSULTING SERVICES | BUDGET DEPARTMENT |
| KVM DOOR SYSTEMS INC | 1099793 | 2785386 | EASTERN MARKET SHED NO. 3 RESERVATIONS | RECREATION DEPARTMENT |
| L D' AGOSTINI  & SONS INC | 1000677 | 2500927 | LATERAL SEWER REPLACEMENT | NO DEPARTMENT INDICATED |
| LACEY & ASSOCIATES | 1010869 | 2590826 | | FINANCE DEPARTMENT |
| LACEY & JONES LLP | 1013697 | 2562865 | DPOA ACT 312 2001-2004 PROCEEDINGS | LAW DEPARTMENT |
| LACEY & JONES LLP | 1013697 | 2502300 | BLUE CROSS/BLUE SHIELD RESERVE FUND | LAW DEPARTMENT |
| LACEY & JONES LLP | 1013697 | 2518960 | LEGAL SERVICES | LAW DEPARTMENT |
| LACEY & JONES LLP | 1013697 | 2534969 | KELLY FOREMAN V CITY | LAW DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| LACEY & JONES LLP | 1013697 | 2518952 | LEGAL SERVICES | LAW DEPARTMENT |
| LACEY & JONES LLP | 1013697 | 2518964 | EDWARD LEWIS V P.O. STEVEN PEIL/CITY | LAW DEPARTMENT |
| LACEY & JONES LLP | 1013697 | 2539980 | LEGAL SERVICES | LAW DEPARTMENT |
| LACEY & JONES LLP | 1013697 | 2520968 | LEGAL SERVICES:  KEMP  V NOETZEL & KEMP | LAW DEPARTMENT |
| LACEY & JONES LLP | 1013697 | 2539975 | LEGAL SERVICES:  MAURICE BROWN V CITY | LAW DEPARTMENT |
| LACEY & JONES LLP | 1013697 | 2518969 | MICHAEL MCHUGH V CITY OF DETROIT | LAW DEPARTMENT |
| LACEY & JONES LLP | 1013697 | 2518967 | JESSE WILLIAMS V CITY OF DETROIT | LAW DEPARTMENT |
| LACEY & JONES LLP | 1013697 | 2501959 | LEGAL SERVICES | LAW DEPARTMENT |
| LACEY & JONES LLP | 1013697 | 2518973 | BEAUCHAMP V OWENS/CITY | LAW DEPARTMENT |
| LACEY & JONES LLP | 1013697 | 2562836 | MAXIMILIAN ENGRAM, ET AL V CITY | LAW DEPARTMENT |
| LAKESHORE ENGINEERING SERVICE INC | 19808 | 2502201 | ABATEMENT ASBESTOS | DEPARTMENT OF PUBLIC WORKS |
| LAMONT TITLE CORPORATION | 1070200 | 2501595 | 36/LS - TITLE COMMITMENTS | PLANNING AND DEVELOPMENT DEPARTMENT |
| LAMONT TITLE CORPORATION | 1070200 | 2603572 | | PLANNING AND DEVELOPMENT DEPARTMENT |
| LANIER | 1012355 | 2533656 | EMERGENCY USE FOR POLICE PAYROLL | FINANCE DEPARTMENT |
| LANZO CONSTRUCTION CO | 13425 | 2613521 | | WATER DEPARTMENT |
| LARDNER ELEVATOR COMPANY | 24166 | 2507678 | ELEVATOR LOAD & NO-LOAD TEST | WATER DEPARTMENT |
| LASED | 11513 | 2560786 | WIA IN SCHOOL YOUTH PROGRAM | EMPLOYMENT AND TRAINING DEPARTMENT |
| LASED | 11513 | 2501749 | PUBLIC FACILITY REHAB | NO DEPARTMENT INDICATED |
| LASED | 11513 | 2740243 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| LASED | 11513 | 2719927 | | DEPARTMENT OF TRANSPORTATION |
| LASED | 11513 | 2801087 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| LASED | 11513 | 2778540 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| LATINO FAMILY SERVICES INC | 16339 | 2504667 | MEDICAID FYE 9/30/99 | HEALTH DEPARTMENT |
| LATINO FAMILY SERVICES INC | 16339 | 2501843 | SUBSTANCE ABUSE COORDINATION AGENCY | NO DEPARTMENT INDICATED |
| LAW OFFICES COLLINS EINHORN | 1049868 | 2765611 | | LAW DEPARTMENT |
| LAWTON SCHOOL | 1100766 | 2806424 | | HUMAN SERVICES DEPARTMENT |
| LEWIS & MUNDAY PC | 12439 | 2502307 | LEGAL SERVICES: CRUMBIE V GUYTON, ET AL | LAW DEPARTMENT |
| LEWIS & MUNDAY PC | 12439 | 2502427 | GAINES/HARRIS/HINES/HUGHES V CITY | LAW DEPARTMENT |
| LEWIS & MUNDAY PC | 12439 | 2539985 | SANDRA/DARREN MILLER  V EUGENE BROWN | LAW DEPARTMENT |
| LEWIS & MUNDAY PC | 12439 | 2539983 | LEGAL SERVICES | LAW DEPARTMENT |
| LEWIS & MUNDAY PC | 12439 | 2536840 | LEGAL SERVICES | LAW DEPARTMENT |
| LEWIS & MUNDAY PC | 12439 | 2553151 | BERRY/CHENAULT/CROCKETT ET AL V CITY | LAW DEPARTMENT |
| LEWIS & MUNDAY PC | 12439 | 2553122 | KUE/WALKER/SMITH/WIGGINS V CITY | LAW DEPARTMENT |
| LEWIS & MUNDAY PC | 12439 | 2634333 | | LAW DEPARTMENT |
| LEWIS & MUNDAY PC | 12439 | 2655854 | | LAW DEPARTMENT |
| LEWIS & MUNDAY PC | 12439 | 2529631 | BRAZIL/PENA V CITY/HOOD | LAW DEPARTMENT |
| LEWIS & MUNDAY PC | 12439 | 2561951 | ALLEN/BATTLE/COOPER/GRIFFIN V CITY | LAW DEPARTMENT |
| LEWIS & MUNDAY PC | 12439 | 2600494 | | LAW DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| LEWIS & MUNDAY PC | 12439 | 2774620 | LEGAL SERVICES | LAW DEPARTMENT |
| LEWIS & MUNDAY PC | 12439 | 2502303 | LEGAL SERVICES | LAW DEPARTMENT |
| LEWIS & MUNDAY PC | 12439 | 2641462 | | LAW DEPARTMENT |
| LEWIS & MUNDAY PC | 12439 | 2649874 | | LAW DEPARTMENT |
| LIEDEL GRINNAN & LIEDEL PC | 1007353 | 2500765 | LEGAL SERVICES:  VELA V PRICE/CITY | LAW DEPARTMENT |
| LIEDEL GRINNAN & LIEDEL PC | 1007353 | 2539960 | LEGAL SERVICES | LAW DEPARTMENT |
| LIEDEL GRINNAN & LIEDEL PC | 1007353 | 2517379 | LEGAL SERVICES | LAW DEPARTMENT |
| LIEDEL GRINNAN & LIEDEL PC | 1007353 | 2548909 | LEGAL SERVICES | LAW DEPARTMENT |
| LIFE FITNESS INC | 1085199 | 2704235 | | RECREATION DEPARTMENT |
| LIONEL SAWYER COLLINS | 19940 | 2502230 | PROFESSIONAL SERVICES | CITY COUNCIL |
| LOCAL INITIATIVES SUPPORT CORPORATION | 1014122 | 2562574 | PROFESSIONAL SERVICES | CITY COUNCIL |
| LOCAL INITIATIVES SUPPORT CORPORATION | 18595 | 2502034 | EMPOWERED ZONE | NO DEPARTMENT INDICATED |
| LOCAL INITIATIVES SUPPORT CORPORATION | 1014122 | 2592262 | | FINANCE DEPARTMENT |
| LOCAL INITIATIVES SUPPORT CORPORATION | 1014122 | 2567588 | | FINANCE DEPARTMENT |
| LOOKING FOR MY SISTER | 1104410 | 2784890 | BLOCK GRANT PROGRAM | POLICE DEPARTMENT |
| LOUIS G REDSTONE ASSCS INC | 16448 | 2502006 | DESIGN FOR ROGELL GLF CRS | NO DEPARTMENT INDICATED |
| LUXURY SEDAN VAN SERVICE | 1015148 | 2570671 | | MUNICIPAL PARKING DEPARTMENT |
| MACDERMOTT ROOFING & SHEET METAL | 16537 | 2732369 | BELLE ISLE GARAGE - ROOF REPLACEMENT | RECREATION DEPARTMENT |
| MACDERMOTT ROOFING & SHEET METAL | 16537 | 2796454 | ROOF REPAIRS | RECREATION DEPARTMENT |
| MACK ALIVE INC | 19676 | 2801089 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| MACK ALIVE INC | 19676 | 2778765 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| MAJOR CEMENT CO | 22141 | 2502189 | PW 7561 REPAIR DEMAGED | NO DEPARTMENT INDICATED |
| MAJOR CEMENT CO | 22141 | 2634038 | | DEPARTMENT OF PUBLIC WORKS |
| MARINERS INN | 5159 | 2509995 | WTW SUBSTANCE ABUSE COUNSELING | EMPLOYMENT AND TRAINING DEPARTMENT |
| MARINERS INN | 5159 | 2549595 | CAREER INITIATIVES CENTER PROJECT | HUMAN SERVICES DEPARTMENT |
| MARJORIE R MALARNEY & ASSOCIATES | 12830 | 2500751 | LANSING LOBBYIST | LAW DEPARTMENT |
| MARYGROVE COLLEGE | 6279 | 2589338 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| MARYGROVE COLLEGE | 6279 | 2629691 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| MARYGROVE COLLEGE | 6279 | 2595777 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| MARYGROVE COLLEGE | 6279 | 2627961 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| MARYGROVE NONPROFIT CORPORATION | 1014543 | 2507022 | FIC #76292 WORK FIRST | EMPLOYMENT AND TRAINING DEPARTMENT |
| MARYGROVE NONPROFIT CORPORATION | 1014543 | 2512792 | ASSESSMENT CTR TITLES IIA/IIC & III | EMPLOYMENT AND TRAINING DEPARTMENT |
| MARYGROVE NONPROFIT CORPORATION | 1014543 | 2555328 | WIA ADULT & OUT-OF-SCHOOL YOUTH | EMPLOYMENT AND TRAINING DEPARTMENT |
| MARYGROVE NONPROFIT CORPORATION | 1014543 | 2529603 | ASSESS CTR MOD#1 | FINANCE DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| MARYGROVE NONPROFIT CORPORATION | 1014543 | 2563669 | LEARNING RESOURCE CTR WORK FIRST | EMPLOYMENT AND TRAINING DEPARTMENT |
| MARYGROVE NONPROFIT CORPORATION | 1014543 | 2571652 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| MARYGROVE NONPROFIT CORPORATION | 1014543 | 2777810 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| MARYGROVE NONPROFIT CORPORATION | 1014543 | 2771650 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| MARYGROVE NONPROFIT CORPORATION | 1014543 | 2740292 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| MARYGROVE NONPROFIT CORPORATION | 1014543 | 2725976 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| MARYGROVE NONPROFIT CORPORATION | 1014543 | 2740278 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| MARYGROVE NONPROFIT CORPORATION | 1014543 | 2754537 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| MATRIX HUMAN SERVICES | 1584 | 2512563 | HEAD START SERVICES | HUMAN SERVICES DEPARTMENT |
| MATRIX HUMAN SERVICES | 1584 | 2528270 | ENPOWERMENT ZONE- PUBLIC SERVICES | PLANNING AND DEVELOPMENT DEPARTMENT |
| MATRIX HUMAN SERVICES | 1584 | 2541817 | PAROLEE EMPLOYMENT TRAINING PROGRAM | EMPLOYMENT AND TRAINING DEPARTMENT |
| MATRIX HUMAN SERVICES | 1584 | 2557083 | 2001-2002 HEAD START CONTRACT | HEALTH DEPARTMENT |
| MATRIX HUMAN SERVICES | 1584 | 2502075 | HEAD START SERVICES | HUMAN SERVICES DEPARTMENT |
| MATRIX HUMAN SERVICES | 1584 | 2532520 | HEAD START PROGRAM | HUMAN SERVICES DEPARTMENT |
| MATRIX HUMAN SERVICES | 1584 | 2501666 | JOB SEARCH AND PLACEMENT | NO DEPARTMENT INDICATED |
| MATRIX HUMAN SERVICES | 1584 | 2512181 | SHELTER FOR HOMELESS YOUTH | HUMAN SERVICES DEPARTMENT |
| MATRIX HUMAN SERVICES | 1584 | 2561392 | WORK FIRST & WTW. 2001-2002 | EMPLOYMENT AND TRAINING DEPARTMENT |
| MATRIX HUMAN SERVICES | 1584 | 2606499 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| MATRIX HUMAN SERVICES | 1584 | 2847169 | | HUMAN SERVICES DEPARTMENT |
| MATRIX HUMAN SERVICES | 1584 | 2767093 | | HUMAN SERVICES DEPARTMENT |
| MAYOR'S TIME | 1070618 | 2780286 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| METCO SERVICES INC | 13250 | 2502148 | | DEPARTMENT OF PUBLIC WORKS |
| METROPOLITAN BAPTIST CHURCH HEAD START | 9004 | 2557075 | 2001-2002 HEAD START CONTRACT | HUMAN SERVICES DEPARTMENT |
| METROPOLITAN BAPTIST CHURCH HEAD START | 9004 | 2532514 | HEAD START PROGRAM | HUMAN SERVICES DEPARTMENT |
| METROPOLITAN BAPTIST CHURCH HEAD START | 9004 | 2505351 | | HUMAN SERVICES DEPARTMENT |
| METROPOLITAN BAPTIST CHURCH HEAD START | 9004 | 2512558 | HEAD START SERVICES | HUMAN SERVICES DEPARTMENT |
| METROPOLITAN BAPTIST CHURCH HEAD START | 9004 | 2768826 | | HUMAN SERVICES DEPARTMENT |
| METRO EAST DRUG TREATMENT | 10996 | 2501534 | MEDICAID SUBSTANCE ABUSE | NO DEPARTMENT INDICATED |
| METRO EMPLOYMENT SOLUTIONS | 1007722 | 2564007 | WORK FIRST & WELFARE TO WORK | EMPLOYMENT AND TRAINING DEPARTMENT |
| METRO EMPLOYMENT SOLUTIONS | 1007722 | 2626981 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| METROPOLITAN ARTS COMPLEX INC | 1001141 | 2501630 | MEDICAID SUBSTANCE ABUSE | NO DEPARTMENT INDICATED |
| METROPOLITAN ARTS COMPLEX INC | 1001141 | 2501857 | SUBSTANCE ABUSE COORDINATION AGENCY | NO DEPARTMENT INDICATED |
| METROPOLITAN CHILDREN & YOUTH INC | 1082096 | 2847163 | | HUMAN SERVICES DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| METROPOLITAN DETROIT AFL-CIO | 1001142 | 2502169 | JOB SEARCH | NO DEPARTMENT INDICATED |
| METROPOLITAN DETROIT AFL-CIO | 1001142 | 2603384 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| METROPOLITAN DETROIT VISITORS | 21182 | 2530321 | ADVERTISING AND PROMTIONAL EXPERTISE | CIVIC CENTER DEPARTMENT |
| METROPOLITAN DETROIT VISITORS | 21182 | 2550871 | PROMOTION FOR COBO CENTER | CIVIC CENTER DEPARTMENT |
| METROPOLITAN DETROIT VISITORS | 21182 | 2767846 | PROFESSIONAL SERVICES CONTRACT | CIVIC CENTER DEPARTMENT |
| MGM LEGAL MGMT SOLUTIONS | 20133 | 2502235 | | NO DEPARTMENT INDICATED |
| MICHIGAN CONFERENCE SDA DETROIT/METRO | 1012847 | 2506682 | NOF PUBLIC SERVICE CONTRACT | FINANCE DEPARTMENT |
| MICHIGAN DEPARTMENT OF CAREER | 1016600 | 2511440 | EMPLOYMENT SERVICES | EMPLOYMENT AND TRAINING DEPARTMENT |
| MICHIGAN DEPARTMENT OF CAREER | 1016600 | 2620233 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2510495 | ADVANCE-TRAFFIC SIGNAL MODERNIZATION | DEPARTMENT OF PUBLIC WORKS |
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2517085 | BITUMINIOUS COLDMILLING WORK ALONG HWY M102 FROM HWY M53TO KELLY ROAD | DEPARTMENT OF PUBLIC WORKS |
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2500761 | DECK REPLACEMENT | NO DEPARTMENT INDICATED |
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2518505 | COLDMILLING ALONG HWY. US-24 FROM HWY. M-5(GRAND RIVER) TO M-102 | DEPARTMENT OF PUBLIC WORKS |
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2501400 | RESURFACING | DEPARTMENT OF PUBLIC WORKS |
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2501407 | RESCONSTRUCTION OF DECK | DEPARTMENT OF PUBLIC WORKS |
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2511603 | TRAFFIC SIGNALS AND PAVEMENT MARKINGS | DEPARTMENT OF PUBLIC WORKS |
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2501807 | DECK REPLACEMENT | NO DEPARTMENT INDICATED |
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2500758 | SCREENING | NO DEPARTMENT INDICATED |
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2518522 | DECK REPLACEMENT | DEPARTMENT OF PUBLIC WORKS |
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2500787 | REPLACE BRIDGES | NO DEPARTMENT INDICATED |
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2512565 | CONCRETRE OVERLAY FOR STRUCTURE WHICH CARRIES PORTER ST. OVER I-75 | DEPARTMENT OF PUBLIC WORKS |
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2501877 | BRIDGE | NO DEPARTMENT INDICATED |
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2521604 | DECK REPLACEMENT | DEPARTMENT OF PUBLIC WORKS |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2524693 | PEDESTRAIN SCREENING FOR VARIOUS STRUCTURES | DEPARTMENT OF PUBLIC WORKS |
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2502178 | RECONSTRUCT HWY - I 75 SPRINGWELL | NO DEPARTMENT INDICATED |
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2501411 | BRIDGE AND DECK REPLACEMENT | NO DEPARTMENT INDICATED |
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2567088 | | DEPARTMENT OF PUBLIC WORKS |
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2502469 | RESURFACE DECK | DEPARTMENT OF PUBLIC WORKS |
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2538766 | TRAFFIC SIGNALWORK AT DICKERSON ROAD | DEPARTMENT OF PUBLIC WORKS |
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2520074 | RECONSTRUCTION OF STRUCTURE WHICH CARRIES GREENFIELD ROAD OVER HWY. M-10 | DEPARTMENT OF PUBLIC WORKS |
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2500781 | DECK REPLACEMENT | NO DEPARTMENT INDICATED |
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2500779 | RESURFACING | NO DEPARTMENT INDICATED |
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2622755 | | DEPARTMENT OF PUBLIC WORKS |
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2740688 | | DEPARTMENT OF PUBLIC WORKS |
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2517764 | DECK REPLACEMENT WORK ON BRIDGE | DEPARTMENT OF PUBLIC WORKS |
| MICHIGAN DEPARTMENT OF STATE HIGHWAYS & TRANSPORTATION | 2100 | 2511049 | BITUMINOUS RESURFACING AND CURB WORK ALONG LIVERNOIS | DEPARTMENT OF PUBLIC WORKS |
| MICHIGAN FOOD AND BEVERAGE ASSOCIATION | 1101727 | 2759218 | PERIOD SERVICES FOR METRO YOUTH DAY | RECREATION DEPARTMENT |
| MICHIGAN FOOD AND BEVERAGE ASSOCIATION | 1101727 | 2786573 | METRO YOUTH DAY | RECREATION DEPARTMENT |
| MICHIGAN HVAC VOCATIONAL | 17478 | 2512764 | RETRAINING SERVICES | EMPLOYMENT AND TRAINING DEPARTMENT |
| MICHIGAN STATE AFL-CIO HRDI | 1027005 | 2769866 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| MICHIGAN STATE UNIVERSITY | 8167 | 2795800 | ACCIDENT INVESTIGATION COURSES | POLICE DEPARTMENT |
| MIDNIGHT GOLF PROGRAM | 1055952 | 2778544 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| MIDWEST CAREERS INSTITUTE | 1062863 | 2540054 | JOB SEARCH & PLACEMENT | EMPLOYMENT AND TRAINING DEPARTMENT |
| MIDWEST CAREERS INSTITUTE | 1062863 | 2562793 | WORK FIRST PROGRAM | EMPLOYMENT AND TRAINING DEPARTMENT |
| MIDWEST CAREERS INSTITUTE | 1062863 | 2778461 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| MIDWEST CAREERS INSTITUTE | 1062863 | 2806239 | | WORKFORCE DEVELOPMENT DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| MILWAUKEE INVESTMENT CO | 17041 | 2501818 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| MILWAUKEE INVESTMENT CO | 17041 | 2524249 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| MIRO WEINER & KRAMER PC | 1039572 | 2665562 | | LAW DEPARTMENT |
| MISDEMEANOR DEFENDERS LAW CLINIC PC | 1009823 | 2534641 | LEGAL SERVICES | NO DEPARTMENT INDICATED |
| MITCHCO | 1022053 | 2553859 | GAS, COMPRESSED NATURAL | DEPARTMENT OF TRANSPORTATION |
| MOLLY LEVITT | 1951 | 2500956 | | HUMAN SERVICES DEPARTMENT |
| MOLLY LEVITT | 1951 | 2500955 | | HUMAN SERVICES DEPARTMENT |
| MOMS & BABES TOO MSSP/ISSP INC | 1013849 | 2508892 | 25-WIC 9/99 CERTIFICATION | HEALTH DEPARTMENT |
| MONTEZ GROUP | 1100889 | 2769654 | | MAYOR'S OFFICE |
| MOORE & ASSOCIATES INC | 1001299 | 2501402 | EMPOWERMENT ZONE PROJECT | RECREATION DEPARTMENT |
| MOORISH SCIENCE TEMPLE OF AMERICA | 1003703 | 2506282 | NOF PUBLIC SERVICE | FINANCE DEPARTMENT |
| MORGAN FRAZIER SPECIALIZED SERVICES | 1001308 | 2502273 | CONSULTANT NUISANCE ABATEMENT | BUILDINGS AND SAFETY DEPARTMENT |
| MOSAIC YOUTH THEATRE OF DETROIT | 1001332 | 2543835 | THEATRICAL TRAINING | RECREATION DEPARTMENT |
| MOTOR CITY ELECTRIC CO | 13102 | 2581185 | | PUBLIC LIGHTING DEPARTMENT |
| MOTOR CITY ELECTRIC CO | 13102 | 2501432 | ELECTRICAL CONSTRUCTION PL 130 | NO DEPARTMENT INDICATED |
| MOTOR CITY ELECTRIC CO | 13102 | 2611714 | | PUBLIC LIGHTING DEPARTMENT |
| MOTOR CITY ELECTRIC CO | 13102 | 2611719 | | PUBLIC LIGHTING DEPARTMENT |
| MOTOR CITY ELECTRIC/METCO SERVICES AJV | 1033698 | 2537241 | FREQUENCY DRIVES AT WWTP'S INTERMEDIATE LIFT PUMP STATION #2 | SEWERAGE DEPARTMENT |
| MOTOR CITY PIPE | 1001344 | 2753399 | WING SEALS STAINLESS STEEL STRAPPING | GENERAL SERVICES DEPARTMENT |
| MOTOR CITY PIPE | 1001344 | 2763247 | PLUMBING & STEAM FITTING SUPPLIES | GENERAL SERVICES DEPARTMENT |
| NARDIN PARK DRUG ABUSE CENTER | 1706 | 2501540 | MEDICAID SUBSTANCE ABUSE | NO DEPARTMENT INDICATED |
| NARDIN PARK DRUG ABUSE CENTER | 1706 | 2506559 | SUBSTANCE ABUSE FYE9/98 NARDIN PARK | HEALTH DEPARTMENT |
| NATIONAL COUNCIL ON ALCOHOLISM | 16455 | 2501541 | MEDICAID SUBSTANCE ABUSE | NO DEPARTMENT INDICATED |
| NEIGHBORHOOD DEVELOPMENT CORPORATION | 20509 | 2501589 | LAND ACQUISITION SITE PREPARATION | PLANNING AND DEVELOPMENT DEPARTMENT |
| NEIGHBORHOOD RECONCILIATION CENTER INC | 1000268 | 2533307 | | HUMAN RIGHTS DEPARTMENT |
| NEIGHBORHOOD SERVICE ORGANIZATION | 8118 | 2547780 | WALK IN CENTER FOR THE HOMELESS | HUMAN SERVICES DEPARTMENT |
| NEIGHBORHOOD SERVICE ORGANIZATION | 8118 | 2532814 | 24 HOUR WALK IN CENTER | HUMAN SERVICES DEPARTMENT |
| NEIGHBORHOOD SERVICE ORGANIZATION | 8118 | 2527949 | 963-STAY (HOMELESS HOTLINE) | HUMAN SERVICES DEPARTMENT |
| NEIGHBORHOOD SERVICE ORGANIZATION | 8118 | 2501594 | SERVICES FOR THE HOMELESS | HUMAN SERVICES DEPARTMENT |
| NEIGHBORHOOD SERVICE ORGANIZATION | 8118 | 2557085 | 2001-2002 HEAD START (HIPPY) CONTRACT | HUMAN SERVICES DEPARTMENT |
| NEIGHBORHOOD SERVICE ORGANIZATION | 8118 | 2849011 | | HEALTH DEPARTMENT |
| NESS BORIS CORPORATION | 1087558 | 2693925 | | PLANNING AND DEVELOPMENT DEPARTMENT |
| NETCOL ASSOCIATES INC | 1101173 | 2782059 | | HEALTH DEPARTMENT |
| NETCOL ASSOCIATES INC | 1101173 | 2756230 | | HEALTH DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| NETIMATION INC | 20384 | 2502117 | PROFESSIONAL SERVICES | NO DEPARTMENT INDICATED |
| NEW CENTER COMMUNITY | 19199 | 2502090 | | NO DEPARTMENT INDICATED |
| NEW DAY MULTI-PURPOSE COMMUNITY | 14872 | 2510758 | NUTRITIONAL MEALS, TRANSPORTATION | HUMAN SERVICES DEPARTMENT |
| NEW DAY MULTI-PURPOSE COMMUNITY | 14872 | 2533571 | SHELTER AND SUPPORTIVE SERVICES | HUMAN SERVICES DEPARTMENT |
| NEW DETROIT INC | 10869 | 2529859 | WIA CLASSROOM INSTRUCTION | EMPLOYMENT AND TRAINING DEPARTMENT |
| NEW DETROIT INC | 10869 | 2502172 | EZ-PUBLIC SERVICE | PLANNING AND DEVELOPMENT DEPARTMENT |
| NEW LIFE HOME FOR RECOVERING | 18726 | 2501457 | SUBSTANCE ABUSE COOR AGENCY 9-99 | HEALTH DEPARTMENT |
| NEW LIFE HOME FOR RECOVERING | 18726 | 2501621 | MEDICAID SUBSTANCE ABUSE | NO DEPARTMENT INDICATED |
| NEW LIGHT RECOVERY CENTER INC | 1003695 | 2501638 | MEDICAID SUBSTANCE ABUSE | NO DEPARTMENT INDICATED |
| NEW ST PAUL HEAD START AGENCY | 1048766 | 2620502 | | HUMAN SERVICES DEPARTMENT |
| NEW ST PAUL HEAD START AGENCY | 1048766 | 2587304 | | HUMAN SERVICES DEPARTMENT |
| NEW TECHNOLOGY LTD | 16280 | 2500969 | | SEWERAGE DEPARTMENT |
| NITRO TELECOM COMMUNICATIONS SPECIALIST | 1012632 | 2582916 | | FINANCE DEPARTMENT |
| NOETIX CORPORATION | 1067921 | 2649928 | | NON-DEPARTMENTAL |
| NORTH CENTRAL COMMUNITY MENTAL HEALTH | 1003696 | 2501657 | | NO DEPARTMENT INDICATED |
| NORTHEAST HEALTH SERVICES INC | 1003700 | 2507303 | MEDICAID SERVICES | HEALTH DEPARTMENT |
| NORTHERN AREA ASSOCIATION | 19677 | 2509233 | HOME REPAIR TECHNICAL ASSISTANCE | FINANCE DEPARTMENT |
| NORTHSTAR COMMUNITY DEVELOPMENT CORP | 1018049 | 2565847 | PREDEVELOPMENT ACTIVITIES | FINANCE DEPARTMENT |
| NORTHSTAR COMMUNITY DEVELOPMENT CORP | 1018049 | 2536554 | 36/LS-CHDO OPERATING SUPPORT | FINANCE DEPARTMENT |
| NORTHSTAR COMMUNITY DEVELOPMENT CORP | 1018049 | 2517450 | NOF PUBLIC SERVICE CONTRACT | FINANCE DEPARTMENT |
| NORTHWEST COMMUNITY PROGRAMS INC | 1062722 | 2676860 | | HUMAN SERVICES DEPARTMENT |
| NORTHWEST COMMUNITY PROGRAMS INC | 1062722 | 2765500 | PROFESSIONAL SERVICES CONTRACT | RECREATION DEPARTMENT |
| NORTHWEST DETROIT NON-PROFIT | 12557 | 2510026 | PUBLIC FACILITY REHAB.-FICS #74895 | FINANCE DEPARTMENT |
| NOVA CONTRACTING CORPORATION | 14983 | 2504312 | ENLOADER / W OPERATOR (M-80754) | SEWERAGE DEPARTMENT |
| NOVA DEVELOPMENT GROUP DETROIT LLC | 1107544 | 2809435 | | HUMAN SERVICES DEPARTMENT |
| NTH CONSULTANTS LTD | 16602 | 2504056 | CONSULTING UGS TANKS | DEPARTMENT OF PUBLIC WORKS |
| NTH CONSULTANTS LTD | 16602 | 2501727 | ENVIRONMENTAL SERVICES-FICS #73837 | PLANNING AND DEVELOPMENT DEPARTMENT |
| NTH CONSULTANTS LTD | 16602 | 2627188 | | RECREATION DEPARTMENT |
| OFFICE EXPRESS | 1105974 | 2731413 | | MAYOR'S OFFICE |
| O'LAUGHLIN CONSTRUCTION | 12053 | 2507308 | RENOVATION OF HYDRAULIC STRUCTURES | WATER DEPARTMENT |
| O'LAUGHLIN CONSTRUCTION | 12053 | 2574640 | PC-695 IN SYSTEM STORAGE | SEWERAGE DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| OLYMPIA ENTERTAINMENT | 1007150 | 2507725 | PARKING FACILITY MANAGEMENT SERVICES | MUNICIPAL PARKING DEPARTMENT |
| OMNICARE HEALTH PLAN | 1005707 | 2546137 | WIC CERTIFICATION | HEALTH DEPARTMENT |
| OMNICARE HEALTH PLAN | 1005707 | 2507763 | 25 WIC 1999 CERTIFICATION | HEALTH DEPARTMENT |
| OMNILEARN LLC | 1066579 | 2633220 | | NON-DEPARTMENTAL |
| OPERATION ABLE OF MICHIGAN | 17427 | 2519090 | BASIC SKILLS AND OCCUPATIONAL SKILLS | EMPLOYMENT AND TRAINING DEPARTMENT |
| OPERATION ABLE OF MICHIGAN | 17427 | 2519079 | BASIC SKILLS AND OCCUPATIONAL SKILLS. | EMPLOYMENT AND TRAINING DEPARTMENT |
| OPERATION ABLE OF MICHIGAN | 17427 | 2501939 | PUBLIC SERVICE EZ | NO DEPARTMENT INDICATED |
| OPERATION ABLE OF MICHIGAN | 17427 | 2797761 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| OPERATION ABLE OF MICHIGAN | 17427 | 2771757 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| OPERATION ABLE OF MICHIGAN | 17427 | 2740218 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| OPERATION GET DOWN | 3347 | 2550216 | TRANSITIONAL HOUSING | HUMAN SERVICES DEPARTMENT |
| OPERATION GET DOWN | 3347 | 2533044 | EMERGENCY NEED RESOURCES | HUMAN SERVICES DEPARTMENT |
| OPERATION GET DOWN | 3347 | 2518996 | EMERGENCY NEED RESOURCES | HUMAN SERVICES DEPARTMENT |
| OPERATION GET DOWN | 3347 | 2588310 | | HUMAN SERVICES DEPARTMENT |
| OPERATION GET DOWN | 3347 | 2557544 | FAMILY AND COMMODITY SERVICES | FINANCE DEPARTMENT |
| OPERATION GET DOWN | 3347 | 2776867 | | HUMAN SERVICES DEPARTMENT |
| OPERATION GET DOWN | 3347 | 2746767 | | HUMAN SERVICES DEPARTMENT |
| OPERATION GET DOWN | 3347 | 2810794 | | HUMAN SERVICES DEPARTMENT |
| OPERATION GET DOWN | 3347 | 2775349 | | HUMAN SERVICES DEPARTMENT |
| OPERATION GET DOWN | 3347 | 2803609 | | HUMAN SERVICES DEPARTMENT |
| OPERATION HELP INC | 1442 | 2501652 | WF EMP SKILLS & JOB PLACEMENT | EMPLOYMENT AND TRAINING DEPARTMENT |
| OPERATION HELP INC | 1442 | 2721152 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| OPERATION HELPING HAND INC | 19338 | 2511433 | EMERGENCY SHELTER | FINANCE DEPARTMENT |
| ORCHARDS CHILDRENS SERVICE | 1015406 | 2778756 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| ORDER OF THE FISHERMEN MINISTRY | 1057660 | 2557060 | 2001-2002 HEAD START CONTRACT | HUMAN SERVICES DEPARTMENT |
| ORDER OF THE FISHERMEN MINISTRY | 1057660 | 2532503 | HEAD START PROGRAM | HUMAN SERVICES DEPARTMENT |
| ORDER OF THE FISHERMEN MINISTRY | 1057660 | 2512545 | HEAD START SERVICES | RECREATION DEPARTMENT |
| ORDER OF THE FISHERMEN MINISTRY | 1057660 | 2620494 | | HUMAN SERVICES DEPARTMENT |
| ORDER OF THE FISHERMEN MINISTRY | 1057660 | 2502084 | | HUMAN SERVICES DEPARTMENT |
| ORDER OF THE FISHERMEN MINISTRY | 1057660 | 2797263 | | HUMAN SERVICES DEPARTMENT |
| ORGANIZATION & SYSTEMS CHANGE CONSULTANTS | 1101841 | 2779409 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| PARK RITE | 18490 | 2504157 | PROFESSIONAL PARKING MANAGEMENT | MUNICIPAL PARKING DEPARTMENT |
| PARK RITE | 18490 | 2570673 | | MUNICIPAL PARKING DEPARTMENT |
| PARK RITE | 18490 | 2504154 | PROFESSIONAL PARKING MANAGEMENT | MUNICIPAL PARKING DEPARTMENT |
| PARK RITE | 18490 | 2504153 | PROFESSIONAL PARKING MANAGEMENT | MUNICIPAL PARKING DEPARTMENT |
| PARK RITE | 18490 | 2501379 | EASTERN MARKET GARAGE | MUNICIPAL PARKING DEPARTMENT |
| PARKVIEW COUNSELING CENTER | 1003697 | 2501728 | MEDICAID SUBSTANCE ABUSE | HEALTH DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| PARSONS BRINCKEROFF MICHIGAN INC | 1025586 | 2531875 | DEVELOP TRAFFIC MASTER PLAN | DEPARTMENT OF PUBLIC WORKS |
| PARSONS BRINCKEROFF MICHIGAN INC | 1025586 | 2666820 | | RECREATION DEPARTMENT |
| PARTRIDGE ENTERPRISES INC | 19090 | 2515024 | REMOVAL OF DEAD ANIMALS | HEALTH DEPARTMENT |
| PARTRIDGE ENTERPRISES INC | 19090 | 2773727 | | HEALTH DEPARTMENT |
| PATTERSON PHIFER | 1007814 | 2508834 | KUE/SWANGER/ WALKER/BOONE V CITY | LAW DEPARTMENT |
| PATTERSON PHIFER | 1007814 | 2509732 | LEGAL SERVICES | LAW DEPARTMENT |
| PATTERSON PHIFER | 1007814 | 2521163 | LEGAL SERVICES | LAW DEPARTMENT |
| PATTERSON PHIFER | 1007814 | 2521178 | LEGAL SERVICES | LAW DEPARTMENT |
| PATTERSON PHIFER | 1007814 | 2513517 | MAURICE BROWN V CITY OF DETROIT, ET AL | LAW DEPARTMENT |
| PATTERSON PHIFER & PHILLIPS | 17376 | 2505725 | LEGAL SERVICES | FINANCE DEPARTMENT |
| PATTERSON PHIFER & PHILLIPS | 17376 | 2505728 | LEGAL SERVICES | LAW DEPARTMENT |
| PAYNE-PULLIAM SCHOOL OF TRADE | 7737 | 2564267 | WORKFIRST/WTW, 10/1/01 - 9/30/02, JS/JR | EMPLOYMENT AND TRAINING DEPARTMENT |
| PAYNE-PULLIAM SCHOOL OF TRADE | 7737 | 2528278 | WIA BASIC EDUCATION AGES 14-18 | EMPLOYMENT AND TRAINING DEPARTMENT |
| PAYNE-PULLIAM SCHOOL OF TRADE | 7737 | 2740260 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| PAYNE-PULLIAM SCHOOL OF TRADE AND COMMERCE | 1030662 | 2778463 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| PAYNE-PULLIAM SCHOOL OF TRADE AND COMMERCE | 1030662 | 2801097 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| PAYNE-PULLIAM SCHOOL OF TRADE AND COMMERCE | 1030662 | 2778760 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| PCT SECURITY LLC | 1107205 | 2812357 | SURVEILLANCE EQUIPMENT INSTALLATION | WORKFORCE DEVELOPMENT DEPARTMENT |
| PEGGY YOUNG & ASSOCIATES INC | 7333 | 2502363 | APPRAISAL SERVICES | PLANNING AND DEVELOPMENT DEPARTMENT |
| PEGGY YOUNG & ASSOCIATES INC | 7333 | 2763958 | | PLANNING AND DEVELOPMENT DEPARTMENT |
| PEOPLE'S COMMUNITY SERVICES OF METROPOLITAN DETROIT | 10686 | 2501460 | SUBSTANCE ABUSE COORDINATION AGENCY | NO DEPARTMENT INDICATED |
| PEOPLE'S CREATIVE ENSEMBLE | 14786 | 2501435 | PUBLIC SERVICE | NO DEPARTMENT INDICATED |
| PEPPER HAMILTON LLP | 1009412 | 2635807 | | LAW DEPARTMENT |
| PEPPER HAMILTON LLP | 1009412 | 2719996 | | LAW DEPARTMENT |
| PERRY MATHIS MD | 1012076 | 2559401 | DRUG TREATMENT PROGRAM PHYSICIAN | FINANCE DEPARTMENT |
| PERRY MATHIS MD | 1012076 | 2544150 | DRUG TREATMENT PROGRAM PHYSICIAN | HUMAN SERVICES DEPARTMENT |
| PERRY MATHIS MD | 1012076 | 2508114 | DRUG TREATMENT PROGRAM | FINANCE DEPARTMENT |
| PERRY MATHIS MD | 1012076 | 2513140 | DRUG TREATMENT PROGRAM PHYSICIAN | HUMAN SERVICES DEPARTMENT |
| PHARMACY EMPLOYMENT SERVICE | 1053611 | 2572655 | | HEALTH DEPARTMENT |
| PHIFER & WHITE PC | 1027627 | 2537538 | LEGAL SERVICES:  SMITH/WIGGINS V CITY | LAW DEPARTMENT |
| PHIFER & WHITE PC | 1027627 | 2537563 | LEGAL SERVICES:  WOODWARD/JEAN V CITY | LAW DEPARTMENT |
| PHIFER & WHITE PC | 1027627 | 2623900 | | LAW DEPARTMENT |
| PHILLIP G CRAMER MD | 1019205 | 2527982 | TB MEDICAL SERVICES | HEALTH DEPARTMENT |
| PHILLIP G CRAMER MD | 1019205 | 2579701 | | HEALTH DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| PHOENIX SERVICES UNLIMITED INC | 19496 | 2501351 | BATTERER'S SCHOOL | NO DEPARTMENT INDICATED |
| PHOENIX SERVICES UNLIMITED INC | 19496 | 2548814 | DOMESTIC VIOLENCE COUNSELING | POLICE DEPARTMENT |
| PIERCE MONROE & ASSOCIATES INC | 18223 | 2501044 | | FINANCE DEPARTMENT |
| PIERCE MONROE & ASSOCIATES INC | 18223 | 2502104 | | FINANCE DEPARTMENT |
| PIQUETTE MARKET INC | 1072282 | 2803604 | | HUMAN SERVICES DEPARTMENT |
| PIQUETTE MARKET INC | 1072282 | 2775345 | | HUMAN SERVICES DEPARTMENT |
| PIQUETTE MARKET INC | 1072282 | 2743795 | | HUMAN SERVICES DEPARTMENT |
| PLANNED PARENTHOOD | 1012848 | 2603682 | | FINANCE DEPARTMENT |
| PLUNKETT & COONEY  PC | 10371 | 2527611 | LEGAL SERVICES | LAW DEPARTMENT |
| PLUNKETT & COONEY  PC | 10371 | 2536997 | LEGAL SERVICES | LAW DEPARTMENT |
| PLUNKETT & COONEY  PC | 10371 | 2590835 | | LAW DEPARTMENT |
| PLUNKETT & COONEY  PC | 10371 | 2540467 | LEGAL SERVICES:  ADAMS, ET AL V CITY, ET AL | LAW DEPARTMENT |
| PLUNKETT & COONEY  PC | 10371 | 2508813 | IRA LEE TODD V CITY OF DETROIT, ET AL | LAW DEPARTMENT |
| PLUNKETT & COONEY  PC | 10371 | 2508816 | GRAZES/IVERZAI/SMITH, ET AL  V CITY | LAW DEPARTMENT |
| PLUNKETT & COONEY  PC | 10371 | 2527406 | LEGAL SERVICES | LAW DEPARTMENT |
| PLUNKETT & COONEY  PC | 10371 | 2538058 | LEGAL SERVICES | LAW DEPARTMENT |
| PLUNKETT & COONEY  PC | 10371 | 2501702 | LEGAL SERVICES | LAW DEPARTMENT |
| PLUNKETT & COONEY  PC | 10371 | 2538244 | LEGAL SERVICES | LAW DEPARTMENT |
| PLUNKETT & COONEY  PC | 10371 | 2652076 | LEGAL SERVICES | LAW DEPARTMENT |
| PLUNKETT & COONEY  PC | 10371 | 2502112 | LEGAL SERVICES | LAW DEPARTMENT |
| PLUNKETT & COONEY  PC | 10371 | 2537223 | LORETTA BOOTH V CITY OF DETROIT | LAW DEPARTMENT |
| PLUNKETT & COONEY  PC | 10371 | 2569755 | | LAW DEPARTMENT |
| PLUNKETT & COONEY  PC | 10371 | 2570503 | | LAW DEPARTMENT |
| PLUNKETT & COONEY  PC | 10371 | 2774678 | | LAW DEPARTMENT |
| POLICE ATHLETIC LEAGUE INC | 3703 | 2535838 | TENNIS PROGRAM | RECREATION DEPARTMENT |
| POPKIN SOFTWARE SYSTEMS | 20304 | 2518460 | SYSTEMS ARCHITECT AND OPTIONS | INFORMATION TECHNOLOGY SERVICES |
| POSEN CONSTRUCTION CO | 20208 | 2748229 | BELLE ISLE SCOTT FOUNTAIN LAGOON PIPELINE SYSTEM CLEAN-OUT | RECREATION DEPARTMENT |
| POSEN CONSTRUCTION CO | 20208 | 2584529 | | WATER DEPARTMENT |
| POSITIVE IMAGES | 19950 | 2501495 | | HEALTH DEPARTMENT |
| POSITIVE IMAGES | 19950 | 2501653 | MEDICAID SUBSTANCE ABUSE | HEALTH DEPARTMENT |
| PREMIER STAFFING SOURCE INC | 1118976 | 2877577 | TEMPORARY STAFFING SERVICES | HUMAN RESOURCES DEPARTMENT |
| PRISM SOLUTIONS LLC | 1051836 | 2610132 | | RECREATION DEPARTMENT |
| PROBE ENVIRONMENTAL INC | 19803 | 2502194 | ABATEMENT OF ASBESTOS | DEPARTMENT OF PUBLIC WORKS |
| PROJECT GET | 20363 | 2540814 | JOB SEARCH & PLACEMENT-WORK FIRST | EMPLOYMENT AND TRAINING DEPARTMENT |
| PROJECT GET | 20363 | 2563946 | JOB SEARCH & PLACEMENT | EMPLOYMENT AND TRAINING DEPARTMENT |
| PROJECT GET | 20363 | 2501733 | JOB SEARCH | NO DEPARTMENT INDICATED |
| PROJECT GET | 20363 | 2778465 | | WORKFORCE DEVELOPMENT DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| PROJECT GET | 20363 | 2806247 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| PROVIDENCE COMMUNITY SERVICES/ROSS IES | 1095234 | 2778467 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| PROVIDENCE COMMUNITY SERVICES/ROSS IES | 1095234 | 2778477 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| PROVIDENCE COMMUNITY SERVICES/ROSS IES | 1095234 | 2761554 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| PROVIDENCE COMMUNITY SERVICES/ROSS IES | 1095234 | 2778661 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| PVS TECHNOLOGIES INC | 24231 | 2501270 | | SEWERAGE DEPARTMENT |
| R L WINIGER & COMPANY | 1033182 | 2506508 | INVESTIGATIVE SERVICES | FINANCE DEPARTMENT |
| RALPH CALDER & ASSOC | 20041 | 2502210 | PATTON PARK POOL/RECREATION FACILITY | RECREATION DEPARTMENT |
| RAM CONSTRUCTION SERVICES OF MICHIGAN | 1104845 | 2786314 | CONSTRUCTION CONTRACT | RECREATION DEPARTMENT |
| RAMA RAO & ALFRED INC | 15030 | 2502274 | A/E SERVICES  WATER WORKS | NO DEPARTMENT INDICATED |
| RAMA RAO & ALFRED INC | 15030 | 2500977 | BLUEHILL STATION ADDITIONS | NO DEPARTMENT INDICATED |
| RAMA RAO & ALFRED INC | 15030 | 2767688 | CONTRACT FOR PROFESSIONAL SERVICES | INFORMATION TECHNOLOGY SERVICES |
| RANDALL S LEVINE PC DBA LEVINE & LEVINE PC | 1017685 | 2513748 | LEGAL SERVICES | OMBUDSPERSON |
| RANDY LANE PC | 1070228 | 2879763 | CONTRACT FOR ACCOUNTING SERVICES | FINANCE DEPARTMENT |
| RAYMOND JONES MD | 10770 | 2513137 | DRUG TREATMENT PROGRAM PHYSICIAN | HUMAN SERVICES DEPARTMENT |
| RAYMOND JONES MD | 10770 | 2544138 | DRUG TREATMENT PROGRAM PHYSICIAN | HUMAN SERVICES DEPARTMENT |
| RAYMOND JONES MD | 10770 | 2508115 | SERVICES FOR DRUG TREATMENT PROGRAM | FINANCE DEPARTMENT |
| RAYMOND JONES MD | 10770 | 2559423 | PHISICIAN FOR DRUG TREATMENT PROGRAM | FINANCE DEPARTMENT |
| RAYMOND JONES MD | 10770 | 2591480 | | HUMAN SERVICES DEPARTMENT |
| REACH INC | 17260 | 2504789 | NOF-PUBLIC SERVICE CONTRACT | FINANCE DEPARTMENT |
| REACH PROJECT INC | 1048827 | 2599632 | | HEALTH DEPARTMENT |
| REDSTONE ARCHITECTS | 1001648 | 2506677 | CAMPUS MARTIUS PARK DEVELOPMENT | RECREATION DEPARTMENT |
| REID & REID PC | 1012544 | 2633008 | | LAW DEPARTMENT |
| RENAISSANCE PROPERTIES INC | 1032580 | 2562053 | | FINANCE DEPARTMENT |
| RENAISSANCE PROPERTIES INC | 1032580 | 2534576 | | HUMAN SERVICES DEPARTMENT |
| RESOURCE DATA SYSTEMS CORP | 10349 | 2500772 | LAW DEPARTMENT COMPUTER SYSTEMS | LAW DEPARTMENT |
| RESOURCE NETWORK | 1007604 | 2560345 | JOB SEARCH AND PLACEMENT | EMPLOYMENT AND TRAINING DEPARTMENT |
| RESOURCE NETWORK | 1007604 | 2726455 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| RESOURCE NETWORK | 1007604 | 2778663 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| RESPONSE NETWORK | 1103012 | 2771949 | CUSTOM SOFTWARE DEVELOPMENT | POLICE DEPARTMENT |
| RIGHT ASSOCIATES /JANNOTTA BRAY & ASSOCIATES | 20383 | 2511677 | EXECUTIVE COACHING SERVICES | HUMAN RESOURCES DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| RILEY ROUMELL & CONNOLLY PC | 1060612 | 2623897 | | LAW DEPARTMENT |
| RILEY ROUMELL & CONNOLLY PC | 1060612 | 2623906 | | LAW DEPARTMENT |
| RILEY ROUMELL & CONNOLLY PC | 1060612 | 2623942 | | LAW DEPARTMENT |
| RLI INSURANCE COMPANY | 1099957 | 2765028 | | WATER DEPARTMENT |
| ROBERT C BIRKS MD PC | 7251 | 2578999 | | HUMAN SERVICES DEPARTMENT |
| ROBERT C BIRKS MD PC | 7251 | 2592085 | | HUMAN SERVICES DEPARTMENT |
| ROBERT MATHEWS & ASSOCIATES INC | 1059586 | 2620918 | | HUMAN SERVICES DEPARTMENT |
| ROBERT SEDLER | 9851 | 2769756 | CONSULTANT SERVICES | LAW DEPARTMENT |
| ROSE & ROSE | 15597 | 2500750 | LEGAL SERVICES | NO DEPARTMENT INDICATED |
| ROSS LEARNING INC | 10675 | 2562588 | WF WTW TIREMAN/GREYDALE PY 2002 | EMPLOYMENT AND TRAINING DEPARTMENT |
| ROSS LEARNING INC | 10675 | 2562593 | WF & WTW FORT WAYNE PY 2002 | EMPLOYMENT AND TRAINING DEPARTMENT |
| ROSS LEARNING INC | 10675 | 2554055 | BASIC LITERACY & COORDINATION | EMPLOYMENT AND TRAINING DEPARTMENT |
| ROSS LEARNING INC | 10675 | 2562407 | WF & WTW LTC PY 2002 | EMPLOYMENT AND TRAINING DEPARTMENT |
| ROSS LEARNING INC | 10675 | 2549631 | WTW COMPETITIVE COORDINATION | EMPLOYMENT AND TRAINING DEPARTMENT |
| ROSS LEARNING INC | 10675 | 2537106 | WIA ITA IMPLEMENTATION PY 01 | EMPLOYMENT AND TRAINING DEPARTMENT |
| ROSS LEARNING INC | 10675 | 2540277 | WF & FOOD STAMP ITA PY 01 | EMPLOYMENT AND TRAINING DEPARTMENT |
| ROSS LEARNING INC | 10675 | 2572344 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| ROSS LEARNING INC | 10675 | 2624160 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| ROSS LEARNING INC | 10675 | 2599059 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| ROY F WESTON INC | 16868 | 2512933 | ENVIRONMENTAL SERVICES - FICS #74431 | FINANCE DEPARTMENT |
| ROY F WESTON INC | 16868 | 2501574 | WATERFRONT RECLAMATION PROJECT | LAW DEPARTMENT |
| ROYAL ROOFING CO INC | 13119 | 2730710 | ROOF REPLACEMENT | RECREATION DEPARTMENT |
| S D HAMILTON GROUP | 1019484 | 2603327 | | FINANCE DEPARTMENT |
| SABRE CONTRACTING LLC | 1106108 | 2797979 | RENOVATIONS | RECREATION DEPARTMENT |
| SACRED HEART MAJOR SEMINARY | 1576 | 2501491 | FICS CONTRACT 078684  SPO 2510159 | HEALTH DEPARTMENT |
| SACRED HEART REHABILITATION CENTER, INC | 1013401 | 2507443 | MEDICAID S.A. FYE 9/99 SACRED HEART | HEALTH DEPARTMENT |
| SAFE CENTER INC | 19547 | 2501207 | | NO DEPARTMENT INDICATED |
| SAFE CENTER INC | 19547 | 2557542 | FAMILY SERVICES AND COUNSELING | FINANCE DEPARTMENT |
| SAFE CENTER INC | 19547 | 2533141 | EMERGENCY SERVICES | HUMAN SERVICES DEPARTMENT |
| SALVATION ARMY BOOTH SERVICES | 15401 | 2510155 | TRANSITIONAL HOUSING | FINANCE DEPARTMENT |
| SANDERS & JOHNSON PLLC | 1003611 | 2538824 | LEGAL SERVICES | LAW DEPARTMENT |
| SANDERS & JOHNSON PLLC | 1003611 | 2538789 | LEGAL SERVICES | LAW DEPARTMENT |
| SANDERS & JOHNSON PLLC | 1003611 | 2538820 | LEGAL SERVICES:  CLAUDE NELSON V CITY | LAW DEPARTMENT |
| SANDERS & JOHNSON PLLC | 1003611 | 2505098 | LEGAL SERVICES | FINANCE DEPARTMENT |
| SANDERS & JOHNSON PLLC | 1003611 | 2538816 | BRADFORD ERVING V CITY/HAYWARD | LAW DEPARTMENT |
| SANDERS & JOHNSON PLLC | 1003611 | 2538794 | EST. OF TOMMIE THOMAS V CITY | LAW DEPARTMENT |
| SANDERS & JOHNSON PLLC | 1003611 | 2534988 | PATRICK HATFIELD V CITY | LAW DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| SCHINDLER ELEVATOR CORPORATION | 6926 | 2558355 | MADISON CENTER ELEVATOR MAINTENANCE | NO DEPARTMENT INDICATED |
| SCHUMAKER & COMPANY INC | 1064547 | 2689171 | | BUDGET DEPARTMENT |
| SER CASA ACADEMY | 1025139 | 2589594 | EMPOWERMENT ZONE- PUBLIC SERVICE | PLANNING AND DEVELOPMENT DEPARTMENT |
| SER METRO DETROIT - JOB FOR PROGRESS | 3369 | 2528378 | YOUTH OPPORTUNITY GRANT  # 2 | EMPLOYMENT AND TRAINING DEPARTMENT |
| SER METRO DETROIT - JOB FOR PROGRESS | 3369 | 2519316 | YOUTH OPPORTUNITIES | EMPLOYMENT AND TRAINING DEPARTMENT |
| SER METRO DETROIT - JOB FOR PROGRESS | 3369 | 2622682 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| SER METRO DETROIT - JOB FOR PROGRESS | 3369 | 2536987 | INDIVIDUAL TRAINING ACCOUNTS | EMPLOYMENT AND TRAINING DEPARTMENT |
| SER METRO DETROIT - JOB FOR PROGRESS | 3369 | 2594584 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| SER METRO DETROIT - JOB FOR PROGRESS | 3369 | 2501434 | PUBLIC FACILITY REHAB | NO DEPARTMENT INDICATED |
| SER METRO DETROIT - JOB FOR PROGRESS | 3369 | 2778762 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| SER METRO DETROIT - JOB FOR PROGRESS | 3369 | 2775948 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| SER METRO DETROIT - JOB FOR PROGRESS | 3369 | 2761551 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| SERCO INC | 16569 | 2568070 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| SERCO INC | 16569 | 2623557 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| SERCO INC | 16569 | 2548196 | PARTNERSHIP FOR ADULT LEARNING | EMPLOYMENT AND TRAINING DEPARTMENT |
| SERCO INC | 16569 | 2561194 | JOB SEARCH AND JOB PLACEMENT (JSP) | EMPLOYMENT AND TRAINING DEPARTMENT |
| SERCO INC | 16569 | 2561177 | JOB SEARCH AND PLACEMENT(DEC-2K) | EMPLOYMENT AND TRAINING DEPARTMENT |
| SERCO INC | 16569 | 2778471 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| SERCO INC | 16569 | 2806253 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| SFT INCORPORATED | 1033579 | 2536333 | FOR MISTERSKI POWER PLANT PROJECT | CITY COUNCIL |
| SHAR HOUSE | 11024 | 2501503 | SUBSTANCE ABUSE COORDINATION AGENCY | NO DEPARTMENT INDICATED |
| SHAR HOUSE | 11024 | 2501501 | SUBSTANCE ABUSE COORDINATION AGENCY | NO DEPARTMENT INDICATED |
| SHAR HOUSE | 11024 | 2564200 | WOMEN AND CHILDREN EXPANSION GRANT | HEALTH DEPARTMENT |
| SHAR HOUSE | 11024 | 2501642 | MEDICAID SUBSTANCE ABUSE | NO DEPARTMENT INDICATED |
| SHARON RODDY MD | 1016242 | 2544065 | | HUMAN SERVICES DEPARTMENT |
| SHEVRIN CONSULTING SERVICES | 1081120 | 2658592 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| SIEMENS BUILDING TECHNOLOGIES INC | 1080147 | 2799544 | CONTROL SYSTEM IMPROVEMENTS | RECREATION DEPARTMENT |
| SIEMENS HEALTHCARE DIAGONSTICS | 1101501 | 2849348 | ON-SITE DRUG TESTING | HEALTH DEPARTMENT |
| SILVERI ARCHITECTS | 1031901 | 2549574 | EMPOWERMENT ZONE IMPROVEMENT | RECREATION DEPARTMENT |
| SIMON HOUSE | 18009 | 2541640 | PERMANENT HOUSING (FICS#074931) | FINANCE DEPARTMENT |
| SIMON HOUSE | 18009 | 2510640 | EMERGENCY SHELTER | FINANCE DEPARTMENT |
| SIMONE CONTRACTING CORPORATION | 1000476 | 2786501 | CONSTRUCTION CONTRACT | RECREATION DEPARTMENT |
| SMITH BROS ELECTRIC INC | 1018473 | 2582919 | | FINANCE DEPARTMENT |
| SMITH BROS ELECTRIC INC | 1018473 | 2505208 | INSTALL VOICE AND DATA WIRING SERVICES | INFORMATION TECHNOLOGY SERVICES |
| SMITH GROUP JJR LLC | 1003312 | 2504102 | LONG TERM MANAGEMENT | FINANCE DEPARTMENT |
| SNELL ENVIRONMENTAL GROUP INC | 1000483 | 2502200 | ABATEMENT ASBESTOS | DEPARTMENT OF PUBLIC WORKS |
| SNELL ENVIRONMENTAL GROUP INC | 1000483 | 2500795 | ENGINEERING SERVICES FOR NEW BRIDGES | DEPARTMENT OF PUBLIC WORKS |
| SOBH PROPERTY MANAGEMENT LLC | 1018847 | 2515472 | | HEALTH DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| SOBRIETY HOUSE INC | 1797 | 2501505 | SUBSTANCE ABUSE COORDINATION AGENCY | HEALTH DEPARTMENT |
| SOBRIETY HOUSE INC | 1797 | 2501734 | MEDICAID SUBSTANCE ABUSE | HEALTH DEPARTMENT |
| SOCIETY OF ST VINCENT DE PAUL | 10460 | 2587915 | | FINANCE DEPARTMENT |
| SONDRA E JENKINS | 1013274 | 2507145 | JOINT L-M/QI PROJECT CONSULTANT | HUMAN RESOURCES DEPARTMENT |
| SOUTHEAST CHILDREN AND FAMILY DEVELOPMENT HEAD START | 10372 | 2587309 | | HUMAN SERVICES DEPARTMENT |
| SOUTHEAST CHILDREN AND FAMILY DEVELOPMENT HEAD START | 10372 | 2532516 | HEAD START PROGRAM | HUMAN SERVICES DEPARTMENT |
| SOUTHEAST CHILDREN AND FAMILY DEVELOPMENT HEAD START | 10372 | 2504138 | HEAD START PROGRAM 1998-99 | HUMAN SERVICES DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2593437 | | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2501895 | HEALTHY START INIT 8/98 | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2560866 | CPBC MASTER AGREEMENT | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2516778 | FIDUCIARY SERVICES | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2538658 | HEALTHY START INITIATIVE PROGRAM | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2556341 | FIDUCIARY SERVICES FOR LEAD FREE DETROIT | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2537516 | CPBC MASTER CONTRACT | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2501527 | EPSDT (HEALTHY KIDS) | NO DEPARTMENT INDICATED |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2625403 | | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2522514 | HEALTHY START INITIATIVE | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2507951 | HIV EMERGENCY RELIEF 2/00 | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2501918 | 25 STD CONTROL 9-98 AND 9-99 | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2501498 | HOPWA-PERSONS W/AIDS HSG | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2505868 | 25 STD & TB PHYSICIAN SERVICES | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2502007 | STD & TB PYHSICIAN | NO DEPARTMENT INDICATED |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2536778 | FETAL INFANT MORTALITY REVIEW GRANT | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2516123 | EPSDT ( HEALTHY KIDS ) | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2528888 | SEMHA - CCA ADMINISTRATION | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2538739 | HIV/AIDS PROJECT CPO | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2665698 | | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2587750 | | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2506174 | 25 TB/HIV CONTROL PROGRAM - 12/99 | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2510504 | LEAD FREE DETROIT PROJECT | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2581401 | | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2504657 | FISCAL MANAGEMENT SERVICES | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2614575 | | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2612915 | | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2619300 | | HEALTH DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2538646 | REFUGEE HEALTH SCREENING PROGRAM | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2613498 | | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2571721 | | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2766781 | | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2766314 | | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2793186 | | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2770373 | | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2753985 | | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2761660 | | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2788671 | | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2755765 | | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2784430 | | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2799776 | | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2796870 | | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2797934 | | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2797936 | | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2624694 | | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2799792 | | HEALTH DEPARTMENT |
| SOUTHEASTERN MICHIGAN HEALTH | 8092 | 2776660 | | HEALTH DEPARTMENT |
| SOUTHWEST COUNSELING | 1000589 | 2549618 | CAREER INITIATIVES CENTER PROJECT | HUMAN SERVICES DEPARTMENT |
| SOUTHWEST COUNSELING | 1000589 | 2593318 | | FINANCE DEPARTMENT |
| SOUTHWEST DETROIT BUSINESS ASSOCIATION | 19640 | 2548414 | | FINANCE DEPARTMENT |
| SOUTHWEST DETROIT COMMUNITY | 1067854 | 2606819 | | FINANCE DEPARTMENT |
| SPALDING DEDECKER ASSOCIATES INC | 1427 | 2632652 | | RECREATION DEPARTMENT |
| SPEC ASSOCIATES | 19262 | 2765376 | | HUMAN SERVICES DEPARTMENT |
| SPECTRUM HUMAN SERVICES | 20301 | 2501508 | SUBSTANCE ABUSE COORDINATION AGENCY | NO DEPARTMENT INDICATED |
| SPIEGEL & MCDIARMID | 19669 | 2501813 | LEGAL SERVICES | PUBLIC LIGHTING DEPARTMENT |
| ST GREGORY COMMUNITY CENTER | 16937 | 2511397 | P&DD PUBLIC SERVICE | FINANCE DEPARTMENT |
| ST PATRICKS SENIOR CENTER INC | 12493 | 2502481 | SENIOR CITIZENS MEAL | HEALTH DEPARTMENT |
| ST REGIS DETROIT PARTNERS LLC | 1102961 | 2770016 | | POLICE DEPARTMENT |
| STAR CENTERS INC | 1003699 | 2501619 | MEDICAID SUBSTANCE ABUSE | NO DEPARTMENT INDICATED |
| STELLA B SEIDEN | 2398 | 2502097 | | NO DEPARTMENT INDICATED |
| STONE & WEBSTER MICHIGAN INC | 8561 | 2500914 | MISTERSKY PWR PLANT CONSULTING | PUBLIC LIGHTING DEPARTMENT |
| STRATEGIC STAFFING SOLUTIONS | 17268 | 2620837 | | NON-DEPARTMENTAL |
| STRATEGIC STAFFING SOLUTIONS | 17268 | 2767687 | CONTRACT FOR PROFESSIONAL SERVICES | INFORMATION TECHNOLOGY SERVICES |
| STRATEGIC STAFFING SOLUTIONS | 17268 | 2681666 | | INFORMATION TECHNOLOGY SERVICES |
| STRATEGIC STAFFING SOLUTIONS | 17268 | 2554729 | 2001/2002 CONTRACTUAL RESOURCES | INFORMATION TECHNOLOGY SERVICES |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| STRATEGIC STAFFING SOLUTIONS | 17268 | 2643900 | | INFORMATION TECHNOLOGY SERVICES |
| STROHL SYSTEMS GROUP INC | 19599 | 2514946 | 970259-COMPUTER - SOFTWARE LICENSE | INFORMATION TECHNOLOGY SERVICES |
| STS CONSULTANTS LTD | 1027626 | 2619993 | | RECREATION DEPARTMENT |
| SWORD SOLUTIONS INC | 1075932 | 2634531 | | HEALTH DEPARTMENT |
| SYNC TECHNOLOGIES INC | 1025602 | 2643904 | | INFORMATION TECHNOLOGY SERVICES |
| SYNC TECHNOLOGIES INC | 1025602 | 2681667 | | INFORMATION TECHNOLOGY SERVICES |
| SYNC TECHNOLOGIES INC | 1025602 | 2804856 | | HUMAN SERVICES DEPARTMENT |
| SYNCH SOLUTIONS | 1102866 | 2768084 | CONTRACT FOR TECHNOLOGY RESOURCES | INFORMATION TECHNOLOGY SERVICES |
| SYSTEMS CONSULTING GROUP LLC | 1021802 | 2537205 | CONSULTANT SERVICES | DEPARTMENT OF TRANSPORTATION |
| T & T BUILDERS | 1025258 | 2544439 | HOME WEATHERIZATION | HUMAN SERVICES DEPARTMENT |
| T & T BUILDERS | 1025258 | 2524579 | WEATHERIZATION PROGRAM | HUMAN SERVICES DEPARTMENT |
| T & T BUILDERS | 1025258 | 2525183 | | FINANCE DEPARTMENT |
| T & T BUILDERS | 1025258 | 2672030 | | HUMAN SERVICES DEPARTMENT |
| T & T BUILDERS | 1025258 | 2607322 | | HUMAN SERVICES DEPARTMENT |
| T & T BUILDERS | 1025258 | 2789080 | | HUMAN SERVICES DEPARTMENT |
| T & T BUILDERS | 1025258 | 2732569 | | HUMAN SERVICES DEPARTMENT |
| T & T BUILDERS | 1025258 | 2761175 | | HUMAN SERVICES DEPARTMENT |
| TARA TUOMAALA | 1047262 | 2569166 | | CULTURAL AFFAIRS DEPARTMENT |
| TC SIMMONS VISITING MINISTRY | 18571 | 2510152 | SHELTER AND SERVICE | FINANCE DEPARTMENT |
| TECH TOWN | 1107416 | 2807786 | | HUMAN SERVICES DEPARTMENT |
| TEI ENVIRONMENTAL SOLUTIONS LLC | 1109309 | 2548181 | (UNIROYAL) INTERIM RESPONSE ACTIVITIES FOR EAST JEFFERSON AT BELLE ISLE | ENVIRONMENTAL AFFAIRS DEPARTMENT |
| TEI ENVIRONMENTAL SOLUTIONS LLC | 1109309 | 2563252 | BROWNFIELD SAP PHASE I AND PHASE II | ENVIRONMENTAL AFFAIRS DEPARTMENT |
| TETRA TECH MPS | 1030048 | 2633203 | | DEPARTMENT OF PUBLIC WORKS |
| THE ARTS PLACE | 20040 | 2643815 | | RECREATION DEPARTMENT |
| THE BARTECH GROUP | 1036576 | 2681675 | | INFORMATION TECHNOLOGY SERVICES |
| THE BARTECH GROUP | 1036576 | 2643893 | | INFORMATION TECHNOLOGY SERVICES |
| THERMO JARRELL ASH CORP | 23280 | 2502432 | MAINTENANCE | FINANCE DEPARTMENT |
| THOMAS E MARSHALL PC | 17881 | 2511456 | SHAUN NEAL, ET AL V CITY OF DETROIT, ET AL | LAW DEPARTMENT |
| THOMAS E MARSHALL PC | 17881 | 2513521 | LIGENS D. MOORE V CITY OF DETROIT | LAW DEPARTMENT |
| THOMAS J WALSH APPRAISAL CO | 20198 | 2502095 | CASINO SITE APPRAISER | LAW DEPARTMENT |
| TIBURON INC | 1072420 | 2614989 | | POLICE DEPARTMENT |
| TIBURON INC | 1072420 | 2637943 | | POLICE DEPARTMENT |
| TILLMAN & TILLMAN PC | 1018624 | 2515016 | WILLIAM GRAHAM V CITY/MANSON | LAW DEPARTMENT |
| TIMMIS & INMAN LLP | 19998 | 2562545 | LEGAL SERVICES: LYNN/BEAUCHAMP V CITY | LAW DEPARTMENT |
| TIMMIS & INMAN LLP | 19998 | 2544381 | RYAN LACKIE V CITY OF DETROIT/FULKS | LAW DEPARTMENT |
| TIMMIS & INMAN LLP | 19998 | 2632190 | | LAW DEPARTMENT |
| TIMMIS & INMAN LLP | 19998 | 2534965 | ANDREOS COOPER V CITY | LAW DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| TIMMIS & INMAN LLP | 19998 | 2562570 | LEGAL SERVICES | LAW DEPARTMENT |
| TIMMIS & INMAN LLP | 19998 | 2508654 | SHANNON L. TROMEUR V JULIUS LIGE | HEALTH DEPARTMENT |
| TIMMIS & INMAN LLP | 19998 | 2502450 | LEGAL SERVICES: WILLIAM BURKES V CITY | LAW DEPARTMENT |
| TIMMIS & INMAN LLP | 19998 | 2544404 | TITO BURLEIGH V CITY/WILLIAMS | LAW DEPARTMENT |
| TIMMIS & INMAN LLP | 19998 | 2508661 | LEGAL SERVICES: TUCKER V CITY OF DETROIT | LAW DEPARTMENT |
| TIMMIS & INMAN LLP | 19998 | 2562575 | HENRY BROWN V CITY/JULIUS TATE | LAW DEPARTMENT |
| TIMMIS & INMAN LLP | 19998 | 2562563 | LEGAL SERVICES | LAW DEPARTMENT |
| TIMMIS & INMAN LLP | 19998 | 2544430 | TOMMIE THOMAS V CITY, ET AL | LAW DEPARTMENT |
| TIMMIS & INMAN LLP | 19998 | 2562559 | TORI CARTER, ET AL V CITY | LAW DEPARTMENT |
| TIMMIS & INMAN LLP | 19998 | 2502452 | LEGAL SERVICES | LAW DEPARTMENT |
| TIMMIS & INMAN LLP | 19998 | 2544420 | RUPERT/HAYES/BOWERS V BROWN | LAW DEPARTMENT |
| TISEO BROTHERS INC | 18296 | 2501389 | VIRGINIA PARK PAVING | NO DEPARTMENT INDICATED |
| TODD PHILLIPS CHILDRENS HOME | 16998 | 2501778 | | NO DEPARTMENT INDICATED |
| TRAVELLERS AID SOCIETY OF DET | 15890 | 2501964 | EMERGENCY SHELTER | HUMAN SERVICES DEPARTMENT |
| TWW & ASSOCIATES INC | 15821 | 2563101 | WORKFIRST/WELFARE TO WORK | EMPLOYMENT AND TRAINING DEPARTMENT |
| TWW & ASSOCIATES INC | 15821 | 2550329 | OPERATION FAST BREAK/ PAL | EMPLOYMENT AND TRAINING DEPARTMENT |
| TWW & ASSOCIATES INC | 15821 | 2696181 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| TWW & ASSOCIATES INC | 15821 | 2803891 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| TWW & ASSOCIATES INC | 15821 | 2778474 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| TWW & ASSOCIATES INC | 15821 | 2806255 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| TXU ENERGY SERVICE | 1021990 | 2525960 | CITY WIDE NATURAL GAS PURCHASE | PUBLIC LIGHTING DEPARTMENT |
| UNIGLOBE CONSTRUCTION CO | 19275 | 2793402 | | HUMAN SERVICES DEPARTMENT |
| UNITED COMMUNITY HOUSING COALITION | 9812 | 2510128 | HOMELESS ASSISTANCE PROGRAM | FINANCE DEPARTMENT |
| UNIVERSAL SYSTEM TECHNOLOGIES INC | 20223 | 2589037 | | INFORMATION TECHNOLOGY SERVICES |
| UNIVERSAL SYSTEM TECHNOLOGIES INC | 20223 | 2768088 | PROFESSIONAL SERVICES CONTRACT | INFORMATION TECHNOLOGY SERVICES |
| UNIVERSITY FAMILY PHYSICIANS | 1045603 | 2541597 | ENV: MEDICAL MONITORING SERVICES | ENVIRONMENTAL AFFAIRS DEPARTMENT |
| UNIVERSITY OF DETROIT MERCY | 1051358 | 2722921 | | RECREATION DEPARTMENT |
| UNIVERSITY OF MICHIGAN | 8466 | 2500990 | EMERGENCY RESPONSE PLANNING | WATER DEPARTMENT |
| UNIVERSITY PHYSICIAN GROUP | 1093137 | 2799075 | | HEALTH DEPARTMENT |
| UNIVERSITY WOMEN'S CARE | 1030044 | 2530120 | | HEALTH DEPARTMENT |
| UNIVERSITY WOMEN'S CARE | 1030044 | 2595456 | | HEALTH DEPARTMENT |
| UNIVERSITY WOMEN'S CARE | 1030044 | 2567920 | | HEALTH DEPARTMENT |
| UNIVERSITY WOMEN'S CARE | 1030044 | 2614558 | | HEALTH DEPARTMENT |
| UNLIMITED SOLUTIONS INC | 17906 | 2502050 | PROGRAMMING CODING | INFORMATION TECHNOLOGY SERVICES |
| UNLIMITED SOLUTIONS INC | 17906 | 2554534 | 2001/2001 CONTRACTUAL RESOURCES | INFORMATION TECHNOLOGY SERVICES |
| UPTOWN LAND DEVELOPMENT CORP | 18833 | 2501758 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| URBAN MANAGEMENT CORP | 20310 | 2502173 | FLEET MAINTENANCE SERVICES | DEPARTMENT OF PUBLIC WORKS |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| URBANWERKS LLC | 1083053 | 2664787 | | RECREATION DEPARTMENT |
| URS CORPORATION | 1052537 | 2607949 | | ENVIRONMENTAL AFFAIRS DEPARTMENT |
| URSO PALMER & ROSS PC | 1048532 | 2574335 | | CITY COUNCIL |
| U-SNAP BAC NON-PROFIT CORP | 20364 | 2506589 | PUBLIC SERVICE AND REHAB | FINANCE DEPARTMENT |
| U-SNAP BAC NON-PROFIT CORP | 20364 | 2584237 | | PLANNING AND DEVELOPMENT DEPARTMENT |
| U-SNAP BAC NON-PROFIT CORP | 20364 | 2501597 | SITE IMPROVEMENTS HOUSING | NO DEPARTMENT INDICATED |
| V W PROPERTIES | 1084250 | 2531882 | | POLICE DEPARTMENT |
| V W PROPERTIES | 1084250 | 2509482 | | POLICE DEPARTMENT |
| VAN OVERBEKE & ASSOCIATES | 20121 | 2505192 | LEGAL SERVICES:  DEWOLF, ET AL V CITY | LAW DEPARTMENT |
| VAN OVERBEKE & ASSOCIATES | 20121 | 2521182 | LYNN/BEAUCHAMP V CITY/RADFORD | LAW DEPARTMENT |
| VAN OVERBEKE & ASSOCIATES | 20121 | 2505073 | LEGAL SERVICES | LAW DEPARTMENT |
| VAN OVERBEKE & ASSOCIATES | 20121 | 2539172 | LEGAL SERVICES | LAW DEPARTMENT |
| VAN OVERBEKE & ASSOCIATES | 20121 | 2515553 | LEGAL SERVICES:  KIMBER V CITY/ADUROJA | LAW DEPARTMENT |
| VAN OVERBEKE & ASSOCIATES | 20121 | 2521167 | LEGAL SERVICES:  LONGSTREET V JORDAN | LAW DEPARTMENT |
| VAN OVERBEKE & ASSOCIATES | 20121 | 2536310 | LEGAL SERVICES | LAW DEPARTMENT |
| VAN OVERBEKE & ASSOCIATES | 20121 | 2511869 | LEGAL SERVICES | LAW DEPARTMENT |
| VAN SCOYOC ASSOCIATES INC | 1070940 | 2617193 | | LAW DEPARTMENT |
| VANOVERBEKE MICHAUD & TIMMONY P C | 1026688 | 2594482 | | LAW DEPARTMENT |
| VANOVERBEKE MICHAUD & TIMMONY P C | 1026688 | 2563075 | BLUE CROSS/BLUE SHIELD RESERVE FUND | LAW DEPARTMENT |
| VANOVERBEKE MICHAUD & TIMMONY P C | 1026688 | 2544823 | LEGAL SERVICES | LAW DEPARTMENT |
| VANOVERBEKE MICHAUD & TIMMONY P C | 1026688 | 2546318 | LEGAL SERVICES | LAW DEPARTMENT |
| VANOVERBEKE MICHAUD & TIMMONY P C | 1026688 | 2591271 | | LAW DEPARTMENT |
| VANOVERBEKE MICHAUD & TIMMONY P C | 1026688 | 2563068 | TOYIA MOODY/STEPHANIE BENNETT V CITY | LAW DEPARTMENT |
| VANOVERBEKE MICHAUD & TIMMONY P C | 1026688 | 2632746 | | LAW DEPARTMENT |
| VARNUM RIDDERING SCHMIDT | 17517 | 2502367 | TELECOMMUNICATIONS/FIBER OPTICS | LAW DEPARTMENT |
| VARNUM RIDDERING SCHMIDT | 17517 | 2514143 | LEGAL SERVICES | LAW DEPARTMENT |
| VENABLE BAETJER HOWARD LLP | 20054 | 2503723 | PROFESSIONAL SERVICES | CITY COUNCIL |
| VIRCHOW KRAUSE & CO LLP | 1099691 | 2746850 | | FINANCE DEPARTMENT |
| VIRGINIA PARK CITIZENS SERVICE | 16867 | 2719711 | | DEPARTMENT OF TRANSPORTATION |
| VISION INFORMATION TECHNOLOGIES | 1011855 | 2542788 | WEB DEVELOPMENT | INFORMATION TECHNOLOGY SERVICES |
| VOICE PRINT INTERNATIONAL INC | 1045791 | 2816063 | MAINTENANCE FOR VOICE SERVICES | POLICE DEPARTMENT |
| VORHIES ESTATE INC | 1005399 | 2517975 | | HUMAN SERVICES DEPARTMENT |
| VS VISUAL STATEMENT INC | 1076618 | 2796124 | | POLICE DEPARTMENT |
| W D LEE CENTER FOR LIFE MANAGEMENT | 1003687 | 2502211 | MEDICAID SUBSTANCE ABUSE | NO DEPARTMENT INDICATED |
| W-3 CONSTRUCTION COMPANY | 1022302 | 2796096 | LIGHTING IMPROVEMENTS | RECREATION DEPARTMENT |
| WALBRIDGE-ALDINGER CO | 2782 | 2588907 | | WATER DEPARTMENT |
| WALBRIDGE-ALDINGER CO | 2782 | 2529880 | PRIMARY CLARIFIER NUMBERS 17 AND 18 | SEWERAGE DEPARTMENT |
| WALBRIDGE-ALDINGER CO | 2782 | 2517999 | SECONDARY CLARIFIER IMPROVEMENTS | SEWERAGE DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| WALSH CONSTRUCTION | 1003706 | 2540999 | CONNER CREEK PILOT CSO CONTROL FACILITY | SEWERAGE DEPARTMENT |
| WARM TRAINING CENTER | 1099138 | 2798140 | | HUMAN SERVICES DEPARTMENT |
| WARM TRAINING CENTER | 1099138 | 2761360 | | HUMAN SERVICES DEPARTMENT |
| WARM TRAINING PROGRAM INC | 1001814 | 2637413 | | HUMAN SERVICES DEPARTMENT |
| WARM TRAINING PROGRAM INC | 1001814 | 2592885 | | FINANCE DEPARTMENT |
| WARM TRAINING PROGRAM INC | 1001814 | 2746897 | | HUMAN SERVICES DEPARTMENT |
| WARM TRAINING PROGRAM INC | 1001814 | 2808870 | | HUMAN SERVICES DEPARTMENT |
| WARM TRAINING PROGRAM INC | 1001814 | 2706004 | | HUMAN SERVICES DEPARTMENT |
| WARREN CONNER DEVELOPMENT COALITIONS | 1015379 | 2515838 | WARREN CONNER SA FYE 9/99 | HEALTH DEPARTMENT |
| WARREN CONNER DEVELOPMENT COALITIONS | 1015379 | 2736044 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| WAYNE COUNTY | 18789 | 2560623 | WF/WTW JOB SEARCH AND JOB PLACEMENT | EMPLOYMENT AND TRAINING DEPARTMENT |
| WAYNE COUNTY | 18789 | 2574696 | | POLICE DEPARTMENT |
| WAYNE COUNTY | 18789 | 2772891 | | POLICE DEPARTMENT |
| WAYNE COUNTY COMMUNITY COLLEGE | 1008933 | 2782908 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| WAYNE COUNTY COMMUNITY COLLEGE | 1008933 | 2782906 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| WAYNE STATE UNIVERSITY | 1015979 | 2539793 | | HEALTH DEPARTMENT |
| WAYNE STATE UNIVERSITY | 1015979 | 2539816 | PREVENTATIVE SERVICES | HEALTH DEPARTMENT |
| WAYNE STATE UNIVERSITY | 1015979 | 2539788 | TARGET CITIES | HEALTH DEPARTMENT |
| WAYNE STATE UNIVERSITY | 1015979 | 2539821 | PREVENTATIVE SERVICES | HEALTH DEPARTMENT |
| WAYNE STATE UNIVERSITY | 1015979 | 2516330 | WSU - UNIVERSITY CONSORTIUM | HUMAN RESOURCES DEPARTMENT |
| WAYNE STATE UNIVERSITY | 1015979 | 2539807 | PREVENTATIVE SERVICES | HEALTH DEPARTMENT |
| WAYNE STATE UNIVERSITY | 3116 | 2560543 | CITY/UNIVERSITY CONSORTIUM | HUMAN RESOURCES DEPARTMENT |
| WAYNE STATE UNIVERSITY | 3116 | 2532723 | WIA TITLE I OFFICE AUTOMATION TRAINING | EMPLOYMENT AND TRAINING DEPARTMENT |
| WAYNE STATE UNIVERSITY | 3116 | 2501980 | TITLE III OFFICE AUTOMATION TRAINING | EMPLOYMENT AND TRAINING DEPARTMENT |
| WAYNE STATE UNIVERSITY | 3116 | 2571280 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| WAYNE STATE UNIVERSITY | 3116 | 2552859 | OFFICE AUTOMATION & WORD PROCESSING | EMPLOYMENT AND TRAINING DEPARTMENT |
| WAYNE STATE UNIVERSITY | 3116 | 2519218 | WORD PROCESS TRAINING | EMPLOYMENT AND TRAINING DEPARTMENT |
| WAYNE STATE UNIVERSITY | 3116 | 2611249 | | POLICE DEPARTMENT |
| WAYNE STATE UNIVERSITY | 3116 | 2501174 | | NO DEPARTMENT INDICATED |
| WAYNE STATE UNIVERSITY | 3116 | 2765357 | | CITY COUNCIL |
| WAYNE STATE UNIVERSITY | 3116 | 2797492 | | HEALTH DEPARTMENT |
| WAYNE STATE UNIVERSITY COLLEGE | 19759 | 2502190 | | PLANNING AND DEVELOPMENT DEPARTMENT |
| WAYNE STATE UNIVERSITY COLLEGE | 19759 | 2500873 | EZ PROGRAM OPERATIONS | NO DEPARTMENT INDICATED |
| WCI CONTRACTORS | 17607 | 2681202 | | RECREATION DEPARTMENT |
| WCI CONTRACTORS | 17607 | 2733883 | CONSTRUCTION CONTRACT | RECREATION DEPARTMENT |
| WCI CONTRACTORS | 17607 | 2762089 | CONSTRUCTION CONTRACT | RECREATION DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| WCI CONTRACTORS | 17607 | 2708713 | | RECREATION DEPARTMENT |
| WCI CONTRACTORS | 17607 | 2731182 | | RECREATION DEPARTMENT |
| WCI CONTRACTORS | 17607 | 2762091 | CONSTRUCTION CONTRACT | RECREATION DEPARTMENT |
| WCI CONTRACTORS | 17607 | 2729538 | CONSTRUCTION CONTRACT | RECREATION DEPARTMENT |
| WCI CONTRACTORS | 17607 | 2785381 | CONSTRUCTION CONTRACT | RECREATION DEPARTMENT |
| WCI CONTRACTORS | 17607 | 2799443 | CONSTRUCTION CONTRACT | RECREATION DEPARTMENT |
| WE CARE DEVELOPMENT CORP | 20361 | 2627183 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| WEISS CONSTRUCTION CO | 16586 | 2500908 | DWS-805 SUBURBAN METER AUTOMATION | WATER DEPARTMENT |
| WEISS CONSTRUCTION CO | 16586 | 2501482 | DWS-800 SUBURBAN WATER METERS | WATER DEPARTMENT |
| WELLSPRING | 18110 | 2597175 | | FINANCE DEPARTMENT |
| WEST DETROIT INTERFAITH | 1044949 | 2554192 | | FINANCE DEPARTMENT |
| WESTFIELD DETROIT LLC | 1021039 | 2517679 | | HUMAN SERVICES DEPARTMENT |
| WESTIN ENGINEERING INC | 14468 | 2767695 | PROFESSIONAL SERVICES CONTRACT | INFORMATION TECHNOLOGY SERVICES |
| WILDWOOD RANCH | 1012803 | 2547128 | DETROIT RESCUE MISSION | HUMAN SERVICES DEPARTMENT |
| WILDWOOD RANCH | 1012803 | 2516691 | SUMMER CAMPERSHIPS TO URBAN YOUTHS | HUMAN SERVICES DEPARTMENT |
| WILLA R WALKER LLC | 1071151 | 2618732 | | CULTURAL AFFAIRS DEPARTMENT |
| WILLIAMS ACOSTA PLLC | 1049952 | 2501454 | GRAIMARK REHAB PROJ - FICS #79019 | PLANNING AND DEVELOPMENT DEPARTMENT |
| WILLIAMS ACOSTA PLLC | 1049952 | 2501725 | ENVIRONMENTAL STATUTES & REGULATIONS | LAW DEPARTMENT |
| WILLIAMS ACOSTA PLLC | 1049952 | 2505940 | LEGAL SERVICES-ENVIRONMENTAL | PLANNING AND DEVELOPMENT DEPARTMENT |
| WILLIAMS ACOSTA PLLC | 1049952 | 2500981 | FICS #68652-MID-CITY REVITALIZATION | PLANNING AND DEVELOPMENT DEPARTMENT |
| WILLIAMS ACOSTA PLLC | 1049952 | 2559971 | ERNEST MONROE V CITY OF DETROIT | WATER DEPARTMENT |
| WILLIAMS ACOSTA PLLC | 1049952 | 2623874 | | LAW DEPARTMENT |
| WILLIAMS ACOSTA PLLC | 1049952 | 2501539 | CASINO DEVELOPMENT PROJECT | LAW DEPARTMENT |
| WILLIAMS ACOSTA PLLC | 1049952 | 2553947 | BRUSH PARK PROJECT | PLANNING AND DEVELOPMENT DEPARTMENT |
| WILLIAMS ACOSTA PLLC | 1049952 | 2641654 | LEGAL SERVICES | LAW DEPARTMENT |
| WILLIAMS ACOSTA PLLC | 1049952 | 2593326 | LEGAL SERVICES | ENVIRONMENTAL AFFAIRS DEPARTMENT |
| WILLIAMS ACOSTA PLLC | 1049952 | 2512512 | LEGAL SERVICES | LAW DEPARTMENT |
| WILLIE L MAYO CPA | 1021915 | 2518939 | AUDIT TRAINING | HUMAN SERVICES DEPARTMENT |
| WILLIE MCCORMICK ASSOCIATES INC | 1001824 | 2618093 | | WATER DEPARTMENT |
| WILLIE MCCORMICK ASSOCIATES INC | 1001824 | 2679478 | | WATER DEPARTMENT |
| WILLIE MCCORMICK ASSOCIATES INC | 1001824 | 2566621 | | WATER DEPARTMENT |
| WILLIE MCCORMICK ASSOCIATES INC | 1001824 | 2673433 | | WATER DEPARTMENT |
| WINDHAM REALTY GROUP INC | 17474 | 2500986 | VIC PARK MANAGER | PLANNING AND DEVELOPMENT DEPARTMENT |
| WOMENS JUSTICE CENTER | 14689 | 2508100 | | HUMAN SERVICES DEPARTMENT |
| WOMENS JUSTICE CENTER/MY SISTER PLACE | 1031434 | 2535491 | DOMESTIC VIOLENCE SERVICES | POLICE DEPARTMENT |
| WORKBRAIN INC | 1087022 | 2688977 | | NON-DEPARTMENTAL |
| WTF COMPANY LLC | 1009825 | 2509611 | | POLICE DEPARTMENT |

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| XEROX CORPORATION | 20143 | 2527583 | PHOTOCOPIER MAINTENANCE | COMMUNICATIONS AND CREATIVE SERVICES DEPARTMENT |
| YMCA OF METRO DETROIT | 17203 | 2502285 | PUBLIC FACILITY REHABILITATION | NO DEPARTMENT INDICATED |
| YMCA OF METROPOLITAN DETROIT | 1071155 | 2801079 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| YOUNG DETROIT BUILDERS | 1008086 | 2516595 | | EMPLOYMENT AND TRAINING DEPARTMENT |
| YOUNG DETROIT BUILDERS | 1008086 | 2797765 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| YOUNG DETROIT BUILDERS | 1008086 | 2775343 | | HUMAN SERVICES DEPARTMENT |
| YOUNG DETROIT BUILDERS | 1008086 | 2743797 | | HUMAN SERVICES DEPARTMENT |
| YOUNG DETROIT BUILDERS | 1008086 | 2803602 | | HUMAN SERVICES DEPARTMENT |
| YOUTH CONNECTION | 1054883 | 2801091 | | WORKFORCE DEVELOPMENT DEPARTMENT |
| YOUTH LINKS USA | 1044013 | 2552463 | OPERATION FAST BREAK | EMPLOYMENT AND TRAINING DEPARTMENT |
| YWCA INTERIM HOUSE | 2143 | 2535474 | SERVICES WITH DOMESTIC VIOLENCE UNIT | POLICE DEPARTMENT |
| YWCA INTERIM HOUSE | 2143 | 2508609 | ESG CONTRACT FICS # 078503 | FINANCE DEPARTMENT |
| ZETA STORK'S NEST FOUNDATION | 13210 | 2508767 | NOF PUBLIC SERVICE CONTRACT | FINANCE DEPARTMENT |
| All collective bargaining agreements that had expired prior to confirmation to the extent that they purported to, or would be determined by applicable law to, provide continuing contractual benefits to employees or former employees of the City | | | | |

**EXHIBIT III.D.2**

RETAINED CAUSES OF ACTION

## EXHIBIT III.D.2

Reference is made to Section III.D.2 of the Plan. Capitalized terms used but not defined herein shall have the meanings given to them in Section I.A of the Plan.

Without limiting any relevant provision of the Plan (including Section III.D.2 thereof), the City expressly reserves and retains, and may enforce, any and all of its rights with respect to: (i) Causes of Action related to the City's Municipal Parking Department, (ii) Causes of Action related to the City's Finance Department, (iii) Causes of Action related to the City's Airport Department, (iv) Causes of Action related to the City's Public Lighting Department, (v) Causes of Action related to the City's Planning and Development Department, (vi) Causes of Action related to the City's Building Safety, Engineering and Environmental Department, (vii) Causes of Action related to the City's Water and Sewerage Department, (viii) Causes of Action related to the City's Department of Public Works, (ix) Causes of Action related to the City's Police Department, (x) Causes of Action related to the City's Fire Department, (xi) Causes of Action related to the City's Assessment Division, (xii) Causes of Action related to the City's Law Department, (xiii) Causes of Action related to any other City department, (xiv) Causes of Action against all litigation parties listed on Schedule H of the Second Amended List of Creditors and Claims [Docket No. 1059] and (xv) the Causes of Action in the following proceedings:

1.  City of Detroit v. MTZ Incorporated, No. 05-121906, Mich. 36th Dist. Ct.;

2.  City of Detroit v. Big Daddy's Soul Food, No. 04-109681, Mich. 36th Dist. Ct.;

3.  City of Detroit v. Louie's Foods, Inc., No. 05-115153, Mich. 36th Dist. Ct.;

4.  City of Detroit v. Robinson Group Home and Rodney Robinson, No. 07-125747, Mich. 36th Dist. Ct.;

5.  City of Detroit v. Arthur R. Jett and Mildred S. Jett, No. 97-713173, Mich. 36th Dist. Ct.;

6.  City of Detroit v. Celia Y. Collins, No. 02-107182, Mich. 36th Dist. Ct.;

7.  City of Detroit v. Anthony Gillam & Kimberly Gillam, No. 01-113119, Mich. 36th Dist. Ct.;

8.  City of Detroit v. Caesar Austin and Evelyn Austin, No. 02-119500, Mich. 36th Dist. Ct.;

9.  City of Detroit v. Means Construction, Inc., Eric J. Means and Ted Smith, No. 03-105353, Mich. 36th Dist. Ct.;

10. City of Detroit v. Eick B. Jeter and Crystal B. Jeter, No. 03-146312, Mich. 36th Dist. Ct.;

11. City of Detroit v. Albert Green and Loretta Green, No. 06-102852, Mich. 36th Dist. Ct.;

12. City of Detroit v. Marlon Currie, No. 04-110183-GC, Mich. 36th Dist. Ct.;

13. City of Detroit v. Tamara Smith and James Smith, No. 04-114151, Mich. 36th Dist. Ct.;

14. City of Detroit v. Juan Rosado and Lori Rosado, No. 04-420691, Mich. 36th Dist. Ct.;

15. City of Detroit v. Victor Barnes and Gwendolyn Barnes, No. 04-130939, Mich. 36th Dist. Ct.;

16. City of Detroit v. Charles Selmon, No.04-132032-GC, Mich. 36th Dist. Ct.;

17. City of Detroit v. Gregory Webb, No. 04-139195, Mich. 36th Dist. Ct.;

18. City of Detroit v. Alden M. Jarvis and Veronica V. Jarvis, No. 04-136449, Mich. 36th Dist. Ct.;

19. City of Detroit v. Lisa D. Bradley, No. 04-136448, Mich. 36th Dist. Ct.;

20. City of Detroit v. Jarrick F. Goldsby, No. 04-145046, Mich. 36th Dist. Ct.;

21. City of Detroit v. Edgar Butler & Quensetta Butler, No. 04-145049-GC, Mich. 36th Dist. Ct.;

22. City of Detroit v. Michael Marshall and Sheila Marshall, No. 04-415055, Mich. 36th Dist. Ct.;

23. City of Detroit v. Dwight Riddell, Mich. 36th Dist. Ct.;

24. City of Detroit v. Frank Wilson and Edwina J. Wilson, No. 04-142987-GC, Mich. 36th Dist. Ct.;

25. City of Detroit v. Sharon F. Sexton, No. 05-103709, Mich. 36th Dist. Ct.;

26. City of Detroit v. John W. & Winnie M. Plummer, No. 05-108201-GC, Mich. 36th Dist. Ct.;

27. City of Detroit v. Leon Jackson and Harvard Square Center, Mich. 36th Dist. Ct.;

28. City of Detroit v. Michael Franke, No. 05-110302-GC, Mich. 36th Dist. Ct.;

29. City of Detroit v. Caesar Austin and Evelyn Austin, No. 05-116751, Mich. 36th Dist. Ct.;

30. City of Detroit v. Steven P. Morrow and Sophia Morrow, No. 05-121904, Mich. 36th Dist. Ct.;

31. City of Detroit v. Brian L. Reese and Deborah H. Reese, No. 07-121144, Mich. 36th Dist. Ct.;

32. City of Detroit v. Lori Rosado, No. 06-105264, Mich. 36th Dist. Ct.;

33. City of Detroit v. James M. Woodget, No. 08-124280, Mich. 36th Dist. Ct.;

34. City of Detroit v. Calvin L. Hall and Juanda W. Hall, No. 06-111621, Mich. 36th Dist. Ct.;

35. City of Detroit v. Stanley T. and Linda A. Bridges, Mich. 36th Dist. Ct.;

36. City of Detroit v. Nardin Park Recovery Center, No. 07-714583, Mich. 36th Dist. Ct.;

37. City of Detroit v. Jimmie Maddix and Carolyn Maddix, No. 08-137874, Mich. 36th Dist. Ct.;

38. City of Detroit v. Adrian Austin, No. 09-123096, Mich. 36th Dist. Ct.;

39. City of Detroit v. Betty Warmack, No. 09-123865, Mich. 36th Dist. Ct.;

40. City of Detroit v. Caeser Austin and Evelyn Austin, No. 10-106506, Mich. 36th Dist. Ct.;

41. City of Detroit v. Charles & Cheryl Lasley (Moss), No. 09-130913, Mich. 36th Dist. Ct.;

42. City of Detroit v. Sterling J. Brown and Mary Lisa Brown, No. 09-131658, Mich. 36th Dist. Ct.;

43. City of Detroit v. Carter Stevenson and Barbara Stevenson, No. 10-106505, Mich. 36th Dist. Ct.;

44. City of Detroit v. Jacqueline Murry, Mich. 36th Dist. Ct.;

45. City of Detroit v. James Gulley and Phyllis Gulley, Mich. 36th Dist. Ct.;

46. City of Detroit v. John Reed, No.10-124047, Mich. 36th Dist. Ct.;

47. City of Detroit v. Coleman Reed and Laurine Reed, No. 11-118847-GC, Mich. 36th Dist. Ct.;

48. City of Detroit v. Ernest Gardner, No. 11-117750, Mich. 36th Dist. Ct.;

49. City of Detroit v. Ronald Carrington and Delores Carrington, No. 12-109805, Mich. 36th Dist. Ct.;

50. City of Detroit v. Lawrence Harris, Mich. 36th Dist. Ct.;

51. City of Detroit v. Raymond McMurrian, No. 12-117043, Mich. 36th Dist. Ct.;

52. City of Detroit v. Luis Arroyo and Braka Higgins a.k.a. Arroyo, Mich. 36th Dist. Ct.;

53. City of Detroit v. Adrian Austin, Mich. 36th Dist. Ct.;

54. City of Detroit v. Joel Ruffin and Willma Orange-Ruffin, Mich. 36th Dist. Ct.;

55. City of Detroit v. Paulette Cochran, Mich. 36th Dist. Ct.;

56. City of Detroit v. April Kincaid, No. 12-113636, Mich. 36th Dist. Ct.;

57. City of Detroit v. James & Adino, No. 14-10436, Mich. 36th Dist. Ct.;

58. City of Detroit v. Dennis Denmark & Elana Denmark, No. 13-102803, Mich. 36th Dist. Ct.;

59. City of Detroit v. Clarinda Barnett-Harrison, Mich. 36th Dist. Ct.;

60. City of Detroit v. Jason Jordan, Mich. 36th Dist. Ct.;

61. City of Detroit v. Mondry Hardware & Mondrey, Louis, Mich. 36th Dist. Ct.;

62. City of Detroit v. Roland, Lisa, Mich. 36th Dist. Ct.;

63. City of Detroit v. Lazana, Deandre & Natalie, No. 12-123542-GC, Mich. 36th Dist. Ct.;

64. City of Detroit v. William Landrum and Caroline Landrum, No. 13-119468, Mich. 36th Dist. Ct.;

65. City of Detroit v. James Bates and Pricilla Bates, No. 13-102805, Mich. 36th Dist. Ct.;

66. City of Detroit v. Coutia Ramsey, No. 13-102804, Mich. 36th Dist. Ct.;

67. City of Detroit v. Ann Fletcher, No. 13-108163, Mich. 36th Dist. Ct.;

68. City of Detroit v. Jackie Hunter and Mary Hunter, Mich. 36th Dist. Ct.;

69. City of Detroit v. Monica Gordon, Mich. 36th Dist. Ct.;

70. City of Detroit v. Patricia Brown, No. 13-119470, Mich. 36th Dist. Ct.;

71. City of Detroit v. Ronald Coleman & Alice Coleman, No. 13-117682 GC, Mich. 36th Dist. Ct.;

72. City of Detroit v. Rennilda Graham, No. 13-119472, Mich. 36th Dist. Ct.;

73. City of Detroit v. Kamin Davis & Tana Davis, Mich. 36th Dist. Ct.;

74. City of Detroit v. Elaine Ivery, Mich. 36th Dist. Ct.;

75. City of Detroit v. Eric Smith, No. 13-122869, Mich. 36th Dist. Ct.;

76. City of Detroit v. Mary Waters, Mich. 36th Dist. Ct.;

77. City of Detroit v. Todd Philson, Mich. 36th Dist. Ct.;

78. City of Detroit v. Kenneth Holms, Sr., Mich. 36th Dist. Ct.;

79. City of Detroit v. Jack Kene Obi, No. 05-104554-GC, Mich. 36th Dist. Ct.;

80. City of Detroit v. Brandy Marie Duke aka Brandy Niang, No. 08-124279, Mich. 36th Dist. Ct.;

81. City of Detroit v. Cevonia Cherise McClure, No. 07-110343, Mich. 36th Dist. Ct.;

82. City of Detroit v. Henry Ricardo Smith, No. 07-2093, Mich. 36th Dist. Ct.;

83. City of Detroit v. Abdul Raheem Rashed, No. 07-1556323, Mich. 36th Dist. Ct.;

84. City of Detroit v. Milton Lee Newman, No. 07-121142, Mich. 36th Dist. Ct.;

85. City of Detroit v. Andre Williams, Mich. 36th Dist. Ct.;

86. City of Detroit v. Helen Roberts, Mich. 36th Dist. Ct.;

87. City of Detroit v. Terry Darnell Jackson , No. 06-119826-GC, Mich. 36th Dist. Ct.;

88. City of Detroit v. Bushierra McDonald, No. 07-132889, Mich. 36th Dist. Ct.;

89. City of Detroit v. Denna Belton, No. 06-160876, Mich. 36th Dist. Ct.;

90. City of Detroit v. Georgianna Colston , No. 07-132886, Mich. 36th Dist. Ct.;

91. City of Detroit v. Terrance Omar Ford, No. 07-144864, Mich. 36th Dist. Ct.;

92. City of Detroit v. Jessie Al McQuarter, No. 07-127234, Mich. 36th Dist. Ct.;

93. City of Detroit v. Kevin Labrell Howell, No. 07-127238, Mich. 36th Dist. Ct.;

94. City of Detroit v. Deconte Jerdo, Mich. 36th Dist. Ct.;

95. City of Detroit v. Sheila Marie-Maxwell Coleman, Mich. 36th Dist. Ct.;

96. City of Detroit v. Jessie Crutcher and Adrienne Smith, No. 08-133795, Mich. 36th Dist. Ct.;

97. City of Detroit v. Joachba D. Hammound-Grace, Mich. 36th Dist. Ct.;

98. City of Detroit v. Lamont Street, Mich. 36th Dist. Ct.;

99. City of Detroit v. William F. & Constance Harris, No. 08-124278, Mich. 36th Dist. Ct.;

100. City of Detroit v. Shealtiel N. Moore, Mich. 36th Dist. Ct.;

CHI-1928932v1
-4-
13-53846-swr  Doc 7083-3  Filed 08/26/14  Entered 08/26/14 23:27:54  Page 247 of
252
13-53846-swr  Doc 6908-3  Filed 08/22/14  Entered 08/22/14 23:30:54  Page 263 of 1029

101. City of Detroit v. Mary Rogers, Mich. 36th Dist. Ct.;

102. City of Detroit v. Daniel R. Tapert, Mich. 36th Dist. Ct.;

103. City of Detroit v. Dukes, Emanuel C., Mich. 36th Dist. Ct.;

104. City of Detroit v. Yolanda F. Brady, Mich. 36th Dist. Ct.;

105. City of Detroit v. Erskine Wright II, Mich. 36th Dist. Ct.;

106. City of Detroit v. Lonnie E. Coleman, Mich. 36th Dist. Ct.;

107. City of Detroit v. Calvin Meeks, III, Mich. 36th Dist. Ct.;

108. City of Detroit v. Neandue O. Nance, No. 09-11643, Mich. 36th Dist. Ct.;

109. City of Detroit v. Lula M. Smith, No. 09-119723, Mich. 36th Dist. Ct.;

110. City of Detroit v. Latasha Merriweather, No. 09-119723, Mich. 36th Dist. Ct.;

111. City of Detroit v. Tamieka L. Norris, No. 10-125151, Mich. 36th Dist. Ct.;

112. City of Detroit v. Franceksa Rodriquez, No. 10-124044, Mich. 36th Dist. Ct.;

113. City of Detroit v. Laquanya Candice, No. 08-120177-GC, Mich. 36th Dist. Ct.;

114. City of Detroit v. Latonya Katina-Foxey, No. 08-120173, Mich. 36th Dist. Ct.;

115. City of Detroit v. Raegan Carmell Sweet, No. 08-120172, Mich. 36th Dist. Ct.;

116. City of Detroit v. Oscar Cameron & Oscar G. Cameron II, Mich. 36th Dist. Ct.;

117. City of Detroit v. Macia Sherrie Stokes, No. 08-120171, Mich. 36th Dist. Ct.;

118. City of Detroit v. Angela Conley, No. 08-120174, Mich. 36th Dist. Ct.;

119. City of Detroit v. Eugene Cole & Victory Outreach Detroit, No. 07-120608-GC, Mich. 36th Dist. Ct.;

120. City of Detroit v. Kevin Dittich, No. 14-101640, Mich. 36th Dist. Ct.;

121. City of Detroit v. Morgan McCrary, Mich. 36th Dist. Ct.;

122. City of Detroit v. Twayla Lynette Larry, No. 07-120610, Mich. 36th Dist. Ct.;

123. City of Detroit v. Deandre Lamarr Falls, Mich. 36th Dist. Ct.;

124. City of Detroit v. Latonya Katina-Foxey, No. 08-120173, Mich. 36th Dist. Ct.;

125. City of Detroit v. Raegan Carmell Sweet, No. 08-120172, Mich. 36th Dist. Ct.;

126. City of Detroit v. Milton L. Newman, Mich. 36th Dist. Ct.;

127. City of Detroit v. 3843 Biddle & Scroggins, Daisy, No. 05-122123-GC, Mich. 36th Dist. Ct.;

128. City of Detroit v. Alexander Spencer, Jr., Mich. 36th Dist. Ct.;

129. City of Detroit v. Tonia Williams, Mich. 36th Dist. Ct.;

130. City of Detroit v. Mayor Rissell & Karen Russell, No. 04-113310, Mich. 36th Dist. Ct.;

131. City of Detroit v. Minnie Lee Martin, No. 99-925205, Mich. Third Judicial Cir.;

CHI-1928932v1
-5-
13-53846-swr    Doc 7083-3    Filed 08/26/14    Entered 08/26/14 23:27:54    Page 248 of
252
13-53846-swr    Doc 6908-3    Filed 08/26/14    Entered 08/26/14 23:27:54    Page 264 of 1030

132. City of Detroit v. Ambassador Nursing Home, Inc. aka Pembrook Nursing Center, No. 02-238630, Mich. Third Judicial Cir.;

133. City of Detroit v. Tyrone and Janice Winfrey, Mich. 36th Dist. Ct.;

134. City of Detroit v. Mark Kulbaba, Inc. dba Servicemaster & Mark Kulbaba, No. 03-302931, Mich. Third Judicial Cir.;

135. City of Detroit v. Nardin Park Recovery Center, Mich. Third Judicial Cir.;

136. City of Detroit v. Page Litho, Inc., No. 11-006743-CZ, Mich. Third Judicial Cir.;

137. City of Detroit v. The Printing Professionals, No. 11-006745-CZ, Mich. Third Judicial Cir.;

138. City of Detroit v. Waterman & Sons Printing Company, Inc., No. 11-007078-CZ, Mich. Third Judicial Cir.;

139. City of Detroit v. Opus One, Mich. Third Judicial Cir.;

140. City of Detroit v. Kyler Reamules, Mich. Third Judicial Cir.;

141. City of Detroit v. B & J Enameling Inc. & Holtshouser, Erin & Kownacki, Sandra, Mich. Third Judicial Cir.;

142. City of Detroit v. Jacquettier Coleman, No. 13-116327, Mich. 36th Dist. Ct.;

143. City of Detroit v. Nardin Park Drug Abuse Center et al., No. 13-011688-CZ, Mich. Third Judicial Cir.;

144. City of Detroit v. Sheila A. Kimbrough, No. 07-155641, Mich. 36th Dist. Ct.;

145. City of Detroit v. Counselo Maurico, No. 07-155674, Mich. 36th Dist. Ct.;

146. City of Detroit v. Christina Morris, No. 07-155726, Mich. 36th Dist. Ct.;

147. DuJon Johnson v. City of Detroit; No. 12-202678, Mich. 36th Dist. Ct.;

148. Bella Marshall, aka Bella Marshall Barden, No. 2012-777-270-DE (Probate);

149. William S. Jordan, No. 03-41137, Bankr. E.D. Mich.;

150. Catherine Gaskin, No. 03-67569, Bankr. E.D. Mich.;

151. Catherine Gaskin, No. 03-41232, Bankr. E.D. Mich.;

152. Dwayne Akra, No. 03-69349, Bankr. E.D. Mich.;

153. Dwayne Akra, No. 00-47216, Bankr. E.D. Mich.;

154. Diana Daniel, No. 05-56536, Bankr. E.D. Mich.;

155. Jerry Lee Miller, No. 09-62314, Bankr. E.D. Mich.;

156. Lyall T Hoggatt and Gwendolyn Hoggatt, No. 09-76296, Bankr. E.D. Mich.;

157. Terri L. Sykes, No. 11-72188, Bankr. E.D. Mich.;

158. Shanta Corporation, No. 12-43956, Bankr. E.D. Mich.;

159. Sareta Jean Cheathem, No. 12-59435, Bankr. E.D. Mich.;

CHI-1928932v1
-6-
13-53846-swr   Doc 6908-3   Filed 08/22/14   Entered 08/22/14 23:27:54   Page 249 of
252
13-53846-swr   Doc 6908-3   Filed 08/22/14   Entered 08/22/14 23:27:54   Page 265 of 1031

160. Belinda Rochelle Sanders, No. 12-57603, Bankr. E.D. Mich.;

161. Denise Evans Whitley, No. 14-40849, Bankr. E.D. Mich.;

162. Whitley v. City of Detroit Treasurer et al, No. 14-04131 Bankr. E.D. Mich.;

163. Kimberli Powell, No. 13-40036 (Adversary Case No. 13-04134), Bankr. E.D. Mich.;

164. Ruthea Taylor:, No. 13-41265-PJS (Adversary Case No(s) 13-04235, 13-04237 and 13-04239), Bankr. E.D. Mich.;

165. Louise Williams, No. 13-40374-MBM (Adversary Case No. 13-04215), Bankr. E.D. Mich.;

166. Dorothy Wilson, No. 13-43731-WSD (Adversary Case No. 13-04296); Bankr. E.D. Mich.;

167. Carol Lowe-Redding, No. 12-60626, Bankr. E.D. Mich.;

168. Rodney A. Bowie, No. 04-40019, Bankr. E.D. Mich.;

169. Christopher D. Baty, No. 04-54408, Bankr. E.D. Mich.;

170. Tonia Howard, No. 07-58025, Bankr. E.D. Mich.;

171. Carl Barner and Yolanda Barner, No. 07-58840, Bankr. E.D. Mich.;

172. Jerome Jenkins, No. 09-67014, Bankr. E.D. Mich.;

173. Romana Bullock v. Wayne County Treasurer, et al. Mich. 36th Dist. Ct.;

174. General Shale Brick v. City of Detroit, No. 06-44397, Mich. 36th Dist. Ct.;

175. Gloria Jean McLaurin v. Detroit Parking Violations Bureau, No. 293700, Mich. Ct. App.;

176. Dennis Lynval v. City of Detroit, No. 12-012164, Mich. 36th Dist. Ct.;

177. City of Detroit v. Mdrahi, Mohamed, No. 3-005784-CC (Condemnation);

178. City of Detroit v. True Missionary Baptist Church, No. 13-005785-CC (Condemnation);

179. City of Detroit v. True Missionary Baptist Church, No. 13-005787-CC (Condemnation);

180. City of Detroit v. True Missionary Baptist Church, No. 13-005795-CC (Condemnation);

181. City of Detroit v. True Missionary Baptist Church, No. 13-005814-CC (Condemnation);

182. City of Detroit v. Khami, Issam, et al., No. 13-005816-CC (Condemnation);

183. City of Detroit v. CE Detroit, No. 13-005820-CC (Condemnation);

184. City of Detroit v. State of Michigan, No. 12-014797-CC (Condemnation);

185. City of Detroit v. Wilcox aka Albert, Martha, No. 12-014799-CC (Condemnation);

186. City of Detroit v. Wilson, Kenneth L., No. 13-005825-CC (Condemnation);

187. City of Detroit v. True Missionary Baptist Church, No. 13-05826-CC (Condemnation);

188. City of Detroit v. True Missionary Baptist Church, No. 13-005827-CC (Condemnation);

189. City of Detroit v. Wilson, Gail, et al., No. 12-015039-CC (Condemnation);

CHI-1928932v1
-7-
13-53846-swr Doc 7083-3 Filed 08/26/14 Entered 08/26/14 23:27:54 Page 250 of 252
13-53846-swr Doc 6908-3 Filed 08/22/14 Entered 08/22/14 23:27:54 Page 260 of 1032

190. City of Detroit v. Wilcox, Martha, No. 12-014867-CC (Condemnation);

191. City of Detroit v. CE Detroit, LLC, No. 12-014803-CC (Condemnation);

192. City of Detroit v. Lucido, Steven J., et al., No. 13-05828-CC (Condemnation);

193. City of Detroit v. Detroit Leasing, Inc., No. 13-005829-CC (Condemnation);

194. City of Detroit v. Newell, Nema N., No. 13-005830-CC (Condemnation);

195. City of Detroit v. Jones, James N., No. 13-005831-CC (Condemnation);

196. City of Detroit v. Jones, James N., No. 13-005832-CC (Condemnation);

197. Manos, Dino v. City of Detroit and Abram, Frank H. , No. 12-011400, Mich. 36th Dist. Ct.;

198. City of Detroit v. Priscilla White, No. 06-120153-GC, Mich. 36th Dist. Ct.;

199. City of Detroit v. Tommie L. Douglas, Jr., No. 13-116328, Mich. 36th Dist. Ct.;

200. City of Detroit v. Natoshia Lane Lucas, No. GC-08H559, Mich. 36th Dist. Ct.;

201. City of Detroit v. James Strickland, No. 12-103387-GC, Mich. 36th Dist. Ct.;

202. City of Detroit v. Giant Janitorial Services Inc & Peter J. Huthwaite, No. 02-147508, Mich. 36th Dist. Ct.;

203. City of Detroit v. Deborah Davenport Bankruptcy, No. 03-65075, Bankr. E.D. Mich.;

204. City of Detroit v. Renaissance West Comental Helath Services et al., No. 04-405900-CZ, Mich. Third Judicial Cir.;

205. City of Detroit v. Ernest Karr, No. 13-009376, Mich. 36th Dist. Ct.;

206. City of Detroit v. Clarence & Marilyn Bell, Mich. 36th Dist. Ct.;

207. City of Detroit v. John W. & Martha Higgins, Mich. 36th Dist. Ct.;

208. City of Detroit v. Beverly Jeanette, Mich. 36th Dist. Ct.;

209. City of Detroit v. Gwendolyn Broadnax, Mich. 36th Dist. Ct.;

210. City of Detroit v. Emily Talbert-Holt, No. 09-003020-CZ, Mich. Third Judicial Cir.;

211. City of Detroit v. Linda Terry, No. 09-17213-GC, Mich. 36th Dist. Ct.;

212. City of Detroit v. Dwayne B. Toles, No. 07-157206-GC, Mich. 36th Dist. Ct.;

213. City of Detroit v. Victor C. Travier, No. 08-126677-GC, Mich. 36th Dist. Ct.;

214. City of Detroit v. Victoria L. Cliett, No. 13-118142, Mich. 36th Dist. Ct.;

215. City of Detroit v. Bessie Harris, No. 08-126678-GC, Mich. 36th Dist. Ct.;

216. City of Detroit v. Donald R. & Latania C. McClendon, No. 08-145303-GC, Mich. 36th Dist. Ct.;

217. City of Detroit v. Jeanette Beverly, No. 09-108564-GC, Mich. 36th Dist. Ct.;

218. City of Detroit v. Linda Terry, No. 09-17213-GC, Mich. 36th Dist. Ct.;

219. City of Detroit v. Sharon Brown, No. 09-114024-GC, Mich. 36th Dist. Ct.;

220. City of Detroit v. Emily Talbert-Holt, No. 09-003020-CZ, Mich. 36th Dist. Ct.;

221. City of Detroit v. Deborah Hicks, No. 13-012387,   Mich. 36th Dist. Ct.;

222. City of Detroit v. Flozelle Crosby, No. 09-112041-GC, Mich. 36th Dist. Ct.;

223. City of Detroit v. Vanessa A. Hall, No. 09-112039-GC, Mich. 36th Dist. Ct.;

224. City of Detroit v. Milton s. & Brenda K. Campbell, No. 09-114017-GC, Mich. 36th Dist. Ct.;

225. City of Detroit v. Jerel Johnson & Deshawn L. Morrison, No.  09-131660-GC, Mich. 36th Dist. Ct.;

226. City of Detroit v. Will Ivey, No. 13-118143,  Mich. 36th Dist. Ct.;

227. City of Detroit v. Melvin Eades and Rachel Eades, No.  09-135760, Mich. 36th Dist. Ct.;

228. City of Detroit v. James Woodget, No. 10-104902-GC, Mich. 36th Dist. Ct.;

229. City of Detroit v. Pamela Franklin and Marvin Franklin, No. 10B2476, Mich. 36th Dist. Ct.;

230. City of Detroit v. Yvette Pugh, No.  11-107209-GC, Mich. 36th Dist. Ct.;

231. City of Detroit v. Everette Driver & Sheila Driver, No.  11-107031-GC, Mich. 36th Dist. Ct.;

232. City of Detroit v. Paul Swanson, No. 1102022H-GC, Mich. 41B Dist. Ct.;

233. City of Detroit v. Gillian John, No. 13-118144,   Mich. 36th Dist. Ct.;

234. City of Detroit v. Luther Gray III, No.  07-122557-GC, Mich. 36th Dist. Ct.;

235. City of Detroit v. Tony Davis Garnishment, No.  08-114619-CD, Mich. 36th Dist. Ct.;

236. City of Detroit v. Bennie Hayden, No. 13-C3512-GC, Mich. 36th Dist. Ct.;

237. City of Detroit v. Raymond McMurrian, No. 12-117043-GC, Mich. 36th Dist. Ct.;

238. City of Detroit v. Timothy Ebendick and Colleen Ebendick, No. 13-117680-gc, Mich. 36th Dist. Ct.;

239. City of Detroit v. Sea-Breeze Traing Corp dba City Laundry Pers Prop, Mich. Third Judicial Cir.;

240. City of Detroit v. Jean James, No. 13-117268-GC, Mich. 36th Dist. Ct.;

241. City of Detroit v. Chezcore Inc. & Cieskowksi, David, Mich. Third Judicial Cir.;

242. City of Detroit v. Monica Chavers, No. 13-118145,   Mich. 36th Dist. Ct.;

243. City of Detroit v. Slack, Jonathon, No. 13-117270-GC, Mich. 36th Dist. Ct.;

244. City of Detroit v. Kevin Doss, No. 13-117269-GC, Mich. 36th Dist. Ct.;

245. City of Detroit v. Mack Orangelo, No. 13-39949-GC, Mich. 36th Dist. Ct.;

246. Markos Patty Store v. City of Detroit, No. 13-000003-CZ, Mich. Third Judicial Cir.;

247. City of Detroit v. Gloria Ballard, Mich. 36th Dist. Ct.;

CHI-1928932v1
-9-
13-53846-swr   Doc 6908-3   Filed 08/26/14   Entered 08/26/14 23:27:54   Page 253 of
252
13-53846-swr   Doc 6908-3   Filed 08/26/14   Entered 08/26/14 23:27:54   Page 253 of 1034

248. City of Detroit v. Daryl Johnson & Nadeine Johnson, Mich. 36th Dist. Ct.;

249. City of Detroit v. Rebecca Shelton, Mich. 36th Dist. Ct.;

250. City of Detroit v. Cynthia Snith & Kwame Smith, No. 13-117678-GC, Mich. 36th Dist. Ct.;

251. City of Detroit v. Zeola Carey, No. 09-107281, Mich. 36th Dist. Ct.;

252. City of Detroit v. Kenneth Tinsley & Cheryl Tinsley, Mich. 36th Dist. Ct.;

253. City of Detroit v. Louis Parker, Mich. 36th Dist. Ct.;

254. City of Detroit v. Matthew Underwood & Vantress Underwood, No. 13-117679-GC, Mich. 36th Dist. Ct.;

255. City of Detroit v. James D. & Marva E. Washington, No. 03-145330-GC, Mich. 36th Dist. Ct.;

256. City of Detroit v. Belda P. Garza, No. 07-122553-GC, Mich. 36th Dist. Ct.;

257. City of Detroit v. Fred Hill, No. 14-101263-GC, Mich. 36th Dist. Ct.;

258. City of Detroit v. Kathrine Luckett, No. 13-122872-GC, Mich. 36th Dist. Ct.;

259. City of Detroit v. Mary Majek, No. 14-101262-GC, Mich. 36th Dist. Ct.;

260. City of Detroit v. Kyler Reamuless, No. 13-122874-GC, Mich. 36th Dist. Ct.;

261. City of Detroit v. Mary Waters, No. 13-121800, Mich. 36th Dist. Ct.;

262. City of Detroit v. Meal Tech Products, Inc. & Letitia Gordon, No. 14--000586-CZ, Mich. Third Judicial Cir.;

263. City of Detroit v. Davis McGill & Juwanna D. McGill, No. 13-20224-GC, Mich. 36th Dist. Ct.;

264. City of Detroit v. Majestic Theater center Inc., No. 11-007260-CZ, Mich. Third Judicial Cir.;

265. City of Detroit v. Shelbourne Group In. Y Leipsitz-Makino, Kathy, No. 14-102379-GC, Mich. 36th Dist. Ct.;

266. City of Detroit v. Ali Beidoun, No. 13-121801, Mich. 36th Dist. Ct.;

267. City of Detroit v. Marcel Maurice Moore, No. 07-04395T-GC, Mich. 41B Dist. Ct.;

268. City of Detroit v. Shashu Makeda Harris, No. 06-101803-GC, Mich. 36th Dist. Ct.;

269. City of Detroit v. Lesley Girard Gates, No. 06-120154-GC, Mich. 36th Dist. Ct.;

270. City of Detroit v. Shawn Myatt, Mich. 36th Dist. Ct.;

271. City of Detroit v. Angela Nicole Shelly, No. 07-122578-GC, Mich. 36th Dist. Ct.;

272. City of Detroit v. Ann Francine Smith, No. 07-117414-GC, Mich. 36th Dist. Ct.;

273. City of Detroit v. Saun Roland Scott, No. 07-122576-GC, Mich. 36th Dist. Ct.;

274. City of Detroit v. Faynese deeneil Robinson-Law, No. 06-101802-GC, Mich. 36th Dist. Ct.;

CHI-1928932v1
-10-
13-53846-swr   Doc 7033-3   Filed 08/26/14   Entered 08/26/14 23:27:54   Page 253 of
252
13-53846-swr   Doc 6908-3   Filed 08/22/14   Entered 08/22/14 23:22:51   Page 269 of 1035

275. City of Detroit v. Celia Harris, No. 13-121803, Mich. 36th Dist. Ct.;

276. City of Detroit v. Delois Kirkman, No. 07-134556-GC, Mich. 36th Dist. Ct.;

277. City of Detroit v. Michael Amthony Hines, No. 06-120152-GC, Mich. 36th Dist. Ct.;

278. City of Detroit v. Derrick James McDowell, No. 07-58101-GC, Mich. 36th Dist. Ct.;

279. City of Detroit v. Tamaara Morris, No. 06-101804-GC, Mich. 36th Dist. Ct.;

280. City of Detroit v. Rhonda Joann White, No. 07-134557-GC, Mich. 36th Dist. Ct.;

281. City of Detroit v. Danetta L. Simpson, No. 12-121739-GC, Mich. 36th Dist. Ct.;

282. City of Detroit v. Kildare Clarke, No. 08-00468-GC, Mich. 36th Dist. Ct.;

283. City of Detroit v. Aretha Lula Crawford, No. 07-145090-GC, Mich. 36th Dist. Ct.;

284. City of Detroit v. Euel Kinsey, No. 14-304163, Mich. 36th Dist. Ct.;

285. City of Detroit v. Natasha Nakie-Nacole Coats, No. 08-C0945-GC, Mich. 36th Dist. Ct.;

286. City of Detroit v. Rebecca Marie Dunn, No. 07155738-GC, Mich. 36th Dist. Ct.;

287. City of Detroit v. Eve Reedy Doster, No. 08-106725-GC, Mich. 36th Dist. Ct.;

288. City of Detroit v. Barnstormer Pilot Club, LLC, No. 14-002984, Mich. 36th Dist. Ct.;

289. City of Detroit v. Virginia Francnessa Flamer, No. 07-145091-GC, Mich. 36th Dist. Ct.;

290. City of Detroit v. Gregory Lynn Delaney, No. 07-145091-GC, Mich. 36th Dist. Ct.;

291. City of Detroit v. Tyrone Jemall Peals, No. 07-117411-GC, Mich. 36th Dist. Ct.;

292. City of Detroit v. Paul Douglas Bosman, No. 07-1805-GC, Mich. 22nd Dist. Ct.;

293. City of Detroit v. Ann Francien Smith, Mich. 36th Dist. Ct.;

294. City of Detroit v. Khatoon Dawood, No. 08-C01778-GC-01, 52nd Dist. Ct.;

295. City of Detroit v. Jaroslaw Sziejter, No. 09-114019, Mich. 36th Dist. Ct.;

296. City of Detroit v. Kimberly James, Mich. 36th Dist. Ct.;

297. City of Detroit v. Rachel Erika Thomas-Sharpe, Mich. 36th Dist. Ct.;

298. City of Detroit v. Tawanda Latreese Wilder, No. 09-114021-GC, Mich. 36th Dist. Ct.;

299. City of Detroit v. Elgin R. Taylor, No. 09-114022-GC, Mich. 36th Dist. Ct.;

300. City of Detroit v. Lasonia Smith, Mich. 36th Dist. Ct.;

301. City of Detroit v. Lamont Street, Mich. 36th Dist. Ct.;

302. City of Detroit v. Shealtiel N. Moore, Mich. 36th Dist. Ct.;

303. City of Detroit v. Jaroslaw Sziejter, No. 09-114019, Mich. 36th Dist. Ct.;

304. City of Detroit v. Christine Myers, Gavin Harrison, Karen Kialka, No. 09-114016-GC, Mich. 36th Dist. Ct.;

305. City of Detroit v. Verizon, Mich. 36th Dist. Ct.;

306. City of Detroit v. Marcus Ricardo Gary, No. 09-114018-GC, Mich. 36th Dist. Ct.;

307. City of Detroit v. Christine Myers, Gavin Harrison, Karen Kialka, No. 09-114016-GC, Mich. 36th Dist. Ct.;

308. City of Detroit v. Derek Culver, No. 13-121802, Mich. 36th Dist. Ct.;

309. City of Detroit v. Rita Lynette Powell-Pyles, No. 09-131657-GC, Mich. 36th Dist. Ct.;

310. City of Detroit v. Kari Burge, No. 10-106504-GC, Mich. 36th Dist. Ct.;

311. City of Detroit v. Jerea Deana Jackson, No. 08-106730-GC, Mich. 36th Dist. Ct.;

312. City of Detroit v. Angelo Iafrate, Mich. 36th Dist. Ct.;

313. City of Detroit v. Jamal Anthony Gaddie, No. 07-141061-GC, Mich. 36th Dist. Ct.;

314. City of Detroit v. Sophia Hawkins, No. 07-141894-GC, Mich. 36th Dist. Ct.;

315. City of Detroit v. Terrance Thomas, No. 10-108337-GC, Mich. 36th Dist. Ct.;

316. City of Detroit v. Terrance Thomas, No. 10-108337-GC, Mich. 36th Dist. Ct.;

317. City of Detroit v. Maia Williams, Mich. 36th Dist. Ct.;

318. City of Detroit v. Frances Blue, No. 10-118297-GC, Mich. 36th Dist. Ct.;

319. City of Detroit v. Jerel D. Matthaw, No. 10-122303, Mich. 36th Dist. Ct.;

320. City of Detroit v. Ashli R. Thomas, No. 10-122302-GC, Mich. 36th Dist. Ct.;

321. City of Detroit v. George Webb, No. 10-121743-GC, Mich. 36th Dist. Ct.;

322. City of Detroit v. Elsie L. Green & Sadie Reynolds, No. 10-124040-GC, Mich. 36th Dist. Ct.;

323. City of Detroit v. Wayne County 7 Raymond J. Wojtowitcz, No. 13-000036-MZ-C30, Mich. 36th Dist. Ct.;

324. City of Detroit v. Kenneth L. Hurt, No. 11-105194-GC, Mich. 36th Dist. Ct.;

325. City of Detroit v. Tiyunna George, Mich. 36th Dist. Ct.;

326. City of Detroit v. Dejuan L. Washington, No. 11-105192-GC, Mich. 36th Dist. Ct.;

327. City of Detroit v. Marc Williams, No. 12-103384-GC, Mich. 36th Dist. Ct.;

328. City of Detroit v. Charles Williams, Mich. 36th Dist. Ct.;

329. City of Detroit v. Jennifer Bramer, No. 12-103386-GC, Mich. 36th Dist. Ct.;

330. City of Detroit v. Ronald Taylor, No. 04-117439-GC, Mich. 36th Dist. Ct.;

331. City of Detroit v. Empire Leasing, No. 14-15917-GC, Mich. 36th Dist. Ct.;

332. City of Detroit v. Wise Finley, No. 14-105916-GC, Mich. 36th Dist. Ct.;

333. City of Detroit v. John Louis Herring, Mich. 36th Dist. Ct.;

334. City of Detroit v. Damon Key, No. 14-15921-GC, Mich. 36th Dist. Ct.;

335. City of Detroit v. Claudio Lopez, Mich. 36th Dist. Ct.;

336. City of Detroit v. Michael Mingo, No. 14-105920-GC, Mich. 36th Dist. Ct.;

337.  City of Detroit v. Myrtle Pasha, Mich. 36th Dist. Ct.;

338.  City of Detroit v. Larry Callahan, No.  08-105046-GC, Mich. 36th Dist. Ct.;

339.  City of Detroit v. Anthony Caslio, No. 07-154008-GC, Mich. 36th Dist. Ct.;

340.  City of Detroit v. Antonio L. Johnson, No.  08-122838-GC, Mich. 36th Dist. Ct.;

341.  City of Detroit v. Markeeda Morgan, No.  07-124692-GC, Mich. 36th Dist. Ct.;

342.  City of Detroit v. 19696 Omira, No.  09-110228-GC, Mich. 36th Dist. Ct.;

343.  City of Detroit v. Cadolba Management and Associates, No.  09-120755-GC, Mich. 36th Dist. Ct.;

344.  City of Detroit v. Clarence Edward Key, No.  09-114023-GC, Mich. 36th Dist. Ct.;

345.  Motor City Bending Inc vs City of Detroit, No.  07-729179, Mich. 36th Dist. Ct.;

346.  City of Detroit v. 19696 Omira, No. 09-110228, Mich. 36th Dist. Ct.;

347.  City of Detroit v. Cadpba Management and Associates, No. 09-120755, Mich. 36th Dist. Ct.;

348.  City of Detroit v. Clarence Edward Key, No. 09-114023, Mich. 36th Dist. Ct.;