## EXHIBIT 1

## PROPOSED ORDER

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## *EX PARTE* ORDER AUTHORIZING SYNCORA GUARANTEE INC. AND SYNCORA CAPITAL ASSURANCE INC. TO FILE A BRIEF IN EXCESS OF PAGE LIMIT

Upon the *ex parte* motion (the "Motion")[1] of Syncora Guarantee Inc., and Syncora Capital Assurance Inc. (collectively, "Syncora"), seeking an order (this "Order"): (i) authorizing Syncora to file its Brief in excess of the 100-page limit established by the Eighth Scheduling Order, and (ii) granting related relief; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. Syncora may file its Brief in excess of 100 pages but in a length not to exceed 150 pages.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.