UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                                         :
In re                                                    :     Chapter 9
                                                         :
CITY OF DETROIT, MICHIGAN,                               :     Case No. 13-53846
                                                         :
                Debtor.                                  :     Hon. Steven W. Rhodes
                                                         :
                                                         :
---------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF ERIC J. ROSENBERG AS ATTORNEY FOR INTERESTED PARTY PATRICIA RAMIREZ

NOW COMES Eric J. Rosenberg, P75782, formerly of the law firm of Morgan and Meyers, PLC, who hereby informs this Honorable Court and counsel of record that he is no longer employed at Morgan and Meyers, PLC, and thus is no longer affiliated with that law firm.

With regard to the instant matter, the Interested Party, Patricia Ramirez, retained Morgan and Meyers, PLC, with Courtney E. Morgan, Jr., named shareholder, as Counsel, along with Mr. Rosenberg. As Eric J. Rosenberg was at the time an employee of Morgan and Meyers, PLC, he worked on the file at the request of his former supervisor and Morgan and Meyers, PLC named shareholder, Courtney E. Morgan, Jr. Mr. Morgan continues to be a named shareholder in the firm of Morgan and Meyers,

PLC, and continues to provide the representation to the Interested Party, Patricia Ramirez, that he was retained to provide in this matter.

As Interested Party, Patricia Ramirez, continues to receive the legal representation of the law firm of Morgan and Meyers, PLC, with Courtney E. Morgan, Jr., and thus, Mr. Rosenberg hereby withdraws as Counsel for Ms. Ramirez.

This notice is filed pursuant to instructions that Mr. Rosenberg received when calling the Clerk's office on August 22, 2014.

Respectfully Submitted,

/s/ Eric J. Rosenberg
Eric J. Rosenberg (P75782)
344 N. Wixom Rd.
Wixom, MI 48393
Phone: 248-821-9034
Email: EJRlaw01@gmail.com

Dated: August 27, 2014