UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                                         :
In re                                                    :    Chapter 9
                                                         :
CITY OF DETROIT, MICHIGAN,                               :    Case No. 13-53846
                                                         :
                    Debtor.                              :    Hon. Steven W. Rhodes
---------------------------------------------------------x

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS IN THE ABOVE-CAPTIONED CASE

NOW COMES Eric J. Rosenberg, P75782, formerly of the law firm of Morgan and Meyers, PLC, who, having withdrawn as Counsel for Interested Party, Patricia Ramirez (CM/ECF Document 7086, filed 08-27-14 at 8:49 a.m. E.S.T.), hereby requests that he be removed from receiving electronic filings in Case No. 13-53846, In re City of Detroit, Michigan, Debtor.

This request is filed pursuant to instructions that Mr. Rosenberg received when calling the Clerk's office on August 22, 2014.

                                      Respectfully Submitted,

                                      /s/ Eric J. Rosenberg
                                      Eric J. Rosenberg (P75782)
                                      344 N. Wixom Rd.
                                      Wixom, MI 48393
                                      Phone: 248-821-9034
                                      Email: EJRlaw01@gmail.com

Dated: August 27, 2014