# Exhibit 1

# Proposed Order

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| *In re* | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| *Debtor*. | ) Hon. Steven W. Rhodes |

**ORDER GRANTING *EX PARTE* MOTION OF SYNCORA GUARANTEE INC. AND SYNCORA CAPITAL ASSURANCE INC. TO EXPEDITE DEBTOR'S COUNTER-DESIGNATION OF THE RECORD**

This matter having come before the Court on the motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (collectively, "Syncora") for the entry of an order expediting the Debtor's counter-designation of the record in the appeal noted by Syncora on August 26, 2014, Bankr. Dkt. No. 7080, the Court having reviewed Syncora's motion, and the Court having determined that the legal and factual bases set forth in the motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The motion is GRANTED.

2. The Debtor shall serve its counter-designation of the record in the appeal noted at Bankruptcy Docket Number 7080 on or before September 3, 2014.

3. Syncora is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the motion.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.