# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

|  |  |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Steven W. Rhodes |
| Debtor. | Chapter 9 |

## DEBTOR'S BRIEF IN SUPPORT OF OBJECTION TO MOTION FOR RELIEF FROM STAY FILED BY PHYLLIS HERNANDEZ

Despite having been filed four years ago, Hernandez's lawsuit remains in its early stages. The lower state court took nearly two years to rule on a motion to dismiss, and the appellate state court took another eight months in denying leave to appeal, during which time the lower court stayed the matter. Three months later, the City's bankruptcy case commenced, staying the matter again. Only now, over a year into the City's bankruptcy case, and on the eve of the City's confirmation trial, Hernandez asserts that the City should resume defending against her lawsuit. The City respectfully suggests that, on balance, it makes sense to continue the stay with respect to this matter until the City's plan is confirmed, at which point, it should resume.

Hernandez seeks both monetary damages and injunctive relief in her lawsuit. When the matter resumes, if prepetition damages are awarded, the City is willing to treat such award an allowed unsecured claim in this case to avoid reliquidating her claim.

## I.  BACKGROUND

On August 18, 2010, Hernandez filed a complaint against the Detroit Board of Police Commissioners and the City (collectively, the "Defendants") in the Circuit Court the County of Wayne ("State Court"), commencing case number 10-009510-CZ ("Lawsuit").

The Defendants timely filed a motion to dismiss on September 20, 2010 ("Dismissal Motion").  Ex. A, Trial Docket.  For various reasons, much time passed before the State Court granted in part and denied in part the Dismissal Motion on June 20, 2012.  *Id.*  The Defendants thus filed their answer on July 23, 2012. *Id.*

On August 31, 2012, the Defendants timely applied to the Michigan Court of Appeals for leave to appeal.  Ex. B, Appellate Docket.  The application for leave was denied on April 19, 2013.  *Id.*  A status conference was held on May 22.  Ex. A.  Less than two months later, on July 18, 2013 (the "Petition Date"), the City filed a petition for relief in this Court.

Almost exactly one year later, Hernandez now requests relief from stay.

## II.  ARGUMENT

Section 362(a) of the Bankruptcy Code provides that a filed bankruptcy petition stays continuation of "a judicial, administrative, or other action or proceeding against the debtor that was . . . commenced before the commencement

- 2 -

of the case under this title . . . ." 11 U.S.C. § 362(a). The stay generally remains in effect until a chapter 9 plan is confirmed or the case is closed or dismissed. 11 U.S.C. §§ 901(a) (incorporating § 362), 362(c)(2), 944 (effect of confirmation). Nonetheless, the Bankruptcy Code authorizes a bankruptcy court to grant relief from the automatic stay in limited circumstances. *See* 11 U.S.C. § 362(d). In particular, Bankruptcy Code § 362(d)(1) provides that a party in interest may obtain relief from the automatic stay "for cause." As this Court has explained

> Under 11 U.S.C. § 362(g), the debtor bears the burden of proving that there is not cause for relief from the stay.
>
> "Cause" is not a defined term, so courts must determine whether discretionary relief is appropriate on a case-by-case basis. Whether to grant such relief resides within the sound discretion of the bankruptcy court.
>
> Determining cause is not a litmus test or a checklist of factors. It requires consideration of many factors and a balancing of competing interests.

*In re City of Detroit, Mich.*, 501 B.R. 702, 708-09 (Bankr. E.D. Mich. 2013) (citations omitted). In determining whether cause exists, "the bankruptcy court should base its decision on the hardships imposed on the parties with an eye towards the overall goals of the Bankruptcy Code." *Plastech*, 382 B.R. at 106 (*quoting In re C & S Grain Co.*, 47 F.3d 233, 238 (7th Cir. 1995)).

Here, the balance of harms weighs in favor of leaving the stay in place a little longer. Due to prepetition delays, the Lawsuit remains in its early stages.

That alone might not justify maintaining the stay, but Hernandez's delay in seeking relief does. If the matter was as urgent as alleged, presumably Hernandez would have asked the Court for relief months ago. Instead, she waited a year, until the eve of the confirmation. Now, the City's resources are focused on the confirmation trial, and gearing up for the Lawsuit would be distracting and burdensome. On the flip side, it is difficult to imagine that a delay of a few more weeks will burden Hernandez in any material fashion.

The confirmation trial is scheduled to start Friday. (Doc. No. 6699, ¶¶ 8, 9.) It is scheduled to conclude in October. *Id.*, ¶ 10. Based on this Court's prompt rulings on past matters, a determination on confirmation will likely be rendered in a timely fashion. If confirmation is granted, Hernandez will again be free to pursue the Lawsuit, and the City hereby agrees to treat any prepetition damage award as an allowed unsecured claim. In the unlikely event confirmation is denied, the matter can be revisited. In any event, it simply does not make sense to grant relief from stay so that a purported creditor can resume her Lawsuit against the City mere days before the confirmation trial is set to begin.

## III. CONCLUSION

WHEREFORE, the City respectfully requests that this Court (a) deny the Motion, and (b) grant such further relief as the Court may deem proper.

- 4 -

Dated: August 27, 2013

Respectfully submitted,

By: /s/Timothy A. Fusco
Jonathan S. Green (P33140)
Stephen S. LaPlante (P48063)
Timothy A. Fusco (P13768)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com
fusco@millercanfield.com

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

ATTORNEYS FOR THE CITY OF DETROIT

Skip to Main Content  Logout  My Account  Search Menu  New Case Search  Refine Search  Back  Location : Non-Criminal Cases    Images    Web Access Instruction Manual

# REGISTER OF ACTIONS

### CASE NO. 10-009510-CZ

| PARTY INFORMATION | | |
|---|---|---|

|  |  | Lead Attorneys |
|---|---|---|
| Defendant | DETROIT BOARD OF POLICE COMMISSIONERS | James D. Noseda<br>*Retained*<br>(313) 237-3057(W) |
| Defendant | DETROIT CITY OF | James D. Noseda<br>*Retained*<br>(313) 237-3057(W) |
| Plaintiff | HERNANDEZ, PHYLLIS | Peter W. Macuga<br>*Retained*<br>(313) 282-3527(W) |

| EVENTS & ORDERS OF THE COURT | |
|---|---|

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 08/18/2010 | **Case Filing Fee - Paid** |
| 08/18/2010 | **Service Review Scheduled** |
| 08/18/2010 | **Status Conference Scheduled** |
| 08/18/2010 | **Complaint, Filed** |
| 08/18/2010 | **Jury Demand Filed & Fee Paid** |
| 09/03/2010 | **Service of Complaint, filed** |
| 09/20/2010 | **Motion for Summary Judgment/Disposition, Filed** |
| 09/21/2010 | **Motion Received for Scheduling** |
| 11/16/2010 | **Status Conference Scheduling Order, Signed and Filed** (Judicial Officer: Ziolkowski, Robert L. ) |
| 11/29/2010 | **Proof of Service, Filed** |
| 11/29/2010 | **Reply to Brief, Filed** |
| 11/29/2010 | **Answer to Motion, Filed** |
| 11/30/2010 | **Scheduling Order Track** |
| 11/30/2010 | **Answer to Motion, Filed** |
| 12/17/2010 | **Motion Hearing**  (9:00 AM) (Judicial Officer Ziolkowski, Robert L. ) |
| | *10/29/2010 Reset by Court to 12/03/2010* |
| | *12/03/2010 Reset by Court to 12/17/2010* |
| | Result: Reviewed by Court |
| 02/09/2011 | **Witness List, Filed** |
| 02/10/2011 | **Witness List, Filed** |
| 04/06/2011 | **Status Conference**  (9:00 AM) (Judicial Officer Levy, Bryan H. ) |
| | Result: Reviewed by Court |
| 06/16/2011 | **Brief in Support of Motion, Filed** |
| 07/28/2011 | **Order Adjourning Mediation and Settlement Conference, S/F** (Judicial Officer: Levy, Bryan H. ) |
| 12/13/2011 | **Case Evaluation - General Civil** |
| 01/10/2012 | **Case Evaluation - No Acceptance** |
| 01/31/2012 | **Case Evaluation Envelope, filed** |
| 02/02/2012 | **Settlement Conference**  (9:00 AM) (Judicial Officer Ziolkowski, Robert L. ) |
| | *06/28/2011 Reset by Court to 09/13/2011* |
| | *09/13/2011 Reset by Court to 12/21/2011* |
| | *12/21/2011 Reset by Court to 02/02/2012* |
| | Result: Held |
| 03/05/2012 | **Miscellaneous Response, Filed** |
| 05/25/2012 | **Motion Hearing**  (9:00 AM) (Judicial Officer Ziolkowski, Robert L. ) |
| | Result: Held |
| 06/08/2012 | **Motion Hearing**  (9:00 AM) (Judicial Officer Ziolkowski, Robert L. ) |
| | Result: Held |
| 06/20/2012 | **Special Conference**  (9:00 AM) (Judicial Officer Ziolkowski, Robert L. ) |
| | Result: Held |
| 06/20/2012 | **Motion Granted in Part/Denied in Part, Order to Follow** (Judicial Officer: Ziolkowski, Robert L. ) |
| 06/20/2012 | **Motion to Extend Time Granted, Order to Follow** (Judicial Officer: Ziolkowski, Robert L. ) |
| 07/03/2012 | **Order Granting in Part/Denying in Part, Signed and Filed** (Judicial Officer: Ziolkowski, Robert L. ) |
| 07/03/2012 | **Order Adjourning Mediation and Settlement Conference, S/F** (Judicial Officer: Ziolkowski, Robert L. ) |
| 07/19/2012 | **Motion for Reconsideration/Rehearing, Filed** |
| 07/23/2012 | **Answer to Complaint, Filed** |
| 08/14/2012 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Ziolkowski, Robert L. ) |
| 08/17/2012 | **Motion Transcript Ordered** |
| 08/17/2012 | **Steno Certificate, Filed** |
| 09/04/2012 | **Miscellaneous Motion, Filed** |
| 09/21/2012 | **Motion Hearing**  (9:00 AM) (Judicial Officer Ziolkowski, Robert L. ) |
| | Result: Held |
| 09/21/2012 | **Motion Granted, Order to Follow** (Judicial Officer: Ziolkowski, Robert L. ) |
| 09/24/2012 | **Notice of Presentment** |

https://cmspublic.3rdcc.org/CaseDetail.aspx?CaseID=1212765                                              8/23/2014

| 10/02/2012 | **No Objections Received to 7-Day Order** |
| 10/02/2012 | [Closed/Final - Ord for Stay of Proceedings, Signed and Filed](#) |
| 10/03/2012 | [Proof of Service, Filed](#) |
| 04/19/2013 | **Higher Court Order/Decision Received by Circuit Court** |
| 05/22/2013 | **Special Conference**  (9:00 AM) (Judicial Officer Ziolkowski, Robert L.) |
| | Result: Held |
| 05/22/2013 | **Motion for Miscellaneous Action Granted, Order to Follow** (Judicial Officer: Ziolkowski, Robert L. ) |
| 07/23/2013 | [Miscellaneous Action](#) |

https://cmspublic.3rdcc.org/CaseDetail.aspx?CaseID=1212765

8/23/2014

Home ˃ Cases, Opinions & Orders ˃

# Case Search

*Case Docket Number Search Results - 312170*

Appellate Docket Sheet
**COA Case Number: 312170**
PHYLLIS HERNANDEZ V DETROIT BOARD OF POLICE COMMISSIONERS

| | | | | |
|---|---|---|---|---|
| 1 | HERNANDEZ PHYLLIS | PL-AE | RET | (28114) **MACUGA PETER W II**<br>975 E JEFFERSON AVE<br>DETROIT MI 48207-3101<br>(313) 392-0015 |
| 2 | DETROIT BOARD OF POLICE COMMISSIONERS | DF-AT | COR | (31980) **FEGINS LINDA D**<br>2 WOODWARD AVENUE<br>SUITE 500<br>DETROIT MI 48226<br>(313) 237-3022 |
| 3 | DETROIT CITY OF | DF-AT | SAM | |

**COA Status:** Case Concluded; File Archived

08/31/2012   1 App For Leave to Appeal - Civil
    Proof of Service Date: 08/31/2012
    Register of Actions: Y
    Answer Due: 09/21/2012
    Attorney: 31890 - DIXON FRED W

07/02/2012   2 Order Appealed From
    From: WAYNE CIRCUIT COURT
    Case Number: 10-009510-CZ
    Trial Court Judge: 22745 ZIOLKOWSKI ROBERT L
    Nature of Case:
      Summary Disposition Denied
    Comments: Detroit towing antitrust

08/31/2012   4 Steno Certificate - Tr Request Received
    Date: 08/17/2012
    Reporter: 2345 - JOSEPHS RICHARD
    Filed By Attorney: 31980 - FEGINS LINDA D
    Hearings:
      06/20/2012

09/04/2012   5 Fee - Entry - Defect Cured
    Date: 08/31/2012
    Check #: 24610
    Fee: $375.00
    Receipt #: 3121701
    Order Evt#: 1
    For Party: 2 DETROIT BOARD OF POLICE COMMISSIONERS DF-AT
    Attorney: 31980 - FEGINS LINDA D

09/04/2012    9 Telephone Contact
              For Party: 2 DETROIT BOARD OF POLICE COMMISSIONERS DF-AT
              Attorney: 31980 - FEGINS LINDA D
              Comments: vmail for Myra Ross to confirm ok to update suite # for all aty Fegins open cases

09/06/2012    6 Transcript Requested by Atty or Party
              Date: 08/17/2012
              Reporter: 2345 - JOSEPHS RICHARD
              Hearings:
                06/20/2012

09/06/2012    7 Notice of Filing Transcript
              Date: 09/04/2012
              Reporter: 2345 - JOSEPHS RICHARD
              Hearings:
                06/20/2012

09/13/2012    8 Telephone Contact
              For Party: 2 DETROIT BOARD OF POLICE COMMISSIONERS DF-AT
              Attorney: 31980 - FEGINS LINDA D
              Comments: Myra Ross called back to confirm ok to update suite # for all open cases;moved to suite 1800

12/18/2012    10 Appearance - Appellee
              Date: 12/18/2012
              For Party: 1 HERNANDEZ PHYLLIS PL-AE
              Attorney: 28114 - MACUGA PETER W II

01/11/2013    11 Answer - Application
              Proof of Service Date: 01/11/2013
              Event No: 1 App For Leave to Appeal - Civil
              For Party: 1 HERNANDEZ PHYLLIS PL-AE
              Filed By Attorney: 28114 - MACUGA PETER W II

03/05/2013    12 Transcript Reminder Postcard
03/28/2013    13 Telephone Contact
              For Party: 2 DETROIT BOARD OF POLICE COMMISSIONERS DF-AT
              Attorney: 31980 - FEGINS LINDA D
              Comments: Linda Fegins called about filing transcripts

03/29/2013    15 Transcript Filed By Party
              Date: 03/29/2013
              Reporter: 2345 - JOSEPHS RICHARD
              Filed By Attorney: 31980 - FEGINS LINDA D
              Hearings:
                06/20/2012 summary disposition

03/29/2013    16 Proof of Service - Record on Appeal
              Date: 03/28/2013
              For Party: 2 DETROIT BOARD OF POLICE COMMISSIONERS DF-AT
              Attorney: 31980 - FEGINS LINDA D
              Comments: 6/20/12 transcript mailed to AE

04/02/2013    18 Submitted On Motion Docket
              Event: 1 App For Leave to Appeal - Civil
              District: D
              Item #: 7

04/19/2013    19 Order: Application - Deny
              View document in PDF format
              Event: 1 App For Leave to Appeal - Civil
              Panel: CMM,KTW,CDS

Attorney: 31980 - FEGINS LINDA D

Comments: Judge Murray wld grant bc city was authorized to determine who cld tow & exempt from anti trust

07/10/2013    22 File Closed-Out

File Location: F

Case Listing Complete