8/17/14

Judge Steven W. Rhodes
U.S. Bankruptcy Court for the Eastern District of Michigan
Southern Division
Courtroom 1825
211 W. Fort St., Suite 1800
Detroit, Michigan 48226

FILED

2014 AUG 21 A 10: 24

RE: Detroit Bankruptcy Hearing
United States Bankruptcy Court for the Eastern District of Michigan,
Southern Division, assigned case number **13-53846**

Dear Judge Rhodes,

As a private citizen, both as an individual owner of the City of Detroit and Detroit Sewer and Water bonds and an institutional owner (through Bond funds) of the City of Detroit and Detroit Sewer and Water bonds, I want to share with you, the story that I never hear in media reports relating to the above referenced Bankruptcy. A story that needs a fair hearing by you.

I have been following the development of the "Grand Plan" being proposed by the Detroit Emergency Manager and the City of Detroit, and it appears that there is a very favorable bias towards the retirees (their pensions), city employees and the operations of the City. The unfavorable bias is for the bond holders, often referred to as those greedy banks/institutions from Wall Street.

As an individual bond holder, I am counting on the interest and repayment of those bonds as part of MY retirement, no different than those retirees counting on their pensions. All that I would ask for is that ALL PARTIES be treated equally and make the same level of sacrifice when you consider the reorganization plan that brings the City of Detroit out of bankruptcy. For those of us who invested in Detroit, via bonds, as a way to create our own personal pension plan, should we be treated any differently than those in the pension plans? NO! We deserve the same respect applied to all of the "unsecured creditors". It is my understanding that the bankruptcy code is to consider the principle that all creditors in the same class should be treated equally.

Did I vote to accept the City of Detroit's "Grand Plan" – NO. I and all of the other bond holders are counting on you to make a fair and equitable decision that puts us all on a level playing field with other creditors in the same class.

Thank you for your careful consideration of my position in making your decisions.

Respectfully,

*Mark Chester*

Mark Chester
726 Fairbrook St.
Northville, MI 48167

*CUSIP references not limited to – (Individual) 251093C57, 251237G23 (Bond Fund Holding) 56064K00*