# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>　　　Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Steven W. Rhodes<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 27, 2014, he filed the following documents using the court's CM/ECF system which will provide notice of the filings to all registered participants in this matter:

***DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM STAY FILED BY PHYLLIS HERNANDEZ***

***DEBTOR'S BRIEF IN SUPPORT OF OBJECTION TO MOTION FOR RELIEF FROM STAY FILED BY PHYLLIS HERNANDEZ***

The undersigned further certifies that on August 27, 2014, he also caused copies of the filings named above to be served upon the following party, via overnight delivery:

Phyllis Hernandez
27201 Roney
Brownstown, MI 48183

DATED: August 27, 2014

By: /s/Timothy A. Fusco
Timothy A. Fusco (P13768)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
fusco@millercanfield.com

22884775.1\022765-00202