UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | No. 13-53846<br><br>Chapter 9<br><br>HON. STEVEN W. RHODES |

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2014, I electronically filed the State of Michigan's Response to Motion in Limine to Preclude Debtor from Offering Evidence Relating to (A) the Recoveries of Classes 10 and 11 Independent of the Funds From Dia Funding Parties and the State and (B) the Topics Identified in Syncora's Subpoenas to the Foundations (DKT. #6978) [Docket No. 7106] with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

                                            */s/Matthew Schneider*
                                            Matthew Schneider [P62190]
                                            Chief Legal Counsel
                                            Attorney for State of Michigan
                                            P.O. Box 30754 Lansing, Michigan 48909
                                            (517) 373-3203
                                            SchneiderM7@michigan.gov