UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re

CITY OF DETROIT, MICHIGAN

Debtor.

Chapter 9

Case No.: 13-53846

Hon. Steven W. Rhodes

## STIPULATION TO ENTRY OF AN ORDER BARRING EVIDENCE OF A MATHEMATICAL COMBINATION OF THE AMOUNTS RECOVERED BY CLAIMANTS IN CLASSES 10, 11, AND 12.

This stipulation is made by and among (i) the City of Detroit, Michigan ("the City"), and (ii) Syncora Capital Assurance Inc., and (iii) Syncora Guarantee Inc. (together "Syncora") (together with the City, "the Parties"). By and through each of their undersigned counsel, the Parties have reached an agreement with respect to, and request an order approving, the following:

### RECITALS

On August 22, 2014, Syncora filed a motion entitled *Motion in Limine Barring the City from Introducing Evidence Regarding the Combined Recoveries of Pension and OPEB Claims* [Docket No. 6975]. In it, Syncora argued that evidence of the combined recoveries of claimants in Classes 10, 11, and 12 is irrelevant to the issue of unfair discrimination. To avoid further briefing on an issue about which the Parties agree, the Parties request that the Court enter an order

excluding evidence regarding the combined recoveries of the Pension Claims (Classes 10 and 11) and the OPEB Claims (Class 12).

## **STIPULATION**

**NOW, THEREFORE,** it is hereby stipulated and agreed between the Parties, through their undersigned counsel, that the Court grant the Order attached hereto as Exhibit A approving this Stipulation and barring the City from introducing evidence regarding the combined recoveries of the Pension Claims (Classes 10 and 11) and the OPEB Claims (Class 12).

| | |
|---|---|
| Dated: August 27, 2014 | Respectfully submitted, |

/s/ Stephen C. Hackney
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
E-mail: james.sprayregen@kirkland.com
E-mail: ryan.bennett@kirkland.com
E-mail: stephen.hackney@kirkland.com

- and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075
E-mail: sgross@mcdonaldhopkins.com
E-mail: dagay@mcdonaldhopkins.com
E-mail: jgadharf@mcdonaldhopkins.com

*Counsel for Syncora Guarantee Inc.*
*and Syncora Capital Assurance Inc.*

/s/ Heather Lennox
Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
hlennox@jonesday.com

Thomas F. Cullen, Jr. (DC 224733)
Gregory M. Shumaker (DC 416537)
Geoffrey S. Stewart (DC 287979)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap
PEPPER HAMILTON LLP
4000 Town Center
Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
Facsimile: (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

*Counsel for the City of Detroit, Michigan*