**Exhibit 3076**

**Arts Commission Minutes, dated June 2, 1919**

WEIL:\95071879\3\45259.0007

Detroit, Michigan, June 2, 1919.

The meeting of the Arts Commission was held at the Museum today at four o'clock.

There were present Commissioners Ralph H. Booth
William J. Gray
Albert Kahn
Secretary    Clyde H. Burroughs

The minutes of the meeting of May 12th were read and approved.

Commissioner Gray reported that he and Commissioner Kahn had appeared before the Common Council to find out whether the deed of the new Museum site on Woodward Avenue would be acceptable with the reversionary clauses. They found unanimous opposition on the part of the Councilmen to accepting any deed with restrictions.

A communication from the City Plan Commission, asking for information with reference to present and future needs of the City Departments in the way of contemplated buildings was read and the Secretary was instructed to give the City Plan Commission such information as is available.

A communication from Miss Sarah J. Flint, Adviser to the Textile Department of the Boston Museum of Fine Arts, was read, recommending for purchase a number of fragments of textiles and three important pieces from the duplicate collection of Mr. Sangiorgi, Jr., and the Secretary recommended that these be sent on approval. It was

MOVED, supported and carried that the textiles selected by Miss Flint be secured for the inspection of the Arts Commission.

President Booth recommended for purchase two bronzes by Elie Nadelman. It was

MOVED, supported and carried that the two bronzes "Wounded Stag" and "Resting Stag" by Elie Nadelman be purchased for the sum of $1800.

MOVED, supported and carried that the painting "The Beach Hat" by Robert Henri be purchased, providing it could be had for not to exceed $700.

13-53846-tjt    Doc 7111-4    Filed 08/27/14    Entered 08/27/14 16:56:29    Page 2 of 3

DIAINSP010422

Meeting adjourned.

Respectfully,
*Clyde H. Burroughs*
Secretary.

Detroit, Michigan, June 9, 1919.

The meeting of the Arts Commission which was to have been held today at four o'clock was postponed, there being no quorum present.

Respectfully,
*Clyde H. Burroughs*
Secretary.

Detroit, Michigan, June 16, 1919.

The meeting of the Arts Commission which was to have been held today at four o'clock was postponed, there being no quorum present.

Respectfully,
*Clyde H. Burroughs*
Secretary.

Detroit, Michigan, June 23, 1919.

The meeting of the Arts Commission which was to have been held today at four o'clock was posyponed, there being no quorum present.

Respectfully,
*Clyde H. Burroughs*