**Exhibit 3147**

**Arts Commission Minutes, dated January 27, 1941**

WEIL:\95071879\3\45259.0007

Detroit, Michigan, January 27, 1941.

A meeting of the Arts Commission was held this afternoon at 4:30 o'clock.

There were present Commissioners Ford, Whitcomb and Tannahill, the Director and the Secretary.

MOVED, supported and carried that the minutes of November 27 be approved.

The Director reported the following gifts: from Robert H. Tannahill, an ivory diptych, French, XIV century, at a cost of $10,000, a French Gothic chest, at a cost of $1,500, and a faldistory, Italian, c. 1600, at a cost of $1,000; from Mr. and Mrs. Edgar B. Whitcomb, painting, "View of the Tiber with Castel S. Angelo, Rome", by Bernardo Bellotto, at a cost of $11,000; from Mr. and Mrs. Ernest Kanzler, painting, "Portrait of a Young Man", by Michael Wolgemut, given in memory of Dr. and Mrs. Karl Kanzler, at a cost of $5,500; from Mrs. Lillian Henkel Haass, group of 14 drawings, valued at $1,310, and watercolor, "Michigan Lake", by Jay Boorsma, American contemporary, valued at $90; from Mrs. Anna Lavick Werbe, watercolor, "Fritz", by William Schwartz, American contemporary, valued at $100; from Mrs. William Clay, bone chessboard, Italian, XV century, at a cost of $200; from Dr. Nicholas Karger, painting, "Central Park", by William Thoeny, valued at $100; from Print Purchase Prize of Hal H. Smith, lithograph, "Winter in Connecticut", by Mildred E. Williams, valued at $15.

MOVED, supported and carried that these gifts be accepted with the thanks and appreciation of the Arts Commission.

A communication from John D. Biggers was read offering as a gift from his mother, Mrs. William D. Biggers, a painting, "Crow's Nest", by T. W. Whittredge (signed and dated 1848), but with the restriction that unless exhibited, the donor might consider other possible disposition of the painting. The Secretary was instructed to notify Mr. Biggers that it was contrary to the policy of the Arts Commission to accept gifts with restrictions that would be binding on its successors, but that if he wanted to make gift unconditional, the painting would be accepted and preserved.

The Secretary reported that at the meeting of the Founders Society held January 13, the following purchases had been made, subject to the approval of the Arts Commission: from the Dexter M. Ferry, Jr. Fund, paintings, "Portrait of Lucy Bradley", by Ralph Earl, and "Portrait of John C. Hamilton, son of Alexander Hamilton", by Henry Inman; from the Anna Scripps Whitcomb Fund, Chinese scroll painting, "Ode to the Pomegranate", by Shen Chou, Ming Dynasty; from the William H. Murphy Fund, bronze, "Crab", by Riccio; from the Laura H. Murphy Fund, drawing, "Goats", by Mahonri Young.

MOVED, supported and carried that these purchases of the Founders Society be approved.

Mr. Tannahill reported that at the auction of the Read Collection, conducted in Detroit by Niels Schmidt, Inc., he had purchased a silver sugar bowl, American, at a cost of $180.25, and

a Sino-Lowestoft urn, at a cost of $154.50. It was

MOVED, supported and carried that these be recommended to the Founders Society for purchase from the Gibbs-Williams Fund.

The Director presented for consideration a marble head from the Brummer Galleries, pointing out that this had been approved for purchase by the Founders Society at their meeting of November 26 at a cost of $9,000, but that the purchase had not been consummated as some authorities regarded it as of Roman rather than of Greek origin. He reported that at a subsequent meeting of the Founders Society he had presented three objects of lesser importance but of undoubted Greek origin as an alternate to the marble head and that the Founders Society, at their meeting of January 13, had referred the whole matter to the Arts Commission for their decision. It was

MOVED, supported and carried that the purchase by the Founders Society of the Greek marble head from the Brummer Galleries at a cost of $9,000 be approved.

The Director presented for consideration a painting, "Italian Landscape", by Claude Lorraine, from A. F. Mondschein, at a cost of $5,900. He pointed out that in the Edsel B. Ford Fund there was a balance of about $3,900. Mr. Ford kindly offered to make up any necessary deficiency in the fund if the Arts Commission approved the purchase.

MOVED, supported and carried that the painting "Italian Landscape" by Claude Lorrain be purchased from the Edsel B. Ford Fund.

The Director reported that he was negotiating for a Leonardo

exhibition consisting of models of his inventions, together with paintings and drawings, for the period of April and May, at an estimated cost of $3,000. It was

MOVED, supported and carried that this exhibition be approved.

The Secretary reported that the Committee of the Whole of the Common Council had referred to the City Plan Commission, the Department of Parks and Recreation and the Arts Commission a communication from Mr. William R. Kales relative to the use of Memorial Park for the proposed medical center, with the request that a study be made of this situation and a report submitted to the Common Council. He stated that he had attended a joint meeting with the City Plan Commission and the Parks and Recreation Commissioner and that the City Plan Commission was preparing a joint report to be forwarded to the Common Council. It was

MOVED, supported and carried that the Arts Commission concur in this report.

A communication from the Allied Festival for Polish War Relief was read pointing out that the monument to General Casimir Pulaski would remain in Detroit for the next six weeks looking toward the placing of this monument in the City of Detroit permanently, and asking the Art Institute to store or exhibit the monument during this period. The dimensions of the monument are $9\frac{1}{2}'$ high and a 4' x 4' base, with a weight of 2,950 lbs. It was

MOVED, supported and carried that the matter be left in

the hands of the Director and the Secretary with power.

A communication from the Art Institute Members of Chapter #16, Library and Art Institute Employees of Local #77, American Federation of State, County and Municipal Employees, American Federation of Labor, was read. It was

MOVED, supported and carried that the Secretary confer with the Corporation Counsel and other city authorities, looking toward a solution of the grievances outlined.

Loans to other museums were approved as follows: to the Montclair Art Museum, "McSorley's Bar", by John Sloan, January 1 to January 26; to the Los Angeles County Museum of History, Science and Art, "Self Portrait in a Straw Hat", by Van Gogh, January 15 to February 28; to the Grand Rapids Art Gallery, "Christ in Limbo", by Herri met de Bles, and "Noli Me Tangere", by Ortalano, for the month of March.

Meeting adjourned.

Respectfully,

Secretary