**Exhibit 3208**

**DMA Meeting Minutes, dated September 12, 1919**

WEIL:\95071879\3\45259.0007

Detroit, Michigan, September 12, 1919.

A special meeting of the Trustees of the Detroit Museum of Art was held at the Museum today at four o'clock to consider the transfer of the property and collections of the Museum to the Arts Commission of the City of Detroit, and for the transaction of such other business as may come before the meeting.

There were present the following Trustees:

> Ralph H. Booth, President
> William J. Gray
> D. M. Ferry, Jr.
> Henry G. Stevens
> William B. Stratton
> David Gray
> Thomas May
> Clyde H. Burroughs, Secretary.

President Booth stated that the object of the meeting, pointing out that the Trustees might like to consider merely the conveyance of the collections, deferring the matter of transfer of the real estate until such time as the City of Detroit might be ready to erect thereon a new Museum building.

After some discussion on this point, the following resolution was offered and unanimously adopted:

RESOLVED that the President and Treasurer be and they are hereby authorized for and in the name of The Detroit Museum of Art, and under the authority and in pursuance of Act #67, Public Acts of the State of Michigan, approved April 15, 1919, to execute and deliver to the Arts Commission of the City of Detroit, a Bill of Sale of its art collections, including all pictures, paintings, sculpture, and other personal property of every kind and description now contained in the Art Museum building at the southwest corner of Jefferson Avenue and Hastings Street in the City of Detroit. Such Bill of Sale to run to the City of Detroit, and to be in such form as shall to them be satisfactory.

The following resolution was then offered, and after some discussion was unanimously adopted:

RESOLVED, that the President and Treasurer be and they are hereby authorized for and in the name of the Detroit Museum of Art, and under authroity and in pursuance of Act #67, Public Acts of Michigan, approved April 15, 1919, to execute and deliver to the Arts Commission of the City of Detroit, a deed of t the following described land situated and being in the City of Detroit, County of Wayne and State of Michigan,

First: Lot A. of D. M. Ferry's Subdivision of Park Lot Forty (40) and Lots One (1) to Eighteen (18) both inclusive, of Farnsworth's Subdivision of Park Lots Thirty-eight (38) and Thirty-nine (39), according to the Plat thereof, recorded in the Wayne County Register's Office in Liber 18 of Plats on page 71; being the entire block bounded by Woodward Avenue, Kirby Avenue, John R. Street and Frederick Street.

Second: Also lots Forty-three (43) to Seventy-eight (78), both inclusive and the private alley between said lots of Farnsworth's Subdivision of Park Lots 38 and 39, according to the plat thereof recorded in said Wayne County Register's Office, being the entire block bounded by Woodward Avenue, Frederick Street, John R. and Farnsworth Streets; TOGETHER with all reversionary interests in and to the abutting streets and alleys.

Such deed to run to the City of Detroit and to be insuch form as shall to them be satisfactory.

The following resolution was unanimously adopted:

RESOLVED, that the President and Treasurer be and they are hereby authorized for and in the name of the Detroit Museum of Art to borrow such sum, (approximately Twenty-five Thousand Dollars ($25,000) as they shall find to be sufficient topay to William C. Weber the amount owing to him in connection with his advancements for the purchase of Lot A. of D. M. Ferry's

Subdivision of Park Lot Forty (40) and Lots One (1) to Eighteen (18), both inclusive, of Farnsworth's Subdivision of Park Lots Thirty-eight (38) and Thirty-nine (39), according to the Plat thereof recorded in the Wayne County Register's Office in Liber 18 of Plats on page 71; and in evidence thereof to execute and deliver a Promissory Note payable at such time and with such interest as they shall deem proper, and to secure the payment thereof by a mortgage upon said described property, also Lots Forty-three (43) to Seventy-eight (78), both inclusive, and the private alley between said Lots of Farnsworth's Subdivision of Park Lots Thirty-eight (38) and Thirty-nine (39), according to the plat thereof recorded in said Wayne County Register's Office, or such part thereof as they shall find to be sufficient and to use the proceeds of such loan in making payment to said William C. Weber in reimbursement of the amounts expended by him in connection with said lot as above described, with interest to date of payment.

Pursuant to above resolutions:

RESOLVED, that is the sense of this meeting that a deed of conveyance of the real estate and a bill of sale of the collections be made immediately to the City of Detroit, providing William C. Weber makes concurrent conveyance to the City by deed of that part of the real estate belonging to the Museum, which has been held by him as security for the money which he advanced.

Unanimously carried.

It was the sense of the meeting that the endowment funds should remain in the hands of the Trustees for the present. It was

MOVED, supported and carried that the President of the Arts Commission, with the concurrence of any three of the Trustees of the Detroit Museum of Art, be authorized to spend the cash balance on hand in the First & Old Detroit National Bank, amounting to $7170.76, for additions to the collections. It was

MOVED, supported and carried that the purchase of the painting "The Blue Gown" by Frederick C. Frieseke, from the Special Membership and Donations Fund contributed by Messrs. Paul R. Gray, David Gray, Philip Gray and Mrs. William R. Kales

13-53846-tjt    Doc 7111-6    Filed 08/27/14    Entered 08/27/14 16:56:29    Page 4 of 5

DIAINSP019853

be approved.

President Booth reported that the Special Membership Fund of $1200 of Mr. J. J. Crowley had been used for the purchase of the painting "In the Country" by Leon Kroll. It was

MOVED, supported and carried that the purchase of the painting, "In the Country" by Leon Kroll, for the sum of $1200, be approved.

Meeting adjourned.

Respectfully,

Clyde H. Burroughs
Secretary.