**Exhibit 3216**

**Deed of Gift, dated April 25, 1988**

WEIL:\95071879\3\45259.0007



# THE DETROIT INSTITUTE OF ARTS
5200 Woodward Avenue, Detroit Michigan 48202 • Phone 313-833-7900 • Cable DETINARTS

## Deed of Gift

I(We) give, assign and transfer to the Founders Society Detroit Institute of Arts all my rights, title and interest in and to the following work(s) of art:

T1988.96  
Alberto Giacometti  
Standing Woman II  
bronze  
1988.175

T1988.97  
Adolph Gottlieb  
Trinity  
oil on canvas  
1988.179

T1988.98  
Lyman Kipp  
Salute to Knowledge  
painted steel

including the copyright interest described in the "Declaration of Copyright Interest" on the reverse of this page with a value of

$ Giacometti: 3,600,000.   Gottlieb: 400,000.   Kipp: 500.
Donor's Stated Value

on ___1-26-88___
Date of Donation

I(we) hereby represent and warrant that I(we) own ___100___ percent of the Property described.

I(We) wish this gift to be acknowledged in the records, on labels, and in publications as follows:

GIFT OF ___W. Hawkins Ferry___

Estate of W. Hawkins Ferry  
Donor

Comerica Bank-Detroit, Personal Representative  
Donor's Address

WITNESSED BY:  
_Alice Conciello_  
Alice Conciello  
Date ___4-25-88___

BY: _Gary M. Schwind_  
Gary M. Schwind, Vice President  
Date ___4-25-88___

Complete and return this copy to DIA Registrar's Office

continued on the reverse

13-53846-tjt   Doc 7111-7   Filed 08/27/14   Entered 08/27/14 16:56:29   Page 2 of 2

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                        DIAINSP042364