**Exhibit 3270**

**Report of Councilman Nagel, dated November 18, 1919**

WEIL:\95071879\3\45259.0007

# COMMON COUNCIL

(OFFICIAL)

Detroit, Tuesday, Nov. 18, 1919.

The Council met and was called to order by the President, Hon. John C. Lodge.

Present—Councilmen Bielman, Bradley, Castator, Kronk, Littlefield, Nagel, Simons, Vernor, and the President—8.

There being a quorum present, the council was declared to be in session. The journal of the preceding session was approved.

**Taken From the Table**

Councilman Nagel moved to take from the table an Ordinance to provide for the zoning for residential purposes of part of the West Grand Boulevard, laid on the table, Nov. 11, 1919, (J. C. C. P. 1740), which motion prevailed.

Councilman Nagel moved that the ordinance be amended so as to read as follows:

**AN ORDINANCE to provide for the zoning and protection of certain residential areas within the City of Detroit and to prevent the location, building, construction or maintenance of certain designated objectionable businesses in certain areas; to provide for the enforcement of said Ordinance; and to provide for a penalty for the violation of the terms hereof.**

IT IS HEREBY ORDAINED BY THE PEOPLE OF THE CITY OF DETROIT

Sec. 1. That when ever sixty per cent (60%) or more of the frontage in any particular block of any street, avenue, boulevard or public place within the City of Detroit is used exclusively for residential purposes (including the grounds thereof) it shall be deemed and considered a residential district and is hereby placed in a residential zone.

Sec. 2. From and after the date of this Ordinance it shall be unlawful for any person, or persons, firm or corporation to locate, build, construct or maintain any public garage, livery, boarding or sale stables, billboards, gasoline-filling station, automobile, battery or accessory service station or other business which is or may be dangerous, offensive, or detrimental to the public health, morals, comfort, safety or general welfare of the City of Detroit in any block in which sixty per cent (60%) of the frontage of said block is used exclusive for residence purposes, including the grounds thereof.

Sec. 3. The word "block" as used in this Ordinance is hereby defined to mean the total frontage abutting on one side of any given street, avenue, boulevard or public place between any two adjacent intersecting streets, avenues, boulevards or public places within the City of Detroit.

Sec. 4. If any clause, sentence, paragraph or part of this Ordinance shall for any reason be adjudged by any court of competent jurisdiction, to be invalid, such judgment shall not affect, impair or invalidate the remainder of this Ordinance but shall be confined in its operation to the clause, sentence or paragraph or part thereof directly involved in the controversy in which such judgment shall have been rendered.

Sec. 5. The Commissioner of Buildings and Safety Engineering, the Commissioner of Parks and Boulevards, the Commissioner of Public Works, or any other officer or Department of the City of Detroit having jurisdiction over the issuance of permits for the erection of buildings or other structures within the City of Detroit shall not issue such permits for the erection of such buildings or structures within said zoned district where same will be contrary to the terms hereof.

Sec. 6. Any person, firm or corporation violating the terms of this Ordinance shall upon conviction thereof, be punishable by a fine of not to exceed Three Hundred Dollars, or fine and imprisonment within the Detroit House of Correction for a period of not to exceed ninety days, or both such fine and imprisonment within the discretion of the Court. Each day which any person, firm or corporation violates the terms hereof shall be construed to be a separate offense and shall be punishable as such.

Sec. 7. This Ordinance is hereby declared to be one immediately necessary for the preservation of the public peace, health and safety and is hereby given immediate effect.

The ordinance was then placed on the order of third reading.

**Third Reading of Ordinance.**

The title of the ordinance was read a third time.

The ordinance was then read.

The question being "Shall this ordinance now pass?" The ordinance was passed, as amended a majority of the Councilmen present voting therefor as follows:

Yeas—Councilmen Bielman, Bradley, Castator, Kronk, Littlefield, Nagel, Simons, Vernor and the President.—9.

Nays—None.

The title to the ordinance was confirmed.

**Taken From The Table.**

Councilman Vernor moved to take from the table an Ordinance amending Section 1, Chapter 58, Revised Ordinances of 1912, relative to sweeping sidewalks, laid on the table, Nov. 11th, 1919, (J. C. C p. 1742) which motion prevailed.

The ordinance was then placed on the order of third reading.

**Third Reading of Ordinance.**

The title to the ordinance was read a third time.

The ordinance was then read.

Councilman Vernor moved that the ordinance be passed, as presented which motion was not adopted as follows:

Yeas—Councilmen Vernor and the President.—2.

Nays—Councilmen Bielman, Bradley, Castator, Kronk, Littlefield, Nagel and Simons.—7.

### Taken From The Table.

Councilman Vernor moved to take from the table an Ordinance amending No. 392-A, relative to the scattering of Domestic or Commercial Rubbish, laid on the table, Nov. 11th, 1919, (J. C. C. p. 1742), which motion prevailed.

Councilman Vernor moved that Section 1-A be amended by striking out the word "newspapers" in lines 5 and 6, which motion prevailed.

The ordinance was then placed on the order of third reading.

### Third Reading of Ordinance.

The title to the ordinance was read a third time.

The ordinance was then read.

Councilman Vernor moved that the ordinance be passed, as presented which motion was not adopted as follows:

Yeas—Councilmen Bradley, Simons, Vernor and the President.—4.

Nays—Councilmen Bielman, Castator, Kronk, Littlefield and Nagel.—5.

### COMMUNICATIONS.
### From the Mayor.

To the Honorable the Common Council:

Gentlemen—I am returning herewith Council proceedings of the session of November 11, 1919, and I have approved all of the proceedings with the exception of that portion headed "Street Railways" which authorizes the Board of Street Railway Commissioners to enter into negotiations with the Street Railway Company for the purpose of arriving at an agreement including the best features of the so-called Tayler service-at-cost plan, as proposed in their report to you.

This section of the proceedings of November 11th I do not approve for the following reasons: As a responsible agent of the people I feel it my duty before presenting any proposition to them to exhaustively analyze its every detail to the full extent of all the information and data available. I have conscientiously tried to ascertain how the recommendations of the Board of Street Railway Commissioners would meet with the people's wishes as indicated in their various votes upon street railway settlement and fail to find where they agree in any instance.

Permit me to recall the affirmative vote of the electorate on various street railway propositions since November, 1906.

(1) November, 1906, 31 per cent voted "yes" on the ordinance extending the company's franchise to December 4, 1924.

(2) In September, 1907, 33 1-3 per cent voted that the company be given additional franchises for the construction of certain extensions.

(3) January, 1912, 41 per cent voted to permit extension of the company's franchises to December, 1924, under the Thompson-Hally Ordinance.

(4) In April, 1913, 80 per cent voted for a charter amendment providing for municipal ownership and operation of the street railway lines.

(5) In November, 1915, 47 per cent voted to purchase the railway lines under a condemnation plan where the purchase price was to be determined by the six Circuit Judges.

(6) In April, 1919, 47 per cent again voted to purchase the lines at a previously negotiated price.

Three of these propositions were agreements involving franchises; the latter two were agreements providing for purchase of the lines and both of these received a greater affirmative vote than the three proposals for franchises.

Considering the 80 per cent vote of April, 1913, for municipal ownership, the 7 to 1 vote for the new City Charter also incorporating a municipal ownership provision, and contrasting this with the meager affirmative vote for the extension of D. U. R. franchises in cases 1, 2 and 3 it appears extremely presumptuous on the part of this administration to contemplate presenting another franchise agreement in the form of the Tayler or so-called service-at-cost plan.

In fact, such a move is to my mind a violation of our oath of office calling upon us to follow the provisions of the City Charter.

It would be a less difficult matter now, considering the vote of our several hundred thousand new citizens of Detroit, to foist upon the public a franchise agreement in the guise of the Tayler plan, but the officials of this administration would do well to remember that whatever they propose to the voters they must be ready to stand squarely behind. After the most thorough study I cannot find where I could whole-heartedly support a Tayler plan of any kind, or where any citizen of Detroit who has studied it to the same extent could do so.

It is a simple matter to present proposition after proposition to the voters, but I understand it to be the duty of the people's officers to secure a proposition which will solve our transportation problem.

It is futile to submit another plan to the voters which will merely obscure our goal and make more divisions in the electorate with no possibility of securing the necessary 60 per cent affirmative vote. It is admitted by all that we want extensions, and under the ordinance proposed by Councilman Castator we can proceed immediately with these extensions, and, I cannot reiterate too often, these form a paramount issue. If an advisory vote indicates that the public wants a Tayler franchise then we can negotiate while construction work is taking place. It is ridiculous to presume that with two propositions on the ballot either one can secure the necessary 60 per cent.

A thorough investigation of the working of the Tayler plan in the City of Cleveland shows conclusively that the citizens of that city, regardless of all the counterclaims which have been made, are continuously at the mercy of the officials of the street railway company.

I wish to cite just a few instances drawn from Cleveland's experience of what little hope there is for immediate remedy of Detroit conditions under the provisions of the Tayler franchise. In considering these I beg of you to keep in mind that Detroit proposes 140 miles of surface extensions, all of which are urgently needed, and that in the last nine years Cleveland has only added fifty-three miles of car track to its system, an average of less than six miles per year.

Personally, I would be ashamed to submit a Tayler plan to the intelligence of the voters of Detroit at the present time because any campaign of information which would necessarily have to accompany it would prove to be a waste of time, energy and money. It would be readily apparent to the people that under the Tayler arrangement no agreement could be reached which would bind the company when it is not

their best interests to be so bound. is is assuming that the D. U. R. is as ral in its dealings as the Cleveland .ction Company, and this is going a g ways.

'he proof of these statements is fur- ied in the sworn testimony taken in past few months before the Cleve- l Board of Arbitration which is ar- ating another of the differences be- en the City of Cleveland and the eland Railway Company.

he original Tayler franchise went effect in Cleveland nine years ago came up for renewal early in the ent year. The city at first attempt- o secure a renewal for one year in hope that a purchase agreement ht be submitted to the voters. At time President Stanley, of the way Company, gave an ultimatum Judge Fielder Sanders, the City t Railway Commissioner, saying: ' this franchise is not renewed I will ntinue service altogether on about een of the lines and the service l give on the other lines will be a le."

might be cited in passing that the nt Tayler ordinance required only ote of the Council for renewal. It not necessary to submit it to the s unless there was some change

The city officials, fearing they not complete arrangements for ission of a purchase plan this g, asked for certain minor changes e ordinance, extending benefits to the company and the city, but lent Stanley's ultimatum demand- at the ordinance be renewed in , and this was done by the Coun- thout a vote of the people. pite letters from the railway com- at this time stating that the Tay- ant in its original form was en- satisfactory to them, it was only days afterward that the company d upon arbitration of the ques-

ll a rate of interest on the out- ng capital stock of the company er cent per annum instead of 6 nt per annum?"

is the condition in which any pality finds itself when it de- upon private companies. Toledo's nce at the present time ought to son enough for us to do some- on our own account. If Cleve- Arbitration Board fails to grant per cent rate the company will resort to the big stick in forbid- em any further extensions. proponents of the Tayler plan we will get immediate exten- I beg your indulgence to point re of Cleveland's recent experi-

pril 10th, three days after the l of the Tayler grant, the Cleve- ilway Company was insstructed city to construct a line on East treet, but the company has made e to comply. Under the terms Tayler plan, the city may, in uation, exact a forfeiture of the ranchise six months after writ- ce of such intent has been serv- the Street Railway Company, er first th Street Railwy Cem- r notified the company of this The city's letter of notification ompany reads as follows:
"October 1st, 1919.
veland Railway Company News Bldg., City.
men—Whereas on April 10th, e Cleveland Railway Company the terms of Ordinance No. 48845-A, passed on the 7th day of April, 1919, by the Council of the City of Cleveland, granting a renewal of the street railway rights to the Cleveland Railway Company, and in said ordin- ance the right is granted the Cleve- land Railway Company by section 2 thereof, to maintain and operate its street railroad on East 140th Street from St. Clair Avenue to Lake Shore Boulevard, and it is further provided in section 9 that the company shall run such cars in such numbers as the City may from time to time re- quire and that the City reserves to it- self the right to fix the schedule and routes, and

Whereas it is further provided in said ordinance in section 43 thereof that in case of any failure of the com- pany to do and perform each and every one of the terms and conditions there- in stipulated by it—and such failure shall continue for six months after written notice to the company from the city of its intention to exact a forfeiture by reason of such failure, the company shall thereafter forfeit all and singular the rights and privi- leges therein granted and thereafter all such rights and privileges shall cease, and

Whereas it became necessary to take up the tracks in said East 140th Street from St. Clair Avenue to Aspinwall in order to permit the laying of a sewer by the City of Cleveland, and said work was finished in the year 1918, and

Whereas the City Council by file No. 48881 on April 1st, 1919, directed the Railroad Company to lay its tracks in East 140th Street from St. Clair Ave- nue to Aspinwall Avenue so that street cars might be operated over the same as one of the lines of the company, for the convenience of the car riders of Cleveland, and

Whereas said company has failed and refused to comply with said reso- lution and with the orders of the City Street Railroad Commissioner in fur- therance thereof.

Now, therefore, you will take notice hereby that the City of Cleveland, pur- suant to Council Regulation No. 50426, duly passed and approved, through myself as City Street Railroad Com- missioner thereby authorized, does hereby formally serve this as written notice upon the Cleveland Railway Company from the City of Cleveland, that the said city intends to exact a forfeiture of the franchise granted in Ordinance No. 48845-A and all the priv- ileges therein granted, by reason of the failure of the Cleveland Railway Company to comply with the provisions of the said ordinance and the orders of the city with reference to East 140th Street as herein above set forth.
Respectfully,
(Signed)
FIELDER SANDERS,
City Street Railway Commissioner.

To show how the Tayler plan works, or does not work, I refer you to the memorandum filed with the Board of Arbitration above referred to by An- drew Squires, attorney for the com- pany.

On page 17 of this memorandum he says—

"Here is a little street in the East end and here is a very small question that is open to arbitration between the company and the City, or open to liti- gation (we all know the life of street

13-53846-tjt    Doc 7111-8    Filed 08/27/14    Entered 08/27/14 16:56:29    Page 4 of 20

railway litigation) before the city can force the company to build such tracks if there is not good reason for doing so."

On page 164 of the testimony before this Board the Street Railway Commissioner asked Vice-President Alexander of the company this question—

Q Now have you finally determined to build the 117th Street extension?
A Yes.
Q Within the next ten years?
A Yes.
Q You have been talking about that for the last ten years, haven't you?
A No not for ten years. I believe two and one-half years ago the company purchased land for a car barn site. Prior to that time, about 1913, the Street Railway Commissioner attempted to put a crosstown line on West 117th Street, but if my memory serves me correctly, he was enjoined.
Q That was on your program when you went into office January 1, 1912, wasn't it?
A I believe it was.
Q And you had it in your program '12, '13, '14, '15, '16, '17, '18, and '19, and you haven't built that line?
A No, it hasn't yet been built.
Q But your company say you will build it within the next ten years?
A I believe it will be built within the next ten years.
Q Is that for the purpose of this arbitration, or is that a promise?
A I am not in an official capacity here to make promises. I believe it will be built.

Great claims have been made about the extensions built under the Tayler plan, but no mention has been made that abutting property owners have paid in part or in whole for a great many of them, often originated by real estate dealers.

I could quote you many Cleveland experiences of this kind, but offer you access to the same records I have.

I have repeatedly stated that the Tayler plan meant death to municipal-ownership, and to substantiate this, I refer to the testimony of the Cleveland Street Railway Commissioner before the Board of Arbitration. He says:

"That clause of the franchise which provides that no additions or extensions shall be made to the property of the company which will impair the ability of the company to earn 6 per cent on its capitalization has been invoked by the company six or seven times in the last three or four years."

Testifying on the same day before the Board of Arbitration the same official said:

"Now if there is anything in the saying that the proof of the pudding is in the eating, surely I say the history of this company bears out the statement that this is a perpetual franchise to all intents and purposes; that is, the actual effect of it is that of a perpetual indeterminate franchise, and the action of the Council in renewing the franchise last April shows it."

I also wish to point out to the members of the Council that the Cleveland Tayler grant is not a franchise for ten years as is understood in many quarters. The ordinance provides a grant for 25 years. At the end of the first ten years the city must signify its willingness to renew at the completion of 25 years or else during the last 15 years of the grant the company is to be permitted to charge the maximum rate of fare while the city relinquishes all control of service as provided in the first ten years of the grant.

The testimony before the Board of Arbitration in Cleveland shows that the company is unable to raise money for its extensions on a 6 per cent basis, and it is doubtful if it can raise it on a 7 per cent basis, but if the Arbitration Board and Council granted the 7 per cent rate, it means adding $300,000 per year interest or dividends to the now outstanding stock of $30,000,000. The company claims it needs $25,000,000 for extensions in the next ten years, and if that is so, and they are able to raise it at 7 per cent, it will mean interest or dividend charges of $3,850,000 per year, whereas Detroit sold its last municipal bonds on less than a 4½ per cent basis.

If the above is not sufficient data to convince your Honorable Body that we should not waste time and money or the patience of our car riders on such a plan I ask for delay until I can submit many more reasons in the way of sworn testimony as to Cleveland's experience.

In conclusion, allow me to recall to your mind once more the provision of section 1, chapter 13, of our City Charter:

"The city shall at once proceed to and as soon as practicable acquire and construct and own, maintain, and operate a street railway system beneath, upon, and above the surface of the streets of the city, and within a distance of ten miles from any portion of its limits that the public convenience may require, and as soon as practical said system shall be made conclusive. Nothing herein contained shall be construed to prevent the city from making a grant to private parties in relation to said street car system beneath, upon, and above said streets."

The interpretation of the Corporation Counsel of this section is as follows:

"The first sentence of this paragraph is a clear, mandatory instruction to acquire, and failing in that, to construct, own, maintain, and operate a street railway system. This means municipal ownership, and nothing else.

The concluding sentence is a saving clause indicating that the Charter did not intend to foreclose the city from giving a grant to private parties if so desired. The language, however, could be in no sense an instruction to the city administration to enter into negotiations with a private company."

Sincerely yours,
JAMES COUZENS,
Mayor.

On motion of Councilman Vernor, the vote by which the matter referred to in the veto message by His Honor the Mayor, was adopted, was reconsidered as follows:

Yeas—Councilmen Bielman, Bradley, Castator, Kronk, Littlefield, Nagel, Simons, Vernor and the President—9.

Nays—None.

Councilman Nagel moved the adoption of the Majority Street Railway Report, notwithstanding the veto of His Honor the Mayor, which motion was not adopted as follows:

Yeas—Councilmen Bielman Bradley,

Kronk, Nagel and the President.—5. Nays—Councilmen Castator, Littlefield, Simons and Vernor.—4.

### From the Mayor.

To the Honorable, the Common Council:

Gentlemen—I beg to advise that Abner E. Larned, Sidney D. Waldon and Francis C. McMath have resigned and their resignations accepted as members of the Board of Street Railway Commissioners.

Yours very truly,
JAMES COUZENS,
Mayor.

Accepted and placed on file.

### From the Controller.

To the Honorable the Common Council.

Gentlemen: The following payrolls and claims have been examined, audited and found to be correct by this department. I, therefore, recommend that they be approved and payment be made.

Respectfully submitted,
HENRY STEFFENS, JR.,
Controller.

PAYROLLS.

| | |
|---|---:|
| Constr. of Belle Isle Bridge | $201 40 |
| Belle Isle Bridge | 358 65 |
| Bldg. and Safety Engr. | 87 69 |
| Fire Commission | 2,243 35 |
| Garbage | 5,965 43 |
| General | 17,977 65 |
| General Road | 60,115 37 |
| House of Correction | 4,005 30 |
| Market | 178 22 |
| Park and Boulevard | 9,324 86 |
| Permit | 4,065 56 |
| Police | 1,938 52 |
| Public Building | 1,009 00 |
| Public Health | 2,673 75 |
| Public Lighting | 14,108 05 |
| Public Sewer | 10,398 70 |
| P. W. General | 300 00 |
| Purchasing Dept. | 150 86 |
| Recorder's Court | 4 40 |
| Recreation Commission | 2,312 39 |
| Street Opening | 24 00 |
| Welfare | 907 71 |
| | $138,350 86 |

ART COMMISSION FUND

| | |
|---|---:|
| 97—American Railway Express, services | $13 42 |
| 98—Chas. T. Bainbridge's Sons, bd. | 110 74 |
| 99—Banner Launderg. Co., services | 5 50 |
| 100—Jas. E. Brown Co., supp. | 13 72 |
| 101—Clyde H. Burroughs, secy., p. cash | 9 87 |
| 102—Detroit Trust Co., services | 110 00 |
| 103—General Elec. Engr. Co. | 30 02 |
| 104—Christine M. Gordon, services | 10 00 |
| 105—Geo. W. Hance, photos | 6 00 |
| 106—John Hanna Co., services | 37 25 |
| 107—Heitman - Garand Co., supp. | 6 39 |
| 108—Lee & Cady, supp. | 7 74 |
| 109—Madison Art Assn., express | 22 18 |
| 110—Underwood Typewriter Co., rental | 5 00 |
| 111—R. C. & N. M. Vose, p. framing | 150 00 |
| 112—Wayne Co. Movg. & Storage Co. | 12 00 |
| | $548 83 |

BLDG. & SAFETY ENGR. FUND.

| | |
|---|---:|
| 390—Elec. Specialties Co., supp. | 92 |
| 391—Heitman - Garand Co., supp. | 131 32 |
| 392—Hilton, Hart & Garrett, supp. | 24 14 |
| 393—M. B. Smith | 4 30 |
| 394—Sun Co., supp. | 114 00 |
| | $274 68 |

CITY PLAN FUND

| | |
|---|---:|
| 136—Gibson's Typewriter Insp., adj. | 5 00 |
| 137—Office Specialties Co., supp. | 4 41 |
| 138—Peerless Blue Print Co., services | 20 52 |
| | $29 93 |

CONTINGENT FUND

| | |
|---|---:|
| 310—Otto Stoll, Register of Deeds, recordg. | $2 31 |

FIRE COMMISSION FUND.

| | |
|---|---:|
| 975—Bd. Water Commissioners, fittgs. | $364 97 |
| 976—Wabash Portland Cement Co., supp. | 79 00 |
| 978—Bowman Gould Co., supp. | 2 94 |
| 979—Geo. V. Candler Co., repairs | 262 10 |
| 980—Carney - Labadie Co., repairs | 42 58 |
| 981—Crescent Elec. Co., supp. | 6 17 |
| 982—Crescent Elec. Co., supp. | 56 10 |
| 983—Detroit Lead Pipe Wks., repairs | 215 50 |
| 984—Detroit White Lead Wks., supp. | 10 58 |
| 985—Thos. J. Doyle, supp. | 14 58 |
| 986—H. D. Edwards & Co., repairs | 43 31 |
| 987—H. D. Edwards & Co., supp. | 18 35 |
| 988—H. D. Edwards & Co., supp. | 23 52 |
| 989—Elec. Specialties Co., supp. | 36 75 |
| 990—Exide Battery Depots, Inc., rep. | 13 83 |
| 991—General Sales Co., supp. | 2 45 |
| 992—Gregg Hdwe. Co., supp. | 14 03 |
| 993—Gregory, Mayer & Thom, supp. | 6 86 |
| 994—A. Harvey's Sons Mfg. Co., supp. | 22 04 |
| 995—Heitman - Garand Co., supp. | 294 00 |
| 996—Andrew Hild, contract | 1,500 00 |
| 997—Guy L. Ingalls, Treas., rep. | 12 55 |
| 998—Guy L. Ingalls, Treas., rep. | 313 66 |
| 999—Mich. Steel Casting Co., rep. | 11 25 |
| 1000—R. B. Ridgeley Co., supp. | 7 37 |
| 1001—Chas. A. Strelinger Co., wire | 7 50 |
| 1002—Sun Co., mat. | 1,244 08 |
| 1003—Frank C. Teal Co., supp | 71 77 |
| 1004—Western Elec. Co., Inc., supp. | 72 37 |
| 1005—Lichtenberg & Son, supp. | 1,576 55 |
| 1006—Murray W. Sales & Co., supp. | 71 28 |
| 1007—Banner Launderg. Co., towels | 469 35 |
| | $6,887 99 |

GARBAGE FUND.

| | |
|---|---:|
| 266—Jas. E. Brown Co., Inc., supp. | $15 68 |
| 267—Damaschke & Spader, labor & mat. | 52 60 |
| 268—Heitman - Garand Co., supp. | 13 96 |

13-53846-tjt   Doc 7111-8   Filed 08/27/14   Entered 08/27/14 16:56:29   Page 6 of 20

| # | Description | Amount |
|---|---|---|
| 269 | Wayne Oil Tank & Pump Co., supp. | 574 20 |
| | | $ 656 44 |

**GENERAL ROAD FUND.**

| # | Description | Amount |
|---|---|---|
| 1801 | Wabash Portland Cement Co., supp. | $ 678 60 |
| 1802 | Wabash Portland Cement Co., supp. | 409 50 |
| 1803 | Wabash Portland Cement Co., supp. | 1,170 00 |
| 1804 | Wabash Portland Cement Co., supp. | 409 50 |
| 1805 | Wabash Portland Cement Co., supp. | 409 50 |
| 1806 | Wabash Portland Cement Co., supp. | 819 00 |
| 1807 | First National Bank, assgmt. | 48 35 |
| 1808 | W. H. Anderson Tool & Supply Co. | 6 21 |
| 1809 | W. H. Anderson Tool & Supply Co. | 11 52 |
| 1810 | G. Z ll, cement walks | 2,003 84 |
| 1811 | Bann. Launderg. Co., laundry | 1 50 |
| 1812 | H. A. Barneskan, cement walks | 433 20 |
| 1813 | Barrett Co., supp. | 379 61 |
| 1814 | Barrett Co., supp. | 281 48 |
| 1815 | Peter A. Basile, cement walks | 1,389 95 |
| 1816 | Peter A. Basile, intersections | 221 40 |
| 1817 | Boyer Campbell Co., supp. | 36 |
| 1818 | Boyer Campbell Co., supplies | 6 99 |
| 1819 | Boyer Compbell Co., supplies | 4 22 |
| 1820 | Buhl Sons Co., supp. | 20 09 |
| 1821 | Buick Motor Co., supp. | 9 63 |
| 1822 | Chas. R. Campbell, sweeping | 246 50 |
| 1823 | Chausse Mfg. Co., supp. | 11 00 |
| 1824 | Cleveland Osborn Mfg. Co. | 7 40 |
| 1825 | Cleveland Stone Co., supplies | 621 60 |
| 1826 | Commonwealth Battery System | 9 50 |
| 1827 | Detroit Legal News, adv. | 182 89 |
| 1828 | Detroit Legal News, adv. | 7 50 |
| 1829 | Detroit Lubricator Co. | 2 72 |
| 1830 | Detroit Soluble Oil Co. | 22 54 |
| 1831 | Dunbar Stone Co., supp. | 604 51 |
| 1832 | Detroit Trailer Co., mat. | 17 07 |
| 1833 | H. D. Edwards & Co., supplies | 56 59 |
| 1834 | H. D. Edwards & Co., supplies | 44 10 |
| 1835 | H. D. Edwards & Co., supplies | 5 53 |
| 1836 | H. D. Edwards & Co., supplies | 66 15 |
| 1837 | H. D. Edwards & Co., supplies | 113 32 |
| 1838 | H. D. Edwards & Co., supplies | 7 98 |
| 1839 | H. D. Edwards & Co., supplies | 42 48 |
| 1840 | H. D. Edwards & Co., supplies | 13 39 |
| 1841 | H. D. Edwards & Co., supplies | 5 00 |
| 1842 | Elbinger Hdwe. Co., supplies | 54 |
| 1843 | Fauver, Cavanaugh Co., mat. | 11 91 |
| 1844 | N. M. Formaz, cement walks | 5 75 |
| 1845 | France Stone Co., supp. | 229 33 |
| 1846 | France Stone Co., supp. | 177 31 |
| 1847 | | 592 76 |
| 1848 | Jacob Gohl, cement walks | 744 42 |
| 1849 | Albert Grauer & Co., cement walks | 338 88 |
| 1850 | International Harvester Co. | 160 00 |
| 1851 | Kelly-Springfield Tire Co. | 334 38 |
| 1852 | L. Lawrence & Co., welding | 27 50 |
| 1853 | Magnet Repair Wks. | 126 68 |
| 1854 | Jos. G. Meth, labor and material | 8 50 |
| 1855 | Otis Cement Constr. Co. | 160 00 |
| 1856 | Packard Motor Car Co. | 4 15 |
| 1857 | Packard Motor Car Co. | 14 06 |
| 1858 | Packard Motor Car Co. | 56 00 |
| 1859 | Packard Motor Car Co. | 24 60 |
| 1860 | Peerless Motor Car Co. | 9 40 |
| 1861 | Peninsular Cash Register Co. | 50 90 |
| 1862 | Peninsular Steel Co., supplies | 10 47 |
| 1863 | Reo Motor Car Co., supplies | 9 47 |
| 1864 | Reo Motor Car Co., supplies | 81 |
| 1865 | Arthur Rohrig, cement work | 154 58 |
| 1866 | Arthur Rohrig, cement work | 13 20 |
| 1867 | Walter C. Schuknecht, sweeping | 234 60 |
| 1868 | R. W. Shoup, labor and material | 99 00 |
| 1869 | Splitdorf Service & Sales Co. | 9 93 |
| 1870 | Standard Oil Co., supp. | 754 18 |
| 1871 | Stewart-Warner Speedometer | 5 75 |
| 1872 | Chas. A. Strelinger Co. | 39 03 |
| 1873 | Studebaker Corp. of America | 51 90 |
| 1874 | Sun Co., supplies | 360 04 |
| 1875 | United Motor Service Co. | 17 37 |
| 1876 | Ward Sand & Gravel Co. | 247 09 |
| 1877 | Ward Sand & Gravel Co. | 63 10 |
| 1878 | Ward Sand & Gravel Co. | 227 48 |
| 1879 | Wayne Co. Movg. & Stg. Co. | 825 00 |
| 1880 | American Railway Express | 1 94 |
| 1881 | Wood Hydraulic Hoist Co. | 8 89 |
| 1882 | Wood Hydraulic Hoist Co. | 54 54 |
| 1883 | Wood Hydraulic Hoist Co., supplies | 7 82 |
| 1884 | Corrick Bros., contract | 3,500 00 |
| 1885 | Detroit Asphalt Paving Co. | 20,301 08 |
| 1886 | Wabash Portland Cement Co. | 2,751 84 |
| 1887 | Wabash Portland Cement Co. | 538 20 |
| 1888 | Detroit Asphalt Paving Co. | 3,503 12 |
| | | $ 47,669 72 |

**GENERAL FUND.**

| # | Description | Amount |
|---|---|---|
| 864 | Wm. J. Nagel, postage | $ 100 30 |
| 868 | National Bank of Commerce | 75 |
| 873 | American Railway Express, bill | 91 |
| 874 | H. F. Cushing, service | 25 00 |
| 875 | Detroit Edison Co., lighting | 1 08 |
| 876 | Detroit Legal News, adv. | 1 96 |
| 877 | Detroit Legal News, adv. | 9 65 |

| | | | |
|---|---|---|---|
| etroit Mantle & Tile Co., supplies | 3 50 | 352—Wayne County Moving & Storage Co | 665 88 |
| etroit News, adv | 30 00 | 353—Wayne County Moving & Storage Co | 276 81 |
| o. Donaldson Co., services | 8 25 | | |
| egory, Mayer & Thom, supplies | 16 83 | | $ 29,112 18 |
| egory, Mayer & Thom, supplies | 404 30 | HOUSE OF CORRECTION FUND. | |
| egory, Mayer & Thom, supplies | 297 75 | 672—American Elec. Heater Co., constr | $ 36 39 |
| ltman-Garand Co., supplies | 8 33 | 673—American Elec. Heater Co., repairs | 8 13 |
| ltman-Garand Co., supplies | 26 21 | 674—American Elec. Heater Co., repairs | 108 69 |
| ltman-Garand Co., supplies | 16 66 | 675—American Elec. Heater Co., repairs | 54 70 |
| ltman-Garand Co., supplies | 29 15 | 676—American Elec. Heater Co., repairs | 61 41 |
| ltman-Garand Co., supplies | 49 98 | 677—American Elec. Heater Co., repairs | 21 17 |
| ltman-Garand Co., supplies | 8 57 | 678—American Elec. Heater Co., repairs | 11 56 |
| tman-Garand Co., supplies | 5 14 | 679—American Elec. Heater Co., repairs | 201 74 |
| tman-Garand Co., supplies | 8 82 | 680—Kenneth Anderson & Co., repairs | 7 80 |
| ton, Hart & Garrett, supplies | 6 50 | 681—Armour & Co., provisions | 54 51 |
| M. Mossman Co., spection | 2 94 | 682—Armour & Co., provisions | 39 13 |
| e Specialties Co., pplies | 11 00 | 683—Armour & Co., provisions | 75 00 |
| ington Typewriter , adj | 2 94 | 684—Armour & Co., provisions | 17 40 |
| C. Smith & Bros., pplies | 1 25 | 685—W. J. Baird Machinery Co., repairs | 4 00 |
| erwood Typewriter , rental | 121 50 | 686—Beecher, Peck & Lewis, printing | 19 55 |
| erwood Typewriter , repairs | 5 00 | 687—Beecher, Peck & Lewis, printing | 2 35 |
| es Adding Co., ribbon | 60 | 688—Boyer-Campbell Co., repairs | 12 54 |
| ence E. Wilcox, rp. Counsel | 1 00 | 689—Boyer-Campbell Co., repairs | 15 64 |
| ins High School of mmerce | 58 15 | 690—Boyer-Campbell Co., repairs | 29 29 |
| Wilson, M. D., professional service | 2 80 | 691—Boyer-Campbell Co., repairs | 2 52 |
| | 8 00 | 692—Brandau Shoe Co., supp | 193 51 |
| | $ 1,274 82 | 693—Jos. Brasza, maintenance | 10 90 |
| NERAL COAL FUND. | | 694—Brehmer & Nicoll, provisions | 65 80 |
| Corey, coal | $ 1,946 52 | 695—Brehmer & Nicoll, provisions | 98 00 |
| olt & Toledo Shore e | 1,312 36 | 696—Thos. Bruckman & Sons, repairs | 10 00 |
| Dykstra & Co., l | 2,498 93 | 697—Buhl Sons Co., repairs | 14 21 |
| ing Valley R. R., ight | 1,203 56 | 698—Buick Motor Co., maintenance | 1 16 |
| ard Coal Co., coal | 1,408 90 | 699—Buick Motor Co., maintenance | 99 |
| McQueen, coal | 213 84 | 700—Cleveland Twist Drill Co., repairs | 27 71 |
| igan Central R. R., ight | 707 14 | 701—Cleveland Twist Drill Co., repairs | 97 |
| & Michigan Coal coal | 3,036 38 | 702—Detroit Creamery, prov | 325 75 |
| & Michigan Coal coal | 3,404 95 | 703—Detroit Creamery, prov | 2 60 |
| & Michigan Coal coal | 3,114 97 | 704—Detroit Edison Co., supplies | 52 82 |
| & Michigan Coal coal | 2,884 41 | 705—W. H. Edgar & Son, provisions | 166 36 |
| & Michigan Coal coal | 2,550 51 | 706—Edson, Moore & Co., supplies | 279 61 |
| Ridge Coal Co., l | 509 01 | 707—Enterprise Foundry Co., repairs | 4 44 |
| urgh & Ohio Min- Co | 2,998 20 | 708—Enterprise Foundry Co., repairs | 9 84 |
| e County Moving torage Co | 60 38 | 709—Fred Garrison, maintenance | 3 40 |
| e County Moving torage Co | 209 44 | 710—Grand Trunk R. R., supplies | 22 08 |
| e County Moving torage Co | 53 99 | 711—W. J. Hartwig Co., supplies | 6 94 |
| e County Moving torage Co | 56 00 | 712—R. Hirt, Jr., prov | 3 98 |
| | | 713—R. Hirt, Jr., prov | 39 85 |
| | | 714—R. Hirt, Jr., prov | 204 05 |

| No. | Description | Amount |
|---|---|---|
| 715 | Guy L. Ingalls, Treas., repairs | 18 57 |
| 716 | Guy L. Ingalls, Treas., repairs | 2 00 |
| 717 | Guy L. Ingalls, Treas., repairs | 12 38 |
| 718 | Isbell Bean Co., prov. | 221 00 |
| 719 | C. W. Kotcher Lumber Co., repairs | 2 33 |
| 720 | C. W. Kotcher Lumber Co., repairs | 73 38 |
| 721 | C. W. Kotcher Lumber Co., repairs | 19 60 |
| 722 | Louis LaPorte, maintenance | 12 40 |
| 723 | Lee & Cady, prov. | 45 79 |
| 724 | Manhattan Rubber Co., repairs | 118 01 |
| 725 | Mich. Central R. R., service | 3 00 |
| 726 | Parke, Davis & Co., medicine | 14 17 |
| 727 | Parke, Davis & Co., medicine | 24 50 |
| 728 | Perolin Co., repairs | 51 95 |
| 729 | T. B. Rayl Co., furn. | 3 92 |
| 730 | T. B. Rayl Co., repairs | 33 00 |
| 731 | T. B. Rayl Co., repairs | 1 90 |
| 732 | Roehm & Davison, repairs | 39 21 |
| 733 | Roehrig & Foerster, provisions | 14 85 |
| 734 | Roehrig & Foerster, provisions | 160 97 |
| 735 | Roehrig & Forester, provisions | 5 70 |
| 736 | Geo. M. Schettler, sup. | 13 35 |
| 737 | Schroeder Paint & Glass Co., repairs | 17 37 |
| 738 | Standard Oil Co., maintenance | 2 70 |
| 739 | Standard Oil Co., repairs | 35 65 |
| 740 | Standard Oil Co., repairs | 2 60 |
| 741 | Standard Oil Co., repairs | 94 62 |
| 742 | Standard Oil Co., repairs | 8 69 |
| 743 | Standart Bros. Hdwe. Co., repairs | 11 76 |
| 744 | Standart Bros. Hdwe. Co., repairs | 11 07 |
| 745 | Fredk. Stearns & Co., medicine | 31 06 |
| 746 | Chas. A. Strelinger Co., repairs | 10 58 |
| 747 | Chas. A. Strelinger Co., repairs | 4 50 |
| 748 | Swift & Co., provisions | 16 90 |
| 749 | Telfer Coffee Co., provisions | 79 38 |
| 750 | Union Paper & Twine Co., stat. | 13 09 |
| 751 | United Fuel & Supply Co., repairs | 5 13 |
| 752 | United Fuel & Supply Co., repairs | 27 36 |
| 753 | United Fuel & Supply Co., repairs | 38 00 |
| 754 | Visger's Coal & Wood Co., supplies | 12 80 |
| 755 | Chas. H. Werner & Sons, furn. | 69 48 |
| 756 | West Disinfecting Co., supplies | 71 44 |
| 757 | West Disinfecting Co., supplies | 70 12 |
| 758 | Western Brush Co., rep. | 7 60 |
|   |   | $ 3,922 37 |

**INTEREST FUND.**

| No. | Description | Amount |
|---|---|---|
| 1 | Fanny C. C. Angell, semi-annual | $ 20 00 |
| 2 | Alex C. Angell, semi-annual | 60 00 |
| 3 | Edward M. Bendelow, semi-annual | 200 00 |
| 300 | Thos. W. Corby, semi-annual | 400 00 |
| 301 | Horatio S. Deming, semi-annual | 20 00 |
| 302 | Detroit City Sinking Fund, semi-annual | 962 50 |
| 303 | Detroit Fire & Marine Ins. Co., semi-annual | 200 00 |
| 304 | Frank H. Goddard, semi-annual | 500 00 |
| 305 | Mrs. Ruby L. Gowdy, semi-annual | 40 00 |
| 306 | Sidney S. Hand, semi-annual | 100 00 |
| 307 | Roscoe B. Jackson, semi-annual | 20 00 |
| 308 | Jeremiah P. and Carrie J. Johnson, semi-annual | 140 00 |
| 309 | James Kerr, semi-annual | 20 00 |
| 310 | Martha Kerns, semi-annual | 40 00 |
| 311 | Seraphina and Clara Lauer, semi-annual | 60 00 |
| 312 | Edwin Lodge, semi-annual | 40 00 |
| 313 | Chas. S. Marshall, semi-annual | 200 00 |
| 314 | Mary F. McKeand, semi-annual | 60 00 |
| 315 | Frances P. McPherson, semi-annual | 20 00 |
| 316 | Daniel and Lizzie H. Morris, semi-annual | 60 00 |
| 317 | Mt. Elliott Cemetery, semi-annual | 60 00 |
| 318 | Hazel E. Navaun, semi-annual | 20 00 |
| 319 | Fredk. Niepath, semi-annual | 40 00 |
| 320 | John Rattray, semi-annual | 120 00 |
| 321 | J. M. Schaeberle, semi-annual | 20 00 |
| 322 | Chas. D. Schoen, semi-annual | 40 00 |
| 323 | Willis H. Tower, semi-annual | 20 00 |
| 324 | Amanda C. Wallace, semi-annual | 20 00 |
| 325 | Frank H. Wheldon, semi-annual | 100 00 |
|   |   | $3,602 50 |

**LIBRARY FUND.**

| No. | Description | Amount |
|---|---|---|
| 520 | A. Krolik & Co., flannel | $ 10 69 |

**MARKET FUND.**

| No. | Description | Amount |
|---|---|---|
| 55 | D. U. R., car tickets | $ 25 00 |

**PARK AND BOULEVARD FUND.**

| No. | Description | Amount |
|---|---|---|
| 1197 | Guy L. Ingalls, Treas., reb. | $ 283 41 |
| 1198 | W. H. Anderson Tool & Supply | 6 27 |
| 1199 | Wm. Bohnhoff, supp. | 359 78 |
| 1200 | Bowman - Gould Co., supp. | 11 93 |
| 1201 | Cadillac Varnish Co., supp. | 225 40 |
| 1202 | J. Calvert's Sons Co., supp. | 304 00 |
| 1203 | J. Calvert's Sons Co., supp. | 91 20 |
| 1204 | Central Paint & Varnish Co. | 46 84 |
| 1205 | Arthur Clemence, supp. | 150 00 |
| 1206 | Coldwell Lawn Mower Co. | 195 87 |
| 1207 | Forest Cox, hay | 374 01 |
| 1208 | Forest Cox, mat. | 39 90 |
| 1209 | Thos. J. Doyle, supp. | 140 04 |
| 1210 | H. D. Edwards & Co., supp. | 12 84 |
| 1211 | H. D. Edwards & Co., supp. | 44 10 |

| Description | Amount |
|---|---|
| -Heitman - Garand Co., supp. | 7 59 |
| -A. Henderson & Co., supp. | 303 00 |
| -H. M. Hobart & Son, supp. | 131 63 |
| Journal Co., adv. | 23 52 |
| Kalamazoo Loose Leaf Co., | 5 05 |
| Mich. Central R. R., frt. | 274 98 |
| Naylon, Pierson & Hough Co. | 31 36 |
| Ohio Rubber Co., supp. | 3 43 |
| Murray W. Sales Co., supp. | 27 03 |
| Taepke-Zepf Paint Co., supp. | 240 21 |
| United Fuel & Supply Co. | 3 99 |
| | $ 3,337 38 |

**PERMIT FUND**

| Description | Amount |
|---|---|
| uy L. Ingalls | $ 1,002 96 |
| gree Bros., refund | 25 00 |
| J. German, refund | 25 00 |
| regory Mayer & Thom | 5 73 |
| uy L. Ingalls, mat. | 772 41 |
| | $ 1,831 10 |

**POLICE FUND**

| Description | Amount |
|---|---|
| merican Radiator Co. | $ 41 |
| merican Radiator Co. | 49 88 |
| echer Peck & Lewis | 16 41 |
| ome Bros. Co., supp. | 53 33 |
| ennan Truck Co., ctg. | 53 70 |
| ennan Truck Co., ctg. | 6 00 |
| unswick Balke Collender Co. | 168 68 |
| dillac Motor Car Co., supp. | |
| rey Co., supp. | 7 04 |
| ntral Paint & Varnish Co. | 11 01 |
| mmercial Elec. Supp. Co. | 52 15 |
| mmercial Elec. Supp. Co. | 44 25 |
| scent Elec. Co. supp. | 184 83 |
| roit City Gas Co., gas | 39 20 |
| roit Journal Co., adv. | 65 18 |
| roit News, adv. | 11 20 |
| roit Rubber Stamp Co., supp. | 50 |
| L. Dexter & Co. | 24 50 |
| d S. Drake, public ts. | 392 14 |
| D. Edwards & Co., pp. | 20 00 |
| rton Engraving Co., pp. | 1 52 |
| ert Window Cleang. | 1 96 |
| er Sanitary Wiping Cloth Co. | 35 00 |
| tone Tire & Rubr Co. | 60 01 |
| eld Auto Radia. Rep. Co. | 32 76 |
| ory, Mayer & om, supp. | 29 00 |
| er Hospital, exp. | 63 86 |
| er Hospital, exp. | 113 25 |
| arvey's Sons Mfg. supp. | 54 00 |
| rford Cycle Co., p. | 4 94 |
| rford Cycle Co., p. | 12 11 |
| rford Cycle Co., p. | 15 31 |
| an - Garand Co., p. | 7 95 |
| | 9 31 |

| No. | Description | Amount |
|---|---|---|
| 1555 | Dr. Hickey & Evans, exp. | 35 00 |
| 1556 | Hilton, Hart & Garrett, supp. | 22 05 |
| 1557 | Guy L. Ingalls, Treas., rep. | 10 56 |
| 1558 | H. W. Johns Manville Co., supp. | 4 73 |
| 1559 | Jas. J. Joy, vet. serv. | 28 00 |
| 1560 | Jno. E. King Coffee Co., coffee | 36 06 |
| 1561 | C. A. Kloetzel Storage & Ctg. Co. | 959 75 |
| 1562 | Kurkowski Bros., mls. | 20 91 |
| 1563 | A. J. Daurencelle, mls. | 39 64 |
| 1564 | Max O'Leary, repairs | 63 49 |
| 1565 | Peterboro Garage, repairs | 30 00 |
| 1566 | Peterboro Garage, repairs | 4 50 |
| 1567 | Peterboro Garage, repairs | 1 40 |
| 1568 | Sanitary Grocery Co., meals | 103 91 |
| 1569 | Shaw Walker Co., sup. | 40 67 |
| 1570 | Stoll Printing Co., electros | 10 76 |
| 1571 | St. Mary's Hospital, bill | 43 15 |
| 1572 | Geo. A. Walters, 2d deputy | 34 06 |
| 1573 | Geo. A. Walters, 2d deputy | 57 08 |
| | | $ 3,197 75 |

**PUBLIC BUILDING FUND**

| No. | Description | Amount |
|---|---|---|
| 239 | Banner Launderg. Co., laundry | $ 39 29 |
| 240 | Banner Launderg. Co., service | 63 50 |
| 241 | Beecher, Peck & Lewis, supp. | 41 16 |
| 242 | Beecher, Peck & Lewis, supp. | 13 72 |
| 243 | Detroit City Gas Co., service | 14 77 |
| 244 | Detroit Ornamental Glass Co | 98 |
| 245 | Detroit Ornamental Glass Co | 3 43 |
| 246 | Detroit Ornamental Glass Co | 40 82 |
| 247 | Smith, Hinchman & Grylls | 89 55 |
| | | $ 307 22 |

**PUBLIC HEALTH FUND**

| No. | Description | Amount |
|---|---|---|
| 985 | American Laundry Machinery Co. | $ 490 00 |
| 986 | American Laundry Machinery Co. | 345 00 |
| 987 | American Railway Express, chg. | 26 39 |
| 988 | Armour & Co., goods | 45 90 |
| 989 | Auto Tire & Rim Co., repairs | 6 95 |
| 990 | Jno. Beyster & Sons, supp. | 239 12 |
| 991 | Blue Valley Creamery Co. | 631 40 |
| 992 | Bockstanz Bros., supp. | 17 28 |
| 993 | Boyer, Campbell Co., supp. | 3 20 |
| 994 | Wm. E. Brady Co., repairs | 22 25 |
| 995 | Braun Lumber Co., sup. | 13 94 |
| 996 | E. L. Burnett Co., Inc., repairs | 27 25 |
| 997 | Caslon Press, supp. | 108 53 |
| 998 | Coasta Products Co., goods | 1,886 54 |
| 999 | Columbia Body Co., repairs | 40 70 |
| 1000 | Crane Co., goods | 104 83 |
| 1001 | Crescent Elec. Co., supp. | 1 55 |
| 1002 | Crystal Ice Co., Ltd., ice | 28 40 |
| 1003 | Thos. J. Doyle, repairs | 132 17 |

November 18    1754

| No. | Item | Amount |
|---|---|---|
| 1004 | W. H. Dodge, repairs | 9 00 |
| 1005 | Electro Magneto Tool Co., tools | 188 63 |
| 1006 | Farrand, Williams & Clark, supplies | 3 17 |
| 1007 | Frank M. Foster, repairs | 59 40 |
| 1008 | C. D. Gregg Tea & Coffee Co., tea | 82 08 |
| 1009 | Gregory, Mayer & Thom, supplies | 92 61 |
| 1010 | Gregory, Mayer & Thom, supplies | 8 97 |
| 1011 | Gregory, Mayer & Thom, supplies | 81 34 |
| 1012 | Gregory, Mayer & Thom, supplies | 56 30 |
| 1013 | Chas. D. Hartman & Co., supplies | 2 06 |
| 1014 | J. F. Hartz & Co., supp | 5 88 |
| 1015 | J. F. Hartz & Co., supp | 9 80 |
| 1016 | Heitman - Garand Co., suplies | 9 55 |
| 1017 | Heitman - Garand Co., supplies | 8 33 |
| 1018 | Heitman - Garand Co., supplies | 30 38 |
| 1019 | A. Harvey's Sons Mfg. Co., gds. | 2 64 |
| 1020 | Guy L. Ingalls Treas., coal | 62 00 |
| 1021 | Johnson & Johnson, gauze | 79 20 |
| 1022 | L. B. King & Co., gds. | 298 77 |
| 1023 | Henry F. Koenig, gds. | 11 56 |
| 1024 | A. Kuhlman Co., gds. | 293 75 |
| 1025 | A. Kuhlman Co., gds. | 6 00 |
| 1026 | Lewis Mfg. Co., goods | 124 42 |
| 1027 | G. A. Meyer, contract | 180 00 |
| 1028 | Milk Dealer, subsc. | 3 25 |
| 1029 | Monroe Auto Repair, repairs | 15 03 |
| 1030 | Albert Novak, contract | 235 00 |
| 1031 | Office Specialties Co., supplies | 98 |
| 1032 | Parker Ave. Garage Co., storage | 24 97 |
| 1033 | B. Petersen, hauling milk | 35 00 |
| 1034 | Reid, Murdoch & Co., goods | 74 55 |
| 1035 | Jas. Roach Co., painting | 310 20 |
| 1036 | Jas. Roach Co., painting | 409 35 |
| 1037 | Murray W. Sales Co., supplies | 12 51 |
| 1038 | Murray W. Sales Co., supplies | 4 44 |
| 1039 | Schiller Butter & Egg Co. | 1,525 80 |
| 1040 | Southwick Pom Co., supplies | 100 87 |
| 1041 | Stecker Electric & Machine Co. | 54 55 |
| 1042 | Swift & Co., goods | 121 50 |
| 1043 | Taepke Zepf Paint Co. | 169 83 |
| 1044 | L. C. Travis, rent | 255 00 |
| 1045 | Under Feed Stoker Co., repairs | 167 26 |
| 1046 | Underwood Typewriter Co. | 174 15 |
| 1047 | United Fuel & Supply Co. | 22 23 |
| 1048 | U. S. Tire Co., supplies | 129 88 |
| 1049 | U. S. Tire Co., supplies | 18 75 |
| 1050 | Vitrolite Co., vitrolite | 20 46 |
| 1051 | White Star Refining Co. | 2 51 |
| 1052 | Frank Wurm, rent | 40 00 |
| 1053 | Topping, Sanders Co., supplies | 13 72 |
| 1054 | Crane Co., goods | 26 46 |
| 1055 | Union Paper & Twine Co. | 73 11 |
|  |  | $ 9,918 10 |

PUBLIC LIGHTING FUND.

| No. | Item | Amount |
|---|---|---|
| 785 | F. T. Bowler, Secy., freight and cartage | $ 97 21 |
| 786 | F. T. Bowler, Secy., freight and cartage | 7 35 |
| 787 | Beecher, Peck & Lewis, supplies | 28 00 |
| 788 | Bowman - Gould Co., supplies | 19 11 |
| 789 | E. S. Bryant Pattern Works | 35 95 |
| 790 | E. S. Bryant Pattern Works | 25 11 |
| 791 | Buhl Sons Co., supplies | 1 37 |
| 792 | Carey Co., supplies | 31 26 |
| 793 | B. J. Carney & Co., supp. | 1,105 50 |
| 794 | B. J. Carney & Co., supp. | 1,099 00 |
| 795 | B. J. Carney & Co., supp. | 1,198 50 |
| 796 | B. J. Carney & Co., supp. | 1,099 00 |
| 797 | B. J. Carney & Co., supp. | 1,114 90 |
| 798 | Central Garage, stg. | 36 00 |
| 799 | Chicago Pneumatic Tool Co. | 1 00 |
| 800 | Cleveland Osborne Mfg. Co. | 6 86 |
| 801 | Commercial Elec. Supply Co. | 275 77 |
| 802 | Contracting & Material Co. | 8,573 85 |
| 803 | Crescent Electric Co., supp. | 4 41 |
| 804 | Detroit Copper & Brass R. M. | 5 00 |
| 805 | Detroit Edison Co., pins | 7 20 |
| 806 | Detroit Graphite Co., supp. | 2 36 |
| 807 | Detroit Mantle & Tile Co. | 21 41 |
| 808 | Detroit Testing Laboratory | 7 00 |
| 809 | Detroit Towel Supply Co., service | 13 73 |
| 810 | H. D. Edwards & Co., supp. | 24 99 |
| 811 | H. D. Edwards & Co., supp. | 2 20 |
| 812 | H. D. Edwards & Co., supp. | 67 78 |
| 813 | H. D. Edwards & Co., supp. | 1 71 |
| 814 | H. D. Edwards & Co., supp. | 3 67 |
| 815 | H. D. Edwards & Co., supp. | 96 |
| 816 | H. D. Edwards & Co., supp. | 49 98 |
| 817 | Fauver-Cavanaugh Co., batt. | 96 04 |
| 818 | General Elec. Co., supp. | 1,000 00 |
| 819 | General Ice Delivery Co., ice | 29 20 |
| 820 | A. Harvey's Sons Mfg. Co. | 47 71 |
| 821 | Hilton, Hart & Garrett, supp. | 8 00 |
| 822 | Hilton, Hart & Garrett, supp. | 43 90 |
| 823 | Guy L. Ingalls, Treas., cement | 122 00 |
| 824 | J. C. McGuire & Co., steel | 80 |
| 825 | Jno. McKervey, refund | 6 23 |
| 826 | Magnet Repair Wks., repairs | 30 79 |
| 827 | Mich. State Tel. Co., service | 118 60 |
| 828 | Chas. W. Miller, repairs | 1 50 |
| 829 | Nat'l Window Cleang. Co. | 18 00 |
| 830 | Otis Elevator Co., repairs | 90 00 |

13-53846-tjt    Doc 7111-8    Filed 08/27/14    Entered 08/27/14 16:56:29    Page 11 of 20

| | | | |
|---|---:|---|---:|
| 831—Pittsburg Shafting Co., supp. | 24 62 | 465—Detroit Stove Works, supplies | 52 00 |
| 832—Jno. A. Roeblings Sons Co., supp. | 909 10 | 466—H. D. Edwards Co., supplies | 67 62 |
| 833—Jos. T. Ryerson & Son, supp. | 11 76 | 467—Fisher Elec. Wks., repairs | 10 90 |
| 834—Standard Oil Co., gasoline | 100 00 | 468—Ford Motor Co., supp. | 503 07 |
| 835—United Fuel & Supply Co. | 20 42 | 469—Franklin St. Settlement | 30 00 |
| 836—United Fuel & Supply Co. | 63 65 | 470—Frohlich Glass Co., supplies | 2 49 |
| 837—United Fuel & Supply Co. | 16 34 | 471—Chas. A. Gadd, services | 439 00 |
| 838—United Fuel & Supply Co. | 1 08 | 472—Gregory, Mayer & Thom, supp. | 23 57 |
| 839—United Fuel & Supply Co. | 8 17 | 473—Gregory, Mayer & Thom, supp. | 3 43 |
| 840—Wabash Ry. Co., demurrage | 46 00 | 474—Guy Ingalls, Treas., supplies | 77 30 |
| 841—Waters Governor Co., springs | 4 30 | 475—Lake Superior Chemical Co. | 20 58 |
| 842—Young Bros. Co., guards | 210 00 | 476—Dr. C. B. Lundy, cash account | 23 47 |
| | $17,997 35 | 477—Modern Sales & Service Co. | 4 30 |
| **PUBLIC SEWER FUND.** | | 478—Modern Sales & Service Co. | 5 60 |
| 365—Guy L. Ingalls, Treas., refund | $ 6 00 | 479—Modern Sales & Service Co. | 12 40 |
| 366—Detroit Legal News, adv. | 32 59 | 480—Modern Sales & Service Co. | 12 70 |
| 367—H. D. Edwards & Co., supp. | 36 45 | 481—A. H. Nimmo Elec. Co., repairs | 16 50 |
| 368—Elec. Specialties Co., supp. | 2 06 | 482—A. H. Nimmo Elec. Co., repairs | 366 75 |
| 369—Eveready Battery Co., rechg. | 1 50 | 483—Richmond & Backus Co., supp. | 3 55 |
| 370—Spaulding Elec. Co., rental | 8 50 | 484—Myles W. Standish, repairs | 11 25 |
| 371—Spaulding Elec. Co., repairs | 3 68 | 485—Virginia Park Garage, repairs | 3 25 |
| 372—Spaulding Elec. Co., rental | 8 50 | | $ 1,786 04 |
| 373—Spaulding Elec. Co., rental | 8 50 | **RECORDER'S COURT FUND.** | |
| 374—Detroit Sand & Gravel Co. | 242 99 | 67—Gregory, Mayer & Thom, supp. | $ 35 28 |
| 375—J. Calvert's Sons, sup. | 433 08 | 68—Heitman - Garand Co., supp. | 84 52 |
| 376—J. Calvert's Sons, sup. | 652 71 | | $ 119 80 |
| 377—R. D. Baker, city arms | 2,450 28 | **STREET OPENING FUND.** | |
| 378—Western Construction Co. | 618 68 | 50—Irving J. Coffin, Sheriff | $ 13 50 |
| | $ 4,505 52 | 51—Irving J. Coffin, Sheriff | 13 50 |
| **PUBLIC WORKS GENERAL FUND.** | | 52—Irving J. Coffin, Sheriff | 13 50 |
| 325—American Railway Express, chgs. | $ 1 19 | 53—Heitman - Garand Co., supp. | 8 33 |
| 326—Detroit Legal News, adv. | 10 72 | 54—Geo. A. Orleman, services | 125 00 |
| 327—H. Edwards & Co., sup. | 4 41 | 55—Geo. A. Orleman, services | 50 00 |
| 328—Electric Specialties Co., supplies | 4 08 | 56—Heitman - Garand Co., supp. | 8 33 |
| 329—Gregory, Mayer & Thom, supplies | 236 52 | 57—Heitman - Garand Co., supp. | 8 33 |
| 330—Gregory, Mayer & Thom, supplies | 7 35 | | $ 240 49 |
| 331—Heitman - Garand Co., supplies | 9 31 | **WELFARE FUND.** | |
| 332—Heitman - Garand Co., supplies | 32 58 | 561—Automobile Supply Co., supplies | $ 4 21 |
| 333—Heitman - Garand Co., supplies | 88 20 | 562—Barnes-Gayney Co., fixtures | 179 70 |
| 334—Guy L. Ingalls, treas., supplies | 107 50 | 563—Blome Bros. Co., supp. | 87 66 |
| 335—Henry Earle Riggs, services | 119 46 | 564—John H. Busby Co., Inc., contract | 675 00 |
| | $ 621 32 | 565—Detroit City Gas Co., repairs | 6 60 |
| **RECREATION COMMISSION FUND.** | | 566—Engel Bros., mirrors | 28 00 |
| 460—Burr Patterson & Co., supplies | $ 65 00 | 567—Sarah L. Halsey, car fare | 8 65 |
| 461—Carney, Labadie & Co., supplies | 2 33 | 568—Johnson & Johnson, pls. | 141 41 |
| 462—Vincent P. Dacey, exp. | 11 63 | 569—Kerr Machinery Corp., piston | 18 45 |
| 463—Detroit Clipping Bureau | 5 00 | 570—A. J. Marshall Co., supplies | 25 50 |
| 464—Detroit Edison Co., service | 12 35 | 571—National Grocer Co., meal | 9 16 |

13-53846-tjt    Doc 7111-8    Filed 08/27/14    Entered 08/27/14 16:56:29    Page 12 of 20

| | |
|---|---|
| 572—H. F. Osborne Co., supplies | 27 57 |
| 573—Parker, Webb & Co., meat | 321 41 |
| 574—R. L. Spitzley Heating Co., contract | 4,140 00 |
| 575—Star Carpet Cleaning Co., service | 35 00 |
| 576—Mrs. Cora E. Sunday, car fare | 8 05 |
| 577—Iosco Co. Supts. of Poor, bd. | 20 00 |
| 578—Harry Svensgaard Sales Corp. | 3 00 |
| 579—Toledo Plate & Window Glass Co. | 33 30 |
| 580—U. S. Tire Co., tubes | 32 10 |
| 581—Weil, Turnbull & Co., potatoes | 106 25 |
| 582—Welt & Sons Paper Co., supp. | 13 72 |
| 583—Minnie L. Whaler, rent | 8 00 |
| 584—Metta Whitson, nursg. | 50 00 |
| 585—Everett W. Wiard, vinegar | 16 17 |
| 586—A. F. Ellel, erection | 490 00 |
| 587—Ford Motor Co., supp. | 503 07 |
| 588—Lennane Bros., contract | 1,247 00 |
| 589—J. T. Sinclair Co., soft coal | 8 50 |
| 590—Burch Motor Sales Co., supp. | 28 00 |
| 591—Burch Motor Sales Co., supp. | 138 40 |
| 592—Commercial Elec. Sup. Co. | 12 32 |
| | $ 8,426 20 |

General order for Tuesday.

### From the Controller.

To the Honorable, the Common Council–Gentlemen—Pursuant to an action of your Honorable Body this office begs leave to report that it has honored and paid payrolls and claims presented by the Board of Water Commissioners as follows:

**Vouchers.**
- October 28th ... $22,159.77
- November 4th ... 42,610.87
- November 11th ... 82,988.59
- November 18th ... 83,362.24

**Payrolls.**
- October 29th ... $16,299.58
- October 30th ... 23,517.38
- November 4th ... 1,332.48
- November 6th ... 21,117.64
- November 12th ... 16,278.19
- November 13th ... 22,277.43

Respectfully submitted,
C. M. PULFORD,
Deputy Controller.

Accepted and placed on file.

### From the Controller.

To the Honorable, the Common Council: Gentlemen—Insomuch as bonds have not been sold for the financing of the Belle Isle Bridge project, and so that this office may make payments for claims for materials and services, I would respectfully request that you authorize a loan to be made from the Invested Funds Account in the sum of $150,000.

Respectfully,
HENRY STEFFENS, JR.,
Controller.

By Councilman Nagel:
Resolved, That the City Controller be and he is hereby authorized and directed to advance from the Invested Funds Account, the sum of $150,000, to be used to pay all costs of services and materials in connection with the Belle Isle Bridge project, pending the sale of bonds. Resolution passed by this Body under date of Aug. 26th, J. C. C. No. 1209, is hereby rescinded.

General order for Tuesday.

### From the Controller.

To the Honorable, the Common Council: In accordance with Resolution adopted by your Honorable Body, Sept. 25th, 1919, I hereby report that I have delivered to the City Treasurer, One Hundred 4½% Public Sewer Bonds (Coupon Form), dated September 1, 1919, denomination $1,000 each, and numbered as follows:

- Nos. 1 to 6, inc. Payable Sept. 1, 1920.
- Nos. 55 to 57, inc. Payable Sept. 1, 1921.
- Nos. 109 to 111, inc. Payable Sept. 1, 1922.
- Nos. 163 to 165, inc. Payable Sept. 1, 1923.
- Nos. 217 to 219, inc. Payable Sept. 1, 1924.
- Nos. 271 to 273, inc. Payable Sept. 1, 1925.
- Nos. 325 to 327, inc. Payable Sept. 1, 1926.
- Nos. 379 to 381, inc. Payable Sept. 1, 1927.
- Nos. 433 to 435, inc. Payable Sept. 1, 1928.
- Nos. 487 to 489, inc. Payable Sept. 1, 1929.
- Nos. 541 to 543, inc. Payable Sept. 1, 1930.
- Nos. 595 to 597, inc. Payable Sept. 1, 1931.
- Nos. 649 to 651, inc. Payable Sept. 1, 1932.
- Nos. 703 to 705, inc. Payable Sept. 1, 1933.
- Nos. 757 to 761, inc. Payable Sept. 1, 1934.
- Nos. 811 to 815, inc. Payable Sept. 1, 1935.
- Nos. 865 to 867, inc. Payable Sept. 1, 1936.
- Nos. 919 to 921, inc. Payable Sept. 1, 1937.
- Nos. 973 to 975, inc. Payable Sept. 1, 1938.
- Nos. 1027 to 1029, inc. Payable Sept. 1, 1939.
- Nos. 1081 to 1083, inc. Payable Sept. 1, 1940.
- Nos. 1135 to 1137, inc. Payable Sept. 1, 1941.
- Nos. 1189 to 1191, inc. Payable Sept. 1, 1942.
- Nos. 1243 to 1245, inc. Payable Sept. 1, 1943.
- Nos. 1297 to 1299, inc. Payable Sept. 1, 1944.
- Nos. 1351 to 1353, inc. Payable Sept. 1, 1945.
- Nos. 1404 to 1406, inc. Payable Sept. 1, 1946.
- Nos. 1457 to 1459, inc. Payable Sept. 1, 1947.
- Nos. 1510 to 1512, inc. Payable Sept. 1, 1948.
- Nos. 1563 to 1568, inc. Payable Sept. 1, 1949.

Par value, $100,000.

Also Forty Six 4½% General Public Improvement Bonds, School Series of fiscal year ending June 30, 1918, Coupon Form, Denomination $1,000 each, and numbered as follows:

- Nos. 1 to 2 payable Sept. 1, 1920.
- Nos. 20 to 21, payable Sept. 1, 1921.
- No. 39, payable Sept. 1, 1922.
- Nos. 58 to 59, payable Sept. 1, 1923.
- No. 77, payable Sept. 1, 1924.
- Nos. 96 to 97, payable Sept. 1, 1925.
- No. 115, payable Sept. 1, 1926.
- Nos. 133 to 134, payable Sept. 1, 1927.
- No. 151, payable Sept. 1, 1928.

Nos. 169 to 170, payable Sept. 1, 1929.
No. 187, payable Sept. 1, 1930.
Nos. 205 to 206, payable Sept. 1, 1931.
No. 223, payable Sept. 1, 1932.
Nos. 241 to 242, payable Sept. 1, 1933.
No. 259, payable Sept. 1, 1934.
Nos. 277 to 278, payable Sept. 1, 1935.
No. 295, payable Sept. 1, 1936.
Nos. 313 to 314, payable Sept. 1, 1937.
No. 331, payable Sept. 1, 1938.
Nos. 349 to 350, payable Sept. 1, 1939.
No. 367, payable Sept. 1, 1940.
Nos. 385 to 386, payable Sept. 1, 1941.
No. 403, payable Sept. 1, 1942.
Nos. 421 to 422, ayable Sept. 1, 1943.
No. 439, payable Sept. 1, 1944.
Nos. 457 to 458, payable Sept. 1, 1945.
No. 475, payable Sept. 1, 1946.
Nos. 493 to 494, payable Sept. 1, 1947.
No. 511, payable Sept. 1, 1948.
Nos. 529 to 530, payable Sept. 1, 1949.
Par value, $46,000.
Respectfully submitted,
HENRY STEFFENS, JR.
Controller.
Accepted and placed on file.

**From the Controller**
To the Honorable the Common Council:
In accordance with resolution adopted by your Honorable Body September 30th, 1919, I hereby report that I have delivered to the City Treasurer, One Hundred and Twenty-Nine 4½ per cent Public Sewer Bonds, "Coupon Form" dated September 1, 1919, and numbered as follows:
Denomination $1,000 each.
Nos. 112 to 162 Payable Sept. 1, 1922.
Nos. 490 to 540 Payable Sept. 1, 1929.
Nos. 756           Payable Sept. 1, 1933.
Nos. 786 to 810 Payable Sept. 1, 1934.
Nos. 918           Payable Sept. 1, 1936.
Par Value, ............... $129,000.00
Respectfully submitted,
HENRY STEFFENS, JR.,
Controller.
Accepted and placed on file.

**From the Controller**
To the Honorable the Common Council:
In accordance with resolution adopted by your Honorable Body September 30th, and October 28th, 1919, I hereby report that I have delivered to the City Treasurer, Registered 4½ per cent Public Sewer Bonds, as requested by the Detroit Trust Co. Oct. 23, 1919, in lieu of Coupon Bonds, dated September 1, 1919, in amounts and numbered as follows:
No. 1636, payable September 1, 1920—$48,000.00.
In lieu of Coupon Bonds No. 7 to 54 inclusive.
No. 1637, payable September 1, 1921—$51,000.00.
In lieu of Coupon Bonds No. 58 to 108 inclusive.
No. 1638, payable September 1, 1923—$51,000.00.
In lieu of Coupon Bonds No. 166 to 216 inclusive.
No. 1639, payable September 1, 1924—$51,000.00.
In lieu of Coupon Bonds No. 220 to 270 inclusive.
No. 1640, payable September 1, 1925—$51,000.00.
In lieu of Coupon Bonds No. 274 to 324 inclusive.
No. 1641, payable September 1, 1926—$51,000.00.
In lieu of Coupon Bonds No. 328 to 378 inclusive.
No. 1642, payable September 1, 1927—$51,000.00.
In lieu of Coupon Bonds No. 382 to 432 inclusive.
No. 1643, payable September 1, 1928—$51,000.00.
In lieu of Coupon Bonds No. 436 to 486 inclusive.
No. 1644, payable September 1, 1930—$51,000.00.
In lieu of Coupon Bonds No. 544 to 594 inclusive.
No. 1645, payable September 1, 1931—$51,000.00.
In lieu of Coupon Bonds No. 598 to 648 inclusive.
No. 1646, payable September 1, 1932—$51,000.00.
In lieu of Coupon Bonds No. 652 to 702 inclusive.
No. 1647, payable September 1, 1934—$24,000.00.
In lieu of Coupon Bonds No. 762 to 785 inclusive.
No. 1648, payable September 1, 1935—$49,000.00.
In lieu of Coupon Bonds No. 816 to 864 inclusive.
No. 1649, payable September 1, 1937—$51,000.00.
In lieu of Coupon Bonds No. 922 to 972 inclusive.
No. 1650, payable September 1, 1938—$51,000.00.
In lieu of Coupon Bonds No. 976 to 1026 inclusive.
No. 1651, payable September 1, 1939—$51,000.00.
In lieu of Coupon Bonds No. 1030 to 1080 inclusive.
No. 1652, payable September 1, 1940—$51,000.00.
In lieu of Coupon Bonds No. 1084 to 1134 inclusive.
No. 1653, payable September 1, 1941—$51,000.00.
In lieu of Coupon Bonds No. 1138 to 1188 inclusive.
No. 1654, payable September 1, 1942—$51,000.00.
In lieu of Coupon Bonds No. 1192 to 1242 inclusive.
No. 1655, payable September 1, 1943—$51,000.00.
In lieu of Coupon Bonds No. 1246 to 1296 inclusive.
No. 1656, payable September 1, 1944—$51,000.00.
In lieu of Coupon Bonds No. 1300 to 1350 inclusive.
No. 1657, payable September 1, 1945—$50,000.00.
In lieu of Coupon Bonds No. 1354 to 1403 inclusive.
No. 1658, payable September 1, 1946—$50,000.00.
No. 1658, payable September 1, 1946—$50,000.00.
In lieu of Coupon Bonds No. 1407 to 1456 inclusive.
No. 1659, payable September 1, 1947—$50,000.00.
In lieu of Coupon Bonds No. 1460 to 1509 inclusive.
No. 1660, payable September 1, 1948—$50,000.00.
In lieu of Coupon Bonds No. 1513 to 1562 inclusive.
No. 1661, payable September 1, 1949—$47,000.00.
In lieu of Coupon Bonds No. 1569 to 1615 inclusive.
No. 1662, payable September 1, 1933—$50,000.00.
In lieu of Coupon Bonds No. 706 to 755 inclusive.
No. 1663, payable September 1, 1936—$50,000.00.

13-53846-tjt    Doc 7111-8    Filed 08/27/14    Entered 08/27/14 16:56:29    Page 14 of 20

In lieu of Coupon Bonds No. 868 to 917 inclusive.
Par Value—$1,386,000.00.
Respectfully submitted,
HENRY STEFFENS, JR.,
Controller.
Accepted and placed on file.

**From the Controller**

To the Honorable the Common Council:
Gentlemen—In accordance with resolution adopted by your Honorable Body September 25, 1919, I hereby report that I have delivered to the City Treasurer, Five Hundred 4½ per cent Public Utility Bonds, Coupon form, dated September 1, 1919, Denomination, $1,000 each, and numbered as follows:

Nos. 1-17, payable Sept. 1, 1920.
Nos. 18-34, payable Sept. 1, 1921.
Nos. 35-51, payable Sept. 1, 1922.
Nos. 52-68, payable Sept. 1, 1923.
Nos. 69-85, payable Sept. 1, 1924.
Nos. 86-102, payable Sept. 1, 1925.
Nos. 103-119, payable Sept. 1, 1926.
Nos. 120-136, payable Sept. 1, 1927.
Nos. 137-153, payable Sept. 1, 1928.
Nos. 154-170, payable Sept. 1, 1929.
Nos. 171-187, payable Sept. 1, 1930.
Nos. 188-204, payable Sept. 1, 1931.
Nos. 205-221, payable Sept. 1, 1932.
Nos. 222-238, payable Sept. 1, 1933.
Nos. 239-255, payable Sept. 1, 1934.
Nos. 256-272, payable Sept. 1, 1935.
Nos. 273-289, payable Sept. 1, 1936.
Nos. 290-306, payable Sept. 1, 1937.
Nos. 307-323, payable Sept. 1, 1938.
Nos. 324-340, payable Sept. 1, 1939.
Nos. 341-356, payable Sept. 1, 1940.
Nos. 357-372, payable Sept. 1, 1941.
Nos. 373-388, payable Sept. 1, 1942.
Nos. 389-404, payable Sept. 1, 1943.
Nos. 405-420, payable Sept. 1, 1944.
Nos. 421-436, payable Sept. 1, 1945.
Nos. 437-452, payable Sept. 1, 1946.
Nos. 453-468, payable Sept. 1, 1947.
Nos. 469-484, payable Sept. 1, 1948.
Nos. 485-500, payable Sept. 1, 1949.
Par value—$500,000.

Respectfully submitted,
HENRY STEFFENS, JR.,
Controller.
Accepted and placed on file.

**From the Controller.**

To the Honorable the Common Council:
Gentlemen—In accordance with Resolution adopted September 25th, 1919, by your Honorable Body, I hereby report that I have delivered to the City Treasurer, Five Hundred General Public Improvement Bonds, School Series or fiscal year ending June 30th, 1918. Coupon form, denomination $1,000 each, and numbered as follows:

No. 3-19, payable Sept. 1, 1920.
No. 22-38, payable Sept. 1, 1921.
No. 40-57, payable Sept. 1, 1922.
No. 60-76, payable Sept. 1, 1923.
No. 78-95, payable Sept. 1, 1924.
No. 98-114, payable Sept. 1, 1925.
No. 116-132, payable Sept. 1, 1926.
No. 135-150, payable Sept. 1, 1927.
No. 152-168, payable Sept. 1, 1928.
No. 171-186, payable Sept. 1, 1929.
No. 188-204, payable Sept. 1, 1930.
No. 207-222, payable Sept. 1, 1931.
No. 224-240, payable Sept. 1, 1932.
No. 243-258, payable Sept. 1, 1933.
No. 260-276, payable Sept. 1, 1934.
No. 279-294, payable Sept. 1, 1935.
No. 296-312, payable Sept. 1, 1936.
No. 315-330, payable Sept. 1, 1937.
No. 332-348, payable Sept. 1, 1938.
No. 351-366, payable Sept. 1, 1939.
No. 368-384, payable Sept. 1, 1940.
No. 387-402, payable Sept. 1, 1941.
No. 404-420, payable Sept. 1, 1942.
No. 423-438, payable Sept. 1, 1943.
No. 440-456, payable Sept. 1, 1944.
No. 459-474, payable Sept. 1, 1945.
No. 476-492, payable Sept. 1, 1946.
No. 495-510, payable Sept. 1, 1947.
No. 512-528, payable Sept. 1, 1948.
No. 531-546, payable Sept. 1, 1949.

Respectfully submitted,
HENRY STEFFENS, JR.,
Controller.
Accepted and placed on file.

**From the Corporation Counsel.**

Hon. Richard Lindsay,
City Clerk.
Dear Sir—On November 7th you wrote this office in connection with a petition of Andrew Smith (2659) concerning inability to get water or gas connections for a building just completed at 565-567 Rademacher Avenue.
You ask in your letter what action can be taken to relieve the situation presented in this case and similar ones where gas and water mains are in the street, but no connection can be secured during the winter months. I am informed by the Water Board that the main has not been laid in front of these premises, but that it will be laid at the earliest opportunity.
Mr. Kenney, one of the Water Board Engineers, informed me that the Board is still behind in the work of laying mains and is, of course, unable to accomodate all applicants immediately. If the main were already laid in the street in front of Mr. Smith's premises he would have no difficulty in making a connection. This work is not done by the Water Board, but must be done by a licensed plumber hired by the property owner. It is only necessary for him to procure a permit from the Water Board to make the connection. This is always granted as a matter of course when the main is in the street.
With regard to this applicant's inability to procure gas service, I beg to state that I have taken the same up with the Gas Company and will advise you later as to the results of my investigation.
Very truly yours,
VINCENT M. BRENNAN,
Assistant Corporation Counsel.
Accepted and placed on file.

**From the Corporation Counsel.**

Honorable Richard Lindsay,
City Clerk.
Dear Sir—Herewith you will please find a copy of the Ordinance prohibiting posting of bills on election booths, etc., as per your request.
Yours very truly,
PAUL T. DWYER,
Assistant Corporation Counsel.
Accepted and placed on file.

**From the Corporation Counsel.**

To the Honorable the Common Council:
Gentlemen—I beg leave to report to your Honorable Body that the following cases in which the City of Detroit is interested, were commenced for the week ending November 18th, 1919:
CIRCUIT COURT.
In the matter of Eva Renny vs. Detroit House of Correction—Petition for writ of habeas corpus. Closed.
George Lindsey vs. John Doe, et al., Police Department, City of Detroit—Garnishment, Cadillac automobile. Pending.
Charles H. Clements vs. John C. McCabe, Bldg. Com'r; George Engel, Com'n Public Works and Edward G. Heckel,

13-53846-tjt   Doc 7111-8   Filed 08/27/14   Entered 08/27/14 16:56:29   Page 15 of 20

Com'n Parks and Blvds.—Petition for writ of mandamus. Pending.

Richard Jarrath vs. City of Detroit—Damages $7,500.00. Pending.

Respectfully submitted,
CLARENCE E. WILCOX,
Corporation Counsel.

Accepted and placed on file.

### From the City Treasurer.

To the Honorable the Common Council:

Gentlemen—The law provides that in March of each year the Treasurer shall sell property on which special taxes are delinquent. It has never been the custom to personally notify the people effected by this sale that such a sale was to be held or that they were delinquent in paying their special assessments. Last March twelve thousand descriptions had to be sold because the owners had not paid special taxes.

I am now starting out to prepare bills and a reminder letter for every person who owes a paving tax, sidewalk tax, street opening tax or any other kind of a special tax and feel confident that I shall reduce the number of sales for next March greatly below last year's figures by so doing.

This work will have to be done in addition to the regular routine of the office and I estimate that I shall require approximately $1,500 for extra help.

I still have about $2,000 balance in my postage account which I can use in mailing these bills and letters.

I am attaching a resolution which, if your Honorable Body agrees with me as to the necessity of the expenditure, will cover the appropriation required.

Respectfully yours,
GUY L. INGALLS,
City Treasurer.

By Councilman Nagel:

Resolved: That the Controller be and he is hereby directed to draw his warrant on the Contingent Fund or such other funds as may be available, in favor of the City Treasurer, for the sum of $1,500 to cover the purposes described in the foregoing communication from the City Treasurer.

Adopted as follows:

Yeas—Councilmen Bielman, Bradley, Castator, Kronk, Littlefield, Nagel, Simons, Vernor and the President.—9.

Nays—None.

### From the City Treasurer.

To the Honorable the Common Council:

Gentlemen—I beg leave to report to your Honorable Body that we have investigated the following petitions, referred to this Department for adjustment and cancellation of penalty and interest charges for special tax assessment.

Petition No. 2447, Anna Horak.
Petition No. 2320, Catherine McGarry.
Petition No. 1956, Mrs. Elizabeth Nelson.
Petition No. 1968, Mrs. O. J. Schneider.
Petition No. 1335, Caroline C. Vodt.

I recommend that said petitions be denied.

Respectfully submitted,
GUY L. INGALLS.

Accepted and adopted.

### From the City Treasurer.

To the Honorable the Common Council:

Gentlemen—I beg leave to report to your Honorable Body that we have investigated the following petitions referred to this Department for adjustment and cancellation of penalty and interest charges for General and Special Tax Assessments:

Petition No. 2649, Adolph Bartell.
Petition No. 2484, Henry E. Brisson.
Petition No. 2636, Joseph Cronenwalt.
Petition, John Faust.
Petition No. 2474, Frank Glowny.
Petition No. 2387, Edward D. Gorham.
Petition No. 2622, Walter Johnson.
Petition No. 2637, Major Charles Kelley.
Petition No. 2702, Frank B. Kimberley.
Petition No. 2516, Charles L. Murock.
Petition No. 2677, Samuel J. Nakis.
Petition No. 2678, Roy W. Sewell.
Petition No. 2463, John J. Sloan.
Petition No. 2675, M. R. Sutton.
Petition No. 2623, Leon Van Vleit.
Petition Uo. 2703, Charles H. Wiltsie.
Petition No. 2515, K. C. Wood.

I recommend that said petitions be granted and herewith submit the proper resolutios.

Respectfully submitted,
GUY L. INGALLS,
City Treasurer.

By Councilman Castator:

Resolved, That the City Controller be and he is hereby authorized and instructed to draw a warrant upon the proper fund in favor of Henry D. Brisson, for the sum of $15.12, being a refund of interest charges paid by him for paving tax on Lots 113 and 164, St. Clair Park Sub., and be it further,

Resolved, That the City Treasurer be and is hereby authorized and instructed to accept from Henry D. Brisson the original amount of Part 3 Paving Tax and 1918 City Taxes on above described property and cancel balance due on account of petitioner having been in service of the U. S. A. (Book 6, Folio 612) (East Folio 1724); and be it further,

Resolved, That the City Controller be and is hereby authorized and instructed to draw a warrant upon the proper fund in favor of M. R. Sutton for the sum of $7.65, being the amount of interest charges paid by him for 1918 City Taxes covering property described as Lots 230 to 234, inclusive, of Linwood Heights Sub., petitioner having been in the service of the U. S. A.; and be it further,

Resolved, That subject to the assignment of his interest to the City of Detroit, the Controller be and he is hereby authorized and instructed to draw a warrant upon the proper fund in favor of J. E. Lilly for the sum of $14.90, being a refund of the amount paid by him with interest added at 6 per cent for Certificate of Title No. 15634, issued against the property described as Lot 200, Cooney Sub., June 1918 Sale, upon surrender of Certificate issued to him by reason of non-payment of 1917 General City Taxes, and further that the City Controller be and is hereby authorized and instructed to draw a warrant upon the proper fund in favor of the City Treasurer for the sum of $2.98, being the amount due for interest charged for 1918 City Taxes on above property, and further that the City Treasurer be authorized to accept from F. B. Kimberly the original amount of the 1917 City Taxes levied on above described property, petitioner having been in the service of the U. S. A.

And be it further;

Resolved, That the City Controller be and he is hereby authorized and instructed to draw his warrant upon the proper fund in favor of John Faust for the sum of $3.40, that being the amount paid by him with interest added at the rate of 6 per cent, for Certificate No. 15196, June, 1918 Sale, covering property described as Lot 4, Block 4, McCanic's Park Sub., and be it further,

Resolved, That the Controller be and he is hereby authorized and instructed to draw his warrant upon the proper fund in favor of the City Treasurer for $4.20, that being the amount due for the 1918 City Taxes, on above described property, same having been erroneously sold for delinquent taxes; and be it further,

Resolved, That the City Controller be and he is hereby authorized and instructed to draw a warrant upon the proper fund in favor of Frank Glowney for the sum of $12.52, that being the amount of interest charges paid by him for 1918 City Taxes covering property described as Lot 48, Block 55, Joseph Campau Farm, petitioner having been in the service of the U. S. A., and be it further,

Resolved, That subject to the assignment of his interest to the City of Detroit, the City Controller be and is hereby authorized and instructed to draw his warrant upon the proper fund in favor of John Faust for the sum of $7.40, being the amount with interest at 6 per cent covering Certificate No. 761, March, 1917 Sale; and be it further,

Resolved, That the City Controller be and he is hereby authorized and instructed to draw his warrant upon the proper fund in favor of J. E. Lilly for the sum of $7.50, being the amount with interest added at 6 per cent for Certificate No. 523, March, 1918 Sale, and be it further,

Resolved, That the City Controller be and he is hereby authorized and instructed to draw his warrant upon the proper fund in favor of the City Treasurer for the sum of $10.32, being the amount of interest charges for Part 4 Sewer Assessment, Part 1 Paving Assessment and 1918 City Tax, covering property described as Lot 80, Lambrecht, Kelly Co., Sub., and further, that the City Treasurer be and he is hereby authorized and instructed to accept from S. J. Nokis the original amount of above mentioned taxes, on account of petitioner having been in the service of the U. S. A., and be it further,

Resolved, That the City Treasurer be and he is hereby authorized and instructed to accept from Edward J. Harvey the original amount of City Sewer Tax, levied against Lot 19 of Wm. Y. Hamlin and S. J. Brown Sub., and cancel the balance due. (Book Folio 172); and be it further,

Resolved, That the City Controller be instructed to draw his warrant upon the proper fund in favor of the City Treasurer for $4.80, being the amount of interest charges for Part 1 Paving Assessment levied against Lot 58, Block Jefferson Park Sub., and be it further,

Resolved, That the City Treasurer be and he is hereby authorized and instructed to accept from Roy W. Sewell the original amounts of Parts 2, 3 and Paving assessment levied on above described property on account of petitioner having been in the service of the U. S. A.; and be it further,

Resolved, That subject to the assignment of his interest to the City of Detroit, the City Controller be and he is hereby authorized and instructed to draw his warrant upon the proper fund in favor of J. E. Lilly for $9.00, being the amount paid by him with interest at 6 per cent for Certificate No. 1039, June, 1918 Sale, covering property described as Lot 19, Thomas Bros. Sub., and further, that the City Treasurer be and he is hereby authorized to accept from Joseph Cronenwalt the original amount of said tax, petitioner having been in the service of the U. S. A. and be it further,

Resolved, That the City Controller be and he is hereby authorized and instructed to draw his warrant upon the proper fund in favor of C. H. Wiltsie for the sum of $118.05, being the amount with interest added at 6 per cent for the following Certificates of Titles No. 5005, June, 1907 Sale; No. 5813, June, 1908 Sale; No. 6426, June, 1909 Sale; No. 5767, June, 1910 Sale, upon surrender of the above mentioned certificates of titles issued to him by the City Treasurer for the non-payment of the general city taxes levied for the years 1906, 1907, 1908 and 1909, the following described property having been erroneously sold for delinquent taxes: "All that tract of a parcel of land situated in the City of Detroit and described as all that certain piece or parcel of land designated as a Highway, 25 ft. wide, as shown on plat of Edward Martin Est., P. C. 719, etc.; and be it further,

Resolved, That the City Treasurer be and he is hereby authorized and instructed to accept from John C. Wood the original amount of City Bids on Lots Nos. 74 to 79, inclusive, and Lots 82 to 89, inclusive, in Wm. Tait Sub. located on the south side of Plumer Avenue, for the years 1913 to 1918, inclusive. Also Lots 90 and 91 for the years 1914 to 1918, inclusive, and cancel the balance due, the above described property being rear lots; and be it further,

Resolved, That the City Controller be and he is hereby authorized and instructed to draw his warrant upon the proper fund in favor of John Faust for the sum of $15.07, that being the amount paid by him with interest added at 6 per cent for Certificate No. 9483, June, 1918 Sale, covering property described as Lot 6, Porter Farm, said property having been erroneously sold for delinquent taxes, and be it further,

Resolved, That the City Controller be and he is hereby authorized and instructed to draw his warrant upon the proper fund in favor of the City Treasurer for the sum of $7.00, being the amount of interest charges for Part 3 Paving Assessment levied against Lot 11, Montross Ave., Sub., and further, that the City Treasurer be and he is hereby authorized and instructed to accept from Major Charles E. Kelley, the original amount of above tax on account of petitioner having been in the service of the U. S. A., and be it further,

Resolved, That subject to the assignment of his interest to the City of Detroit, the City Controller be and he is hereby authorized and instructed to draw his warrant upon the proper fund in favor of C. H. Wiltsie for the sum of $7.75, that being the amount paid by him with interest at 6 per cent for Certificate of Title No. 4247, June, 1918 Sale, covering property described as Lot No. 723 of Grace & Roos Sub., and further, that the City Treasurer be and he is hereby authorized and instructed to accept from C. L. Murock the original amount of said 1917 taxes, on account

of petitioner having been in the service of the U. S. A.; and be it further,

Resolved, That subject to the assignment of his interest in the City of Detroit, that the City Controller be and he is hereby authorized and instructed to draw his warrant upon the proper fund in favor of E. J. Watson for the sum of $15.15, for Certificate of Title No. 605, June, 1913 Sale, covering property described as Lot 37, Parkside Sub., the above amount being with interest added at 6 per cent, upon surrender of Certificate of Title issued to him by the City Treasurer for the non-payment of the 1917 City Taxes, and be it further,

Resolved, That the City Controller be and he is hereby authorized and instructed to draw his warrant upon the proper funds in favor of the City Treasurer for the sum of $2.95 to cover interest charges for 1918 City Taxes on above described property; and be it further,

Resolved, That the City Treasurer be authorized to accept from Walter Johnson the original amount of the 1917 and 1918 City Taxes on above described property on account of petitioner having been in the service of the U. S. A.; and be it further,

Resolved, That subject to the assignmen of his interest to the City of Detroit, the City Controller be and he is ereby authorized and instructed t draw his warrant upon the proper fund n favor of C. H. Wiltsie for the sum of 17.05, that being the amount with interest added at 6 per cent, paid by him or Certificate of Title No. 494, June, )18 Sale, covering property described s the South 42 ft. of Lots 108 to 111, clusive, of Hugo H. Stender's Sub., d be it further,

Resolved, That the City Treasurer be d he is hereby authorized and instructed to accept from E. D. Gorham e original amount of taxes levied for e year 1917 on the above described operty, petitioner having been in the rvice of the U. S. A.; and be it further,

Resolved, That the City Controller be d he is hereby authorized and instructed to draw his warrant upon the per fund in favor of John Faust for sum of $5.20, that being the amount h interest added at 6 per cent, covering Certificate No. 1869, June, 1916 on property described as Lot 16, A. Schulte Sub., located on the east of Crane Avenue, the above described property having been taken by City for Street Opening Purposes; be it further,

solved, That the City Controller be he is hereby authorized and instructed to draw his warrant upon the r fund in favor of Charles H. Wiltsie for the sum of $22.35, that being the nt with interest at 6 per cent paid m for Certificate of Title No. 1714, 1919 Sale, covering property described as Lot 167, Sunnyside Sub., located on the west side of Gallagher, the above described property having been erroneously sold for delinquent taxes.

Adopted as follows:
Yeas—Councilmen Bielman, Bradley, Castator, Kronk, Littlefield, Nagel, Simons, Vernor and the President.—9.
Nays—None.

**From the City Treasurer.**
To the Honorable, the Common Council:
Gentlemen—In accordance with the provisions of the Charter and resolutions of your honorable body, I have sold the following property, taken in street opening condemnation proceedings, at the prices and to the persons listed herewith:

| | |
|---|---:|
| 929 Peter Hunt St. to Wm. Schnekenberger | $ 625.00 |
| 931 Peter Hunt St. to Minnie E. Paul | 155.00 |
| 935 Peter Hunt St. to Sarah Cunningham | 300.00 |
| 932 Bessemore St. to D. Lipson & S. Lipschitz | 1,180.00 |
| 930 Bessemore St. to Minnie E. Paul | 380.00 |
| 925 Bessemore St. to John Dobrovech | 210.00 |
| 927 Bessemore St. to Minnie E. Paul | 515.00 |
| 929 Bessemore St. to Wm. Schnekenburger | 335.00 |
| 936 Georgia St. to John Frisch | 145.00 |
| 938 Georgia St. to Julius Commeyne | 355.00 |
| 149 St. John St. to A. J. Kostusch | 40.00 |
| Barn on south side of Parkwood Ave., to Jos Cesarz | 37.00 |
| 156 Waldo Ave. to Jos. Donaj | 800.00 |
| Barn on south side of Waldo Ave. to A. Szeliga | 50.00 |
| Fence on north side of Edward Ave. to Jos. Cesarz | 16.00 |
| Total | $5,143.00 |

Respectfully yours,
GUY L. INGALLS,
City Treasurer.

Accepted and sale confirmed as follows:
Yeas—Bielman, Bradley, Castator, Kronk, Littlefield, Nagel, Simons, Vernor, and the President—9.
Nays—None.

**From the City Treasurer.**
To the Honorable, the Common Council:
In accordance with resolution adopted by your Honorable Body September 30th, 1919, I hereby report that I have delivered to the Detroit Trust Company, One Hundred and Twenty-Nine 4½% Public Sewer Bonds, dated September 1, 1919, numbered as follows:
Nos. 112 to 162, payable Sept. 1, 1922.
Nos. 490 to 540, payable Sept. 1, 1929.
No. 756, payable Sept. 1, 1933.
Nos. 786 to 810, payable Sept. 1, 1934.
No. 918, payable Sept. 1, 1936.
and have received in payment therefor the following amounts:
Par value .................... $129,000.00
Premium ......................... 779.03
Accrued Interest ................ 935.22
Total ....................... $130,714.25

Respectfully submitted,
GUY L. INGALLS,
City Treasurer.

Accepted and placed on file.

**From the City Treasurer.**
To the Honorable, the Common Council:
Gentlemen—In accordance with resolution of your Honorable Body adopted September 25th, 1919, I hereby report

that I have delivered to the First and Old Detroit National Bank, One Hundred 4½% Public Sewer Bonds, dated September 1st, 1919, Denomination $1,000 each, and numbered as follows:

Nos. 1 to 6, inc. Payable Sept. 1, 1920.
Nos. 55 to 57, inc. Payable Sept. 1, 1921.
Nos. 109 to 111, inc. Payable Sept. 1, 1922.
Nos. 163 to 165, inc. Payable Sept. 1, 1923.
Nos. 217 to 219, inc. Payable Sept. 1, 1924.
Nos. 271 to 273, inc. Payable Sept. 1, 1925.
Nos. 325 to 327, inc. Payable Sept. 1, 1926.
Nos. 379 to 381, inc. Payable Sept. 1, 1927.
Nos. 433 to 435, inc. Payable Sept. 1, 1928.
Nos. 487 to 489, inc. Payable Sept. 1, 1929.
Nos. 541 to 543, inc. Payable Sept. 1, 1930.
Nos. 595 to 597, inc. Payable Sept. 1, 1931.
Nos. 649 to 651, inc. Payable Sept. 1, 1932.
Nos. 703 to 705, inc. Payable Sept. 1, 1933.
Nos. 757 to 761, inc. Payable Sept. 1, 1934.
Nos. 811 to 815, inc. Payable Sept. 1, 1935.
Nos. 865 to 867, inc. Payable Sept. 1, 1936.
Nos. 919 to 921, inc. Payable Sept. 1, 1937.
Nos. 973 to 975, inc. Payable Sept. 1, 1938.
Nos. 1027 to 1029, inc. Payable Sept. 1, 1939.
Nos. 1081 to 1083, inc. Payable Sept. 1, 1940.
Nos. 1135 to 1137, inc. Payable Sept. 1, 1941.
Nos. 1189 to 1191, inc. Payable Sept. 1, 1942.
Nos. 1243 to 1245, inc. Payable Sept. 1, 1943.
Nos. 1297 to 1299, inc. Payable Sept. 1, 1944.
Nos. 1351 to 1353, inc. Payable Sept. 1, 1945.
Nos. 1404 to 1406, inc. Payable Sept. 1, 1946.
Nos. 1457 to 1459, inc. Payable Sept. 1, 1947.
Nos. 1510 to 1512, inc. Payable Sept. 1, 1948.
Nos. 1564 to 1566, inc. Payable Sept. 1, 1949.
Par value, $100,000.

Also Forty Six 4½% General Public Improvement Bonds, School Series of fiscal year ending June 30, 1918, Coupon Form, Denomination $1,000 each, and numbered as follows:

Nos. 1 to 2, payable Sept. 1, 1920.
Nos. 20 to 21, payable Sept. 1, 1921.
No. 39, payable Sept. 1, 1922.
Nos. 58 to 59, payable Sept. 1, 1923.
No. 77, payable Sept. 1, 1924.
Nos. 96 to 97, payable Sept. 1, 1925.
No. 115, payable Sept. 1, 1926.
Nos. 133 to 134, payable Sept. 1, 1927.
No. 151, payable Sept. 1, 1928.
Nos. 169 to 170, payable Sept. 1, 1929.
No. 187, payable Sept. 1, 1930.
Nos. 205 to 206, payable Sept. 1, 1931.
No. 223, payable Sept. 1, 1932.
Nos. 241 to 242, payable Sept. 1, 1933.
No. 259, payable Sept. 1, 1934.
Nos. 277 to 278, payable Sept. 1, 1935.
No. 295, payable Sept. 1, 1936.
Nos. 313 to 314, payable Sept. 1, 1937.
No. 331, payable Sept. 1, 1938.
Nos. 349 to 350, payable Sept. 1, 1939.
No. 367, payable Sept. 1, 1940.
Nos. 385 to 386, payable Sept. 1, 1941.
No. 403, payable Sept. 1, 1942.
Nos. 421 to 422, payable Sept. 1, 1943.
No. 439, payable Sept. 1, 1944.
Nos. 457 to 458, payable Sept. 1, 1945.
No. 475, payable Sept. 1, 1946.
Nos. 493 to 494, payable Sept. 1, 1947.
No. 511, payable Sept. 1, 1948.
Nos. 529 to 530, payable Sept. 1, 1949.
Par value, $46,000.

In payment therfor I have received the following amounts:

Public Sewer Bonds:
Par Value ................................ $100,000.00
Premium .................................... 700.00
Accrued Interest ........................... 725.00
General Public Improvement Bonds:
Par Value ................................. $46,000.00
Premium .................................... 322.00
Accrued Interest ........................... 333.00

$148,080.50

Respectfully submitted,
GUY L. INGALLS,
City Treasurer.
Accepted and placed on file.

**From the City Treasurer**

To the Honorable the Common Council:

In accordance with resolution adopted by your Honorable Body September 31st and Oct. 28th, 1919, I hereby report that I have delivered to the Detroit Trust Company, Registered 4½ per cent Public Sewer Bonds, in lieu of Coupon Bonds, dated September 1st, 1919, in amounts and numbered as follows:

No. 1636, payable September 1, 1920—$48,000.00.
No. 1637, payable September 1, 1921—$51,000.00.
No. 1638, payable September 1, 1923—$51,000.00.
No. 1639, payable September 1, 1924—$51,000.00.
No. 1640, payable September 1, 1925—$51,000.00.
No. 1641, payable September 1, 1926—$51,000.00.
No. 1642, payable September 1, 1927—$51,000.00.
No. 1643, payable September 1, 1928—$51,000.00.
No. 1644, payable September 1, 1930—$51,000.00.
No. 1645, payable September 1, 1931—$51,000.00.
No. 1646, payable September 1, 1932—$51,000.00.
No. 1647, payable September 1, 1934—$24,000.00.
No. 1648, payable September 1, 1935—$49,000.00.
No. 1649, payable September 1, 1937—$51,000.00.
No. 1650, payable September 1, 1938—$51,000.00.
No. 1651, payable September 1, 1939—$51,000.00.
No. 1652, payable September 1, 1940—$51,000.00.
No. 1653, payable September 1, 1941—$51,000.00.
No. 1654, payable September 1, 1942—$51,000.00.
No. 1655, payable September 1, 1943—$51,000.00.
No. 1656, payable September 1, 1944—$51,000.00.
No. 1657, payable September 1, 1945—$50,000.00.
No. 1658, payable September 1, 1946—$50,000.00.

No. 1659, payable September 1, 1947—$50,000.00.
No. 1660, payable September 1, 1948—$50,000.00.
No. 1661, payable September 1, 1949—$47,000.00.
No. 1662, payable September 1, 1933—$50,000.00.
No. 1663, payable September 1, 1936—$50,000.00.
Par Value—$1,386,000.00.

And have received in payment therefor the following amounts:
Par Value .................. $1,386,000.00
Premium ....................       8,370.97
Accrued Interest ...........      10,395.00
                                 $1,404,765.97

Respectfully submitted,
GUY L. INGALLS,
City Treasurer.
Accepted and placed on file.

**From the City Treasurer**
To the Honorable the Common Council:
Gentlemen—In accordance with resolution of your Honorable Body adopted September 25, 1919, I hereby report that I have delivered to the First and Old Detroit National Bank, Five Hundred 4½ per cent Public Utility Bonds, dated September 1, 1919. Denomination $1,000 each, and numbered as follows:
In payment therefor I have received the following amounts:
Public Utility Bonds:
Par value .................. $500,000.00
Premium ....................      3,500.00
Accrued interest ...........      4,812.50
                                 $508,312.50

Nos. 1-17, payable Sept. 1, 1920.
Nos. 18-34, payable Sept. 1, 1921.
Nos. 35-51, payable Sept. 1, 1922.
Nos. 52-68, payable Sept. 1, 1923.
Nos. 69-85, payable Sept. 1, 1924.
Nos. 86-102, payable Sept. 1, 1925.
Nos. 103-119, payable Sept. 1, 1926.
Nos. 120-136, payable Sept. 1, 1927.
Nos. 137-153, payable Sept. 1, 1928.
Nos. 154-170, payable Sept. 1, 1929.
Nos. 171-187, payable Sept. 1, 1930.
Nos. 188-204, payable Sept. 1, 1931.
Nos. 205-221, payable Sept. 1, 1932.
Nos. 222-238, payable Sept. 1, 1933.
Nos. 239-255, payable Sept. 1, 1934.
Nos. 256-272, payable Sept. 1, 1935.
Nos. 273-289, payable Sept. 1, 1936.
Nos. 290-306, payable Sept. 1, 1937.
Nos. 307-323, payable Sept. 1, 1938.
Nos. 324-340, payable Sept. 1, 1939.
Nos. 341-356, payable Sept. 1, 1940.
Nos. 357-372, payable Sept. 1, 1941.
Nos. 373-388, payable Sept. 1, 1942.
Nos. 389-404, payable Sept. 1, 1943.
Nos. 405-420, payable Sept. 1, 1944.
Nos. 421-436, payable Sept. 1, 1945.
Nos. 437-452, payable Sept. 1, 1946.
Nos. 453-468, payable Sept. 1, 1947.
Nos. 469-484, payable Sept. 1, 1948.
Nos. 485-500, payable Sept. 1, 1949.
Par value—$500,000.

Respectfully submitted,
GUY L. INGALLS,
City Treasurer.
Accepted and placed on file.

**From the City Treasurer.**
To the Honorable the Common Council:
Gentlemen—In accordance with resolution of your Honorable Body adopted September 25, 1919, I hereby report that I have delivered to the First and Old Detroit National Bank, Five Hundred 4½ per cent General Public Improvement Bonds, School Series of Fiscal year ending June 30th, 1918, Coupon form, denomination $1,000 each, and numbered as follows:
In payment therefore I have received the following amounts:
General Public Imp. Bonds:
Par value .................. $500,000.00
Premium ....................      3,500.00
Accrued Interest ...........      4,812.50
                                 $508,312.50

No. 3-19, payable Sept. 1, 1920.
No. 22-38, payable Sept. 1, 1921.
No. 40-57, payable Sept. 1, 1922.
No. 60-76, payable Sept. 1, 1923.
No. 78-95, payable Sept. 1, 1924.
No. 98-114, payable Sept. 1, 1925.
No. 116-132, payable Sept. 1, 1926.
No. 135-150, payable Sept. 1, 1927.
No. 152-168, payable Sept. 1, 1928.
No. 171-186, payable Sept. 1, 1929.
No. 188-204, payable Sept. 1, 1930.
No. 207-222, payable Sept. 1, 1931.
No. 224-240, payable Sept. 1, 1932.
No. 243-258, payable Sept. 1, 1933.
No. 260-276, payable Sept. 1, 1934.
No. 279-294, payable Sept. 1, 1935.
No. 296-312, payable Sept. 1, 1936.
No. 315-330, payable Sept. 1, 1937.
No. 332-348, payable Sept. 1, 1938.
No. 351-366, payable Sept. 1, 1939.
No. 368-384, payable Sept. 1, 1940.
No. 387-402, payable Sept. 1, 1941.
No. 404-420, payable Sept. 1, 1942.
No. 423-438, payable Sept. 1, 1943.
No. 440-456, payable Sept. 1, 1944.
No. 459-474, payable Sept. 1, 1945.
No. 476-492, payable Sept. 1, 1946.
No. 495-510, payable Sept. 1, 1947.
No. 512-528, payable Sept. 1, 1948.
No. 531-546, payable Sept. 1, 1949.

Respectfully submitted,
GUY L. INGALLS,
City Treasurer.
Accepted and placed on file.

**From the Department of Public Works.**
To the Honorable the Common Council:
This Department recently purchased a steam shovel for which there was an appropriation of $10,000.00. The shovel cost $8,240.80. An extra clam shell equipment was ordered to increase the unloading facilities in the Eastern Yard. To pay for this extra equipment there is a deficit of $405.59, and I herewith request your Honorable Body to authorize the Controller to supplement Account 533, Purchase of Steam Shovel, with the above amount, by transferring same from Account 3, Street Paving, General Road Fund.

Respectfully submitted.
GEORGE ENGEL,
Commissioner.

General order for Tuesday.

**From the Department of Public Works.**
To the Honorable the Common Council:
Gentlemen—This Department recommends that the City Treasurer be directed to cancel sidewalk assessment —S. S. Alfred street, between Rivard and Russell, roll 661, lot 45—on account of the condition in which walk was built—new walk to be laid and new bill to follow.

Respectfully submitted,
GEO. ENGEL,
Commissioner.

By Councilman Nagel:
Resolved, That, on recommendation of the Department of Public Works, the City Treasurer be, and is hereby directed to

13-53846-tjt    Doc 7111-8    Filed 08/27/14    Entered 08/27/14 16:56:29    Page 20 of 20