<u>**Exhibit 3272**</u>

**Summary Inventory of Archives, dated November 1, 1990**

WEIL:\95071879\3\45259.0007

# THE MUSEUM ARCHIVES

## OF THE

## DETROIT INSTITUTE OF ARTS

# SUMMARY INVENTORY



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP090098

November, 1990

Researchers and Museum Personnel:

The Detroit Institute of Arts Founders Society is happy to present to you the sixth edition of <u>The Summary Inventory of the Archives of the Detroit Institute of Arts.</u>

The Museum Archives houses over 1600 cubic feet of museum records and related materials dating from 1876 to the present.  The textual documents consist mainly of administrative and curatorial files, financial records, and reports and publications of the Detroit Institute of Arts.  Audiovisual and special materials include oral histories, posters, architectural drawings and plans, historical photographs, audio- and videotapes, and films.  While many of the records have not been given final arrangement and descriptive indexing, they have all been inventoried and are,- with very few restrictions, open to scholarly research.

Additional copies of the <u>Summary Inventory</u> are available upon request.  Other publications from the Museum Archives are <u>From the Inside:  The Detroit Institute of Arts Archives,</u> a pictorial history of the museum from 1883 to 1945, and is available in the Museum Shop.

Researchers are welcome to visit the Archives by appointment or to request information by mail.  The Archives is open to the public weekdays from 9:30 a.m. to 5:00 p.m. and can be reached by calling 313-833-1462.

In addition, we are especially interested in discussing the usefulness of museum archives with historians, museum personnel and archivists.  This topic reflects a relatively new area of research and therefore questions of research use are open for discussion from participants in the humanities.

Looking forward to your response, I am,

Sincerely yours,

*Cherryl A. Wagner*

Cherryl A. Wagner
Museum Archivist

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                    DIAINSP090099

## INTRODUCTION TO THE DETROIT INSTITUTE OF ARTS ARCHIVES

The Detroit Institute of Arts is one of the first American art museums to establish a comprehensive archival department having responsibility for all museum records.  In March 1978, through the initiative of the Archives of American Art, the Detroit Institute of Arts Founders Society received a grant from the National Historical Publications and Records Commission to establish such an archives.  Within the first year, a former storage area of the north loft was transformed into an efficient archives office and storage facility.  For the first time in its 93-year history, the museum had a place to preserve its own past.

The most practical benefits of an institution-wide archival and records management program have been to free the museum offices of inactive records, to give the staff confidence that its past activities can be drawn on in the future, and to help staff organize efficient records keeping methods.

The administrative value is evident from the use to which our records have been applied: verifying the original Articles of Incorporation; tracing the financial growth of the museum; researching past exhibitions; locating curatorial files of the primitive arts and textile collections; discovering the working sketches of the Rivera frescoes and a large body of architectural records of the present and previous museum buildings.

The importance of our records to studies in the humanities is only beginning to be explored.  Here is an area open to create applications for research in social, art and urban history. These records provide, for example, evidence of the impact of national events on cultural activities, the extent and methods by which the museum supports the arts and influences cultural trends, and the functions of the museum as an urban institution.

The purpose of the Summary Inventory is to bring the holdings of the DIA Archives to the attention of the research public and to stimulate further interest in art museum history.  We hope also to encourage other museums to develop similar resources and to explore with us the usefulness of museum records.  This sixth edition updates the narrative description of much of our holdings.  Highlights include a new appreciation of the puppetry archives and tighter control over the information available in many of the large holdings.

1

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP090100

## HOW TO USE THIS INVENTORY

Arrangement of the Archival Collection:

The Archives' holdings are divided into ten record groups and three special sections. The division into record groups mirrors the evolution of the museum, beginning with:

1. Original Incorporators, now the <u>Founders Society.</u>

2. The appointment of the <u>Directors.</u>

3. The transfer of the museum to city ownership under the <u>City of Detroit Arts Commission.</u>

4. The establishment of <u>curatorial</u> departments.

5. Active involvement with the <u>performing arts</u>, including puppetry.

6. Definition of separate <u>administrative and service departments</u>.

7. The important role of the physical plant <u>(building).</u>

8. The growth of the <u>Founders Society administration</u> in meeting its support responsibilities.

9. The network of other <u>institutions and associations</u> which have been or continue to be related to the institute, for example, the Alger House museum and the <u>Art Quarterly.</u>

10. <u>Personal papers</u> of past staff and associates of the museum.

Special Sections:

1. The <u>Audiovisual and Special Records</u> which were created as part of the above record groups but because of their format must be treated separately.

2. The <u>Central Files</u>, consisting of publications and duplicate materials used for quick reference.

3. The <u>Record Center</u>, consisting of non-archival records belonging to each record group.

2

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP090101

Definition of terms:

Each record group is described overall, then divided into <u>subgroups</u> based on the individual department or person to whom the papers belong. The subgroups are identified either as Records, Papers or Collections.

<u>Records</u> are institutional documents created in the course of their work by the employees or individuals officially associated with the museum. <u>Papers</u> are the private documents created by an individual apart from his or her official work at the DIA. In some cases personal papers have been kept with the records of the same individual, but are segregated within the subgroup. For example, the Armand Griffith Records include a small portion of personal papers. <u>Collections</u> are artificial accumulations of documents devoted to a single theme, reflecting the collector's interest but not his or her own private or work-related activities. For example, the Paul McPharlin Puppetry Collection is comprised primarily of materials which McPharlin collected pertaining to the history and activities of puppeteers. The arrangement of such a collection tends to be arbitrary since it is not based on a sequence of activities or functions.

<u>Subgroup codes</u> of two, three or more letters are used by the Archives for labeling and locating the records physically. Users of this Summary Inventory may find them useful as mnemonic abbreviations.

<u>Dates</u> given in this Inventory are the outside range of dates identified on the papers. (They are not the dates of tenure or life-span of the individual whose records these were). Dates in parentheses reflect the greatest concentration of materials.

<u>Volume</u> for unprocessed materials is given usually in cubic feet, each archival container holding about one cubic foot. When the materials have been processed or consolidated in a more fixed arrangement, the volume is given in linear feet and the method of arrangement is described briefly.

<u>Processed holdings</u> are those which have been thoroughly examined, arranged, physically protected and described in a final inventory. For the most part, these are records which will have the greatest value for historical research.

<u>* - an asterisk</u> is used to denote records which have been processed.

3

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP090102

Consolidated holdings are those which have been weeded of disposable records and compactly rearranged and re-inventoried for immediate reference. Depending on their value, these records may be later processed in more detail. Many of them are heavily weeded of routine and housekeeping documentation.

A preliminary inventory is made of all materials when they enter the Archives. When the records are later consolidated, a Consolidation Report with container listings is prepared. When the holdings are processed, a Final Inventory or guide is published.

4

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP090103

# RECORDS OF THE FOUNDERS SOCIETY

Records of the Founders Society include the minutes of the Incorporators, the Board of Trustees, committees of the Founders Society; adjunct records of these bodies; donor files and all records of the auxiliary groups. The auxiliary groups have been organized at different times to support various aspects of the collection or to reach a special interest group. These include the Friends of Modern Art, the Associates of the American Wing, the African Art Gallery Committee (later Friends of African Art), the Antiquaries, Friends of Asian Art, the Drawing and Print Club (later Graphic Arts Council), Associates for the Performing Arts, the Art of Poland Associates, the Junior Council, the Modern Decorative Arts Group, the Visiting Committee for European Sculpture and Decorative Arts, the Activities Committee and the Volunteer Committee. Many of their records are maintained by the curatorial departments. Those maintained by the Archives are listed here. See also Records of the Founders Society Administration for documentation of the daily support activities.

*AAG   The African Art Gallery Committee, 1963-1976

> Correspondence and minutes which document the establishment and early development of the African Art Gallery of the Detroit Institute of Arts as well as the African Art Gallery Committee (Friends of African Art) as an auxiliary of the Founders Society Detroit Institute of Arts. Specific topics covered are the solicitation of donations, the Bal Africain and black artists.

> Also included in the records is correspondence with diplomats from several African nations pledging representative works of art for the new gallery. Lectures, tours and special events sponsored by the African Art Gallery Committee are also covered. 1 linear foot.

> See also African, Oceanic and New World Cultures   (AON)

ACT   The Activities Committee, 1958-84

> The Activities Committee was an outgrowth of the membership committee, c. 1952. Its function was to promote the growth of the membership of the Founders Society. It was also instrumental in organizing and promoting the Rental (later Rental and Sales) Gallery, through which they promoted the work of Michigan artists.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                         DIAINSP090104

In 1981 they introduced the "On-Going Works" series, offering sales opportunities and a showcase for contemporary works.

On July 1, 1987 the sales and rental gallery ceased to be a Founders Society function.

Scrapbook (1958-78) containing clippings, photos, brochures pertaining to the Rental Gallery, the DIA and the Activities Committee.

1 scrapbook, 2 framed resolutions.

See also Rental Gallery Records (FRG).

FDO  The Founders Society: Donor Files, 1885-

Correspondence with each donor of art work. Occasional invoices, photos, inventories, clippings, bequests, wills, and other legal documents. Often of considerable historical and administrative importance, these records are maintained in the Registrar's office. Recent donor correspondence is kept by the curatorial departments.

See also Founders Society Development and Membership (FDM), Founders Society Manager (FSM) and REG for Stearns and Tannahill material.

*FJC The Junior Council, 1969-1979

The records of the Founders Society Junior Council were gathered by council member Mary Turcotte from several board members and placed in the archives in 1980.

The Founders Junior Council was established in 1965 to promote public interest in the DIA and attract new members to the Founders Society.

The records are primarily administrative files of several chairmen, and document the relationship of the council to the DIA and various events sponsored by the council.   .75 linear feet.

See also the Records of the Founders Society Administration: Founders Society Manager (FSM).

6

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP090105

**FSL  Founders Society Law Office (Joslyn and Keydel), 1920-1973**

*FSL/TAN Tannahill Series (1920-1973). Records relating to Robert Tannahill, benefactor.

Correspondence, passport, financial records and documents of his estate; his death certificate and related newsclips; descriptions of bequeathed works of art and a copy of his will. 1 cubic foot.

See also Personal Papers: The Robert H. Tannahill Papers.

Founders Society Series (unprocessed) includes records of the Springwells Park property and other legal proceedings. 2 cubic feet.

**FST  Founders Society: Board of Trustees Minutes, 1883-1990**

The minutes of the Board of Trustees of the Founders Society include agendas, resolutions, membership lists, donor gifts, and bylaws. The material reveals the leadership of the Institute and gives the researchers an understanding of how the Society supports the Detroit Institute of Arts. There are three sets of minutes; one on microfilm (1885-1971), one bound set in the vault (1885 to the present), and an incomplete set of paper copies in the central files (1906-1990). Earlier paper copies of minutes can be found in the Griffith Records (GRI), and the Burroughs Records (BUR).

**VOL  Volunteer Committee  1960-1988 (1962-1988)**

The Volunteer Committee of the Founders Society was organized by Mrs. Lawrence A. Fleischman in 1962 to aid the museum in a variety of ways. Their first project was to help organize a Tea Room in Kresge Court, which was later taken over by a commercial food service. In 1962 the Volunteer Committee also conducted the Mammoth Publications Sale which helped dispose of a large number of publications in storage.

In 1963, with the help of the Education Department, the docent program was begun to assist with tours, and in 1966 volunteers became active in the Art to Schools program. Other committees established within the volunteers include the Staff Aides Committee, the Information Center, the Decorations Committee, and the Museum Shop Committee.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                        DIAINSP090106

Among the subjects covered are annual meetings, committee assignments, Board of Trustees, Art to Schools, Heart of Gold Awards, Speakers Bureau, docent committee, and information center.  10 cubic feet.

8

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

DIAINSP090107

## RECORDS OF THE DIRECTORS

Includes the papers of the directors of the Detroit Museum of Art, Armand H. Griffith (1891-1913) and Charles Moore (1914-1917) as well as the directors of the Detroit Institute of Arts, Dr. William R. Valentiner (1924-1945), Edgar P. Richardson (1945-1962), Willis F. Woods (1962-1973), Dr. Frederick J. Cummings (1973-1984), and Samuel Sachs II. The papers of Clyde Burroughs, director of the DMA/DIA from 1917-1924, have been placed with the City of Detroit Arts Commission record group, since the bulk of his papers reflect his work as secretary of the commission. Many of these files include documents of a personal nature along with the official directorship records.

\*GRI The Armand H. Griffith Records, 1882-1913

> Armand Harold Griffith, director of the Detroit Museum of Art 1891-1913, joined the museum in 1891 as acting director. A gifted lecturer, Griffith helped to popularize the museum through Sunday lectures and succeeded in securing municipal support under the proviso that the museum be kept open free to the public.

> Administrative files, mainly of correspondence spanning the years 1882-1913 and a small amount of material relating to his participation in Masonic activities in Detroit. 21 linear feet.

\*MOR The Charles Moore Papers, 1905-1917 (1914-1917)

> Charles H. Moore was director of the Detroit Museum of Art 1914-1917, president of the City Plan and Improvement Commission and member of the National Commission of Fine Arts. The records pertain mostly to his activities as city planner and historian.

> Correspondence with artists and sculptors (e.g. Daniel Chester French), collectors (Charles Freer), politicians, and other museum directors. Blueprints and plans for Detroit and Washington, D.C. monuments and streets, manuscripts on Michigan historical subjects, postcards and speeches.

> Also included are papers of a fund-raising event for the League to Enforce Peace (1916-1917), devoted to the development of a "League of Nations to become effective at the close of the present war," and photo albums of Detroit and Washington and a scrapbook of manuscripts by Mrs. Charles H. Moore (1910-1913), including

9

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP090108

litanies and speeches to the Detroit chapter of the
YWCA while she was president. 3 linear feet. Also
available on microfilm.

*VAL The William R. Valentiner Records, 1921-1945

Dr. William Reinhold Valentiner was appointed advisor
to the museum in 1921. He became director in 1924, and
remained until 1945, during which time the collection
was enlarged to make it one of the most famous in the
United States. Many notable exhibitions and the
commission of the Diego Rivera frescoes were highlights
of his tenure. Following his retirement from the DIA,
Valentiner served as director of the Los Angeles County
Museum, the J. Paul Getty Museum and the North Carolina
Museum of Art. A noted scholar, he founded and edited
the Art Quarterly.

Museum correspondence and exhibition records. 32
linear feet.

See also the Clyde H. Burroughs Records (BUR).

Other Valentiner papers are maintained by the North
Carolina Museum of Art in Raleigh, North Carolina, and
the state archives of North Carolina. A biography of
Dr. Valentiner, The Passionate Eye by Margaret Sterne,
has been published by Wayne State University Press,
1980.

*RCH The Edgar P. Richardson Records, 1930-1962

Edgar Preston Richardson, director of the Detroit
Institute of Arts 1945-1962, joined the staff of the
museum in 1930 as educational secretary. In 1934 he
became assistant director under William R. Valentiner,
and upon Valentiner's retirement in 1945, director. He
also served for 23 years as an editor of the Art
Quarterly, a scholarly journal published by the DIA.

A leading scholar in the field of American Art,
Richardson published several basic works on American
Painting, including The Way of Western Art (1919),
American Romantic Painting 1944), Washington Allston, A
Study of the Romantic Artist in America, (1948), and
Painting in America (1956, rev. ed. 1962) as well as
numerous articles.

Together with Lawrence Fleischman, a Detroit
businessman and collector, he founded the Archives of

10

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP090109

American Art in 1954. This was the first research center in the U.S. to bring together basic research documents for the study of American art. In 1970 it became a regional bureau of the Smithsonian, with the Midwest regional office remaining in the DIA.

These records are primarily the administrative correspondence of Richardson as assistant director and director of the DIA. They also include his activities as cofounder of the Archives of American Art and as a member of various national and local organizations; as an editor of the Art Quarterly, and his scholarly activities.

Topics covered include capital improvements, Arts Commission and Founders Society; the Educational Television Foundation, The Detroit Puppet Theatre, the Metropolitan Art Association and The World Adventure Series. 37.2 linear feet.

See also the Clyde Burroughs Records (BUR), the Willis F. Woods Records (WDS) and Art Quarterly Records (AQ).

WDS  The Willis F. Woods Records, 1962-1973

Willis Franklin Woods was director of the Detroit Institute of Arts 1962-1973. In addition to being director, Woods in 1972 became the curator of both African and Oriental art. In 1973 he resigned from the DIA to become director of the Seattle Art Museum.

DIA subjects include the dedication of the south (Ford) wing (1966), and the north (Cavanagh) wing (1971); exhibitions; the Founders Society-director relationship; growth of the conservation lab; Arts Commission policy and correspondence; the African Art Gallery Committee; Detroit Adventure; grants from the National Endowment for the Humanities; Artrain and Project Outreach, and Woods' desk calendars 1963-1973.

Functions outside the DIA include: New Detroit, Inc., the Culture and Recreation Committee of the Detroit Charter Revision Committee, and the Association of American Museums. 60 cubic feet.

11

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                    DIAINSP090110

CUM  The Frederick J. Cummings Records, 1964-1984

Frederick James Cummings was curator of European Art 1964-1967, assistant director 1967-1973 (remaining in charge of European art), and director 1973-1984.

The consolidated records are organized into the following series: building improvements; government relations; correspondence with dealers and museums; the Arts Commission and Founders Society and research. Administrative subjects include Art Quarterly, College Art Association, legislation, Project Outreach, and correspondence with director Willis Woods. 93.5 cubic feet.

SAC  The Samuel Sachs II Records, 1987-

Samuel Sachs came to the Detroit Institute of Arts as director in September, 1985. Previously he had been chief curator (1964-72), associate director (1971-73), and director (1973-85), and assistant director, University of Michigan Museum of Art (1962-64).

Correspondence relating to the Hawkins Ferry Project. .25 linear foot.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP090111

## RECORDS OF THE CITY OF DETROIT ARTS COMMISSION

On July 1, 1919, the Detroit Museum of Art Corporation gave its building and art collection to the City of Detroit, thus becoming the Detroit Institute of Arts, a municipally owned museum. As a department of city government, the museum is administered by the City of Detroit Arts Commission.

This record group contains the papers of the first three secretaries of the Arts Commission, Clyde Burroughs (1919-1946), William Bostick (1947-1976), and Robert T. Weston (1977-1983).

AC    Arts Commission: Minutes, 1919-1990

> The minutes for meetings of the Arts Commission include business reports, lists of gifts and acquisitions, reports of staff trips, loan requests and related information. The minutes are in three sets: one set on microfilm (1919-1976), one bound set, and a set of paper copies in the archives central files.

ACA   Accounting Records for the City of Detroit Arts Commission, 1919-1988

> Financial records are maintained by the city, however working papers and budget preparations are maintained by the DIA. The central files contain copies of city budget requests and sample payrolls.

> The remaining consolidated records are those of Andy Tomaszcyk, bookkeeper 1951-1980, and document accounting procedures as well as his characteristic activities. Included are personal notes, records of the completion of the north wing, and representative early documents.

> Other records include personal service contracts, miscellaneous office files, building records and contracts of Andy Tomaszcyk and others. 12 cubic feet.

*BUR The Clyde H. Burroughs Records, 1906-1946

> Clyde Huntley Burroughs became assistant director of the Detroit Museum of Art in 1901. For forty-five years he served the museum in several capacities. In 1904 he became editor of the <u>Bulletin</u>; from 1917 to 1924 he was director; in 1919 he began the appointment of secretary. In 1924 Burroughs was given the additional position of curator of American art. He retired in 1946.

13

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP090112

Correspondence, reports and notes reflecting the operations of the museum, the Arts Commission and the Founders Society in the areas of exhibitions, programs, financial assistance and employee matters.

Subjects include acquisition of the Woodward property, the World Adventure Series, the Scarab Club and various federal arts projects. The exhibition files contain brochures, catalogues, correspondence and related materials, including the annual exhibition of American Artists, Michigan Artists exhibitions and the Detroit International Salon of Photography. Some personal papers. 63 linear feet.

BOS   The William A. Bostick Records, 1946-1976

William Bostick held numerous positions, among them executive secretary of the Founders Society (1946-1959), secretary of the Arts Commission (1946-1976) and secretary and business manager of the museum (1947-1976). He was also designer of the <u>Bulletin</u> and other publications (1959-1976).

The consolidated records include Arts Commission business and correspondence, general and special exhibitions, DIA staffing needs (1970s), museum admission policy, Kresge Court and south wing contracts and specifications, and correspondence files. 25 cubic feet.

WST   The Robert T. Weston Records, 1967-1986

Robert T. Weston came to the Detroit Institute of Arts in 1966 as comptroller for the Founders Society. In 1977 he was given the additional appointment of Museum Administrator and Arts Commission Secretary.

Subjects include the Arts Commission, Founders Society, financial, personnel and legislative matters; the building, exhibitions, museum departments, and general administrative files. 20 cubic feet.

14

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                        DIAINSP090113

# CURATORIAL RECORDS

Throughout its long history, the museum collection has been divided along many different lines. The first extensive division of the fine arts collection occurred under the leadership of Dr. Valentiner, who established curatorial posts for European art, American art, textiles, Asian art and Near Eastern art. With the Depression, the curatorial staff was greatly reduced. Later new positions were created showing a rearrangement of the collection. The current division includes African, Oceanic and New World Cultures; American Art, Ancient Art, Asian Art, European Painting, European Sculpture and Decorative Arts, Graphic Arts and Modern Art. The complement of curators with full staffs is relatively recent and is reflected in the lack of "Departmental" records for the first 60-70 years of the museum history.

Many of the historical records of the curatorial departments continue to be in active use within each office and are not included in this inventory. These include original and often historical correspondence with donors and artists regarding accessioned and loaned art objects.

See also Administrative and Service Departments: The Registrar (REG) and the Records of the Founders Society: Donor Files (FDO).

AME   The American Art Records, 1927-1983

> Files of Josephine Walther, assistant curator (1927-1937), Graham Hood (1968-1971), Larry Curry (1971-1976), and Nancy Rivard Shaw (1977-).

> Josephine Walther's files consist of correspondence regarding purchased and rejected works of art, dealer catalogues, and articles written for the <u>Bulletin.</u> Subjects include American interiors and exhibitions on Colonial America. .5 linear foot.

> The files of Graham Hood, Larry Curry and Nancy Rivard Shaw consist of general departmental correspondence and exhibition files. Subjects include expertising and the Associates of the American Wing; the Tannahill Collection, the Tannahill Wing, and Whitby Hall. 19 cubic feet.

ANC   The Ancient Art Records, 1966-1986

> The department of Ancient Art was created in 1968 through the division of the department of Ancient and Medieval Art.

15

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP090114

Files of William H. Peck (1968-) consist of general departmental correspondence and exhibition files. Subjects include the Archaeological Institute of America, the American Research Center in Egypt, The Antiquaries and expertising. 10 cubic feet.

AON   The African, Oceanic and New World Culture Records, 1969-1990

The department of African, Oceanic and New World Cultures was established in 1976 under Michael Kan, deputy director and curator.

The files of Michael Kan and David Penny (Associate Curator) consist of general departmental correspondence and exhibitions.

Subjects include Cultural Center Cluster meetings, the African Art Gallery Committee (Friends of African Art), Bal African, committees, ethnographic galleries and museum departments. 44 cubic feet.

ASI   The Asian Art Records, 1927-1933; 1974-1988

Benjamin March, curator of Asian Art (1925-1934) was author of the recently reprinted <u>Some Technical Terms of Chinese Painting</u> and was also widely known as a puppeteer and photographer before his early death in 1934.

The files consist predominantly of correspondence with art dealers, inquiries from individuals and other museums, photographs, and brochures. The collection reveals the difficulties of art acquisition during the Depression. 2.5 linear feet.

Suzanne Mitchell's files (1974-1988) include correspondence, lectures, exhibitions, expertising, Friends of Asian Art, and gallery installation. 10 cubic feet.

*CUR/GRI   The Curator (Paul Grigaut) Records, 1941-1968

For the period 1947-1950, Grigaut served as assistant art curator (1947), assistant to the director (1948), associate curator to the director (1949), assistant director (1950), and associate curator of Western and Oriental Arts (1950). In 1955 he was promoted to chief curator and in 1957 became curator of Oriental Art. In 1962 he was

16

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

DIAINSP090115

acting director after Dr. Richardson's resignation. Grigaut resigned in 1964.

The files consist of correspondence, exhibition records (1947-1958), and some personal papers (1941-1947). One box of records (1948-1968) received from Charles Sawyer (University of Michigan) contains additional correspondence and Art Quarterly records. 31 linear feet.

CUR/Rob    The Francis Waring Robinson Collection, 1912-1979 (1950-1971)

Francis Waring Robinson joined the staff of the museum in 1939 as assistant, then curator, of European art. He served temporarily as curator of Alger House (1949), became assistant curator of Ancient and Medieval art in 1943 and curator in 1955. In 1968 the department of Ancient and Medieval Art was divided and he became curator of Medieval Art, a position he held until his retirement in 1971 when he became Curator Emeritus and archivist.

His other responsibilities included editor for the Art Quarterly, textiles, theatre arts, American Indian art, Islamic art, and the Bulletin. His files include Art Quarterly, art associations, museum history, extensive documentation of several exhibitions including Masterpieces of Flemish Art (1960); clippings, mailings, correspondence. Documents which Robinson collected as archivist have been transferred to the central files. Also included are two boxes of material on various artists collected by Robinson. 38 cubic feet.

See also Related Institutions: Alger House Records (AH) and Textile Records (TEX). Taped interviews (4 hours) with Robinson on the history of the museum are also available.

EUR    The European Art Records, 1931-1988 (1971-1988)

These records are primarily the files of Dewey Mosby (1974-1981), and J. Patrice Marandel (1980- ), curators of European Art and European Painting respectively, and Allan P. Darr, curator of European Sculpture and Decorative Arts, which became a separate department in 1980.

17

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP090116

The files include general departmental correspondence and exhibitions.

Subjects include gallery installations, expertising, dealer correspondence, the Dodge Collection, Art of Poland Associates, lectures, committees. 73 cubic feet.

GRA   The Graphic Arts Records, 1944-1960; 1966-1989

Files of John S. Newberry. In 1935 Newberry worked as assistant curator in the department of prints, as curator of Alger House in 1940 and as curator of Graphic Arts 1940-1957. He was a member of the Friends of Modern Art and a Founders Society trustee 1939-1953. In 1964 he was appointed advisor to the Detroit Arts Commission and was made an honorary trustee. As curator and donor, Newberry made substantial additions to the DIA collection of drawings and sculpture. Apart from his numerous personal gifts to the museum, Newberry also left a $50,000 endowment fund to the museum at the time of his death in 1964.

Records of exhibitions, acquisitions and artists. 2 cubic feet.

Files of Ellen Sharp, Marilyn Symmes, and Christine Swenson.

Subjects include acquisitions, artists, exhibition files; materials on printing methods and workshops, the John Brown/Jacob Lawrence project, traveling exhibitions and activities of the Drawing and Print Club (Graphic Arts Council). 38 cubic feet.

*ISL  The Islamic/Near Eastern Art Records, 1931-1932

The files of Dr. Mehmet Aga-Oglu, who joined the staff in 1924, contain accession cards of Near Eastern art objects (duplicate), and correspondence discussing objects on loan, purchased objects, and communications with art dealers. 1 linear foot.

18

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                    DIAINSP090117

MOD   The Modern (Contemporary) Art Records, 1945-198-

*MOD/PAGE   The Addison Franklin Page Records, 1931-1962
    (1945-1962)

Addison Franklin Page came to the Detroit Institute of
Arts in 1947 as junior curator in the education
department.   In 1954 he was promoted to assistant
curator of education, and also worked in the capacity
of assistant curator in charge of television and film
production.   In 1957 he became curator of contemporary
art, a newly established position.   In 1962 he resigned
to become director of the J.B. Speed Museum,
Louisville, Kentucky.

These records contain the administrative correspondence
and research files of A. Franklin Page both in his
capacity as curator in the education department, and as
Curator of Contemporary Art.   They cover exhibitions,
fund-raising, educational programs and lectures;
correspondence with local artists, educational
television and the proceedings of the Friends of Modern
Art and the Michigan Sculpture Society.   7.25 linear
feet.

*MOD/KIN   The Robert D. Kinsman Records, 1962-1966

Robert D. Kinsman became associate curator of
Contemporary Art at the Detroit Institute of Arts in
June of 1963.   During his tenure at the Detroit
Institute of Arts,   Kinsman organized a number of
exhibitions, including the first retrospective of the
Art of Jimmy Ernst and the Michigan Artists and
Michigan Artist-Craftsmen exhibitions.   He also
organized a symposium on Pop Art and Tradition.

These records are primarily the administrative
correspondence of Kinsman as associate curator of
contemporary art.   They cover a range of activities,
including the daily activities of the department,
acquisitions, exhibitions, expertising, and lectures.
3.25 linear feet.

*MOD/WAG   The Samuel J. Wagstaff, Jr. Records, 1956-1978
    (1968-1971)

Samuel J. Wagstaff (1921-1987) was curator of modern
art at the Detroit Institute of Arts from September,
1968 through October, 1971.   Previously he worked as
curator of prints and drawings (1961-1967) and senior

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP090118

curator (1967-1968) at the Wadsworth Atheneum, Hartford, Connecticut.

Wagstaff was a well-known collector in various areas, and an authority on Gauguin ceramics, prints and sculpture; the history of photography and 18th C. American silver and silver plate. Wagstaff resigned his position at the Detroit Institute of Arts in October, 1971 to pursue personal collecting and research. With the help of photographer Robert Mapplethorpe, amassed one of the largest private photographic collections in the United States.

The records contain administrative correspondence, personal correspondence prior to and during Wagstaff's tenure at the Detroit Institute of Arts, and research. The exhibitions series contains correspondence with artists, and some drawings by various artists, especially Robert Morris. The files also include Wagstaff's research on Gauguin and the Ecole du Pont-Aven. 5 linear feet.

*MOD/NEFF   The John Hallmark Neff Records, 1974-1978

John Hallmark Neff became curator of modern art at the Detroit Institute of Arts in August, 1974. Prior to his appointment at the Detroit Institute of Arts, Dr. Neff was assistant professor of the history of art at Williams College, MA (1972-1974) and assistant curator of the Sterling and Francine Clark Institute, Williamstown, MA (1972-1973).

During his curatorship at the Detroit Institute of Arts, Neff organized the Friends of Modern Art lecture series and a number of exhibitions, including Robert Smithson: Drawings, Henri Matisse: Paper cutouts, Constructivism in Poland, and Carl Andre: Prime Terrane. He also served as a consultant to the National Endowment for the Arts Visual Arts Program (Art in Public Places), and juror for the governor's commission for public sculpture in 1976.

The records reflect a broad range of activities, including the daily operations of the Modern Art Department, Friends of Modern Art activities, and exhibitions. 8 linear feet.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP090119

**MOD**  The Modern Art Records, 1975-1988

The files of Frank Kolbert, Susanne Hilberry,
Mary Jane Jacob, Jay Belloli , Davira Taragin, Mary Ann
Wilkinson and Jan van der Marck.

Subjects include the Friends of Modern Art, Michigan
Artists and other exhibitions, rental gallery,
sculpture garden, Albert Kahn film, correspondence and
general office files; Audiovisual materials on
exhibitions.  72 cubic feet.

**MSC**  Music Curator Records (Mrs. Edith Freeman).  See records of
the Performing Arts:  Music Series/Freeman Founders
Society Concert Series. (MSC/FSF).

**\*TEX**  The Textile Department Records, 1871-1974 (1927-1974)

The Textile Department of the Detroit Institute of Arts
was created in 1927 by William R. Valentiner, who
wished to establish a textile collection for the new
museum building which opened in that year.  Adele
Coulin Weibel was appointed the first curator of
textiles, a position she held from 1927-1949; she later
served as Curator Emeritus of Textiles and Near Eastern
Art until 1963.  She also acted as curator in charge of
precolumbian and American Indian Antiquities and
prehistoric art.  When the curator of Islamic art, Dr.
Mehmet Aga-Oglu left the museum in 1932, Mrs. Weibel
became acting curator of Islamic Art.

The files are primarily those of Adele Coulin
Weibel, Curator of Textiles, 1927-1949, and Curator
Emeritus, 1949-1963, but also contain textile
records and correspondence of Francis W. Robinson,
Curator in charge of Textiles from 1963-1971.  Also
included is biographical material for Adele Weibel,
some personal correspondence, research notes, art
historical lecture material and manuscripts of <u>Two
Thousand years of Textiles</u> and <u>History of Embroidery</u>.
There is also some correspondence and clippings
relating to Weibel's daughter, Liselotte Moser.

Also included are exhibition catalogues, clothing
catalogues (1879-1901), fabric samples, embroidery
patterns, clippings and a large collection of
photographs for textile research.  20 linear feet.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP090120

## RECORDS OF THE PERFORMING ARTS (THEATRE ARTS)

Programs of the performing arts have been a function of the museum almost since its inception. However it was not until 1954 that a department of Theatre Arts was established, thanks to the donation of the Paul McPharlin puppets and papers in 1952, and a $10,000 grant given by the Detroit News for the maintenance of puppet productions. At about the same time, on the suggestion of director Richardson, Mrs. Edith Freeman began to bring world-class concert artists to the Detroit Institute of Arts as part of a new Founders Society Concert Series which ran until 1979.

From 1966 to 1977-1978 the Theatre Arts Department was supported by the Detroit City Theatre Association independently of the museum. Through the efforts of Dr. Audley Grossman, Jr., curator since 1961, and others, theatre arts were brought back under Founders Society support in 1977, becoming the Department of Performing Arts in 1978. The department is responsible for several theatre production series, which include puppetry, Detroit Youtheatre, Detroit Film Theatre, Brunch with Bach, and, as of 1979, all aspects of the Concert Series and the World Adventure Series (See related institutions for pre-1979).

The Performing Arts records are broken down into several subgroups and a major "archives" devoted to puppetry. The subgroups include Departmental Records, (PA), the Music Series (MSC), including the Founders Society Concert Series led by Edith Freeman (MSC/FSF), the Detroit Film Theatre, and the Detroit Youtheatre (DYT). See Records of Related Institutions for the Bonstelle Civic Theatre (BCT) and the Emma B. Ravilier School (EBR). The Puppeteers of America and holding of personal papers are described under Puppetry Archives.

The Puppetry Archives

The Detroit Institute of Arts Museum Archives houses one of the most extensive holdings of original documents on 20th century puppetry known to today's active puppeteers. Begun by Paul McPharlin, these research files include clippings, designs, scripts, photos, and correspondence from puppeteers around the world.

See also the Francis W. Robinson Collection (CUR/Rob) and the Detroit Youtheatre records (DYT).

EPP   The Ellen Proctor Papers, c. 1933-1955

            Photographs of puppeteers, puppetry productions and
            exhibitions.  49 items.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP090121

MCP/M   The Marjorie Bachelder McPharlin Papers, 1952-1980

Correspondence with American and Foreign puppeteers, correspondence and notes concerning puppetry programs and grants.  4 cubic feet.

*PA/McI The Paul McPharlin Puppetry Collection, 1705-1956 (1932-1947)

Paul McPharlin (1903-1948), Well-known as a puppeteer, collector and illustrator was a founder of the Puppeteers of America and a central figure in the Development of American puppetry.

His collection of puppets and documents was given to the Performing Arts Department by Mr. and Mrs. W.H. McPharlin and Marjorie Batchelder McPharlin.  The documents now serve as the nucleus for puppetry research in the archives.

Articles by McPharlin and others interested in the study of puppetry; newsclips, photographs, pamphlets, sketch designs, yearbooks, reviews, correspondence and research notes.  14 linear feet.  Also available on microfilm.

Posters belonging to this collection are in the Graphic Arts Department.  Additional McPharlin papers are located at the Burton Historical Collection at the Detroit Public Library, including Bibliotheque Nationale (Paris) microfilmed records.

*PA/McII The Paul McPharlin Puppetry Collection II, 1926-1959

Continuation of PA/Mc I.  Includes personal and professional correspondence of Paul McPharlin, Marjorie Batchelder McPharlin; programs and clippings about puppet groups.  20.5 linear feet.

PA/p The Puppetry Records, 1931-1975

These records were begun by Paul McPharlin and built upon by the first three curators of the Theatre Arts Department:  Gil Oden, Adolph Cavallo, and Audley Grossman.  Along with providing original documentation on puppeteers and puppetry groups, they reflect the role of the museum in promoting the field of puppetry through theatre productions and exhibitions.

13-53846-tjt   Doc 7111-10   Filed 08/27/14   Entered 08/27/14 16:56:29   Page 26 of 51
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP090122

The records are divided into the following series: American and foreign puppeteers, curatorial files, departmental files, exhibitions, workshops, puppet conferences and productions. The materials include articles, photographs, conference and workshop reports, correspondence and the Puppetry Bulletin. 26 cubic feet.

P of A The Puppeteers of America Records, 1930s-1970s

Yearbooks (1936-1939) edited by Paul McPharlin, including picture book. 1 linear foot.

Records of Olga Stevens, secretary-treasurer of the Puppeteers of America (1971-1975). Constitution, regional director's reports, business files for the 1973-1974 puppetry festivals, minutes (1973) and related office files. 1.5 linear feet.

Records of Vivian Michael, editor of the Puppeteers of America Journal and Puppetry Journal. Bibliographies, correspondence, several journals, materials on the 1961 Puppeteers of America Regional Conference, press clippings (1930-1940s), programs and flyers of individual puppeteers and puppet companies, and original art work of Michael and her son-in-law Douglas Anderson. 1 linear foot.

POA The Puppeteers of America Records, 1941-1988

Continuation of P of A. Includes the files of Vincent Anthony, treasurer, Don Avery, editor of Puppetry Journal and Nancy Straub, executive director; Jennefer Ukstins (Puppetry Store), George Latshaw, editor of Puppetry Journal, Jero Magon, Leonard Gerwick and Mel Helstein (UNIMA). Subjects include UNIMA, puppetry newsletter and festivals; puppet groups. 35 cubic feet. Gift of the Puppeteers of America.

Puppetry Journal (1960-1980) and other printed material. 1 cubic foot. Gift of Burr Tillstrom.

*SARG The Tony Sarg Collection, 1904-1963 (1920s-1940s)

Anthony Frederick Sarg reestablished the art of puppetry in the United States during a period which almost saw the extinction of the art form. His marionette company held performances across the country and his work in publicity illustrations has been much acclaimed.

24

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                    DIAINSP090123

Articles, newsclips, reports on audience reaction, contracts and other business records, press releases, scripts, scrapbooks and photographs. 4 linear feet. Also available on microfilm.

Performing Arts Record Group

PA   The Performing Arts Department Records, 1928-1977 (1954-1989)

These records begin essentially with Audley Grossman's tenure as department head, although earlier research files are included. Files of Dianne Blake and Daniel Kantor are also included.

The following series have been identified: finances, adult programs, film programs (prior to the Detroit Film Theatre), visitor services (primarily attendance statistics for museum exhibitions and bookings for all events), box office statistics, curatorial files, Detroit City Theatre Association records, promotional work, publications (scripts and theatre journals). 81 cubic feet.

DYT  The Detroit Youtheatre, 1964-1988

The Detroit Institute of Arts is one of the major houses booking children's theatre in the country. With an extensive school program, Show-on-the-Road, and weekend specials, its activity makes up a large portion of the performing arts at the DIA. Beginning with the puppetry programs in the early '50s, it now includes a variety of entertainments for children: live theatre, films, magic, dance, puppetry, and music. Michael Miners has been its director since 1964.

Production files for each show and departmental files for each season. 42 cubic feet.

MSC  The Music Records, 1954-1976

MSC/FSF  The Founders Society Concert Series (Mrs. Freeman), 1954-1978

Files of the Concert Series, directed by Edith Freeman, associate curator of music, contain the calendars, press releases, press kits, brochures and programs of events along with membership/patron card files. Some office files are included, however few reflect the daily administration of the concerts. Mrs. Freeman ran

25

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP090124

this concert series for the Founders Society but independently of the Performing Arts Department until 1979.  3.5 linear feet.

MSC/Blake  The Performing Arts Concerts Series (Dianne Blake), 1976-1978

Files of Concert (Dianne Blake, publicist for the Performing Arts Departments) consist primarily of press releases, clippings and publicity preparations for concerts during the transition from Founders Society to Performing Arts Department direction.  2 linear feet.

MSC/Bloom  The Music/Bloomfield Records (Greg Bloomfield), 1975-1976

The Music/Bloomfield Records document the expanding music activities of the Performing Arts Department. Beginning with Brunch with Bach the department now sponsors Jazz at the Institute, a classical concert series, and Sunday Afternoons along with special concerts and entertainments to accompany the museum's special exhibitions.

Brunch with Bach records,  1 linear foot.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP090125

# RECORDS OF THE ADMINISTRATIVE AND SERVICE DEPARTMENTS

These departments serve to support curatorial maintenance and scholarly research as well as to extend the museum's services to the general public. The oldest departments are Education (though it began as an adjunct school rather than a department), the office of the Register and the Research Library. The departments of Public Relations, Publications and the laboratories for Photographic and Conservation Services were developed in the '60s and early '70s. Project Outreach served as a special two-year project at the same time. The Archives and Record Center was established in 1978, the Centennial Coordinator and Special Media Projects in 1982, and Exhibitions and Design in 1985.

ARC   The Archives Department Records, 1978-1984

> Departmental files. Subjects include the creation of the department, and various departmental projects. 5 cubic feet.

*CEN  Records of the Centennial Coordinator (Reilly Rhodes), 1979-1983

> Reilly P. Rhodes was appointed Centennial Coordinator at the Detroit Institute of Arts in November, 1982
>
> The records contain social and professional correspondence relating to the Centennial celebration (April, 1985 to June, 1986).
>
> Subjects include general office correspondence, research, other organizations; Centennial Committee and meetings, and exhibitions held or sponsored by the museum during the Centennial period. 3 linear feet.

CON   The Conservations Records, 1962-1987

> Files of S.N. Hlopoff, Decorative Arts Conservator, 1968-1975, James Greaves, conservator from 1969-1970, Abraham Joel, and Barbara Heller.
>
> Subjects include DIA environmental controls; exhibition procedures; renovation and other conservation techniques; conservation training programs; routine administrative and work files. 10 cubic feet.

DES   Exhibitions and Design Records, 1983-1986

> Louis Gauci joined the staff of the museum in 1984 as chief Designer, and became Group Director of Exhibitions and Design in 1985.

13-53846-tjt   Doc 7111-10   Filed 08/27/14   Entered 08/27/14 16:56:29   Page 30 of 51

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP090126

His responsibilities include coordinating all administrative aspects of exhibition and design activities. The Exhibitions and Design Department also assists in the design and installation of permanent galleries.

The files consist of general correspondence concerning exhibitions, contracts, commissions, budgets and new gallery installations. 4 cubic feet; 6 architectural models.

See also the Records of Susan K. Weinberg (FLS/WNB).

DCP   Detroit City Personnel Records, 1971-1989

Correspondence, employee records. 13 cubic feet.

ED    The Department of Education Records, 1936-1989 (1950-1989)

*ED/WOOLF  The William E. Woolfenden Records, 1945-60

William Edward Woolfenden joined the Detroit Institute of Arts in 1945 as a junior curator. In 1948 he became Assistant Curator of Western Art, Assistant Curator of American Art in 1949. and Curator in Charge of Education in 1950. He resigned in 1960 to accept the post of assistant director of the Archives of American Art, and in 1964,director. He retired from the Archives in 1983.

The records consist primarily of administrative correspondence and exhibitions during Woolfenden's tenure as Assistant Curator and Curator of Education. 3 linear feet.

ED    The Department of Education Records, 1936-88 (1953-88)

The education records show how the department functions to interpret the museum's collections and promote interest in the knowledge of art. Among the programs under the department's responsibility are Statewide Services, tours, lectures, slide and film presentations for art classes, Art to the Schools, and exhibitions. The files include the papers of Elizabeth Payne (1953-1963), Virginia Harriman (1962-1971), Richard Muhlberger (1972-1976), Linda Downs and others (1969-89).

Brochures, correspondence, newsletters, photographs, films, published materials, drafts for the Bulletin,

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                    DIAINSP090127

drafts of departmental history, press releases, reports, scripts and summaries. 121 cubic feet.

LIB   Records of the Research Library, 1919-1977 (1950-1977)

Files of Agnes Savage, Carol Selby, and Warren Peters.

Included are financial records and departmental files, including reports, gifts and funds, library committee. 13 cubic feet.

MED   Special Media Projects Records, 1979-1983

The special media project was initiated by DIA director Frederick J. Cummings in 1981, but was never formally established, although it became a <u>de facto</u> department. The project was headed by Dennis Bogorad.

The major accomplishments of the project were two short films based on the exhibitions <u>Between Continents/Between Seas: Art in Ancient Costa Rica</u> and <u>From a Mighty Fortress: Prints and Drawings from the Veste Coberg Collection.</u>

The records primarily consist of the administrative files of Dennis Bogorad. They document several film projects and Bogorad's attempts to establish a distribution network for film and video sales. Also included are scripts, films, and video tapes. 3 linear feet.

PHL   The Photography Laboratory Records, 1950-1961; 1975-1978; 1983-89

Files of Sylvester Lucas, Nemo Warr, and Dirk Bakker.

Subjects include budget, commercial photography advisory committee, exhibition and departmental correspondence. 3 cubic feet.

PHS   The Photo Service Records, 1961-1972

Requests for photographs of various DIA art objects and for permission to reproduce these photographs in various publications and academic presentations. Heavily sampled and arranged alphabetically by name of requesting institution. 1 cubic foot.

29

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     DIAINSP090128

**PO**    Project Outreach Records, 1968-1971

> The first grant-supported statewide services program of the DIA was directed by Dr. Irwin Gross. Later integrated into the Education Department's responsibilities, this project served to expand the DIA's influence, exhibitions and performance programming throughout the state of Michigan.
>
> Correspondence, monthly reports and evaluations. 1.5 linear feet.

**PR**    The Public Relations Records, 1928-1984 (1935-1984)

> \*PR/Morse:   Records of John Morse, 1928-1962 (1935-1941; 1960-1962)
>
> > Files of John D. Morse, radio and museum instructor, who performed the functions of public relations before the Communications Department was created in the early 1960s.
> >
> > Correspondence, photographs, audio tapes and numerous printed materials (brochures, pamphlets, press releases, etc.), which served to publicize programs, exhibitions and various other aspects of the DIA.
> >
> > Topics include the radio talk show "The Human Side of Art" (1936), lantern slide programs (1937-1938), media coverage of the <u>Masterpieces of Flemish Art</u> exhibition (1960). 2 linear feet.

**PR**    Records of Margaret DeGrace and Lisa Steele, 1964-1989

> The files of Margaret DeGrace, Mary Stevenson and Lisa Steele document the promotion of special exhibitions and events, including biographical statements of guest artists and dignitaries, extensive photo coverage, press releases, clippings and videotapes. 39 cubic feet.

**PR/Hubbell:**   Records of Mary Hubbell, 1975-1978

> The files of Mary Hubbell document the promotion of statewide activities for Show-on-the-Road performances and exhibitions. 4 cubic feet.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      DIAINSP090129

PR/Rodgers: Records of Robert Rodgers, 1966-84

Records include the "You Gotta Have Art" ad campaign (1977) and state legislative lobbying. 3 cubic feet.

See also PR/DeGrace.

PUB   The Publications Department Records, 1891-1984 (1938-1984)

Publications of the Detroit Institute of Arts and the earlier Detroit Museum of Art are maintained in the central files. The Publications Department was formally established in 1972 with Susan Rossen as chief editor. Prior editors include William Bostick, Clyde Burroughs, Charles H. Elam, and Elizabeth Payne.

Files of Susan Rossen, Julia Henshaw, Cynthia Helms, Cynthia Jo Fogliatti, A.D. Miller, and Judith Ruskin. Also included is correspondence of Frances Forbes, 1949-58, regarding orders for publications.

Included are drafts of Bulletin articles, catalogues and checklists, annual reports, 30 cubic feet.

See also William Bostick (BOS), Clyde Burroughs (BUR), Charles H. Elam (REG), and Elizabeth Payne (ED).

REG   The Registrar's Records, 1882-1983 (1948-1988)

Files of Alfred B. LaPointe (1901-1948), Eleanor Ferry (1948-1963), Robert E. Springer (1964-1970), Marie Miller (19717-74), Charles Elam (1970-1977), Susan Weinberg, Michele Peplin, Karen Serota, Judith Schulman (DARIS), and Judith Dressel.

Sampled shipping records and inquiries, correspondence, exhibition loan agreements and photos; letters of acknowledgment for gifts of art to the DIA; loan records of the Detroit Museum Association 1905-1923, and the DIA, 1940s-1960s; accession/register books 1883 to the present; routine administrative records. 54.5 cubic feet.

Photocopies of artists letters. .75 linear foot.

Microfilm of accession cards, 1883-1963.146.

Of particular interest is one manuscript box of original autograph letters from artists (photocopies of which remain in the "art objects files") are maintained

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP090130

in the Registrar's vault.  See also Records of the
Founders Society:  Donor Files (FDO)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

DIAINSP090131

## RECORDS OF THE BUILDING

Mostly routine in nature, pertaining to the daily operation and maintenance of the Detroit Institute of Arts; related records and blueprints from the building superintendent's office.

See also the audiovisual section: Drawings, Prints and Plans (AVD).

BAC      The Building Contracts Records, 1962-1970

The records of Harold Shaw, Building Superintendent, and T.K. Hine, Staff Architect, consisting of building contracts and specifications for the construction of the South Wing (1962-1966), and the North Wing (1964-1970). The records are of business contracts, contract changes, financial, and general correspondence dating from 1962-1970.

Also, contracts and correspondence pertaining to other project as the Burglar Alarm System, Fire Alarm System, Kresge Court, Lawn Sprinkler System, Garage, and the Woodward Entrance Clerestory. The records date from 1943-1970, and are also those of H. Shaw and T.K. Hine.

Blueprints, sketches, and some photographs are included with the records. 1.5 linear feet.

See also Building Superintendent (BSP).

*BCR      The Paul Philippe Cret Records, 1919-1931

Paul Philippe Cret was the architect for the Detroit Institute of Arts building 1920-1927. Cret was associated with the Philadelphia firm of Zantzinger, Borie and Medary. Educated at the Ecole des Beaux Arts, he was also Professor of Architecture at the University of Pennsylvania.

Correspondence with members of the Arts Commission, Dr. Valentiner and others involved in the design and construction of the building; contracts and specifications for the construction of the building, and a small number of reports on the museum project. 2.5 linear feet. Also available on microfilm.

BRM      The Building Rental Manager's Records, 1943-1979

Records of the rental of the lecture hall and auditorium to community organizations are maintained by

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      DIAINSP090132

the building rental manager/secretary to the building superintendent.

Applications, correspondence, and programs or tickets for each rental, along with seasonal ledgers and some procedural memos. Weekly schedules of events, prepared by the rental manager, are located in the central files. 5 linear feet.

BSE     The Building Security Records, 1927-1979

Cards and record books of daily, monthly and annual attendance. Guard time sheets. General personnel records are maintained in the Building Superintendent's records. 2 linear feet.

BSP     The Building Superintendent's Records, 1928-1987

Files of Harold Shaw, Harold Stephens, J. Wilker, Larry Jackson, Tredick K. Hine (staff architect), and Emmett Hagood.

Routine operational records, including shipping records and catalogues for various exhibitions and art works, work orders, building renovation files, correspondence with staff and city departments, personnel/payroll records of the museum's city employees, union relations. A limited amount of material also deals with welfare wage work of the 1936-1938 Works Progress Administration. 26 cubic feet.

See also Building Contracts (BAC).

34

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                        DIAINSP090133

# RECORDS OF THE FOUNDERS SOCIETY ADMINISTRATION

Several departments have been created to assist the Founders Society support activities. These departments are mostly responsible for membership, fund raising, and non-curatorial activities at the museum.

The Founders Society Manager (Executive Vice President) oversees a growing complex of offices: Accounting, Activities Coordinator, Development and Membership, Data Processing, Personnel, Mail room, Marketing, Museum Shop, Print Shop, Rental Gallery, etc.

FAC     The Founders Society Activities Coordinator Records, 1963-1988.

           Files of Virginia Carter (1967-74), Eve Cockburn, and Joy Murray.

           Subjects include receptions, festivals, dinners, balls, luncheons, etc. for various events and exhibitions held at the DIA. 29 cubic feet.

FDM     The Founders Society Development and Membership Records, 1952-1989.

           The consolidated files are in the following series: 1. Office files (1952- ); 2. Membership groupings (auxiliaries, member/donor classifications, correspondence with members); 3. Membership solicitation (brochures, campaigns); 4. Membership benefits; 5. Corporate campaigns; 6. Membership reports, rolls, and ledgers (including 4 file cabinets of cards).

           Files of Stella Sommerfeld, Ted Chipps, Marianne DePalma, Boris Sellers, Greg Palka, Greg Salustro, Michael Fahlund, Paula Grubba, Donald E. Jones, Margaret Tallet, Mary Piper and Dianne Able.

           Subjects include grants, handicap accessibility, Family Art Game, events, Day Away with the DIA, auxiliary Services. 117 cubic feet.

           See also Founders Society Manager (FSM).

FDP     Founders Society Data Processing Files, 1972-1982.

           Files of Gerry Stockfleth, Jim Harley and Kirk Kingman.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER           DIAINSP090134

Membership ledger cards; monthly reports; early DARIS material. 21 linear feet.

FFA      The Founders Society Finance and Accounting Records, 1910-1985.

Consolidation of all financial records. The central files contain income and expense statements, budget preparations (including city budgets), auditor's and treasurer's reports, sample payrolls, accounting manuals.

The remaining archived records include banking records prior to 1919; building improvement projects, endowment documents, exhibition expenses, office files, earning records, representative documents, insurance files, tax returns and ledgers. 8 cubic feet; ledgers 1922-84.

FLS/Wnb    Founders Society Legal Services and Exhibitions, 1973-1985.

Susan K. Weinberg was appointed Group Director of Exhibition budgets and contract matters; all Founders Society legal services and contracts; exhibitions and design and Founders-funded capital projects.

Subjects include capital projects; galleries and building renovation; the Museum Computer Network and the proposed sculpture garden project. 11 cubic feet.

FMS      Founders Society Museum Shop and Marketing Records, 1979-1984.

Routine Administrative files. 10 cubic feet.

See also Public Relations (PR).

FPM      Founders Printing and Mailing Records, 1966-1984.

Plates and negatives for posters, calendars, etc. 7 cubic feet.

FRG      Founders Rental Gallery Records, 1950s-1987.

Primarily the records of the last manager, Agnes Derbin. Also included are rental cards from Mildred J. Grace, first manager of the Rental Gallery.

The files include inventories, the activities committee, exhibitions and financial records. 5.5 cubic feet.

36

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      DIAINSP090135

FSM     The Founders Society Manager Records, 1939-1983 (1959-1988).

Primarily the files of Boris Sellers and Joseph P. Bianco, Jr. (Executive Vice President).

Subjects include trustees and their committees and auxiliaries; departmental memos and reports; exhibitions and special events.   Includes North (1971) and South (1966) Wing dedications; Springwells Park property records (1959-1966); capital projects; endowment records; Centennial; Long Range Strategic Plan; acknowledgment letters Financial records are maintained as the Records of Founders Finance and Accounting (FFA).   46 cubic feet.

FSP     The Founders Society Personnel Records, 1965-1988.

Founders Society personnel files, insurance and pension plan records, Ford memorial, and appointment books of Frank Morgan, past Founders Society manager.   17 linear feet.

37

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP090136

# RELATED INSTITUTIONS AND ASSOCIATIONS

This record group contains the papers of organizations which have been related to the Detroit Museum of Art and the Detroit Institute of Arts in either nature or function. Included in this group are files of local performing arts organizations (e.g. Emma B. Ravilier School of Acting, Bonstelle Civic Theater), supportive institutions (e.g. the Metropolitan Arts Association, The World Adventure Series, the Photographic Salon Society and the Scarab Club).

*AH          The Alger House Records, 1937-1948

Alger House, located in Grosse Pointe Farms, was a gift of Mrs. Russell A. Alger and her children to the city of Detroit, and was opened to the public as a branch museum of the DIA on May 6, 1936. Alger House contained various permanent art collections, the most extensive being the collection of Italian Renaissance art. Special exhibitions were also held at Alger House. It also served as a social and organizational center for the area, housing the Detroit Garden Center. In July, 1948, due to difficulties, Alger House was deeded back to the Alger family. It now serves as the Grosse Pointe War Memorial.

Materials include the files of Perry Rathbone, curator 1937-1941, and John Newberry, curator 1940-1941; exhibition files 1936-1948, grounds and gardens data 1936-1940, and attendance records. 5.5 linear feet.

AQ          The Art Quarterly Records, 1938-1974

The Art Quarterly began publication in January, 1938, and was first edited by Dr. Valentiner. The DIA began the Art Quarterly "not as another museum organ, but to fill the need for a national publication devoted to the scholarship of art." Due to financial difficulties, Art Quarterly ceased publication after the spring 1974 edition.

Materials include layout sheets for various issues, articles submitted for publication, reviewer files, and routine subscription and financial information. 25 linear feet.

See also Records of the Directors, Edgar P. Richardson (RCH).

38

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

DIAINSP090137

BCT     The Bonstelle (Detroit) Civic Theatre Records, 1931-
        1933

        The Bonstelle Civic Theatre was opened by Miss Jessie
        Bonstelle on January 1, 1935.  During the early 1930s
        the Bonstelle Civic Theatre was in residency at the
        DIA.

        Records consist of promotional material, programs,
        newsclips, and financial data.  2 linear feet.

*EBR    The Emma B. Ravilier Records, 1897-1949

        Ms. Ravilier was director of the Emma B. Ravilier
        School of Elocution and English Literature, later
        changed to the school of Acting, founded in 1897.  The
        object of the school was "to teach Elocution and
        English as an art."  Students were required to perform
        dramas and recitals which were open to the public.

        The records are primarily flyers for events of the
        school as well as other theatrical events in the
        Detroit area.  A few files include a lecture and play
        script.  The files are limited but provide some insight
        into the theatrical programs in Detroit in the early
        1900s.  1 linear foot.

MAA     The Metropolitan Arts Association Records, 1940-1955

        The Metropolitan Art Association began in 1940 and
        continued through 1955.  As a nonprofit organization,
        its purpose was to sponsor four lectures each year
        relating to the arts.  The entire series was self-
        sustaining and run by a volunteer board, of which
        William Bostick and Hawkins Ferry were key members.
        Lectures were held at the DIA.

        Incomplete ledgers, minutes, active membership cards,
        season brochures and correspondence.  .5 linear foot.

        See also City of Detroit Arts Commission:  William
        Bostick (BOS) and W. Hawkins Ferry Papers (FERRY).

*PMA    The People's Museum Association Records, 1932-1935

        The people's Museum Association was established on July
        6, 1932 to promote public interest in the Detroit
        Institute of Arts; and to aid in the funding of the
        museum and staff during the Depression.  The People's
        Museum Association sponsored a number of Cultural and
        educational programs.

39

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                                    DIAINSP090138

Membership was open to anyone paying the annual dues of $1. In February 1935, the association was dissolved because its advisory board felt that it was no longer needed to fund the museum.

Minutes, financial records and membership data. The minutes are contained in a bound scrapbook along with the Articles of Incorporation and Certificate of Dissolution. Of special interest are some speeches and a pamphlet defending the Diego Rivera murals. Some routine financial records. 1 linear foot.

*PSS    The Photographic Salon Society Records, 1932-1945

On May 1932, the Detroit Free Press in collaboration with Detroit, Lansing and Grand Rapids Camera Club, held the first in a series of photographic exhibitions at the DIA. In 1933 the Institute established the Detroit International Salon Exhibition, an annual event at least 1949. The stated purpose of the exhibitions was to explore and promote photography as an important art form.

Bound registers of patrons and visitors to the exhibitions, annual catalogues and drafts, photographs, correspondence concerning the use of the exhibited photos, announcements, and entry forms. 1 linear foot.

*SC    The Scarab Club Records

Index cards for objects in a Scarab Club exhibition. .5 linear foot.

See also City of Detroit Arts Commission: Clyde Burroughs (BUR).

TM    The Tuesday Musicale Records, 1885-1942

Records of one of the most enduring chamber music societies in Detroit have been removed to the Detroit Public Library where companion records have been maintained. The Tuesday Musicale recitals continue to be held regularly in the DIA Lecture Hall.

*WAS    The World Adventure Series Records, 1933-1962 (1943-1952)

Growing out of a series of Sunday afternoon programs at the DIA, the World Adventure Series was started in 1933 by George Pierrot to aid the Institute during the

40

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    DIAINSP090139

Depression by bringing in larger audiences. Pierrot was functioning at the time as a volunteer public relations director for the Institute. Interest grew when the prior miscellany of talent involving music and talks was replaced by Pierrot's series of high grade explorers and scientists. The World Adventure Series began as a project of the People's Museum Association, the Founders Society and the Institute staff. It evolved into an independent function while continuing to support the finances and promotion of the DIA. In July 1979 Pierrot announced his retirement at the age of 81 and responsibility for the World Adventure Series was assumed by the Founders Society.

Programs, receipt records, press releases and notices. Of special interest is the guest register, which contains comments from the audiences; records of the Michigan Insect Zoo begun by George Pierrot. .5 linear foot.

See also City of Detroit Arts Commission: Clyde Burroughs (BUR) and Edgar P. Richardson (RCH).

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP090140

# COLLECTIONS OF PERSONAL PAPERS

This record group consists of personal papers of individual staff members and patrons. In some cases, the content of the papers is closely related to documents of other record groups and therefore the full description of these papers is given elsewhere.

EPP      The Ellen Proctor Papers. See Records of the Performing Arts.

FERRY    The W. Hawkins Ferry Papers 1943-1987.

W. Hawkins Ferry became a trustee of the Founders Society in 1960, chairman of the Friends of Modern Art in 1965 and a life trustee in 1984. He had previously served as chairman of the Metropolitan Art Association (1947-55), and honorary curator of architecture at the DIA, beginning in 1943. He was also active on a number of other civic committees, including the advisory board for Historic Landmarks and Districts of the City of Detroit, the Dodge Fountain selection committee and Art in the Stations (People Mover).

The papers include minutes, correspondence, and clippings on the Metropolitan Art Association (1943-55); correspondence, exhibitions, lectures and projects sponsored by the Friends of Modern Art, correspondence relating to Founders Society committees, and the Modern Art Department; correspondence with dealers and artists about works for the DIA and his personal collection. There are also notes, manuscripts, photographs and printed material relating primarily to his work on architecture, including photographs for his book The Buildings of Detroit, 1968 (rev. ed. 1980). 18.5 linear feet.

MACAULEY  The Alvan Macauley, Jr. Papers, 1951-1977 (1953-1977)

Alvan Macauley was a trustee of the Founders Society from 1950-1982 and was a life trustee from 1975-1982. During this time he held the positions of the Treasurer (1951-1955), the President of the Founders Society (1956-1960), and the Vice-President (1961-1969). He was also on the Arts Commissioners Advisory Board from 1962-1976 and was a member of the Joint Museum Collections Committee, having served as it's European Chairman. Other auxiliary groups and committees include the Building Plans Committee, Executive Committee, and the Friends of Modern Art.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

DIAINSP090141

Correspondence, reports, press releases, and clippings pertaining to the Founders Society, acquisitions of art objects, memberships, patrons, North Wing Expansion, Friends of Modern Art and the 59th Michigan Artist's Exhibition. Important material on the acquisition of the Caravaggio, <u>The Conversion of the Magdalen</u> and other art works in the collection. Correspondence with Frederick Cummings, E.P. Richardson, Willis Woods and Edward Rothman. .5 linear foot.

Mcp/M    The Marjorie Batchelder McPharlin Papers. See Records of the Performing Arts.

MOR    The Charles Moore Papers. See Records of the Directors.

PA/McI&II    The Paul McPharlin Papers. See Records of the Performing Arts.

POR    The Monica E. Porter Collection, 1947-1970

Research files for an unpublished manuscript.

Correspondence, notes, etc. on Isabel Weadock, Adele Weibel and Agnes Savage. .5 linear foot.

SARG    The Anthony Frederick Sarg Papers. See Records of the Performing Arts.

SAVAGE    The Agnes B. Savage Papers, 1877-1935 (1930-1935)

Miss Savage was librarian at the DIA 1927-1947. Mostly correspondence relating to family or personal affairs from 1930-1935, especially Savage's trip to the United Kingdom in 1930. A card index of Detroit Symphony programs. .5 linear foot.

TANNAHILL    The Robert Hudson Tannahill Papers, 1893-1970

Robert Tannahill was a major benefactor of the Detroit Institute of Arts, enriching its collection with 1000 works of art and an endowment that continues to contribute over $3000,000 each year. He served on the Arts Commission from 1930-1962 and on the Founders Society Board of Trustees from 1931-1969, as well as giving his time as honorary curator of American Art in the 30s and later in the 50s and '60s to the Archives of American Art.

43

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

DIAINSP090142

Personal papers, including correspondence with Paul Grigaut, curator (CUR/GRI), health records, passport and memorabilia, correspondence with dealers, dignitaries, and artists. 4.5 linear feet, 1 box photo albums.

See also Founders Society Law Office Records (FSL/Tan).

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

DIAINSP090143

## AUDIOVISUAL AND SPECIAL RECORDS

Audiovisual and special records are those items which, because of unique physical characteristics or format, require special handling, separate locations, or special description.

The Record group is comprised of the following:

         (AVA)   Audio tapes
         (AVD)   Drawings, Prints, Plans
         (AVM)   Microfilms
         (AVO)   Other objects, misc.
         (AVP)   Photographs, slides, transparencies,
         videotapes and films
         (AVS)   Scrapbooks
         (AVX)   Ephemera
         (Z)     Bound volumes

### AVA Audio tapes

Acquisition of audio tapes is ongoing. The archives receives tapes of lectures, tours, seminars and special performances associated with exhibitions on a regular basis.

### AVD Drawings, Prints and Plans

The first building of the Detroit Museum of Art was designed by the Canadian architect James Balfour (1854-1917). Located on East Jefferson Avenue and Hastings Street in Detroit, it opened to the public on September 1, 1888. Major architectural additions were made in 1894, 1897, and 1905.

Records include plans and elevations of the Detroit Museum of Art, April 1887, now located in Graphic Arts. See also Director Griffith Records (GRI).

The present museum building was designed by architect Paul Philippe Cret in association with the Philadelphia firm of Zantzinger, Borie and Medary. The building located on Woodward Avenue between Kirby and Farnsworth was opened to the public on October 7, 1927. Two major additions were made to the building in 1966 (the South Wing) and in 1971 (the North Wing), both designed by Harley, Ellington, Cowin and Stirton.

Plans and elevations, also blueprints, positive and negative photostatic prints of the building, 1920 and later.

45

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP090144

Blueprints are also maintained by the Building
Superintendent, the Graphic Arts department, the
Research Library, the current architects and the City
of Detroit.

Also included are installation plans for special
exhibitions, posters and prints of exhibitions, museum
shop and Performing Arts.

See also Records of the Building.

AVM Microfilms

Microfilms of minutes of the Founders Society Board of
Trustees, 1885-1971, the Arts Commission 1919-1976 (6
reels) and selected collections as listed with the
subgroup (11 reels).

Refer also to the Archives of American Art, microfilm
rolls D-15 to 20 for DIA scrapbooks, 1919-1957.

AVO Other Objects

This miscellaneous category contains three dimensional
architectural models of the Detroit Institute of Arts
and other special records whose formats do not conform
to other subgroups.

AVP Photographic Records (including slides,
transparencies)

Positive photographic prints and negatives, slides,
transparencies and oversize photographic records.
Stereographs of the Detroit Art Loan Exhibition of 1883
and other late 19th century views of the museum
building, galleries, collections and staff are
especially important.  Videotapes and films are also
included.

AVS The Scrapbooks

Scrapbooks of clippings and printed materials relating
to the DIA, the Detroit Museum of Art, and the Detroit
Art Loan from 1882 to 1987; Show on the Road,  Mrs.
Charles Moore's lectures, membership campaign; special
funds (the Golden Book).

46

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP090145

AVX Ephemera

Special documentary formats such as passports, proclamations, resolutions, eulogies; memorabilia of various sorts, e.g. Tannahill materials; Stearns, Art School.

Z The Bound Volume Records

Miscellaneous financial ledgers (1930s-60s); financial records of the Art School, 1889-90. Of particular significance are minutes of the Art Loan Association (1876) and 19th century records of meetings of the Executive Committee, Building and Grounds Committee and Collections Committee. The Archives maintains an inventory of bound volumes of minutes, registers, and ledgers stored in other museum offices. See also the central files for DIA publications and the Records of the Founders Society and City of Detroit Arts Commission for minutes.

## CENTRAL FILES SECTION

The Central Files, a special section of the Museum Archives, consists entirely of published or duplicate items which have been collected by the Archives staff for the purpose of quick reference to many common requests. The files are not comprehensive in all cases, but continue to be added to.

1. <u>Minutes</u>: (paper copies) of all governing bodies and committees, along with available agendas and attachments. The bound volumes of minutes are kept in museum vaults. Microfilm copies are available through the early '70s.

2. <u>DIA Publications</u>: <u>Bulletins</u>, exhibition catalogues, <u>Art Quarterly</u>, guides to the art collection, and publications about the DIA; by the staff, and about related institutions.

3. <u>Calendars and press releases</u>: (includes weekly schedules, monthly calendars).

4. <u>Biographical files</u>: lists of staff and other museum personnel; individual biographical files including clippings, press releases, resumes. Corresponding photo files are maintained in the Audio-Visual Section.

5. <u>Exhibition data</u>: other than catalogues: checklists and a complimentary set of promotional materials for each exhibition.

47

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
DIAINSP090146

6. <u>Related institutions materials</u>: relating to activities and information about the city of Detroit, other cultural organizations, and other museums. Clippings, pamphlets, and promotional materials.

7. <u>Building and grounds</u>: Files on various parts and additions to the building; clippings, openings, ground breaking. Building policies are included.

8. <u>Events and activities</u>: organized by three types of events: Events-Series, Events-special events, Events-by season.

9. <u>Visitor orientation</u>: includes gallery guides, floor plans, general public relations (not specific events listed at #8).

10. <u>Founders Society</u>: auxiliaries and committees; special functions.

11. <u>Administration</u>: memos to staff and department heads, personnel lists, representative documents.

12. <u>Financial reports and data</u>: including budgets, income and expense statements, and sample payrolls. A cabinet of ledgers is included.

13. <u>History</u>: material relating to various aspects and events in museum history.

14. <u>Clipping file</u>: museum related clippings, c. 1979-1985

RECORD CENTER

Most record groups include non-archival records having only short term value to the department or museum administration. Rather than becoming part of the permanent archives, these records are maintained in the Record Center section and are scheduled for regular disposal. Typically the following subgroups have records scheduled for disposal: ACA, BSE, BRM, BSP, FDM, FDP, FFA, FSP, REG. The retention and disposal schedules are summarized in reports prepared for each subgroup, and are available for review.

48

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      DIAINSP090147