**Exhibit 3285**

**Letter with Standard Purchasing Agreement, dated August 21, 2000**

WEIL:\95071879\3\45259.0007

2000.85

August 21, 2000

Adrian Sassoon
14 Rutland Gate
London SW71BB

Dear Mr. Sassoon,

Enclosed please find a Purchase Agreement that has been filled in by the European Sculpture and Decorative Arts department. Please have the appropriate person sign where indicated and return it to me in the enclosed, self-addressed envelope as soon as possible.

Your piece is to be presented at upcoming Collections Committee and Board of Directors meetings. Should this piece be accessioned, we will need to have the completed Purchase Agreement in our possession in order to promptly process the payment.

Please do not hesitate to call me if you have any questions.

Yours sincerely,


Orian O'Meara
Assistant Registrar
Tel: (313) 833-9184
Fax: (313) 833-2357


Enc.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                              DIAINSP063284



# THE DETROIT INSTITUTE OF ARTS
*5200 Woodward Avenue, Detroit Michigan 48202* • *Phone 313-833-7900* • *Cable DETINARTS*

## Standard Purchase Agreement

__Adrian Sassoon_____, (hereafter referred to as Owner) agrees to sell to the Founders Society Detroit Institute of Arts (The Society) of 5200 Woodward Avenue, Detroit, Michigan 48202, United States of America, all of the Owner's rights, title and interest in and to the art object(s) described below, including without limitation all rights of copyright in and to the object(s) under the laws of all the countries of the world and any extensions and renewals of such copyright.

### Description of Object(s)

ARTIST: Medici Manufactory

TITLE: Ewer (brocca)

DATE: c.1575-1578

MEDIUM AND MATERIALS: soft-paste porcelain with underglaze blue decoration

DIMENSIONS (H × W × D): H. 13 3|4

The Owner hereby represents and warrants that the Owner is the sole owner of the Object(s) and all copyrights therein and has the full right and authority to enter into this agreement and to grant the rights herein granted, free and clear of any liens, claims, restrictions, encumbrances or litigation; that in the event the Object(s) have been imported into the United States from any foreign country, such importation does not violate the laws of the United States or of the country of export; that to the best of the Owner's knowledge the Object(s) is(are) as described herein, is(are) not a forgery, is(are) original(s) created by the Artist named herein, and that the Society's use of the Object(s) will not infringe upon or violate the rights of any person or entity. At Society's request, Owner hereby agrees at all times to defend, indemnify and hold harmless the Society and its successors, licensees and assigns from and against any and all claims, liability, damages, losses and expenses which may arise from any breach or alleged breach of any representation, warranty or agreement made by Owner hereunder, or from the use of exploitation of the Object(s) as permitted hereunder.

On condition that Owner is not in breach or default hereof, Society agrees to pay to Owner and Owner agrees to accept, as full consideration for all rights granted to Society in and to the Object(s),and all of Owner's representations, warranties and agreements hereunder, the sum of $__1,500,000_____. Said sum shall be payable promptly following Owner's delivery to Society of this agreement and the Object(s) and acceptance of this agreement by the Founders Society Detroit Institute of Arts Board of Trustees.

Society and its successors and assigns will have the right to treat or administer the Object in any manner Society in its sole judgment may choose, including without limitation full powers of management, display, use, conservation and disposition by Society in its sole discretion.

If the foregoing correctly reflects our agreement, please so indicate by signing in the space provided below.

_(signature)_

Address: __14 Rutland Gate__
__London SW7 1BB, UK__

ACCEPTED AND AGREED TO:
Accepted by authority of the Board of Trustees

this _____ day of _____, 19_____

**Founders Society Detroit Institute of Arts**

By: _____

Its: _____

Return to FSDIA

13-53846-tjt   Doc 7111-13   Filed 08/27/14   Entered 08/27/14 16:56:29   Page 3 of 3

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                           DIAINSP063285