**Exhibit 3560**

**Acknowledgment of Gift, dated September 17, 1923**

## Acknowledgment of Gift    No.............

### THE DETROIT INSTITUTE OF ARTS
#### OF THE CITY OF DETROIT

................Sept. 17th, 1923..............

Received from.....Mrs. Mary E. Gibbs and Mrs. Jane P. Williams

204 Erskine Street.

the objects described below, offered to the Institute as a gift, subject to the conditions printed on the back of this receipt.

THE DETROIT INSTITUTE OF ARTS

By..................

| No. | DESCRIPTION OF OBJECTS | VALUE | |
|---|---|---|---|
| 1 | Gold Watch | | |
| 3 | Gold rings with hair entwined | | |
| 5 | Table spoons (silver) | | |
| 12 | Tea spoons " | | |
| 2 | Sugar tongs " | | |
| 1 | Ladle " | | |
| 1 | Torch (?) | | |
| 2 | Tile | | |
| 1 | Porringer (pewter) | | |
| 1 | Necklace (Hair) | | |
| 2 | Bracelets " | | |
| 1 | Belt and Buckle " — Ring. | | |
| 3 | Combs | | |
| 1 | Oil painting Portrait of donor's mother. | | |
| 1 | Handkerchief | | |
| 1 | Painted Scarf | | |
| 4 | Bonnets | | |
| 1 | Tobacco pouch (owned by Sitting Bull) | | 1 by Doré |
| 280 | Photographs  By" (Bourne &?) | | 17 after Doré |
| 21 | Engravings (by Doré 18) (Giseri 1) Long 1) Lapi 1) | | |
| 5x | Books (Philadelphia City Directory) to Historical Society of Pa. Philadelphia. | | |
| 2x | Newspapers (Sent to Wm. Sumner Appleton, Society for the Preservation of New England Antiquities.) Boston. | | |
| 23,52A 1 | Table, Gate-leg type, drop leaf. rosewood | | |
| 118 | Coins - Silver and Copper | | |
| 1 | Confederate $100 bill | | (the Ridgway - Esq) |
| 1 | U. S. Fractional currency .10 | | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    DIAINSP048668

## CONDITIONS UNDER WHICH GIFTS ARE ACCEPTED BY THE DETROIT INSTITUTE OF ARTS.

I. Objects offered as a gift must be approved by the Arts Commission before they may be received by the Detroit Institute of Arts.

II. Gifts shall be received in fee simple and without restrictions, and they shall be used in such manner and place and such disposition of them shall be made as the Arts Commission may deem advisable.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    DIAINSP048669