UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| In re: | ) |
| | ) Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN | ) |
| | ) Chapter 9 |
| Debtor | ) |
| | ) Hon. Steven W. Rhodes |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the County of Macomb, Michigan, by and through its County Agency, the Macomb County Public Works Commissioner and The Macomb Interceptor Drain Drainage District (collectively, the "Macomb Parties") filed (a) *Supplemental Objection to Sixth Amended Plan for The Adjustment of Debts of The City of Detroit* [Dkt. No. 7039] (the "Supplemental Objection") on August 25, 2014; and (b) *Pre-Trial Brief In Support of Objections to Sixth Amended Plan for the Adjustment of Debts of the City of Detroit and the Assumption of Sewer Contracts* [Dkt. No. 7115] (the "Pre-Trial Brief") on August 27, 2014 with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record. The Macomb Parties also served the Supplemental Objection on August 25, 2014, and the Pre-Trial Brief on August 27, 2014 via electronic mail transmission on Debtors' counsel listed below:

| David Heiman - dgheiman@jonesday.com | Heather Lennox – hlennox@jonesday.com |
|---|---|
| Tom Wilson – tawilson@jonesday.com | Bruce Bennett – bbennett@jonesday.com |

| Geoffrey Irwin – girwin@jonesday.com | Gregory Shumaker – gshumaker@jonesday.com |
|---|---|
| Jonathan Green – greenj@millercanfield.com | Stephen LaPlante – laplante@millercanfield.com |

Dated: August 27, 2014

                         DECHERT LLP

                         By: /s/ *Allan S. Brilliant*
                         Allan S. Brilliant
                         Stephen M. Wolpert
                         1095 Avenue of the Americas
                         New York, NY 10016
                         Telephone: (212) 698-3500
                         Facsimile: (212) 698-3599
                         allan.brilliant@dechert.com
                         stephen.wolpert@dechert.com

                         *Attorneys for County of Macomb, Michigan by and through its County Agency, Anthony V. Marrocco, the Macomb County Public Works Commissioner and the Macomb Interceptor Drain Drainage District*