## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
-----------------------------------------------------x
                                      :
In re                                 :            Chapter 9
                                      :
CITY OF DETROIT, MICHIGAN,            :            Case No. 13-53846
                                      :
                 Debtor.              :            Hon. Steven W. Rhodes
                                      :
                                      :
-----------------------------------------------------x
```

## CITY OF DETROIT'S RESPONSE IN OPPOSITION TO SYNCORA'S MOTION TO EXCLUDE THE TESTIMONY OF JOHN W. HILL

Syncora Capital Assurance Inc. and Syncora Guarantee Inc. (together, "Syncora") concedes that the City's CFO, John W. Hill, may offer the vast bulk of his testimony, including his fact testimony regarding the City's Consensus Revenue Conference Report that he and his staff compiled. *See* Syncora Motion to Exclude ¶ 1. Syncora nonetheless seeks to exclude Mr. Hill's expert testimony on two discrete issues: (1) that revenue estimates in the baseline Ernst & Young (EY) forecast for FY 2014-2016 are "consistent with" estimated revenues in the Consensus Revenue Conference Report and (2) that certain estimates of projected expenses and revenues for the restructuring and reinvestment initiative are "reasonable." *Id.* ¶ 1.

Syncora fundamentally misunderstands Mr. Hill's opinions and ignores his knowledge, skill, and prior experience as a reliable basis for his opinions. The Court should deny Syncora's Motion and admit Mr. Hill's reliable and helpful expert testimony.

## I. BACKGROUND

1.     Mr. Hill is the Chief Financial Officer ("CFO") for the City, appointed by the City's Emergency Manager (the "EM") in November 2013. Mr. Hill reports directly to the EM and oversees a staff of over 250 City employees and outside advisors. Mr. Hill also coordinates with, among others, the City's financial and operational restructuring advisors, Ernst & Young LLP ("EY") and Conway MacKenzie, Inc. ("Conway"). As CFO, Mr. Hill oversees, manages, and controls all financial and budgetary aspects of the City, and few people know the City's finances better than Mr. Hill does.

2.     Mr. Hill has over 30 years of professional experience in accounting, auditing and financial matters, including significant management expertise in public sector accounting, municipal budgeting, and restructuring government operations and finances. Hill Dep. at 18:6 – 23 (Attached hereto as Exhibit A).

3.     Mr. Hill previously played a leading role in restoring financial and operational vitality to the District of Columbia ("DC") when it was experiencing a severe fiscal crisis. Starting in the mid-1990s, while serving as a Director of the Financial Management Policies and Issues, Accounting and Information

-2-

Management Division, of the United States General Accounting Office (the "GAO"), Mr. Hill was the GAO's chief witness before Congress regarding the DC's financial and operational crisis.  Hill Dep. at 15:23 – 16:12.  He was intimately involved in the research, development, and implementation of the DC Financial Control Board (the "DC Control Board"), which was created by President Clinton on April 17, 1995.  The purpose of the DC Control Board was to eliminate DC's budget deficits and cash shortages, assist DC in restructuring its government operations to achieve more efficient and effective service delivery, and ensure DC's economic viability.  *See generally* District of Columbia Financial Responsibility and Management Assistance Act of 1995, Pub. L. No. 104-8, 109 Stat. 97.

4.      Mr. Hill served as the DC Control Board's first Executive Director from 1995 through 1999.  In that capacity he was responsible for overseeing essentially all aspects of DC's finances and operations.  Hill Dep. at 204:23 – 205:12.  He also managed a staff of 35 employees, testified before Congress numerous times, and coordinated his efforts with the City's elected leaders, Control Board members, members of Congress, the Office of the President, and other business and community leaders.  Among his responsibilities was supervising the development of DC's forecasting, budget restructuring and implementation, and service delivery revitalization.  *See generally* Hill Dep. at 20:15 – 18; 22:13 – 18.

5.     Mr. Hill is engaged in many of the same activities and analyses today. Hill Dep. at 20:15 – 18; 22:13 – 18; 192:10 – 17;  314:12 – 17.  Mr. Hill considers his prior experience as a significant component of his testimony and, in providing his opinions and analysis as a witness in this proceeding, he "brings all of [his] knowledge about those other experiences and the current situation in Detroit to bear."[1]  Hill Dep. at 15:18 – 20.

6.     The City intends to offer Mr. Hill as an expert in municipal finance and restructuring.  As part of the City's arguments in support of the feasibility of the City's proposed Plan for the Adjustment of Debts (the "Plan"), the Court will need to hear expert testimony regarding the City's budget formulation and projection process, EY's and Conway's involvement in that process, and whether the City can afford to fund normal municipal operations, make the payments to creditors contemplated under the Plan, and invest in the City so that it provides adequate services to its residents and businesses.

---

[1] Mr. Hill will also testify about his private sector experience relevant to the formation of his opinions.  For example, in addition to serving as Detroit's CFO, Mr. Hill is also on the Board of Directors of CoStar Group (NASDAQ – CSGP) ("CoStar") and serves as the Chair of CoStar's Audit Committee.  In this role he is considered an "audit committee financial expert" as defined by regulations promulgated by the Securities and Exchange Commission based on, among other things, his experience, qualifications, and skills. As Chair of the Audit Committee Mr. Hill assists the CoStar Board in fulfilling its oversight responsibilities as to accounting policies, internal controls, audit activities and reporting practices.

## II. ARGUMENT

7. As it pertains to this motion, Mr. Hill will offer three expert opinions:

    (a) The City will have projected revenues and expenses for its 2014, 2015, and 2016 fiscal years as set forth in its March 18, 2014 Revenue Consensus Conference Report (the "RCCR"), attached to Syncora's Motion to Exclude at Exhibit 6D. The RCCR is a standard process used by the City and other Michigan municipalities to project their financial position. In this case, the conclusions of the RCCR also were reviewed and unanimously accepted by the Detroit Financial Advisory Board.

    (b) The assumptions underlying the RCCR are reasonable.

    (c) The estimates made by the RCCR are consistent with the EY baseline scenario revenue projections made by EY for those years.

8. Syncora's attack is an almost-studied misconstruction of Mr. Hill's expert report and opinions. Syncora argues that Mr. Hill has no reliable basis to testify as an expert on EY's forecasts (or whether those forecasts are consistent with forecasts he oversaw the development of as the City's CFO and outside of EY's work). Syncora Motion at ¶ 1. Syncora also complains that Mr. Hill "improperly vouches" for the EY expert opinions and thus is providing cumulative, duplicative, and irrelevant evidence. Syncora Motion at ¶ 2.

9. At the outset, it is clear that Mr. Hill is an expert in this area. He has had years of private and public sector work, including relevant experience at the GAO, his years as the Executive Director of the DC Control Board, and his time as

the City's CFO. It would be difficult to locate a witness with greater experience in managing the finances of a distressed city.

10.    As an expert, Mr. Hill has the latitude to determine what facts and evidence are relevant to him in reaching his opinions. "The Federal Rules of Evidence allow an expert great liberty in determining the basis of his opinions." *United States v. L.E. Cooke Co., Inc.*, 991 F.2d 336, 342 (6th Cir. 1993). And, moreover, "where an expert's testimony amounts to 'mere guess or speculation,' the court should exclude his testimony, but where the opinion has a *reasonable factual basis*, it should not be excluded." *Id.* (emphasis added). Syncora's limited citations to Mr. Hill's deposition transcript omit passages of his deposition testimony where Mr. Hill testified that he brought his knowledge and experience to bear to formulate his opinions, conclusions, and analysis here.

11.    More basically, Mr. Hill's testimony will not constitute "improper vouching" for EY's forecasts. Instead, his opinion is that the RCCR – which used a fundamentally different methodology than EY's – can be compared on an apples-to-apples basis and reached essentially the same result.

12.    Finally, Mr. Hill's opinion testimony is relevant to the feasibility of the Plan. As the City's CFO, Mr. Hill will be responsible for implementing the Plan and ensuring there is enough money for the obligations the City will undertake in the Plan. It is difficult to see how the testimony of the City's CFO would not be highly relevant to Plan confirmation.

**A.** **Mr. Hill's Opinions Are Reliable And His Qualifications Provide A Foundation To Opine On the Plan, Its Projections, And Its Feasibility**

13.     Citing to a out-of-context snippet from Mr. Hill's deposition, Syncora argues that Mr. Hill cannot comment on the reasonableness of EY's forecasts because he has "not personally done any economic forecasting," Syncora Motion ¶ 13, and cannot "explain how the figures in his report were calculated," Syncora Motion. at ¶ 14.  Syncora is wrong and misrepresents the record.

14.     Mr. Hill's opinions regarding the reasonableness of EY's forecasts are premised upon his experiences, which include financial forecasting:

Q. Have you ever done forecasting for a city?

A. Yes, I have done.

Q. And was that the District of Columbia?

A. Yes.

…

Q. Have you ever forecast tax revenues before?

A. Yes.

Q. And was that at the City of – the District of Columbia?

A. Yes.

…

Q. Okay.  Does the City do any forecasting of expenditures?

A. Yes. Its budgets are forecasts of expenditures.

Q. And are those one-year forecasts?

A. No. Those are three-year budgets.

Q. Okay. So the City – the forecasting the City does is it does a three-year forecast of revenue and expenditures in its budget, and it does a three-year forecast of revenues in the consensus revenue estimate?

A. That's not accurate. The City does a three-year forecast of revenues in its – in the revenue consensus and then uses those revenues in its budget and then does a forecast of expenditures in the budget against those revenues.

Hill Dep. at 20:15 – 19; 22:13 – 18; 79:22 – 80:13.

15. As Mr. Hill also indicated in his deposition, he will be able to testify about the factors and extensive work that went into generating the calculations and why in his opinion those calculations are reasonable and facilitate the feasibility of the Plan:

Q. I guess, what are you planning to testify about at the confirmation hearing, if you know?

A. The testimony hasn't been prepared. It really will depend on preparation for confirmation. But in general, whether or not the items under the plan, that is, the restructuring initiatives under the plan, specific restructuring initiatives have the funding that's needed within the plan in order to be able to have them implemented over the time periods that are indicated in the plan. I would testify to that and would – as you know, the plan does not require any borrowings other than the ones that – the two that are in the plan over the first 10 years. And so the question is, are the – are the forecasts in the plans of revenue enough for the City to operate under the plan and also have enough funding to implement the – the Plan of Adjustment items that I'm specifically involved in the plan. So that's –

Hill Dep. at 76:22 – 77:20.

16.     Mr. Hill's testimony clearly is not based on "mere guess or speculation," and there is little doubt that his testimony will "assist the [court] in understanding the evidence or determining a material fact in question"—the feasibility of the Plan. *Rondigo, L.L.C. v. Casco Twp*, 537 F. Supp. 2d 891, 892 (E.D. Mich. 2008) (*citing Flanagan v. Altria Group, Inc.*, 423 F. Supp. 2d 697, 699 (E.D. Mich. 2005) and *Daubert v. Merrell Dow Pharm. Inc.*, 509 U.S. 579, 592-93, n. 10 (1993)).  Although Syncora remains free to argue with Mr. Hill about his work, "any weaknesses in the factual basis of an expert witness' opinion, including unfamiliarity with standards, bear on the weight of the evidence rather than on its admissibility." *L.E. Cooke Co., Inc.*, 991 F.2d at 342 (*citing Davis v. Combustion Engineering, Inc.*, 742 F.2d 916, 919 (6th Cir. 1984) and *Upjohn Co. v. Rachelle Laboratories, Inc.*, 661 F.2d 1105, 1112 (6th Cir. 1981)).

## B.     Mr. Hill Is Not 'Vouching' For Other City Experts Nor Is His Testimony Cumulative or Irrelevant

17.     As required by section 8-213 of the Detroit City Charter and section 3.1 of the Financial Stability Agreement between the City and the State, each year the City develops revenue estimations for the City's five major revenue sources for the succeeding three fiscal years.  These five revenue sources constitute over  60% of the City's annual general fund revenue.  Syncora Mot. to Exclude Ex. 6D at POA00538974.  As noted in Mr. Hill's expert report, Syncora Mot. to Exclude Ex. 6A, conference participants arrived at their estimations independent of each other

and EY.  The results of this process were within 1% to 2% of EY's forecasts for the same fiscal years, Syncora Mot. to Exclude Ex 6A at POA00002042.  As Mr. Hill testified during his deposition, the purpose of the revenue conference was to identify any "major differences between the Plan of Adjustment and what the conference was projecting" so as to make corrections to the Plan's projections and avoid a situation where EY's forecasts "have a revenue number that's there [but is not] expect[ed] to" be available to the City in the future.  Hill Dep. at 307:15 – 308:3.

18.    Syncora makes three arguments in an attempt to preclude the City from offering this testimony, all of which fail.  *First*, Syncora believes that Mr. Hill's testimony comparing the revenue estimation conference to EY's forecast "will add nothing beyond the testimony of the experts who actually created" EY's forecasts, thus constituting nothing more than vouching for the City's other experts.  Syncora Mot. to Exclude ¶¶ 16 – 17.  But this is a mischaracterization of the opinion Mr. Hill would give.  Mr. Hill will testify about the methodology he and the other revenue conference participants employed and their conclusions.  Since Mr. Hill also knows the methodologies used by EY, he is in a position to testify that the results reached by the two approaches are properly compared and, since EY and the RCCR reached almost the same conclusions, this corroborates the reliability of each approach.  Moreover, Mr. Hill has done more than review EY's expert report "from a macro level" – he has worked closed with EY and Conway

and while they will testify as to *how* their forecasts were created, Mr. Hill will testify as to *why* those forecasts make the Plan feasible from the perspective of the person who will be responsible for implementing the Plan if it is confirmed.

19.    The "improper vouching" cases cited by Syncora are inapposite. For example, in *In re James Wilson Assocs.*, 965 F.2d 160, 173 (7th Cir. 1992), the expert testimony was excluded not for improper vouching but because it was hearsay. In *Hartle v. First Energy Generation Corp.*, ___ F. Supp. 2d ___, 2014 WL 1007294, at *13 (W.D. Pa. Mar. 17, 2014), the court excluded the expert testimony because the proposed expert had done no independent analysis, had merely reviewed the other proposed experts' reports and examined their work "from the macro perspective," and was purporting to opine on the credibility of other experts.

20.    *Second*, Syncora thinks that the Court is better suited than Mr. Hill to perform the arithmetic necessary to compare the RCCR forecasts with those of EY. *Id.* ¶ 19. This, of course, misses the point. Mr. Hill's testimony would go to the more basic question of whether the two approaches are comparable and whether the results of one do or do not corroborate the other. This meets the threshold that "[e]xpert testimony is relevant…when it will assist the [court] in understanding the evidence or determining a material fact in question." *Rondigo,* 537 F. Supp. 2d at 892; *see also Hartle*, 2014 WL 1007294 at *3 *citing In re Paoli R.R. Yard PCB Litigation*, 35 F.3d 717, 745 n. 8 (3d Cir. 1994) (internal quotations omitted)

("[t]he standard for fit is not that high."). Mr. Hill's expert testimony meets this threshold.

21.     *Third*, Syncora questions the veracity of the RCCR results, suggesting that they were simply another version of EY's own work. However, Mr. Hill's deposition testimony rebuts this argument:

> Q. And the purpose of having Ernst & Young in the room was to make sure that the revenue estimates that Ernst & Young did – to make sure that the consensus group didn't adopt revenue estimates that were materially different from Ernst &Young's; correct?
>
> A. No.
>
> Q. What was the purpose of having Ernst & Young, then?
>
> A. To answer questions, if [conference participants] had any questions, of Ernst & Young. But it wasn't to influence the group.
>
> Q. And Mr. Naglick said, quote "EY (Shavi) takes part to keep the group on track with comparisons to Plan of Adjustment. They try to mainly listen to the point of view of participants, but then keep them from taking a totally different view from revenues in the plan." Is that an accurate statement of Ernst & Young's role?
>
> A. Not exactly. They were to explain what was in the plan so that – Ernst & Young's role, they were there to explain what was in the plan so that they would be able to understand what revenues were being projected as part of the plan and what revenues were being projected as part of the budget, because there were revenues in the plan that weren't a part of the budget. So it was more to explain what was in the plan.
>
> …
>
> Q. And you wanted to continue the conference so that you could make sure that it was consistent with what the revenue estimates were in the Plan of Adjustment?

A. No.

Hill Dep. at 305:9 – 306:13; 307:10 – 14.

22.     Mr. Hill further clarified that the purpose of the revenue conference
was to ensure that the City would not be in a situation where revenue numbers
were included in the Plan that the City did not expect to be able to realize – thus
undermining its feasibility.  Hill Dep. at 307:17 – 308:3.  Despite Syncora's out-of-
context deposition citations, there is no evidence indicating the revenue conference
was contrived only to further validate EY's work and Mr. Hill will testify as such.

## C.     CONCLUSION

23.     For the foregoing reasons, Syncora's Motion to Exclude should be
denied and Mr. Hill should be able to testify about the feasibility of the Plan from
the perspective of the City's revenues, forecasts of certain of its expenses, and its
ability to pay for and implement the restructuring and reinvestment programs.

Dated: August 27, 2014

/s/ Heather Lennox
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:   (216) 586-3939
Facsimile:    (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 243-2382
Facsimile:   (213) 243-2539
bbennett@jonesday.com

Thomas F. Cullen, Jr. (DC 224733)
Gregory M. Shumaker (DC 416537)
Geoffrey S. Stewart (DC 287979)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

– and –

Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap
PEPPER HAMILTON LLP
4000 Town Center
Suite 1800
Southfield, MI  48075
Telephone:  (248) 359-7300
Facsimile:  (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

*Counsel for the City of Detroit, Michigan*

# EXHIBIT A

1   JOHN W. HILL
2   UNITED STATES BANKRUPTCY COURT
3   FOR THE EASTERN DISTRICT OF MICHIGAN
4   - - -
5   In Re:              ) Chapter 9
6
7   City of Detroit, Michigan,  )
8
9   Debtor.            ) Hon. Steven Rhodes
10  _____
11
12
13  The Videotaped deposition of JOHN W. HILL
14  Taken at 51 Louisiana Avenue, N.W.,
15  Washington, D.C.
16  Commencing at 9:03 a.m.
17  Friday, July 18, 2014
18  Before:  Gail L. Inghram Verbano
19  Registered Diplomate Reporter,
20  Certified Realtime Reporter,
21  Certified Shorthand Reporter-CA (No. 8635)
22
23
24
25

1   JOHN W. HILL
2   APPEARANCES:
3
4   FRANK J. GUADAGNINO, ESQ.
5   CLARK HILL, PLC
6   301 Grant Street, 14th Floor
7   Pittsburgh, PA 15219
8   Appearing on behalf of the Retirement Systems
9   for the City of Detroit.
10
11
12
13  GEOFFREY S. STEWART, ESQ.,
14  DAN T. MOSS, ESQ.,
15  BENJAMIN FRIEDMAN, ESQ.
16  JONES DAY
17  51 Louisiana Avenue, Northwest
18  Washington, D.C. 20001
19  Appearing on behalf of the Debtor and the Witness.
20
21
22
23
24
25

1   JOHN W. HILL
2   DAN BARNOWSKI, ESQ.
3   DENTONS US, LLP
4   1301 K Street, N.W.
5   Suite 600, East Tower
6   Washington, D.C. 20005
7   Appearing on behalf of the Retiree Committee.
8
9
10
11  DOUGLAS SMITH, ESQ.
12  KIRKLAND & ELLIS, LLP
13  300 North LaSalle
14  Chicago, Illinois 60654
15  Appearing on behalf of Syncora Guarantee, Inc.,
16  and Syncora Capital Assurance, Inc.
17
18
19
20
21
22
23
24
25

1   JOHN W. HILL
2   MICHAEL BHARGAVA, ESQ.,
3   ANA VUCETIC (Law Clerk),
4   MOLLY FEIDEN (law Clerk)
5   CHADBOURNE & PARKE, LLP
6   1200 New Hampshire Avenue, NW
7   Washington, D.C. 20036
8   Appearing on behalf of Creditor Assured
9   Guaranty.
10
11
12
13  TELEPHONIC APPEARANCES:
14
15
16  BRENDA L. FUNK, ESQ.
17  WEIL, GOTSHAL & MANGES, LLP
18  700 Louisiana, Suite 1700
19  Houston, Texas 77002
20  Appearing on behalf of Financial Guaranty
21  Insurance Company.
22
23
24
25

Pages 1 to 4

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

```
1              JOHN W. HILL
2    KRISTIN K. GOING, ESQ.
3    DRINKER, BIDDLE & REATH, LLP
4    1500 K Street, N.W.
5    Washington, DC 20005-1209
6        Appearing on behalf of Wilmington Trust
7
8
9
10   ALSO PRESENT:
11
12       ADAM MILLER, Videographer
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1              JOHN W. HILL
2    Hill-6   Email communication, 1-23-14;    230
3             POA00126409  to 6410
4    Hill-7   Email communication, 12-9-13, with 239
5             attachment; POA00126807 to 6813
6    Hill-8   Email communication, 3-19-14;    241
7             POA00539257
8    Hill-9   Email communication, 11-23-13;   244
9             POA00126820
10   Hill-10  Email communication, 11-27-13;   251
11            POA00114947
12   Hill-11  Memo from M. Lockridge to        255
13            B. Jones, 4-16-14; POA00640046 to
14            0097
15   Hill-12  Email communication, 3-14-14, with 263
16            attachment; POA00537586 to 7618
17   Hill-13  Letter from Ernst & Young, 7-3-14; 283
18            POA00706912
19   Hill-14  Email communication, 12-6-13;    283
20            POA00116252
21   Hill-15  Email communication            286
22   Hill-16  Email communication, 3-29-14,    288
23            POA539411
24   Hill-17  Email communication, 4-2-14;     290
25            POA00539338 to 9340
```

```
1              JOHN W. HILL
2         C O N T E N T S
3    WITNESS:                    PAGE
4    JOHN HILL
5        By Mr. Smith            11
6
7
8
9         E X H I B I T S
10
11
12   EXHIBIT         DESCRIPTION        PAGE
13
```

```
14   Hill-1   Expert Report of J. Hill      58
15   Hill-2   DC Fiscal Policy Institute paper, 196
16            3-4-09
17   Hill-3   Chicago Fed Letter, 7-2014    206
18   Hill-4   Presentation, "Recovery Process   213
19            for Two Financially Distressed
20            Cities"
21   Hill-5   Article from Yahoo! Finance,    229
22            "Detroit CFO Says Post-Bankruptcy
23            Oversight Critical for the City,"
24            4-23-14
25
```

```
1              JOHN W. HILL
2    Hill-18  Memo from D. Whitaker to G.      294
3            Giannotti, 5-19-14; POA00549278 to
4            9291
5    Hill-19  Memo from D. Whitaker to D. Dirks, 295
6            5-15-14; POA00549524 to 9536
7    Hill-20  City of Detroit's Identification  302
8            of 30(b)(6) Witnesses
9    Hill-21  Email communication, 2-4-14;     304
10           POA00123860
11   Hill-22  Judgment for Plaintiff, 8-9-91   309
12   Hill-23  Judgment for Plaintiffs, 8-14-92  309
13   Hill-24  Presentation, "Detroit, Facts on  315
14           Bankruptcy and Transformation"
15   Hill-25  Packet of memoranda; POA000261401 320
16           to 1421
17
18
19
20
21
22
23
24
25
```

1          JOHN W. HILL
2          Washington, D.C.
3      Friday, July 18, 2014; 9:03 a.m.
4                - - -
5          THE VIDEOGRAPHER:  We are on the record
6      at 9:03 a.m.  This is the video deposition of
7      John Hill, being taken in the United States
8      Bankruptcy Court, Eastern District of
9      Michigan; In Re: City of Detroit Debtor, on
10     Friday, July 18th, 2014.
11         We are at the location of Jones Day,
12     51 Louisiana Avenue, Northwest, Washington,
13     D.C.  My name is Adam Miller, certified legal
14     video specialist.  The court reporter today
15     is Gail Verbano.  We are in association with
16     Elisa Dreier Reporting Corp., 950 Third
17     Avenue, 5th floor, New York, New York.
18         Will counsel please introduce themselves
19     for the record.
20         MR. SMITH:  Doug Smith for  Syncora.
21         MR. GUADAGNINO:  Frank Guadagnino, Clark
22     Hill, on behalf of General Retirement System
23     and the Police and Fire Retirement Systems.
24         MR. BHARGAVA:  Michael Bhargava on
25     behalf of Assured Guaranty.

1          JOHN W. HILL
2          MS. VUCETIC:  Ana Vucetic, Chadbourne &
3      Parke.
4          MS. FEIDEN:  Molly Feiden, Chadbourne &
5      Parke.
6          MR. BARNOWSKI:  Dan Barnowski, Dentons,
7      for the Official Committee of Retirees.
8          MR. FRIEDMAN:  Ben Friedman for the
9      City.
10         MR. MOSS:  Dan Moss, Jones Day, for the
11     City.
12         MR. STEWART:  Geoff Stewart, Jones Day,
13     for the City and for the witness.
14         THE VIDEOGRAPHER:  Counsel on the phone?
15         MR. SMITH:  On the phone, you need to
16     state your appearance.
17         MS. GOING:  Kristin Going, Drinker
18     Biddle, Wilmington Trust, the contract
19     administrator.
20         MS. FUNK:  Brenda Funk with Weil,
21     Gotshal for FGIC.
22             - - -
23         JOHN HILL, having first been duly sworn
24     according to law, was examined and testified as
25     follows:

1          JOHN W. HILL
2              - - -
3          EXAMINATION
4      BY MR. SMITH:
5      Q.  Good morning, Mr. Hill.
6      A.  Good morning.
7      Q.  As you heard, my name is Doug Smith.
8      And I was just wondering, other than your
9      deposition yesterday, have you ever been deposed
10     before?
11     A.  Yes, I have.
12     Q.  What occasions were those?
13     A.  There were two other occasions.  One was
14     for a civil case.  And the other one was so long
15     ago, I don't exactly remember.
16     Q.  The civil case, what was that about?
17     A.  The civil case was -- it was a contract
18     dispute.  They were actually suing the
19     organization that I was a part of.  And so we were
20     deposed prior to the actual case.
21     Q.  And what organization was that?
22     A.  It -- they were actually suing the
23     Federal City Council, where I was the CEO.  And
24     also there was a National Music Centre where, as a
25     result of my position at the Federal City Council,

1          JOHN W. HILL
2      I was the treasurer.
3      Q.  And what was the contract about that was
4      the subject of this dispute?
5      A.  The contract related to a building that
6      there was a lease on the building from the
7      National Music Centre.  And the operations in that
8      building did not go as had been planned, and one
9      of the vendors could not be paid.  So it was a
10     contract -- they were -- they were suing for
11     payment.
12     Q.  Your organization had refused to pay the
13     vendors: is that fair?  Or was it somebody else?
14     A.  No, that's -- that's not fair.  No,
15     that's not fair.
16         MR. STEWART:  Just let him, then, ask
17     his next question.
18     BY MR. SMITH:
19     Q.  The other case, though, you can't
20     remember what it was about?
21     A.  No.  It was so long ago, I really can't
22     remember.
23     Q.  Okay.  Was somebody suing you or not?
24     Or --
25     A.  No.  It was actually -- no.  I wasn't

Pages 9 to 12

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 18 of 140

1          JOHN W. HILL
2  actually being sued.
3      Q.  Okay.
4          You know that I'm going to ask you a
5  series of questions today.  Do you have that
6  understanding?
7      A.  Yes, I have that understanding.
8      Q.  And you'll let me know if you don't
9  understand any of my questions?
10     A.  Absolutely.
11     Q.  And you can take a break at any time.
12  You know that; right?
13     A.  Yes, I do.
14     Q.  Okay.  Could you state your current
15  position for the record.
16     A.  I am the CFO of the City of Detroit.
17     Q.  And how long have you been in that
18  position?
19     A.  Since the end of November.
20     Q.  Have you had any involvement in this
21  case so far other than preparing an expert report
22  and appearing for a deposition yesterday?
23     A.  I'm not sure what you mean by
24  "involvement."
25     Q.  Have you been at any of the hearings in

1          JOHN W. HILL
2  the case?
3      A.  No, I have not.
4      Q.  Have you submitted anything to the Court
5  in the case, like an affidavit or anything like
6  that?
7      A.  I have not.
8      Q.  Have you read -- reviewed any
9  depositions that have been given in this case, of
10  other people?
11     A.  No, I have not.
12     Q.  Have you had discussions with anyone to
13  prepare your expert opinions that are in the
14  expert report you submitted?
15     A.  With my attorneys, yes.
16     Q.  Are those the only people that you've
17  talked to to prepare your expert opinions?
18     A.  No.  They're not -- there are -- there
19  are other people.
20     Q.  Who are the other people?
21     A.  My staff, members of my staff.  And
22  representatives from DWSD.  I've had conversations
23  with Nicolette Bateson.  But other than that, no.
24     Q.  Okay.  You filed an expert report where
25  you talked about the consensus revenue

1          JOHN W. HILL
2  projections; is that correct?
3      A.  Yes, that's correct.
4      Q.  I take it you've never been an expert in
5  litigation before; is that correct?
6      A.  I have not.
7      Q.  What's your understanding of what being
8  an expert in litigation entails, if you have one?
9      A.  My understanding, you want me to define
10  what "expert" means?
11     Q.  What do you understand your role as an
12  expert to be in this case?
13     A.  Well, first and foremost, my role in
14  this case is to tell the truth of the things that
15  I know, which, of course, I will do.  And I
16  understand that there are specific aspects of this
17  case that relate to other experiences that I've
18  had and -- so as to bring all of my knowledge
19  about those other experiences and the current
20  situation in Detroit to bear to answer questions.
21     Q.  And what other experiences are those
22  that you're relying on?
23     A.  I was the executive director of the
24  Control Board that oversaw Washington, D.C.,
25  during its financial crisis.  And also prior to

1          JOHN W. HILL
2  that, I was GAO's chief witness before the
3  Congress on issues related to the review of the
4  District's financial crisis; and other financial
5  expertise.
6      Q.  And the District of Columbia was in a
7  financial crisis; correct?
8      A.  Yes, it was.
9      Q.  And you were one of the people that
10  helped the District respond to the financial
11  crisis; is that correct?
12     A.  Yes, that's correct.
13     Q.  And the GAO testimony, is that -- was
14  that before Congress or was that someplace else?
15     A.  That was before Congress.
16     Q.  Can you explain to me what methodology
17  you used in developing the expert opinions that
18  are in your report.  How did you go about doing
19  it?
20     A.  It's a kind of -- it's a vague question,
21  because each individual item in the report would
22  have had a different series of -- so I don't
23  really understand -- understand the question.
24     Q.  Okay.  How did go about putting together
25  your expert report, if you can tell me that.

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 19 of 140

JOHN W. HILL
1
2    A.  I can tell you in general how I went
3  about doing it.  Is that --
4    Q.  That would be good.
5    A.  Certainly reviewing certain documents
6  associated with the issues that were laid out in
7  the expert report and calling upon my experiences
8  that I've had in the past and how similar
9  situations may have been dealt with in those
10  experiences.
11    Q.  You know the City has other experts in
12  this case; correct?  Are you aware of that?
13    A.  I'm aware that the City has other
14  experts.
15    Q.  Have you reviewed any of the City's
16  other experts' reports?
17    A.  Yes, I have.
18    Q.  Whose reports have you reviewed?
19    A.  I have read the reports from E&Y and
20  Conway, and -- those are the ones that come to
21  mind.
22    Q.  Would it be fair to say that you're an
23  expert in basically talking about your experience
24  with responding to fiscal distress?  Or how would
25  you characterize your expertise?

JOHN W. HILL
1
2    MR. STEWART:  Objection.
3    THE WITNESS:  Which question do you want
4  me to answer?
5  BY MR. SMITH:
6    Q.  How would you characterize your --
7  you're being offered as an expert, and there are
8  other experts in the case.  And I'm trying to
9  figure out how you fit in, you know, in the case
10  compared to the other experts.  And so what I'd
11  like to understand is, What is your expertise that
12  you're offering compared to other experts that
13  might be in this case?
14    A.  I can -- I'll list the -- there are a
15  number of items that I feel that I have expertise
16  in.  One would be certainly responding to
17  distressed cities.  Because of the experience with
18  the District of Columbia, that was -- so I would
19  say responding to distressed cities.
20    Another would be the audit expertise
21  that I have from various audits of both government
22  and corporate entities, so financial accounting
23  and also financial management.
24    Q.  Are you holding yourself out as an
25  expert on health benefits?

JOHN W. HILL
1
2    A.  No, I'm not.
3    Q.  Are you holding yourself out as an
4  expert on blight reduction?
5    A.  No, I'm not.
6    Q.  Are you holding yourself out as an
7  expert on tax policy?
8    A.  No, I'm not.
9    Q.  Are you holding yourself out as an
10  expert on art valuation?
11    A.  No, I'm not.
12    Q.  Are you holding yourself out as an
13  expert on pensions?
14    A.  No.
15    Q.  Are you holding yourself out as an
16  expert on casinos or wagering revenue?
17    A.  Not as an expert, no.
18    Q.  Are you holding yourself out as an
19  expert on economics?
20    A.  No.
21    Q.  Are you holding yourself out as an
22  expert on information technology?
23    A.  No.
24    Q.  Are you holding yourself out as an
25  expert in transportation systems?

JOHN W. HILL
1
2    A.  No.
3    Q.  Are you holding yourself out as an
4  expert on government grants?
5    A.  I do have knowledge on government
6  grants.
7    Q.  And do you have experience applying for
8  grants for a city with various entities, such as
9  the federal government?
10    A.  Yes.  I have been involved in that
11  process.
12    Q.  Are you holding yourself out as an
13  expert on state revenue sharing?
14    A.  Not as an expert, no.
15    Q.  Have you ever done forecasting for a
16  city?
17    A.  Yes, I have done.
18    Q.  And was that the District of Columbia?
19    A.  Yes.
20    Q.  Did you personally put together the --
21  or you or your staff, the consensus revenue
22  forecasts that you discuss in your report; or was
23  that somebody else that put together those
24  forecasts?
25    A.  That was our staff, my staff.

Pages 17 to 20

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr  Doc 7126  Filed 08/27/14  Entered 08/27/14 20:43:04  Page 20 of 140

JOHN W. HILL

1
2    Q.  Are you holding yourself out as an
3    expert on restructuring?
4        A.  Can you --
5        Q.  I'll -- are you holding yourself out as
6    an expert on Chapter 9 bankruptcy?
7        A.  No.
8        Q.  And in your work for cities, have you
9    ever been involved with a city that was in
10   Chapter 9 bankruptcy?
11       A.  Other than Detroit?
12       Q.  Yeah.
13       A.  No.
14       Q.  And I take it you're not a lawyer, are
15   you?
16       A.  I'm not a lawyer.
17       Q.  You're not holding yourself out as a
18   legal expert?
19       A.  No, I'm not.
20       Q.  Have you ever had to forecast municipal
21   population levels before?
22       A.  No, I have not.
23       Q.  Have you ever forecast inflation rates
24   before?
25       A.  No.

JOHN W. HILL

1
2        Q.  Have you done any economic forecasting?
3        A.  Not me personally, no.
4        Q.  Have you ever forecast wage growth
5    rates?
6        A.  No.
7        Q.  Have you ever forecast income tax rates
8    or other tax rates?
9        A.  Forecast income tax rates?
10       Q.  Well, why don't I --
11       A.  The rates are set.
12       Q.  Okay.  Why don't I ask another question.
13           Have you ever forecast tax revenues
14   before?
15       A.  Yes.
16       Q.  And was that at the City of -- the
17   District of Columbia?
18       A.  Yes.
19       Q.  Do you personally do the tax forecasting
20   for the City of Detroit?
21       A.  Personally, no.
22       Q.  Have you ever forecast wagering tax
23   revenues?
24       A.  Outside of the City of Detroit?
25       Q.  Yeah.

JOHN W. HILL

1
2        A.  No.
3        Q.  Do you agree that the wagering tax
4    revenues depend on a number of factors, such as
5    the level of gambling or the level of revenue from
6    the casinos and the wagering tax rate?
7        A.  I know that there are a number of
8    factors that go into forecasting wagering taxes.
9        Q.  And are there also a number of factors
10   that determine income tax revenues?
11       A.  Yes, there are a number of factors.
12       Q.  And are there a number of factors that
13   determine the tax revenues from all the taxes that
14   the City of Detroit collects?
15       A.  Yes.
16       Q.  How did you come about being the CFO for
17   Detroit?
18       A.  The previous CFO resigned abruptly.  And
19   I had known Kevyn Orr from other -- from work that
20   I was doing in Detroit before becoming CFO.  And
21   he knew of my background with the Control Board in
22   D.C. and asked me if I would serve as CFO for the
23   remainder of his tenure.
24       Q.  How did you know Kevyn Orr?  Or what was
25   the work that you -- that brought you together in

JOHN W. HILL

1
2    D.C.?
3        A.  I didn't know Kevyn Orr in D.C.  I knew
4    him -- I knew of him, but I did not know Kevyn Orr
5    in D.C.  I didn't actually meet Kevyn Orr until I
6    came to Detroit.
7        Q.  Okay.  So Kevyn Orr knew of your work in
8    D.C., and that's how he knew to contact you for
9    the CFO job?  Is that --
10       A.  That's not accurate.
11       Q.  Maybe you can explain to me again what
12   exactly -- how was it -- the relationship, I'm
13   just trying to get at.  It sounds like you didn't
14   know Kevyn Orr before you met him recently --
15       A.  Yeah.
16       Q.  -- is that right?
17       A.  I did know Kevyn Orr before I came to
18   Detroit.  But I came to Detroit to do a project on
19   Grants Management that was funded by a foundation,
20   and that -- Kevyn Orr's office was actually
21   involved in overseeing that contract.
22           And so that's where I met him.  But he
23   knew of my reputation from Washington, D.C.
24       Q.  What organization was that you were
25   working for?

JOHN W. HILL

1
2    A.  I was a subcontractor to PCG.
3    Q.  And what project were you working on for
4  the City in that role?
5    A.  Grants management; reviewing the grants
6  management process and coming up with
7  recommendations on how to improve grants
8  management.
9    Q.  And is it fair to say that the City's
10 grant management process was suffering from some
11 flaws when you examined it?
12   A.  The City's grants management process
13 has -- yes.  Yes.
14   Q.  And, I mean, was one problem with the
15 City's grants management process historically that
16 they didn't utilize all the grant revenue that
17 they got, so they had to return some of it to the
18 federal government, for example?
19   A.  They have had to return grants
20 management dollars, yes.
21   Q.  Has the City had to return tens of
22 millions of grant funds because they didn't
23 utilize them adequately?
24   A.  You'd have to tell me over what period
25 of time.

JOHN W. HILL

1
2    Q.  Over the last ten years, has the City
3  had to return tens of millions of dollars in grant
4  funds because they didn't utilize them adequately?
5    A.  That's very broad.  There are different
6  reasons.  So that's -- it's a pretty broad
7  question.
8    Q.  Did the City, over the last 10 years
9  have to return tens of millions of dollars in
10 grants funds for a variety of reasons?
11   A.  Yes.
12   Q.  And what were those reasons?
13   A.  There were, again, a number of reasons.
14 One is because there may have been charges that
15 were disallowed, charges to those grants that
16 could not be -- that were not appropriate for
17 those grants.
18      And, also, one of the other reasons,
19 just as an example, would be the calculations of
20 the underwrite cost rates associated with those
21 upon review may not have included all of the items
22 that they should -- that should have been in those
23 rates.
24   Q.  Did the City fail to utilize grants
25 funds in a timely manner and during the last

JOHN W. HILL

1  decade?
2    A.  Yes.
3    Q.  And did that cause the City to have to
4  return millions of dollars in grants funds to the
5  federal government, for example?
6    A.  Grants expiring, yes.  That was also an
7  issue.
8    Q.  And did the City also have -- do a poor
9  job in applying for new incremental grants?
10   A.  Can you -- I don't understand -- I don't
11 understand the question.
12   Q.  Did the City do a poor job historically
13 in applying for grant revenue to obtain grants?
14   A.  Could the -- I don't want to rephrase
15 your question to answer it.  But, yes, there were
16 issues in applying for grants, yes.
17   Q.  And did the issues that the City had
18 historically in applying for grants cause it to
19 lose out on money that might be available to fund
20 its operations?
21   A.  You're asking me to speculate whether
22 the City, if they had applied, would have gotten
23 the grants.  And I can't speculate that.
24   Q.  Is the City engaged in an ongoing effort

JOHN W. HILL

1  to improve its grant application processes?
2    A.  Yes.
3    Q.  And by improving grant application
4  processes, does the City hope to increase the
5  level of funding from grants it receives?
6    A.  Yes.  The City would like to increase
7  the level of funding for grants it receives.
8    Q.  What opportunities do you see for
9  increased funding from grants for the City going
10 forward?
11   A.  There are a number of opportunities that
12 are included in the Plan of Adjustment.  But it's
13 certainly making sure that the City has the
14 appropriate indirect cost rates; would help to
15 improve the amount of money that the City is able
16 to keep.
17      And also making sure the City is aware
18 of all of the grants that are available.  So, yes,
19 there are a number of -- there are opportunities
20 for the City to improve the amount of money that
21 it receives in grants.
22   Q.  Are there opportunities for new grants
23 for the City that aren't included in the Ernst &
24 Young revenue forecast currently?

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 22 of 140

1                JOHN W. HILL
2        A.  I don't know of any.
3        Q.  I mean, what ongoing activities is the
4  City engaged in right now to get new grants?
5        A.  There are always a number of different
6  discussions with federal officials in order to
7  get -- to get new grants.  So it's -- it's --
8  those discussions could lead to additional money,
9  but I don't know that they would.
10       Q.  What are the grants that are being
11 discussed currently that could lead to additional
12 money?  What type of grants?
13       A.  I couldn't -- I could give you a list,
14 but just the ones that I remember offhand.
15 Additional money to support purchases of buses is
16 one.  And also renewing existing grants would be
17 another.
18       Q.  What about additional money for blight
19 remediation?  Is there discussion with the federal
20 government for additional money for blight
21 remediation?
22       A.  There have been discussions on that.
23       Q.  And what's the status of those
24 discussions?
25       A.  They're underway.

1                JOHN W. HILL
2        Q.  And what dollar amounts are being
3  discussed with the federal government for
4  additional grant moneys for blight remediation?
5        A.  I don't know the dollar amounts.
6        Q.  Who is involved in those discussions?
7        A.  The Mayor and representatives from the
8  Land Bank and others.
9        Q.  And will the grants go to the Land Bank
10 or would they go to the City?
11       A.  I don't know.  You have to -- they'd
12 have to identify the specific grants.  I don't
13 know.
14       Q.  Would it be fair to say that the federal
15 government is eager to cooperate with the City, to
16 provide it revenues to try to improve the City's
17 conditions?
18       A.  Fair -- you're asking me -- fair to say?
19       Q.  Well, why don't I re-ask my question.
20 How would you characterize the level of
21 cooperation you're getting from the federal
22 government to try to improve the City's fiscal
23 situation?
24       A.  There have been a lot of discussions.
25       Q.  On a scale from 1 to 10, with 10 being

1  the highest level of cooperation, how would you
2  rate the federal government's cooperation in
3  trying to help the City deal with its fiscal
4  problems?
5        MR. STEWART:  Objection.
6        THE WITNESS:  That's just too broad.  I
7  can't -- couldn't rate it.  I couldn't rate
8  it.
9  BY MR. SMITH:
10       Q.  Can you rate the level of cooperation
11 you're getting from the State in terms of helping
12 the City to address its fiscal problems?
13       A.  In order to rate something, you have to
14 have a high and a low and then put it between
15 that.  And I -- and I don't know the boundaries of
16 potential cooperation.
17       Q.  The boundaries are, one, being no
18 cooperation and ten being the highest level
19 possible of cooperation based on your experience.
20       A.  I don't know the highest level possible
21 of cooperation, and that's the -- that's the issue
22 with putting it on a scale for me.
23       Q.  Is the State cooperating with the City
24 to attempt to improve the City's fiscal condition?

1                JOHN W. HILL
2        A.  The State is cooperating.
3        Q.  Is the federal government cooperating
4  with the City in order to improve the City's
5  fiscal condition?
6        A.  The federal government is cooperating.
7        Q.  Has the State ever blocked any activity
8  the City wanted to undertake to increase revenues
9  or decrease costs?
10       A.  I wouldn't be in a position to know.
11       Q.  I mean, but sitting here today, can you
12 identify any instance where the State has blocked
13 the City from either increasing revenues or
14 decreasing costs?
15       A.  Statutorily, yes.
16       Q.  What -- how -- what do you have in mind?
17       A.  Well, there are statutory limits that
18 are set on taxes.  There are statutory limits that
19 are set on the ability to raise taxes.  So if
20 that's viewed as a way of blocking additional
21 revenue, then -- that's something that the State
22 has imposed.
23       Q.  Is the State -- is the City -- has the
24 City tried to lobby the State to remove statutory
25 limits on taxes?

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 23 of 140

JOHN W. HILL

1                JOHN W. HILL
2     A. I don't know all of the lobbying efforts
3 that have occurred. So to my knowledge, I don't
4 know. I really don't know.
5     Q. Okay. So as the CFO for the City, you
6 haven't lobbied the State to change tax levels;
7 correct?
8     A. I have not.
9     Q. And is the State attempting to cooperate
10 with the City in order to increase its revenues
11 and reduce its costs?
12    A. It's very broad. The State is
13 cooperating with the City on its financial crisis,
14 yes.
15    Q. And are there private organizations that
16 are cooperating with the City to try to help it
17 improve its fiscal situation?
18    A. Yes.
19    Q. What private organizations are those?
20    A. Several foundations are trying to help,
21 also other corporations as well.
22    Q. And what entities are those that are
23 cooperating?
24    A. Ford Foundation, Skillman Foundation,
25 Kresge Foundation, those are -- Community

JOHN W. HILL

1                JOHN W. HILL
2 Foundation, those are ones that I'm directly aware
3 of with respect to grants management work --
4     Q. And how about the corporations? What
5 corporations are cooperating with the City to
6 improve its financial situation?
7     A. There's a long list of corporations that
8 have been involved with lien processing
9 improvements. I would add them. I would add, you
10 know, E&Y to the list. I would add Conway
11 MacKenzie to the list. I would add, you know,
12 Rock Ventures to the list, Quicken Loans, a number
13 of different corporations.
14    Q. And is the City actively seeking
15 additional funds from private entities to help
16 address its fiscal situation?
17    A. It's -- it's -- that's very broad. The
18 City has sought additional funding for specific
19 projects.
20    Q. And could you tell me what funding the
21 City is seeking for specific projects from private
22 entities?
23    A. One I know of, the grants management
24 process and the grants management review was
25 funded by private dollars. There weren't any City

JOHN W. HILL

1                JOHN W. HILL
2 funds associated with that except for the people
3 who were City employees who worked on that
4 project.
5     I know that there have been a number of
6 solicitations for -- well, there's money that
7 has -- that's for attracting and hiring talent in
8 certain areas as well.
9     Q. What kind of efforts are those, if you
10 could be more specific?
11    A. That there was -- there was funding that
12 was provided to support IT directors from across
13 the country to come in and look at the IT
14 infrastructure issues with the City and to make
15 recommendations.
16    So that's the way that really comes to
17 mind.
18    Q. Are there potential private donations
19 that you're aware of that the City is in
20 discussions with private entities about right now?
21    A. I know of -- I know of one specifically
22 on the continuation of the grants management
23 project. But I don't know specifically of the
24 others.
25    Q. Who's funding the grants management

JOHN W. HILL

1                JOHN W. HILL
2 project?
3     A. The initial project was funded by the
4 Ford Foundation, and then the implementation is
5 being funded by a consortium of foundations
6 through the Community Foundation.
7     Q. Do you know whether there are
8 discussions with the State for additional funds
9 that are ongoing now?
10    MR. STEWART: For grants management?
11    MR. SMITH: No, for anything.
12    THE WITNESS: There are always
13 discussions with the State on additional
14 funding. That's the nature of a relationship
15 between a city and its state. There's always
16 discussions.
17 BY MR. SMITH:
18    Q. Okay. And would it be fair to say that
19 the emergency manager -- the emergency manager was
20 appointed by the State; correct?
21    A. Was appointed by the Governor.
22    Q. Okay. And it's fair to say that the
23 emergency manager is an agent of the State?
24    MR. STEWART: Objection.
25    THE WITNESS: You'd have to define

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 24 of 140

JOHN W. HILL

1
2  "agent" for me.  But he was appointed by the
3  Governor.
4  BY MR. SMITH:
5      Q.  Does the emergency manager report to the
6  State on an ongoing basis?
7      A.  Yes.
8      Q.  And do you report to the emergency
9  manager?
10      A.  I have a dual reporting.
11      Q.  And do you report to the emergency
12  manager and the Mayor?
13      A.  Yes.
14      Q.  And who do you -- who do you interact
15  with more frequently, the emergency manager or the
16  Mayor?
17      A.  You mean directly, person to person?
18      Q.  Yes.
19      A.  The Mayor now.  Early on, it was the
20  emergency manager.
21      Q.  And why has that changed?
22      A.  For a number of reasons.  One, the -- I
23  am seen as a member of the Mayor's cabinet, so
24  every cabinet meeting every Wednesday I'm in the
25  Mayor's office.  I have -- I have one, one meeting

JOHN W. HILL

1
2  a week, staff meeting with Kevyn Orr, and then
3  email conversations.
4      It's -- we're moving into implementation
5  of the Plan of Adjustment, and so there are
6  operational considerations that I need to have
7  discussions with the Mayor about.
8      Q.  Were you appointed to the CFO position
9  in November 2013?
10      A.  Yes.
11      Q.  What were you told about what you were
12  supposed to be doing when you came into that
13  position?
14      A.  There were a number of different charges
15  that were given to me.  One was to restructure the
16  financial operations; two, implement a financial
17  management system was high on the list; make sure
18  that the grants management process was
19  implemented.  And there were a number of other
20  items that I was told.
21      Q.  Would it be fair to say that when you
22  arrived, the City's financial operations had been
23  in poor shape?
24      A.  There were issues.
25      Q.  And what were the -- I mean, are there

JOHN W. HILL

1
2  still -- there's still ongoing issues with the
3  City's collection of financial data; is that
4  correct?
5      A.  Yes.  There's still ongoing issues with
6  the City's financial condition.
7      Q.  And what are the ongoing problems with
8  the City's financial data?
9          MR. STEWART:  Financial data?
10          THE WITNESS:  Data?
11          MR. SMITH:  Yes.
12          MR. STEWART:  Okay.  Go ahead.
13          THE WITNESS:  That's -- that's pretty
14      broad.  There are different issues with
15      different types of data.
16  BY MR. SMITH:
17      Q.  Maybe you can list for me the -- some of
18  the ongoing problems with the City's financial
19  data.
20      A.  You know, one of the chief issues is the
21  City not being able to have the discipline to be
22  able to close its books on a regular basis.
23  That's an issue, because at points there are
24  entries that may not be booked before other
25  activity occurs.

JOHN W. HILL

1
2      So the City is operating on a financial
3  management system that's very old and needs to be
4  replaced.  And the processes that the City -- the
5  financial management processes leading up to the
6  input into that system are also very old and need
7  to be replaced.  It's very paper driven right now,
8  which takes a lot more time than some of the new
9  systems that are out there that could help
10  alleviate those issues.
11      Q.  And have problems with the City's
12  financial data caused the City to delay its CAFR?
13      A.  No.  I don't think that's -- that's not
14  the main reason for the delay of the CAFR.
15      Q.  What's the reason for the delay of the
16  CAFR?
17      A.  The bankruptcy and the continuing
18  subsequent events that are associated with the
19  bankruptcy.
20      Q.  When do you think -- is there a date by
21  which the CAFR is supposed to be filed now, or is
22  there no date for that?
23      A.  We expect that it should be filed within
24  the next couple of weeks.
25      Q.  Is there -- has there been a delay in

JOHN W. HILL

1  KPMG's ability to audit the City's financial data?
2
3     A.  A delay in their ability?
4     Q.  Yeah.  Does KPMG do routine audits of
5  the City's data?
6     A.  KPMG audits the financial statements.
7     Q.  Okay.  Has there been a delay in KPMG's
8  audit of the financial statements?
9     A.  I don't understand "a delay in the audit
10  of the financial statements."
11     Q.  Does the audit occur at a certain point
12  in time every year or not?
13     A.  The audit is ongoing, so there hasn't
14  been a delay in the audit of the financial
15  statements.
16     Q.  Has there been a delay in -- does KPMG
17  issue regular reports?
18     A.  Status -- it issues -- there are status
19  discussions, but they don't issue regular reports.
20     Q.  Okay.  Has the KPMG had any problems in
21  being able to audit the City's financial
22  statements?
23     A.  The financial statements for 2013 will
24  be audited; and yes, there are issues associated
25  with auditing the financial statements.

JOHN W. HILL

1
2     Q.  And what are the problems that arise
3  with respect to issuing -- auditing the financial
4  statements?
5     A.  The reason that I'm pausing is I could
6  go through what the audit process is and the
7  issues associated with that.  I'll give you a list
8  of some of the issues that occur.  Okay?
9        There are issues in finding
10  documentation.  There are issues associated with
11  the internal controls over financial transactions,
12  which has been documented in the financial audits
13  as well as in the single audits.
14        There are -- because so much is paper
15  related, as I mentioned before, there are issues
16  with respect to, again, being able to locate that
17  paper that supports the transactions.
18        So -- so there are just a number of
19  issues during the audit.
20        But the 2012 financial statements were
21  audited.  The 2013 financial statements are being
22  audited, and the audit will be completed.  And
23  2014 statements will also be audited, which will
24  start right away.
25        So the audits occur, and the audits are

JOHN W. HILL

1  completed; but there are a number of issues
2  associated with the audits.
3
4     Q.  Do you know when the audit will be
5  completed for the 2013 statements?
6     A.  Yeah.  I said in a couple weeks.  You'd
7  asked me that before.
8     Q.  And would it -- and so the City
9  continues to have poor internal controls; correct?
10        MR. STEWART:  Objection.
11        THE WITNESS:  You'd have to be specific.
12     There are internal control issues within the
13     City.
14  BY MR. SMITH:
15     Q.  Okay.  And the City continues to have
16  problems with its internal controls; correct?
17     A.  Certain internal controls, yes.
18     Q.  And which ones come to mind?
19     A.  There are so many internal controls over
20  various transactions.  The controls over
21  procurements are pretty strong.  But the controls
22  over recording some transactions and
23  reconciliations are an issue.  So that's just an
24  example.  But they're well-documented in audit
25  reports and in single audit reports.

JOHN W. HILL

1
2     Q.  The audit reports show the -- the audit
3  reports show that Detroit continues to have
4  problems with internal controls in a number of
5  areas; correct?
6     A.  The audit report shows that for the
7  period of time of the audit there were control
8  issues.  It doesn't speak to what's happening
9  within the City right now.
10     Q.  Okay.  In the City right now, there
11  continue to be problems with internal controls in
12  numerous areas; correct?
13     A.  We are working on internal control
14  issues right now, yes.
15     Q.  And so those problems continue to exist;
16  correct?
17     A.  You'd have to tell me which internal
18  control problems.  Some do, some have been
19  corrected.
20     Q.  Okay.  While Detroit has corrected some
21  problems with internal controls, there are
22  problems with internal controls that continue to
23  exist in numerous areas; correct?
24     A.  There are problems with internal
25  controls.

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

JOHN W. HILL

1 
2 Q. Do you have any projection of when
3 Detroit may be able to remedy the problems with
4 its internal controls?
5 A. That's really broad. We are working on
6 internal control issues. A number of those issues
7 will be alleviated as a result of the work that's
8 being done on a new financial management system
9 and a new ERP solution.
10 So -- and that is slated -- well, we've
11 already started the work on that, and it's slated
12 to be completed within the next two years.
13 Q. So it's going to take two years to
14 complete the City's new financial management
15 system; is that correct?
16 A. At least, yes.
17 Q. And who's working on that project?
18 A. My entire team is working on that
19 project as well as the CIO and many of the people
20 on her team.
21 Q. Are there outside vendors that are
22 working on that project?
23 A. Yes.
24 Q. Who are those?
25 A. One is Ernst & Young is helping us

JOHN W. HILL

1 
2 with -- with reviewing a piece of the financial
3 management system. And they're the -- they're
4 the -- other vendors are coming in to provide us
5 detailed briefings on what their financial
6 management systems will do. And also working
7 through MMSA is also a -- the Michigan Municipal
8 Services Authority is also another organization
9 that's involved in helping us.
10 Q. As the CFO, do you actively look for new
11 ways to increase revenues and decrease costs for
12 the City?
13 A. Yes, I have.
14 Q. Are you involved in ongoing efforts to
15 look for new ways to increase revenues and
16 decrease costs for the City?
17 A. Yes. That's what's embedded in the Plan
18 of Adjustment, and I'm involved in implementing
19 the Plan of Adjustment.
20 Q. Are there projects outside of the Plan
21 of Adjustment, though, that you're involved with
22 to increase revenues or decrease costs?
23 A. No.
24 Q. Is it possible that the Plan of
25 Adjustment will change to incorporate new or

JOHN W. HILL

1 
2 different actions to increase revenues or decrease
3 costs?
4 A. You're asking me to speculate.
5 Q. Well, based on what you know, is it
6 possible -- is the City planning to make any
7 changes in the Plan of Adjustment that might
8 increase revenues or decrease costs, as far as
9 you're aware?
10 A. As far as I'm aware, there are no
11 changes that are projected as part of the Plan of
12 Adjustment, as far as I'm aware right now.
13 Q. Was there an active debate within the
14 City about what initiatives to include regarding
15 revenues and costs in the Plan of Adjustment?
16 A. There were discussions. Whether it was
17 a debate, I wouldn't say debate. I'd say there
18 were discussions.
19 Q. Were there actions or initiatives to
20 increase revenues or decrease costs that did
21 not -- that were discussed that did not make it
22 into the Plan of Adjustment?
23 A. Yes. Yes, there were some.
24 Q. What were some of those initiatives?
25 A. There were some outsourcing initiatives.

JOHN W. HILL

1 
2 I think there -- that did not make it into the
3 plan. And I mean, that's one of the ones that I
4 could think of right now.
5 Q. And what outsourcing initiatives?
6 A. I can't remember the details, but -- but
7 yeah, I can't remember the details.
8 Q. Well, can you tell me, in general, what
9 those outsourcing initiatives were?
10 A. Not -- I remember that there were
11 outsourcing initiatives. I don't remember the
12 specifics of those outsourcing initiatives.
13 Q. Okay. Were there other initiatives in
14 addition to outsourcing initiatives that would
15 have increased revenue or decreased costs that did
16 not make it into the Plan of Adjustment?
17 A. There were other opportunities, and
18 there were also other risks associated with the
19 items that were in the plan as well, so it is a
20 balance of items.
21 Q. What other opportunities were there for
22 increasing revenues or decreasing costs that
23 didn't make it into the Plan of Adjustment?
24 A. None of them come to mind right now, but
25 I just know there were other opportunities.

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 27 of 140

JOHN W. HILL

2  Q.  Were further wage reductions for City
3  employees considered that didn't make it into the
4  Plan of Adjustment?
5      A.  I don't remember seeing further wage
6  reductions as a part of the plan.
7      Q.  Has the City of Detroit successfully
8  improved its operations under the emergency
9  manager?
10     A.  I think that there is improvement that's
11 occurring with its operations under the emergency
12 manager.
13     Q.  Has the City of Detroit successfully
14 improved its ability to increase revenues under
15 the emergency manager?
16     A.  Again, that's -- that's -- that's very
17 broad.  I'm just trying to think of specific
18 revenue, you know, that would have been improved
19 under the emergency manager.  And certainly, the
20 work that's being done around grants management
21 right now, which is a project of the emergency
22 manager, is expected to have an impact on revenues
23 in the future.
24         So I would say yes, there are activities
25 that are occurring under the office of the

JOHN W. HILL

2  emergency manager that would have the impact of
3  improving revenues.
4      Q.  And are there activities under the
5  emergency manager that will have an impact of
6  further reducing costs in the future?
7      A.  Yes.
8      Q.  What are some of those activities that
9  come to mind?
10     A.  The implementation of the new financial
11 management system would have an impact on reducing
12 costs.
13         The outsourcing that has been done
14 already that was done under the emergency manager
15 would have and has reduced costs related to a
16 waste pickup and trash collection.
17         The work that is being done with grants
18 management would help to reduce costs and allow
19 the City to keep more of its grant dollars.
20         So those are just ones that come to
21 mind.
22     Q.  Are there outsourcing or privatization
23 initiatives you're aware of that the City hasn't
24 implemented yet but is considering for the future
25 that will have the effect of increasing revenues

JOHN W. HILL

2  or decreasing cost?
3      A.  None come to mind that are outside of
4  the plan.
5      Q.  Have you been involved with discussions
6  about privatizing parking?
7      A.  I've been involved in -- I've been
8  involved in discussions about parking, yes.
9      Q.  And does that include privatizing the
10 parking or --
11     A.  There's a range of -- there's a range of
12 different discussions around what could happen
13 with parking.
14     Q.  What discussions has the City had about
15 changing parking to increase revenues or decrease
16 costs?
17     A.  Certainly increasing the parking rates,
18 which has occurred; also, outsourcing the
19 management of parking, and there -- and selling or
20 disposing of the parking asset.  So those have
21 been discussed.
22     Q.  And what are the dollar figures that
23 have been discussed in terms of potential future
24 revenues from those activities?
25     A.  I don't know offhand.

JOHN W. HILL

2      Q.  Who has been involved with those
3  discussions primarily?
4      A.  Gary Brown, chief operating officer, the
5  emergency manager's team, and advisers to the
6  emergency manager's team.
7      Q.  What advisers?
8      A.  Ernst & Young.  Who else?  Miller
9  Buckfire has been involved.
10     Q.  Okay.  What about privatizing or leasing
11 the water and sewage functions?  Have you been
12 party to those discussions?
13     A.  I've been in meetings where those
14 discussions occurred.
15     Q.  And are those discussions still ongoing?
16     A.  To my knowledge they are.
17     Q.  And do you have an idea about what the
18 additional revenues that have been discussed for
19 the City from leasing or privatizing the water
20 system have been?
21         MR. STEWART:  You can answer the
22     question.  But you're not allowed, because of
23     the Judge's order, to disclose anything that
24     has -- comes up in mediations.  Okay?  But
25     outside of that, you can answer it.

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 28 of 140

JOHN W. HILL

1
2 THE WITNESS: I know that there have
3 been discussions about a lease payment that
4 would come to the City as a result of kind of
5 various ways of structuring the relationship
6 with the water and sewer. That's the one I'm
7 aware of.
8 BY MR. SMITH:
9 Q. Is that in the amount of $47 million or
10 more each year?
11 A. It's about 45 million, yeah.
12 Q. Have there been discussions about
13 privatizing the water and sewage department
14 instead of leasing it?
15 A. There have been discussions, yes.
16 Q. And what have those discussions been?
17 MR. STEWART: And the same limitation I
18 mentioned to you before. Answer the
19 question, but you can't disclose anything
20 that came up in mediation.
21 THE WITNESS: Yeah. I just know that
22 that was considered as one of the options
23 that was being explored.
24 BY MR. SMITH:
25 Q. And are there ongoing discussions about

JOHN W. HILL

1
2 that as a potential option?
3 A. At this point I don't know if there are.
4 I have not been involved in any.
5 Q. Who is primarily involved in the
6 discussions regarding leasing or privatizing water
7 and sewage service?
8 A. It would -- to my knowledge, it would be
9 Kevyn Orr and members of his immediate team; and
10 Miller Buckfire; E&Y from a projection standpoint,
11 but --
12 Q. Well, will the City of Detroit continue
13 to actively look for new ways to increase revenues
14 and decrease costs after the bankruptcy case is
15 over?
16 A. Every city should do that.
17 Q. And it's Detroit's plan to keep doing
18 that?
19 A. Every city should do that. And, yes.
20 Q. Yes. And is that one of your functions,
21 to keep looking for new ways to increase revenues
22 and decrease costs?
23 A. The major function that I would have
24 would be implementing -- helping to implement the
25 items in the Plan of Adjustment that are intended

JOHN W. HILL

1
2 to reduce revenue and increase costs. And that's
3 a -- there are a lot of issues there.
4 MR. STEWART: If I may say so, I think
5 you testified reduce revenue and increase
6 costs. Is that what you meant to say?
7 THE WITNESS: Did you say "reduce
8 revenue"?
9 BY MR. SMITH:
10 Q. Increase revenue.
11 (Simultaneous cross-talk.)
12 MR. STEWART: I think you two got your
13 wires crossed. You might want to make sure
14 that --
15 BY MR. SMITH:
16 Q. Yeah. Why don't I re-ask the question.
17 Would it be fair to say that there are a
18 number of people at the City that are going to be
19 actively involved in continuing to look for new
20 opportunities to increase revenues or decrease
21 costs after the bankruptcy case is over?
22 A. Again, that's what cities do. And, yes,
23 Detroit would do that as well.
24 BY MR. SMITH:
25 Q. Okay. Does the State of Michigan

JOHN W. HILL

1
2 continue to encourage Detroit to actively look for
3 ways to increase revenues and decrease costs?
4 A. I don't know what that would -- what
5 form that would take, so -- I don't know.
6 Q. Have you permanently moved to the City
7 of Detroit?
8 A. No.
9 Q. Where are you currently residing as your
10 primary residence?
11 A. Washington, D.C.
12 Q. Do you have a consulting practice
13 outside of your work for the City?
14 A. I have a few activities that I'm
15 involved with outside of my work for the City.
16 Q. Are those activities that generate
17 revenue or income for yourself?
18 A. Yes.
19 Q. What activities are those?
20 A. I'm on two corporate boards. I chair
21 the audit committee for one of those corporate
22 boards. And I am the chair of the compensation
23 committee and also the audit committee for another
24 corporate board. And those are paid positions.
25 Q. Are there activities, like consulting

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 29 of 140

JOHN W. HILL

1    JOHN W. HILL
2  activities, that you do outside of the City in
3  your board work?
4      A.  No.
5      Q.  Did you have a consulting practice
6  before you started working for the City?
7      A.  Yes, that's how I started working for
8  the City, is a small consulting practice.
9      Q.  Do you have any plans to move
10 permanently to the City of Detroit?
11     A.  Permanently?  I have -- I have --
12 permanently, no.
13     Q.  I mean, how many days a week do you
14 spend in the City of Detroit?
15     A.  It varies.  I'm here usually five days a
16 week, coming in on Monday, leaving on Friday.
17         MR. STEWART:  If I may, when you say
18     "here," I think he asked you about Detroit.
19         THE WITNESS:  "Here" -- Detroit.  In
20     Detroit, I'm usually there Monday through
21     Friday.
22         MR. STEWART:  For the record, "here" --
23         THE WITNESS:  Is Washington, D.C.
24         MR. STEWART:  -- Jones Day is in
25     Washington, D.C.

1    JOHN W. HILL
2  BY MR. SMITH:
3      Q.  And does your family stay in Washington,
4  D.C., or --
5      A.  No.  I have family members, but I live
6  by myself.
7      Q.  Okay.  Your expert report notes that you
8  oversee -- and why don't I just mark that as
9  Exhibit 1 so you've got a copy of it.  Here you
10 go.
11         (Exhibit Hill-1 was marked for
12     identification.)
13 BY MR. SMITH:
14     Q.  Your expert report on Page 1 notes that
15 you oversee a staff of 250.  What do those people
16 do?
17     A.  A number of different functions.  Those
18 would be people who are in procurement activities
19 for the City, central procurement office.  Those
20 would be budget and budget analysts.  They would
21 also be people in the Treasury Department who
22 oversee the funds.  They would be in the finance
23 department, which would have responsibility for
24 financial reporting.
25     Q.  And it says you coordinate with Ernst &

1    JOHN W. HILL
2  Young and Conway MacKenzie.  What does that
3  entail?
4      A.  A number of different activities.  I
5  work with them on the Plan of Adjustment
6  implementation, and -- just a number of
7  different activities.  So you'd have to be
8  specific about the activities.
9      Q.  Are they all related to the bankruptcy
10 and the Plan of Adjustment?  Or are there other
11 activities?
12     A.  Everything is related to the bankruptcy
13 and the Plan of Adjustment at this point.
14     Q.  It says that you manage and control all
15 financial and budgetary aspects of the City.  What
16 does that entail?
17     A.  That entails the creation of the budget,
18 monitoring the execution of the budget, providing
19 reports on where the City stands with respect to
20 the budget.  It includes the -- working with the
21 auditors on the financial audit.  It includes
22 having responsibility for improving the financial
23 management system and a number of other items.
24     Q.  Your report says you're in the process
25 of establishing the office of the chief financial

1    JOHN W. HILL
2  officer; is that correct?
3      A.  Yes.  My -- the position of CFO didn't
4  exist before.
5      Q.  The position of CFO didn't exist before
6  you were appointed in November of 2013?
7      A.  No; it existed before then.  But it
8  didn't exist before the City was in financial
9  trouble.  There's not a -- there was not --
10 there's not a CFO position in the City's charter.
11     Q.  Okay.  When did the -- when was the CFO
12 position created?
13     A.  It was created as part of the stability
14 agreement, and I forget the actual date that that
15 occurred.
16     Q.  The financial stability agreement with
17 the State of Michigan?
18     A.  Yes.
19     Q.  And why was the office of chief
20 financial officer created?
21     A.  As stated in the document, it's to
22 provide a better coordination of the finance
23 functions and to improve financial management
24 practices within the City.
25     Q.  And is the financial stability agreement

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 30 of 140

JOHN W. HILL

1         JOHN W. HILL
2 still in effect and binding on the City and the
3 State?
4     A. I'm not a lawyer. I know that there
5 have been changes to it. But I'm not a lawyer, so
6 I couldn't answer that.
7     Q. When were there changes to the financial
8 stability agreement?
9     A. I don't know the exact date. But I know
10 that there are -- when Kevyn Orr came in, which
11 was after the financial stability agreement, there
12 were changes that occurred. So -- but I don't --
13 I don't know.
14     Q. Have there been changes to the financial
15 stability agreement since you became CFO?
16     A. No.
17     Q. What activities are being undertaken
18 pursuant to the financial stability agreement?
19     A. The implementation of a new financial
20 management system is one of those activities.
21 There were specific activities that the EY was
22 charged to do, one of which is creation of or
23 review of grants management and the creation of
24 a -- of a -- not -- the review of grants
25 management and coming up with a solution to the

JOHN W. HILL

1         JOHN W. HILL
2 issues.
3     Q. Anything else that comes to mind?
4     A. Nothing specifically that comes to mind.
5     Q. And did the financial stability
6 agreement require improving grants management so
7 that the City could improve its revenues from
8 grants?
9     A. I don't know that that was the intent.
10 But, yes, you would hope that improving grants
11 management would improve revenue from grants.
12     Q. Your report says you're involved with
13 cost benefit analysis. What does that entail?
14     A. There are -- in all of the areas that we
15 were moving forward with on restructuring
16 initiatives, we have to look at the costs
17 associated with those restructuring initiatives
18 and whether or not there are other ways to get the
19 same result for less cost.
20     And so as part of the implementation of
21 these restructuring initiatives, we're actually
22 kind of going through that cost-benefit analysis
23 process.
24     Q. Do you agree that it's important that
25 the financial benefits to the City of -- all the

JOHN W. HILL

1         JOHN W. HILL
2 initiatives in the restructuring outweigh the
3 cost?
4     A. You have to consider the time periods
5 associated with that. But it is important that
6 all of the activities will improve the financial
7 situation within the City.
8     Q. Is the City planning to continuously
9 reevaluate the initiatives in the restructuring
10 and reinvestment after the bankruptcy is over to
11 ensure that they have a good cost-benefit analysis
12 and change them, if necessary?
13     A. It's part of the -- part of the
14 implementation process is to look at the suggested
15 plan item and determine whether or not there are
16 other ways of implementing that plan that could be
17 either more cost beneficial or --
18     So there's always a constant review of
19 the things that we're trying to implement.
20     Q. So would it be fair to say that the City
21 will -- I mean, in -- will not finish its plans
22 for implementation of the initiatives in the plan
23 for the -- in the foreseeable future because it's
24 an ongoing process?
25     MR. STEWART: Objection.

JOHN W. HILL

1         JOHN W. HILL
2     THE WITNESS: Each one of the
3 initiatives in the Plan of Adjustment has a
4 time frame over which it is implemented, and
5 you can see that in the plan.
6     And so foreseeable is just -- again,
7 it's -- there's an expectation that there
8 would be implementation over the time period
9 that's in the plan.
10 BY MR. SMITH:
11     Q. Do you agree with me that the time
12 frames for implementation of the various
13 initiatives in the plan may change?
14     A. Subject to not speculating, but I would
15 expect that the time periods would -- for certain
16 items will change. Some we may be able to
17 implement more quickly; some may slip. But that's
18 the case with the implementation of any plan.
19     Q. And is it also accurate that some of the
20 items in the plan may not actually be implemented;
21 the City might decide not to implement them?
22     A. I don't know that. I don't know that.
23     Q. Would you be required to speculate to
24 determine whether there are initiatives in the
25 plan that will or will not be implemented by the

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-swr  Doc 7126  Filed 08/27/14  Entered 08/27/14 20:43:04  Page 31 of 140

1           JOHN W. HILL
2   City?
3       A.   Yes, I would be required to speculate.
4       Q.   Is there actually a formal
5   implementation plan that the City has created for
6   the Plan of Adjustment?
7       A.   There is an implementation plan.
8       No, there's not a formal -- the Plan of
9   Adjustment is -- is the formal plan that includes
10  all of those items.  But there's no formal plan
11  for implementation of all of the items beyond the
12  Plan of Adjustment.
13      Q.   So there's no formal plan of
14  implementation for the -- for all the items that
15  are in the Plan of Adjustment; is that correct?
16      A.   There are individual plans for each
17  item; but for all of the items, that would be the
18  Plan of Adjustment.
19      Q.   Are there items in the initiatives for
20  which there's not yet an implementation plan?
21      A.   Yes.  Beyond the Plan of Adjustment,
22  yes.
23      Q.   And what type of items fall in that
24  category?
25      A.   There are some items that aren't to

1           JOHN W. HILL
2   begin for a few years yet; and those, we're
3   beginning to plan out what the implementation
4   would be on those.
5       But so, no, there's not a detailed
6   implementation plan behind every item in the Plan
7   of Adjustment.
8       Q.   Is there an implementation plan for the
9   blight-reduction efforts yet?
10      A.   The City does have a plan for blight
11  reduction.
12      Q.   And who would have that document or --
13      A.   It's -- when you say "a plan," you mean
14  a document?  Or do you mean a strategy?
15      Q.   Well, is there a document that lays out
16  the City's plan for blight-elimination
17  expenditures?
18      A.   There are several documents that do
19  that.
20      Q.   It says that your -- one of your
21  responsibilities is securing new funding; is that
22  correct?
23      A.   Yes, that is a part of --
24      Q.   And what are the sources of potential
25  new funding that you are responsible for securing?

1           JOHN W. HILL
2       A.   Well, as part of the grants management
3   structure, we've created an office that we call
4   the chief revenue officer for the City.  And that
5   position's function would be to secure
6   additional -- to work with the department
7   directors to secure additional revenues.  So
8   that's -- that's one piece of the work that we
9   would do.
10      Q.   And what are the other sources of new
11  funding that you're responsible for securing as
12  part of your job?
13      A.   There are no others that have been
14  identified specifically, but I would work with the
15  Mayor on his activities to review -- to secure
16  additional revenue for the City.
17      Q.   What are the other sources of new
18  revenue for the City that the Mayor and you would
19  be jointly working on acquiring?
20      A.   As I've said, all cities continue to
21  look for revenue and ways to reduce expenditures
22  in the future.  And so there's no question that
23  the Mayor will have discussions with the State for
24  additional revenue, and other revenue sources may
25  be identified as a result of that.

1           JOHN W. HILL
2       Q.   Do you agree that the City will continue
3   to look for new ways to increase revenue or
4   decrease costs, regardless of whether the plan is
5   confirmed by the bankruptcy court?
6       A.   That would -- that would provide me to
7   speculate.  Because if the plan isn't confirmed, I
8   don't know how the City will continue to operate.
9   But that's just my opinion --
10      Q.   Okay.  I mean, but if the plan weren't
11  confirmed, then you would continue doing your job;
12  right?
13      A.   If the plan weren't confirmed?  Again,
14  you're asking me to -- you're asking me to
15  speculate on if the -- one, if the plan weren't
16  confirmed, if I would still be there.  And I don't
17  know.  It's the future.  Anything could happen.
18      Q.   And you agree with me that over the next
19  10 years, anything could happen with respect to
20  the City's revenues and costs because there are so
21  many factors that influence them?
22      A.   There are factors that influence the
23  cost, yes, and revenues.
24      Q.   And so anything could happen?
25      A.   Not -- that's very broad.  I wouldn't

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 32 of 140

JOHN W. HILL

1   JOHN W. HILL
2   agree that anything could happen.
3       Q.   And do you agree that there's a wide
4   range of possible outcomes over the next ten years
5   in terms of the City's fiscal situation and its
6   revenues and costs?
7       A.   I agree that if you change variables
8   that a plan is built on, then that would change
9   the result, if that's what you're asking me to
10  answer.
11      Q.   And are there other factors outside the
12  City's control that will impact its revenues and
13  costs in unknown ways over the next 10 years?
14      A.   There are.
15      Q.   And what are some of those factors?
16      A.   Population growth would be a factor.
17  What happens in the general economy would be a
18  factor.  What happens at the State level would be
19  a factor.  So it's -- so there are a number of
20  different things that might have an impact.
21      Q.   Do you agree that reliable financial
22  data is critical for City operations?
23      A.   Yes.
24      Q.   And is that why you're implementing the
25  new financial management system?

1   JOHN W. HILL
2       A.   That's one of the reasons, yes.
3       Q.   Your report says that you have
4   responsibility for certain restructuring and
5   reinvestment initiatives.  Can you tell me which
6   ones?
7       A.   Yes.  I'm working jointly with the --
8   the ones I'm spending the most time on right now,
9   I'm working jointly with the CIO on the
10  implementation of an ERP solutions -- that would
11  be the financial management system -- and would
12  also be other modules that would have human
13  capital management as a part of that.  So that's
14  one of the major ones.
15          I'm also working with other people on my
16  team with revenue collection, some of the revenue
17  collection parts of the plan.  And then also
18  grants management is a major restructuring
19  initiative that I'm spending my time on.
20      Q.   Is the City actively engaged in efforts
21  to increase collection of revenues?
22      A.   Yes.
23      Q.   What activities is the City actively
24  engaged in?
25      A.   Hiring collectors.  As part of the work

1   JOHN W. HILL
2   that we're doing around restructuring the finance
3   operation, we're looking at all of the work
4   streams.  And some of those work streams involve
5   the collection of revenue and determining the
6   types of people that are needed to be in-house;
7   the skills, the salaries that we'd have to pay
8   them in order to improve those collections
9   activities.
10          So it's -- it's a combination of
11  outsourcing and changing what we're doing inside.
12      Q.   And has the City already taken actions
13  that will increase collection of revenues in the
14  future?
15      A.   Yes.  Those -- some of the ones I just
16  mentioned are actions that would help to increase
17  revenue.  We've hired -- we've hired collection --
18  a collection company in a couple of instances on
19  some of the revenues.  So, yes, action is already
20  occurring.
21      Q.   And there were some quality-of-life
22  funds that the City had received.  Did you use
23  funds from that or some other source for the
24  activities to improve collections?
25      A.   There are funds from the quality of life

1   JOHN W. HILL
2   that will be used and are being used to support
3   the changes in the collection activities, yes.
4       Q.   What was the main use of the
5   quality-of-life funds that the City received?
6       A.   There was a list of items that were
7   allowed under the judge's agreement for us to go
8   forward with the quality of life, and those are
9   the -- I can give you a couple of the examples
10  that I know offhand.
11          Certainly for police vehicles.  To
12  support fire vehicles, getting fire vehicles as
13  well.  Civilianization of the police department is
14  one of the initiatives that's under the Plan of
15  Adjustment.  The funding will be used to support
16  the initial work that's being done on the
17  financial management and ERP solution, and
18  grant -- the implementation of grants management
19  as well.
20      Q.   Has the City spent all the
21  quality-of-life funds yet or not?
22      A.   No, it has not.
23      Q.   Do you know how much of the money is
24  spent?
25      A.   The last -- you have to define "spent."

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

JOHN W. HILL

1      JOHN W. HILL
2  There's been so far, I think it's approximately
3  40 million of the funds that have been allocated.
4  There are a list of about $200 million worth of
5  projects that departments have applied for
6  quality-of-life funds for.  And we're going
7  through a detailed review process of the detailed
8  plans around those projects before we will approve
9  and release funding to those agencies to begin the
10 implementation.
11     Q.  Are there agencies that have sought to
12 or requested to use the quality-of-life funds for
13 unapproved uses?
14     MR. STEWART:  Objection.
15     THE WITNESS:  There are departments that
16     have sought to use quality-of-life funds for
17     items that were not included -- the items
18     that were included in the plan but not
19     included in the list of items that the judge
20     received in order for us to support the
21     quality-of-life borrowing.
22 BY MR. SMITH:
23     Q.  And can you give me examples of those?
24     A.  Yes.
25     One of them -- well, I'll give you two

JOHN W. HILL

1      JOHN W. HILL
2  examples of items that we rejected.  One was a
3  project for onboarding, buying systems that would
4  help to onboard employees in the HR department.
5  And we refused to let those go forward until we
6  had a plan for how HR was going to change their
7  processes.
8      So one of the criterias, we do not want
9  to buy new technology without specifically knowing
10 how that technology is going to support a new
11 process.  So that would have been one example.
12     Q.  Are there others?
13     A.  There were others, but I don't remember
14 them off the top of my head.
15     Q.  Okay.  You said $40 million in
16 quality-of-life funds has already been allocated.
17 What's the number one expenditure that the City is
18 using the quality-of-life funds for?
19     A.  As I said, there's a whole list of
20 potential projects that are -- that could be paid
21 for out of quality-of-life funding.  And there's a
22 queue of a number of quality-of-life funding
23 requests that we're currently reviewing.  So
24 there's over -- there's over a hundred -- there's
25 over $200 million worth of quality-of-life

JOHN W. HILL

1      JOHN W. HILL
2  projects that are requesting funding.
3      The largest portion of quality-of-life
4  funding will be around -- largest single portion
5  would be around capital acquisition and systems
6  improvements, will be the two largest segments.
7      Q.  What kind of capital acquisition?
8      A.  Police vehicles; fire and emergency
9  vehicles; and, again, the financial management
10 system and the HRIS system.
11     Q.  Are the funds already being expended on
12 vehicles for the police and fire, or not yet?
13     A.  There are contracts that are out for
14 that, yes.
15     Q.  Okay.  So the funds have already started
16 to be spent, or not?
17     A.  Expended is a specific accounting term
18 in government accounting, so I need to know
19 what -- what you really --
20     Q.  Is it that the contracts have been
21 signed?  Have the contracts already been signed?
22     A.  Some of the contracts have been signed.
23     Q.  It says in your report that you will
24 testify about the City's revenues, forecasts and
25 certain expenses and ability to pay for

JOHN W. HILL

1      JOHN W. HILL
2  restructuring investment -- in investment over on
3  Page 2 of your report at the bottom.  I'm just
4  wondering what -- is that accurately characterized
5  what you plan to testify about, or -- it's on
6  Page 2 --
7      A.  Let me take a minute to read it.
8      Q.  -- at the bottom.
9      A.  Yes.  In general, yes.
10     Q.  Okay.  And if you could elaborate on
11 that.
12     A.  Do you have a specific question?
13     Q.  Well, I guess I'm wondering what, as you
14 might say, it's kind of a broad -- I mean, it's
15 kind of a vague topic, so I'm just trying to get a
16 little bit more guidance about the types of things
17 you want to tell the Court if you can do it now.
18 I mean, if you can't, that's fine too.
19     A.  I'm not really sure what the -- are you
20 asking me -- I'm not really sure what the question
21 is.
22     Q.  I guess, what are you planning to
23 testify about at the confirmation hearing, if you
24 know?
25     A.  The testimony hasn't been prepared.  It

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

JOHN W. HILL
1
2  really will depend on preparation for
3  confirmation.
4        But in general, whether or not the items
5  under the plan, that is, the restructuring
6  initiatives under the plan, specific restructuring
7  initiatives have the funding that's needed within
8  the plan in order to be able to have them
9  implemented over the time periods that are
10  indicated in the plan.
11        I would testify to that and would -- as
12  you know, the plan does not require any borrowings
13  other than the ones that -- the two that are in
14  the plan over the first 10 years.
15        And so the question is, are the -- are
16  the forecasts in the plans of revenues enough for
17  the City to operate under the plan and also have
18  enough funding to implement the -- the Plan of
19  Adjustment items that I'm specifically involved in
20  in the plan. So that's --
21    Q.   And do you agree that if inflation
22  increases, it will adversely impact the City's
23  ability to execute the restructuring and
24  reinvestment initiatives?
25    A.   No.

JOHN W. HILL
1
2    Q.   Well, if the costs associated with
3  restructuring and reinvestment increased, do you
4  agree that the City's ability to execute the
5  initiatives will be adversely impacted?
6    A.   No. Inflation has two sides to it.
7  Inflation could also inflate property values which
8  may change the amount of tax revenue. So -- so I
9  can't say absolutely that inflation would only
10  have an impact on the expenses but not have a
11  positive impact on the revenue, so I can't answer
12  that.
13    Q.   So future inflation could increase
14  property values; correct?
15    A.   Could increase properties, it could
16  increase incomes. So -- so that's why I can't say
17  I agree with your statement.
18    Q.   And do you agree that if the City
19  increases wages above the amounts assumed in the
20  current plan that that would adversely impact the
21  City's ability to implement the restructuring and
22  reinvestment initiatives?
23    A.   If you increase wages within the plan,
24  you have to find a place to pay for it.
25    Q.   Yeah.

JOHN W. HILL
1
2    A.   So all things being equal, increasing
3  wages without increasing some revenue source to
4  pay for them would, or reduce the number of
5  employees, would have a negative impact on the
6  plan. Whether that could be offset by other
7  things, I don't know.
8    Q.   The -- does the City do revenue or
9  expense forecasting currently?
10    A.   Yes. That was -- that's what the
11  consensus report was.
12    Q.   Okay. And the consensus report, does
13  that look at a period of three fiscal years?
14    A.   Yes.
15    Q.   And the consensus report, does it --
16  does it forecast both revenues and expenditures or
17  just revenues?
18    A.   It forecasts revenues.
19    Q.   But not expenditures?
20    A.   Expenditures are not forecasted in the
21  revenue forecast.
22    Q.   Okay. Does the City do any forecasting
23  of expenditures?
24    A.   Yes. Its budgets are forecasts of
25  expenditures.

JOHN W. HILL
1
2    Q.   And are those one-year forecasts?
3    A.   No. Those are three-year budgets.
4    Q.   Okay. So the City -- the forecasting
5  the City does is it does a three-year forecast of
6  revenues and expenditures in its budget, and it
7  does a three-year forecast of revenues in the
8  consensus revenue estimate?
9    A.   That's not accurate. The City does a
10  three-year forecast of revenues in its -- in the
11  revenue consensus and then uses those revenues in
12  its budget and then does a forecast of
13  expenditures in the budget against those revenues.
14    Q.   And so the forecast that the City does
15  in the ordinary course of its business are limited
16  to three years; correct?
17    A.   The forecast in the budgets are, but
18  there's other forecasting that occurs on -- when
19  we look at the forecasting of certain items over time.
20    Q.   What other forecasting does the City do?
21    A.   There's forecasting that occurs around
22  specific projects that we're working on. For
23  instance, if the City is considering an
24  outsourcing, you would look at a forecast for
25  those expenditures, not just over the period of

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 35 of 140

JOHN W. HILL

1
2 time in the budget but over a longer period of
3 time, to determine what the ultimate impact,
4 economic impact would be. So I would consider
5 those forecasts outside of the budget but for a
6 longer period of time than just three years.
7       Q.  What outsourcing forecasts has the City
8 done?
9       A.  There was a forecast that was done on
10 the -- the outsource that the City has
11 implemented, the trash collection.
12      Q.  And anything else that the City has
13 forecast for outsourcing?
14      A.  None that come to mind right now.
15      Q.  Okay.  The trash collection forecast,
16 who performed that forecast?
17      A.  It was forecast with a combination of
18 City employees and also consultant help.
19      Q.  And what consultant was that?
20      A.  Conway MacKenzie was involved in that.
21      Q.  And the -- but in the ordinary course of
22 its business when forecasting its total revenues
23 and expenditures, the City uses a three-year
24 period; correct?
25      A.  You have to define ordinary course of

JOHN W. HILL

1
2 the business.  The -- the City --
3       MR. STEWART:  Just let him ask you a
4 question.
5 BY MR. SMITH:
6       Q.  Yeah, you can answer that.
7       A.  Answer what?
8       Q.  My question.
9       MR. STEWART:  What is the pending
10 question?
11      THE WITNESS:  What was the question?
12 BY MR. SMITH:
13      Q.  Do you agree that the City uses a period
14 of three years to forecast the total expenditures
15 and revenues of the City?
16      A.  For budget purposes.
17      Q.  And there's no other forecast the City
18 does for overall revenues or expenditures of the
19 City; correct?
20      A.  I have seen other forecasts, but if
21 you're asking me is the City doing them or are
22 they forecasts that other consultants are involved
23 in, so I couldn't -- I can't answer that question.
24      Q.  I'm not talking about the Ernst & Young
25 forecasts.  I'm talking about what the City does

JOHN W. HILL

1
2 to run its business.
3       The City does a three-year forecast in
4 figuring out the revenues and expenditures that it
5 will have in running its business; correct?
6       A.  For its budget, the City does a
7 three-year forecast which will change as a result
8 of legislation that's already been passed by the
9 State.
10      Q.  What's that legislation specify?
11      A.  That legislation specifies four years.
12      Q.  Okay.  And when is that designed to
13 occur?
14      A.  After the bankruptcy's settled.
15      Q.  So the -- the -- on the consensus
16 forecast, you work with Eric Scorsone.  Is that
17 how you pronounce his name?
18      A.  Yes, we do work with him.
19      Q.  What is his role?
20      A.  His role is to provide the group with an
21 understanding of what's in the national state and
22 local economy, factors that could have an impact
23 on the basic revenues that are in the -- that make
24 up the budget and general fund.
25      Q.  How did he become involved in the

JOHN W. HILL

1
2 consensus forecasting process?
3       A.  I don't know the history.  I understand
4 he's been involved for some time, but I don't know
5 the history of his involvement.
6       MR. SMITH:  Take a break?
7       THE WITNESS:  Can we take a break?
8       MR. SMITH:  Just speak up whenever you
9 want a break is fine.
10      THE VIDEOGRAPHER:  Going off the record
11 at 10:40.  This is the end of Tape No. 1.
12      (Short break taken.)
13      THE VIDEOGRAPHER:  We are back on the
14 record at 10:48.  This is the beginning of
15 Tape No. 2.
16 BY MR. SMITH:
17      Q.  Mr. Hill, what are the largest sources
18 of untapped revenue for the City?
19      A.  I haven't done a study on that.
20      Q.  Have you done a study on what the
21 largest sources of untapped costs for the City
22 are?
23      A.  No.
24      Q.  You, in your expert report, mentioned
25 that -- you reference the Ernst & Young

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 36 of 140

JOHN W. HILL

1  
2 projections in the fourth-amended disclosure
3 statement and then an update in July of those
4 forecasts. Do you recall that?
5     Q. Do you want to direct me to a page?
6     A. Well, on Page 2, at the bottom -- let's
7 see. Let me just check something.
8        It's actually Page 3, Paragraph 6. Do
9 you see that you reference some projection
10 statements as set forth in Exhibit J to the
11 disclosure statement as updated and then you cited
12 July 2nd, 2014, update? Do you see that?
13     A. Yes.
14     Q. Do you have an understanding of what the
15 difference between the projections in the
16 disclosure statement and the update in July is?
17     A. I know some of the differences. I don't
18 know that I would know all of the differences.
19     Q. What differences are you aware of?
20     A. There were changes in the July update on
21 the -- on some of the reinvestment initiatives --
22 and I'm blanking on exactly which ones -- but
23 there were changes in those numbers. But beyond
24 that, I really can't say.
25     Q. Okay. Would it be fair to say that you

JOHN W. HILL

1  
2 can't explain the details of the Ernst & Young
3 projections; I'd have to ask Ernst & Young about
4 that?
5     A. Are you answering the question for me?
6     Q. Well, I'm wondering if you can explain
7 the details of the Ernst & Young projections.
8     A. No. I generally understand the Ernst &
9 Young projections. I also understand the
10 projections that the -- the finance office did
11 that were compared to the Ernst & Young
12 projections.
13     Q. Okay. But can you explain to me the
14 details of the Ernst & Young projections or their
15 methodology?
16     A. No.
17     Q. Do you -- do you know why there were
18 changes to the reinvestment numbers in the July
19 update of the Ernst & Young projections?
20     A. I know -- I know that there were changes
21 in the update for a number of reasons, certainly
22 to reflect some of the settlements that might have
23 occurred between the previous update and that
24 update.
25        And as you know, the plan has been

JOHN W. HILL

1  
2 updated a number of times since the initial plan,
3 and so there's continued review of that as time
4 goes on.
5     Q. Would it be fair to say you can't
6 explain all the assumptions in the Ernst & Young
7 projection?
8     A. That's fair.
9     Q. The -- do you recognize Mr. Scorsone as
10 an expert in the -- in his field?
11     A. Yes. He's been -- yes.
12     Q. The -- if you look over at Page 4 of
13 your report, at the top, you say that the
14 conference participants also considered the City's
15 past revenue trash and collection rates in
16 addition to comparisons of past actual revenues
17 versus projections.
18        Do you see that?
19     A. Yes.
20     Q. And do you agree it's important to
21 consider collection rates in doing a projection of
22 revenues; correct?
23     A. Yes, it is important.
24     Q. And why is that important to consider
25 the collection rates and forecasting revenues?

JOHN W. HILL

1  
2     A. Because collection rates determine --
3 can determine the amount of revenue that is
4 actually taken in to "cash" in the City.
5     Q. Okay. The footnote on Page 4, you
6 mentioned that the revenue conference omitted
7 non-general fund grant revenues.
8        Do you see that?
9     A. Yes.
10     Q. And what exactly was omitted and why?
11     A. There are other -- there are other
12 departmental-type revenues that are -- that are
13 shown in the plan that were discussed, but they
14 weren't really projected out in the -- by
15 conference report. So they mostly dealt with the
16 largest categories of revenues in the City's
17 general fund.
18     Q. So the consensus revenue estimate didn't
19 attempt to forecast all of the City's revenues; is
20 that correct?
21     A. It did not. That's correct.
22     Q. And there were some other categories
23 here that were omitted: Unlimited tax, general
24 bonds, obligation bonds, millage revenues and
25 proceeds from bond sales. What exactly are those

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 37 of 140

1          JOHN W. HILL
2    items?
3          A.  Those are the millages that might be
4    added potentially in the -- those -- the millage
5    is -- it doesn't include any additional
6    expectation of bond sales in the future.  And it
7    doesn't include any millages that would be
8    associated with the sale of bonds.  So that's just
9    a declarative sentence.
10         Q.  I mean, isn't it possible that there
11   will be bond sales in the future that raise
12   revenue for the City?
13         A.  There aren't any in the plan other than
14   the ones that -- that are -- the two that I
15   mentioned.  So . . .
16         Q.  But have there been discussions about
17   other possible bond sales over the next 10 years
18   other than what's in the plan?
19         A.  Certainly, there have been discussions
20   of bonding potentially in conjunction with other
21   activities outside of the general fund.
22   Certainly, water and sewer, which is -- there have
23   been discussions of bond transactions in water and
24   sewer to support capital; so yes, there have been
25   other discussions.

1          JOHN W. HILL
2          Q.  Other than water and sewer, what other
3    bond sales have been contemplated outside of the
4    plan?
5          A.  I don't know of any outside of the plan.
6          Q.  On Page 5, you reference a -- there's a
7    document -- there's a City of Detroit comparison
8    of assumptions, if I can find reference to it.
9          MR. STEWART:  At the very top.
10   BY MR. SMITH:
11         Q.  At the top.  Do you see that reference?
12         A.  Uh-huh.
13         Q.  Who prepared that document?
14         A.  Let me read that whole section.
15         Q.  Okay.
16         A.  That was prepared by our -- out budget
17   office.
18         Q.  Is the budget office under your
19   supervision, or is that a separate department?
20         A.  It's under my supervision.
21         Q.  Okay.  The -- Paragraph 8 of your
22   report, on Page 5, you say that certain of those
23   restructuring and reinvestment initiatives are
24   likely to increase the revenues the City receives
25   in the coming years.

1          JOHN W. HILL
2    You agree with that statement; correct?
3          A.  Yes, I do.
4          Q.  And then you mention some figures here
5    with a net revenue of over $250 million.
6          Do you see that?
7          A.  Yes.
8          Q.  Do you know who calculated that value?
9          A.  It's a -- it's a mathematical
10   calculation from the plan.
11         Q.  I mean, there are some numbers in here.
12   Can you explain to me how these revenue numbers
13   are calculated?
14         A.  Which revenue numbers?
15         Q.  Well, the 250 million.  It gives
16   examples, such as 76 million in collections after
17   approximately 2.8 million in costs.
18         And then for additional fire marshal
19   inspections in EMS fleet, 23.5 million after
20   approximately 10.2 million in costs.
21         And it list other figures at the bottom
22   of Page 5 and the top of Page 6.
23         Do you see that?
24         A.  Yeah.  Those are -- those are coming
25   from the Plan of Adjustment, and they would have

1          JOHN W. HILL
2    been calculated by Conway MacKenzie -- because
3    it's in the restructuring part of the Plan of
4    Adjustment.
5          Q.  Can you explain how the numbers on
6    Page 5 and 6 of your report were calculated?
7          A.  I can explain some of the -- some of the
8    factors that are involved in the calculation; but
9    the exact calculation, no.
10         Q.  For the 36th District Court, there's a
11   $76 million figure.
12         Do you see that?
13         A.  Yes, I do.
14         Q.  You know that the Court has hundreds of
15   millions of dollars that it hasn't collected from
16   various people; correct?
17         A.  I know that there are receivables still
18   on the books that are very old.
19         Q.  And there's hundreds of millions of
20   dollars of receivables that are still on the books
21   for the Court; is that correct?
22         A.  Yes.
23         Q.  Are you working with the Court to try to
24   collect the money that's outstanding or not?
25         A.  My staff and I are working with the

JOHN W. HILL

1
2 Court on that, yes.
3    Q.   What activities are you working with the
4 Court on to try to collect outstanding sums owed
5 to the Court?
6    A.   Well, the first activity was to work
7 **with the Court on a plan and review of their**
8 **activities and work directly with Judge Talbot,**
9 **who has done a remarkable job around the**
10 **administration for the Court.**
11       **One of the major recommendations was to**
12 **have the Court hire a CFO that would be**
13 **responsible for managing the court's operation and**
14 **also helping with the collection efforts.**
15       **That CFO has been hired.  And so -- and**
16 **we've also seen that some of the activities that**
17 **the judge has done already show historic -- show**
18 **more collections in the last several years than --**
19 **I mean, in the last several months than he had had**
20 **before because of the activities that they're**
21 **involved in.**
22    Q.   So the Court has already improved its
23 collection of amounts that were already
24 outstanding on the books?
25    A.   **The Court has improved its collections,**

JOHN W. HILL

1
2 yes.
3    Q.   And do you -- and you anticipate that
4 the Court will continue to improve its collections
5 of amounts that are owed to the Court?
6    A.   **Yes; and the plan -- yes.**
7    Q.   Are there any of the restructuring or
8 reinvestment initiatives that will not increase
9 revenues or reduce costs?
10    A.   **There are a number of restructuring --**
11 **"will not increase" . . .**
12       **You'd have to say in -- in what amounts.**
13 **You mean -- are you saying, are there**
14 **restructuring -- you'd have to say in what**
15 **amounts.**
16    Q.   Well, I'm just wondering if there were
17 restructuring revenues -- if there are
18 restructuring initiatives that won't have a
19 positive financial benefit for the City in terms
20 of either increasing revenues or decreasing costs.
21    A.   **A direct -- it's -- you know, I think**
22 **all of them will have a direct impact on the**
23 **efficiency by which the City operates.  There are**
24 **some initiatives that actually increase the**
25 **service-delivery levels for areas that have been**

JOHN W. HILL

1
2 **neglected over a long period of time that will add**
3 **additional cost but may not have an impact on**
4 **revenue directly.**
5       **So there are initiatives in the Plan of**
6 **Adjustment that are intended to increase service**
7 **delivery to the citizens.**
8    Q.   Okay.  So there's some initiatives in
9 the plan that will increase service delivery and
10 costs but won't have a positive financial impact
11 in terms of revenue to the City; is that correct?
12    A.   **It's -- it's not -- depending upon the**
13 **time period that you're looking at, it's not**
14 **absolutely correct.  I certainly believe that**
15 **increasing service delivery could have an impact**
16 **on keeping residents from leaving the City and,**
17 **therefore, would have an impact on the -- the**
18 **projections associated with revenue from those**
19 **individuals, whether it's -- whether it's property**
20 **taxes or income taxes.  So ultimately I think all**
21 **efforts to improve service delivery will have a**
22 **positive impact on the City.**
23    Q.   Can you cite any study or data that
24 shows that the initiatives in the plan to improve
25 service delivery will increase revenue?

JOHN W. HILL

1
2    A.   **That is all of the initiatives in the**
3 **plan?**
4    Q.   Yeah.
5    A.   **No, I can't.**
6    Q.   I mean, when you -- some of these
7 service-delivery enhancements that are in the
8 plan, what are you contemplating there?  Or what
9 are the examples?
10    A.   **Say with parks and recreation, the City**
11 **over time, because of the financial condition that**
12 **the City was in, cut a number of basic services.**
13 **And parks, for instance, were not maintained to**
14 **any acceptable level, either for safety of**
15 **citizens or for the enjoyment of and recreation**
16 **for citizens.  The plan does include funding that**
17 **will help increase levels of that service**
18 **delivery.**
19       **There's also amounts in the plan for**
20 **vehicles, both in fire and in EMS, that will help**
21 **improve the response times to crime and to**
22 **emergencies.  Those are -- those will be expected**
23 **to help improve service revenue.**
24       **And certainly in every -- in Washington,**
25 **D.C., if you're able to reduce crime, which was**

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

JOHN W. HILL

1  JOHN W. HILL
2  one of the factors that we dealt with specifically
3  at the Control Board, or the fear of crime, then
4  it has a positive impact on residents in the city.
5  And there was a study that was done on that.
6      Q.  And I think the police chief mentioned
7  that arming the citizens should reduce crime,
8  right, recently?
9      A.  I didn't -- I don't -- I didn't see
10 that, but . . .
11     Q.  It was in the paper the other day.  He
12 was talking about it discourages crime to have
13 armed -- people have armed -- be armed in the
14 city.
15     A.  I don't have any comment on that.
16     Q.  Okay.
17         You mention on Page 7 of your report
18 that there may be deferrals of restructuring and
19 reinvestment initiatives at the bottom of
20 Paragraph 10 on Page 7.
21     A.  The plan --
22         MR. STEWART:  Just ask him -- he hasn't
23     asked you a question.  He's just asked you to
24     look at that.  Then he has a question he's
25     going to ask you.

1      JOHN W. HILL
2  BY MR. SMITH:
3      Q.  Do you see it?
4      A.  Yes, I see it.
5      Q.  Okay.
6          You say the deferrals will not
7  materially change the additional revenue and cost
8  savings.
9          Do you see that?
10     A.  Yes.
11     Q.  There's no study that's been conducted
12 by the City that shows that deferrals in the
13 schedule will not impact revenue or cost savings
14 associated with the plan; correct?
15     A.  That's not correct.  That's not correct.
16     Q.  What study has been conducted?
17     A.  The way that we have decided to
18 prioritize projects in the Plan of Adjustment is
19 that we will absolutely start -- make sure that we
20 start and finish those projects that, within the
21 plan, have a positive impact -- are shown in the
22 plan to have a positive impact on revenue or a --
23 or create a reduction in expenditures.  So those
24 projects will be prioritized within -- and will
25 not be projects that are on the deferral list.

1      JOHN W. HILL
2  And so there was a study that we asked Conway
3  MacKenzie to do to identify all of those projects
4  within the plan that have a positive impact on
5  revenues and a negative impact on expenditures to
6  make sure that those are not a part of the
7  projects that we defer.
8      Q.  So there are projects on the list of
9  expenditures that will not increase revenue or
10 decrease costs; correct?
11     A.  Within the plan, yes.
12     Q.  And those projects, you have included
13 some of those on a deferral list or all of them on
14 a deferral list?
15     A.  Some of those, based on the -- based on
16 the available revenues.  So some of those.
17     Q.  Okay.  So there are some projects that
18 neither increase revenues nor decrease costs that
19 you won't defer; correct?
20     A.  Yes.
21     Q.  And then there are these other projects
22 on the deferral list that are -- that won't
23 increase revenue or decrease costs; correct?
24     A.  There are projects on the deferral
25 list --

1      JOHN W. HILL
2      Q.  Yeah.
3      A.  -- that the plan does not rely on those
4  projects going forward to meet the revenue
5  projections or reduce the expense projections.
6          It's not necessarily true that those
7  projects would not increase revenue or reduce
8  expenses, but you may not be able to actually
9  measure that right now.
10     Q.  And what are the -- what are the -- so
11 you would agree with me that there are also
12 projects on the list of expenditures the City has
13 in the plan where you can't measure right now any
14 potential increased revenue or decreased cost for
15 those projects; correct?
16     A.  I would agree that there are projects in
17 the plan where the plan is not relying on those
18 projects to support the revenue projections or to
19 reduce expenditures.
20     Q.  Do you agree that the revenue
21 projections could be even higher under the plan?
22 They could well be higher, correct, because of
23 some of these projects that you're not depending
24 on?
25     A.  I don't believe the projections can be

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 40 of 140

1      JOHN W. HILL
2 higher, no.
3    Q.  Well, the amount of revenue the City
4 receives as a result of its planned activities
5 could well be higher than the projections, because
6 it has included a number of the projects in the
7 projections.
8    A.  That's the nature of projections.
9    Q.  So that's true; correct?
10    A.  Again, it depends, but that's the nature
11 of a projection.
12    What are the projects that weren't
13 included in the projections that you see as having
14 the biggest upside potential in terms of revenue
15 or reduced costs?
16    A.  I think that the projects there that are
17 in the plan, the revenue and the cost reduction
18 that could be identified have been identified in
19 the plan. So in terms of implementation or
20 effects that aren't yet known, I couldn't say.
21    If I could quantify it, then it should
22 be -- it should be shown in the plan, and so I
23 can't quantify those.
24    Q.  What are the items on the deferral list?
25 What are the biggest dollar items?

1      JOHN W. HILL
2    A.  Certainly there were deferrals in the
3 outyears on some of the blight remediation. The
4 other ones don't -- I'd have to have the list in
5 front of me to refresh my memory.
6    Q.  Is there an actual list of projects that
7 might be deferred?
8    A.  Yes.
9    Q.  Where can I find that list or --
10    A.  I thought it was produced. I think it's
11 in the disclosure.
12    Q.  You think it's in the disclosure
13 statement?
14    A.  I know it was produced.
15    Q.  Is it possible that the City will not
16 actually implement some of the projects on the
17 deferral list?
18    A.  The intention is to implement those
19 projects, just on a different schedule.
20    Is it possible? Anything is possible.
21    Q.  Who decided what would be on the
22 deferral list?
23    A.  It was a joint decision by the Mayor and
24 by Kevyn Orr. The list was -- and I was involved
25 in those discussions as well. But the list was

1      JOHN W. HILL
2 created with the criteria that I outlined earlier
3 and then circulated to the Mayor and Kevyn.
4 And -- and then they decided that this list
5 represents the types of projects that might be
6 deferred.
7    Q.  Do you have -- does the City have a
8 formal procedure in place or structure in place
9 for deciding which projects will be continued that
10 are in the reinvestment initiative or which
11 projects will be deferred?
12    A.  Not -- not yet. That goes through the
13 Mayor and Kevyn Orr. In the future, Kevyn Orr
14 won't be there. So I don't know what that
15 project -- I don't know what that process would be
16 outside of the -- the existing process.
17    Q.  Okay. And you agree that during the
18 10-year period -- next 10 years after the
19 bankruptcy, there will be different
20 decision-makers who are deciding what initiatives
21 impacting revenue and costs will be undertaken;
22 correct?
23    A.  I would expect -- there aren't term
24 limits on the Mayor; so he could still be there, I
25 understand, 10 years from now. So I don't know.

1      JOHN W. HILL
2 It's the future. You're asking me to speculate
3 who is going to be there.
4    Q.  You know Kevyn Orr won't be there
5 anymore; right?
6    A.  I know he's said that he won't.
7    Q.  Okay. And basically new people can be
8 elected as Mayor or elected to the City Council --
9    A.  Absolutely.
10    Q.  -- in the next 10 years; right?
11    A.  I agree with that statement.
12    Q.  So nobody can know who the
13 decision-makers will be in the next 10 years for
14 the City of Detroit; correct?
15    A.  No one can know.
16    Q.  And nobody can know what the priorities
17 and decisions in -- decision-makers in Detroit
18 will be over the next 10 years that might impact
19 revenues and costs; correct?
20    A.  If no one can know the decision-makers,
21 then no one can know the priorities, except
22 that -- the only caveat to that would be if
23 there's a plan in place. And depending upon the
24 restrictions around that plan, that plan has
25 embedded in it a set of priorities. I would -- I

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 41 of 140

JOHN W. HILL

1
2 would expect over time that just because of all
3 the variables associated with governments and
4 cities, that you have to respond to whatever
5 situations occur.
6     So I imagine that there could be
7 changes.
8     Q.  Yeah.  So you would expect over the next
9 10 years, there would be changes in the
10 initiatives taken by the City which could impact
11 revenues and costs; correct?
12     A.  I would say there could be.
13     Q.  Yeah.
14     A.  I don't know that there will be.
15     Q.  But don't you expect that there will be,
16 just given the nature of all the factors that the
17 City has to deal with, that over the next 10
18 years, they may change -- may make different
19 policy decisions that could differently impact
20 revenues and costs from what's currently being
21 assumed?
22     A.  I expect that there will be
23 additional -- that there will be areas that the
24 City would have to respond to that may or may not
25 have been contemplated in the plan.

JOHN W. HILL

1
2     Q.  What do you see as the biggest risks
3 going forward for the plan?
4     A.  I think that there are a number of risks
5 associated with the plan.  Obviously
6 implementation risk.  The ability of the City to
7 attract the people that it will need to help it to
8 implement all of these projects is clearly a risk.
9     The risks associated with the
10 marketplace that the City will have to find these
11 employees in because those are things that are
12 outside of the City.
13     So I'd say from a -- there's
14 certainly -- there's risk of slippage of some of
15 the projects beyond what anyone would know right
16 now.  But those are risks that are associated with
17 any plan.
18     But -- but Detroit has documented in
19 many documents -- one of the most important
20 things, in my mind, is to help the City to improve
21 the information that's available to it to make
22 those decisions and to have better information.
23     So that's why I'm focusing a lot of my
24 time and attention on reducing some of those risks
25 by instituting processes now that will manage them

JOHN W. HILL

1
2 and processes in the future that will be a part of
3 the fabric and the structure of the financial
4 management process that will help to provide City
5 officials with the information they need to make
6 decisions in the future.
7     Q.  Are there other risks to implementation
8 of the plan, as you see it, that you haven't
9 mentioned already?
10     A.  Yeah.  There are any number of risks to
11 the implementation of any plan.
12     Q.  So you agree there are numerous risks to
13 the implementation of this plan, just like any
14 other plan; correct?
15     A.  Yes.
16     Q.  And do you agree that the length of time
17 this plan covers -- you know, the long length of
18 time, the 10-year horizon -- adds to the risks
19 associated with the plan?
20     A.  You mean, 10, 20 and 40?
21     Q.  Yeah.
22     A.  Time is always a risk factor on any
23 plan.  The further out, the harder it is to see in
24 any forecast.
25     Q.  And the City currently doesn't have the

JOHN W. HILL

1
2 people it needs to implement all the aspects of
3 the plan; is that correct?
4     A.  All of the aspects of the plan?
5     Q.  Yeah.
6     A.  I don't understand the question.
7     Q.  You were mentioning that one risk was
8 attracting high-quality people to implement basic
9 parts of the plan; is that correct?
10     A.  What I was referring to is that the plan
11 itself has embedded in it additional employees in
12 the plan and some of the restructuring
13 initiatives.  And so the risk that I was speaking
14 to before was about a specific initiative that
15 would require additional employees.  That's a part
16 of the plan, not a risk of overseeing the plan.
17     There are a number of positions that the
18 Mayor is recruiting for that will be instrumental
19 in helping us to implement the plan.  One is the
20 HR director, and that's a key position that is
21 currently not filled.
22     Q.  And so there are key positions necessary
23 to implement the plan that are currently not
24 filled positions; correct?
25     A.  The one that I know of is the HR

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 42 of 140

JOHN W. HILL

director.

Q.   And one of the risks of the
implementation of the plan going forward is to be
able to hire the high-quality people you need to
implement the plan as contemplated under the plan;
is that correct?

A.   That is a risk.

Q.   And when salaries and wage growth is
restricted, that adds to the risk associated with
implementation of the plan; is that correct?

A.   You'd have to be more specific in terms
of the positions and -- it's -- yeah.

Q.   In order to attract high-quality people,
you need to pay them a good salary.  Do you agree
with that?

A.   Not necessarily.  I would say we have
high-quality people in the City who are willing to
work for less than they might be able to get
elsewhere.  And -- I mean, yeah, there are a
number of people who are of high quality in the
City now who are receiving lower-than-market
wages.  So that's why I can't categorically agree
with that statement.

Q.   Do you agree that one of the risks to

JOHN W. HILL

implementation of the plan is the constraints the
City has on the amount of money it can pay the
employees it needs to hire?

A.   I think that's a risk -- I've said
that's a risk to the plan.

Q.   Have you agreed to stay at the City for
a certain amount of time, or not?

A.   Not for a certain amount of time.  I've
told the Mayor that I am interested in staying.
I've told the Mayor that -- we have not worked out
the -- any of the specifics around that.

As you know, there's a new process that
goes into place after bankruptcy for the hiring of
the CFO.  Has to be appointed by the Mayor,
confirmed by the Council, and confirmed by the
Control Board.

So no one knows the outcome of all of
those processes.

So I've expressed to the Mayor my
interest in continuing to help move Detroit
forward.  I've not said how long that would be or
the end of his term or whatever --

Q.   And right now you don't know whether
you'll be the CFO after the bankruptcy or not;

JOHN W. HILL

correct?

A.   I have no idea.  I don't know who the
CFO would be after the bankruptcy.  There's a
whole process that determines that that hasn't
occurred yet.

Q.   Is that why you have a nonemployment
position currently?  Or there was some statement
in your report about having a contract that's not
in a -- is not an employment contract or something
like that.

A.   Yeah.  I have -- I have a personal
services contract with the emergency manager.  And
the emergency manager could only provide a
contract for the period of time that the emergency
manager would expect to be there.

So since it's under the emergency
manager's authority, so --

Q.   So when Mr. Orr leaves, you have to go
unless you get some other arrangement with the
City; is that correct?

A.   My contract has a termination date, so
yeah, there has to be some -- there has to be some
action for me to stay beyond my contract time.

Q.   Okay.  And do you know when Mr. Orr is

JOHN W. HILL

going to leave or not?

A.   No idea.

Q.   Do you anticipate Mr. Orr will leave
this fall sometime?

A.   I know what he said.  I know he said
that he would leave sometime this fall.  But you
never know what can happen.

Q.   On Page 7 of your report you talk about
the accrued pension liabilities.

Do you see that section?

A.   Uh-huh.

Q.   You say you analyzed the financial
ability of the City to fund the accrued pension
liabilities.

What exactly did you do to analyze that?

A.   We looked at what the accrued pension
liabilities would be and then looked at the
sources that the City would have available to it
as a function of the plan to satisfy those
liabilities.

Q.   And in the past you're aware that the
City has deferred payments to the pension funds;
is that correct?

A.   Yes.

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 43 of 140

1       JOHN W. HILL
2       Q.   And that was a mechanism the City used
3   to improve its financial situation?
4       A.   I don't know the purpose that they did
5   it.  I wasn't there at that time.
6       Q.   Do you know that -- that the Detroit
7   pensions are actually funded at a higher level
8   than comparable cities?
9       MR. STEWART:  Objection.
10      THE WITNESS:  You'd have to tell me what
11          cities, and then we'd have to argue whether
12          they're comparable or not.
13  BY MR. SMITH:
14      Q.   Are the Detroit pensions funded at a
15  higher level than the District of Columbia's
16  pensions were funded?
17      A.   I don't know if they're funded at a
18  higher level.  I don't know if they're funded --
19      Q.   Are there cities you're aware of that
20  have funding of their pensions at lower levels
21  than the City of Detroit?
22      A.   Yes.  And many of them are in trouble.
23      Q.   What are some of the examples?
24      A.   Chicago would be one.
25      Q.   Are there other -- and Chicago is not in

1       JOHN W. HILL
2   Chapter 9 bankruptcy; correct?
3       A.   It's not, as far as I know.
4       Q.   Are there other cities that have funding
5   of pension levels that are lower than Detroit's
6   that are not in Chapter 9 bankruptcy?
7       A.   I don't -- I don't know of a -- you'd
8   have to tell me what cities are in Chapter 9.  I
9   can't answer that question.
10      Q.   You know there are other examples of --
11  there are actually a number of examples, aren't
12  there, of cities that have lower funding of their
13  pensions than Detroit's that are major cities;
14  correct?
15      A.   I've conceded that I know of one.
16      Q.   Are there others that you know of?
17      A.   Not that I can name offhand.
18      Q.   You just haven't investigated that one
19  way or the other to look at the funding levels
20  of -- what the funding levels are of pensions in
21  other cities comparable to Detroit?
22      A.   I have not looked at that.
23      Q.   Okay.  You also mentioned in the same
24  paragraph that the City will not be in a position
25  to take risks that more financially sound

1       JOHN W. HILL
2   municipalities could potentially take.  What did
3   you mean by that statement?
4       A.   That there's very little play in -- if
5   you look at the Plan of Adjustment, there's a
6   contingency line.  And that's about it in terms of
7   the play that the City might have.  It's not
8   really play, but it's a contingency line.
9           And beyond that, I'm not able to
10  identify other places that, if the -- if the
11  City's payments were tied to other activities
12  within the pension plan that they would be able to
13  meet those requirements.
14          So in Detroit the more certainty that
15  you have around what the payments are, the more
16  likely that you're going to be able to plan for
17  those payments.  And so that's what that means.
18          I just haven't identified any other
19  places within the Plan of Adjustment other than
20  the contingency where a major shift in what the
21  City was required to pay to the pension plans
22  wouldn't have drastic impacts on other parts of
23  the plan.
24      Q.   And did the level of the City's pension
25  funding and pension obligations represent a risk

1       JOHN W. HILL
2   to implementation of the plan?
3       A.   The level of the funding is specified in
4   the plan.
5       Q.   And I'm just wondering whether the
6   pension -- the pension obligations the City is
7   still going to have after the plan is confirmed,
8   whether those represent a risk to implementation
9   of the plan just because they're so large.
10      A.   The obligations are projected in the
11  plan.  So the plan -- so I -- and the obligations
12  going forward have some certainty in terms of
13  being based on factors that you know.  So it's
14  less of a risk as it's constructed in the plan
15  than it was before the plan.
16      Q.   But still after the plan, is there --
17  did the pension obligations still represent a risk
18  to the fiscal health of the City?
19      A.   The plan has adequate resources to pay
20  for the projected pension obligations that are in
21  the plan.  Any obligations that might exist
22  outside of the plan could cause a problem with
23  having to make adjustments in the plan.  That's
24  just a fact.
25          So any obligations that come in at

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 44 of 140

1        JOHN W. HILL
2   higher levels than are anticipated in the plan
3   have to be absorbed in some way. And the plan has
4   $11 million a year -- approximately $11 million a
5   year in contingencies, but that's -- that's all
6   that's there.
7        Q.  Yeah.
8        A.  So I'm trying to answer your question as
9   best I can.
10       Q.  Well, I mean, my question is, did the
11  pension obligations continue to represent, after
12  the plan is confirmed, a potential risk to the
13  City in terms of its fiscal health, the fact that
14  it still has these pension obligations as they're
15  defined under the plan?
16       A.  And as I answered, only if those
17  obligations are outside of what's been projected,
18  which is the case with any part of the plan.
19       That would be my answer.
20       Q.  Well, I mean, if the cost for decorating
21  the Mayor's office changes or something like that,
22  that's not going to impact the City's fiscal
23  health; correct? I mean, the Mayor's budget is
24  not going to sink the City again, is it?
25       A.  You're asking me to speculate. I -- I

1        JOHN W. HILL
2   don't -- I can't do that.
3        Q.  You can't represent to the Court that
4   the City won't be back in bankruptcy again within
5   the next 10 years, can you?
6        A.  No, although I -- I'm not a lawyer.
7   And -- I'm not a lawyer, but no, I can't.
8        Q.  And after the plan is confirmed, the
9   City is still going to have significant pension
10  liabilities; correct?
11       A.  Yes.
12       Q.  And after the plan, are the largest
13  liabilities of the City going to be its pension
14  liabilities?
15       A.  The pension liabilities will be a
16  large -- a large part of the liabilities for
17  the -- yeah.
18       Q.  And the pension liabilities after the
19  plan is confirmed are continuing -- they're going
20  to be a continuing concern in terms of the City's
21  fiscal health; correct?
22       MR. STEWART:  Objection.
23       THE WITNESS:  I'll go back to the answer
24  I gave before: The plan anticipates pension
25  obligation -- pension liabilities and paying

1        JOHN W. HILL
2   pension costs in accordance with the
3   agreements that are currently in place, and
4   that is anticipated in the plan.
5        So to say that it's going to be a
6   continuing -- a continuing issue, it only
7   becomes an issue if there are expenditures
8   outside of what has been projected in the
9   plan. So . . .
10  BY MR. SMITH:
11       Q.  Are there risks under the plan that the
12  pension obligations will adversely affect the
13  fiscal health of the City?
14       A.  Risks that the existing pension
15  obligations --
16       Q.  -- will adversely affect the health of
17  the City in the future?
18       A.  The obligations themselves, the City
19  will have to -- will have to fund those
20  obligations. There are, as I said before, there
21  are risks associated with the plan. There's
22  always a risk of revenues not materializing when
23  you expect them to materialize. There's always a
24  risk of expenditures being greater than what's
25  planned.

1        JOHN W. HILL
2        So to single out any one item, it's very
3   difficult to do. But what I do know is that under
4   the plan, the risk of pension issues is less
5   than it was, in terms of the financial health of
6   the City, than it was prior to the plan.
7        Q.  There continues to be a risk to the
8   financial health of the City from the pension
9   obligations after the plan is confirmed; correct?
10       MR. BARNOWSKI:  Object to the form.
11       THE WITNESS:  I think I've already
12  answered it in a number of different ways.
13  So can we stand on that answer?
14  BY MR. SMITH:
15       Q.  Well, you just mentioned that the risk
16  is reduced, right, in your view? The risk -- the
17  risk from the pension obligations to the financial
18  health of the City you believe is reduced;
19  correct?
20       A.  Yes -- yeah.
21       Q.  But you agree that the risk did not
22  disappear, correct, under the plan?
23       A.  No.
24       Q.  So there remains a risk from the pension
25  obligations to the financial health of the City

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 45 of 140

1          JOHN W. HILL
2  after confirmation; correct?
3      MR. BARNOWSKI:  Object to form.
4      A.  As I've said before, any expenditure in
5  the plan could come in greater than was
6  anticipated in the plan.  That's the nature of the
7  plan.
8      So is there a risk?  Yes, there's a
9  risk; but it's all going to be in the context of
10  what happens on the revenue side as well.
11      So whether that has an impact on the
12  financial health of the City, that's the piece I
13  can't -- I can't connect to what you're laying
14  out.
15      I don't know.
16      I do know that the plan anticipates the
17  obligations that the City will have under the
18  new -- the obligations that it projects the City
19  will have under the new agreements with the unions
20  and that there are revenues that are in the plan
21  that are sufficient to meet those obligations as
22  projected.
23      So, again, it's all in the context of
24  the total plan.
25     Q.  What things could change after

1          JOHN W. HILL
2  confirmation that would increase the adverse
3  effect of pension obligations on the City?
4      A.  Let me answer the part of your question
5  that I -- that I agree with.
6      I haven't agreed that there's an adverse
7  effect of pension obligations on the City.
8      But -- so I don't agree with that piece
9  of your question.  I do believe that other
10  expenditures that could happen -- the financial
11  management system, we could go out and propose on
12  a financial management system and it ends up
13  costing more than we've projected in the plan.
14      So the real question is, will any of
15  those items be in excess of the contingencies that
16  are embedded in the plan?
17      So I would have to know that in order
18  to -- I have to know the magnitude of the
19  differences.
20     Q.  How could the costs of the pension
21  obligations increase in the future?
22      A.  There's a ceiling on some of the pension
23  obligations, but I'd have to look at the -- the
24  specific contract again to give you a detailed
25  answer.

1          **JOHN W. HILL**
2     Q.  The pension costs could increase over
3  time beyond what's projected in plan; is that
4  correct?
5      MR. BARNOWSKI:  Object to form.
6      THE WITNESS:  As I said, any expenditure
7  could.  That's the nature of a plan.  It's
8  not certainty.  It's the nature of the plan.
9  BY MR. SMITH:
10     Q.  And you can give the Court no guarantee
11  that the projected revenues and costs that the
12  City has provided are going to be accurate;
13  correct?
14      MR. STEWART:  Objection.
15      THE WITNESS:  Can you define "accurate."
16  BY MR. SMITH:
17     Q.  Will actually reflect actual values.
18      You can't give -- you can't tell the
19  Court that the projected values the City is giving
20  it will actually represent the actual values that
21  are going to be achieved in the future; correct?
22      **A.  I can say whether it's reasonable, but I**
23  **can't say whether it's-- I can't tell the future.**
24     Q.  So you can't say that they're going to
25  be accurate; correct?

1          JOHN W. HILL
2      MR. STEWART:  Objection.  Go ahead, I'm
3  sorry.  I didn't mean to interrupt you.
4      THE WITNESS:  I can say that -- I can't
5  say that the exact numbers that are in the
6  plan are going to come in exactly as the plan
7  has them.
8      I can say that it's -- that it's --
9  based on the projections, it's reasonable to
10  expect that the plan in its totality can move
11  forward in the way that it's currently
12  constructed.
13      There are risks, and I've admitted that
14  clearly there are risks.  And we're doing
15  everything we can to mitigate the risk of
16  implementation in the plan.
17  BY MR. SMITH:
18     Q.  And when you say that the forecasts are
19  reasonable.  Are there other forecasts that could
20  give different numbers that would also be
21  reasonable?
22      **A.  I don't know of any.**
23     Q.  When you say "the forecasts are
24  reasonable," what methodology are you basing that
25  on?

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 46 of 140

JOHN W. HILL

1
2    A.  I'm -- for the first -- for the first
3    few years of the plan, I'm basing the
4    reasonableness of the forecast of the revenues on
5    the revenue estimation report and the work that
6    was done that showed that the revenues that we
7    were projecting came to within about 1 percent of
8    the revenues that Ernst & Young had projected.
9         And then the other forecast in the plan,
10   I'm relying on information from E&Y as an expert
11   and also Conway MacKenzie in terms of
12   restructuring.
13   Q.   Have people at the City expressed
14   criticisms or concerns about the plan?
15        MR. STEWART:  Objection.
16        THE WITNESS:  People at the City?
17   BY MR. SMITH:
18   Q.   Yeah.  I mean, there must have been
19   discussions about the plan within the City,
20   officials; correct?
21   A.   Sure, there have been discussions.
22   Q.   Have there been criticisms or concerns
23   of the plan that have been expressed in
24   discussions amongst City officials?
25   A.   There have been explorations of various

JOHN W. HILL

1
2    parts of the plan by City officials, absolutely.
3    Q.   What concerns have been expressed by
4    City officials with respect to the plan?
5    A.   The plan as a whole?
6    Q.   Or any aspect of the plan.
7    A.   You know, there have been a number of
8    detailed meetings with the Mayor and the Mayor's
9    staff around the plan implementation.  I think
10   initially there were some misunderstandings by
11   some of the department directors about what the
12   initiatives really entailed, even though a number
13   of them were involved in the construction of the
14   initiatives.
15        And so I think it's a natural process of
16   shifting from having a plan to implementing a
17   plan, which is different than constructing it.
18        So I believe there have been -- there's
19   been probing of various aspects of the plan in
20   these meetings.
21        I wouldn't say general criticism of the
22   plan.  I would say probing around certain aspects
23   of the plan.
24   Q.   Have there been criticisms of specific
25   aspects of the plan by City officials?

JOHN W. HILL

1
2    A.   Certain aspects of the plan have been
3    probed by City officials, yeah.
4    Q.   What aspects of the plan?
5    A.   One of them was the -- an earlier plan,
6    whether or not the subsidy number for the bus --
7    for Department of Transportation was an accurate
8    number.  And that was looked at, and the subsidy
9    was increased as a result.
10        So the plan is and will -- the plan is a
11   living -- has been a living document that gets
12   reviewed and gets questioned internally,
13   especially now that we're moving into an
14   implementation phase.  And so I would -- whether
15   that's a criticism, it was an observation and then
16   a change that occurred as a result.
17   Q.   When did you start planning for
18   implementation of the plan?
19   A.   I've been planning for it since I got
20   there.
21   Q.   And that would be in November 2013?
22   A.   Yeah.
23   Q.   You just have to audibly give an answer.
24   A.   Yeah, that's my -- that's my -- if you
25   want to count the work that I did from a

JOHN W. HILL

1
2    consulting standpoint for grants management, that
3    was a part of the plan as well; so even during
4    that period of time.
5    Q.   Have there been any reviews of the
6    Ernst & Young forecasts that have been done?
7    A.   Can you define "reviews."
8    Q.   Like any comment -- any written comments
9    or evaluations of the Ernst & Young forecasts that
10   have been done.
11   A.   I know that there are a number of
12   reviews of the forecasts that have occurred, so a
13   lot of people have looked at it.
14   Q.   Like who?  Who has produced written
15   reviews of the Ernst & Young forecast?
16   A.   Written reviews?
17   Q.   Yeah.
18   A.   I haven't -- I haven't seen any written
19   reviews of the forecast.  I don't -- yeah.  I
20   haven't seen any written reviews.
21   Q.   If you look at your report, you attach a
22   revenue conference report dated March 18, 2004, as
23   Exhibit 1.
24   A.   Yes.
25   Q.   It you turn to Page 1 of that document,

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 47 of 140

JOHN W. HILL

1    it says in the middle, "The City income tax and
2    wagering tax would be particularly susceptible,
3    both positively and negatively, to changing
4    economic conditions."
5         Do you see that statement?
6    A.  Uh-huh.
7    Q.  Do you agree with that statement?
8    A.  Yes.
9    Q.  So if the economy improves, the income
10   tax and wagering tax could go up a lot.  And,
11   conversely, if the economy gets worse, the income
12   tax and wagering tax could go down a lot; is that
13   correct?
14   A.  You'd have to define "a lot" for me.
15   But there could be a change as a result of
16   economic conditions.  I agree with that.
17   Q.  And the income tax and wagering tax are
18   particularly responsive to economic conditions; is
19   that fair?
20   A.  That is one of the factors that they're
21   responsive to.  There are several others.  Yeah.
22   Q.  On Page 1 it says also that employment
23   conditions to slowly improve.
24        Do you see that?
25

JOHN W. HILL

1    A.  Yes.
2    Q.  Do you agree that the employment
3    conditions are improving in the city already?
4    A.  Yes, they are.
5    Q.  And do you agree that the economy is
6    improving in the city already?
7    A.  I agree that there are signs.
8    Q.  And do you agree that the City is in a
9    period of recovery after the recession?
10   A.  Are you pointing to a specific place in
11   the report?
12   Q.  No, no.  Just in general.  Is the City
13   in a recovery phase after the recession that
14   occurred?
15   A.  One of the -- yes, but -- yes.
16   Q.  And does the City of Detroit continue on
17   an ongoing basis to make efforts to attract
18   businesses to the City and improve the economy?
19   A.  Yes.
20   Q.  What kinds of activities is the City
21   involved in now to attract businesses to the City?
22   A.  Offering space for businesses to operate
23   in conjunction with the State; offering
24   opportunities for businesses to -- businesses

JOHN W. HILL

1    that -- and people who are expats to come into the
2    city to be able to either start a business or live
3    within the city.
4         There are tax incentives that would
5    support -- having businesses support and locate in
6    certain parts of the city; renaissance zones, if
7    you will.
8         So there are a number of visits that the
9    Mayor and others make to either other cities or
10   other places where business is looking for a place
11   to come.
12        So, yeah, those activities are
13   occurring.
14   Q.  And has the City been successful in
15   attracting business to the city in recent years?
16   A.  I know of some businesses that have come
17   into the city, yes.
18   Q.  And so would you say that the City's
19   efforts have been successful in attracting
20   business to the city in the last few years?
21   A.  I would say that businesses have come
22   into the city in the last -- in the last few
23   years.  Whether that's a result of the activities
24   or general economic climates, I'm not sure.  I
25

JOHN W. HILL

1    haven't done a study.
2    Q.  There's been an increase in business in
3    the city in the last few years as a result of
4    either the City's actions or the economy in the
5    city or other factors; is that correct?
6         MR. STEWART:  Objection.
7         THE WITNESS:  Again, I'd have to know --
8    the "other factors" piece.  I would say there
9    has been an increase in businesses coming
10   into the city, yes.
11   BY MR. SMITH:
12   Q.  What do you attribute the increase in
13   businesses coming into the city in the last few
14   years to?
15   A.  I couldn't tell you the specifics for
16   each business; but -- yeah.  I couldn't tell you
17   the specifics for each business.
18   Q.  Is Detroit actively promoting itself to
19   businesses to try to attract new businesses to
20   come into the city?
21   A.  Yeah.
22        MR. STEWART:  Objection.
23        THE WITNESS:  Detroit is actively
24   promoting itself, yes.
25

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 48 of 140

1           JOHN W. HILL
2  BY MR. SMITH:
3       Q.  What kind of activities does the City
4  engage in to actively promote itself to have new
5  businesses come into the city?
6       A.  There are ads.  There are trips.  There
7  are groups of business leaders that are involved
8  in helping to bring business to the city.  So
9  there are all kinds of -- all kinds of activities.
10      Q.  Is part of your job to help attract
11 business to -- new businesses to the city on an
12 ongoing basis?
13      A.  That's not something that has been
14 spelled out as part of my job, but I would
15 certainly work with anyone who is trying to do
16 that.
17      Q.  I mean, does the City have plans to
18 increase the level of effort and actively in
19 trying to attract new businesses to the city?
20      A.  Yes.  The Mayor has plans to do that.
21 Yes.
22      Q.  What kind of plans?  If you know
23 specifics.
24      A.  Certainly plans -- well, I know that
25 there are -- that the Mayor has plans.  The

1           JOHN W. HILL
2  specific plans I couldn't give you.
3       Q.  Down at the bottom of Page 2 of this
4  revenue conference report we're looking at, it
5  says that the initial projection for fiscal year
6  2016 reflects continued growth in income tax and
7  state revenue sharing collections.
8       Do you see that?
9       MR. STEWART:  Hold on.  I'm missing it.
10 Is this at the bottom?
11      MR. SMITH:  The bottom of Page 2.
12      MR. STEWART:  I see.
13      MR. SMITH:  You got it?
14      MR. STEWART:  I got it, yeah.
15      THE WITNESS:  Yes.
16 BY MR. SMITH:
17      Q.  Would you agree that -- that income tax
18 and state revenue sharing collections should be
19 increasing in future years?
20      A.  Again, it's over what time period?  At
21 some time in the future, those two sources of
22 revenue should increase.
23      The State revenue sharing is a function
24 of a formula and also a function of State
25 legislation.  So those are things that, in order

1  for it to change, either the factors of the
2  formula have to change or the State has to make a
3  change in its -- in what it's sharing.
4       Q.  Do you agree that nobody can predict
5  what state revenue sharing will be over the next
6  ten years, because it is subject to this political
7  process?
8       A.  I believe you can forecast it.  To know
9  what it's going to be, no.
10      Q.  Yeah.
11      I mean, have you been involved in
12 discussions with the State about revenue sharing?
13      A.  I have not.
14      Q.  Who typically is involved in those
15 discussions?
16      A.  I can only speculate who would be
17 typically involved in the discussions.
18      Q.  Okay.  Do you agree that the City
19 continues active efforts to try to get the State
20 to increase revenue sharing?
21      A.  I believe that the City is in
22 discussion -- well, I know that the City is in
23 discussion with the State around a number of
24 different possible increases in revenue.  And as I

1           JOHN W. HILL
2  said before, that's what every City does with its
3  State.  So yes, that does occur.
4       Q.  And the -- have you also heard people at
5  the City blame the City's fiscal situation on
6  decreases in revenue sharing from the State in
7  recent years?
8       A.  I've never heard that said.  It's never
9  been said to me.
10      Q.  Are you aware there has been a
11 significant decrease in revenue sharing in recent
12 years?
13      A.  I know there's been a decrease in
14 revenue sharing, yes.
15      Q.  And you know that there are other cities
16 in the state that are under emergency managers;
17 correct?
18      A.  Yes, I know that.
19      Q.  There are a number of states in Michigan
20 facing fiscal distress; correct?
21      A.  States in Michigan?
22      Q.  There's a number of cities in the State
23 of Michigan that are facing fiscal crisis;
24 correct?
25      A.  There are a number of cities under

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

JOHN W. HILL

1          JOHN W. HILL
2    emergency management, yes.  Yeah, absolutely.
3         Q.   The -- if you look at Page 5 of the
4    consensus report, there's a section on wagering
5    taxes.  Do you see that?
6         A.   Yes.
7         Q.   At the end of that section it says "The
8    turnaround is expected in fiscal year 2016 with
9    the consensus projecting 1.5 percent growth in
10   wagering tax revenues."
11        Do you see that?
12        A.   Yes.
13        Q.   Is that a reasonable projection?
14        A.   I believe that it is.
15        Q.   Okay.  Do you agree that everyone
16   participating in the consensus conference used
17   different methodologies to estimate revenues?
18        A.   Yes.
19        Q.   Is there a reason that the consensus
20   conference doesn't estimate or forecast
21   expenditures?
22        A.   Because it's a revenue estimation
23   conference.
24        Q.   Okay.  The -- on Page 11 of the
25   document, there's a section on potential upward

1          JOHN W. HILL
2    adjustments to forecasts.
3         Do you see that?
4         A.   Yes.
5         Q.   "The consensus conference concluded that
6    ongoing improvements in collection efforts in
7    fiscal year 2013 should net additional income tax
8    revenues not currently reflected in the consensus
9    estimates."
10        Do you see that?
11        A.   These -- yeah.  But this is -- this is
12   in context of the risk to the forecast, things
13   that could happen on either side of the forecast.
14   And so it wasn't a conclusion that this would
15   happen.  It's that this is a risk and a
16   possibility.
17        Q.   Okay.
18        A.   That's --
19        Q.   And do you -- well, do you agree that
20   the income tax collections could well improve more
21   than is forecasted in any of the forecasts?
22        A.   Well, there are -- there are dollars in
23   the plan associated with improving collections of
24   taxes.  They're not in the projected revenues of
25   the plan, but they're in the con -- they're in the

1          JOHN W. HILL
2    restructuring initiatives in the plan, so you'd
3    have to implement those strategies in order to
4    increase the collections.
5         The way -- so the way it's constructed
6    there in the plan, there are additional -- there
7    are initiatives that would have additional revenue
8    associated with them for collection of
9    receivables.
10        Q.   And does the plan assume that the City
11   will obtain piggybacking of tax collections from
12   the State?
13        A.   I don't remember if that piece is
14   actually in the plan or whether it came after.  I
15   can't say --
16        Q.   Okay.
17        A.   -- offhand.  But there is an effort
18   underway to have a piggyback effort with the
19   State.
20        Q.   Okay.  And what's the status of the
21   City's efforts to have the State piggyback tax
22   collection for the City on its State return?
23        A.   There's agreement in concept.  We have
24   started -- the potential forms that could be used
25   have been discussed, and so there's planning for

1          JOHN W. HILL
2    implementation.
3         Q.   Okay.  So people are involved in
4    drafting the actual forms that would be used for
5    piggybacking the tax?
6         A.   Yes.
7         Q.   And have there been revisions back and
8    forth with those forms already?
9         A.   Yes.
10        Q.   And when do you contemplate that that
11   will be set up, the piggybacking of the tax?
12        A.   It's -- it's the taxes that are -- the
13   returns that are done in -- I think it's 2016 --
14   that are for the 2015 tax year.  But I have to --
15   I'm within a year or so of the actual date.  But
16   it's within the next two to three years.
17        Q.   Okay.  And piggybacking the tax
18   collection should increase income tax revenues for
19   the City; correct?
20        A.   That's the hope, yes.
21        Q.   And when you piggyback the tax
22   collections with the State, does that mean that
23   the City income tax will then be withheld by
24   employers?  Or how does that work?  Maybe you can
25   explain --

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 50 of 140

JOHN W. HILL

1
2    A.  No, not necessarily.
3    Q.  Can you explain what piggybacking the
4 tax collections means?
5    A.  It means that any separate form by the
6 City for income taxes would go away and that that
7 would be a schedule for computing taxes on your
8 State return.  And so you would pay your Detroit
9 taxes when you pay your State taxes.
10   Q.  And how does that help to improve tax
11 collections for the City?
12   A.  It could identify non-filers, because
13 anyone who has a Detroit address would also then
14 be expected to file a return for Detroit.
15      And then the State's collection efforts,
16 meaning that any withholding that occurs, whether
17 it's from the State or from City, could be used to
18 support the payment of the city taxes as well.
19   Q.  Okay.  So --
20   A.  It comes down to one liability.
21   Q.  So under the piggybacking proposal,
22 there would be withholding of money that would be
23 available to pay the City income tax; is that
24 correct?
25      MR. STEWART:  Objection.

JOHN W. HILL

1
2      THE WITNESS:  It's not completely
3 accurate.
4 BY MR. SMITH:
5    Q.  Okay.  Maybe you can explain to me how
6 piggybacking makes money available to pay the City
7 income tax.
8    A.  It is a consolidated return.  So the two
9 ways that it could help -- and there may be
10 others.  The two ways that it would help would be
11 you'd be able to identify people who live in
12 Detroit who aren't filing a City return but yet
13 they're filing a State return, so non-filers.
14      Ask then you'd also, since it's one
15 number and one check on the return, then you'd be
16 able to offset any withholdings above and -- any
17 withholdings against the amount that's remitted to
18 the State.  So it's those two --
19   Q.  And there are numerous people who were
20 living in Detroit and working outside of Detroit
21 who aren't paying the City income tax; correct?
22   A.  I don't know the actual number, but the
23 projection's that there are some.
24   Q.  And there's been a study by MacKenzie
25 that was indicating that it was as much as

JOHN W. HILL

1
2 $140 million was being lost by the City in income
3 tax revenue because people who lived in the city
4 but worked outside the city weren't paying the
5 tax; correct?
6    A.  I'd have to look at that study again to
7 see if that number is correct.  But yeah, I'd have
8 to look at it again.
9    Q.  I mean, what are the numbers you've seen
10 in terms of revenue losses for reverse commuters
11 who don't pay the taxes?
12   A.  I haven't -- I haven't seen -- you know,
13 I've seen revenue numbers as a part of the
14 MacKenzie report.  I just don't remember the exact
15 number that was in the report.
16   Q.  You do remember it was tens of millions
17 of dollars that was being lost as a result of
18 reverse commuters not paying taxes?
19   A.  I remember that there was a potential
20 for, I'll say, millions of dollars in
21 noncompliant -- noncompliance with the City's tax
22 rules.
23   Q.  Is there any legislative change that
24 needs to be done to accomplish piggybacking, or is
25 that just something that the State will do

JOHN W. HILL

1
2 administratively?
3    A.  I don't know the specifics of how it
4 would be actually implemented.  I'd have to only
5 assume.  But they're lawyers that are working on
6 that.  I'm not a lawyer.
7    Q.  The State has agreed to do the
8 piggybacking; is that fair to say?
9    A.  Yes.  There has been agreement to move
10 forward and get -- try to get to implementation.
11   Q.  And the Governor and the emergency
12 manager both recognize that piggybacking is an
13 important way to increase revenues for the City of
14 Detroit; correct?
15      MR. STEWART:  Objection.
16      THE WITNESS:  Yeah.  I don't -- I don't
17      know what -- what the Governor's -- what's in
18      the Governor's mind.  I do know that it's an
19      initiative that is being supported by the
20      emergency manager.
21 BY MR. SMITH:
22   Q.  Okay.  The emergency manager recognizes
23 that piggybacking is an important mechanism for
24 increasing revenues available to the City of
25 Detroit; correct?

JOHN W. HILL

1    A.  It is one way to help increase revenues
2 to the City.  There's no -- yes.  But when you say
3 "important," it puts it in relationship to other
4 things.  But the -- yes.  It's -- it's a way to
5 help improve tax compliance and tax collection
6 which would consequently improve revenues.
7    Q.  Can you identify any revenue initiative
8 that's in the stages of being planned that's more
9 important in terms of the dollar amounts to the
10 City, the incremental dollar amounts, than
11 piggybacking the tax?
12    A.  Yeah.  If you look at the -- Plan of
13 Adjustment has a number of initiatives that are
14 expected to improve revenue that would be higher
15 at least in the plan than you would expect from
16 the piggyback tax.
17    Q.  Outside of the Plan of Adjustment,
18 though, can you identify any initiative that's
19 projected to bring more revenue into the City than
20 piggybacking tax collections?
21    A.  There is one other initiative that we've
22 talked about, which we're still in conversation
23 with the State about, which is the -- the
24 withholding, requiring any employer to withhold

JOHN W. HILL

1 taxes for any person working -- to withhold local
2 taxes.  And so that is also an initiative that
3 could result in greater compliance.
4    Q.  Has the State agreed to implement the
5 withholding of taxes?
6    A.  It's a legislative initiative.  So until
7 the law has passed, you don't know if the State
8 has agreed to it or not.
9    Q.  Is the Governor supporting a law that
10 would require withholding of City income tax?
11    A.  I know that there are conversations
12 about it.  I don't know how the Governor is going
13 to come down on it.
14    Q.  What are the ongoing conversations about
15 withholding the tax -- the income tax for the City
16 of Detroit?
17    A.  They are at -- there were conversations
18 that occurred prior to -- prior to this
19 legislation that was put through on the Control
20 Board and the CFO.  And those were conversations,
21 the ones that I'm aware of, are the ones that
22 occurred with the Mayor and the Governor and Kevyn
23 Orr.
24    But beyond that on an ongoing basis, I

JOHN W. HILL

1 don't know who is talking to whom about it right
2 now at this moment.
3    Q.  But you know that there are ongoing
4 discussions to try to get a withholding of the
5 City income tax; is that correct?
6    A.  I know that that's something the City
7 would like to have done, yes.
8    Q.  And the City is lobbying the State to
9 withhold the City income tax because it would
10 increase City income tax revenue; correct?
11    MR. STEWART:  Objection.
12    THE WITNESS:  I don't know exactly what
13 lobbying is going on.  I just know that there
14 are discussions, and who -- who they're
15 lobbying, I don't exactly know.
16 BY MR. SMITH:
17    Q.  The City has requested that the State
18 withhold the City income tax because it would
19 increase revenue to the City; correct?
20    A.  The State isn't withholding City income
21 tax.
22    Q.  No.  Why is the City asking the State to
23 withhold City income tax?
24    MR. STEWART:  Objection.

JOHN W. HILL

1    THE WITNESS:  The City isn't asking the
2 State to withhold income tax.
3 BY MR. SMITH:
4    Q.  The City wants the State to require
5 withholding of the City income tax because it
6 would generate increased revenue for the City;
7 correct?
8    A.  To -- yes.
9    Q.  Okay.  The -- has the City asked the
10 State to increase income tax rates?
11    A.  I know of no discussions about
12 increasing income tax rates.  I don't know that --
13 I don't know of any discussions about that.
14    Q.  And has the City asked the State to --
15 the City did have -- there was an increase in the
16 corporate tax rate; is that correct?
17    A.  I'd have to go back to my -- to the
18 rates and actually look at it; but yes, I believe
19 there was.
20    Q.  And why was there an increase to the
21 corporate tax rate?
22    A.  Again, I'd have to -- I'd have to look
23 at that specific one in my documents.  I couldn't
24 tell you offhand.

Pages 145 to 148

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 52 of 140

JOHN W. HILL

1
2  Q.  Is the City, on an ongoing basis, asking
3  the State to increase any tax rates?
4  **A.  I don't -- I know of no discussions with**
5  **the State about increasing taxes.**
6  Q.  Okay.  Has the City asked the State to
7  cooperate in imposing any new taxes?
8  **A.  I don't know of any discussions about**
9  **that.**
10  Q.  Has the City had discussions with the
11  State about reducing tax rates?
12  **A.  I've not been a party to those**
13  **discussions if they're occurring.**
14  Q.  I mean, would you recommend that,
15  reducing tax rates in the city?
16  **A.  You'd have to study it and look at the**
17  **impact.  You know, you'd have to study it and look**
18  **at the impact.**
19  Q.  You haven't done any study looking at
20  the impact of increasing or reducing tax rates in
21  the city; correct?
22  **A.  I have not.**
23  Q.  And you're not aware of the City --
24  anybody at the City doing that, are you?
25  **A.  I'm not aware of any study.**

JOHN W. HILL

1
2  Q.  There's -- did you refuse to provide the
3  consensus conference with an estimate of accounts
4  receivable?
5  **A.  Did I refuse?**
6  Q.  Well, I don't mean -- in a pejorative
7  sense, I'm just -- if you look at Page 12 of the
8  conference report, at the top, there's a section
9  on delinquent receivables and it says "For
10  purposes of the revenue estimating conference, the
11  City of Detroit Finance Department Treasury
12  Division has deemed it prudent not to provide an
13  estimate on the collection of delinquent accounts
14  receivable due to the following factors."
15  Do you see that?
16  **A.  Yeah.  But that was not a refusal.**
17  Q.  Okay.
18  **A.  It wasn't provided.**
19  Q.  And did the consensus conference ask you
20  to provide an estimate about accounts receivable
21  that were outstanding?
22  **A.  No one in the consensus conference asked**
23  **me for that.  Whether there were other people**
24  **within my department that were asked that, I don't**
25  **know; but no one asked me for that.**

JOHN W. HILL

1
2  Q.  Okay.  I'm just wondering why this
3  section is in the report about accounts
4  receivable, if you know.
5  **A.  Yeah.  And the section is in the report**
6  **about -- because accounts receivable right now**
7  **is -- the records for accounts receivable across**
8  **the City are in different places.  And there are**
9  **departmental accounts receivable that are managed,**
10  **and they're not all within the central accounts**
11  **receivable system.**
12  **That's one of the issues that we're**
13  **facing in the redesign of our financial management**
14  **system to make sure that we have centralized**
15  **control over accounts receivable.  And that was --**
16  **I know that was part of the issue in pulling, you**
17  **know, this information together.**
18  Q.  And as far as you know, no one has tried
19  to tally up all the money that's owed to the City
20  in the accounts receivable spread across the
21  various departments, have they?
22  **A.  Sure.  I mean, there's -- in the**
23  **financial statements, there's a number that's**
24  **consolidated for accounts receivable that's a part**
25  **of each financial statement, so that is across the**

JOHN W. HILL

1
2  entire City.
3  Q.  And about how much money is owed to the
4  City in the accounts receivable?  Would it be
5  hundreds of millions of dollars?
6  **A.  I can't tell you that.  I'd have to look**
7  **at the financial statement and give you the**
8  **number.**
9  Q.  I guess what I'm wondering is if it's in
10  the financial statements, you know, why wouldn't
11  you just give the revenue conference the number
12  that's in the financial statements?
13  **A.  Because the financial statements -- they**
14  **have the information that's in the financial**
15  **statements.  But the financial statements -- we're**
16  **working on the audit for fiscal year 2013.**
17  Q.  Oh, yeah.
18  **A.  So it's not the current numbers.**
19  Q.  Okay.  So nobody knows currently how
20  much money the City of Detroit is owed; is that
21  correct?
22  **A.  No.  That's not correct.**
23  Q.  I mean, is there a current sum that
24  anybody has calculated for the amount that the
25  City of Detroit is owed in accounts receivable

1    JOHN W. HILL
2  total?
3      A.  At this given moment?  That number comes
4  together at the -- comes together as a total at
5  the end of the year during the financial audit
6  process.  So at the end of 2014, which is where we
7  are now --
8      Q.  Yeah.
9      A.  -- there will be a number for total
10 accounts receivable for the City that gets
11 included in the 2014 financial audit.
12     Q.  And then --
13     A.  So we're working on that number now.
14     Q.  When will you know that number?
15     A.  I'd have to go back and check on when
16 that number would be available.  But it's -- it's
17 in various places.
18     Q.  It won't be available before the plan is
19 confirmed or the Bankruptcy Court considers the
20 plan; is that correct?
21     A.  It won't be -- it probably will not be
22 audited before that, but there will certainly be a
23 draft financial statement before that period.
24     Is it break time?
25     MR. SMITH:  Whenever you want, whenever

1    JOHN W. HILL
2  you say break time.
3      THE VIDEOGRAPHER:  Going off the record
4  at 12:22.  This is the end of Tape No. 2.
5      (Short break taken.)
6      THE VIDEOGRAPHER:  Back on the record at
7  12:29.  This is the beginning of Tape No. 3.
8  BY MR. SMITH:
9      Q.  Mr. Hill, have any -- as far as you're
10 aware, have any studies been conducted by the City
11 or others on any of the taxes that the City
12 collects?
13     A.  Any studies?  Could you -- could you be
14 a little more specific.
15     Q.  Are there any formal studies that the --
16 that have been produced on any of the taxes that
17 the City collects?
18     A.  Well, I know that MacKenzie did a -- I
19 don't know if that counts as a study.  I'm just
20 trying to understand what counts as a study.
21     Q.  MacKenzie did an analysis --
22     A.  An analysis, yeah.
23     Q.  -- that indicated that the City could
24 raise tax revenue; correct?
25     A.  Yeah.

1    JOHN W. HILL
2      Q.  Other than that, though, there's nothing
3  that comes in to mind in terms of studies on the
4  various --
5      A.  No.
6      Q.  -- state taxes -- I mean city taxes,
7  rather; correct?
8      A.  City tax, no, there's no -- there's no
9  study that I can think of right now.
10     Q.  Are any corporations in the city exempt
11 from the corporate tax pay reduced rates?
12     A.  Yes, there are.  I couldn't -- I
13 couldn't tell you which ones there are in terms
14 of --
15     Q.  Do you know what percent of corporations
16 pay the corporate tax in the city?
17     A.  No, I don't.
18     Q.  Why are some corporations exempt from
19 the corporate tax?
20     A.  Based on legislation.  But I don't -- I
21 don't know the specifics of the legislation.
22     Q.  And I mean, I've seen some reference to
23 somebody saying that only two companies actually
24 pay a corporate tax in the city.  Does that sound
25 right or not?

1    JOHN W. HILL
2      MR. STEWART:  Objection.
3      THE WITNESS:  No, that doesn't sound
4  right.
5  BY MR. SMITH:
6      Q.  Do you know what the corporate tax
7  collection rate is?
8      A.  Offhand, no, I don't.
9      Q.  Are there any documents that --
10     A.  Yes.
11     MR. STEWART:  You got to let him finish.
12     THE WITNESS:  I'm sorry.
13 BY MR. SMITH:
14     Q.  Do you have an idea what it is?  Is it
15 50 percent or is it higher than that?
16     A.  I have an idea that it's higher than it
17 should -- than -- I don't know the exact number,
18 though, offhand.  I'd have to look at my
19 documents.
20     Q.  But can you give me an idea of what it
21 is?  Or do you not really know even what general
22 range it's in?
23     A.  No, I couldn't -- I couldn't tell you.
24     Q.  Okay.  Did the State when it changed --
25 did the City and State cooperate together when the

Pages 153 to 156

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 54 of 140

1    JOHN W. HILL
2  corporate tax rate was changed?
3         MR. STEWART:  Objection.
4         THE WITNESS:  I don't know -- I mean, I
5  would -- I can't assume, but -- I don't know.
6  BY MR. SMITH:
7     Q.  Has the City investigated any new taxes
8  it might impose to raise revenue?
9     A.  I don't know of any -- I don't know of
10 any new taxes that the City has investigated.
11    Q.  And, I mean, do you know one way or the
12 other whether the City has investigated new taxes
13 it might impose?
14    A.  I am -- I am not involved in every
15 discussion that occurs in the city about taxes.
16 So -- so, again, I don't know -- there were none
17 that I was involved in.
18    Q.  But you haven't endeavored to educate
19 yourself about matters regarding taxes other than
20 what you already know; is that correct?  Like in
21 preparing for the deposition today, did you try to
22 talk to people at the City to collect information
23 about taxes and tax policy at the City?
24    A.  There were a few things that I did talk
25 to people about, yes.

1    JOHN W. HILL
2     Q.  As far as you're aware, has the City
3  even investigated imposing new taxes?
4     A.  I'm not aware of discussions or
5  activities around imposing new taxes.
6     Q.  Do you know whether the City has ever
7  investigated a commuter tax?
8     A.  Objection.
9         You're going to have to define "commuter
10 tax," because the City does tax people who work in
11 the city who don't live in the city.  So that
12 would be considered a commuter tax.
13    Q.  Well, as part of the income tax; is that
14 correct?
15    A.  That's part of the income tax.
16    Q.  Has the City, though, do you know
17 whether it has investigated any separate commuter
18 tax other than what's in the income tax provisions
19 currently?
20    A.  No, I'm not aware of those discussions.
21    Q.  Do you know whether the City has looked
22 at or investigated increasing any of the tax rates
23 in the city?
24    A.  No.
25    Q.  You're not offering the opinion that the

1    JOHN W. HILL
2  City can't increase tax revenues; correct?
3     A.  The plan does show tax revenues
4  increasing, so no.  That would be inconsistent
5  with what's in the plan.
6     Q.  And you're not offering the opinion that
7  tax revenues can't be increased even above and
8  beyond what's in the plan; correct?
9     A.  Any increase in taxes would have other
10 results, could have other results.  Increasing
11 taxes don't always result in receiving more
12 income.  And the City cannot increase taxes beyond
13 the statutory rate without getting a change in
14 legislation, and so it's not something it can do
15 on its own authority.
16    Q.  The City could increase rates above the
17 statutory rate by cooperating with the State,
18 correct, to raise the rates?
19    A.  There it would have to be legislative
20 changes.
21    Q.  And the City -- there are taxes that the
22 City could impose that are not dictated by state
23 statute; correct?
24    A.  I don't know which ones those would be.
25    Q.  You agree the City can certainly impose

1    JOHN W. HILL
2  fees without permission from the State; correct?
3     A.  Yes, I'm aware of that.
4     Q.  And the City can raise the level of fees
5  without permission from the State; correct?
6     A.  The City could -- yes, that could
7  happen.
8     Q.  And the -- you're not trying to offer
9  any opinion that the City couldn't pay creditors,
10 such as Syncora, more money than it's planning to
11 pay; right?
12    A.  I'm not -- I'm not -- that's not part of
13 what I'm -- you know, I don't -- I don't make any
14 of those decisions.
15    Q.  Okay.  The -- did anybody ever come to
16 you and ask you, "How could we pay the creditors
17 more money?"
18    A.  There have -- in the construct of the
19 plan, there have been discussions in an attempt to
20 pay the creditors as much as they could possibly
21 be paid.  They're, you know, subject to the
22 investments that are in the plan that are needed
23 to exist.
24        And I know from the discussions that
25 I've been a part of that there's a real

Pages 157 to 160

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 55 of 140

JOHN W. HILL

1
2 sensitivity around trying to maximize the amount
3 that can go to the creditors; at least those are
4 the meetings that I've been a part of. And -- and
5 so I just -- I have been in those meetings.
6     Q.  So the City recognizes it has an
7 obligation to maximize the amount of money paid to
8 creditors; correct?
9         MR. STEWART:  Objection.  The City is
10         putting together a Plan of Adjustment where
11         one of the goals is to provide resources to
12         the creditors.  That's one of the goals.
13 BY MR. SMITH:
14     Q.  That wasn't my question.
15 The City recognizes it as an obligation
16 to maximize the amount of money it pays to
17 creditors?
18         MR. STEWART:  Objection.
19         THE WITNESS:  You're going to have to
20         define "maximize."  And with the plan, there
21         are a number of different objectives in the
22         plan.  And one of the objectives is to
23         provide funding for the creditors.
24 BY MR. SMITH:
25     Q.  Why should the City pay creditors as

JOHN W. HILL

1
2 much as it possibly can?
3         MR. STEWART:  Answer it.
4         I object.  Object you're asking for a
5         legal conclusion.
6         Subject to that, you can answer the
7         question.
8         THE WITNESS:  As I said, the Plan of
9         Adjustment is constructed to do a number of
10         different things.  One of the things the Plan
11         of Adjustment is constructed to do is to
12         provide resources to pay creditors to the
13         extent that it can so that -- and as I said,
14         there are many completing objectives in the
15         plan.
16 BY MR. SMITH:
17     Q.  Why do creditors need to be paid as much
18 as they can be?
19     A.  I mean, are you asking for my opinion?
20     Q.  Well, in terms of your work at the City,
21 why is it important to pay creditors as much as
22 can be paid to them?
23     A.  Well, the discussions that I've been in,
24 it's -- it's clear that people are not callous
25 about owing money.  And they're not callous about

JOHN W. HILL

1
2 money that has been given to the City for whatever
3 reason and the fact that they're now not able to
4 pay the total amount that's owed.  No one is happy
5 about that.
6         So there's not -- the way that the plan
7 is constructed and the discussions that I've had
8 with officials within the City are not about
9 providing as little money as possible to the
10 creditor.  It's a balance of various objectives to
11 be sure that the City will be able to operate
12 effectively and efficiently.  And part of the
13 operations, the improvements in the operations of
14 the City, are so that there's more money that's
15 available to pay creditors.
16     Q.  Do you agree that over the last several
17 years, the income tax rate's been reduced in the
18 city?
19     A.  The maximum that can be charged for
20 income tax has been reduced.  The State has
21 required that income tax be reduced.
22     Q.  Did the City ever lobby the State not to
23 reduce the income tax rate?
24     A.  I don't know.
25     Q.  Over the last several years, you agree

JOHN W. HILL

1
2 that collection rates have gone down for the
3 income and property taxes; correct?
4     A.  I agree that collection rates are low,
5 yes.
6     Q.  And do you agree that in the last few
7 years, collection rates have been higher than they
8 are currently for the income and property taxes?
9     A.  Collection rates are -- have been
10 higher.
11     Q.  And Detroit is not yet back to
12 historical rates in terms of collection of
13 property and income tax; correct?
14     A.  Correct.
15     Q.  The City is currently engaged in a
16 variety of measures to try to increase tax
17 collections in the future; correct?
18     A.  Yes.
19     Q.  What kind of efforts?
20     A.  Using outside parties to help to collect
21 taxes; also the efforts with the State that we've
22 talked about before are efforts that could help to
23 collect taxes; and the restructuring of the
24 finance function that is related to income tax
25 collection.  So actually going through that entire

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 56 of 140

JOHN W. HILL

1  function and creating the detailed work streams
2  and hiring the people who will be able to help
3  with that.
4
5      Q.  And you agree that there are actions the
6  City can take unilaterally without cooperating
7  with the State to improve tax collections;
8  correct?
9      A.  The actions that are in the plan around
10 tax collection are some of those actions that can
11 be taken.
12     Q.  Do you agree that there are many reasons
13 that people may be delinquent in paying their
14 property taxes, such as believing assessments are
15 accurate or believing that services aren't being
16 provided or forgetting to pay their back taxes or
17 believing that there's a lack of enforcement?
18     MR. STEWART:  Objection.
19     THE WITNESS:  You're asking me if I know
20 why people weren't paying their taxes.  I
21 don't specifically know why.  I know that
22 there are factors that could lead to why
23 people are not paying taxes, based on work
24 that I've done in other cities.
25 BY MR. SMITH:

JOHN W. HILL

1
2      Q.  And do you agree that there are many
3  factors that could lead people not to pay their
4  taxes, including property taxes or income taxes?
5      A.  Yes.
6      Q.  And what are some of those factors,
7  based on your experience?
8      A.  I know in the District of Columbia how
9  rigorous the compliance efforts were was a factor.
10 In the District of Columbia, also, there were --
11 the records around tax returns were abysmal.  They
12 were piled up in a room.  They weren't -- so there
13 was very little enforcement of tax collection in
14 the District before the Control Board came in.
15 And so there are many people who didn't pay for
16 that reason.
17     So there are a number of different
18 reasons.
19     Q.  And is your experience in Detroit
20 consistent with what -- your experience in the
21 District of Columbia in terms of reasons for
22 people not paying their taxes?
23     A.  I haven't studied the reasons that
24 people aren't paying taxes in Detroit.
25     Q.  Are you responsible for collecting the

JOHN W. HILL

1  property taxes or income taxes, your department?
2      A.  We're responsible for collection, yes.
3      Q.  But you haven't -- taken -- undertaken
4  any investigation about why people aren't paying
5  their taxes at the City of Detroit?
6      A.  We have looked at the items that we're
7  working on in the Plan of Adjustment and have had
8  discussions around whether or not those would
9  improve tax collection.  So the things that we're
10 implementing are basic, standard collection
11 techniques that should be present in the city.
12     Q.  But as far as the causes of nonpayment
13 of taxes, have you done any investigation into the
14 causes of nonpayment of taxes in the city of
15 Detroit?
16     A.  I've not done a study, no.
17     Q.  Are you aware of anybody at the City who
18 has looked into that?
19     A.  No, I'm not.
20     Q.  Do you agree that efforts to improve tax
21 collection are important because they increase
22 revenue for the City?
23     A.  Yes, I believe they're important.
24     Q.  And is -- going forward in the future,

JOHN W. HILL

1  is one of your highest priorities to increase tax
2  collections for the City?
3      A.  It is one of the high priorities, yes.
4      Q.  Are there exemptions or reductions for
5  the property tax in the City of Detroit?
6      A.  Yes.
7      Q.  What are those?
8      A.  Depending upon where the property
9  resides, there are reductions in the rates in an
10 enterprise zone.  So any property that's in those
11 zones would pay less taxes.
12     Q.  And what about the homestead exemption?
13 Does that reduce taxes?
14     A.  It's to encourage -- the homestead
15 exemption -- generally, how homestead exemptions
16 work is they encourage people to live in the city.
17 So it reduces the amount of property tax, but it
18 could have an impact on increasing the amount of
19 income tax that you would receive.
20     So -- and so when you say, "Does it
21 reduce taxes?" in a vacuum -- you can't look at it
22 that way.  You have to look at it with all the
23 impact.
24     Q.  Has the City found that there are people

Pages 165 to 168

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 57 of 140

JOHN W. HILL

1          JOHN W. HILL
2 who are improperly claiming the homestead
3 exemption to reduce their property taxes?
4     A.  I haven't looked at that specific issue.
5 I haven't looked at that.
6     Q.  Has anybody in the City investigated
7 whether people are improperly claiming homestead
8 exemption to reduce their property taxes?
9     A.  I've not seen that report.
10     Q.  And you're not aware of an investigation
11 of that, one way or the other?
12     A.  I'm not.  Not at this point.
13     Q.  Utility user's tax, are there any
14 exemptions or reductions for that?
15     A.  I know that there are -- I know that
16 there are.  I couldn't tell you specifically which
17 ones there are.
18     Q.  What about the wagering tax?  Are there
19 exemptions or reductions for that?
20     A.  Not that I'm aware of.
21     Q.  Are there exemptions or reductions for
22 the corporate tax?
23     A.  I know there are exemptions based on the
24 type business, but I couldn't tell you which
25 specific ones.

1          JOHN W. HILL
2     Q.  Are there private and nonprofit entities
3 engaged in significant efforts to bring new
4 businesses and jobs to the City of Detroit?
5     A.  Yes.
6     Q.  And what kind of private entities and
7 nonprofits are doing that?
8     A.  Certainly the efforts that are occurring
9 with Quicken and their incubation of private
10 companies; and some of the properties that they
11 own is a major effort to try to create businesses
12 here and to improve the growth of those
13 businesses.
14     There are a number of organizations that
15 are providing grants to businesses to come into
16 the city.  And then also foundations are providing
17 resources to be able to work on business
18 attraction as well.
19     Q.  Are the efforts by private entities --
20 have they been successful in terms of increasing
21 the potential for future increase in business in
22 the city?
23     A.  There have been new businesses that have
24 come into the city as a result of that and that
25 are being created.

1          JOHN W. HILL
2 It remains to be seen how they grow and
3 what impact that might have on the tax structure.
4     Q.  So would that be another uncertainty in
5 terms of the forecasting, the growth of new
6 businesses?
7     A.  That is an uncertainty, yes.
8     Q.  And do you agree that there are a number
9 of uncertainties with respect to the forecasts in
10 this case?
11     A.  I would agree that that's the nature of
12 a forecast.
13     Q.  Is the State engaged in any ongoing
14 efforts to help bring new business and jobs to the
15 City of Detroit?
16     A.  I am -- I'm not specifically aware of
17 the specific efforts, so I wouldn't know.  I
18 wouldn't be able to answer that.
19     Q.  Is the federal government engaged in any
20 ongoing efforts to bring new businesses and jobs
21 to the City?
22     A.  Yes.
23     Q.  What kind of activities?
24     A.  Certainly the work around grants that's
25 being done with some of the federal departments

1          JOHN W. HILL
2 could have the impact of bringing new jobs to the
3 City.  That's the one that I know of specifically.
4     Q.  What grants are there that have the
5 impact of bringing new jobs to the City in the
6 future?
7     A.  Grants around transportation, to be able
8 to expand the number of buses and bus routes;
9 grants around the M1 line, which would bring
10 people from outside of the city into the city to
11 work.  And so those are all efforts that the
12 federal government is involved in and the City is
13 involved.
14     Q.  What's the current status of the M1 line
15 project?
16     A.  I know that it's applied for certain
17 grant funding.  I also know that all of the
18 funding needed has not been identified yet.
19     Q.  Is it correct that there are grants that
20 are given to the -- by the federal government to
21 entities other than the City that could have the
22 effect of increasing the City's revenues or
23 reducing its costs?
24     A.  You'd have to tell me the specific
25 grants.

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

JOHN W. HILL

1
2    Q.  Well, you're saying that there are these
3    grants that could result in improving business and
4    the economy of Detroit that private entities or
5    other entities are receiving.  You're aware of
6    that; correct?
7        A.  Certainly the -- yes, absolutely.
8        Q.  And so there are grants the federal
9    government gives to entities other than the City
10   that in the future could have the effect of
11   increasing the City's revenues or decreasing its
12   costs; correct?
13       A.  Again, it's -- it could have the effect.
14   And -- yes, efforts underway to have federal --
15   federal grants that go to other entities could
16   have an effect on the revenues in the city.
17       Q.  And have you ever heard of the Revised
18   Judicature Act of 1961?
19       A.  No.
20       Q.  So you don't know what it provides?
21       A.  No.  I'm not --
22       Q.  Do you know if the, one way or the
23   other, whether the City has ever paid any
24   judgments covered by the Revised Judicature Act?
25       A.  I know that the City has paid judgments

JOHN W. HILL

1
2    before and -- but the name of the act I'm not
3    familiar with.
4        Q.  Okay.  What are you familiar with or
5    what were you thinking of?
6        A.  I know that there have been a couple of
7    instances where there have been judgments in which
8    the City has increased property taxes in order to
9    pay for those judgments, but I only know of a
10   couple of instances.
11       Q.  What are those instances that you're
12   aware of?
13       A.  I couldn't -- I couldn't give you the
14   specifics of them.  I know of -- I know of two.
15       Q.  Do you know when they occurred?
16       A.  Quite a while ago.
17           And it was -- and it was in a -- a
18   document that I was looking at, but I don't know
19   the specifics of it.
20       Q.  Okay.  But you know that the City can
21   increase property tax to pay judgments against the
22   City; correct?
23       A.  I know that that's a possibility.
24       Q.  And you know it's -- that the City can
25   increase property taxes above statutory maximums

JOHN W. HILL

1    in order to pay judgments against the City?
2        A.  I know that that has happened.
3        Q.  I mean, were you ever -- did you -- I
4    mean -- but you can't give me any of the specifics
5    of those instances where that's happened?
6        A.  No.  Like I said, it was just in some
7    materials that I was actually looking at, and I
8    don't recall the specifics of it.  But I do know
9    that they were relatively small.  And whenever
10   that would be done, collectability is an issue.
11       Q.  Well, did the City pay those judgments?
12       A.  The judgments were paid, yes.
13       Q.  And the City paid the judgments by
14   increasing property taxes in full?
15       A.  Yeah.  And as I said, they were small.
16       Q.  But they -- the City paid them in full?
17       A.  Yes.
18       Q.  Do you know if the City used money from
19   the general fund -- well, it raised property
20   taxes, I guess, is the answer to that.
21           Do you know whether there are instances
22   where creditors threaten to invoke the law to
23   require the City to pay judgments by increasing
24   property taxes?

JOHN W. HILL

1    A.  I know of no specific lease.  I'd have
2    to know what you meant by threats.
3        Q.  Well, you mentioned that it actually
4    occurred in two instances.  And I'm just wondering
5    whether there was a possibility of it occurring in
6    any other instances other than the two?
7        A.  Not that I'm aware of.  I wasn't here
8    when it occurred.  I just know from the documents
9    I've read.
10       Q.  Okay.
11           MR. STEWART:  Do you want --
12           MR. SMITH:  Sure, we can.
13           MR. STEWART:  As you know, I never like
14   to take breaks.
15           MR. SMITH:  But I think the court
16   reporter deserves one.
17           THE VIDEOGRAPHER:  Going off the record
18   at 12:59.  This the end of Tape No. 3.
19           MR. STEWART:  So we had another minute.
20           (Luncheon recess from 12:59 p.m. to
21   1:35 p.m.)
22           THE VIDEOGRAPHER:  We are back on the
23   record at 1:35.  This is the beginning of
24   Tape No. 4.

Pages 173 to 176

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 59 of 140

              JOHN W. HILL
1
2    BY MR. SMITH:
3        Q.   Mr. Hill, has the City done any
4    contingency planning in the event the bankruptcy
5    petition is dismissed?
6        A.   I know of none.
7        Q.   And the City hasn't attempted to
8    forecast revenues or expenses for the City in the
9    event the Court dismisses the bankruptcy petition?
10       A.   I know of no plan.
11       Q.   Do you know how much money the State has
12   provided the City from January 1, 2000, to the
13   present?
14       A.   Offhand, no, I don't.
15       Q.   Do you know even a round number?
16       A.   No.  Offhand, I couldn't tell.
17       Q.   Do you know how the City has used funds
18   from the State since January 1, 2001?
19       A.   I know of -- well, yeah.  I mean, the
20   funds from the State actually come in in a number
21   of different ways.  They can come in through
22   grants.  They can come in through revenue sharing,
23   and so they become a part of the general fund at
24   least from the revenue-sharing standpoint.  So
25   they've been used to support expenditures.

              JOHN W. HILL
1
2        Q.   Do you know specifically since 2001 how
3    this City has utilized the funds from the State,
4    like which expenditures the City has used State
5    funds during that period?
6        A.   No.  It doesn't work that way, no.
7        Q.   When you say "it doesn't work that way,"
8    what do you mean?
9        A.   I mean that there are -- there are
10   revenues that are collected as part of the general
11   fund.  There are also revenues that are -- that
12   come in from the State as grants through the
13   State.  And so the revenues that support the
14   general fund could be -- could be used for any
15   purpose that is a part of the general fund
16   appropriation.
17            So -- so it's -- it doesn't work that
18   way.
19       Q.   Can you testify about potential money
20   from the State that the City might receive in the
21   future?
22            MR. STEWART:  Objection.
23            THE WITNESS:  Potential money?
24   BY MR. SMITH:
25       Q.   Yeah.  Can you testify or give me

              JOHN W. HILL
1
2    information about what money the State may give
3    the City in the future?
4        A.   No.  May give?  No.
5        Q.   Can you testify about what money the
6    federal government may give the State in the
7    future -- I mean the City in the future?
8        A.   No.
9        Q.   Can you tell me the amount of money the
10   federal government has given the City from
11   January 1, 2001, to the present?
12       A.   I don't know the exact amount, but I
13   know it's recorded.  But I don't know.
14       Q.   Not even a ballpark figure?
15       A.   No.  I'd have to refer back to the
16   statements and records.  I haven't summarized
17   that.
18       Q.   Do you know what -- what the money from
19   the federal government has been used for since
20   January 1, 2001?
21       A.   I know some of the purposes, yeah.
22       Q.   What are the purposes you do know?
23       A.   Grant funding to support the hiring of
24   police is one purpose, certain grants.  And
25   there's certainly been money to support

              JOHN W. HILL
1
2    transportation initiatives, so general grant
3    funding has been used.
4        Q.   Any other purposes you know of, or do
5    you just not have knowledge about all the purposes
6    the federal money's been used for?
7        A.   I don't have knowledge about all of the
8    purposes.  But I do know that there have been
9    federal grants, and I've mentioned a few.  Yeah.
10       Q.   And who's the most knowledgeable person
11   about what federal moneys have been used for at
12   the City of Detroit?
13       A.   It's recorded, so it's a matter of
14   reviewing the records and then saying what the
15   records show.
16       Q.   Okay.  In preparation for your
17   testimony, you didn't review the records regarding
18   State money coming in or federal money coming in
19   to be able to answer the questions about that
20   today?
21       A.   To be able to answer that question, no.
22       Q.   The -- is there a requirement in Detroit
23   that City employees live in the city?
24       A.   There's not a requirement.
25       Q.   And you know that there are cities where

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 60 of 140

1          JOHN W. HILL
2  City workers are required to live in the city?
3       **A.  Yes, I do know that.**
4       Q.   And requiring City workers to live in
5  the city can increase revenues to the City;
6  correct?
7       **A.  It can have a number of different**
8  **effects.  It could increase revenues to the City,**
9  **or it could drive the City not to be able to find**
10 **people who are willing to work in the city and**
11 **live in the city.**
12      Q.   But requiring workers to live in the
13 city can increase revenues to the City by
14 requiring them to buy property in the City to live
15 in; correct?  I mean, it should increase the
16 property values.
17      MR. STEWART:  Objection.
18      THE WITNESS:  I don't know how a City
19 could require somebody to buy property.
20 BY MR. SMITH:
21      Q.   Well, okay.  How is it that requiring
22 City workers to live in the city can increase
23 revenues?
24      **A.  As -- if all things being equal, the**
25 **revenue associated with that employee would be**

1          JOHN W. HILL
2  **taxed at a different level.  It would for the**
3  **City.  And the rest is dependent upon whether the**
4  **person buys a piece of property that was not**
5  **occupied by somebody else before.  So I couldn't**
6  **tell you other than that.**
7       Q.   And one way would be that requiring City
8  workers to live in the city would be because they
9  would be subject to a higher income tax rate; is
10 that correct?
11      You have to be audible.
12      **A.  Yes.  I'm sorry.  I'm sorry.**
13      Q.   The -- were you aware that the City of
14 Detroit or JPMorgan had recently dedicated some
15 money, around $100 million, for work to improve
16 the City of Detroit?  Were you aware of that?
17      **A.  I was aware of JPMorgan's announcement,**
18 **yes.  In terms of where the money is going and**
19 **whether it's been received or not, I don't know.**
20      Q.   Okay.  Do you know how that came about?
21      **A.  No, I don't.**
22      Q.   Do you know whether the City has had
23 discussions with banks about using Community
24 Reinvestment Act funds to help fund efforts to
25 reduce blight?

1          JOHN W. HILL
2       **A.  I've not been involved in those**
3  **discussions, if they've occurred.**
4       Q.   Do you know that the City received some
5  Hardest Hit funds, approximately $52 million;
6  correct?
7       **A.  Yes.**
8       Q.   Do you know if the City has lobbied the
9  State to lease additional Hardest Hit funds to the
10 City?
11      **A.  I've not been a part of those**
12 **negotiations or discussions.**
13      Q.   Do you know that there were
14 approximately 16,000 properties that were
15 transferred to the Detroit Land Bank?
16      **A.  I know that there were properties**
17 **transferred to the Detroit Land Bank.  I'd have to**
18 **look at the records to show the exact number.**
19      Q.   Do you know whether a value was placed
20 on those properties?
21      **A.  I don't know.**
22      Q.   And do you know whether those properties
23 have been auctioned off by the Detroit Land Bank?
24      **A.  I know that the properties are in the**
25 **process of being auctioned off.**

1          **JOHN W. HILL**
2       Q.   Do you know the amount of revenue that's
3  been generated from auctioning the properties off
4  at the Detroit Land Bank?
5       **A.  I don't have that number.**
6       Q.   The City doesn't get any revenue from
7  the Land Bank's auctions, does it?
8       **A.  The City -- directly, no.**
9       Q.   Okay.  Indirectly, does it get any
10 money?
11      **A.  It allows the Land Bank to do other**
12 **functions that would help improve economic**
13 **conditions within the City.  So indirectly, it**
14 **could have an impact.**
15      Q.   Okay.  But there's no funds that go to
16 the general fund from Land Bank auctions; correct?
17      **A.  No.**
18      Q.   The City just gave away 16,000
19 properties in the Land Bank's auctioning them off
20 and retaining the funds; correct?
21      MR. STEWART:  Objection.
22      THE WITNESS:  I wouldn't agree with your
23 characterization --
24 BY MR. SMITH:
25      Q.   Well, did the --

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

JOHN W. HILL

1
2     A. -- they "transferred."
3     Q. Well, the City didn't get any money from
4  the Land Bank for the properties it transferred to
5  it, did it?
6     A. As I said, it depends upon -- the City
7  did not get money for that, no. The City did not
8  get money for the transfer.
9     Q. Do you agree that with the State's
10  cooperation, the City can increase income tax
11  rates?
12        MR. STEWART: Objection.
13        THE WITNESS: I don't know that.
14  BY MR. SMITH:
15     Q. You don't know whether if the State
16  agrees to increase income tax rates and passes
17  legislation whether the City can increase the
18  income tax rates?
19     A. That's a different question than the one
20  that you first asked me. I'll answer the second
21  question.
22        In order for the City to increase its
23  income tax rates, there has to be legislation in
24  order for the City to do that because we're
25  already at the limits.

JOHN W. HILL

1
2     Q. So with the State's cooperation and
3  passing legislation, the City could increase its
4  income tax rates; correct?
5        MR. STEWART: Objection.
6        THE WITNESS: I don't agree with the
7        word "cooperation." It's -- it's if
8        legislation is passed that allows it. The
9        City could increase its income tax rates.
10       It's not clear that that would
11       necessarily result in more tax income.
12  BY MR. SMITH:
13     Q. The City hasn't done any study, though,
14  that's looked at whether an increase in income tax
15  rates would increase or decrease tax revenues;
16  correct?
17     A. I've not seen the study.
18     Q. And if legislation were passed, though,
19  there's -- the City could increase the income tax
20  rate; correct?
21     A. Passed by whom?
22     Q. If legislation were passed by the State
23  Legislature authorizing that the City could
24  increase the income tax rate; right?
25     A. Yeah, as a mechanical matter, yes.

JOHN W. HILL

1
2     Q. And if the State Legislature approved
3  it, the City could increase the wage earning tax
4  rate; correct?
5     A. Yes.
6     Q. And if the Legislature approved it, the
7  City could increase the corporate tax rate;
8  correct?
9     A. Yes.
10     Q. And if the -- does the Legislature need
11  to approve all property tax increases?
12     A. The State Legislature? No, the one we
13  talked about before is -- would not require --
14     Q. That's the Judicature Act one?
15     A. Right.
16     Q. But if the Legislature approved, the
17  City could also increase property tax rates that
18  way, by new legislation; correct?
19        MR. STEWART: Objection.
20        THE WITNESS: If there were -- if the
21        City -- the City is up against the limits of
22        its authority to increase tax rates on the
23        tax items we talked about, so there would
24        have to be a change in legislative authority
25        from the State to allow the City to do that.

JOHN W. HILL

1
2  BY MR. SMITH:
3     Q. And you can't represent to the Court
4  that during the next 10 years the tax rates in the
5  city won't change; correct?
6     A. I can't, no.
7     Q. Okay. The City could -- in the past
8  when the income tax rates were higher, did the
9  City collect more revenue?
10     A. That wasn't the only factor, there were
11  more residents. There were more -- in the past,
12  there were more taxpayers. And so I don't -- I
13  don't understand your question.
14     Q. Well, when the income tax rate was
15  higher in the city, was the tax revenue higher
16  from the income tax?
17     A. It's not a cause and effect necessarily.
18  There are a number of other factors that affect
19  the total amount of taxes that are collected other
20  than just the rate.
21        There are potential scenarios where you
22  can raise rates and actually collect less.
23     Q. And my -- that's not an answer to my
24  question. Strike that response.
25        The -- my only question is, during the

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 62 of 140

JOHN W. HILL

1    period when income tax rates were higher in the
2    city, were tax revenues higher or lower than
3    current tax revenues?
4        MR. STEWART:  Did you mean tax rates
5    higher or lower?  Because it went down as --
6    were tax revenues higher or lower than
7    current tax revenues?  Or did I just screw it
8    up?
9        MR. SMITH:  I think my question is okay.
10       MR. STEWART:  Let's just reread it.
11   Just reread the question.
12       (Thereupon, the requested portion
13       was read back by the reporter as
14       above recorded.)
15   BY MR. SMITH:
16   Q.   Why don't I re-ask the question.  Okay?
17       MR. STEWART:  That's what I thought.
18   BY MR. SMITH:
19   Q.   Is that okay with you, Mr. Hill, if I
20   re-ask the question?
21   A.   I don't get a vote.
22       MR. STEWART:  You do too.
23       Let him re-ask his question.
24   BY MR. SMITH:

JOHN W. HILL

1    Q.   When income tax rates were higher in the
2    city during that period of time, were the
3    collections of income tax revenue higher or lower
4    than they currently are?
5    A.   Higher.
6    Q.   And after increasing the corporate tax
7    rate, has there been an increase in corporate tax
8    revenue?
9    A.   Again, I haven't looked at the corporate
10   tax revenue piece in as -- in as great a detail,
11   so I can't answer that from what's in my head
12   right now.
13   Q.   Okay.  Do you know whether requests for
14   voter approval of tax increases in the city have
15   generally been approved?
16   A.   I don't know.
17   Q.   Have you been a party to any discussions
18   about reducing tax rates in the city?
19   A.   Rates, no.
20   Q.   Have you been -- do you know whether the
21   City has had discussions about reducing tax rates?
22   A.   No.  I don't know that they have had
23   discussions about reducing tax rates.
24   Q.   Do you know whether the City has had

JOHN W. HILL

1    discussions about reducing taxes in ways other
2    than reducing the rates?
3    A.   Not reducing taxes, no.
4    Q.   Have you -- I guess you haven't read
5    Mr. Evanko's deposition; correct?
6    A.   I have not read Mr. Evanko's deposition.
7    Q.   Did you talk to him at all about his
8    deposition?
9    A.   No, I have not.
10   Q.   Are there tax reforms that the City has
11   contemplated that we haven't discussed today?
12       MR. STEWART:  Objection.
13       THE WITNESS:  There are things that are
14   happening in taxes that you've not discussed
15   yet.
16   BY MR. SMITH:
17   Q.   What things are those?
18   A.   Well, the lowering of the assessments,
19   which was not the lowering of the rates; it was
20   lowering of the assessments.
21   Q.   And anything else that we've talked
22   about with respect to tax -- I mean, anything else
23   that we haven't talked about with respect to
24   taxes?

JOHN W. HILL

1    A.   There are a lot of things that we have
2    not talked about with respect to taxes.  Can
3    you -- can you rephrase for me?
4    Q.   Any changes in tax -- tax policy that we
5    haven't talked about that there have been
6    discussions about?
7        THE WITNESS:  Not that I know of.
8    BY MR. SMITH:
9    Q.   Okay.  You're relying on your experience
10   in Washington, D.C., for your opinions in this
11   case; correct?
12   A.   On that and other work and reviews
13   and -- yes.
14   Q.   Okay.  And Washington, D.C., faced a
15   fiscal crisis; correct?
16   A.   Yes.
17   Q.   And was Washington, D.C., successful in
18   implementing successful strategies to address the
19   fiscal crisis?
20   A.   Yes, it was.
21   Q.   Okay.  Did Washington, D.C., ever
22   consider filing Chapter 9 bankruptcy?
23   A.   It couldn't.
24   Q.   Okay.

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 63 of 140

JOHN W. HILL

1
2     A.  It wouldn't apply to Washington, D.C.
3     Q.  Okay.  You agree that there are many
4  reasons a city might experience financial crisis;
5  correct?
6     A.  Yes.
7     Q.  What are some of the reasons?
8     A.  Loss in population is certainly a
9  reason.  I can give you specific reasons why D.C.
10  experienced a financial crisis, which were
11  certainly -- there was a population loss that
12  occurred and the high incidents of crime within
13  the City at the time and the size of the
14  government were all issues that I testified to
15  before Congress.
16     Q.  Can fiscal mismanagement lead to fiscal
17  crisis?
18     A.  Yes.
19     Q.  Was fiscal mismanagement one of the
20  factors leading to Detroit's fiscal crisis?
21     A.  I don't know that for a fact, or its --
22  its exact role in that, but I don't know that for
23  a fact.  That would be a conclusion.
24     Q.  I mean, do you know what the causes of
25  Detroit's fiscal crisis are?

JOHN W. HILL

1
2     A.  I know some of the causes.
3     Q.  What are some of the causes that you
4  know?
5     A.  The economy overall.  The loss in -- the
6  loss in population is clearly one of the things
7  that would lead to fiscal crisis.
8     Q.  And there are additional factors that
9  you haven't identified that are causes of
10  Detroit's fiscal crisis; correct?
11     A.  Contributors, yeah.
12     Q.  The District of Columbia raised taxes to
13  address its fiscal crisis; correct?
14     A.  That wasn't -- that was one of the items
15  that the District of Columbia was able to do to
16  address aspects of the fiscal crisis.
17     Q.  And another -- so one successful
18  strategy that the District of Columbia employed to
19  address fiscal crisis was raise a variety of
20  taxes; correct?
21        MR. STEWART:  Objection.
22        THE WITNESS:  There -- there were some
23     tax increases -- yeah, there were some tax
24     increases after the financial problems there.
25  BY MR. SMITH:

JOHN W. HILL

1
2     Q.  And another strategy that the District
3  of Columbia successfully used to address fiscal
4  crisis was to cut spending and programs; correct?
5     A.  Yeah.  Yeah, to reduce the size of
6  government.  Yes, that was a -- that was a big
7  savings that the District had.
8     Q.  And the District of Columbia, one thing
9  that it did to address its fiscal crisis was
10  increase its fees on things like patient charges
11  in the hospitals?  Do you recall that?
12     A.  Patient charges?  No.
13     Q.  Did the District of Columbia increase
14  fees for services as a successful strategy to
15  combat its fiscal crisis?
16        MR. STEWART:  Objection.
17        THE WITNESS:  You'd have to tell me
18     which fees -- there were fees that increased
19     and fees that were lowered as well.
20  BY MR. SMITH:
21     Q.  On balance, did the City -- District of
22  Columbia increase fees --
23     A.  There were some --
24     Q.  -- to address fiscal crisis?
25     A.  There were fees that were increased,

JOHN W. HILL

1
2  yes.
3        (Exhibit Hill-2 was marked for
4     identification.)
5        MR. SMITH:  Why don't I mark this DC
6     Fiscal Policy paper as Exhibit 2.
7  BY MR. SMITH:
8     Q.  And if you could turn to Page 3 of the
9  document.  There's a series of bullets there.
10     Do you see those?
11     A.  Uh-huh.
12     Q.  The second bullet says, "There was a
13  temporary increase in deed recordation and
14  transfer taxes that apply to real estate sales,
15  which raised $24 million."
16     Do you see that bullet?
17     A.  I see the bullet.
18     Q.  Is that one of the taxes that was
19  increased in the city?
20     A.  Over what period?  This was -- this
21  is -- this organization is not one that -- I know
22  of this organization, and I know that it has a
23  certain political bent to it.  So -- so I
24  question --
25     Q.  Well, I'm not really --

Pages 193 to 196

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 64 of 140

JOHN W. HILL

A. I question this as an authoritative document --

Q. Well, I'm more interested in your knowledge --

A. -- on what happened in the District.

Q. I'm more interested in your knowledge; right? I want to know what you know about what taxes -- what taxes were increased in the city.

A. But I want to say that this -- that the organization that put this document together, I would rarely use any of their policy work because of the bent that that organization has.

Q. Okay. Fine.

MR. STEWART: Let him finish.

MR. SMITH: The answer to that question has got --

MR. STEWART: That's too bad.

MR. SMITH: -- nothing to do with policy.

MR. STEWART: But he's allowed to say -- you didn't let him finish his answer.

THE WITNESS: But you put a document in front of me that has a fact in it which I have not checked out, and I know that the

JOHN W. HILL

source of the document has problems.

BY MR. SMITH:

Q. Well, I'm just -- I'm interested in your knowledge. So forget about the document, okay? You can put it aside.

A. I put it aside.

Q. Okay. Did the City of Detroit have taxes on vacant property?

A. I don't know. I can't answer from my knowledge on that.

Q. You know that there are cities that tax vacant property; correct?

A. I know that there are cities that tax vacant property.

Q. And one reason to tax vacant property is to discourage blight; correct?

A. The main reason for taxing vacant property is not to discourage blight.

Q. What's the main reason for taxing vacant property?

A. It's to encourage development on the property.

Q. And so that's -- that would be a tax that would be above and beyond ordinary property

JOHN W. HILL

tax; correct?

A. It would be a property tax for vacant property.

Q. And it would be a higher property tax than the tax on non-vacant property; correct?

A. Yes.

Q. And you just can't recall if the District of Columbia had a vacant property tax?

A. No. I know that they did.

Q. Oh, they did? And the District of Columbia imposed a vacant property tax to encourage development?

A. Yes, that's why it was in place.

Q. And the vacant property tax also generated additional revenue for the City; correct?

A. Yes, it did.

Q. And did the District of Columbia have cigarette and alcohol taxes and other sin taxes like that?

A. The District of Columbia is a city, county and state. So it would have a lot of taxes that either a city, county or state would have. So -- and, yes, that was one of them. But in most

JOHN W. HILL

states and most places, those are state taxes, not city taxes.

Q. Did the cuts that the District of Columbia made to address fiscal crisis include cuts to public safety?

A. I don't remember cuts to public safety to address the fiscal crisis.

Q. You just don't remember one way or the other?

A. I remember that there was more money spent on the -- on public safety in the District.

Q. Did the District of Columbia have -- what were -- why don't you tell me again what were some of the main revenue sources of the District of Columbia.

A. It had an income tax. The District had property taxes. It had a sales tax. It had fees and fines. It had use taxes. It had most every tax that you would see in the state, local or county government all in the city because it served all those functions.

Q. Did the District of Columbia have taxes on hospitals?

A. I don't -- I don't remember.

Pages 197 to 200

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 65 of 140

JOHN W. HILL

1    I don't remember whether there were. I
2    thought it depended upon whether it was a
3    not-for-profit hospital or whether it was a
4    for-profit hospital.
5        Q.  Did the District of Columbia have taxes
6    on any kind of hospital?
7        A.  My recollection is that on the hospitals
8    that were for-profit hospitals there was taxation.
9    But, again, I'm just going from what my memory is.
10       Q.  Do you recall whether the District of
11   Columbia increased the tax on hospitals in
12   response to fiscal crisis?
13       A.  I don't recall that.
14       Q.  You just don't recall one way or the
15   other?
16       A.  No.  I don't -- I don't recall that.
17       Q.  Does the -- does Detroit have a vacant
18   land tax?
19       A.  I don't know for sure.
20       Q.  Do you know if Detroit taxes hospitals?
21       A.  I don't know.
22       Q.  Do you agree that the District of
23   Columbia used a combination of tax increases and
24   spending cuts to successfully come out of fiscal

JOHN W. HILL

1    crisis?
2        A.  I believe those were -- there were other
3    factors that had a greater impact than that on the
4    fiscal crisis.
5        Q.  And what were the other factors?
6        A.  There were a number of functions that
7    were -- one of the largest factors was the
8    District paid for a large percentage of its
9    Medicaid.  As I said, it's a state, city, and
10   county.  So it had Medicaid expenses.
11       Before the crisis, the District paid
12   75 percent of its Medicaid -- either 50 percent or
13   75 percent.  Paid a larger percentage of its
14   Medicaid than it did after the crisis.  And so it
15   had to pay both the state -- it had to pay the
16   state portion.
17       So the federal government took over
18   certain expenses in the District that were rising
19   at greater rates than inflation.  The federal
20   government took over the District's unfunded
21   pension liability as well, which meant that the
22   District would not have to pay those pension costs
23   that would have come due on the pension plan.
24       Q.  And did those actions by the federal

JOHN W. HILL

1    government involve the passage of legislation?
2        A.  Absolutely.
3        Q.  And so the District of Columbia was
4    successful in obtaining the passage of legislation
5    that helped it emerge from the fiscal crisis;
6    correct?
7        A.  Yes, it was the District of Columbia.
8        Q.  And the District of Columbia, did they
9    lobby Congress to pass legislation to improve the
10   fiscal situation of the District of Columbia?
11       A.  The Control Board did; yes.
12       Q.  And they successfully made their case to
13   the legislature and got them to take actions that
14   improved the fiscal condition of the City?
15       A.  The President and the legislature, yes.
16       Q.  And were you involved in those
17   activities?
18       A.  Yes, I was.
19       Q.  And, in your view, was it appropriate
20   and necessary for the District of Columbia to
21   lobby Congress to obtain legislation that would
22   remedy the fiscal crisis that it faced?
23       A.  It was appropriate, especially since
24   some of the fiscal crisis the City faced was a

JOHN W. HILL

1    result of the federal government.
2        Q.  And was is it the obligation of the
3    City's leaders to do everything that they could to
4    obtain passage of the legislation from Congress to
5    remedy the fiscal crisis?
6        A.  The City leaders were supportive of the
7    legislation; yes.
8        Q.  And was it their obligation to do
9    everything that they could to obtain passage of
10   legislation to remedy the fiscal crisis in the
11   District of Columbia?
12       MR. STEWART:  Objection.
13       THE WITNESS:  The City leaders were not
14   the driving force behind the legislation.  It
15   was the Control Board and the President of
16   the United States that were the driving force
17   behind the legislation.  It was not the City
18   leaders.
19   BY MR. SMITH:
20       Q.  What was your role exactly in addressing
21   the fiscal crisis in the District of Columbia?
22       A.  I was the executive director of the
23   Control Board that oversaw all of the activities
24   of the City.  At one point the Congress moved the

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 66 of 140

JOHN W. HILL

1 largest agencies of the government to the Control
2 Board directly. So we were responsible for
3 running a large portion of the City during that
4 period of time.
5     Q.  And what would -- would your position be
6 comparable to the emergency manager in Detroit?
7     A.  Parts of my position would be.  The
8 authority rested with the board.  So the five
9 volunteer members of the board had the authority.
10 I was the top-paid staff.  So -- so Kevyn Orr has
11 the authority to act.  I acted through a board.
12     Q.  Okay.  In your view, is the emergency
13 manager an effective mechanism for resolving
14 fiscal crisis in cities in Michigan?
15     A.  I haven't done a study on that.
16     Q.  So you don't have an opinion one way or
17 the other?
18     A.  I have an opinion on the Plan of
19 Adjustment and the work that we're doing, which I
20 think is all geared toward resolving the fiscal
21 crisis in Detroit.
22     Q.  If there's ways to increase the amount
23 that goes to creditors, you agree that the City
24 should do that; correct?

JOHN W. HILL

1     A.  I believe that the City should try to
2 increase revenues, yes.  You know, I'm not -- not
3 a part -- I'm not deciding whether those -- where
4 those revenues go.  That's the emergency manager's
5 recommendation.
6     Q.  Okay.  So you don't have a view about
7 whether the City should endeavor to pay creditors
8 more money if they can?
9     A.  I think that's a question I've already
10 answered.  And I believe that the -- that's
11 exactly what the Plan of Adjustment is about.
12 It's improving the likelihood that revenues can be
13 produced over the long term that could -- that
14 otherwise would increase the likelihood of amounts
15 going to creditors.  That's my view.
16     Q.  Where do you get that view from?
17     A.  From the discussions that we've had in
18 the emergency manager's office, from looking at
19 the plan, and from meetings that we've had and my
20 view of the plan.
21         (Exhibit Hill-3 was marked for
22          identification.)
23 BY MR. SMITH:
24     Q.  I'm going to hand you what we've marked

JOHN W. HILL

1 as Exhibit 3, which is a Chicago Fed Letter which
2 talks about a conference you attended.
3         Do you have that in front of you?
4     A.  Yes, I do.
5     Q.  And you gave a speech at the Chicago
6 Federal Reserve about Detroit's problems; correct?
7     A.  Correct.  I was the keynote lunch
8 speaker.
9     Q.  Yeah.  And there's a discussion of your
10 remarks on the last page of this article.
11         Do you see that?
12     A.  Uh-huh.
13     Q.  And in there it says, in that second
14 column, the first paragraph, it says "Hill noted
15 some similarities in the circumstances that
16 precipitated fiscal turmoil in both cities:
17 falling population, declining revenues leading to
18 budget deficits, lack of financial controls and
19 high unfunded pension obligations."
20         Do you see that?
21     A.  Yes.
22     Q.  And it's true that in both Detroit and
23 the District of Columbia, high unfunded pension
24 obligations were one of the causes of Detroit's

JOHN W. HILL

1 fiscal crisis; correct?
2     A.  Having to fund pension obligations, yes.
3     Q.  And another cause of Detroit's and the
4 District of Columbia's fiscal crisis was lack of
5 financial controls; correct?
6     A.  Yes.
7     Q.  How does that contribute to fiscal
8 crisis, the lack of financial controls?
9     A.  Well, it could in a number of ways.  It
10 could result in the inability to make sure that
11 you're getting the most for a dollar in a
12 contract, for instance.
13         Let's say if you take a situation in the
14 District, the competitive bidding process, which
15 was a fiscal control, was very rarely implemented
16 in the District before the crisis.  And so there
17 was no assurance that the City was paying the
18 least-possible amount for the services that were
19 being provided.
20         And also just from the standpoint of
21 knowing the fiscal condition of the City at any
22 point in time.
23         So lack of -- lack of those controls can
24 have an impact on fiscal crisis.

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 67 of 140

JOHN W. HILL

1
2    Q.   And then on the -- in this next column
3    over towards the top, the first complete sentence
4    says, "Currently there are several proposed
5    recovery plans, but none of them have associated
6    plans for implementation."
7         Do you see that?
8    A.   Yeah.  That's not -- that's not what I
9    said.
10   Q.   Okay.  What are the -- what are the --
11   what did you say, basically, is what I want to
12   know.
13   A.   What I said was that there are several
14   proposed restructuring initiatives, okay, and that
15   the detailed plans associated with the
16   implementation of those initiatives are just now
17   being done.  So that's what I said.
18        But --
19   Q.   And it's true today that the detailed
20   plans for implementation of all the restructuring
21   initiatives aren't all completed?
22   A.   Exactly.  Exactly.
23   Q.   The -- if you look two sentences down,
24   it says, "To conclude, Hill said to improve
25   Detroit's fiscal performance in the future, the

JOHN W. HILL

1
2    following would be needed:  a commitment to
3    restructure the City from the bottom up; the
4    provision of new services that would make the city
5    attractive to new residents (such as mass
6    transit,) a commitment from business leaders to
7    support the city's restructuring process, and
8    long-term financial monitoring after exiting
9    bankruptcy."
10        Does that summary accurately reflect
11   what you said?
12   A.   That's very accurate, yes.
13   Q.   And when you say that you need a
14   commitment to restructure the City from the bottom
15   up in order to improve Detroit's fiscal
16   performance in the future, what do you mean by
17   that?
18   A.   Well, it was part of the restructuring
19   initiative that we go department by department, as
20   we're doing with the finance restructuring, and
21   look at the various work flows, the people that
22   are needed to be able to do those work flows.  And
23   then we're literally reconstructing the finance
24   operation.  And so that's a model that I think we
25   could use in all of the departments.

JOHN W. HILL

1
2    Q.   And a commitment from business leaders
3    to support the City's restructuring process is
4    also necessary for Detroit's improved fiscal
5    performance in the future?
6    A.   Yes.
7    Q.   What efforts, I mean, if any, has the
8    City taken to get commitments from business
9    leaders to support the City?
10   A.   Well, there are a number of efforts.
11   The City has asked for business leaders -- and
12   when I say "business," I mean nonpublic sector
13   leaders -- to help in -- park maintenance, for
14   instance, there's a huge project to have parks
15   actually adopted by business leaders as well as by
16   churches.
17        Business leaders have been asked to
18   support lien process efforts, and a number have
19   volunteered to help look at certain processes.
20   Procurement process was one of them.  There is a
21   whole list of various processes.
22        So it's using business expertise to help
23   think through strategies for improving city
24   services, is what I meant by that.
25   Q.   Is it fair to say that the business

JOHN W. HILL

1
2    community has already committed to give Detroit
3    free assistance in its efforts to improve its
4    fiscal situation?
5    A.   There have been commitments -- there
6    have been opportunities where the business
7    community has stepped up.  And there are other
8    places, especially around blight, where the
9    business community has offered and has committed
10   to help.
11   Q.   What kind of commitments has the
12   business community made to assist with blight
13   reduction?
14   A.   Certainly a lot of the blight plan that
15   was put together was funded by outside support,
16   which provided a lot of important information
17   about the magnitude of blight in the community.
18   So there have already been efforts that have
19   helped.
20   Q.   Okay.  I mean, if you can give me
21   specifics, what are the businesses going to do to
22   reduce blight?
23   A.   Well, what are they going to do to
24   reduce -- well, the first thing is helping out in
25   pulling together the strategies and understanding

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

1        JOHN W. HILL
2  where blight -- where blight is, which has been
3  part of the work that they're doing, and
4  documenting it in a way that you can go back to
5  those neighborhoods and make sure that that's
6  what's occurring there.  So in a volunteer effort,
7  those are the ways.
8        The other ways that they help through
9  contracts is, much of the -- some of the blight
10 removal is actually going to be done through
11 contracts with businesses or contracting with the
12 City and be able to help.
13       Q.  Are there developers in Detroit that
14 hope that the -- or expect that the
15 blight-reduction efforts will increase their
16 property values in the city?
17       MR. STEWART:  Objection.
18       THE WITNESS:  I don't know specifically
19    what -- what developers think.
20 BY MR. SMITH:
21       Q.  Do you expect the blight reduction or is
22 it the City's intent that it increases property
23 values?
24       A.  Yes.
25       (Exhibit Hill-4 was marked for

1        JOHN W. HILL
2        identification.)
3  BY MR. SMITH:
4        Q.  I'm going to hand you what I'm going --
5  what I've marked as Exhibit 4.  Is this a copy of
6  your presentation at the Federal Reserve meeting?
7        A.  Yes.
8        Q.  And in it you talk about Washington,
9  D.C., and Detroit; correct?
10       A.  Yes.
11       Q.  And is this presentation similar to the
12 type of testimony you want to be able to provide
13 to the Court?  Or not?
14       A.  No.  There's not a -- no.  There isn't a
15 connection.
16       Q.  That's okay.  That's fine.
17       (Simultaneous cross-talk.)
18       A.  I didn't say there's no connection, but
19 this wasn't in preparation for testimony to a
20 Court.  This was a --
21       Q.  No.  I understand.  I'm just trying to
22 get a sense of whether this is the kind of thing
23 you would be talking about, not . . .
24       Well, why don't I ask you this:  If you
25 look at the slide, I think it's the third slide in

1        JOHN W. HILL
2  that says, "District of Columbia, What Caused the
3  Financial Crisis."
4        Do you see that one?
5        A.  Yes.
6        Q.  Okay.  One thing that was a problem in
7  the District of Columbia that I think you already
8  mentioned was government was bloated; correct?
9        A.  Yes.
10       Q.  And was government bloat also a problem
11 leading to Detroit's financial crisis?
12       A.  I don't know that.
13       Q.  You just don't know one way or the
14 other?
15       A.  Well, I know that the current levels of
16 employment in Detroit government -- the current
17 levels are below what's going to be needed in
18 order to run the City on an ongoing basis.  So --
19 because over time the City has shrunk
20 substantially.
21       Q.  Do you believe that it was necessary for
22 Detroit to shrink -- its government to shrink in
23 size to better serve the population?
24       A.  I haven't looked at the size of the
25 government before versus how it is now; but I do

1        JOHN W. HILL
2  know that it's smaller.  There are fewer employees
3  in the government now than there were.
4        Q.  Another factor that I think you already
5  mentioned in the District of Columbia and Detroit
6  contributing to financial crisis was poor
7  collection of taxes.  Is that true?
8        A.  Yes.
9        Q.  And then if we -- a couple of slides
10 later, there's one called the "City of Detroit,
11 What Caused the Financial Crisis?"
12       A.  Is that the title of it?
13       Q.  Yeah.  "City of Detroit, What Caused the
14 Fiscal Crisis?"  Are you there?
15       A.  Uh-huh.
16       Q.  The last bullet says, "Disinvestment in
17 infrastructure and systems of control."
18       Do you see that?
19       A.  Yes.
20       Q.  What systems of control are you talking
21 about that contributed to the financial crisis in
22 Detroit?
23       A.  I'm talking about the -- the financial
24 system itself, which is -- which is outdated and
25 was not fully implemented at the time that it was

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 69 of 140

1        JOHN W. HILL
2  implemented.
3        And when it was implemented, the
4  systems -- the information -- the processes that
5  lead up to implementing information into the
6  system were not changed.  When the system was
7  first implemented, there were a lot of changes to
8  the system so that the processes would not have to
9  change.  And that had an impact on the controls
10 that were kind of embedded in the system.  So, for
11 instance -- I'll stop there.
12     Q.  And you still haven't fixed the --
13 Detroit's financial system.  You're in the process
14 of doing that; correct?
15     A.  Correct.
16     Q.  And then there's another slide entitled
17 "Must Be a Greater Strategy Around Recovery."  Do
18 you see that slide?
19         MR. STEWART:  Is this further back?
20         MR. SMITH:  Yeah, further back.  I'm
21     going in order.  The title is "Must Be a
22     Greater Strategy Around Recovery."
23         MR. STEWART:  Here it is.
24 BY MR. SMITH:
25     Q.  You got it, Mr. Hill?

1        JOHN W. HILL
2     A.  Uh-huh.
3     Q.  Okay.  On that slide you talk about
4  fixing internal systems and publicizing efforts
5  that citizens will understand.
6        Do you see that bullet?
7     A.  Yes.
8     Q.  And you mention tax returns,
9  high-profile cheats.
10       What are you talking about there?
11    A.  In the District one of the things that
12 helped compliance, particularly because of some of
13 the people who are living in the District, was to
14 really go after some high-profile people who were
15 living in the District but actually paying taxes
16 to other states or claiming another state as their
17 place of employment.
18       And those became high-profile tax cases
19 that we believed had an impact on -- going after
20 that would have an impact on compliance for others
21 who may be in similar situations.  And that was
22 part of the compliance strategy.
23    Q.  Do you plan to publicize enforcement
24 efforts in Detroit as a means to try to improve
25 collection of taxes?

1        JOHN W. HILL
2     A.  I think that should be a part of the
3  plan, yes.  And most of it got publicized just
4  because of the individuals that were involved and
5  their profiles.
6     Q.  Okay.
7     A.  And it involved litigation.
8     Q.  And then there's a slide called "City of
9  Detroit:  A complicated recovery."  Do you see
10 that slide?
11    A.  Yes.
12    Q.  And you make several points about
13 Detroit in this slide; correct?
14    A.  Yes, I do.
15    Q.  The first -- the first question I have
16 is, you agree that actually effectively
17 restructuring the City is going to be a very
18 complicated task?
19    A.  Yes, I do.
20    Q.  And in the first bullet, you say:  "A
21 new Mayor and a restructured council must develop
22 a strategy for meaningful engagement or
23 unconstructive power plays are inevitable."
24       Do you see that?
25    A.  Uh-huh.

1        JOHN W. HILL
2     Q.  And you agree that there's a risk in
3  Detroit that there might be unconstructed power
4  plays among the political actors that could
5  undermine the restructuring?
6     A.  I think that could happen in any city,
7  yes.
8     Q.  And what kind of specific things did you
9  have in mind?
10    A.  It's important for the Mayor and the
11 Council to work together.  And over the last
12 several months, the amount of cooperation between
13 the Mayor and the Council has been incredible.
14 It's been a very positive sign for me in terms of
15 the ability to move forward.
16       And so I'm talking about the
17 relationship between the City leaders has to be
18 one of shared goals and shared responsibilities
19 for the reform effort.
20       And we've started -- we've encouraged
21 that by making sure that the Mayor and the Council
22 are well aware and have bought into the efforts
23 that are underway.
24       And so there's a tremendous amount of
25 time that's being spent in working with both

1            JOHN W. HILL
2   groups because they're the ones that are going to
3   be in charge of the City moving forward.
4            And so they're going to have to both
5   understand and support a reform effort.  So that's
6   what that bullet means.
7        Q.  And moving forward in the next 10 years,
8   there's no guarantee that the Mayor and City
9   Council are going to cooperate in effectively
10  implementing their restructuring efforts; correct?
11       A.  There's no guarantee, no.
12       Q.  And the next thing you say in this slide
13  is, "Many of the major systems that reforms depend
14  on are broken."
15           Is that still an accurate statement?
16       A.  Yes.  Remember, we talked about the
17  financial management system needs to be replaced,
18  the human resource information system needs to be
19  replaced.  And the good part about this is that
20  there are projects in the Plan of Adjustment to do
21  that.
22       Q.  You say "Must stabilize systems."  Do
23  you see that?
24       A.  Yes.
25       Q.  And right now, the systems that the City

1            JOHN W. HILL
2   depends on for its financial data or the other
3   systems you mentioned are unstable?
4        A.  I think they are working with a
5   considerable amount of effort on the part of the
6   staff, so I don't know that I'd say those systems
7   are unstable.  I would say that they're working
8   with a lot of effort on the part of the staff to
9   make them work.
10       Q.  In the next bullet, you ask whether
11  there's a need for an independent CFO function for
12  a period of time.  Do you see that?
13       A.  Yes.
14       Q.  What did you mean there?  Is that what's
15  contemplated in this office of the CFO or . . .
16       A.  It's not what's contemplated in the
17  office of the CFO.
18       Q.  What's it talking about?
19       A.  The District of Columbia is just one
20  example of where there was an independent CFO
21  function.  And in that function, there are certain
22  things that the CFO could do in their own
23  authority to stop spending or other actions that
24  the CFO could take.
25           For instance, in the District, the CFO

1            JOHN W. HILL
2   has to certify revenues; and only those revenues
3   that are certified by the CFO can be appropriated
4   against.  And the CFO and the District also can
5   stop spending without any other authority provided
6   that he says that the budgets were not being
7   adhered to.
8        Q.  In the City of Detroit, is there a
9   constant pressure from the departments to spend
10  more money than is budgeted?
11       A.  I wouldn't agree with your premise.  I
12  would say that there's a pressure to get things
13  done.  And sometimes they're not as familiar with
14  the resources that might be available to get those
15  things done.  But there is a pressure.
16       Q.  Do you frequently get requests from the
17  departments for more spending than you have money
18  available to spend?
19       A.  Can you define "frequently"?  I have
20  gotten requests that I cannot agree to.
21       Q.  There are departments in the City that
22  have made requests on you to spend money that the
23  City doesn't have; is that correct?
24       A.  Yes.
25       Q.  Even during the pendency of the

1            JOHN W. HILL
2   bankruptcy; correct?
3        A.  Yes, and hasn't been spent.
4        Q.  Okay.  And one of your thoughts or
5   opinions is that it might be necessary to have an
6   independent CFO function for the City of Detroit
7   in order to, I guess, ensure that spending does
8   not get out of control or . . .
9        A.  That is one of the ways to control
10  spending, yes.
11       Q.  And right now, is there any provision
12  for an independent CFO of the type you
13  contemplate?
14       A.  Not in the legislation that was passed
15  by the -- not in the legislation, no.
16       Q.  And nowhere outside of the legislation?
17       A.  The only place in the legislation, it's
18  unclear yet what the relationship between the CFO
19  and the Control Board will be.  And the Control
20  Board could be in a position to provide direction
21  to the CFO and some of that potential
22  independence.  It would have that authority.
23           And then it's also a matter of the
24  relationship between the CFO and the Mayor.  And
25  one of the reasons that I have agreed to be

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 71 of 140

JOHN W. HILL

1  appointed under this legislation is because I
2  believe that this Mayor will allow the CFO to act
3  independently. It won't be a function of
4  legislation, but I think it would be a function of
5  practice.
6      Q. But there's no independent CFO in the
7  legislation; correct?
8      A. There's no independent CFO in the
9  legislation.
10     Q. You don't know who the next Mayor will
11  be; correct?
12     A. I don't know who the next CFO is going
13  to be either -- correct. Correct.
14     Q. And did you suggest to anybody that
15  there should be an independent CFO in the
16  legislation before it was passed?
17     A. Yes.
18     Q. How did you make that recommendation?
19     A. I made the recommendation by drafting
20  changes to the legislation.
21     Q. Were there any other suggestions you
22  made regarding the legislation that didn't make it
23  into the legislation?
24     A. They were mostly around -- the

JOHN W. HILL

1  relationship and the powers of the CFO were the
2  place where I concentrated most of my time.
3      Q. I mean, other than the independent
4  aspect, were there any other features that you had
5  suggested relating to the CFO that didn't make it
6  into the legislation?
7      A. Yeah. I suggested that the CFO be
8  required to review the impact of legislation that
9  comes out of the Council and that he be required
10  to -- he or she be required to express an opinion
11  on the financial impact of the legislation. And
12  if that legislation has a financial impact that's
13  not incorporated in the budget, that it not be
14  able to be implemented.
15     Q. And why did you make that
16  recommendation?
17     A. To guard against the possibility of
18  unfunded mandates in the budget without having the
19  resources to satisfy those mandates.
20     Q. And were there any other recommendations
21  you made for the legislation that didn't get
22  through or incorporated into the legislation?
23     A. Those were the -- I mean, those were the
24  principal ones.

JOHN W. HILL

1      Q. Do you know if other people made
2  recommendations to the Legislature about what
3  should be in the legislation?
4      A. I know that a lot of people had thoughts
5  on it and that there were other recommendations
6  for changes, but I don't know which ones made it
7  and didn't make it.
8      Q. I mean, do you know of other examples --
9  I mean, can you talk about any specifics with
10  respect to other recommendations that didn't make
11  it into legislation?
12     A. No, I can't.
13     Q. The next bullet says "Post bankruptcy
14  structure still under review with various
15  models" -- oh, I skipped a bullet.
16         The next one actually says "Multiple
17  recovery plans by various stakeholders, no clear
18  implementation."
19         Do you see that? It's the fourth
20  bullet.
21     A. Yeah, I do. I do. I'm trying to think
22  about -- I'll wait for your question.
23     Q. Okay. What did you mean by this
24  statement in the slide that there are multiple

JOHN W. HILL

1  recovery plans by various stakeholders, no clear
2  implementation?
3      A. You know, what I meant by that was that
4  there are a number of stakeholders within the City
5  that have views what needs to be done to fix the
6  City; and that outside of the Plan of Adjustment,
7  there was really no clear -- there was no clear
8  implementation strategy for the individual line
9  items that were in the recovery plan at that
10  point.
11         There are plans, but when you move to
12  implementation, it's a lot more detailed than the
13  plans, and that's what I meant.
14     Q. So there's people in the City government
15  right now who have different ideas about what
16  should be done in the city; is that correct?
17     A. That wasn't what I meant by this. When
18  I say various stakeholders, I meant the business
19  community, others outside of City government. And
20  that's what I meant by stakeholders.
21     Q. Are there differences of opinion that
22  could impact the restructuring plan moving forward
23  with respect to what to do in the City?
24     A. I can't think of any offhand.

JOHN W. HILL

1       JOHN W. HILL
2           (Exhibit Hill-5 was marked for
3           identification.)
4  BY MR. SMITH:
5       Q.  Let me hand you what's been marked as
6  Exhibit 5, which is an article entitled "Detroit
7  CFO says Post-Bankruptcy Oversight Critical for
8  City."  And this article is dated April 23, 2014.
9           The second paragraph, they have a quote
10  from you, "I believe the post bankruptcy structure
11  is absolutely critical, and that right now is a
12  big question mark."
13          Do you see that?
14      A.  Yes.
15      Q.  And were you accurately quoted there?
16      A.  At that point, it was a big question
17  mark, yes.
18      Q.  And what did you mean by "there was a
19  big question mark"?
20      A.  Legislation hadn't been passed at that
21  point on what the post-bankruptcy structure would
22  look like.
23      Q.  Okay.  And then over on the next page,
24  Page 2, there's a paragraph.  It's the third
25  paragraph down, it says, "Hill said there were

JOHN W. HILL

1           JOHN W. HILL
2  other options for water and sewer services such as
3  privatization and then a final decision would be
4  made before Orr leaves. "
5           Do you see that?
6       A.  Yes.  Yeah.  I'll wait for your
7  question.
8       Q.  Well, I'm just wondering whether, is it
9  the case that the decision about what to do with
10  the water and sewer privatization is going to be
11  resolved before Mr. Orr leaves or not?
12      A.  I don't remember saying before Orr
13  leaves, and I don't know when it's going to be
14  resolved.
15      Q.  Did you testify at all with respect to
16  this legislation that's been passed?
17      A.  No.
18      Q.  Did you offer some written revisions to
19  the legislation, to the legislature or -- how was
20  your input communicated, I guess, is what I'm --
21      A.  It was communicated to the emergency
22  manager's team and to one individual in the
23  Mayor's office, Greg Tedder.
24          (Exhibit Hill-6 was marked for
25          identification.)

JOHN W. HILL

1           JOHN W. HILL
2  BY MR. SMITH:
3       Q.  I'm going to hand you a copy of an email
4  that's been marked as Exhibit 6.  And I wanted to
5  ask you about your email that's beginning in the
6  middle of the page.  And it says, "Kevyn just
7  checking on an issue here.  I was told that the
8  Mayor apparently told you CM and EY stated that
9  the Plan of Adjustment 10-year plan forecast is
10  unrealistic and cannot be achieved."
11          Did you write that?
12      A.  Yes.
13      Q.  And CM is Conway MacKenzie?
14      A.  Yes.
15      Q.  And EY is Ernst & Young?
16      A.  Yes.
17      Q.  And who told you that the Mayor had
18  indicated that the forecast from Ernst & Young was
19  unrealistic and couldn't be achieved?
20      A.  I don't remember.  I don't remember who
21  told me.
22      Q.  Do you remember why that was?
23      A.  I -- I -- I don't.  I really don't
24  remember.
25      Q.  Who is Stacy Fox?

JOHN W. HILL

1           JOHN W. HILL
2       A.  Stacy Fox is the deputy emergency
3  manager.
4       Q.  Okay.
5       A.  Subject to getting the right title,
6  she's the number two in the emergency manager's
7  office.
8       Q.  Okay.  And then the next paragraph, you
9  say, "I am of the opinion that if you look at
10  Detroit's history, any plan that has this many
11  initiatives and ramp-up periods would be
12  difficult."
13          Do you see that?
14      A.  Yes.
15      Q.  And do you agree that the Plan of
16  Adjustment here, because it has a lot of different
17  initiatives and there -- that the -- it's going to
18  be difficult to get all those initiatives going?
19      A.  It's going to be difficult.  It's not
20  going to be easy.
21      Q.  And then you go on to say, "EY and CM
22  have consistently said significant execution risk
23  exists if the City does not change processes and
24  that the City must hire qualified people to
25  implement and move the City forward."

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 73 of 140

JOHN W. HILL

1
2       Do you see that statement?
3    **A.  Yes.**
4    Q.  And that's accurate?
5    **A.  That's accurate.**
6    Q.  And do you agree that there are
7  significant execution risks with the Plan of
8  Adjustment?
9    **A.  I agree that there's execution risk.**
10   Q.  Do you agree that it's significant?
11   **A.  I agree that there's significant risk in**
12 **executing the plan, yeah.**
13   Q.  And then that was also Conway
14 MacKenzie's view and Ernst & Young's view;
15 correct?
16   **A.  I don't know about the "significant"**
17 **part.  I do know that everyone knows that there**
18 **are risks associated with implementing the plan.**
19   Q.  Okay.  And one -- one risk is the City
20 has to higher qualified people to implement and
21 move the City forward.  We already talked about
22 that; correct?
23   **A.  Right.**
24   Q.  The next paragraph, you say, "We are all
25 focused on compensation.  The compensation issue

JOHN W. HILL

1
2  has long been discussed in all levels as a very
3  real issue in the forecast."
4       Do you see that?
5    **A.  Yes.**
6    Q.  And what is the compensation issue?
7    **A.  It's the -- the compensation issue I'm**
8  **referring to here is the ability to attract people**
9  **at the wages that are in the plan.**
10   Q.  And is there a concern that the wages in
11 the plan might be too low and they might have to
12 be increased in order to attract qualified people
13 to fill these positions?
14   **A.  There's a concern on the level of the**
15 **wages, yes.**
16   Q.  Has any modeling been done with higher
17 wage rates?
18   **A.  Modeling?  Not really, no.**
19   Q.  The -- on the next page, you say, "I
20 believe reducing what government does will
21 ultimately take pressure off the Plan of
22 Adjustment."
23      Do you see that?
24   **A.  Uh-huh.**
25   Q.  And do you believe that Detroit needs to

JOHN W. HILL

1
2  shrink the scope of its government services?
3    **A.  I believe what I said here is that**
4  **reducing what government does will ultimately take**
5  **pressure off of implementation of the plan.**
6    Q.  And what did you mean by that?
7    **A.  By that I meant the government going**
8  **through a process of deciding what it can do and**
9  **what it cannot do, some of which is built into the**
10 **plan, and then that will take pressure off of**
11 **implementation.**
12   Q.  Okay.  What isn't put into the plan
13 currently that you're contemplating that might
14 take pressure off the Plan of Adjustment?
15   **A.  I wasn't contemplating anything in**
16 **particular here.  I was contemplating a process of**
17 **really taking another hard look at what government**
18 **is doing and then deciding things that should or**
19 **should not be done by government.**
20   Q.  You think that by reducing the services
21 Detroit provides could make the Plan of Adjustment
22 more feasible?
23   **A.  I don't know that, reducing the scope of**
24 **services.  It could be reducing how the**
25 **services -- or changing how the service is**

JOHN W. HILL

1
2  **provided.**
3       **So both are contemplated in this**
4  **statement.**
5    Q.  Isn't it true that Detroit is providing
6  a lot of services that other cities don't provide?
7    **A.  I don't know all the services that are**
8  **provided by other cities.**
9    Q.  I mean, one example is Detroit has the
10 transportation department that it's responsible
11 for, whereas, other cities, it's not done by the
12 City; it's done by a regional authority.
13   **A.  Yeah, there are clearly other models for**
14 **service delivery.**
15   Q.  And isn't it true that Detroit is trying
16 to provide a lot of services that other cities
17 don't provide?
18   **A.  A lot?  I don't -- I don't -- I can't**
19 **buy into the context of the sentence.**
20   Q.  Is it true that Detroit is trying to
21 provide services that other cities don't provide?
22      MR. STEWART:  Objection.
23      THE WITNESS:  That's a hard question to
24   answer, because there are services that some
25   cities provide that Detroit doesn't provide.

Pages 233 to 236

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 74 of 140

JOHN W. HILL

1  JOHN W. HILL
2  So you'd have to go service by service and
3  compare city by city.  And I don't know all
4  of the services that are provided in other
5  cities.  I know Washington very well.  And,
6  again, I told you that's a state, city and a
7  county.  And then Detroit and some about
8  Chicago and --
9  BY MR. SMITH:
10      Q.  You also say in this email, "We can't
11  put everything in the plan now and have no room to
12  make further adjustments in response to
13  negotiations."
14          Do you see that?
15      A.  Yes.
16      Q.  And what did you mean when you were
17  saying that you couldn't put "everything in the
18  plan now"?
19      A.  A couple of things, meaning -- there I
20  meant that there are always things that don't make
21  it into the plan.  And I think we talked about
22  that earlier as well.
23          There are opportunities and risks
24  associated with those opportunities.  And I'm just
25  saying you can't -- I was just making a statement

1  JOHN W. HILL
2  here that you can't put everything you know into
3  the plan because you haven't done the research to
4  determine whether or not some of those items will
5  really work and what impact those items will have.
6  And so that's what I was referring to.
7      Q.  Do you know whether the City is taking a
8  look at eliminating or reducing the scope of other
9  services outside of what's in the plan?
10      A.  Outside of what's in the plan, I haven't
11  been involved in any of those discussions.
12      Q.  Do you believe that it would be
13  appropriate and a good idea for the City of
14  Detroit to go through the services that it's
15  providing and see if there are ones that it could
16  eliminate or cut back other than what's in the
17  Plan of Adjustment?
18      A.  I believe that's an ongoing process that
19  will be a part of what any city does as they move
20  forward in response to various factors.
21      Q.  Are there discussions with the City to
22  get assistance with the audit function for taxes?
23      A.  Could you ask the question again.
24      Q.  Here.  I'll just hand you a copy of this
25  document, that the only reason I'm giving it to

1  JOHN W. HILL
2  you is there's a reference to something along
3  those lines and maybe you could tell me what it
4  is.
5          (Exhibit Hill-7 was marked for
6          identification.)
7  BY MR. SMITH:
8      Q.  Exhibit 7 is just an email from you that
9  attaches a memorandum.  And on the first page of
10  the memorandum there's a reference to the
11  July 2012 IRS audit that deemed the City's income
12  tax system catastrophic.  Do you see that?
13      A.  I see that.
14      Q.  Okay.  And why was the IRS saying the
15  City's income tax system was catastrophic?
16          MR. STEWART:  Objection.
17          THE WITNESS:  I don't know why, and I'd
18      have to -- refer back to the audit.
19  BY MR. SMITH:
20      Q.  Okay.  The 42 million in delinquent
21  receivables for the income tax.  Do you see that?
22      A.  Yes.
23      Q.  Is that still the approximate number of
24  the outstanding income tax that needs to be
25  collected?

1  JOHN W. HILL
2      A.  I don't know the exact number, no.
3      Q.  The next page is the one I was referring
4  to, Page 2.  Do you see in the middle, there's a
5  bullet under Section 3 that says "State
6  Assistance:  Continued Discussions with State."
7          Do you see that?
8      A.  Uh-huh.
9      Q.  And the future tax strategy, do you know
10  what discussions are being discussed with the
11  State about the future tax strategy?
12      A.  Yeah.  That's a reference to the -- you
13  see the State assistance here.  That's a reference
14  to the piggyback tax as well.
15      Q.  Is that all that it's in reference to,
16  or is there other future tax strategy?
17      A.  I don't know what else he meant by that
18  bullet.
19      Q.  The third one says "Assistance with
20  compliance/audit function with the State of
21  Michigan."
22          Do you know what that's referring to?
23      A.  It's referring to the piggyback portion.
24  If we are a part of the State's income tax filing,
25  then when the State is doing its compliance work,

JOHN W. HILL

1  JOHN W. HILL
2  it would also help with compliance work over --
3  for the District as well.
4      Q.  And does piggybacking --
5      A.  I'm sorry.  For Detroit as well.
6      Q.  Does piggybacking the tax have the
7  potential to not only increase revenue but
8  decrease costs for the City?
9      A.  Yes, it does.
10      Q.  And how would it decrease costs?
11      A.  We would not have to -- we would not be
12  actually processing the returns ourselves.  They
13  would be processed by the State.  And from a
14  compliance standpoint, there would be synergy
15  between the State's compliance and ours.
16          There would be a cost.  So there would
17  be a cost to the State for doing this.  So I don't
18  know -- so I don't know what that cost is going to
19  be.
20      Q.  Okay.  I'm done with that document.
21          (Exhibit Hill-8 was marked for
22          identification.)
23  BY MR. SMITH:
24      Q.  Why don't I hand you a copy of another
25  email that I'll mark as Exhibit 8, which is

JOHN W. HILL

1          JOHN W. HILL
2  between you and Mr. Scorsone.
3          And here you're -- in your email at the
4  top, you ask "Are most of these other offices
5  independent in some way from the political forces
6  that could demand changes in revenue forecasting?"
7          Do you see that?
8      A.  Yes.
9      Q.  And you're asking about an office of
10  chief economist: is that correct?
11      A.  Yes.
12      Q.  Were you proposing that there be an
13  independent office of chief economist in Detroit?
14      A.  I was exploring how those offices are
15  set up.  I was looking into the issue and looking
16  into the issue of our revenue estimation process.
17          Since this email, the legislation that
18  created the Control Board also sets forward a
19  revenue estimation process as well that would have
20  to be implemented, which is different from the
21  process we're currently using.
22      Q.  Okay.  And what -- the revenue
23  estimation process in the legislation, who is
24  going to be responsible for doing revenue
25  estimation?

JOHN W. HILL

1          JOHN W. HILL
2      A.  It would be the CFO.
3      Q.  And when you say the political forces
4  that can demand changes in revenue forecasting,
5  what are you talking about?
6      A.  One of the issues that existed in the
7  District of Columbia that gave rise to the
8  financial problems that the District had was
9  elected officials making decisions about what the
10  revenues were going to be that weren't supportable
11  by either documents or projections and so forth
12  and then creating budgets that would spend up to
13  that level and the revenues wouldn't materialize.
14          So revenue estimation to me is more of
15  a -- is more of an art that is based on models and
16  based on factors that are considered, and it's not
17  a political decision.  The political decision
18  comes in when you want to change a revenue
19  estimate from what's come out of that process.
20      Q.  Did you ever recommend that there be an
21  independent revenue estimator for the City?
22      A.  I recommended as part of my -- that was
23  one of the reasons why I recommended an
24  independent CFO, so that all of the activities
25  under the CFO would be independent politically.

JOHN W. HILL

1          JOHN W. HILL
2      Q.  Do you agree that political forces can
3  lead to fiscal crisis?
4      A.  I believe that they can.  It's possible.
5          MR. SMITH:  I'm going to hand you
6      another exhibit, which is No. 9, another
7      email that you're on.
8          (Exhibit Hill-9 was marked for
9          identification.)
10  BY MR. SMITH:
11      Q.  Before I get to that document, do you
12  have the document in front of you?
13      A.  No. 9?
14      Q.  Yeah.
15      A.  Yes.
16      Q.  Do you agree that in -- historically,
17  political forces have contributed to fiscal crisis
18  in Detroit?
19      A.  I don't know that.  I mean -- yeah.  I
20  don't know.  I can't say.
21      Q.  Okay.  Back to Exhibit 9.
22          I want to ask you about the email at the
23  bottom of the page.  It says "I'm sorry to have to
24  hit John with this on his way in the door, but
25  there are significant issues with our ability to

Pages 241 to 244

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 76 of 140

JOHN W. HILL

1    file a financial statement."
2
3       Do you see that?
4    A.   Yes.
5    Q.   What were the issues the City was
6    dealing with in terms of its ability to file a
7    financial statement?
8    A.   At this point it was -- let me take a
9    minute to read it.
10   Q.   Yeah, sure.
11      MR. SMITH:  Would you guys mind taking a
12   break now?
13      MR. STEWART:  Do you want to do it right
14   now, or do you want to finish your question?
15      MR. SMITH:  No --
16      MR. STEWART:  Right now is fine.
17      MR. SMITH:  I want to do it right now.
18      MR. STEWART:  That's fine.
19      THE VIDEOGRAPHER:  Going off the record
20   at 3:03.  This is the end of Tape No. 4.
21      (Short break taken.)
22      THE VIDEOGRAPHER:  We are back on the
23   record at 3:15.  This is the beginning of
24   Tape No. 5.
25   BY MR. SMITH:

JOHN W. HILL

1
2    Q.   Mr. Hill, do you recall what the date of
3    your testimony before Congress was regarding the
4    D.C. fiscal crisis?
5    A.   I had many testimonies before Congress
6    on the D.C. fiscal crisis.
7    Q.   Okay.  I mean approximately what years.
8    What range of years would your testimony have
9    occurred in?
10   A.   1992 through 1994.  Yeah.
11   Q.   Okay.  And you believe you went up there
12   multiple times to testify?
13   A.   I know I went up there multiple times.
14   Q.   You know there's a deputy assistant
15   Treasury secretary named Don Graves?
16   A.   Yes.
17   Q.   And he's actually moved out to Detroit,
18   right, to help you with your problems?
19   A.   No.  He's -- he hasn't moved to Detroit.
20   Q.   Okay.
21   A.   He's -- he's not there now.
22   Q.   Is there going to be -- is there some
23   sort of federal office that's being set up in
24   Detroit, though?
25   A.   It's not a federal office.  There are

JOHN W. HILL

1    people in Detroit who are acting as liaisons to
2    the federal government, and Don Graves was one of
3    the people that was involved.
4    Q.   Who are the other people that are acting
5    as liaison with Detroit and the federal government
6    to try to improve Detroit's fiscal situation?
7    A.   It was Don Graves, who is the person I
8    dealt with more; and then Gina -- and I'm blanking
9    on her last name.  "Giacocoa" or something like
10   that.  But it's -- Gina is her first name.
11   Q.   What's being discussed, you know, why --
12   between these liaisons with the federal government
13   and the City of Detroit?
14   A.   Mostly assistance that the federal
15   government might be able to provide in either
16   easing restrictions on certain grants or extending
17   periods of time on certain grants that the City
18   has.  So those are some of the types of
19   discussions.
20   Q.   What kind of easing of restrictions are
21   you discussing with the federal government?
22   A.   It depends on the particular grant.
23   But, you know, some of the grants expire on
24   certain days.  So we would ask the federal

JOHN W. HILL

1    government if it's possible to extend the date for
2    those grants.  And then others, we were attempting
3    to get additional grant money from the federal
4    government to be able to buy buses; and allowing
5    certain moneys to be spent on those buses.  But
6    there's a whole -- there are a number of things
7    that we're working with the federal government on.
8    Q.   Is the City asking the federal
9    government for extensions on the grants because
10   it's so far not been able to adequately use the
11   grant funds within the expiration time period?
12   A.   That would be one of the reasons for it,
13   yeah.  Asking for extensions, yeah.
14   Q.   How much money is at risk of having to
15   be repatriated back to the federal government from
16   federal grants right now if you don't get the
17   extensions?
18   A.   For the most part the federal government
19   has been very helpful in that -- in that regard.
20   I don't -- I don't have a dollar figure for you.
21   Q.   Is it millions of dollars?
22   A.   Yeah.  The numbers, some of the
23   grants -- yeah, it's more than a million dollars
24   on some of -- yeah.  I couldn't -- I couldn't

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

1      JOHN W. HILL
2  really -- other than saying that.
3      Q.   What are the reasons that Detroit has
4  been unable to utilize effectively grant money
5  within the time limits under the grants?
6      A.   One of the principal reasons has been
7  planning on actually how the grant is going to be
8  expended.  And so because of the long procurement
9  period that the City has in some of these items
10 that they're buying, if you take a certain amount
11 of time and do the plan and then you take a
12 certain amount of time and procure, you could be
13 quite a bit into the grant time period before the
14 grant actually expires.
15      So that would be one of the possible
16 reasons.
17      Q.   Okay.  And what are the additional grant
18 moneys you've been discussing with the federal
19 government?
20      A.   I know that there were discussions about
21 grant money for the M1 that was part of the
22 discussion, M1 line.  And buses was a major one.
23 There's a whole -- there's a list of items.
24      Q.   Is there a long list of potential
25 additional grants that you've been discussing with

1           JOHN W. HILL
2  the federal government?
3      A.   There's a question as to whether or not
4  these are additional grants or whether it's
5  allowing us to keep money that we would have lost
6  otherwise, you know.  So there's a long list of --
7  there's a list of grants that would result in the
8  City having more money than it would have if the
9  grants -- if -- with the expiration of the grants.
10      Q.   Some of the grants, the issue is whether
11 the City is going to lose money if the grant
12 expires without the City using the funds; correct?
13      A.   Yes.
14      Q.   And then some of the grants you're
15 talking with the federal government about would be
16 new money --
17      A.   Yes.
18      Q.   -- that would be incremental; correct?
19      A.   Yes.
20      Q.   And do you have an idea of what the
21 total of the new money is?
22      A.   I have not added it up, no.  I've not.
23      Q.   Are there a number of grants that fall
24 into both categories, either grants where the City
25 could lose money if it expires and grants that

1           JOHN W. HILL
2  contain new money for the City?
3      A.   Yes.
4      Q.   And is there a list of these grants
5  someplace?
6      A.   There is a list.
7      Q.   Who has got that list?
8      A.   There's a list of requests that have
9  been made to the feds on -- for help.  So there's
10 a master list of those requests, and that's being
11 maintained now by the Mayor's staff.  Would be
12 Lisa Howze, who is the Mayor's -- used to be the
13 Mayor's chief of staff, now the Mayor's liaison to
14 Washington and to Lansing.
15      Q.   And do you expect that the federal
16 government is going to grant all these new grants
17 and grant you the extensions on the old grants?
18      A.   I don't know.  I don't know.
19      Q.   When do you think the City will know
20 about that?
21      A.   I don't know.  It's their process.
22      Q.   Who is the most involved with that
23 process?
24      A.   Right now would be the Mayor's staff.
25      (Exhibit Hill-10 was marked for

1           JOHN W. HILL
2      identification.)
3  BY MR. SMITH:
4      Q.   I'm going to hand you Exhibit 10, which
5  is another exhibit.  It's another email that's to
6  you.
7      You got that email, Exhibit 10?
8      A.   Yes, I do.
9      Q.   Before I go to the email, is the federal
10 government being cooperative with the City and
11 trying to help them with its fiscal situation?
12      A.   The federal government has been
13 cooperative.
14      Q.   And are there activities the federal
15 government is engaged in other than the grant
16 activities that we've discussed, other ways the
17 federal government is helping the City?
18      A.   That's the -- that's the principal way.
19 There are other activities that are going on --
20 for instance, the federal government was
21 instrumental in helping to pull together the CIOs
22 of major cities and getting them here.  They were
23 very helpful with that.  It was paid for by
24 foundations.  And out of that came a report on the
25 City's IT infrastructure.  So, yeah, there are

13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 78 of 140

JOHN W. HILL

1    JOHN W. HILL
2  other -- there are other ways as well.
3      Q.  I mean, is there anything you've asked
4  from the federal government that they've refused
5  to give you?
6      A.  I know that there are things that are on
7  the list of items of requests that have not been
8  filled.  Whether they ultimately will be or not
9  or -- I don't know the current status of those
10  items because I'm not maintaining the list now.
11      Q.  Do you know what the biggest
12  dollar-value items are pending with the federal
13  government?
14      A.  Again, the biggest dollar-value items
15  were related to grants.
16      Q.  And do you know which ones those are?
17      A.  No.  No.  I couldn't say.
18      Q.  Back to Exhibit 10.  This is from John
19  Naglick to you.  And could you describe who John
20  Naglick is.
21      A.  John Naglick is the head of finance.
22  He's the finance director and also interim
23  treasurer for the City.
24      Q.  He says "As we've discussed, there's
25  substantial evidence that the City's risk

1    JOHN W. HILL
2  management department is not properly protecting
3  the City's balance sheet."
4      Do you see that?
5      A.  Yes.
6      Q.  And it goes on to say "As Gary Brown
7  indicated at our last staff meeting, the Kessler
8  report will likely identify significant fraudulent
9  workers' compensation claims activity."
10      Do you see that?
11      A.  Yes.
12      Q.  And the City is aware that there is
13  significant fraudulent workers' compensation
14  claims that are being made to the City and paid
15  out to people; correct?
16      A.  Yes.
17      Q.  And down towards the bottom of this
18  email, it says "While difficult to quantify, the
19  City's TCOR is likely in excess of $50 million per
20  year."
21      What is the TCOR?
22      A.  I don't know what that stands for.  I
23  know what it means, but --
24      Q.  Actually, the prior sentence it says
25  "total cost of risk."

1    JOHN W. HILL
2      A.  Right.
3      Q.  Looks like that's how they're --
4      A.  Yeah.  I -- yeah.
5      Q.  Did the City quantify $50 million of
6  fraudulent workers' compensation claims or --
7      A.  It was -- this too is a projection based
8  on the report, the Kessler report that's mentioned
9  in here that could potentially still be there.
10  So, yeah, this is -- that's an acronym.
11      Q.  And does -- is it fair to say that the
12  City -- by eliminating fraudulent workers'
13  compensation claims, the City could save millions
14  of dollars; correct?
15      A.  We believe that and are moving to do
16  that as well.
17      Q.  Do you have any idea why the City has
18  been paying all these fraudulent workers'
19  compensation claims?
20      A.  It was a lack of controls over that
21  particular area, is what I can say.
22      (Exhibit Hill-11 was marked for
23      identification.)
24  BY MR. SMITH:
25      Q.  Exhibit 11 I'm going to hand you is a

1    JOHN W. HILL
2  memorandum dated April 16th, 2014.  I don't know
3  if you've seen this before.  It was cc'd to you.
4      Does this look familiar?
5      A.  Yes, it does.
6      Q.  I just want to ask you a question about
7  the -- well, first, about this document.
8      Was this -- this is the first time that
9  the City Council was being informed about exactly
10  what was in the Plan of Adjustment?
11      A.  No.  I wouldn't say that.
12      Q.  What was the point of this document --
13  or purpose of this document?
14      A.  Their office did a review of the Plan of
15  Adjustment.  I don't know why it was actually
16  done, but they -- their office did a review of it.
17      Q.  Okay.  Page 2, the little i, the last
18  bullet on the list of bullets there, it says
19  "Talks with President Obama's Administration could
20  free up another 100 million the City can divert
21  from blight remediation to fund pension costs."
22      Do you see that?
23  MR. STEWART:  I'm lost.
24  MR. SMITH:  This Page 2, little i.
25  MR. STEWART:  Oh, I see.  I don't know

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 79 of 140

JOHN W. HILL

1  if it's a little i.  You mean the last bullet
2  point?
3
4      MR. SMITH:  Yeah.  I mean, I'm saying
5  it's Page 2, but it's the --
6      MR. STEWART:  I got it.
7      MR. SMITH:  It's ii --
8      MR. STEWART:  Okay.
9      MR. SMITH:  -- is what I was trying to
10  say.
11      You got it?  Is everybody on the second
12  page?
13      MR. STEWART:  I think it's this one
14  right here.
15      THE WITNESS:  Yeah, yeah.  Okay.
16  BY MR. SMITH:
17      Q.  Do you see that statement?
18      A.  Uh-huh.
19      Q.  Do you know what money is being
20  discussed here, the 100 million that could be
21  freed up to divert from blight remediation to fund
22  pension costs?
23      A.  I know what they're -- I know what
24  they're talking about here.  There were talks with
25  the Administration about additional funding for

JOHN W. HILL

1
2  blight remediation, but the Council would not
3  determine how that money would be used.  It's --
4  by any estimate, the cost of removing blight is
5  much greater than the resources that are
6  available.
7      So it's not clear to me that additional
8  blight funding from the federal government would
9  result in other changes to the plan.
10      But that's what they're saying.
11      Q.  But what was the $100 million of
12  potential additional blight money --
13      A.  It was a grant -- I think there was a --
14  there were discussions about a grant from the feds
15  for an additional 100 million.
16      Q.  And where do those discussions stand
17  now?
18      A.  I don't know the current status of that.
19      Q.  I mean, has -- the City hasn't gotten
20  this money yet and incorporated it into its
21  forecast, I take it?
22      A.  I don't know.  I'd have to research it.
23      Q.  Okay.  Can you describe for me any more
24  about what this $100 million is that the Obama
25  Administration was potentially going to give the

JOHN W. HILL

1
2  City in grants for blight?
3      A.  No.  That's the extent of my knowledge
4  of that.
5      Q.  Okay.  Have there been any changes to
6  the City charter to try to improve the City's
7  ability to deal with fiscal crisis?
8      A.  Yes.
9      Q.  What changes have those been?
10      A.  The legislation that was passed that
11  implements the CFO's office and the Control Board
12  would be a change to the City's charter.
13      Q.  In what way?
14      A.  It would create a CFO that doesn't exist
15  in the charter, and it would create a relationship
16  between the City and that Control Board that
17  obviously doesn't exist in the charter.
18      Q.  And did the City of Detroit request that
19  the Legislature pass that legislation?
20      A.  The Mayor supported the legislation.
21      Q.  Okay.  And can you give me any
22  explanation why the City of Detroit didn't have
23  the Legislature include in that legislation
24  measures to increase the City's revenues, such as
25  increasing tax rates or doing withholding or some

JOHN W. HILL

1
2  of these other activities that could be used to
3  increase revenues?
4      A.  Well, the package of bills did have
5  additional money that would support the bankruptcy
6  related to, you know, what was happening with DIA.
7      So there were additional moneys as part
8  of a package of bills.
9      Q.  And the City could have proposed
10  additional measures in the legislative package to
11  increase tax rates if it wanted: correct?
12      A.  Yes.  The City could have proposed
13  anything.
14      Q.  And do you have any idea why this -- I
15  take it the City didn't propose additional
16  revenue-generating measures other than what's in
17  the legislation: correct?
18      A.  I know that there were discussions about
19  additional revenue measures, and it was very
20  unlikely that any additional measures would pass
21  based on my discussions with the Mayor.
22      Q.  What additional revenue measures were
23  discussed?
24      A.  I don't know the specifics of the
25  revenue measures.  It's just in a conversation

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 80 of 140

JOHN W. HILL

1    JOHN W. HILL
2    with the Mayor he indicated to me that he -- that
3    he did not propose additional revenue measures in
4    that legislation because of -- that it was very
5    unlikely that any of that would pass.
6        Q.  But you and the Mayor didn't discuss
7    increasing tax rates?
8        A.  No.
9        Q.  And you didn't discuss requiring
10   withholding?
11       A.  No.
12       Q.  Or other --
13       A.  Well, the Mayor and I have had
14   discussions about requiring withholding, and
15   requiring withhold -- but -- and there was draft
16   legislation to do that.  He did not believe that
17   would have passed as part of this package.
18       Q.  And when was the draft legislation on
19   withholding?  When was that drafted?
20       A.  It was prior -- I don't know the exact
21   time, but I know there was a proposal, legislative
22   proposal to have other jurisdictions -- have other
23   companies outside of the District have to --
24   companies outside of Detroit have to withhold for
25   people who lived in Detroit.

1    JOHN W. HILL
2        Q.  And was that legislation introduced at
3    all?
4        A.  I don't know.
5        Q.  Did the City of Detroit support the
6    draft legislation for requiring withholding?
7        A.  Yeah.  The Mayor is supportive of that
8    legislation.  But it's withholding for all -- the
9    way that it's crafted, it's withholding for all
10   cities.  It's not just for Detroit.
11       Q.  I mean, do you know whether there are
12   plans to reintroduce -- or introduce the draft
13   legislation that's been drafted?
14       A.  It is a proposal that the Mayor would
15   like to have pass.
16       Q.  And who drafted the legislation?  Was it
17   somebody in the Legislature?
18       A.  I don't know.  I don't know who drafted
19   it.
20       Q.  Okay.  Did the City draft the
21   legislation?
22       A.  I don't know who drafted it.
23       Q.  I'm going to mark for you another
24   document that's Exhibit 12, which is a -- it's got
25   some documents attached, one of which is this

1    JOHN W. HILL
2    office of the CFO project status that I wanted to
3    ask you about.
4        (Exhibit Hill-12 was marked for
5        identification.)
6    BY MR. SMITH:
7        Q.  If you look at the page that has the
8    Bates number beginning -- well, actually, the
9    Bates numbers are up in the corner here, so it
10   might be hard to find.  It's the page with
11   POA00537590, basically looking at the chart that
12   your office prepared of various projects?
13       A.  Right.
14       Q.  You got that?
15       A.  Yes.
16       Q.  The first two issues are the CAFR and
17   single audit, and you say you were getting an
18   extension on both of those.  Do you see that?
19       A.  Yes.
20       Q.  Have we already discussed those, the
21   CAFR and the -- I'm trying to figure out what the
22   single audit is that you were getting an extension
23   on.
24       A.  The single audit is the report that
25   comes after and that's done after the CAFR, which

1    JOHN W. HILL
2    is a review of internal controls around grants,
3    grant's management.
4        Q.  Why were you getting an extension on
5    that?
6        A.  Because it's based on the CAFR, so the
7    CAFR has to be audited first; and then there's the
8    audit of -- there's a single audit after that.
9        Q.  And the next-to-last item on this page
10   is "Determine if taxpayers who have applied for
11   property tax relief meet state and local
12   guidelines.  The City is currently identifying
13   additional resources."
14       Do you see that?
15       A.  Yes.
16       Q.  What's that item about?
17       A.  It's an item to take a look at whether
18   or not all of the people that are getting hardship
19   exemptions for taxes actually deserved the
20   hardship exemptions, so it's actually a review of
21   all of those taxpayers who have applied for
22   property tax relief to make sure that they qualify
23   for that.
24       Q.  And is the review of hardship exemptions
25   for property taxes relief ongoing?

JOHN W. HILL

1
2    A.  Yes.
3    Q.  And are you finding that there are
4  people who are improperly taking hardship
5  exemptions?
6    A.  I haven't gotten a report on the status
7  of this yet.
8    Q.  When is that anticipated to be
9  completed?
10   A.  12/31 of this year, the end of this
11  year.
12   Q.  The next page, it mentions replacing the
13  current income tax system with city tax.
14      Do you see that?
15   A.  Yes.
16   Q.  You already did that; right?
17   A.  Yes.
18   Q.  What's the benefit to the City in terms
19  of revenue or cost -- increased revenue or
20  decreased cost of that measure?
21   A.  It's certainly having -- having this --
22  everyone on the city tax system, and a lot of
23  jurisdictions across Michigan are using city tax.
24      So at -- it -- certainly, it will help
25  us to be able to have that data that's in the

JOHN W. HILL

1
2  system that can be accessed and then can be used
3  to -- to follow up on doing delinquent taxpayers
4  and being able to compare tax data to other types
5  of data that we have in the City to see if there
6  are other ways to collect on the taxes.
7    Q.  And was that just completed in May?
8    A.  Yes.
9    Q.  And then before we get to the next item,
10  is it true that the City believes that there are a
11  number of people who are taking hardship
12  exemptions for the property taxes that shouldn't
13  be taking them?
14   A.  The City does believe that there are
15  some people who are taking hardship exemptions
16  that should not.  That's why we're doing the
17  review.
18   Q.  Does the City believe that there are
19  speculators or slumlord types who are avoiding
20  paying property taxes in the city?
21   A.  I've not heard that.
22   Q.  Have you heard that there are people who
23  just don't pay their property taxes and they
24  allow the properties to go into foreclosure and
25  buy them back without paying the property taxes?

JOHN W. HILL

1
2    A.  I have heard that.  I don't know the
3  extent of that.
4    Q.  Has the City taken any measures to
5  prevent that, such as forbidding people who owe
6  taxes from bidding on the properties in the
7  auctions?
8    A.  I know that that was a -- I know that
9  that was a proposal.  I don't know if that's been
10  implemented yet.
11   Q.  The next item is, "Identify and follow
12  up with businesses that are believed to be either
13  under-withholding or not reporting properly."
14      Do you see that item?
15   A.  Which one?
16   Q.  It's the next item under city tax.
17   A.  Uh-huh.
18   Q.  Does the City believe that there are
19  businesses who are not reporting properly or who
20  are not withholding all the taxes that they should
21  be?
22   A.  Yes.
23   Q.  And is there an effort that the City has
24  initiated to try to correct that problem?
25   A.  Yes.

JOHN W. HILL

1
2    Q.  Is that still ongoing?
3    A.  That is ongoing.
4    Q.  Have you gotten any reports of the
5  results of that?
6    A.  I don't have the status report on that
7  right now, but I know it is ongoing.
8    Q.  Is that due to be done by the end of the
9  year?
10   A.  Yes.
11   Q.  The next item is, "Collect delinquent
12  income taxes."
13      There's obviously an ongoing effort by
14  the City to try to do that; correct?
15   A.  Yes.
16   Q.  And when do you contemplate that that
17  effort will be complete?  Or is that never
18  complete?
19   A.  There's an ongoing element of it, but
20  this particular project would be completed in
21  December.
22   Q.  Okay.  And the next item talks about the
23  piggyback -- I see what -- I see.
24      The next item is on hold pending the
25  piggyback; is that correct?

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 82 of 140

JOHN W. HILL

2  A.  Yes.
3      Q.  And then two items down, it says,
4  "Determine strategic and innovative ways to reduce
5  cost."
6          Do you see that?
7  A.  Yes.
8      Q.  Does the City believe that there are
9  further costs reductions that could occur in
10 purchasing?
11 A.  Yes.  And -- you mean "further," beyond
12 what's anticipated in the plan?
13     Q.  Yeah.
14 A.  I don't know if it's beyond what's
15 anticipated in the plan.
16     Q.  The next one is outsourcing
17 initiatives -- it's two down, outsourcing
18 initiatives or purchasing.  It says, "Complete
19 outsourcing initiatives to improve operations and
20 services."
21         Do you see that?
22 A.  Yes.
23     Q.  Is the City contemplating outsourcing
24 some of the purchasing services?
25 A.  This isn't outsourcing -- these aren't

JOHN W. HILL

2  outsourcing initiatives for purchasing.  These are
3  outsourcing initiatives for the City that
4  purchasing would be involved in.
5      Q.  What initiatives are those?
6  A.  Well, the ones that are here, you know,
7  trash services, custodial services.  The DOT cash
8  room is one that was outsourced.  And then the
9  other one was to look at the fleet facilities and
10 the possibility of outsourcing park maintenance.
11 But those are all not in purchasing, but you have
12 to go through purchasing to outsource them.
13     Q.  So the City is looking currently at
14 outsourcing fleet facilities and park maintenance;
15 is that correct?
16 A.  At the time of this -- those were items
17 that were being looked at.
18     Q.  Okay.  Is the City still looking at
19 that, or what's the status of those potential
20 outsourcing activities?
21 A.  Well, the park maintenance activity was
22 outsourced.  Part of it was outsourced to other
23 organizations without additional costs so that
24 having churches actually take care of parks, so
25 that was outsourcing that maintenance to them.

JOHN W. HILL

2      And then other ones -- still looking at
3  the custodial services, outsourcing, the cash room
4  was outsourced, and trash was outsourced.
5      So -- and -- and there's a committee
6  that was recently established on to look at and
7  manage fleet overall.  And so there will be some
8  recommendations that come out of that committee.
9  I don't know what they'll be yet.
10     Q.  What are the potential savings from
11 fleet outsourcing?
12 A.  I don't have a number for you.
13     Q.  You would it be millions of dollars?
14 A.  I don't know.  I really don't know.
15     Q.  Who is involved with that activity of
16 looking at outsourcing of the fleet?
17 A.  As I said, the whole fleet management is
18 now going to a committee of people within
19 government.  I'm on that committee.  Gary Brown's
20 on that committee, a number of senior people in
21 the City, to look at how we manage our fleet, and
22 so we're going to be looking at a whole range of
23 things.  Outsourcing could come out of that.  I
24 don't know that it will.
25     Q.  And the committee that's doing the

JOHN W. HILL

2  investigation into ways to improve fleet
3  operations, is that an activity that's above and
4  beyond what's in the plan currently?
5  A.  I'd have to look at the plan to see if
6  it contemplates a fleet management committee, but
7  I don't -- I don't know.
8      Q.  Okay.  There's no provision for
9  outsourcing fleet maintenance, though, in the
10 plan; correct?
11 A.  I don't know.  I'd have to look at the
12 plan just to make sure.
13     Q.  That's okay.  It's not -- that's okay.
14 It's not a school quiz.
15          I mean, is the City hoping to improve
16 revenues or decrease costs through further
17 outsourcing activities beyond what's already in
18 the plan?
19 A.  Beyond what's in the plan?  I couldn't
20 name any beyond what's in the plan.  But it would
21 always be looking at ways to improve costs; and if
22 outsourcing would do that, it would certainly be
23 considered.
24     Q.  Okay.  The -- is the State challenging
25 the City's ability to self-insure?

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 83 of 140

1          JOHN W. HILL
2     A.   That has been challenged, yes.
3     Q.   Why is that?
4     A.   It was because of the, one, the reserves
5  that would be needed and the risk mitigation
6  procedures that would need to be done in order to
7  reduce the risk associated with that, with
8  insurance.
9     Q.   I mean, is the State worried that the
10 City will not have financial resources to
11 self-insure even after the bankruptcy?
12    A.   No, I wouldn't -- I wouldn't say that.
13 The State is -- we have to provide a plan to the
14 State that would show how we would manage the risk
15 associated with our insurance and in order for us
16 to continue to be self-insured.
17    Q.   Okay.  When does that get resolved by?
18    A.   That one's almost completed.
19    Q.   Okay.  When there are delinquent fees
20 for solid waste pickup, does that impair the
21 City's balance sheet?  Or now that that function
22 has kind of been outsourced, is that something
23 that the private service has to worry about?
24    A.   I'd have to look at the structure of the
25 contract to answer that one, actually.

1          JOHN W. HILL
2     Q.   Does the City have an effort to try to
3  improve collection of solid waste fees?
4     A.   There have been a number of discussions
5  about improving the collection of solid waste
6  fees, including being able -- although you can
7  collect solid waste fees from the value of
8  property that's foreclosed on because the solid
9  waste fees do go with the property.
10        However, you can't -- my understanding
11 is that you can't force a property into
12 foreclosure solely for the solid waste fees.  So I
13 know that there have been discussed about various
14 changes that could occur that might make it easier
15 to collect.
16    Q.   Do you know if there are -- I mean, has
17 the City done any investigation to find out
18 whether there are City employees who owe the City
19 money, whether through not paying taxes or other
20 fees owed to the City?
21    A.   Yeah.  We are reviewing that.  And part
22 of our systems changes will allow us to actually
23 be able to digitally check against all sources
24 within the City, which we do, and identify people
25 and contractors as well as employees who might owe

1  the City money and then offset.  So we are doing
2  that.
3     Q.   Are there City workers who currently owe
4  the City money, or you're not able to ascertain
5  that?
6     A.   I'm not able to say yet, but I know
7  that's being researched right now.
8     Q.   Do you have any idea what percentage of
9  City employees owe the City money that they're not
10 paying?
11    A.   No.
12    Q.   Do you know what percentage -- is there
13 a way for you find out whether there -- Detroit
14 Public School employees or State employees living
15 in the city that owe you money?
16    A.   I don't know of one yet.
17    Q.   Is there going to be any provision for
18 doing that or not really, that you're planning?
19    A.   That isn't something that I've seen in a
20 plan yet, but I think it's -- it's -- it would be
21 also a way to look at -- trying to collect.
22    Q.   And how would you describe the morale of
23 the people who work for you?  Is it good or bad?
24    A.   The morale of all the people who work

1          JOHN W. HILL
2  for me?
3     Q.   Well, I mean, if you have a general
4  impression.
5          MR. BARNOWSKI:  Object to form.
6  BY MR. SMITH:
7     Q.   Would you agree with this?  Trying to
8  assess the morale of the workforce is a pretty
9  vague undertaking.
10    A.   It's -- it's -- it's difficult to do
11 that, yes.  I think that there are a number of
12 employees who are very excited about the future
13 and things that are coming.  And part of my
14 responsibility is to be able to articulate what
15 that future looks like and make sure we get there.
16        But at the same time, we have to live in
17 today with the systems that we have that are very
18 paper and people-intensive to make them work.
19    Q.   Have you fired any underperforming
20 workers?
21    A.   I will say that there are people who are
22 no longer working with the office of the CFO for
23 performance reasons, yes.
24    Q.   Okay.  Did they quit or -- voluntarily
25 leave or?

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 84 of 140

JOHN W. HILL

1         JOHN W. HILL
2   A. I'll just say they're no longer -- no
3 longer working.
4   Q. And do you have specific people in mind
5 or not really?
6   A. I know of -- I know of people who are no
7 longer working for performance reasons. I don't
8 want to --
9   Q. Identify them by name. That's fine.
10 I'm wondering if there's any kind of systemized
11 process that your department or the City is going
12 to go through to try to weed out people who are
13 not performing.
14   A. Part of the plan on the human resource
15 information system implementation is a citywide
16 performance process. And we are -- in the
17 structure of the CFO, office of the CFO, we've
18 created a competency model that talks -- that
19 speaks to the types of skills and competencies
20 that are required for each level within the CFO's
21 office.
22     And we will be reviewing all of our
23 existing employees against those skills and
24 competencies that are needed for the new
25 organization, so -- and that will be how we

JOHN W. HILL

1         JOHN W. HILL
2 identify people who -- hopefully, there will be a
3 number of people who, with additional training,
4 will be able to come up to those levels. There
5 will be some who cannot, and they would -- they
6 would no longer work in the office.
7   Q. Is that citywide, or is that just within
8 the CFO's office?
9   A. Right now, we're doing it in the CFO's
10 office. I call it almost a pilot. But it is a
11 plan to roll that out citywide.
12   Q. So over the course of the next several
13 years, there will be a process where you have to,
14 in order to be able to do the restructuring, weed
15 out people that don't have the competencies that
16 are required to continue working with the City and
17 then hire new people; is that correct?
18   A. There will be additional hiring, yes.
19 And there will people who are identified as not
20 having the skills to meet the new challenges.
21     But when you -- and one of the issues is
22 that when you change the financial management
23 system, when you go from a system that's mostly
24 paper-based or manual input to a system that is
25 more digital and less input, you need different

JOHN W. HILL

1         JOHN W. HILL
2 types of skills. And so part of it is just moving
3 from the antiquated system that we have to a new
4 system. That's a part of it.
5     And then the skills and competencies
6 that are needed in the new system are much more
7 analytical, much more being able to research and
8 query data and come up with recommended solutions
9 and conclusions, and that takes a higher level of
10 skill than inputting documents into a system.
11   Q. Are there any barriers to, you know,
12 weeding out people under this proposal plan in
13 collective bargaining agreements or anything like
14 that?
15   A. There are challenges -- there are
16 challenges, yeah.
17   Q. What kind of challenges are there?
18   A. The structure of how this might be done
19 would be similar to the structure of how we're
20 creating the office of the grants management
21 office. And in the grants management office, the
22 CFO is directed to create that office and to hire
23 people and get it done.
24     And so it is possible for us to be able
25 to set up the office of the CFO in the same way

JOHN W. HILL

1         JOHN W. HILL
2 that the office of grants management was set up,
3 and that could alleviate some of the barriers that
4 might exist.
5   Q. But then once you go citywide, would
6 there be barriers to making the necessary
7 replacements of employees?
8   A. There are processes that we would have
9 to go through, yes.
10   Q. What kind of process?
11   A. These are employees that have rights
12 under their contracts, and you'd have to review
13 their performance and go through that process. So
14 that would have to being implemented.
15   Q. And what percentage of the City
16 workforce do you contemplate having to replace in
17 order to accomplish the restructuring?
18   A. Well, the -- I have -- I have no idea of
19 how many people would be replaced, but the plan
20 does call for a number of people to be added to
21 the City workforce to be able to accomplish those
22 items that are in the restructuring initiatives.
23   Q. But you don't right now have an estimate
24 of how many people would need to be let go in
25 order to accomplish the restructuring?

1    JOHN W. HILL
2    A.  No, I don't.
3    Q.  And do you have an estimate of how many
4  people within your -- your department will have to
5  be let go in order to accomplish the
6  restructuring?
7    A.  I would prefer to wait until we do the
8  specific reviews of everyone's skills against the
9  criteria, and then I can give you a much better
10  number.
11    Q.  And does the workforce, the City
12  workforce know this process is going to be rolled
13  out?
14    A.  Within finance?
15    Q.  Beyond your area, does the City
16  workforce know that they might be subjected to
17  this review for competency and potentially let go?
18    A.  I don't know how it's going to be rolled
19  out across the City yet.  That still remains to be
20  seen and to have discussions with the Mayor about
21  how the Mayor would like for that to be rolled
22  out.
23    What I'm rolling out is the
24  implementation of the CFO's office, the office of
25  the CFO.  And so workers within the CFO's office

1    JOHN W. HILL
2  know that changes are coming in the structure of
3  the CFO's office.
4    Q.  But you believe that it's important to
5  undergo a similar analysis to assess competencies
6  of workers citywide and let them go in order to
7  accomplish the restructuring?
8    MR. STEWART:  Objection.
9    THE WITNESS:  I don't believe that the
10  restructuring is dependent upon that.  I
11  believe that the restructuring helps for that
12  to happen with the projects that are included
13  in the restructuring, such as the improvement
14  of the human resource information system.
15    That's a major part of evaluating staff
16  and having a consistent way of evaluating
17  staff across the City.  So I think the Plan
18  of Adjustment helps to make that happen.
19  BY MR. SMITH:
20    Q.  And you anticipate that that will
21  happen?
22    A.  Yes.
23    Q.  And is the Mayor all onboard with
24  applying this review of workers citywide?
25    A.  The Mayor has said he supports the

1    JOHN W. HILL
2  process that I'm using in the CFO's office
3  establishment, and he said that it should be
4  looked at as a process that could help drive
5  things citywide.
6    Q.  I'm going to hand you an Exhibit 13,
7  which is the Ernst & Young letter.
8    (Exhibit Hill-13 was marked for
9    identification.)
10  BY MR. SMITH:
11    Q.  Have you ever seen this letter before?
12    A.  Take a second to read it.
13    Q.  Yeah, sure.
14    And I just have a quick question about
15  Item No. 3 and maybe Item No. 1.
16    Maybe -- I'm just -- I'm wondering if
17  you're familiar with that document.  If not, then
18  I don't have questions for you about it.
19    A.  I haven't seen this document before.
20    Q.  Okay.  Well, then we'll skip that one.
21    (Exhibit Hill-14 was marked for
22    identification.)
23  BY MR. SMITH:
24    Q.  Exhibit 14 is another email chain.  The
25  top one, the email is from Stacy Fox to Charles

1    JOHN W. HILL
2  Moore, and it's regarding an AlixPartners
3  document.
4    Do you see that?
5    A.  Yes.
6    Q.  And the email says "The document I left
7  on your table is from yesterday's meeting in
8  New York.  It contains suggested revisions to the
9  10-year projections that would increase the amount
10  of cash to go to satisfy creditor claims."
11    Do you see that?
12    A.  Yes.
13    Q.  Was AlixPartners or somebody else
14  involved in looking at the projections to see
15  whether the amount of cash to satisfy creditor
16  claims could be increased?
17    A.  I don't know of -- I've not seen the
18  report, so I don't know what this is referring to.
19  I'm not on this email here.
20    Q.  What's Stacy Fox's role with the City,
21  again?
22    A.  She's the deputy emergency manager,
23  reporting to Kevyn Orr.
24    Q.  So you were never given access to this
25  document that they're discussing regarding

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

1                JOHN W. HILL
2    possible increased amounts of cash for the
3    creditors?
4        A.  No, I've not seen that document.
5        Q.  Have you heard of AlixPartners being
6    involved with the City?
7        A.  Yes.
8        Q.  What's their role with the City?
9        A.  I don't know their specific role.  I
10   just know that their name has been mentioned.
11       Q.  I mean, do you have any idea what they
12   do?  Or -- not really, it sounds.
13       A.  I could guess based on the
14   conversations, but I don't want to guess.
15       Q.  Well, actually, why don't you guess --
16           MR. STEWART:  No, no, no.
17   BY MR. SMITH:
18       Q.  -- just for me.
19       A.  No.
20       Q.  We can stipulate it's a guess --
21       A.  No.
22       Q.  -- but what is your thought?
23       A.  No.
24           MR. STEWART:  No, we're going to guess.
25           THE WITNESS:  We're not going to guess.

1                JOHN W. HILL
2    I don't know.
3           (Exhibit Hill-15 was marked for
4            identification.)
5    BY MR. SMITH:
6        Q.  Let me hand you another document,
7    Exhibit 15.
8           This one is a document -- an email that
9    you wrote.  And you're talking about -- there's an
10   exchange about a list of items that are revenue
11   initiatives in the Plan of Adjustment.  And Corley
12   was asking for items where revenues are likely to
13   increase.
14          Do you see that down at the bottom of
15   the first page?
16       A.  Let me take a second and read it.
17       Q.  Yeah, sure.
18       A.  Okay.
19           Okay.
20       Q.  Do you recall that Mr. Corley was asking
21   for a list of the revenue initiatives to find out
22   how revenues might increase?
23          Do you recall that?
24       A.  Yes.
25           MR. STEWART:  Objection.

1                JOHN W. HILL
2    BY MR. SMITH:
3        Q.  Who is Mr. Corley?
4        A.  Mr. Corley works for the Council.  I
5    forget his exact title, but he's one of the senior
6    staff for the Council.
7        Q.  And you had responded "I would hold off
8    on providing this if that [sic] possible until we
9    discuss a couple of issues.  I want to make sure
10   people are not able to construct their own plan
11   from the pieces before the plan becomes final."
12          Do you see that?
13       A.  Yes.
14       Q.  And why didn't you want people to be
15   constructing their own plan?
16       A.  Because the City has to have one plan
17   that it needs to implement.  This was -- what he
18   was asking for in this email was the revenue
19   initiatives that were already in the Plan of
20   Adjustment that were below the line.  So they
21   were -- when I say "below the line," I mean they
22   were part of the restructuring initiatives.
23          And so there were actions that had to be
24   taken in order for those revenues to be realized,
25   such as changes in the collection and changes in

1                JOHN W. HILL
2    the financial management system.  There are a lot
3    of other changes that are in those revenue items.
4    So those are the ones that he was thinking about.
5           So we wanted them to focus on the
6    projections of the revenues that were a part of
7    the revenue estimation conference and not focus on
8    mixing revenues that were going to be achieved by
9    actions that were being paid for and restructuring
10   into those revenues.
11          So it was to maintain the integrity of
12   the comparisons.  So that was the reason for doing
13   it.
14       Q.  Have you had a concern that if -- that
15   the City Council might try to expend more money
16   unnecessarily if it thought that there were
17   additional revenues?
18       A.  No.  It wasn't about there being
19   additional revenues, because the revenues that are
20   in the Plan of Adjustment in the restructuring
21   initiatives are in the plan.  It's just that
22   they're not being budgeted in the same way that
23   other revenues are budgeted.  So it's all the same
24   revenue.
25          (Exhibit Hill-16 was marked for

Pages 285 to 288

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 87 of 140

1        JOHN W. HILL
2        identification.)
3    BY MR. SMITH:
4        Q.   Okay.  I'm going to ask you about
5    Exhibit 16.  It's another email.
6        In the middle of the page it says "I may
7    need you to have another talk with the Chief.  I
8    suspect he is trying to do everything he can to
9    give his officers more money.  Don't think I have
10   ever seen this many promotions all at once."
11       Do you see that?
12       A.   Yes.
13       Q.   And was the chief of police in March of
14   this year trying to get through a number of
15   promotions that would increase compensation for
16   police officers?
17       A.   Yes.
18       Q.   And you believed that that was an
19   unusually high number of promotions?
20       A.   It was a lot of promotions all at once;
21   yes.
22       Q.   And you believed that the chief of
23   police was promoting officers in order to get them
24   more money?
25       A.   Well, it would get -- the result would

1        JOHN W. HILL
2    be more money.  And my concern was that we have a
3    conversation with the chief since the chief also
4    reports to Kevin.  We both -- we both do.
5        So my concern was that we have a
6    conversation directly with the chief about the
7    purpose of the promotions and have that
8    discussion.  And we did have that discussion.
9        Q.   And you didn't want to approve the
10   additional money for the promotions; correct?
11       A.   Without having the discussion; that's
12   right.
13       Q.   Well, let me hand you this, another
14   email on this topic.  This is Exhibit 17.
15       (Exhibit Hill-17 was marked for
16       identification.)
17   BY MR. SMITH:
18       Q.   In the middle of the page you say, "I am
19   inclined not to approve this additional
20   1.3 million as I have no idea where the Chief
21   believes these funds are to come from.  Wholesale
22   promotions like this are only a way to provide
23   additional salaries at a time when we are in
24   negotiations and very tight in funds."
25       Was that your accurate view at the time?

1        JOHN W. HILL
2        A.   That was my view before we had the
3    meeting with the chief.
4        Q.   Did you approve the promotions after you
5    met with the chief?
6        A.   We approved the promotions after we met
7    with the chief and found a funding source for
8    them.  If we weren't able to find the funding
9    source, they wouldn't have been approved.
10       Q.   What was the funding source that you
11   found for these promotions?
12       A.   There was a Plan of Adjustment item that
13   the chief had wanted in his -- in the plan called
14   a ShotSpotter.  And it was approximately equal to
15   the amount of the promotions.  And so decided not
16   to do the ShotSpotter and to use those resources
17   for the promotions instead.
18       Q.   Well, what's the ShotSpotter?
19       A.   The ShotSpotter is a technology that
20   will identify where -- that will identify exactly
21   where a shot occurs in the city, depending upon
22   where these ShotSpotters are located.
23       And they had them in the District of
24   Columbia.  And unless you also have the cameras
25   that are associated -- are all around the city

1        JOHN W. HILL
2    that are activated at the same time, all you know
3    from the technology is where the shot occurred.
4    You don't see someone leaving the scene.  You
5    don't get the kind of footage that you really need
6    in order to follow up on the crime.
7        So there would have to be other
8    investments.
9        Q.   Is ShotSpotter a mechanism to try to
10   improve the police response to shootings?
11       A.   It's -- it's -- it is a -- it is an item
12   that, coupled with other technology, can improve.
13   But you have to have a whole system of cameras and
14   other technology to know where -- to cover the
15   scene once a shot is fired.
16       Q.   And was the number of promotions that
17   occurred in April of this year for the police
18   higher than it had historically been?
19       A.   Well, there had been a ban on
20   promotions.  And so after having a discussion with
21   the chief about people who had been in positions
22   for a long period of time had not been promoted,
23   that's when we decided to -- that that's why they
24   were all being done at one time.
25       Q.   Was the ban on promotions to save the

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

---

**Page 293**

JOHN W. HILL

City money?

A. The City didn't have the funding to at that point be able to have the promotions.

Q. Was money for the promotions taken from the quality-of-life funds?

A. No.

Q. Have there been other changes to the plan that were made at the request of the people in the city to try to move money around and fund different things?

A. There have been changes to the plan as a result of further review. I mentioned one item that's in a later -- the initial plan -- each subsequent plan has changes in the plan as a result of a lot of different factors.

Upon review of the Department of Transportation subsidy, we saw that the subsidy would probably be more than was indicated in the plan. So that amount was -- excuse me -- was increased in the last plan.

Q. Have there been changes to the plan that have been made in order to pay workers more money?

A. I don't -- I don't know of any.

Q. What are the other changes to the plan

**Page 294**

JOHN W. HILL

that come to mind that have been made as a result of some department head's request?

A. There aren't others that come to mind right now, but there have been -- there have been changes to the plan as it's made its way through numerous reviews and versions that we've had.

Q. Let me hand you a copy of what's been marked as Exhibit 18.

(Exhibit Hill-18 was marked for identification.)

BY MR. SMITH:

Q. If you look at the first page after you turn over the cover page, there's a summary here. And Item No. 3 says, "Does BSEED have the capacity to administer an increase of 275 demolitions (61 percent) on an annual basis?"

Do you see that?

A. Yes.

Q. And are there concerns that have been expressed about BSEED's capacity to process all of the demolitions that have to occur under the blight-remediation plan?

A. Yes, there was a concern.

Q. And has there also been -- does the City

**Page 295**

JOHN W. HILL

Council still have to approve all the demolitions in the city?

A. I don't know the specific process.

(Exhibit Hill-19 was marked for identification.)

BY MR. SMITH:

Q. Let me ask you about another document that I'll mark as Exhibit 19. It's another one of these memorandum to the City Council. If you look at the page that has Bates number ending in 526, there's a list of issues and questions.

A. Uh-huh.

Q. Item No. 3, it says, "Please explain how much of DDOT's operational costs can be shifted to grants."

What does that mean?

A. What that means is, are there costs that could be covered by grants that aren't being covered now by grants.

Q. Who decides how much the general fund subsidy to the Department of Transportation is?

A. It's generally a function of -- well, it is a function of the projected expenses of the Department of Transportation based on a service

**Page 296**

JOHN W. HILL

level. And then the difference in what the Department of Transportation collects in revenue has to be paid for by the general fund. So it's usually a calculation.

Q. And who does that calculating?

A. The budget -- our budget office and the budget office for DDOT. The budget people and DDOT.

Q. Would that be -- would your office have anything to do with that?

A. Yes. My budget department would, yes.

Q. And the subsidy to the DDOT increased by 20 million; correct?

A. Yes.

Q. And there was a debate over whether the subsidy to DDOT should increase; correct?

A. Yes. The debate was whether the historic budgeted levels of the subsidy were really sustained over time. There was a budgeted level of the subsidy. And then over the years, at the end of the year it would be clear that that budgeted subsidy would not be sufficient to pay for the costs that needed to be paid for DDOT. So this was to bring the subsidy levels to what's

Pages 293 to 296

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 89 of 140

JOHN W. HILL

1    JOHN W. HILL
2  closer to the real subsidy that occurs.
3      Q.  Okay.  Why did the subsidy change by
4  $20 million if it's just a matter of simple
5  calculation?
6      A.  It's -- it's not a matter of -- it's not
7  a matter of simple calculation.  There was
8  actually a further review, and they looked at the
9  historical subsidy levels and saw that those were
10 insufficient to handle this.  But it was a review
11 of all of the numbers associated with this that
12 led to the decision to increase the subsidy.
13     Q.  Did Conway MacKenzie or Ernst & Young
14 participate in the decision to increase the
15 subsidy to the Department of Transportation by
16 $20 million?
17     A.  Conway MacKenzie was involved, yes.
18     Q.  Did they advocate in increasing the
19 subsidy to the Department of Transportation by
20 $20 million?
21     A.  It wasn't advocating.  It was supporting
22 it with analysis.
23     Q.  And the Department of Transportation had
24 reduced costs by something like $40 million
25 through route reductions and changing its

1      JOHN W. HILL
2  scheduling; is that correct?
3      A.  There have been cost reductions as a
4  result of the schedule -- yes, but I don't know
5  that it's 40 million.  But . . .
6      Q.  Why is it that all of the cost
7  reductions in the DDOT don't flow through to the
8  general fund?
9      A.  Because there's a subsidy.  Because they
10 don't cover -- the amount of money that is -- the
11 amount of money that is generated does not cover
12 all of the expenses.  So to the extent that the
13 expenses were not covered or that there was a
14 surplus, then that would -- that would rest
15 within -- that would stay within the fund.  It's
16 the way the fund operates.
17     Q.  Okay.  So there's money that's staying
18 within the Department of Transportation fund
19 that's just a cash balance, that's --
20     A.  No.
21     Q.  No?
22     A.  Because there's a subsidy.  It would --
23 money could go to reduce the subsidy; but you
24 wouldn't necessarily have money transferring from
25 the -- from that fund because it's a special

1      JOHN W. HILL
2  revenue fund.
3      Q.  Are there cost reductions that occurred
4  in the Department of Transportation that were not
5  applied to reduce the subsidy from the general
6  fund?
7      A.  Not that I know of.  Not that I know of.
8      Q.  Do you agree that the -- there's an
9  ongoing effort by the City to attempt to increase
10 revenues and decrease costs in the Department of
11 Transportation; correct?
12     A.  Yes.
13     Q.  The City is going to increase fares
14 because they're below market rates; correct?
15     A.  I know that's been discussed, the
16 increase in fares; yes.
17     Q.  And the City has also discussed cutting
18 costs because there's excess people in the
19 department and inefficiency; correct?
20     A.  I don't know specifically that those are
21 the reasons, but certainly there have been reviews
22 to cut costs.
23     Q.  And to the extent revenues can be
24 increased in the Department of Transportation and
25 costs decreased, the amount of money that the

1      JOHN W. HILL
2  general fund subsidizes the department can be
3  reduced; correct?
4      A.  Yes; provided that -- there's a
5  tremendous amount of disinvestment in
6  infrastructure over time.  So the age of the
7  buses, the -- and all of that is a major issue.
8      So, yes, if -- all things being equal,
9  if you increase revenue and reduce costs from one
10 year to the next, then the amount of the subsidy
11 needed could be reduced.
12     Q.  Are actual real estate prices in the
13 city increasing in the last year?
14     A.  On some properties; on others,
15 decreasing.
16     Q.  Which properties are increasing in value
17 in the city?
18     A.  It depends on where they're located.
19     Q.  I mean the average real estate value has
20 increased in the city; correct?
21     A.  The average real estate value has
22 increased?
23     I know we've recently had -- I don't
24 know.  I couldn't say what the average real estate
25 value has been.

1    JOHN W. HILL
2        MR. SMITH:  Why don't we take a break
3    real quick.
4        THE VIDEOGRAPHER:  Going off the record
5    at 4:23.
6        (Short break taken.)
7        THE VIDEOGRAPHER:  We are back on the
8    record at 4:31.
9    BY MR. SMITH:
10       Q.   Mr. Hill, can you identify any other
11   cities that proposed a billion dollars in new
12   spending when it's in fiscal crisis?
13       A.   No, I don't know of any other city.
14       Q.   And, certainly, the District of Columbia
15   didn't propose a billion dollars in new spending
16   when it was in fiscal crisis; correct?
17       A.   No.
18       Q.   Would you agree that the City's
19   restructuring and reinvestment plan is a novel
20   effort that is something that hasn't been tried
21   before in a city?
22       A.   I wouldn't be able to speak to that.
23       Q.   Can you identify any city that's ever
24   put together a similar restructuring and
25   reinvestment plan?

1        JOHN W. HILL
2        A.   I wouldn't know if one existed.
3        Q.   So you can't identify one?
4        A.   I wouldn't know if one existed.
5        Q.   You can't identify one?
6            MR. BARNOWSKI:  Object to form.
7            THE WITNESS:  I wouldn't know.  So I
8        don't know.
9    BY MR. SMITH:
10       Q.   So you never -- as far as you're aware,
11   nobody in the City has ever taken the time to look
12   and see if any other city has ever tried a
13   restructuring and reinvestment plan like Detroit
14   is proposing here; correct?
15       A.   I don't know how I would know what other
16   people in the City have looked at.
17       Q.   That's not -- I mean, who came up with
18   the restructuring and reinvestment plan?  Who was
19   the author -- whose idea was that?
20       A.   I don't know whose idea it was.  I know
21   that it's Kevyn Orr's responsibility and that
22   there are, as we've all talked about, a number of
23   people who are involved in supporting the numbers
24   that are there and coming up with them.  So . . .
25       (Exhibit Hill-20 was marked for

1        JOHN W. HILL
2        identification.)
3    BY MR. SMITH:
4        Q.   I'm going to hand you what's been marked
5    as Exhibit 20.  Let me know if you've ever seen
6    this before, this document.
7        A.   Yes.
8        Q.   You've seen this before?
9        A.   Yes.
10       Q.   And how long ago did you see this?
11       A.   I don't remember the first time that I
12   saw it.
13       Q.   Did you do any --
14       A.   But fairly recent.
15       Q.   You see that you've been designated as a
16   witness on some of these topics?
17       A.   Yes.
18       Q.   Did you do anything to prepare for any
19   of those topics?
20       A.   Yes.
21       Q.   What did you do?
22       A.   Which topics?
23       Q.   Well, I guess any of them.  I mean . . .
24       A.   I had conversations with my staff on --
25   on some of the issues; read documents, some

1        JOHN W. HILL
2    documents.
3        Q.   How much time did you spend preparing
4    your expert opinions in this case?
5        A.   I didn't -- I didn't add up the time,
6    but it was considerable.
7        Q.   When you say "considerable," can you
8    give me an estimate?  It doesn't have to be down
9    to the minute or anything like that.
10       A.   Several days.  Several hours over the
11   course of several days.
12       (Exhibit Hill-21 was marked for
13       identification.)
14   BY MR. SMITH:
15       Q.   I'm going to hand you what's been marked
16   as Exhibit 21.  It's another email that you're on.
17   In the middle of the page there's, from John
18   Naglick, there's an email that says "EY (Shavi)
19   takes part to keep the group on track with
20   comparisons to Plan of Adjustment.  They try to
21   mainly listen to the point of view of the
22   participants, but then keep them from taking a
23   totally different view from revenues in the plan.
24   Don't know when the plan is to share this with the
25   FAB."

Pages 301 to 304

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 91 of 140

1          JOHN W. HILL
2      Do you see that?
3      A.  Yes.
4      Q.  And Ernst & Young, while it was working
5  on this bankruptcy case, was participating in the
6  discussions of the consensus revenue group; is
7  that correct?
8      A.  They were in the room; yes.
9      Q.  And the purpose of having Ernst & Young
10 in the room was to make sure that the revenue
11 estimates that Ernst & Young did -- to make sure
12 that the consensus group didn't adopt revenue
13 estimates that were materially different from
14 Ernst & Young's; correct?
15     A.  No.
16     Q.  What was the purpose of having Ernst &
17 Young, then?
18     A.  To answer questions, if they had any
19 questions, of Ernst & Young.  But it wasn't to
20 influence the group.
21     Q.  And Mr. Naglick said, quote, "EY (Shavi)
22 takes part to keep the group on track with
23 comparisons to Plan of Adjustment.  They try to
24 mainly listen to the point of view of the
25 participants, but then keep them from taking a

1          JOHN W. HILL
2  totally different view from revenues in the plan."
3      Is that an accurate statement of Ernst &
4  Young's role?
5      A.  Not exactly.  They were to explain what
6  was in the plan so that -- Ernst & Young's role,
7  they were there to explain what was in the plan so
8  that they would be able to understand what
9  revenues were being projected as part of the plan
10 and what revenues were being projected as part of
11 the budget, because there were revenues in the
12 plan that weren't a part of the budget.  So it was
13 more to explain what was in the plan.
14     Q.  Well, if you go like down to the next
15 sentence -- the next email in the chain is from
16 you.  Below that it says "Let's talk about this.
17 There are some good reasons to keep this process.
18 It keeps everyone in sync with what's in Plan of
19 Adjustment."
20     Do you see that?
21     A.  Yes.
22     Q.  And so from your view, was there a point
23 in time when having the consensus revenue
24 conference -- it might have been potentially
25 discontinued?

1          JOHN W. HILL
2      A.  There was a point in time when people
3  questioned whether or not we had it, and it was my
4  decision to have it.
5      Q.  Okay.  So people -- there were people at
6  the City that questioned whether it was a good
7  idea to have the consensus revenue conference;
8  correct?
9      A.  Yes.
10     Q.  And you wanted to continue the
11 conference so that you could make sure that it was
12 consistent with what the revenue estimates were in
13 the Plan of Adjustment?
14     A.  No.
15     Q.  What was your reason for continuing the
16 conference?
17     A.  To make sure that the -- if there were
18 major differences between the Plan of Adjustment
19 and what the conference was projecting, then that
20 we would be able to make changes in the plan.  I
21 wasn't -- I wasn't -- I tried very hard not to
22 influence the process at all, because I wanted
23 them to dig into those revenues.  And I wanted
24 them to feel free to come up with differences,
25 because it's better to know that now than to have

1          JOHN W. HILL
2  a revenue number that's there that you don't
3  expect to have happen.
4      Q.  The consensus conference only looked at
5  revenues for three years; correct?
6      A.  Right.
7      Q.  You never asked the consensus conference
8  to check the revenue estimates that were in the
9  E&Y forecasts beyond three years; correct?
10     A.  The purpose of the revenue conference
11 was to come up with the revenues to be included in
12 the budget.  And that's -- yeah.  That's what I
13 asked them to do.
14     Q.  So the revenue conference, you never
15 asked them to look at the E&Y estimates for the --
16 going out ten years or 40 years to evaluate
17 whether those estimates were reliable; correct?
18     A.  No, I never asked them to do that.
19     Q.  Conway MacKenzie also participated in
20 the consensus revenue group; correct?
21     A.  I believe at some of the meetings --
22 because there were a number of meetings they were
23 there.  I wasn't -- I wasn't in all of the
24 meetings myself, but there were some that they
25 were there.

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

JOHN W. HILL

1
2  Q.  Were there other advisers involved in
3  the litigation that were present at the revenue
4  conference proceedings --
5  MR. STEWART:  Objection -- objection.
6  BY MR. SMITH:
7  Q.  -- other than Conway MacKenzie and
8  Ernst & Young?
9  **A.  Conway MacKenzie and Ernst & Young were**
10 **involved.  I don't know of other consultants that**
11 **were involved.**
12 **(Exhibit Hill-22 was marked for**
13 **identification.)**
14 BY MR. SMITH:
15 Q.  I'm going to hand you what's been marked
16 as Exhibit 22, a copy of a judgment.  Can you tell
17 me anything about that judgment?  Or do you have
18 no information about it?
19 **A.  I don't know anything about this**
20 **judgment.**
21 **(Exhibit Hill-23 was marked for**
22 **identification.)**
23 BY MR. SMITH:
24 Q.  And I'm going to hand you a copy of
25 Exhibit 23.  Can you let me know if you have

JOHN W. HILL

1
2  any --
3  MR. MOSS:  Sorry.  Exhibit what?
4  MR. SMITH:  Exhibit 23.
5  BY MR. SMITH:
6  Q.  Can you let me know if you have any
7  information about that judgment.
8  MR. STEWART:  You gave me one that
9  has -- it's highlighted.  Not that I object,
10 but I don't know if you gave me your copy.
11 MR. SMITH:  My highlighting will be
12 fascinating.
13 (Simultaneous cross-talk.)
14 MR. STEWART:  I didn't want to get one
15 that had any of your work product on it.
16 BY MR. SMITH:
17 Q.  Mr. Hill, can you tell me anything about
18 the judgment in Exhibit 23?
19 **A.  I don't know these judgments**
20 **specifically, I mean, the purpose of the**
21 **judgments.**
22 Q.  Do you know anything about these
23 judgments?
24 **A.  I believe that these are the judgments**
25 **that -- where there was a demand payment.**

JOHN W. HILL

1
2  Q.  And are those the judgments --
3  Exhibit 22 and 23, are those the judgments where
4  the City ended up raising property tax to pay
5  them?
6  **A.  Yes.  I believe they are.**
7  Q.  You see, for example, Exhibit 23 was for
8  $74 million?
9  **A.  Yes.**
10 Q.  And how much was the other one?
11 **A.  This was the 111 million.**
12 Q.  111 million: is that correct?
13 MR. STEWART:  Is it 22 or 23?
14 MR. SMITH:  22.
15 THE WITNESS:  I don't know this one.
16 BY MR. SMITH:
17 Q.  Mr. Hill, do you use your private email
18 for work-related matters?
19 **A.  No.  There may have been occasions**
20 **where, because I'm using my phone, that I might be**
21 **typing an email.  On the iPhone, you flip through**
22 **the email accounts before you send it.  So there**
23 **may have been an occasion where I've used it.  But**
24 **I don't routinely use my private email.**
25 Q.  You've got an email account that's

JOHN W. HILL

1
2  jhill@hillgroup.com?
3  **A.  Yes.**
4  Q.  And don't you use that for work-related
5  matters?
6  **A.  I have -- I've used that mostly when I**
7  **was on -- when I was doing the work as a**
8  **consultant, so there may be some emails in there.**
9  **I've tried to use my Detroit email only for**
10 **business as CFO.**
11 Q.  And you've got another personal email
12 account; is that correct?
13 **A.  I have several other personal email**
14 **accounts.**
15 Q.  Okay.  Have any of your personal email
16 accounts been searched for relevant documents in
17 this case?
18 **A.  I don't know what's been searched.  I**
19 **don't know.**
20 Q.  Were there any other relevant aspects of
21 the Washington, D.C., experience that we haven't
22 talked about?
23 MR. STEWART:  Objection.
24 THE WITNESS:  Yes.
25 BY MR. SMITH:

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 93 of 140

JOHN W. HILL

2  Q.  Okay.  What are those?  What are they?
3  A.  Well, one of the major differences is
4  that in Washington, D.C., as soon as the problems
5  were identified, as soon as there was any hint of
6  financial difficulty, it was probably a span of
7  time of two years between the time that problems
8  were identified that the Congress asked GAO to do
9  their reviews, that the Control Board was created,
10  so that these issues did not languish for years
11  and years and years and years without attention.
12  So there was quick action, and things
13  never got as bad as they are in Detroit.  So by
14  comparison, the City's deficit never went to the
15  levels that Detroit's deficit has gone to.  And I
16  contribute -- I believe that's a result of the
17  Congress has exclusive jurisdiction over the
18  District, and it acted immediately.
19  None of the residents in the District of
20  Columbia have a vote in the Congress of the United
21  States.  So there was no political requirement to
22  consider the -- what the residents of the District
23  of Columbia thought about the actions that the
24  Congress was taking, because they're not
25  represented in the Congress of the United States.

JOHN W. HILL

2  So the Congress could act without any
3  political consequence.  And I believe that that had an
4  impact on the type of immediate action and
5  concerted effort that was -- that was exerted by
6  both of President of the United States and the
7  Congress at the time.
8  Q.  So you would agree that your experience
9  in the District of Columbia is not necessarily --
10  I mean, the District of Columbia is not
11  necessarily comparable to Detroit?
12  A.  I would say that there are aspects of it
13  that are comparable and there are aspects that are
14  not.
15  And that's with any comparison to any --
16  there's nothing -- there are no two that are going
17  to be identical.
18  Q.  Do you have any explanation why Detroit
19  didn't address its fiscal problems sooner?
20  A.  I don't know.
21  Q.  Would it be fair to say that you're not
22  an expert on the causes of Detroit's fiscal
23  problems?
24  A.  I'm not an expert on the causes of
25  Detroit's fiscal problems.

JOHN W. HILL

2  (Exhibit Hill-24 was marked for
3  identification.)
4  BY MR. SMITH:
5  Q.  Let me hand you what's been marked as
6  Exhibit 24.  There are some facts from the Detroit
7  Regional Chamber of Commerce, Regional Chamber.
8  Have you seen this type of document
9  before in the Regional Chamber?
10  A.  I've not seen this document.
11  Q.  Do you interact with the Detroit
12  Regional Chamber?
13  A.  I haven't had any interaction that I
14  know of.
15  Q.  Okay.  I just wanted to ask you about
16  the slide labeled "Detroit Facts."
17  A.  Uh-huh.
18  Q.  It says there's been approximately
19  12 billion US in private investments since 2006 in
20  Detroit.
21  Do you see that?
22  A.  Where is that?
23  Q.  There's a slide called "Detroit Facts"?
24  A.  Oh, "Bankruptcy Facts," "Detroit Facts."
25  Okay.

JOHN W. HILL

2  Q.  It says that there's been approximately
3  12 billion US in private investments since 2006 in
4  Detroit.  Do you have any basis to dispute that
5  figure?
6  A.  I have no basis to support it or dispute
7  it.
8  Q.  And this says that 12,000 new jobs in
9  Detroit's central business district have been
10  created since 2010.  Do you have any basis to
11  dispute that figure?
12  A.  I don't know the figure or where it's
13  coming from.
14  Q.  Would you agree that there's been an
15  improvement or a -- there's been an improvement in
16  employment conditions in Detroit's central
17  business district?
18  A.  I agree that there's been new jobs.  I
19  don't know that it's 12,000 or not.  I agree that
20  there's been new jobs created.
21  Q.  And what kind of new jobs have come to
22  Detroit's central business district in the last
23  couple of years?
24  A.  The ones that I'm specifically aware of
25  are related to the incubator that's been created

Pages 313 to 316

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 94 of 140

JOHN W. HILL

1    JOHN W. HILL
2 by the Quicken Loan family of companies.  So there
3 are -- there are a number of businesses that are
4 being incubated in many of the buildings that they
5 have that are -- that have created new jobs that
6 have come to the city.
7        Q.   And it says that unemployment has
8 decreased by 12 percent since July 2009.  Do you
9 have any basis to dispute that figure?
10       A.   I'd have to know what unemployment was
11 in 2009, but -- and I don't.  So I don't have any
12 basis to --
13       Q.   In general, you don't know what the
14 unemployment figures have been in Detroit in the
15 last several years, do you?
16       A.   I know in general what the
17 unemployment -- I know in general the unemployment
18 figures, I know that based on the work that was
19 done on the revenue estimation that the
20 unemployment figures have decreased over the last
21 several years.  I do know that.  We're talking
22 about the magnitude.
23       Q.   And the unemployment figures in Detroit
24 have decreased without restructuring or
25 reinvestment; correct?

1        JOHN W. HILL
2        MR. STEWART:  Objection.
3        THE WITNESS:  You mean the plan hasn't
4    caused it?  The plan hasn't been implemented.
5    So -- I'm not sure what you're --
6 BY MR. SMITH:
7        Q.   I mean, the employment situation in
8 Detroit has improved just as a result of natural
9 circumstances; correct?
10       MR. STEWART:  Objection.
11       THE WITNESS:  Well, you know,
12    unemployment percentage, you have to look at
13    what's included in the unemployment
14    percentage.
15       When -- the unemployment percentage does
16    not take into consideration people who have
17    gotten tired of looking for jobs and are no
18    longer in the workplace.
19       So in order to get a real feel about
20    what's happening in employment, you can't
21    just use the unemployment number.  You'd have
22    to -- have to know how many people were in
23    the workforce before and how many people are
24    no longer looking for jobs because they'd no
25    longer be in the unemployment numbers.

1        JOHN W. HILL
2        So -- and I haven't looked at that.
3 BY MR. SMITH:
4        Q.   Do the City's forecasts, including the
5 Ernst & Young forecast, use the kind of numbers
6 you're talking about or do they just use
7 unemployment figures?
8        MR. STEWART:  Objection.
9        THE WITNESS:  I -- you'd have to ask
10    Ernst & Young that.
11 BY MR. SMITH:
12       Q.   It says that housing prices have
13 increased by 25 percent since July of 2012.  Do
14 you have any basis to dispute that?
15       A.   I don't have any basis to comment on it.
16       Q.   Are there aspects of your job that we
17 haven't discussed as CFO?
18       A.   I'm not sure I understand the question.
19       Q.   Okay.
20       A.   Have we covered -- well, I won't ask the
21 question.
22       Q.   Why don't I ask you this:  At some
23 point, were you asked to collect memorandum from
24 different departments about implementation of the
25 Plan of Adjustment?

1        JOHN W. HILL
2        A.   To collect memorandum?
3        Q.   Yeah.
4        A.   No.
5        (Exhibit Hill-25 was marked for
6        identification.)
7 BY MR. SMITH:
8        Q.   Let me ask you if -- I'll hand you
9 what's been marked as Exhibit 25, and you can let
10 me know if you've ever seen this document before.
11       A.   Yes.
12       Q.   Did you have any involvement with these
13 memoranda that are in the document?
14       A.   I had involvement with the one related
15 to finance.  The other ones, I did not have
16 involvement with those.
17       Q.   Other than the finance memoranda
18 contained in the exhibit, Exhibit 25, can you
19 provide me with any information or comment on any
20 of the memorandum from the other different
21 departments that are in Exhibit 25?
22       MR. STEWART:  Objection.
23       THE WITNESS:  No.  I wasn't -- I wasn't
24    in the meetings that occurred around this.
25 BY MR. SMITH:

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 95 of 140

JOHN W. HILL

1               JOHN W. HILL
2    Q.  So you don't have any information about
3  that to provide me?
4    A.  No.
5    Q.  Do you know why these memoranda were
6  solicited or who solicited them?
7    A.  Yes.
8    Q.  Okay.  What do you know about that?
9    A.  I know that the Mayor was soliciting
10  memoranda to be the basis of his meetings with his
11  department to help inform his judgment and
12  thinking about the implementation of the Plan of
13  Adjustment.
14    Q.  Did the Mayor raise specific concerns
15  about the implementation of the Plan of
16  Adjustment?
17    A.  I wasn't -- the only meeting that I was
18  in with the Mayor on this was the -- I mean, I
19  was a named witness and the Mayor had
20  representatives from the judge in some of these
21  meetings, I couldn't be there without counsel.  So
22  I was not in any meetings except for the one
23  related to finance.
24    But the Mayor was going through a
25  process of reviewing all of these with his agency

1               JOHN W. HILL
2  directors, and he was as much trying to make sure
3  that the agency directors understood what was in
4  the plan and that they were putting plans in place
5  to implement the plan as he was trying to inform
6  his own opinion on the plan.
7    Q.  And I think at some point you had
8  mentioned that there was some misunderstandings by
9  the department heads about what was in the plan;
10  is that correct?
11    A.  That's correct.
12    Q.  And what were those misunderstandings?
13    A.  It's very hard for me to remember the
14  exact misunderstandings.  But the ones that -- the
15  ones that I can remember related to what was
16  involved in the implementation of some of the
17  restructuring initiatives, so -- and where the
18  numbers were coming from.
19    The biggest misunderstandings that I
20  think happened about the plan -- the biggest
21  misunderstandings I believe that happened about
22  the plan was that the plan had -- had -- is in a
23  different format than people who are driving
24  budgets in governments understand because the
25  plan, as you know, is constructed with a

1               JOHN W. HILL
2  projection across the years up top and then
3  initiatives separate down at the bottom that have
4  revenue associated with them and expenditures
5  associated with them.
6    So it's hard for the agency directors to
7  automatically understand that format versus a
8  budget format that might have all of the
9  expenditures in one place and all of the revenues
10  that are expected to be generated in one place.
11  So there are a lot of issues around the format and
12  not understanding that -- but the plans did have
13  increases in staffing, but that wasn't in -- that
14  was in the reinvestment initiatives.  It wasn't in
15  the steady State projections.
16    So there were those -- those initial
17  difficulties.
18    Q.  And were there department heads that
19  were upset that there might not be increases in
20  staffing for their departments under the plan?
21    A.  And that's -- that's because -- there
22  were some, yes.  And that's because they didn't
23  know where to look in the plan for the increases.
24    Q.  Which departments were upset about that,
25  if you can recall?

1               JOHN W. HILL
2    A.  The -- upset -- that were concerned,
3  certainly, the police, the police department,
4  because of their civilianization project, which
5  was a plan item which asks staff to replace the
6  officers.  But that's in the plan.  It's not up in
7  what they would consider the budget part of it.
8    So -- so they had to understand that, so
9  I know, initially, people within the police
10  department were concerned.  And there were others
11  as well.
12    Q.  What are the most -- the departments
13  that have been most difficult to deal with in
14  terms of trying to get a handle on revenues and
15  costs and implement the plan?
16    A.  You know, I wouldn't say any of them
17  have been -- I wouldn't characterize my
18  relationship with them as difficult.  There's
19  always in cities, there are more things that
20  people have to spend funds on than the funds that
21  might be available.  So there's always that
22  control that has to be exerted over whether or not
23  resources are available to do the things that they
24  need to do.  So that's just a normal course of
25  government.

Pages 321 to 324

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 96 of 140

JOHN W. HILL

1        JOHN W. HILL
2     I wouldn't say that there were any that
3  were -- that were difficult or disrespectful. I
4  think it's been fairly a noncontentious process
5  for me.
6     Q.  Have you had to reject several requests
7  for expenditures during the pendency of your work
8  as CFO?
9     A.  Yes.
10     Q.  What were the biggest things that you
11  had to reject that people were proposing?
12     A.  Well, some of the largest items.  Some
13  of it was a matter of timing, you know, and when
14  funding might be available in the plan.  So I've
15  had to reject some of the projects related to
16  implementation of certain systems within the human
17  resource area because they had not done any of the
18  work associated with changing the processing --
19  processes yet, so that those projects were
20  rejected.
21     Q.  Do you plan to do any more work for your
22  expert opinions, to develop more opinions?
23     A.  Do I plan to develop more opinions?
24     Q.  Yeah, other than what's in your expert
25  report.

JOHN W. HILL

1        JOHN W. HILL
2     A.  I don't have plans to.
3     Q.  Good job.  Right answer.
4     I mean, I think I asked you at the
5  beginning whether, you know, basically what you're
6  going to testify about.  Do you think we've
7  covered all the areas that you're planning to
8  testify about, or do you not know what you're
9  going to testify about yet?
10     A.  No, no, no.  I think that you've
11  covered -- you've covered the areas.  However,
12  there may be others that you haven't covered.
13     Q.  Like what?
14     A.  I don't know what they are at this
15  point.
16     Q.  Okay.
17     A.  I have to go back and look at everything
18  that you've covered and look at what I've covered
19  and see if there's some differences.  Offhand, I
20  can't think of any.
21     Q.  Are there any major initiatives the City
22  has that we haven't discussed yet?
23     A.  Major initiatives?  Not that -- that I'm
24  involved in?
25     Q.  I mean, basically, are there any major

JOHN W. HILL

1        JOHN W. HILL
2  initiatives outside of the plan in the
3  restructuring initiatives that we haven't talked
4  about that you're aware of?
5     A.  No, there really aren't.
6     Q.  Okay.
7     MR. STEWART:  Just trivial.  The
8  exhibit, the even number of pages didn't get
9  copied.  I don't think it makes a difference.
10  You might want to substitute.  We have no
11  objection if you do.
12     MR. SMITH:  Okay.  We can substitute
13  that later.  Okay.  Well, does anybody else
14  have any questions?  Anybody on the phone?
15     THE VIDEOGRAPHER:  This concludes the
16  video deposition of John Hill.  Going off the
17  record at 5:06.
18     (Videotaped deposition concluded at
19  5:06 p.m.)
20
21
22
23
24
25

JOHN W. HILL

1        JOHN W. HILL
2
3      C E R T I F I C A T I O N
4
5
6     I hereby certify that I have read the
7  foregoing transcript of my deposition testimony,
8  and that my answers to the questions propounded,
9  with the attached corrections or changes, if any,
10  are true and correct.
11
      -----------------------------------
12     JOHN W. HILL
13
14
15
16
17
18
19
20
21
22
23
24
25

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-swr   Doc 7126   Filed 08/27/14   Entered 08/27/14 20:43:04   Page 97 of 140

```
 1          JOHN W. HILL
 2     CERTIFICATE OF SHORTHAND REPORTER
 3
 4          I, Gail Inghram Verbano, Registered
 5     Diplomate Reporter, Certified Realtime Reporter,
 6     Certified Shorthand Reporter (CA) and Notary
 7     Public, the officer before whom the foregoing
 8     proceedings were taken, do hereby certify that the
 9     foregoing transcript is a true and correct record
10     of the proceedings; that said proceedings were
11     taken by me stenographically and thereafter
12     reduced to typewriting under my supervision; and
13     that I am neither counsel for, related to, nor
14     employed by any of the parties to this case and
15     have no interest, financial or otherwise, in its
16     outcome.
17
18
19
20     _____

       Gail Inghram Verbano, CSR, RDR, CRR
21     CA-CSR No. 8635
22
23
24
25
```

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

**A**

**ability** 32:19 41:2,3
49:14 75:25 77:23
78:4,21 106:6
112:14 220:15
234:8 244:25
245:6 259:7
272:25
**able** 28:16 39:21,22
41:21 42:16 45:3
64:16 77:8 96:25
100:8 109:5,19
115:9,12,16 131:3
142:11,16 163:3
163:11 165:3
170:17 171:18
172:7 180:19,21
181:9 194:15
210:22 213:12
214:12 226:15
247:16 248:5,11
265:25 266:4
274:6,23 275:5,7
276:14 278:4,14
279:7,24 280:21
287:10 291:8
293:4 301:22
306:8 307:20
**abruptly** 23:18
**absolutely** 13:10
78:9 95:14 98:19
104:9 126:2 137:2
173:7 203:3
229:11
**absorbed** 117:3
**abysmal** 166:11
**acceptable** 96:14
**access** 284:24
**accessed** 266:2
**accomplish** 143:24
280:17,21,25
281:5 282:7
**account** 311:25
312:12
**accounting** 18:22
75:17,18
**accounts** 150:3,13

150:20 151:3,6,7
151:9,10,15,20,24
152:4,25 153:10
311:22 312:14,16
**accrued** 112:10,14
112:17
**accurate** 24:10
64:19 80:9 123:12
123:15,25 127:7
142:3 165:15
210:12 221:15
233:4,5 290:25
306:3
**accurately** 76:4
210:10 229:15
**achieved** 123:21
231:10,19 288:8
**acquiring** 67:19
**acquisition** 75:5,7
**acronym** 255:10
**act** 173:18,24 174:2
182:24 187:14
205:12 225:3
314:2
**acted** 205:12
313:18
**acting** 247:2,5
**action** 71:19
111:24 313:12
314:4
**actions** 47:2,19
71:12,16 132:5
165:5,9,10 202:25
203:14 222:23
287:23 288:9
313:23
**activated** 292:2
**active** 47:13 135:20
**actively** 34:14
46:10 54:13 55:19
56:2 70:20,23
132:19,24 133:4
133:18
**activities** 29:3
49:24 50:4,8
51:24 56:14,16,19
56:25 57:2 58:18

59:4,7,8,11 61:17
61:20,21 63:6
67:15 70:23 71:9
71:24 72:3 89:21
93:3,8,16,20
101:4 115:11
130:21 131:13,24
133:3,9 158:5
171:23 203:18
204:24 243:24
252:14,16,19
260:2 270:20
272:17
**activity** 32:7 39:25
93:6 254:9 270:21
271:15 272:3
**actors** 220:4
**actual** 11:20 60:14
87:16 102:6
123:17,20 140:4
140:15 142:22
300:12
**adam** 5:12 9:13
**add** 34:9,9,10,11
95:2 304:5
**added** 89:4 250:22
280:20
**addition** 48:14
87:16
**additional** 29:8,11
29:15,18,20 30:4
32:20 34:15,18
36:8,13 52:18
67:6,7,16,24 89:5
91:18 95:3 98:7
105:23 108:11,15
138:7 139:6,7
183:9 194:8
199:16 248:4
249:17,25 250:4
257:25 258:7,12
258:15 260:5,7,10
260:15,19,20,22
261:3 264:13
270:23 278:3,18
288:17,19 290:10
290:19,23

**address** 31:13
34:16 141:13
192:19 194:13,16
194:19 195:3,9,24
200:5,8 314:19
**addressing** 204:21
**adds** 107:18 109:10
**adequate** 116:19
**adequately** 25:23
26:4 248:11
**adhered** 223:7
**adjustment** 28:13
38:5 46:18,19,21
46:25 47:7,12,15
47:22 48:16,23
49:4 54:25 59:15
59:10,13 64:3
65:6,9,12,15,18
65:21 66:7 72:15
77:19 91:25 92:4
95:6 98:18 115:5
115:19 145:14,18
161:10 162:9,11
167:8 205:20
206:12 221:20
228:7 231:9
232:16 233:8
234:22 235:14,21
238:17 256:10,15
282:18 286:11
287:20 288:20
291:12 304:20
305:23 306:19
307:13,18 319:25
321:13,16
**adjustments**
116:23 138:2
237:12
**administer** 294:16
**administration**
93:10 256:19
257:25 258:25
**administratively**
144:2
**administrator**
10:19
**admitted** 124:13

**adopt** 305:12
**adopted** 211:15
**ads** 133:6
**adverse** 122:2,6
**adversely** 77:22
78:5,20 119:12,16
**advisers** 52:5,7
309:2
**advocate** 297:18
**advocating** 297:21
**affect** 119:12,16
188:18
**affidavit** 14:5
**age** 300:6
**agencies** 73:9,11
205:2
**agency** 321:25
322:3 323:6
**agent** 36:23 37:2
**ago** 11:15 12:21
174:16 303:10
**agree** 23:3 62:24
64:11 68:2,18
69:2,3,7,21 77:21
78:4,17,18 82:13
87:20 91:2 100:11
100:16,20 103:17
104:11 107:12,16
109:15,23,25
120:21 122:5,8
129:8,17 130:3,6
130:8,9 134:17
135:5,19 137:15
138:19 159:25
163:16,25 164:4,6
165:5,12 166:2
167:21 171:8,11
184:22 185:9
186:6 193:3
201:23 205:24
219:16 220:2
223:11,20 232:15
233:6,9,10,11
244:2,16 276:7
299:8 301:18
314:8 316:14,18
316:19

**agreed** 110:7 122:6 144:7 146:5,9 224:25
**agreement** 60:14 60:16,25 61:8,11 61:15,18 62:6 72:7 139:23 144:9
**agreements** 119:3 121:19 279:13
**agrees** 185:16
**ahead** 39:12 124:2
**alcohol** 199:20
**alixpartners** 284:2 284:13 285:5
**alleviate** 40:10 280:3
**alleviated** 45:7
**allocated** 73:3 74:16
**allow** 50:18 187:25 225:3 266:24 274:22
**allowed** 52:22 72:7 197:21
**allowing** 248:5 250:5
**allows** 184:11 186:8
**amount** 28:16,21 53:9 78:8 88:3 101:3 110:3,8,9 142:17 152:24 161:2,7,16 163:4 168:18,19 179:9 179:12 184:2 188:19 205:23 208:19 220:12,24 222:5 249:10,12 284:9,15 291:15 293:20 298:10,11 299:25 300:5,10
**amounts** 30:2,5 78:19 93:23 94:5 94:12,15 96:19 145:10,11 206:15 285:2
**ana** 4:3 10:2

**analysis** 62:13,22 63:11 154:21,22 282:5 297:22
**analysts** 58:20
**analytical** 279:7
**analyze** 112:16
**analyzed** 112:13
**announcement** 182:17
**annual** 294:17
**answer** 15:20 18:4 27:16 52:21,25 53:18 61:6 69:10 78:11 82:6,7,23 114:9 117:8,19 118:23 120:13 122:4,25 127:23 162:3,6 171:18 175:21 180:19,21 185:20 188:23 190:12 197:16,22 198:10 236:24 273:25 305:18 326:3
**answered** 117:16 120:12 206:11
**answering** 86:5
**answers** 328:8
**anticipate** 94:3 112:4 282:20
**anticipated** 117:2 119:4 121:6 265:8 269:12,15
**anticipates** 118:24 121:16
**antiquated** 279:3
**anybody** 149:24 152:24 160:15 167:18 169:6 225:15 327:13,14
**anymore** 104:5
**apparently** 231:8
**appearance** 10:16
**appearances** 2:2 4:13
**appearing** 2:8,19 3:7,15 4:8,20 5:6

13:22
**application** 28:2,4
**applied** 27:23 73:5 172:16 264:10,21 299:5
**apply** 193:2 196:14
**applying** 20:7 27:10,14,17,19 282:24
**appointed** 36:20,21 37:2 38:8 60:6 110:15 225:2
**appropriate** 26:16 28:15 203:20,24 238:13
**appropriated** 223:3
**appropriation** 178:16
**approval** 190:15
**approve** 73:8 187:11 290:9,19 291:4 295:2
**approved** 187:2,6 187:16 190:16 291:6,9
**approximate** 239:23
**approximately** 73:2 91:17,20 117:4 183:5,14 246:7 291:14 315:18 316:2
**april** 229:8 256:2 292:17
**area** 255:21 281:15 325:17
**areas** 35:8 44:5,12 44:23 62:14 94:25 250:3 326:7,11
**arent** 28:24 65:25 89:13 101:20 103:23 114:11 142:12,21 165:15 166:24 167:5 209:21 269:25 294:4 295:19

327:5
**argue** 113:11
**armed** 97:13,13,13
**arming** 97:7
**arrangement** 111:20
**arrived** 38:22
**art** 19:10 243:15
**article** 6:21 207:11 229:6,8
**articulate** 276:14
**ascertain** 275:5
**aside** 198:6,7
**asked** 23:22 43:7 57:18 97:23,23 99:2 148:10,15 149:6 150:22,24 150:25 185:20 211:11,17 253:3 308:7,13,15,18 313:8 319:23 326:4
**asking** 27:22 30:18 47:4 68:14,14 69:9 76:20 82:21 104:2 117:25 147:23 148:2 149:2 162:4,19 165:19 242:9 248:9,14 286:12 286:20 287:18
**asks** 324:5
**aspect** 126:6 226:5
**aspects** 15:16 59:15 108:2,4 126:19,22 126:25 127:2,4 194:16 312:20 314:12,13 319:16
**assess** 276:8 282:5
**assessments** 165:14 191:19,21
**asset** 51:20
**assist** 212:12
**assistance** 212:3 238:22 240:6,13 240:19 247:15
**assistant** 246:14

**associated** 17:6 26:20 35:2 40:18 41:24 42:7,10 43:3 48:18 62:17 63:5 78:2 89:8 95:18 98:14 105:3 106:5,9,16 107:19 109:10 119:21 138:23 139:8 181:25 209:5,15 233:18 237:24 273:7,15 291:19 297:11 323:4,5 325:18
**association** 9:15
**assume** 139:10 144:5 157:5
**assumed** 78:19 105:21
**assumptions** 87:6 90:8
**assurance** 3:16 208:18
**assured** 4:8 9:25
**attach** 128:21
**attached** 262:25 328:9
**attaches** 239:9
**attachment** 7:5,16
**attempt** 31:25 88:19 160:19 299:9
**attempted** 177:7
**attempting** 33:9 248:3
**attended** 207:3
**attention** 106:24 313:11
**attorneys** 14:15
**attract** 106:7 109:14 130:18,22 132:20 133:10,19 234:8,12
**attracting** 35:7 108:8 131:16,20
**attraction** 170:18
**attractive** 210:5

**attribute** 132:13
**auctioned** 183:23
  183:25
**auctioning** 184:3
  184:19
**auctions** 184:7,16
  267:7
**audible** 182:11
**audibly** 127:23
**audit** 18:20 41:2,8
  41:9,11,13,14,21
  42:6,19,22 43:4
  43:24,25 44:2,2,6
  44:7 56:21,23
  59:21 152:16
  153:5,11 238:22
  239:11,18 240:20
  263:17,22,24
  264:8,8
**audited** 41:24
  42:21,22,23
  153:22 264:7
**auditing** 41:25 42:3
**auditors** 59:21
**audits** 18:21 41:4,6
  42:12,13,25,25
  43:3
**author** 302:19
**authoritative** 197:2
**authority** 46:8
  111:18 159:15
  187:22,24 205:9
  205:10,12 222:23
  223:5 224:22
  236:12
**authorizing** 186:23
**automatically**
  323:7
**available** 27:20
  28:19 99:16
  106:21 112:19
  141:23 142:6
  144:24 153:16,18
  163:15 223:14,18
  258:6 324:21,23
  325:14
**avenue** 1:14 2:17

4:6 9:12,17
**average** 300:19,21
  300:24
**avoiding** 266:19
**aware** 17:12,13
  28:18 34:2 35:19
  47:9,10,12 50:23
  53:7 85:19 112:22
  113:19 136:10
  146:22 149:23,25
  154:10 158:2,4,20
  160:3 167:18
  169:10,20 171:16
  173:5 174:12
  176:8 182:13,16
  182:17 220:22
  254:12 302:10
  316:24 327:4

**B**

**b** 6:9 7:13 8:8
**back** 84:13 118:4
  118:23 140:7
  148:18 153:15
  154:6 164:11
  165:16 176:23
  179:15 189:14
  213:4 217:19,20
  238:16 239:18
  244:21 245:22
  248:16 253:18
  266:25 301:7
  326:17
**background** 23:21
**bad** 197:18 275:24
  313:13
**balance** 48:20
  163:10 195:21
  254:3 273:21
  298:19
**ballpark** 179:14
**ban** 292:19,25
**bank** 30:8,9 183:15
  183:17,23 184:4
  184:11,16 185:4
**bankruptcy** 1:2
  8:14 9:8 21:6,10

40:17,19 54:14
  55:21 59:9,12
  63:10 68:5 103:19
  110:14,25 111:4
  114:2,6 118:4
  153:19 177:4,9
  192:23 210:9
  224:2 227:14
  229:10 260:5
  273:11 305:5
  315:24
**bankruptcys** 83:14
**banks** 182:23 184:7
  184:19
**bargaining** 279:13
**barnowski** 3:2 10:6
  10:6 120:10 121:3
  123:5 276:5 302:6
**barriers** 279:11
  280:3,6
**based** 31:20 47:5
  99:15,15 116:13
  124:9 155:20
  165:23 166:7
  169:23 243:15,16
  255:7 260:21
  264:6 285:13
  295:25 317:18
**basic** 83:23 96:12
  108:8 167:11
**basically** 17:23
  104:7 209:11
  263:11 326:5,25
**basing** 124:24
  125:3
**basis** 37:6 39:22
  130:18 133:12
  146:25 149:2
  215:18 294:17
  316:4,6,10 317:9
  317:12 319:14,15
  321:10
**bates** 263:8,9
  295:11
**bateson** 14:23
**bear** 15:20
**becoming** 23:20

**beginning** 66:3
  84:14 154:7
  176:24 231:5
  245:23 263:8
  326:5
**behalf** 2:8,19 3:7
  3:15 4:8,20 5:6
  9:22,25
**believe** 95:14
  100:25 120:18
  122:9 126:18
  135:9,22 137:14
  148:19 167:24
  202:3 206:2,11
  215:21 225:3
  229:10 234:20,25
  235:3 238:12,18
  244:4 246:11
  255:15 261:16
  266:14,18 267:18
  269:8 282:4,9,11
  308:21 310:24
  311:6 313:16
  314:3 322:21
**believed** 218:19
  267:12 289:18,22
**believes** 266:10
  290:21
**believing** 165:14,15
  165:17
**ben** 10:8
**beneficial** 63:17
**benefit** 62:13 94:19
  265:18
**benefits** 18:25
  62:25
**benjamin** 2:15
**bent** 196:23 197:13
**best** 117:9
**better** 60:22 106:22
  215:23 281:9
  307:25
**beyond** 65:11,21
  85:23 106:15
  111:24 115:9
  123:3 146:25
  159:8,12 198:25

269:11,14 272:4
  272:17,19,20
  281:15 308:9
**bhargava** 4:2 9:24
  9:24
**bidding** 208:15
  267:6
**biddle** 5:3 10:18
**big** 195:6 229:12,16
  229:19
**biggest** 101:14,25
  106:2 253:11,14
  322:19,20 325:10
**billion** 301:11,15
  315:19 316:3
**bills** 260:4,8
**binding** 61:2
**bit** 76:16 249:13
**blame** 136:5
**blanking** 85:22
  247:9
**blight** 19:4 29:18
  29:20 30:4 66:10
  102:3 182:25
  198:17,19 212:8
  212:12,14,17,22
  213:2,2,9,21
  256:21 257:21
  258:2,4,8,12
  259:2
**blightelimination**
  66:16
**blightreduction**
  66:9 213:15
**blightremediation**
  294:23
**bloat** 215:10
**bloated** 215:8
**blocked** 32:7,12
**blocking** 32:20
**board** 15:24 23:21
  56:24 57:3 97:3
  110:17 146:21
  166:14 203:12
  204:16,24 205:3,9
  205:10,12 224:19
  224:20 242:18

259:11,16 313:9
**boards** 56:20,22
**bond** 88:25 89:6,11
89:17,23 90:3
**bonding** 89:20
**bonds** 88:24,24
89:8
**booked** 39:24
**books** 39:22 92:18
92:20 93:24
**borrowing** 73:21
**borrowings** 77:12
**bottom** 76:3,8 85:6
91:21 97:19 134:3
134:10,11 210:3
210:14 244:23
254:17 286:14
323:3
**bought** 220:22
**boundaries** 31:16
31:18
**break** 13:11 84:6,7
84:9,12 153:24
154:2,5 245:12,21
301:2,6
**breaks** 176:15
**brenda** 4:16 10:20
**briefings** 46:5
**bring** 15:18 133:8
145:20 170:3
171:14,20 172:9
296:25
**bringing** 172:2,5
**broad** 26:5,6 31:7
33:12 34:17 39:14
45:5 49:17 68:25
76:14
**broken** 221:14
**brought** 23:25
**brown** 52:4 254:6
**browns** 271:19
**bseed** 294:15
**bseeds** 294:21
**buckfire** 52:9
54:10
**budget** 58:20,20
59:17,18,20 80:6

80:12,13 81:2,5
82:16 83:6,24
90:16,18 117:23
207:19 226:14,19
296:7,7,8,8,12
306:11,12 308:12
323:8 324:7
**budgetary** 59:15
**budgeted** 223:10
288:22,23 296:19
296:20,23
**budgets** 79:24 80:3
80:17 223:6
243:12 322:24
**building** 12:5,6,8
**buildings** 317:4
**built** 69:8 235:9
**bullet** 196:12,17
216:16 218:6
219:20 221:6
222:10 227:14,16
227:21 240:5,18
256:18 257:2
**bullets** 196:9
256:18
**bus** 127:6 172:8
**buses** 29:15 172:8
248:5,6 249:22
300:7
**business** 80:15
81:22 82:2 83:2,5
131:3,11,16,21
132:3,17,18 133:7
133:8,11 169:24
170:17,21 171:14
173:3 210:6 211:2
211:8,11,12,15,17
211:22,25 212:6,9
212:12 228:19
312:10 316:9,17
316:22
**businesses** 130:19
130:22,23,25,25
131:6,17,22
132:10,14,20,20
133:5,11,19 170:4
170:11,13,15,23

171:6,20 212:21
213:11 267:12,19
317:3
**buy** 74:9 181:14,19
236:19 248:5
266:25
**buying** 74:3 249:10
**buys** 182:4

_____

**C**

**c** 1:15 2:18 3:6 4:7
6:2 9:2,13 15:24
23:22 24:2,3,5,8
24:23 56:11 57:23
57:25 58:4 96:25
192:11,15,18,22
193:2,9 214:9
246:4,6 312:21
313:4 328:3,3
**ca** 329:6
**cabinet** 37:23,24
**cacsr** 329:21
**cafr** 40:12,14,16,21
263:16,21,25
264:6,7
**calculated** 91:8,13
92:2,6 152:24
**calculating** 296:6
**calculation** 91:10
92:8,9 296:5
297:5,7
**calculations** 26:19
**call** 67:3 278:10
280:20
**called** 216:10 219:8
291:13 315:23
**calling** 17:7
**callous** 162:24,25
**cameras** 291:24
292:13
**cant** 12:19,21 27:24
31:8 48:6,7 53:19
76:18 78:9,11,16
82:23 85:24 86:2
87:5 96:5 100:13
101:23 109:23
114:9 118:2,3,7

121:13,13 123:18
123:18,23,23,24
124:4 139:15
152:6 157:5 159:2
159:7 168:22
175:5 188:3,6
190:12 198:10
199:8 227:13
228:25 236:18
237:10,25 238:2
244:20 274:10,11
302:3,5 318:20
326:20
**capacity** 294:15,21
**capital** 3:16 70:13
75:5,7 89:24
**care** 270:24
**case** 11:14,16,17,20
12:19 13:21 14:2
14:5,9 15:12,14
15:17 17:12 18:8
18:9,13 54:14
55:21 64:18
117:18 171:10
192:12 203:13
230:9 304:4 305:5
312:17 329:14
**cases** 218:18
**cash** 88:4 270:7
271:3 284:10,15
285:2 298:19
**casinos** 19:16 23:6
**catastrophic**
239:12,15
**categorically**
109:23
**categories** 88:16,22
250:24
**category** 65:24
**cause** 27:4,19
116:22 188:17
208:4
**caused** 40:12 215:2
216:11,13 318:4
**causes** 167:13,15
193:24 194:2,3,9
207:25 314:22,24

**caveat** 104:22
**ccd** 256:3
**ceiling** 122:22
**central** 58:19
151:10 316:9,16
316:22
**centralized** 151:14
**centre** 11:24 12:7
**ceo** 11:23
**certain** 17:5 35:8
41:11 43:17 64:15
70:4 75:25 80:19
90:22 110:8,9
126:22 127:2
131:7 172:16
179:24 196:23
202:19 211:19
222:21 247:17,18
247:25 248:6
249:10,12 325:16
**certainly** 17:5
18:16 28:14 49:19
51:17 72:11 86:21
89:19,22 95:14
96:24 102:2
106:14 133:15,24
153:22 159:25
170:8 171:24
173:7 179:25
193:8,11 212:14
265:21,24 272:22
299:21 301:14
324:3
**certainty** 115:14
116:12 123:8
**certificate** 329:2
**certified** 1:20,21
9:13 223:3 329:5
329:6
**certify** 223:2 328:6
329:8
**cfo** 6:22 13:16
23:16,18,20,22
24:9 33:5 38:8
46:10 60:3,5,10
60:11 61:15 93:12
93:15 110:15,25

111:4 146:21
222:11,15,17,20
222:22,24,25
223:3,4 224:6,12
224:18,21,24
225:3,7,9,13,16
226:2,6,8 229:7
243:2,24,25
259:14 263:2
276:22 277:17,17
279:22,25 281:25
312:10 319:17
325:8
**cfos** 259:11 277:20
278:8,9 281:24,25
282:3 283:2
**chadbourne** 4:5
10:2,4
**chain** 283:24
306:15
**chair** 56:20,22
**challenged** 273:2
**challenges** 278:20
279:15,16,17
**challenging** 272:24
**chamber** 315:7,7,9
315:12
**change** 33:6 46:25
63:12 64:13,16
69:7,8 74:6 78:8
83:7 98:7 105:18
121:25 127:16
129:16 135:2,3,4
143:23 159:13
187:24 188:5
217:9 232:23
243:18 259:12
278:22 297:3
**changed** 37:21
156:24 157:2
217:6
**changes** 47:7,11
61:5,7,12,14 72:3
85:20,23 86:18,20
105:7,9 117:21
159:20 192:5
217:7 225:21

227:7 242:6 243:4
258:9 259:5,9
274:14,22 282:2
287:25,25 288:3
293:8,12,15,22,25
294:6 307:20
328:9
**changing** 51:15
71:11 129:4
235:25 297:25
325:18
**chapter** 1:5 21:6,10
114:2,6,8 192:23
**characterization**
184:23
**characterize** 17:25
18:6 30:20 324:17
**characterized** 76:4
**charge** 221:3
**charged** 61:22
163:19
**charges** 26:14,15
38:14 195:10,12
**charles** 283:25
**chart** 263:11
**charter** 60:10
259:6,12,15,17
**cheats** 218:9
**check** 85:7 142:15
153:15 274:23
308:8
**checked** 197:25
**checking** 231:7
**chicago** 3:14 6:17
113:24,25 207:2,6
237:8
**chief** 16:2 39:20
52:4 59:25 60:19
67:4 97:6 242:10
242:13 251:13
289:7,13,22 290:3
290:3,6,20 291:3
291:5,7,13 292:21
**churches** 211:16
270:24
**cigarette** 199:20
**cio** 45:19 70:9

**cios** 252:21
**circulated** 103:3
**circumstances**
207:16 318:9
**cite** 95:23
**cited** 85:11
**cities** 6:20 18:17,19
21:8 55:22 67:20
105:4 113:8,11,19
114:4,8,12,13,21
131:10 136:15,22
136:25 165:24
180:25 198:12,14
205:15 207:17
236:6,8,11,16,21
236:25 237:5
252:22 262:10
301:11 324:19
**citizens** 95:7 96:15
96:16 97:7 218:5
**city** 1:7 2:9 6:23
8:7 9:9 10:9,11,13
11:23,25 13:16
17:11,13 20:8,16
21:9 22:16,20,24
23:14 25:4,21
26:2,8,24 27:4,9
27:13,18,23,25
28:5,7,10,14,16
28:18,21,24 29:4
30:10,15 31:4,13
31:24 32:4,8,13
32:23,24 33:5,10
33:13,16 34:5,14
34:18,21,25 35:3
35:14,19 36:15
39:21 40:2,4,12
43:8,13,15 44:9
44:10 46:12,16
47:6,14 49:2,7,13
50:19,23 51:14
52:19 53:4 54:12
54:16,19 55:18
56:6,13,15 57:2,6
57:8,10,14 58:19
59:15,19 60:8,24
61:2 62:7,25 63:7

63:8,20 64:21
65:2,5 66:10 67:4
67:16,18 68:2,8
69:22 70:20,23
71:12,22 72:5,20
74:17 77:17 78:18
79:8,22 80:4,5,9
80:14,20,23 81:7
81:10,12,18,23
82:2,13,15,17,19
82:21,25 83:3,6
84:18,21 88:4
89:12 90:7,24
94:19,23 95:11,16
95:22 96:10,12
97:4,14 98:12
100:12 101:3
102:15 103:7
104:8,14 105:10
105:17,24 106:6
106:10,12,20
107:4,25 109:18
109:22 110:3,7
111:21 112:14,19
112:23 113:2,21
114:24 115:7,21
116:6,18 117:13
117:24 118:4,9,13
119:13,17,18
120:6,8,18,25
121:12,17,18
122:3,7 123:12,19
125:13,16,19,24
126:2,4,25 127:3
129:2 130:4,7,9
130:13,17,19,21
130:22 131:3,4,7
131:15,16,18,21
131:23 132:4,6,11
132:14,21 133:3,5
133:8,11,17,19
135:19,22,23
136:2,5 139:10,22
140:19,23 141:6
141:11,17,18,23
142:6,12,21 143:2
143:3,4 144:13,24

145:3,11,20
146:11,16 147:6,7
147:9,10,11,18,19
147:20,21,23,24
148:2,5,6,7,10,15
148:16 149:2,6,10
149:15,21,23,24
150:11 151:8,19
152:2,4,20,25
153:10 154:10,11
154:17,23 155:6,8
155:10,16,24
156:25 157:7,10
157:12,15,22,23
158:2,6,10,11,11
158:16,21,23
159:2,12,16,21,22
159:25 160:4,6,9
161:6,9,15,25
162:20 163:2,8,11
163:14,18,22
164:15 165:6
167:6,12,15,18,23
168:3,6,17,25
169:6 170:4,16,22
170:24 171:15,21
172:3,5,10,10,12
172:21 173:9,16
173:23,25 174:8
174:20,22,24
175:2,12,14,17,19
175:24 177:3,7,8
177:12,17 178:3,4
178:20 179:3,7,10
180:12,23,23
181:2,2,4,5,5,8,9
181:10,11,13,13
181:14,18,22,22
182:3,7,8,13,16
182:22 183:4,8,10
184:6,8,13,18
185:3,6,7,10,17
185:22,24 186:3,9
186:13,19,23
187:3,7,17,21,21
187:25 188:5,7,9
188:15 189:3

190:3,15,19,22,25
191:11 193:4,13
195:21 196:19
197:9 198:8
199:16,22,24
200:3,21 202:10
203:15,25 204:7
204:14,18,25
205:4,24 206:2,8
208:18,22 210:3,4
210:14 211:8,9,11
211:23 213:12,16
215:18,19 216:10
216:13 219:8,17
220:6,17 221:3,8
221:25 223:8,21
223:23 224:6
228:5,7,15,17,20
228:24 229:8
232:23,24,25
233:19,21 236:12
237:3,3,6 238:7
238:13,19,21
241:8 243:21
245:5 247:14,18
248:9 249:9 250:8
250:11,12,24
251:2,19 252:10
252:17 253:23
254:12,14 255:5
255:12,13,17
256:9,20 258:19
259:2,6,16,18,22
260:9,12,15 262:5
262:20 264:12
265:13,18,22,23
266:5,10,14,18,20
267:4,16,18,23
268:14 269:8,23
270:3,13,18
271:21 272:15
273:10 274:2,17
274:18,18,20,24
275:2,4,5,10,10
275:16 277:11
278:16 280:15,21
281:11,15,19

282:17 284:20
285:6,8 287:16
288:15 291:21,25
293:2,3,10 294:25
295:3,10 299:9,13
299:17 300:13,17
300:20 301:13,21
301:23 302:11,12
302:16 307:6
311:4 317:6
326:21
**citys** 17:15 25:9,12
25:15 30:16,22
31:25 32:4 38:22
39:3,6,8,18 40:11
41:2,5,21 45:14
60:10 66:16 68:20
69:5,12 75:24
77:22 78:4,21
87:14 88:16,19
115:11,24 117:22
118:20 131:19
132:5 136:5
139:21 143:21
172:22 173:11
204:4 210:7 211:3
213:22 239:11,15
252:25 253:25
254:3,19 259:6,12
259:24 272:25
273:21 301:18
313:14 319:4
**citywide** 277:15
278:7,11 280:5
282:6,24 283:5
**civil** 11:14,16,17
**civilianization**
72:13 324:4
**claiming** 169:2,7
218:16
**claims** 254:9,14
255:6,13,19
284:10,16
**clark** 2:5 9:21
**clear** 162:24
186:10 227:18
228:2,8,8 258:7

296:22
**clearly** 106:8
124:14 194:6
236:13
**clerk** 4:3,4
**climates** 131:25
**close** 39:22
**closer** 297:2
**cm** 231:8,13 232:21
**collect** 92:24 93:4
157:22 164:20,23
188:9,22 266:6
268:11 274:7,15
275:22 319:23
320:2
**collectability**
175:11
**collected** 92:15
178:10 188:19
239:25
**collecting** 166:25
**collection** 39:3
50:16 70:16,17,21
71:5,13,17,18
72:3 81:11,15
87:15,21,25 88:2
93:14,23 138:6
139:8,22 140:18
141:15 145:6
150:13 156:7
164:2,4,7,9,12,25
165:10 166:13
167:3,10,11,22
216:7 218:25
274:3,5 287:25
**collections** 71:8,24
91:16 93:18,25
94:4 134:7,18
138:20,23 139:4
139:11 140:22
141:4,11 145:21
164:17 165:7
168:3 190:4
**collective** 279:13
**collectors** 70:25
**collects** 23:14
154:12,17 296:3

**columbia** 16:6
18:18 20:18 22:17
166:8,10,21
194:12,15,18
195:3,8,13,22
199:9,12,19,22
200:5,13,16,23
201:6,12,24 203:4
203:8,9,11,21
204:12,22 207:24
215:2,7 216:5
222:19 243:7
291:24 301:14
313:20,23 314:9
314:10
**columbias** 113:15
208:5
**column** 207:15
209:2
**com** 312:2
**combat** 195:15
**combination** 71:10
81:17 201:24
**come** 17:20 23:16
35:13 43:18 48:24
50:9,20 51:3 53:4
81:14 116:25
121:5 124:6 131:2
131:12,17,22
132:21 133:5
146:14 160:15
170:15,24 177:20
177:21,22 178:12
201:25 202:24
243:19 271:8,23
278:4 279:8
290:21 294:2,4
307:24 308:11
316:21 317:6
**comes** 35:16 52:24
62:3,4 141:20
153:3,4 155:3
226:10 243:18
263:25
**coming** 25:6 46:4
57:16 61:25 90:25
91:24 132:10,14

180:18,18 276:13
282:2 302:24
316:13 322:18
**commencing** 1:16
**comment** 97:15
128:8 319:15
320:19
**comments** 128:8
**commerce** 315:7
**commitment** 210:2
210:6,14 211:2
**commitments**
211:8 212:5,11
**committed** 212:2,9
**committee** 3:7 10:7
56:21,23,23 271:5
271:8,18,19,20,25
272:6
**communicated**
230:20,21
**communication** 7:2
7:4,6,8,10,15,19
7:21,22,24 8:9
**community** 33:25
36:6 182:23 212:2
212:7,9,12,17
228:20
**commuter** 158:7,9
158:12,17
**commuters** 143:10
143:18
**companies** 155:23
170:10 261:23,24
317:2
**company** 4:21
71:18
**comparable** 113:8
113:12 114:21
205:7 314:11,13
**compare** 237:3
266:4
**compared** 18:10,12
86:11
**comparison** 90:7
313:14 314:15
**comparisons** 87:16
288:12 304:20

305:23
**compensation**
56:22 233:25,25
234:6,7 254:9,13
255:6,13,19
289:15
**competencies**
277:19,24 278:15
279:5 282:5
**competency** 277:18
281:17
**competitive** 208:15
**complete** 45:14
209:3 268:17,18
269:18
**completed** 42:22
43:2,5 45:12
209:21 265:9
266:7 268:20
273:18
**completely** 142:2
**completing** 162:14
**compliance** 145:6
146:4 166:9
218:12,20,22
240:20,25 241:2
241:14,15
**complicated** 219:9
219:18
**computing** 141:7
**con** 138:25
**conceded** 114:15
**concentrated** 226:3
**concept** 139:23
**concern** 118:20
234:10,14 288:14
290:2,5 294:24
**concerned** 324:2
324:10
**concerns** 125:14,22
126:3 294:20
321:14
**concerted** 314:5
**conclude** 209:24
**concluded** 138:5
327:18
**concludes** 327:15

**conclusion** 138:14
162:5 193:23
**conclusions** 279:9
**condition** 31:25
32:5 39:6 96:11
203:15 208:22
**conditions** 30:17
129:5,17,19,24
130:4 184:13
316:16
**conducted** 98:11
98:16 154:10
**conference** 87:14
88:6,15 128:22
134:4 137:16,20
137:23 138:5
150:3,8,10,19,22
152:11 207:3
288:7 306:24
307:7,11,16,19
308:4,7,10,14
309:4
**confirmation** 76:23
77:3 121:2 122:2
**confirmed** 68:5,7
68:11,13,16
110:16,16 116:7
117:12 118:8,19
120:9 153:19
**congress** 16:3,14
16:15 193:15
203:10,22 204:5
204:25 246:3,5
313:8,17,20,24,25
314:2,7
**conjunction** 89:20
130:24
**connect** 121:13
**connection** 214:15
214:18
**consensus** 14:25
20:21 79:11,12,15
80:8,11 83:15
84:2 88:18 137:4
137:9,16,19 138:5
138:8 150:3,19,22
305:6,12 306:23

307:7 308:4,7,20
**consequence** 314:3
**consequently** 145:7
**consider** 63:4 81:4
87:21,24 192:23
313:22 324:7
**considerable** 222:5
304:6,7
**consideration**
318:16
**considerations**
38:6
**considered** 49:3
53:22 87:14
158:12 243:16
272:23
**considering** 50:24
80:23
**considers** 153:19
**consistent** 166:20
282:16 307:12
**consistently** 232:22
**consolidated** 142:8
151:24
**consortium** 36:5
**constant** 63:18
223:9
**constraints** 110:2
**construct** 160:18
287:10
**constructed** 116:14
124:12 139:5
162:9,11 163:7
322:25
**constructing**
126:17 287:15
**construction**
126:13
**consultant** 81:18
81:19 312:8
**consultants** 82:22
309:10
**consulting** 56:12
56:25 57:5,8
128:2
**contact** 24:8
**contain** 251:2

**contained** 320:18
**contains** 284:8
**contemplate**
140:10 224:13
268:16 280:16
**contemplated** 90:3
105:25 109:6
191:12 222:15,16
236:3
**contemplates** 272:6
**contemplating** 96:8
235:13,15,16
269:23
**context** 121:9,23
138:12 236:19
**contingencies**
117:5 122:15
**contingency** 115:6
115:8,20 177:4
**continuation** 35:22
**continue** 44:11,15
44:22 54:12 56:2
67:20 68:2,8,11
94:4 117:11
130:17 273:16
278:16 307:10
**continued** 87:3
103:9 134:6 240:6
**continues** 43:9,15
44:3 120:7 135:20
**continuing** 40:17
55:19 110:21
118:19,20 119:6,6
307:15
**continuously** 63:8
**contract** 10:18
11:17 12:3,5,10
24:21 111:9,10,13
111:15,22,24
122:24 208:13
273:25
**contracting** 213:11
**contractors** 274:25
**contracts** 75:13,20
75:21,22 213:9,11
280:12
**contribute** 208:8

313:16
**contributed** 216:21
244:17
**contributing** 216:6
**contributors**
194:11
**control** 15:24 23:21
43:12 44:7,13,18
45:6 59:14 69:12
97:3 110:17
146:20 151:15
166:14 203:12
204:16,24 205:2
208:16 216:17,20
224:8,9,19,19
242:18 259:11,16
313:9 324:22
**controls** 42:11 43:9
43:16,17,19,20,21
44:4,11,21,22,25
45:4 207:19 208:6
208:9,24 217:9
255:20 264:2
**conversation**
145:23 260:25
290:3,6
**conversations**
14:22 38:3 146:12
146:15,18,21
285:14 303:24
**conversely** 129:12
**conway** 17:20
34:10 59:2 81:20
92:2 99:2 125:11
231:13 233:13
297:13,17 308:19
309:7,9
**cooperate** 30:15
33:9 149:7 156:25
221:9
**cooperating** 31:24
32:2,3,6 33:13,16
33:23 34:5 159:17
165:6
**cooperation** 30:21
31:2,3,11,17,19
31:20,22 185:10

186:2,7 220:12
**cooperative** 252:10
252:13
**coordinate** 58:25
**coordination** 60:22
**copied** 327:9
**copy** 58:9 214:5
231:3 238:24
241:24 294:8
309:16,24 310:10
**corley** 286:11,20
287:3,4
**corner** 263:9
**corp** 9:16
**corporate** 18:22
56:20,21,24
148:17,22 155:11
155:16,19,24
156:6 157:2
169:22 187:7
190:7,8,10
**corporations** 33:21
34:4,5,7,13
155:10,15,18
**correct** 15:2,3,5
16:7,11,12 17:12
33:7 36:20 39:4
43:9,16 44:5,12
44:16,23 45:15
60:2 65:15 66:22
78:14 80:16 81:24
82:19 83:5 87:22
88:20,21 91:2
92:16,21 95:11,14
98:14,15,15 99:10
99:19,23 100:15
100:22 101:9
103:22 104:14,19
105:11 107:14
108:3,9,24 109:7
109:11 111:2,21
112:24 114:2,14
117:23 118:10,21
120:9,19,22 121:2
123:4,13,21,25
125:20 129:14
132:6 136:17,20

136:24 140:19
141:24 142:21
143:5,7 144:14,25
147:6,11,20 148:8
148:17 149:21
152:21,22 153:20
154:24 155:7
157:20 158:14
159:2,8,18,23
160:2,5 161:8
164:3,13,14,17
165:8 172:19
173:6,12 174:22
181:6,15 182:10
183:6 184:16,20
186:4,16,20 187:4
187:8,18 188:5
191:6 192:12,16
193:5 194:10,13
194:20 195:4
198:13,17 199:2,6
199:17 203:7
205:25 207:7,8
208:2,6 214:9
215:8 217:14,15
219:13 221:10
223:23 224:2
225:8,12,14,14
228:17 233:15,22
242:10 250:12,18
254:15 255:14
260:11,17 267:24
268:14,25 270:15
272:10 278:17
290:10 296:14,17
298:2 299:11,14
299:19 300:3,20
301:16 302:14
305:7,14 307:8
308:5,9,17,20
311:12 312:12
317:25 318:9
322:10,11 328:10
329:9
**corrected** 44:19,20
**corrections** 328:9
**cost** 26:20 28:15

51:2 62:13,19
63:3,17 68:23
95:3 98:7,13
100:14 101:17
117:20 241:16,17
241:18 254:25
258:4 265:19,20
269:5 298:3,6
299:3
**costbenefit** 62:22
63:11
**costing** 122:13
**costs** 32:9,14 33:11
46:11,16,22 47:3
47:8,15,20 48:15
48:22 50:6,12,15
50:18 51:16 54:14
54:22 55:2,6,21
56:3 62:16 68:4
68:20 69:6,13
78:2 84:21 91:17
91:20 94:9,20
95:10 99:10,18,23
101:15 103:21
104:19 105:11,20
119:2 122:20
123:2,11 172:23
173:12 202:23
241:8,10 256:21
257:22 269:9
270:23 272:16,21
295:15,18 296:24
297:24 299:10,18
299:22,25 300:9
324:15
**couldnt** 29:13 31:8
31:8 61:6 82:23
101:20 132:16,17
134:2 148:24
155:12,13 156:23
156:23 160:9
169:16,24 174:13
174:13 177:16
182:5 192:24
231:19 237:17
248:25,25 253:17
272:19 300:24

321:21
**council** 11:23,25
104:8 110:16
219:21 220:11,13
220:21 221:9
226:10 256:9
258:2 287:4,6
288:15 295:2,10
**counsel** 9:18 10:14
321:21 329:13
**count** 127:25
**country** 35:13
**counts** 154:19,20
**county** 199:23,24
200:21 202:11
237:7
**couple** 40:24 43:6
71:18 72:9 174:6
174:10 216:9
237:19 287:9
316:23
**coupled** 292:12
**course** 15:15 80:15
81:21,25 278:12
304:11 324:24
**court** 1:2 9:8,14
14:4 68:5 76:17
92:10,14,21,23
93:2,4,5,7,10,12
93:22,25 94:4,5
118:3 123:10,19
153:19 176:16
177:9 188:3
214:13,20
**courts** 93:13
**cover** 292:14
294:14 298:10,11
**covered** 173:24
295:19,20 298:13
319:20 326:7,11
326:11,12,18,18
**covers** 107:17
**crafted** 262:9
**create** 98:23
170:11 259:14,15
279:22
**created** 60:12,13

60:20 65:5 67:3
103:2 170:25
242:18 277:18
313:9 316:10,20
316:25 317:5
**creating** 165:2
243:12 279:20
**creation** 59:17
61:22,23
**creditor** 4:8 163:10
284:10,15
**creditors** 160:9,16
160:20 161:3,8,12
161:17,23,25
162:12,17,21
163:15 175:23
205:24 206:8,16
285:3
**crime** 96:21,25
97:3,7,12 193:12
292:6
**crisis** 15:25 16:4,7
16:11 33:13
136:23 192:16,20
193:4,10,17,20,25
194:7,10,13,16,19
195:4,9,15,24
200:5,8 201:13
202:2,5,12,15
203:6,23,25 204:6
204:11,22 205:15
205:22 208:2,5,9
208:17,25 215:3
215:11 216:6,11
216:14,21 244:3
244:17 246:4,6
259:7 301:12,16
**criteria** 103:2
281:9
**criterias** 74:8
**critical** 6:23 69:22
229:7,11
**criticism** 126:21
127:15
**criticisms** 125:14
125:22 126:24
**crossed** 55:13

**crosstalk** 55:11
214:17 310:13
**crr** 329:20
**csr** 329:20
**current** 13:14
15:19 78:20
152:18,23 172:14
189:4,8 215:15,16
253:9 258:18
265:13
**currently** 28:25
29:11 56:9 74:23
79:9 105:20
107:25 108:21,23
111:8 119:3
124:11 138:8
152:19 158:19
164:8,15 190:5
209:4 235:13
242:21 264:12
270:13 272:4
275:4
**custodial** 270:7
271:3
**cut** 96:12 195:4
238:16 299:22
**cuts** 200:4,6,7
201:25
**cutting** 299:17

**D**

**d** 1:15 2:18 3:6 4:7
8:2,5,5 9:2,13
15:24 23:22 24:2
24:3,5,8,23 56:11
57:23,25 58:4
96:25 192:11,15
192:18,22 193:2,9
214:9 246:4,6
312:21 313:4
**dan** 2:14 3:2 10:6
10:10
**data** 39:3,8,9,10,15
39:19 40:12 41:2
41:5 69:22 95:23
222:2 265:25
266:4,5 279:8

**date** 40:20,22 60:14
61:9 111:22
140:15 246:2
248:2
**dated** 128:22 229:8
256:2
**day** 2:16 9:11 10:10
10:12 57:24 97:11
**days** 57:13,15
247:25 304:10,11
**dc** 5:5 6:15 196:5
**ddot** 296:8,9,13,17
296:24 298:7
**ddots** 295:15
**deal** 31:4 105:17
259:7 324:13
**dealing** 245:6
**dealt** 17:9 88:15
97:2 247:9
**debate** 47:13,17,17
296:16,18
**debtor** 1:9 2:19 9:9
**decade** 27:2
**december** 268:21
**decide** 64:21
**decided** 98:17
102:21 103:4
291:15 292:23
**decides** 295:21
**deciding** 103:9,20
206:4 235:8,18
**decision** 102:23
230:3,9 243:17,17
297:12,14 307:4
**decisionmakers**
103:20 104:13,17
104:20
**decisions** 104:17
105:19 106:22
107:6 160:14
243:9
**declarative** 89:9
**declining** 207:18
**decorating** 117:20
**decrease** 32:9
46:11,16,22 47:2
47:8,20 51:15

**54:14,22 55:20**
56:3 68:4 99:10
99:18,23 136:11
136:13 186:15
241:8,10 272:16
299:10
**decreased** 48:15
100:14 265:20
299:25 317:8,20
317:24
**decreases** 136:6
**decreasing** 32:14
48:22 51:2 94:20
173:11 300:15
**dedicated** 182:14
**deed** 196:13
**deemed** 150:12
239:11
**defer** 99:7,19
**deferral** 98:25
99:13,14,22,24
101:24 102:17,22
**deferrals** 97:18
98:6,12 102:2
**deferred** 102:7
103:6,11 112:23
**deficit** 313:14,15
**deficits** 207:19
**define** 15:9 36:25
72:25 81:25
123:15 128:7
129:15 158:9
161:20 223:19
**defined** 117:15
**delay** 40:12,14,15
40:25 41:3,7,9,14
41:16
**delinquent** 150:9
150:13 165:13
239:20 266:3
268:11 273:19
**delivery** 95:7,9,15
95:21,25 96:18,23
236:14
**demand** 242:6
243:4 310:25
**demolitions** 294:16

**294:22 295:2**
**dentons** 3:3 10:6
**department** 53:13
58:21,23 67:6
72:13 74:4 90:19
126:11 127:7
150:11,24 167:2
210:19,19 236:10
254:2 277:11
281:4 293:17
294:3 295:22,25
296:3,12 297:15
297:19,23 298:18
299:4,10,19,24
300:2 321:11
322:9 323:18
324:3,10
**departmental**
151:9
**departmentaltype**
88:12
**departments** 73:5
73:15 151:21
171:25 210:25
223:9,17,21
319:24 320:21
323:20,24 324:12
**depend** 23:4 77:2
221:13
**depended** 201:3
**dependent** 182:3
282:10
**depending** 95:12
100:23 104:23
168:9 291:21
**depends** 101:10
185:6 222:2
247:23 300:18
**deposed** 11:9,20
**deposition** 1:13 9:6
11:9 13:22 157:21
191:6,7,9 327:16
327:18 328:7
**depositions** 14:9
**deputy** 232:2
246:14 284:22
**describe** 253:19

**258:23 275:23**
**description** 6:12
**deserved** 264:19
**deserves** 176:17
**designated** 303:15
**designed** 83:12
**detail** 190:11
**detailed** 46:5 66:5
73:7,7 122:24
126:8 165:2
209:15,19 228:13
**details** 48:6,7 86:2
86:7,14
**determine** 23:10,13
63:15 64:24 81:3
88:2,3 238:4
258:3 264:10
269:4
**determines** 111:5
**determining** 71:5
**detroit** 1:7 2:9 6:22
8:13 9:9 13:16
15:20 21:11 22:20
22:24 23:14,17,20
24:6,18,18 44:3
44:20 45:3 49:7
49:13 54:12 55:23
56:2,7 57:10,14
57:18,19,20 90:7
104:14,17 106:18
110:21 113:6,14
113:21 114:21
115:14 130:17
132:19,24 141:8
141:13,14 142:12
142:20,20 144:14
144:25 146:17
150:11 152:20,25
164:11 166:19,24
167:6,16 168:6
170:4 171:15
173:4 180:12,22
182:14,16 183:15
183:17,23 184:4
198:8 201:18,21
205:7,22 207:23
212:2 213:13

214:9 215:16,22 216:5,10,13,22 218:24 219:9,13 220:3 223:8 224:6 229:6 234:25 235:21 236:5,9,15 236:20,25 237:7 238:14 241:5 242:13 244:18 246:17,19,24 247:2,6,14 249:3 259:18,22 261:24 261:25 262:5,10 275:14 302:13 312:9 313:13 314:11,18 315:6 315:11,16,20,23 315:24 316:4 317:14,23 318:8
**detroits** 8:7 54:17 114:5,13 193:20 193:25 194:10 207:7,25 208:4 209:25 210:15 211:4 215:11 217:13 232:10 247:7 313:15 314:22,25 316:9 316:16,22
**develop** 219:21 325:22,23
**developers** 213:13 213:19
**developing** 16:17
**development** 198:22 199:13
**dia** 260:6
**dictated** 159:22
**didnt** 24:3,5,13 25:16,22 26:4 48:23 49:3 60:3,5 60:8 88:18 97:9,9 124:3 166:15 180:17 185:3 197:22 214:18 225:23 226:6,22 227:8,11 259:22

260:15 261:6,9 287:14 290:9 293:3 301:15 304:5,5 305:12 310:14 314:19 323:22 327:8
**difference** 85:15 296:2 327:9
**differences** 85:17 85:18,19 122:19 228:22 307:18,24 313:3 326:19
**different** 16:22 26:5 29:5 34:13 38:14 39:14,15 47:2 51:12 58:17 59:4,7 69:20 102:19 103:19 105:18 120:12 124:20 126:17 135:25 137:17 151:8 161:21 162:10 166:17 177:21 181:7 182:2 185:19 228:16 232:16 242:20 278:25 293:11,16 304:23 305:13 306:2 319:24 320:20 322:23
**differently** 105:19
**difficult** 120:3 232:12,18,19 254:18 276:10 324:13,18 325:3
**difficulties** 323:17
**difficulty** 313:6
**dig** 307:23
**digital** 278:25
**digitally** 274:23
**diplomate** 1:19 329:5
**direct** 85:5 94:21 94:22
**directed** 279:22
**direction** 224:20

**directly** 34:2 37:17 93:8 95:4 184:8 205:3 290:6
**director** 15:23 108:20 109:2 204:23 253:22
**directors** 35:12 67:7 126:11 322:2 322:3 323:6
**dirks** 8:5
**disallowed** 26:15
**disappear** 120:22
**discipline** 39:21
**disclose** 52:23 53:19
**disclosure** 85:2,11 85:16 102:11,12
**discontinued** 306:25
**discourage** 198:17 198:19
**discourages** 97:12
**discuss** 20:22 261:6 261:9 287:9
**discussed** 29:11 30:3 47:21 51:21 51:23 52:18 88:13 139:25 191:12,15 234:2 240:10 247:12 252:16 253:24 257:20 260:23 263:20 274:13 299:15,17 319:17 326:22
**discussing** 247:22 249:18,25 284:25
**discussion** 29:19 135:23,24 157:15 207:10 249:22 290:8,8,11 292:20
**discussions** 14:12 29:6,8,22,24 30:6 30:24 35:20 36:8 36:13,16 38:7 41:19 47:16,18 51:5,8,12,14 52:3 52:12,14,15 53:3

53:12,15,16,25 54:6 67:23 89:16 89:19,23,25 102:25 125:19,21 125:24 135:13,16 135:18 147:5,15 148:12,14 149:4,8 149:10,13 158:4 158:20 160:19,24 162:23 163:7 167:9 182:23 183:3,12 190:18 190:22,24 191:2 192:7 206:18 238:11,21 240:6 240:10 247:20 249:20 258:14,16 260:18,21 261:14 274:4 281:20 305:6
**disinvestment** 216:16 300:5
**dismissed** 177:5
**dismisses** 177:9
**disposing** 51:20
**dispute** 11:18 12:4 316:4,6,11 317:9 319:14
**disrespectful** 325:3
**distress** 17:24 136:20
**distressed** 6:19 18:17,19
**district** 1:3 9:8 16:6 16:10 18:18 20:18 22:17 92:10 113:15 166:8,10 166:14,21 194:12 194:15,18 195:2,7 195:8,13,21 197:6 199:9,11,19,22 200:4,12,13,15,17 200:23 201:6,11 201:23 202:9,12 202:19,23 203:4,8 203:9,11,21 204:12,22 207:24

208:5,15,17 215:2 215:7 216:5 218:11,13,15 222:19,25 223:4 241:3 243:7,8 261:23 291:23 301:14 313:18,19 313:22 314:9,10 316:9,17,22
**districts** 16:4 202:21
**divert** 256:20 257:21
**division** 150:12
**document** 60:21 66:12,14,15 90:7 90:13 127:11 128:25 137:25 174:18 196:9 197:3,11,23 198:2 198:5 238:25 241:20 244:11,12 256:7,12,13 262:24 283:17,19 284:3,6,25 285:4 286:6,8 295:8 303:6 315:8,10 310,10,13
**documentation** 42:10
**documented** 42:12 106:18
**documenting** 213:4
**documents** 17:5 66:18 106:19 148:24 156:9,19 176:9 243:11 262:25 279:10 303:25 304:2 312:16
**doesnt** 44:8 89:5,7 107:25 137:20 156:3 178:6,7,17 184:6 223:23 236:25 259:14,17 304:8
**doing** 16:18 17:3

23:20 38:12 54:17
68:11 71:2,11
82:21 87:21
124:14 149:24
170:7 205:20
210:20 213:3
217:14 235:18
240:25 241:17
242:24 259:25
266:3,16 271:25
275:2,19 278:9
288:12 312:7
**dollar** 30:2,5 51:22
101:25 145:10,11
208:12 248:21
**dollars** 25:20 26:3
26:9 27:5 34:25
50:19 92:15,20
138:22 143:17,20
152:5 248:22,24
255:14 271:13
301:11,15
**dollarvalue** 253:12
253:14
**don** 246:15 247:3,8
**donations** 35:18
**dont** 11:15 13:8
16:22 22:10,12
27:11,11,15 29:2
29:9 30:5,11,12
30:19 31:16,21
33:2,3,4 35:23
40:13 41:9,19
48:11 49:5 51:25
54:3 55:16 56:4,5
58:8 61:9,12,13
62:9 64:22,22
68:8,16 74:13
79:7 84:3,4 85:17
90:5 97:9,15
100:25 102:4
103:14,15,25
105:14,15 108:6
110:24 111:3
113:4,17,18 114:7
114:7 118:2
121:15 122:8

124:22 128:19
139:13 142:22
143:11,14 144:3
144:16,16 146:8
146:13 147:2,13
147:16 148:13,14
149:4,8 150:6,24
154:19 155:17,20
155:21 156:8,17
157:4,5,9,9,16
158:11 159:11,24
160:13,13 163:24
165:21 173:20
174:18 175:9
177:14 179:12,13
180:7 181:18
182:19,21 183:21
184:5 185:13,15
186:6 188:12,13
189:17,22 190:17
190:23 193:21,22
196:5 198:10
200:7,9,14,25,25
201:2,14,15,17,17
201:20,22 205:17
206:7 213:18
214:24 215:12,13
222:6 225:11,13
227:7 230:12,13
231:20,20,23,23
233:16 235:23
236:6,7,17,18,18
236:21 237:3,20
239:17 240:2,17
241:17,18,24
244:19,20 248:17
248:21,21 251:18
251:18,21 253:9
254:22 256:2,15
256:25 258:18,22
260:24 261:20
262:4,18,18,22
266:23 267:2,9
268:6 269:14
271:9,12,14,14,24
272:7,7,11 275:17
277:7 278:15

280:23 281:2,18
282:9 283:18
284:17,18 285:9
285:14,15 286:2
289:9 292:4,5
293:24,24 295:4
298:4,7,10 299:20
300:23 301:2,13
302:8,15,20
303:11 304:24
308:2 309:10,19
310:10,19 311:15
311:24 312:4,18
312:19 314:20
316:12,19 317:11
317:11,13 319:15
319:22 321:2
326:2,14 327:9
**door** 244:24
**dot** 270:7
**doug** 9:20 11:7
**douglas** 3:11
**draft** 153:23
261:15,18 262:6
262:12,20
**drafted** 261:19
262:13,16,18,22
**drafting** 140:4
225:20
**drastic** 115:22
**dreier** 9:16
**drinker** 5:3 10:17
**drive** 181:9 283:4
**driven** 40:7
**driving** 204:15,17
322:23
**dual** 37:10
**due** 150:14 202:24
268:8
**duly** 10:23
**dwsd** 14:22

---

**E**

**e** 6:2,9 17:19 34:10
54:10 125:10
308:9,15 328:3
**eager** 30:15

**earlier** 103:2 127:5
237:22
**early** 37:19
**earning** 187:3
**easier** 274:14
**easing** 247:17,21
**east** 3:5
**eastern** 1:3 9:8
**easy** 232:20
**economic** 22:2 81:4
129:5,17,19
131:25 184:12
**economics** 19:19
**economist** 242:10
242:13
**economy** 69:17
83:22 129:10,12
130:6,19 132:5
173:4 194:5
**educate** 157:18
**effect** 50:25 61:2
122:3,7 172:22
173:10,13,16
188:17
**effective** 205:14
**effectively** 163:12
219:16 221:9
249:4
**effects** 101:20
181:8
**efficiency** 94:23
**efficiently** 163:12
**effort** 27:25 133:18
139:17,18 170:11
213:6 220:19
221:5 222:5,8
267:23 268:13,17
274:2 299:9
301:20 314:5
**efforts** 33:2 35:9
46:14 66:9 70:20
93:14 95:21
130:18 131:20
135:20 138:6
139:21 141:15
164:19,21,22
166:9 167:21

170:3,8,19 171:14
171:17,20 172:11
173:14 182:24
211:7,10,18 212:3
212:18 213:15
218:4,24 220:22
221:10
**either** 32:13 63:17
94:20 96:14 131:3
131:10 132:5
135:2 138:13
199:24 202:13
225:14 243:11
247:16 250:24
267:12
**elaborate** 76:10
**elected** 104:8,8
243:9
**element** 268:19
**eliminate** 238:16
**eliminating** 238:8
255:12
**elisa** 9:16
**ellis** 3:12
**email** 7:2,4,6,8,10
7:15,19,21,22,24
8:9 38:3 231:3,5
237:10 239:8
241:25 242:3,17
244:7,22 252:5,7
252:9 254:18
283:24,25 284:6
284:19 286:8
287:18 289:5
290:14 304:16,18
306:15 311:17,21
311:22,24,25
312:9,11,13,15
**emails** 312:8
**embedded** 46:17
104:25 108:11
122:16 217:10
**emerge** 203:6
**emergencies** 96:22
**emergency** 36:19
36:19,23 37:5,8
37:11,15,20 49:8

49:11,15,19,21
50:2,5,14 52:5,6
75:8 111:13,14,15
111:17 136:16
137:2 144:11,20
144:22 205:7,13
206:5,19 230:21
232:2,6 284:22
**employed** 194:18
329:14
**employee** 181:25
**employees** 35:3
49:3 74:4 79:5
81:18 106:11
108:11,15 110:4
180:23 216:2
274:18,25 275:10
275:15,15 276:12
277:23 280:7,11
**employer** 145:25
**employers** 140:24
**employment**
111:10 129:23
130:3 215:16
218:17 316:16
318:7,20
**ems** 91:19 96:20
**encourage** 56:2
168:15,17 198:22
199:13
**encouraged** 220:20
**endeavor** 206:8
**endeavored** 157:18
**ended** 311:4
**ends** 122:12
**enforcement**
165:17 166:13
218:23
**engage** 133:4
**engaged** 27:25 29:4
70:20,24 164:15
170:3 171:13,19
252:15
**engagement** 219:22
**enhancements** 96:7
**enjoyment** 96:15
**ensure** 63:11 224:7

**entail** 59:3,16
62:13
**entailed** 126:12
**entails** 15:8 59:17
**enterprise** 168:11
**entire** 45:18 152:2
164:25
**entities** 18:22 20:8
33:22 34:15,22
35:20 170:2,6,19
172:21 173:4,5,9
173:15
**entitled** 217:16
229:6
**entries** 39:24
**equal** 79:2 181:24
291:14 300:8
**eric** 83:16
**ernst** 7:17 28:24
45:25 52:8 58:25
82:24 84:25 86:2
86:3,7,8,11,14,19
87:6 125:8 128:6
128:9,15 231:15
231:18 233:14
283:7 297:13
305:4,9,11,14,16
305:19 306:3,6
309:8,9 319:5,10
**erp** 45:9 70:10
72:17
**especially** 127:13
203:24 212:8
**esq** 2:4,13,14,15
3:2,11 4:2,16 5:2
**established** 271:6
**establishing** 59:25
**establishment**
283:3
**estate** 196:14
300:12,19,21,24
**estimate** 80:8 88:18
137:17,20 150:3
150:13,20 243:19
258:4 280:23
281:3 304:8
**estimates** 138:9

305:11,13 307:12
308:8,15,17
**estimation** 150:10
**estimation** 125:5
137:22 242:16,19
242:23,25 243:14
288:7 317:19
**estimator** 243:21
**evaluate** 308:16
**evaluating** 282:15
282:16
**evaluations** 128:9
**evankos** 191:6,7
**event** 177:4,9
**events** 40:18
**everybody** 257:11
**everyones** 281:8
**evidence** 253:25
**exact** 61:9 92:9
124:5 143:14
156:17 179:12
183:18 193:22
240:2 261:20
287:5 322:14
**exactly** 11:15 24:12
85:22 88:10,25
112:16 124:6
147:13,16 204:21
206:12 209:22,22
256:9 291:20
306:5
**examination** 11:3
**examined** 10:24
25:11
**example** 25:18
26:19 27:6 43:24
74:11 222:20
236:9 311:7
**examples** 72:9
73:23 74:2 91:16
96:9 113:23
114:10,11 227:9
**excess** 122:15
254:19 299:18
**exchange** 286:10
**excited** 276:12
**exclusive** 313:17

**excuse** 293:20
**execute** 77:23 78:4
**executing** 233:12
**execution** 59:18
232:22 233:7,9
**executive** 15:23
204:23
**exempt** 155:10,18
**exemption** 168:13
168:16 169:3,8
**exemptions** 168:5
168:16 169:14,19
169:21,23 264:19
264:20,24 265:5
266:12,15
**exerted** 314:5
324:22
**exhibit** 6:12 58:9
58:11 85:10
128:23 196:3,6
206:22 207:2
213:25 214:5
229:2,6 230:24
231:4 239:5,8
241:21,25 244:6,8
244:21 251:25
252:4,5,7 253:18
255:22,25 262:24
263:4 283:6,8,21
283:24 286:3,7
288:25 289:5
290:14,15 294:9
294:10 295:5,9
302:25 303:5
304:12,16 309:12
309:16,21,25
310:3,4,18 311:3
311:7 315:2,6
320:5,9,18,18,21
327:8
**exist** 44:15,23 60:4
60:5,8 116:21
160:23 259:14,17
280:4
**existed** 60:7 243:6
302:2,4
**existing** 29:16

103:16 119:14
277:23
**exists** 232:23
**exiting** 210:8
**expand** 172:8
**expats** 131:2
**expect** 40:23 64:15
103:23 105:2,8,15
105:22 111:16
119:23 124:10
145:16 213:14,21
251:15 308:3
**expectation** 64:7
89:6
**expected** 49:22
96:22 137:8
141:14 145:15
323:10
**expend** 288:15
**expended** 75:11,17
249:8
**expenditure** 74:17
121:4 123:6
**expenditures** 66:17
67:21 79:16,19,20
79:23,25 80:6,13
80:25 81:23 82:14
82:18 83:4 98:23
99:5,9 100:12,19
119:7,24 122:10
137:21 177:25
178:4 323:4,9
325:7
**expense** 79:9 100:5
**expenses** 75:25
78:10 100:8 177:8
202:11,19 295:24
298:12,13
**experience** 17:23
18:17 20:7 31:20
166:7,19,20
192:10 193:4
312:21 314:8
**experienced** 193:10
**experiences** 15:17
15:19,21 17:7,10
**expert** 6:14 13:21

14:13,14,17,24
15:4,8,10,12
16:17,25 17:7,23
18:7,25 19:4,7,10
19:13,16,17,19,22
19:25 20:4,13,14
21:3,6,18 58:7,14
84:24 87:10
125:10 304:4
314:22,24 325:22
325:24
**expertise** 16:5
17:25 18:11,15,20
211:22
**experts** 17:11,14,16
18:8,10,12
**expiration** 248:12
250:9
**expire** 247:24
**expires** 249:14
250:12,25
**expiring** 27:7
**explain** 16:16
24:11 86:2,6,13
87:6 91:12 92:5,7
140:25 141:3
142:5 295:14
306:5,7,13
**explanation** 259:22
314:18
**explorations**
125:25
**explored** 53:23
**exploring** 242:14
**express** 226:11
**expressed** 110:20
125:13,23 126:3
294:21
**extend** 248:2
**extending** 247:17
**extension** 263:18
263:22 264:4
**extensions** 248:10
248:14,18 251:17
**extent** 162:12
259:3 267:3
298:12 299:23

**ey** 61:21 231:8,15
232:21 304:18
305:21

**F**

**f** 328:3
**fab** 304:25
**fabric** 107:3
**faced** 192:15
203:23,25
**facilities** 270:9,14
**facing** 136:20,23
151:13
**fact** 116:24 117:13
163:3 193:21,23
197:24
**factor** 69:16,18,19
107:22 166:9
188:10 216:4
**factors** 23:4,8,9,11
23:12 68:21,22
69:11,15 83:22
92:8 97:2 105:16
116:13 129:21
132:6,9 135:2
150:14 165:22
166:3,6 188:18
193:20 194:8
202:4,6,8 238:20
243:16 293:16
**facts** 8:13 315:6,16
315:23,24,24
**fail** 26:24
**fair** 12:13,14,15
17:22 25:9 30:14
30:18,18 36:18,22
38:21 55:17 63:20
85:25 87:5,8
129:20 144:8
211:25 255:11
314:21
**fairly** 303:14 325:4
**fall** 65:23 112:5,7
250:23
**falling** 207:18
**familiar** 174:3,4
223:13 256:4

283:17
**family** 58:3,5 317:2
**far** 13:21 47:8,10
47:12 73:2 114:3
151:18 154:9
158:2 167:13
248:11 302:10
**fares** 299:13,16
**fascinating** 310:12
**fear** 97:3
**feasible** 235:22
**features** 226:5
**fed** 6:17 207:2
**federal** 11:23,25
20:9 25:18 27:6
29:6,19 30:3,14
30:21 31:3 32:3,6
171:19,25 172:12
172:20 173:8,14
173:15 179:6,10
179:19 180:6,9,11
180:18 202:18,20
202:25 204:2
207:7 214:6
246:23,25 247:3,6
247:13,15,22,25
248:4,8,9,16,17
248:19 249:18
250:2,15 251:15
252:9,12,14,17,20
253:4,12 258:8
**feds** 251:9 258:14
**feel** 18:15 307:24
318:19
**fees** 160:2,4 195:10
195:14,18,18,19
195:22,25 200:18
273:19 274:3,6,7
274:9,12,20
**feiden** 4:4 10:4,4
**fewer** 216:2
**fgic** 10:21
**field** 87:10
**figure** 18:9 92:11
179:14 248:21
263:21 316:5,11
316:12 317:9

**figures** 51:22 91:4
91:21 317:14,18
317:20,23 319:7
**figuring** 83:4
**file** 141:14 245:2,6
**filed** 14:24 40:21
40:23
**filing** 142:12,13
192:23 240:24
**fill** 234:13
**filled** 108:21,24
253:8
**final** 230:3 287:11
**finance** 6:21 58:22
60:22 71:2 86:10
150:11 164:24
210:20,23 253:21
253:22 281:14
320:15,17 321:23
**financial** 4:20
15:25 16:4,4,7,10
18:22,23 33:13
34:6 38:16,16,22
39:3,6,8,9,18 40:2
40:5,12 41:2,6,8
41:10,14,21,23,25
42:3,11,12,20,21
45:8,14 46:2,5
50:10 58:24 59:15
59:21,22,25 60:8
60:16,20,23,25
61:7,11,14,18,19
62:5,25 63:6
69:21,25 70:11
72:17 75:9 94:19
95:10 96:11 107:3
112:13 113:3
120:5,8,17,25
121:12 122:10,12
151:13,23,25
152:7,10,12,13,14
152:15 153:5,11
153:23 193:4,10
194:24 207:19
208:6,9 210:8
215:3,11 216:6,11
216:21,23 217:13

221:17 222:2
226:12,13 243:8
245:2,7 273:10
278:22 288:2
313:6 329:15
**financially** 6:19
114:25
**find** 78:24 90:8
102:9 106:10
181:9 263:10
274:17 275:14
286:21 291:8
**finding** 42:9 265:3
**fine** 76:18 84:9
197:14 214:16
245:16,18 277:9
**fines** 200:19
**finish** 63:21 98:20
156:11 197:15,22
245:14
**fire** 9:23 72:12,12
75:8,12 91:18
96:20
**fired** 276:19 292:15
**first** 10:23 15:13
77:14 93:6 125:2
125:2 185:20
207:15 209:3
212:24 217:7
219:15,15,20
239:9 247:11
256:7,8 263:16
264:7 286:15
294:13 303:11
**fiscal** 6:15 17:24
30:22 31:4,13,25
32:5 33:17 34:16
69:5 79:13 116:18
117:13,22 118:21
119:13 134:5
136:5,20,23 137:8
138:7 152:16
192:16,20 193:16
193:16,19,20,25
194:7,10,13,16,19
195:3,9,15,24
196:6 200:5,8

201:13,25 202:5
203:6,11,15,23,25
204:6,11,22
205:15,21 207:17
208:2,5,8,16,22
208:25 209:25
210:15 211:4
212:4 216:14
244:3,17 246:4,6
247:7 252:11
259:7 301:12,16
314:19,22,25
**fit** 18:9
**five** 57:15 205:9
**fix** 228:6
**fixed** 217:12
**fixing** 218:4
**flaws** 25:11
**fleet** 91:19 270:9,14
271:7,11,16,17,21
272:2,6,9
**flip** 311:21
**floor** 2:6 9:17
**flow** 298:7
**flows** 210:21,22
**focus** 288:5,7
**focused** 233:25
**focusing** 106:23
**follow** 266:3
267:11 292:6
**following** 150:14
210:2
**follows** 10:25
**footage** 292:5
**footnote** 88:5
**forbidding** 267:5
**force** 204:15,17
274:11
**forces** 242:5 243:3
244:2,17
**ford** 33:24 36:4
**forecast** 21:20,23
22:4,7,9,13,22
28:25 79:16,21
80:5,7,10,12,14
80:17,24 81:9,13
81:15,16,17 82:14

82:17 83:3,7,16
88:19 107:24
125:4,9 128:15,19
135:9 137:20
138:12,13 171:11
177:8 231:9,18
234:3 258:21
319:5
**forecasted** 79:20
138:21
**forecasting** 20:15
22:2,19 23:8 79:9
79:22 80:4,18,20
80:21 81:22 84:2
87:25 171:5 242:6
243:4
**forecasts** 20:22,24
75:24 77:16 79:18
79:24 80:2 81:5,7
82:20,22,25 85:4
124:18,19,23
128:6,9,12 138:2
138:21 171:9
308:9 319:4
**foreclosed** 274:8
**foreclosure** 266:24
274:12
**foregoing** 328:7
329:7,9
**foremost** 15:13
**foreseeable** 63:23
64:6
**forget** 60:14 198:5
287:5
**forgetting** 165:16
**form** 56:5 120:10
121:3 123:5 141:5
276:5 302:6
**formal** 65:4,8,9,10
65:13 103:8
154:15
**format** 322:23
323:7,8,11
**forms** 139:24 140:4
140:8
**formula** 134:24
135:3

**forprofit** 201:5,9
**forth** 85:10 140:8
243:11
**forward** 28:11
62:15 72:8 74:5
100:4 106:3 109:4
110:22 116:12
124:11 144:10
167:25 220:15
221:3,7 228:23
232:25 233:21
230:8 242:18
**found** 168:25 291:7
291:11
**foundation** 24:19
33:24,24,25 34:2
36:4,6
**foundations** 33:20
36:5 170:16
252:24
**four** 83:11
**fourth** 227:20
**fourthamended**
85:2
**fox** 231:25 232:2
283:25
**foxs** 284:20
**frame** 64:4
**frames** 64:12
**frank** 2:4 9:21
**fraudulent** 254:8
254:13 255:6,12
255:18
**free** 212:3 256:20
307:24
**freed** 257:21
**frequently** 37:15
223:16,19
**friday** 1:17 9:3,10
57:16,21
**friedman** 2:15 10:8
10:8
**front** 102:5 197:24
207:4 244:12
**full** 175:15,17
**fully** 216:25
**function** 54:23 67:5

112:20 134:23,24
164:24 165:2
222:11,21,21
224:6 225:4,5
238:22 240:20
273:21 295:23,24
**functions** 52:11
54:20 58:17 60:23
184:12 200:22
202:7
**fund** 27:20 83:24
88:7,17 89:21
112:14 119:19
175:20 177:23
178:11,14,15
182:24 184:16
208:3 256:21
257:21 293:10
295:21 296:4
298:8,15,16,18,25
299:2,6 300:2
**funded** 24:19 34:25
36:3,5 113:7,14
113:16,17,18
212:15
**funding** 28:6,8,10
34:18,20 35:11,25
36:14 66:21,25
67:11 72:15 73:9
74:21,22 75:2,4
77:7,18 96:16
113:20 114:4,12
114:19,20 115:25
116:3 161:23
172:17,18 179:23
180:3 257:25
258:8 291:7,8,10
293:3 325:14
**funds** 25:22 26:4
26:10,25 27:5
34:15 35:2 36:8
58:22 71:22,23,25
72:5,21 73:3,6,12
73:16 74:16,18
75:11,15 112:23
177:17,20 178:3,5
182:24 183:5,9

184:15,20 248:12
250:12 290:21,24
293:6 324:20,20
**funk** 4:16 10:20,20
**further** 49:2,5 50:6
107:23 217:19,20
237:12 269:9,11
272:16 293:13
297:8
**future** 49:23 50:6
50:24 51:23 63:23
67:22 68:17 71:14
78:13 89:6,11
103:13 104:2
107:2,6 119:17
122:21 123:21,23
134:19,21 164:17
167:25 170:21
172:6 173:10
178:21 179:3,7,7
209:25 210:16
211:5 240:9,11,16
276:12,15

**G**
**g** 8:2
**gail** 1:18 9:15 329:4
329:20
**gambling** 23:5
**gao** 16:13 313:8
**gaos** 16:2
**gary** 52:4 254:6
271:19
**geared** 205:21
**general** 9:22 17:2
48:8 69:17 76:9
77:4 83:24 88:17
88:23 89:21
126:21 130:13
131:25 156:21
175:20 177:23
178:10,14,15
180:2 184:16
276:3 295:21
296:4 298:8 299:5
300:2 317:13,16
317:17

**generally** 86:8
168:16 190:16
295:23
**generate** 56:16
148:7
**generated** 184:3
199:16 298:11
323:10
**geoff** 10:12
**geoffrey** 2:13
**getting** 30:21 31:12
72:12 159:13
208:12 232:5
252:22 263:17,22
264:4,18
**giacocoa** 247:10
**giannotti** 8:3
**gina** 247:9,11
**give** 29:13 42:7
72:9 73:23,25
122:24 123:10,18
124:20 127:23
134:2 152:7,11
156:20 174:13
175:5 178:25
179:2,4,6 193:9
212:2,20 253:5
258:25 259:21
281:9 289:9 304:8
**given** 14:9 38:15
105:16 153:3
163:2 172:20
179:10 284:24
**gives** 91:15 173:9
**giving** 123:19
238:25
**go** 12:8 16:18,24
23:8 30:9,10
39:12 42:6 58:10
72:7 74:5 111:19
118:23 122:11
124:2 129:11,13
141:6 148:18
153:15 161:3
173:15 184:15
206:5 210:19
213:4 218:14

232:21 237:2
238:14 252:9
266:24 270:12
274:9 277:12
278:23 280:5,9,13
280:24 281:5,17
282:6 284:10
298:23 306:14
326:17
**goals** 161:11,12
220:18
**goes** 87:4 103:12
110:14 205:24
254:6
**going** 5:2 10:17,17
13:4 28:10 45:13
55:18 62:22 73:6
74:6,10 84:10
97:25 100:4 104:3
106:3 109:4 112:2
115:16 116:7,12
117:22,24 118:9
118:13,19 119:5
121:9 123:12,21
123:24 124:6
135:10 146:13
147:14 154:3
158:9 161:19
164:25 167:25
176:18 182:18
201:10 206:16,25
212:21,23 213:10
214:4,4 215:17
217:21 218:19
219:17 221:2,4,9
225:13 230:10,13
231:3 232:17,18
232:19,20 235:7
241:18 242:24
243:10 244:5
245:19 246:22
249:7 250:11
251:16 252:4,19
255:25 258:25
262:23 271:18,22
275:18 277:11
281:12,18 283:6

285:24,25 288:8
289:4 299:13
301:4 303:4
304:15 308:16
309:15,24 314:16
321:24 326:6,9
327:16
**good** 11:5,6 17:4
63:11 109:15
221:19 238:13
275:24 306:17
307:6 326:3
**gotshal** 4:17 10:21
**gotten** 27:23
223:20 258:19
265:6 268:4
318:17
**government** 18:21
20:4,5,9 25:18
27:6 29:20 30:3
30:15,22 32:3,6
75:18 171:19
172:12,20 173:9
179:6,10,19
193:14 195:6
200:21 202:18,21
203:2 204:2 205:2
215:8,10,16,22,25
216:3 228:15,20
234:20 235:2,4,7
235:17,19 247:3,6
247:13,16,22
248:2,5,8,10,16
248:19 249:19
250:2,15 251:16
252:10,12,15,17
252:20 253:4,13
258:8 271:19
324:25
**governments** 31:3
105:3 322:24
**governor** 36:21
37:3 144:11
146:10,13,23
**governors** 144:17
144:18
**grant** 2:6 25:10,16

25:22 26:3 27:14
28:2,4 30:4 50:19
72:18 88:7 172:17
179:23 180:2
247:23 248:4,12
249:4,7,13,14,17
249:21 250:11
251:16,17 252:15
258:13,14
**grants** 20:4,6,8
24:19 25:5,5,7,12
25:15,19 26:10,15
26:17,24 27:5,7
27:10,14,17,19,24
28:6,8,10,19,22
28:23 29:4,7,10
29:12,16 30:9,12
34:3,23,24 35:22
35:25 36:10 38:18
49:20 50:17 61:23
61:24 62:6,8,10
62:11 67:2 70:18
72:18 128:2
170:15 171:24
172:4,7,9,19,25
173:3,8,15 177:22
178:12 179:24
180:9 247:17,18
247:24 248:3,10
248:17,24 249:5
249:25 250:4,7,9
250:9,10,14,23,24
250:25 251:4,16
251:17 253:15
259:2 264:2,3
279:20,21 280:2
295:16,19,20
**graves** 246:15
247:3,8
**great** 190:11
**greater** 119:24
121:5 146:4 202:4
202:20 217:17,22
258:5
**greg** 230:23
**group** 83:20 304:19
305:6,12,20,22

308:20
**groups** 133:7 221:2
**grow** 171:2
**growth** 22:4 69:16
109:9 134:6 137:9
170:12 171:5
**guadagnino** 2:4
9:21,21
**guarantee** 3:15
123:10 221:8,11
**guaranty** 4:9,20
9:25
**guard** 226:18
**guess** 76:13,22
152:9 175:21
191:5 224:7
230:2 285:13,14
285:15,20,24,25
303:23
**guidance** 76:16
**guidelines** 264:12
**guys** 245:11

**H**
**h** 6:9
**hadnt** 229:20
**hampshire** 4:6
**hand** 206:25 214:4
229:5 231:3
238:24 241:24
244:5 252:4
255:25 283:6
286:6 290:13
294:8 303:4
304:15 309:15,24
315:5 320:8
**handle** 297:10
324:14
**happen** 51:12
68:17,19,24 69:2
112:8 122:10
138:13,15 160:7
220:6 282:12,18
282:21 308:3
**happened** 175:3,6
197:6 322:20,21
**happening** 44:8

191:15 260:6
318:20
**happens** 69:17,18
121:10
**happy** 163:4
**hard** 235:17 236:23
263:10 307:21
322:13 323:6
**harder** 107:23
**hardest** 183:5,9
**hardship** 264:18,20
264:24 265:4
266:11,15
**hasnt** 41:13 50:23
76:25 92:15 97:22
111:5 177:7
186:13 224:3
246:19 258:19
301:20 318:3,4
**havent** 33:6 84:19
107:8 114:18
115:18 122:6
128:18,18,20
132:2 143:12,12
149:19 157:18
166:23 167:4
169:4,5 179:16
190:10 191:5,12
191:24 192:6
194:9 205:16
215:24 217:12
238:3,10 265:6
283:19 312:21
315:13 319:2,17
326:12,22 327:3
**head** 74:14 190:12
253:21
**heads** 294:3 322:9
323:18
**health** 18:25
116:18 117:13,23
118:21 119:13,16
120:5,8,18,25
121:12
**heard** 11:7 136:4,8
173:17 266:21,22
267:2 285:5

**hearing** 76:23
**hearings** 13:25
**help** 28:15 31:4
33:16,20 34:15
40:9 50:18 71:16
74:4 81:18 96:17
96:20,23 106:7,20
107:4 110:21
133:10 141:10
142:9,10 145:2,6
164:20,22 165:3
171:14 182:24
184:12 211:13,19
211:22 212:10
213:8,12 241:2
246:18 251:9
252:11 265:24
283:4 321:11
**helped** 16:10 203:6
212:19 218:12
**helpful** 248:20
252:23
**helping** 31:12
45:25 46:9 54:24
93:14 108:19
133:8 212:24
252:17,21
**helps** 282:11,18
**hes** 84:4 87:11
97:23,24 104:6
197:21 246:17,19
246:21,21 253:22
287:5
**high** 31:15 38:17
109:21 168:4
193:12 207:20,24
289:19
**higher** 100:21,22
101:2,5 113:7,15
113:18 117:2
145:15 156:15,16
164:7,10 182:9
188:8,15,15 189:2
189:3,6,7 190:2,4
190:6 199:5
233:20 234:16
279:9 292:18

**highest** 31:2,19,21
168:2
**highlighted** 310:9
**highlighting**
310:11
**highprofile** 218:9
218:14,18
**highquality** 108:8
109:5,14,18
**hill** 1:1,13 2:1,5 3:1
4:1 5:1 6:1,4,14
7:1 8:1 9:1,7,22
10:1,23 11:1,5
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1,17 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1

114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1,9
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1,3
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
189:20 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
206:1 207:1,15
208:1 209:1,24
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1,25
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
229:25 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1

246:1,2 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
260:1 261:1 262:1
263:1 264:1 265:1
266:1 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1
278:1 279:1 280:1
281:1 282:1 283:1
284:1 285:1 286:1
287:1 288:1 289:1
290:1 291:1 292:1
293:1 294:1 295:1
296:1 297:1 298:1
299:1 300:1 301:1
301:10 302:1
303:1 304:1 305:1
306:1 307:1 308:1
309:1 310:1,17
311:1,17 312:1
313:1 314:1 315:1
316:1 317:1 318:1
319:1 320:1 321:1
322:1 323:1 324:1
325:1 326:1 327:1
327:16 328:1,12
329:1
**hill1** 6:14 58:11
**hill10** 7:10 251:25
**hill11** 7:12 255:22
**hill12** 7:15 263:4
**hill13** 7:17 283:8
**hill14** 7:19 283:21
**hill15** 7:21 286:3
**hill16** 7:22 288:25
**hill17** 7:24 290:15
**hill18** 8:2 294:10
**hill19** 8:5 295:5
**hill2** 6:15 196:3
**hill20** 8:7 302:25
**hill21** 8:9 304:12
**hill22** 8:11 309:12
**hill23** 8:12 309:21

**hill24** 8:13 315:2
**hill25** 8:15 320:5
**hill3** 6:17 206:22
**hill4** 6:18 213:25
**hill5** 6:21 229:2
**hill6** 7:2 230:24
**hill7** 7:4 239:5
**hill8** 7:6 241:21
**hill9** 7:8 244:8
**hillgroup** 312:2
**hint** 313:5
**hire** 93:12 109:5
  110:4 232:24
  278:17 279:22
**hired** 71:17,17
  93:15
**hiring** 35:7 70:25
  110:14 165:3
  179:23 278:18
**historic** 93:17
  296:19
**historical** 164:12
  297:9
**historically** 25:15
  27:13,19 244:16
  292:18
**history** 84:3,5
  232:10
**hit** 183:5,9 244:24
**hold** 134:9 268:24
  287:7
**holding** 18:24 19:3
  19:6,9,12,15,18
  19:21,24 20:3,12
  21:2,5,17
**homestead** 168:13
  168:15,16 169:2,7
**hon** 1:9
**hope** 28:5 62:10
  140:20 213:14
**hopefully** 278:2
**hoping** 272:15
**horizon** 107:18
**hospital** 201:4,5,7
**hospitals** 195:11
  200:24 201:8,9,12
  201:21

**hours** 304:10
**housing** 319:12
**houston** 4:19
**howze** 251:12
**hr** 74:4,6 108:20,25
**hris** 75:10
**huge** 211:14
**human** 70:12
  221:18 277:14
  282:14 325:16
**hundred** 74:24
**hundreds** 92:14,19
  152:5

---

**I**
**id** 18:10 47:17 86:3
  102:4 106:13
  122:23 132:8
  143:6,7 144:4
  148:18,23,23
  152:6 153:15
  156:18 176:2
  179:15 183:17
  222:6 239:17
  258:22 272:5,11
  273:24 317:10
**idea** 52:17 111:3
  112:3 156:14,16
  156:20 238:13
  250:20 255:17
  260:14 275:9
  280:18 285:11
  290:20 302:19,20
  307:7
**ideas** 228:16
**identical** 314:17
**identification** 8:7
  58:12 196:4
  206:23 214:2
  229:3 230:25
  239:6 241:22
  244:9 252:2
  255:23 263:5
  283:9,22 286:4
  289:2 290:16
  294:11 295:6
  303:2 304:13

  309:13,22 315:3
  320:6
**identified** 67:14,25
  101:18,18 115:18
  172:18 194:9
  278:19 313:5,8
**identify** 30:12
  32:12 99:3 115:10
  141:12 142:11
  145:8,19 254:8
  267:11 274:24
  277:9 278:2
  291:20,20 301:10
  301:23 302:3,5
**identifying** 264:12
**ii** 257:7
**ill** 18:14 21:5 42:7
  73:25 118:23
  143:20 185:20
  217:11 227:23
  230:6 238:24
  241:25 277:2
  295:9 320:8
**illinois** 3:14
**im** 13:4,23 17:13
  18:8 19:2,5,8,11
  21:16,19 24:12
  34:2 37:24 42:5
  46:18 47:10,12
  49:17 53:6 56:14
  56:20 57:15,20
  61:4,5 70:7,8,9,15
  70:19 76:3,13,15
  76:19,20 77:19
  82:24,25 85:22
  86:6 94:16 106:23
  115:9 116:5 117:8
  118:6,7 124:2
  125:2,3,10 131:25
  134:9 140:15
  144:6 146:22
  149:25 150:7
  151:2 152:9
  154:19 156:12
  158:4,20 160:3,12
  160:12,13 167:20
  169:12,20 171:16

  173:21 174:2
  176:5,8 182:12,12
  196:25 197:4,7
  198:4,4 201:10
  206:3,4,25 214:4
  214:4,21 216:23
  217:20 220:16
  227:22 230:8,20
  231:3 234:7
  237:24 238:25
  241:5,20 244:5,23
  247:9 252:4
  253:10 255:25
  256:23 257:4
  262:23 263:21
  271:19 275:7
  277:10 281:23
  283:2,6,16,16
  284:19 289:4
  303:4 304:15
  309:15,24 311:20
  314:24 316:24
  318:5 319:18
  326:23
**imagine** 105:6
**immediate** 54:9
  314:4
**immediately**
  313:18
**impact** 49:22 50:2
  50:5,11 69:12,20
  77:22 78:10,11,20
  79:5 80:19 81:3,4
  83:22 94:22 95:3
  95:10,15,17,22
  97:4 98:13,21,22
  99:4,5 104:18
  105:10,19 117:22
  121:11 149:17,18
  149:20 168:19,24
  171:3 172:2,5
  184:14 202:4
  208:25 217:9
  218:19,20 226:9
  226:12,13 228:23
  238:5 314:4
**impacted** 78:5

**impacting** 103:21
**impacts** 115:22
**impair** 273:20
**implement** 38:16
  54:24 63:19 64:17
  64:21 77:18 78:21
  102:16,18 106:8
  108:2,8,19,23
  109:6 139:3 146:5
  232:25 233:20
  287:17 322:5
  324:15
**implementation**
  36:4 38:4 50:10
  59:6 61:19 62:20
  63:14,22 64:8,12
  64:18 65:5,7,11
  65:14,20 66:3,6,8
  70:10 72:18 73:10
  101:19 106:6
  107:7,11,13 109:4
  109:11 110:2
  116:2,8 124:16
  126:9 127:14,18
  140:2 144:10
  209:6,16,20
  227:19 228:3,9,13
  235:5,11 277:15
  281:24 319:24
  321:12,15 322:16
  325:16
**implemented** 38:19
  50:24 64:4,20,25
  77:9 81:11 144:4
  208:16 216:25
  217:2,3,7 226:15
  242:20 267:10
  280:14 318:4
**implementing**
  46:18 54:24 63:16
  69:24 126:16
  167:11 192:19
  217:5 221:10
  233:18
**implements** 259:11
**important** 62:24
  63:5 87:20,23,24

106:19 144:13,23
145:4,10 162:21
167:22,24 212:16
220:10 282:4
**impose** 157:8,13
159:22,25
**imposed** 32:22
199:12
**imposing** 149:7
158:3,5
**impression** 276:4
**improperly** 169:2,7
265:4
**improve** 25:7 28:2
28:16,21 30:16,22
31:25 32:4 33:17
34:6 60:23 62:7
62:11 63:6 71:8
71:24 94:4 95:21
95:24 96:21,23
106:20 113:3
129:24 130:19
138:20 141:10
145:6,7,15 165:7
167:10,21 170:12
182:15 184:12
203:10 209:24
210:15 212:3
218:24 247:7
259:6 269:19
272:2,15,21 274:3
292:10,12
**improved** 49:8,14
49:18 93:22,25
203:15 211:4
318:8
**improvement**
49:10 282:13
316:15,15
**improvements** 34:9
75:6 138:6 163:13
**improves** 129:10
**improving** 28:4
50:3 59:22 62:6
62:10 130:4,7
138:23 173:3
206:13 211:23

274:5
**inability** 208:11
**incentives** 131:5
**incidents** 193:12
**inclined** 290:19
**include** 47:14 51:9
89:5,7 96:16
200:5 259:23
**included** 26:21
28:13,24 73:17,18
73:19 99:12 101:6
101:13 153:11
282:12 308:11
318:13
**includes** 59:20,21
65:9
**including** 166:4
274:6 319:4
**income** 22:7,9
23:10 56:17 95:20
129:2,10,12,18
134:6,17 138:7,20
140:18,23 141:6
141:23 142:7,21
143:2 146:11,16
147:6,10,11,19,21
147:24 148:3,6,11
148:13 158:13,15
158:18 159:12
163:17,20,21,23
164:3,8,13,24
166:4 167:2
168:20 182:9
185:10,16,18,23
186:4,9,11,14,19
186:24 188:8,14
188:16 189:2
190:2,4 200:17
239:11,15,21,24
240:24 265:13
268:12
**incomes** 78:16
**inconsistent** 159:4
**incorporate** 46:25
**incorporated**
226:14,23 258:20
**increase** 28:5,7

32:8 33:10 46:11
46:15,22 47:2,8
47:20 49:14 51:15
54:13,21 55:2,5
55:10,20 56:3
68:3 70:21 71:13
71:16 78:13,15,16
78:23 90:24 94:8
94:11,24 95:6,9
95:25 96:17 99:9
99:18,23 100:7
122:2,21 123:2
132:3,10,13
133:18 134:22
135:21 139:4
140:18 144:13
145:2 147:11,20
148:11,16,21
149:3 159:2,9,12
159:16 164:16
167:22 168:2
170:21 174:21,25
181:5,8,13,15,22
185:10,16,17,22
186:3,9,14,15,19
186:24 187:3,7,17
187:22 190:8
195:10,13,22
196:13 205:23
206:3,15 213:15
241:7 259:24
260:3,11 284:9
286:13,22 289:15
294:16 296:17
297:12,14 299:9
299:13,16 300:9
**increased** 28:10
48:15 78:3 100:14
127:9 148:7 159:7
174:8 195:18,25
196:19 197:9
201:12 234:12
265:19 284:16
285:2 293:21
296:13 299:24
300:20,22 319:13
**increases** 77:22

78:19 135:25
187:11 190:15
194:23,24 201:24
213:22 323:13,19
323:23
**increasing** 32:13
48:22 50:25 51:17
79:2,3 94:20
95:15 134:19
144:24 148:13
149:5,20 158:22
159:4,10 168:19
170:20 172:22
173:11 175:15,24
190:7 259:25
261:7 297:18
300:13,16
**incredible** 220:13
**incremental** 27:10
145:11 250:18
**incubated** 317:4
**incubation** 170:9
**incubator** 316:25
**independence**
224:22
**independent**
222:11,20 224:6
224:12 225:7,9,16
226:4 242:5,13
243:21,24,25
**independently**
225:4
**indicated** 77:10
154:23 231:18
254:7 261:2
293:19
**indicating** 142:25
**indirect** 28:15
**indirectly** 184:9,13
**individual** 16:21
65:16 228:9
230:22
**individuals** 95:19
219:4
**inefficiency** 299:19
**inevitable** 219:23
**inflate** 78:7

**inflation** 21:23
77:21 78:6,7,9,13
202:20
**influence** 68:21,22
305:20 307:22
**inform** 321:11
322:5
**information** 19:22
106:21,22 107:5
125:10 151:17
152:14 157:22
179:2 212:16
217:4,5 221:18
277:15 282:14
309:18 310:7
320:19 321:2
**informed** 256:9
**infrastructure**
35:14 216:17
252:25 300:6
**ingham** 1:18
329:4,20
**inhouse** 71:6
**initial** 36:3 72:16
87:2 134:5 293:14
323:16
**initially** 126:10
324:9
**initiated** 267:24
**initiative** 70:19
103:10 108:14
144:19 145:8,19
145:22 146:3,7
210:19
**initiatives** 47:14,19
47:24,25 48:5,9
48:11,12,13,14
50:23 62:16,17,21
63:2,9,22 64:3,13
64:24 65:19 70:5
72:14 77:6,7,24
78:5,22 85:21
90:23 94:8,18,24
95:5,8,24 96:2
97:19 103:20
105:10 108:13
126:12,14 139:2,7

145:14 180:2
209:14,16,21
232:11,17,18
269:17,18,19
270:2,3,5 280:22
286:11,21 287:19
287:22 288:21
322:17 323:3,14
326:21,23 327:2,3
**innovative** 269:4
**input** 40:6 230:20
278:24,25
**inputting** 279:10
**inside** 71:11
**inspections** 91:19
**instance** 32:12
80:23 96:13
208:13 211:14
217:11 222:25
252:20
**instances** 71:18
174:7,10,11 175:6
175:22 176:5,7
**institute** 6:15
**instituting** 106:25
**instrumental**
108:18 252:21
**insufficient** 297:10
**insurance** 4:21
273:8,15
**integrity** 288:11
**intended** 54:25
95:6
**intent** 62:9 213:22
**intention** 102:18
**interact** 37:14
315:11
**interaction** 315:13
**interest** 110:21
329:15
**interested** 110:10
197:4,7 198:4
**interim** 253:22
**internal** 42:11 43:9
43:12,16,17,19
44:4,11,13,17,21
44:22,24 45:4,6

**internally** 127:12
**interrupt** 124:3
**introduce** 9:18
262:12
**introduced** 262:2
**investigated** 114:18
157:7,10,12 158:3
158:7,17,22 169:6
**investigation** 167:5
167:14 169:10
272:2 274:17
**investment** 76:2,2
**investments** 160:22
292:8 315:19
316:3
**invoke** 175:23
**involve** 71:4 203:2
**involved** 20:10
21:9 24:21 30:6
34:8 46:9,14,18
46:21 51:5,7,8
52:2,9 54:4,5
55:19 56:15 62:12
77:19 81:20 82:22
83:25 84:4 92:8
93:21 102:24
126:13 130:22
133:7 135:12,15
135:18 140:3
157:14,17 172:12
172:13 183:2
203:17 219:4,7
238:11 247:4
251:22 270:4
271:15 284:14
285:6 297:17
302:23 309:2,10
309:11 322:16
326:24
**involvement** 13:20
13:24 84:5 320:12
320:14,16
**iphone** 311:21
**irs** 239:11,14
**isnt** 68:7 89:10
147:21 148:2

214:14 235:12
236:5,15 269:25
275:20
**issue** 27:8 31:22
39:23 41:17,19
43:23 119:6,7
151:16 169:4
175:11 231:7
233:25 234:3,6,7
242:15,16 250:10
300:7
**issues** 16:3 17:6
27:17,18 35:14
38:24 39:2,5,14
39:20 40:10 41:18
41:24 42:7,8,9,10
42:15,19 43:2,12
44:8,14 45:6,6
55:3 62:2 151:12
193:14 243:6
244:25 245:5
263:16 278:21
287:9 295:12
303:25 313:10
323:11
**issuing** 42:3
**item** 16:21 63:15
65:17 66:6 120:2
264:9,16,17 266:9
267:11,14,16
268:11,22,24
283:15,15 291:12
292:11 293:13
294:15 295:14
324:5
**items** 18:15 26:21
38:20 48:19,20
54:25 59:23 64:16
64:20 65:10,11,14
65:17,19,23,25
72:6 73:17,17,19
74:2 77:4,19
80:19 89:2 101:24
101:25 122:15
167:7 187:23
194:14 228:10
238:4,5 249:9,23

253:7,10,12,14
269:3 270:16
280:22 286:10,12
288:3 325:12
**ive** 14:22 15:17
17:8 51:7,7 52:13
67:20 110:5,9,11
110:20,22 114:15
120:11 121:4
124:13 127:19
136:8 143:13
149:12 155:22
160:25 161:4
162:23 163:7
165:24 167:17
169:9 176:10
180:9 183:2,11
186:17 206:10
214:5 250:22
266:21 275:20
284:17 285:4
311:23 312:6,9
315:10 325:14
326:18

**J**
**j** 2:4 6:14 85:10
**january** 177:12,18
179:11,20
**jhill** 312:2
**job** 24:9 27:10,13
67:12 68:11 93:9
133:10,14 319:16
326:3
**jobs** 170:4 171:14
171:20 172:2,5
316:8,18,20,21
317:5 318:17,24
**john** 1:1,13 2:1 3:1
4:1 5:1 6:1,4 7:1
8:1 9:1,7 10:1,23
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1

29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1

170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1
244:24 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1,18,19
253:21 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1 278:1
279:1 280:1 281:1
282:1 283:1 284:1
285:1 286:1 287:1
288:1 289:1 290:1
291:1 292:1 293:1
294:1 295:1 296:1
297:1 298:1 299:1
300:1 301:1 302:1
303:1 304:1,17

305:1 306:1 307:1
308:1 309:1 310:1
311:1 312:1 313:1
314:1 315:1 316:1
317:1 318:1 319:1
320:1 321:1 322:1
323:1 324:1 325:1
326:1 327:1,16
328:1,12 329:1
**joint** 102:23
**jointly** 67:19 70:7,9
**jones** 2:16 7:13
  9:11 10:10,12
  57:24
**jpmorgan** 182:14
**jpmorgans** 182:17
**judge** 73:19 93:8
  93:17 321:20
**judges** 52:23 72:7
**judgment** 8:11,12
  309:16,17,20
  310:7,18 321:11
**judgments** 173:24
  173:25 174:7,9,21
  175:2,12,13,14,24
  310:19,21,23,24
  311:2,3
**judicature** 173:18
  173:24 187:14
**july** 1:17 9:3,10
  85:3,12,16,20
  86:18 239:11
  317:8 319:13
**jurisdiction** 313:17
**jurisdictions**
  261:22 265:23

**K**

**k** 3:4 5:2,4
**keep** 28:17 50:19
  54:17,21 250:5
  304:19,22 305:22
  305:25 306:17
**keeping** 95:16
**keeps** 306:18
**kessler** 254:7 255:8
**kevin** 290:4

**kevyn** 23:19,24
  24:3,4,5,7,14,17
  24:20 38:2 54:9
  61:10 102:24
  103:3,13,13 104:4
  146:23 205:11
  231:6 284:23
  302:21
**key** 108:20,22
**keynote** 207:8
**kind** 16:20 35:9
  53:4 62:22 75:7
  76:14,15 133:3,22
  164:19 170:6
  171:23 201:7
  212:11 214:22
  217:10 220:8
  247:21 273:22
  277:10 279:17
  280:10 292:5
  316:21 319:5
**kinds** 130:21 133:9
  133:9
**kirkland** 3:12
**knew** 23:21 24:3,4
  24:7,8,23
**know** 13:4,8,12
  15:15 17:11 18:9
  23:7,24 24:3,4,14
  24:17 29:2,9 30:5
  30:11,13 31:16,21
  32:10 33:2,4,4
  34:10,11,23 35:5
  35:21,21,23 36:7
  39:20 43:4 47:5
  48:25 49:18 51:25
  53:2,21 54:3 56:4
  56:5 61:4,9,9,13
  62:9 64:22,22
  68:8,17 72:10,23
  75:18 76:24 77:12
  79:7 84:3,4 85:17
  85:18,18 86:17,20
  86:20,25 90:5
  91:8 92:14,17
  94:21 102:14
  103:14,15,25

104:4,6,12,15,16
104:20,21 105:14
106:15 107:17
108:25 110:13,24
111:3,25 112:6,6
112:8 113:4,6,17
113:18 114:3,7,10
114:15,16 116:13
120:3 121:15,16
122:17,18 124:22
126:7 128:11
131:17 132:8
133:22,24 135:9
135:23 136:13,15
136:18 142:22
143:12 144:3,17
144:18 146:8,12
146:13 147:2,4,7
147:13,14,16
148:12,13,14
149:4,8,17 150:25
151:4,16,17,18
152:10 153:14
154:18,19 155:15
155:21 156:6,17
156:21 157:4,5,9
157:9,11,16,20
158:6,16,21
159:24 160:13,21
160:24 163:24
165:19,21,21
166:8 169:15,15
169:23 171:17
172:3,16,17
173:20,22,25
174:6,9,14,14,15
174:18,20,23,24
175:3,9,19,22
176:2,3,9,14
177:6,10,11,15,17
177:19 178:2
179:12,13,13,18
179:21,22 180:4,8
180:25 181:3,18
182:19,20,22
183:4,8,13,16,19
183:21,22,24

184:2 185:13,15
190:14,17,21,23
190:25 192:8
193:21,22,24
194:2,4 196:21,22
197:8,8,25 198:10
198:12,14 199:10
201:20,21,22
206:3 209:12
213:18 215:12,13
215:15 216:2
222:6 225:11,13
227:2,5,7,9 228:4
230:13 233:16,17
235:23 236:7
237:3,5 238:2,7
239:17 240:2,9,17
240:22 241:18,18
244:19,20 246:13
246:14 247:12,24
249:20 250:6
251:18,18,19,21
253:6,9,11,16
254:22,23 256:2
256:15,25 257:19
257:23,23 258:18
258:22 260:6,18
260:24 261:20,21
262:4,11,18,18,22
267:2,8,8,9 268:7
269:14 270:6
271:9,14,14,24
272:7,11 274:13
274:16 275:7,13
275:17 277:6,6
279:11 281:12,16
281:18 282:2
284:17,18 285:9
285:10 286:2
292:2,14 293:24
295:4 298:4 299:7
299:7,15,20
300:23,24 301:13
302:2,4,7,8,15,15
302:20,20 303:5
304:24 307:25
309:10,19,25

310:6,10,19,22
311:15 312:18,19
314:20 315:14
316:12,19 317:10
317:13,16,17,18
317:21 318:11,22
320:10 321:5,8,9
322:25 323:23
324:9,16 325:13
326:5,8,14
**knowing** 74:9
208:22
**knowledge** 15:18
20:5 33:3 52:16
54:8 180:5,7
197:5,7 198:5,11
259:3
**knowledgeable**
180:10
**known** 23:19
101:20
**knows** 110:18
152:19 233:17
**kpmg** 41:4,6,16,20
**kpmgs** 41:2,7
**kresge** 33:25
**kristin** 5:2 10:17

**L**

**l** 1:18 4:16
**labeled** 315:16
**lack** 165:17 207:19
208:5,9,24,24
255:20
**laid** 17:6
**land** 30:8,9 183:15
183:17,23 184:4,7
184:11,16,19
185:4 201:19
**languish** 313:10
**lansing** 251:14
**large** 116:9 118:16
118:16 202:9
205:4
**larger** 202:14
**largest** 75:3,4,6
84:17,21 88:16

118:12 202:8
205:2 325:12
**lasalle** 3:13
**law** 4:3,4 10:24
146:8,10 175:23
**lawyer** 21:14,16
61:4,5 118:6,7
144:6
**lawyers** 144:5
**laying** 121:13
**lays** 66:15
**lead** 29:8,11 165:22
166:3 193:16
194:7 217:5 244:3
**leaders** 133:7 204:4
204:7,14,19 210:6
211:2,9,11,13,15
211:17 220:17
**leading** 40:5
193:20 207:18
215:11
**lease** 12:6 53:3
176:2 183:9
**leasing** 52:10,19
53:14 54:6
**leastpossible**
208:19
**leave** 112:2,4,7
276:25
**leaves** 111:19 230:4
230:11,13
**leaving** 57:16 95:16
292:4
**led** 297:12
**left** 284:6
**legal** 9:13 21:18
162:5
**legislation** 83:8,10
83:11 134:25
146:20 155:20,21
159:14 185:17,23
186:3,8,18,22
187:18 203:2,5,10
203:22 204:5,8,11
204:15,18 224:14
224:15,16,17
225:2,5,8,10,17

225:21,23,24
226:7,9,12,13,22
226:23 227:4,12
229:20 230:16,19
242:17,23 259:10
259:19,20,23
260:17 261:4,16
261:18 262:2,6,8
262:13,16,21
**legislative** 143:23
146:7 159:19
187:24 260:10
261:21
**legislature** 186:23
187:2,6,10,12,16
203:14,16 227:3
230:19 259:19,23
262:17
**length** 107:16,17
**letter** 6:17 7:17
207:2 283:7,11
**level** 23:5,5 28:6,8
30:20 31:2,11,19
31:21 69:18 96:14
113:7,15,18
115:24 116:3
133:18 160:4
182:2 234:14
243:13 277:20
279:9 296:2,21
**levels** 21:21 33:6
94:25 96:17
113:20 114:5,19
114:20 117:2
215:15,17 234:2
278:4 296:19,25
297:9 313:15
**liabilities** 112:10
112:15,18,21
118:10,13,14,15
118:16,18,25
**liability** 141:20
202:22
**liaison** 247:6
251:13
**liaisons** 247:2,13
**lien** 34:8 211:18

**life** 71:25 72:8
**likelihood** 206:13
206:15
**limitation** 53:17
**limited** 80:15
**limits** 32:17,18,25
103:24 185:25
187:21 249:5
**line** 115:6,8 172:9
172:14 228:9
249:22 287:20,21
**lines** 239:3
**lisa** 251:12
**list** 18:14 29:13
34:7,10,11,12
38:17 39:17 42:7
72:6 73:4,19
74:19 91:21 98:25
99:8,13,14,22,25
100:12 101:24
102:4,6,9,17,22
102:24,25 103:4
211:21 249:23,24
250:6,7 251:4,6,7
251:8,10 253:7,10
256:18 286:10,21
295:12
**listen** 304:21
305:24
**literally** 210:23
**litigation** 15:5,8
219:7 309:3
**little** 76:16 115:4
154:14 163:9
166:13 256:17,24
257:2
**live** 58:5 131:3
142:11 158:11
168:17 180:23
181:2,4,11,12,14
181:22 182:8
276:16
**lived** 143:3 261:25
**living** 127:11,11
142:20 218:13,15
275:15
**llp** 3:3,12 4:5,17

5:3
**loan** 317:2
**loans** 34:12
**lobbied** 33:6 183:8
**lobby** 32:24 163:22
203:10,22
**lobbying** 33:2
147:9,14,16
**local** 83:22 146:2
200:20 264:11
**locate** 42:16 131:6
**located** 291:22
300:18
**location** 9:11
**lockridge** 7:12
**long** 11:14 12:21
13:17 34:7 95:2
107:17 110:22
206:14 234:2
249:8,24 250:6
292:22 303:10
**longer** 81:2,6
276:22 277:2,3,7
278:6 318:18,24
318:25
**longterm** 210:8
**look** 35:13 46:10,15
54:13 55:19 56:2
62:16 63:14 67:21
68:3 79:13 80:19
80:24 87:12 97:24
114:19 115:5
122:23 128:21
137:3 143:6,8
145:13 148:19,23
149:16,17 150:7
152:6 156:18
168:22,23 183:18
209:23 210:21
211:19 214:25
229:22 232:9
235:17 238:8
256:4 263:7
264:17 270:9
271:6,21 272:5,11
273:24 275:22
294:13 295:10

302:11 308:15
318:12 323:23
326:17,18
**looked** 112:17,18
114:22 127:8
128:13 158:21
167:7,19 169:4,5
186:14 190:10
215:24 270:17
283:4 297:8
302:16 308:4
319:2
**looking** 54:21 71:3
95:13 131:11
134:4 149:19
174:18 175:8
206:19 242:15,15
263:11 270:13,18
271:2,16,22
272:21 284:14
318:17,24
**looks** 255:3 276:15
**lose** 27:20 250:11
250:25
**loss** 193:8,11 194:5
194:6
**losses** 143:10
**lost** 143:2,17 250:5
256:23
**lot** 30:24 40:8 55:3
106:23 128:13
129:11,13,15
192:2 199:23
212:14,16 217:7
222:8 227:5
228:13 232:16
236:6,16,18
265:22 288:2
289:20 293:16
323:11
**louisiana** 1:14 2:17
4:18 9:12
**low** 31:15 164:4
234:11
**lower** 113:20 114:5
114:12 189:3,6,7
190:4

**lowered** 195:19
**lowering** 191:19,20
191:21
**lowerthanmarket**
109:22
**lunch** 207:8
**luncheon** 176:21

---

## M

**m** 1:16 7:12 9:3,6
176:21,22 327:19
**m1** 172:9,14 249:21
249:22
**mackenzie** 34:11
59:2 81:20 92:2
99:3 125:11
142:24 143:14
154:18,21 231:13
297:13,17 308:19
309:7,9
**mackenzies** 233:14
**magnitude** 122:18
212:17 317:22
**main** 40:14 72:4
198:18,20 200:15
**maintain** 288:11
**maintained** 96:13
251:11
**maintaining**
253:10
**maintenance**
211:13 270:10,14
270:21,25 272:9
**major** 54:23 70:14
70:18 93:11
114:13 115:20
170:11 221:13
249:22 252:22
282:15 300:7
307:18 313:3
326:21,23,25
**making** 28:14,18
220:21 237:25
243:9 280:6
**manage** 59:14
106:25 271:7,21
273:14

**managed** 151:9
**management** 18:23
24:19 25:5,6,8,10
25:12,15,20 34:3
34:23,24 35:22,25
36:10 38:17,18
40:3,5 45:8,14
46:3,6 49:20
50:11,18 51:19
59:23 60:23 61:20
61:23,25 62:6,11
67:2 69:25 70:11
70:13,18 72:17,18
75:9 107:4 122:11
122:12 128:2
137:2 151:13
221:17 254:2
264:3 271:17
272:6 278:22
279:20,21 280:2
288:2
**manager** 36:19,19
36:23 37:5,9,12
37:15,20 49:9,12
49:15,19,22 50:2
50:5,14 111:13,14
111:16 144:12,20
144:22 205:7,14
232:3 284:22
**managers** 52:5,6
111:18 136:16
206:5,19 230:22
232:6
**managing** 93:13
**mandates** 226:19
226:20
**manges** 4:17
**manner** 26:25
**manual** 278:24
**march** 128:22
289:13
**mark** 58:8 196:5
229:12,17,19
241:25 262:23
295:9
**marked** 58:11
196:3 206:22,25

213:25 214:5
229:2,5 230:24
231:4 239:5
241:21 244:8
251:25 255:22
263:4 283:8,21
286:3 288:25
290:15 294:9,10
295:5 302:25
303:4 304:12,15
309:12,15,21
315:2,5 320:5,9
**market** 299:14
**marketplace**
106:10
**marshal** 91:18
**mass** 210:5
**master** 251:10
**materialize** 119:23
243:13
**materializing**
119:22
**materially** 98:7
305:13
**materials** 175:8
**mathematical** 91:9
**matter** 180:13
186:25 224:23
297:4,6,7 325:13
**matters** 157:19
311:18 312:5
**maximize** 161:2,7
161:16,20
**maximum** 163:19
**maximums** 174:25
**mayor** 30:7 37:12
37:16,19 38:7
67:15,18,23
102:23 103:3,13
103:24 104:8
108:18 110:10,11
110:15,20 126:8
131:10 133:20,25
146:23 219:21
220:10,13,21
221:8 224:24
225:3,11 231:8,17

259:20 260:21
261:2,6,13 262:7
262:14 281:20,21
282:23,25 321:9
321:14,18,19,24
**mayors** 37:23,25
117:21,23 126:8
230:23 251:11,12
251:13,13,24
**mean** 13:23 25:14
29:3 32:11 37:17
38:25 48:3 57:13
63:21 66:13,14
68:10 76:14,18
89:10 91:11 93:19
94:13 96:6 107:20
109:20 115:3
117:10,20,23
124:3 125:18
133:17 135:12
140:22 143:9
149:14 150:6
151:22 152:23
155:6,22 157:4,11
162:19 175:4,5
177:19 178:8,9
179:7 181:15
189:5 191:23
193:24 210:16
211:7,12 212:20
222:14 226:4,24
227:9,10,24
229:18 235:6
236:9 237:16
244:19 246:7
253:3 257:2,4
258:19 262:11
269:11 272:15
273:9 274:16
276:3 285:11
287:21 295:17
300:19 302:17
303:23 310:20
314:10 318:3,7
326:4,25
**meaning** 141:16
237:19

**meaningful** 219:22
**means** 15:10
115:17 141:4,5
218:24 221:6
254:23 295:18
**meant** 55:6 176:3
202:22 211:24
228:4,14,18,19,21
235:7 237:20
240:17
**measure** 100:9,13
265:20
**measures** 164:16
259:24 260:10,16
260:19,20,22,25
261:3 267:4
**mechanical** 186:25
**mechanism** 113:2
144:23 205:14
292:9
**mediation** 53:20
**mediations** 52:24
**medicaid** 202:10
202:11,13,15
**meet** 24:5 100:4
115:13 121:21
264:11 278:20
**meeting** 37:24,25
38:2 214:6 254:7
284:7 291:3
321:17
**meetings** 52:13
126:8,20 161:4,5
206:20 308:21,22
308:24 320:24
321:10,21,22
**member** 37:23
**members** 14:21
54:9 58:5 205:10
**memo** 7:12 8:2,5
**memoranda** 8:15
320:13,17 321:5
321:10
**memorandum**
239:9,10 256:2
295:10 319:23
320:2,20

**memory** 102:5
201:10
**mention** 91:4 97:17
218:8
**mentioned** 42:15
53:18 71:16 84:24
88:6 89:15 97:6
107:9 114:23
120:15 176:4
180:9 215:8 216:5
222:3 255:8
285:10 293:13
322:8
**mentioning** 108:7
**mentions** 265:12
**met** 24:14,22 291:5
291:6
**methodologies**
137:17
**methodology** 16:16
86:15 124:24
**michael** 4:2 9:24
**michigan** 1:3,7 9:9
46:7 55:25 60:17
136:19,21,23
205:15 240:21
265:23
**middle** 129:2 231:6
240:4 289:6
290:18 304:17
**millage** 88:24 89:4
**millages** 89:3,7
**miller** 5:12 9:13
52:8 54:10
**million** 53:9,11
73:3,4 74:15,25
91:5,15,16,17,19
91:20 92:11 117:4
117:4 143:2
182:15 183:5
196:15 239:20
248:24 254:19
255:5 256:20
257:20 258:11,15
258:24 290:20
296:14 297:4,16
297:20,24 298:5

311:8,11,12
**millions** 25:22 26:3
26:9 27:5 92:15
92:19 143:16,20
152:5 248:22
255:13 271:13
**mind** 17:21 32:16
35:17 43:18 48:24
50:9,21 51:3 62:3
62:4 81:14 106:20
144:18 155:3
220:9 245:11
277:4 294:2,4
**minute** 76:7 176:20
245:9 304:9
**mismanagement**
193:16,19
**missing** 134:9
**misunderstandin...**
126:10 322:8,12
322:14,19,21
**mitigate** 124:15
**mitigation** 273:5
**mixing** 288:8
**mmsa** 46:7
**model** 210:24
277:18
**modeling** 234:16
234:18
**models** 227:16
236:13 243:15
**modules** 70:12
**molly** 4:4 10:4
**moment** 147:3
153:3
**monday** 57:16,20
**money** 27:20 28:16
28:21 29:8,12,15
29:18,20 35:6
72:23 92:24 110:3
141:22 142:6
151:19 152:3,20
160:10,17 161:7
161:16 162:25
163:2,9,14 175:19
177:11 178:19,23
179:2,5,9,18,25

180:18,18 182:15
182:18 184:10
185:3,7,8 200:11
206:9 223:10,17
223:22 248:4,15
249:4,21 250:5,8
250:11,16,21,25
251:2 257:19
258:3,12,20 260:5
274:19 275:2,5,10
275:16 288:15
289:9,24 290:2,10
293:2,5,10,23
298:10,11,17,23
298:24 299:25
**moneys** 30:4 180:6
180:11 248:6
249:18 260:7
**monitoring** 59:18
210:8
**months** 93:19
220:12
**moore** 284:2
**morale** 275:23,25
276:8
**morning** 11:5,6
**moss** 2:14 10:10,10
310:3
**move** 57:9 110:21
124:10 144:9
220:15 228:12
232:25 233:21
238:19 293:10
**moved** 56:6 204:25
246:17,19
**moving** 38:4 62:15
127:13 221:3,7
228:23 255:15
279:2
**multiple** 227:17,25
246:12,13
**municipal** 21:20
46:7
**municipalities**
115:2
**music** 11:24 12:7

**N**

**n** 1:14 3:4 5:4 6:2,2
328:3
**naglick** 253:19,20
253:21 304:18
305:21
**name** 9:13 11:7
83:17 114:17
174:2 247:10,11
272:20 277:9
285:10
**named** 246:15
321:19
**national** 11:24 12:7
83:21
**natural** 126:15
318:8
**nature** 36:14 101:8
101:10 105:16
121:6 123:7,8
171:11
**necessarily** 100:6
109:17 141:2
186:11 188:17
298:24 314:9,11
**necessary** 63:12
108:22 203:21
211:4 215:21
224:5 280:6
**need** 10:15 38:6
40:6 75:18 106:7
107:5 109:5,15
162:17 187:10
210:13 222:11
273:6 278:25
280:24 289:7
292:5 324:24
**needed** 71:6 77:7
160:22 172:18
210:2,22 215:17
273:5 277:24
279:6 296:24
300:11
**needs** 40:3 108:2
110:4 143:24
221:17,18 228:6
234:25 239:24

287:17
**negative** 79:5 99:5
**negatively** 129:4
**neglected** 95:2
**negotiations**
183:12 237:13
290:24
**neighborhoods**
213:5
**neither** 99:18
329:13
**net** 91:5 138:7
**never** 15:4 112:8
136:8,8 176:14
268:17 284:24
302:10 308:7,14
308:18 313:13,14
**new** 4:6 9:17,17
27:10 28:23 29:4
29:7 40:8 45:8,9
45:14 46:10,15,25
50:10 54:13,21
55:19 61:19 66:21
66:25 67:10,17
68:3 69:25 74:9
74:10 104:7
110:13 121:18,19
132:20 133:4,11
133:19 149:7
157:7,10,12 158:3
158:5 170:3,23
171:5,14,20 172:2
172:5 187:18
210:4,5 219:21
250:16,21 251:2
251:16 277:24
278:17,20 279:3,6
284:8 301:11,15
316:8,18,20,21
317:5
**nexttolast** 264:9
**nicolette** 14:23
**noncompliance**
143:21
**noncompliant**
143:21
**noncontentious**

325:4
**nonemployment**
111:7
**nonfilers** 141:12
142:13
**nongeneral** 88:7
**nonpayment**
167:13,15
**nonprofit** 170:2
**nonprofits** 170:7
**nonpublic** 211:12
**nonvacant** 199:6
**normal** 324:24
**north** 3:13
**northwest** 2:17
9:12
**notary** 329:6
**noted** 207:15
**notes** 58:7,14
**notforprofit** 201:4
**novel** 301:19
**november** 13:19
38:9 60:6 127:21
**number** 18:15 23:4
23:7,9,11,12
26:13 28:12,20
29:5 34:12 35:5
37:22 38:14,19
42:18 43:2 44:4
45:6 55:18 58:17
59:4,6,23 69:19
74:17,22 79:4
86:21 87:2 94:10
96:12 101:6 106:4
107:10 108:17
109:21 114:11
120:12 126:7,12
127:6,8 128:11
131:9 135:24
136:19,22,25
142:15,22 143:7
143:15 145:14
151:23 152:8,11
153:3,9,13,14,16
156:17 161:21
162:9 166:17
170:14 171:8

172:8 177:15,20
181:7 183:18
184:5 188:18
202:7 208:10
211:10,18 228:5
232:6 239:23
240:2 248:7
250:23 263:8
266:11 271:12,20
274:4 276:11
278:3 280:20
281:10 289:14,19
292:16 295:11
302:22 308:2,22
317:3 318:21
327:8
**numbers** 85:23
86:18 91:11,12,14
92:5 124:5,20
143:9,13 152:18
248:23 263:9
297:11 302:23
318:25 319:5
322:18
**numerous** 44:12,23
107:12 142:19
294:7
**nw** 4:6

**O**

**o** 6:2 328:3
**obama** 258:24
**obamas** 256:19
**object** 120:10
121:3 123:5 162:4
162:4 276:5 302:6
310:9
**objection** 18:2 31:6
36:24 43:10 63:25
73:14 113:9
118:22 123:14
124:2 125:15
132:7,23 141:25
144:15 147:12,25
156:2 157:3 158:8
161:9,18 165:18
178:22 181:17

184:21 185:12
186:5 187:19
191:13 194:21
195:16 204:13
213:17 236:22
239:16 282:8
286:25 309:5,5
312:23 318:2,10
319:8 320:22
327:11
**objectives** 161:21
161:22 162:14
163:10
**obligation** 88:24
118:25 161:7,15
204:3,9
**obligations** 115:25
116:6,10,11,17,20
116:21,25 117:11
117:14,17 119:12
119:15,18,20
120:4,9,17,25
121:17,18,21
122:3,7,21,23
207:20,25 208:3
**observation** 127:15
**obtain** 27:14
139:11 203:22
204:5,10
**obtaining** 203:5
**obviously** 106:5
259:17 268:13
**occasion** 311:23
**occasions** 11:12,13
311:19
**occupied** 182:5
**occur** 41:11 42:8
42:25 83:13 105:5
136:3 269:9
274:14 294:22
**occurred** 33:3
51:18 52:14 60:15
61:12 86:23 111:6
127:16 128:12
130:15 146:19,23
174:15 176:5,9
183:3 193:12

246:9 292:3,17
299:3 320:24
**occurring** 49:11,25
71:20 131:14
149:13 170:8
176:6 213:6
**occurs** 39:25 80:18
80:21 141:16
157:15 291:21
297:2
**offer** 160:8 230:18
**offered** 18:7 212:9
**offering**
130:23,24 158:25
159:6
**offhand** 29:14
51:25 72:10
114:17 139:17
148:25 156:8,18
177:14,16 228:25
326:19
**office** 24:20 37:25
49:25 58:19 59:25
60:19 67:3 86:10
90:17,18 117:21
206:19 222:15,17
230:23 232:7
242:9,13 246:23
246:25 256:14,16
259:11 263:2,12
276:22 277:17,21
278:6,8,10 279:20
279:21,21,22,25
280:2 281:24,24
281:25 282:3
283:2 296:7,8,10
**officer** 52:4 60:2,20
67:4 329:7
**officers** 289:9,16
289:23 324:6
**offices** 242:4,14
**official** 10:7
**officials** 29:6 107:5
125:20,24 126:2,4
126:25 127:3
163:8 243:9
**offset** 79:6 142:16

275:2
**oh** 152:17 199:11
227:16 256:25
315:24
**okay** 12:23 13:3,14
14:24 16:24 22:12
24:7 33:5 36:18
36:22 39:12 41:7
41:20 42:8 43:15
44:10,20 48:13
52:10,24 55:25
58:7 60:11 68:10
74:15 75:15 76:10
79:12,22 80:4
81:15 83:12 85:25
86:13 88:5 90:15
90:21 95:8 97:16
98:5 99:17 103:17
104:7 111:25
114:23 135:19
137:15,24 138:17
139:16,20 140:3
140:17 141:19
142:5 144:22
148:10 149:6
150:17 151:2
152:19 156:24
160:15 174:4,20
176:11 180:16
181:21 182:20
184:9,15 188:7
189:10,17,20
190:14 192:10,15
192:22,25 193:3
197:14 198:5,8
205:13 206:7
209:10,14 212:20
214:16 215:6
218:3 219:6 224:4
227:24 229:23
232:4,8 233:19
235:12 239:14,20
241:20 242:22
244:21 246:7,11
246:20 249:17
256:17 257:8,15
258:23 259:5,21

262:20 268:22
270:18 272:8,13
272:13,24 273:17
273:19 276:24
283:20 286:18,19
289:4 297:3
298:17 307:5
312:15 313:2
315:15,25 319:19
321:8 326:16
327:6,12,13
**old** 40:3,6 92:18
251:17
**omitted** 88:6,10,23
**onboard** 74:4
282:23
**onboarding** 74:3
**once** 280:5 289:10
289:20 292:15
**ones** 17:20 29:14
34:2 43:18 48:3
50:20 70:6,8,14
71:15 77:13 85:22
89:14 102:4
146:22,22 155:13
159:24 169:17,25
221:2 226:25
227:7 238:15
253:16 270:6
271:2 273:18
288:4 316:24
320:15 322:14,15
**oneyear** 80:2
**ongoing** 27:25 29:3
36:9 37:6 39:2,5,7
39:18 41:13 46:14
52:15 53:25 63:24
130:18 133:12
138:6 146:15,25
147:4 149:2
171:13,20 215:18
238:18 264:25
268:2,3,7,13,19
299:9
**operate** 68:8 77:17
130:23 163:11
**operates** 94:23

298:16
**operating** 40:2
52:4
**operation** 71:3
93:13 210:24
**operational** 38:6
295:15
**operations** 12:7
27:21 38:16,22
49:8,11 69:22
163:13,13 269:19
272:3
**opinion** 68:9
158:25 159:6
160:9 162:19
205:17,19 226:11
228:22 232:9
322:6
**opinions** 14:13,17
16:17 192:11
224:5 304:4
325:22,22,23
**opportunities** 28:9
28:12,20,23 48:17
48:21,25 55:20
130:25 212:6
237:23,24
**option** 54:2
**options** 53:22
230:2
**order** 29:6 31:14
32:4 33:10 52:23
71:8 73:20 77:8
109:14 122:17
134:25 139:3
174:8 175:2
185:22,24 210:15
215:18 217:21
224:7 234:12
273:6,15 278:14
280:17,25 281:5
282:6 287:24
289:23 292:6
293:23 318:19
**ordinary** 80:15
81:21,25 198:25
**organization** 11:19

11:21 12:12 24:24
46:8 196:21,22
197:11,13 277:25
**organizations**
33:15,19 170:14
270:23
**orr** 23:19,24 24:3,4
24:5,7,14,17 38:2
54:9 61:10 102:24
103:13,13 104:4
111:19,25 112:4
146:24 205:11
230:4,11,12
284:23
**orrs** 24:20 302:21
**outcome** 110:18
329:16
**outcomes** 69:4
**outdated** 216:24
**outlined** 103:2
**outside** 22:24 45:21
46:20 51:3 52:25
56:13,15 57:2
69:11 81:5 89:21
90:3,5 103:16
106:12 116:22
117:17 119:8
142:20 143:4
145:18 164:20
172:10 212:15
224:16 228:7,20
238:9,10 261:23
261:24 327:2
**outsource** 81:10
270:12
**outsourced** 270:8
270:22,22 271:4,4
273:22
**outsourcing** 47:25
48:5,9,11,12,14
50:13,22 51:18
71:11 80:24 81:7
81:13 269:16,17
269:19,23,25
270:2,3,10,14,20
270:25 271:3,11
271:16,23 272:9

272:17,22
**outstanding** 92:24
93:4,24 150:21
239:24
**outweigh** 63:2
**outyears** 102:3
**overall** 82:18 194:5
271:7
**oversaw** 15:24
204:24
**oversee** 58:8,15,22
**overseeing** 24:21
108:16
**oversight** 6:23
229:7
**owe** 267:5 274:18
274:25 275:4,10
275:16
**owed** 93:4 94:5
151:19 152:3,20
152:25 163:4
274:20
**owing** 162:25

**P**

**p** 176:21,22 327:19
**pa** 2:7
**package** 260:4,8,10
261:17
**packet** 8:15
**page** 6:3,12 58:14
76:3,6 85:5,6,8
87:12 88:5 90:6
90:22 91:22,22
92:6 97:17,20
112:9 128:25
129:23 134:3,11
137:3,24 150:7
196:8 207:11
229:23,24 231:6
234:19 239:9
240:3,4 244:23
256:17,24 257:5
257:12 263:7,10
264:9 265:12
286:15 289:6
290:18 294:13,14

295:11 304:17
**pages** 327:8
**paid** 12:9 56:24
74:20 160:21
161:7 162:17,22
173:23,25 175:13
175:14,17 202:9
202:12,14 252:23
254:14 288:9
296:4,24
**paper** 6:15 40:7
42:14,17 97:11
196:6 276:18
**paperbased** 278:24
**paragraph** 85:8
90:21 97:20
114:24 207:15
229:9,24,25 232:8
233:24
**park** 211:13 270:10
270:14,21
**parke** 4:5 10:3,5
**parking** 51:6,8,10
51:13,15,17,19,20
**parks** 96:10,13
211:14 270:24
**part** 11:19 47:11
49:6 60:13 62:20
63:13,13 66:23
67:2,12 70:13,25
92:3 99:6 107:2
108:15 117:18
118:16 122:4
128:3 133:10,14
143:13 151:16,24
158:13,15 160:12
160:25 161:4
163:12 177:23
178:10,15 183:11
206:4 210:18
213:3 218:22
219:2 221:19
222:5,8 233:17
238:19 240:24
243:22 248:19
249:21 260:7
261:17 270:22

274:21 276:13
277:14 279:2,4
282:15 287:22
288:6 304:19
305:22 306:9,10
306:12 324:7
**participants** 87:14
304:22 305:25
**participate** 297:14
**participated**
308:19
**participating**
137:16 305:5
**particular** 235:16
247:23 255:21
268:20
**particularly** 129:3
129:19 218:12
**parties** 164:20
329:14
**parts** 70:17 108:9
115:22 126:2
131:7 205:8
**party** 52:12 149:12
190:18
**pass** 203:10 259:19
260:20 261:5
262:15
**passage** 203:2,5
204:5,10
**passed** 83:8 146:8
186:8,18,21,22
224:14 225:17
229:20 230:16
259:10 261:17
**passes** 185:16
**passing** 186:3
**patient** 195:10,12
**pausing** 42:5
**pay** 12:12 71:7
75:25 78:24 79:4
109:15 110:3
115:21 116:19
141:8,9,23 142:6
143:11 155:11,16
155:24 160:9,11
160:16,20 161:25

162:12,21 163:4
163:15 165:16
166:3,15 168:12
174:9,21 175:2,12
175:24 202:16,16
202:23 206:8
266:23 293:23
296:23 311:4
**paying** 118:25
142:21 143:4,18
165:13,20,23
166:22,24 167:5
208:18 218:15
255:18 266:20,25
274:19 275:11
**payment** 12:11
53:3 141:18
310:25
**payments** 112:23
115:11,15,17
**pays** 161:16
**pcg** 25:2
**pejorative** 150:6
**pendency** 223:25
325:7
**pending** 82:9
253:12 268:24
**pension** 112:10,14
112:17,23 114:5
115:12,21,24,25
116:6,6,17,20
117:11,14 118:9
118:13,15,18,24
118:25 119:2,12
119:14 120:4,8,17
120:24 122:3,7,20
122:22 123:2
202:22,23,24
207:20,24 208:3
256:21 257:22
**pensions** 19:13
113:7,14,16,20
114:13,20
**people** 14:10,16,19
14:20 16:9 35:2
45:19 55:18 58:15
58:18,21 70:15

71:6 92:16 97:13
104:7 106:7 108:2
108:8 109:5,14,18
109:21 125:13,16
128:13 131:2
136:4 140:3
142:11,19 143:3
150:23 157:22,25
158:10 162:24
165:3,13,20,23
166:3,15,22,24
167:5 168:17,25
169:7 172:10
181:10 210:21
218:13,14 227:2,5
228:15 232:24
233:20 234:8,12
247:2,4,5 254:15
261:25 264:18
265:4 266:11,15
266:22 267:5
271:18,20 274:24
275:24,25 276:21
277:4,6,12 278:2
278:3,15,17,19
279:12,23 280:19
280:20,24 281:4
287:10,14 292:21
293:9 296:8
299:18 302:16,23
307:2,5,5 318:16
318:22,23 322:23
324:9,20 325:11
**peopleintensive**
276:18
**percent** 125:7
137:9 155:15
156:15 202:13,13
202:14 294:17
317:8 319:13
**percentage** 202:9
202:14 275:9,13
280:15 318:12,14
318:15
**performance**
209:25 210:16
211:5 276:23

277:7,16 280:13
**performed** 81:16
**performing** 277:13
**period** 25:24 44:7
64:8 79:13 80:25
81:2,6,24 82:13
95:2,13 103:18
111:15 128:4
130:10 134:20
153:23 178:5
189:2 190:3
196:20 205:5
222:12 248:12
249:9,13 292:22
**periods** 63:4 64:15
77:9 232:11
247:18
**permanently** 56:6
57:10,11,12
**permission** 160:2,5
**person** 37:17,17
146:2 180:10
182:4 247:8
**personal** 111:12
312:11,13,15
**personally** 20:20
22:3,19,21
**petition** 177:5,9
**phase** 127:14
130:14
**phone** 10:14,15
311:20 327:14
**pickup** 50:16
273:20
**piece** 46:2 67:8
121:12 122:8
132:9 139:13
182:4 190:11
**pieces** 287:11
**piggyback** 139:18
139:21 140:21
145:17 240:14,23
268:23,25
**piggybacking**
139:11 140:5,11
140:17 141:3,21
142:6 143:24

144:8,12,23
145:12,21 241:4,6
**piled** 166:12
**pilot** 278:10
**pittsburgh** 2:7
**place** 78:24 103:8,8
104:23 110:14
119:3 130:11
131:11 199:14
218:17 224:17
226:3 322:4 323:9
323:10
**placed** 183:19
**places** 115:10,19
131:11 151:8
153:17 200:2
212:8
**plaintiff** 8:11
**plaintiffs** 8:12
**plan** 28:13 38:5
46:17,19,20,24
47:7,11,15,22
48:3,16,19,23
49:4,6 51:4 54:17
54:25 59:5,10,13
63:15,16,22 64:3
64:5,9,13,18,20
64:25 65:5,6,7,8,9
65:10,12,13,15,18
65:20,21 66:3,6,6
66:8,10,13,16
68:4,7,10,13,15
69:8 70:17 72:14
73:18 74:6 76:5
77:5,6,8,10,12,14
77:17,18,20 78:20
78:23 79:6 86:25
87:2 88:13 89:13
89:18 90:4,5
91:10,25 92:3
93:7 94:6 95:5,9
95:24 96:3,8,16
96:19 97:21 98:14
98:18,21,22 99:4
99:11 100:3,13,17
100:17,21 101:17
101:19,22 104:23

104:24,24 105:25
106:3,5,17 107:8
107:11,13,14,17
107:19,23 108:3,4
108:9,10,12,16,16
108:19,23 109:4,6
109:6,11 110:2,6
112:20 115:5,12
115:16,19,23
116:2,4,7,9,11,11
116:14,15,16,19
116:21,22,23
117:2,3,12,15,18
118:8,12,19,24
119:4,9,11,21
120:4,6,9,22
121:5,6,7,16,20
121:24 122:13,16
123:3,7,8 124:6,6
124:10,16 125:3,9
125:14,19,23
126:2,4,5,6,9,16
126:17,19,22,23
126:25 127:2,4,5
127:10,10,18
128:3 138:23,25
139:2,6,10,14
145:13,16,18
153:18,20 159:3,5
159:8 160:19,22
161:10,20,22
162:8,10,15 163:6
165:9 167:8
177:10 202:24
205:19 206:12,20
206:21 212:14
218:23 219:3
221:20 228:7,10
228:23 231:9,9
232:10,15 233:7
233:12,18 234:9
234:11,21 235:5
235:10,12,14,21
237:11,18,21
238:3,9,10,17
249:11 256:10,14
258:9 269:12,15

272:4,5,10,12,18
272:19,20 273:13
275:21 277:14
278:11 279:12
280:19 282:17
286:11 287:10,11
287:15,16,19
288:20,21 291:12
291:13 293:9,12
293:14,15,15,20
293:21,22,25
294:6,23 301:19
301:25 302:13,18
304:20,23,24
305:23 306:2,6,7
306:9,12,13,18
307:13,18,20
318:3,4 319:25
321:12,15 322:4,5
322:6,9,20,22,22
322:25 323:20,23
324:5,6,15 325:14
325:21,23 327:2
**planned** 12:8 101:4
119:25 145:9
**planning** 47:6 63:8
76:22 127:17,19
139:25 160:10
177:4 249:7
275:19 326:7
**plans** 57:9 63:21
65:16 73:8 77:16
115:21 133:17,20
133:22,24,25
134:2 209:5,6,15
209:20 227:18
228:2,12,14
262:12 322:4
323:12 326:2
**play** 115:4,7,8
**plays** 219:23 220:4
**plc** 2:5
**please** 9:18 295:14
**poa000261401** 8:15
**poa00114947** 7:11
**poa00116252** 7:20
**poa00123860** 8:10

**poa00126409** 7:3
**poa00126807** 7:5
**poa00126820** 7:9
**poa00537586** 7:16
**poa00537590**
263:11
**poa00539257** 7:7
**poa00539338** 7:25
**poa00549278** 8:3
**poa00549524** 8:6
**poa00640046** 7:13
**poa00706912** 7:18
**poa539411** 7:23
**point** 41:11 54:3
59:13 169:12
204:25 208:23
228:11 229:16,21
245:8 256:12
257:3 293:4
304:21 305:24
306:22 307:2
319:23 322:7
326:15
**pointing** 130:11
**points** 39:23
219:12
**police** 9:23 72:11
72:13 75:8,12
97:6 179:24
289:13,16,23
292:10,17 324:3,3
324:9
**policy** 6:15 19:7
105:19 157:23
192:5 196:6
197:12,20
**political** 135:7
196:23 220:4
242:5 243:3,17,17
244:2,17 313:21
314:3
**politically** 243:25
**poor** 27:9,13 38:23
43:9 216:6
**population** 21:21
69:16 193:8,11
194:6 207:18

215:23
**portion** 75:3,4
189:13 202:17
205:4 240:23
**position** 11:25
13:15,18 32:10
38:8,13 60:3,5,10
60:12 108:20
111:8 114:24
205:6,8 224:20
**positions** 56:24
67:5 108:17,22,24
109:13 234:13
292:21
**positive** 78:11
94:19 95:10,22
97:4 98:21,22
99:4 220:14
**positively** 129:4
**possibility** 138:16
174:23 176:6
226:18 270:10
**possible** 31:20,21
46:24 47:6 69:4
89:10,17 102:15
102:20,20 135:25
163:9 244:4 248:2
249:15 279:24
285:2 287:8
**possibly** 160:20
162:2
**post** 227:14 229:10
**postbankruptcy**
6:22 229:7,21
**potential** 31:17
35:18 51:23 54:2
66:24 74:20
100:14 101:14
117:12 137:25
139:24 143:19
170:21 178:19,23
188:21 224:21
241:7 249:24
258:12 270:19
271:10
**potentially** 89:4,20
115:2 255:9

258:25 281:17
306:24
**power** 219:23
220:3
**powers** 226:2
**practice** 56:12 57:5
57:8 225:6
**practices** 60:24
**precipitated**
207:17
**predict** 135:5
**prefer** 281:7
**premise** 223:11
**preparation** 77:2
180:16 214:19
**prepare** 14:13,17
303:18
**prepared** 76:25
90:13,16 263:12
**preparing** 13:21
157:21 304:3
**present** 5:10
167:12 177:13
179:11 309:3
**presentation** 6:18
8:13 214:6,11
**president** 203:16
204:16 256:19
314:6
**pressure** 223:9,12
223:15 234:21
235:5,10,14
**pretty** 26:6 39:13
43:21 276:8
**prevent** 267:5
**previous** 23:18
86:23
**prices** 300:12
319:12
**primarily** 52:3
54:5
**primary** 56:10
**principal** 226:25
249:6 252:18
**prior** 11:20 15:25
120:6 146:19,19
254:24 261:20

**priorities** 104:16
104:21,25 168:2,4
**prioritize** 98:18
**prioritized** 98:24
**private** 33:15,19
34:15,21,25 35:18
35:20 170:2,6,9
170:19 173:4
273:23 311:17,24
315:19 316:3
**privatization** 50:22
230:3,10
**privatizing** 51:6,9
52:10,19 53:13
54:6
**probably** 153:21
293:19 313:6
**probed** 127:3
**probing** 126:19,22
**problem** 25:14
116:22 215:6,10
267:24
**problems** 31:5,13
39:7,18 40:11
41:20 42:2 43:16
44:4,11,15,18,21
44:22,24 45:3
194:24 198:2
207:7 243:8
246:18 313:4,7
314:19,23,25
**procedure** 103:8
**procedures** 273:6
**proceedings** 309:4
329:8,10,10
**proceeds** 88:25
**process** 6:18 20:11
25:6,10,12,15
34:24 38:18 42:6
59:24 62:23 63:14
63:24 73:7 74:11
84:2 103:15,16
107:4 110:13
111:5 126:15
135:8 153:6
183:25 208:15
210:7 211:3,18,20

217:13 235:8,16
238:18 242:16,19
242:21,23 243:19
251:21,23 277:11
277:16 278:13
280:10,13 281:12
283:2,4 294:21
295:4 306:17
307:22 321:25
325:4
**processed** 241:13
**processes** 28:2,5
40:4,5 74:7
106:25 107:2
110:19 211:19,21
217:4,8 232:23
280:8 325:19
**processing** 34:8
241:12 325:18
**procure** 249:12
**procurement** 58:18
58:19 211:20
249:8
**procurements**
43:21
**produced** 102:10
102:14 128:14
154:16 206:14
**product** 310:15
**profiles** 219:5
**programs** 195:4
**project** 24:18 25:3
35:4,23 36:2,3
45:17,19,22 49:21
74:3 103:15
172:15 211:14
263:2 268:20
324:4
**projected** 47:11
88:14 116:10,20
117:17 119:8
121:22 122:13
123:3,11,19 125:8
138:24 145:20
295:24 306:9,10
**projecting** 125:7
137:9 307:19

**projection** 45:2
54:10 85:9 87:7
87:21 101:11
134:5 137:13
255:7 323:2
**projections** 15:2
85:2,15 86:3,7,9
86:10,12,14,19
87:17 95:18 100:5
100:5,18,21,25
101:5,7,8,13
124:9 142:23
243:11 284:9,14
288:6 323:15
**projects** 34:19,21
46:20 73:5,8
74:20 75:2 80:22
98:18,20,24,25
99:3,7,8,12,17,21
99:24 100:4,7,12
100:15,16,18,23
101:6,12,16 102:6
102:16,19 103:5,9
103:11 106:8,15
121:18 221:20
263:12 282:12
325:15,19
**promote** 133:4
**promoted** 292:22
**promoting** 132:19
132:25 289:23
**promotions** 289:10
289:15,19,20
290:7,10,22 291:4
291:6,11,15,17
292:16,20,25
293:4,5
**pronounce** 83:17
**properly** 254:2
267:13,19
**properties** 78:15
170:10 183:14,16
183:20,22,24
184:3,19 185:4
266:24 267:6
300:14,16
**property** 78:7,14

95:19 164:3,8,13
165:14 166:4
167:2 168:6,9,11
168:18 169:3,8
174:8,21,25
175:15,20,25
181:14,16,19
182:4 187:11,17
198:9,13,15,16,19
198:21,23,25
199:3,4,5,6,9,12
199:15 200:18
213:16,22 264:11
264:22,25 266:12
266:20,23,25
274:8,9,11 311:4
**proposal** 141:21
261:21,22 262:14
267:9 279:12
**propose** 122:11
260:15 261:3
301:15
**proposed** 209:4,14
260:9,12 301:11
**proposing** 242:12
302:14 325:11
**propounded** 328:8
**protecting** 254:2
**provide** 30:16 46:4
60:22 68:6 83:20
107:4 111:14
150:2,12,20
161:11,23 162:12
214:12 224:20
236:6,16,17,21,21
236:25,25 247:16
273:13 290:22
320:19 321:3
**provided** 35:12
123:12 150:18
165:16 177:12
208:20 212:16
223:5 236:2,8
237:4 300:4
**provides** 173:20
235:21
**providing** 59:18

163:9 170:15,16
236:5 238:15
287:8
**provision** 210:4
224:11 272:8
275:18
**provisions** 158:18
**prudent** 150:12
**public** 200:6,7,12
275:15 329:7
**publicize** 218:23
**publicized** 219:3
**publicizing** 218:4
**pull** 252:21
**pulling** 151:16
212:25
**purchases** 29:15
**purchasing** 269:10
269:18,24 270:2,4
270:11,12
**purpose** 113:4
178:15 179:24
256:13 290:7
305:9,16 308:10
310:20
**purposes** 82:16
150:10 179:21,22
180:4,5,8
**pursuant** 61:18
**put** 20:20,23 31:15
146:20 197:11,23
198:6,7 212:15
235:12 237:11,17
238:2 301:24
**puts** 145:4
**putting** 16:24
31:23 161:10
322:4

**Q**

**qualified** 232:24
233:20 234:12
**qualify** 264:22
**quality** 71:25 72:8
109:21
**qualityoflife** 71:21
72:5,21 73:6,12

73:16,21 74:16,18
74:21,22,25 75:3
293:6
**quantify** 101:21,23
254:18 255:5
**query** 279:8
**question** 12:17
16:20,23 18:3
22:12 26:7 27:12
27:16 30:19 52:22
53:19 55:16 67:22
76:12,20 77:15
82:4,8,10,11,23
86:5 97:23,24
108:6 114:9 117:8
117:10 122:4,9,14
161:14 162:7
180:21 185:19,21
188:13,24,25
189:10,12,17,21
189:24 196:24
197:2,16 206:10
219:15 227:23
229:12,16,19
230:7 236:23
238:23 245:14
250:3 256:6
283:14 319:18,21
**questioned** 127:12
307:3,6
**questions** 13:5,9
15:20 180:19
283:18 295:12
305:18,19 327:14
328:8
**queue** 74:22
**quick** 283:14 301:3
313:12
**quicken** 34:12
170:9 317:2
**quickly** 64:17
**quit** 276:24
**quite** 174:16
249:13
**quiz** 272:14
**quote** 229:9 305:21
**quoted** 229:15

**R**

**r** 328:3
**raise** 32:19 89:11
154:24 157:8
159:18 160:4
188:22 194:19
321:14
**raised** 175:20
194:12 196:15
**raising** 311:4
**rampup** 232:11
**range** 51:11,11
69:4 156:22 246:8
271:22
**rarely** 197:12
208:16
**rate** 23:6 31:3,8,8
31:11,14 148:17
148:22 156:7
157:2 159:13,17
163:23 182:9
186:20,24 187:4,7
188:14,20 190:8
**rates** 21:23 22:5,7
22:8,9,11 26:20
26:23 28:15 51:17
87:15,21,25 88:2
148:11,13,19
149:3,11,15,20
155:11 158:22
159:16,18 163:17
164:2,4,7,9,12
168:10 185:11,16
185:18,23 186:4,9
186:15 187:17,22
188:4,8,22 189:2
189:5 190:2,19,20
190:22,24 191:3
191:20 202:20
234:17 259:25
260:11 261:7
299:14
**rdr** 329:20
**read** 14:8 17:19
76:7 90:14 176:10
189:14 191:5,7
245:9 283:12

286:16 303:25
328:6
**real** 122:14 160:25
196:14 234:3
297:2 300:12,19
300:21,24 301:3
318:19
**realized** 287:24
**really** 12:21 16:23
33:4 35:16 45:5
75:19 76:19,20
77:2 85:24 88:14
115:8 126:12
156:21 196:25
218:14 228:8
231:23 234:18
235:17 238:5
249:2 271:14
275:19 277:5
285:12 292:5
296:20 327:5
**realtime** 1:20 329:5
**reask** 30:19 55:16
189:17,21,24
**reason** 40:14,15
42:5 137:19 163:3
166:16 193:9
198:16,18,20
238:25 288:12
307:15
**reasonable** 123:22
124:9,19,21,24
137:13
**reasonableness**
125:4
**reasons** 26:6,10,12
26:13,18 37:22
70:2 86:21 165:12
166:18,21,23
193:4,7,9 224:25
243:23 248:13
249:3,6,16 276:23
277:7 299:21
306:17
**reath** 5:3
**recall** 85:4 175:9
195:11 199:8

201:11,14,15,17
246:2 286:20,23
323:25
**receivable** 150:4,14
150:20 151:4,6,7
151:9,11,15,20,24
152:4,25 153:10
**receivables** 92:17
92:20 139:9 150:9
239:21
**receive** 168:20
178:20
**received** 71:22 72:5
73:20 182:19
183:4
**receives** 28:6,8,22
90:24 101:4
**receiving** 109:22
159:11 173:5
**recess** 176:21
**recession** 130:10
130:14
**recognize** 87:9
144:12
**recognizes** 144:22
161:6,15
**recollection** 201:8
**recommend** 149:14
243:20
**recommendation**
206:6 225:19,20
226:17
**recommendations**
25:7 35:15 93:11
226:21 227:3,6,11
271:8
**recommended**
243:22,23 279:8
**reconciliations**
43:23
**reconstructing**
210:23
**record** 9:5,19 13:15
57:22 84:10,14
154:3,6 176:18,24
245:19,23 301:4,8
327:17 329:9

recordation 196:13
recorded 179:13
 180:13 189:15
recording 43:22
records 151:7
 166:11 179:16
 180:14,15,17
 183:18
recovery 6:18
 130:10,14 209:5
 217:17,22 219:9
 227:18 228:2,10
recreation 96:10
 96:15
recruiting 108:18
redesign 151:13
reduce 33:11 50:18
 55:2,5,7 67:21
 79:4 94:9 96:25
 97:7 100:5,7,19
 163:23 168:14,22
 169:3,8 182:25
 195:5 212:22,24
 269:4 273:7
 298:23 299:5
 300:9
reduced 50:15
 101:15 120:16,18
 155:11 163:17,20
 163:21 297:24
 300:3,11 329:12
reduces 168:18
reducing 50:6,11
 106:24 149:11,15
 149:20 172:23
 190:19,22,24
 191:2,3,4 234:20
 235:4,20,23,24
 238:8
reduction 19:4
 66:11 98:23
 101:17 212:13
 213:21
reductions 49:2,6
 168:5,10 169:14
 169:19,21 269:9
 297:25 298:3,7

299:3
reevaluate 63:9
refer 179:15
 239:18
reference 84:25
 85:9 90:6,8,11
 155:22 239:2,10
 240:12,13,15
referring 108:10
 234:8 238:6 240:3
 240:22,23 284:18
reflect 86:22
 123:17 210:10
reflected 138:8
reflects 134:6
reform 220:19
 221:5
reforms 191:11
 221:13
refresh 102:5
refusal 150:16
refuse 150:2,5
refused 12:12 74:5
 253:4
regard 248:20
regarding 47:14
 54:6 157:19
 180:17 225:23
 246:3 284:2,25
regardless 68:4
regional 236:12
 315:7,7,9,12
registered 1:19
 329:4
regular 39:22
 41:17,19
reintroduce 262:12
reinvestment 63:10
 70:5 77:24 78:3
 78:22 85:21 86:18
 90:23 94:8 97:19
 103:10 182:24
 301:19,25 302:13
 302:18 317:25
 323:14
reject 325:6,11,15
rejected 74:2

325:20
relate 15:17
related 12:5 16:3
 42:15 50:15 59:9
 59:12 164:24
 253:15 260:6
 316:25 320:14
 321:23 322:15
 325:15 329:13
relating 226:6
relationship 24:12
 36:14 53:5 145:4
 220:17 224:18,24
 226:2 259:15
 324:18
relatively 175:10
release 73:9
relevant 312:16,20
reliable 69:21
 308:17
relief 264:11,22,25
rely 100:3
relying 15:22
 100:17 125:10
 192:10
remainder 23:23
remains 120:24
 171:2 281:19
remarkable 93:9
remarks 207:11
remediation 29:19
 29:21 30:4 102:3
 256:21 257:21
 258:2
remedy 45:3
 203:23 204:6,11
remember 11:15
 12:20,22 29:14
 48:6,7,10,11 49:5
 74:13 139:13
 143:14,16,19
 200:7,9,11,25
 201:2 221:16
 230:12 231:20,20
 231:22,24 303:11
 322:13,15
remitted 142:17

removal 213:10
remove 32:24
removing 258:4
renaissance 131:7
renewing 29:16
repatriated 248:16
rephrase 27:15
 192:4
replace 280:16
 324:5
replaced 40:4,7
 221:17,19 280:19
replacements
 280:7
replacing 265:12
report 6:14 13:21
 14:14,24 16:18,21
 16:25 17:7 20:22
 37:5,8,11 44:6
 58:7,14 59:24
 62:12 70:3 75:23
 76:3 79:11,12,15
 84:24 87:13 88:15
 90:22 92:6 97:17
 111:9 112:9 125:5
 128:21,22 130:12
 134:4 137:4
 143:14,15 150:8
 151:3,5 169:9
 252:24 254:8
 255:8,8 263:24
 265:6 268:6
 284:18 325:25
reporter 1:19,20
 9:14 176:17
 189:14 329:2,5,5
 329:6
reporterca 1:21
reporting 9:16
 37:10 58:24
 267:13,19 284:23
reports 17:16,18,19
 41:17,19 43:25,25
 44:2,3 59:19
 268:4 290:4
represent 115:25
 116:8,17 117:11

118:3 123:20
 188:3
representatives
 14:22 30:7 321:20
represented 313:25
represents 103:5
reputation 24:23
request 259:18
 293:9 294:3
requested 73:12
 147:18 189:13
requesting 75:2
requests 74:23
 190:14 223:16,20
 223:22 251:8,10
 253:7 325:6
require 62:6 77:12
 108:15 146:11
 148:5 175:24
 181:19 187:13
required 64:23
 65:3 115:21
 163:21 181:2
 226:9,10,11
 277:20 278:16
requirement
 180:22,24 313:21
requirements
 115:13
requiring 145:25
 181:4,12,14,21
 182:7 261:9,14,15
 262:6
reread 189:11,12
research 238:3
 258:22 279:7
researched 275:8
reserve 207:7
 214:6
reserves 273:4
residence 56:10
residents 95:16
 97:4 188:11 210:5
 313:19,22
resides 168:10
residing 56:9
resigned 23:18

**resolved** 230:11,14
  273:17
**resolving** 205:14
  205:21
**resource** 221:18
  277:14 282:14
  325:17
**resources** 116:19
  161:11 162:12
  170:17 223:14
  226:20 258:5
  264:13 273:10
  291:16 324:23
**respect** 34:3 42:3
  42:16 59:19 68:19
  126:4 171:9
  191:23,24 192:3
  227:11 228:24
  230:15
**respond** 16:10
  105:4,24
**responded** 287:7
**responding** 17:24
  18:16,19
**response** 96:21
  188:24 201:13
  237:12 238:20
  292:10
**responsibilities**
  66:21 220:18
**responsibility**
  58:23 59:22 70:4
  276:14 302:21
**responsible** 66:25
  67:11 93:13
  166:25 167:3
  205:3 236:10
  242:24
**responsive** 129:19
  129:22
**rest** 182:3 298:14
**rested** 205:9
**restricted** 109:10
**restrictions** 104:24
  247:17,21
**restructure** 38:15
  210:3,14

**restructured**
  219:21
**restructuring** 21:3
  62:15,17,21 63:2
  63:9 70:4,18 71:2
  76:2 77:5,6,23
  78:3,21 90:23
  92:3 94:7,10,14
  94:17,18 97:18
  108:12 125:12
  139:2 164:23
  209:14,20 210:7
  210:18,20 211:3
  219:17 220:5
  221:10 228:23
  278:14 280:17,22
  280:25 281:6
  282:7,10,11,13
  287:22 288:9,20
  301:19,24 302:13
  302:18 317:24
  322:17 327:3
**result** 11:25 45:7
  53:4 62:19 67:25
  69:9 83:7 101:4
  127:9,16 129:16
  131:24 132:4
  143:17 146:4
  159:11 170:24
  173:3 186:11
  204:2 208:11
  250:7 258:9
  289:25 293:13,16
  294:2 298:4
  313:16 318:8
**results** 159:10,10
  268:5
**retaining** 184:20
**retiree** 3:7
**retirees** 10:7
**retirement** 2:8 9:22
  9:23
**return** 25:17,19,21
  26:3,9 27:5
  139:22 141:8,14
  142:8,12,13,15
**returns** 140:13

  166:11 218:8
  241:12
**revenue** 14:25
  19:16 20:13,21
  23:5 25:16 27:14
  28:25 32:21 48:15
  49:18 55:2,5,8,10
  56:17 62:11 67:4
  67:16,18,21,24,24
  68:3 70:16,16
  71:5,17 78:8,11
  79:3,8,21 80:8,11
  84:18 87:15 88:3
  88:6,18 89:12
  91:5,12,14 95:4
  95:11,18,25 98:7
  98:13,22 99:9,23
  100:4,7,14,18,20
  101:3,14,17
  103:21 121:10
  125:5 128:22
  134:4,7,18,22,23
  135:6,13,21,25
  136:6,11,14
  137:22 139:7
  143:3,10,13 145:8
  145:15,20 147:11
  147:20 148:7
  150:10 152:11
  154:24 157:8
  167:23 177:22
  181:25 184:2,6
  188:9,15 190:4,9
  190:11 199:16
  200:15 241:7
  242:6,16,19,22,24
  243:4,14,18,21
  260:19,22,25
  261:3 265:19,19
  286:10,21 287:18
  288:3,7,24 296:3
  299:2 300:9 305:6
  305:10,12 306:23
  307:7,12 308:2,8
  308:10,14,20
  309:3 317:19
  323:4

**revenuegenerating**
  260:16
**revenues** 22:13,23
  23:4,10,13 30:16
  32:8,13 33:10
  46:11,15,22 47:2
  47:8,15,20 48:22
  49:14,22 50:3,25
  51:15,24 52:18
  54:13,21 55:20
  56:3 62:7 67:7
  68:20,23 69:6,12
  70:21 71:13,19
  75:24 77:16 79:16
  79:17,18 80:6,7
  80:10,11,13 81:22
  82:15,18 83:4,23
  87:16,22,25 88:7
  88:12,16,19,24
  90:24 94:9,17,20
  99:5,16,18 104:19
  105:11,20 119:22
  121:20 123:11
  125:4,6,8 137:10
  137:17 138:8,24
  140:18 144:13,24
  145:2,7 159:2,3,7
  172:22 173:11,16
  177:8 178:10,11
  178:13 181:5,8,13
  181:23 186:15
  189:3,4,7,8 206:3
  206:5,13 207:18
  223:2,2 243:10,13
  259:24 260:3
  272:16 286:12,22
  287:24 288:6,8,10
  288:17,19,19,23
  299:10,23 304:23
  306:2,9,10,11
  307:23 308:5,11
  323:9 324:14
**revenuesharing**
  177:24
**reverse** 143:10,18
**review** 16:3 26:21
  34:24 61:23,24

  63:18 67:15 73:7
  87:3 93:7 180:17
  226:9 227:15
  256:14,16 264:2
  264:20,24 266:17
  280:12 281:17
  282:24 293:13,17
  297:8,10
**reviewed** 14:8
  17:15,18 127:12
**reviewing** 17:5
  25:5 46:2 74:23
  180:14 274:21
  277:22 321:25
**reviews** 128:5,7,12
  128:15,16,19,20
  192:13 281:8
  294:7 299:21
  313:9
**revised** 173:17,24
**revisions** 140:7
  230:18 284:8
**rhodes** 1:9
**right** 13:12 24:16
  29:4 35:20 40:7
  42:24 44:9,10,14
  47:12 48:4,24
  49:21 68:12 70:8
  81:14 97:8 100:9
  100:13 104:5,10
  106:15 110:24
  120:16 147:2
  151:6 155:9,25
  156:4 160:11
  186:24 187:15
  190:13 197:8
  221:25 224:11
  228:16 229:11
  232:5 233:23
  245:13,16,17
  246:18 248:17
  251:24 255:2
  257:14 263:13
  265:16 268:7
  275:8 278:9
  280:23 290:12
  294:5 308:6 326:3

rights 280:11
rigorous 166:9
rise 243:7
rising 202:19
risk 106:6,8,14
    107:22 108:7,13
    108:16 109:8,10
    110:5,6 115:25
    116:8,14,17
    117:12 119:22,24
    120:4,7,15,16,17
    120:21,24 121:8,9
    124:15 138:12,15
    220:2 232:22
    233:9,11,19
    248:15 253:25
    254:25 273:5,7,14
risks 48:18 106:2,4
    106:9,16,24 107:7
    107:10,12,18
    109:3,25 114:25
    119:11,14,21
    124:13,14 233:7
    233:18 237:23
rock 34:12
role 15:11,13 25:4
    83:19,20 193:22
    204:21 284:20
    285:8,9 306:4,6
roll 278:11
rolled 281:12,18,21
rolling 281:23
room 166:12
    237:11 270:8
    271:3 305:8,10
round 177:15
route 297:25
routes 172:8
routine 41:4
routinely 311:24
rules 143:22
run 83:2 215:18
running 83:5 205:4

_____
S
s 2:13 6:2,9
safety 96:14 200:6

200:7,12
salaries 71:7 109:9
    290:23
salary 109:15
sale 89:8
sales 88:25 89:6,11
    89:17 90:3 196:14
    200:18
satisfy 112:20
    226:20 284:10,15
save 255:13 292:25
savings 98:8,13
    195:7 271:10
saw 293:18 297:9
    303:12
saying 94:13
    155:23 173:2
    180:14 230:12
    237:17,25 239:14
    249:2 257:4
    258:10
says 6:22 58:25
    59:14,24 62:12
    66:20 70:3 75:23
    129:2,23 134:5
    137:7 150:9
    196:12 207:14,15
    209:4,24 215:2
    216:16 223:6
    227:14,17 229:7
    229:25 231:6
    240:5,19 244:23
    253:24 254:18,24
    256:18 269:3,18
    284:6 289:6
    294:15 295:14
    304:18 306:16
    315:18 316:2,8
    317:7 319:12
scale 30:25 31:23
scenarios 188:21
scene 292:4,15
schedule 98:13
    102:19 141:7
    298:4
scheduling 298:2
school 272:14

275:15
scope 235:2,23
    238:8
scorsone 83:16
    87:9 242:2
screw 189:8
searched 312:16,18
second 185:20
    196:12 207:14
    229:9 257:11
    283:12 286:16
secretary 246:15
section 90:14
    112:11 137:4,7,25
    150:8 151:3,5
    240:5
sector 211:12
secure 67:5,7,15
securing 66:21,25
    67:11
see 28:9 64:5 85:7,9
    85:12 87:18 88:8
    90:11 91:6,23
    92:12 97:9 98:3,4
    98:9 101:13 106:2
    107:8,23 112:11
    129:6,25 134:8,12
    137:5,11 138:3,10
    143:7 150:15
    196:10,16,17
    200:20 207:12,21
    209:7 215:4
    216:18 217:18
    218:6 219:9,24
    221:23 222:12
    227:20 229:13
    230:5 232:13
    233:2 234:4,23
    237:14 238:15
    239:12,13,21
    240:4,7,13 242:7
    245:3 254:4,10
    256:22,25 257:17
    263:18 264:14
    265:14 266:5
    267:14 268:23,23
    269:6,21 272:5

284:4,11,14
    286:14 287:12
    289:11 292:4
    294:18 302:12
    303:10,15 305:2
    306:20 311:7
    315:21 326:19
seeing 49:5
seeking 34:14,21
seen 37:23 82:20
    93:16 128:18,20
    143:9,12,13
    155:22 169:9
    171:2 186:17
    256:3 275:20
    281:20 283:11,19
    284:17 285:4
    289:10 303:5,8
    315:8,10 320:10
segments 75:6
selfinsure 272:25
    273:11
selfinsured 273:16
selling 51:19
send 311:22
senior 271:20
    287:5
sense 150:7 214:22
sensitivity 161:2
sentence 89:9
    209:3 236:19
    254:24 306:15
sentences 209:23
separate 90:19
    141:5 158:17
    323:3
series 13:5 16:22
    196:9
serve 23:22 215:23
served 200:22
service 54:7 95:6,9
    95:15,21,25 96:17
    96:23 235:25
    236:14 237:2,2
    273:23 295:25
servicedelivery
    94:25 96:7

services 46:8 96:12
    111:13 165:15
    195:14 208:19
    210:4 211:24
    230:2 235:2,20,24
    235:25 236:6,7,16
    236:21,24 237:4
    238:9,14 269:20
    269:24 270:7,7
    271:3
set 22:11 32:18,19
    85:10 104:25
    140:11 242:15
    246:23 279:25
    280:2
sets 242:18
settled 83:14
settlements 86:22
sewage 52:11 53:13
    54:7
sewer 53:6 89:22
    89:24 90:2 230:2
    230:10
shape 38:23
share 304:24
shared 220:18,18
sharing 20:13
    134:7,18,23 135:4
    135:6,13,21 136:6
    136:11,14 177:22
shavi 304:18
    305:21
sheet 254:3 273:21
shes 232:6 284:22
shift 115:20
shifted 295:15
shifting 126:16
shootings 292:10
short 84:12 154:5
    245:21 301:6
shorthand 1:21
    329:2,6
shot 291:21 292:3
    292:15
shotspotter 291:14
    291:16,18,19
    292:9

shotspotters 291:22
shouldnt 266:12
show 44:2,3 93:17
  93:17 159:3
  180:15 183:18
  273:14
showed 125:6
shown 88:13 98:21
  101:22
shows 44:6 95:24
  98:12
shrink 215:22,22
  235:2
shrunk 215:19
sic 287:8
side 121:10 138:13
sides 78:6
sign 220:14
signed 75:21,21,22
significant 118:9
  136:11 170:3
  232:22 233:7,10
  233:11,16 244:25
  254:8,13
signs 130:8
similar 17:8 214:11
  218:21 279:19
  282:5 301:24
similarities 207:16
simple 297:4,7
simultaneous 55:11
  214:17 310:13
sin 199:20
single 42:13 43:25
  75:4 120:2 263:17
  263:22,24 264:8
sink 117:24
sitting 32:11
situation 15:20
  30:23 33:17 34:6
  34:16 63:7 69:5
  113:3 136:5
  203:11 208:14
  212:4 247:7
  252:11 318:7
situations 17:9

105:5 218:21
size 193:13 195:5
  215:23,24
skill 279:10
skillman 33:24
skills 71:7 277:19
  277:23 278:20
  279:2,5 281:8
skip 283:20
skipped 227:16
slated 45:10,11
slide 214:25,25
  217:16,18 218:3
  219:8,10,13
  221:12 227:25
  315:16,23
slides 216:9
slip 64:17
slippage 106:14
slowly 129:24
slumlord 266:19
small 57:8 175:10
  175:16
smaller 216:2
smith 3:11 6:5 9:20
  9:20 10:15 11:4,7
  12:18 18:5 31:10
  36:11,17 37:4
  39:11,16 43:14
  53:8,24 55:9,15
  55:24 58:2,13
  64:10 73:22 82:5
  82:12 84:6,8,16
  90:10 98:2 113:13
  119:10 120:14
  123:9,16 124:17
  125:17 132:12
  133:2 134:11,13
  134:16 142:4
  144:21 147:17
  148:4 153:25
  154:8 156:5,13
  157:6 161:13,24
  162:16 165:25
  176:13,16 177:2
  178:24 181:20
  184:24 185:14

186:12 188:2
189:10,16,19,25
191:17 192:9
194:25 195:20
196:5,7 197:16,19
198:3 204:20
206:24 213:20
214:3 217:20,24
229:4 231:2 237:9
239:7,19 241:23
244:5,10 245:11
245:15,17,25
252:3 255:24
256:24 257:4,7,9
257:16 263:6
276:6 282:19
283:10,23 285:17
286:5 287:2 289:3
290:17 294:12
295:7 301:2,9
302:9 303:3
304:14 309:6,14
309:23 310:4,5,11
310:16 311:14,16
312:25 315:4
318:6 319:3,11
320:7,25 327:12
solely 274:12
solicitations 35:6
solicited 321:6,6
soliciting 321:9
solid 273:20 274:3
  274:5,7,8,12
solution 45:9 61:25
  72:17
solutions 70:10
  279:8
somebody 12:13,23
  20:23 155:23
  181:19 182:5
  262:17 284:13
someplace 16:14
  251:5
soon 313:4,5
sooner 314:19
sorry 124:3 156:12
  182:12,12 241:5

244:23 310:3
sort 246:23
sought 34:18 73:11
  73:16
sound 114:25
  155:24 156:3
sounds 24:13
  285:12
source 71:23 79:3
  198:2 291:7,9,10
sources 66:24
  67:10,17,24 84:17
  84:21 112:19
  134:21 200:15
  274:23
space 130:23
span 313:6
speak 44:8 84:8
  301:22
speaker 207:9
speaking 108:13
speaks 277:19
special 298:25
specialist 9:14
specific 15:16
  30:12 34:18,21
  35:10 43:11 49:17
  59:8 61:21 75:17
  76:12 77:6 80:22
  108:14 109:12
  122:24 126:24
  130:11 134:2
  148:24 154:14
  169:4,25 171:17
  172:4 176:2
  193:9 220:8 277:4
  281:8 285:9 295:4
  321:14
specifically 35:21
  35:23 62:4 67:14
  74:9 77:19 97:2
  165:21 169:16
  171:16 172:3
  178:2 213:18
  299:20 310:20
  316:24
specifics 48:12

110:12 132:16,18
133:23 144:3
155:21 174:14,19
175:5,9 212:21
227:10 260:24
specified 116:3
specifies 83:11
specify 83:10
speculate 27:22,24
  47:4 64:23 65:3
  68:7,15 104:2
  117:25 135:17
speculating 64:14
speculators 266:19
speech 207:6
spelled 133:14
spend 57:14 223:9
  223:18,22 243:12
  304:3 324:20
spending 70:8,19
  195:4 201:25
  222:23 223:5,17
  224:7,10 301:12
  301:15
spent 72:20,24,25
  75:16 200:12
  220:25 224:3
  248:6
spread 151:20
stability 60:13,16
  60:25 61:8,11,15
  61:18 62:5
stabilize 221:22
stacy 231:25 232:2
  283:25 284:20
staff 14:21,21
  20:21,25,25 38:2
  58:15 92:25 126:9
  205:11 222:6,8
  251:11,13,24
  254:7 282:15,17
  287:6 303:24
  324:5
staffing 323:13,20
stages 145:9
stakeholders
  227:18 228:2,5,19

228:21
**stand** 120:13
258:16
**standard** 167:11
**standpoint** 54:10
128:2 177:24
208:21 241:14
**stands** 59:19
254:22
**start** 42:24 98:19
98:20 127:17
131:3
**started** 45:11 57:6
57:7 75:15 139:24
220:20
**state** 10:16 13:14
20:13 31:12,24
32:2,7,12,21,23
32:24 33:6,9,12
36:8,13,15,20,23
37:6 55:25 60:17
61:3 67:23 69:18
83:9,21 130:24
134:7,18,23,24
135:3,6,13,20,24
136:3,6,16,22
139:12,19,21,22
140:22 141:8,9,17
142:13,18 143:25
144:7 145:24
146:5,8 147:9,18
147:21,23 148:3,5
148:11,15 149:3,5
149:6,11 155:6
156:24,25 159:17
159:22 160:2,5
163:20,22 164:21
165:7 171:13
177:11,18,20
178:3,4,12,13,20
179:2,6 180:18
183:9 185:15
186:22 187:2,12
187:25 199:23,24
200:2,20 202:10
202:16,17 218:16
237:6 240:5,6,11

240:13,20,25
241:13,17 264:11
272:24 273:9,13
273:14 275:15
323:15
**stated** 60:21 231:8
**statement** 78:17
85:3,11,16 91:2
102:13 104:11
109:24 111:8
115:3 129:6,8
151:25 152:7
153:23 221:15
227:25 233:2
236:4 237:25
245:2,7 257:17
306:3
**statements** 41:6,8
41:10,15,22,23,25
42:4,20,21,23
43:5 85:10 151:23
152:10,12,13,15
152:15 179:16
**states** 1:2 9:7
136:19,21 141:15
185:9 186:2 200:2
204:17 218:16
240:24 241:15
313:21,25 314:6
**status** 29:23 41:18
41:18 139:20
172:14 253:9
258:18 263:2
265:6 268:6
270:19
**statute** 159:23
**statutorily** 32:15
**statutory** 32:17,18
32:24 159:13,17
174:25
**stay** 58:3 110:7
111:24 298:15
**staying** 110:10
298:17
**steady** 323:15
**stenographically**
329:11

**stepped** 212:7
**steven** 1:9
**stewart** 2:13 10:12
10:12 12:16 18:2
31:6 36:10,24
39:9,12 43:10
52:21 53:17 55:4
55:12 57:17,22,24
63:25 73:14 82:3
82:9 90:9 97:22
113:9 118:22
123:14 124:2
125:15 132:7,23
134:9,12,14
141:25 144:15
147:12,25 156:2
156:11 157:3
161:9,18 162:3
165:18 176:12,14
176:20 178:22
181:17 184:21
185:12 186:5
187:19 189:5,11
189:18,23 191:13
194:21 195:16
197:15,18,21
204:13 213:17
217:19,23 236:22
239:16 245:13,16
245:18 256:23,25
257:6,8,13 282:8
285:16,24 286:25
309:5 310:8,14
311:13 312:23
318:2,10 319:8
320:22 327:7
**stipulate** 285:20
**stop** 217:11 222:23
223:5
**strategic** 269:4
**strategies** 139:3
192:19 211:23
212:25
**strategy** 66:14
194:18 195:2,14
217:17,22 218:22
219:22 228:9

240:9,11,16
**streams** 71:4,4
165:2
**street** 2:6 3:4 5:4
**strike** 188:24
**strong** 43:21
**structure** 67:3
103:8 107:3 171:3
227:15 229:10,21
273:24 277:17
279:18,19 282:2
**structuring** 53:5
**studied** 166:23
**studies** 154:10,13
154:15 155:3
**study** 84:19,20
95:23 97:5 98:11
98:16 99:2 132:2
142:24 143:6
149:16,17,19,25
154:19,20 155:9
167:17 186:13,17
205:16
**subcontractor** 25:2
**subject** 12:4 64:14
135:7 160:21
162:6 182:9 232:5
**subjected** 281:16
**submitted** 14:4,14
**subsequent** 40:18
293:15
**subsidizes** 300:2
**subsidy** 127:6,8
293:18,18 295:22
296:13,17,19,21
296:23,25 297:2,3
297:9,12,15,19
298:9,22,23 299:5
300:10
**substantial** 253:25
**substantially**
215:20
**substitute** 327:10
327:12
**successful** 131:15
131:20 170:20
192:18,19 194:17

195:14 203:5
**successfully** 49:7
49:13 195:3
201:25 203:13
**sued** 13:2
**suffering** 25:10
**sufficient** 121:21
296:23
**suggest** 225:15
**suggested** 63:14
226:6,8 284:8
**suggestions** 225:22
**suing** 11:18,22
12:10,23
**suite** 3:5 4:18
**sum** 152:23
**summarized**
179:16
**summary** 210:10
294:14
**sums** 93:4
**supervision** 90:19
90:20 329:12
**support** 29:15
35:12 72:2,12,15
73:20 74:10 89:24
100:18 131:6,6
141:18 177:25
178:13 179:23,25
210:7 211:3,9,18
212:15 221:5
260:5 262:5 316:6
**supportable** 243:10
**supported** 144:19
259:20
**supporting** 146:10
297:21 302:23
**supportive** 204:7
262:7
**supports** 42:17
282:25
**supposed** 38:12
40:21
**sure** 13:23 28:14,18
38:17 55:13 76:19
76:20 98:19 99:6
125:21 131:25

151:14,22 163:11
176:13 201:20
208:11 213:5
220:21 245:10
264:22 272:12
276:15 283:13
286:17 287:9
305:10,11 307:11
307:17 318:5
319:18 322:2
**surplus** 298:14
**susceptible** 129:3
**suspect** 289:8
**sustained** 296:20
**sworn** 10:23
**sync** 306:18
**syncora** 3:15,16
9:20 160:10
**synergy** 241:14
**system** 9:22 38:17
40:3,6 45:8,15
46:3 50:11 52:20
59:23 61:20 69:25
70:11 75:10,10
122:11,12 151:11
151:14 216:24
217:6,6,8,10,13
221:17,18 239:12
239:15 265:13,22
266:2 277:15
278:23,23,24
279:3,4,6,10
282:14 288:2
292:13
**systemized** 277:10
**systems** 2:8 9:23
19:25 40:9 46:6
74:3 75:5 216:17
216:20 217:4
218:4 221:13,22
221:25 222:3,6
274:22 276:17
325:16

**T**
**t** 2:14 6:2,2,9 328:3
328:3

**table** 284:7
**take** 13:11 15:4
21:14 45:13 56:5
76:7 84:6,7
114:25 115:2
165:6 176:15
203:14 208:14
222:24 234:21
235:4,10,14 245:8
249:10,11 258:21
260:15 264:17
270:24 283:12
286:16 301:2
318:16
**taken** 1:14 9:7
71:12 84:12 88:4
105:10 154:5
165:11 167:4
211:8 245:21
267:4 287:24
293:5 301:6
302:11 329:8,11
**takes** 40:8 279:9
304:19 305:22
**talbot** 93:8
**talent** 35:7
**talk** 112:9 157:22
157:24 191:8
214:8 218:3
227:10 289:7
306:16
**talked** 14:17,25
145:23 164:22
187:13,23 191:22
191:24 192:3,6
221:16 233:21
237:21 302:22
312:22 327:3
**talking** 17:23 82:24
82:25 97:12 147:2
214:23 216:20,23
218:10 220:16
222:18 243:5
250:15 257:24
286:9 317:21
319:6
**talks** 207:3 256:19

257:24 268:22
277:18
**tally** 151:19
**tape** 84:11,15 154:4
154:7 176:19,25
245:20,24
**task** 219:18
**tax** 19:7 22:7,8,9,13
22:19,22 23:3,6
23:10,13 33:6
78:8 88:23 129:2
129:3,11,11,13,13
129:18,18 131:5
134:6,17 137:10
138:7,20 139:11
139:21 140:5,11
140:14,17,18,21
140:23 141:4,10
141:23 142:7,21
143:3,5,21 145:6
145:6,12,17,21
146:11,16,16
147:6,10,11,19,22
147:24 148:3,6,11
148:13,17,22
149:3,11,15,20
154:24 155:8,11
155:16,19,24
156:6 157:2,23
158:7,10,10,12,13
158:15,18,18,22
159:2,3,7 163:17
163:20,21,23
164:13,16,24
165:7,10 166:11
166:13 167:10,21
168:2,6,18,20
169:13,18,22
171:3 174:21
182:9 185:10,16
185:18,23 186:4,9
186:11,14,15,19
186:24 187:3,7,11
187:17,22,23
188:4,8,14,15,16
189:2,3,4,5,7,8
190:2,4,7,8,11,15

190:19,22,24
191:11,23 192:5,5
194:23,23 198:12
198:14,16,24
199:2,3,5,6,9,12
199:15 200:17,18
200:20 201:12,19
201:24 218:8,18
239:12,15,21,24
240:9,11,14,16,24
241:6 259:25
260:11 261:7
264:11,22 265:13
265:13,22,23
266:4 267:16
311:4
**taxation** 201:9
**taxed** 182:2
**taxes** 23:8,13 32:18
32:19,25 95:20,20
137:5 138:24
140:12 141:6,7,9
141:9,18 143:11
143:18 146:2,3,6
149:5,7 154:11,16
155:6,6 157:7,10
157:12,15,19,23
158:3,5 159:9,11
159:12,21 164:3,8
164:21,23 165:14
165:16,20,23
166:4,4,4,22,24
167:2,2,6,14,15
168:12,14,22
169:3,8 174:8,25
175:15,21,25
188:19 191:2,4,15
191:25 192:3
194:12,20 196:14
196:18 197:9,9
198:9 199:20,20
199:23 200:2,3,18
200:19,23 201:6
201:21 216:7
218:15,25 238:22
264:19,25 266:6
266:12,20,23,25

267:6,20 268:12
274:19
**taxing** 198:18,20
**taxpayers** 188:12
264:10,21 266:3
**tcor** 254:19,21
**team** 45:18,20 52:5
52:6 54:9 70:16
230:22
**techniques** 167:12
**technology** 19:22
74:9,10 291:19
292:3,12,14
**tedder** 230:23
**telephonic** 4:13
**tell** 15:14 16:25
17:2 25:24 34:20
44:17 48:8 70:5
76:17 113:10
114:8 123:18,23
132:16,17 148:25
152:6 155:13
156:23 169:16,24
172:24 177:16
179:9 182:6
195:17 200:14
239:3 309:16
310:17
**temporary** 196:13
**ten** 26:2 31:19 69:4
135:7 308:16
**tens** 25:21 26:3,9
143:16
**tenure** 23:23
**term** 75:17 103:23
110:23 206:14
**termination** 111:22
**terms** 31:12 51:23
69:5 94:19 95:11
101:14,19 109:12
115:6 116:12
117:13 118:20
120:5 125:11
143:10 145:10
155:3,13 162:20
164:12 166:21
170:20 171:5

182:18 220:14
245:6 265:18
324:14
**testified** 10:24 55:5
193:14
**testify** 75:24 76:5
76:23 77:11
178:19,25 179:5
230:15 246:12
326:6,8,9
**testimonies** 246:5
**testimony** 16:13
76:25 180:17
214:12,19 246:3,8
328:7
**texas** 4:19
**thats** 12:14,14,15
15:3 16:12 24:8
24:10,22 26:5,6
31:7,22,22 32:20
32:21 34:17 35:7
35:16 36:14 39:13
39:13,23 40:3,13
40:13 43:23 45:5
45:7 46:9,17 48:3
49:10,16,16,16,20
53:6 55:2,22 57:7
64:9,17 67:8,8
68:9,25 69:9 70:2
70:13 72:14,16
76:18 77:7,20
78:16 79:10 80:9
83:8 87:8 88:21
89:8 92:24 98:11
98:15,15 101:8,9
101:10 106:21,23
108:15,20 109:23
110:5,6 111:9
115:6,17 116:23
117:5,5,6,22
121:6,12 123:7
127:15,24,24
131:24 133:13
136:2 138:18
140:20 142:17
145:9,9,19 147:7
151:12,19,23,24

152:12,14,22
158:15 160:12
161:12 163:4,14
168:11 171:11,24
172:3 174:23
175:6 184:2
185:19 186:14
187:14 188:23
189:18 197:18
198:24 199:14
206:5,10,11,16
209:8,8,17 210:12
210:24 213:5
214:16,16 220:25
221:5 226:13
228:14,21 230:16
231:4,5 233:4,5
236:23 237:6
238:6,18 240:12
240:13,22 245:18
246:23 251:10
252:5,18,18 255:3
255:8,10 258:10
259:3 262:13,24
263:25 265:25
266:16 267:9
271:25 272:3,13
272:13 274:8
275:8 277:9
278:23 279:4
282:15 290:11
292:23,23 293:14
298:17,19,19
299:15 301:23
302:17 308:2,12
308:12 311:25
313:16 314:15
316:25 322:11
323:21,21,22
324:6,24
**theres** 34:7 35:6
36:15 39:2,5
51:11,11 60:9,10
63:18 64:7 65:8
65:10,13,20 66:5
67:22 69:3 73:2
74:19,21,24,24,24

80:18,21 82:17
87:3 90:6,7 92:10
92:19 95:8 96:19
98:11 104:23
106:13,14 110:13
111:4 115:4,5
119:21,23 121:8
122:6,22 126:18
132:3 136:13,22
137:4,25 139:23
139:25 142:24
145:3 150:2,8
151:22,23 155:2,8
155:8 160:25
163:6,14 165:17
179:25 180:24
184:15 186:19
196:9 205:23
207:10 211:14
214:14,18 216:10
217:16 219:8
220:2,24 221:8,11
222:11 223:12
225:7,9 228:15
229:24 233:9,11
234:14 239:2,10
240:4 246:14
248:7 249:23,23
250:3,6,7 251:8,9
253:24 264:7,8
268:13,19 271:5
272:8 277:10
286:9 294:14
295:12 298:9,17
298:22 299:8,18
300:4 304:17,18
314:16 315:18,23
316:2,14,15,18,20
324:18,21 326:19
**theyll** 271:9
**theyre** 14:18 29:25
43:24 46:3,3
93:20 113:12,17
113:18 116:9
117:14 118:19
123:24 129:21
138:24,25,25

142:13 144:5
147:15 149:13
151:10 160:21
162:25 163:3
167:24 213:3
221:2,4 222:7
223:13 249:10
255:3 257:23,24
258:10 275:10
277:2 284:25
288:22 299:14
300:18 313:24
**theyve** 177:25
183:3 253:4
**thing** 195:8 212:24
214:22 215:6
221:12
**things** 15:14 63:19
69:20 76:16 79:2
79:7 106:11,20
121:25 134:25
138:12 145:5
157:24 162:10,10
167:10 181:24
191:14,18 192:2
194:6 195:10
218:11 220:8
222:22 223:12,15
235:18 237:19,20
248:7 253:6
271:23 276:13
283:5 293:11
300:8 313:12
324:19,23 325:10
**think** 40:13,20 48:2
48:4 49:10,17
55:4,12 57:18
73:2 94:21 95:20
97:6 101:16
102:10,12 106:4
110:5 120:11
126:9,15 140:13
155:9 176:16
189:10 205:21
206:10 210:24
211:23 213:19
214:25 215:7

216:4 219:2 220:6
222:4 225:5
227:22 228:25
235:20 237:21
251:19 257:13
258:13 275:21
276:11 282:17
289:9 322:7,20
325:4 326:4,6,10
326:20 327:9
**thinking** 174:5
288:4 321:12
**third** 9:16 214:25
229:24 240:19
**thought** 102:10
189:18 201:3
285:22 288:16
313:23
**thoughts** 224:4
227:5
**threaten** 175:23
**threats** 176:3
**three** 79:13 80:16
81:6 82:14 140:16
308:5,9
**threeyear** 80:3,5,7
80:10 81:23 83:3
83:7
**tied** 115:11
**tight** 290:24
**time** 13:11 25:25
40:8 41:12 44:7
63:4 64:4,8,11,15
70:8,19 77:9
80:19 81:2,3,6
84:4 87:3 95:2,13
96:11 105:2
106:24 107:16,18
107:22 110:8,9
111:15,24 113:5
123:3 128:4
134:20,21 153:24
154:2 190:3
193:13 205:5
208:23 215:19
216:25 220:25
222:12 226:3

247:18 248:12
249:5,11,12,13
256:8 261:21
270:16 276:16
290:23,25 292:2
292:22,24 296:20
300:6 302:11
303:11 304:3,5
306:23 307:2
313:7,7 314:7
**timely** 26:25
**times** 87:2 96:21
246:12,13
**timing** 325:13
**tired** 318:17
**title** 216:12 217:21
232:5 287:5
**today** 9:14 13:5
32:11 157:21
180:20 191:12
209:19 276:17
**told** 38:11,20
110:10,11 231:7,8
231:17,21 237:6
**top** 74:14 87:13
90:9,11 91:22
150:8 209:3 242:4
283:25 323:2
**topic** 76:15 290:14
**topics** 303:16,19,22
**toppaid** 205:11
**total** 81:22 82:14
121:24 153:2,4,9
163:4 188:19
250:21 254:25
**totality** 124:10
**totally** 304:23
306:2
**tower** 3:5
**track** 304:19
305:22
**training** 278:3
**transactions** 42:11
42:17 43:20,22
89:23
**transcript** 328:7
329:9

**transfer** 185:8
196:14
**transferred** 183:15
183:17 185:2,4
**transferring**
298:24
**transformation**
8:14
**transit** 210:6
**transportation**
19:25 127:7 172:7
180:2 236:10
293:18 295:22,25
296:3 297:15,19
297:23 298:18
299:4,11,24
**trash** 50:16 81:11
81:15 87:15 270:7
271:4
**treasurer** 12:2
253:23
**treasury** 58:21
150:11 246:15
**tremendous** 220:24
300:5
**tried** 32:24 151:18
301:20 302:12
307:21 312:9
**trips** 133:6
**trivial** 327:7
**trouble** 60:9
113:22
**true** 100:6 101:9
207:23 209:19
216:7 236:5,15,20
266:10 328:10
329:9
**trust** 5:6 10:18
**truth** 15:14
**try** 30:16,22 33:16
92:23 93:4 132:20
135:20 144:10
147:5 157:21
164:16 170:11
206:2 218:24
247:7 259:6
267:24 268:14

274:2 277:12
288:15 292:9
293:10 304:20
305:23
**trying** 18:8 24:13
31:4 33:20 49:17
63:19 76:15 117:8
133:15,19 154:20
160:8 161:2
214:21 227:22
236:15,20 252:11
257:9 263:21
275:22 276:7
289:8,14 322:2,5
324:14
**turmoil** 207:17
**turn** 128:25 196:8
294:14
**turnaround** 137:8
**two** 6:19 11:13
38:16 45:12,13
55:12 56:20 73:25
75:6 77:13 78:6
89:14 134:21
140:16 142:8,10
142:18 155:23
174:14 176:5,7
209:23 232:6
263:16 269:3,17
313:7 314:16
**type** 29:12 65:23
169:24 214:12
224:12 314:4
315:8
**types** 39:15 71:6
76:16 103:5
247:19 266:4,19
277:19 279:2
**typewriting** 329:12
**typically** 135:15,18
**typing** 311:21

_____

**U**

**uhhuh** 90:12
112:12 129:7
196:11 207:13
216:15 218:2

219:25 234:24
240:8 257:18
267:17 295:13
315:17
**ultimate** 81:3
**ultimately** 95:20
234:21 235:4
253:8
**unable** 249:4
**unapproved** 73:13
**uncertainties** 171:9
**uncertainty** 171:4
171:7
**unclear** 224:18
**unconstructed**
220:3
**unconstructive**
219:23
**undergo** 282:5
**undermine** 220:5
**underperforming**
276:19
**understand** 13:9
15:11,16 16:23,23
18:11 27:11,12
41:9 84:3 86:8,9
103:25 108:6
154:20 188:13
214:21 218:5
221:5 306:8
319:18 322:24
323:7 324:8
**understanding**
13:6,7 15:7,9
83:21 85:14
212:25 274:10
323:12
**understood** 322:3
**undertake** 32:8
**undertaken** 61:17
103:21 167:4
**undertaking** 276:9
**underway** 29:25
139:18 173:14
220:23
**underwithholding**
267:13

**underwrite** 26:20
**unemployment**
317:7,10,14,17,17
317:20,23 318:12
318:13,15,21,25
319:7
**unfunded** 202:21
207:20,24 226:19
**unilaterally** 165:6
**unions** 121:19
**united** 1:2 9:7
204:17 313:20,25
314:6
**unknown** 69:13
**unlimited** 88:23
**unnecessarily**
288:16
**unrealistic** 231:10
231:19
**unstable** 222:3,7
**untapped** 84:18,21
**unusually** 289:19
**update** 85:3,12,16
85:20 86:19,21,23
86:24
**updated** 85:11 87:2
**upset** 323:19,24
324:2
**upside** 101:14
**upward** 137:25
**use** 71:22 72:4
73:12,16 197:12
200:19 210:25
248:11 291:16
311:17,24 312:4,9
318:21 319:5,6
**users** 169:13
**uses** 73:13 80:11
81:23 82:13
**usually** 57:15,20
296:5
**utility** 169:13
**utilize** 25:16,23
26:4,24 249:4
**utilized** 178:3

_____

**V**

vacant 198:9,13,15
  198:16,18,20
  199:3,9,12,15
  201:18
vacuum 168:22
vague 16:20 76:15
  276:9
valuation 19:10
value 91:8 183:19
  274:7 300:16,19
  300:21,25
values 78:7,14
  123:17,19,20
  181:16 213:16,23
variables 69:7
  105:3
varies 57:15
variety 26:10
  164:16 194:19
various 18:21 20:8
  43:20 53:5 64:12
  92:16 125:25
  126:19 151:21
  153:17 155:4
  163:10 210:21
  211:21 227:15,18
  228:2,19 238:20
  263:12 274:13
vehicles 72:11,12
  72:12 75:8,9,12
  96:20
vendors 12:9,13
  45:21 46:4
ventures 34:12
verbano 1:18 9:15
  329:4,20
versions 294:7
versus 87:17
  215:25 323:7
video 9:6,14 327:16
videographer 5:12
  9:5 10:14 84:10
  84:13 154:3,6
  176:18,23 245:19
  245:22 301:4,7
  327:15
videotaped 1:13

327:18
view 120:16 203:20
  205:13 206:7,16
  206:17,21 233:14
  233:14 290:25
  291:2 304:21,23
  305:24 306:2,22
viewed 32:20
views 228:6
visits 131:9
voluntarily 276:24
volunteer 205:10
  213:6
volunteered 211:19
vote 189:22 313:20
voter 190:15
vucetic 4:3 10:2,2

─────────
W

w 1:1,13,14 2:1 3:1
  3:4 4:1 5:1,4 6:1
  7:1 8:1 9:1 10:1
  11:1 12:1 13:1
  14:1 15:1 16:1
  17:1 18:1 19:1
  20:1 21:1 22:1
  23:1 24:1 25:1
  26:1 27:1 28:1
  29:1 30:1 31:1
  32:1 33:1 34:1
  35:1 36:1 37:1
  38:1 39:1 40:1
  41:1 42:1 43:1
  44:1 45:1 46:1
  47:1 48:1 49:1
  50:1 51:1 52:1
  53:1 54:1 55:1
  56:1 57:1 58:1
  59:1 60:1 61:1
  62:1 63:1 64:1
  65:1 66:1 67:1
  68:1 69:1 70:1
  71:1 72:1 73:1
  74:1 75:1 76:1
  77:1 78:1 79:1
  80:1 81:1 82:1
  83:1 84:1 85:1

86:1 87:1 88:1
  89:1 90:1 91:1
  92:1 93:1 94:1
  95:1 96:1 97:1
  98:1 99:1 100:1
  101:1 102:1 103:1
  104:1 105:1 106:1
  107:1 108:1 109:1
  110:1 111:1 112:1
  113:1 114:1 115:1
  116:1 117:1 118:1
  119:1 120:1 121:1
  122:1 123:1 124:1
  125:1 126:1 127:1
  128:1 129:1 130:1
  131:1 132:1 133:1
  134:1 135:1 136:1
  137:1 138:1 139:1
  140:1 141:1 142:1
  143:1 144:1 145:1
  146:1 147:1 148:1
  149:1 150:1 151:1
  152:1 153:1 154:1
  155:1 156:1 157:1
  158:1 159:1 160:1
  161:1 162:1 163:1
  164:1 165:1 166:1
  167:1 168:1 169:1
  170:1 171:1 172:1
  173:1 174:1 175:1
  176:1 177:1 178:1
  179:1 180:1 181:1
  182:1 183:1 184:1
  185:1 186:1 187:1
  188:1 189:1 190:1
  191:1 192:1 193:1
  194:1 195:1 196:1
  197:1 198:1 199:1
  200:1 201:1 202:1
  203:1 204:1 205:1
  206:1 207:1 208:1
  209:1 210:1 211:1
  212:1 213:1 214:1
  215:1 216:1 217:1
  218:1 219:1 220:1
  221:1 222:1 223:1
  224:1 225:1 226:1

227:1 228:1 229:1
  230:1 231:1 232:1
  233:1 234:1 235:1
  236:1 237:1 238:1
  239:1 240:1 241:1
  242:1 243:1 244:1
  245:1 246:1 247:1
  248:1 249:1 250:1
  251:1 252:1 253:1
  254:1 255:1 256:1
  257:1 258:1 259:1
  260:1 261:1 262:1
  263:1 264:1 265:1
  266:1 267:1 268:1
  269:1 270:1 271:1
  272:1 273:1 274:1
  275:1 276:1 277:1
  278:1 279:1 280:1
  281:1 282:1 283:1
  284:1 285:1 286:1
  287:1 288:1 289:1
  290:1 291:1 292:1
  293:1 294:1 295:1
  296:1 297:1 298:1
  299:1 300:1 301:1
  302:1 303:1 304:1
  305:1 306:1 307:1
  308:1 309:1 310:1
  311:1 312:1 313:1
  314:1 315:1 316:1
  317:1 318:1 319:1
  320:1 321:1 322:1
  323:1 324:1 325:1
  326:1 327:1 328:1
  328:12 329:1
wage 22:4 49:2,5
  109:9 187:3
  234:17
wagering 19:16
  22:22 23:3,6,8
  129:3,11,13,18
  137:4,10 169:18
wages 78:19,23
  79:3 109:23 234:9
  234:10,15
wait 227:23 230:6
  281:7

want 15:9 18:3
  27:15 55:13 74:8
  76:17 84:9 85:5
  127:25 153:25
  176:12 197:8,10
  209:11 214:12
  243:18 244:22
  245:13,14,17
  256:6 277:8
  285:14 287:9,14
  290:9 310:14
  327:10
wanted 32:8 231:4
  260:11 263:2
  288:5 291:13
  307:10,22,23
  315:15
wants 148:5
washington 1:15
  2:18 3:6 4:7 5:5
  9:2,12 15:24
  24:23 56:11 57:23
  57:25 58:3 96:24
  192:11,15,18,22
  193:2 214:8 237:5
  251:14 312:21
  313:4
wasnt 12:25 113:5
  138:14 150:18
  161:14 176:8
  188:10 194:14
  214:19 228:18
  235:15 288:18
  297:21 305:19
  307:21,21 308:23
  308:23 320:23,23
  321:17 323:13,14
waste 50:16 273:20
  274:3,5,7,9,12
water 52:11,19
  53:6,13 54:6
  89:22,23 90:2
  230:2,10
way 32:20 35:16
  98:17 114:19
  117:3 124:11
  139:5,5 144:13

145:2,5 157:11
163:6 168:23
169:11 173:22
178:6,7,18 182:7
187:18 200:9
201:15 205:17
213:4 215:13
242:5 244:24
252:18 259:13
262:9 275:14,22
279:25 282:16
288:22 290:22
294:6 298:16
**ways** 46:11,15 53:5
54:13,21 56:3
62:18 63:16 67:21
68:3 69:13 120:12
142:9,10 177:21
191:2 205:23
208:10 213:7,8
224:9 252:16
253:2 266:6 269:4
272:2,21
**wed** 71:7 113:11
**wednesday** 37:24
**weed** 277:12
278:14
**weeding** 279:12
**week** 38:2 57:13,16
**weeks** 40:24 43:6
**weil** 4:17 10:20
**welldocumented**
43:24
**went** 17:2 189:6
246:11,13 313:14
**weve** 45:10 67:3
71:17,17 93:16
122:13 145:22
164:21 191:22
206:18,20,25
220:20,20 252:16
253:24 277:17
294:7 300:23
302:22 326:6
**whats** 15:7 29:23
40:15 44:8 46:17
74:17 83:10,21

89:18 105:20
117:17 119:24
123:3 139:20
144:17 158:18
159:5,8 172:14
190:12 198:20
213:6 215:17
222:14,16,18
229:5 238:9,10,16
243:19 247:12
260:16 264:16
265:18 269:12,14
270:19 272:4,17
272:19,20 284:20
285:8 291:18
294:8 296:25
303:4 304:15
306:18 309:15
312:18 315:5
318:13,20 320:9
325:24
**whitaker** 8:2,5
**wholesale** 290:21
**whos** 35:25 45:17
180:10
**wide** 69:3
**willing** 109:18
181:10
**wilmington** 5:6
10:18
**wires** 55:13
**withheld** 140:23
**withhold** 145:25
146:2 147:10,19
147:24 148:3
261:15,24
**withholding** 141:16
141:22 145:25
146:6,11,16 147:5
147:21 148:6
259:25 261:10,14
261:19 262:6,8,9
267:20
**withholdings**
142:16,17
**witness** 2:19 6:3
10:13 16:2 18:3

31:7 36:12,25
39:10,13 43:11
53:2,21 55:7
57:19,23 64:2
73:15 82:11 84:7
113:10 118:23
120:11 123:6,15
124:4 125:16
132:8,24 134:15
142:2 144:16
147:13 148:2
156:3,12 157:4
161:19 162:8
165:19 178:23
181:18 184:22
185:13 186:6
187:20 191:14
192:8 194:22
195:17 197:23
204:14 213:18
236:23 239:17
257:15 282:9
285:25 302:7
303:16 311:15
312:24 318:3,11
319:9 320:23
321:19
**witnesses** 8:8
**wondering** 11:8
76:4,13 86:6
94:16 116:5 151:2
152:9 176:5 230:8
277:10 283:16
**wont** 94:18 95:10
99:19,22 103:14
104:4,6 118:4
153:18,21 188:5
225:4 319:20
**word** 186:7
**work** 21:8 23:19,25
24:7 34:3 45:7,11
49:20 50:17 56:13
56:15 57:3 59:5
67:6,8,14 70:25
71:3,4 72:16
83:16,18 93:6,8
109:19 125:5

127:25 133:15
140:24 158:10
162:20 165:2,23
168:17 170:17
171:24 172:11
178:6,7,17 181:10
182:15 192:13
197:12 205:20
210:21,22 213:3
220:11 222:9
238:5 240:25
241:2 275:24,25
276:18 278:6
310:15 312:7
317:18 325:7,18
325:21
**worked** 35:3
110:11 143:4
**workers** 181:2,4,12
181:22 182:8
254:9,13 255:6,12
255:18 275:4
276:20 281:25
282:6,24 293:23
**workforce** 276:8
280:16,21 281:11
281:12,16 318:23
**working** 24:25 25:3
44:13 45:5,17,18
45:22 46:6 57:6,7
59:20 67:19 70:7
70:9,15 80:22
92:23,25 93:3
142:20 144:5
146:2 152:16
153:13 167:8
220:25 222:4,7
248:8 276:22
277:3,7 278:16
305:4
**workplace** 318:18
**workrelated**
311:18 312:4
**works** 287:4
**worried** 273:9
**worry** 273:23
**worse** 129:12

**worth** 73:4 74:25
**wouldnt** 32:10
47:17 68:25
115:22 126:21
152:10 171:17,18
184:22 193:2
223:11 243:13
256:11 273:12,21
291:9 298:24
301:22 302:2,4,7
324:16,17 325:2
**write** 231:11
**written** 128:8,14,16
128:18,20 230:18
**wrote** 286:9

---
**X**

**x** 6:9

---
**Y**

**y** 17:19 34:10 54:10
125:10 308:9,15
**yahoo** 6:21
**yeah** 21:12 22:25
24:15 41:4 43:6
48:7 53:11,21
55:16 78:25 82:6
91:24 96:4 100:2
105:8,13 107:10
107:21 108:5
109:13,20 111:12
111:23 117:7
118:17 120:20
125:18 127:3,22
127:24 128:17,19
129:22 131:13
132:17,22 134:14
135:11 137:2
138:11 143:7
144:16 145:13
150:16 151:5
152:17 153:8
154:22,25 175:16
177:19 178:25
179:21 180:9
186:25 194:11,23
195:5,5 207:10
209:8 216:13

217:20 226:8
227:22 230:6
233:12 236:13
240:12 244:14,19
245:10 246:10
248:14,14,23,24
248:25 252:25
255:4,4,10 257:4
257:15,15 262:7
269:13 274:21
279:16 283:13
286:17 308:12
320:3 325:24
**year** 41:12 53:10
117:4,5 134:5
137:8 138:7
140:14,15 152:16
153:5 254:20
265:10,11 268:9
289:14 292:17
296:22 300:10,13
**years** 26:2,8 45:12
45:13 66:2 68:19
69:4,13 77:14
79:13 80:16 81:6
82:14 83:11 89:17
90:25 93:18
103:18,25 104:10
104:13,18 105:9
105:18 118:5
125:3 131:16,21
131:24 132:4,15
134:19 135:7
136:7,12 140:16
163:17,25 164:7
188:4 221:7 246:7
246:8 278:13
296:21 308:5,9,16
308:16 313:7,10
313:11,11,11
316:23 317:15,21
323:2
**yesterday** 11:9
13:22
**yesterdays** 284:7
**york** 9:17,17 284:8
**youd** 25:24 36:25

43:6,11 44:17
59:7 94:12,14
109:12 113:10
114:7 129:15
139:2 142:11,14
142:15 149:16,17
172:24 195:17
237:2 280:12
318:21 319:9
**youll** 13:8 110:25
**young** 7:17 28:25
45:25 52:8 59:2
82:24 84:25 86:2
86:3,7,9,11,14,19
87:6 125:8 128:6
128:9,15 231:15
231:18 283:7
297:13 305:4,9,11
305:17,19 309:8,9
319:5,10
**youngs** 233:14
305:14 306:4,6
**youre** 15:22 17:22
18:7,12 21:14,17
27:22 30:18,21
31:12 35:19 46:21
47:4,9 50:23
52:22 59:24 62:12
67:11 68:14,14
69:9,24 82:21
95:13 96:25
100:23 104:2
112:22 113:19
115:16 117:25
121:13 149:23
154:9 158:2,9,25
159:6 160:8
161:19 162:4
165:19 169:10
173:2,5 174:11
192:10 208:12
217:13 235:13
242:3,9 244:7
250:14 275:5,19
283:17 286:9
302:10 304:16
314:21 318:5

319:6 326:5,7,8
327:4
**youve** 14:16 15:4
58:9 143:9 191:15
249:18,25 253:3
256:3 303:5,8,15
311:25 312:11
320:10 326:10,11
326:18

_____

**Z**

**zone** 168:11
**zones** 131:7 168:12

_____

**0**

**000** 183:14 184:18
316:8,19
**0097** 7:14
**03** 1:16 9:3,6
245:20
**06** 327:17,19

_____

**1**

**1** 30:25 58:9,14
84:11 125:7
128:23,25 129:23
137:9 176:22,24
177:12,18 179:11
179:20 283:15
290:20
**10** 26:8 30:25,25
68:19 69:13 77:14
84:11,14 89:17
91:20 97:20
103:18,25 104:10
104:13,18 105:9
105:17 107:20
118:5 188:4 221:7
252:4,7 253:18
**100** 182:15 256:20
257:20 258:11,15
258:24
**10year** 103:18
107:18 231:9
284:9
**11** 6:5 117:4,4
137:24 255:25
**111** 311:11,12

**112313** 7:8
**112713** 7:10
**12** 150:7 154:4,7
176:19,21 262:24
265:10 315:19
316:3,8,19 317:8
**1200** 4:6
**12314** 7:2
**12613** 7:19
**12913** 7:4
**13** 283:6
**1301** 3:4
**14** 283:24
**140** 143:2
**1421** 8:16
**14th** 2:6
**15** 245:23 286:7
**1500** 5:4
**15219** 2:7
**16** 183:14 184:18
289:5
**16th** 256:2
**17** 290:14
**1700** 4:18
**18** 1:17 9:3 128:22
294:9
**18th** 9:10
**19** 295:9
**196** 6:15
**1961** 173:18
**1992** 246:10
**1994** 246:10

_____

**2**

**2** 76:3,6 84:15 85:6
91:17,20 134:3,11
154:4 196:6
229:24 240:4
256:17,24 257:5
**20** 107:20 296:14
297:4,16,20 303:5
**200** 73:4 74:25
**2000** 177:12
**20001** 2:18
**20005** 3:6
**200051209** 5:5
**2001** 177:18 178:2

179:11,20
**20036** 4:7
**2004** 128:22
**2006** 315:19 316:3
**2009** 317:8,11
**2010** 316:10
**2012** 42:20 239:11
319:13
**2013** 38:9 41:23
42:21 43:5 60:6
127:21 138:7
152:16
**2014** 1:17 9:3,10
42:23 85:12 153:6
153:11 229:8
256:2
**2015** 140:14
**2016** 134:6 137:8
140:13
**206** 6:17
**21** 304:16
**213** 6:18
**22** 154:4 309:16
311:3,13,14
**229** 6:21
**23** 91:19 229:8
301:5 309:25
310:4,18 311:3,7
311:13
**230** 7:2
**239** 7:4
**24** 196:15 315:6
**241** 7:6
**2414** 8:9
**244** 7:8
**25** 319:13 320:9,18
320:21
**250** 58:15 91:5,15
**251** 7:10
**255** 7:12
**263** 7:15
**275** 294:16
**283** 7:17,19
**286** 7:21
**288** 7:22
**29** 154:7
**290** 7:24

**294** 8:2
**295** 8:5
**2nd** 85:12

_____
**3**

**3** 85:8 154:7 176:19
196:8 207:2 240:5
245:20,23 283:15
290:20 294:15
295:14
**30** 8:8
**300** 3:13
**301** 2:6
**302** 8:7
**304** 8:9
**309** 8:11,12
**31** 265:10 301:8
**31414** 7:15
**315** 8:13
**31914** 7:6
**320** 8:15
**32914** 7:22
**3409** 6:16
**35** 176:22,24
**36th** 92:10

_____
**4**

**4** 87:12 88:5 176:25
214:5 245:20
301:5,8
**40** 73:3 74:15 84:11
107:20 297:24
298:5 308:16
**41614** 7:13
**42** 239:20
**4214** 7:24
**42314** 6:24
**45** 53:11
**47** 53:9
**48** 84:14

_____
**5**

**5** 90:6,22 91:19,22
92:6 137:3,9
229:6 245:24
327:17,19
**50** 156:15 202:13
254:19 255:5

**51** 1:14 2:17 9:12
**51514** 8:6
**51914** 8:3
**52** 183:5
**526** 295:11
**58** 6:14
**59** 176:19,21
**5th** 9:17

_____
**6**

**6** 8:8 85:8 91:22
92:6 231:4
**600** 3:5
**60654** 3:14
**61** 294:17
**6410** 7:3
**6813** 7:5

_____
**7**

**7** 97:17,20 112:9
239:8
**700** 4:18
**72014** 6:17
**7314** 7:17
**74** 311:8
**75** 202:13,14
**76** 91:16 92:11
**7618** 7:16
**77002** 4:19

_____
**8**

**8** 90:21 91:17
241:25
**81492** 8:12
**8635** 1:21 329:21
**8991** 8:11

_____
**9**

**9** 1:5,16 9:3,6 21:6
21:10 114:2,6,8
192:23 244:6,13
244:21
**9291** 8:4
**9340** 7:25
**950** 9:16
**9536** 8:6

## <u>CERTIFICATE OF SERVICE</u>

I, Heather Lennox, hereby certify that the foregoing City Of Detroit's Response in Opposition to Syncora's Motion to Exclude the Testimony of John W. Hill was filed and served via the Court's electronic case filing and noticing system on this 27th day of August, 2014.

/s/ Heather Lennox