# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I, Regina Drouillard, hereby certify that on August 27, 2014, I served the following document:

- COPs Holders' Pretrial Memorandum of Law in Opposition to Confirmation of the Sixth Amended Plan for the Adjustment of Debts of the City of Detroit.

with the Clerk of the Court using the ECF and I hereby certify that the Court's ECF system has served all registered users.

ALLARD & FISH, P.C.

/S/Regina Drouillard
535 Griswold
2600 Buhl Building
Detroit MI 48226
(313) 961-6141

Dated: August 27, 2014
z:\13\079\plds\cos.pretrial.brief.docx