# Exhibit 2

1                              DAN GILBERT

2                  IN THE UNITED STATES BANKRUPTCY COURT

3                  FOR THE EASTERN DISTRICT OF MICHIGAN

4

5

6    In re:                          ) Chapter 9

7    CITY OF DETROIT, MICHIGAN,      ) Case No. 13-53846

8              Debtor.              ) Hon. Steven W. Rhodes

9

10   _____

11

12

13        The Videotaped Deposition of DAN GILBERT,

14        Taken at 4000 Town Center, Suite 1800,

15        Southfield, Michigan,

16        Commencing at 9:46 a.m.,

17        Tuesday, July 29, 2014,

18        Before Cheri L. Poplin, CSR-5132, RPR, CRR.

19

20

21

22

23

24

25

1                          DAN GILBERT

2    APPEARANCES:

3

4    GREGORY M. SHUMAKER, ESQ.

5    Jones Day

6    51 Louisiana Avenue, N.W.

7    Washington, D.C. 20001-2113

8         Appearing on behalf of the Debtor, City of Detroit.

9

10

11

12   ROBERT S. HERTZBERG, ESQ.

13   Pepper Hamilton, LLP

14   4000 Town Center

15   Suite 1800

16   Southfield, Michigan 48075

17        Appearing on behalf of the Debtor, City of Detroit.

18

19

20

21

22

23

24

25

1                    DAN GILBERT

2    LESLEY S. WELWARTH, ESQ.

3    Pepper Hamilton, LLP

4    4000 Town Center

5    Suite 1800

6    Southfield, Michigan 48075

7         Appearing on behalf of the Debtor, City of Detroit.

8

9

10

11   RICHARD CHYETTE, ESQ.

12   Quicken Loans

13   1050 Woodward Avenue

14   Detroit, Michigan 48226

15        Appearing on behalf of Dan Gilbert.

16

17

18

19

20

21

22

23

24

25

```
 1                    DAN GILBERT

 2  DANIEL MORRIS, ESQ. (via telephone)

 3  Dentons US LLP

 4  1301 K Street, NW

 5  Suite 600, East Tower

 6  Washington, DC 20005-3364

 7      Appearing on behalf of the Retiree Committee.

 8

 9

10

11  MICHAEL J. PATTWELL, ESQ.

12  Clark Hill, PLC

13  212 East Grand River Avenue

14  Lansing, Michigan 48906

15      Appearing on behalf of the Retirement Systems for the

16      City of Detroit.

17

18

19

20

21

22

23

24

25
```

1                        DAN GILBERT

2    WILLIAM E. ARNAULT, ESQ.

3    Kirkland & Ellis, LLP

4    300 North LaSalle

5    Chicago, Illinois 60654

6         Appearing on behalf of Syncora Guarantee Inc. and

7         Syncora Capital Assurance Inc.

8

9

10

11   F. NICHOLAS CHANDLER, ESQ. (via telephone)

12   Chadbourne & Parke, LLP

13   30 Rockefeller Plaza

14   New York, New York 10112

15        Appearing on behalf of Assured Guaranty Municipal

16        Corp.

17

18

19

20

21

22

23

24

25

```
 1                    DAN GILBERT

 2    JEREMY M. MANSON, ESQ.

 3    Williams, Williams, Rattner & Plunkett, P.C.

 4    380 North Old Woodward Avenue

 5    Suite 300

 6    Birmingham, Michigan 48009

 7         Appearing on behalf of the Financial Guaranty

 8         Insurance Company.

 9

10

11

12    FARAYHA J. ARRINE, ESQ.

13    Dickinson Wright, PLLC

14    500 Woodward Avenue

15    Suite 4000

16    Detroit, Michigan 48226

17         Appearing on behalf of the State of Michigan.

18

19

20

21    ALSO PRESENT:

22    Greg Cassin - Video Technician

23

24

25
```

```
 1                        DAN GILBERT

 2         park system?

 3    A.   I'm not aware of any, no.

 4    Q.   Have you looked at the city services that the City

 5         intends to provide after bankruptcy?

 6    A.   As it -- like in this document?  No.  I have not

 7         studied that yet.

 8    Q.   Okay.  So you haven't looked at the level of services

 9         that the City intends to provide?

10    A.   No.  I mean, I'm assuming there's experts that have

11         done that and -- you know, but I don't -- I don't know

12         yet.

13    Q.   That's just not you?

14    A.   No.

15    Q.   And you haven't talked to those experts; right?

16    A.   No.

17    Q.   Now, you recently donated to the DIA as part of the

18         Grand Bargain; is that right?

19    A.   Yes.

20    Q.   Is that the first time you've ever donated to the DIA?

21    A.   No.  I don't -- I don't think so.  I don't know if

22         there's been significant donations, contributions, but

23         it's probably not the first time, no.

24    Q.   And this -- this donation occurred a couple weeks ago;

25         is that right?
```

```
 1                         DAN GILBERT

 2                   MR. MORRIS:  Object to form.

 3   A.    So where would it go?  I mean, I guess I would ask the

 4         question if it wasn't there, I would say, okay, well,

 5         where -- where is it going to go to?

 6   BY MR. ARNAULT:

 7   Q.    Would you have contributed money to the Grand Bargain

 8         if some of the money went to pay the debts of the

 9         City's other financial creditors?

10                   MR. SHUMAKER:  Object to the form.

11                   MR. MORRIS:  Objection.  Form.

12   A.    I'd have to understand who the creditors were and

13         what -- I -- I guess there's thousands of creditors;

14         right?  I don't -- so I'd need to know more specifics

15         for -- to answer that question.

16   BY MR. ARNAULT:

17   Q.    Okay.  Would you have contributed money to the Grand

18         Bargain if some of the money went to pay the debts of

19         the insurers who insure the City's Certificates of

20         Participation?

21                   MR. SHUMAKER:  Object to the form.

22                   MR. MORRIS:  Objection.  Form.

23                   MR. SHUMAKER:  Calls for hypothetical.

24                   THE WITNESS:  So do you want me to answer

25         the question?
```

```
1                    DAN GILBERT

2              MR. SHUMAKER:  Go ahead.

3   A.    No.  You know, to think that sophisticated Wall Street

4         insurance companies and investors who knew the City of

5         Detroit was in dire financial straits for decades and

6         took a risk in insuring those bonds and -- would I

7         personally have invested money into a scheme that

8         would get them part of the recovery?  No.  The answer

9         is no.

10  BY MR. ARNAULT:

11  Q.    Okay.  And you say that sophisticated Wall Street

12        banks and companies who invested in the City of

13        Detroit.

14  A.    Um-hmm.

15  Q.    Do you know what information they were provided in

16        connection with those investments?

17  A.    No.  I would assume that they were provided whatever

18        is required by the law.  I don't know.

19  Q.    But you haven't looked at exactly what was provided?

20  A.    No.  No.

21  Q.    And you don't know what representations were made by

22        the City to those financial creditors?

23  A.    No.  I'm sure they did their due diligence, though.

24  Q.    Would you have contributed money to the Grand Bargain

25        if some of the money was earmarked to demolish blight
```