# Exhibit 3

1                         ROGER S. PENSKE

2              IN THE UNITED STATES BANKRUPTCY COURT

3                FOR THE EASTERN DISTRICT OF MICHIGAN

4

5

6    In re                        ) Chapter 9

7    CITY OF DETROIT, MICHIGAN,    ) Case No. 13-53846

8                     Debtor.      ) Hon. Steven W. Rhodes

9

10   _____

11

12

13       The Videotaped Deposition of ROGER S. PENSKE,

14       Taken at 4000 Town Center, Suite 1800,

15       Southfield, Michigan,

16       Commencing, at 1:03 p.m.,

17       Wednesday, July 23, 2014,

18       Before Kathryn L. Janes, CSR-3442, RMR, RPR.

19

20

21

22

23

24

25

```
 1                     ROGER S. PENSKE

 2    APPEARANCES:

 3

 4    ROBERT S. HERTZBERG, ESQ.

 5    Pepper Hamilton LLP

 6    4000 Town Center,

 7    Suite 1800

 8    Southfield, MI 48075

 9         Appearing on behalf of the Debtor, City of

10         Detroit.

11

12

13

14    GREGORY M. SHUMAKER, ESQ.,

15    DAN T. MOSS, ESQ.

16    Jones Day

17    51 Louisiana Avenue, N.W.

18    Washington, D.C. 20001-2113

19         Appearing on behalf of the Debtor, City of

20         Detroit.

21

22

23

24

25
```

1                    ROGER S. PENSKE

2    DANIEL MORRIS, ESQ. (Via Telephone)

3    Dentons US LLP

4    1301 K Street, N.W.

5    Suite 600, East Tower

6    Washington, D.C. 20005-3364

7          Appearing on behalf of the Retiree Committee.

8

9

10

11   MICHAEL J. PATTWELL, ESQ.

12   Clark Hill, PLC

13   212 East Grand River Avenue

14   Lansing, Michigan 48906

15          Appearing on behalf of the Retirement Systems

16          for the City of Detroit.

17

18

19

20

21

22

23

24

25

```
 1                    ROGER S. PENSKE

 2    WILLIAM E. ARNAULT, ESQ.

 3    Kirkland & Ellis LLP

 4    300 North LaSalle Drive

 5    Chicago, Illinois 60654

 6         Appearing on behalf of Syncora Guarantee Inc.

 7         and Syncora Capital Assurance Inc.

 8

 9

10

11    MARK R. JAMES, ESQ.

12    Williams, Williams, Rattner & Plunkett, P.C.

13    380 North Old Woodward Avenue

14    Suite 300

15    Birmingham, Michigan 48009

16         Appearing on behalf of the Financial Guaranty

17         Insurance Company.

18

19

20

21

22

23

24

25
```

```
 1                    ROGER S. PENSKE

 2    LATA NOTT, ESQ. (via telephone)

 3    Chadbourne & Parke, LLP

 4    1200 New Hampshire Avenue, NW

 5    Washington, D.C. 20036

 6          Appearing on behalf of Assured Guaranty

 7          Municipal Corp.

 8

 9

10

11    LAWRENCE N. BLUTH, ESQ.

12    Penske Corporation

13    2555 Telegraph Road

14    Bloomfield Hills, Michigan 48302

15          Appearing on behalf of the Witness.

16

17

18

19

20

21

22

23

24

25
```

```
 1                    ROGER S. PENSKE

 2          assets that have been given to DIA are -- I guess

 3          there's a lot of discussion on who owns what and,

 4          you know, what they're supposed to be used for

 5          from the standpoint of when they are given, so I'm

 6          not going to get into that, I told you I'm not an

 7          expert in DIA from the beginning.

 8     BY MR. ARNAULT:

 9     Q.   Fair enough.  And you say that it was much

10          clearer if you could take on a role to support

11          police cars and EMS units, that was the role that

12          you wanted to take on?

13     A.   I said on the first question you asked me, I'm in

14          the transportation business, not in the art

15          business.

16     Q.   Fair enough.  Well, we'll get there.  It's

17          interesting you say that because just recently

18          you donated to the grand bargain, right?

19     A.   Yes.

20     Q.   Okay.  $10 million; is that right?

21     A.   Yes.

22     Q.   That's not the first time you've donated to the

23          DIA; is that right?

24     A.   I've made donations to some of the fund drives

25          they had, to say specifically when it was, but I'm
```

```
 1                        ROGER S. PENSKE

 2           sure I have before.

 3     Q.    Okay.  So the $10 million question is, what

 4           happened from January to July when you decide to

 5           donate $10 million to the grand bargain?

 6                        MR. HERTZBERG:  Object to form.

 7                        MR. MORRIS:  Objection, form.

 8     A.    As the bankruptcy became more visible and the

 9           aspects of assets and support and what was going

10           to impact the City or not, and when I saw that the

11           state was potentially going to support, which we

12           now call or was then called the grand bargain, and

13           that was if there was support by the private

14           sector, and -- and some of those meaning people

15           like myself or others that would commit several

16           million dollars, that this money would go to the

17           pensioners.  I felt that was the reason that I

18           said hey, I want to be in this because I want to

19           see those people who have provided the City, you

20           know, with services in the past, and that really

21           got my interest and that's why I decided to make

22           this contribution, you know, myself.

23     BY MR. ARNAULT:

24     Q.    Okay.  And when did you decide to actually make

25           the contribution?
```

1                    ROGER S. PENSKE

2    BY MR. ARNAULT:

3    Q.   Yeah, would you have contributed money to the

4         grand bargain if some of money was earmarked to

5         demolish blight in the city?

6              MR. MORRIS:  Object to form.

7    A.   Now you're linking blight and other things, it

8         was -- it was an initiative that I saw the state

9         was involved, I saw other private sector people

10        involved and I joined that group.  Now, whether it

11        was going to be for -- for blight or it was going

12        to be for -- for pensioners, my -- my

13        understanding was because it was tied, you know,

14        to the arts at this point, it would be towards the

15        pensioners which to me was -- was first and

16        primary.

17   BY MR. ARNAULT:

18   Q.   Did you have any conversations with the DIA about

19        your contribution?

20   A.   The only person that -- that I had conversation

21        was Gene Gargaro, when I talked with him and

22        talked about the arts and how important it was

23        culturally to the city and then following that, I

24        had some discussion with Dick Manoogian, when I

25        said I was going to make a donation, that was the

```
 1                    ROGER S. PENSKE
 2               THE WITNESS:  I'm fine.
 3               MR. HERTZBERG:  You good?
 4               THE WITNESS:  Yeah.
 5               MR. HERTZBERG:  All right, go ahead.
 6    BY MR. ARNAULT:
 7    Q.   Do you know how much money -- well, let me back
 8         up.  As part of this plan, the DIA and its
 9         collection are being transferred to a nonprofit;
10         is that right?
11    A.   That's what I understand, yes.
12    Q.   And do you know how much money the grand bargain
13         is raising, for lack of a better word?
14    A.   I think it's 800 million.
15    Q.   And some of that is from the state, right?
16    A.   Correct.
17    Q.   Some of that is from private foundations and
18         funders, right?
19    A.   Yes.
20    Q.   And you said you don't know how much the entire
21         collection is worth; is that right?
22               MR. HERTZBERG:  Objection, asked and
23         answered.
24    A.   I've not had anyone for me value the collection.
25         There's been all sorts of numbers that you read in
```

1                    ROGER S. PENSKE

2          the paper from a -- from a very low number to

3          numbers that might be realistic or not.  The only

4          thing I know is there's $800 million that has been

5          committed by the state and the private sector to

6          support the pensions of -- of the workers in the

7          city and that's where my -- that's where my

8          interest is.

9     BY MR. ARNAULT:

10    Q.    I take it, you've been to the DIA before?

11    A.    Yes.

12    Q.    Do you have a favorite piece of art in the DIA?

13    A.    I'm not an art collector, so.  I'm going to go

14          there pretty quick, I'll tell you.

15                    MR. HERTZBERG:  I would say so.

16    BY MR. ARNAULT:

17    Q.    You'll probably get a wing or something.  And

18          besides I know you mentioned culture, but are

19          there any other benefits that the DIA provides to

20          the City of Detroit?

21                    MR. HERTZBERG:  Objection, asked and

22          answered.

23    A.    Well, it's a great -- when we have the auto show

24          and we have, you know, many of the other big

25          events here, it's a great place for -- for people