# Exhibit 1

1                    EDSEL JENKINS

2            UNITED STATES BANKRUPTCY COURT

3        FOR THE EASTERN DISTRICT OF MICHIGAN

4                  SOUTHERN DIVISION

5

6    In Re:

7

8    CITY OF DETROIT, MICHIGAN         Chapter 9

9                                      Case No.13-53846

10                 Debtor.             Hon. Steven Rhodes

11   _____ /

12

13        The Videotaped Deposition of EDSEL JENKINS,

14        Taken at 1114 Washington Boulevard,

15        Detroit, Michigan,

16        Commencing at 9:00 a.m.,

17        Friday, July 25, 2014,

18        Before Kathy Adkins, CRR, RMR, CSR-4697.

19

20

21

22

23

24

25

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

```
 1                    EDSEL JENKINS

 2   APPEARANCES:

 3

 4   WILLIAM E. ARNAULT, ESQ.,

 5   BRETT NERAD, ESQ.

 6   Kirkland & Ellis, LLP

 7   300 North LaSalle

 8   Chicago, Illinois 60654

 9        Appearing on behalf of Syncora Capital Assurance.

10

11

12

13

14   DEBORAH KOVSKY-APAP, ESQ.,

15   LESLEY S. WELWARTH, ESQ.

16   Pepper Hamilton LLP

17   4000 Town Center

18   Suite 1800

19   Southfield, Michigan 48075

20        Appearing on behalf of the City of Detroit.

21

22

23

24

25
```

```
 1                          EDSEL JENKINS

 2    SEAN GALLAGHER, ESQ.

 3    Clark Hill, PLC

 4    212 East Grand River Avenue

 5    Lansing, Michigan 48906

 6         Appearing on behalf of Police and Fire

 7         Retirement System and Police and Fire General

 8         Retirement System.

 9

10

11

12    JEREMY M. MANSON, ESQ.

13    Williams, Williams, Rattner & Plunkett, P.C.

14    380 North Old Woodward

15    Suite 300

16    Birmingham, Michigan 48009

17         Appearing on behalf of Financial Guaranty

18         Insurance Company.

19

20

21

22

23

24

25
```

```
1                        EDSEL JENKINS

2    DANIEL MORRIS, ESQ.

3    Dentons US, LLP

4    1301 K Street, NW

5    Suite 600, East Tower

6    Washington, DC 20005

7         Appearing on behalf of Official Committee of Retirees.

8

9

10

11   JACOB MARTINEZ, ESQ.

12   Chadbourne & Parke, LLP

13   30 Rockefeller Plaza

14   New York, New York 10112

15        Appearing telephonically on behalf of Assured

16        Guaranty Municipal Corp.

17

18

19

20   ALSO PRESENT:

21   William A. Dunbar - Video Technician

22

23

24

25
```

```
 1                          EDSEL JENKINS

 2                     TABLE OF CONTENTS

 3

 4    WITNESS                                PAGE

 5    EDSEL JENKINS

 6

 7

 8     EXAMINATION

 9     BY MR. ARNAULT:                        8

10     EXAMINATION

11     BY MS. KOVSKY-APAP:                  249

12     RE-EXAMINATION

13     BY MR. ARNAULT:                      251

14

15                        EXHIBITS

16

17     EXHIBIT                               PAGE

18

19

20     EXHIBIT 1                             44

21     EXHIBIT 2                            121

22     EXHIBIT 3                            125

23     EXHIBIT 4                            140

24     EXHIBIT 5                            152

25     EXHIBIT 6                            161
```

1                              EDSEL JENKINS

2          on the City's, or on DFD's ability to attract new

3          employees?

4                    MR. GALLAGHER:  Objection, foundation.

5     A.   No, we're still hiring people.

6     BY MR. ARNAULT:

7     Q.   Were you consulted about the changes to the healthcare

8          of DFD's active employees?

9     A.   No, sir.

10    Q.   In conjunction with this announcement in October of

11         2013, the City also announced that it was making

12         changes to the healthcare of retirees, right?

13    A.   Yes, sir.

14    Q.   And these changes affected only those employees who

15         had already retired?

16                   MR. MORRIS:  Objection, form.

17                   MS. KOVSKY-APAP:  Objection, form and

18         foundation.

19    A.   Yes, sir.

20    BY MR. ARNAULT:

21    Q.   And would it be fair to say that the announcement

22         regarding the changes to the retirees did not have an

23         impact on your active employees?

24                   MR. MORRIS:  Objection, form.

25                   MS. KOVSKY-APAP:  Objection, form and

1                          EDSEL JENKINS

2         foundation.

3    A.   I would say yes, because eventually we're all going to

4         be retired, so they were, see the retirees as

5         themselves one day, so --

6    BY MR. ARNAULT:

7    Q.   So --

8    A.   I would say yes, it did have an effect on them.

9    Q.   The change to the retiree healthcare had an impact on

10        the actives, is that what you're saying?

11   A.   Yes, yes.

12   Q.   Why do you say that?

13             MS. KOVSKY-APAP:  Objection, asked and

14        answered.

15             MR. MORRIS:  Objection, asked --

16   A.   Because one day they're going to be retired and a lot

17        of the coworkers that they worked with for years

18        have -- because they're friends.

19   BY MR. ARNAULT:

20   Q.   And did you talk to any actives about the changes to

21        the retiree healthcare?

22   A.   In passing, yes, it's been a few, not everybody, but a

23        few people.

24   Q.   What do you mean in passing?

25   A.   If I saw them at a retirement party or saw them at a

EDSEL JENKINS

1

2        function or an engine house visit, if it came up in

3        the conversation.

4    Q.   And one or two times?

5    A.   I can't say how many times.

6    Q.   More than five?

7    A.   It was more than five, yes.

8    Q.   Less than ten?

9    A.   No, it was more than ten.

10   Q.   Less than 20?

11   A.   I'll say less than 40.

12   Q.   And after the announcement came out about the changes

13        to retiree healthcare in October, did you notice any

14        change in your active employees' morale?

15   A.   Some were disgruntled, yes.

16   Q.   Did you notice any change to employee productivity

17        after the announcement came out?

18   A.   No, sir.

19   Q.   What impact, if any, did the bankruptcy filing have on

20        the City's ability to hire new employees?

21             MS. KOVSKY-APAP:  Objection, foundation.

22   A.   I would say no impact.  We're hiring people now.  We

23        have a waiting list.

24   BY MR. ARNAULT:

25   Q.   You haven't seen any impact on it?

```
 1                        EDSEL JENKINS

 2                MR. MORRIS:  Object to form.

 3                MS. KOVSKY-APAP:  So the record is clear,

 4      do you want to say what you mean by PFRS?

 5  BY MR. ARNAULT:

 6  Q.   Well, I assume he knows what PFRS means, right?

 7  A.   Police Fire Retirement System.

 8  Q.   So you were aware the City's proposal in February to

 9      cut PFRS pensions by 10 percent only impacted

10      retirees, is that right?

11                MR. MORRIS:  Objection, form.

12                MS. KOVSKY-APAP:  Objection, form.

13  A.   Yes.

14  BY MR. ARNAULT:

15  Q.   The City's proposal to cut pensions by 10 percent for

16      PFRS did not affect actives, is that right?

17                MR. MORRIS:  Objection, form.

18  A.   Yes.

19  BY MR. ARNAULT:

20  Q.   As a result is it fair to say that this announcement

21      in February did not have any impact on your active

22      employees?

23                MR. MORRIS:  Objection, form.

24  A.   Yes.

25  BY MR. ARNAULT:
```

```
 1                        EDSEL JENKINS

 2   Q.   It did not impact employee morale?

 3             MR. GALLAGHER:  Objection form, foundation.

 4   A.   I'll say yes.

 5   BY MR. ARNAULT:

 6   Q.   Why do you say that?

 7   A.   A lot of their friends and family who retired from the

 8        job and are subject to the cuts, so --

 9   Q.   And did you talk to actives who expressed this opinion

10        to you?

11   A.   Like I mentioned earlier, less than 40 people at

12        certain events, you know, came up.

13   Q.   Did it in fact -- did this announcement impact

14        employee productivity?

15   A.   No, sir.

16   Q.   And it did not have any impact on attracting new

17        employees, right?

18             MR. MORRIS:  Objection, form.

19   A.   No, sir.

20   BY MR. ARNAULT:

21   Q.   You mean it did not, right?

22   A.   It did not.

23   Q.   Now, you understand that the current plan of

24        adjustment entails zero percent cuts to PFRS pensions?

25             MR. GALLAGHER:  Objection form, foundation.
```