# Exhibit 3

BRENDA JONES

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In Re: | ) | Chapter 9 |
| CITY of DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| Debtor. | ) | Hon. Steven Rhodes |

The Videotaped Deposition of BRENDA JONES,
Taken at 2 Woodward Avenue, Suite 500,
Detroit, Michigan,
Commencing at 9:20 a.m.,
Monday, August 4, 2014,
Before Leisa M. Pastor, CSR-3500, RPR, CRR.

00000000-0000-0000-0000-000000000000

BRENDA JONES

APPEARANCES:

GREGORY M. SHUMAKER, ESQ.
DAN T. MOSS, ESQ.
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Appearing on behalf of the Debtor.

ROBERT HERTZBERG, ESQ.
Pepper Hamilton, LLP
4000 Town Center, Suite 1800
Southfield, Michigan 48075
Appearing on behalf of Debtor.

00000000-0000-0000-0000-000000000000

BRENDA JONES

MELVIN BUTCH HOLLOWELL, ESQ.
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
Appearing on behalf of The City of Detroit.

WILLIAM ARNAULT, ESQ.
Kirkland & Ellis, LLP
300 North Lasalle Street
Chicago, Illinois 60654
Appearing on behalf of Syncora.

00000000-0000-0000-0000-000000000000

BRENDA JONES

DAN BARNOWSKI, ESQ. (VIA TELEPHONE)
Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
Appearing on behalf of the Official Committee of Retirees.

JEREMY M. MANSON, ESQ.
Williams, Williams, Rattner & Plunkett, P.C.
380 North Old Woodward Avenue, Suite 300
Birmingham, Michigan 48009
Appearing on behalf of FGIC.

00000000-0000-0000-0000-000000000000

BRENDA JONES

CHRISTOPHER A. GROSMAN, ESQ.
Carson Fischer, P.L.C.
4111 Andover Road West
Second Floor
Bloomfield Hills, Michigan 48302
Appearing on behalf of Oakland County.

SEAN P. GALLAGHER, ESQ.
Clark Hill, P.L.C.
212 East Grand River Avenue
Lansing, Michigan 48906

Appearing on behalf of Detroit Retirement Systems.

JOSEPH E. TURNER, JR., ESQ.
Clark Hill, P.L.C.
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
Appearing on behalf of Detroit Retirement Systems.

00000000-0000-0000-0000-000000000000

BRENDA JONES

KELLEY M. HALADYNA, ESQ.
Dickinson Wright, PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
Appearing on behalf of the State of Michigan.

DAVID NESTOR, ESQ. (VIA TELEPHONE)
Davis, Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Appearing on behalf of Merrill Lynch.

DIANA A. SANDERS, ESQ. (VIA TELEPHONE)
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, New York 10112
Appearing on behalf of Assured Guaranty Municipal Corp.

BRENDA JONES

ALSO PRESENT:

Justin Slanek - Video Technician

00000000-0000-0000-0000-000000000000

BRENDA JONES

A. I don't recall.
Q. Do you know how many open positions?
A. I don't recall.
Q. Do you know if more people applied than were open positions?
A. I'm sure.
Q. Why do you say you're sure?
A. Because unemployment rates in the city of Detroit is extremely high.
Q. And is a job with the City considered a good job here in Detroit?
A. I'm sorry?
Q. Is a -- is a job with the City of Detroit considered a good job?
A. Yes.
Q. As president of the City Council, do you also monitor the morale of the City employees?
A. I don't have to monitor; the City employees talk to me.
Q. Okay. So you would say that you're generally aware of the morale of the City employees?
A. If they talk to me, yes.
Q. And do you monitor in any way the productivity and performance of the City's employees?

00000000-0000-0000-0000-000000000000

BRENDA JONES

A. The City employees do not report to me. If there's a concern, I will let the mayor and/or the corporation counsel know about the concern.

MARKED FOR IDENTIFICATION:
DEPOSITION EXHIBIT 3
11:38 a.m.

BY MR. ARNAULT:

Q. Madam President, I'm showing you what's been marked as Jones Exhibit 3. Have you had a moment to review that document?

A. Yes, I have.

Q. Just for the record, it's an October 2013 press statement regarding certain cuts to health benefits. So I take it you're aware that in October of 2013, the City announced there would be changes to healthcare; is that right?

A. Correct.

Q. And these were changes to both active and retire healthcare; is that right?

A. Correct.

Q. Let's start first with the changes to active healthcare. Do you know if the proposed changes to tif healthcare had any impact on the morale of the City employees?

00000000-0000-0000-0000-000000000000

BRENDA JONES

A. Yes.

Q. And that's because the City employees care about the benefits that they receive; is that right?

A. That is correct.

Q. And did you talk to your employees about -- or did you talk to the employees about the changes to their active healthcare?

A. Yes, I have.

Q. Okay. And what do they tell you about it?

A. No one is happy when changes occur, and no one's happy when the costs increases. People like to see a decrease, so they were concerned with the cost as well as the coverage.

Q. And based on your discussions with them, did this announcement impact employee morale?

A. No one said it impacted their morale. They just discussed to me what was going on.

Q. Based on your conversations, did you get the sense that had had a negative impact on the City employees?

A. Yes.

Q. And were you able to tell based on your discussions with them the employees that this announcement had an impact on productivity or job performance?

A. I could not tell.

00000000-0000-0000-0000-000000000000

BRENDA JONES

Q. Were you consulted about the -- the changes to active healthcare that were announced in October 2013?
A. Yes, Council was consulted.
Q. And who did you speak with about the changes to active healthcare in October?
A. I don't -- I don't -- I don't remember, but someone came to the table, and informed counsel of the changes.
Q. And would this have been someone from Mr. Orr's office?
A. I believe it was someone from the HR, but I don't remember who.
Q. And the purpose of this, informing the Council, was just to simply let them know that these are the changes that the emergency manager would be proposing?
A. I don't recall.
Q. In October of 2013, the City also announced that it was making changes to the healthcare of retirees; is that right?
A. Correct.
Q. And these changes affected only those employees who had already retired; is that right?
A. Correct.
MR. BARNOWSKI: Object to form.

00000000-0000-0000-0000-000000000000

BRENDA JONES

BY MR. ARNAULT:

Q. And would it be fair to say that the announcement regarding the changes relating to retire healthcare did not have an impact on the active employees?

A. I'm sorry can you repeat that.

Q. Would it be fair to say that the announcement regarding the changes to retire healthcare did not have an impact on active employees?

A. I can't answer.

MR. BARNOWSKI: Same objection.

BY MR. ARNAULT:

Q. So you don't know whether the changes to retiree healthcare had any impact on the active employees?

A. Well, we talked about the changes to active employees and now we're talking about the changes to retirees, so maybe I don't understand your question.

Q. Well, I just want to know whether the changes to retiree healthcare in your conversation with the active employees, whether they expressed concern regarding the changes to retiree healthcare and whether that had any impact on them?

A. I don't know.

MR. BARNOWSKI: Same objection.

BY MR. ARNAULT:

00000000-0000-0000-0000-000000000000