# Exhibit 4

MAYOR MICHAEL DUGGAN

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

In re ) Chapter 9

CITY OF DETROIT, MICHIGAN, ) Case No. 13-53846

Debtor. ) Hon. Steven W. Rhodes

---

The Videotaped Deposition of MAYOR MICHAEL DUGGAN,

Taken at 2 Woodward Avenue, Suite 500,

Detroit, Michigan,

Commencing at 10:00 a.m.,

Friday, August 1, 2014,

Before Rebecca L. Russo, CSR-2759, RMR, CRR.

00000000-0000-0000-0000-000000000000

MAYOR MICHAEL DUGGAN

APPEARANCES:

WILLIAM E. ARNAULT, ESQ.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
Appearing on behalf of Syncora Guarantee Inc. and Syncora Capital Assurance Inc.

THOMAS F. CULLEN, JR., ESQ.
DAN T. MOSS, ESQ.
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Appearing on behalf of the City of Detroit.

00000000-0000-0000-0000-000000000000

MAYOR MICHAEL DUGGAN

MELVIN BUTCH HOLLOWELL, ESQ.
City of Detroit
Law Department
Coleman A. Young Municipal Center
2 Woodward Avenue
Suite 500
Detroit, Michigan 48226

Appearing on behalf of the City of Detroit.

DANIEL MORRIS, ESQ.
Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005

Appearing on behalf of the Retiree Committee.

00000000-0000-0000-0000-000000000000

MAYOR MICHAEL DUGGAN

COURTNEY ROGERS, ESQ. (Via Telephone)
Waller Lansden Dortch & Davis LLP
511 Union Street
Suite 2700
Nashville, Tennessee 37219

Appearing on behalf of U.S. Bank National Association, as Trustee for the Water and Sewer Bonds.

CHRISTOPHER A. GROSMAN, ESQ. (Via Telephone)
Carson Fischer, P.L.C.
4111 Andover Road West - Second Floor
Bloomfield Hills, Michigan 48302

Appearing on behalf of Oakland County.

00000000-0000-0000-0000-000000000000

MAYOR MICHAEL DUGGAN

ROBERT A. SCHWINGER, ESQ.
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, New York 10112

Appearing on behalf of Assured Guaranty Municipal Corporation.

SEAN P. GALLAGHER, ESQ.
Clark Hill, PLC
212 East Grand River Avenue
Lansing, Michigan 48906

Appearing on behalf of the Retirement Systems for the City of Detroit.

00000000-0000-0000-0000-000000000000

MAYOR MICHAEL DUGGAN

ERNEST J. ESSAD, JR., ESQ.
Williams, Williams, Rattner & Plunkett, PC
380 North Old Woodward Avenue
Suite 300
Birmingham, Michigan 48009

Appearing on behalf of Federal Guaranty Insurance Company.

KELLEY M. HALADYNA, ESQ.
Dickinson Wright PLLC
500 Woodward Avenue
Suite 4000
Detroit, Michigan 48226

Appearing on behalf of the State of Michigan.

00000000-0000-0000-0000-000000000000

MAYOR MICHAEL DUGGAN

WILLIAM J. KING, ESQ. (Via Telephone)
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019

Appearing on behalf of UBS Financial Services.

ALSO PRESENT:

Rob Girkin - Video Technician

00000000-0000-0000-0000-000000000000

Q. Okay. Were you consulted in advance of the decision to file -- to cut pensions by twenty-six percent and ten percent?
A. No.
Q. Now, the cuts to GRS and PFRS only impacted retirees, is that right?
MR. MORRIS: Objection, form.
A. I don't know. This is not something that I've had any engagement with.
BY MR. ARNAULT:
Q. You haven't been involved in --
A. I have not.
Q. Okay. Do you know whether the announcement in February to cut pensions to GRS and PFRS had any impact on your active employees?
MR. GALLAGHER: Objection, foundation.
A. It looks like this was November 8th, and that was within a day or two of the election. I wasn't engaged at all with the employees at that point.
BY MR. ARNAULT:
Q. Okay. Were you aware that in -- well, were you aware that in February the City proposed to cut pensions by twenty-six percent and ten percent?
A. Yes.
Q. Okay. And did the announcement in February to cut

00000000-0000-0000-0000-000000000000

pensions to GRS and PFRS have any impact on your active employees?

MR. MORRIS: Objection, form.

A. I certainly heard lots of fear from employees, yes.

BY MR. ARNAULT:

Q. And what was that fear about?

A. Just that they had committed their lives and their career to city government and had been counting on those pensions to support them in their old age, and they were very concerned that it was unfairly being taken away from them. That's pretty much the conversation I heard.

Q. And that was conversations with the retirees or active --

A. No, the active employees.

Q. Okay.

A. I guess if I saw a retiree, as well, but mostly I was interacting with active employees at that point.

Q. Okay. And the active employees believed that the cuts to GRS and PFRS affected their pensions?

MR. GALLAGHER: Objection, foundation.

A. Again, what they were expressing to me was that they'd worked their lives, and the pension benefits that they've earned were being cut. That was the general tone of what I was hearing.

00000000-0000-0000-0000-000000000000