# Exhibit 5

# Number of City of Detroit Retirees by Home Address



| Location | Percent | |
|---|---|---|
| Wayne County | 47.1% | ⎫ |
| Macomb County | 14.0% | ⎬ 73.5% of Retirees in Detroit Metro Area |
| Oakland County | 12.4% | ⎭ |
| Rest of Michigan | 11.2% | |
| Other States | 15.3% | |

Pie chart values: Wayne County, 8,565; Macomb County, 2,549; Oakland County, 2,247; Rest of Michigan, 2,029; Others States, 2,777.

84.7% of Retirees in Michigan

Source: Information provided by Milliman Consulting