# Exhibit 1

```
 1                      EDSEL JENKINS

 2              UNITED STATES BANKRUPTCY COURT

 3           FOR THE EASTERN DISTRICT OF MICHIGAN

 4                      SOUTHERN DIVISION

 5

 6    In Re:

 7

 8    CITY OF DETROIT, MICHIGAN         Chapter 9

 9                                      Case No.13-53846

10               Debtor.                Hon. Steven Rhodes

11    _____ /

12

13         The Videotaped Deposition of EDSEL JENKINS,

14         Taken at 1114 Washington Boulevard,

15         Detroit, Michigan,

16         Commencing at 9:00 a.m.,

17         Friday, July 25, 2014,

18         Before Kathy Adkins, CRR, RMR, CSR-4697.

19

20

21

22

23

24

25
```

```
 1                      EDSEL JENKINS
 2    APPEARANCES:
 3
 4    WILLIAM E. ARNAULT, ESQ.,
 5    BRETT NERAD, ESQ.
 6    Kirkland & Ellis, LLP
 7    300 North LaSalle
 8    Chicago, Illinois 60654
 9         Appearing on behalf of Syncora Capital Assurance.
10
11
12
13
14    DEBORAH KOVSKY-APAP, ESQ.,
15    LESLEY S. WELWARTH, ESQ.
16    Pepper Hamilton LLP
17    4000 Town Center
18    Suite 1800
19    Southfield, Michigan 48075
20         Appearing on behalf of the City of Detroit.
21
22
23
24
25
```

```
 1                         EDSEL JENKINS
 2      SEAN GALLAGHER, ESQ.
 3      Clark Hill, PLC
 4      212 East Grand River Avenue
 5      Lansing, Michigan 48906
 6           Appearing on behalf of Police and Fire
 7           Retirement System and Police and Fire General
 8           Retirement System.
 9
10
11
12      JEREMY M. MANSON, ESQ.
13      Williams, Williams, Rattner & Plunkett, P.C.
14      380 North Old Woodward
15      Suite 300
16      Birmingham, Michigan 48009
17           Appearing on behalf of Financial Guaranty
18           Insurance Company.
19
20
21
22
23
24
25
```

2   DANIEL MORRIS, ESQ.

3   Dentons US, LLP

4   1301 K Street, NW

5   Suite 600, East Tower

6   Washington, DC 20005

7       Appearing on behalf of Official Committee of Retirees.

8

9

10

11  JACOB MARTINEZ, ESQ.

12  Chadbourne & Parke, LLP

13  30 Rockefeller Plaza

14  New York, New York 10112

15      Appearing telephonically on behalf of Assured

16      Guaranty Municipal Corp.

17

18

19

20  ALSO PRESENT:

21  William A. Dunbar - Video Technician

22

23

24

25

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt  Doc 7138-1   Filed 08/27/14   Entered 08/27/14 22:36:19   Page 5 of 11

 1                    EDSEL JENKINS

 2                  TABLE OF CONTENTS

 3

 4   WITNESS                                     PAGE

 5   EDSEL JENKINS

 6

 7

 8   EXAMINATION

 9   BY MR. ARNAULT:                               8

10   EXAMINATION

11   BY MS. KOVSKY-APAP:                         249

12   RE-EXAMINATION

13   BY MR. ARNAULT:                             251

14

15                     EXHIBITS

16

17   EXHIBIT                                     PAGE

18

19

20   EXHIBIT 1                                    44

21   EXHIBIT 2                                   121

22   EXHIBIT 3                                   125

23   EXHIBIT 4                                   140

24   EXHIBIT 5                                   152

25   EXHIBIT 6                                   161

1                              EDSEL JENKINS

2          on the City's, or on DFD's ability to attract new

3          employees?

4                    MR. GALLAGHER:  Objection, foundation.

5     A.   No, we're still hiring people.

6     BY MR. ARNAULT:

7     Q.   Were you consulted about the changes to the healthcare

8          of DFD's active employees?

9     A.   No, sir.

10    Q.   In conjunction with this announcement in October of

11         2013, the City also announced that it was making

12         changes to the healthcare of retirees, right?

13    A.   Yes, sir.

14    Q.   And these changes affected only those employees who

15         had already retired?

16                   MR. MORRIS:  Objection, form.

17                   MS. KOVSKY-APAP:  Objection, form and

18         foundation.

19    A.   Yes, sir.

20    BY MR. ARNAULT:

21    Q.   And would it be fair to say that the announcement

22         regarding the changes to the retirees did not have an

23         impact on your active employees?

24                   MR. MORRIS:  Objection, form.

25                   MS. KOVSKY-APAP:  Objection, form and

```
 1                        EDSEL JENKINS
 2        foundation.
 3   A.   I would say yes, because eventually we're all going to
 4        be retired, so they were, see the retirees as
 5        themselves one day, so --
 6   BY MR. ARNAULT:
 7   Q.   So --
 8   A.   I would say yes, it did have an effect on them.
 9   Q.   The change to the retiree healthcare had an impact on
10        the actives, is that what you're saying?
11   A.   Yes, yes.
12   Q.   Why do you say that?
13             MS. KOVSKY-APAP:  Objection, asked and
14        answered.
15             MR. MORRIS:  Objection, asked --
16   A.   Because one day they're going to be retired and a lot
17        of the coworkers that they worked with for years
18        have -- because they're friends.
19   BY MR. ARNAULT:
20   Q.   And did you talk to any actives about the changes to
21        the retiree healthcare?
22   A.   In passing, yes, it's been a few, not everybody, but a
23        few people.
24   Q.   What do you mean in passing?
25   A.   If I saw them at a retirement party or saw them at a
```

| | | |
|---|---|---|
| 1 | | EDSEL JENKINS |
| 2 | | function or an engine house visit, if it came up in |
| 3 | | the conversation. |
| 4 | Q. | And one or two times? |
| 5 | A. | I can't say how many times. |
| 6 | Q. | More than five? |
| 7 | A. | It was more than five, yes. |
| 8 | Q. | Less than ten? |
| 9 | A. | No, it was more than ten. |
| 10 | Q. | Less than 20? |
| 11 | A. | I'll say less than 40. |
| 12 | Q. | And after the announcement came out about the changes |
| 13 | | to retiree healthcare in October, did you notice any |
| 14 | | change in your active employees' morale? |
| 15 | A. | Some were disgruntled, yes. |
| 16 | Q. | Did you notice any change to employee productivity |
| 17 | | after the announcement came out? |
| 18 | A. | No, sir. |
| 19 | Q. | What impact, if any, did the bankruptcy filing have on |
| 20 | | the City's ability to hire new employees? |
| 21 | | MS. KOVSKY-APAP: Objection, foundation. |
| 22 | A. | I would say no impact. We're hiring people now. We |
| 23 | | have a waiting list. |
| 24 | BY MR. ARNAULT: | |
| 25 | Q. | You haven't seen any impact on it? |

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt Doc 7138-1 Filed 08/27/14 Entered 08/27/14 22:36:19 Page 9 of 11

1	EDSEL JENKINS

2	　　　　MR. MORRIS:  Object to form.

3	　　　　MS. KOVSKY-APAP:  So the record is clear,

4	　　do you want to say what you mean by PFRS?

5	BY MR. ARNAULT:

6	Q.	Well, I assume he knows what PFRS means, right?

7	A.	Police Fire Retirement System.

8	Q.	So you were aware the City's proposal in February to

9	　　cut PFRS pensions by 10 percent only impacted

10	　　retirees, is that right?

11	　　　　MR. MORRIS:  Objection, form.

12	　　　　MS. KOVSKY-APAP:  Objection, form.

13	A.	Yes.

14	BY MR. ARNAULT:

15	Q.	The City's proposal to cut pensions by 10 percent for

16	　　PFRS did not affect actives, is that right?

17	　　　　MR. MORRIS:  Objection, form.

18	A.	Yes.

19	BY MR. ARNAULT:

20	Q.	As a result is it fair to say that this announcement

21	　　in February did not have any impact on your active

22	　　employees?

23	　　　　MR. MORRIS:  Objection, form.

24	A.	Yes.

25	BY MR. ARNAULT:

```
 1                    EDSEL JENKINS
 2   Q.   It did not impact employee morale?
 3              MR. GALLAGHER:  Objection form, foundation.
 4   A.   I'll say yes.
 5   BY MR. ARNAULT:
 6   Q.   Why do you say that?
 7   A.   A lot of their friends and family who retired from the
 8        job and are subject to the cuts, so --
 9   Q.   And did you talk to actives who expressed this opinion
10        to you?
11   A.   Like I mentioned earlier, less than 40 people at
12        certain events, you know, came up.
13   Q.   Did it in fact -- did this announcement impact
14        employee productivity?
15   A.   No, sir.
16   Q.   And it did not have any impact on attracting new
17        employees, right?
18              MR. MORRIS:  Objection, form.
19   A.   No, sir.
20   BY MR. ARNAULT:
21   Q.   You mean it did not, right?
22   A.   It did not.
23   Q.   Now, you understand that the current plan of
24        adjustment entails zero percent cuts to PFRS pensions?
25              MR. GALLAGHER:  Objection form, foundation.
```

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 7138-1   Filed 08/27/14   Entered 08/27/14 22:36:19   Page 11 of 11