# Exhibit 2

1          JAMES CRAIG

2      IN THE UNITED STATES BANKRUPTCY COURT

3      FOR THE EASTERN DISTRICT OF MICHIGAN

4

5

6    In re             ) Chapter 9

7    CITY OF DETROIT, MICHIGAN,    ) Case No. 13-53846

8            Debtor.  ) Hon. Steven W. Rhodes

9

10    _____

11

12

13    The Videotaped Deposition of JAMES CRAIG,

14    Taken at 1114 Washington Boulevard, HR Room,

15    Detroit, Michigan,

16    Commencing, at 9:07 a.m.,

17    Thursday, July 24, 2014,

18    Before Kathryn L. Janes, CSR-3442, RMR, RPR.

19

20

21

22

23

24

25

1            JAMES CRAIG

2    APPEARANCES:

3

4    ROBERT S. HERTZBERG, ESQ.,

5    DEBORAH KOVSKY-APAP, ESQ.

6    Pepper Hamilton LLP

7    4000 Town Center,

8    Suite 1800

9    Southfield, MI 48075

10        Appearing on behalf of the Debtor, City of

11       Detroit.

12

13

14

15

16

17    DANIEL MORRIS

18    Dentons US LLP

19    1301 K Street, N.W.

20    Suite 600, East Tower

21    Washington, D.C. 20005-3364

22        Appearing on behalf of the Retiree Committee.

23

24

25

1              JAMES CRAIG

2

3     MICHAEL J. PATTWELL, ESQ.

4     Clark Hill, PLC

5     212 East Grand River Avenue

6     Lansing, Michigan 48906

7         Appearing on behalf of the Retirement Systems

8         for the City of Detroit.

9

10

11

12    WILLIAM E. ARNAULT, ESQ.

13    Kirkland & Ellis LLP

14    300 North LaSalle Drive

15    Chicago, Illinois 60654

16        Appearing on behalf of Syncora Guarantee Inc.

17        and Syncora Capital Assurance Inc.

18

19

20

21

22

23

24

25

1          JAMES CRAIG

2     JEREMY M. MANSON, ESQ.

3     Williams, Williams, Rattner & Plunkett, P.C.

4     380 North Old Woodward Avenue

5     Suite 300

6     Birmingham, Michigan 48009

7          Appearing on behalf of the Financial Guaranty

8          Insurance Company.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          JAMES CRAIG

2      SARAH M. MATHEWS, ESQ. (via telephone)

3      Chadbourne & Parke, LLP

4      1200 New Hampshire Avenue, NW

5      Washington, DC 20036

6          Appearing on behalf of Assured Guaranty

7          Municipal Corp.

8

9

10

11

12      ALSO PRESENT:

13      Justin Slanec - Video Technician

14

15

16

17

18

19

20

21

22

23

24

25

1                    JAMES CRAIG

2          of changes since you've came into office?

3     A.  That's correct.

4     Q.  And we discussed a lot of the improvements that

5          you've made, right?

6     A.  That's correct.

7     Q.  And with all the changes and improvements that

8          you've made in your year or so, do you believe

9          that DPD is now meeting the basic needs of its

10         citizens when it comes to public safety?

11    A.  I would say so.  I mean, I'm not suggesting that

12         the work doesn't continue.  I still think the

13         number of crimes, the sheer number of violent

14         crimes is still too high, and while we are

15         reducing crime, are we going to live in a crime

16         free society, there are no crime free.  But so the

17         work does continue.

18    Q.  But at the very least, you're meeting the basic

19         needs of the citizens when it comes to public

20         safety, right?

21    A.  I believe so, but I use as a gauge what the people

22         from the community tell me.

23    Q.  And have the people from the community told you

24         that DPD is now meeting the basic needs when it

25         comes to public safety?