# Exhibit 5

# Number of City of Detroit Retirees by Home Address



Pie chart data:
- Wayne County, 8,565
- Macomb County, 2,549
- Oakland County, 2,247
- Rest of Michigan, 2,029
- Others States, 2,777

| Location | Percent |
|---|---|
| Wayne County | 47.1% |
| Macomb County | 14.0% |
| Oakland County | 12.4% |
| Rest of Michigan | 11.2% |
| Other States | 15.3% |

84.7% of Retirees in Michigan (Wayne, Macomb, Oakland, Rest of Michigan)

73.5% of Retirees in Detroit Metro Area (Wayne, Macomb, Oakland)

Source: Information provided by Milliman Consulting