# Exhibit 7

```
 1                        DAN GILBERT
 2            IN THE UNITED STATES BANKRUPTCY COURT
 3             FOR THE EASTERN DISTRICT OF MICHIGAN
 4
 5
 6    In re:                        ) Chapter 9
 7    CITY OF DETROIT, MICHIGAN,    ) Case No. 13-53846
 8                  Debtor.         ) Hon. Steven W. Rhodes
 9
10    _____
11
12
13         The Videotaped Deposition of DAN GILBERT,
14         Taken at 4000 Town Center, Suite 1800,
15         Southfield, Michigan,
16         Commencing at 9:46 a.m.,
17         Tuesday, July 29, 2014,
18         Before Cheri L. Poplin, CSR-5132, RPR, CRR.
19
20
21
22
23
24
25
```

```
 1                       DAN GILBERT

 2      APPEARANCES:

 3

 4      GREGORY M. SHUMAKER, ESQ.

 5      Jones Day

 6      51 Louisiana Avenue, N.W.

 7      Washington, D.C. 20001-2113

 8           Appearing on behalf of the Debtor, City of Detroit.

 9

10

11

12      ROBERT S. HERTZBERG, ESQ.

13      Pepper Hamilton, LLP

14      4000 Town Center

15      Suite 1800

16      Southfield, Michigan 48075

17           Appearing on behalf of the Debtor, City of Detroit.

18

19

20

21

22

23

24

25
```

1      DAN GILBERT

2  LESLEY S. WELWARTH, ESQ.

3  Pepper Hamilton, LLP

4  4000 Town Center

5  Suite 1800

6  Southfield, Michigan 48075

7      Appearing on behalf of the Debtor, City of Detroit.

8

9

10

11  RICHARD CHYETTE, ESQ.

12  Quicken Loans

13  1050 Woodward Avenue

14  Detroit, Michigan 48226

15      Appearing on behalf of Dan Gilbert.

16

17

18

19

20

21

22

23

24

25

```
 1                    DAN GILBERT

 2    DANIEL MORRIS, ESQ. (via telephone)

 3    Dentons US LLP

 4    1301 K Street, NW

 5    Suite 600, East Tower

 6    Washington, DC 20005-3364

 7         Appearing on behalf of the Retiree Committee.

 8

 9

10

11    MICHAEL J. PATTWELL, ESQ.

12    Clark Hill, PLC

13    212 East Grand River Avenue

14    Lansing, Michigan 48906

15         Appearing on behalf of the Retirement Systems for the

16         City of Detroit.

17

18

19

20

21

22

23

24

25
```

```
 1                       DAN GILBERT
 2    WILLIAM E. ARNAULT, ESQ.
 3    Kirkland & Ellis, LLP
 4    300 North LaSalle
 5    Chicago, Illinois 60654
 6         Appearing on behalf of Syncora Guarantee Inc. and
 7         Syncora Capital Assurance Inc.
 8
 9
10
11    F. NICHOLAS CHANDLER, ESQ. (via telephone)
12    Chadbourne & Parke, LLP
13    30 Rockefeller Plaza
14    New York, New York 10112
15         Appearing on behalf of Assured Guaranty Municipal
16         Corp.
17
18
19
20
21
22
23
24
25
```

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7138-7   Filed 08/27/14   Entered 08/27/14 22:36:19   Page 6 of 10

```
 1                     DAN GILBERT
 2      JEREMY M. MANSON, ESQ.
 3      Williams, Williams, Rattner & Plunkett, P.C.
 4      380 North Old Woodward Avenue
 5      Suite 300
 6      Birmingham, Michigan 48009
 7          Appearing on behalf of the Financial Guaranty
 8          Insurance Company.
 9
10
11
12      FARAYHA J. ARRINE, ESQ.
13      Dickinson Wright, PLLC
14      500 Woodward Avenue
15      Suite 4000
16      Detroit, Michigan 48226
17          Appearing on behalf of the State of Michigan.
18
19
20
21      ALSO PRESENT:
22      Greg Cassin - Video Technician
23
24
25
```

1                      DAN GILBERT

2       park system?

3   A.  I'm not aware of any, no.

4   Q.  Have you looked at the city services that the City

5       intends to provide after bankruptcy?

6   A.  As it -- like in this document?  No.  I have not

7       studied that yet.

8   Q.  Okay.  So you haven't looked at the level of services

9       that the City intends to provide?

10  A.  No.  I mean, I'm assuming there's experts that have

11      done that and -- you know, but I don't -- I don't know

12      yet.

13  Q.  That's just not you?

14  A.  No.

15  Q.  And you haven't talked to those experts; right?

16  A.  No.

17  Q.  Now, you recently donated to the DIA as part of the

18      Grand Bargain; is that right?

19  A.  Yes.

20  Q.  Is that the first time you've ever donated to the DIA?

21  A.  No.  I don't -- I don't think so.  I don't know if

22      there's been significant donations, contributions, but

23      it's probably not the first time, no.

24  Q.  And this -- this donation occurred a couple weeks ago;

25      is that right?

```
 1                         DAN GILBERT
 2                 MR. MORRIS:  Object to form.
 3      A.    So where would it go?  I mean, I guess I would ask the
 4            question if it wasn't there, I would say, okay, well,
 5            where -- where is it going to go to?
 6      BY MR. ARNAULT:
 7      Q.    Would you have contributed money to the Grand Bargain
 8            if some of the money went to pay the debts of the
 9            City's other financial creditors?
10                 MR. SHUMAKER:  Object to the form.
11                 MR. MORRIS:  Objection.  Form.
12      A.    I'd have to understand who the creditors were and
13            what -- I -- I guess there's thousands of creditors;
14            right?  I don't -- so I'd need to know more specifics
15            for -- to answer that question.
16      BY MR. ARNAULT:
17      Q.    Okay.  Would you have contributed money to the Grand
18            Bargain if some of the money went to pay the debts of
19            the insurers who insure the City's Certificates of
20            Participation?
21                 MR. SHUMAKER:  Object to the form.
22                 MR. MORRIS:  Objection.  Form.
23                 MR. SHUMAKER:  Calls for hypothetical.
24                 THE WITNESS:  So do you want me to answer
25            the question?
```

1          DAN GILBERT

2          MR. SHUMAKER: Go ahead.

3    A.    No. You know, to think that sophisticated Wall Street

4          insurance companies and investors who knew the City of

5          Detroit was in dire financial straits for decades and

6          took a risk in insuring those bonds and -- would I

7          personally have invested money into a scheme that

8          would get them part of the recovery? No. The answer

9          is no.

10   BY MR. ARNAULT:

11   Q.    Okay. And you say that sophisticated Wall Street

12         banks and companies who invested in the City of

13         Detroit.

14   A.    Um-hmm.

15   Q.    Do you know what information they were provided in

16         connection with those investments?

17   A.    No. I would assume that they were provided whatever

18         is required by the law. I don't know.

19   Q.    But you haven't looked at exactly what was provided?

20   A.    No. No.

21   Q.    And you don't know what representations were made by

22         the City to those financial creditors?

23   A.    No. I'm sure they did their due diligence, though.

24   Q.    Would you have contributed money to the Grand Bargain

25         if some of the money was earmarked to demolish blight

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7138-7   Filed 08/27/14   Entered 08/27/14 22:36:19   Page 10 of 10