# Exhibit 8

```
                                                              Page 1

 1                        ROGER S. PENSKE

 2            IN THE UNITED STATES BANKRUPTCY COURT

 3            FOR THE EASTERN DISTRICT OF MICHIGAN

 4

 5

 6    In re                        ) Chapter 9

 7    CITY OF DETROIT, MICHIGAN,   ) Case No. 13-53846

 8                       Debtor.   ) Hon. Steven W. Rhodes

 9

10    _____

11

12

13        The Videotaped Deposition of ROGER S. PENSKE,

14        Taken at 4000 Town Center, Suite 1800,

15        Southfield, Michigan,

16        Commencing, at 1:03 p.m.,

17        Wednesday, July 23, 2014,

18        Before Kathryn L. Janes, CSR-3442, RMR, RPR.

19

20

21

22

23

24

25
```

```
 1                    ROGER S. PENSKE
 2     APPEARANCES:
 3
 4     ROBERT S. HERTZBERG, ESQ.
 5     Pepper Hamilton LLP
 6     4000 Town Center,
 7     Suite 1800
 8     Southfield, MI 48075
 9          Appearing on behalf of the Debtor, City of
10          Detroit.
11
12
13
14     GREGORY M. SHUMAKER, ESQ.,
15     DAN T. MOSS, ESQ.
16     Jones Day
17     51 Louisiana Avenue, N.W.
18     Washington, D.C. 20001-2113
19          Appearing on behalf of the Debtor, City of
20          Detroit.
21
22
23
24
25
```

```
 1                    ROGER S. PENSKE

 2     DANIEL MORRIS, ESQ. (Via Telephone)

 3     Dentons US LLP

 4     1301 K Street, N.W.

 5     Suite 600, East Tower

 6     Washington, D.C. 20005-3364

 7          Appearing on behalf of the Retiree Committee.

 8

 9

10

11     MICHAEL J. PATTWELL, ESQ.

12     Clark Hill, PLC

13     212 East Grand River Avenue

14     Lansing, Michigan 48906

15          Appearing on behalf of the Retirement Systems

16          for the City of Detroit.

17

18

19

20

21

22

23

24

25
```

```
 1                  ROGER S. PENSKE

 2     WILLIAM E. ARNAULT, ESQ.

 3     Kirkland & Ellis LLP

 4     300 North LaSalle Drive

 5     Chicago, Illinois 60654

 6          Appearing on behalf of Syncora Guarantee Inc.

 7          and Syncora Capital Assurance Inc.

 8

 9

10

11     MARK R. JAMES, ESQ.

12     Williams, Williams, Rattner & Plunkett, P.C.

13     380 North Old Woodward Avenue

14     Suite 300

15     Birmingham, Michigan 48009

16          Appearing on behalf of the Financial Guaranty

17          Insurance Company.

18

19

20

21

22

23

24

25
```

```
 1                    ROGER S. PENSKE

 2    LATA NOTT, ESQ. (via telephone)

 3    Chadbourne & Parke, LLP

 4    1200 New Hampshire Avenue, NW

 5    Washington, D.C. 20036

 6          Appearing on behalf of Assured Guaranty

 7          Municipal Corp.

 8

 9

10

11    LAWRENCE N. BLUTH, ESQ.

12    Penske Corporation

13    2555 Telegraph Road

14    Bloomfield Hills, Michigan 48302

15          Appearing on behalf of the Witness.

16

17

18

19

20

21

22

23

24

25
```

Page 137

```
 1                    ROGER S. PENSKE
 2        assets that have been given to DIA are -- I guess
 3        there's a lot of discussion on who owns what and,
 4        you know, what they're supposed to be used for
 5        from the standpoint of when they are given, so I'm
 6        not going to get into that, I told you I'm not an
 7        expert in DIA from the beginning.
 8   BY MR. ARNAULT:
 9   Q.   Fair enough.  And you say that it was much
10        clearer if you could take on a role to support
11        police cars and EMS units, that was the role that
12        you wanted to take on?
13   A.   I said on the first question you asked me, I'm in
14        the transportation business, not in the art
15        business.
16   Q.   Fair enough.  Well, we'll get there.  It's
17        interesting you say that because just recently
18        you donated to the grand bargain, right?
19   A.   Yes.
20   Q.   Okay.  $10 million; is that right?
21   A.   Yes.
22   Q.   That's not the first time you've donated to the
23        DIA; is that right?
24   A.   I've made donations to some of the fund drives
25        they had, to say specifically when it was, but I'm
```

| | | |
|---|---|---|
| 1 | | ROGER S. PENSKE |
| 2 | | sure I have before. |
| 3 | Q. | Okay. So the $10 million question is, what |
| 4 | | happened from January to July when you decide to |
| 5 | | donate $10 million to the grand bargain? |
| 6 | | MR. HERTZBERG: Object to form. |
| 7 | | MR. MORRIS: Objection, form. |
| 8 | A. | As the bankruptcy became more visible and the |
| 9 | | aspects of assets and support and what was going |
| 10 | | to impact the City or not, and when I saw that the |
| 11 | | state was potentially going to support, which we |
| 12 | | now call or was then called the grand bargain, and |
| 13 | | that was if there was support by the private |
| 14 | | sector, and -- and some of those meaning people |
| 15 | | like myself or others that would commit several |
| 16 | | million dollars, that this money would go to the |
| 17 | | pensioners. I felt that was the reason that I |
| 18 | | said hey, I want to be in this because I want to |
| 19 | | see those people who have provided the City, you |
| 20 | | know, with services in the past, and that really |
| 21 | | got my interest and that's why I decided to make |
| 22 | | this contribution, you know, myself. |
| 23 | BY MR. ARNAULT: | |
| 24 | Q. | Okay. And when did you decide to actually make |
| 25 | | the contribution? |

...

```
 1                     ROGER S. PENSKE
 2     BY MR. ARNAULT:
 3     Q.   Yeah, would you have contributed money to the
 4          grand bargain if some of money was earmarked to
 5          demolish blight in the city?
 6                    MR. MORRIS:  Object to form.
 7     A.   Now you're linking blight and other things, it
 8          was -- it was an initiative that I saw the state
 9          was involved, I saw other private sector people
10          involved and I joined that group.  Now, whether it
11          was going to be for -- for blight or it was going
12          to be for -- for pensioners, my -- my
13          understanding was because it was tied, you know,
14          to the arts at this point, it would be towards the
15          pensioners which to me was -- was first and
16          primary.
17     BY MR. ARNAULT:
18     Q.   Did you have any conversations with the DIA about
19          your contribution?
20     A.   The only person that -- that I had conversation
21          was Gene Gargaro, when I talked with him and
22          talked about the arts and how important it was
23          culturally to the city and then following that, I
24          had some discussion with Dick Manoogian, when I
25          said I was going to make a donation, that was the
```

1                    ROGER S. PENSKE

2              THE WITNESS:  I'm fine.

3              MR. HERTZBERG:  You good?

4              THE WITNESS:  Yeah.

5              MR. HERTZBERG:  All right, go ahead.

6     BY MR. ARNAULT:

7     Q.   Do you know how much money -- well, let me back

8          up.  As part of this plan, the DIA and its

9          collection are being transferred to a nonprofit;

10         is that right?

11    A.   That's what I understand, yes.

12    Q.   And do you know how much money the grand bargain

13         is raising, for lack of a better word?

14    A.   I think it's 800 million.

15    Q.   And some of that is from the state, right?

16    A.   Correct.

17    Q.   Some of that is from private foundations and

18         funders, right?

19    A.   Yes.

20    Q.   And you said you don't know how much the entire

21         collection is worth; is that right?

22              MR. HERTZBERG:  Objection, asked and

23         answered.

24    A.   I've not had anyone for me value the collection.

25         There's been all sorts of numbers that you read in

|    | ROGER S. PENSKE |
|----|-----------------|
| 1  | |
| 2  | the paper from a -- from a very low number to |
| 3  | numbers that might be realistic or not.  The only |
| 4  | thing I know is there's $800 million that has been |
| 5  | committed by the state and the private sector to |
| 6  | support the pensions of -- of the workers in the |
| 7  | city and that's where my -- that's where my |
| 8  | interest is. |
| 9  | BY MR. ARNAULT: |
| 10 | Q.  I take it, you've been to the DIA before? |
| 11 | A.  Yes. |
| 12 | Q.  Do you have a favorite piece of art in the DIA? |
| 13 | A.  I'm not an art collector, so.  I'm going to go |
| 14 | there pretty quick, I'll tell you. |
| 15 | MR. HERTZBERG:  I would say so. |
| 16 | BY MR. ARNAULT: |
| 17 | Q.  You'll probably get a wing or something.  And |
| 18 | besides I know you mentioned culture, but are |
| 19 | there any other benefits that the DIA provides to |
| 20 | the City of Detroit? |
| 21 | MR. HERTZBERG:  Objection, asked and |
| 22 | answered. |
| 23 | A.  Well, it's a great -- when we have the auto show |
| 24 | and we have, you know, many of the other big |
| 25 | events here, it's a great place for -- for people |