# INDEX OF EXHIBITS

| Exhibit | Number |
|---|---|
| 1904 Annual Report of the Detroit Museum of Art | Exhibit 1 |
| 1885 Public Act No. 3 | Exhibit 2 |
| 1885 Articles of Incorporation of the Detroit Museum of Art | Exhibit 3 |
| 1918 Annual Report of the Detroit Museum of Art | Exhibit 4 |
| 1918 City Charter | Exhibit 5 |
| 1919 Amendment to the 1885 Public Act No. 3 | Exhibit 6 |
| Arts Commission Annual Report for the Year 1939 | Exhibit 7 |
| Minutes of Jan. 27, 1920 Meeting of the Trustees of the Detroit Museum of Art | Exhibit 8 |
| 1919 DIA Annual Report | Exhibit 9 |
| October 1919 DIA Bulletin | Exhibit 10 |
| October 1927 DIA Bulletin | Exhibit 11 |
| Belshazzar's Feast Documentation - Composite | Exhibit 12 |
| Josephine F. Ford, Postman Documentation – Composite | Exhibit 13 |
| News Release dated Nov. 9, 1992 | Exhibit 14 |
| Edsel Ford Letter dated Feb. 3, 1993 | Exhibit 15 |
| City/State Support Spreadsheet | Exhibit 16 |
| Common Council Journal Record | Exhibit 17 |