**EXHIBIT 1**

# The
# Detroit Museum of Art

## Annual Report

OF THE

Trustees for the Year Ending June 30, 1904,
together with the Reports of the
President, Director and
Treasurer

DETROIT, MICH.
1904

# Legislation

---

**M**UCH city and state legislation has been enacted relating to the museum of art, covering its incoporation by generous public-spirited men, its first support from the city of Detroit, the legislative act making it one of Detroit's free educational institutions deriving its support from the city treasury, and the final acts which make it obligatory for the city of Detroit to house its collections. This legislation covers a period of twenty years and marks a gradual transition in the basis of this institution from a private corporation to a free adjunct to the educational system of Detroit.

The various acts in the progress of this institution by being thus brought together will give a comprehensive history that will be valuable for reference to all interested in such work.

## Steps Towards the Formation of a Permanent Institution

While the subject of the feasibility of holding the Art Loan of 1883 was still a matter of discussion, in April of that year, the following letter was received by Mr. Brearley from Hon. Thomas W. Palmer, then United States Senator from Michigan:

DETROIT, April 5, 1883.

*W. H. Brearley, Detroit:*

DEAR SIR—Believing that the city of Detroit has taste and wealth enough to found and maintain an art gallery which will be creditable to the culture and public spirit of her citizens, and desiring

to contribute thereto, I have this day put into the hands of Honorable Wm. A. Moore securities to the amount of $10,000, with interest from January 1, 1883, for the purpose of aiding in the purchase of a lot and the erection of an art gallery thereon.

Said securities will be turned over by Mr. Moore for that purpose when $40,000 shall have been secured from other sources, and a corporation shall have been formed, or some practical plan shall have been adopted to accomplish the end in view, provided said conditions shall be met by July 1, 1884.

I regret very much that my business prevents my being present at the exercises to-night, and wish you and the gentlemen associated the largest success in inaugurating this movement to call forth, develop and unite for practical ends the artistic feeling in our city. I am aware the result cannot be anything but gratifying.

Respectfully yours,
THOMAS W. PALMER.

Encouraged by the success of the Art Loan Exhibition, Mr. Brearley at once took in hand the raising of the fund of $40,000 suggested by Senator Palmer for the founding of a permanent art institute, and by January 26, 1884, the following list of citizens was completed, each of whom had agreed to contribute $1,000 to the fund. Later on the same persons became the original incorporators of the Detroit Museum of Art:

| | |
|---|---|
| R. A. Alger. | *Mrs. E. G. Holden. |
| H. P. Baldwin. | Bela Hubbard. |
| Joseph Black. | Collins B. Hubbard. |
| W. H. Brearley. | *L. T. Ives. |
| C. H. Buhl. | Geo. V. N. Lothrop. |
| James L. Edson. | C. R. Mabley. |
| Charles Endicott. | James McMillan. |
| Fred E. Farnsworth. | George F. Moore. |
| D. M. Ferry. | Wm. A. Moore. |
| George H. Hammond. | Samuel R. Mumford. |
| *John L. Harper. | C. A. Newcomb. |

(Those marked * were named by Hon. Thos. W. Palmer under his $10,000 contribution.)

| | |
|---|---|
| *Thomas W. Palmer. | *Mrs. J. T. Sterling. |
| Francis Palms. | *Mrs. Morse Stewart. |
| James E. Scripps. | Mrs. Robt. P. Toms. |
| George H. Scripps. | E. W. Voigt. |
| Allan Shelden. | Hiram Walker. |
| *Mrs. E. C. Skinner. | E. Chandler Walker. |
| *Mrs. H. H. H. Crapo Smith | Willis E. Walker. |
| M. S. Smith. | *John L. Warren. |
| Frederick Stearns. | *Mrs. R. Storrs Willis. |

The first meeting of the above incorporators was held on February 27, 1884, at Room No. 46, Moffat Block, Detroit. There were 22 members present. Hon. H. P. Baldwin presided, and Mr. Frederick E. Farnsworth acted as secretary. A committee on organization was appointed, consisting of Messrs. Wm. A. Moore, Chas. Endicott, W. H. Brearley, Geo. V. N. Lothrop and L. T. Ives.

On May 5 this committee reported that there was no law on the statute books authorizing incorporations for the purpose in view, and on June 28 a committee, consisting of Messrs. Geo. V. N. Lothrop, James E. Scripps and Wm. A. Moore, was appointed to draft a suitable law and procure its introduction in the Legislature.

On December 17th, at a meeting at Mr. Lothrop's residence, this committee reported the draft of a bill, which was carefully considered and adopted.

This bill was duly enacted into a law at the ensuing session of the Legislature, and received the Governor's signature on February 16, 1885. It reads as follows:

AN ACT for the formation of corporations for the cultivation of art.

SECTION 1. *The People of the State of Michigan enact*, That any number of persons, not less than five, residents of this State, who may contribute sums of not less than one thousand doll: rs each for

II.

The name of said corporation shall be the Detroit Museum of Art.

III.

Said corporation is formed for the objects and purposes contemplated by the Act above mentioned, to wit, for the founding of a public art institute in the city of Detroit, which may acquire and hold such real estate as may be suitable for the site of such art buildings as it may erect or maintain thereon; receive and use such gifts, contributions, devises and bequests as may be made for art purposes; receive, acquire, collect and own, paintings, sculpture, engravings, drawings, pictures, coins, and other works of art, and may do all other things authorized by said Act, and have and enjoy all the privileges and franchises given thereby.

IV.

The names and several residences of the persons signing these articles, and the amount of money contributed by each, are as follows: (See list on page 64.)

V.

Said corporation is situated in the city of Detroit, Wayne county, Michigan.

VI.

The said corporation shall exist for the period of thirty years from the date of the filing of these articles.

In witness whereof we have made and signed, in duplicate, these articles of association on this 25th day of March, in the year of our Lord 1885.

These articles were signed by the forty incorporators named on page 7, and filed April 16, 1885.

On April 25, the first regular meeting under the incorporation was held, Hon. H. P. Baldwin presiding, and a code of by-laws was adopted.

The first application to the Common Council of the city of Detroit was made in 1893, for five thousand dollars toward the maintenance of the museum. After its consideration by the ways and means committee the following resolu-

tion was offered and passed unanimously, provided the museum was made free to the public: "Resolved, That the city controller be and he is hereby authorized to draw his warrant on the contingent fund for the sum of five thousand dollars and place the same to the credit of the Art Museum fund and subject to draft from time to time by the board of trustees of said museum."

A resolution the purport of which was the same as the above was passed each year from 1893 to 1897, at which time the sum was increased to eight thousand dollars per annum.

In 1899, Hon. David E. Heineman introduced a bill into the State Legislature looking to the official recognition of the annual appropriation of the museum, the same as that of other city institutions. The bill was as follows:

## Legislative Act

An act to amend an act entitled "An act to provide a charter for the City of Detroit and to repeal all acts and parts of acts in conflict therewith," approved June 7th, 1883, and being Act No. 326 of the Local Acts of 1883, and Acts amendatory thereof, by adding a new section to Chapter VII. to stand as Section 66.

SECTION 1. The People of the State of Michigan enact: That Act No. 326 of the Local Acts of 1883, entitled "An Act to provide a Charter for the City of Detroit, and to repeal all Acts and parts of Acts in conflict therewith, and Acts amendatory thereof, be and the same hereby is amended by adding a new section to Chapter VII. to stand as Section 66 and to read as follows:

SECTION 66. The Common Council shall also have power to appropriate each year for the support of the Detroit Museum of Art such sum, not exceeding twenty thousand ($20,000) dollars, in any one year, as it may deem necessary, which sum shall be paid from the general fund, provided, however, such appropriation shall be made upon the express condition that admittance to said Museum shall be free to the public at all times, subject to such reasonable regulations as to hours as the Board of Trustees of said Detroit Museum of Art may establish.

**EXHIBIT 2**

[No. 2.]

AN ACT to prohibit justices of the peace, or any judge or justice of any police court, from sentencing or committing persons to the State House of Correction and Reformatory at Ionia, in certain cases.

Justices, etc., prohibited from sentencing certain persons to House of Correction.

SECTION 1. *The People of the State of Michigan enact,* That no justice of the peace, or judge, or justice of any police court, shall sentence or commit any person to the State House of Correction and Reformatory at Ionia, who may be convicted of the crime or offense of being disorderly, of being drunk, or of vagrancy, or for any violation of the provisions of chapter fifty-three, of the compiled laws of eighteen hundred and seventy-one, relative to disorderly persons, as amended by act one hundred and thirty-six session laws of eighteen hundred and eighty-three; or for the larceny of a less sum than five dollars.

This act is ordered to take effect February tenth, A. D. [in the year of our Lord] eighteen hundred and eighty-five.

Approved January 31, 1885.

---

[No. 3.]

AN ACT for the formation of corporations for the cultivation of art.

Not less than 5 persons may form.

SECTION 1. *The People of the State of Michigan enact,* That any number of persons, not less than five, residents of this State, who may contribute sums of not less than one thousand dollars each for the purpose of founding a public art institute, may become a body corporate in the manner and for the purposes herein set forth.

Articles of association, what to state.

SEC. 2. Such persons shall make and sign, in duplicate, articles of association which shall state : (1) The name of the corporation ; (2) that the corporation is formed for the objects and purposes contemplated by this act ; (3) the names and residences of the persons signing said articles and the amount contributed by each ; (4) the place where such corporation is situated ; (5) the term of its existence, not to exceed thirty years. Such articles shall be duly acknowledged before some officer authorized to take the acknowledgments of deeds in this State, and when so acknowledged shall be filed in the office of the Secretary of State, and in the office of the clerk of the county in which such corporation is situated.

Acknowledgment and filing of same.

Power as to holding property.

SEC. 3. Such corporations shall have power to acquire and hold such real estate as is suitable for the site of such art buildings as it may erect or maintain thereon, to receive and use such gifts, contributions, devises, and bequests as may be made to it for art purposes; to receive, acquire, collect, and own paintings, sculpture, engravings, drawings, pictures, coins, and other works of art, and to institute, maintain, or assist schools for the teaching of art.

May institute, maintain, etc., art schools.

Duty of corporation.

SEC. 4. The public exhibition of its collection of works of art shall be the duty of every such corporation, and, as soon as it shall be prepared to do so, it shall, under reasonable regulations, and

POA00735002

without any improper discriminations, open its buildings and art *Buildings open to the public.* collection to the general public.

SEC. 5. Any person who shall contribute to any such corporation, *Membership.* in money or property, one thousand dollars, or more, shall be a member thereof. If the total number of members, other than honorary, shall, at any time, fall below the number subscribing the original articles of incorporation, it shall be the duty of the surviving members to elect as many new members as shall be necessary to restore such original number. It shall also be competent for the *Honorary members.* members of said corporation, to elect persons meritorious for the cultivation of art, as honorary members, who shall have all the rights and privileges of regular members, but such honorary members shall not, at any time, exceed ten in number.

SEC. 6. The affairs of said corporation shall be managed by a *Trustees.* board of trustees, the number of which shall be regulated by by-law, but in no case shall the number be less than four, nor more than sixteen. Three-fourths of said trustees shall be elected by the *Election of.* members of the corporation, from their own number. The other *Appointment* one-fourth of such trustees shall be appointed from resident free- *of.* holders, by the board of aldermen of the city where such corporation is situated, upon the nomination of the mayor of such city. Said trustees shall hold their offices for the period of four years, *Term of office.* and until their successors shall be elected or appointed: *Provided,* *Proviso.* that the first board shall, at its first meeting, cause itself to be classified as follows: One-fourth shall hold for one year, one-fourth for two years, and one-fourth for three years, and one-fourth for four years. And such classification shall be entered on the records of such corporation.

SEC. 7. The time of the annual meeting of the corporation shall *Annual meeting.* be fixed by by-law, and the trustees shall be elected or appointed at the time of such annual meeting, and their term shall date from that time; but in case of a failure to elect or appoint trustees, such election or appointment may be made afterwards.

SEC. 8. Special meetings of the members may be called at any *Special meetings.* time by the trustees; and shall be called by the trustees whenever not less than five members shall so request in writing. Not less *Notice of.* than six days' notice shall be given of a special meeting.

SEC. 9. The trustees shall choose one of their own number to be *President.* president for such term as may be prescribed by the by-laws. They *Secretary,* may appoint or employ a secretary, treasurer, and such other officers *Treasurer, etc.* or servants as they shall find necessary, and may prescribe their *Compensation* duties, and fix their compensation. The president and trustees *of officers.* shall serve without compensation.

SEC. 10. In case of a vacancy in the board of trustees, if the *Vacancy in* vacancy shall be of a trustee elected by the members, the board *board of trustees.* may fill the place until the next annual meeting, when the vacancy shall be filled for the residue of the term by the members. If the *How filled.* vacancy shall be of a municipal trustee, the vacancy shall be filled by the board of aldermen on the nomination of the mayor.

SEC. 11. Said corporation may adopt a corporate seal, and may *Seal, by-laws.* make suitable by-laws and revise or alter the same.

**Records, etc.** Sec. 12. The trustees shall cause to be kept faithful records of their doings, and also true books of account, which shall at all reasonable times be open to the inspection of any member, and also of the mayor of the city where such corporation is situated.

**Annual report.** Sec. 13. The board of trustees shall at each annual meeting make, in writing, a report of their doings for the preceding year, including a complete schedule of the art collections, and a full report of the financial condition of the corporation, and shall cause such financial **Financial report to be published.** report to be published in some daily newspaper of the place where such corporation is situated.

**Vote of member.** . Sec. 14. Each member of the corporation shall be entitled to one vote, and no more, at the meetings of the corporation. A certificate **Certificate of membership.** of membership, under the seal of the corporation and the hand of its president, shall be issued to each member, and such certificate shall not be transferable.

**Gifts, income, etc., what to be used for.** Sec. 15. All gifts, devises, or bequests made to any such corporation, and all its income, shall be faithfully used for the purposes for **Dividends prohibited.** which such corporation was organized; and no dividend in money or property shall ever be made by such corporation among its members.

**Character and purpose not to be changed except.** Sec. 16. The character and purposes of such corporation shall not be changed, nor its general art collection be sold, incumbered, or disposed of, unless authorized by the Legislature of this State upon the concurrent request of said corporation, and of the mayor and board of aldermen of the city in which it is situated. But if any **Provision for winding up affairs.** such corporation should ever cease, be diverted from the lawful purposes of its organization, or become unable usefully to serve such purposes, the Legislature may by law provide for the winding up of its affairs and for the conservation and disposition of its property in such way as may best promote and perpetuate, in the city where it is situated, the purposes for which such corporation was originally organized.

**First meeting.** Sec. 17. The first meeting of any such corporation may be called by any two of its corporators by giving not less than six days' notice, printed in some newspaper of the city where such corporation is situated.

**Property exempt from taxation.** Sec. 18. The property of such corporation shall be exempt from taxation.

This act is ordered to take immediate effect.

Approved February 16, 1885.

---

## [No. 4.]

### AN ACT to authorize the killing of "English sparrows."

**Lawful.** Section 1. *The People of the State of Michigan enact,* That it shall be lawful to kill the birds commonly called "English sparrows."

**Repealing clause.** Sec. 2. All acts heretofore passed, contrary to the provisions of the preceding section, are hereby repealed.

This act is ordered to take immediate effect.

Approved February 17, 1885.

POA00735004

# EXHIBIT 3

# ARTICLES OF INCORPORATION

## OF THE

# ✳ Detroit Museum of Art. ✳

The undersigned, who are all residents of the City of Detroit, in the State of Michigan, and who have severally contributed the sum of One Thousand Dollars for the purpose of founding a public art institute in said Detroit, do hereby associate themselves together as a body corporate, by these Articles of Association, under the provisions of an Act, passed by the Legislature of Michigan, entitled "An Act for the formation of corporations for the cultivation of art," approved February 10th, 1885.

### II.

The name of this corporation shall be the Detroit Museum of Art.

### III.

Said corporation is formed for the objects and purposes contemplated by the act above mentioned, to wit, for the founding of a public art institute in the City of Detroit, which may acquire and hold such real estate as may be suitable for the site of such art buildings as it may erect or maintain thereon; receive and use such gifts, contributions, devises and bequests, as may be made it, for art purposes; receive, acquire, collect and own paintings, sculpture, engravings, drawings, pictures, coins and other works of art, and may institute, maintain or assist schools for the teaching of art, and may do all other things authorized by said act, and have and enjoy all the privileges and franchises given thereby.

### IV.

The names and several residences of the persons signing these articles, and the amount of money contributed by each, are as follows:

| Names. | Residence. | | Amount. |
|---|---|---|---|
| R. R. Alger | Detroit | Michigan | $1000.00 |
| H. P. Baldwin | do | do | $1000.00 |
| Joseph Black | do. | do. | $1000.00 |
| Collins B. Hubbard | do | do | $1000.00 |
| W. A. Bearden | do | do | $1000.00 |
| C. A. Ruhit | do | do | $1000.00 |
| James L. Edson | do | do | $1000.00 |
| Charles Endicott | do | do | $1000.00 |
| Fred E. Farnsworth | do | do | $1000.00 |
| D. M. Ferry | do | do | $1000.00 |
| Geo. A. Hammond | do | do | $1000.00 |
| John L. Harper | do | do | $1000.00 |
| Jean Holden | do | do | $1000.00 |
| Bela Hubbard | do | do | $1000.00 |
| Lew V. Ives | do | do | $1000.00 |
| Geo. V. N. Lothrop | do | do | $1000.00 |
| C. R. Mabley | do | do | $1000.00 |
| James McMillan | do | do | $1000.00 |
| Geo. F. Moore | do | do | $1000.00 |
| Geo. W. Morse | do | do | $1000.00 |
| Sam'l R. Mumford | do | do | $1000.00 |
| C. W. Newcomb | do | do | $1000.00 |
| F. H. Palmer | do | do | $1000.00 |
| Francis Palms | do | do | $1000.00 |
| James E. Scripps | do | do | $1000.00 |
| Geo. H. Scripps | do | do | $1000.00 |
| Allan Shelden | do | do | $1000.00 |
| Mrs. E. C. Skinner | do | do | $1000.00 |
| Mrs. H. H. H. Crapo Smith | do | do | $1000.00 |
| M. S. Smith | do | do | $1000.00 |
| P. Stearns | do | do | $1000.00 |

POA00258070

**EXHIBIT 4**



# DETROIT MUSEUM OF ART

## ANNUAL REPORT
### FOR THE YEAR
### 1918

# REPORT OF THE PRESIDENT

DETROIT, June 28, 1918.

*To the Members of the Corporation of the Detroit Museum of Art.*

Since the year 1885 when the state legislature enacted the law providing for this corporation, no 12 months period has seen action so momentous as affecting its future. From 1885 to 1893, the museum was operated entirely through private contribution. Since that year it has had increasing financial support from the municipality, with an appropriation finally of $40,000 for the ensuing year, which for the first time will give a sufficient amount to meet present needs, or nearly so.

Coincident with this financial encouragement, the city in its new charter has provided for an arts commission, contemplating that you will convey the property and trusts you hold to the city, as the basis for the Detroit Institute of Arts, as the new municipal institution is to be named. At a date to be set for the early fall you will probably be called together for the special purpose of acting upon the question of conveyance to the city, at which time your trustees will make such recommendations as may appear to them best.

It is obvious that under the new charter further maintenance of this museum by the city is contingent upon such transfer. The alternative will be to arrange for support independently.

The Detroit School of Design has completed another year, and its recent exhibit held in the galleries of the museum is good evidence of its accomplishment. Your president is pleased to say that in his opinion, which is stimulated by the comment and criticism of others, the character of the teaching as evidenced by the work accomplished would lend distinction in this branch to any institute of arts and to any city, and that we may well be proud of it. It is therefore with regret that I must announce that with the close of the

POA00729085

present term your board has relinquished its control of the
school of design, and has re-conveyed its property and effects
to the city of Detroit.

In explanation it should be stated that the city, upon the
advice of the corporation counsel, determined that it could
not legally continue its financial support of the school, as it
was declared to be properly an educational institution and as
the school system is a function of the state. Therefore, the
amount asked to cover the budget of the next school year
was refused and consequent action taken by your board of
trustees. It is to be hoped that in the near future it can be
provided so that the city may incorporate a teaching depart-
ment in the Detroit Institute of Arts.

During the past year the first steps have been taken to-
ward the rehabilitation of the galleries of the museum, and
the sorting, arranging and classifying of the collections. It
is hoped and expected that during the ensuing year all other
parts of our museum interior will be given equal considera-
tion. This determination to make the very best of our pres-
ent building is rendered desirable by the necessary delay in
securing the much desired adequate new building upon the
site obtained for the purpose.

The law suit against William C. Weber for possession of
that part of our property on Woodward avenue, which ap-
pears in his name, has been allowed to stand, upon the ad-
vice of our legal counsel, pending the vote upon the city
charter, and the probability of conveyance to the city, be-
cause it is understood that this is the only requirement made
by Mr. Weber. He has expressed his willingness to deed
it direct to the city at any time.

The children's museum is a new department, and the
modest beginning with such small equipment as we now have
has elicited such a degree of wholesome interest that I am
sure it encourages liberal support, and will become a very
useful and important addition. I ask for it due considera-
tion of the trustees.

The boys and girls of our public schools have been
brought in groups to our museum almost every day, and it

is probable that throughout the year these have included a majority of all school children. They have been taken through the galleries by instructors and helped with comment and suggestion.

The importance of music in our auditorium is something that should be given special consideration in the future. On Sunday afternoons the feature of community singing, arranged for by the recreation commission, has attracted such enthusiastic attendance that it may well be continued. If arrangements can be completed, it is hoped that the Chamber Music Society will utilize our hall as one of the centers for its work.

The past year in its entirety has been most interesting and successful. Never before we believe has there been shown such an appreciative intelligent interest in art in our city as expressed through the collections and exhibitions of the museum, and the activities within it.

No report of the past year would be complete without recognition of the titanic world struggle in which we are involved. It overlies all our activities, and in no sense should we appear to demand a consideration that would in the slightest degree divert attention or detract so much as a featherweight of support from the successful prosecution of the war, and all that it means to our country and to civilization.

But in the words of Mr. Stoughton Holborn in his lecture here, "Art and civilization are synonymous," and so we feel the necessity of uplifting the spiritual side of life at such a time as this especially, that the best in civilization may always be secured to the world. And again quoting the same authority we must "lead the common life for a noble end." In order that such an institution may live and grow, it must be conducted so that it shall have a vital influence upon the common lives of men.

Respectfully,

RALPH H. BOOTH,
*President.*

**EXHIBIT 5**

# CHARTER

### of the

## CITY OF DETROIT



WAYNE UNIVERSITY Library DETROIT

Adopted by the People of the City of Detroit
June 25, 1918

Filed with the Secretary of State and in Effect
June 27, 1918

POA00730864

**Complaints:**

Sec. 11. The commission shall promptly investigate and make report to the bureau of complaints concerning all complaints referred by such bureau to the commission relative to the performance of its duties.

**President ex-Officio Member of Board of Supervisors:**

Sec. 12. The president of the commission, if an elector and qualified to vote for mayor, shall be ex-officio a member of the board of supervisors of the county of Wayne.

**Legislation by Common Council:**

Sec. 13. The common council shall enact such ordinances as may be necessary to carry out the provisions of this chapter.

## CHAPTER XIX.

### Arts Commission.

**Department Established:**

Section 1. There shall be an Arts Commission, consisting of four members.

**Appointment; Qualifications:**

Sec. 2. The members of the commission shall be appointed by the mayor. No person shall be eligible to appointment who is not a citizen of the United States and a taxpayer of the city.

**Term of Office; Compensation:**

Sec. 3. The term of office of members of the commission, shall, subject to the provisions hereof relative to removal, be four years. The members of the first commission existing hereunder shall be appointed for the term of one year, two years, three years and four years, respectively, and annually thereafter, one member shall be appointed for the term of four years. The term of office in each instance shall begin on the first day of March in each year. Members of the commission shall serve without compensation.

**Removals From Office; Vacancies:**

Sec. 4. Members of the commission shall be subject to removal from office by the mayor without cause assigned. Any vacancy in office shall be filled by the mayor for the remainder of the unexpired term.

**Officers and Employes:**

Sec. 5. The commission shall select a president and vice-president. It shall appoint a director, and in accordance with the provisions of this charter relative to civil service, such other officers, assistants, and employes as may be necessary, and prescribe the duties thereof. The compensation of the director and other assistants and employes shall be fixed by the commission, subject to the approval of the common council.

**Meetings; Records; Quorum:**

Sec. 6. The commission shall hold meetings regularly, at least once in each week, and shall designate the time and place thereof. It shall adopt its own rules of procedure and shall keep a record of its proceedings. Proper accounts of the receipt and expenditure of money shall be kept. All meetings, records and accounts of the commission shall be public. Three members shall constitute a quorum for the transaction of business.

**General Powers and Duties:**

Sec. 7. The powers and duties of the commission, which shall be exercised and performed as herein provided and in conformity with the

POA00730948

general ordinances of the city, shall be as follows:

(a)  The commission shall hold, in the name of the city, such real estate as may be necessary for the accomplishment of its objects;

(b)  Shall build, operate and maintain suitable buildings to be used for the exhibition of paintings and works of art and auditorium purposes, to be known as the Detroit Institute of Arts, and to which, under proper rules and regulations, the public may have access free of charge, except that on occasions when special exhibitions, public concerts or other entertainments are held in any of said buildings, the commission may in its discretion make a reasonable charge for admittance, and shall have the right to rent to other organizations or individuals any of the buildings for special occasions.

(c)  Shall acquire, collect, own and exhibit, in the name of the city, works of art, books and other objects such as are usually incorporated in Museums of Art.

(d)  Shall have the management and direction of the several buildings, premises and property of the city under its control, and shall make reasonable rules and regulations concerning the same;

(e)  May, with the approval of the common council, in the name of the city, take and hold, by purchase, gift, devise, bequest or otherwise, such real and personal property as may be proper for carrying out the intents and purposes for which it is established;

(f)  Shall recommend to the common council the institution of condemnation proceedings whenever, in its judgment, private property should be taken in the name of the city for the purposes of the commission;

(g)  May, with the approval of the council, sell and convey or lease any of the buildings or land under its control, whenever required by the interests of the city;

(h)  May make, with the approval of the common council, all contracts to carry out the purposes and objects of the department as herein provided; and

(i)  Shall have such other powers as are herein prescribed or may be necessary hereunder for the proper discharge of its duties.

**Monthly Financial Report:**

Sec. 8.  The commission shall, on the last day of each month, file with the controller and city treasurer a report giving the date of collection or receipt of all money collected or received by the commission, and shall daily pay into the city treasury all moneys so collected.

**Application of Funds; Annual Estimate:**

Sec. 9.  All moneys paid into the city treasury by the commission shall apply exclusively on the payment of expenses incurred by it. On or before the fifteenth day of January of each year, the commission shall transmit to the city controller its estimate in duplicate of the amount of money required for its purposes for the ensuing fiscal year.

**Annual Report:**

Sec. 10.  The commission shall, on or before the fifteenth day of January in each year, make a written report to the common council of the work of the department during the preceding year and the condition of the property under the control of the commission. The report shall be certified by the commission, entered of record by the city clerk, and published in such manner as the council may direct. The

commission shall also make such other reports as the council may, from time to time, require.

**Complaints:**

Sec. 11. The commission shall promptly investigate and make report to the bureau of complaints concerning all complaints referred by such bureau to the commission relative to the performance of its duties.

**Legislation by Common Council:**

Sec. 12. The common council shall enact such ordinances as may be necessary to carry out the provisions of this chapter.

## CHAPTER XX.

### Commissioner of Purchases and Supplies.

**Appointment of Commissioner:**

Section 1. There shall be a Commissioner of Purchases and Supplies, who shall be appointed by the mayor, not later than the first day of March, nineteen hundred and nineteen, and who shall have charge of the Department of Purchases and Supplies.

**Qualifications; Term of Office; Vacancies; Compensation:**

Sec. 2. No person shall be eligible to appointment who is not a citizen of the United States, and a resident of the city. The commissioner may be removed by the mayor at any time without cause assigned. Any vacancy in the office shall be filled by the mayor. The compensation of the commissioner shall not be less than five thousand dollars per annum.

**Officers and Employes:**

Sec. 3. The commissioner shall appoint a secretary, and in accordance with the provisions of this charter relative to civil service, such clerks and other assistants as may be necessary. The commissioner shall prescribe the duties of such secretary, clerks and assistants, and shall, subject to the approval of the common council, fix their compensation.

**Records:**

Sec. 4. The commissioner shall cause to be kept a record of the proceedings and accounts of the department and all such records, proceedings and accounts shall be public.

**General Powers and Duties:**

Sec. 5. The powers and duties of the commissioner, which shall be exercised as herein provided, and in conformity with the general ordinances of the city, shall be as follows:

(a) He shall, in the manner provided by ordinance, purchase, according to specifications furnished by the various departments and approved by the common council, all supplies, materials and equipment for all departments, offices, boards, courts, commissions and institutions, except for the house of correction and institute of arts and except material and supplies for the public welfare commission not purchased in bulk, but shall make any and all purchases for such departments at their request: Provided, That where two or more departments use

**EXHIBIT 6**

MUSEUM ARCHIVES

DIAINSP094969

*Public Acts, Michigan, Session 1919*

## PUBLIC ACTS—No. 67.

[No. 67.]

AN ACT to amend act number three of the Public Acts of eighteen hundred eighty-five, entitled "An act for the formation of corporations for the cultivation of art," being sections ten thousand seven hundred fifty-nine to ten thousand seven hundred seventy-six, both inclusive, of the Compiled Laws of nineteen hundred fifteen, by adding thereto two new sections, to be numbered sections nineteen and twenty.

*The People of the State of Michigan enact:*

SECTION 1. Act number three of the Public Acts of eighteen hundred eighty-five, entitled "An act for the formation of corporations for the cultivation of art," the same being sections ten thousand seven hundred fifty-nine to ten thousand seven hundred seventy-six, both inclusive, of the Compiled Laws of nineteen hundred fifteen, is hereby amended by adding thereto two new sections numbered sections nineteen and twenty, to read as follows: *[Act amended. Sections added.]*

SEC. 19. Any of the real estate of a corporation organized under this act may be used for any purpose which the circuit court in chancery, of the county in which said corporation is situated determines to be a purpose kindred to that for which the corporation is organized. *[Use of real estate.]*

SEC. 20. Any corporation organized under this act situated in a city empowered to maintain a public art institute like or similar to that described in this act, may convey all or any of its property to said city upon such terms, in such manner and at such time or times as may be agreed upon by its trustees and the legislative body of said city; and said property so conveyed shall in the hands of said city be faithfully used for the purposes for which such corporation was organized: *Provided, however,* That any real estate so conveyed may be used for a kindred purpose as provided in section nineteen of this act. Said trustees are hereby empowered, in the event of their conveying to the city all of the property of said corporation, to wind up its affairs by taking appropriate proceedings in the circuit court in chancery, above mentioned. *[Transfer of property to city. Proviso.]*

Approved April 15, 1919.

PUBLIC ACT #67

## PUBLIC ACTS—No. 66.

...weeds between the first day and the fifth day of July, inclusive, and between the fifteenth and twentieth days of July, inclusive, as the case may be, in each year or so often as shall be sufficient to prevent said Canada thistles, milkweed, wild carrots, or other noxious weeds going to seed to endanger the spread thereof, at the expense of the corporation on whose lands said Canada thistles, milkweed, wild carrots, or other noxious weeds shall be so cut, at the rate of three dollars per day for the time necessarily occupied in cutting and destroying, to be recovered in any court of competent jurisdiction in this State.

SEC. 8. It shall be the duty of the highway commissioner and the overseer of highways in each road district to see that the provisions of this act are carried out within the limits of his road district. Any highway commissioner or overseer or street commissioner in any city who shall refuse or neglect to perform the duties required by this act shall be deemed guilty of a misdemeanor and upon conviction thereof in a court of competent jurisdiction shall be punished by a fine of not less than ten dollars nor more than twenty-five dollars, together with the costs of prosecution, or by imprisonment in the county jail for a period not exceeding thirty days, or by both such fine and imprisonment in the discretion of the court.

SEC. 9. It shall be the duty of the prosecuting attorney of the county to prosecute all violations of the provisions of this act which shall come to his knowledge.

SEC. 10. All acts or parts of acts inconsistent with or contravening the provisions of this act are hereby repealed.

Approved April 15, 1919.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER