# EXHIBIT 7

# Bulletin of
# The Detroit Institute of Arts
# of the City of Detroit

*Annual Report Number*



THE BAPTISM OF CHRIST (CLOISONNE ENAMEL)
BYZANTINE, TWELFTH CENTURY
GIFT OF ROBERT H. TANNAHILL

Vol. XIX      FEBRUARY, 1940      No. 5

13-53846-tjt   Doc 7141-3   Filed 08/27/14   Entered 08/27/14 23:26:26   Page 2 of 19

POA00734814

# THE ARTS COMMISSION
# ANNUAL REPORT FOR THE YEAR 1939

TO THE HONORABLE  January 15, 1940
THE COMMON COUNCIL OF THE CITY OF DETROIT

GENTLEMEN:

In accordance with the instruction in Section 10 of Chapter XIX of the City Charter, we take pleasure in transmitting the report of the Arts Commission for the year ended December 31, 1939.

## THE ARTS COMMISSION

EDSEL B. FORD, *President*        EDGAR B. WHITCOMB
ALBERT KAHN                        ROBERT H. TANNAHILL

WILLIAM R. VALENTINER, *Director*    CLYDE H. BURROUGHS, *Secretary*
E. P. RICHARDSON, *Assistant Director*

Twenty years ago the Detroit Museum of Art, founded and developed by public-spirited generosity, was given to the people of the City of Detroit for their enjoyment and use under a charter provision establishing a department that gave promise of permanent care and maintenance of the collections. Acquisitions of the Institute of Arts, as it has been known since that time, recorded in the Annual Report of the Commission, testify to the extent to which private generosity has continued even through the recession in general business prosperity. Detroit has gained wide recognition as the possessor of one of the most complete and the greatest museums in America.

The year 1939 saw a new peak in the popular use of the Museum's facilities and in the favorable attention the institution has been able to bring to Detroit as a great art center.

During the year 322,000 people visited the collections, more than in any previous year, a fifth more than in 1938, a third more than in 1937. Fifty-two thousand school children were shown through the galleries in special lecture tours correlated with their class work, more than half of whom came at special hours and were in addition to the number of regular visitors recorded above.

The service of Dr. W. R. Valentiner, our Director, as Director General of the Masterpieces of Art exhibition at the New York World's Fair, the subsequent designation of the Arts Commission as repository for the foreign-owned pictures from that exhibition for the period of the war, the extraordinary reception Detroit itself gave to the showing of the masterpieces from the two world's fairs, and the gratifying success in America and abroad of the Museum's new publication, *The Art Quarterly*, all contributed to make the Institute of Arts a focus for the volume of constructive nation-wide attention it achieved for Detroit during the year.

**EXHIBIT 8**



RECORD
TRUSTEES
DETROIT MUSEUM OF ART
1920

Detroit, Michigan, January 27, 1920.

A special meeting of the Trustees of the Detroit Museum of Art was held at the University Club at 6 o'clock.

There were present Messrs. Ralph H. Booth, William J. Gray, Horace Caulkins, Henry Stevens, G. D. Pope, D. M. Ferry, Jr., William B. Stratton, Francis P. Paulus, and the Secretary.

A communication from the Arts Commission was read assuming the operation and maintenance of the Museum beginning July 1st, 1919, as per the request of the Trustees.

In behalf of the officers Mr. William J. Gray presented the following report, which was ordered spread upon the records.

> You will recall that at a meeting of the members of the Association, held December 6th, 1918, the Trustees were authorized to convey the property of the corporation, both its collection of art and its real estate on Woodward Avenue, to the City of Detroit, and subsequently, at a meeting of the Trustees on February 18th, the President and Treasurer were authorized to execute and deliver to the City of Detroit a Deed of Conveyance of said real estate, the Deed to be in such form and with such conditions as should to them appear sufficient to insure the use of said property for the purpose for which the Detroit Museum of Art was incorporated, or for some purpose kindred to said purpose.
>
> Your President and Treasurer thereupon conferred with Mr. H. E. Spalding and he prepared a Deed which contained a provision for the reversion of the title to the Detroit Museum of Art upon the happening of either of the following conditions:
>
> (a) If the city should at any time use or permit the use of said premises, or any part thereof, for any other purpose than the one contemplated by Charter 19, Ti Title 4, (IV), relating to an Arts Commission of the present charter of the City of Detroit;
>
> (b) If the city should fail within a given number of years to erect and complete on said premises a building costing a lot less than an agreed sum, suitable for the housing and exhibition of works of art, or

(c)  If the city should at any time fail to provide for and continue the proper care, maintenance and exhibition of the art collection then or thereafter belonging to the City of Detroit.

Your Treasurer had a number of interviews with Mr. William C. Webber and his attorney, James Swan, and finally agreed with them upon the form of the Deed which Mr. Weber would be willing to unite in signing. The matter was then taken up with the Common Council, sitting as a Committee of the whole, and all of the councilmen and the Corporation Council were of the opinion that no Deed would be accepted except one without conditions. Accordingly, your Treasurer agreed to recomment the delivery of the Deed with the foregoing conditions eliminated.

This situation was explained to the members of the Association at their Annual Meeting, held last June, and a Resolution was adopted authorizing the Trustees, notwithstanding this demand of the city, to execute and deliver a Deed of the real and personal property of the Association, and subsequently on September 12th the Trustees authorized the President and Treasurer to make the conveyance to the city.

Accordingly, in November your President and Treasurer, on behalf of the Detroit Museum of Art, executed and delivered a Warranty Deed of the real estate and a Bill of Sale of the collection of Art, both running to the City of Detroit, and delivered the same to the Arts Commission, which in turn transmitted the same for approval to the Common Council. This Deed was accepted by the Council, together with a Deed from William C. Weber and wife covering the undivided half of the northerly block, the Council at the same time directing the Comptroller to pay off the two mortgages against the property, one held by William C. Weber and one by the Dime Savings Bank, and also to pay $4500 attorneys' bills to James Swan and Richard Lawson, attorneys for Mr. Weber in the pending litigation. At the same time, the Common Council accepted the Bill of Sale of the collection of Art.

On account of the provision for the payment of Mr. Weber's attorney bills, the Mayor vetoed the acceptance of the documents but the resolution was adopted by a unanimous vote over his veto and in December the transaction entirely closed, the two mortgages paid off and the Deeds placed on record.

You will recall that Act #67 of the Public Acts of the State of Michigan, approved April 15th, 1919,

under which authority was granted for the conveyance by Art Associations to the municipality of their property, contained a provision that the property so conveyed should in the hands of the city be faithfully used for the purpose for which the particular corporation was organized. In the Deed to the City of Detroit it was expressly recited that the conveyance was executed and delivered under and in pursuance of said act. This fact, together with the fact that the Deed was delivered to the Arts Commission, seemed to us sufficiently to give assurance that the property cannot be used excepting for the same purposes as were provided for in the incorporation of the Detroit Museum of Art, or some kindred purpose, as provided in the Act of the Legislature referred to.

The Secretary gave a report of the audits made by the Detroit Trust Company covering the period from July 1, 1918 to Jund 30, 1919.

MOVED, supported and carried that the expenditure of $335 in addition to the $500 appropriated at the meeting of May 2nd for the purchase of laces be approved.

The Secretary was authorized to make such entries on the books of the corporation as are necessary to make them comply with present conditions.

MOVED, supported, and carried that the painting, "Child with Kitten" by William Owen, be purchased for the sum of $7500 from the General Membership and Donations Fund.

Mr. Ferry offered the following resolution, which was unanimously adopted:

    WHEREAS all of the property and collections of the Detroit Museum of Art, with the exceptions of its invested trust funds, have been conveyed and transferred to the City of Detroit to be administered by the newly created Arts Commission of the City of Detroit, and

    WHEREAS it is believed that the following enumerated objects can be obtained by the continuance of present corporation, i. e.

DIAINSP019858

   a - To promote public interest in and appreciation of art in Detroit

   b - To co-operate in every way with the Detroit Institute of Arts, and to augment its collections from membership funds and contributions

   c - To administer the funds and endowments now in the hands of the corporation and to encourage and receive in trust and to administer future gifts and legacies.

   Now, therefore be it

   RESOLVED, that this corporation with its memberships and funds be continued and also be it

   RESOLVED, that a committee of two be appointed by the President (himself acting as ex-officio member) for recommending of such changes and revisions as will best carry out the intentions herewith expressed.

In accordance with this resolution President Booth appointed Mr. Ferry and Mr. Gray as a committee for the revision of the by-laws.

   The Secretary was instructed to call a meeting of all members of the corporation for Friday, February 6th, at 4 P. M. for the purpose of taking such action as is necessary with reference to the future of the Museum corporation.

   Meeting adjourned.

                  Respectfully,

                  *Clyde H. Burroughs*
                     Secretary.

13-53846-tjt   Doc 7141-3   Filed 08/27/14   Entered 08/27/14 23:26:26   Page 9 of 19

DIAINSP019859

# EXHIBIT 9

# DETROIT MUSEUM OF ART

## ANNUAL REPORT
### FOR THE YEAR
### 1919



marking of exhibits of our entire museum during the past two years and in a manner which gives us added pride in our splendid institution.

In the death of Mr. John L. Harper on December 7, 1918, the Museum lost one of the few remaining original incorporators. Mr. Harper was a member of the executive committee and treasurer of the art loan exhibition of 1883. As a result of this art loan, the Detroit Museum of Art came into existence, and Mr. Harper was named incorporator under the ten thousand dollar contribution of Honorable Thomas W. Palmer. There now remain but four of the original members, namely, Mr. Frederick E. Farnsworth, who was secretary of the art loan and subsequently, secretary of the Museum for many years, until his business relations called him to another city, Mrs. E. G. Holden, Mrs. H. H. H. Crapo Smith, and Colonel E. W. Voight.

It is fitting that the members of the corporation should also take cognizance of the death of Miss Elizabeth P. Kirby on October 16, 1918. Miss Kirby was an annual member of the Museum, who took much interest in the work of the institution, leaving the bequest of five thousand dollars heretofore mentioned.

In another important respect we are closing a significant year for this institution. I refer to the era wherein we received direct support for the maintenance from the city. Beginning with the first of July, the Arts Commission of the City of Detroit takes in charge the city funds for the carrying out of its purposes and the building we now occupy has been placed in the hands of the Arts Commission by the city for its uses. Carrying out your intention, as expressed at our last meeting called for the purpose, steps have been taken looking to the conveyance of our property and collections to the City of Detroit with due regard for the trust we hold and of the obligations attached thereto. The state legislature has amended the act under which we incorporated which will become part of the law within the next 60 days, under which it becomes proper for us to make such conveyance to the municipality. Under such conveyance the property can only be used for such purposes as we have received it or for some kindred purpose so indicated by the Circuit Court. Final action on this matter cannot be taken at this

13-53846-tjt    Doc 7141-3    Filed 08/27/14    Entered 08/27/14 23:26:26    Page 12 of 19

POA00729135



"IN THE COUNTRY," BY LEON KROLL.
PURCHASED FROM THE SPECIAL MEMBERSHIP FUND
CONTRIBUTED BY MR. J. J. CROWLEY.

meeting, but inasmuch as we shall be without funds for maintenance otherwise, your President suggests that if it appears to you to be in order, that a resolution be passed indicating the intention to make conveyance when the law permits and in the meantime to ask the Arts Commission to accept the responsibility of the operation and maintenance of the museum for us at the expense of the city. In considering the all-important move of conveyance to the city, permit me to mention at this time that during the past year your officers have given particular attention to the value that might be set upon our collections, real estate and other

property, with the result that we believe that the collections may be conservatively valued at a million dollars and the new museum site on Woodward Avenue at over one million dollars. Our invested endowments amount to $20,000.00. Cash on hand available for purchases is $9,460.95. You have authorized your Board of Trustees to act upon this matter in accordance with their judgment, but opportunity for discussion will be given at this meeting. It was expected to make conveyance of the real estate at once as the required change in the law covered only the transfer of our collections. It was thought reasonable and in conformity with our obligation to ask the city to accept a deed to the real estate with a clause therein providing that the property should revert to this corporation if the city did not within a reasonable number of years erect thereon a suitable Museum building and properly maintain the collections later to be conveyed to it. This received the concurrence of Mr. Wm. C. Weber, in whose name some of our property stands. The form of deed was presented for consiideration by the city council but the council expressed a unanimous opinion that it would be inexpedient to accept such a transfer with any reversionary clause or any other definitely expressed obligation. If you should convey the real estate and the collections to the city in conformity with the amended legislation it should be noted that the property can be used only for such purposes as this permits, and further the conveyance would be made to the Arts Commission, who would hold the property in behalf of the city for its uses in accord with the provision of the city charter and the immediate intention of the city is definitely expressed in the appropriation for the ensuing year of $79,000.00 to cover maintenance and upkeep of the Detroit Institute of Arts, purchases for art collections and the sum of $3,000.00 to assist in the development of plans for a new museum building, which may clearly be taken as an earnest of intention.

Your President has no doubt that the collections at least should be conveyed immediately when the law permits, but if it is the desire to continue this corporation for any purpose it may be that you will consider it as conforming more exactly to your obligations to simply make a tender of the real estate to the city for acceptance whenever they are



MIDDLE XVIII CENTURY HIGHBOY
WITH BROKEN ARCH CORNICE AND BALL AND CLAW FEET.
LOANED BY MRS. GUSTAVUS D. POPE.

ready to place a suitable museum building thereon, which can have the advantage only that if through some unexpected event the city is longer delayed than is reasonable to expect, some private gift or bequest might be secured for the purpose. The matter of invested endowments should be alluded to because if conveyed to the city these funds would probably be included with all city funds and would earn approximately but 2%. Therefore, it is recommended if this corporation does not continue for the administration of these endowments that we consider placing them in the hands of trustees for administration.

Permit me to say at this time that it is a particular pleasure to have with us again today our former President, Major D. M. Ferry, Jr., who, alone of our Board of Trustees, enlisted and wore the uniform and devoted his time wholly to the service of our country during the period of the war at so great a cost of pleasure and personal comfort. Please accept our congratulations and our appreciation, Major Ferry, and our pleasure upon your return.

The time has come when we may now turn from war to the Arts of Peace—the development of the higher life. Art is vast in its influence. Civilization without Art is unthinkable. Observe the marvelous creations of God in nature with its infinite gradations of color, light and shade, its rhythm, harmony and beauty of design, and tell me whether man shall not continuously strive to so use the products of the animal, vegetable and mineral kingdoms which the Almighty has placed at his disposal and to so fashion them that they too shall delight the eye, stimulate greater aspirations and uplift the soul.

Detroit is scarcely today the beautiful city that it once was. It needs a new birth in Art. It is Art hungry and maybe it does not know it. Vast fortunes of money are being accumulated in our city. Shall it be left to future generations to gain with this wealth the attainable finer attributes of life? In many other cities this does not obtain. In fact, many of the greatest of art patrons and collectors of our country today are men who have accumulated their own fortunes. It appears to need someone to lead the way. Who will be the first man among our citizens of wealth to

prove himself a prince indeed? Let him bring to Detroit examples of the master work of the past in paintings, sculpture, tapestries, rugs, furniture, and other objects of art. These works of the past that are proven by the test of time will develop that fine sense of discrimination to enable him to judge and patronize and so help to develop in our midst contemporary productions in the Fine and Applied Arts. The Detroit man who will be the first to add this to other altruistic motives and take such a place in our midst, will quickly become our first citizen, and the real satisfaction that wealth can give will, I am sure, be realized and before he is well launched upon his pursuit, I am confident that he will excite emulation among the people of our city in degree as they are able. It is such things that make a city great, not mere bigness or simply usefulness in production. How shall we build and develop a great Institute of Arts in our city if we have no liberal regard for the Arts among our foremost citizens?

Perhaps the times are changing in this regard. It may be too long before an individual will take advantage of such a great opportunity. It may be that the time is come when the city as a whole will take its place in Art in advance of the individual. Then, let it be. Our City of Detroit has taken its first steps in this direction. Surely a million people collectively might reasonably be expected to develop an Art collection greater than that acquired by any individual. I recently viewed a collection in a gentleman's home representing an expenditure of about fifteen millions of dollars. We must start with the positive understanding that Art is for all the people. Too often we hear the idea expressed that Art, particularly the Fine Arts, is something exclusive and for the few who are supposed to have a peculiar understanding of it, or those whose hobby it is— a sort of highbrow affair—and we sometimes get such comments from men whose lives are already influenced to an astounding degree by this same uplifting force and they appear not to realize it. Some tell us they realize the importance of Art as applied to Industry, and they do not

recognize the relative importance of the Fine Arts. I am glad to say that the day of such acknowledgments is passing and the day will soon dawn when Art in its true meaning and application will be accepted as a vital, compelling and uplifting force that it certainly is. Unthinking men sometimes speak of museums as store houses of dead Art and of great paintings on our walls as static Art. They want more active force.

This Museum and its influence is the answer to those who will but take an interest and it is the function of this society to stimulate the whole people that they shall take an interest. Who can believe in the beauty and influence of a great poem if he has neither read nor heard one; and, who believes in the charm and inspiration of music if they have never listened with interest?

The attendance at Museums of Art is not as great as it should be. This should be met by taking the great Art to the people, or at least nearer to them. I wish to suggest a new general plan for the city, which I feel confident, if tried, will prove successful. It is the establishment of branch museums or galleries throughout the city, particularly in the crowded sections—a simple building, well designed and amply lighted—one room and one attendant would serve splendidly. They could be established in conjunction with our branch libraries by the addition of a wing, or a separate building. This might assist at least in the beginning.

I should like to see them placed close to the street—easy of access—and not surrounded by very much park space. In a section thickly populated, I have in mind utilizing a lot say 50 or 60 feet wide, with the building a few feet back from the sidewalk, with an inviting entrance on the sidewalk level, the building occupying the width of the lot and nicely proportioned in depth—in the rear an attractive court or garden, surrounded by a wall, a pleasant spot to rest, accessible only from the gallery. We should establish changing exhibitions in these branch museums, letting each

remain intact for, say, 30 to 60 days in one gallery; then, moved to the next, to be replaced by another exhibition. This will also, in a degree, solve the growing problem of some great museums which may otherwise be forced to hang a too vast collection permanently in one building. The attendant would be capable of giving intelligent information in reply to questions and should give carefully prepared and instructive talks on each exhibit. As the purpose is mainly educational, each exhibit should represent an idea covering a particular period or school, or be comparative of old and modern. Some should be designed particularly for children.

In the city of Boston, through the interest and personal effort of Mr. FitzRoy Carrington, backed by a group of his liberal friends, has been established one such art center, exclusively for children, in one of the crowded sections of that city.

A start might wisely be made in one or two locations, but I confidently believe that a dozen or twenty such branch museums might profitably be established and maintained in the city of a million people. It may be that such buildings at certain times of the year should be put to other uses.

In closing this report, permit me to say that it is evident that Art Museums are taking a broader view of their service to the community and are looking to the new ways in which their institutions can render larger service. We should bring into conjunction more than ever the influence of other Arts such as Music, Poetry and Architecture and welcome them to give expression in our home and so use the advantages that we have at our disposal to achieve our purposes in the largest measure.

*Respectfully,*

RALPH H. BOOTH,
*President.*