**EXHIBIT 10**



# BULLETIN OF
# THE DETROIT INSTITUTE OF ARTS
## *of the City of Detroit*

| Vol. I | OCTOBER, 1919 | No. 1 |

THE BULLETIN OF THE DETROIT INSTITUTE OF ARTS, of which this is the first number, takes the place of the BULLETIN OF THE DETROIT MUSEUM OF ART. This change marks the beginning of an epoch in the history of Detroit when it shall become a civic function of the municipality to foster art, by operating and maintaining a museum for the people of the city. It is an era when art shall become in its broadest sense democratic, with the museum and its valuable collections actually belonging to the people.

**EXHIBIT 11**

# Bulletin of
# The Detroit Institute of Arts
## Of the City of Detroit

| Vol. IX | OCTOBER, 1927 | No. 1 |



FRENCH GOTHIC CHAPEL  C. 1500
GIFT OF MR. RALPH H. BOOTH

13-53846-tjt    Doc 7141-4    Filed 08/27/14    Entered 08/27/14 23:26:26    Page 4 of 24

POA00731535

# FRENCH GOTHIC CHAPEL

In the short time that our new building has been open to the public, the French Gothic chapel, the dedication gift of Mr. Ralph H. Booth, has become one of the most popular spots in the Museum. Little wonder, indeed! This tiny structure, complete and original in all its parts, with its weathered but well-preserved old stone walls, pillars, and ribbed vaulting, its stained glass windows, its altar and holy water font, brings to the people of this young country something of the real atmosphere of past ages: an atmosphere which the most perfect reproduction of antique architecture somehow fails to give. In this little room one may dream of the noble and courtly people, long passed away, who prayed here; the very stones are alive and tell of the many hands which touched them, of the skirts which brushed them, and of the countless feet which trod them.

The chapel, originally a part of the Chateau de Lannoy in Herbéviller in Lorraine (eastern France), was dismantled, and stone for stone shipped to Detroit, where it was rebuilt into the Museum in connection with the Gothic Hall. The exact date of the castle, the records of which go back to the thirteenth century, has not come down to us. We only know that it acquired its present form while belonging to the Créhange family, who had bought or inherited the estate from Marguerite de Chambley, Dame de Parroy, late in the fifteenth century. Stylistic reasons lead us to suppose that our chapel was built in the first years of the sixteenth century. About the year 1525 the castle came into the posses-
sion of the Bannerot family, who held it until the eighteenth century, when René de Bouchard, husband of Anne de Lannoy, became the owner. In 1758 their daughter married Jean Pierre, Comte de Lignéville, in whose family the estate remained until the Revolution. Lignéville is the last noble name connected with the castle. Abandoned and maltreated during the Revolution, in the nineteenth century it became the home of several bourgeois families, and is today a farmhouse.

In style the chapel represents the very last phase of French Gothic art. Its general plan, ending in five sides of an octagon, still follows the scheme established for choirs and chapels in the first examples of Gothic architecture of the twelfth century. The vault, however, which in the High Gothic period was supported by single ribs ascending in a straight line from the pillars to the keystone, has here become an intricate starlike network of delicately moulded ribs. The capitals of the early period and the wreaths of scanty foliage which superseded them, marking the intersection of the engaged shafts and the vault, are here entirely eliminated. In the traceried windows we have the bows and "fishbladders" of the typical flamboyant® manner, and finally, above the niche on the right wall, we observe a not conspicuous but significant detail: the relief decoration of dolphins and acanthus leaves, the first glimpse of the coming new style of the Italian Renaissance, a fact which definitely proves that our chapel stands on the boundary of two periods, or one might even say, between two worlds.

W. H.

## DEDICATION EXERCISES

The new building of the Detroit Institute of Arts was dedicated to a life of inspiration and usefulness Friday evening, October 7, with an attendance estimated at ten thousand, many of whom were unable to get into the auditorium and had
to content themselves with a tour of the exhibition galleries. Within fifteen minutes after the doors were opened, the auditorium, seating twelve hundred, was filled to capacity, and it taxed the ingenuity of the guards and police officers to alleviate the

13-53846-tjt    Doc 7141-4    Filed 08/27/14    Entered 08/27/14 23:26:26    Page 5 of 24

POA00731536



VIEW OF COURT, SHOWING EXTERIOR OF GOTHIC CHAPEL

disappointment of those who failed to obtain admittance. The charm of the program was in the short but felicitous addresses, followed by a program of music by the Detroit Symphony Orchestra, with Ossip Gabrilowitsch conducting.

The dedication exercises were marked by simplicity. Mr. William J. Gray, Vice-President of the Arts Commission, acting as chairman, conducted the program with the graciousness and facility of one born to the task. An organ prelude by Dr. Francis L. York, Dean of the Michigan Chapter, American Guild of Organists, was followed by an invocation by Reverend Chester B. Emerson. In an address of welcome the secretary mentioned the cumulative forces that during the past fifteen years have put a solid foundation under the dream to give to Detroit a suitable Institute of Arts. After expressing the pleasure of the Arts

Commission in having so many distinguished museum workers and guests from other cities, and in the participation in the program of the Detroit Symphony Orchestra, he welcomed to their new home the members of the Founders Society and the residents of Detroit.

Mr. Gray then introduced Mr. Medary, of the architectural firm of Paul P. Cret and Zantzinger, Borie and Medary, who, in turning over the building, paid a glowing tribute to Dr. Paul P. Cret, to whom he gave the credit for the happy result.

In accepting the building from the architects, Mr. Ralph H. Booth, president of the Arts Commission, gave a high-minded dedication address. After paying a tribute to the integrity of those who had to do with the building, he said: "Even for a city so prosperous as Detroit, this building, its site and its collections, represent a

costly contribution of which even the greatest and richest community of the world need not be ashamed. . . .

"What is the message written in this book of marble for all of us Detroiters, rich and poor, high and low? To my mind, the message of a municipal art museum such as this is that the beauty of art and the spiritual and moral beauties which lie beyond and above the beauty of art alone, are as essential in the life of a community as are the material comforts and modern facilities and improvements which it is the pride of every prosperous, enlightened community of today to furnish to its citizens. . . . .

"It is on such occasions as this that we should remember to give thanks to God and to our forefathers for the enduring legacy of a free government and the pursuit of happiness open to all. And in this spirit today, in behalf of the people of Detroit, let us dedicate this building to the lofty purpose for which it was conceived: 'The Knowledge and Enjoyment of Art,' believing that we have seen the completion of a building that will stand for centuries to come, because of the enduring character of art; and that if we cling to our spiritual ideals we shall best advance the high destiny of future generations."

The speaking program concluded with a scholarly and poetic address by the art director, Dr. W. R. Valentiner, dealing with the enjoyment of art and its influence on the lives of the individual: "Our ability to enjoy is increased by contrast," he said, in part. "Art cannot be enjoyed continually from morning until night, but only at inspired moments that overtake us like the sudden impulses of sympathy which we feel towards others, and at the most unexpected times, especially when we are most spent and worn with the realities of every-day life. We believe, therefore, that the museum, erected on the banks of the turbulent streams of traffic of this hurrying city, will afford a refuge to those who, tired by the battle for material gain, are half-unconsciously drawn within its walls. Enwrapped in the atmosphere that we

have endeavored to create in the various rooms, they cannot fail to imbibe something of the wealth of noble thought that has been stored for centuries in these works of art, and be moved by seeing how the masters were able to wrest mellifluous and bewitching tones from every aspect of life. There is no theme, not even the most tragic, that has not been transfigured by art and changed into an expression of life's beauty; there is no work of art that does not stand out more clearly because of that peculiar illumination brought about by the passage of time. Everywhere we find the dual influence of the masterpieces of the past: the ennobling influence of the original ideas of the artists, and their liberation by the hand of time from any unfortunate elements which may have beset them at their inception."

On Tuesday evening, October 11, in the lecture hall of the Detroit Institute of Arts, a program covering Detroit's art history was given under the joint auspices of the Detroit Historical Society and the Detroit Museum of Art Founders Society. In this program Colonel Fred E. Farnsworth, the first Secretary of the Detroit Museum of Art, who served continuously from the time of the incorporation of the museum, March 25, 1885, until he left Detroit in 1907, read the principal historical sketch dealing with the establishment and early growth of the museum.

Of the forty original incorporators of the museum, only two remain, Colonel Fred E. Farnsworth and Mrs. E. G. Holden. Mrs. Holden could not be present at the dedication but sent a charming paper which was read by her son, James S. Holden, in which she vividly recalled each of the original group, picturing the character and paramount interests of each.

Mr. D. M. Ferry, Jr., President of the Founders Society, then took up the story of the development of the new art center, which culminated in the new building, and this was followed by discussions and reminiscences pertaining to Detroit's early art history.　　　　C. H. B.

To the members of the Detroit Museum of Art Founders Society:

I know you must all be proud, as I am, to have had some small part in the creation of our new and beautiful home and in its enrichment with precious works of art. The dedication was a happy occasion for us all and it marked the beginning of a new era for the Founders Society. We now have a new meeting place amid stimulating and beautiful surroundings and we are planning this season to make your membership in the Founders Society mean more than it ever has before. Members this season will have privileges that will more than repay them for their support.

Beginning Friday evening, November 4, we are planning for you a series of concerts every Friday evening at eight o'clock and Sunday afternoon at three-thirty. The programs are announced elsewhere. These concerts, which will be held in the main auditorium, will be divided into two parts, with an intermission of thirty minutes, which will give those attending an opportunity to visit the galleries.

Dr. Francis L. York, Honorary Advisor of Music, has outlined a program of organ concerts which will show our new Casavant organ to splendid advantage and will present the most noted local and visiting organists of America.

The Chamber Music Society, cooperating with the museum as heretofore, will also present a number of concerts which will give variety to the musical activities; Dr. Mark Gunzberg, with his B'nai B'rith Symphony Orchestra, will give one symphony concert. These will be free to members.

It is also contemplated to engage the Detroit String Quartet for a series of four concerts, admission to which will be by membership card only or upon the payment of one dollar at the box office.

There will also be for members a series of fifteen illustrated lectures on the history of art by members of the staff, which will be given in the small lecture hall, followed by a tour of the galleries.

As heretofore, members will also receive the museum bulletin and invitations to the opening views of special exhibitions and to such other social gatherings as may be held.

But quite apart from the privileges which members receive, is it not a joy to be associated with, and a substantial supporter of, a civic project which brings so much esthetic pleasure, inspiration and enjoyment into the lives of your fellow men?

Respectfully yours,

CLYDE H. BURROUGHS,
Secretary.

**EXHIBIT 12**

Cat. no. 1242

Belshazzar's Feast
by WASHINGTON ALLSTON ———— *American*, 1779-1843
Gift of the Allston Trust, 1955

This is the "veiled picture" which was so famous an episode in the imaginative life of New England, whose mysterious and inexplicable tragedy made a great impression upon Allston's contemporaries.

The first sketches were made *Allston made* in London in 1817. The large canvas was begun in 1818 and well on toward completion, when he rolled it up and brought it back to Boston. In 1820 a group of Boston gentlemen subscribed $10,000 to buy the picture and advanced funds to enable the artist to complete it. When it was unrolled in Allston's Boston studio in September 1820, he asked Gilbert Stuart to look at it. Stuart criticized the perspective. It was the great tragedy of Allston's life that he took Stuart's advice and decided to alter the perspective, for this meant beginning the composition all over again. He was never able to complete it *again* to his satisfaction, though he worked on it until 1828. The painting was rolled from 1828 18/1 until 1839 when he began work on it again in *his a* new style. ┼ The picture was still unfinished at the time of his death.

Just before his sudden death, Allston had painted out the figure of Belshazzar, covering it with a brown coat of paint; the removal of this paint by a restorer, after his death, gravely injured the figure. Allston was also in the process of re-drawing, on a new scale, the figures of t.e prophets at the right.

CONFIDENTIAL - SUBJECT TO NDA                                                          DIAINSP144672

# COPY

HILL, BARLOW, GOODALE & WISWALL
53 STATE ST., BOSTON 9

October 4, 1955

Mr. Thomas W. Leavitt
Fogg Art Museum
Harvard University
Cambridge 38, Massachusetts

Re: Allston Trust

Dear Mr. Leavitt:

Since your letter of September 14, 1955, I have corresponded with Henry deRham concerning the transfer of "Belshazzar's Feast" and the "Uriel" to the Detroit Institute of Arts, as outlined in your exchange of letters with Professor Richardson.

Mr. deRham states: "I should be most happy to give "Belshazzar's Feast" to the Detroit Institute and also the "Uriel", provided Boston University cannot take it.../and/ since Professor Richardson is one of the leading experts on Allston, perhaps the Detroit Institute is /the/ logical place for "Belshazzar's Feast."

In short, the trustee is willing to give and the Institute ready to receive. The only remaining question concerns the terms of the gift.

For the record, I would like to make a slight exegesis on the question of "permanent loan" as opposed to "gift." As I see it, the difference does not depend on what the intent of the trustee might be; in either case, he is handing the painting over to the permanent custody of the institution involved. There would be a difference, however, in the event that the Institute itself were to terminate its existence. In this event, the permanent loan would have to

CONFIDENTIAL - SUBJECT TO NDA                                    DIAINSP144673

# COPY

be returned to the trustee. The gift, on the other hand,
would probably be subject to the cy pres doctrine, i.e. a
judicial determination of the ultimate disposition of the
work might be required in order to effectuate the original
charitable intent in making the gift, and this would probably
mean transfer to some other similar institution. As attorney
for the Allston Trust, it seems to me preferable to place
these paintings as permanent loans, and in the light of what
I have said above, I would urge Professor Richardson to
accept the "Belshazzar" and the "Uriel" as permanent loans.
If the Detroit Institute of Arts has the long life we all
wish for it, no one will ever be bothered by the formal
distinction between the two types of transfer. However, as
Mr. deRham has stated his willingness to give these works
to the Detroit Institute, if Professor Richardson sees a
real obstacle here, I would advise Mr. deRham to make the
transfer in the terms of a gift.

I am sending a copy of this letter to Professor
Richardson, together with a copy of Mr. deRham's letter of
April 18, 1955, addressed to The President and Fellows of
Harvard College. This letter gives an outline of the history
of the Trust and indicates the form which the letter to the
Detroit Institute would take. I will ask Professor Richardson
to let us know whether this arrangement will be satisfactory.
On receipt of his reply I will prepare the necessary letter
for Mr. deRham's signature. A copy of this letter also goes
to Mr. deRham.

Yours sincerely,

Brooks Beck

bb.lb

cc: Professor Edgar P. Richardson
Mr. Henry L. deRham

CONFIDENTIAL - SUBJECT TO NDA                                    DIAINSP144674

November 1, 1955

Mr. Henry L. deRham
90 John street
New York, New York 38

Dear Mr. deRham:

Thank you for your letter of October 4th, addressed to Mr. Leavitt, describing the Allston Trust and suggesting that you prefer to deposit the <u>Belshazzar's Feast</u> here as a permanent loan.

I should be most happy to see the picture come to Detroit. As Mr. Leavitt suggests, I shall wish to make formal request for the picture from the Allston Trust. Before doing so, however, I want to give you my reasons why I should be easier in my mind if the picture were to come to us as a gift.

Unlike most American art museums, which are private corporations, this is a city-owned museum. Founded in 1885 as the usual private corporation, it was given to the City of Detroit in 1919, which has since provided maintenance and operating funds from the City's tax revenues. The old private corporation has remained in being, to administer our endowments, and is known as the Detroit Museum of Art Founders Society.

Mr. Leavitt tells me that <u>Belshazzar's Feast</u> will need some care and attention in order to prepare it for exhibition; and all pictures need care and attention over the long period of time. That is the perspective of museums. I can authorize that the picture should be cared for, from our tax money. The Budget Bureau and the Controller of the City of Detroit have never questioned our use of our appropriation for the care and restoration of works of art. Nonetheless, over the long period, I believe it would be most desirable that no question should ever be raised about our responsibility for the care and maintenance of the picture. We are at present spending several thousand dollars to reline a large painting by Rubens of about the same size as <u>Belshazzar's Feast</u>, which will some day probably require the same attention. I should not like to have any ambiguity in the status of the picture in our collection, or our responsibility to care for it to arise and plague my successor in the future.

It is our practice with all gifts to our collection to present them first to our sustaining society, the Detroit Museum of Art Founders Society, which acts as our financial institution. The Founders Society, however, transmits all its purchases and gifts made to it, to the Arts Commission who accept them to become the property of the City of Detroit. If, owing to unforeseen circumstances, the City of Detroit should go out of business, title to the collection would revert to the Detroit Museum of Art Founders Society. This is probably as secure a future for a work of art as any museum can provide: at least it has never been questioned by any of our great donors here.

CONFIDENTIAL - SUBJECT TO NDA                                                                DIAINSP144675

I hope this explanation will show you why, without any desire to be unreasonable, I should greatly prefer to see the Belshazzar's Feast, or any other work of art belonging to the Allston Trust, come to us as an outright gift.

Sincerely yours,

E. P. Richardson,
Director

CONFIDENTIAL - SUBJECT TO NDA                                    DIAINSP144676

Henry L. deRham
90 John Street
New York 38, N. Y.

November 4, 1955

Professor Edgar P. Richardson
The Detroit Institute of Arts
Detroit 2, Michigan

Dear Professor Richardson:

Thank you very much for your letter of
November 1, concerning "Belshazzer's Feast", and I
appreciate very much your giving me such detailed in-
formation explaining your position.  I am particularly
conscious of the fact that there should be no restric-
tions on your possession of the picture, and under the
circumstances, I should be only too happy meeting your
proposal.  As present and acting trustee of the so-
called Allston trust, therefore, I should like to pre-
sent to the Detroit Museum of Art Founders Society
Washington Allston's unfinished picture "Belshazzer's
Feast".  Upon your acceptance of this gift, I relinquish
all right title to and interest in said picture be-
lieving in that this transfer of title and interest is
a partial fulfullment of the purposes of the trust.

The more I have thought of this, the more I
feel that this gift is in full accord with the spirit
of the original trust and carries out the desires and
intensions of my predecessor trustees and members of
my family that Allston's work should be made available
to the public under proper care and those who know its
enduring value.

Sincerely yours,

H. L. deRham

CONFIDENTIAL - SUBJECT TO NDA                                    DIAINSP144677

November 9, 1955

Mr. Henry L. deRham
90 John Street
New York City 38

Dear Mr. deRham:

Thank you for your letter of November fourth. It gives me great pleasure.

I shall be most happy to report your letter, and the most kind offer of Belshazzar's Feast as a gift, at the next meeting of our board of trustees. It is really a wonderful gift and one which will bring this famous picture close to the vast audience of Americans living in the center of this country.

By whatever standard one judges the picture, it is a landmark in our cultural history. This museum has, we believe, the most representative collection of American painting west of the Alleghanies, to date. Belshazzar's Feast will certainly add a great lustre to our collection and will bring here, from all the midwestern universities, the increasing number of students in American Studies programs, who seem more and more to turn to Allston and his period for their theses.

You were kind enough to speak of Uriel in one of your letters to Mr. Leavitt. If this picture has not already found a home, may I offer a suggestion? Otto Wittmann, at the Toledo Museum of Art, has been making a very interesting and admirable effort to build up their American collection. The Toledo Museum of Art is also in the unusual position of needing, and having space for, large paintings. I should like to see that picture somewhere in this part of the country and know that it would be welcome in Toledo.

I might add that Otto Wittmann is one of the best of the younger museum men in this country and a very intelligent and serious student of American painting.

Sincerely yours,

copy to:
Mr. Thomas W. Leavitt
Fogg Art Museum
Harvard University
Cambridge 38, Mass.

E. P. Richardson,
Director

CONFIDENTIAL - SUBJECT TO NDA                                    DIAINSP144678

**EXHIBIT 13**

## DEED OF GIFT

The undersigned, Josephine F. Ford of ████████████ ████████████████████, Michigan hereby conveys and warrants to Founders Society Detroit Institute of Arts, a Michigan non-profit corporation, of 5200 Woodward Avenue, Detroit, Michigan, a one-half 2interest in the painting, <u>Roulin, The Postman</u> by Vincent van Gogh.

The one-half interest covered by this Deed of Gift is the one-half interest which came to the undersigned as an inheritance under the provisions of the Will of the late Eleanor Clay Ford. Nothing in this assignment is intended to affect the other one-half interest in the painting, which other one-half interest was owned by the undersigned's late husband, Walter B. Ford II, and now forms part of the residue of the Estate of Walter B. Ford II, presently under probate, the undersigned being the residuary legatee of said estate.

*Josephine F. Ford*
Josephine F. Ford

Dated: February 6, 1992

State of Michigan)
                 )ss
County of Wayne  )

On this 6th day of February, 1992 before me a Notary Public in and for the above County appeared Josephine F. Ford who being duly sworn did say that she executed the foregoing instrument as her free act and deed and for the intents and purposes therein set forth.

*Susan L. Williamson*
Notary Public
Wayne County, Michigan
My Commission Expires: 9-8-92

## ACCEPTANCE

Founders Society Detroit Institute of Arts accepts the foregoing gift to it of a one-half interest in <u>Roulin, The Postman.</u>

Founders Society Detroit
Institute of Arts

Dated February 19, 1992    By: *Joseph P. Bennett*
                                Exec. V.P.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP080471

Deed of Gift of
Undivided Fractional Interest
in Roulin, The Postman :
by Josephine F. Ford (Donor), to
Founders Society Detroit Institute of Arts

KNOW ALL MEN BY THESE PRESENTS, that I, Josephine F. Ford, do hereby donate, transfer, assign, set over and convey to Founders Society Detroit Institute of Arts (hereinafter referred to as "the Museum") its successors and assigns forever, an undivided fifty (50 %) percent interest in:

Roulin, The Postman
by Vincent van Gogh

(the "Work"), as an unrestricted gift, and a similar copyright interest which I may own in the Work, including any rights to copy, display or otherwise use the Work, for the Museum's charitable purposes.

TO HAVE AND TO HOLD such undivided interest in the Work unto the Museum, its successors and assigns, to its own charitable use and benefit forever.

This Deed of Gift shall inure to the benefit of the Museum and its successors and assigns, and shall bind me, my executors, administrators, heirs, successors, and assigns.

The Museum, by signing this Deed of Gift below, hereby accepts and acknowledges receipt of the undivided interest described above and becomes and is entitled to all rights of a tenant in common, including full dominion and control over, and possession of the Work for a pro rata portion of each calendar year appropriate to its percentage interest in the Work, such possessory right to be applied in a consecutive period of time each year, unless otherwise agreed upon by the Museum and the holder(s) of the Work; provided, however, that provisions for the transportation, security and preservation of the Work shall be the responsibility of the holder(s) of such interest, at their sole expense, to the satisfaction of the Museum and in accordance with the Museum's standards.

This Deed of Gift shall be governed by the laws of the State of Michigan.

IN WITNESS WHEREOF, I, Josephine F. Ford, intending to be legally bound hereby, have executed this Deed of Gift the 2 nd day of April, 199_.



**FOUNDERS SOCIETY DETROIT INSTITUTE OF ARTS**

5200 WOODWARD AVENUE
DETROIT, MICHIGAN 48202

_____
Donor    Josephine F. Ford

[signature]
_____    MI
Address

I hereby accept this gift and confirm that this Deed correctly states the agreement between us this _____ day of _____, 199_ .

By: _____
Executive Vice President
Founders Society Detroit Institute of Arts

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP080479

## DEED OF GIFT

The undersigned, Josephine F. Ford, of ███████████ ████████ Michigan hereby conveys to Founders Society Detroit Institute of Arts, a Michigan non-profit corporation, of 5200 Woodward Avenue, Detroit, Michigan, all of her right, title and interest in and to the painting, Roulin, The Postman by Vincent van Gogh.

The interest covered by this Deed of Gift is the one-half interest which came to the undersigned as an inheritance under the provisions of the Will of the undersigned's late husband, Walter B. Ford II. The other one-half interest in the painting was previously gifted to the Founders Society Detroit Institute of Arts on February 6, 1992, which one-half interest came to the undersigned as an inheritance under the provisions of the Will of the late Eleanor Clay Ford.

Dated: February 9, 1996

_Josephine F. Ford_
Josephine F. Ford

State of Michigan )
                 ) ss
County of Wayne  )

On this 9th day of February, 1996 before me, a Notary Public in and for the above County, appeared Josephine F. Ford who being duly sworn did say that she executed the foregoing instrument as her free act and deed and for the intents and purposes therein set forth.

DAVID M. HEMPSTEAD
Wayne County, Michigan
Commission Expires June 25, 2000

_David M. Hempstead_
Notary Public
Wayne County, Michigan
My Commission Expires: 6/25/00

## ACCEPTANCE

Founders Society Detroit Institute of Arts accepts the foregoing gift to it of a one-half interest in Roulin, The Postman.

Founders Society Detroit
Institute of Arts

Dated: February 22, 1996

By: _____

BJC\docs\002

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP080565

bcc: David M. Hempstead
William Neal
John Fike
Pam Watson
Samuel Sachs II

# THE DETROIT INSTITUTE OF ARTS
## FOUNDERS SOCIETY

February 22, 1996

Mrs. Josephine F. Ford

████████████████████, MI ████████

Dear Dody:

All of us at the museum are deeply grateful for the news that David Hempstead has conveyed to us indicating that the remaining one-half interest in the van Gogh Roulin, The Postman has been gifted to the museum this week.

This incredible gift has become one of the highlights for museum visitors to see, and as you know traveled to Japan recently and was the hit of the show. I hope you and all of your family realize that you have contributed enormously to the thousands of school children and adults who have already seen this painting and who will see it in the years to come.

Thank you again for your wonderful support and caring for the people of Detroit and for all of us here at the Detroit Institute of Arts.

Warmest Regards,

Joseph P. Bianco, Jr.
Executive Vice President

JPB/mjk

5200 WOODWARD AVENUE, DETROIT MICHIGAN 48202 · TEL 313-833-7900

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP080563

# EXHIBIT 14



# The Detroit Institute of Arts

**5200 Woodward Avenue**
**Detroit, Michigan 48202**

Public Relations Department
(313) 833-7963

**NEWS RELEASE**

**DIA RECEIVES GIFT OF**
**VAN GOGH MASTERPIECE**

FOR IMMEDIATE RELEASE
11/9/92

In what has been hailed as a master stroke of good fortune for
the Detroit Institute of Arts, museum director Samuel Sachs II
announced this week the acquisition of a major oil painting by
19th-century master Vincent van Gogh. Painted in 1888 and titled
<u>Portrait of Joseph Roulin</u>, the post-Impressionist work is a gift
from Mrs. Walter B. Ford II and her late husband. It is currently
on view in the museum's 19th-century European galleries.

Described by DIA curator of European paintings Patrice
Marandel as "one of the museum's greatest paintings," the haunting
<u>Portrait of Joseph Roulin</u> was painted just two years before van
Gogh's death in 1890. Roulin, a postman, came to play an important
role in the Dutch artist's life and art in Arles, in the south of
France. In letters to his brother Theo in 1888-89, the artist
described Roulin, with his "blue uniform trimmed with gold, (and)
big bearded face, very like Socrates... a man more interesting than
most." In his powerful portrait van Gogh captures this "good soul
(who was) so wise and so full of feeling and so trustful," who
viewed the artist with a "tenderness such as an old soldier might
have for a young one."

Van Gogh painted several forceful and impressive portraits of
his friend. The first, a three-quarter-length portrait, hangs in
the Museum of Fine Arts, Boston. A later version is at New York's

(MORE)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP080492

Museum of Modern Art. The second version, a bust portrait painted because Roulin posed so stiffly for the first, is considered to be a gentler, more candid portrait and is the one which now adorns the DIA's galleries. It is the fourth painting by van Gogh to enter the museum's collection.

In a statement accompanying this gift, Mrs. Ford stressed the importance of public participation in the DIA's Partnership for Renewal fund-raising campaign. She views her gift as "not only an affirmation of the museum's importance and vitality today, but also an investment in its future. I encourage everyone to play a part-- no matter the size--in ensuring that this museum and the treasures it houses are here for our children's children."

The gift of this masterpiece comes on the heels of several recent "good news" announcements from the DIA. Just last month the museum announced that $9 million has been raised toward a $24-million Partnership for Renewal fund-raising campaign goal. The Partnership for Renewal consists of a multi-year operating plan to renew museum programs and public services, and a private sector fund-raising campaign to support the plan's goals. Funds raised to date have enabled the museum to reopen 100% of its galleries on Sundays and as much as 80% Wednesdays through Saturdays. Also, a partnership between Detroit's Italian-American community and area corporations has made possible the restoration and reopening of the DIA's renowned Italian Gothic sculpture galleries, with a portion of the funds raised marked for education programming.

In making this wonderful gift Mrs. Ford added, "I am fulfilling my mother's wish that the painting be at the DIA for all to enjoy."

### 

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DIAINSP080493