**EXHIBIT 15**

EDSEL B. FORD
DEARBORN

*File Arts*

Feb. 3, 1933

Hon. Frank Murphy,
Detroit, Michigan.

My dear Mayor Murphy:

    I find it necessary for me to be out of the city on next Monday, February 6th, at the time that you, together with the Budget Commissioner, will hear the proposed budget for the Detroit Institute of Arts for the next fiscal year.

    Because of my absence, I wish to point out by this means, how highly desirable it is to maintain the Art Museum on a going basis. We are asking for the very small sum of $46,682.20, and feel that there are so many advantages in keeping the museum open that I cannot too earnestly urge that this request be favorably considered. As you know, the staff is skeletonized to the very minimum at the present time and still be able to keep the museum open. Our guards are insufficient, and we have had several disagreeable experiences on that account. I believe that it would cost a large part of what we are now receiving if the building was closed. There must be adequate protection to the valuable property, as well as heat, etc.

    We would lose the revenues which at the present time amount to about $8,000.00 per year, and would also, which is more important, lose the interest of a great many friends of the museum who are vitally interested in having it kept open.

    I feel quite sure that the Founders Society would be alienated, and their very generous support curtailed. Further, a great many of the art collections were acquired by gift, and we feel that it would be a breach of trust

13-53846-tjt   Doc 7141-5   Filed 08/27/14   Entered 08/27/14 23:26:26   Page 2 of 8
CONFIDENTIAL - SUBJECT TO NDA                                                                    DIAINSP144686

with the donors if the gifts were not made available to the public. To cite one specific case, the Ralph H. Booth bequest of $200,000, the largest one we have, specifically states that the objects of art in his collection must be exhibited in the galleries of the museum at least eight months of each and every year or be offered back to his heirs.

    The Commission and Founders Society are endeavoring to keep together the Curatorial Staff with outside support, and we have every feeling that we can continue to do so provided the city supplies sufficient funds for the actual maintenance.

    I sincerely hope that you will give this matter your serious consideration and support.

                          Yours sincerely,

                          Edsel Ford

EBF:C

CONFIDENTIAL - SUBJECT TO NDA        DIAINSP144687

# EXHIBIT 16

## The Detroit Insitute of Arts
## City/State Capital Expense Support

| Year | State Capital Support | City Capital Support | Total City/State Support | Actual Capital Expense | City/State Support as a % of Total |
|---|---|---|---|---|---|
| 1998-99 | $ - | $ 3,000,000 | $ 3,000,000 | $ 3,388,000 | |
| 1999-00 | 37,500,000 | 782,879 | 38,282,879 | 1,985,072 | |
| 2000-01 | - | 2,122,222 | 2,122,222 | 10,414,232 | |
| 2001-02 | 2,500,000 | 10,570,782 | 13,070,782 | 15,462,539 | |
| 2002-03 | - | 6,595,301 | 6,595,301 | 16,785,944 | |
| 2003-04 | - | 4,846,623 | 4,846,623 | 20,459,980 | |
| 2004-05 | - | 11,095,342 | 11,095,342 | 30,033,695 | |
| 2005-06 | - | 5,763,628 | 5,763,628 | 33,228,631 | |
| 2006-07 | - | 5,292,000 | 5,292,000 | 28,714,357 | |
| 2007-08 | - | - | - | 18,836,610 | |
| 2008-09 | - | - | - | 3,044,718 | |
| 2009-10 | - | - | - | 2,169,442 | |
| 2010-11 | 10,000,000 | - | 10,000,000 | 588,368 | |
| 2011-12 | - | 1,007,565 | 1,007,565 | 1,657,808 | |
| 2012-13 | - | 1,412,381 | 1,412,381 | 1,996,003 | |
| Total | $ 50,000,000 | $ 52,488,723 | $ 102,488,723 | $ 188,765,399 | 54% |
| | | | DIA Funded | $ 86,276,676 | |

6-3-13

DIAINSP144742

CONFIDENTIAL - SUBJECT TO NDA

## The Detroit Insitute of Arts
### City/State Operations Support

| Year | State Operations Support | City Operations Support | Total Operations Support | Actual Unrestricted Operating Expense | City/State Support as a % of Total |
|---|---|---|---|---|---|
| 1998-99 | 8,225,000 | 750,000 | 8,975,000 | 28,103,217 | 32% |
| 1999-00 | 6,975,000 | 790,000 | 7,765,000 | 30,031,206 | 26% |
| 2000-01 | 5,725,000 | 790,000 | 6,515,000 | 28,387,057 | 23% |
| 2001-02 | 4,887,200 | 750,500 | 5,637,700 | 29,355,497 | 19% |
| 2002-03 | 4,306,900 | 712,975 | 5,019,875 | 31,286,414 | 16% |
| 2003-04 | 2,239,500 | 642,975 | 2,882,475 | 29,977,556 | 10% |
| 2004-05 | 1,941,200 | - | 1,941,200 | 28,903,230 | 7% |
| 2005-06 | 1,638,408 | - | 1,638,408 | 31,817,728 | 5% |
| 2006-07 | 955,900 | - | 955,900 | 30,525,921 | 3% |
| 2007-08 | 1,100,000 | - | 1,100,000 | 39,574,504 | 3% |
| 2008-09 | 914,400 | - | 914,400 | 33,302,276 | 3% |
| 2009-10 | 20,000 | 500,000 | 520,000 | 25,547,875 | 2% |
| 2010-11 | - | 500,000 | 500,000 | 24,072,679 | 2% |
| 2011-12 | - | 375,000 | 375,000 | 23,701,071 | 2% |
| 2012-13 | - | - | - | 25,000,000 | 0% |
| Total | 38,928,508 | 5,811,450 | 44,739,958 | 439,586,231 | |
| support % | 8.9% | 1.3% | 10.2% | | |

6-3-13

DIAINSP144743

CONFIDENTIAL - SUBJECT TO NDA

**EXHIBIT 17**

1868-70—Wagner Baking Co., supp. .............. 336 37
General order for Tuesday.

### From the Controller.

To the Honorable the Common Council:
Gentlemen: Herewith is attached a supplemental estimate for your consideration.

Respectfully,
HENRY STEFFENS, JR.,
Controller.

The Board of Water Commissioners respectfully present a supplemental estimate in the sum of $35,000 for the condemnation of lots Nos. 1, 2, 3, 4, 71, 72, 73 and 74, bounded by Scott street and Orleans street and the railroad. This property adjoins the present Central Storage Yard, and the Board believes it necessary that the same should be obtained by condemnation to form part of this present yard.

Yours very truly,
H. S. STARKEY,
Secretary.

Accepted and referred to general order.

### From the Corporation Counsel.

To the Honorable the Common Council:
Gentlemen: As per your request I herewith enclose the proper resolution for the enlarging of the Art Museum Building site.

Respectfully submitted,
CLARENCE E. WILCOX,
Corporation Counsel.

By Councilman Littlefield:
Resolved, That the Common Council of the city of Detroit has declared and does hereby declare a public improvement to be necessary in the municipality and has declared and does hereby declare that it deems it necessary to take private property described as:

Lots 103 to 113, both inclusive, the west 10 feet of Lot 114, and Lots 115 to 120, both inclusive, and vacated alleys as platted in Farnsworth's Subdivision of Park Lots 38 and 39, as recorded in Liber 1, Page 16 of plats of Wayne County Records, Detroit, Wayne County, Michigan.

Also all that part of Park Lot 38 of plat of park lots as recorded in Liber 34, Page 542 of Deeds of Wayne County Records, lying south of and adjoining the above described Subdivision, being 34.61 feet in front on the east line of Woodward avenue and 35.44 feet in front on the west line of John R. street, Detroit, Wayne County, Michigan.

As a site, with other land for Art Museum Buildings and with said other land to constitute such real estate as may be necessary and is necessary for the accomplishment of the objects of the Arts Commission of the City of Detroit, and has declared and does hereby declare that the improvement is for the use or benefit of the public.

Resolved, That the Corporation Counsel be and is hereby directed to instituted the necessary proceedings in behalf of the City of Detroit in the Recorder's Court of said City to carry out the object of this resolution in regard to taking private property by said city.

Adopted as follows:
Yeas—Councilmen Bradley, Castator, Kronk, Littlefield, Nagel, Simons, Vernor, Watson and the President—9.
Nays—None.

### From the Corporation Counsel.

To the Honorable the Common Council:
Gentlemen: Of the awards made for property taken to provide an approach to the Michigan Central Depot, $183.31 is still in the city treasury.

On the trial of the matter it was made to appear with reference to what we termed "Parcel 41" that there were two outstanding mortgages held by the Peoples State Bank and that there was a levy made by William R. Medaris against the interest of one of the persons owning the fee.

The verdict cared for the mortgages as the situation was at the time of trial and it gave to Medaris the amount above mentioned to care for his levy.

The mortgages were assigned to Mary Dale, and by her foreclosed. On her behalf it is contended that the foreclosure extinguished the right of Medaris under his levy and that by operation of law he ceased to be entitled to the $183.21. For Medaris it is insisted that the confirmation of the award is in effect a judgment against the City. On Saturday I appeared in the Circuit Court responsive to an order that the City Treasurer show cause why a writ of mandamus should not issue commanding him to pay to Medaris the $183.21 and interest thereon from confirmation of award. In any litigation between the two claimants for this money we are compelled to protect ourselves against possibilities of being required to make double payment.

Following a partial presentation of the matter there was discussion between counsel for the two claimants of the feasibility of effecting a settlement. Counsel for claimants undertook to present to their respective clients, and I agreed to submit to you the suggestion that the City authorize payment of interest and principal sum, on being absolved from liability to both claimants—the claimants then to make division of the payment.

As the City has had the use of both the property and the money there is more justification for paying interest in this instance than is usually found in incidents of this nature, and, moreover, the interest is relatively inconsequential in amount.

Will you be good enough to indicate whether we may participate in a settlement on the lines suggested if the claimants of the fund so agree?

Respectfully,
EDMUND ATKINSON,

By Councilman Castator:
Resolved, That the Corporation Counsel and Controller be and are hereby authorized and directed to effect settlement on Parcel 41, taken in proceedings for condemnation of M. C. Depot approach, as outlined in foregoing communication.

Adopted as follows:
Yeas—Councilmen Bradley, Castator, Kronk, Littlefield, Nagel, Simons, Vernor, Watson and the President—9.
Nays—None.

### From the Corporation Counsel.

To the Honorable the Common Council:
Gentlemen—The following employes of the city of Detroit were injured while in the course of their employment:

John Bonadas, Parks and Boulevards.
Charles Boromish, Fire Department.

Under the terms of the Compensation Law the employer shall pay the injured employe at the rate of 60 per

13-53846-tjt    Doc 7141-5    Filed 08/27/14    Entered 08/27/14 23:26:26    Page 8 of 8