# Exhibit 2

```
 1                    DAN GILBERT
 2        IN THE UNITED STATES BANKRUPTCY COURT
 3         FOR THE EASTERN DISTRICT OF MICHIGAN
 4
 5
 6   In re:                         ) Chapter 9
 7   CITY OF DETROIT, MICHIGAN,     ) Case No. 13-53846
 8            Debtor.               ) Hon. Steven W. Rhodes
 9
10   _____
11
12
13        The Videotaped Deposition of DAN GILBERT,
14        Taken at 4000 Town Center, Suite 1800,
15        Southfield, Michigan,
16        Commencing at 9:46 a.m.,
17        Tuesday, July 29, 2014,
18        Before Cheri L. Poplin, CSR-5132, RPR, CRR.
19
20
21
22
23
24
25
```

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

| Page 2 | Page 4 |
|---|---|
| 1 DAN GILBERT | 1 DAN GILBERT |
| 2 APPEARANCES: | 2 DANIEL MORRIS, ESQ. (via telephone) |
| 3 | 3 Dentons US LLP |
| 4 GREGORY M. SHUMAKER, ESQ. | 4 1301 K Street, NW |
| 5 Jones Day | 5 Suite 600, East Tower |
| 6 51 Louisiana Avenue, N.W. | 6 Washington, DC 20005-3364 |
| 7 Washington, D.C. 20001-2113 | 7   Appearing on behalf of the Retiree Committee. |
| 8   Appearing on behalf of the Debtor, City of Detroit. | 8 |
| 9 | 9 |
| 10 | 10 |
| 11 | 11 MICHAEL J. PATTWELL, ESQ. |
| 12 ROBERT S. HERTZBERG, ESQ. | 12 Clark Hill, PLC |
| 13 Pepper Hamilton, LLP | 13 212 East Grand River Avenue |
| 14 4000 Town Center | 14 Lansing, Michigan 48906 |
| 15 Suite 1800 | 15   Appearing on behalf of the Retirement Systems for the |
| 16 Southfield, Michigan 48075 | 16   City of Detroit. |
| 17   Appearing on behalf of the Debtor, City of Detroit. | 17 |

| Page 3 | Page 5 |
|---|---|
| 1 DAN GILBERT | 1 DAN GILBERT |
| 2 LESLEY S. WELWARTH, ESQ. | 2 WILLIAM E. ARNAULT, ESQ. |
| 3 Pepper Hamilton, LLP | 3 Kirkland & Ellis, LLP |
| 4 4000 Town Center | 4 300 North LaSalle |
| 5 Suite 1800 | 5 Chicago, Illinois 60654 |
| 6 Southfield, Michigan 48075 | 6   Appearing on behalf of Syncora Guarantee Inc. and |
| 7   Appearing on behalf of the Debtor, City of Detroit. | 7   Syncora Capital Assurance Inc. |
| 8 | 8 |
| 9 | 9 |
| 10 | 10 |
| 11 RICHARD CHYETTE, ESQ. | 11 F. NICHOLAS CHANDLER, ESQ. (via telephone) |
| 12 Quicken Loans | 12 Chadbourne & Parke, LLP |
| 13 1050 Woodward Avenue | 13 30 Rockefeller Plaza |
| 14 Detroit, Michigan 48226 | 14 New York, New York 10112 |
| 15   Appearing on behalf of Dan Gilbert. | 15   Appearing on behalf of Assured Guaranty Municipal |
| 16 | 16   Corp. |

Pages 2 to 5

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7144-2   Filed 08/27/14   Entered 08/27/14 23:45:14   Page 3 of 5

## Page 6

1      DAN GILBERT
2   JEREMY M. MANSON, ESQ.
3   Williams, Williams, Rattner & Plunkett, P.C.
4   380 North Old Woodward Avenue
5   Suite 300
6   Birmingham, Michigan 48009
7       Appearing on behalf of the Financial Guaranty
8       Insurance Company.
9
10
11
12  FARAYHA J. ARRINE, ESQ.
13  Dickinson Wright, PLLC
14  500 Woodward Avenue
15  Suite 4000
16  Detroit, Michigan 48226
17      Appearing on behalf of the State of Michigan.
18
19
20
21  ALSO PRESENT:
22  Greg Cassin - Video Technician
23
24
25

## Page 7

1           TABLE OF CONTENTS
2
3   WITNESS                         PAGE
4   DAN GILBERT
5
6   EXAMINATION BY MR. ARNAULT         9
7
8              EXHIBITS
9
10  EXHIBIT                         PAGE
11  (Exhibits attached to transcript.)
12
13  DEPOSITION EXHIBIT 1              21
14  DEPOSITION EXHIBIT 2              73
15

## Page 8

1       DAN GILBERT
2   Southfield, Michigan
3   Tuesday, July 29, 2014
4   9:46 a.m.
5
6           VIDEO TECHNICIAN: We are now on the
7   record. This is the videotaped deposition of Dan
8   Gilbert being taken on Tuesday, July 29th, 2014. The
9   time is now 9:46 a.m. We are located at 4000 Town
10  Center in Southfield, Michigan. We are here
11  In Re: City of Detroit bankruptcy. This is Case
12  Number 13-53846. This matter is being held in the
13  United States Bankruptcy Court for the Eastern
14  District of Michigan.
15          My name is Greg Cassin, video technician.
16  Will the court reporter swear in the witness and the
17  attorneys briefly identify themselves for the record,
18  please.
19          DAN GILBERT,
20  was thereupon called as a witness herein, and after
21  having first been duly sworn to testify to the truth,
22  the whole truth and nothing but the truth, was
23  examined and testified as follows:
24          MR. SHUMAKER: Greg Shumaker of Jones Day
25  for the City of Detroit.

## Page 9

1       DAN GILBERT
2           MR. HERTZBERG: Robert Hertzberg, Pepper
3   Hamilton, for the City of Detroit.
4           MR. CHYETTE: Richard Chyette, counsel to
5   Dan Gilbert.
6           MS. WELWARTH: Lesley Welwarth, Pepper
7   Hamilton, for the City of Detroit.
8           MS. ARRINE: Farayha Arrine for the State
9   of Michigan.
10          MR. PATTWELL: Michael Pattwell, Clark
11  Hill, on behalf of the Detroit Retirement Systems.
12          MR. MANSON: Jeremy Manson, Williams,
13  Williams, Rattner & Plunkett, Financial Guaranty
14  Insurance Company.
15          MR. ARNAULT: Bill Arnault from Kirkland &
16  Ellis for Syncora.
17          MR. CHANDLER: Nicholas Chandler,
18  Chadbourne & Parke, for Assured Guaranty Municipal
19  Corp.
20          MR. MORRIS: Daniel Morris, Dentons, for
21  the Retiree Committee.
22              EXAMINATION
23  BY MR. ARNAULT:
24  Q. Good morning, Mr. Gilbert. How are you?
25  A. Good.

Pages 6 to 9

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7144-2   Filed 08/27/14   Entered 08/27/14 23:45:14   Page 4 of 5

DAN GILBERT

BY MR. ARNAULT:

Q. Okay. So you understood that the art in the DIA was part of the Grand Bargain; would that be fair?

A. I don't understand the question, if the art was part of it.

Q. Or that it was one of the components of the Grand Bargain?

A. Still -- I don't understand the question.

Q. Would you have entered into the Grand Bargain if one of the terms of the Grand Bargain was that -- actually strike that.

Would you have entered into the Grand Bargain if the art was not being transferred as part of the Grand Bargain?

   MR. SHUMAKER: Object to the form.
   MR. MORRIS: Object to form.

A. I don't know how to answer that question. The way it was presented to us was this is how it's all going to work, do you want to be in or out, and we said we'll -- yeah, we'll participate, so I can't speculate to possibilities of things.

BY MR. ARNAULT:

Q. Okay. It was essentially here's the structure, are you going to agree or not agree; is that right?

DAN GILBERT

A. Yeah. I mean, they didn't say it like -- you know, that way, but they said here's -- here's -- here's what we want to do here, here's how it's going to all work, here's who we think is going to participate, would you guys participate at this level, and we said yes.

Q. Did you propose any changes to the structure of the deal?

A. No.

Q. And did you understand that the money you provided would go directly to the retirees?

A. Yeah. I believe it was -- it was presented that way to us, that this will hel -- again, I can't recall the word for word, it was a verbal thing, but this would help save the majority of the -- the pensioners' pensions and they were at the same time moving forward forever, so if this -- you know, in the one in a million chance this happened again, it would -- you know, it wouldn't even be a question as to the assets being outside of the City.

Q. Would you have entered into the Grand Bargain if the money you contributed did not go directly to the retirees?

   MR. SHUMAKER: Object to the form.

DAN GILBERT

   MR. MORRIS: Object to form.

A. So where would it go? I mean, I guess I would ask the question if it wasn't there, I would say, okay, well, where -- where is it going to go to?

BY MR. ARNAULT:

Q. Would you have contributed money to the Grand Bargain if some of the money went to pay the debts of the City's other financial creditors?

   MR. SHUMAKER: Object to the form.
   MR. MORRIS: Objection. Form.

A. I'd have to understand who the creditors were and what -- I -- I guess there's thousands of creditors; right? I don't -- so I'd need to know more specifics for -- to answer that question.

BY MR. ARNAULT:

Q. Okay. Would you have contributed money to the Grand Bargain if some of the money went to pay the debts of the insurers who insure the City's Certificates of Participation?

   MR. SHUMAKER: Object to the form.
   MR. MORRIS: Objection. Form.
   MR. SHUMAKER: Calls for hypothetical.
   THE WITNESS: So do you want me to answer the question?

DAN GILBERT

   MR. SHUMAKER: Go ahead.

A. No. You know, to think that sophisticated Wall Street insurance companies and investors who knew the City of Detroit was in dire financial straits for decades and took a risk in insuring those bonds and -- would I personally have invested money into a scheme that would get them part of the recovery? No. The answer is no.

BY MR. ARNAULT:

Q. Okay. And you say that sophisticated Wall Street banks and companies who invested in the City of Detroit.

A. Um-hmm.

Q. Do you know what information they were provided in connection with those investments?

A. No. I would assume that they were provided whatever is required by the law. I don't know.

Q. But you haven't looked at exactly what was provided?

A. No. No.

Q. And you don't know what representations were made by the City to those financial creditors?

A. No. I'm sure they did their due diligence, though.

Q. Would you have contributed money to the Grand Bargain if some of the money was earmarked to demolish blight

Pages 134 to 137

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7144-2   Filed 08/27/14   Entered 08/27/14 23:45:14   Page 5 of 5