# Exhibit 3

```
 1            ROGER S. PENSKE
 2     IN THE UNITED STATES BANKRUPTCY COURT
 3      FOR THE EASTERN DISTRICT OF MICHIGAN
 4
 5
 6   In re              ) Chapter 9
 7   CITY OF DETROIT, MICHIGAN,   ) Case No. 13-53846
 8            Debtor.   ) Hon. Steven W. Rhodes
 9
10   _____
11
12
13       The Videotaped Deposition of ROGER S. PENSKE,
14       Taken at 4000 Town Center, Suite 1800,
15       Southfield, Michigan,
16       Commencing, at 1:03 p.m.,
17       Wednesday, July 23, 2014,
18       Before Kathryn L. Janes, CSR-3442, RMR, RPR.
```

```
 1            ROGER S. PENSKE
 2   APPEARANCES:
 3
 4   ROBERT S. HERTZBERG, ESQ.
 5   Pepper Hamilton LLP
 6   4000 Town Center,
 7   Suite 1800
 8   Southfield, MI 48075
 9       Appearing on behalf of the Debtor, City of
10       Detroit.
11
12
13
14   GREGORY M. SHUMAKER, ESQ.,
15   DAN T. MOSS, ESQ.
16   Jones Day
17   51 Louisiana Avenue, N.W.
18   Washington, D.C. 20001-2113
19       Appearing on behalf of the Debtor, City of
20       Detroit.
```

```
 1            ROGER S. PENSKE
 2   DANIEL MORRIS, ESQ. (Via Telephone)
 3   Dentons US LLP
 4   1301 K Street, N.W.
 5   Suite 600, East Tower
 6   Washington, D.C. 20005-3364
 7       Appearing on behalf of the Retiree Committee.
 8
 9
10
11   MICHAEL J. PATTWELL, ESQ.
12   Clark Hill, PLC
13   212 East Grand River Avenue
14   Lansing, Michigan 48906
15       Appearing on behalf of the Retirement Systems
16       for the City of Detroit.
```

```
 1            ROGER S. PENSKE
 2   WILLIAM E. ARNAULT, ESQ.
 3   Kirkland & Ellis LLP
 4   300 North LaSalle Drive
 5   Chicago, Illinois 60654
 6       Appearing on behalf of Syncora Guarantee Inc.
 7       and Syncora Capital Assurance Inc.
 8
 9
10
11   MARK R. JAMES, ESQ.
12   Williams, Williams, Rattner & Plunkett, P.C.
13   380 North Old Woodward Avenue
14   Suite 300
15   Birmingham, Michigan 48009
16       Appearing on behalf of the Financial Guaranty
17       Insurance Company.
```

Pages 1 to 4

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7144-3   Filed 08/27/14   Entered 08/27/14 23:45:14   Page 2 of 5

## Page 5

1  ROGER S. PENSKE
2  LATA NOTT, ESQ. (via telephone)
3  Chadbourne & Parke, LLP
4  1200 New Hampshire Avenue, NW
5  Washington, D.C. 20036
6      Appearing on behalf of Assured Guaranty
7      Municipal Corp.
8
9
10
11 LAWRENCE N. BLUTH, ESQ.
12 Penske Corporation
13 2555 Telegraph Road
14 Bloomfield Hills, Michigan 48302
15     Appearing on behalf of the Witness.

## Page 6

1  ROGER S. PENSKE
2  KELLEY M. HALADYNA, ESQ.
3  Dickinson Wright PLLC
4  500 Woodward Avenue
5  Suite 4000
6  Detroit, Michigan 48226
7      Appearing on behalf of the State of Michigan.
8
9
10
11
12 ALSO PRESENT:
13 Rob Girkin - Video Technician

## Page 7

1  ROGER S. PENSKE
2  TABLE OF CONTENTS
3
4  WITNESS                                PAGE
5  ROGER S. PENSKE
6
7  EXAMINATION
8  BY MR. ARNAULT:                        10
9
10     EXHIBITS
11
12 EXHIBIT                                PAGE
13 (Exhibits attached to transcript.)
14
15 DEPOSITION EXHIBIT 1                   19
16 DEPOSITION EXHIBIT 2                   25
17 DEPOSITION EXHIBIT 3                   62
18 DEPOSITION EXHIBIT 4                   109

## Page 8

1           ROGER S. PENSKE
2  Southfield, Michigan
3  Wednesday, July 23, 2014
4  1:03 p.m.
5
6      VIDEO TECHNICIAN: We are now on the
7  record, this is the videotaped deposition of Roger
8  Penske being taken on Wednesday, July 23rd, 2014.
9  The time is now 1:02 p.m. We are located at 4000
10 Town Center, Southfield, Michigan.
11     We're here in the matter In Re: City of
12 Detroit Bankruptcy, Case Number 13-53846. This
13 matter being held in the United States Bankruptcy
14 Court for the Eastern District of Michigan.
15     My name is Rob Girkin, video
16 technician. Will the court reporter swear in the
17 witness and the attorneys identify themselves for
18 the record, please.
19     ROGER S. PENSKE,
20 was thereupon called as a witness herein,
21 and after having first been duly sworn to testify
22 to the truth, the whole truth and nothing but the
23 truth, was examined and testified as follows:
24
25     MR. HERTZBERG: Appearances, Robert

Pages 5 to 8

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7144-3   Filed 08/27/14   Entered 08/27/14 23:45:14   Page 3 of 5

## Page 113

**ROGER S. PENSKE**

Q. So I take it, you understand that the -- the retirees and the pensioners are getting treated differently than the financial creditors?

A. Yes.

Q. And in fact, the pensioners and the retirees are getting treated a lot better than the financial creditors; is that right?

MR. HERTZBERG: Object to form.

MR. MORRIS: Objection, form.

BY MR. ARNAULT:

Q. Is that fair?

A. I don't know whether being -- let me state it again, any financial institution that makes an investment, including myself, has a risk, and the people, the bondholders in this particular case were sophisticated, they -- they understood the risks of a city like Detroit. They made their investments, and as I have many times, I've taken losses associated with that. So from my perspective, is that's a lot different than someone who's spent 20 or 30 years working in the city of Detroit and has had to have the opportunity to take away their health care and maybe their only income stream, so to me it's a

## Page 114

**ROGER S. PENSKE**

completely different situation.

Q. Sure. So you believe that the City is justified in treating the financial creditors, bondholders, differently than the pensioners and retirees because the bondholders were aware of the risks and had the opportunity to do due diligence?

MR. MORRIS: Object to form.

MR. PATTWELL: Object to form.

A. Let me make it -- I'll make it clear one more time, okay?

BY MR. ARNAULT:

Q. Yeah.

A. Number one, I think that the financial institutions understood the credit risks, there was transparency on the investment they were making, and there's no question that there's a risk for you or for me if we make those investments. And that's entirely different than someone that's worked 15 or 20 or 25 years, you know, for the City of Detroit and would have their health care and their pensions taken away. And my commitment through the grand bargain is to provide capital to keep those people viable, you know, and their families, you know, for the future, and

## Page 115

**ROGER S. PENSKE**

that's the position I take today. I'll take it next week and I take it in the future.

Q. Are there any other reasons that you think it's okay for the City to treat creditors and the retirees differently besides the ones you just laid out?

MR. PATTWELL: Objection to form.

A. No.

BY MR. ARNAULT:

Q. Do you think that this bankruptcy provides the City with an opportunity to resolve some of the problems that have plagued it in the past?

A. Yes.

Q. How so?

A. Example, having lived in the city and seen General Motors in a position they were in some 12 to 24 months ago and there's a -- there's a bankruptcy process that companies can go through and obviously municipalities, and to see the impact prior to the bankruptcy and see cleansing through bankruptcy and what's taken place in -- in the growth back at General Motors is a perfect example that this process, it's legal, it's a process that takes place in business and it is taking place in

## Page 116

**ROGER S. PENSKE**

this municipality, and I think it's the proper process to go forward with.

Q. And just to follow up to make sure I got that, you would agree that it provides the City with an opportunity to resolve some of the problems that it faced coming into bankruptcy; would that be correct?

A. It will resolve the specific problems that are involved in this 170-page document and it will give the opportunity for the City to immediately, you know, access funding and take the actions that are necessary to be viable in the future.

Q. Are there problems that the bankruptcy is not going to address?

A. I'm not aware of any.

Q. If you move down to the next paragraph on the document in front of you, you say: Obviously in a situation of financial emergency, people are going to have to take a hair cut. We'll just stop there. Did you say that?

A. It's -- it's in the --

Q. I just want to be -- sometimes the press isn't correct about quoting people, I just want to make sure.

Pages 113 to 116

Elisa Dreier Reporting Corp.    (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt    Doc 7144-3    Filed 08/27/14    Entered 08/27/14 23:45:14    Page 4 of 5

1 ROGER S. PENSKE
2 BY MR. ARNAULT:
3 Q. Yeah, would you have contributed money to the
4 grand bargain if some of money was earmarked to
5 demolish blight in the city?
6 MR. MORRIS: Object to form.
7 A. Now you're linking blight and other things, it
8 was -- it was an initiative that I saw the state
9 was involved, I saw other private sector people
10 involved and I joined that group. Now, whether it
11 was going to be for -- for blight or it was going
12 to be for -- for pensioners, my -- my
13 understanding was because it was tied, you know,
14 to the arts at this point, it would be towards the
15 pensioners which to me was -- was first and
16 primary.
17 BY MR. ARNAULT:
18 Q. Did you have any conversations with the DIA about
19 your contribution?
20 A. The only person that -- that I had conversation
21 was Gene Gargaro, when I talked with him and
22 talked about the arts and how important it was
23 culturally to the city and then following that, I
24 had some discussion with Dick Manoogian, when I
25 said I was going to make a donation, that was the

1 ROGER S. PENSKE
2 extent of it. One time I talked with Gargaro,
3 only once.
4 Q. And how many times have you talked with
5 Mr. Manoogian?
6 A. One time about that, that was when we were getting
7 together when Jaimee Dimon was here a couple, four
8 or five weeks ago and it was after the fact.
9 Q. At that point in time, had you already decided
10 that you were going to donate?
11 A. Yes.
12 Q. Do you believe that the DIA provides essential
13 services to the city?
14 A. Well, the DIA is -- to have a city that's viable,
15 you have to have cultural, we have to have the
16 sports teams, we have to have the symphony, so
17 it's just not one leg on a stool. I think it's a
18 combination of -- of things like the DIA that make
19 a city viable and a place that people want to come
20 to. And I think that we need to have attractions
21 and, you know, when you look at the DIA, I think
22 its collection for -- at least it's been reported
23 is one of the four or five biggest collections,
24 you know, in the U.S., and obviously, you know, a
25 very important from the standpoint of the

1 ROGER S. PENSKE
2 artifacts that is there -- that are there.
3 And to me, people who come to the city want to go
4 there, so it's a -- we have the Henry Ford Museum,
5 you know, we obviously have our sports stadiums
6 and I think symphony and these are critical to
7 have a balanced environment for, you know, for our
8 people that live here and people that come to the
9 city, so it's an important part.
10 Q. Would you consider the DIA an essential part,
11 though?
12 MR. PATTWELL: Object to form. If you
13 could define what you mean by essential --
14 essential, and I also object to foundation that
15 you haven't gotten into whether or not Mr. Penske
16 knows all the services that the DIA provides.
17 A. You want to ask the question again?
18 BY MR. ARNAULT:
19 Q. Yeah, do you believe the DIA provides essential
20 services to the city?
21 A. What I would think are essential services may be
22 different. When you say essential, what do you
23 mean by essential services?
24 Q. Well, so you say -- when you think of essential
25 services, what do you think of?

1 ROGER S. PENSKE
2 A. Essential services would be police and fire.
3 Q. Not culture and the arts; is that right?
4 A. I'll go back to my answer before. To be a -- to
5 be a viable city, we have to have certain --
6 certain things that are not fire and police, and
7 part of it's culture, and part of it's our sports,
8 part is our symphony and the other things that
9 make it -- make it viable. For people that want
10 to -- because everyone is not just interested in
11 one particular area and we need to have people
12 come here, we have students that are -- that are
13 at Wayne State, students at the University of
14 Michigan that use, you know, the DIA as, you know,
15 for some of their schooling, I think it's really
16 important that we have something like this.
17 Q. Does the city need a multibillion dollar art
18 collection to be viable?
19 A. I -- I can't tell you today what the value of the
20 art collection is, okay?
21 Q. That's -- that's fine.
22 A. If it's multibillion, I don't know that.
23 Q. But in general, does a city need a multibillion
24 art collection to be viable?
25 A. We need a viable DIA and if it's multibillion, we

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022