## EXHIBIT 5

**Cline Deposition Transcript**

1     IN THE UNITED STATES BANKRUPTCY COURT
2     FOR THE EASTERN DISTRICT OF MICHIGAN
3
4
5
6     In Re:          ) Chapter 9
7     CITY of DETROIT, MICHIGAN, ) Case No. 13-53846
8         Debtor.      ) Hon. Steven Rhodes
9     _____
10
11
12    The Videotaped Deposition of ROBERT CLINE,
13         Taken at Jones Day
14         51 Louisiana Avenue, NW
15         Washington, DC
16         Commencing at 9:05 a.m.
17         Monday July 14, 2014,
18      Before Marjorie Peters, RMR, CRR
19
20
21
22
23
24
25

1   APPEARANCES:
2   For the Debtor City of Detroit and the witness:
3   GEOFFREY S. STEWART, ESQ.,
    SARAH A. HUNGER, ESQ.,
4   CHRISTOPHER DiPOMPEO, ESQ.
    JONES DAY
5   51 Louisiana Avenue, N.W.
    Washington, D.C. 20001-2113
6
7
8   For the Official Committee of Retirees:
9   DAN BARNOWSKI, ESQ.
    DENTONS US, LLP
10  1301 K Street, N.W.
    Suite 600, East Tower
11  Washington, D.C. 20005-3364
12
13  For Syncora Guarantee, Inc., and Syncora Capital
    Assurance, Inc.
14
15  DOUGLAS G. SMITH, P.C.
    KIRKLAND & ELLIS, LLP
16  300 North LaSalle
    Chicago, Illinois 60654
17
18
19  For Creditor Assured Guaranty:
20  LISA SCHAPIRA, ESQ.
    CHADBOURNE & PARKE, LLP
21  30 Rockefeller Plaza
    New York, New York 10112
22
23
24
25

1   For Creditor National Public Finance Guarantee Corp.
2
3   JEFFREY S. BEELAERT, ESQ.
    SIDLEY AUSTIN, LLP
4   1501 K Street, N.W.
    Washington D.C. 20005
5
6
7   For Creditor Financial Guaranty Insurance Company:
8   PRAVIN R. PATEL, ESQ.
    WEIL GOTSHAL & MANGES, LLP
9   1395 Brickell Avenue
    Suite 1200
10  Miami, Florida 33131
11
12  Also Appearing:
13  Jonathan Perry, Videographer
14  Marguerette Hosbach, Ernst & Young, via telephone
15
16
17
18
19
20
21
22
23
24
25

I N D E X

| WITNESS | PAGE |
|---|---|
| Robert Cline | 6 |

| EXHIBITS | PAGE |
|---|---|
| Exhibit No. 1 | 112 |
| Exhibit No. 2 | 149 |
| Exhibit No. 3 | 164 |
| Exhibit No. 4 | 179 |
| Exhibit No. 5 | 278 |
| Exhibit No. 6 | 280 |
| Exhibit No. 7 | 281 |
| Exhibit No. 8 | 285 |
| Exhibit No. 9 | 292 |

Pages 1 to 4

R. CLINE

1                R. CLINE
2      THE VIDEOGRAPHER:  This is disk number one
3 of the video deposition of Robert Cline taken in
4 the matter of the City of Detroit, Michigan in the
5 U.S. Bankruptcy Court for the Eastern District of
6 Michigan.  Chapter 9, Case No. 13-53846.
7      We are at the offices of Jones Day, 51
8 Louisiana Avenue Northwest, Washington, D.C.  The
9 time is approximately 9:04 a.m.  The date is July
10 14th, 2014.  The court reporter is Marjorie Peters
11 and the videographer is Jonathan Perry, both here
12 on behalf of Elisa Dreier Reporting Company.
13      Would counsel please introduce yourselves
14 and state whom you represent.
15      MR. SMITH:  Doug Smith for Syncora.
16      MR. STEWART:  Geoffrey Stewart and Sarah
17 Hunger of Jones Day for the City of Detroit and for
18 the witness.
19      MS. SCHAPIRA:  Lisa Schapira from
20 Chadbourne & Parke for Assured Guaranty.
21      MR. BEELAERT:  Jeff Beelaert from Sidley
22 Austin for National.
23      MR. PATEL:  Pravin R. Patel from Weil
24 Gotshal & Manges representing Financial Guaranty
25 Insurance Company.

1                R. CLINE
2      THE VIDEOGRAPHER:  And would the reporter
3 swear in the witness, please.
4          ROBERT CLINE,
5 a witness, having been first duly sworn, was examined and
6      testified as follows:
7 BY MR. SMITH:
8    Q.   Good morning, Mr. Cline.  You have been
9 deposed before; is that correct, or not?
10    A.   I have testified in a court case before.
11    Q.   Okay.  Have you ever given a deposition?
12    A.   I don't remember.  I have prepared reports.  I
13 don't remember whether I actually participated in this
14 type of deposition.
15    Q.   Okay.  I'll be asking you a series of
16 questions, and you will let me know if you don't
17 understand any of my questions?
18    A.   I will.
19    Q.   Okay.  And feel free to take a break whenever
20 you need to, okay?
21    A.   All right.
22    Q.   The report you filed, your report in this
23 matter, you're acting as an expert in tax policy; is that
24 correct?
25    A.   My responsibility in this project was to do

1                R. CLINE
2 revenue estimates for the City of Detroit.
3    Q.   Okay.  And what is your area of expertise?
4    A.   For my professional career, I've worked in
5 public finance, the economic aspects of public finance.
6    Q.   Okay.  So, you would be an expert in public
7 finance and the economic aspects of public finance; is
8 that correct?
9    A.   My professional career has been doing state
10 tax work, whether it's revenue estimating, tax bill
11 analysis or forecasting.
12    Q.   Okay.  You wouldn't hold yourself out as an
13 expert in urban policy, correct?
14    A.   I would not.
15    Q.   And you wouldn't hold yourself as an expert on
16 health benefits?
17    A.   I would not.
18    Q.   You're not an expert on government in general?
19    A.   I'm not.
20    Q.   You're not an expert on blight reduction?
21    A.   No, I'm not.
22    Q.   Not an expert on art valuation?
23    A.   No.
24    Q.   Not an expert on pensions?
25    A.   No.

1                R. CLINE
2    Q.   Not an expert on government grants?
3    A.   No.
4    Q.   Do you hold yourself out as an expert on
5 casinos or wagering revenue?
6    A.   I do not.
7    Q.   Do you hold yourself out as an expert on state
8 revenue sharing?
9    A.   I've studied state revenue sharing.
10    Q.   In what context?
11    A.   The State of Michigan, I was responsible for
12 various revenue estimates.
13    Q.   And other than that, do you have any
14 experience with state revenue sharing?
15    A.   I do not.
16    Q.   You're not an expert on Detroit's government,
17 correct?
18    A.   I am not.
19    Q.   Not an expert on information technology?
20    A.   No.
21    Q.   Not an expert on transportation systems.
22    A.   No.
23    Q.   Have you ever done forecasting for a city?
24    A.   I have not done forecasting for a city.
25    Q.   And you're not an expert in accounting, are

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt  Doc 7148-5  Filed 08/27/14  Entered 08/27/14 23:59:24  Page 3 of 120

1    R. CLINE
2  you?
3    A.    I am not.
4    Q.    You're not an expert on Chapter 9
5  bankruptcies?
6    A.    No, I'm not.
7    Q.    You're not a restructuring expert, correct?
8    A.    No.
9    Q.    You're not holding yourself out as a legal
10  expert, correct?
11    A.    No, I'm not.
12    Q.    And you're not a lawyer, correct?
13    A.    I am not.
14    Q.    Have you ever done a tax forecast for a
15  wagering tax before?
16    A.    No, I have not.
17    Q.    And have you ever done a tax forecast for a
18  corporate tax?
19    A.    I have for the State of Michigan, and I did
20  for the State of Minnesota.
21    Q.    Okay.  But in the context of corporate tax
22  revenues to a city, you haven't done a forecast?
23    A.    I have not.
24    Q.    You haven't done a municipal income tax
25  forecast before, have you?

1    R. CLINE
2    A.    I have not.
3    Q.    You haven't done a municipal property tax
4  forecast, have you?
5    A.    I have not.
6    Q.    Have you ever done a tax forecast over a
7  period of -- as long as ten years?
8    A.    I have not.
9    Q.    Okay.  Typically, what was the length of time
10  of the forecasts you have done previously?
11    A.    The forecasts were usually tied to the budget
12  cycle, determined by the legislature.  You might go out
13  four to six years.
14    Q.    Okay.  So, the standard forecast length that
15  Michigan used was four to six years?
16    A.    I would say it was four, in Michigan.
17    Q.    Okay.  So, the generally accepted standard
18  length of a forecast in Michigan was four years?
19    A.    That was the forecast tied to the budget
20  cycle.  You would do forecasts longer term for other
21  types of projects.
22    Q.    Okay.  So, and the longest term forecast you
23  ever performed in the ordinary course of your work as a
24  forecaster was six years; is that correct?
25    A.    I might have done forecasts that went beyond

1    R. CLINE
2  that.  I don't recall.
3    Q.    Okay.  But sitting here today, you can't
4  identify any forecasts you ever did that was longer than
5  six years?
6    A.    I do not remember one.
7    Q.    And I mean, just to get -- make the record
8  clear, the standard forecast for purposes of tax
9  forecasting in Michigan state was four years; is that
10  correct?
11    A.    I believe it is.  The budget cycle would be
12  either two years or four years of forecasts.
13    Q.    Okay.  So, the standard forecast length in
14  Michigan and the accepted forecast length for tax
15  forecasting is either two or four years; correct?
16    A.    Correct.
17    Q.    And you previously worked as an expert in one
18  case; is that correct?
19    A.    I did.
20    Q.    And is that the only case you worked as an
21  expert?
22    A.    As I can recall, that was the only case where
23  I testified as an expert.
24    Q.    And when you testified as an expert, it wasn't
25  in forecasting, correct?

1    R. CLINE
2    A.    It was not.
3    Q.    When did you begin your work for Detroit?
4    A.    It would have been in the spring, I believe,
5  of 2013.
6    Q.    Your work in this case, you have prepared some
7  expert opinions for the confirmation hearing?
8    A.    I have -- I don't understand the question.
9    Q.    Okay.  Well, you know you filed an expert
10  report.
11    A.    Correct.
12    Q.    You know that, right?
13    A.    Correct.
14    Q.    And you're acting as an expert who is going to
15  testify at the confirmation hearing?
16    A.    I understand that, yes.
17    Q.    Okay.  And I'm just wondering, other than your
18  work as an expert in the testimony you're going to give
19  at the confirmation hearing, have you done any other work
20  for the City of Detroit?
21    A.    If you could clarify that question.  Are you
22  referring to all of the work I have done as an EY
23  employee for the City of Detroit?
24    Q.    Well, yes.  Basically, what I'm trying to
25  figure out is I have a copy of your expert report, and

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 7148-5   Filed 08/27/14   Entered 08/27/14 23:59:24   Page 4 of 120

1           R. CLINE
2    you've talked about your forecasting work that you have
3    done in order to provide expert opinions in this case.
4    So, I have seen that already, and I'm just trying to
5    understand whether you did any other work for the --
6        **A.    No.**
7        Q.    -- City of Detroit.
8
9
10       **A.    No.  The work that we did was the forecasting,**
11   **10-year forecasts for the City of Detroit, plus an**
12   **extension beyond that period.**
13       Q.    Okay.  So all of the work that you've done for
14   the City of Detroit is reflected in your expert report
15   that --
16           MR. STEWART:  Objection.
17           MR. SMITH:  -- that you've provided,
18       correct?
19           THE WITNESS:  There is a very extensive
20       amount of material that lies behind those summary
21       numbers.
22   BY MR. SMITH:
23       Q.    Okay.  Well, let me rephrase the question,
24   then.  All of the work that you've done for the City of
25   Detroit is reflected in your expert report or the

1           R. CLINE
2    supporting materials that you produced with it, correct?
3           MR. STEWART:  Objection.
4           THE WITNESS:  I don't believe that's
5       correct.
6    BY MR. SMITH:
7        Q.    Okay.  What materials haven't we been provided
8    that reflect your work?
9        **A.    I don't know the answer to that question.**
10       Q.    Well, I'm trying to -- you just told me that
11   you have prepared some materials, right?  I'm trying to
12   figure out if we have got them all.  That's a fair
13   question, right?
14           MR. STEWART:  So, what's the question?
15           MR. SMITH:  The question is, have we been
16       provided all of the materials that reflect your
17       work in this case?
18           THE WITNESS:  I don't know the answer to
19       that question.
20   BY MR. SMITH:
21       Q.    Okay.  So, you can't represent to the Court
22   that we've been provided a complete set of the
23   materials --
24       **A.    I cannot personally represent that.**
25       Q.    But just to clarify, the only work that you've

1           R. CLINE
2    done for the City of Detroit relates to offering expert
3    opinions in this case; is that fair?
4           MR. STEWART:  Objection.
5           THE WITNESS:  I don't think that's an
6       accurate description.
7    BY MR. SMITH:
8        Q.    Well, the only work you've done in this case
9    relates to doing the forecasting work that's the subject
10   of your expert opinions in this case; correct?
11       **A.    What we were asked to do is to provide a**
12   **10-year forecast of expected revenues from the major tax**
13   **sources for the City of Detroit.**
14       Q.    And the reason you were asked to provide that
15   was for purposes of a confirmation hearing and you're
16   testifying as an expert, correct?
17       **A.    I don't think that's an accurate description.**
18       Q.    What other purpose is that forecast being used
19   for; any other purpose?
20       **A.    To my knowledge, it's been part of the**
21   **budgetary discussions for the City of Detroit.**
22       Q.    So, you've done some forecasting work that the
23   results of which are reflected in your expert report that
24   the City has also used for budgetary purposes; is that
25   fair?

1           R. CLINE
2           MR. STEWART:  Objection.
3           THE WITNESS:  I do not know how the
4       information that we have provided has been used.
5       It's beyond my knowledge.
6    BY MR. SMITH:
7        Q.    Okay.  So, the only thing you know is that
8    you've provided expert opinions reflected in your expert
9    report, and that's the work you've done for the City of
10   Detroit?
11           MR. STEWART:  Objection.
12   BY MR. SMITH:
13       Q.    Correct?
14       **A.    We prepared revenue estimates over a 10-year**
15   **period for the City of Detroit.**
16       Q.    Okay.  And that's the only work you've done
17   for the City of Detroit, correct?
18       **A.    That has been my responsibility in this.**
19       Q.    Okay.  And your forecasting work that you just
20   referenced is reflected in your expert report?
21       **A.    It is a summary of the results of the work we**
22   **did.**
23       Q.    Okay.  You weren't involved in putting
24   together forecasts for use with the creditor proposal?
25       **A.    Not to my knowledge.**

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7148-5   Filed 08/27/14   Entered 08/27/14 23:59:24   Page 5 of 120

R. CLINE

1
2    Q.    Did you know if there was anybody else at
3    Ernst & Young who worked on tax issues for purposes of
4    the creditor proposal?
5    A.    Not to my knowledge.
6    Q.    And do you know if the City has sought out
7    experts other than yourself to testify in the area of
8    taxes?
9    A.    I am not familiar with anyone else.
10   Q.    Did you personally calculate the numbers that
11   are in your expert report, or did someone else do the
12   actual, you know, number calculations that are reflected?
13   A.    My responsibility was to construct the general
14   framework of the estimating model and to evaluate the
15   results at each step of the way.
16   Q.    Okay.  So, you didn't do the actual
17   calculations that are reflected in your expert report; is
18   that fair?
19   A.    I do have a staff with -- several staff
20   members who worked on the actual estimation.
21   Q.    How many staff members assisted you in your --
22   A.    I would say --
23   Q.    -- in developing your expert opinions?
24   A.    -- we may have three staff members in addition
25   to myself.

R. CLINE

1
2    Q.    Who are those --
3          MR. STEWART:  And you have to let him
4    finish his question and then pause so I can object
5    before you start your answer, or you end up talking
6    over each other which complicates the reporter's
7    job.
8    BY MR. SMITH:
9    Q.    Who are the staff members that assisted in
10   formulating your expert opinions?
11   A.    Caroline Sallee and Katie Ballard.  Those were
12   the two principal people.
13   Q.    And so it's fair to say that you didn't
14   personally calculate the numbers in your report; it was
15   people on your staff, correct?
16   A.    Could you define "calculate" for me.
17   Q.    Well, there are numbers that are plugged into
18   the model, right, and then out pops some results, right?
19         MR. STEWART:  Objection.
20   BY MR. SMITH:
21   Q.    And I'm wondering, did you actually do any of
22   the computations that are reflected in your expert
23   report?
24         MR. STEWART:  That's a compound question.
25   Which one do you want answered?

R. CLINE

1
2          MR. SMITH:  Okay.
3    BY MR. SMITH:
4    Q.    Did you do the calculations in your expert
5    report or did staff members do them?
6    A.    I would say staff members constructed the
7    mechanics of the model.
8    Q.    Okay.  And you haven't -- have you ever
9    constructed the mechanics of a forecasting model before?
10   A.    I have.
11   Q.    But you didn't do it in this case; correct?
12   A.    I don't think that's an accurate summary.
13   Q.    Well, I'm trying to get at who did the actual
14   computations in your report?
15   A.    I worked very closely with my staff at all
16   phases of the estimation process.
17   Q.    Okay, but did you actually personally do the
18   computations that appear in the report?
19   A.    I personally reviewed each of the spreadsheets
20   that were used to do the calculations.
21   Q.    And who actually created the spreadsheets that
22   did the calculations that appear in your report?
23   A.    Under my direction, my staff constructed the
24   individual spreadsheets.
25   Q.    Ever forecast inflation rates before?

R. CLINE

1
2    A.    I have.
3    Q.    Have you ever forecasted municipal population
4    levels before?
5    A.    I have not.
6    Q.    Have you ever forecast population levels of
7    individuals commuting into a city to do work?
8    A.    I have not.
9    Q.    You never forecast population levels of
10   individuals living inside a city but working outside of
11   it?
12   A.    I have not.
13   Q.    Have you ever done any economic forecasting to
14   assess income levels?
15   A.    I don't understand the question.
16   Q.    Have you ever forecasted income levels of a
17   population over time?
18   A.    What do you mean by income levels?
19   Q.    Well, the levels -- there's a population of
20   working people, and they're receiving income from doing
21   work.  Have you ever forecast what their income will be
22   in the future?
23   A.    As tax research director, I was responsible
24   for forecasting taxable income for taxpayers.
25   Q.    The State of Michigan, when you worked there,

R. CLINE

1    they don't do any forecasting for the City of Detroit, do
2    they?
3    **A.    Not that I know of.**
4    Q.    Ever forecast a city employment growth rate?
5    **A.    No, I have not.**
6    Q.    Ever forecast wage growth rate in a city?
7    **A.    Do you mean prior to the Detroit project?**
8    Q.    Prior, yes.
9    **A.    No, I have not.**
10    Q.    But you're doing that in your report here; is
11    that fair?
12    **A.    It is part of the analysis that we did.**
13    Q.    Ever forecast income tax rates for a city?
14    **A.    No, I have not.**
15    Q.    Ever forecast corporate tax rates for a city?
16    **A.    No, I have not.**
17    Q.    Ever forecast property tax rates for a city?
18    **A.    I may have done some local work in Michigan**
19    **for a city related to property taxes.**
20    Q.    Which city was that?
21    **A.    Holland, Michigan.**
22    Q.    And what work did you do?
23    **A.    I was a member of the public school board.  I**
24    **may have looked at property tax forecasts for the school**

R. CLINE

1    **district.**
2    Q.    Okay.  But you didn't do any --
3    MR. STEWART:  You've got to let him finish
4    his answer before you ask your next question.  He
5    had not really finished.
6    MR. SMITH:  Okay.  You didn't do any kind
7    of forecasting when you're sitting on the school
8    board in Holland, Michigan?
9    THE WITNESS:  I reviewed the forecast
10    prepared by the school district.
11    BY MR. SMITH:
12    Q.    Do you agree that wage earning tax revenue
13    depends on a number of factors?
14    **A.    Yes, I would agree with that.**
15    Q.    Would it depend on the level of gambling, the
16    level of revenue at the casinos and the wagering tax
17    rate?
18    **A.    Yes.**
19    Q.    Any other factors that might influence the
20    wagering tax?
21    **A.    I believe you accurately described the**
22    **calculation of the tax revenue figure.**
23    Q.    Would it be fair to say that the utility tax
24    revenues also depend on a number of factors?

R. CLINE

1    **A.    They do.**
2    Q.    And among the factors that could influence
3    utility tax rates are use of the utility, the rate of
4    collection of the taxes, the general economic conditions,
5    correct?
6    **A.    Correct.**
7    Q.    Anything else you can think of?
8    **A.    I think those would be key drivers.**
9    Q.    But do you -- can you think of other key
10    drivers?
11    **A.    I have no others.**
12    Q.    Have you ever forecast a utility tax revenue
13    before?
14    **A.    I may have as part of the budget for either**
15    **Michigan or Minnesota; I don't recall.**
16    Q.    Okay.  But a municipal utility tax, have you
17    ever forecast that?
18    **A.    No, I have not.**
19    Q.    I wanted to ask you about some of the inputs
20    from your model.  There are various inputs that you use
21    in your model to do your forecasting, correct?
22    **A.    Correct.**
23    Q.    And many of the inputs that you use in your
24    model are inputs that you've taken from other people, or

R. CLINE

1    other sources, correct?
2    **A.    Some of them did come from other sources.**
3    Q.    And what are some of the expert sources that
4    you're relying on for inputs in your model?
5    MR. STEWART:  Objection.
6    THE WITNESS:  We used a number of sources
7    as input to the model and in determining the
8    parameters of the model.
9    BY MR. SMITH:
10    Q.    And for example, you use expert -- some
11    materials from expert economists at Michigan to --
12    **A.    We used the latest -- at that point in time,**
13    **the latest available statewide forecast from the research**
14    **seminar in quantitative economics and consensus forecast**
15    **for the State.**
16    Q.    And those are forecasts that are created by
17    experts other than yourself?
18    **A.    They're created by economists that work for**
19    **the State of Michigan, or --**
20    Q.    And --
21    **A.    -- or are working with the State of Michigan.**
22    Q.    And are there any other sources that you're
23    relying on that are created by experts other than
24    yourself?

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

R. CLINE

1
2      MR. STEWART: Objection.
3      THE WITNESS: I'm not sure I understand
4   what you mean.
5   BY MR. SMITH:
6      Q.   Well, I mean, here's another example.  You're
7   relying on the forecasts that have been created in this
8   case for the City of Detroit by experts other than
9   yourself, such as Mr. Malhotra, correct?
10      MR. STEWART: Objection.
11      THE WITNESS: The economic forecast I was
12   referring to was created for the State of Michigan.
13   BY MR. SMITH:
14      Q.   No, I know.  I'm just trying to found out what
15   sources you've used.  That's one source, correct?
16   **A.   Correct.**
17      Q.   Another thing that you say in your expert
18   report that you're relying on is Mr. Malhotra's forecast
19   for the City of Detroit.  Do you recall that?
20   **A.   I don't recall saying that in the report.**
21      Q.   Did you write your report?
22   **A.   I did work with...**
23      Q.   Why is your report written in the third person
24   talking about Mr. Cline all the time?
25   **A.   I'm not sure.**

**R. CLINE**

1
2      Q.   The Michigan employment growth rate; did you
3   create that input to your model, or did you derive that
4   from somebody else?
5   **A.   It was a combination of beginning with the**
6   **forecast, the consensus forecast for the State of**
7   **Michigan.  For the out years when that forecast was not**
8   **available, EY provided the forecast.**
9      Q.   When you say EY provided the forecast, who
10   provided it?
11   **A.   My shop.**
12      Q.   The ratio of Detroit employment to Michigan
13   employment, who provided that number?
14   **A.   I believe we calculated that number.**
15      Q.   The lag of Detroit's recovery behind the
16   Michigan recovery; who calculated that?
17   **A.   I believe that was part of our analysis.**
18      Q.   The Detroit population growth rate: where did
19   that come from?
20   **A.   I believe it originally came from SEMCOG as**
21   **reported in -- I believe it's Detroit City -- Detroit**
22   **First City Organization that has done economic analysis**
23   **of the City.**
24      Q.   Did you rely on information from the City of
25   Detroit for your analysis?

R. CLINE

1
2   **A.   We did receive information from the City of**
3   **Detroit.**
4      Q.   And what information did you rely on from the
5   City?
6   **A.   We relied upon their actual tax collection**
7   **information, and their update of the flow of revenue**
8   **collections.**
9      Q.   And you're aware that there have been a number
10   of independent experts who have criticized the City of
11   Detroit's recordkeeping as unreliable, correct?
12      MR. STEWART: Objection.
13      THE WITNESS: I'm not aware of that.
14   BY MR. SMITH:
15      Q.   Have you done any investigation to look into
16   assessments of the City of Detroit's recordkeeping?
17   **A.   No.**
18      Q.   So, you haven't done any analysis or testing
19   to ensure the reliability of the information you were
20   provided from the City of Detroit for your model?
21      MR. STEWART: Objection.
22      THE WITNESS: We worked very closely with
23   the City of Detroit to clarify and understand the
24   information that was provided to us.
25   BY MR. SMITH:

R. CLINE

1
2      Q.   But you didn't do any independent analysis or
3   testing to verify the accuracy of the information
4   provided to you by the City, correct?
5   **A.   I did not.**
6      Q.   And nobody on your team did, correct, as far
7   as you're aware?
8   **A.   Not that I know of.**
9      Q.   The -- did you rely on information provided by
10   Conway & MacKenzie?
11   **A.   Not to my knowledge.**
12      Q.   Were there any consultants for the City that
13   you relied on for information for your analysis?
14   **A.   Beyond the EY team?**
15      Q.   Yeah.  Beyond the EY team.
16   **A.   Not that I know of.**
17      Q.   Who on the EY team did you rely on for
18   information for your analysis?
19   **A.   A number of folks in working with the City of**
20   **Detroit.**
21      Q.   Like who?
22   **A.   Gaurav was our primary contact.**
23      Q.   And Mr. Malhotra.
24   **A.   Mr. Malhotra.**
25      Q.   Anybody else?

R. CLINE

1
2     A.    There were others.
3     Q.    And who were the others?
4     A.    I don't have a full list of names.
5     Q.    Would it be fair to say that you've relied on
6    information from a number of people whose identities are
7    unknown to you?
8           MR. STEWART:  Objection.
9           THE WITNESS:  I would not agree with that
10    statement.
11   BY MR. SMITH:
12    Q.    Okay.  Can you -- other than Mr. Malhotra,
13    you -- there's other people, and can you identify any of
14    them?
15    A.    I would have to get that list of names for
16    you.
17    Q.    Okay.  So, sitting here today, you can't
18    identify all of the people who you relied on for
19    information for your model, correct?
20           MR. STEWART:  Objection.
21           THE WITNESS:  No, I cannot.
22   BY MR. SMITH:
23    Q.    And in general, you didn't do anything to
24    independently verify the accuracy or reliability of the
25    information you were provided by other people for your

R. CLINE

1
2    forecasting models, correct?
3     A.    We evaluated all of the information we were
4    provided to see if we thought it was reliable in the
5    sense that it looked consistent over time, there weren't
6    unexplained differences.  We looked carefully at all of
7    the information that's provided to us.
8     Q.    But you didn't do any independent testing or
9    analysis to go back and actually check or audit the
10    information you were provided in order to ensure that it
11    was reliable, correct?
12           MR. STEWART:  Objection.
13           THE WITNESS:  We were not asked to audit
14    figures for the analysis.
15   BY MR. SMITH:
16    Q.    And so, you didn't do it, correct?
17    A.    As I mentioned, we carefully reviewed all of
18    the information that we were given before we plugged it
19    into the model.
20    Q.    Okay.  I understand you reviewed information,
21    but you didn't go back and check the information against
22    the sources of the information to ensure that it was
23    reliably reported before you plugged it into your model,
24    correct?
25           MR. STEWART:  Objection.

R. CLINE

1
2           THE WITNESS:  I'm not sure what that
3    process would look like.
4    BY MR. SMITH:
5     Q.    Well, for example, you didn't go back and look
6    at records -- well, how many hours did you spend on your
7    work in this case?
8     A.    I do not know what the total is.
9     Q.    Can you give me a ballpark?
10    A.    I really cannot.
11    Q.    Was it more than 100 hours?
12    A.    As I say, I do not know what the exact number
13    of hours is.
14    Q.    Would it be fair to say that there were a
15    number of individuals who were not designated as experts,
16    haven't submitted an expert report in this case, whose
17    opinions you relied on as inputs to your model?
18    A.    I don't understand what the word "expert"
19    means.
20    Q.    Well, you understand that there's some people
21    that have submitted expert reports, like Mr. Malhotra,
22    Miss Sallee, correct?
23    A.    Yes, I understand that they did submit
24    reports.
25    Q.    Okay.  And by "expert," I'm talking about the

R. CLINE

1
2    people that submitted reports in this case --
3     A.    Yes.
4     Q.    -- for the City.
5     A.    I'm aware of those reports.
6     Q.    Okay.  So, we're on the same page about how
7    I'm using the term expert, correct?
8     A.    I believe that I do understand.
9     Q.    But there were a number of individuals who
10    were not submitting reports in this case who you relied
11    on for your analysis, correct?
12    A.    There are a number of people who provided us
13    inputs for our analysis, including people at the State
14    level as well as the City level.
15    Q.    And those are experts in their fields, but
16    they're not people who have submitted expert reports in
17    this case, correct?
18           MR. STEWART:  Objection.
19           THE WITNESS:  I don't know -- excuse me.
20           MR. STEWART:  Go ahead.
21           THE WITNESS:  I don't know what "expert"
22    means in that context.
23   BY MR. SMITH:
24    Q.    Did you cooperate closely with people from the
25    State in developing your analysis?

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

R. CLINE

1              R. CLINE
2   A.   I would say we did.
3   Q.   And was that facilitated by the emergency
4 manager or how did that come about?
5         MR. STEWART: Objection.
6         THE WITNESS: It was also based upon my
7   contacts with the State over a long period of time,
8   so that we knew the people to talk to to provide us
9   with additional information.
10 BY MR. SMITH:
11   Q.   And who were those people that you talked to?
12   A.   Jay Wortley would be one exam example.
13   Q.   Who is that?
14   A.   He's the tax research director for the State
15 of Michigan.
16   Q.   Anyone else?
17   A.   There may have been others. I don't know the
18 names.
19   Q.   Okay. Did anyone from the State tell you that
20 the tax rates that you look at in your model would not be
21 raised within the 10-year period you looked at?
22   A.   In our revenue estimates, we assumed current
23 law in the determination of the tax rates. So, we did
24 understand what current law rates are, and under current
25 law, there's no scheduled increase in those tax rates.

R. CLINE

1              R. CLINE
2   Q.   But nobody from the City -- nobody from the
3 State or the City that you talked to represented to you
4 that the rates, the tax rates in your model would not
5 rise during the 10-year or 40-year period you looked at,
6 correct?
7   A.   We did not ask that question.
8   Q.   And so, nobody from the State or the City
9 represented to you that there would be no increase in tax
10 rates over a 10-year or 40-year period, correct?
11   A.   We didn't ask that question.
12   Q.   And so nobody represented to you that there
13 would be any increase in tax rates, correct?
14   A.   We had no discussion of increases in tax
15 rates.
16   Q.   Okay. So, you didn't -- in developing your
17 model, you didn't investigate whether tax rates would
18 increase, correct?
19   A.   As I mentioned, in developing the model,
20 following the normal revenue estimating procedures, we
21 assumed tax rates would remain as they are under current
22 law.
23   Q.   So, you didn't conduct an investigation to
24 determine whether there were plans to raise tax rates,
25 correct?

R. CLINE

1              R. CLINE
2         MR. STEWART: Objection.
3         You can answer.
4         THE WITNESS: As I believe I've answered,
5   we used existing law statutory tax rates in our
6   revenue estimates.
7 BY MR. SMITH:
8   Q.   No, I know, you assumed the tax rates would
9 remain constant for 10 and 40 years, correct?
10   A.   The accurate description is that we accepted
11 current law as the tax rates that we put into the model.
12   Q.   And so, I'm -- what I'm asking, though, is did
13 you ask -- bother to ask anybody whether there might be
14 changes in the tax rates over the next 10 years or 40
15 years.
16   A.   I believe I've answered that question.
17   Q.   And the answer was, no, you didn't do that,
18 correct?
19   A.   We did not ask about future tax rates. We
20 discussed the current law statutory rates for Detroit.
21   Q.   And you didn't ask anybody from the City
22 whether tax rates could increase, correct?
23   A.   We did not.
24   Q.   And you didn't ask anybody from the State that
25 you had been talking to whether current tax rates would

R. CLINE

1              R. CLINE
2 increase, correct?
3   A.   Are you saying would increase or could
4 increase?
5   Q.   Either, could or would.
6   A.   Current law --
7         MR. STEWART: Reask the question. And it's
8   a compound question.
9 BY MR. SMITH:
10   Q.   Okay. Did you ask anybody from the State
11 whether current tax rates might increase over the next 10
12 years or 40 years?
13         MR. STEWART: Objection. Asked and
14   answered.
15         THE WITNESS: I believe I've answered that
16   question.
17 BY MR. SMITH:
18   Q.   And the answer is, no, you didn't, correct?
19   A.   Correct.
20   Q.   Are there individuals who have some expertise
21 that you lack that you relied on for your inputs or
22 opinions in the report?
23   A.   As I mentioned, we used a number of sources,
24 people we talked to at the State level as well as the
25 City level, to gather as much accurate up-to-date

1          R. CLINE
2 information as we could.
3    Q.   So, the answer is yes, correct?
4        MR. STEWART: Objection.
5        THE WITNESS: We did use input from other
6 people in doing our analysis.
7 BY MR. SMITH:
8    Q.   And you used input from people that have
9 expertise that you lack in doing your analysis, correct?
10       MR. STEWART: Objection.
11 BY MR. SMITH:
12   Q.   Such as people from the City, correct?
13   A.   For example, we talked to people at the City
14 to find out what current revenue collections were, which
15 we did not have direct access to.
16   Q.   Okay. So, you did rely on individuals who
17 have expertise that you lack in performing your analysis,
18 correct?
19   A.   We used other people as sources of information
20 that we used in our revenue forecasts.
21   Q.   And that included people who have expertise
22 that you lack.
23       MR. STEWART: Objection.
24       MR. SMITH: Correct?
25       THE WITNESS: Again, I'm not sure what you

1          R. CLINE
2 mean by "expertise."
3 BY MR. SMITH:
4    Q.   Well, you're not an expert on the City of
5 Detroit for example, right? We talked about that, right?
6 Do you recall that? You can't answer whether you recall?
7        MR. STEWART: Don't badger the witness.
8        MR. SMITH: I'm not badgering.
9        MR. STEWART: You are, too.
10       MR. SMITH: I'm waiting for an answer.
11       MR. STEWART: Well, no, you're badgering
12 the witness. And that actually wasn't the question
13 you asked before. He has every right to be
14 confused when you said it had already been covered.
15 That's a misstatement of the record.
16       MR. SMITH: The record will speak for
17 itself.
18 BY MR. SMITH:
19   Q.   But it's fair to say that you had to rely
20 on -- this is a massive -- you would agree with me that
21 this is a massive undertaking, the forecasting of tax
22 revenues for the City, correct?
23   A.   It is a complicated analysis that we did.
24   Q.   And forecasting in general, all of the
25 revenues and costs for the City, the forecasts that

1          R. CLINE
2 Mr. Malhotra is doing, that's an even more complex task
3 with a lot of moving parts, correct?
4    A.   I'm not sure I have a judgment about the level
5 of complexity of the expenditure side because we were not
6 doing that analysis.
7    Q.   Okay. But your analysis gets plugged into
8 Mr. Malhotra's analysis, correct?
9    A.   It's my understanding that that is how it
10 was -- the product of our analysis was used.
11   Q.   Okay. And in order to perform the analysis,
12 you needed to rely on numerous people other than
13 yourself: correct?
14       MR. STEWART: Objection.
15       THE WITNESS: We relied upon information
16 provided to us by other people.
17 BY MR. SMITH:
18   Q.   And you relied on information provided to you
19 by other people who have expertise that you lack,
20 correct?
21       MR. STEWART: Objection. Is this the sixth
22 time, eighth time you've asked that question,
23 Mr. Smith?
24       THE WITNESS: And I'm still a little
25 confused by what you mean by "expertise."

1          R. CLINE
2 BY MR. SMITH:
3    Q.   Okay. Well, experts can have different kinds
4 of expertise, correct?
5    A.   I don't understand the general concept of
6 "expert" and "expertise."
7    Q.   Okay. So, even though you're holding yourself
8 out as an expert in this case, you don't understand what
9 an expert is, correct?
10   A.   I'm not holding myself out to be an expert. I
11 am -- was responsible for the revenue forecasts that we
12 prepared for the City of Detroit.
13   Q.   So, you're not holding yourself out as an
14 expert on revenue forecasting, correct?
15   A.   I have extensive experience in revenue
16 forecasting at the State level. We did the revenue
17 forecasts for the City of Detroit.
18   Q.   You wouldn't call yourself an expert on
19 revenue forecasting, correct?
20   A.   Again, I have trouble with the term "expert."
21   Q.   And so, the answer is you wouldn't use that
22 term to describe yourself, correct?
23   A.   I don't know what you mean by the term
24 "expert."
25   Q.   Okay. So, you wouldn't -- you wouldn't call

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7148-5   Filed 08/27/14   Entered 08/27/14 23:59:24   Page 11 of 120

R. CLINE

1
2  anybody involved for the City an expert in this case;
3  it's not a term you would use, correct?
4      A.    I don't understand what you mean by the term
5  "expert."
6      Q.    Okay.  Well, what do you -- have you ever used
7  the term "expert" before?
8      A.    I can't relate that to the questions you've
9  been asking me.
10      Q.    Can you define "expert" for me?
11      A.    No.
12      Q.    And so, because you can't define the term
13  "expert," you certainly wouldn't hold yourself out as an
14  expert in this case, correct?
15          MR. STEWART:  Objection.
16          MR. SMITH:  Correct?  Are you going to
17      answer the question?
18          MR. STEWART:  If you are going to gesture
19      at the witness, I'd like the camera to start
20      capturing Mr. Smith's arms' motions.
21          MR. SMITH:  I object.  The camera should
22      stay on the witness.
23          MR. STEWART:  Well, if you are going to
24      gesture like that.
25          MR. SMITH:  I'm waiting for an answer.

R. CLINE

1
2  We're sitting here waiting for a long time.
3  There's delaying tactics going on and he's not
4  responding to the questions.
5          MR. STEWART:  The fact of the matter is
6      you're asking very poor questions and it's your own
7      fault.  Let's repeat the question and the witness
8      can answer -- or have the question.
9          MR. SMITH:  You wouldn't call yourself --
10          MR. STEWART:  Go ahead.
11  BY MR. SMITH:
12      Q.    You wouldn't call yourself an expert in this
13  case, correct?
14      A.    I don't know what you mean by the term
15  "expert."
16      Q.    And so, the answer is, no, you wouldn't call
17  yourself one, correct?
18      A.    The answer is:  I don't know what you mean by
19  "expert."
20      Q.    Did you rely on reinvestment numbers from
21  Conway & -- oh, wait.  I think we covered that question.
22  You have had no interaction with Conway & MacKenzie; is
23  that correct?
24      A.    I don't know if the question -- that is a
25  question, but it sounds like you posed a separate

R. CLINE

1
2  question this time.
3      Q.    Have you had any interaction with Conway &
4  MacKenzie?
5      A.    I have been at a presentation with people from
6  those firms.
7      Q.    What presentation was that?
8      A.    I believe it was a presentation to bond
9  holders and bond insurers in New York City.
10      Q.    Other than that, have you had any interaction
11  with Conway & MacKenzie?
12      A.    I have not.
13      Q.    Have there been any formal studies that have
14  been conducted to ascertain whether the City can increase
15  revenues?
16      A.    I am not aware of those studies.
17      Q.    Okay.  You're not aware of any study ever
18  being conducted to ascertain whether the City can
19  increase revenues, correct?
20      A.    I assume that you were asking about studies
21  during the period of time when we were doing the analysis
22  of the City of Detroit's revenue outlook.
23      Q.    Or any -- any -- I'm -- I didn't mean to
24  constrain my question to a particular time frame.  Are
25  you aware -- you're not aware of any formal studies that

R. CLINE

1
2  have been conducted to ascertain whether the City can
3  increase revenues, correct?
4      A.    I am aware of one study, which I actually did
5  myself.
6      Q.    Okay.  Other than your expert analysis, you're
7  not aware of any formal studies conducted to ascertain --
8      A.    Not that I looked at.
9      Q.    I'll ask the question so I can finish it, and
10  then you can answer.
11          MR. STEWART:  You do have to give him time
12      to finish.
13  BY MR. SMITH:
14      Q.    Other than your analysis, you're not aware of
15  any formal studies conducted to ascertain whether the
16  City can increase revenues, correct?
17      A.    I am not.
18      Q.    And you're not aware of any formal studies
19  conducted to ascertain costs that the City conducted --
20  cut, correct?
21      A.    Do you mean from the expenditure side of the
22  budget?
23      Q.    Yes.
24      A.    I'm not aware of any.
25      Q.    You're not aware of any formal studies

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

R. CLINE

1
2  conducted on Detroit income tax, wagering tax, utility
3  users' tax or corporate tax, correct?
4      **A.    I am aware of the forecasts the City of**
5  **Detroit did for those tax sources.**
6      Q.    Is that the forecast that you have done, or is
7  that a different forecast?
8      **A.    That would be the forecast prepared as the**
9  **normal budgetary cycle for the City of Detroit.**
10     Q.    All right.  Did you perform that, or did
11 somebody else perform that?
12     **A.    It was done -- my understanding is it was done**
13 **by the City.**
14     Q.    And the City -- what time period do they use
15 as their standard period for forecasting?
16     **A.    I believe they go out two years, might be**
17 **three, but I believe it's a two-year forecast.**
18     Q.    You're not aware of any forecast conducted for
19 the City of Detroit that's longer than three years,
20 correct?
21     **A.    I'm not aware of any studies of forecasting**
22 **tax revenues beyond that period of time.**
23         MR. STEWART:  You mean by the City of
24     Detroit not for the City of Detroit, right,
25     Mr. Smith?

R. CLINE

1
2         MR. SMITH:  No, I mean for.
3  BY MR. SMITH:
4      Q.    You're not aware of any forecasts for the City
5  of Detroit going out more than three years, whether
6  conducted by the City or any other party, correct?
7      **A.    I am not.**
8         MR. STEWART:  Excluding his?
9         MR. SMITH:  Yes.  We're excluding his.
10        MR. STEWART:  Yeah.  That's what I figured.
11     That's why I raised it.
12 BY MR. SMITH:
13     Q.    Your forecast is anomalous, correct, in terms
14 of the length of time that it goes out, correct?
15        MR. STEWART:  Objection.
16        THE WITNESS:  I don't know what you mean by
17     "anomalous."
18 BY MR. SMITH:
19     Q.    It means there's no forecast like the one
20 you've conducted here that's ever been conducted for the
21 City of Detroit, correct?
22     **A.    I did not say that.**
23     Q.    Well, I'm asking you now.  There's no forecast
24 like the one you've conducted for the City of Detroit --
25     **A.    I don't --**

R. CLINE

1
2      Q.    -- correct, that's ever been done?
3      **A.    I don't know if that's correct.**
4      Q.    Okay.  Sitting here --
5         MR. STEWART:  Do let him finish his
6     question before you answer, because you're making
7     his life harder, too.
8  BY MR. SMITH:
9      Q.    Sitting here today, you can't identify any
10 forecasts using the type of methodology that you used for
11 the City of Detroit, correct?
12     **A.    No, that's not correct.**
13     Q.    What forecast has been done for the City
14 that's used the methodology you used?
15     **A.    The methodology that we have used is a fairly**
16 **standard forecasting methodology that's been used**
17 **extensively in the City of Detroit and for the State of**
18 **Michigan and other cities.**
19     Q.    Have you reviewed any depositions in this
20 case?
21     **A.    I have not, other than my own.**
22     Q.    The -- you say that the methodology used is a
23 standard methodology that's been used before, correct?
24     **A.    The methodology we used in constructing the**
25 **forecasting model is based upon my experience as a**

R. CLINE

1
2  revenue forecaster, and I believe it is fairly standard
3  in terms of how State revenue forecasting is done.
4      Q.    Can you point me to any treatise or other
5  publication that lays out the methodology you've used for
6  forecasting in this case?
7      **A.    There are a number of publications, books, and**
8  **articles that discuss revenue forecasting.  I can't give**
9  **you specific references today.**
10     Q.    But is there any book or other written
11 publication that specifically lays out the specific
12 methodology that you've used in this case?
13     **A.    The methodology that we used in this case is**
14 **the methodology that I thought followed as a tax revenue**
15 **estimator in both the State of Minnesota and the State of**
16 **Michigan.**
17     Q.    Okay.  And you were doing forecasting for the
18 State, not cities, correct?
19     **A.    Correct.**
20     Q.    And you never used -- while you were at the
21 State of Minnesota or the State of Michigan, you never
22 forecast tax revenue out to 10 years, correct?
23     **A.    I don't know if that's a correct statement.**
24     Q.    Sitting here today, you can't identify any
25 instance when you were at either the State of Minnesota

Pages 45 to 48

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 7148-5   Filed 08/27/14   Entered 08/27/14 23:59:24   Page 13 of
120

R. CLINE

1    R. CLINE
2    or the State of Michigan where you constructed a tax
3    forecast that looked at a period of time as long as 10
4    years, correct?
5        A.    The tax forecasts that we -- that I have done
6    at the State level, that have been published, have been
7    the forecasts related to the budget cycle, which is
8    determined by the legislature.
9        Q.    And that length of time would be much less
10   than 10 years, correct?
11       A.    It would be.
12       Q.    And there's a model that you used that you
13   plug the numbers into.  Where did that actual model come
14   from: is that something you constructed for purposes of
15   this case?
16             MR. STEWART:  Objection.
17             THE WITNESS:  We prepared our revenue
18       estimates using a model of the specific taxes that
19       we looked at that we constructed.
20   BY MR. SMITH:
21       Q.    For purposes of this litigation, correct?
22       A.    For purposes of making a 10-year forecast for
23   the City of Detroit.
24       Q.    Okay.  So, the model that you use in your --
25   to generate the numbers in your expert report is

R. CLINE

1              R. CLINE
2    something that you constructed for purposes of your work
3    on -- for the City of Detroit, correct?
4        A.    That is correct.
5        Q.    Did you personally construct that model, or
6    was that somebody on your staff?
7        A.    As I believe I've answered, I was the director
8    of the construction of the model.  The calculations, the
9    creation of the revenue estimating formulas was done by
10   my staff.
11       Q.    And so, before you started your work in the
12   spring of 2013, the model that you're using did not
13   exist, correct?
14       A.    Prior to our joining the project, I believe
15   the team in Detroit had created the framework of a
16   10-year revenue forecasting model.
17       Q.    Okay.  Who did that?
18       A.    We got that information from the EY team in
19   Detroit.  I'm not sure who put that model together
20   initially.
21       Q.    Okay.  So, the model was put together by the
22   time you started your work on the case: is that correct?
23       A.    I don't think that's accurate.
24       Q.    Well, what was put together by the time you
25   started your work on the case?

R. CLINE

1              R. CLINE
2        A.    An Excel spreadsheet had been put together
3    that identified the major revenue sources, and that had
4    done some initial estimates for a 10-year period of time.
5        Q.    And do you know who specifically put that
6    together?
7        A.    I do not.
8        Q.    But you used that spreadsheet, the
9    pre-existing spreadsheet as the basis or at least as a
10   source for your work on the case?
11       A.    It was a starting point for our modeling.
12       Q.    Did you look at the experience in any other
13   cities in developing your forecast?
14       A.    We did at one point.
15       Q.    What other cities did you look at?
16       A.    We looked at the economic recovery in various
17   cities that had suffered population decline over a period
18   of time.  I could get you a list of those cities.  I
19   believe it was about a dozen separate cities.
20       Q.    In any of the cities that you looked at that
21   had suffered population decline, did anybody file for
22   Chapter 9?
23       A.    I don't know the answer to that.
24       Q.    Sitting here today, though, you can't identify
25   any cities suffering population decline that filed for a

R. CLINE

1              R. CLINE
2    Chapter 9 as a result, correct?
3        A.    Not to my knowledge.
4        Q.    Have you had any interaction with Mr. Hill?
5        A.    I have not personally.
6        Q.    Have you had any interaction with Gary Evanko?
7        A.    Not personally, I have not.
8        Q.    To your knowledge, has anybody on your team?
9        A.    Don't know the answer to that.  I'd have to
10   check.  I'm just not sure of any interactions they may
11   have had.
12       Q.    Have you worked with Eric Scorsone at Michigan
13   State?
14       A.    I have not personally worked with him.
15       Q.    And do you view him as an expert?
16       A.    Again, I'm not sure what you mean by "expert."
17       Q.    Okay.  Do you know who he is?
18       A.    I do know who he is.
19       Q.    Okay.  What do you know about him?
20       A.    I know that he has been providing the City of
21   Detroit with revenue estimates at various points in time.
22       Q.    Okay.  And have you reviewed revenue estimates
23   that have been provided by Mr. Scorsone to the City of
24   Detroit?
25       A.    I have.

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

1          R. CLINE
2    Q.    And are there ways in which your revenue
3  forecasts differ from Mr. Scorsone's?
4    **A.    They differ in terms of the results.**
5    Q.    And could you explain how -- in what ways they
6  differ in terms of results?
7    **A.    When we looked at his revenue estimates that**
8  **were made available to us about late spring, perhaps June**
9  **of 2013, we noticed that his current forecast, or the**
10 **most recent that we saw, had revenue estimates that were**
11 **higher than the actuals that were coming in at that point**
12 **in time.**
13   Q.    And so, Mr. Scorsone's revenue estimates are
14 generally higher than the ones that you've provided in
15 this case, correct?
16       MR. STEWART:  Objection.
17       THE WITNESS:  I don't -- I don't know.
18 BY MR. SMITH:
19   Q.    Mr. Scorsone, is he a Professor at Michigan
20 State University?
21   **A.    I believe he is.**
22   Q.    Does he have any -- he works with the State in
23 some capacity; is that correct?
24   **A.    I don't know the answer to that question.**
25   Q.    I'll probably mispronounce this name, but

1          R. CLINE
2  Shavi Sarna, do you know who that is?
3    **A.    I do.**
4    Q.    Do you work with that person?
5    **A.    He was one of the members -- he is one of the**
6  **members of the EY team in Detroit.**
7    Q.    And what has been his role?
8    **A.    He has provided us with a lot of the**
9  **information that had been prepared by the EY team in**
10 **Detroit.**
11   Q.    Okay.  So, you have been working with Shavi
12 Sarna, and Mr. Malhotra has been working with Shavi
13 Sarna; is that fair?
14   **A.    I believe that's correct.**
15   Q.    Ernst & Young hasn't prepared a balance sheet
16 for the City of Detroit as far as you're aware, correct?
17   **A.    I -- not that I'm aware of.**
18   Q.    Why aren't you doing the property tax
19 forecasting or the revenue sharing forecasting?
20   **A.    I supervised the property tax forecasting, the**
21 **revenue forecasting, and Caroline Sallee did the heavy**
22 **lifting for the modeling.**
23   Q.    Okay.  And why aren't you testifying as the
24 expert instead of Miss Sallee with respect to those
25 matters?

1          R. CLINE
2    **A.    I don't know the answer to that question.**
3    Q.    Okay.  Do you know why you -- why aren't you
4  forecasting fees and other revenues from the City?
5    **A.    We were not asked to do that.**
6    Q.    Do you have any idea why you're not -- you
7  weren't asked to do forecasting for fees or other
8  revenues from the City?
9    **A.    I do not.**
10   Q.    Other than the income tax, corporate tax,
11 utility users tax, wagering tax and property tax, are
12 there any other taxes collected by the City?
13   **A.    There is another revenue source that we were**
14 **responsible for.**
15   Q.    What's that?
16   **A.    That was State revenue sharing payments, the**
17 **forecast of State revenue sharing payments to the City of**
18 **Detroit.**
19       (Off the record.)
20 BY MR. SMITH:
21   Q.    Do you have any idea about what fees the City
22 collects?
23   **A.    I do not.**
24   Q.    In your view, what are the biggest sources of
25 untapped revenue for the City?

1          R. CLINE
2        MR. STEWART:  Objection.
3        THE WITNESS:  I don't have an opinion on
4    that.
5  BY MR. SMITH:
6    Q.    You weren't asked to identify potentially
7  untapped sources of revenue for the City, correct?
8    **A.    Correct.**
9    Q.    You weren't asked to identify ways in which
10 the City could increase its revenues through taxes,
11 correct?
12   **A.    We were not asked to do that.**
13   Q.    Do you have any idea why you weren't asked to
14 do that?
15   **A.    I do not.**
16   Q.    Don't you think it's something the City would
17 want to do to increase revenues through the tax
18 mechanism?
19       MR. STEWART:  Objection.
20       THE WITNESS:  I have no comment on that.
21 BY MR. SMITH:
22   Q.    Well, I mean, just as a matter of common
23 sense, Detroit wants to increase its revenues, correct?
24   **A.    I don't know the answer to that question.**
25   Q.    Okay.  So, nobody from the City or the

Pages 53 to 56

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 7148-5   Filed 08/27/14   Entered 08/27/14 23:59:24   Page 15 of 120

1                R. CLINE
2    emergency manager's office has communicated any desire to
3    increase revenues to you, correct?
4        **A.    No one has communicated that to me personally,**
5    **no.**
6        Q.    No one from the City or the emergency manager
7    has ever sought out your expertise to try to help the
8    City increase its revenues so it can pay more to the
9    creditors, correct?
10           MR. STEWART:  Objection.
11           THE WITNESS:  No one has asked us to do tax
12       policy analysis of alternatives for the City.
13   BY MR. SMITH:
14       Q.    So that's correct?  I mean, I'm just trying to
15   get a yes or no that -- nobody from the City has reached
16   out to you to try to get your expertise to increase
17   revenues for the City so it can pay more to its
18   creditors, correct?
19           MR. STEWART:  Objection.
20           THE WITNESS:  The analysis that we did for
21       the City, and summarized in the expert report, is
22       what we were asked to do for the City.
23   BY MR. SMITH:
24       Q.    Okay.  So, nobody from the City or the
25   emergency manager's office has reached out to you to get

1                R. CLINE
2    your expertise to try to help increase revenues for the
3    City to pay the creditors more, correct?
4            MR. STEWART:  Objection.
5            MR. SMITH:  That's not something you were
6        asked to do, correct?
7            MR. STEWART:  Objection.
8            THE WITNESS:  No one has contacted me to
9        ask to do that type of analysis.
10   BY MR. SMITH:
11       Q.    And as far as you're aware, nobody has
12   contacted anybody at Ernst & Young to do that type of
13   analysis, correct?
14       **A.    I don't know the answer to that.**
15       Q.    You can't identify anybody that's been asked
16   to do that type of analysis to increase revenues for the
17   City through tax policy or otherwise, correct?
18       **A.    I just don't know if EY was asked to do that.**
19       Q.    Sitting here today, you're not aware of any
20   such request, correct?
21       **A.    I don't know of any such requests.**
22       Q.    Okay.  Do you agree that the forecasts that
23   Ernst & Young has performed rely on people with diverse
24   expertise?
25           MR. STEWART:  Objection.

1                R. CLINE
2            THE WITNESS:  As I believe I've said, we
3        relied upon a number of other people for
4        information that we used in our modeling exercise.
5    BY MR. SMITH:
6        Q.    But you're not in a position to comment on the
7    expertise of the people you relied on for information for
8    your model, correct?
9        **A.    No, I'm not.**
10       Q.    Do you agree that some of the assumptions that
11   you used for your model are based on expert judgments
12   made by other third parties?
13       **A.    Outside of the area of the population**
14   **forecast, I believe we are responsible for the major**
15   **assumptions in the model.**
16       Q.    As far as the population forecast, though, you
17   had to rely on expert judgments by individuals outside of
18   Ernst & Young, correct?
19       **A.    We relied upon the forecasts that were**
20   **prepared by SEMCOG for the City of Detroit.**
21       Q.    So the answer is correct, you did do that,
22   relied on the expert judgment of a third party for the
23   population forecast, correct?
24       **A.    We relied upon the forecast that SEMCOG had**
25   **prepared.**

1                **R. CLINE**
2        Q.    And just so the record is clear, could you
3    tell me what SEMCOG stands for?
4        **A.    I believe it's the Southeast Michigan**
5    **Organization of Governments?  I'll have to check that to**
6    **verify that.**
7        Q.    Do you know whether that's a State entity or
8    what kind of entity that is?
9        **A.    I believe it's a regional entity that**
10   **represents governments in that region of the state.**
11       Q.    Have you updated your forecasts over time?
12       **A.    We have.**
13       Q.    Have you changed assumptions in your forecast
14   over time?
15       **A.    We have.**
16       Q.    What assumptions in your forecast have changed
17   over time?
18       **A.    There are two areas.  One, the starting points**
19   **for actual revenue collections were updated continually**
20   **as new information became available.  So, in a sense, the**
21   **starting point changed over time.  Secondly, based upon**
22   **actual revenue collection experience and changes in the**
23   **state economic forecast, we altered some of the growth**
24   **rate assumptions over time.**
25       Q.    And when you say the starting point changed

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

R. CLINE

2  over -- in the various iterations of your forecast, what
3  specifically are you referring to?
4  **A.    The estimate, for example, of actual property**
5  **tax collections in the city changed over time.  One**
6  **example was the composition of enterprise zone property.**
7  **As the City updated its estimates of the dollar amounts**
8  **in those buckets of property -- assessed property, we**
9  **updated the model.**
10  Q.    And did that result in your model showing less
11  revenue than it previously had?
12  **A.    There were a number of changes.  Some may have**
13  **increased revenue, some may have decreased revenues.  I**
14  **don't have a score sheet to show the change --**
15  Q.    Okay.
16  **A.    -- at each step of the way.**
17  Q.    So, since you began your work, the model has
18  been changed multiple times, correct?
19  **A.    The model structure hasn't changed.**
20  Q.    But the inputs and assumptions to your model
21  have changed multiple times since you started your work,
22  correct?
23  **A.    That is correct.**
24  Q.    And multiple different inputs have been
25  changed in your model since you began your work, correct?

R. CLINE

2  **A.    That is correct.**
3  Q.    And those inputs and assumptions have changed
4  based on information from third parties such as the City,
5  correct?
6  **A.    Yes, and the State would be another example.**
7  Q.    Okay.  And overall, though, the changes to the
8  property tax modeling, did that increase overall or
9  decrease overall revenue projected to be available to the
10  City?
11  **A.    I can't recall the answer to that.  Caroline**
12  **Sallee, I believe, would have those details.**
13  Q.    The starting point, could you elaborate on
14  what you are talking about when you say the starting
15  point for the projections changed?
16  **A.    One example would be user -- utility user tax**
17  **collections.  They have been trending downward over the**
18  **last two to three years, and the latest figures show that**
19  **they had decreased faster than we had initially**
20  **forecasted in the short run.  So, we updated the starting**
21  **point for utility user taxes to reflect the lower current**
22  **collection levels.**
23  Q.    Okay.  So your changes to the utility tax
24  modeling resulted in less revenue projected to be
25  available to the City, correct?

R. CLINE

2  **A.    I believe in this case, that is correct.**
3  Q.    Were there any other changes that we haven't
4  discussed, any changes to the inputs or assumptions that
5  we haven't discussed?
6  **A.    There may be a number of other changes.**
7  Q.    Okay.  Do you agree with me that forecasting
8  models such as you've developed in this case has to be
9  constantly updated because, you know, numbers are
10  changing and assumptions and inputs change?
11  **A.    I would agree that to get the most accurate**
12  **estimate or forecast, you should start with the most**
13  **recent, actual information in the model.**
14  Q.    And that requires updating the model over
15  time, correct?
16  **A.    That is correct.**
17  Q.    And in order to ensure the reliability of a
18  forecasting model, you need to continuously update it as
19  information becomes available, correct?
20  **A.    I'm not sure I would use the word**
21  **"reliability."  You certainly want to get the most**
22  **accurate starting point for the forecast.**
23  Q.    In order to ensure that a model is not
24  materially wrong, you need to continuously update the
25  model for forecasting, correct?

R. CLINE

2  MR. STEWART:  Objection.
3  THE WITNESS:  I don't know what you mean by
4  "materially," right or wrong.
5  BY MR. SMITH:
6  Q.    Okay.  Why did you update the model, the
7  forecasting that you had performed in this case?
8  **A.    Because it's very important, if we were going**
9  **out to a 10-year forecast, to start from the most**
10  **accurate starting point, which was the most recent actual**
11  **collection data.**
12  Q.    Has Ernst & Young been engaged to continue any
13  work on the forecasting beyond the confirmation of the
14  plan?
15  **A.    I believe my practice is still involved in the**
16  **project.  The latest work we have done is summarized in**
17  **my expert report.**
18  Q.    Yeah.  But my question is, there's going to be
19  a confirmation hearing that you're going to testify at;
20  you know that, right?
21  **A.    The trial?**
22  Q.    Yeah.
23  **A.    Yes.**
24  Q.    And the City wants the Court to confirm the
25  Plan of Adjustment; you understand that, correct?  So it

R. CLINE

can exit bankruptcy?

**A. I'm not familiar with the details.**

Q. Well, after the bankruptcy, is there any plans as far as you're aware, for Ernst & Young to continue doing forecasting work for the City after the plan is confirmed and the City gets out of bankruptcy?

**A. No one has discussed with me providing that type of additional service.**

Q. Okay. But if you were asked to perform forecasting work beyond the City's exit from bankruptcy, you would want to continuously update the model in order to ensure that it's accurate and scientifically reliable, correct?

MR. STEWART: Objection.

THE WITNESS: I don't know what you mean by the term "scientifically reliable." It is best forecasting practice to always determine the latest actual tax collection figures before you forecast into the future, whether it's ten or two years, four years or ten years.

BY MR. SMITH:

Q. So, you wouldn't hold out the analysis you've done in this case as being scientifically reliable, correct?



R. CLINE

MR. STEWART: Objection.

THE WITNESS: I don't know what that means, that term.

BY MR. SMITH:

Q. And so, you wouldn't represent to the Court that your analysis is scientifically reliable, correct?

MR. STEWART: Same objection.

THE WITNESS: I don't know what that phrase means.

BY MR. SMITH:

Q. So, would you represent to the Court that your analysis is scientifically reliable? That's not something that you would say, correct?

MR. STEWART: You're arguing with the witness, Mr. Smith. He has answered the question now three times. Maybe if you could define it for him, he could answer your question.

BY MR. SMITH:

Q. Can you, as an expert in this case, tell me what something -- what scientifically reliable means?

**A. Not in the realm of tax revenue forecasting.**

Q. There's no set of standard sources or authorities that would tell you whether an analysis in the area of tax forecasting is scientifically reliable,



R. CLINE

correct?

**A. To my knowledge, there is no measure of reliability before the fact of a tax revenue forecast.**

Q. And inherent in doing forecasting work, there's a certain amount of guesswork or speculation, correct?

MR. STEWART: Objection.

THE WITNESS: I wouldn't characterize it as guesswork.

BY MR. SMITH:

Q. Would you -- would it be fair to say that in order to do forecasting work, you need to make some educated guesses?

**A. You need to make a number of assumptions in any forecasting model or exercise based upon your best judgment and professional knowledge of what you're forecasting.**

Q. And the assumptions you make dictate what results you achieve in forecasting, correct?

**A. I would not describe it that way.**

Q. How do the assumptions you make impact the results of the forecast?

**A. If you change the assumptions of some of the key drivers, the results would change.**



**R. CLINE**

Q. Okay. And with your forecasting, if you changed the assumptions, your results could change, correct?

**A. If you changed the assumptions, the results of the forecasting model exercise would change.**

Q. And in your forecasting, there are numerous assumptions involved, correct?

**A. As we discussed earlier, that is correct.**

Q. In order to ensure accurate results, though, if you were retained after the bankruptcy was over to do forecasting for the City, in order to ensure that your forecasting was accurate, it would have to be continuously updated, correct?

**A. The starting point, which is actual revenue collections, would be continuously updated. Any new economic forecasts, for example, from the City or from the State, would be fair -- new information to consider, and you could also consider whether or not the forecast growth rates were still reasonable in making a new forecast.**

Q. And if tax rates changed or other assumptions became inaccurate after the bankruptcy was over, you would have to update your forecasting in order to ensure that it's accurate, correct?

R. CLINE

A. As I mentioned earlier, the tax rates themselves are all current law. So, they are either right or wrong. They don't change unless current law changes.

Q. Well, yeah, but now we're -- assuming that you were working for the City, say, two years after the bankruptcy was over, and the tax rate changed, you would need to revise your model to make it accurate, right: otherwise it wouldn't be accurate, correct?

A. We would revise the model to pick up any changes in tax law, whether it was tax rate or tax-based changes.

Q. And in order to ensure your model was accurate, you would have to revise the model after the bankruptcy was over, if any of the assumptions changed, correct?

A. I would not say we make those -- we make those changes in order to do the best forecast of the expected revenue streams. Whether it's accurate or not depends upon what actually happens in the future compared to the forecast.

Q. So, as a forecaster, you can't represent to the Court that your forecast is actually going to be accurate, correct?

R. CLINE

MR. STEWART: Objection.

THE WITNESS: That's not a term we use, to my knowledge, in evaluating forecasts.

BY MR. SMITH:

Q. And that's because events can change in the future and nobody knows what they'll be, correct?

A. It is correct that the forecast is based on assumed economics, current tax law, and the key assumptions in the forecast. If any of those change, the forecast will change.

Q. And so, your forecast doesn't tell us anything about what the actual revenues of the City will be a year or two years or three years or 10 years from now, correct?

MR. STEWART: Objection.

THE WITNESS: If we knew the actuals, it wouldn't be a forecast.

BY MR. SMITH:

Q. Okay. And so, your forecast doesn't tell us what the actual revenues of the City are going to be in the 10-year period or 40-year period that you look at, correct?

A. The forecast is an attempt to find the best point estimate of what can be expected from the revenue

R. CLINE

collections under current law and estimated economic conditions.

Q. Okay. So, you're not providing the Court with any forecast that tells us what will happen if there are legal changes, correct?

A. That is correct.

Q. And you're not providing the Court with any forecasts that will tell it what will happen if there are changes in the economy, correct?

MR. STEWART: Objection.

THE WITNESS: Our forecast is based upon changes in the economy.

BY MR. SMITH:

Q. Your forecast, though -- you're not providing the Court with any forecast that tells us what revenues will be based on actual economic conditions because nobody can predict what those will be, correct?

A. It wouldn't be a forecast.

Q. But certainly, you've made forecasts in the past that have been wrong, correct?

A. I imagine so.

Q. And in fact, would it be fair to say that all of the forecasts that you've made in the past have been wrong to some extent, correct?

R. CLINE

A. I would be more generous and say it's true that anyone who made a forecast would find that it's not always the final result.

Q. Yeah. And in general, forecasts are off because there's no perfect methodology for forecasting into the future, correct?

A. You use the best tool available to make your forecast using the best available information as a starting point, and your understanding of the economics that you're dealing with.

Q. And even using the best available methodology and information, forecasts are frequently wrong, correct?

A. I believe that would be an accurate statement.

Q. And that was your experience when you were working for the State of Michigan and the State of Minnesota, correct?

A. Correct.

Q. The -- would you agree with me that the longer the period of time you're attempting to forecast, the more likely your forecast will turn out to be inaccurate.

A. I believe it would be correct to say that the longer the forecast, the more events you have to consider in your forecast. Each year adds additional economics that have to be considered in the forecast.

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

R. CLINE

1
2    Q.    And each additional year added to the length
3    of a forecast adds increased -- an increased chance that
4    your forecast will be wrong, correct?
5    **A.    I'm not sure I understand what you mean by**
6    **"increased chance." Those are statistical terms that are**
7    **difficult to apply to the forecasting arena.**
8    Q.    Okay.  Well, how would you describe the
9    difference between doing a 10-year forecast versus a
10   one-year forecast in terms of the chances that your
11   predictions will accurately reflect what ultimately
12   occurs?
13   **A.    I wouldn't make it a statement to try to**
14   **describe that.**
15   Q.    Okay.  So, you can't offer me any expert
16   opinion that tells me whether a 10-year forecast is more
17   or less reliable than a one-year forecast.
18   **A.    In the case of our forecasts for the City of**
19   **Detroit, we were asked to do a 10-year forecast.  I have**
20   **no results to compare our forecast to, so I can't make**
21   **comments about reliability over a two-year, a five-year**
22   **or a 10-year period in the City of Detroit.**
23   Q.    Okay.  So you're offering no opinion on the
24   reliability of your forecast over the next 10 years,
25   correct?

R. CLINE

1
2    MR. STEWART:  Objection.
3    THE WITNESS:  I have no statistical
4    statement to describe accuracy in that setting.
5    BY MR. SMITH:
6    Q.    Okay.  The -- when you were doing the
7    forecast, I mean, did you develop forecast results that
8    you could test against actual results during the last
9    year?  Were there any results that you generated that you
10   could even test within the last year's?
11   MR. STEWART:  Can you just reread the
12   question?
13   (The record was read back by the reporter.)
14   MR. STEWART:  Objection.
15   THE WITNESS:  As I explained, we started
16   our forecast with the most recent actuals, so in
17   the year we started, they were the actual
18   collections.  All of our forecasts move forward in
19   time from the starting point.
20   BY MR. SMITH:
21   Q.    Okay.  So, you never tested your forecast
22   results against actual results, correct?
23   **A.    We started with the most recent, actual**
24   **results and forecasted the unknown future.**
25   Q.    Okay.  So, the answer is correct, you've never

R. CLINE

1
2    tested the results of your forecast against actual
3    results, correct?
4    MR. STEWART:  Objection.
5    THE WITNESS:  We did not backcast.
6    BY MR. SMITH:
7    Q.    Okay.  So, it would have been possible to test
8    your model by using this procedure of backcasting to see
9    how accurately it predicted prior events; is that fair?
10   **A.    Not in this case.**
11   Q.    Why is that?
12   **A.    Because of the unique situation at the City of**
13   **Detroit.**
14   Q.    And what is that unique situation that
15   prevented you from testing your model?
16   **A.    Basically, the challenge is that those models**
17   **fit over earlier periods of time were not able to pick up**
18   **the structural break between Detroit and the rest of the**
19   **state, and the cumulative impact of the financial crisis**
20   **in Detroit.**
21   Q.    What do you mean by that?
22   **A.    I -- was there a -- part of the explanation**
23   **you would like for me to --**
24   Q.    Well, maybe you could elaborate, just further
25   explain what you are talking about.

R. CLINE

1
2    MR. STEWART:  Objection.  You have to ask a
3    question.  You just can't say please tell me more.
4    MR. SMITH:  I did, and then he asked me a
5    question and I'm trying to clarify.
6    THE WITNESS:  Could you rephrase your
7    question?
8    BY MR. SMITH:
9    Q.    Well, let me ask you this:  Is there any
10   standard rule of thumb for how frequently a forecast such
11   as you have developed here needs to be updated?
12   **A.    As revenue forecaster for the State of**
13   **Michigan, we used to do monthly forecasts.**
14   Q.    So, the standard practice in Michigan was to
15   revise forecasts each month based on new data and inputs
16   into the model?
17   **A.    But it depended upon the purpose.  That was**
18   **for tracking actual tax collections against forecasts.**
19   **For forecast purposes related to the budgetary cycle, we**
20   **would do two-year or four-year forecasts.**
21   Q.    So, depending on the purpose, forecasts should
22   be updated either monthly or every couple of years.  Is
23   that fair?
24   **A.    Depending upon the purpose, forecasts should**
25   **be updated as often as I -- I would say, as new**

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt    Doc 7148-5    Filed 08/27/14    Entered 08/27/14 23:59:24    Page 20 of
120

R. CLINE

1    information becomes available that's relevant to the
2    forecast.
3    Q.    So, a forecast should be updated as frequently
4    as new information becomes available that's relevant for
5    the forecast, correct?
6    A.    I think that's a reasonable statement.
7    Q.    And in -- with respect to your forecasts
8    you've developed in this case, how frequently have you
9    updated those?
10   A.    I would say there have been points in time
11   when we looked at all of the estimates together. That
12   might have been in the fall of 2013 and spring of 2014,
13   and then more recently in June of 2014.
14   Q.    So, how many times have you updated your
15   forecast?
16   A.    I believe that's three comprehensive updates
17   where we have generated additional -- new spreadsheet
18   results for each of the major tax types.
19   Q.    And over what period of time did those three
20   updates occur?
21   A.    As I believe I stated, I -- the original that
22   we did was probably June 2013, fall of 2013 another,
23   spring of 2014 is another, and then probably June,
24   perhaps -- I think it was June 2014.

R. CLINE

1    Q.    So you've updated your -- done a comprehensive
2    update of your forecast about four times in the last
3    year?
4    A.    Three times, I believe.
5    Q.    And are there other updates that aren't
6    comprehensive updates that have occurred in addition to
7    those three times?
8    A.    Not for all of those tax types.
9    Q.    But for some of the tax types, have there been
10   other updates that you've done in addition to the three
11   comprehensive updates?
12   A.    Revisiting the forecast was triggered by those
13   major updates in the overall forecast.
14   Q.    Okay. But were there any other updates, or
15   just the major ones?
16   A.    I don't recall. There may have been specific
17   numbers for a single tax type, but I don't recall those
18   separate estimates being done.
19   Q.    Have you ever done any calculations using tax
20   rates that are greater than the ones you assume in your
21   model?
22   A.    We did not, because we took current law as our
23   assumption in the model.
24   Q.    But you know the law can change, correct?

R. CLINE

1    A.    The legislature or the city council could
2    change the law.
3    Q.    And so the legislature or the city council
4    would increase tax rates over the 10-year period,
5    correct?
6    A.    Yes, that's possible.
7    Q.    And if current law is changed over the 10-year
8    period, that could significantly increase the amount of
9    revenue available to the City, correct?
10         MR. STEWART: Objection.
11         THE WITNESS: I believe the changes could
12    go in either direction.
13   BY MR. SMITH:
14   Q.    So, changes in law could significantly
15   increase revenue to the City, correct?
16   A.    Or they could restrict the revenue available
17   to the City. The example would be the election that is
18   coming up to deal with the tangible personal property
19   reduction at the local level.
20   Q.    And so, it's possible that changes in law over
21   the next 10 years could restrict revenue to a degree that
22   the City has to go back into bankruptcy again, correct?
23         MR. STEWART: Objection.
24         THE WITNESS: I can't comment on that.

R. CLINE

1    BY MR. SMITH:
2    Q.    Okay. Well, you would agree that changes in
3    law could restrict revenue significantly over the next 10
4    years, correct?
5    A.    As I believe I mentioned, I think changes in
6    law could either increase or decrease available revenues.
7    Q.    And changes in law can certainly significantly
8    increase available revenues to the City over the next 10
9    years, correct?
10   A.    I wouldn't speculate on what direction they're
11   going to move in.
12   Q.    Okay. So, attempting to predict what the
13   revenues available to the City over the next 10 years are
14   would require you to speculate, correct?
15         MR. STEWART: Objection.
16         THE WITNESS: That is not correct. As I
17    mentioned, our model is based upon current law tax
18    rates, which are known with certainty and
19    established by current law.
20   BY MR. SMITH:
21   Q.    You can't know with certainty what the tax
22   rate will be five years from now, correct?
23   A.    That's correct.
24   Q.    You can't, in fact --

R. CLINE

1
2    A.    Unless -- unless it's in law.
3    Q.    Well, you don't know what the -- the law can
4    change within five years, correct?
5    A.    Correct, but the point is that in current law,
6    there may be scheduled future tax rate changes.  If so,
7    we've taken those into consideration.
8    Q.    Okay.  I see what you are saying.
9          But there's no way for you to know what the
10    tax rate is going to be within the 10-year period that
11    you model, correct?
12    A.    We know with certainty what the tax rate is
13    under current law.
14    Q.    Yeah.  Right now, we know what the -- with
15    certainty what the tax rate is, but there's no way for
16    you to know what the tax rate will be two, five or 10
17    years from now, correct?
18    A.    We know with certainty what the rate will be
19    over that period, if they do not change current law.
20    Q.    But you have no way to know whether current
21    law is going to be changed with respect to tax rates
22    within the next 10 years, correct?
23    A.    That is correct.
24    Q.    And so you have no way of knowing what the tax
25    rate is going to be over the course of the next 10 years,

R. CLINE

1
2    correct?
3    A.    We know with certainty what the tax rate over
4    the next 10 years is, under current law.
5    Q.    But I'm not asking about current law.  I'm
6    saying, you have no way of knowing what the tax rate will
7    be within the next 10 years, correct?  Because you don't
8    know whether the tax rate will be changed or not,
9    correct?
10    A.    We know with certainty what the current law
11    tax rate is over the next 10 years.
12    Q.    That's not my question.
13          Okay, you understand I'm not asking about
14    current law, correct?  Do you understand that?
15          MR. STEWART:  Well, now you say you're not,
16    so now ask the rest of your question.
17    BY MR. SMITH:
18    Q.    Okay.  Do you understand what I just said,
19    that I'm not asking about what current law is, correct?
20    A.    Would you rephrase your question, then?
21    Q.    You have no way to know what the actual tax
22    rates will be that are applicable to the City of Detroit
23    over the next 10 years, correct?
24          MR. STEWART:  Objection.
25          THE WITNESS:  We know with certainty under

R. CLINE

1
2    current law what the tax rates in the City of
3    Detroit will be.
4    BY MR. SMITH:
5    Q.    But we know -- there's no way to tell whether
6    current law will remain unchanged over the next 10 years,
7    correct?
8    A.    I agree.
9    Q.    And so there's no way to tell what the actual
10    tax rates will be, whether they'll be the current law tax
11    rates or some other tax rates over the next 10 years,
12    correct?
13    A.    We know with certainty what the current law
14    rate is; we do not know what the legislature might do in
15    changing the rates.
16    Q.    And we don't know what the City might do in
17    changing rates, correct?
18    A.    I do not know what the City might do.
19    Q.    And in fact, we don't even know who the
20    decision-makers will be with respect to many policies in
21    the City that could affect your forecast, correct?
22    A.    I wouldn't answer that question.
23    Q.    I mean, there's no way for you to know who's
24    going to be doing the decisionmaking in the City over the
25    next 10 years, correct?

R. CLINE

1
2    A.    As I mentioned, our forecast is based upon
3    current law.  We are not -- we did not do alternatives
4    which considered any tax rates other than current law.
5    Q.    Okay.  Why is that?
6    A.    Because standard tax forecasting always
7    assumes current law tax rates.  Otherwise, you're
8    analyzing policy options, not making a forecast.
9    Q.    And standard tax forecasting does not use
10    current law tax rates to forecast taxes over 10 years,
11    correct?  You can't give me an example where that's
12    happened?
13          MR. STEWART:  Objection.
14          THE WITNESS:  As I believe I mentioned, we
15    always use current law, and if current law doesn't
16    change over 10 years, you know with certainty what
17    the tax rates are.
18    BY MR. SMITH:
19    Q.    But you can't give me an example of any
20    forecast for tax revenue that's ever assumed that tax
21    rates will remain unchanged for 10 years, correct?
22    A.    There may be forecasts which do assume changes
23    in tax rates.
24    Q.    Okay.  And so, it's possible -- it's -- it
25    would be fair to do a tax forecast that assumes changes

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7148-5   Filed 08/27/14   Entered 08/27/14 23:59:24   Page 22 of
120

R. CLINE

1  in tax rates over 10 years, correct?
2
3       A.    Not in the work that I have done, either in
4  Michigan or Minnesota or for the City of Detroit. The
5  exercise was to come up with the best estimate of
6  forecasted revenues over a defined period of time,
7  assuming no change in current law.
8       Q.    You can't identify any tax forecast that's
9  ever assumed that the current tax rates will remain
10 unchanged for a period as long as 10 years, correct?
11      A.    I can't answer that question. I don't have
12 knowledge to answer it.
13      Q.    So you can't identify an example, correct?
14      A.    I do not personally -- I cannot personally
15 give you an example.
16            MR. STEWART:  We have been on the record
17       about 90 minutes.  Is this a good time to take a
18       break?
19            MR. SMITH:  Yeah.  Sure.  We can take a
20       break.
21            THE VIDEOGRAPHER:  Going off the record at
22       10:36.  This is the end of disk number one.
23 (RECESS, 10:36 a.m. to 10:47 a.m.)
24            THE VIDEOGRAPHER:  The time is 10:47.  This
25       is the beginning of disk number two in the

R. CLINE

1
2  deposition of Robert Cline.
3  BY MR. SMITH:
4       Q.    Mr. Cline, you know that there are a number of
5  cities throughout the country that are experiencing
6  fiscal distress or fiscal crisis, correct?
7       A.    I have not been paying attention to what is
8  going on in other cities.
9       Q.    Okay.  And that includes in performing your
10 analysis in this case, you haven't sought to educate
11 yourself about that, correct?
12      A.    As I believe I mentioned earlier, when we were
13 looking at population projections, that one of my staff
14 persons looked at experience in other cities.
15      Q.    Okay.  But as an expert on tax policy, you
16 know in general that one way cities respond to fiscal
17 stress is to raise taxes and fees, correct?
18      A.    Depends upon the city and the circumstances.
19      Q.    Yeah, but there are a number of cities that
20 have raised taxes in response to fiscal crises or fiscal
21 stress, correct?
22      A.    I believe a number of cities have both reduced
23 spending and made changes on the revenue side in response
24 to fiscal challenges.
25      Q.    And when you say "changes on the revenue

R. CLINE

1
2  side," that means increasing taxes or increasing other
3  sources of revenue, correct?
4       A.    By increasing revenues, I mean either
5  expansions in the tax base or perhaps changes in the tax
6  rates.
7       Q.    Okay.  And the City of Detroit could increase
8  income tax revenues, correct?
9       A.    Excuse me?
10      Q.    The City of Detroit could increase income tax
11 revenues and rates, correct?
12      A.    It's my understanding that the individual
13 income tax rates in Detroit are fixed.  I believe they're
14 fixed by the State legislature.
15      Q.    Okay.  And has Detroit asked the State
16 legislature to increase the income tax rates?
17      A.    I don't know the answer that.
18      Q.    Okay.  So, as far as you're aware, Detroit has
19 not asked the State to increase income tax rates,
20 correct?
21      A.    We were not asked to analysis alternative tax
22 rates in the City of Detroit.
23      Q.    Okay.  And so, as far as you're aware, the
24 City of Detroit has not asked the State to increase tax
25 rates, correct?

R. CLINE

1
2       A.    I haven't asked that question, if it's the
3  case, but I'm not aware of any discussions.
4       Q.    Okay.  The City of Detroit can increase tax
5  revenue by increasing collections, correct?
6       A.    The City of Detroit can collect the dollar
7  amounts that are currently owed in the existing tax
8  system --
9       Q.    And --
10      A.    -- assuming they collect that revenue.
11      Q.    And you know that currently Detroit is not
12 collecting all of the revenue it's owed for taxes,
13 correct?
14      A.    I am not familiar with the specific collection
15 policies and success in Detroit.  We did, in our model,
16 on the property tax side calculate what we called an
17 effective collection rate.  But it was based upon our
18 calculation of two rate -- dividing one number by
19 another.
20      Q.    And so, you haven't investigated at all what
21 percent of taxes the City of Detroit is collecting,
22 correct?
23      A.    As I mentioned, we do have an estimate of what
24 we called the effective property tax collection rate.
25      Q.    But you haven't investigated what percent of

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7148-5   Filed 08/27/14   Entered 08/27/14 23:59:24   Page 23 of
120

1           R. CLINE
2   the income tax the City of Detroit is collecting,
3   correct?
4       A.   We have not done analysis of that issue.
5       Q.   And nobody has provided you information about
6   what the rate of collection of the income tax is,
7   correct?
8       A.   I'm not aware of that information.  I don't
9   know if someone else on the EY team may have received
10  that information.
11      Q.   And you haven't done any investigation into
12  the rate of collection of utility tax?
13      A.   I have not, as part of this project.
14      Q.   You haven't done any investigation into the
15  rate of collection of the corporate tax?
16      A.   I have not.
17      Q.   Have you done any investigation into whether
18  there are exemptions from the various taxes you analyzed?
19      A.   As I mentioned earlier, certainly on the
20  property tax side, we've looked at different
21  classifications of property because they have different
22  assessment ratios, different features of the tax law,
23  which we take into consideration in our revenue
24  estimates.
25      Q.   And there are reductions or exemptions for

1           R. CLINE
2   property taxes, correct?
3       A.   Do you mean under current law?
4       Q.   Yes.
5       A.   I imagine there are.  We didn't look
6   specifically at changing specific exemptions under
7   current law.  We accepted it as current law.
8       Q.   Okay.  You haven't done any analysis or
9   investigation into the restructuring and reinvestment
10  activities the City may perform relating to taxes?
11      A.   We are aware of the line items in the summary
12  financial reports that list specific activities that are
13  related to restructuring.
14      Q.   But do you -- you haven't done any
15  investigation of what the City plans in terms of
16  restructuring or reinvestment with respect to taxes,
17  correct?
18      A.   When we were asked to do the restructuring
19  forecast, we took into consideration the different
20  proposals that -- for restructuring activities.
21      Q.   What is your understanding about what the City
22  is planning to do with respect to taxes?
23      A.   I am aware that there is a line item in the
24  financial reports for increased collections due to
25  collection activities.

1           R. CLINE
2       Q.   Okay.
3       A.   We did not do that estimate.
4       Q.   Yeah.  And it's not necessary to go into
5   Chapter 9 to increase tax collections, correct?
6           MR. STEWART:  Objection.
7           THE WITNESS:  As I say, we did not look in
8       detail at collections.
9   BY MR. SMITH:
10      Q.   Well, that's not my question.
11          Cities increase tax collections all the time
12  without going into bankruptcy, correct?
13      A.   I can't answer that question.  You'll have to
14  rephrase it.
15      Q.   You can't tell me whether cities increase tax
16  collections as an expert in this case?
17      A.   What we were asked to do by the City of
18  Detroit was to estimate under current law the expected
19  revenue stream over the next 10 years.  And that is what
20  we did in our analysis.
21      Q.   Yeah, but I'm asking you -- you have a life
22  outside of working for the City of Detroit, right?
23      A.   I do.
24      Q.   Okay.  And you're holding yourself out as an
25  expert on tax policy, right?

1           R. CLINE
2       A.   I don't describe myself as an expert on tax
3   policy.
4       Q.   Okay.
5       A.   It's not a phrase we use at Ernst & Young.
6       Q.   Okay.  Do you have any information about tax
7   collection efforts by anybody?  Is that something you
8   know anything about?
9           MR. STEWART:  Objection.
10          THE WITNESS:  I am not an expert on
11      compliance under existing law.
12  BY MR. SMITH:
13      Q.   Okay.  The -- you've got a baseline scenario
14  in your forecast in the restructuring scenario, correct?
15      A.   Correct.
16      Q.   And the baseline scenario is a status quo
17  scenario where none of the restructuring or reinvestment
18  activities are undertaken, correct?
19      A.   I believe that's a way to describe the
20  baseline activity, the baseline scenario.
21      Q.   And you haven't constructed any forecasts for
22  what would happen if the bankruptcy case were dismissed
23  and the City just went on after bankruptcy doing reform
24  efforts, correct?
25      A.   The baseline estimate that we did assumed no

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

R. CLINE

1
2    change of any underlying economics of the City of
3    Detroit.
4        Q.    But the City can take actions that would
5    change the underlying economics without going into
6    Chapter 9, correct?
7        A.    I don't know the answer to that.
8        Q.    Okay.  As far as you're aware, though, your
9    baseline scenario is not trying to forecast what would
10   happen if the petition for bankruptcy was dismissed?
11       A.    I would describe our baseline forecast as a
12   continuation of the trends that have been affecting
13   Detroit over the last 10 years to 20 years.
14       Q.    And has anybody from the City told you that
15   they're going to allow the trends that have continued to
16   continue into the future?
17       A.    I haven't had those conversations myself.
18       Q.    I mean, do you have any understanding about
19   why you have this baseline scenario in your report?
20       A.    My understanding is that the baseline scenario
21   reflects expected revenue streams under current law in a
22   continuation of recent economics in the City of Detroit.
23       Q.    Do you have any understanding of what
24   activities the City will or will not perform in the
25   baseline scenario?

R. CLINE

1
2        A.    I do not.
3        Q.    Do you have any understanding of what
4    activities the City will or will not perform in the
5    restructuring scenario?
6        A.    I do not know the specifics of any
7    alternatives.
8        Q.    Would raising the income tax rate be a
9    reasonable policy for the City of Detroit?
10       A.    I can't comment on the policy options for
11   Detroit.  We were not asked to evaluate those as part of
12   our analysis.
13       Q.    And so, you're offering no opinion that
14   raising the income tax rate or property tax rates or
15   utility tax rates or wagering tax rates or any of the
16   other rates would be inappropriate or unreasonable,
17   correct?
18       A.    We were not asked to evaluate any tax policy
19   alternatives for the City of Detroit.
20       Q.    So, you're not offering any opinion saying
21   that raising tax rates would be unreasonable, correct?
22       A.    I'm not commenting on policy options for the
23   City of Detroit.
24       Q.    So, you're not offering -- I'm just trying to
25   get an idea of what opinions you're offering.  So, you're

R. CLINE

1
2    not offering an opinion that raising tax rates would be
3    unreasonable, correct?
4        A.    I'm not commenting on any tax policy options
5    available to the City of Detroit.
6        Q.    You know that question -- there could be a yes
7    or no answer to that question, right?
8        A.    My perspective is that we were asked to do
9    revenue forecasts of the major revenue sources under
10   current law.  We were not asked nor did I volunteer
11   information on alternatives available to the City of
12   Detroit.
13       Q.    Okay.  So, you haven't done any work that will
14   allow you to testify that raising tax rates would be
15   unreasonable or inappropriate, correct?
16       A.    I have not.
17       Q.    And you haven't done any work that says that
18   increasing tax revenues through increased collections
19   would be --
20           (Telephone interruption.)
21           MR. STEWART:  Just hit one.  Thanks.
22   BY MR. SMITH:
23       Q.    -- inappropriate or not feasible, correct?
24       A.    He we have not evaluated tax policy
25   opportunities -- alternatives for Detroit.

R. CLINE

1
2        Q.    And you haven't done any work that would allow
3    you to testify that Detroit couldn't just add new taxes,
4    correct?
5        A.    We have not.
6        Q.    And you haven't done any work that would allow
7    you to testify that Detroit couldn't generate significant
8    additional revenue by either adding new taxes or
9    increasing tax rates?
10           MR. STEWART:  Objection.
11           MR. SMITH:  Correct?
12           THE WITNESS:  We were not asked to look at
13       policy options for the City of Detroit.
14   BY MR. SMITH:
15       Q.    And so, you haven't done any work that would
16   allow you to testify that Detroit can't generate
17   significant increased revenue through either increasing
18   tax rates, increasing collections, or adding new taxes,
19   correct?
20           MR. STEWART:  Objection.
21           THE WITNESS:  I think there may have been a
22       double negative in there.  Could you repeat the
23       question?
24   BY MR. SMITH:
25       Q.    You haven't done any work that will allow you

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 7148-5   Filed 08/27/14   Entered 08/27/14 23:59:24   Page 25 of
120

1              R. CLINE
2  to testify that Detroit can't significantly increase
3  revenues by increasing tax rates or increasing tax
4  collections or by adding new taxes, correct?
5        MR. STEWART: Objection.
6        THE WITNESS: We have done no analysis --
7    excuse me.
8        MR. STEWART: Go ahead.
9        THE WITNESS: We have done no analysis on
10    tax policy options in Detroit.
11  BY MR. SMITH:
12    Q.  So, the answer is correct, correct?
13    **A.  I am still having --**
14        MR. STEWART: Reread the question.
15        THE WITNESS: Please, reread the question,
16    I think the double negative is still there.
17  (The record was read back by the reporter.)
18        THE WITNESS: I believe the correct answer
19    to that question is, as I mentioned, we have looked
20    at the collection rate of the property tax. We
21    calculated an effective collection rate, and we did
22    use that in our forecast.
23        We did not -- were not asked to and did not
24    provide forecasts under alternative policy options,
25    whether it's a tax rate change or adoption of a new

1              R. CLINE
2  tax, or change, in the base of an existing tax.
3  BY MR. SMITH:
4    Q.  So, you -- Ernst & Young concluded that the
5  City could increase property tax revenues by increasing
6  collections, correct?
7    **A.  In our forecast of the property tax revenues,**
8  **we did vary the collection rate over time.**
9    Q.  And you increased the collection rate: is that
10  correct, or do you not know?
11    **A.  From what I remember, we may have brought the**
12  **collection rate down, in the intermediate run, and then**
13  **brought it back up in the longer run.**
14    Q.  Okay. But you haven't -- you haven't done any
15  work that would allow you to testify that Detroit can't
16  significantly increase revenues by increasing tax rates,
17  correct?
18        MR. STEWART: Objection.
19        THE WITNESS: All of our revenue estimates
20    are based upon current law rates.
21  BY MR. SMITH:
22    Q.  So, the answer to my question is correct? You
23  haven't done the work?
24        MR. STEWART: Objection.
25        THE WITNESS: Could you repeat the

1              R. CLINE
2  question, please.
3  (The record was read back by the reporter.)
4        THE WITNESS: We accepted the current law
5    tax rates as what was available to Detroit. To the
6    extent that Detroit is at the maximum, and I
7    believe it may be the case for all of those tax
8    rates, it would imply that under current law, that
9    option is not available.
10  BY MR. SMITH:
11    Q.  But current law can change, correct?
12    **A.  Correct.**
13    Q.  And you would agree with me that if current
14  law changes, Detroit can increase tax revenue
15  significantly by increasing tax rates, correct?
16        MR. STEWART: Objection.
17        THE WITNESS: It is true that an increased
18    rate, with no offsetting decrease in the base,
19    could increase revenue, but if you were going to
20    forecast the increase of a tax rate in Detroit, you
21    would also have to forecast the potential decrease
22    in the tax base with mobile people and investment.
23  BY MR. SMITH:
24    Q.  And so, sitting here today, you haven't done
25  the work that would allow you to testify that increasing

1              R. CLINE
2  tax rates wouldn't result in significant additional
3  revenue for the City of Detroit, correct?
4        MR. STEWART: Objection.
5        THE WITNESS: As I believe I've answered
6    several times, we did not evaluate alternative
7    policies. We is accepted current law as the
8    foundation for our forecast.
9  BY MR. SMITH:
10    Q.  Okay. So the answer is correct, you didn't do
11  that work, correct?
12    **A.  Would you rephrase the question.**
13    Q.  You didn't do any work that would allow you to
14  testify that by increasing tax rates, Detroit would not
15  increase substantially its tax revenues?
16        MR. STEWART: Objection.
17        THE WITNESS: We did not run alternatives
18    with our model at different tax rates.
19  BY MR. SMITH:
20    Q.  That's something that you could have done,
21  right? That's technically feasible for you to do,
22  correct?
23    **A.  We were not asked to do that analysis.**
24    Q.  Okay. But is it technically feasible for you
25  to do an analysis like that?

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

R. CLINE

A.   We would have to do additional work compared to what we have done to this point, because as I mentioned, it's not just changing the rate, it's also understanding the behavioral response of the base in response to the change in the rate.  We are not set up to do that in our current runs.

Q.   And you also haven't done the work that would allow you to testify that Detroit couldn't significantly increase revenues by adding new taxes, correct?

A.   We have not analyzed the addition of new revenue sources for Detroit.

Q.   Okay.  The -- one potential new revenue source would be imposing the commuter tax, correct?  That's a reasonable --

A.   I don't know if it's legally available to Detroit as an option.

Q.   Okay.  But imposing a commuter tax is something that the City could either do by itself or in conjunction with the State, correct?

A.   I don't know the answer to that.

Q.   Okay.  So, you haven't investigated whether Detroit could add a commuter tax, correct?

A.   I have not.

Q.   All right.  Another potential -- that you know

R. CLINE

that there's cities, though, that have commuter taxes, right?

A.   There are selected cities that tax non-residents who are working in the city, as Detroit does.  Some at differential rates, some at the same rate.

Q.   Okay.  And they do that through a variety of mechanisms, correct?

A.   I believe they look basically like income taxes.

Q.   And sometimes they're parking lot-type -- you know, charges for fees for parking or other services that might disproportionately fall on non-residents?

MR. STEWART:  Objection.

THE WITNESS:  I'm not familiar with the details of those taxes.

BY MR. SMITH:

Q.   All right.  You know that some cities have a city-only sales tax, correct?

A.   City-only sales tax.  I believe that is the case.

Q.   And you haven't investigated whether Detroit could increase revenues by adding a city-only sales tax, correct?

A.   As I answered earlier, we did not analyze any

R. CLINE

revenue options for the City of Detroit.

Q.   Okay.  You only did the work that you were asked by the lawyers for the City to do, correct?

MR. STEWART:  Objection.

THE WITNESS:  We were given an assignment by Ernst & Young to provide a revenue estimate of the major tax sources for the City of Detroit over the next 10 years.  Then it was expanded to an additional 30-year perspective.  That is the job that we were asked to do, and that is what we did and is reported on in the expert report.

BY MR. SMITH:

Q.   Who asked you to do that job?

A.   That was a -- we were retained by the Ernst & Young team working in Detroit.

Q.   Okay.  So, it wasn't Mr. Malhotra that gave you the scope of the work that you were to perform in this case?

A.   I believe our initial discussions of the scope of the work did come from him.

Q.   Would it be fair to say that you haven't done any analysis of the full range of potential revenue sources available to the City?

MR. STEWART:  Objection.

R. CLINE

THE WITNESS:  We haven't done an analysis of any of the revenue options available to the City.

BY MR. SMITH:

Q.   And that would include both tax and non-tax revenue options?

A.   Correct.

Q.   I mean, if you were advising a City in financial distress, what actions would you advise them to take to increase revenue or cut costs?

MR. STEWART:  Objection.

THE WITNESS:  We are very careful in all of our projects at Ernst & Young not to make policy recommendations to governments.

BY MR. SMITH:

Q.   Okay.  So, Ernst & Young -- is it that you don't have the qualifications to make policy recommendations or is there some other reason that you don't do that?

A.   We don't do that because those are political decisions.  We don't make policy recommendations to individual units of government.

Q.   So, ultimately, the amount of revenue available to the City of Detroit and the amount of costs

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 7148-5   Filed 08/27/14   Entered 08/27/14 23:59:24   Page 27 of 120

1         R. CLINE
2    that it incurs are political decisions made by the people
3    running Detroit, correct?
4        A.   I believe they're made by the city council,
5    and to some extent by the State legislature.
6        Q.   Okay.  And currently, the emergency manager is
7    making the political decisions that dictate how much
8    revenue the City has available and how much cost it's
9    incurring; is that correct?
10       A.   I'm not familiar with the operations of the
11   emergency financial manager.
12       Q.   Okay.  So, you have no idea what the emergency
13   manager does or what the emergency manager's powers are?
14       A.   I have not inquired as to what those are.
15       Q.   Have you inquired as to whether the City's
16   already started undertaking any of the restructuring
17   initiatives?
18       A.   I have not discussed specifically what is or
19   is not being done in Detroit on the expenditure side.
20       Q.   And -- well, on the tax side, do you know
21   whether the State has undertaken any of its
22   restructuring?  I mean, the City -- strike that.
23            Let me start the question again, okay?  Is
24   that okay?
25       A.   Certainly.

1         R. CLINE
2        Q.   You have -- you don't know whether the City
3    has already started undertaking restructuring or
4    reinvestment activities that pertain to taxes; is that
5    fair?
6        A.   I do know that the City is undertaking
7    reassessment of the property tax base, and we've
8    discussed that with them.
9            Primarily, we needed to know the timing of
10   that reassessment process, and yes, we found out
11   additional information about that reassessment process.
12       Q.   Has anybody told you whether the City has
13   undertaken efforts to increase income tax collections?
14       A.   I am not familiar with any of the specifics of
15   collection programs in Detroit.
16       Q.   So, with respect to all of the taxes that you
17   discuss in your report, you're not familiar with the
18   specifics of collection practices; is that fair?
19       A.   I think a more accurate statement is that
20   other than the property tax forecast, we assumed
21   collection rates would be unchanged, unless we had
22   additional detailed information.
23       Q.   Yes.  But you haven't done any investigation
24   into any of the property -- investigation into any of the
25   collection practices regarding taxes in the City of

1         R. CLINE
2    Detroit, correct?
3        A.   Let me be very clear, to be as accurate as
4    possible.  My team, which resides in the National Tax
5    Practice, here in Washington, D.C., part of Ernst &
6    Young, has not been involved in analysis of specific
7    activities related to collection.  Other members of the
8    EY team may have more knowledge, but we have not been
9    involved in the collection discussions.
10       Q.   So, the team that did the tax forecasting at
11   Ernst & Young has done no investigation into the tax
12   collection practices of the City of Detroit: is that
13   fair?
14       A.   That's not fair.  As I've clearly stated, I
15   hope, we inquired about changes in the assessment ratios
16   and the property tax components in terms of re-evaluation
17   of existing property.  You might call that collection
18   related.  I would call it related to the administration
19   of current law, in order that we could do a more accurate
20   forecast when the reassessments start to flow through the
21   property tax system.
22       Q.   Okay.  Other than the property tax collections
23   matters that you've discussed, the team that put together
24   the tax forecasts for Ernst & Young didn't do any
25   investigation into collection practices with respect to

1         R. CLINE
2    any of the other taxes you addressed, correct?
3        A.   We did not make any inquiries as to collection
4    practices.  For the other taxes we were responsible for
5    forecasting, we did look into details on the State
6    revenue sharing program under current law, and worked
7    closely with State officials to understand the current
8    law revenue sharing program.
9        Q.   Yeah, but you didn't do any investigation into
10   income or wagering or utility tax collections, correct?
11       A.   We did not do separate analysis of collection
12   activities related to the taxes that you mentioned.
13       Q.   The -- have you ever heard of the Financial
14   Stability Agreement?
15       A.   I'm not sure I have.
16       Q.   You wouldn't know what terms are contained in
17   it, correct?
18       A.   That would be correct.
19       Q.   You wouldn't know who the parties are to it,
20   correct?
21       A.   I don't know that.
22       Q.   All right.  Do you know who the emergency
23   manager is?
24       A.   I do.
25       Q.   Who is that?

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

R. CLINE

2    A.    Now you put me on the spot.  Orr is his name.
3    Q.    Do you know his first name?
4    A.    I did at one point.  Kevyn.
5    Q.    Do you know who the treasurer for the City of
6    Detroit is?
7    A.    I couldn't name the treasurer.
8    Q.    Can you name any of the officials in the City
9    of Detroit that have involvement with taxes?
10   A.    I could not.
11   Q.    Do you know what the Creditor Proposal was?
12   A.    I'm not familiar with that.
13   Q.    So, you don't know what measures with respect
14   to taxes were discussed in the Creditor Proposal?
15   A.    I do not.
16   Q.    You do know that the State has significantly
17   cut revenue sharing over the last few years, correct?
18          MR. STEWART:  Objection.
19          THE WITNESS:  I know that there have been
20      significant changes in the structure of the revenue
21      sharing program with all local units of government
22      in Michigan, including Detroit, and it is still
23      under change, but -- through the last legislative
24      session.
25   BY MR. SMITH:

R. CLINE

2    Q.    Yeah.  But you know that the revenue sharing
3    for Detroit's decreased by hundreds of millions of
4    dollars in the last few years, correct?
5    A.    I personally have not gone back to look at the
6    dollar change in revenue sharing.  I believe Caroline
7    Sallee may have paid -- may have looked more closely at
8    the recent history.  I do know in the aggregate that the
9    discretionary portion of the program has probably been
10   reduced about 45% over the last ten years.
11   Q.    And you know that a number of cities in
12   Michigan are in financial distress as a result of
13   reduction in revenue sharing, correct?
14   A.    I don't know that.
15   Q.    Do you know whether other cities have
16   emergency managers that have been appointed?
17   A.    I don't know the answer to that.
18   Q.    Do you know what the Disclosure Statement is?
19   A.    The trouble I have is that I'm an economist by
20   training, not a lawyer by training.  I don't know what
21   some of these documents or definitions are.
22   Q.    When you revised your -- well, let me ask you
23   this:  There are cities outside of bankruptcy that are
24   increasing tax collections, correct?
25          MR. STEWART:  Objection.

R. CLINE

2          THE WITNESS:  I don't know that.
3    BY MR. SMITH:
4    Q.    So, you haven't done any investigation into
5    that?
6    A.    That is correct.
7    Q.    Have you done any investigation into the steps
8    that other cities have taken with respect to taxes in
9    order to help address fiscal distress or crisis?
10          MR. STEWART:  Objection.
11          THE WITNESS:  I have not.
12   BY MR. SMITH:
13   Q.    And that's not something you're aware of from
14   your ordinary work?
15   A.    No, it's not.
16   Q.    You just not -- you just don't have knowledge
17   about what cities have done with respect to taxes in
18   responding to fiscal distress or fiscal crisis, correct?
19   A.    I believe that's an accurate statement.
20   Q.    Have you done any investigation into
21   forecasting practices of other cities with respect to
22   taxes?
23   A.    I have worked with other cities on some of
24   their revenue issues where I have seen their practices,
25   but I haven't investigated practices of other cities.

R. CLINE

2          (Cline Exhibit 1 was marked for identification.)
3    BY MR. SMITH:
4    Q.    I'm handing you what has been marked as
5    Exhibit 1, and you can tell me if you have seen this
6    document before?
7          MR. STEWART:  Maybe for the record, you
8       might -- for those listening or others, just say
9       what it is.
10          MR. SMITH:  Oh, it's the Fourth Amended
11      Disclosure Statement with respect to Fourth Amended
12      Plan.
13          THE WITNESS:  I have not read this
14      document.  I have looked at some detailed tables.
15      I don't know if they were part of this.  They don't
16      appear to be attached to this document.  I have not
17      read this particular document.
18   BY MR. SMITH:
19   Q.    Okay.  Let me ask you, if you could turn to
20   page 168.  Before I ask you about 168, I've got another
21   question.
22   A.    All right.
23   Q.    You wouldn't recommend that the City reduce
24   tax rates, correct?
25   A.    We have no -- and I have no policy

Pages 109 to 112

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 7148-5   Filed 08/27/14   Entered 08/27/14 23:59:24   Page 29 of 120

1          **R. CLINE**
2    recommendation for the City.
3        Q.    Okay.  Can you identify any city in fiscal
4    distress that's reduced tax rates?
5        A.    There may have been, but I also don't know
6    which cities recently increased their tax rates.  I
7    haven't been tracking individual city changes.
8        Q.    So, you can't provide any example of a single
9    city that's reduced tax rates that's in fiscal distress
10   or fiscal crisis, correct?
11       A.    I'm not familiar with recent tax changes at
12   the municipal level.
13       Q.    So, you can't provide any such example,
14   correct?
15       A.    I have not been tracking those changes.
16       Q.    If you look down at the Section C at the
17   bottom of the page, it says, "The City is implementing
18   and will continue to implement initiatives designed to
19   identify and collect taxes from individual and business
20   non-filers, and improve the collection of past due taxes,
21   and enhance tax collection efforts on a prospective
22   basis."
23           Do you see that?
24       A.    I'm not sure what page you are on.
25       Q.    168.

1               R. CLINE
2        A.    Oh, I'm sorry.
3        Q.    168, Section C.
4        A.    Well, I have multiple numbers at the bottom of
5    each page.  Which set of numbers is it?
6        Q.    It's the one right in the middle of the page.
7           MR. STEWART:  It's also 183 of 197.
8           THE WITNESS:  Okay.  Maybe that helps.
9        Okay.  I have 168, 183 of 197.
10   BY MR. SMITH:
11       Q.    Okay.  And you see that the disclosure
12   statement says, "The City is implementing and will
13   continue to implement initiatives designed to identify
14   and collect taxes from individual and business
15   non-filers, improve the collection of past due taxes, and
16   enhance tax collection efforts on a prospective basis."
17           Do you see that?
18       A.    I see it.
19       Q.    And before you did your analysis and provided
20   your opinions in this case, you were unaware that the
21   City was engaged in these tax collection efforts?
22       A.    As I mentioned, other than our effective
23   collection rate for property taxes, we did not look in
24   detail at collection activities when we did our baseline
25   forecast.

1               R. CLINE
2        Q.    Okay.  And so, you didn't take into account in
3    your forecast the potential increase in income tax
4    collections from the City's efforts, correct?
5           MR. STEWART:  Objection.
6           THE WITNESS:  We were not familiar with the
7       specific items that are described on this page.
8    BY MR. SMITH:
9        Q.    Okay.  So, you did no analysis to attempt to
10   incorporate increased revenue from increased tax
11   collection efforts that the City was involved in
12   previously, and continues to be involved in, correct?
13       A.    I don't believe that's correct.  It's
14   important to understand that our starting point is
15   current law collections.  Some portion, for example,
16   under the individual income tax -- some portion of
17   current law reflects collection activities from prior
18   years, which may be built into our base.
19           We did not add any additional adjustments for
20   collection activities that may be described here, but if
21   they were in existence in recent history, they are
22   affecting our starting point.
23       Q.    But your assumption is the income tax
24   collections won't increase further over the 10-year
25   period you looked at, correct?

1               R. CLINE
2        A.    That's not correct.
3        Q.    For the baseline scenario, your assumption is
4    income tax collections won't increase over the 10-year
5    period, correct?
6        A.    I don't have the expert testimony, my expert
7    report in front of me.  I think over the entire 10-year
8    period of time, our baseline forecast has minimal total
9    tax collection changes for the individual income tax,
10   whether from economics, collection efforts or otherwise.
11       Q.    You, sitting here today, you can't tell me how
12   the income tax minimal numbers are reported in your
13   expert report?
14       A.    Yes.  I'm saying -- what I'm saying is that I
15   don't remember the specific numbers that are in that
16   report.  I would be glad to look at that quickly, if you
17   would like for me to comment on the individual income tax
18   collection numbers.
19       Q.    Okay.  You're not aware of anything preventing
20   the City from continuing to increase income or other tax
21   collections if the bankruptcy case is dismissed, correct?
22       A.    I have no information related to collection
23   activities.
24       Q.    Okay.  So, there's no impediment as far as
25   you're aware, correct?

Pages 113 to 116

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt    Doc 7148-5    Filed 08/27/14    Entered 08/27/14 23:59:24    Page 30 of
120

R. CLINE

1
2      A.    I'm not aware -- I don't know the answer to
3    that question.
4      Q.    Okay.  Can you guess what the collection --
5            MR. STEWART:  Objection.  You're not going
6    to ask a question about guessing.
7            MR. SMITH:  Well, I can ask whatever --
8            MR. STEWART:  No, you can't.
9            MR. SMITH:  Are you telling me I can't ask
10    a question -- are you directing him not to answer?
11            MR. STEWART:  If the word "guess" is in
12    your question, I am.
13            MR. SMITH:  Okay.  You're directing him not
14    to answer?
15            MR. STEWART:  If your question is, "Will
16    you guess," yes.
17            MR. SMITH:  Can you tell me what the income
18    tax collection rate is presently in the City of
19    Detroit?
20            THE WITNESS:  For which tax type?
21    BY MR. SMITH:
22      Q.    For the incomes tax, the municipal income tax.
23      A.    Individual income tax or corporate income tax?
24      Q.    For the individual income tax.
25      A.    I don't know the current rate.

R. CLINE

1
2      Q.    Do you know the current collection rate for
3    the corporate income tax in the City of Detroit?
4      A.    I do not.
5      Q.    Do you know the current collection rate for
6    the utility users' tax in the City of Detroit?
7      A.    I do not.
8      Q.    Do you know the current collection rate for
9    the wage earning tax in the City of Detroit?
10      A.    I do not.
11      Q.    Do you know the current collection rate for
12    the property tax in the City of Detroit?
13      A.    As I mentioned, we have estimated an effective
14    collection rate for the property tax.
15      Q.    Do you know historically at any point in time
16    what the collection rate was in the City of Detroit for
17    the income tax, corporate tax, wage earning tax or
18    utility user taxes?
19      A.    I have not looked at that.
20      Q.    And none of those numbers figure into your
21    forecast, correct?
22      A.    That is not correct.
23      Q.    There's no place in your forecast where you
24    take the collection tax -- the collection rate for the
25    income tax, wagering tax, users -- utility user tax, and

R. CLINE

1
2    plug it into your analysis, correct?
3      A.    That is not correct.
4      Q.    What do you -- can you even tell me a -- like
5    in the ballpark what the collection rate is for the
6    income tax in the City of Detroit today?
7      A.    I don't know the rate.
8      Q.    So, you can't even give me a ballpark figure?
9            MR. STEWART:  Objection.
10            THE WITNESS:  As I mentioned, I don't know
11      the current rate.
12    BY MR. SMITH:
13      Q.    Can you tell me whether the collection -- the
14    income tax collection rate is greater or lesser than 50%
15    in the City of Detroit?
16      A.    I don't know the answer to that question.
17      Q.    Do you know whether the collection rate for
18    the corporate tax is greater or lesser than 50% in the
19    City of Detroit?
20      A.    I don't know the answer to that question.
21      Q.    And you don't know the answer to the
22    forecast -- the collection rate questions about what the
23    rates actually are, because you never investigated it,
24    correct?
25            MR. STEWART:  Objection.

R. CLINE

1
2            THE WITNESS:  That is not correct.  As I
3      mentioned, we started with actual tax collections
4      in the City of Detroit.  To the extent that the
5      current tax collections reflect a degree of
6      non-collection of legally owned taxes, they are in
7      our numbers.  I simply can't tell you what the
8      specific percentages are.
9    BY MR. SMITH:
10      Q.    And if you -- if the percentages increase
11    significantly in terms of the collection rate, then the
12    revenue in your model would increase, correct?
13      A.    That is correct.
14      Q.    And you haven't been asked to look at what
15    would happen if the City materially increased collection
16    rates for the various taxes that you analyzed, correct?
17            MR. STEWART:  Objection.
18            THE WITNESS:  That's not correct.  As I
19      mentioned, we did build in to our forecast of the
20      property tax a change in the effective collection
21      rate for the property tax.
22    BY MR. SMITH:
23      Q.    Okay.  For the income tax, wagering tax,
24    utility users' tax and corporate tax, you haven't done
25    any analysis that would allow you to say how much

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 7148-5   Filed 08/27/14   Entered 08/27/14 23:59:24   Page 31 of 120

R. CLINE

1         R. CLINE
2 additional revenue would be generated by a significant
3 increase in the collection rates for those taxes,
4 correct?
5     A.   We have not done a separate adjustment for a
6 change in the collection rate for those other taxes that
7 you identified.
8     Q.   Is the collection rate essentially fixed in
9 your model for those taxes?
10         MR. STEWART: Objection.
11         THE WITNESS: As I said, the collection
12     rate is embedded in the starting point. We have
13     not made a specific adjustment going forward for a
14     collection rate change.
15 BY MR. SMITH:
16     Q.   And so, there's -- the collection rate remains
17 constant in your model for the income, wagering rate,
18 utility users' tax, and corporate tax, correct?
19     A.   We have not dealt with a change in that
20 collection rate as a separate adjustment to our revenue
21 forecast.
22     Q.   Okay. And is it possible for you to do that
23 kind of analysis, to look at what would happen if
24 collection rates increased for those taxes?
25     A.   At this point, we do not have information

1         R. CLINE
2 necessary to analyze that question.
3     Q.   Okay. And you haven't been asked to analyze
4 that question, correct?
5     A.   We have not, but as I mentioned, it is an
6 important part of our property tax forecast.
7     Q.   Okay. So, even though you have been asked to
8 analyze changes in collection rate for the property tax,
9 you haven't been asked to analyze changes in the
10 collection rate for the other taxes that you analyzed,
11 correct?
12     A.   We were not asked separately to consider the
13 collection rate issue for the property tax. We did it as
14 part of our analysis of the property tax.
15     Q.   So, even though you weren't asked to do it,
16 you looked at collection rates for the property tax,
17 correct?
18     A.   We were asked to estimate over a 10-year
19 period what we thought the collection of the property
20 taxes will be under current law. We did understand the
21 issues of falling property values, the mismatch between
22 assessed values and market values and the other features
23 that were affecting the property tax system, which did
24 include the collection rate.
25     Q.   Okay. So, even though you analyzed the

1         R. CLINE
2 collection rate for property taxes, you didn't analyze
3 the collection rate for the other taxes, that you
4 examined?
5     A.   That is correct.
6     Q.   And is that because you weren't asked to do
7 that analysis?
8     A.   No.
9     Q.   You just didn't do it, but you could have done
10 it?
11     A.   We did not do it.
12     Q.   I mean, do you have any explanation for why
13 you did it with respect to one tax but not the other
14 taxes? Was it just a lack of information or what was it?
15         MR. STEWART: Objection.
16         THE WITNESS: Also involved is
17     understanding what difference a change might make.
18     Some of those smaller taxes like the utility user
19     tax, corporate income tax are collecting 3% of the
20     total that we looked at. We did not feel that at
21     the margin a collection rate change was large
22     enough to consider in the revenue estimate.
23     So, it's partly an understanding of the
24     relative size of the taxes, and the importance of
25     compliance, adjustments, collection rate

1         R. CLINE
2     differences going forward.
3 BY MR. SMITH:
4     Q.   And --
5     A.   Not all taxes are equal in that evaluation.
6     Q.   The income tax is a significant source of
7 revenue for the City, correct?
8     A.   It's about a third.
9     Q.   Okay. And so, increasing the collection rate
10 could significantly increase revenue from the income tax
11 to the City, correct?
12     A.   I don't know the answer to that.
13     Q.   And you don't know the answer because you
14 didn't look into it, correct?
15     A.   I don't know the answer because we did not do
16 an analysis of the impact of changing collection rates in
17 our analysis of the 10-year forecast.
18     Q.   And so -- but with respect to the income tax,
19 so you would agree with me that changing the collection
20 rate could result in significant increased revenue to the
21 City, correct?
22         MR. STEWART: Objection.
23         THE WITNESS: I don't know if it would be
24     significant.
25 BY MR. SMITH:

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

R. CLINE

1
2    Q.   And --
3    A.   I'm not sure -- I can't define the term
4    "significant."
5    Q.   Okay.  So, do you know whether there are
6    differences in collection rates for the income tax
7    between the different categories of individuals that you
8    identified in your report?
9    A.   I do not.
10   Q.   As part of your analysis, did you look at
11   population data for the City of Detroit?
12   A.   As part of our analysis, we did look at the
13   SEMCOG population projections as recorded, I believe it
14   was the Detroit Future City project.
15   Q.   Are there periods of time you looked at where
16   Detroit's population increased?
17   A.   In the past, I believe that's correct.
18   Q.   And there were periods of time where Detroit's
19   population increased in the past where there was no
20   restructuring or reinvestment activity, correct?
21   A.   I would assume so.
22   Q.   And were there times where Detroit's
23   population has increased after a recession?
24   A.   I don't know the answer to that.
25   Q.   Just haven't looked into it?

R. CLINE

1
2    A.   No, I have not.
3    Q.   You haven't looked into the causes of
4    population increase or decrease in the City of Detroit,
5    correct?
6    A.   We did not do a separate population forecast
7    for Detroit.
8    Q.   You just took the numbers from SEMCOG; is that
9    correct?
10   A.   I think the more accurate statement is we
11   started with the numbers from SEMCOG.  We may have made
12   adjustments over time.
13   Q.   Have you investigated at all what potential
14   changes in the law relating to taxes the City may be
15   planning?
16   A.   We did no analysis of tax policy options for
17   the City.
18   Q.   Did you personally speak with anybody at the
19   City?
20   A.   I was on telephone calls, conference calls,
21   that I believe included staff with the City.
22   Q.   Other than taxes, do you know what the major
23   sources of City revenue are?
24   A.   I have not looked at the composition of City
25   revenue sources.

R. CLINE

1
2    Q.   You're not offering any opinion that the City
3    is unable to give creditors more than they're planning
4    under the plan, correct?
5    A.   I'm only commenting on the forecast that we
6    did of available State -- City revenues for the major
7    taxes that we looked at.
8    Q.   But you're not offering any opinion that the
9    City is unable to give creditors more money, correct?
10   A.   I am simply commenting on the revenue
11   forecasts that we did.
12   Q.   So, is the answer "no" to that question?
13   A.   The answer is -- I'm not sure I understand the
14   question.
15   Q.   Okay.  Well, you understand that the creditors
16   and the bankruptcy aren't getting all the money they're
17   owed, right?  That's the City's plan --
18   A.   I believe I'm --
19        MR. STEWART:  Objection.  That's okay.
20   It's on the record.  It's a legal objection.  Go
21   ahead and answer it.
22        THE WITNESS:  I have not been following the
23   discussion of creditors for the City of Detroit.
24   BY MR. SMITH:
25   Q.   I mean, do you have any understanding about

R. CLINE

1
2    what the allegations of the bankruptcy are at all or not
3    really?
4    A.   I would say not really.
5    Q.   Okay.  Do you agree that it's reasonable and
6    appropriate policy for a City to adopt in facing fiscal
7    crisis to raise taxes?
8    A.   I'm not commenting on nor did we do work on
9    policy options for the City of Detroit.
10   Q.   So you're refusing to answer that question?
11        MR. STEWART:  Objection.
12        THE WITNESS:  Not at all.  I'm simply
13   stating we did not evaluate policy options for the
14   City of Detroit.
15   BY MR. SMITH:
16   Q.   Okay.  The cities that you have worked with,
17   have they increased taxes?
18   A.   I don't know the answer to that.
19   Q.   I mean, do you know -- what work did you do
20   with other cities?
21   A.   Most recently, we worked with Cincinnati.
22   Q.   What work did you do there?
23   A.   In Cincinnati, I think we were modeling the
24   economic impact of alternative policies that they
25   developed.

R. CLINE

1               R. CLINE
2   Q.   And what policies did Cincinnati develop that
3 you were looking at?
4   **A.   I don't remember all of the specifics, but I**
5 **think there were several tax changes.**
6   Q.   Including what?
7   **A.   I think they were looking at all of the tax**
8 **sources available to the City.**
9   Q.   Okay. And was the City of Cincinnati looking
10 at increasing revenue through taxes?
11   **A.   I think the objective was restructuring the**
12 **existing tax system to be more competitive economically.**
13   Q.   Did the City want to increase revenues, or
14 decrease revenues?
15   **A.   I believe it could have been a revenue neutral**
16 **exercise.**
17   Q.   Was the City of Detroit in fiscal distress at
18 all -- I mean, the City of Cincinnati, were they in
19 fiscal distress?
20   **A.   I don't know the answer to that.**
21   Q.   Can you identify any city with as many
22 different sources of tax revenue as Detroit has?
23   **A.   I don't know the answer to that. I haven't**
24 **done an in-depth evaluation of alternative cities.**
25   Q.   So, you can't provide any example of a city

---

R. CLINE

1               R. CLINE
2 that has more potential revenue sources from taxes than
3 Detroit, correct?
4   **A.   I'm not aware of the revenue structure of**
5 **specific cities, and whether or not under current law**
6 **they have the ability to change the tax collections.**
7   Q.   You're aware, though, that not all cities have
8 a municipal income tax, correct?
9   **A.   Correct.**
10   Q.   One advantage Detroit has compared to other
11 cities in raising revenue is it has the municipal income
12 tax, correct?
13           MR. STEWART: Objection.
14           THE WITNESS: Excuse me.
15           MR. STEWART: Go ahead.
16           THE WITNESS: I don't know if I would
17      describe it as an advantage. I do know that
18      Detroit has an individual income tax.
19 BY MR. SMITH:
20   Q.   One source of revenue that Detroit has that
21 other cities lack is the individual income tax, correct?
22   **A.   There are a number of governments in other**
23 **states, including Maryland and Ohio, that use local**
24 **individual income taxes.**
25   Q.   And there are a number of governments that

---

R. CLINE

1               R. CLINE
2 don't have an individual income tax?
3   **A.   I think that is correct.**
4   Q.   And so, one source of revenue that Detroit has
5 that other cities lack is the individual income tax,
6 correct?
7   **A.   We did not analyze revenue raising options for**
8 **the City of Detroit. We estimated what revenue we**
9 **thought --**
10   Q.   That's got knowing to do with --
11           MR. STEWART: Please, don't interrupt his
12      answer.
13           MR. SMITH: This is really getting
14      obstructive.
15           MR. STEWART: Well, you have to let him --
16           MR. SMITH: No. We can take the transcript
17      to the judge later on.
18           MR. STEWART: You can do that. You must
19      let him finish his answer, even if you don't like
20      it. Then ask your next question and do whatever
21      you want to do, but don't interrupt the witness's
22      answer.
23           MR. SMITH: You interrupted my question and
24      told him he couldn't answer it, so how is that any
25      different?

---

R. CLINE

1               R. CLINE
2           MR. STEWART: Finish your answer.
3           THE WITNESS: What I -- what the expert
4      report that you have in front of you reports are
5      the results of our estimating expected revenue
6      under the current law tax structure in Detroit. We
7      did not do any analysis of revenue options, and I
8      have no speculation on what options the City should
9      or could look at. We did not do that analysis.
10 BY MR. SMITH:
11   Q.   That had nothing to do with my question.
12 Here's my question.
13   **A.   Oh, I'm sorry. I must have misunderstood.**
14   Q.   Okay. You know there are cities that don't
15 have an income tax, right?
16   **A.   Correct.**
17   Q.   And Detroit has an income tax, right?
18   **A.   Correct.**
19   Q.   And so, Detroit has a source of revenue, i.e.,
20 the income tax, that other cities do not have, correct?
21   **A.   My interpretation as a public finance**
22 **economist is that there's tremendous variation in the**
23 **system of taxes used at any level of government.**
24 **Counting the number of taxes is not sufficient to tell**
25 **you how they compare in revenue raising ability. You**

---

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

R. CLINE

1    have to look at the combination of all of the tax
2    sources, not one tax source in isolation.
3
4    Q.    Okay.  You would agree that Detroit has many
5    tax sources that other cities do not have, correct?
6    A.    I'm not sure that's correct.
7    Q.    Detroit has an income tax which other cities
8    do not have, correct?
9    A.    Correct.
10   Q.    Detroit has a wagering tax which other cities
11   do not have, correct?
12   A.    Many do.
13   Q.    But there are plenty of cities that don't have
14   wagering taxes, right?
15   A.    Correct.
16   Q.    And the corporate tax is a tax that Detroit
17   has that other cities don't have, correct?
18   A.    Correct.  It raises 3% of their revenue.
19   Q.    Okay.  And so, there are a number of tax
20   sources that Detroit has that you don't find in other
21   cities, correct?
22   A.    Correct.  And a number of tax sources other
23   cities have that Detroit does not.
24   Q.    Okay.  And so, there are a number of sources
25   that other cities have that Detroit could contemplate

R. CLINE

1
2    adding to its taxes, correct?
3    A.    I don't know if that's correct because I don't
4    know the full legal constraints the State imposes on the
5    City of Detroit on revenue raising options.
6    Q.    Okay.  Well, you -- the City could work with
7    the State -- there are a number of sources that the City
8    could consider working with the State to add to the
9    different taxes that are available to raise revenue for
10   Detroit, correct?
11   A.    I won't speculate on that.  I'm not -- and did
12   not analyze options available to the City of Detroit.
13   Q.    Do you know if tax collections for the income
14   tax, wagering tax or utility tax or corporate tax were
15   increasing or decreasing before Detroit went into Chapter
16   9?
17   A.    I do believe we looked at the recent history,
18   let's say going back to 2009, 2010, and certainly the
19   deep recession had a major impact on Detroit, as it did
20   on the rest of the state of Michigan.
21   Q.    But do you know what the -- whether collection
22   rates were increasing or decreasing for taxes before
23   Detroit went into bankruptcy?
24   A.    No, I don't.
25   Q.    Have you been party to any discussions about

R. CLINE

1
2    what will happen with Detroit if the bankruptcy plan is
3    not confirmed and the case is dismissed?
4    A.    No, I have not.
5    Q.    Is it fair to say that the City has not
6    engaged your services for any purposes after -- for the
7    period after the bankruptcy is over?
8    A.    My understanding is that the EY team in
9    Washington is still part of the overall EY project
10   working in Detroit.  As far as I know, there's no
11   discussion about the team in D.C. stopping or starting
12   another aspect of the project.
13   Q.    Okay.  But as far as you're aware -- you're
14   not aware of any work that the City would retain you to
15   do after the bankruptcy is contained, and when I say
16   "you," I mean Mr. Cline?
17   A.    I will shortly be leaving Ernst & Young as an
18   employee.  I have committed to be available to provide
19   testimony at the upcoming hearing and be available
20   through that point in time.
21   Q.    Why are you leaving?
22   A.    Because I am retiring.
23   Q.    Okay.  Congratulations.
24   A.    Thank you.
25   Q.    Are you planning to do any work after you

R. CLINE

1
2    retire, or not really?
3    A.    I am planning on retiring by taking a
4    full-time position at the OECD in Paris.
5    Q.    Okay.  When is your retirement scheduled for?
6    A.    I believe today it's scheduled for August --
7    probably August the 2nd.
8    Q.    Are you going to have any association with
9    Ernst & Young after that time or --
10   A.    I will not.
11   Q.    Is that prohibited by your next position, or
12   not?
13   A.    The OECD does not allow its employees to be
14   employed by other associations unless they give
15   permission, and they have not given me permission.
16   Q.    So, as far as you're aware, the City hasn't
17   asked the State to cooperate in raising income tax rates?
18   A.    I have no idea what conversations are taking
19   place between the City and the State.
20   Q.    And the City hasn't -- would it be fair to say
21   you're offering no testimony about tax policy with
22   respect to Detroit?
23   A.    That is correct.
24   Q.    The City, is it fair to say -- you're not
25   aware of the City ever asking the State to cooperate in

R. CLINE

1
2  raising any of the other taxes that you discussed in your
3  report?
4      A.   I am not aware of the -- of any conversations.
5      Q.   The -- as far as you're aware, the City hasn't
6  asked the State to cooperate in implementing new taxes?
7      A.   I'm not aware of any discussions.
8      Q.   As far as you're aware, the City hasn't asked
9  the State to cooperate in eliminating exemptions or
10 reductions in applicable taxes?
11     A.   I'm not aware of any conversations.
12     Q.   Do you agree that in performing forecasting,
13 it's important to follow generally accepted standards and
14 procedures?
15     A.   I believe in forecasting State or local
16 revenues, you want to use the best available tools that
17 you have, starting with the most complete information on
18 actual collections that you have.
19     Q.   So, in doing forecasts, it's important to
20 assemble the most complete and comprehensive set of
21 information in order to accurately perform your forecast,
22 correct?
23     A.   That is correct, although different types of
24 information are of different value, and when we did our
25 forecast I believe we incorporated what we thought were

R. CLINE

1
2  the key drivers in determining the baseline forecast.
3      Q.   Okay.  But as a general matter, in conducting
4  forecasts, you want to assemble the most comprehensive
5  set of information, correct?
6      A.   That is relevant to the forecast itself.
7      Q.   All right.  You agree that somebody could
8  perform a reasonable forecast that includes the effective
9  changes in collection rates over time on the income tax,
10 correct?
11     A.   It could be possible.
12     Q.   And you agree that people -- experts could
13 conduct forecasts that come to reasonable outcomes that
14 differ from yours in terms of your forecasting?
15     A.   There could be different results, certainly,
16 depending upon the key assumptions and the approach
17 that's used in doing the estimates.
18     Q.   And would it be fair to say that you haven't
19 looked into the law regarding, you know, what the City's
20 authority is respect to taxes?
21     A.   That is correct, in that we have not evaluated
22 alternative revenue sources for the City of Detroit.  We
23 wanted certainly to make sure we understood current law
24 in doing our revenue forecast.
25     Q.   Then how did you get an understanding of

R. CLINE

1
2  current law?
3      A.   Some cases looking at tax returns and looking
4  at tax statutes to see whether or not, for example, there
5  was a scheduled rate change in current law.
6      Q.   You haven't done any investigation into what
7  policy choices Detroit's leaders are contemplating that
8  might affect your tax forecasts: is that fair?
9      A.   No.
10     Q.   Is that correct?
11     A.   We have not evaluated any alternative policy
12 options for the City of Detroit.
13     Q.   And so, you haven't evaluated policy options
14 that the City may currently be evaluating, correct?
15     A.   I believe I've answered that question clearly.
16     Q.   And the answer is correct, right?
17     A.   The answer is that we have not done any
18 evaluation of policy options for the City of Detroit.
19     Q.   Do you agree with me that if, for example, tax
20 rates change or collection rates materially go up, your
21 forecast could turn out to be off by hundreds of millions
22 of dollars?
23     A.   If current law changes, you would need a new
24 forecast of what the expected revenues are.
25     Q.   And you agree that it's possible that your

R. CLINE

1
2  forecast, depending on changes in the assumptions that
3  may occur in the future, could be off by hundreds of
4  millions of dollars, correct?
5      A.   I don't know what the magnitude would be.  A
6  very small change in the tax rate may change our numbers
7  by 1 percent, so it depends upon the magnitude of the law
8  change.
9      Q.   You agree that if there's significant changes
10 in the assumptions, your forecast could be off by
11 hundreds of millions of dollars, correct?
12     A.   I wouldn't agree to that general statement,
13 no.
14     Q.   Well, I mean if the tax rate were increased by
15 1 percent on the income tax or property tax or something
16 like that, that could change your forecast by hundreds of
17 millions of dollars, correct?
18     A.   One example I could respond to, because we did
19 look at it in -- as part of the revenue forecast, we do
20 know that the corporate income tax rate under current law
21 doubled recently.  It's only collecting $26 million in
22 total, that would be a $12 million change in tax
23 collections.
24     Q.   But if the income tax rate or the property tax
25 rate doubled, the City would have significantly more

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

R. CLINE
1
2 money, hundreds of millions of dollars more, correct?
3    **A.    I couldn't tell you what the magnitude of the**
4 **change would be.**
5    Q.    And --
6    **A.    I'd have to run the model to see that.**
7    Q.    So, you're incapable of offering any opinion
8 regarding what would happen in terms of the amounts
9 available to the City if the assumptions in your model
10 significantly change, correct?
11    **A.    We did not simulate different revenue**
12 **forecasts based upon alternative tax rates.  We did not**
13 **do that.**
14    Q.    Okay.  But in general, for any of the
15 assumptions, if the assumptions significantly change,
16 you're not in a position to offer an expert opinion
17 regarding what the revenues would be to the City of
18 Detroit, correct?
19    **A.    Not without re-running the model.**
20    Q.    Do you know who the mayor of the City of
21 Detroit is?
22    **A.    I do remember I have been mispronouncing his**
23 **last name.  I don't recall.**
24    Q.    Do you know what the role of the mayor or the
25 city council is with respect to taxes?

R. CLINE
1
2    **A.    I do not know the details in Detroit.**
3    Q.    And the emergency manager or his assistants
4 haven't shared with you any plans or policies relating to
5 taxes; is that fair?
6    **A.    I believe that's accurate.  We have not**
7 **discussed alternative tax policy options for Detroit.**
8    Q.    You're not offering any guarantee regarding
9 the accuracy of your forecast, correct?
10    **A.    That is correct.**
11    Q.    I mean -- and there's a standard disclaimer
12 that everybody, including Ernst & Young, uses that these
13 kind of forecasts, you can't guarantee that they're
14 accurate inherently, correct?
15         MR. STEWART:  Objection.
16         THE WITNESS:  The objective is using the
17    existing information and your understanding of the
18    underlying economics to get as solid an estimate of
19    the expected revenue stream as you can get.  That's
20    the objective.
21 BY MR. SMITH:
22    Q.    Yeah.
23    **A.    We won't know until after the fact how**
24 **accurate the revenue estimates are.**
25    Q.    So, you wouldn't guarantee to the Court that

R. CLINE
1
2 your revenue estimates are accurate, correct?
3         MR. STEWART:  Objection.
4         THE WITNESS:  I'm not sure what "guarantee"
5    means in this situation.
6 BY MR. SMITH:
7    Q.    Well, I mean, you wouldn't vouch for the --
8 there's no way to vouch for the accuracy of your revenue
9 forecast, correct?
10         MR. STEWART:  Objection.
11         THE WITNESS:  We accept the responsibility
12    for our revenue forecast.  We believe we did it
13    using the best information available, appropriate
14    modeling approach, and we were very careful in
15    what we were doing.  That's what we can assert.
16 BY MR. SMITH:
17    Q.    Did anybody from the City ask you to change
18 some of the assumptions in your models?
19    **A.    Not me personally, no.**
20    Q.    And do you agree that there's no scientific
21 literature or any tax revenue.  We believe we did it
22 in tax revenue or revenue in general from restructuring
23 or reinvestment proposals by the City?
24    **A.    I am not familiar with any analysis related to**
25 **Detroit's current situation that directly links spending**

R. CLINE
1
2 **initiatives to specific revenue changes -- tax changes,**
3 **which is what we looked at, just the tax changes.**
4    Q.    Yeah.  Do you which department of the City
5 collects the various taxes?
6    **A.    I have been to the website to look for tax**
7 **return information.  I don't recall what -- might have**
8 **been the finance agency.  Don't recall exactly what the**
9 **name of the agency is.**
10    Q.    Do you know if different agencies collect
11 different taxes in Detroit?
12    **A.    I am not familiar with the mechanics of who's**
13 **responsible for depositing the money in the bank.**
14    Q.    So, you don't know the -- which department
15 actually collects each of the taxes you analyze; is that
16 fair?
17    **A.    For our revenue forecast, it was not one of**
18 **the elements we thought was significant.**
19    Q.    Yeah.  So, you don't know that information,
20 correct?
21    **A.    I don't think I know it off the top of my**
22 **head, no.**
23    Q.    Do you know who does the forecasting for the
24 City?
25    **A.    I do know that the City has a consensus**

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

R. CLINE

1
2  forecasting approach, which I believe they borrowed from
3  the State or adapted after the State model. I think
4  there may be three separate groups of people that do the
5  forecast, they reach a consensus, and it's published in
6  the spring each year.
7      Q.    Before this consensus group was put together,
8  do you know whether the City -- I mean, as far as you
9  know, did the City ever do any kind of forecasting for
10  taxes or other purposes?
11     A.    I don't know what the mechanism was in the
12  City for preparing the budget.
13     Q.    The only forecasting you're aware that the
14  City has ever conducted is this consensus forecast that's
15  done: is that correct?
16     A.    No. What is correct is that since I have been
17  involved in this project, my understanding of the
18  forecasting process is based on my understanding there is
19  a consensus forecasting process.
20     Q.    And your forecast does not agree with the
21  consensus forecast, correct?
22     A.    I'm not sure how it differs.
23     Q.    Okay.
24     A.    I do know that we did not adopt the consensus
25  forecast back in 2013.

R. CLINE

1
2      Q.    Okay. I mean, but you know that there are
3  differences between your forecast and the consensus
4  forecast: is that fair?
5          MR. STEWART: Objection.
6          THE WITNESS: If there are differences, I
7      don't know what the magnitudes are.
8  BY MR. SMITH:
9      Q.    Have you done any investigation to look at the
10  consensus forecast to see whether you're consistent or
11  inconsistent with the consensus forecast?
12     A.    I've read the latest consensus forecast and we
13  did not make any changes in our forecast based upon what
14  I read.
15     Q.    Okay. Having read it, though, you know that
16  there are differences between your forecast and the
17  consensus forecast, correct?
18     A.    I'm not aware of what the magnitude of those
19  differences are.
20     Q.    But you know there are differences between
21  your --
22     A.    I would assume --
23     Q.    -- forecast and the consensus forecast?
24     A.    I would assume there are differences.
25     Q.    And I think we already mentioned it, but the

R. CLINE

1
2  consensus forecasts do not try to forecast revenues or
3  expenditures beyond two or three years, correct?
4      A.    What is correct is that they are geared to the
5  budgetary cycle. If the city council considers four-year
6  budget horizons, that's what the tax forecast will be.
7  If it's a two-year horizon, it will be a two-year
8  forecast.
9      Q.    You're not aware of anybody at the City ever
10  suggesting that there should be a forecast for as long as
11  10 years, correct?
12     A.    I'm not aware of any of the procedures the
13  City has used in the past.
14     Q.    You didn't do any sensitivity analyses to
15  figure out which are the most important drivers of your
16  numbers, or did you?
17     A.    We selected the drivers based upon what we
18  believed were important determinants of the tax base and
19  its growth over time. We did not perform specific
20  exercises where we increased a parameter by 10 percent or
21  lowered it by 10 percent.
22     Q.    Okay. So, you don't know which parameters
23  have the most impact on your forecasts?
24     A.    Based upon my professional experience, I have
25  a -- an idea of what matters.

R. CLINE

1
2      Q.    But you haven't done any testing or analysis
3  to figure out which parameters have the most impact on
4  your analysis and what effect changing them would be --
5  would have on your outcomes, correct?
6      A.    We have a wide range of assumptions from
7  statutory tax rates to changes in employment. They have
8  different effects on the dollar amounts of the revenue
9  estimates for specific taxes. All of that was considered
10  in preparing our revenue estimate.
11     Q.    Yeah. But you didn't do any analysis where
12  you changed parameters to figure out what the impact
13  would be on your outcomes, correct?
14     A.    As I say, we did not do specific simulations
15  where we increased one of 50 parameters by 10 percent,
16  holding others constant, or reduced it by 10 percent
17  holding others constant, or changing all 50 by 10
18  percent. We did not do that.
19     Q.    Is that something that you've done in prior
20  forecasts?
21     A.    In deriving point estimates for revenues
22  related to budget preparation, that tends not to be done.
23  You do your best point forecast of your revenue figure
24  based upon your knowledge of what is most significant,
25  what is less significant, and your best estimate of what

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

R. CLINE

1 the values of those parameters should be.
2
3       It's not an exercise of creating a band of
4 possible outcomes around the point estimate.  That's not
5 how it operates.
6   Q.   Have you ever forecast tax revenues where you
7 have created a band of possible outcomes?
8   A.   Not that I remember.
9       MR. SMITH:  You want to take a quick break,
10 if you don't mind?
11      MR. STEWART:  Sure.  For how long?
12      MR. SMITH:  I don't know, five minutes?
13      MR. STEWART:  Yeah.  Five minutes is fine.
14      THE VIDEOGRAPHER:  We're off the record at
15 12:14.
16 (RECESS, 12:14 p.m. - 12:22 p.m.)
17      THE VIDEOGRAPHER:  On the record at 12:22.
18 (Cline Exhibit 2 was marked for identification.)
19 BY MR. SMITH:
20   Q.   I've handed you Exhibit 2, which is an article
21 from the Detroit News, entitled "Reverse Commute May Hike
22 Tax Bill."
23      Do you see that?  Have you got that?
24   A.   I have the document.
25   Q.   Okay.  And you see that this article discusses

R. CLINE

1
2 how the emergency manager's restructuring plan includes a
3 proposal to try to collect income taxes from Detroit
4 residents who work outside the city limits?  Do you see
5 that?
6   A.   Just glancing at it, I'm not sure what
7 mechanism they're discussing for increasing tax
8 collections.
9   Q.   It's withholding.  It talks about withholding.
10 If you look at the third paragraph, it says, "The City is
11 considering the enactment of a local ordinance that would
12 require employers to withhold City income taxes of
13 reverse commuters.  The disclosure statement reads, 'It's
14 not a new strategy, but one likely to draw opposition in
15 some circles.'"
16      Do you see that?
17   A.   I do see that, yes.
18   Q.   Okay.  Nobody ever disclosed to you that there
19 were proposals to increase tax collections by withholding
20 taxes from reverse commuters, correct?
21   A.   I was aware that that was an issue that had
22 been raised.
23   Q.   Okay.  How were you aware of that?
24   A.   I think it was reading descriptions of
25 considerations.

R. CLINE

1
2   Q.   Okay.  And then this article goes on to say in
3 the fifth paragraph, "A study released by consultants
4 MacKenzie & Company, estimated that uncollected income
5 taxes from Detroit residents working outside the city, or
6 reverse commuters, totaled more than 140 million in 2009.
7 That means the City took in slightly less than half of
8 what it should."
9      Do you see that?
10   A.   I do.
11   Q.   Were you aware of the MacKenzie study that
12 showed that the City was failing to collect as much as
13 $140 million?
14   A.   No, I was not.  I'm sorry.
15   Q.   Okay.  Nobody shared that with you from the
16 City?
17   A.   I was not aware of that study.
18   Q.   Okay.  Would it be fair to say that there's a
19 significant amount of income tax that's not being
20 collected from reverse commuters?
21      MR. STEWART:  Objection.
22      THE WITNESS:  I can't comment.  I'm not
23 familiar with the estimates.
24 BY MR. SMITH:
25   Q.   Before you did your forecasting in this case,

R. CLINE

1
2 would you have liked to know about this MacKenzie study
3 that showed that there were potentially $140 million in
4 income tax not being collected?
5   A.   In answering your question, I think it's
6 important to note that in the plan -- I believe the
7 correct phrase is "Plan of Adjustment," there is a number
8 for increased compliance collections.  It is independent
9 and separate from our revenue estimate based upon current
10 law and what we think the underlying economics is.  I
11 believe you see both of those numbers in the Plan of
12 Adjustment.
13      If you had that document, I could point that
14 out to you, but it's important in answering your question
15 to note that we were responsible for the economics,
16 tax -- economics related under current law tax
17 collections, I believe there's a separate line item which
18 identifies the potential increase from collection
19 activities.  I believe we've avoided double counting
20 those numbers, but I do believe they're separate
21 exercises.
22   Q.   Okay.  So your forecast doesn't attempt to
23 quantify the total amount of money that's potentially
24 available from tax revenue to the City of Detroit,
25 correct?

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

R. CLINE

1      R. CLINE
2    A.  Our revenue forecast of the major taxes we
3  were asked to look at under the baseline scenario
4  includes current law tax parameters, recent history,
5  including collection experience under current law that we
6  have included in our revenue estimates.
7    Q.  But to get to the total amount of revenue that
8  the City could collect from taxes, you would need to add
9  on to your revenue estimates amounts from measures such
10  as this proposed withholding measure that would be in
11  addition to what you've calculated, correct?
12    A.  We were only responsible for a portion of the
13  total revenue available to the cities -- to the City, and
14  that was the taxes that you mentioned earlier in when you
15  listed which taxes were involved; not all City taxes and
16  not all sources of City revenue.
17    Q.  Okay.  So, to get to the total tax revenue,
18  you would have to add sums from measures such as this
19  withholding measure.
20    A.  Correct.
21    Q.  Correct?
22    A.  Excuse me.
23    Q.  And then you would also, in order to get to
24  the total tax revenue available, add sums attributable to
25  other taxes and things that you didn't consider, correct?

R. CLINE

1      R. CLINE
2    A.  Correct.
3    Q.  But sitting here today, you don't have any
4  basis to dispute MacKenzie's conclusion that there could
5  be $140 million in additional revenue from withholding
6  taxes from reverse commuters, correct?
7    A.  I have no opinion.  I'm not familiar with the
8  analysis.
9    Q.  So, you have no basis to dispute it or
10  criticize it, correct?
11    A.  I'm not aware of the information that it's
12  based on.
13    Q.  So, that would be correct, you're not -- you
14  don't -- you're not disputing or criticizing it or
15  offering any opinion about it, correct?  It's just not
16  something you looked at, correct?
17    A.  It is correct that I have no opinion on that
18  number.
19    Q.  Okay.  What other additions to your tax
20  revenue estimates are you aware of or have you heard
21  about other than, you know, the taxes you didn't
22  consider, and you know, potential increases in
23  collections through withholding and things like that?
24  What other additions are you aware of to your
25  revenue-from-taxes number that would have to be done to

R. CLINE

1      R. CLINE
2  get up to the total tax number?
3      MR. STEWART:  Objection.
4      THE WITNESS:  I'm not familiar with revenue
5  sources outside of the major taxes that we were
6  asked to estimate.
7  BY MR. SMITH:
8    Q.  Okay.  So, you just haven't done any
9  investigation to figure out what would be needed to be
10  added to your forecast in order to get to the total
11  revenue from taxes, correct?
12      MR. STEWART:  Objection.
13      THE WITNESS:  We were not asked to do that
14  analysis.
15  BY MR. SMITH:
16    Q.  Okay.  I mean, do you know if anybody has been
17  asked to do that analysis?
18    A.  I don't know the specifics.
19    Q.  Does this sound like a good proposal for
20  increasing revenue to the City, doing withholding?
21    A.  I have no comment on policy options at the
22  City of Detroit.
23    Q.  You're not criticizing the policy of
24  withholding the reverse commuter taxes, correct?
25    A.  I'm not commenting on the policy proposal.

R. CLINE

1      R. CLINE
2    Q.  Okay.  Have you heard of policies to piggyback
3  tax collection for the City of New York -- I mean, the
4  City of Detroit, on the State income tax?
5    A.  Not specifically for the City of Detroit.  It
6  has been discussed in other states.
7    Q.  I mean, other -- other cities do that in other
8  states, they piggyback tax collection with the State.
9  Are you aware of that?
10    A.  I believe in Ohio that may be the case.
11    Q.  And is that a successful method for tax
12  collection?
13    A.  I do not know.
14    Q.  You're not offering an opinion on that one --
15    A.  I'm not commenting on policy options for the
16  City of Detroit.
17    Q.  Would it be fair to say that you're offering
18  no opinions outside the narrow four corners of your
19  expert report?
20    A.  As you saw in the expert report, using the
21  legal term, "expert," I've tried to answer in great
22  detail about the methodology and the results of what we
23  were asked to do, and I'd be glad to discuss that in
24  whatever detail is necessary.
25    Q.  We'll probably do that after lunch, but would

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 7148-5   Filed 08/27/14   Entered 08/27/14 23:59:24   Page 40 of
120

R. CLINE

1  it be fair to say you're not offering any expert opinions
2  that aren't contained in your expert report?
3      A.   I'm not offering any comments about what
4  Detroit should do in changing their tax policy.
5      Q.   Are you qualified to offer opinions about what
6  Detroit should do in changing its tax policy?
7      A.   Not being a lawyer, I have to be very careful.
8  I don't know what "qualified" means in this context.
9      Q.   Well, I mean, you have some experience, right,
10 in your job, and in your positions in state government,
11 right?
12     A.   I have a number of years in, in working at the
13 State level in terms of taxation.
14     Q.   Do you feel like you're qualified in the sense
15 of, you have the requisite expertise or experience to
16 offer opinions about what Detroit should or shouldn't do
17 in terms of tax policies it might adopt to increase
18 revenues.
19     A.   I have no recommendations for Detroit in terms
20 of policy options they should consider or adopt.
21     Q.   Yeah.  But if you -- if Detroit came to you
22 and wanted to hire you for -- to provide some policy
23 options, would you accept that or do you feel that you
24 don't have the background to be able to provide that

R. CLINE

1  advice to the City?
2      A.   Our approach to the business that I'm in at
3  Ernst & Young is to be very clear with any client that
4  approaches us, we will not make recommendations for
5  policy changes for any entity -- governmental entity.
6  That is a rule we follow very stringently.
7      Q.   And that's because at the end of the day, the
8  amount of revenue or -- revenue available to a City or
9  cost that it incurs is a political decision for the
10 political actors, correct?
11     A.   It has that dimension, correct.
12     Q.   The -- do you know if the City audits the
13 business tax returns?
14     A.   I assume they do.  I do not know.  I'm not
15 familiar with the collection practices for the City of
16 Detroit.
17     Q.   You agree it's important to audit tax returns
18 in order to make sure that you're collecting the tax
19 that's owed, right?
20     A.   I believe every unit of government that
21 collects an income tax has an auditing function attached
22 to it.
23     Q.   And failing to audit tax returns could be
24 basically a significant problem because you may not be

R. CLINE

1  collecting all of the tax that's due if you don't audit
2  people, right?
3          MR. STEWART:  Objection.
4          THE WITNESS:  I have no comment on the
5      collection activities in Detroit.  I simply am not
6      familiar with what Detroit does in auditing the
7      separate taxes.
8  BY MR. SMITH:
9      Q.   But you would expect a competent City that's
10 doing its job to audit all of the tax returns, correct?
11     A.   No.  Not audit all of the -- not -- no.  No
12 government entity audits all of the tax returns.
13     Q.   Well, I mean, audit -- you would expect a
14 competent government entity to audit all of the
15 categories of tax returns and not exclude certain
16 categories, correct?
17     A.   I expect in terms of modern administration of
18 the income taxes, governmental entities use statistical
19 procedures to determine who will be audited, and it
20 certainly is not every tax return.
21     Q.   Do you have any idea of what auditing
22 procedures Detroit uses?
23     A.   Not at all.
24     Q.   Do you agree that there's a number of factors

R. CLINE

1  that determine whether people pay their taxes?
2      A.   Could you rephrase that?  I'm not sure what
3  you're asking.
4      Q.   Well, how about in context of the property
5  tax, people may fail to pay their property tax because
6  they believe their assessment is wrong or because they
7  don't believe they're getting good services or for a
8  variety of factors; is that fair?
9          MR. STEWART:  Objection.
10         THE WITNESS:  I think -- I believe what you
11     are describing is a question of voluntary
12     compliance, and I'm just not familiar with any
13     studies in Detroit of the factors that are
14     currently affecting voluntary compliance.
15 BY MR. SMITH:
16     Q.   Okay.  So, you have no opinion on factors that
17 might affect voluntary compliance with any of the Detroit
18 taxes, correct?
19     A.   I haven't looked at those issues in Detroit,
20 so I can't comment on them.
21     Q.   You know in your expert report there's a list
22 of documents that you considered.  Do you recall that?
23     A.   I do.
24     Q.   Are those all the documents that you've

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

R. CLINE

1    considered in formulating your opinions?
2    **A.    I assume so.**
3    Q.    Can you explain to me what this situation is
4    with the Public Lighting Authority and how you account
5    for that in your forecast?
6    **A.    No, I can't, because that was a number that**
7    **was given to us by the E&Y team in Detroit.  We plugged**
8    **it into our spreadsheet.  Our responsibility was to do**
9    **the gross tax collection forecast.  They provided the**
10   **subtraction for the PLA, Public Lighting Authority**
11   **transfer, and we accepted the numbers that they gave us**
12   **for that.**
13   Q.    Okay.  So, you don't know how the numbers that
14   you were provided for the subtraction to the public
15   utility revenues were calculated?
16   **A.    I do not know how they were calculated, but we**
17   **did ask questions, detailed questions, about the timing,**
18   **and received explanations about the timing from year to**
19   **year, of the fluctuation in the transfer.**
20   Q.    Do you know what those -- what the
21   subtractions to the utility user tax were for?
22   **A.    I do not.**
23   Q.    And you don't know how the subtractions you
24   plugged in for the utility user tax were calculated,

R. CLINE

1    correct?
2    **A.    We used the numbers that were provided to us**
3    **by the rest of the EY team.**
4    Q.    And I'm just trying to figure out basically,
5    if I want to know how the numbers that were the
6    subtractions to utility user tax were calculated, whether
7    you can tell me that information or I have to ask
8    somebody else at Ernst & Young.
9    **A.    I would say, you would have to ask someone**
10   **else.**
11   Q.    Okay.  Would that be Mr. Malhotra?
12   **A.    That would be a place where I would start.**
13   Q.    Okay.  I know you don't want to volunteer him
14   for any questions, but my basic question is you don't
15   know how the numbers that you subtracted from the utility
16   user taxes were calculated, correct?
17   **A.    That's correct.**
18   Q.    You agree that the economy is improving,
19   correct?
20   **A.    I am aware of the fact that in our revenue**
21   **forecast, we have been bringing back employment growth in**
22   **Detroit.  I believe it accurately reflects where Detroit**
23   **is at this point in time.**
24   Q.    Okay.  And so, there -- do you agree that the

R. CLINE

1    economy in Detroit is improving?
2    **A.    I don't know the answer to that.  I don't know**
3    **what metric you might be thinking about as a measure.**
4    **What was most important for our forecast was changes in**
5    **employment in Detroit.**
6    Q.    Okay.  And do you agree that the employment in
7    Detroit has been improving?
8    **A.    I'll have to go back and look at the recent**
9    **time span to see exactly what's happening.  What does the**
10   **consensus forecast say?**
11   Q.    Well, I'm looking at this for another purpose.
12   **A.    Okay.**
13   Q.    I don't mean to confuse you.
14   **A.    I believe it might be in that report.**
15   Q.    Okay.  That's a fair -- that's a fair point.
16         I might as well mark the consensus forecast
17   while you see that I've got it in my hand.  I've got a
18   question about it.
19   **A.    Okay.**
20   Q.    It wasn't about the employment, but you can
21   feel free to take a look at it if you want: on the issue
22   of employment, unless it's going to be hard for you to
23   find.  It's attached to this Exhibit 3, which is some
24   emails and attaching documents from the consensus

R. CLINE

1    conference.
2    (Cline Exhibit 3 was marked for identification.)
3         THE WITNESS:  At first glance, I don't.
4         MR. STEWART:  You have to wait for him to
5    ask you a question.
6         THE WITNESS:  Oh.
7    BY MR. SMITH:
8    Q.    If it doesn't have the employment information
9    in it, that's okay.  I just handed it to you in case you
10   wanted to look at it.
11   **A.    All right.  I'm sorry.  I thought you were**
12   **asking me for my opinion about the employment numbers in**
13   **this report.**
14   Q.    Okay.  Well, I was -- you had mentioned that
15   you thought it might be in there, but it sounds like it's
16   not.  Is that...
17   **A.    I don't see a specific table that lists the**
18   **economic drivers.**
19   Q.    Okay.  I did have another question about the
20   consensus report.  If you turn to the Bates number that's
21   POA00537609, there's a section on wagering taxes there.
22   Do you see that?
23   **A.    I see that.**
24   Q.    Okay.  And the last sentence there talks about

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

R. CLINE

1    the consensus estimates for the growth in wagering tax
2    revenue.  Do you see that?
3
4        A.    Yes.
5        Q.    And the consensus statement says, "Fiscal year
6    2014, consensus estimate remains flat with an additional
7    decline of 1.2 percent projected by fiscal year 2015."
8        Do you see that?
9        A.    Yes.
10       Q.    And then it says "A turnaround is expected in
11   fiscal year 2016 with a consensus projecting 1.5 percent
12   growth."
13       Do you see that?
14       A.    Yes.
15       Q.    So, the consensus estimate is for 1.5 percent
16   growth in wagering tax going forward from the fiscal year
17   2016, correct?
18       A.    Yes.
19       Q.    And that's not -- that's inconsistent with the
20   rate of growth that you used, correct?
21       A.    If I could correct my prior answer.
22       Q.    Okay.
23       A.    It doesn't talk about going forward.  The last
24   year that's mentioned is FY 2016.
25       Q.    Okay.  So then --

R. CLINE

1
2        A.    I don't know if they've projected it into the
3    future.
4        Q.    Okay.  The wage -- the revenue -- the wagering
5    tax revenue growth figures that you used are not
6    consistent with the consensus estimate: yours are
7    different, correct?
8        A.    I believe we're not far off.  We might be at
9    a .5 percent rate of growth instead of a 1.5 percent
10   growth, but we do have them, I believe, growing at some
11   point in that interval of the forecast.
12       Q.    But you don't use the same numbers for
13   wagering tax revenue as the consensus estimate, correct?
14       A.    If I understand your question, in 2013, when
15   we made the original revenue estimates, we did not use
16   the consensus forecast numbers, nor have we changed our
17   current forecast based upon the -- this new 2014
18   consensus forecast.
19       Q.    Okay.  So, as a result, the numbers you used
20   for forecasting wagering tax revenue are different than
21   the numbers in the consensus forecast, correct?
22       A.    It appears to be the case.
23       Q.    And the consensus forecast notes that there's
24   expected to be a turnaround in wagering tax revenue in
25   fiscal year 2016, correct?

R. CLINE

1
2        A.    I read that, yes.
3        Q.    And did you -- in your forecast, you don't
4    model a turnaround in wagering tax revenue in fiscal year
5    2016, do you?
6        A.    Specifically what we've done in our forecast
7    is we had, back in 2013, correctly picked up the fall in
8    wagering collections in Detroit.  We got that pretty
9    close back in 2013.  And we had it pretty close for 2014.
10   We knew they were falling because of the opening of the
11   new casinos in Ohio.
12       We are not bringing it back as quickly in our
13   forecast as the Detroit consensus forecast.
14       Q.    Okay.  So, the Detroit consensus forecast has
15   a higher wagering tax revenue growth figure than you use,
16   correct?
17       A.    Certainly in FY 2016, that's the case.
18       Q.    Okay.  And you don't use any mathematical
19   formula to generate your wagering tax rate growth figure,
20   do you?
21       A.    I wouldn't say that we had a mathematical
22   formula.  We have mathematical calculations within the
23   Excel spreadsheet.
24       Q.    What is the mathematical calculations that
25   generate the wagering tax growth rate?

R. CLINE

1
2        A.    We specify the expected rates of growth,
3    updated -- we updated the beginning point for actual tax
4    collections, and extrapolated those numbers into the
5    future.
6        Q.    But is the -- the actual rate of growth that
7    you used, though, is that a number you calculated, or is
8    that a number that you --
9        A.    That's an assumption --
10       Q.    -- input?
11       A.    -- that we input into the model.
12       Q.    Okay.  And the number you use for the wagering
13   rate growth -- the growth rate for wagering taxes is an
14   assumption that you personally made?
15       A.    I, in a sense, was responsible for all of the
16   assumptions that are in the model.
17       Q.    Yeah.
18       A.    I'm not sure what you mean by am I personally
19   responsible for the number.
20       Q.    Well, who picked the wagering rate growth
21   rate that you use to calculate wagering tax revenue?
22       A.    I signed off on that assumption.
23       Q.    And that's an assumption that was made,
24   correct?
25       A.    Correct.

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt    Doc 7148-5    Filed 08/27/14    Entered 08/27/14 23:59:24    Page 43 of
120

R. CLINE

2 Q. And do you know how that assumption was
3 generated?
4 A. I do.
5 Q. Okay. How was it generated?
6 A. It was looking at what is going on around the
7 states in the collection of wagering income -- taxes from
8 gross receipts based upon wagering. A number of states
9 are quite disappointed in the revenue they're now
10 receiving because of the rapid expansion of gambling in
11 competitive, close-by states.
12 We felt that based upon that experience that a
13 relatively low positive rate of growth, somewhere
14 between .5 and 1 percent, was a reasonable assumption for
15 Detroit, given the increasing competition in a relatively
16 close geographic area.
17 Q. You didn't use any body of data to generate
18 the wagering tax growth rate, correct?
19 A. As I mentioned, we did look at the actual
20 collection figures --
21 Q. Okay.
22 A. -- reported by the states. We had some idea
23 of what was going on nationwide.
24 Q. But you didn't calculate the wagering tax
25 growth rate, correct? You picked that number?

R. CLINE

2 A. It's an assumption that we plugged into the
3 model.
4 Q. Okay. And that's an assumption that you made,
5 correct?
6 A. I was responsible for that assumption.
7 Q. And the assumption that you use for the
8 wagering tax rate growth is different from the number
9 that the consensus report uses, correct?
10 A. It looks like certainly for FY 2016 they're at
11 a higher rate of growth.
12 Q. Okay. And do you recall what number you were
13 using?
14 A. At that point, it was either 0.5 or a plus 1
15 percent -- plus 0.5 or plus 1 percent.
16 Q. Okay. Can you tell me why you used 1 percent
17 rather than 1.2 percent or 1.3 percent?
18 A. Because we thought at the time that that was a
19 reasonable estimate given the arrival of the new
20 competition, which should have had an even more negative
21 effect on the revenue numbers and could in fact, by
22 itself, have driven this into a negative .5 percent.
23 Q. Okay. But there is --
24 A. But there is an economic recovery occurring
25 throughout Michigan, some signs of slightly more positive

R. CLINE

2 economics in Detroit, which would, as separate factors,
3 contribute to positive growth in the wagering gross
4 receipts. We felt that the balance of those two forces
5 would lead to a slight increase in revenue.
6 Q. But there's no scientific study or formula
7 that tells you whether you should pick 1.2 percent or 1.3
8 percent for the wagering tax growth rate, correct?
9 A. In all of the revenue estimating that I have
10 done, there is no precise formula that gives you the
11 resulting revenue estimate. There are equations that are
12 based upon history that you use to get an initial
13 starting point, and then economists do what we call add
14 factors, dummy variables and adjustments. No economic --
15 no revenue forecaster at the state level accepts the
16 numbers coming out of an equation. They start there, and
17 then they modify it.
18 We used what we thought was relevant,
19 additional information to determine these growth rates.
20 There was not a single mechanical formula that generated
21 the .5 or the 1.0 number.
22 Q. I mean, at the end of the day, the wagering
23 tax growth rate that you used is a number that you just
24 picked, right?
25 A. As the City did also.

R. CLINE

2 Q. Okay. And there are a number of inputs to
3 your model that are basically numbers that you picked,
4 correct?
5 A. They're assumptions that I was responsible
6 for.
7 Q. And you could use different assumptions in
8 your modeling, and they would be reasonable assumptions,
9 correct, because they're just numbers that you picked?
10 MR. STEWART: Objection.
11 THE WITNESS: Not all assumptions would be
12 reasonable.
13 BY MR. SMITH:
14 Q. Well, I mean, for any of the numbers that you
15 picked to use in your model, you could have different
16 numbers that would be reasonable, correct? Like, for
17 example, with the wagering tax rate growth, it would be
18 reasonable to use the City's number, right?
19 MR. STEWART: Objection.
20 THE WITNESS: I don't agree. We did not
21 use the City numbers in 2013.
22 BY MR. SMITH:
23 Q. Do you think it would be unreasonable to use
24 the numbers that the consensus forecast used for the
25 City?

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

R. CLINE

1    A.   I believe it depends upon which tax type
2  you're looking at and how long out they're going.
3    Q.   So, some of the numbers used in the consensus
4  forecast in your view are unreasonable?
5    A.   Some of the numbers used in the consensus
6  forecast are not the same as the assumptions that we
7  made.
8    Q.   Yeah.  And my question is whether some of the
9  numbers in the consensus forecast are unreasonable to
10  use.
11    A.   I don't have a definition for "unreasonable."
12  I can simply tell you how we derived the number that we
13  plugged in as our assumption.  We did not plug in the
14  consensus forecast number.
15    Q.   Okay.  But you agree that your -- the numbers
16  that you picked to plug into your model that are just
17  based on your picking the numbers are numbers that you
18  could substitute with other numbers that would also be
19  reasonable, correct?
20    MR. STEWART:  Objection.
21  BY MR. SMITH:
22    Q.   Or are your numbers the only ones that could
23  be used?
24    MR. STEWART:  Objection.

R. CLINE

1    THE WITNESS:  I was responsible for
2  determining what assumptions we put in our revenue
3  forecasting model, and I did that.
4  BY MR. SMITH:
5    Q.   Yeah.  And my question is there could be
6  another independent expert who picked different numbers
7  to put into a revenue forecasting model for Detroit, and
8  it could lead to perfectly reasonable results, correct?
9    MR. STEWART:  Objection.
10    THE WITNESS:  Would lead to different
11  results, but they're not the ones that we chose.
12  BY MR. SMITH:
13    Q.   I know.  And I'm asking -- is your position
14  that your forecast is the only reasonable forecast of
15  revenues from the taxes you looked at for Detroit?
16    A.   That's not my position.
17    Q.   Okay.  So --
18    THE VIDEOGRAPHER:  Counsel, I'm sorry.
19  We're at about an hour.  We have to switch.
20    MR. SMITH:  Okay.  Why don't we break for
21  lunch.
22    MR. STEWART:  Why don't we break for lunch.
23  What time is it?
24    THE VIDEOGRAPHER:  Off the record at 12:55,

R. CLINE

1  this is disk number two.
2    (RECESS, 12:55- - 1:50 p.m.)
3    THE VIDEOGRAPHER:  On the record at 1:50.
4  This is the beginning of disk number three in the
5  deposition of Robert Cline.
6  BY MR. SMITH:
7    Q.   Good afternoon, Mr. Cline.  How did you become
8  involved in this case?
9    A.   I became involved in the case when the EY team
10  approached my practice, the QUEST practice in Washington,
11  D.C., to ask for assistance in estimating tax revenues
12  for the City.
13    Q.   And the EY team in Detroit lacked the
14  expertise to estimate taxes themselves; is that correct?
15    A.   I don't know if that was the case.  I think we
16  were recognized as having more extensive experience in
17  doing that.
18    Q.   Is it fair to say that in performing your
19  forecasting, you take data that's existing and then -- at
20  the current point in time, and then you project that data
21  into the future, essentially assuming that the status quo
22  doesn't change?
23    A.   The forecast itself is a forecast of the key
24  drivers in the future, all of which are changing.  So,

R. CLINE

1  the forecast exercise itself is -- what stays the same is
2  the legal parameters of the tax system.  What changes
3  over time is the economics.  What is fixed is the
4  starting point of actual tax collections.
5    Q.   So, in order to conduct an appropriate
6  forecast, the policies and economics should change over
7  time to accurately account for events as they unfold?
8    A.   That's not correct.  The policies in the form
9  of tax parameters under current law remain consistent --
10  constant over the forecast period.  It was the economics
11  that changed.
12    Q.   Okay.  Are there activities by the City that
13  change over time, or do you assume that all activities by
14  the City remain fixed and constant?
15    A.   What do you mean by "activities" of the City?
16    Q.   Well, one activity is collection -- you know,
17  collection practices.  You know, there are other
18  activities that the City engages in that might affect
19  revenue -- tax revenue, correct?  Other than the legal
20  framework, there are activities the City engages in that
21  can impact tax revenue, correct?
22    A.   Are you talking specifically about collection
23  activities?
24    Q.   Well, my question is broader.  I'm just trying

R. CLINE

1  to give you an example so you get an idea of what I'm
2  talking about. Why don't we take it one at a time, okay?
3  **A.   Okay.**
4  Q.   Collection activities certainly can impact tax
5  revenues over time, correct?
6  **A.   Correct.**
7  Q.   There are other activities that the City can
8  engage in that may impact tax revenues, correct?
9  **A.   You will have to be more specific. What type**
10 **of activities are you describing?**
11 Q.   Well, if the City, for example, banned
12 businesses from the City, that would certainly impact tax
13 revenues, correct?
14 **A.   The local economy will be affected by the**
15 **provision of City services, by the overall economic**
16 **outlook for the city, all of those are factors that**
17 **affect -- will affect our economic forecast, if they**
18 **affect the private sector economy.**
19 Q.   Okay. So, there are many activities,
20 including the activities by the City that can impact the
21 economics that you use in forecasting into the future,
22 correct?
23 **A.   I think that's correct.**
24 Q.   And what are some of those things that can

R. CLINE

1  impact the economics?
2  **A.   I believe I may have just mentioned a few of**
3  **those examples. Anything that affects land use, that**
4  **affects general perception of the viability of the**
5  **private sector in Detroit. Anything that affects the**
6  **private sector economy would in theory have an influence**
7  **on our tax forecast for the City.**
8  Q.   Okay. Did you look at historical data
9  regarding utility users' tax collections?
10 **A.   We were aware of the most recent data on**
11 **actual collections in the City of Detroit.**
12 Q.   Has the City successfully increased utility
13 user tax collections in recent years?
14 **A.   I believe in the last few years, just prior to**
15 **our forecast period, we were seeing decreases in utility**
16 **tax collections.**
17 Q.   You're not offering an opinion on the causes
18 of Detroit's fiscal problems, correct?
19 **A.   I'm not.**
20 Q.   You're not offering an opinion that Detroit
21 can increase taxes, correct?
22 **A.   I am not offering an opinion about tax policy**
23 **changes in the City of Detroit.**
24 Q.   And you're not offering an opinion that

R. CLINE

1  Detroit can't pay its creditors more, correct?
2  **A.   I have no comment on that issue.**
3  Q.   I'm going to hand you a copy of your report
4  that I'll mark as Exhibit 4, just so you have it in front
5  of you, okay?
6  **A.   Okay.**
7  **(Cline Exhibit 4 was marked for identification.)**
8  BY MR. SMITH:
9  Q.   You've got a copy of your report in front of
10 you?
11 **A.   Thank you. I do.**
12 Q.   Okay. And I just wanted to get that to you so
13 you would have it in case you need to refer to it, okay?
14 **A.   Thank you.**
15 Q.   Can you tell me what the assumptions of your
16 forecasts are?
17 **A.   For all tax types?**
18 Q.   Why don't we go tax by tax. For the income
19 tax, what are the assumptions that you make?
20 **A.   It may be helpful just to reiterate what is in**
21 **the report in terms of our approach. Total individual**
22 **income tax revenues mathematically equal number of**
23 **taxpayers times average taxable income times the tax**
24 **rate.**

R. CLINE

1  **And our estimating methodology was to look at**
2  **each three of those components separately. Because**
3  **Detroit has differential tax rates depending upon whether**
4  **you are a resident or a non-resident, we actually**
5  **estimate individual income tax bases and taxpayers for**
6  **those who are residents of Detroit and work in Detroit,**
7  **residents of Detroit who work outside of the city, and**
8  **non-residents who work in the city.**
9  **Then we made assumptions about total**
10 **employment in Detroit, the growth rate of employment in**
11 **the suburbs, population growth in the city, general**
12 **increases in the average taxable base. Those were, on**
13 **the individual income tax side, some of our key**
14 **assumptions.**
15 Q.   Okay. And then for the corporate tax, what
16 are the key assumptions?
17 **A.   I believe our corporate income tax forecast is**
18 **more -- was -- began with the State forecast for the**
19 **years that were available. The State information is more**
20 **limited because the State of Michigan did not have a**
21 **corporate income tax prior to two or three years ago.**
22 **They returned to that tax, so there's too short a time**
23 **series to use the State experience as a foundation for**
24 **the Detroit forecast.**

R. CLINE

So, we used recent experience in Detroit and we used for the longer run forecast information about the expected overall growth of the U.S. economy, because of the limitation on data from the State of Michigan, not having a time series for the corporate income tax.

Q.    Okay.  So, what are the assumptions for the corporate income tax?

A.    All right.

All right.  As we outlined in the report, I'm looking for the specific percentage changes.  Let's see where that -- where they are.  What we did on the corporate income tax is that we began with the State forecast three-year, I believe, period, and we took the percentage growth for the corporate income tax forecast from the State.  If I recall, that may have been running at 3 or 3.5 percent.

Then we recognized that the corporate income taxes in Detroit were growing at a lower, slower rate of growth than for the State, and that had been going on for some time.  We called that our structural adjustment, and we subtracted that from the State forecast to get our forecast for the City of Detroit.

And that adjustment was about a negative 3 percent, tapering down to a negative 2 percent.  And that

R. CLINE

gave us our growth rates for the corporate income tax, and then we extrapolated that into the future, over the 10-year period of time.

Q.    Okay.  So, can you list for me the key assumptions for your corporate tax forecast?

A.    Our corporate tax forecast was based upon recent experience in the rate of growth of the State corporate income tax collections, adjusted downward from recent history of the slower rate of growth in Detroit than in the State.  We applied that going forward outside of the Michigan forecast at a rate that may have been roughly -- I don't see it in front of me here, but it may have been close to a 2 percent rate of growth.

Q.    And all of those are assumptions of your corporate income tax calculation?

A.    In a sense, the entire model is an assumption.  All of these are inputs like the rate of growth of the State corporate income tax, the relationship between the Detroit tax and the State base; all of those were based upon information in the recent past or a snapshot at a point in time, and we did use those parameters and ratios in forming our future forecast for the City of Detroit.

Q.    But all the -- the future forecast is based on a series of assumptions that you made regarding the

R. CLINE

corporate income tax; is that correct?

A.    It's based upon information on actual tax collections as the starting point, and assumed rate of increases in the tax base in the City of Detroit.

Q.    How about the wagering tax: what are the key assumptions there?

A.    As I believe I did discuss earlier, the wagering tax recently had very negative percentage changes from year to year.  That was a result of increased competition from Ohio, and a result of the deep recession in Detroit as well as the rest of Michigan.

In our forecast, we had to decide when that negative impact would start to reverse and perhaps lead to a small, positive growth in wagering taxes.  Based upon what we were seeing around the U.S., we returned the rate of growth to the positive area, .5 percent, and then in a few years, we moved it back up -- we pushed it up to a 1 percent annual rate of growth, which I think is a reasonable expectation for what will happen, because the competition hasn't gone away.  In fact, it probably will increase.  Although the economy is recovering, we think the net effect is about a 0.5 to 1 percent increase in the wagering tax.

Q.    And all of those were assumptions of your

R. CLINE

wagering tax forecast, correct?

A.    Again, they're all inputs in the wagering tax forecast.

Q.    I know.  My question is, I just want a list of the assumptions for the wagering tax forecast.

A.    Yes.  Those -- that -- I've explained where the rate of growth assumptions came from.

Q.    Okay.  So that you're assuming the rate of growth for purposes of your wagering tax calculation, correct?

A.    We're forecasting the rate of growth in wagering tax collections based upon the numbers that we put into the model.

Q.    Okay.  And are those assumptions?

A.    I'm not sure how you distinguish between assumptions --

Q.    Okay.  Well, in your report, don't you list assumptions?

A.    We do have a section that says assumptions.

Q.    Okay.  And can you give me a straightforward answer about what the assumptions are?

MR. STEWART:  Hold on.  Objection.

THE WITNESS:  What page would that be on?

MR. STEWART:  He will tell you what page

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7148-5   Filed 08/27/14   Entered 08/27/14 23:59:24   Page 47 of 120

1          R. CLINE
2    he'd like you to look at.
3          THE WITNESS:  What page do you see the
4    assumption discussion?  If you would --
5    BY MR. SMITH:
6    Q.    Okay.  Without referring to your report, you
7    can't give me the assumptions for any of your analysis,
8    correct?  Is that correct?
9    A.    That is not correct.
10   Q.    Okay.  Well, can you give the assumptions for
11   the wagering tax analysis?  I just want a list of the
12   assumptions.
13   A.    Our starting point is that we knew over the
14   past five years, revenues grew an average of 0.6 percent
15   That's solid history that we knew as the starting point.
16         MR. STEWART:  Objection.
17         THE WITNESS:  Then the question was, what
18   percentage increase do we expect in the foreseeable
19   future over the 10-year forecasting period.
20         The additional information we had is that
21   those collections dropped 4.3 percent in FY 2014.
22   Our history told us that there was about one-half
23   of one percent increase followed by a 4.3% decrease
24   in FY 2014, and the question was do we turn the
25   corner in the forecast, or do we extrapolate a

1          R. CLINE
2    continued significant negative growth rate.
3          Our decision was that the industry was
4    stabilizing and that we'd have another year of a
5    negative 1.0 percent change in FY 2015.  We'd pick
6    up the growth then slightly into the positive area,
7    0.5 percent for two years, followed by a transition
8    to a slightly higher growth rate of 1 percent.  I
9    don't believe we have an annual growth rate above 1
10   percent in the 10-year forecast period.
11   BY MR. SMITH:
12   Q.    Okay.  Why don't we go to page one of your
13   report.
14   A.    Page one?
15   Q.    One, yeah.
16   A.    All right.
17   Q.    Okay.  Do you see at the last sentence?  You
18   say, "The information in this report is presented as of
19   the date of this report and is based upon projections
20   within the fourth amended disclosure statement with
21   respect to the fourth amended plan for the restructuring
22   of debts for the City of Detroit, and such projections
23   were updated as of July 2, 2014."
24         Do you see that?
25   A.    I do.

1          R. CLINE
2    Q.    Okay.  So, are you relying on the projections
3    that have been put together that are referenced there?
4    A.    I believe the numbers that are in the report
5    are consistent with the projections dated July the 2nd,
6    2014.
7    Q.    Okay.  And I'm just asking you, are you
8    relying on those projections, or -- here you say that --
9    you say, "The information in this report is presented as
10   of the date of this report, and is based upon projections
11   contained within those documents."
12         What does that mean?  Can you explain to me?
13   A.    Are you asking if these assumptions are from
14   our report -- our forecast?
15   Q.    No.  I'm asking you -- you said in your report
16   on pages one to two that the information in this report
17   is presented as of the date of this report, and is based
18   upon projections contained within certain documents.
19         Can you explain to me what that means?
20   A.    I believe that means that we updated the
21   forecast for the major Detroit revenues on July the 2nd,
22   2014, and the discussion in the report is drawing upon
23   the results of that exercise.
24   Q.    Okay.  Are you relying on other aspects of the
25   forecast dated July 2, 2014, or just your own work there

1          R. CLINE
2    that you're pointing to?
3    A.    The forecast of tax revenues that we were
4    responsible for completed on July 2nd, 2014, are our
5    revenue estimates.
6    Q.    Okay.  And so that's what you are relying on
7    or you're pointing to?
8    A.    We are reporting the results of our estimates
9    at that point in time.
10   Q.    Okay.  Then on page two, you have a series of
11   paragraphs where you go through and say how all of your
12   projections are reasonable projections; do you see that?
13   A.    I do.
14   Q.    Okay.  Do you agree that they're reasonable
15   projections of the various taxes that you look at, that
16   could differ from yours?
17   A.    I would describe what we did based upon our
18   starting point, our understanding of the underlying
19   economics, to be reasonable projections of what we expect
20   the revenue streams will look like over the next ten
21   years in Detroit.
22   Q.    Okay.  But that wasn't my question.
23   A.    Could you repeat your question?
24   Q.    My question is are there other projections
25   that could be made regarding the revenue streams you

R. CLINE

1  addressed that would also be reasonable projections?
2  A.  There are other projections that you could
3  make if you changed the assumptions.  I would have to see
4  the rationale for the assumptions to kind of judge
5  reasonableness in that sense.
6  Q.  Okay.  But there's some that could be
7  reasonable?
8  A.  It would depend upon what those assumptions
9  are.
10  Q.  Okay.  So, basically, the reasonableness --
11  basically, your determination about the reasonableness of
12  a projection is based upon the reasonableness of the
13  assumptions?
14  A.  I believe that is fundamentally the foundation
15  for doing tax forecasting.
16  Q.  Okay.  And so, in doing your work in tax
17  forecasting, you tried to use your discretion to pick
18  reasonable assumptions so that you could come up with
19  reasonable projections; is that correct?
20  A.  The way I would describe it is that we had to
21  make those assumptions.  There was no choice.  It wasn't
22  discretionary.  We wouldn't have been able to do the
23  forecast without making those key assumptions.  We made
24  those key assumptions based upon the best available

R. CLINE

1  information we had and our perspective on future economic
2  developments in Detroit.
3  We think they are reasonable given what I just
4  described as inputs.  Other people may have different
5  assumptions and come up with different forecasts.
6  Q.  Yeah.  There was no requirement that you use
7  the precise numbers that you picked for your assumptions,
8  correct?
9  A.  We controlled the assumptions that we used in
10  the forecasting model.
11  Q.  Okay.  And in picking the precise numbers for
12  your assumptions, you used your discretion as a tax
13  forecaster to pick assumptions you believe were
14  reasonable, correct?
15  A.  I wouldn't use the word "discretion," no.
16  Q.  Okay.  What would you -- you used your -- what
17  did you do to pick the assumptions; how would you
18  characterize your exercise of your function?
19  A.  I would characterize it as developing a set of
20  assumptions based upon our experience in revenue
21  forecasting, and based upon our understanding of the
22  current status of the City of Detroit from an economic
23  perspective.  We use that information to guide the
24  selection of the forecasting assumptions.

R. CLINE

1  Q.  You don't have any experience doing revenue
2  forecasting for a City, correct?
3  A.  I do not.
4  Q.  And you don't have any experience doing
5  economic forecasting for Detroit, correct?
6  A.  Not prior to this study.
7  Q.  Are there any economic forecasts for Detroit?
8  A.  In the past, I have used forecasts for the
9  City of Detroit.  When we started looking at this in
10  2013, we could not find updated forecasts for the City of
11  Detroit.
12  Q.  Okay.  So, there are no updated forecasts for
13  the City of Detroit that would -- that could be used in
14  doing a forecast such as you're doing here, correct?
15  A.  There may be, but we did not find them or use
16  them in our analysis.
17  Q.  Okay.  So, because you didn't have Detroit
18  data, you had to use Michigan data; is that correct?
19  A.  I think the correct answer is we had a lot of
20  Detroit data.  We have all there is to know about tax
21  collections in the City of Detroit we had very detailed
22  information on the flow of commuters across the border in
23  Detroit.  We had detailed information on the labor market
24  conditions in the City of Detroit.

R. CLINE

1  What we did not have was an economic forecast
2  of the future in Detroit.
3  Q.  Okay.  So, because you didn't have an economic
4  forecast for the future for Detroit, you had to look at
5  information for the State of Michigan; is that correct?
6  A.  We did use as a starting point, in addition to
7  the data that we had for the City of Detroit, we used the
8  most recent consensus forecasts for the state economy,
9  and then related that to the City of Detroit.
10  Q.  So, is part of what you are doing in your
11  forecast extrapolating statewide data for Michigan and
12  trying to use it to do some forecasting for Detroit?
13  A.  That was one of the steps in the process.
14  Q.  Okay.  And who are the people that had done
15  the prior Detroit forecasts that were not updated, if you
16  can recall, or what were they?
17  A.  I believe in the past, I had used economic
18  forecasts for the City of Detroit from one of the banks
19  in the City of Detroit.  I believe they stopped doing
20  that revenue forecast -- systematic revenue forecast.
21  Q.  Do you recall which bank it was?
22  A.  I don't recall which bank it was.
23  Q.  When you say in the past you had used a
24  revenue forecast for Detroit by one of these banks, what

1           R. CLINE
2 do you mean "in the past"?
3     A.    I don't believe I said that.  I said we used a
4 forecast of the economy of Detroit from a bank.
5     Q.    Yeah.  When?  I'm just trying to figure out in
6 what context.
7     A.    It may have been ten years ago.
8     Q.    Was that when you were at the State of
9 Michigan?
10    A.    Began when I was at the State of Michigan.
11    Q.    Okay.  So, when you did economic forecasting
12 at the State of Michigan, you used economic forecasts for
13 Detroit that were available at the time, but they're no
14 longer available today, so you can't use them, correct?
15    A.    Part of your statement is not correct.
16    Q.    Okay.  Why don't you explain what is correct.
17    A.    When we were doing the State revenue forecast,
18 the State economic forecast that then was led into the
19 State revenue forecast, we did not use a forecast of the
20 City of Detroit economy.
21          It is what you would call block recursive.  We
22 start at the top with Michigan, and then we would have
23 gone down to Detroit, but we did not do separate
24 forecasts for the Detroit economy when I was tax research
25 director in Michigan.

1               R. CLINE
2     Q.    Okay.  So, you didn't personally do
3 forecasting for the Detroit economy, but you had -- but
4 other people in the past have done --
5     A.    Correct.
6     Q.    -- Detroit economic forecasts, correct?
7     A.    Correct.  And I was aware of at least one of
8 those forecasts.
9     Q.    And you had hoped to use the forecasting --
10 the economic forecasting for Detroit when you started out
11 your -- this project here of doing forecasting; is that
12 correct?
13    A.    No, that's not correct.
14    Q.    Well, maybe explain what -- you just knew
15 about it, but you were going to ignore it or why even
16 mention it?  What were you planning to do with it?
17    A.    I was fairly confident it didn't exist.
18    Q.    Oh, okay.  I see what you are saying.
19          So nobody currently, outside of this
20 litigation, tries to do economic forecasting for Detroit;
21 is that fair?
22    A.    I don't know the answer to that question.
23    Q.    As far as you know, though, there's nobody
24 outside of this litigation that tries to do economic
25 forecasting for Detroit, correct?

1               R. CLINE
2     A.    There may be people doing economic forecasting
3 for Detroit.  We did not use or could not find those
4 specific forecasts that we incorporated into our revenue
5 estimating.
6     Q.    Okay.  You searched for, but couldn't identify
7 any economic forecasting for Detroit outside of what's
8 being done in this litigation; is that correct?
9     A.    I think the correct answer to the question is
10 that you have to distinguish between the revenue forecast
11 and the economic forecast.  We did not find a separate
12 economic forecast of the City that we used in our revenue
13 forecast for the City.
14    Q.    Okay.  But you didn't find any economic
15 forecast for Detroit, you couldn't identify one; is that
16 correct?
17    A.    We did not find one that we used in the
18 report, and I'm not sure if I saw one from any source,
19 but I wouldn't say I did a thorough search of every
20 possible source of modeling in Detroit.
21    Q.    Okay.  That's fair.
22          Sitting here today, though, you can't identify
23 any economic forecast for Detroit outside of what's being
24 done in this litigation; is that fair?
25    A.    No, that's not correct.

1               R. CLINE
2     Q.    Okay.
3     A.    The City of Detroit had its ongoing annual
4 consensus forecast.  We were aware of that forecast.
5     Q.    But you didn't use that forecast?
6     A.    We looked at that, but it was not the basis
7 for our revenue forecast.
8     Q.    But in terms of economic forecast, though,
9 there's no economic forecast that you can identify other
10 than what's being attempted in this litigation; is that
11 fair?
12    A.    We were very familiar with the RSQE modeling
13 at the University of Michigan of the state economy.  We
14 spent some time trying to discover if they had a separate
15 Detroit forecast.  They did not.  That would probably be
16 recognized as the single most respectable source of
17 economic forecast in the state, and we did not find an
18 RSQE economic forecast.
19          And so, we were, in a sense, on our own in
20 terms of having to do not only the revenue forecast, but
21 to build it up from a separate economic forecast.
22    Q.    Okay.  And whether it's Michigan State or any
23 other source, you can't identify even today any -- any
24 economic forecasting that's been done for Detroit outside
25 of what's being done in the litigation: is that correct?

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

R. CLINE

1
2    A.   Do you have a time period attached to that?
3    Q.   Well, I thought you had said that there is no
4    Detroit economic forecast that's current, is that true,
5    that you can identify?
6    A.   We could not find a current forecast, a
7    current being in 2013, when we began the exercise.  We
8    did not find a current forecast for the City of Detroit,
9    an economic forecast, that we could base -- use as the
10   starting point for our analysis.
11   Q.   Okay.  Over on page six of your report, you
12   have a figure at the bottom of the page for the ratio of
13   Detroit employment as a share of Michigan employment, and
14   you say that it's declining at an average rate of
15   minus .85 percent; do you see that?
16   A.   I do.
17   Q.   What mathematical formula was used to
18   calculate the negative .85 percent?
19   A.   You see that on page seven, the straight line
20   regression equation is summarizing that relationship.
21   Q.   Okay.  So, you just did a straight-line
22   through data from 1990 through 2012?
23   A.   I believe that time period is correct.  As you
24   note in the diagram, that's a fairly tight fit for a
25   straight-line relationship because that decline in the

R. CLINE

1
2    ratio of Detroit employment to state employment had been
3    going on for that entire length of time, and it was
4    fairly close to a straight-line relationship.
5    Q.   And -- but the number for the ratio of
6    Michigan to -- or Detroit employment to Michigan
7    employment would change depending on what time period you
8    used, correct?
9    A.   That is correct.
10   Q.   And in fact, during the period that you looked
11   at, there's some periods where that ratio would be
12   positive, if you looked at them, correct?
13   A.   That is correct, but the purpose of this
14   calculation was to derive what we describe as a long run
15   structural relationship, a long run decline of the
16   relative size of employment in Detroit versus the state.
17   We needed a long period of time to understand how that
18   was unfolding and what the relationship looked like.
19   So, we couldn't fit it to isolated segments of
20   that total period of time.  We would have had a different
21   concept if we did.  We were after the long run structural
22   change.
23   Q.   And do you agree that 20 years is a long
24   period of time?
25   A.   I do.

R. CLINE

1
2    Q.   And if you had looked at the period from 1999
3    to 2012, the number that you came up with would be much
4    different for Detroit employment as a share of Michigan
5    employment, correct?
6    A.   It would have been a different number, but it
7    would have only been half of a trend that I believe we've
8    identified in this diagram.
9    Q.   Okay.  And so, the number that you obtained
10   for the ratio of Detroit employment to share of Michigan
11   employment could change dependent on what decade you look
12   at and the length of the particular time frame you look
13   at, correct?
14   A.   It would.
15   Q.   And it could be positive during some periods
16   of time, correct?
17   A.   It is difficult looking at Figure 1 to
18   identify what period of time subset to this time span
19   would give you a positive number.  I don't see it.
20   Q.   Well, if you looked at a period during the
21   2000s, you probably could get a positive number; is that
22   fair?
23        MR. STEWART:  Objection.
24        THE WITNESS:  I wouldn't read that into the
25   data.

R. CLINE

1
2    BY MR. SMITH:
3    Q.   At any rate, is there any particular basis for
4    picking 1990 to 2012 as opposed to 1980 to 2012, or 1970
5    to 2012 or 2000 to 2012?
6    A.   In revenue forecasting, you want to pick the
7    period of time that you think is most relevant to your
8    forecasting effort going forward.  There's been a
9    significant recession about every ten years in Michigan.
10   Using this period of time, we have picked up
11   probably at least two, if not three recessions, and the
12   positive economic growth that has occurred after the
13   recessions.  We thought that all of those years and that
14   information was relevant for talking about the longer run
15   structural decline of Detroit versus Michigan.
16   Q.   Yeah, what years did the recessions occur?
17   A.   Certainly, 2007 to 2009, 2000 to 2002, and I
18   believe in the early '90s, we may have had a slight
19   recession in Michigan.
20   Q.   And after each of the recessions, Detroit
21   employment as a share of total state of Michigan
22   employment, did better than the historical trend; is that
23   correct?
24   A.   Certainly appears to be the case from the
25   graph.  I would add that 2010 -- 2011, 2012 were periods

R. CLINE

1  before the full impact of the fiscal crisis in Detroit.
2
3  Q.   And there -- I mean somebody could reasonably
4  pick a different time period when they're doing this
5  analysis of Detroit's share -- total state of Michigan
6  employment, correct?
7  A.   Others could certainly choose different time
8  periods.  We felt that this time span was most relevant
9  for the forecast that we were doing.
10  Q.   Okay.  But other people could make different
11  judgments about what time period was most relevant and
12  get different numbers for this figure, correct?
13  A.   That is correct.
14  Q.   The -- did you consider any alternative
15  numbers or time periods when you were doing your
16  forecasting for this number?
17  A.   I believe the person who did the revenue --
18  did the estimates, the regression analysis, may have
19  looked at different time periods.  I don't remember what
20  the results looked like under the alternatives.  It was
21  my decision that this was the range of years that was
22  most relevant for the analysis that we're doing.
23  Q.   Do you know what the actual mathematical
24  formula is for this linear regression relationship?
25  A.   I do.

R. CLINE

1
2  Q.   What is it?
3  A.   I don't know it off the top of my head, but we
4  could provide that.  In fact, I believe it might be in
5  the spreadsheets that we provided.
6  Q.   Okay.  If it's not, where would we -- I mean,
7  do you have other documentation that lays out the
8  mathematical formulas you used to calculate some of
9  these?
10  A.   I believe it is in some of the documents that
11  are related to the trial.
12  Q.   Okay.  So, you believe that there are physical
13  documents that contain the mathematical formula?
14  A.   I do believe that.
15  Q.   Okay.  The -- over this time period, you
16  looked at the ratio of Detroit share of total state of
17  Michigan employment as not constant, correct?
18  A.   Correct.
19  Q.   Your forecast assumes that that ratio will
20  remain constant for the next 10 years, correct?
21  A.   Would you repeat the question?  Which ratio
22  are you referring to?
23  Q.   Does your forecast assume that the City of
24  Detroit's share of total state of Michigan employment
25  will remain constant throughout the forecast period?

R. CLINE

1
2  A.   No.  I believe our forecast implies a
3  continuous decrease in the ratio of employment in Detroit
4  to employment in the state.
5  Q.   And historically there hasn't been a
6  continuous decrease in the ratio of Detroit's share of
7  total state of Michigan employment, correct?
8  A.   I believe Figure 1 would refute that
9  statement.
10  Q.   The numbers for Detroit -- Detroit's share of
11  total state of Michigan employment, they vary by year,
12  correct, in Figure 1?
13  A.   Figure 1 shows that in 1990, the ratio was
14  8.66 percent.
15  Q.   Yep.
16  A.   In 2012, it's 6.97 percent.
17  Q.   And so it changes by year, correct?
18  A.   Correct.
19  Q.   But in your forecast, the ratio declines at a
20  constant rate: is that correct?
21  A.   I believe that's a more accurate statement.
22  Q.   Okay.  And historically, the ratio has not
23  declined at a constant rate, correct?
24  A.   That's correct.
25  Q.   It's varied by year, correct?

R. CLINE

1
2  A.   That is correct.
3  Q.   In projecting the -- or in ascertaining the
4  various numbers that you used in your report, did you
5  look at different periods of time for historical data, or
6  was it a uniform period of time from 1990 to 2012?
7  A.   In doing all of our revenue forecasts, we were
8  continuously searching over history as well as history of
9  economics, history of actual tax collections, to find
10  what we thought was the best information that was most
11  relevant for our current revenue forecast.
12  So, we certainly have in our various Excel
13  spreadsheets much longer time series of data, for
14  example, the relationship between employment in Detroit
15  and employment in the state.
16  Q.   Okay.  Depending on the particular number in
17  your report, it would be based on different historical
18  time periods: is that fair?
19  A.   The background information we looked at to do
20  our revenue forecast may have used different time periods
21  for different taxes, different histories of actual
22  collections, for example.
23  Q.   And did you also use different time periods
24  for different numbers used to generate, for example, the
25  income tax?

Pages 201 to 204

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 7148-5   Filed 08/27/14   Entered 08/27/14 23:59:24   Page 52 of 120

R. CLINE

1    MR. STEWART:  Objection.
2    THE WITNESS:  As I mentioned, our tax
3    revenue forecast for the individual income tax
4    begins with the actual tax collections.  I think it
5    was 2013 preliminary.  We didn't have to use
6    history or pick a time period for the actual
7    starting point of our revenue estimate.  What we
8    had to choose was expected rates of growth in the
9    future over the next 10 years.  To provide us with
10   information to choose those growth rates going
11   forward, we looked back in time at history to the
12   extent that it helped us.
13   BY MR. SMITH:
14       Q.   Okay.  But like, for example, look at Figure 1
15   compared to Figure 2.  You look at different time periods
16   for the growth rates of the City of Detroit and Michigan
17   employment compared to the Detroit share of total state
18   of Michigan employment, correct?
19       A.   That's correct, because the time period was
20   determined by the question we were trying to answer.
21       Q.   Okay.  So, for the various inputs in your
22   model, you look at different time periods; is that fair?
23       A.   We chose time periods that we thought were
24   most relevant for the parameter or the question we were

R. CLINE

1    trying to answer.
2        Q.   Okay.  And so, there are a number of
3    parameters in your model that -- on which you base your
4    assumptions or calculations upon different time periods;
5    is that fair?
6        A.   I would say that is correct, and you see here
7    two of the types of information that we use in
8    determining our key assumptions.
9        Q.   Okay.  On that chart at Figure 1, would it be
10   fair to say that at various points in time, the City of
11   Detroit's share of total state of Michigan employment is
12   higher than you've assumed in your forecast?
13       A.   It is true in 1990, the share was 8.66
14   percent.  In 2012, it's 6.97 percent.
15       Q.   Okay.  And in between those two periods of
16   time, it went up and down, correct?
17       A.   Trend is pretty clearly down.
18       Q.   But there are periods of time that it was
19   trending upward, correct?
20       A.   Given what I see in the diagram, I'd have to
21   go to the underlying percentage changes.  I see maybe one
22   or two years where they may have been positive, but I'd
23   have to look at the specific numbers to determine what
24   was positive and what was negative.

R. CLINE

1        Q.   Okay.  And as an expert in this case, are you
2    able to explain why the share of Detroit -- Detroit's
3    share of total state of Michigan employment went up or
4    down in particular years?
5        A.   No.  I did not do a detailed examination of
6    the percentage change in each year.  The exercise was to
7    determine the long run trend over, say, a 20-year period
8    of time.  Focus was not on individual year fluctuations;
9    it was attempting to measure a long run structural change
10   that we believe still applies to the City of Detroit.
11       Q.   Okay.  Why would Detroit's share of total
12   state of Michigan employment increase during certain
13   portions of time that you looked at?
14       A.   They may have -- it may have happened because
15   some of the economic activities in Detroit were growing
16   faster than they were -- than other activities were
17   throughout the state.
18       Q.   You haven't done any analysis to figure out
19   what activities there were during those historical
20   periods when Detroit was successfully growing its share
21   of employment compared to the state, correct?
22       A.   No, we did not.
23       Q.   On page seven, you say, "A comparison of more
24   recent changes in employment in Detroit and Michigan

R. CLINE

1    indicates that Detroit employment has not recovered at
2    the same rate as Michigan employment coming out of the
3    last two recessions."
4        Do you see that?
5        A.   I do.
6        Q.   Did you calculate any relationship regarding
7    the rate of recovery in Detroit versus Michigan.
8        A.   We did, and the results are in Figure 2.
9        Q.   I mean, did you calculate it or did you -- you
10   didn't calculate some number, did you, or did you
11   calculate a number?  Or did you do an assumption?  I'm
12   trying to figure out if it's a calculated value versus an
13   assumed value.
14       A.   All of the values in Figure 2 were calculated
15   from actual data.
16       Q.   And you would agree with me that there's no
17   data or study showing a reinvestment and restructuring
18   initiative like the City is proposing impacts the rate of
19   recovery as you've assumed in your model; correct?
20       A.   I don't know if there are or are not other
21   studies.  We did not use or look for those studies in our
22   analysis.
23       Q.   Okay.  And so, sitting here today, you can't
24   identify any studies showing a reinvestment and

R. CLINE

1
2 restructuring initiative like Detroit's proposing will
3 impact the rate of recovery, correct?
4 **A.   I don't have a specific study.**
5    Q.   Okay.  Can you tell me what mathematical
6 formula was used to calculate the values in Figure 2?
7 **A.   The formula was X divided by Y.**
8    Q.   What is X --
9 **A.   It's the percentage change from year to year.**
10    Q.   How did you calculate the reduction in the
11 rate of lag under the restructuring scenario?  Was that a
12 calculation, or was that an assumption?
13 **A.   I'm not sure what you mean by the lag.**
14    Q.   Okay.  You say that there's a delay in
15 recovery in Detroit that you are depicting in Figure 2,
16 correct?
17 **A.   I believe the accurate description in Figure 2**
18 **is that the recovery in Detroit coming out of the trough**
19 **of the recession was slower than it was in the state.**
20    Q.   Okay.  Did you -- you say that there were
21 other prior recessions.  Did you do any testing or
22 analysis to determine whether the rate of recovery in
23 Detroit was slower in recessions before 2001?
24 **A.   It was my knowledge of Michigan and Detroit**
25 **suggested that they tended to move fairly close together**

R. CLINE

1
2 **in prior recessions, both going down and coming out.  I**
3 **did not go back and look at the last 30 years or 40 years**
4 **of recessions in Michigan.  I didn't think it was**
5 **relevant for this exercise.  I do think this recent break**
6 **is an important one because it does reflect the fact that**
7 **there is now, I believe, a significant difference in the**
8 **ability of the City of Detroit to recover versus the**
9 **State of Michigan.  I believe Figure 2 is a pretty clear**
10 **indication of that.**
11    Q.   That's based on data from one recession,
12 correct?
13 **A.   That's based upon data from two recessions.**
14    Q.   Okay.  There are other recessions where you
15 would agree with me that Detroit has recovered at a
16 comparable rate to Michigan; is that correct?
17 **A.   It would be my impression that there was a**
18 **closer correlation between changes in Detroit and changes**
19 **in Michigan in earlier recessions.**
20    Q.   You haven't calculated those numbers, though,
21 correct?
22 **A.   I have not.  I didn't think they were relevant**
23 **for this forecast exercise.**
24    Q.   Okay.  Do you know what the causes in the rate
25 of recovery that you say exist between Detroit and the

R. CLINE

1
2 state of Michigan are?
3 **A.   I don't have a detailed explanation of this**
4 **break.  It certainly has something to do with the overall**
5 **structure of the Detroit economy as well as the effects**
6 **of the fiscal crisis in Detroit.**
7    Q.   There's no study or analysis that would
8 explain or support your theory that there's a more
9 delayed recovery in Detroit than in the state of Michigan
10 for structural reasons, correct?
11 **A.   I think Figure 2 provides a pretty solid**
12 **foundation for reaching that conclusion.**
13    Q.   But there's no study that says there's any
14 causal relationship between anything in Detroit and a
15 delay in recovery compared to the rest of the state?
16 **A.   I don't know of any specific studies.**
17    Q.   And the only person that's claiming that
18 there's anything -- any kind of structural difference
19 that's leading to a delay in recovery in Detroit compared
20 to the state of Michigan is you, correct?
21 **A.   I don't know that's the case, no.**
22    Q.   Can you identify anybody else other than
23 yourself --
24 **A.   I have not.**
25    Q.   -- that's saying that there's some kind of a

R. CLINE

1
2 structural reason for delay in recovery between Detroit
3 and Michigan?
4 **A.   I have not, but I wouldn't conclude that means**
5 **it's not out there.**
6    Q.   Okay.  But sitting here today, you can't
7 identify anybody other than yourself that's voiced that
8 opinion, correct?
9 **A.   I do not have a specific study that you could**
10 **refer to as a source that would go beyond the**
11 **documentation of what has actually been happening.  It's**
12 **not a theory.  It's, I believe, reality, and I think**
13 **Figure 2 is pretty clear.**
14    Q.   But you can't -- you can't identify the
15 specific cause of this delay in recovery for -- that you
16 outline in your report between Detroit and the rest of
17 the state of Michigan, correct?
18 **A.   What we are attempting to do was to identify**
19 **the break, not to explain the break.  The question for us**
20 **was will it continue in the future, and we determine**
21 **that, yes, for our economic forecast, we think that this**
22 **is another break that needs to be considered when you are**
23 **doing a 10-year revenue forecast for Detroit.**
24    Q.   But you haven't identified the cause of a
25 break between Detroit and the rest of the state, correct?

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

R. CLINE

1
2    A.   We have not tried to analyze the Detroit
3 economy in detail compared to the Michigan economy in
4 detail.
5    Q.   So, you can't tell me whether this
6 unidentified cause will continue into the future or not
7 with respect to the break between Detroit and the state
8 of Michigan, right?
9    A.   I can tell you we have two very significant
10 observations of the existence of the break. I believe
11 the 10-year horizon covered in this diagram is a fairly
12 solid foundation to assume that something fundamentally
13 has changed, and I believe that's a solid foundation for
14 the revenue forecast for a 10-year period.
15    Q.   So, you're assuming in your forecast that the
16 break between Detroit and Michigan with respect to the
17 rate of recovery will continue, correct?
18    A.   In our forecast, we have this structural break
19 continuing, but I believe we taper it down near the end
20 of the forecast period.
21    Q.   Okay. And that's an assumption you're making
22 for your forecast, right?
23    A.   It is an assumption.
24    Q.   And -- but you haven't identified the actual
25 cause to figure out whether the cause is going to

R. CLINE

1
2 continue during the 10-year period, correct?
3    A.   We have not done a detailed study of the
4 cause.
5    Q.   And in fact, nobody has done any detailed
6 study of any cause of this alleged break between Detroit
7 and the state of Michigan in terms of rate of recovery,
8 correct?
9       MR. STEWART: Objection.
10       THE WITNESS: I don't know if that's
11 correct.
12 BY MR. SMITH:
13    Q.   You can't identify any study like that sitting
14 here today, correct?
15    A.   I haven't identified any study.
16    Q.   Okay. When we look at page -- based on the
17 data that you're talking about in Figure 2, do you
18 calculate a -- some kind of value that you use to project
19 the delay in the rate of recovery?
20    A.   Correct.
21    Q.   And how -- what's the mathematical formula you
22 used to calculate that value?
23    A.   It's partly based on the numbers you see lying
24 behind the graph in Figure 2. You can tell that the --
25 if you look at the vertical difference between those two

R. CLINE

1
2 lines, you've got a rough estimate of what that
3 differential looks like. We used the relationship,
4 actual relationships between these two lines to try to
5 come up with an estimate of what that gap looks like.
6    Q.   What's the mathematical formula or technique
7 to get that estimate?
8    A.   It's Y minus X. You look at two percentage
9 changes, look at the difference in those two.
10    Q.   But did you do that throughout the period or
11 at one point in time or what?
12    A.   I believe at that -- for that calculation, we
13 were focusing on this time period covered between 2001
14 and 2012.
15    Q.   But I'm still trying to get what the
16 mathematical calculation was. Obviously, throughout that
17 period there were differences in the degree to which
18 there was a delay in recovery, right?
19    A.   Correct.
20    Q.   Okay. And so, I'm trying to figure out how
21 you calculated a single number based on data underlying
22 Figure 2 for the delay in recovery.
23    A.   I'll have to check the exact mathematics, but
24 I believe what you can see is that we looked at the two
25 periods of time from an expansion, from a recession. We

R. CLINE

1
2 may have averaged those gaps during the expansionary
3 periods.
4    Q.   Okay. But right now, you don't know the exact
5 mathematical --
6    A.   I'll have to --
7    Q.   -- technique used to calculate the delay in
8 recovery, correct?
9    A.   I know the exact mathematics used to calculate
10 it. I don't remember precisely which years went into
11 that averaging.
12    Q.   Okay. Is it possible that not all the years
13 depicted in Figure 2 went into that calculation?
14    A.   As I mentioned, I believe we were focusing on
15 the recovery periods, not the recession. You notice that
16 in the recession, '8, '9, they moved closely together.
17 The break is in the expansion, the recovery from
18 recession, not in going down into the recession.
19    Q.   Okay. So, you don't know which recovering
20 years you used in generating the value for the delay in
21 rate of recovery, correct?
22    A.   I'm pretty certain we used the recovery years.
23    Q.   But you don't know which years those are?
24    A.   I believe they were the years that you see
25 here in the graph.

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

1              R. CLINE
2    Q.    Which are what years?
3    A.    **From 2001 through 2008, from 2010 through**
4    **2012.**
5    Q.    Are there written documents that lay out the
6    mathematical formula in the calculation of the recovery
7    rate?
8    A.    **I believe there are Excel spreadsheets that**
9    **have the data in them.**
10   Q.    But as far as the mathematical formula that
11   was used to calculate the numbers, is that laid out
12   anywhere in written documents?
13   A.    **I don't know the answer to that. I'm not sure**
14   **if it was identified separately or not.**
15   Q.    Who did the actual calculation of the recovery
16   rate; was that you or somebody else?
17   A.    **I supervised the calculation of that rate.**
18   Q.    Who calculated the recovery rate?
19   A.    **One of my staff members.**
20   Q.    Do you know which one?
21   A.    **I believe I do.**
22   Q.    And who was that?
23   A.    **Katie Ballard.**
24   Q.    Okay. But certainly, you don't lay out the
25   mathematical formula in your report that was used to

1              R. CLINE
2    calculate the recovery rate, correct?
3    A.    **We calculated the gap --**
4    Q.    Well --
5    A.    **-- between those two lines.**
6         MR. STEWART:  Don't interrupt his answer.
7         THE WITNESS:  I'm sorry.
8         MR. STEWART:  No, no.  Finish your answer.
9         MR. SMITH:  It's the mathematical
10   formula --
11        MR. STEWART:  No, no, no, no.  He finishes
12   his answer first.
13        MR. SMITH:  I think he did finish.
14        MR. STEWART:  No, you interrupted him.
15   Please finish.
16        THE WITNESS:  We looked at the difference
17   in the percentage changes between Michigan and
18   Detroit coming out of two recessions, two recent
19   recessions.  We saw that going down into the trough
20   they tended to track closely.  Coming out, in the
21   recovery, there has been a definite lag with
22   Detroit not rebounding as quickly as the state, and
23   we built that into our 10-year revenue forecast.
24   BY MR. SMITH:
25   Q.    Okay.  Can you write down the mathematical

1              R. CLINE
2    formula for me that you used to calculate the recovery
3    rate?
4    A.    **In fact, I can tell you what the formula is.**
5    **X equals the percentage change in Detroit employment --**
6    **Michigan employment minus the percentage change in**
7    **Detroit employment.  That is the formula.**
8    Q.    Okay.  For which years?
9    A.    **For the years of economic expansion coming up**
10   **out of a recession.**
11   Q.    Which are which specific years?
12        MR. STEWART:  Objection.
13        THE WITNESS:  As I indicated, I believe
14    they're the gaps that you see --
15   BY MR. SMITH:
16   Q.    Well --
17   A.    **-- in Figure 2.**
18   Q.    Can you give me years?  Is it 2000 to 2008 or
19   is it some other period of time?  Can you tell me what
20   the period of time is?
21   A.    **I can check for you to see the specific period**
22   **of time.**
23   Q.    Okay.  So, right now, sitting here today, you
24   don't know the period of time that was used in
25   calculating the recovery rate, correct?

1              R. CLINE
2         MR. STEWART:  Objection.
3         THE WITNESS:  I do -- I do not know the
4    exact years.  I know the period of time that was
5    covered in the comparison.
6    BY MR. SMITH:
7    Q.    Okay.  Sitting here today, you don't know the
8    exact years used to calculate the recovery rate, correct?
9    A.    **I can find those years for you.**
10   Q.    But sitting here today, can you tell me what
11   they are?
12   A.    **I do not remember each of the years that were**
13   **included in that comparison.  I do know the data and have**
14   **looked at the detailed data that lies behind these two**
15   **graphs.**
16   Q.    Are there written --
17   A.    **Bars.**
18   Q.    Are there written documents that set forth the
19   detailed data in the mathematical formula used to
20   generate the recovery rate?
21   A.    **It may be in the native format Excel**
22   **spreadsheets that I believe you folks have access to.**
23   Q.    But you don't know one way or the other?
24   A.    **I don't know everything that's in those very**
25   **detailed, complex Excel spreadsheets.**

Pages 217 to 220

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 7148-5   Filed 08/27/14   Entered 08/27/14 23:59:24   Page 56 of 120

R. CLINE

1
2 Q. Okay. So, you don't know everything that's in
3 the spreadsheets that serves as the basis for your
4 projections, correct?
5 A. Not off the top of my head, I do not.
6 Q. Would it be fair to say that the years that
7 are used to calculate the recovery rate and the
8 mathematical formula aren't set forth in your expert
9 report, correct?
10 A. I believe that's accurate.
11 Q. The -- now, for the restructuring scenario,
12 you use a different value for the recovery rate, correct?
13 A. I believe that is correct.
14 Q. And how was that -- was that an assumed value
15 or was that a calculated value?
16 A. That was a calculated value that adjusted that
17 long run historical ratio that we have been discussing,
18 adjusted it to be less negative than we did under the
19 baseline, because our assumption is the economy in
20 Detroit under the restructuring scenario will be stronger
21 than it is under the baseline.
22 Q. But can you give me -- was there a
23 mathematical formula that was used to calculate the
24 recovery rate in the restructuring scenario -- or was --
25 A. No. It was our assumption about how the

R. CLINE

1
2 relationship changed.
3 Q. Okay. So, the recovery rate in the
4 restructuring scenario is an assumed number, not based on
5 a mathematical calculation, correct?
6 A. It is an important assumption in the estimate
7 that we made.
8 Q. Okay. And there's no scientific study that
9 you can point to to support the rate of recovery in the
10 restructuring scenario, correct?
11 A. Let me perhaps be clear about what I'm
12 describing. On page 12 in the report, I had switched to
13 the longer run forecast. Going back to -- all right. It
14 looks like it's listed under point C on page 12. You can
15 see that we did bring down that longer run structural
16 decline in Detroit versus Michigan to a smaller negative
17 number.
18 I believe in the restructuring forecast we
19 have eliminated this cyclical adjustment that you saw in
20 Figure 2. We are assuming that the impact of
21 restructuring would overcome what that negative
22 adjustment was that we saw in Figure 2. So we have
23 removed it in the restructuring scenario.
24 Q. There's no study or data you can point to
25 showing that restructuring would remove that -- the

R. CLINE

1
2 effect of that cyclical adjustment, correct?
3 A. Our assumption is that that cyclical
4 adjustment reflected all of the conditions that led to
5 the fiscal crisis in Detroit, that the restructuring
6 activities of the City of Detroit would reverse that
7 negative additional factor, and the City would return to
8 the longer run relationship with state growth in
9 employment, but with a slightly negative and less
10 negative structural -- long run structural adjustment.
11 Q. But there's no study or data that supports or
12 demonstrates that the cyclical adjustment should be
13 eliminated and you should decrease the restructuring
14 value from .85 to .5, correct?
15 A. I think it's correct to say that that cyclical
16 adjustment factor is one that we estimated on our own
17 based upon recent history in the relationship between
18 Detroit and Michigan, and we removed the adjustment that
19 we created when we went to the restructuring scenario.
20 Q. But there's no study or data showing that
21 restructuring will remove the cyclical adjustment,
22 correct?
23 A. We have no additional or independent study
24 that quantifies the overall impact on the city economy
25 from all of the activities that are under the umbrella of

R. CLINE

1
2 restructuring.
3 Q. Okay. So, the answer is yes, you have no
4 study or data supporting removal of the cyclical
5 adjustment in the restructuring scenario, correct?
6 A. That's not quite correct. We have history
7 which we have relied upon, we have history of the break
8 between Michigan and the state -- state of Michigan and
9 Detroit from 2001 to 2012. We have the history of the
10 longer run structural decline of Detroit relative to the
11 city -- to the state, and we made the assumption that
12 that cyclical adjustment we made in the baseline forecast
13 was not going to continue under the restructuring
14 scenario.
15 It's not as though there was no basis for our
16 assumption. It is based upon what we have seen in recent
17 history. It is our assumption that that negative --
18 second negative impact would be reduced, if not
19 eliminated, under the restructuring scenario.
20 Q. The City of Detroit has never undertaken a
21 restructuring and reinvestment like it's proposing in the
22 bankruptcy, correct?
23 A. I don't know about prior discussions in
24 Detroit. I haven't been following those.
25 Q. So, you have no idea -- I mean, you can't

R. CLINE

1 point to any previous instance where the State engaged in
2 restructuring or reinvestment, correct?
3 **A. For the City of Detroit?**
4 Q. Yeah.
5 **A. I am not aware of any, and that's why there's**
6 **no study we can rely upon to determine the factors.**
7 Q. Precisely. There's no study or data that
8 shows that the cyclical adjustment that you assume is
9 going to go away in the restructuring scenario actually
10 will go away, correct?
11 **A. I believe it is a reasonable -- thinking about**
12 **what's unfolding in Detroit, I believe that that cyclical**
13 **adjustment we saw in Figure 2 is related to the economic**
14 **weaknesses and the fiscal crisis in Detroit. I believe**
15 **it is reasonable to assume that if those issues are**
16 **addressed, that the private sector could respond in a**
17 **strong -- with a stronger rates of growth. I think it is**
18 **a reasonable scenario over the next 10 years with**
19 **restructuring.**
20 Q. Okay. I'm asking about studies or data.
21 There's no studies or data showing that the cyclical
22 adjustments related to the fiscal crisis in Detroit,
23 correct?
24 **A. This is a unique situation that isn't in**

R. CLINE

1 history, so there are no studies that would answer your
2 question.
3 Q. And so, there's no study or data showing that
4 engaging in restructuring or reinvestment to alleviate
5 the fiscal crisis will eliminate the fiscal adjustment,
6 correct?
7 **A. You're correct that I do not know of any study**
8 **that deals specifically with that issue.**
9 Q. Okay. Page eight, population growth rate.
10 You've got -- can you tell me what
11 mathematical formula was used to calculate the population
12 growth rate referenced on page eight?
13 **A. I cannot tell you what methodology SEMCOG used**
14 **for its population projections.**
15 Q. Okay. Did you do any alteration of SEMCOG's
16 population projections?
17 **A. We did in forecasting the individual income**
18 **tax collections.**
19 Q. Okay. Can you tell me the mathematical
20 formula you used to adjust or change SEMCOG's population
21 projections?
22 **A. We used add factors, which could be plus or**
23 **minus percentage changes, for different components of the**
24 **population, which were not forecasted by SEMCOG. As you**

R. CLINE

1 remember, in terms of our methodology, we had to look at
2 residents who work in the City of Detroit, residents who
3 work outside of the City of Detroit, and people who live
4 in the suburbs and work in Detroit. Those are all
5 subsets or not, in one case, even in the population
6 numbers for Detroit.
7 So that we had to do separate percentage
8 change estimates for those three components of the
9 taxpayer groups in Detroit.
10 Q. Can you tell me what the add factors were that
11 you used?
12 **A. Well, I believe you see on page nine we have**
13 **got forecast the number of residents employed in Detroit**
14 **will decline at 1 percent a year, less negative 20 to 21,**
15 **and then 0 percent in the last two years.**
16 Q. Okay. And --
17 **A. So -- yes.**
18 Q. Go ahead.
19 **A. No, I was just -- those are the numbers that**
20 **would describe our growth in the number of the taxpayer**
21 **population for residents working in the city.**
22 Q. Those growth rates referenced on page nine,
23 are those assumed values or were they generated by
24 mathematical formula?

R. CLINE

1 **A. They were our assumptions that went into the**
2 **model.**
3 Q. Okay. So, the negative 1 percent decline per
4 year and then the growth rate increase of minus .5
5 percent from 2020 to 2021 and 0 percent in the last two
6 forecast years, those were all assumed and not calculated
7 values, correct?
8 **A. They are assumptions that we used in the**
9 **estimates.**
10 Q. Did you look at different assumptions for
11 those numbers?
12 **A. I believe we may have iterated to the final**
13 **numbers, but I don't have specific runs of all the**
14 **variations that we might have used along the way.**
15 Q. Would it be fair to say for all of the assumed
16 values you used, you tested out different assumed values?
17 **A. I don't think it's accurate to say we tested**
18 **out. I think it's accurate to say that we -- based upon**
19 **additional information we received, we made adjustments**
20 **in these assumptions that we thought align more closely**
21 **with the most recent information available.**
22 Q. Okay. So, for all of the assumed values that
23 form the basis for your forecast, you had used other
24 assumed values at different points in time; is that fair?

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 7148-5   Filed 08/27/14   Entered 08/27/14 23:59:24   Page 58 of
120

1    R. CLINE
2    A.   I don't think that's accurate for all of the
3   key assumptions, but there may have been some --
4    Q.   Okay.
5    A.   -- key assumptions that changed over time.
6    Q.   Okay.  For some of the key assumptions that
7   underlie your forecast, you did use different numbers at
8   different points in time when you were generating your
9   forecast, correct?
10    A.   I would say that is correct, and as I had
11   mentioned before, we certainly changed the starting point
12   for each of our revenue forecasts as we updated the
13   actuals to reflect the most recent information.  That
14   changed continuously throughout this entire period.
15    Q.   In terms of the recovery rate, did you --
16   either under the baseline or restructuring scenario, did
17   you use other recovery rates other than the minus .85 and
18   minus .5 percent?
19    A.   I don't remember specifically.  I do remember,
20   though, that at one point, we may have talked about
21   whether to round the number off to one decimal place
22   instead of using two, but I don't remember specific runs
23   with different values.
24    Q.   Were there other methodologies you considered
25   for trying to generate the restructuring scenario other

1    R. CLINE
2   than using this recovery rate methodology?
3    A.   Well, I wouldn't say that what we did was only
4   using that recovery rate methodology.  That only came
5   into play in getting the total -- the total job number
6   for the City of Detroit, and that was just the beginning
7   point.  And then we had to divide the total jobs into
8   those held by residents, those held by non-residents, and
9   then we had to determine the number of jobs residents
10   held in the suburbs.  All of those involved key
11   assumptions about the rates of growth of those
12   components.
13    Q.   Were there any analyses, though, where you
14   didn't use the cyclical adjustment in your calculations?
15    A.   I believe it was used in the calculation of
16   the total employment rate -- the total job number for the
17   City of Detroit I can certainly check to see if it was
18   used somewhere else.
19    Q.   Well, no, I'm wondering if there was a point
20   in time where you didn't try to do this calculation with
21   the cyclical adjustment rate.
22    A.   I believe I did mention that, as you see in
23   the report, that we went -- when we went to the
24   restructuring scenario, we removed the cyclical --
25   additional cyclical adjustment.  So, yes, we did run a

1    R. CLINE
2   scenario without that, and we -- it is described and
3   included in the restructuring scenario.
4    Q.   Did you ever run the restructuring scenario
5   without removing the cyclical adjustment?
6    A.   I don't -- let me see if I can -- I believe I
7   have to correct your -- to answer your question, I
8   believe you -- would you repeat your question, please.
9    Q.   Did you ever run the restructuring scenario
10   without removing the cyclical adjustment?
11    A.   I believe the right answer is, we did remove
12   the cyclical adjustment.
13    Q.   And I'm asking in the various iterations of
14   your model, did you ever run the restructuring scenario
15   without removing the cyclical adjustment?
16    A.   I don't recall doing that exercise.
17    Q.   Okay.  Back to the figures on page nine.  I
18   mean, there's -- is there any rhyme or reason about why
19   you use minus -- minus .5 as opposed to minus .4 or some
20   other value there?
21    A.   I believe there is a structure here that
22   provided us guidance on the likely magnitude of these
23   numbers.  That information included the forecast
24   percentage change in population.  The number of people
25   living and working in Detroit is a function of the number

1    R. CLINE
2   of people who live in Detroit, and it's also a function
3   of the overall rate of growth of employment.
4    Our forecast of those values determine, in a
5   sense, what I would call a reasonable range of values
6   that we plugged in as our key forecasting assumptions.
7   So, these numbers are, in a sense, bound by other
8   parameters that are in our forecast.
9    Q.   So, for each of the assumptions that you plug
10   in your model, there's actually a range of values that
11   you could have plugged into your model: is that fair?
12    A.   It's not an accurate description of the
13   process we used.  We were going for the most accurate
14   point estimate of our revenue.  We did not try to
15   construct a band confidence interval or otherwise around
16   our point estimate, so we did not go through a simulation
17   changing every parameter up by 10 percent or down by 10
18   percent.
19    Q.   For the numbers, though, on page nine, can you
20   tell me why the growth rate increases to minus .5 percent
21   in the specific years, fiscal year 2020 and 2021?
22    A.   That was our assumption about, in a sense, the
23   time it would take before the private sector started to
24   respond.
25    Q.   Okay.  So, that's an assumption and not a

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

R. CLINE

1    calculation, correct?
2    **A.    That is correct, but I would just add that the**
3    **entire forecast is a forecast based upon assumptions.**
4    Q.    Yeah.
5    **A.    If we --**
6    Q.    All of your forecasts in your report are
7    forecasts based on assumptions, correct?
8    **A.    All economic forecasts are forecasts based**
9    **upon assumptions.**
10   Q.    Yeah.  And essentially what you are doing is
11   you're trying to base all of your assumptions on your
12   experience, correct?
13   **A.    I don't believe that is correct.**
14   Q.    Okay.  So there's no mathematical formula for
15   population growth rate that's generating the numbers on
16   page nine, correct?
17   **A.    It is my assumption that the total population**
18   **numbers from SEMCOG have a pretty elaborate underlying**
19   **structure that provided that population forecast.**
20   Q.    But the growth rates that are -- the minus 1
21   percent per year and then minus .5 in fiscal year 2020
22   and 2021 and 0 percent in the last two forecast years,
23   those aren't numbers generated by a mathematical formula,
24   correct?  They're assumptions.

R. CLINE

1    **A.    Could you explain what you mean by a**
2    **mathematical formula?**
3    Q.    Okay.  So, as an expert in this case, can you
4    tell me what a mathematical formula is?
5    **A.    What I'm having trouble with is understanding**
6    **your juxtaposition of the word "assumptions" with the**
7    **phrase "mathematical equations."  I would describe our**
8    **entire Excel model as a model that involves mathematical**
9    **equations.**
10   **We have plugged key assumptions into those**
11   **mathematical equations, and the forecast is a result of**
12   **the combination of all of those factors and all of those**
13   **equations, and all of those assumptions.**
14   Q.    My only question is those figures on page
15   nine, for the growth rate, are not calculated values,
16   correct?
17   **A.    Those values began with history in Detroit,**
18   **recent history.  Actual numbers.  We used those actual**
19   **numbers to calculate ratios that then provided a guide to**
20   **us on possible, probable numbers that would provide us**
21   **with a forecast of the rate of growth of the number of**
22   **residents employed in Detroit.  We then determined what**
23   **those values would be --**
24   Q.    This is really --

R. CLINE

1    MR. STEWART:  Don't interrupt the witness.
2    MR. SMITH:  Yeah, but it's blatant --
3    MR. STEWART:  Don't interrupt the witness.
4    He has to finish his answer.
5    MR. SMITH:  Well, this is really delaying
6    and non-responsiveness.
7    MR. STEWART:  It's because you're asking
8    very poor questions.  Let him finish his answer.
9    MR. SMITH:  What's so poor about asking him
10   whether the three numbers --
11   MR. STEWART:  Answer the question.
12   MR. SMITH:  -- on the page are calculated,
13   can you tell me that?
14   MR. STEWART:  Finish -- finish your answer.
15   MR. STEWART:  Geoff, Geoff, tell me -- you
16   just said that my question was objectionable and I
17   want you to tell me why it's objectionable to ask
18   him if he calculated three numbers in his report.
19   MR. STEWART:  Because he told you your
20   question was ambiguous in the use of mathematical
21   formulas.  He explained to you why.  He explained
22   where they came from.  He explained how he was
23   going about it.
24   MR. SMITH:  Okay.  Where did they come

R. CLINE

1    from, Geoff?
2    MR. STEWART:  You are not allowed --
3    MR. SMITH:  Where did they come from?
4    MR. STEWART:  -- to interrupt his answer.
5    MR. SMITH:  Geoff, you are sitting here.
6    Where did those three numbers come from?
7    MR. STEWART:  Finish your answer.
8    MR. SMITH:  Can you tell me --
9    MR. STEWART:  Finish your answer.
10   MR. SMITH:  -- on the record from what he
11   said today?  Can you tell me where those numbers
12   came from?
13   MR. STEWART:  Are you trying to pick a
14   fight with me?
15   MR. SMITH:  I'm just asking you --
16   MR. STEWART:  Are you trying to pick a
17   fight with me?
18   MR. SMITH:  There's no fight, but you --
19   your witness has obstructed the deposition, and
20   it's wasting time for everybody here unnecessarily.
21   MR. STEWART:  The witness is doing an
22   excellent job.  The problem is the way you've gone
23   about examining him.
24   Now, you can finish your answer.

R. CLINE

1  MR. SMITH:  Okay.  What's wrong with asking
2  if a witness has calculated three numbers?
3  MR. STEWART:  Finish your answer.  Finish
4  your answer.
5  THE WITNESS:  Based upon ratios that we had
6  calculated mathematically from the recent history,
7  we had to choose the values, specific values that
8  are reported in nine.  We made assumptions about
9  what those values are based upon all of this
10  groundwork that we did, that it did involve
11  mathematical equations, and the entire Excel
12  spreadsheet is in fact a set of mathematical
13  equations.
14  But this was a -- these were key
15  assumptions based upon our best professional
16  judgment of what was likely to happen.
17  BY MR. SMITH:
18  Q.    Okay.  The minus 1 percent, the minus .5
19  percent, and the 0 percent for the employment growth are
20  all key assumptions, correct?
21  A.    Correct.
22  Q.    And those specific numbers were not calculated
23  by a mathematical formula, correct?
24  A.    There is no separate regression equation that

R. CLINE

1  you could use to generate those numbers.
2  Q.    Okay.  Did you ever -- are any of the numbers
3  that you generate based -- generated by time series
4  analysis or not?
5  A.    I have given you several illustrations of
6  numbers that were generated by the use of historical
7  data.  I'm not sure what you mean by time series
8  analysis.
9  Q.    Okay.  You know that there's a specific
10  statistical technique called time series analysis, don't
11  you?
12  A.    I do.
13  Q.    Do you know whether any of the numbers in your
14  report were generated using time series analysis?
15  A.    Time series analysis is basically regressing a
16  variable on itself.  We did not use that simplistic
17  approach to doing the revenue estimates.
18  Q.    Okay.  On page ten, you've got a number for
19  the average wage growth of 1 percent --
20  A.    Yes.
21  Q.    -- for Detroit?
22  A.    That is an assumed number, correct?
23  A.    It's a number.  It's an assumption that we
24  developed based upon our understanding of the

R. CLINE

1  relationship between the economy, in particular labor
2  markets in Detroit, versus the state of Michigan.  We
3  believe that the excess -- that there is excess capacity
4  in Detroit holding down wage growth compared to the rest
5  of the state of Michigan.  We built that differential
6  into our -- the assumptions about our revenue forecast.
7  Q.    Okay.  But the 1 percent wage growth rate is
8  not a calculated number, correct?
9  MR. STEWART:  Objection.
10  THE WITNESS:  It may have been based upon
11  history, recent history in Detroit that involved
12  some calculations.  We do not have a regression
13  equation that would predict the value of that
14  percentage.
15  BY MR. SMITH:
16  Q.    Okay.  So, the wage growth rate is not the
17  result of a mathematical computation, correct?
18  A.    I wouldn't describe it that way.  We started
19  with the Michigan state forecast for wage and salary
20  growth, which in a sense, bounded on the upper end what
21  our assumption could be.
22  Q.    Mm-hmm.
23  A.    And back in 2013, that state rate may have
24  been between 2 percent and 3 percent.  Upper limit, we

R. CLINE

1  knew Detroit couldn't go higher than that.  So, we then
2  reduced it to reflect that relative slack in labor
3  markets, which brought it down below the state rate.
4  Q.    But there's no mathematical formula you used
5  to reduce the wage growth rate so that it was 1 percent,
6  correct?
7  A.    It's our assumption of what that rate is going
8  to be.
9  Q.    Okay.  And so, there's no mathematical formula
10  you used, correct?
11  A.    There's no regression equation that would have
12  generated that number independently of what we did in the
13  forecast.
14  Q.    Or any other mathematical formula?
15  A.    There is math in the background, and the
16  entire Excel spreadsheet is a mathematical set.
17  Q.    Where is the mathematical formula, or why
18  don't you write down the mathematical formula that you
19  used to get 1 percent?  Can you do that for me?
20  A.    All of the calculations, I believe, are in the
21  Excel spreadsheets that you folks have had access to.
22  Q.    But sitting here today, you can't write down
23  the mathematical formula you can't claim was used to
24  generate the 1 percent wage growth rate?

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7148-5   Filed 08/27/14   Entered 08/27/14 23:59:24   Page 61 of 120

R. CLINE

1    R. CLINE
2    A.    I think I've explained the process we went
3    through in choosing that assumption.
4    Q.    That's not my question.  Here's a pen.  Can
5    you write it down on the page?  What's the mathematical
6    formula you used to generate the 1 percent wage growth
7    rate?
8    A.    I believe all of those formulas are sitting in
9    the Excel spreadsheet.  I would have to go back and look
10   at each of those cells to determine what was math in the
11   model and what was the key assumption.  I believe the 1
12   percent was a key assumption that we're responsible for
13   and we had to choose the profile for tapering it down.
14        Or in this case, I guess, to be tapered up or
15   down, but we had -- we controlled the timing of when we
16   altered that rate.  It is a key assumption that we used
17   in the model.
18   Q.    When you say something is a key assumption,
19   that means that it's not being generated by a
20   mathematical formula, correct?
21   A.    No.  It doesn't follow that that's the case.
22   Q.    All right.  But the wage growth rate, that was
23   not generated by a mathematical model, is it?
24   A.    That is correct.
25        MR. BARNOWSKI:  Is it possible to take a

R. CLINE

1    R. CLINE
2    five-minute break?
3        MR. STEWART:  Sure.
4        MR. SMITH:  Sure.
5        THE VIDEOGRAPHER:  Going off the record at
6    3:27.  This is the end of disk number three.
7    (RECESS:  3:27 p.m. - 3:39 p.m.)
8        THE VIDEOGRAPHER:  On the record at 3:39,
9    this is the beginning of disk number four in the
10   deposition of Robert Cline.
11   BY MR. SMITH:
12   Q.    Okay.  Mr. Cline, the 1 percent wage growth
13   rate that you used, you believe is a reasonable rate for
14   City of Detroit, correct?
15   A.    It is the one that we thought was reasonable
16   given the recent economic challenges in Detroit.
17   Q.    And it's the best estimate in your view?
18   A.    It's the estimate that we think is most
19   accurate over the 10-year time period, but as I
20   mentioned, it -- I believe it -- it is, and that's the
21   baseline forecast, 1 percent.
22   Q.    The 1 percent value for wage growth that you
23   used is less than the inflation rate, correct?
24   A.    We don't have a separate inflation rate
25   forecast, so it very is likely to be about or a little

R. CLINE

1    R. CLINE
2    below the rate of inflation, but we don't have a separate
3    inflation forecast.
4    Q.    Okay.  So, it's likely that you're projecting
5    a real wage rate that is either zero or negative growth?
6    A.    I believe that's the implication of the
7    numbers.
8    Q.    Okay.  Page 12 of your report, you mention
9    under the heading, C, the first paragraph there, you say
10   that "The 40-year tax forecast should be considered a
11   simulation of what would happen under the assumed growth
12   rates, not a forecast of what is expected to happen."
13        Do you see that?
14   A.    I do.
15   Q.    And would you agree with me that the 10-year
16   forecast also should be considered a simulation of what
17   would happen under the same growth rates and not a
18   forecast of what is expected to happen?
19   A.    No, I would not agree with that statement.
20   Q.    Why is there a difference between the 10-year
21   and the 40-year forecast?  Is it just the length of time
22   of the forecast?
23   A.    No, it's not.
24   Q.    What's the difference?
25   A.    The difference has to do, I believe, with the

R. CLINE

1    R. CLINE
2    starting point.  As I've emphasized, our entire forecast
3    for the 10-year period of time is solidly grounded in
4    actual tax collections probably through FY '13 for most
5    of the taxes.  We got -- we have the right starting
6    point, and we know what it is.  We then forecasted the
7    expected changes over the next 10-year time period.  It's
8    not really a 40-year additional forecast, it's 30 more
9    years beyond the first 10, is I believe the accurate way
10   to describe it.
11        Going out beyond the first 10, we don't have
12   the actuals as our foundation, and we have moved into a
13   period of time which is outside of anyone's economic
14   forecasting model that I'm familiar with.  Therefore, I
15   think it is accurate to characterize that more as a
16   simulation based upon those assumptions.
17   Q.    And so, would it be fair to say the
18   methodology you used for the 40-year forecast is
19   different from the 10-year forecast?
20   A.    I would interpret the methodology we use for
21   the next 30 years to be different from the first 10-year
22   forecast.
23   Q.    Did you have actual data regarding the wage
24   rates in the City of Detroit?
25   A.    Did -- we had some information, I believe, on

R. CLINE

1    wages and salaries in the Detroit metropolitan area. I
2    believe it may have included Detroit. I don't know if
3    Detroit was stated separately. But remember, what we
4    were trying to get at is the growth in taxable income,
5    not the growth in wages. We're using it as a proxy or as
6    a number to suggest what is happening to the tax base.
7    It's the tax base, not the wages, that are key here.
8        Q.   But you needed to get an accurate measure of
9    wages in order to even be able to use it as a proxy for
10   taxes, correct?
11       A.   Well, I wouldn't overemphasize that length.
12   The tax base itself is a complex combination of earnings
13   which are wages and salaries of employees, earnings of
14   the self-employed, interest dividends and other sources
15   of income. It's the combined influence of all of those
16   factors, all of those components that make up the
17   forecast of the tax -- the tax base, and the change in
18   that tax base over time.
19       So that we were no -- we were not trying to
20   get -- we were not limited to trying to get a forecast of
21   wages specifically; we were trying to forecast the
22   expected growth rate in tax- -- taxable income under the
23   individual income tax.
24       Q.   Page 14, you've got some numbers here for

R. CLINE

1    Detroit employment growth at the bottom.
2        Do you see those? The last paragraph?
3        A.   I do. Yes, I do.
4        Q.   Okay. And you say, "Over this period the
5    assumed structural decline in Detroit employment also
6    wanes, falling in magnitude from negative 1 percent from
7    fiscal year 2014 to fiscal year 2020 to minus .7 percent
8    at fiscal year 2021, and minus .5 percent in the last
9    years."
10       Are those all assumed values?
11       A.   They are assumptions that are some of the key
12   inputs in the model.
13       Q.   When we go over to page 15, "The share of
14   Detroit employment attributable to income tax base A."
15       Do you see that?
16       A.   I do.
17       Q.   Those numbers are assumed numbers as well; is
18   that correct?
19       A.   I believe it is accurate to say that when we
20   were doing these different components of the income tax
21   base, we had actual data from the City on the amount of
22   income for the different groups of taxpayers; residents
23   and non-residents. So, once again, we started with the
24   actual amount in that base, and then we grew it by these

R. CLINE

1    assumed rates of growth.
2        Q.   Okay. So, the rates of growth that you used
3    for the income tax bases in your model were assumed
4    rates: correct?
5        A.   They are our assumptions about what we believe
6    is a reasonable forecast over this period of time.
7        Q.   And the -- at the bottom, you mention that
8    you've assumed the tax rates remain constant, correct?
9        A.   Yes. And we didn't assume that. That is in
10   fact current law. It's not an assumption.
11       Q.   Well, you assume that current law will remain
12   unchanged throughout the forecast period, correct?
13       A.   It's not an assumption we made. It's standard
14   revenue forecasting procedures. You do the forecast
15   under current law.
16       Q.   Okay. You're aware, though, that in the past
17   the income tax rate has been higher than it is under
18   current law, correct?
19       A.   I assume so. It probably was also lower --
20       Q.   Well --
21       A.   -- in the past.
22       Q.   Do you know what it has been?
23       A.   No, I do not. All I know is what current law
24   is, and that's what we used in our model.

R. CLINE

1        Q.   So, you didn't investigate what the income tax
2    rate has been in the past?
3        A.   It's not an issue that was relevant to our
4    forecasting exercise.
5        Q.   Okay. So you didn't investigate it, correct?
6        A.   We didn't address the issue because it wasn't
7    relevant for our revenue estimate.
8        Q.   Page 15, "Wage Growth." You have a 1 percent
9    wage growth rate there again. And then page 16, you have
10   the -- you assume that, in Paragraph 2, that "The
11   restructuring scenario assumes that the number of
12   residents working in Detroit will grow at 50 percent of
13   the rate of total job growth."
14       Do you see that?
15       A.   I do see that.
16       Q.   Your rate of the growth in Detroit residents
17   under the restructuring scenario is an assumption: is
18   that correct?
19       A.   That is an assumption. The assumption is
20   based on the reasoning that with a stabilized City of
21   Detroit, that you will see that all residents of Detroit
22   will benefit from a stronger overall economy, but we have
23   residents working in Detroit growing at a slower rate
24   than the total job growth rate in the city.

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

R. CLINE

2   Q.   But there's no data supporting your assumed
3   job growth rates, correct?
4       A.   It's a forecast of the future, and there is no
5   specific data that tells us what the future will look
6   like.
7       Q.   You also assume that wage growth will be
8   constant in the future: is that correct?
9       A.   I believe we were holding the rate of growth
10  to a constant rate.
11      Q.   And you acknowledge, though, that it's likely
12  that the rate of wage growth will not be constant over
13  the 10-year period you forecast: correct?
14      A.   I would say that is correct.
15      Q.   The page 17 of your report, down at the
16  bottom, you have got zero population growth from 2029 to
17  2033, 22 percent from 2034 to 2043, and then .3 percent
18  annually thereafter.   Are those all assumptions?
19      A.   I will have to check at what year -- I believe
20  it was fiscal year 2029 when we had the -- we followed
21  SEMCOG up through FY 2028, and then we overrode those
22  growth rates and chose the rates that you see in this
23  summary.
24      Q.   Okay.   So, are the rates that we see in the
25  summary of pages 17 to 18 assumed growth rates for those

R. CLINE

2   years?
3       A.   Yes, they are.
4       Q.   Page 18, Paragraph A1, you mentioned that you
5   analyzed recent history of corporate income tax
6   collections data.
7       Do you see that?
8       A.   I do.
9       Q.   What was the period that you looked at there?
10      A.   I may have mentioned that Michigan has only
11  recently returned to a corporate income tax, so we had a
12  very short period of observations there.   I don't know
13  whether it was two or three years.   I would guess maybe
14  it was a three-year period.
15      Q.   And what value of data was that that you were
16  looking at?
17      A.   That was the reported tax collection data,
18  reported by I believe it was the Michigan Treasury
19  Department.
20      Q.   And where did you get that from?
21      A.   I got that from the treasury department.
22      Q.   Is it something that's publicly available?
23      A.   Oh, yes.
24      Q.   Page 18 to page 19, you applied a structural
25  adjustment of minus 3.2 percent in fiscal year 2015 to

R. CLINE

2   minus 2 percent in fiscal year 2020.
3       Do you see that?
4       A.   Yes, I do.
5       Q.   Were those also assumed numbers?
6       A.   Those were assumed numbers, but we have a very
7   solid basis for understanding the dynamics of the net
8   operating losses.   It's received extensive evaluation at
9   the national level.   We know that the legacy of the deep
10  recession is there may be a number of years going forward
11  when firms will be making positive economic profits --
12  positive profits, but not paying taxes because they're
13  carrying forward unused operating losses from the
14  recession.
15      We had to take that into consideration in
16  doing our revenue estimate.
17      Q.   What -- but there's no study or anything like
18  that that gives you the structural adjustments of minus
19  3.2 in fiscal year 2015 to minus 2.0 by fiscal year 2020,
20  correct?
21      A.   I don't have any studies that estimate those
22  particular numbers.
23      Q.   Okay.   The -- if we go back over to page 14, I
24  just want to -- I forgot to raise something.   Detroit
25  employment growth, if we look at the last paragraph there

R. CLINE

2   again.
3       A.   Right.
4       Q.   You have some cyclical adjustments there of
5   minus .7, and then you reduce it to minus .5, and then
6   minus .3, and then finally 0.
7       Do you see that?
8       A.   I do.
9       Q.   Are those numbers assumed numbers, or are they
10  calculated using the mathematical formula?
11      A.   They were numbers based upon the analysis of
12  the data that I talked to you earlier about, from Figure
13  2, for example, that showed that Detroit was lagging
14  behind Michigan in economic recoveries.   We built that
15  lag -- our estimate of that lag into the forecast.   We
16  tapered the lag down assuming that after a period of
17  expansion that differential would be smaller and smaller,
18  and we built that into the forecast.
19      Q.   But were any of those numbers actually
20  calculated numbers?   I mean, the tapering was not a
21  result of calculation.   That was an assumption you made,
22  correct?
23      A.   Again, what do you mean by "calculation"?
24      Q.   Well, there's no calculation that you plug
25  some numbers into a formula and you got minus .5 percent

Pages 249 to 252

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 7148-5   Filed 08/27/14   Entered 08/27/14 23:59:24   Page 64 of 120

R. CLINE

1       R. CLINE
2 from fiscal year 2016 to 2020, correct?
3       A.    We decided on what the time pattern would look
4 like for that adjustment factor. It did not come from an
5 econometric equation, which we did not have a time series
6 on which to base such an equation. So, many of our
7 assumptions are due to the fact not from the absence of
8 an economic model for Detroit; they're based on the lack
9 of a time series long enough to fit the equations that I
10 believe you're referring to as mathematical equations.
11       Q.    Okay. So, you had to assume what the numbers
12 would be in terms of the cyclical adjustment over the
13 time period you examined: correct?
14       A.    We had no choice because the time series was
15 too short to do a mathematical equation or a regression
16 equation to estimate that relationship.
17       Q.    And is that also true of the initial cyclical
18 adjustment of minus .7 percent that you had to assume
19 that?
20       A.    That is correct.
21       Q.    What was the rationale for the tapering
22 that you did, that you assumed in your model?
23       A.    I may have already referred to that, and that
24 is that we saw the opening up of this gap between Detroit
25 and Michigan as the economic recoveries came, started

R. CLINE

1       R. CLINE
2 coming up out of the recessions. Over time, with
3 continued economic expansion, the gap tended to close.
4 We used that insight from recent history to close the gap
5 further out in the forecast period.
6       Q.    Okay. But the data you had available didn't
7 tell you how to conduct the tapering or pick the precise
8 numbers that you assumed in your analysis for the
9 cyclical adjustment, correct?
10       A.    Again, the time series was too short to fit a
11 regression equation that would have predicted
12 automatically from running the regression what the gap
13 closing rate would be.
14       Q.    Okay.
15       A.    That was, by necessity, an assumption that we
16 used in the model.
17       Q.    Okay. So you were forced to pick some numbers
18 to fill in here because you lacked enough data to
19 actually do a mathematical computation: is that fair?
20       A.    No. I wouldn't agree with that statement.
21       Q.    Well, you did -- you personally picked these
22 numbers for the cyclical adjustment during various
23 periods, correct?
24       A.    That is correct.
25       Q.    Okay. And you picked -- you used -- you

R. CLINE

1       R. CLINE
2 picked the numbers because you didn't have enough data to
3 do a time series analysis to do a mathematical
4 computation to calculate numbers that you could use,
5 correct?
6       A.    I would agree that we did not fit a regression
7 equation to that relatively short period of time. If you
8 had done that exercise, you still couldn't use the
9 equation with confidence because you weren't sure -- you
10 wouldn't be sure if you picked up the factors that are
11 most relevant. You can always fit an equation to any
12 number of observations. It doesn't mean because you did
13 that, it is useful in a revenue forecasting exercise.
14       Q.    Okay. And so, as a general principle, just
15 because you can fit some sort of regression analysis on a
16 body of data doesn't mean that it's meaningful in terms
17 of conducting a forecast, correct?
18       A.    That is correct, and in this particular
19 situation, the lack of historic experience with what is
20 going on in Detroit, what data that is available has a
21 relatively short time horizon number of observations, but
22 in addition to that, there is no regression equation that
23 I could imagine fitting that would pick up the
24 institutional details that I think are most significant
25 in our revenue forecast.

R. CLINE

1       R. CLINE
2       You see it in the property tax area. You see
3 it in the wagering area. You see it in the utility area.
4 There are too many institutional parameters changing, or
5 conditions changing for a regression equation to
6 incorporate all of that information.
7       So, you're left with a couple of options.
8 One, you do a regression analysis, and you add dummy
9 variables and add factors by the dozens, which are like
10 our assumptions. Or you take the approach we did, and
11 that is, we wanted to disaggregate all of these complex
12 components into their individual pieces, and deal with
13 each piece separately so we had the ability to
14 incorporate this very specific Detroit institutional
15 information into the calculation.
16       So, it wasn't simply the lack of data or the
17 lack of regressions; it was the inability of that
18 approach, we felt, to give you accurate forecasts. We
19 believe our disaggregated approach in the spreadsheet
20 model gave us a better handle on what the near term looks
21 like in Detroit.
22       Q.    Okay. And you said "disaggregated approach in
23 the spreadsheet model." Are there written documents that
24 reflect how you came about getting those numbers?
25       A.    The entire model has the structure of all of

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

R. CLINE

the steps we went through in our forecast. Every -- to
my knowledge, every line item is identified in those
spreadsheets.

Q.   Okay. The -- would it be fair to say that one
limitation of your forecasting analysis is that you have
limited data with respect to some of these numbers that
you're assuming?

A.   I agree with that. That's the basic challenge
in this forecasting exercise.

Q.   Okay. Is another limitation of your model
that you have limited data regarding the economy
specifically in Detroit?

A.   It is true that we did not have a specific --
what I would describe as independent economic forecast
for the City of Detroit available to us back in 2013 when
we created the spreadsheet model.

Q.   And is that a limitation of your forecast?

A.   It's a reality of the situation we found in
2013.

Q.   Now, I'm just wondering if it's a limitation
of your forecast that you don't have that Detroit
economic data?

A.   It might have been easier if we had a detailed
forecast, but it wasn't available, so it wasn't an

R. CLINE

option.

Q.   Okay. Well, I'm not -- my question isn't
whether it made life easier or not. I'm asking whether
you consider it a limitation of your forecast that you
don't have Detroit-specific economic data?

MR. STEWART: Objection.

THE WITNESS: I don't -- personally, I
would not describe it as a limitation.

BY MR. SMITH:

Q.   Okay. What are some of the limitations of
your forecasting, other than the data limitations that
we've discussed?

A.   There's the normal set of limitations on any
forecasting exercise. For example, determining turning
points, understanding these longer runs' structural
shifts between a state and a local region; the
uncertainties about the long run structural change in the
composition of the Detroit economy. I don't believe
there's anyone that would have predicted 10 years ago
what Detroit looks like today. It would be very
difficult to predict 10 years from now what Detroit will
look like.

But those are limitations that I don't believe
can be overcome by any statistical analysis that I am

R. CLINE

aware of. They're constraints we would all deal with in
doing this type of tax forecast.

Q.   So, one limitation of doing forecasting for
Detroit is the fact that there's so many factors that can
influence the forecast over time?

A.   I would just qualify that by saying there's so
many factors that are changing, that's what provides the
challenges to forecasting. If all of the factors were
constant and unchanged, it's not a problem. It is the
changing nature of the structure, the institutions, the
expectations, and the reality that current data perhaps
in Detroit is not as up-to-date and clean as we would
like it to be, but it is the best that's available.

Q.   And another factor that's -- another
limitation of forecasting in Detroit is the fact
there's -- the data is not as good as you might like it
to be, or as complete?

A.   I believe that our starting point for our
forecast, which is actual revenue collections, I believe
the numbers the City have are solid numbers.
They're going to change between preliminary estimates and
book closing at the end of the fiscal year. But I
believe that we were given fairly good numbers for the
actual tax collections in Detroit.

R. CLINE

Q.   Are there other numbers that you were given,
though, that you believe might be somewhat questionable
or there might be more of a question about?

A.   Well, we have spent a little bit of time
talking about the SEMCOG population projections. Those
are not on the same solid basis as the actual revenue,
most recent revenue collection numbers from the City of
Detroit. So, yes, the data varies in terms of
completeness.

Q.   And so, another limitation of your forecast is
that you had to rely on the SEMCOG population
projections, correct?

A.   I wouldn't describe it as a limitation.

Q.   How would -- what would you describe it as?

A.   I would describe it as the best available
population forecast that we had access to. We could not
have done a better job than they do.

Q.   Have you ever -- in doing tax forecasting for
a city, have you ever relied on state data instead of
city-level data?

A.   Prior to the Detroit project, I haven't done
forecasting for a city.

Q.   Going back to page 16, at the bottom, you say
that -- in the last sentence of the page, you say your

Pages 257 to 260

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 7148-5   Filed 08/27/14   Entered 08/27/14 23:59:24   Page 66 of
120

R. CLINE

1  forecast, "Assumes for the restructuring scenario a
2  slower rate of decline in the population of this group
3  than under the baseline scenario."
4     Do you see that?
5  A.  Yes, I do.
6  Q.  What was the difference in the population rate
7  of decline that you assumed?
8  A.  This is, I believe, the restructuring
9  scenario, and consistent with our overall perspective on
10 the restructuring scenario, we feel that the economy will
11 start to strengthen, there will be positive growth in
12 total employment, and we believe that those people who
13 are residents of Detroit but working outside of Detroit,
14 will still be declining, but at a slower rate as they
15 perceive that the job opportunities in the suburbs are
16 there, and that the city, as a place to live, is more
17 attractive.
18     So, the outward migration or flow of the
19 people who are most mobile would be reduced under this
20 alternative, which is residents of Detroit working
21 outside of the city.
22 Q.  And the slower rate of population decline is
23 an assumption that you made, correct?
24 A.  Yes, it is.

R. CLINE

1  Q.  And do you know what the assumed difference is
2  in the rate of population decline for the restructuring
3  scenario?
4  A.  I don't recall what the specific differential
5  is.  I could check the Excel spreadsheet and let you
6  know.
7  Q.  There's no body of data, though, that tells
8  you what the assumed rate of population decline is in the
9  restructuring scenario as compared to the baseline
10 scenario, correct?
11 A.  There's no body of literature that I know of
12 that deals with the forecast for the situation that
13 Detroit faces, so I'm not aware of any studies that would
14 have given us insight into this issue.
15 Q.  Okay.  The page 19, you assume that -- if you
16 look at that paragraph, number three, the one that's --
17 A.  Okay.
18 Q.  -- got a 3 in front of it on page 19 --
19 A.  All right.
20 Q.  -- it says that you "assume that the State
21 corporate income tax revenues return to a long run growth
22 rate of 3.0 percent".
23     Do you see that?
24 A.  I do.

R. CLINE

1  Q.  That's an assumption, correct?
2  A.  That is an assumption.
3  Q.  And there's no body of data that tells you
4  that the State corporate income tax revenue will return
5  to a long run growth rate of 3.0 percent as opposed to
6  some other rate, correct?
7  A.  As I mentioned earlier, the corporate income
8  tax in Michigan is a new tax.  We perhaps have three
9  years of observations at most on how it's performing over
10 the economic cycle.  And so, no one could fit a
11 regression equation for the actual data, so I do not know
12 of any analyses or study that could have helped us
13 determine what that specific rate is.
14 Q.  And do you know how that 3.0 percent -- it
15 seems pretty precise, 3.0 percent:  do you know how that
16 number was selected?
17 A.  I know we selected that number by looking at
18 national corporate income tax growth, what limited
19 information we had about Michigan, and that's a number
20 that's in the realm of our very limited but actual
21 experience in Michigan.  But I will add that we happen
22 to -- the experience in Michigan happens to coincide with
23 the end of the deepest recession we've had in decades.
24     And to use that information, we would have had

R. CLINE

1  to determine more precisely how Michigan was coming out
2  of the recession, so that again, there wasn't information
3  available for us to pick a specific number.  It wasn't
4  going to be 3.1756.  It was going to be rounded off
5  because it is an assumption about the rate of growth.
6  Q.  Yeah.  I'm just wondering where that 3.0
7  number came from.
8  A.  It's our estimate of what we think is likely
9  for State corporate income tax rate -- income tax revenue
10 to grow.
11     I will tell you that since the recovery from
12 the recession, across all the states, there's been no
13 growth in the corporate income tax collections, 0.0
14 across all the states since the end of the recession.  I
15 don't think it would be reasonable to assume a very
16 strong rate of growth in corporate profits going forward.
17     We chose 3 percent as a reasonable estimate,
18 despite the recent experience nationally that says there
19 will be no growth in this corporate income tax.  We think
20 Michigan, as it continues to recover, and Detroit, as it
21 continues to recover, will enjoy a slightly higher rate
22 of growth.
23 Q.  But there's no body of data that tells you to
24 pick 3.0 percent rather than 3.1 percent or 3.2 percent,

R. CLINE

2 correct?

3     **A.   I believe I have stated that one body of**

4 **information we looked at was what is happening across the**

5 **states in corporate income tax collections.  It, in a**

6 **sense, said start with zero, and think about whether or**

7 **not Detroit and Michigan would deviate from zero, and**

8 **that's what we did.**

9     Q.   What body of data is that called?

10     **A.   That is U.S. Census of Government State Tax**

11 **Collections by state by fiscal year.**

12     Q.   But that doesn't tell you what to pick for the

13 corporate income tax revenue rate in Detroit, correct?

14 That's not any kind of Detroit data?

15     **A.   Detroit is not operating in isolation from the**

16 **rest of the world.  You need to use the best available**

17 **information in order to do this forecasting.  Michigan's**

18 **experience as a state is too short.  It is logical, then,**

19 **to turn to the experience of all of the states to help**

20 **guide your choice of that growth assumption, and I think**

21 **we used the right database for that.**

22     Q.   Okay.  So, for the corporate growth rate of

23 3.0 percent, you weren't looking at Michigan or Detroit

24 data, you were looking at some other data regarding other

25 states: is that correct?

---

R. CLINE

2     **A.   We did look at Detroit data.  We did look at**

3 **Michigan data.  We then went to national data, and based**

4 **upon all three of those data sets, we made our choice of**

5 **the assumption.**

6     Q.   Okay.  It's an assumption but not a calculated

7 value of 3.0 corporate growth rate, correct?

8     **A.   For that statewide number, we calculated the**

9 **total State corporate income tax collections by year.  We**

10 **formed an index number with the last year of the**

11 **recession as the first year.  We calculated that ratio**

12 **for every year hence for all of the states, and based**

13 **upon that calculation, we know it is 0.0 percent.**

14 **There's been no growth in the aggregate in the U.S., at**

15 **any -- of corporate income taxes since the recovery.**

16     **It seemed like a pretty firm insight or number**

17 **for us to have as a starting point, and then we based our**

18 **estimate on all of that information, but it is our**

19 **assumption, we think a reasonable one, about the expected**

20 **growth rate.**

21     Q.   So, you calculated a zero rate and then you

22 used 3 percent, correct?

23     **A.   We did, correct.**

24     Q.   The wage rate tax, page 23, up at the top of

25 the page, you say "Based on the most recent wage rate tax

---

R. CLINE

2 collection data, these taxes are anticipated to drop

3 minus 4.3 percent in fiscal year 2014," correct?

4     **A.   Correct.**

5     Q.   And then there would be another year decline

6 and minus 1.0 percent in the two years of growth at .5

7 percent, correct?

8     **A.   Correct.**

9     Q.   All of those numbers are assumed numbers,

10 correct?

11     **A.   All of those numbers are the growth rates that**

12 **we have plugged into our forecasting model.**

13     Q.   That are assumed, correct?

14     **A.   All of the inputs that are parameters in the**

15 **model are a combination of current law parameters like**

16 **the tax rate and assumed rates of growth like this growth**

17 **in wagering in Detroit.**

18     Q.   Okay.  And those assumed numbers you use are

19 different than the consensus revenue numbers, correct?

20     **A.   It appears that they are, but remember, that**

21 **in deriving those numbers, we didn't look only at the**

22 **City of Detroit.  We recognized that gambling revenues in**

23 **any particular location or state are being influenced**

24 **heavily by what's going on in neighboring locations.**

25     **We know that the new gambling is coming**

---

R. CLINE

2 onboard in Ohio.  That's a fact.  We know there's perhaps

3 an expansion in gambling across the river from Detroit.

4 The real question is how negative is the temporary impact

5 from those changes.  There's no regression equation that

6 I know of that could answer that question because there's

7 no experience in the City of Detroit in that situation.

8     We think a reasonable way to look at it, and

9 we had actually identified the negative 4 to 4.5 percent

10 decrease in 2014 back in 2013.  We got that right.  And

11 then we allow it to go down one more year, and then start

12 to turn back into the positive range.  There's a real

13 disagreement of analysts out there, whether it will

14 continue down as a significant negative or bounce back to

15 a slightly positive number.

16     Q.   Okay.  So, there's no study or analysis that

17 can tell you what the growth in the wagering tax

18 collection data will be given the potential for

19 competition from these other casinos, correct?

20     **A.   I don't know of any study specific to the City**

21 **of Detroit that has tried to estimate empirically or with**

22 **a regression equation what that differential impact looks**

23 **like.  There are a number of articles that are talking**

24 **about what they think might happen, but they're -- as I**

25 **mentioned, there's real disagreement about what the**

---

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7148-5   Filed 08/27/14   Entered 08/27/14 23:59:24   Page 68 of 120

R. CLINE

1  future, near term, looks like.
3      Q.    Can you tell me what period of time of recent
4  wagering tax collection data you looked at?
5      A.    We went back in time to look at wagering tax
6  collections.  I think we looked at the numbers that are
7  reported in the CAFR for the City of Detroit, looked at
8  that change.  We saw some positives, rates of growth,
9  when Detroit was operating, in a sense, in isolation,
10  without direct competition, defined by geographical
11  limits.
12         More recently, we see the decline in Detroit
13  wagering due to the economy and the deep recession, and
14  we know we're looking at an impact from the competition.
15  In our forecasts, we had to separate out the deep
16  recession that ended from the ongoing competitive impact,
17  and this is our best estimate of what that net effect is.
18      Q.    Okay.  But why does it go to .5 percent at
19  some years and it's minus 1 percent in some years and
20  minus 4.3 percent at another year?
21      A.    I believe the correct way to describe this is
22  that we are moving in the same direction over the entire
23  10-year period of time.  We're not bouncing up positive,
24  down to negative, up to positive.  We are bringing the
25  industry back to what we think is a more stable, long run

R. CLINE

2  growth rate, appreciating the impact of increased
3  competition, allowing it to grow somewhat, perhaps with
4  the level of general spending on wagering.  It's a
5  stabilized world where the competition is there but
6  doesn't continuously eat into the Detroit share.
7      Q.    And you never have done any study of casino
8  competition yourself, correct?
9      A.    Not of competition.
10      Q.    And there's no mathematical formula you're
11  using that governs the change in the rate for the
12  wagering tax revenue over time, is there?
13      A.    No, there's not.
14      Q.    The -- page 25, you use utility users' tax
15  rate -- growth rate of 1.5 percent from 2019 through the
16  rest of the period.
17         Do you see that?  It's in the middle of the
18  page.
19      A.    I do.  I'm trying to remember if we are into
20  restructuring are or we baseline at this point?
21      Q.    I believe it's baseline.
22      A.    Baseline.  I believe you're correct.
23      Q.    Okay.  Is that an assumed number?
24      A.    That's our forecast of the rate of growth.
25      Q.    Okay.  I'm just wondering if it's an assumed

R. CLINE

1  number.
3      A.    Well, again, I know we're using different
4  terminology.  It's our forecasted rate of growth that we
5  used to forecast the revenue collections.
6      Q.    But is it a calculated number based on a body
7  of data, or is it an assumed number?
8      A.    It's a calculated number based upon recent
9  collection experience in Detroit modified by the fact
10  that recent experience in Detroit shows a continuing
11  decrease in these revenue collections, which suggests
12  that there may be challenges to the number that we put in
13  here, but it's the best available information we had at
14  the time we made the revenue estimate.
15      Q.    Okay.  What was the -- what was the
16  mathematical formula you used to calculate the 1.5
17  percent figure?
18      A.    We don't have a mathematical formula that
19  calculated that figure.
20      Q.    Okay.  So that 1.5 percent utility growth rate
21  figure was an assumed number; is that correct?
22      A.    Again, I believe I would use the word
23  forecasted.  You --
24      Q.    I know what terminology I'd use --
25      A.    Right.

R. CLINE

2      Q.    -- but I can't say it on the record.
3         I mean, I'm just trying to get at it
4  there's -- what I'm trying to get as is if there are
5  mathematical formulas generating the number, I want to
6  know what they are.  Isn't that fair?
7      A.    All of the mathematical formulas that we used
8  in the model are contained in the model and visible in
9  the model.
10      Q.    Okay.  When you say visible in the model,
11  you're saying the Excel spreadsheet that's been produced
12  to us?
13      A.    I believe that's correct.
14      Q.    Okay.  So, your understanding is all of the
15  mathematical formulas that are used to generate numbers
16  in your forecast contained in the Excel spreadsheet
17  that's been produced to us; is that your understanding?
18      A.    That's my understanding.
19      Q.    And where did you get that understanding from;
20  did you personally inspect the Excel spreadsheet or is
21  somebody telling you that?
22      A.    I personally reviewed every element in the
23  Excel spreadsheet.  I know when we last touched it that
24  information was embedded in the spreadsheet.
25      Q.    Okay.  When you say "embedded in the

Pages 269 to 272

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 7148-5   Filed 08/27/14   Entered 08/27/14 23:59:24   Page 69 of 120

R. CLINE

spreadsheet," how is it embedded in the spreadsheet?

A. When I saw "embedded," I mean, you can -- it's there, and you can see it when you look for it.

Q. Okay. So, the exact mathematical formulas used to calculate all of the numbers that you use are in the Excel spreadsheet that you produced: correct?

A. I would answer your question yes, but I would qualify it by saying I don't know. I hope so, but I don't know if the analysis behind Figure 2 and the analysis behind Figure 1 is located in those master spreadsheets.

Q. Okay.

A. I'll have to check their location.

Q. Were there other spreadsheets or written documents that might contain the analysis underlying Figure 1 and Figure 2?

A. There may be other spreadsheets that I believe you have -- you had access to that contain some of the elements.

Q. Well --

A. I don't know the -- I haven't gone -- I haven't gone through an inventory to link each of the spreadsheets to determine whether calculation X is only in spreadsheet one or flows into spreadsheet one from

R. CLINE

spreadsheet two. I do believe we've turned over all of those spreadsheets to you folks.

Q. Was there a separate spreadsheet, though, for the analysis underlying Figure 1 in a separate spreadsheet for analysis underlying Figure 2?

A. I'll have to check that.

Q. I mean, who did those analyses?

A. My staff did those analyses.

Q. You mentioned one of them, but I just want to get the names of the people that did those analyses.

A. I don't know who was responsible for each of those pieces. I could try to get the answer to that for you.

Q. Page 26 of your report, you say at the bottom, under Materials Considered, "Mr. Cline also had available to him City officials, advisers and consultants, as well as the expertise of Gaurav Malhotra, Caroline Sallee and the materials they considered."

Do you see that?

A. I do.

Q. Are there any City officials that you can identify that you had available to you?

A. As I mentioned, I believe, earlier, there were several conference calls that I was on that involved

R. CLINE

different City officials. I don't have a listing of the names of those people.

Q. And so, you can't identify the City officials or advisers that you relied on for your opinions, by name, sitting here today?

A. I believe the accurate description is, Caroline Sallee, for example, had a number of contacts with different City officials dealing with the property tax forecast. While I reviewed the Excel spreadsheets for that forecast, I was not involved in each of those phone calls, so that I don't know who those specific individuals were at the City level that were providing her with assistance, for example.

Q. Okay. So, you don't know the identity of the City officials you relied on because you're relying on Miss Sallee, who in turn relied on those City officials?

A. Correct.

Q. The -- over on page 27, it mentions your compensation. You're being compensated at a rate of $754 for actual time you incurred as well as reasonable out-of-pocket expenses.

Do you see that?

A. I do.

Q. And then it says "The fees are subject to a 10

R. CLINE

percent hold-back contingent upon plan confirmation by the summer of 2014."

Do you see that?

A. I do.

Q. And as far as you're aware, all of the fees that you are charging are subject to the 10 percent hold-back contingency?

A. I don't know what the details of those arrangements are. I submit my time sheets to Ernst & Young. What happens after that, I don't know.

Q. Okay. That's fair enough.

The -- I think you made it clear several times today that you are not prepared to talk about tax policy as it relates to the City of Detroit, correct?

A. I believe the accurate statement is that I was not asked to nor did I do analysis of alternative tax policies for the City of Detroit, and therefore, I don't have anything to comment on, because we didn't do that work.

Q. Okay. So, you're not offering testimony about the City's tax policy, correct?

A. I think it's pretty clear that I am not doing that.

Q. You're not offering testimony about the City's

Pages 273 to 276

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt Doc 7148-5 Filed 08/27/14 Entered 08/27/14 23:59:24 Page 70 of 120

1    R. CLINE
2  taxing capabilities?
3       A.   What do you mean by "taxing capabilities"?
4       Q.   I guess, what their ability to tax -- you're
5  not offering opinions about whether -- how able the City
6  is to tax or raise taxes or do anything like that?
7       A.   What we did was estimate the amount of revenue
8  we expect the City to collect from the current tax
9  system.  If that's capacity, we did that.  What we did
10 not do was estimate how much higher or lower the taxes
11 would be if the City or the State changed current tax
12 law.
13      Q.   Okay.  So, in order to figure out what the
14 total tax revenue available to the City would be
15 potentially over a 10-year period, somebody would have to
16 do an additional analysis to determine whether there's
17 additional sums that could be raised through taxation by
18 changing the assumptions in your model and then add it on
19 to your forecast; is that fair?
20      MR. STEWART:  Objection.
21      THE WITNESS:  No, I don't think it's an
22 accurate description.
23 BY MR. SMITH:
24      Q.   Why is that?  How would you describe...
25      A.   I believe you talked about changing

1    R. CLINE
2  parameters.  We have to use the language carefully.  Our
3  assumption that our entire revenue forecasting exercise
4  was based on current law means we held current law tax
5  parameters constant.  They're specified in law, and we
6  held them constant.
7       We did not analyze changes in the constants
8  that are under current tax law.  It's not an exercise we
9  did.  It's not an exercise we were asked to do.
10      Q.   No.  It's an exercise that somebody could do
11 if they want to get an idea of the total tax revenue that
12 might be available to the City in the future, correct?
13      A.   It sounds to me like it would be an entirely
14 different exercise from what we were asked to do.
15      Q.   And you're not prepared to testify about what
16 studies might have been done about the City's tax policy
17 or taxing capabilities; is that fair to say?
18      A.   I wouldn't use the word "prepare."  We simply
19 didn't look at the issue, so I can't answer questions
20 applicable to that issue.
21      Q.   Okay.  Well, let me -- here, I'm going to mark
22 a document as Exhibit 5, and you can tell me if you have
23 ever seen this before.
24 (Cline Exhibit 5 was marked for identification.)
25      THE WITNESS:  I am familiar.  Excuse me.

1    R. CLINE
2       Is there a question there?
3  BY MR. SMITH:
4       Q.   Have you seen this document before?
5       A.   I have seen this document before.
6       Q.   And so before your deposition, you were aware
7  that you had been designated for Deposition Topic No. 2,
8  which is the City's tax policy, taxing capabilities, tax
9  revenue assumptions, projections and any studies
10 regarding the foregoing?
11      MR. STEWART:  You're aware -- I don't mean
12 to interrupt your question.  You're aware of the
13 email we sent to Steve Hackney saying that we
14 designated another witness for that?
15      MR. SMITH:  Who have you designated for
16 that?
17      MR. DiPOMPEO:  John Hill.
18      MR. SMITH:  John Hill?
19      MR. STEWART:  John Hill.
20      MR. SMITH:  When was that?
21      MR. DiPOMPEO:  Two weeks ago.
22      MR. SMITH:  Okay.
23 BY MR. SMITH:
24      Q.   So, you didn't do any investigation.  Do you
25 know why you were de-designated from that topic?

1    R. CLINE
2       A.   I do not.
3       Q.   Let me hand you what I'm going to mark as
4  Exhibit No. 6.
5  (Cline Exhibit 6 was marked for identification.)
6  BY MR. SMITH:
7       Q.   Let me know if you have seen this document
8  before.
9       MR. STEWART:  I'm sorry.  Is this being
10 marked?
11 BY MR. SMITH:
12      Q.   Have you seen that document?
13      A.   I don't remember seeing this document.
14      Q.   Okay.  Did anybody ever inform you that the
15 City had approximately 42 million in outstanding income
16 tax receivables?
17      A.   As I mentioned earlier, we did not address nor
18 try to evaluate current collection activities for the
19 individual income tax.  I'm assuming -- well, yes.  These
20 are individual assessments.  We did not examine issues
21 surrounding current assessment practices, if this is the
22 individual income tax.  We did not deal with this
23 information.  We did not use this information in our
24 revenue forecasts.
25      Q.   Okay.

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

R. CLINE

1    (Cline Exhibit 7 was marked for identification.)
2    BY MR. SMITH:
3        Q.    I'm going to hand you what's been marked as
4    Exhibit 7, which is another memorandum.  I just wanted to
5    find out if you've seen this before.
6        A.    I don't know if I've seen this memo.  It looks
7    like it was dated October 2013 which would have been
8    about the time or later than that when we did a revision
9    in our forecast, but I don't remember seeing this
10   particular memo when we did that reestimation of our
11   forecast.
12       Q.    You see that there's some data for income
13   tax -- some forecast for income tax, wagering tax, state
14   shared revenue and utility users' tax?
15       A.    I do see those.
16       Q.    And are the forecasts from Michigan State that
17   are reflected in this memorandum different than your
18   forecasts that you've done?
19       A.    Just glancing at the income tax numbers,
20   the -- before I comment, can you tell me if the income
21   tax figure includes both individual and corporate or only
22   individual?
23       Q.    Well, my assumption is it's only individual,
24   but I didn't write the document, so I don't want to tell

R. CLINE

1    you -- put words in the author's mouth here.
2        A.    I would guess it must be the sum of the two --
3        Q.    Okay.
4        A.    -- given those rates of increase.
5        Q.    Okay.  Do you have any idea whether your
6    forecasts are different?  The wagering forecast we know
7    is different, correct?
8        A.    The income tax forecast I would have to know
9    the disaggregation between the individual income tax
10   piece and the corporate income tax piece to understand
11   how it compares to our two components.
12       Q.    And how about the utility users' tax?
13       A.    Those negatives, I have seen in recent tax
14   collection figures.  I believe that's more negative than
15   our numbers.
16       Q.    Okay.  The -- if you look at the notes on the
17   last page.
18       A.    Yes.
19       Q.    It says that "Wagering tax growth is based on
20   continued improvement in local and national economy."
21           Do you see that?
22       A.    I do.
23       Q.    And do you agree that there's a relationship
24   between the economy and wagering tax growth?

R. CLINE

1        A.    I would agree if all other things were
2    constant, you would see that direct relationship.  The
3    presence of the new competition for gambling in Detroit
4    is not holding all other factors constant.  In fact, it
5    might be the biggest factor determining the future growth
6    rate.
7           So, if that -- that bullet would have to be
8    expanded to say they had also considered wagering tax
9    growth as it would be affected by the increased
10   competition coming from across the border.
11       Q.    And do you agree that as a general matter, as
12   the economy improves, tax revenues should improve in the
13   City of Detroit?
14       A.    Depends upon what the improvement is and where
15   it occurs.
16       Q.    Okay.  I mean, in your model, don't you assume
17   that if the economy improves, that there's going to be an
18   increase in tax revenue?
19       A.    We don't have a simplistic relationship that
20   you're describing, for example, in the individual income
21   tax forecast.  We have three buckets:  Residents who live
22   in the city and work in the city; residents who live in
23   the city and work in Detroit; people who live in the
24   suburbs and work in Detroit.  They pay taxes at different

R. CLINE

1    tax rates, and they're influenced by different economic
2    rates of growth depending upon the geographic location.
3           It's too simplistic a statement to say that
4    things are improving, and therefore, those revenues will
5    increase.  It depends upon where they're improving and
6    the relative change, for example, between the suburbs and
7    the city.  Until I know those relatives, I can't answer
8    that type of simple question.
9        Q.    Do you agree that a significant portion of the
10   revenue from the wagering taxes is derived from people
11   who don't live in the City of Detroit?
12       A.    I haven't looked into the composition of who
13   is wagering in the Detroit casinos.
14       Q.    Okay.  But you would expect that there would
15   be people who live outside the City of Detroit who wager
16   in the Detroit casinos, correct?
17       A.    I expect so.
18       Q.    So, a portion of the wagering tax revenue
19   would be from non-residents of Detroit, correct?
20       A.    That may be the case.  I'm not familiar with
21   any data.  I have not had access to data that would break
22   it down that way.
23       Q.    You have had access that shows that a
24   significant portion of the income tax revenue is derived

R. CLINE

1
2 from people who aren't residents of Detroit, correct?
3 A. And there's a reason for that. That is
4 correct. The reason is that I believe the City has to
5 report to the State that composition of resident and
6 non-resident individual income tax collections. Because
7 of that, we have a time series that identifies those two
8 components.
9 Q. Yeah.
10 (Cline Exhibit 8 was marked for identification.)
11 BY MR. SMITH:
12 Q. Let me hand you what I have marked as Exhibit
13 8, which is a document that I believe you have listed in
14 your report. Have you seen this document before?
15 A. I believe -- you stated that this was in my
16 report?
17 Q. I think it's one of the -- you know, you list
18 documents that you considered. I believe this is one of
19 the documents you list, but I'm just asking you if you
20 have seen it before.
21 A. I certainly was aware of the fact that there
22 was a Brookings report that included Detroit in a broader
23 study. I think there were multiple cities involved. Oh,
24 yeah, it says, Chicago, Philadelphia. I was aware of the
25 fact that Detroit was included.

R. CLINE

1
2 Q. Okay. And I believe in your report, you cite
3 this 10-year population growth figure of .5 percent from
4 1990 to 2000; do you recall that?
5 A. I would --
6 MR. STEWART: Do you want it?
7 THE WITNESS: I'll have to look it up.
8 MR. SMITH: You can look in your report or
9 just say you don't remember. Either way is fine.
10 THE WITNESS: No, I don't -- I don't keep
11 all of those numbers in my head. Was there a page
12 number where you --
13 MR. SMITH: I don't know what the page
14 number was.
15 THE WITNESS: -- were referring to?
16 MR. SMITH: If you don't remember, that's
17 okay, too.
18 THE WITNESS: I wouldn't want to agree if I
19 didn't see the specific number in there.
20 BY MR. SMITH:
21 Q. Okay. Is it fair to say that there are
22 periods of time where Detroit's population growth
23 actually exceeded that of comparable cities?
24 A. I see quite a mixed picture on this table, if
25 that's what we're referring to.

R. CLINE

1
2 Q. Well, for example, in 1990 to 2000, Detroit --
3 Philadelphia's population growth went down by .4 percent,
4 Scranton went down by .3 percent, Syracuse down by .2
5 percent, but Detroit increased population growth.
6 Do you see that?
7 A. Yeah. I see the 4.8 percent for Detroit, is
8 that the number, from 1990 to 2000?
9 Q. Well, there's a 10-year growth of .5 percent.
10 A. Oh, I see. The -- what are -- excuse me.
11 What numbers, then, are listed in the table in the first
12 line for Detroit?
13 Q. Okay. Well, you gave us this document, right?
14 Can you tell me what this document shows?
15 A. I am not familiar with the details of what the
16 numbers are.
17 Q. Okay.
18 A. Personally, I'm not.
19 Q. Okay. Looking at the document, can you tell
20 that Detroit's population growth is -- is exceeding that
21 of comparable cities during certain points in time,
22 whatever numbers you look at in the table?
23 A. Looks to me like it's a fairly mixed story.
24 I'd have to look at it in more detail. Some cities, some
25 years, higher or lower. It varies significantly by

R. CLINE

1
2 period of time.
3 Q. Okay. And so, there's some periods during
4 which Detroit's population growth exceeds that of
5 comparable cities, correct?
6 A. In the past, going back to 1980, it looks like
7 the numbers are indicating that.
8 Q. And Detroit actually grew its population
9 during periods of time where other cities lost
10 population, correct?
11 A. I would say it's a mixed picture. It's true
12 for some cities relative to Detroit, not true for other
13 cities. I'm not sure you can generalize with the
14 statement that -- to document the statement you just
15 made.
16 Q. Well, I mean, if we look at 1990 to 2000,
17 Detroit had positive population growth, correct?
18 A. Yes, as did a number of other cities.
19 Q. And during that same period of time, there
20 were cities that had negative population growth that are
21 comparable, correct?
22 A. It looks like that is correct, but it's not
23 relevant for our forecast that we did.
24 Q. Okay. Well, my question is there were periods
25 of time, decades in which Detroit had positive population

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

R. CLINE

growth where other cities had negative population growth,
correct?

A.   I think it's correct to say that our economic
forecast is not based on a 30-year comparison of multiple
cities from a different world of economics.  Our forecast
is based upon the most recent information about the City
of Detroit, independent of any of these other cities, but
related directly to the forecast for the state of
Michigan.  I don't see the relevance for these numbers in
our revenue forecast over the next 10 years, in the City
of Detroit.

Q.   Okay.  I'm -- that has nothing to do with my
question.  My question is, during a decade of 1990 to
2000, Detroit grew population whereas other comparable
cities lost population, correct?  That's all I'm asking.

A.   As I mentioned earlier, I don't fully
understand these numbers, so I can't comment on what
story they tell.  I did not use these numbers in the
forecast for the City of Detroit.  I did not study the
Brookings report.  I know they were not used in the
forecast that we did.  They may have been used in the
extra 30-year forecast to try to understand how a city
can recover from a period of time when there were
negative growth rates in population.

R. CLINE

I believe that may have been the context for
gathering this information, but I'm not familiar with
that comparison going forward over the next 30 years
using this particular table.

Q.   Okay.  So, even though this table is in your
list of materials considered, you can't tell me anything
about it or explain it at all?

MR. STEWART:  Objection.

THE WITNESS:  I believe we listed there the
information that was considered.  It's not true
that all of this information had the same weight
and was used in all dimensions of our estimates.  I
believe we were trying to identify sources that we
gathered as part of our exercise.

BY MR. SMITH:

Q.   If you look at page 13 of your report, your
report says, "The Detroit metropolitan area grew an
average of 0.5 percent annually between 1990 and 2000
after experiencing decline in population in the previous
decade."

Do you see that?

A.   I do see that.

Q.   Okay.  So, you're specifically relying on this
data in this table in your expert report, correct?

R. CLINE

MR. STEWART:  Objection.

THE WITNESS:  I don't know if that's
correct.

BY MR. SMITH:

Q.   Okay.  You got no idea what it is you're
relying on in your expert report, correct?

A.   Our ex-- -- my expert report provides a summary
of the assumptions and the results from our tax forecast
exercise.

I, at this moment, cannot explain how we used
each piece of this background information in deriving
these assumptions and the final results.  I believe we've
identified information that we considered.  It is not --
does not follow that it influenced our choice of
assumptions in our model.

Q.   Okay.  So, you don't -- you can't explain to
me sitting here today how all of the materials that you
cite and quote from in your report were used in your
analysis; is that fair?

A.   I would say it's fair to say that this
afternoon I could not step through with you a discussion
how each of these tables or documents that you see were
used in each step of our estimating process.  I believe
it is accurate to say that we have shared with you

R. CLINE

information that we considered in doing our revenue
forecast.

MR. SMITH:  Okay.  Why don't we take a
quick break.

THE VIDEOGRAPHER:  Off the record at 4:53.
(RECESS, 4:53 p.m. -5:08 p.m.)

THE VIDEOGRAPHER:  On the record at 5:08.
(Cline Exhibit 9 was marked for identification.)

BY MR. SMITH:

Q.   Mr. Cline, I'm handing you what's been marked
as Exhibit 9.  Could you let me know whether you've seen
this document?

A.   I believe I have seen this document.  I'm not
sure what the source is.

Q.   Okay.  Is it your understanding that there are
differences between the assumptions and numbers in the
Consensus Revenue Forecast by the City and numbers in the
Plan of Adjustment?

A.   Was this a table that was included in the
consensus revenue forecasting materials.

Q.   Well, I can tell you where I got it, not that
that will help, but it's listed on Mr. Hill's list of
documents considered.

A.   I believe -- yeah, I believe it says at the

R. CLINE

1
2    top, "Revenue Consensus and Plan of Adjustment."  I did
3    notice when I was looking at the new consensus forecast
4    that they had a discussion of a comparison of E&Y's
5    numbers to their numbers.  I believe that's what this is.
6        Q.   Well, I'm -- this is -- to me, it's the
7    document that Mr. Hill cites.
8        A.   I didn't prepare it and I must admit, I
9    haven't read it, but I think I did see that they had put
10   together a table in their materials talking about the
11   forecast.
12       Q.   Have you done any investigation to determine
13   whether the assumptions and numbers that the Plan of
14   Adjustment uses are different from the Consensus Revenue
15   Forecast the City put together?
16       A.   No, I have not.
17       Q.   Have you done any analysis to determine
18   whether the numbers and assumptions in the Plan of
19   Adjustment are different than the analysis that you put
20   together?
21       A.   I have carefully reviewed the various tables
22   in the Plan of Adjustment to make sure I could form a
23   crosswalk back to our underlying Excel models.  There are
24   some differences from aggregation.  I think some of the
25   lines on the Plan of Adjustment have aggregated several

R. CLINE

1
2    different revenue sources, so they might differ from the
3    underlying numbers in our Excel spreadsheets.
4            But I believe the Plan of Adjustment has
5    picked up the underlying numbers that are in our latest
6    revenue forecast.
7        Q.   Okay.  Do you -- but sitting here today, you
8    haven't done any analysis to figure out what all of the
9    differences are between the Consensus Revenue Forecast
10   and your analysis; correct?
11       A.   I have not looked at the consensus, the new
12   consensus forecast, in detail.
13       Q.   Okay.
14       A.   I know it exists.  I haven't read it nor
15   studied it.
16       Q.   And is there any reason for that?
17       A.   No, other than at the time we were doing our
18   revenue revisions, we were looking at any changes we knew
19   about from our forecasts and the underlying assumptions
20   that we thought should be updated.
21           Other folks on my team were interacting with
22   the City of Detroit, like Caroline Sallee.  She may have
23   picked up some of the new information from this analysis
24   relative to the property tax, but I did not personally
25   make that comparison.

R. CLINE

1
2        Q.   Do you know whether people from Ernst & Young
3    were attempting to influence the consensus forecast and
4    its conclusions while Ernst & Young was doing litigation
5    work for the City?
6        A.   No.
7        Q.   Do you think it would be appropriate for Ernst
8    & Young to influence the consensus forecast while it's
9    doing litigation work for the City?
10       A.   I have no comment.
11       Q.   You're certainly not willing to say it would
12   be appropriate for Ernst & Young to influence the
13   consensus forecast while it's doing litigation work for
14   the City, correct?
15       A.   I'm not aware of the hypothetical that you're
16   positing.  I'm not sure what you're describing.  I am not
17   familiar with anything relative to that.
18       Q.   And that's not my question.  My question is,
19   would it be appropriate for Ernst & Young to influence
20   the consensus forecast while it's doing litigation work
21   for the City?
22           MR. STEWART:  Objection.
23           THE WITNESS:  I'm not a lawyer.  I'm not --
24   I'm talking about the revenue forecasting
25   information that we provided and the analysis

R. CLINE

1
2    that's covered by my expert report.  I don't want
3    to speculate on other developments and other
4    interactions among any other folks involved in this
5    exercise.
6    BY MR. SMITH:
7        Q.   Okay.  Have you had any involvement with the
8    exit financing that the city is trying to get from the
9    Chapter 11 -- I mean, Chapter 9?
10       A.   I don't know what that concept is.  I believe
11   it's fair to say I'm not familiar with it.
12       Q.   Okay.  Would it be fair to say that there's a
13   lot of aspects of the bankruptcy and the Plan of
14   Adjustment that you're just not -- don't have a
15   familiarity with and can't comment on?
16       A.   I believe I've answered the specific questions
17   that you have posed on the work that we were asked and
18   did for the City of Detroit.  I can't comment or
19   speculate on things I am not familiar with.
20       Q.   Okay.  I understand that, but I'm asking you,
21   it would be fair to say there's a lot of the aspects of
22   the plan that you're just not familiar with, correct?
23       A.   Our responsibility in the QUEST practice of
24   Ernst & Young was to deal with a specific portion of the
25   larger picture, and that's all I'm familiar with.

R. CLINE

Q.   Would it be fair to say that your analysis
here and role in the case is a narrow one?

A.   I'm not sure I understand the term "narrow" in
this context.  I believe this is an important part of the
discussion.

Q.   Okay.  Do you have any publications on tax
forecasting?

A.   Not recently, that I remember.  There may have
been papers that I did back as tax research director in
either Michigan or Minnesota where I talked about
different aspects of the forecasting process.  I used to
attend annually the revenue forecasting section -- the
revenue section of the Federation of Tax Administrators,
FTA.  I made a number of presentations to those meetings
which were meetings of my counterparts in other states
responsible for revenue estimation.  I'm sure there are
PowerPoint presentations that I made in those settings.

Q.   Okay.  But you haven't published any
peer-reviewed studies or other literature on tax
forecasting, correct?

A.   I don't remember any publications I have in
peer-reviewed journals dealing specifically with a
forecast issue.  I could go back in the records, but I'm
not sure I have any of those.

R. CLINE

Q.   Okay.  The -- we talked about how you don't
have any idea of what percent of the corporate income tax
is collected by the City, correct?

A.   100 percent of the corporate income tax, money
in the city, is collected by the City.

Q.   You're saying the collection rate for the
corporate income tax is 100 percent?

A.   No.  I'm saying the City collects the
corporate income tax for the City.

Q.   Okay.  Well, my -- the question is, you have
no idea what the collection rate is for the corporate
income tax, correct?

A.   Consistent with my answers earlier, we did not
analyze separately the collection rates of any of the
taxes we looked at in our forecast, other than an average
collection rate for the property tax forecast.

Q.   Okay.  And so, an increase in -- a significant
increase in the -- an additional revenue from a
significant increase in the collection of the corporate
tax rate, the income tax rate, the wagering tax rate, and
utilities users' tax rate, that's an analysis that you
haven't been asked to perform?

A.   Nor did we do an analysis of changes in the
collection rates for any tax other than the property tax.

R. CLINE

Q.   Okay.  So, if somebody wanted to get an idea
of the magnitude of the additional revenue from
significant increases in collection rates on the various
taxes you look at, they would have to do a separate
analysis and then add that number on to your forecast?

A.   Or they would have to go to someone else who
has done that analysis.  We did not do that analysis.

Q.   Okay.  But it's an analysis that could be done
and then you would just -- that would be additional
revenue to the City, correct?

A.   I would imagine it would depend upon what
specific changes were made in the collection procedures
and processes.

Q.   Okay.  But that would be an additional
analysis that would have to be done to see what impact an
increase in collections would have on the tax revenue
available to the City, correct?

A.   I believe as I've answered, we have estimated
the effect under current law of a forecast of the taxes
expected under current law given our assumptions about
the economics.  Other than the property tax revenue
estimate, we have not built in any separate adjustments
for collection procedures and processes in our numbers.

Q.   Okay.  So, somebody wanting to get a number

R. CLINE

for additional revenue from changes in collection
processes or procedures would have to perform a separate
analysis that you haven't performed, correct?

A.   Or they would have to go to someone who has
done that analysis.

Q.   Okay.  And then they would take those sums and
they would add them to your forecast to get a total
forecast of additional revenue including collections plus
the numbers you forecast for taxes?

A.   That could be, but as I've indicated, there
are a number of revenue sources we were not asked to
forecast.  So, all -- I believe your statement would
apply to any tax forecast that we did not do and were not
asked to do in this -- this analysis; so there would be a
number of dollars falling into that bucket that you would
have to go elsewhere to get revenue estimates for.

Q.   Okay.  So, somebody would have to do a number
of different analyses that included analyses for
increased collection rates and analysis for other taxes
you didn't consider, and other factors in order to get at
the total potential revenue available from taxes for the
City, correct?

A.   I believe that analysis has already been done.
I'm not -- we were not responsible for it.

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7148-5   Filed 08/27/14   Entered 08/27/14 23:59:24   Page 76 of
120

R. CLINE

1
2   Q.   Who did that analysis?
3   A.   I believe the Plan of Adjustment has the
4   numbers that you're describing in it.
5   Q.   Okay.  So, do you think the Plan of Adjustment
6   has numbers for an increase in collection rate?
7   A.   I believe there's a specific line in one of
8   the tables that identifies that.
9   Q.   And are there numbers in the Plan of
10  Adjustment for taxes that you didn't consider?
11  A.   I believe there are summary categories that do
12  include other sources of tax revenue.
13  Q.   And all of that would be additive to your
14  analysis, correct?
15  A.   We did not do those numbers.
16  Q.   Okay.  Can you give me an explanation for why
17  the -- no one asked you to look at increases in
18  collection rates or other taxes other than the ones you
19  looked at?
20  A.   I believe it might have been a logical
21  division of labor that we were asked to do what we do
22  best and have experience in doing.
23  Q.   Do you have any idea of who did the analysis
24  of collection rates?
25  A.   No, I don't.

R. CLINE

1
2       MR. SMITH:  And the other item is we have
3   received some additional documents.  We haven't had
4   a chance to upload that deal with Mr. Cline and
5   Mr. Malhotra, I believe on Friday.
6       MR. STEWART:  All right.
7       MR. SMITH:  So, I just wanted to put that
8   on the record.
9   BY MR. SMITH:
10  Q.   Mr. Cline, are there any areas that you plan
11  to testify about that we haven't discussed?
12  A.   I believe we have been discussing the area
13  that I was responsible for, and that's the preparation of
14  the tax forecast for the tax -- major tax components that
15  you identified earlier in your questioning.
16  Q.   Okay.  And I just want to find out if there's
17  any other area we haven't talked about that you might be
18  planning to testify about at trial?  Or have we covered
19  all of the bases?  That's basically what I want to find
20  out.
21  A.   I don't know the answer to that question.
22  Q.   Okay.  Why don't -- why don't you know the
23  answer to that question?
24  A.   Because I'm not clear what other areas that
25  you might question me about.

R. CLINE

1
2   Q.   Do you have any idea of who did any analysis
3   of taxes other than the ones you looked at?
4   A.   No, I do not.
5       MR. SMITH:  Why don't we take a quick
6   break.
7       MR. STEWART:  Here's the document, and you
8   were right, we did not change it to correct the
9   fact that it's going to be Mr. Hill instead of
10  Mr. Cline.  But Mr. Hill is later in the week, and
11  you --
12      MR. SMITH:  So, Mr. Cline is not prepared
13  to testify on topic 2?
14      MR. STEWART:  Not on 2, no.  We thought we
15  corrected it, but we did not.  Anyway, it will be
16  Mr. Hill.
17      MR. SMITH:  Okay.  So, you want to change
18  it to Mr. Hill now, is that what you are saying?
19      MR. STEWART:  Well, we'll file things
20  formally, but we will just want to make sure you
21  know that's an oversight.  We thought we had fixed
22  it, but it will be Mr. Hill.  We'll put it in an
23  amended document so it's clear in terms of filings
24  what we're doing, but it will be Mr. Hill.  We
25  thought we had disclosed that sometime earlier.

R. CLINE

1
2   Q.   Okay.  But you do know what you're planning to
3   testify about, correct?
4   A.   It's summarized and presented in the report
5   that we have been discussing.
6   Q.   All right.  And that's it, right, what's in
7   the report?
8   A.   I believe that's correct.
9   Q.   Okay.  The -- are you preparing to do any
10  other work to revise your analysis or anything like that
11  before trial?
12  A.   We are not looking at any revisions at this
13  point that I am -- that I am aware of, and I assume we
14  will not be making changes.
15  Q.   Okay.  There was, I think, a plan to have
16  the -- the next CAFR, I think, is about to come out.
17  Does that figure in your analysis at all or not?
18  A.   Well, we would certainly look at it if we were
19  asked to do another round of revisions.  At this point, I
20  am not considering doing that.
21  Q.   I mean, does the -- do you rely on the CAFR
22  for part of your analysis?
23  A.   I think I mentioned in answering earlier
24  questions that the CAFRs have been one source of
25  information, after the fact, as the best estimates of

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

1        **R. CLINE**
2   **actual tax collections.**
3        Q.    Okay.  So, you would kind of test the tax
4   collections against the CAFR and update the -- your
5   analysis with actual values if you were going to update
6   it, which it sounds like you're not going to update it?
7        **A.    We have not been asked at this point in time**
8   **to do new estimates.  If we were, that would be one**
9   **source of information that we would consider.**
10       Q.    Okay.  Okay.  Thank you.
11             MR. STEWART:  Thanks.  Does anyone else
12       have questions?  Anyone on the phone?
13             MR. DiPOMPEO:  Does anyone on the phone
14       have questions?  Is there anyone on the phone?
15       (No response.)
16             MR. STEWART:  We're off.
17             THE VIDEOGRAPHER:  Okay.  Off the record at
18       5:26.  This is the end of disk four, and the end of
19       today's testimony.
20   (CONCLUDED, 5:26 p.m.)
21
22
23
24
25

1
2             CERTIFICATE OF COURT REPORTER
3
4
5             I, Marjorie Peters, Registered Merit
6    Reporter and Certified Realtime Reporter do certify
7    that the foregoing is a true and accurate transcript of
8    the foregoing deposition, that the witness was first
9    sworn by me at the time, place and on the date herein
10   before set forth.
11             I further certify that I am neither
12   attorney nor counsel for, not related to nor employed
13   by any of the parties to the action in which this
14   deposition was taken; further, that I am not a relative
15   or employee of any attorney or counsel employed in this
16   case, nor am I financially interested in this action.
17
18
19   _____
20   Marjorie Peters
21   Registered Merit Reporter
22   Certified Realtime Reporter
23
24
25

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

**A**

**a1** 250:4
**ability** 130:6
132:25 210:8
256:13 277:4
**able** 75:17 157:25
189:23 207:3
245:10 277:5
**absence** 253:7
**accept** 143:11
157:24
**accepted** 10:17
11:14 35:10 90:7
99:4 100:7 137:13
161:12
**accepts** 171:15
**access** 37:15
220:22 240:22
260:17 273:19
284:22,24
**account** 115:2
161:5 176:8
**accounting** 8:25
**accuracy** 28:3
29:24 74:4 142:9
143:8
**accurate** 15:6,17
19:12 35:10 36:25
50:23 63:11,22
64:10 65:13 68:10
68:13,25 69:9,10
69:15,20,25 72:14
106:19 107:3,19
111:19 126:10
142:6,14,24 143:2
203:21 209:17
221:10 228:18,19
229:2 232:12,13
242:19 244:9,15
245:9 246:20
256:18 275:7
276:16 277:22
291:25 306:7
**accurately** 22:22
73:11 75:9 137:21
162:23 176:8
**achieve** 67:20

**acknowledge**
249:11
**acting** 6:23 12:14
**action** 306:13,16
**actions** 93:4 104:10
**activities** 90:10,12
90:20,25 92:18
93:24 94:4 106:4
107:7 108:12
114:24 115:17,20
116:23 152:19
159:6 176:13,14
176:16,19,21,24
177:5,8,11,20,21
207:16,17,20
223:6,25 280:18
**activity** 92:20
125:20 176:17
**actors** 158:11
**actual** 17:12,16,20
19:13 27:6 49:13
60:19,22 61:4
63:13 64:10 65:19
68:15 70:13,21
71:17 74:8,17,22
74:23 75:2 76:18
82:21 83:9 120:3
137:18 168:3,6
169:19 176:5
178:12 183:3
201:23 204:9,21
205:5,7 208:16
213:24 215:4
217:15 234:19,19
244:4,23 246:22
246:25 259:20,25
260:7 263:12,21
275:21 305:2,5
**actuals** 53:11 70:17
74:16 229:13
244:12
**adapted** 145:3
**add** 96:3 101:23
115:19 134:8
153:8,18,24
171:13 200:25
226:23 227:11

233:3 256:8,9
263:22 277:18
299:6 300:8
**added** 73:2 155:10
**adding** 96:8,18
97:4 101:10
102:23 134:2
**addition** 17:24 78:7
78:11 101:11
153:11 192:7
255:22
**additional** 33:9
65:9 72:24 73:2
77:18 96:8 100:2
101:2 103:10
106:11,22 115:19
121:2 154:5 165:6
171:19 185:20
223:7,23 228:20
230:25 244:8
277:16,17 298:19
299:3,10,15 300:2
300:9 303:3
**additions** 154:19
154:24
**additive** 301:13
**address** 111:9
248:7 280:17
**addressed** 108:2
189:2 225:17
**adds** 72:24 73:3
**adjust** 226:21
**adjusted** 182:9
221:16,18
**adjustment** 64:25
121:5,13,20 152:7
152:12 181:21,24
222:19,22 223:2,4
223:10,12,16,18
223:21 224:5,12
225:9,14 226:6
230:14,21,25
231:5,10,12,15
250:25 253:4,12
253:18 254:9,22
292:19 293:2,14
293:19,22,25

294:4 296:14
301:3,5,10
**adjustments**
115:19 123:25
126:12 171:14
225:23 228:20
251:18 252:4
299:23
**administration**
107:18 159:18
**administrators**
297:14
**admit** 293:8
**adopt** 128:6 145:24
157:18,21
**adoption** 97:25
**advantage** 130:10
130:17
**advice** 158:2
**advise** 104:10
**advisers** 274:17
275:5
**advising** 104:9
**affect** 83:21 139:8
160:18 176:19
177:18,18,19
**afternoon** 175:8
291:22
**agencies** 144:10
**agency** 144:8,9
**aggregate** 110:8
266:14
**aggregated** 293:25
**aggregation** 293:24
**ago** 180:22 193:7
258:20 279:21
**agree** 22:13,15 29:9
38:20 58:22 59:10
63:7,11 72:19
80:3 83:8 99:13
124:19 128:5
133:4 137:12
138:7,12 139:19
139:25 140:9,12
143:20 145:20
158:18 159:25
162:19,25 163:7

172:20 173:16
188:14 198:23
208:17 210:15
243:15,19 254:20
255:6 257:9
282:24 283:2,12
284:10 286:18
**agreement** 108:14
**ahead** 32:20 42:10
97:8 127:21
130:15 227:19
**align** 228:21
**allegations** 128:2
**alleged** 214:6
**alleviate** 226:5
**allow** 93:15 95:14
96:2,6,16,25
98:15 99:25
100:13 101:9
120:25 136:13
268:11
**allowed** 236:3
**allowing** 270:3
**alteration** 226:16
**altered** 60:23
241:16
**alternative** 87:21
97:24 100:6
128:24 129:24
138:22 139:11
141:12 142:7
201:14 261:21
276:17
**alternatives** 57:12
84:3 94:7,19
95:11,25 100:17
201:20
**ambiguous** 235:21
**amended** 112:10
112:11 186:20,21
302:23
**amount** 13:20 67:6
79:9 104:24,25
151:19 152:23
153:7 158:9
246:22,25 277:7
**amounts** 61:7 88:7

141:8 148:8 153:9
**analyses** 147:14
230:13 263:13
274:8,9,11 300:19
300:19
**analysis** 7:11 21:13
26:17,22,25 27:18
28:2,13,18 30:9
30:14 32:11,13,25
37:6,9,17 38:23
39:6,7,8,10,11
43:21 44:6,14
57:12,20 58:9,13
58:16 65:23 66:7
66:13,24 86:10
87:21 89:4 90:8
91:20 94:12 97:6
97:9 100:23,25
103:23 104:2
107:6 108:11
114:19 115:9
119:2 120:25
121:23 122:14
123:7 124:16,17
125:10,12 126:16
132:7,9 143:24
148:2,4,11 154:8
155:14,17 185:7
185:11 191:17
197:10 201:5,18
201:22 207:19
208:23 209:22
211:7 238:5,9,11
238:15,16 252:11
254:8 255:3,15
256:8 257:6
258:25 268:16
273:10,11,16
274:5,6 276:17
277:16 291:20
293:17,19 294:8
294:10,23 295:25
297:2 298:22,24
299:6,8,8,9,16
300:4,6,15,20,24
301:2,14,23 302:2
304:10,17,22

305:5
**analysts** 268:13
**analyze** 102:25
122:2,3,8,9 123:2
131:7 134:12
144:15 213:2
278:7 298:15
**analyzed** 89:18
101:11 120:16
122:10,25 250:5
**analyzing** 84:8
**annual** 183:19
186:9 196:3
**annually** 249:18
290:19 297:13
**anomalous** 46:13
46:17
**answer** 14:9,18
18:5 22:5 35:3,17
36:18 37:3 38:6
38:10 40:21 41:17
41:25 42:8,16,18
44:10 47:6 51:23
52:9 53:24 55:2
56:24 58:14 59:21
62:11 66:18 74:25
83:22 85:11,12
87:17 91:13 93:7
95:7 97:12,18
98:22 100:10
101:21 110:17
117:2,10,14
119:16,20,21
124:12,13,15
125:24 127:12,13
127:21 128:10,18
129:20,23 131:12
131:19,22,24
132:2 139:16,17
156:21 163:3
165:21 184:22
191:20 194:22
195:9 205:21
206:2 217:13
218:6,8,12 224:3
226:2 231:7,11
235:5,9,12,15

236:5,8,10,25
237:4,5 268:6
273:8 274:13
278:19 284:8
303:21,23
**answered** 18:25
35:4,16 36:14,15
50:7 66:16 100:5
102:25 139:15
296:16 299:19
**answering** 152:5,14
304:23
**answers** 298:14
**anticipated** 267:2
**anybody** 17:2
28:25 35:13,21,24
36:10 41:2 51:21
52:8 58:12,15
92:7 93:14 106:12
126:18 143:17
147:9 155:16
211:22 212:7
280:14
**anyones** 244:13
**anyway** 302:15
**appear** 19:18,22
112:16
**appearances** 2:1
**appearing** 3:12
**appears** 166:22
200:24 267:20
**applicable** 82:22
137:10 278:20
**applied** 182:11
250:24
**applies** 207:11
**apply** 73:7 300:14
**appointed** 110:16
**appreciating** 270:2
**approach** 138:16
143:14 145:2
158:3 179:22
238:18 256:10,18
256:19,22
**approached** 175:11
**approaches** 158:5
**appropriate** 128:6

143:13 176:6
295:7,12,19
**approximately** 5:9
280:15
**area** 7:3 17:7 59:13
66:25 169:16
183:17 186:6
245:2 256:2,3,3
290:18 303:12,17
**areas** 60:18 303:10
303:24
**arena** 73:7
**arent** 54:18,23 55:3
78:6 127:16 157:3
221:8 233:24
285:2
**arguing** 66:15
**arms** 41:20
**arrangements**
276:10
**arrival** 170:19
**art** 7:22
**article** 149:20,25
151:2
**articles** 48:8
268:23
**ascertain** 43:14,18
44:2,7,15,19
**ascertaining** 204:3
**asked** 15:11,14
30:13 36:13 38:13
39:22 55:5,7 56:6
56:9,12,13 57:11
57:22 58:6,15,18
65:10 73:19 76:4
87:15,19,21,24
88:2 90:18 91:17
94:11,18 95:8,10
96:12 97:23
100:23 103:4,11
103:14 120:14
122:3,7,9,12,15
122:18 123:6
136:17 137:6,8
153:3 155:6,13,17
156:23 276:17
278:9,14 296:17

298:23 300:12,15
301:17,21 304:19
305:7
**asking** 6:15 35:12
41:9 42:6 43:20
46:23 82:5,13,19
91:21 136:25
160:4 164:13
174:14 187:7,13
187:15 225:21
231:13 235:8,10
236:16 237:2
258:4 285:19
289:16 296:20
**aspect** 135:12
**aspects** 7:5,7
187:24 296:13,21
297:12
**assemble** 137:20
138:4
**assert** 143:15
**assess** 20:14
**assessed** 61:8
122:22
**assessment** 89:22
107:15 160:7
280:21
**assessments** 27:16
280:20
**assignment** 103:6
**assistance** 175:12
275:14
**assistants** 142:3
**assisted** 17:21 18:9
**association** 136:8
**associations** 136:14
**assume** 43:20
78:21 84:22
125:21 146:22,24
158:15 161:3
176:14 202:23
213:12 225:9,16
247:10,12,20
248:11 249:7
253:11,18 262:16
262:21 264:16
283:17 304:13

**assumed** 33:22
34:21 35:8 70:9
84:20 85:9 92:25
106:20 183:4
206:13 208:14,20
221:14 222:4
227:24 228:7,16
228:17,23,25
238:23 243:11
246:6,11,18 247:2
247:4,9 249:2,25
251:5,6 252:9
253:22 254:8
261:8 262:2,9
267:9,13,16,18
270:23,25 271:7
271:21
**assumes** 84:7,25
202:19 248:12
261:2
**assuming** 69:6 85:7
88:10 175:22
184:9 213:15
222:20 252:16
257:8 280:19
**assumption** 78:24
115:23 116:3
168:9,14,22,23
169:2,14 170:2,4
170:6,7 173:14
182:17 185:4
208:12 209:12
213:21,23 221:19
221:25 222:6
223:3 224:11,16
224:17 232:22,25
233:18 238:24
239:22 240:8
241:3,11,12,16,18
247:11,14 248:18
248:20,20 252:21
254:15 261:24
263:2,3 264:6
265:20 266:5,6,19
278:3 281:24
**assumptions** 59:10
59:15 60:13,16,24

61:20 62:3 63:4
63:10 67:15,19,22
67:24 68:3,5,8,22
69:16 70:10
138:16 140:2,10
141:9,15,15
143:18 148:6
168:16 172:5,7,8
172:11 173:7
174:3 179:16,20
180:10,15,17
181:7 182:6,15,25
183:7,25 184:6,8
184:15,17,19,20
184:22 185:7,10
185:12 187:13
189:4,5,9,14,19
189:22,24,25
190:6,8,10,13,14
190:18,21,25
206:5,9 228:2,9
228:11,21 229:3,5
229:6 230:11
232:6,9 233:4,8
233:10,12,25
234:7,11,14 237:9
237:16,21 239:7
244:16 246:12
247:6 249:18
253:7 256:10
277:18 279:9
291:9,13,16
292:17 293:13,18
294:19 299:21
**assurance** 2:13
**assured** 2:19 5:20
**attached** 112:16
158:22 163:24
197:2
**attaching** 163:25
**attempt** 70:24
115:9 152:22
**attempted** 196:10
**attempting** 72:20
80:13 207:10
212:18 295:3
**attend** 297:13

**attention** 86:7
**attorney** 306:12,15
**attractive** 261:18
**attributable** 153:24
246:15
**audit** 30:9,13
158:18,24 159:2
159:11,12,14,15
**audited** 159:20
**auditing** 158:22
159:7,22
**audits** 158:13
159:13
**august** 136:6,7
**austin** 3:3 5:22
**authorities** 66:24
**authority** 138:20
161:5,11
**authors** 282:2
**automatically**
254:12
**available** 24:14
26:8 53:8 60:20
62:9,25 63:19
72:8,9,12 77:2,5
79:10,17 80:7,9
80:14 95:5,11
99:5,9 101:16
103:24 104:3,25
105:8 127:6 129:8
134:9,12 135:18
135:19 137:16
141:9 143:13,21
152:24 153:13,24
158:9 180:20
189:25 193:13,14
228:22 250:22
254:6 255:20
257:16,25 259:14
260:16 264:4
265:16 271:13
274:16,23 277:14
278:12 299:18
300:22
**avenue** 1:14 2:5 3:9
5:8
**average** 179:24

180:13 185:14
197:14 238:20
290:19 298:16
**averaged** 216:2
**averaging** 216:11
**avoided** 152:19
**aware** 27:9,13 28:7
32:5 43:16,17,25
43:25 44:4,7,14
44:18,24,25 45:4
45:18,21 46:4
52:10 54:16,17
58:11,19 65:5
87:18,23 88:3
89:8 90:11,23
93:8 111:13
116:19,25 117:2
130:4,7 135:13,14
136:16,25 137:4,5
137:7,8,11 145:13
146:18 147:9,12
150:21,23 151:11
151:17 154:11,20
154:24 156:9
162:21 178:11
194:7 196:4 225:6
247:17 259:2
262:14 276:6
279:6,11,12
285:21,24 295:15
304:13

**B**

**back** 30:9,21 31:5
74:13 79:23 97:17
98:13 99:3 110:5
134:18 145:25
162:22 163:9
167:7,9,12 183:18
205:12 210:3
222:13 231:17
239:24 241:9
251:23 257:16
260:24 268:10,12
268:14 269:5,25
288:6 293:23
297:10,24

**backcast** 75:5
**backcasting** 75:8
**background**
157:25 204:19
240:16 291:12
**badger** 38:7
**badgering** 38:8,11
**balance** 54:15
171:4
**ballard** 18:11
217:23
**ballpark** 31:9
119:5,8
**band** 149:3,7
232:15
**bank** 144:13
192:22,23 193:4
**bankruptcies** 9:5
**bankruptcy** 1:1 5:5
65:2,4,7,11 68:11
68:23 69:8,16
79:23 91:12 92:22
92:23 93:10
110:23 116:21
127:16 128:2
134:23 135:2,7,15
224:22 296:13
**banks** 192:19,25
**banned** 177:12
**barnowski** 2:9
241:25
**bars** 220:17
**base** 87:5 98:2
99:18,22 101:5
106:7 115:18
147:18 180:13
182:20 183:5
197:9 206:4
233:12 245:7,8,13
245:18,19 246:15
246:22,25 253:6
**based** 33:6 47:25
59:11 60:21 62:4
67:16 70:8 71:12
71:17 76:15 80:18
84:2 88:17 98:20
141:12 145:18

146:13 147:17,24
148:24 152:9
154:12 166:17
169:8,12 171:12
173:18 182:7,20
182:24 183:3,15
184:13 186:19
187:10,17 188:17
189:13,25 190:21
190:22 204:17
210:11,13 214:16
214:23 215:21
222:4 223:17
224:16 228:19
233:4,8,9 237:6
237:10,16 238:4
238:25 239:11
244:16 248:21
252:11 253:8
266:3,12,17,25
271:6,8 278:4
282:20 289:5,7
**baseline** 92:13,16
92:20,20,25 93:9
93:11,19,20,25
114:24 116:3,8
138:2 153:3
221:19,21 224:12
229:16 242:21
261:4 262:10
270:20,21,22
**bases** 180:6 247:4
303:19
**basic** 162:15 257:9
**basically** 12:24
75:16 102:9
158:25 162:5
172:3 189:11,12
238:16 303:19
**basis** 51:9 113:22
114:16 154:4,9
196:6 200:3 221:3
224:15 228:24
251:7 260:7
**bates** 164:21
**beelaert** 3:3 5:21
5:21

**began** 61:17,25
180:19 181:13
193:10 197:7
234:18
**beginning** 26:5
85:25 168:3 175:5
230:6 242:9
**begins** 205:5
**behalf** 5:12
**behavioral** 101:5
**believe** 11:11 12:4
14:4 22:22 26:14
26:17,20,21 32:8
35:4,16 36:15
43:8 45:16,17
48:2 50:7,14
51:19 53:21 54:14
59:2,14 60:4,9
62:12 63:2 64:15
72:14,22 77:17,22
78:5 79:12 80:6
84:14 86:12,22
87:13 92:19 97:18
99:7 100:5 102:9
102:20 103:20
105:4 110:6
111:19 115:13
125:13,17 126:21
127:18 129:15
134:17 136:6
137:15,25 139:15
142:6 143:12
145:2 152:6,11,17
152:19,20 156:10
158:21 160:7,8,11
162:23 163:15
166:8,10 173:2
178:3,15 180:18
181:14 183:8
186:9 187:4,20
189:15 190:14
192:18,20 193:3
197:23 199:7
200:18 201:17
202:4,10,12,14
203:2,8,21 207:11
209:17 210:7,9

212:12 213:10,13
213:19 215:12,24
216:14,24 217:8
217:21 219:13
220:22 221:10,13
222:18 225:12,13
225:15 227:13
228:13 230:15,22
231:6,8,11,21
233:14 239:4
240:21 241:8,11
242:13,20 243:6
243:25 244:9,25
245:3 246:20
247:6 249:9,19
250:18 253:10
256:19 258:19,24
259:19,20,24
260:3 261:9,13
265:3 269:21
270:21,22 271:22
272:13 273:18
274:2,24 275:7
276:16 277:25
282:15 285:4,13
285:15,18 286:2
290:2,10,14
291:13,24 292:14
292:25,25 293:5
294:4 296:10,16
297:5 299:19
300:13,24 301:3,7
301:11,20 303:5
303:12 304:8
**believed** 147:18
**benefit** 248:23
**benefits** 7:16
**best** 65:17 67:16
69:19 70:24 72:8
72:9,12 85:5
137:16 143:13
148:23,25 189:25
204:10 237:16
242:17 259:14
260:16 265:16
269:17 271:13
301:22 304:25

**better** 200:22
256:20 260:18
**beyond** 10:25
13:12 16:5 28:14
28:15 45:22 64:13
65:11 147:3
212:10 244:9,11
**biggest** 55:24 283:6
**bill** 7:10 149:22
**bit** 260:5
**blatant** 235:3
**blight** 7:20
**block** 193:21
**board** 21:24 22:9
**body** 169:17
255:16 262:8,12
263:4 264:24
265:3,9 271:6
**bond** 43:8,9
**book** 48:10 259:23
**books** 48:7
**border** 191:23
283:11
**borrowed** 145:2
**bother** 35:13
**bottom** 113:17
114:4 197:12
246:2 247:8
249:16 260:24
274:15
**bounce** 268:14
**bouncing** 269:23
**bound** 232:7
**bounded** 239:21
**break** 6:19 75:18
85:18,20 149:9
174:21,23 210:5
211:4 212:19,19
212:22,25 213:7
213:10,16,18
214:6 216:17
224:7 242:2
284:22 292:5
302:6
**brickell** 3:9
**bring** 222:15
**bringing** 162:22

167:12 269:24
**broader** 176:25
285:22
**brookings** 285:22
289:21
**brought** 98:11,13
240:4
**bucket** 300:16
**buckets** 61:8
283:22
**budget** 10:11,19
11:11 23:15 44:22
49:7 145:12 147:6
148:22
**budgetary** 15:21
15:24 45:9 76:19
147:5
**build** 120:19
196:21
**built** 115:18 218:23
239:6 252:14,18
299:23
**bullet** 283:8
**business** 113:19
114:14 158:3,14
**businesses** 177:13

**C**

**c** 2:5,11,15 3:4 5:8
107:5 113:16
114:3 135:11
175:12 222:14
243:9
**cafr** 269:7 304:16
304:21 305:4
**cafrs** 304:24
**calculate** 17:10
18:14,16 88:16
168:21 169:24
197:18 202:8
208:7,10,11,12
209:6,10 214:18
214:22 216:7,9
217:11 218:2
219:2 220:8 221:7
221:23 226:12
234:20 255:4

271:16 273:6
**calculated** 26:14,16
97:21 153:11
161:16,17,25
162:7,17 168:7
208:13,15 210:20
215:21 217:18
218:3 221:15,16
228:7 234:16
235:13,19 237:3,7
237:23 239:9
252:10,20 266:6,8
266:11,21 271:6,8
271:19
**calculating** 219:25
**calculation** 22:23
88:18 182:16
184:10 198:14
209:12 215:12,16
216:13 217:6,15
217:17 222:5
230:15,20 233:2
252:21,23,24
256:15 266:13
273:24
**calculations** 17:12
17:17 19:4,20,22
50:8 78:20 167:22
167:24 206:5
230:14 239:13
240:21
**call** 40:18,25 42:9
42:12,16 107:17
107:18 171:13
193:21 232:5
**called** 88:16,24
181:21 238:11
265:9
**calls** 126:20,20
274:25 275:12
**camera** 41:19,21
**cant** 11:3 14:21
29:17 38:6 41:8
41:12 47:9 48:8
48:24 51:24 58:15
62:11 69:23 73:15
73:20 76:3 79:25

80:22,25 84:11,19
85:8,11,13 91:13
91:15 94:10 96:16
97:2 98:15 113:8
113:13 116:11
117:8,9 119:8
120:7 125:3
129:25 142:13
151:22 160:21
161:7 179:2 185:7
193:14 195:22
196:23 208:24
212:6,14,14 213:5
214:13 224:25
240:23,24 272:2
275:4 278:19
284:8 289:18
290:7 291:17
296:15,18
**capabilities** 277:2,3
278:17 279:8
**capacity** 53:23
239:4 277:9
**capital** 2:13
**capturing** 41:20
**career** 7:4,9
**careful** 104:13
143:14 157:8
**carefully** 30:6,17
278:2 293:21
**caroline** 18:11
54:21 62:11 110:6
274:18 275:8
294:22
**carrying** 251:13
**case** 1:7 5:6 6:10
11:18,20,22 12:6
13:3 14:17 15:3,8
15:10 19:11 25:8
31:7,16 32:2,10
32:17 40:8 41:2
41:14 42:13 47:20
48:6,12,13 49:15
50:22,25 51:10
53:15 63:2,8 64:7
65:24 66:20 73:18
75:10 77:9 86:10

88:3 91:16 92:22
99:7 102:21
103:19 114:20
116:21 135:3
151:25 156:10
164:10 166:22
167:17 175:9,10
175:16 179:14
200:24 207:2
211:21 227:6
234:4 241:14,21
284:21 297:3
306:16
**cases** 139:3
**casino** 270:7
**casinos** 8:5 22:17
167:11 268:19
284:14,17
**categories** 125:7
159:16,17 301:11
**causal** 211:14
**cause** 212:15,24
213:6,25,25 214:4
214:6
**causes** 126:3
178:18 210:24
**cells** 241:10
**census** 265:10
**certain** 67:6 159:16
187:18 207:13
216:22 287:21
**certainly** 41:13
63:21 71:20 80:8
89:19 105:25
134:18 138:15,23
159:21 167:17
170:10 177:5,13
200:17,24 201:7
204:12 211:4
217:24 229:11
230:17 285:21
295:11 304:18
**certainty** 80:19,22
81:12,15,18 82:3
82:10,25 83:13
84:16
**certificate** 306:2

**certified** 306:6,22
**certify** 306:6,11
**chadbourne** 2:20
5:20
**challenge** 75:16
257:9
**challenges** 86:24
242:16 259:9
271:12
**chance** 73:3,6
303:4
**chances** 73:10
**change** 61:14 63:10
67:24,25 68:3,6
69:4 70:6,10,11
78:25 79:3 81:4
81:19 84:16 85:7
93:2,5 97:25 98:2
99:11 101:6
109:23 110:6
120:20 121:6,14
121:19 123:17,21
130:6 139:5,20
140:6,6,8,16,22
141:4,10,15
143:17 175:23
176:7,14 186:5
198:7,22 199:11
207:7,10 209:9
219:5,6 226:21
227:9 231:24
245:18 258:18
259:22 269:8
270:11 284:7
302:8,17
**changed** 60:13,16
60:21,25 61:5,18
61:19,21,25 62:3
62:15 68:3,5,22
69:8,16 79:8
81:21 82:8 148:12
166:16 176:12
189:4 213:13
222:2 229:5,11,14
277:11
**changes** 35:14
60:22 61:12 62:7

62:23 63:3,4,6
69:5,12,13,19
71:6,10,13 79:12
79:15,21 80:3,6,8
81:6 84:22,25
86:23,25 87:5
99:14 107:15
109:20 113:7,11
113:15 116:9
122:8,9 126:14
129:5 138:9
139:23 140:2,9
144:2,2,3 146:13
148:7 158:6 163:5
176:3 178:24
181:11 183:10
203:17 206:22
207:25 210:18,18
215:9 218:17
226:24 244:7
268:5 278:7
294:18 298:24
299:13 300:2
304:14
**changing** 63:10
83:15,17 90:6
101:4 124:16,19
148:4,17 157:5,7
175:25 232:17
256:4,5 259:8,11
277:18,25
**chapter** 1:6 5:6 9:4
51:22 52:2 91:5
93:6 134:15 296:9
296:9
**characterize** 67:9
190:19,20 244:15
**charges** 102:12
**charging** 276:7
**chart** 206:10
**check** 30:9,21
52:10 60:5 215:23
219:21 230:17
249:19 262:6
273:14 274:7
**chicago** 2:16
285:24

**choice** 189:22
  253:14 265:20
  266:4 291:15
**choices** 139:7
**choose** 201:7 205:9
  205:11 237:8
  241:13
**choosing** 241:3
**chose** 174:12
  205:24 249:22
  264:18
**christopher** 2:4
**cincinnati** 128:21
  128:23 129:2,9,18
**circles** 150:15
**circumstances**
  86:18
**cite** 286:2 291:19
**cites** 293:7
**cities** 47:18 48:18
  51:13,15,17,18,19
  51:20,25 86:5,8
  86:14,16,19,22
  91:11,15 102:2,4
  102:18 110:11,15
  110:23 111:8,17
  111:21,23,25
  113:6 128:16,20
  129:24 130:5,7,11
  130:21 131:5
  132:14,20 133:5,7
  133:10,13,17,21
  133:23,25 153:13
  156:7 285:23
  286:23 287:21,24
  288:5,9,12,13,18
  288:20 289:2,6,8
  289:16
**city** 1:7 2:2 5:4,17
  7:2 8:23,24 9:22
  12:20,23 13:7,11
  13:14,24 15:2,13
  15:21,24 16:9,15
  16:17 17:6 20:7
  20:10 21:2,5,7,14
  21:16,18,20,21
  25:8,19 26:21,22

26:23,24 27:2,5
27:10,16,20,23
28:4,12,19 32:4
32:14 34:2,3,8
35:21 36:25 37:12
37:13 38:4,22,25
40:12,17 41:2
43:9,14,18,22
44:2,16,19 45:4,9
45:13,14,19,23,24
46:4,6,21,24
47:11,13,17 49:23
50:3 52:20,23
54:16 55:4,8,12
55:17,21,25 56:7
56:10,16,25 57:6
57:8,12,15,17,21
57:22,24 58:3,17
59:20 61:5,7 62:4
62:10,25 64:24
65:6,7 68:12,17
69:7 70:13,21
73:18,22 75:12
79:2,4,10,16,18
79:23 80:9,14
82:22 83:2,16,18
83:21,24 85:4
86:18 87:7,10,22
87:24 88:4,6,21
89:2 90:10,15,21
91:17,22 92:23
93:2,4,14,22,24
94:4,9,19,23 95:5
95:11 96:13 98:5
100:3 101:19
102:5 103:2,4,8
103:24 104:4,9,25
105:4,8,22 106:2
106:6,12,25
107:12 109:5,8
112:23 113:2,3,7
113:9,17 114:12
114:21 115:11
116:20 117:18
118:3,6,9,12,16
119:6,15,19 120:4
120:15 124:7,11

124:21 125:11,14
126:4,14,17,19,21
126:23,24 127:2,6
127:9,23 128:6,9
128:14 129:8,9,13
129:17,18,21,25
131:8 132:8 134:5
134:6,7,12 135:5
135:14 136:16,19
136:20,24,25
137:5,8 138:22
139:12,14,18
140:25 141:9,17
141:20,25 143:17
143:23 144:4,24
144:25 145:8,9,12
145:14 147:5,9,13
150:4,10,12 151:5
151:7,12,16
152:24 153:8,13
153:15,16 155:20
155:22 156:3,4,5
156:16 158:2,9,13
158:16 159:10
171:25 172:21,25
175:13 176:13,15
176:16,19,21
177:8,12,13,16,17
177:21 178:8,12
178:13,24 180:8,9
180:12 181:23
182:23 183:5
186:22 190:23
191:3,10,11,14,22
191:25 192:8,10
192:19,20 193:20
195:12,13 196:3
197:8 202:23
205:17 206:11
207:11 208:19
210:8 223:6,7,24
224:11,20 225:4
227:3,4,22 230:6
230:17 242:14
244:24 246:22
248:21,25 257:16
259:21 260:8,20

260:23 261:17,22
267:22 268:7,20
269:7 274:17,22
275:2,4,9,13,16
275:17 276:15,18
277:5,8,11,14
278:12 280:15
283:14,23,23,24
284:8,12,16 285:4
289:7,11,20,23
292:18 293:15
294:22 295:5,9,14
295:21 296:8,18
298:4,6,6,9,10
299:11,18 300:23
**citylevel** 260:21
**cityonly** 102:19,20
  102:23
**citys** 65:11 105:15
  115:4 127:17
  138:19 172:18
  276:22,25 278:16
  279:8
**claim** 240:24
**claiming** 211:17
**clarify** 12:21 14:25
  27:23 76:5
**classifications**
  89:21
**clean** 259:13
**clear** 11:8 60:2
  107:3 158:4 210:9
  212:13 222:11
  276:13,23 302:23
  303:24
**clearly** 107:14
  139:15 206:18
**client** 158:4
**cline** 1:12 4:3 5:1,3
  6:1,4,8 7:1 8:1
  9:1 10:1 11:1
  12:1 13:1 14:1
  15:1 16:1 17:1
  18:1 19:1 20:1
  21:1 22:1 23:1
  24:1 25:1,24 26:1
  27:1 28:1 29:1

30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1,2,4
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1,2
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1,16
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1,18
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
164:3 165:1 166:1

167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
175:6,8 176:1
177:1 178:1 179:1
179:8 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1,10,12 243:1
244:1 245:1 246:1
247:1 248:1 249:1
250:1 251:1 252:1
253:1 254:1 255:1
256:1 257:1 258:1
259:1 260:1 261:1
262:1 263:1 264:1
265:1 266:1 267:1
268:1 269:1 270:1
271:1 272:1 273:1
274:1,16 275:1
276:1 277:1 278:1
278:24 279:1
280:1,5 281:1,2
282:1 283:1 284:1
285:1,10 286:1
287:1 288:1 289:1
290:1 291:1 292:1
292:9,11 293:1
294:1 295:1 296:1

297:1 298:1 299:1
300:1 301:1 302:1
302:10,12 303:1,4
303:10 304:1
305:1
**close** 167:9,9
169:16 182:14
198:4 209:25
254:3,4
**closeby** 169:11
**closely** 19:15 27:22
32:24 108:7 110:7
216:16 218:20
228:21
**closer** 210:18
**closing** 254:13
259:23
**coincide** 263:23
**collect** 88:6,10
113:19 114:14
144:10 150:3
151:12 153:8
277:8
**collected** 55:12
151:20 152:4
298:4,6
**collecting** 88:12,21
89:2 123:19
140:21 158:19
159:2
**collection** 23:5 27:6
60:22 62:22 64:11
65:19 88:14,17,24
89:6,12,15 90:25
92:7 97:20,21
98:8,9,12 106:15
106:18,21,25
107:7,9,12,17,25
108:3,11 113:20
113:21 114:15,16
114:21,23,24
115:11,17,20
116:9,10,18,22
117:4,18 118:2,5
118:8,11,14,16,24
118:24 119:5,13
119:14,17,22

120:11,15,20
121:3,6,8,11,14
121:16,20,24
122:8,10,13,16,19
122:24 123:2,3,21
123:25 124:9,16
124:19 125:6
134:21 138:9
139:20 152:18
153:5 156:3,8,12
158:16 159:6
161:10 169:7,20
176:17,18,23
177:5 250:17
260:8 267:2
268:18 269:4
271:9 280:18
282:15 298:7,12
298:15,17,20,25
299:4,13,24 300:2
300:20 301:6,18
301:24
**collections** 27:8
37:14 60:19 61:5
62:17 68:16 71:2
74:18 76:18 88:5
90:24 91:5,8,11
91:16 95:18 96:18
97:4 98:6 106:13
107:22 108:10
110:24 115:4,15
115:24 116:4,21
120:3,5 130:6
134:13 137:18
140:23 150:8,19
152:8,17 154:23
167:8 168:4 176:5
178:10,12,14,17
182:9 183:4
184:13 185:21
191:22 204:9,22
205:5 226:19
244:4 250:6
259:20,25 264:14
265:5,11 266:9
269:6 271:5,11
285:6 299:17

300:9 305:2,4
**collects** 55:22
144:5,15 158:22
298:9
**combination** 26:5
133:2 234:13
245:13 267:15
**combined** 245:16
**come** 24:3 26:19
33:4 49:13 85:5
103:21 138:13
189:19 190:6
215:5 235:25
236:4,7 253:4
304:16
**coming** 53:11
79:19 171:16
208:3 209:18
210:2 218:18,20
219:9 254:2 264:2
267:25 283:11
**commencing** 1:16
**comment** 56:20
59:6 79:25 94:10
116:17 151:22
155:21 159:5
160:21 179:3
276:19 281:21
289:18 295:10
296:15,18
**commenting** 94:22
95:4 127:5,10
128:8 155:25
156:15
**comments** 73:21
157:4
**committed** 135:18
**committee** 2:8
**common** 56:22
**communicated**
57:2,4
**commute** 149:21
**commuter** 101:14
101:18,23 102:2
155:24
**commuters** 150:13
150:20 151:6,20

154:6 191:23
**commuting** 20:7
**company** 3:7 5:12
5:25 151:4
**comparable** 210:16
286:23 287:21
288:5,21 289:15
**compare** 73:20
132:25
**compared** 69:21
101:2 130:10
205:16,18 207:22
211:15,19 213:3
239:5 262:10
**compares** 282:12
**comparison** 207:24
220:5,13 289:5
290:4 293:4
294:25
**compensated**
275:20
**compensation**
275:20
**competent** 159:10
159:15
**competition** 169:15
170:20 183:11,21
268:19 269:10,14
270:3,5,8,9 283:4
283:11
**competitive** 129:12
169:11 269:16
**complete** 14:22
137:17,20 259:18
**completed** 188:4
**completeness**
260:10
**complex** 39:2
220:25 245:13
256:11
**complexity** 39:5
**compliance** 92:11
123:25 152:8
160:13,15,18
**complicated** 38:23
**complicates** 18:6
**components** 107:16

180:3 226:24
227:9 230:12
245:17 246:21
256:12 282:12
285:8 303:14
**composition** 61:6
126:24 258:19
284:13 285:5
**compound** 18:24
36:8
**comprehensive**
77:17 78:2,7,12
137:20 138:4
**computation**
239:18 254:19
255:4
**computations**
18:22 19:14,18
**concept** 40:5
198:21 296:10
**conclude** 212:4
**concluded** 98:4
305:20
**conclusion** 154:4
211:12
**conclusions** 295:4
**conditions** 23:5
71:3,17 191:25
223:4 256:5
**conduct** 34:23
138:13 176:6
254:7
**conducted** 43:14
43:18 44:2,7,15
44:19,19 45:2,18
46:6,20,20,24
145:14
**conducting** 138:3
255:17
**conference** 126:20
164:2 274:25
**confidence** 232:15
255:9
**confident** 194:17
**confirm** 64:24
**confirmation** 12:7
12:15,19 15:15

64:13,19 276:2
**confirmed** 65:7
135:3
**confuse** 163:14
**confused** 38:14
39:25
**congratulations**
135:23
**conjunction** 101:20
**consensus** 24:15
26:6 144:25 145:5
145:7,14,19,21,24
146:3,10,11,12,17
146:23 147:2
163:11,17,25
164:21 165:2,5,6
165:11,15 166:6
166:13,16,18,21
166:23 167:13,14
170:9 172:24
173:4,6,10,15
192:9 196:4
267:19 292:18,21
293:2,3,14 294:9
294:11,12 295:3,8
295:13,20
**consider** 68:18,19
72:23 122:12
123:22 134:8
153:25 154:22
157:21 201:14
258:5 300:21
301:10 305:9
**consideration** 81:7
89:23 90:19
251:15
**considerations**
150:25
**considered** 72:25
84:4 148:9 160:23
161:2 212:22
229:24 243:10,16
274:16,19 283:9
285:18 290:7,11
291:14 292:2,24
**considering** 150:11
304:20

**considers** 147:5
**consistent** 30:5
146:10 166:6
176:10 187:5
261:10 298:14
**constant** 35:9
121:17 148:16,17
176:11,15 202:17
202:20,25 203:20
203:23 247:9
249:8,10,12
259:10 278:5,6
283:3,5
**constantly** 63:9
**constants** 278:7
**constrain** 43:24
**constraints** 134:4
259:2
**construct** 17:13
50:5 232:15
**constructed** 19:6,9
19:23 49:2,14,19
50:2 92:21
**constructing** 47:24
**construction** 50:8
**consultants** 28:12
151:3 274:17
**contact** 28:22
**contacted** 58:8,12
**contacts** 33:7 275:8
**contain** 202:13
273:16,19
**contained** 108:16
135:15 157:3
187:11,18 272:8
272:16
**contemplate**
133:25
**contemplating**
139:7
**context** 8:10 9:21
32:22 157:9 160:5
193:6 290:2 297:5
**contingency** 276:8
**contingent** 276:2
**continually** 60:19
**continuation** 93:12

93:22
**continue** 64:12
65:5 93:16 113:18
114:13 212:20
213:6,17 214:2
224:13 268:14
**continued** 93:15
186:2 254:3
282:21
**continues** 115:12
264:21,22
**continuing** 116:20
213:19 271:10
**continuous** 203:3,6
**continuously** 63:18
63:24 65:12 68:14
68:16 204:8
229:14 270:6
**contribute** 171:3
**controlled** 190:10
241:15
**conversations**
93:17 136:18
137:4,11
**conway** 28:10
42:21,22 43:3,11
**cooperate** 32:24
136:17,25 137:6,9
**copy** 12:25 179:4
179:10
**corner** 185:25
**corners** 156:18
**corp** 3:1
**corporate** 9:18,21
21:16 45:3 55:10
89:15 117:23
118:3,17 119:18
120:24 121:18
123:19 133:16
134:14 140:20
180:16,18,22
181:6,8,13,15,18
182:2,6,7,9,16,19
183:2 250:5,11
262:22 263:5,8,19
264:10,14,17,20
265:5,13,22 266:7

266:9,15 281:22
282:11 298:3,5,8
298:10,12,20
**correct** 6:9,24 7:8
7:13 8:17 9:7,10
9:12 10:24 11:10
11:15,16,18,25
12:7,11,13 13:18
14:2,5 15:10,16
16:13,17 18:15
19:11 23:6,7,22
23:23 24:2 25:9
25:15,16 27:11
28:4,6 29:19 30:2
30:11,16,24 31:22
34:6 34:6
34:10,13,18,25
35:9,18,22 36:2
36:18,19 37:3,9
37:12,18,24 38:22
39:3,8,13,20 40:4
40:9,14,19,22
41:3,14,16 42:13
42:17,23 43:19
44:3,16,20 45:3
45:20 46:6,13,14
46:21 47:2,3,11
47:12,23 48:18,19
48:22,23 49:4,10
49:21 50:3,4,13
50:22 52:2 53:15
53:23 54:14,16
56:7,8,11,23 57:3
57:9,14,18 58:3,6
58:13,17,20 59:8
59:18,21,23 61:18
61:22,23,25 62:2
62:5,25 63:2,15
63:16,19,25 64:25
65:14,25 66:7,14
67:2,7,20 68:4,8,9
68:14,25 69:10,17
69:25 70:7,8,15
70:23 71:6,7,10
71:18,21,25 72:7
72:13,17,18,22
73:4,25 74:22,25

75:3 77:6 78:25
79:6,10,16,23
80:5,10,15,17,23
80:24 81:4,5,11
81:17,22,23 82:2
82:7,9,14,19,23
83:7,12,17,21,25
84:11,21 85:2,10
85:13 86:6,11,17
86:21 87:3,8,11
87:20,25 88:5,13
88:22 89:3,7 90:2
90:17 91:5,12
92:14,15,18,24
93:6 94:17,21
95:3,15,23 96:4
96:11,19 97:4,12
97:12,18 98:6,10
98:17,22 99:11,12
99:15 100:3,10,11
100:22 101:10,14
101:20,23 102:8
102:19,24 103:4
104:8 105:3,9
107:2 108:2,10,17
108:18,20 109:17
110:4,13,24 111:6
111:18 112:24
113:10,14 115:4
115:12,13,25
116:2,5,21,25
118:21,22 119:2,3
119:24 120:2,12
120:13,16,18
121:4,18 122:4,11
122:17 123:5
124:7,11,14,21
125:17,20 126:5,9
127:4,9 130:3,8,9
130:12,21 131:3,6
132:16,18,20
133:5,6,8,9,11,15
133:17,18,21,22
134:2,3,10 136:23
137:22,23 138:5
138:10,21 139:10
139:14,16 140:4

140:11,17 141:2
141:10,18 142:9
142:10,14 143:2,9
144:20 145:15,16
145:21 146:17
147:3,4,11 148:5
148:13 150:20
152:7,25 153:11
153:20,21,25
154:2,6,10,13,15
154:16,17 155:11
155:24 158:11,12
159:11,17 160:19
162:2,17,18,20
165:17,20,21
166:7,13,21,25
167:16 168:24,25
169:18,25 170:5,9
171:8 172:4,9,16
173:20 174:9
175:15 176:9,20
176:22 177:6,7,9
177:14,23,24
178:19,22 179:2
183:2 184:2,11
185:8,8,9 189:20
190:9,15 191:3,6
191:15,19,20
192:6 193:14,15
193:16 194:5,6,7
194:12,13,25
195:8,9,16,25
196:25 197:23
198:8,9,12,13
199:5,13,16
200:23 201:6,12
201:13 202:17,18
202:20 203:7,12
203:17,18,20,23
203:24,25 204:2
205:19,20 206:7
206:17,20 207:22
208:20 209:3,16
210:12,16,21
211:10,20 212:8
212:17,25 213:17
214:2,8,11,14,20

215:19 216:8,21
218:2 219:25
220:8 221:4,9,12
221:13 222:5,10
223:2,14,15,22
224:5,6,22 225:3
225:11,24 226:7,8
228:8 229:9,10
231:7 233:2,3,8
233:13,14,17,25
234:17 237:21,22
237:24 238:23
239:9,18 240:7,11
241:20,24 242:14
242:23 245:11
246:19 247:5,9,13
247:19 248:6,19
249:3,8,13,14
251:20 252:22
253:2,13,20 254:9
254:23,24 255:5
255:17,18 260:13
261:24 262:11
263:2,7 265:2,13
265:25 266:7,22
266:23 267:3,4,7
267:8,10,13,19
268:19 269:21
270:8,22 271:21
272:13 273:7
275:18 276:15,22
278:12 282:8
284:17,20 285:2,4
288:5,10,17,21,22
289:3,4,16 290:25
291:4,7 294:10
295:14 296:22
297:21 298:4,13
299:11,18 300:4
300:23 301:14
302:8 304:3,8
**corrected** 302:15
**correctly** 167:7
**correlation** 210:18
**cost** 105:8 158:10
**costs** 38:25 44:19
   104:11,25

**couldnt** 96:3,7
   101:9 109:7
   131:24 141:3
   195:6,15 198:19
   240:2 255:8
**council** 79:2,4
   105:4 141:25
   147:5
**counsel** 5:13
   174:19 306:12,15
**counterparts**
   297:16
**counting** 132:24
   152:19
**country** 86:5
**couple** 76:22 256:7
**course** 10:23 81:25
**court** 1:1 5:5,10
   6:10 14:21 64:24
   66:6,12 69:24
   71:4,8,16 142:25
   306:2
**covered** 38:14
   42:21 213:11
   215:13 220:5
   296:2 303:18
**create** 26:3
**created** 19:21
   24:17,19,24 25:7
   25:12 50:15 149:7
   223:19 257:17
**creating** 149:3
**creation** 50:9
**creditor** 2:19 3:1,7
   16:24 17:4 109:11
   109:14
**creditors** 57:9,18
   58:3 127:3,9,15
   127:23 179:2
**crises** 86:20
**crisis** 75:19 86:6
   111:9,18 113:10
   128:7 201:2 211:6
   223:5 225:15,23
   226:6
**criticize** 154:10
**criticized** 27:10

**criticizing** 154:14
   155:23
**crosswalk** 293:23
**crr** 1:18
**cumulative** 75:19
**current** 33:22,24
   33:24 34:21 35:11
   35:20,25 36:6,11
   37:14 53:9 62:21
   69:3,4 70:9 71:2
   78:23 79:8 80:18
   80:20 81:5,13,19
   81:20 82:4,5,10
   82:14,19 83:2,6
   83:10,13 84:3,4,7
   84:10,15,15 85:7
   85:9 90:3,7,7
   91:18 93:21 95:10
   98:20 99:4,8,11
   99:13 100:7 101:7
   107:19 108:6,7
   115:15,17 117:25
   118:2,5,8,11
   119:11 120:5
   122:20 130:5
   132:6 138:23
   139:2,5,23 140:20
   143:25 152:9,16
   153:4,5 166:17
   175:21 176:10
   190:23 197:4,6,7
   197:8 204:11
   247:11,12,16,19
   247:24 259:12
   267:15 277:8,11
   278:4,4,8 280:18
   280:21 299:20,21
**currently** 88:7,11
   105:6 139:14
   160:15 194:19
**cut** 44:20 104:11
   109:17
**cycle** 10:12,20
   11:11 45:9 49:7
   76:19 147:5
   263:11
**cyclical** 222:19

223:2,3,12,15,21
224:4,12 225:9,13
225:22 230:14,21
230:24,25 231:5
231:10,12,15
252:4 253:12,17
254:9,22

**D**

**d** 2:5,11 3:4 4:1 5:8
107:5 135:11
175:12
**dan** 2:9
**data** 64:11 76:15
125:11 143:21
169:17 175:20,21
178:9,11 181:5
191:19,19,21
192:8,12 197:22
199:25 204:5,13
208:16,18 210:11
210:13 214:17
215:21 217:9
220:13,14,19
222:24 223:11,20
224:4 225:8,21,22
226:4 238:8
244:23 246:22
249:2,5 250:6,15
250:17 252:12
254:6,18 255:2,16
255:20 256:16
257:7,12,23 258:6
258:12 259:12,17
260:9,20,21 262:8
263:4,12 264:24
265:9,14,24,24
266:2,3,3,4 267:2
268:18 269:4
271:7 281:13
284:22,22 290:25
**database** 265:21
**date** 5:9 186:19
187:10,17 306:9
**dated** 187:5,25
281:8
**day** 1:13 2:4 5:7,17

158:8 171:22
**dc** 1:15
**deal** 79:19 256:12
259:2 280:22
296:24 303:4
**dealing** 72:11
275:9 297:23
**deals** 226:9 262:13
**dealt** 121:19
**debtor** 1:8 2:2
**debts** 186:22
**decade** 199:11
289:14 290:21
**decades** 263:24
288:25
**decide** 183:13
**decided** 253:3
**decimal** 229:21
**decision** 158:10
186:3 201:21
**decisionmakers**
83:20
**decisionmaking**
83:24
**decisions** 104:22
105:2,7
**decline** 51:17,21,25
165:7 197:25
198:15 200:15
222:16 224:10
227:15 228:4
246:6 261:3,8,23
262:3,9 267:5
269:12 290:20
**declined** 203:23
**declines** 203:19
**declining** 197:14
261:15
**decrease** 62:9 80:7
99:18,21 126:4
129:14 185:23
203:3,6 223:13
268:10 271:11
**decreased** 61:13
62:19 110:3
**decreases** 178:16
**decreasing** 134:15

134:22
**dedesignated**
279:25
**deep** 134:19 183:11
251:9 269:13,15
**deepest** 263:24
**define** 18:16 41:10
41:12 66:17 125:3
**defined** 85:6
269:10
**definite** 218:21
**definition** 173:12
**definitions** 110:21
**degree** 79:22 120:5
215:17
**delay** 209:14
211:15,19 212:2
212:15 214:19
215:18,22 216:7
216:20
**delayed** 211:9
**delaying** 42:3
235:6
**demonstrates**
223:12
**dentons** 2:9
**department** 144:4
144:14 250:19,21
**depend** 22:16,25
189:9 299:12
**depended** 76:17
**dependent** 199:11
**depending** 76:21
76:24 138:16
140:2 180:4 198:7
204:16 284:3
**depends** 22:14
69:20 86:18 140:7
173:2 283:15
284:6
**depicted** 216:13
**depicting** 209:15
**deposed** 6:9
**depositing** 144:13
**deposition** 1:12 5:3
6:11,14 86:2
175:6 236:20

242:10 279:6,7
306:8,14
**depositions** 47:19
**derive** 26:3 198:14
**derived** 173:13
284:11,25
**deriving** 148:21
267:21 291:12
**describe** 40:22
67:21 73:8,14
74:4 92:2,19
93:11 130:17
188:17 189:21
198:14 227:21
234:8 239:19
244:10 257:15
258:9 260:14,15
260:16 269:21
277:24
**described** 22:22
115:7,20 190:5
231:2
**describing** 160:12
177:11 222:12
283:21 295:16
301:4
**description** 15:6,17
35:10 209:17
232:12 275:7
277:22
**descriptions**
150:24
**designated** 31:15
279:7,14,15
**designed** 113:18
114:13
**desire** 57:2
**despite** 264:19
**detail** 91:8 114:24
156:22,24 213:3,4
287:24 294:12
**detailed** 106:22
112:14 161:18
191:22,24 207:6
211:3 214:3,5
220:14,19,25
257:24

**details** 62:12 65:3
102:16 108:5
142:2 255:24
276:9 287:15
**determinants**
147:18
**determination**
33:23 189:12
**determine** 34:24
65:18 159:20
160:2 171:19
206:24 207:8
209:22 212:20
225:7 230:9 232:4
241:10 263:14
264:2 273:24
277:16 293:12,17
**determined** 10:12
49:8 205:21
234:23
**determining** 24:8
138:2 174:3 206:9
258:15 283:6
**detroit** 1:7 2:2 5:4
5:17 7:2 12:3,20
12:23 13:7,11,14
13:25 15:2,13,21
16:10,15,17 21:2
21:8 25:8,19
26:12,18,21,21,25
27:3,20,23 28:20
35:20 38:5 40:12
40:17 45:2,5,9,19
45:24,24 46:5,21
46:24 47:11,17
49:23 50:3,15,19
52:21,24 54:6,10
54:16 55:18 56:23
59:20 73:19,22
75:13,18,20 82:22
83:3 85:4 87:7,10
87:13,15,18,22,24
88:4,6,11,15,21
89:2 91:18,22
93:3,13,22 94:9
94:11,19,23 95:5
95:12,25 96:3,7

96:13,16 97:2,10
98:15 99:5,6,14
99:20 100:3,14
101:9,12,17,23
102:5,22 103:2,8
103:16 104:25
105:3,19 106:15
107:2,12 109:6,9
109:22 117:19
118:3,6,9,12,16
119:6,15,19 120:4
125:11,14 126:4,7
127:23 128:9,14
129:17,22 130:3
130:10,18,20
131:4,8 132:6,17
132:19 133:4,7,10
133:16,20,23,25
134:5,10,12,15,19
134:23 135:2,10
136:22 138:22
139:12,18 141:18
141:21 142:2,7
144:11 149:21
150:3 151:5
152:24 155:22
156:4,5,16 157:5
157:7,17,20,22
158:17 159:6,7,23
160:14,18,20
161:8 162:23,23
163:2,6,8 167:8
167:13,14 169:15
171:2 174:8,16
175:14 178:6,12
178:21,24 179:2
180:4,7,7,8,11,25
181:2,19,23
182:10,20,23
183:5,12 186:22
187:21 188:21
190:3,23 191:6,8
191:10,12,14,18
191:21,22,24,25
192:3,5,8,10,13
192:16,19,20,25
193:4,13,20,23,24

194:3,6,10,20,25
195:3,7,15,20,23
196:3,15,24 197:4
197:8,13 198:2,6
198:16 199:4,10
200:15,20 201:2
202:16 203:3,10
204:14 205:17,18
207:3,11,16,21,25
208:2,8 209:15,18
209:23,24 210:8
210:15,18,25
211:5,6,9,14,19
212:2,16,23,25
213:2,7,16 214:6
218:18,22 219:5,7
221:20 222:16
223:5,6,18 224:9
224:10,20,24
225:4,13,15,23
227:3,4,5,7,10,14
230:6,17 231:25
232:2 234:18,23
238:22 239:3,5,12
240:2 242:14,16
244:24 245:2,3,4
246:2,6,15 248:13
248:17,22,22,24
251:24 252:13
253:8,24 255:20
256:14,21 257:13
257:16,22 258:19
258:21,22 259:5
259:13,16,25
260:9,22 261:14
261:14,21 262:14
264:21 265:7,13
265:14,15,23
266:2 267:17,22
268:3,7,21 269:7
269:9,12 270:6
271:9,10 276:15
276:18 283:4,14
283:24,25 284:12
284:14,16,17,20
285:2,22,25 287:2
287:5,7,12 288:8

288:12,17,25
289:8,12,15,20
290:18 294:22
296:18
**detroits** 8:16 26:15
27:11,16 43:22
110:3 125:16,18
125:22 139:7
143:25 178:19
201:5 202:24
203:6,10 206:12
207:3,12 209:2
286:22 287:20
288:4
**detroitspecific**
258:6
**develop** 74:7 129:2
**developed** 63:8
76:11 77:9 128:25
238:25
**developing** 17:23
32:25 34:16,19
51:13 190:20
**developments**
190:3 296:3
**deviate** 265:7
**diagram** 197:24
199:8 206:21
213:11
**dictate** 67:19 105:7
**didnt** 17:16 18:13
19:11 22:3,7 28:2
29:23 30:8,16,21
31:5 34:11,16,17
34:23 35:17,21,24
36:18 43:23 90:5
100:10,13 107:24
108:9 115:2 123:2
123:9 124:14
147:14 148:11
153:25 154:21
169:17,24 191:18
192:4 194:2,17
195:14 196:5
205:6 208:11
210:4,22 230:14
230:20 247:10

248:2,6,7 254:6
255:2 267:21
276:19 278:19
279:24 281:25
286:19 293:8
300:21 301:10
**differ** 53:3,4,6
138:14 188:16
294:2
**difference** 73:9
123:17 210:7
211:18 214:25
215:9 218:16
243:20,24,25
261:7 262:2
**differences** 30:6
124:2 125:6 146:3
146:6,16,19,20,24
215:17 292:17
293:24 294:9
**different** 40:3 45:7
61:24 89:20,21,22
90:19 100:18
125:7 129:22
131:25 134:9
137:23,24 138:15
141:11 144:10,11
148:8 166:7,20
170:8 172:7,15
174:7,11 190:5,6
198:20 199:4,6
201:4,7,10,12,19
204:5,17,20,21,21
204:23,24 205:16
205:23 206:5
221:12 226:24
228:11,17,25
229:7,8,23 244:19
244:21 246:21,23
267:19 271:3
275:2,9 278:14
281:18 282:7,8
283:25 284:2
289:6 293:14,19
294:2 297:12
300:19
**differential** 102:6

180:4 215:3 239:6
252:17 262:5
268:22
**differs** 145:22
**difficult** 73:7
199:17 258:22
**dimension** 158:12
**dimensions** 290:13
**dipompeo** 2:4
279:17,21 305:13
**direct** 37:15 269:10
283:3
**directing** 117:10,13
**direction** 19:23
79:13 80:11
269:22
**directly** 143:25
289:9
**director** 20:23
33:14 50:7 193:25
297:10
**disaggregate**
256:11
**disaggregated**
256:19,22
**disaggregation**
282:10
**disagreement**
268:13,25
**disappointed** 169:9
**disclaimer** 142:11
**disclosed** 150:18
302:25
**disclosure** 110:18
112:11 114:11
150:13 186:20
**discover** 196:14
**discretion** 189:18
190:13,16
**discretionary**
110:9 189:23
**discuss** 48:8 106:17
156:23 183:8
**discussed** 35:20
63:4,5 65:8 68:9
105:18 106:8
107:23 109:14

137:2 142:7 156:6 258:13 303:11
**discusses** 149:25
**discussing** 150:7 221:17 303:12 304:5
**discussion** 34:14 127:23 135:11 185:4 187:22 291:22 293:4 297:6
**discussions** 15:21 88:3 103:20 107:9 134:25 137:7 224:23
**disk** 5:2 85:22,25 175:2,5 242:6,9 305:18
**dismissed** 92:22 93:10 116:21 135:3
**disproportionately** 102:13
**dispute** 154:4,9
**disputing** 154:14
**distinguish** 184:16 195:10
**distress** 86:6 104:10 110:12 111:9,18 113:4,9 129:17,19
**district** 1:2 5:5 22:2 22:11
**diverse** 58:23
**divide** 230:7
**divided** 209:7
**dividends** 245:15
**dividing** 88:18
**division** 301:21
**document** 112:6,14 112:16,17 149:24 152:13 278:22 279:4,5 280:7,12 280:13 281:25 285:13,14 287:13 287:14,19 288:14 292:13,14 293:7

302:7,23
**documentation** 202:7 212:11
**documents** 110:21 160:23,25 163:25 187:11,18 202:10 202:13 217:5,12 220:18 256:23 273:16 285:18,19 291:23 292:24 303:3
**doesnt** 70:12,20 84:15 152:22 164:9 165:23 175:23 241:21 255:12,16 265:12 270:6
**doing** 7:9 15:9 20:20 21:11 37:6 37:9 39:2,6 43:21 48:17 54:18 65:6 67:5 73:9 74:6 83:24 92:23 137:19 138:17,24 143:15 155:20 159:11 175:18 189:16,17 191:2,5 191:15,15 192:11 192:20 193:17 194:11 195:2 201:4,9,15,22 204:7 212:23 231:16 233:11 236:22 238:18 246:21 251:16 259:3,4 260:19 276:23 292:2 294:17 295:4,9,13 295:20 301:22 302:24 304:20
**dollar** 61:7 88:6 110:6 148:8
**dollars** 110:4 139:22 140:4,11 140:17 141:2 300:16
**dont** 6:12,13,16

11:2 12:8 14:4,9 14:18 15:5,17 19:12 20:15 21:2 23:16 25:20 29:4 31:18 32:19,21 33:17 38:7 40:5,8 40:23 41:4 42:14 42:18,24 46:16,25 47:3 48:23 50:23 51:23 52:9 53:17 53:17,24 55:2 56:3,16,24 58:14 58:18,21 61:14 64:3 65:16 66:3,9 69:4 78:17,18 81:3 82:7 83:16 83:19 85:11 87:17 89:8 92:2 93:7 101:16,21 104:18 104:20,21,22 106:2 108:21 109:13 110:14,17 110:20 111:2,16 112:15,15 113:5 115:13 116:6,15 117:2,25 119:7,10 119:16,20,21 124:12,13,15,23 125:24 128:18 129:4,20,23 130:16 131:2,11 131:19,21 132:14 133:13,17,20 134:3,3,24 140:5 141:23 144:7,8,14 144:19,21 145:11 146:7 147:22 149:10,12 154:3 154:14 155:18 157:9,25 159:2 160:8 161:14,24 162:14,15 163:3,3 163:14 164:4,18 166:2,12 167:3,18 172:20 173:12 174:21,23 175:16 177:3 179:19

182:13 184:18 186:9,12 191:2,5 192:23 193:3,16 194:22 199:19 201:19 202:3 208:21 209:4 211:3,16,21 214:10 216:4,10 216:19,23 217:13 217:24 218:6 219:24 220:7,23 220:24 221:2 224:23 228:14,18 229:2,19,22 231:6 231:16 233:14 235:2,4 238:11 240:19 242:24 243:2 244:11 245:3 250:12 251:21 257:22 258:6,8,19,24 262:5 264:16 268:20 271:18 273:9,10,22 274:12 275:2,12 275:15 276:9,11 276:18 277:21 279:11 280:13 281:7,10,25 283:17,20 284:12 286:9,10,10,13,16 289:10,17 291:3 291:17 292:4 296:2,10,14 297:22 298:2 301:25 302:5 303:21,22,22
**double** 96:22 97:16 152:19
**doubled** 140:21,25
**doug** 5:15
**douglas** 2:15
**downward** 62:17 182:9
**dozen** 51:19
**dozens** 256:9
**draw** 150:14

**drawing** 187:22
**dreier** 5:12
**driven** 170:22
**drivers** 23:9,11 67:25 138:2 147:15,17 164:19 175:25
**drop** 267:2
**dropped** 185:21
**due** 90:24 113:20 114:15 159:2 253:7 269:13
**duly** 6:5
**dummy** 171:14 256:8
**dynamics** 251:7

## E

**e** 4:1 132:19 161:8 293:4
**earlier** 68:9 69:2 75:17 86:12 89:19 102:25 153:14 183:8 210:19 252:12 263:8 274:24 280:17 289:17 298:14 302:25 303:15 304:23
**early** 200:18
**earning** 22:13 118:9,17
**earnings** 245:13,14
**easier** 257:24 258:4
**east** 2:10
**eastern** 1:2 5:5
**eat** 270:6
**econometric** 253:5
**economic** 7:5,7 20:13 23:5 25:11 26:22 51:16 60:23 68:17 71:2,17 128:24 164:19 170:24 171:14 177:16,18 190:2 190:23 191:6,8 192:2,4,18 193:11

193:12,18 194:6
194:10,20,24
195:2,7,11,12,14
195:23 196:8,9,17
196:18,21,24
197:4,9 200:12
207:16 212:21
219:9 225:14
233:9 242:16
244:13 251:11
252:14 253:8,25
254:3 257:15,23
258:6 263:11
284:2 289:4
**economically**
129:12
**economics** 24:15
70:9 72:10,24
93:2,5,22 116:10
142:18 152:10,15
152:16 171:2
176:4,7,11 177:22
178:2 188:19
204:9 289:6
299:22
**economist** 110:19
132:22
**economists** 24:12
24:19 171:13
**economy** 71:10,13
162:19 163:2
177:15,19 178:7
181:4 183:22
192:9 193:4,20,24
194:3 196:13
211:5 213:3,3
221:19 223:24
239:2 248:23
257:12 258:19
261:11 269:13
282:21,25 283:13
283:18
**educate** 86:10
**educated** 67:14
**effect** 148:4 170:21
183:23 223:2
269:17 299:20

**effective** 88:17,24
97:21 114:22
118:13 120:20
138:8
**effects** 148:8 211:5
**effort** 200:8
**efforts** 92:7,24
106:13 113:21
114:16,21 115:4
115:11 116:10
**eight** 226:10,13
**eighth** 39:22
**either** 11:12,15
23:15 36:5 48:25
69:3 76:22 79:13
80:7 85:3 87:4
96:8,17 101:19
170:14 229:16
243:5 286:9
297:11
**elaborate** 62:13
75:24 233:19
**election** 79:18
**element** 272:22
**elements** 144:18
273:20
**eliminate** 226:6
**eliminated** 222:19
223:13 224:19
**eliminating** 137:9
**elisa** 5:12
**ellis** 2:15
**email** 279:13
**emails** 163:25
**embedded** 121:12
272:24,25 273:2,3
**emergency** 33:3
57:2,6,25 105:6
105:11,12,13
108:22 110:16
142:3 150:2
**emphasized** 244:2
**empirically** 268:21
**employed** 136:14
227:14 234:23
306:12,15
**employee** 12:23

135:18 306:15
**employees** 136:13
245:14
**employers** 150:12
**employment** 21:5
26:2,12,13 148:7
162:22 163:6,7,21
163:23 164:9,13
180:11,11 197:13
197:13 198:2,2,6
198:7,16 199:4,5
199:10,11 200:21
200:22 201:6
202:17,24 203:3,4
203:7,11 204:14
204:15 205:18,19
206:12 207:4,13
207:22,25 208:2,3
219:5,6,7 223:9
230:16 232:3
237:20 246:2,6,15
251:25 261:13
**enactment** 150:11
**ended** 269:16
**engage** 177:9
**engaged** 64:12
114:21 135:6
225:2
**engages** 176:19,21
**engaging** 226:5
**enhance** 113:21
114:16
**enjoy** 264:22
**ensure** 27:19 30:10
30:22 63:17,23
65:13 68:10,12,24
69:14
**enterprise** 61:6
**entire** 116:7 182:17
198:3 229:14
233:4 234:9
237:12 240:17
244:2 256:25
269:22 278:3
**entirely** 278:13
**entities** 159:19
**entitled** 149:21

**entity** 60:7,8,9
158:6,6 159:13,15
**equal** 124:5 179:23
**equals** 219:5
**equation** 171:16
197:20 237:25
239:14 240:12
253:5,6,15,16
254:11 255:7,9,11
255:22 256:5
263:12 268:5,22
**equations** 171:11
234:8,10,12,14
237:12,14 253:9
253:10
**eric** 52:12
**ernst** 3:14 17:3
54:15 58:12,23
59:18 64:12 65:5
92:5 98:4 103:7
103:15 104:14,17
107:5,11,24
135:17 136:9
142:12 158:4
162:9 276:10
295:2,4,7,12,19
296:24
**esq** 2:3,3,4,9,20 3:3
3:8
**essentially** 121:8
175:22 233:11
**established** 80:20
**estimate** 61:4 63:12
70:25 85:5 88:23
91:3,18 92:25
103:7 122:18
123:22 142:18
148:10,25 149:4
152:9 155:6 165:6
165:15 166:6,13
170:19 171:11
175:15 180:6
205:8 215:2,5,7
222:6 232:14,16
242:17,18 248:8
251:16,21 252:15
253:16 264:9,18

266:18 268:21
269:17 271:14
277:7,10 299:23
**estimated** 71:2
118:13 131:8
151:4 223:16
299:19
**estimates** 7:2 8:12
16:14 33:22 35:6
49:18 51:4 52:21
52:22 53:7,10,13
61:7 77:12 78:19
89:24 98:19
138:17 142:24
143:2 148:9,21
151:23 153:6,9
154:20 165:2
166:15 188:5,8
201:18 227:9
228:10 238:18
259:22 290:13
300:17 304:25
305:8
**estimating** 7:10
17:14 34:20 50:9
132:5 171:9
175:12 180:2
195:5 291:24
**estimation** 17:20
19:16 297:17
**estimator** 48:15
**evaluate** 17:14
94:11,18 100:6
128:13 280:18
**evaluated** 30:3
95:24 138:21
139:11,13
**evaluating** 70:4
139:14
**evaluation** 124:5
129:24 139:18
251:8
**evanko** 52:6
**events** 70:6 72:23
75:9 176:8
**everybody** 142:12
236:21

**ex** 291:8
**exact** 31:12 215:23
216:4,9 220:4,8
273:5
**exactly** 144:8
163:10
**exam** 33:12
**examination** 207:6
**examine** 280:20
**examined** 6:5
123:4 253:13
**examining** 236:24
**example** 24:11 25:6
31:5 33:12 37:13
38:5 61:4,6 62:6
62:16 68:17 79:18
84:11,19 85:13,15
113:8,13 115:15
129:25 139:4,19
140:18 172:17
177:2,12 204:14
204:22,24 205:15
252:13 258:15
275:8,14 283:21
284:7 287:2
**examples** 178:4
**exceeded** 286:23
**exceeding** 287:20
**exceeds** 288:4
**excel** 51:2 167:23
204:12 217:8
220:21,25 234:9
237:12 240:17,22
241:9 262:6
272:11,16,20,23
273:7 275:10
293:23 294:3
**excellent** 236:23
**excess** 239:4,4
**exclude** 159:16
**excluding** 46:8,9
**excuse** 32:19 87:9
97:7 130:14
153:22 278:25
287:10
**exemptions** 89:18
89:25 90:6 137:9

**exercise** 59:4 67:16
68:6 85:5 129:16
149:3 176:2
187:23 190:19
197:7 207:7 210:5
210:23 231:16
248:5 255:8,13
257:10 258:15
278:3,8,9,10,14
290:15 291:10
296:5
**exercises** 147:20
152:21
**exhibit** 4:6,7,8,9,10
4:11,12,13,14
112:2,5 149:18,20
163:24 164:3
179:5,8 278:22,24
280:4,5 281:2,5
285:10,12 292:9
292:12
**exhibits** 4:5
**exist** 50:13 194:17
210:25
**existence** 115:21
213:10
**existing** 35:5 88:7
92:11 98:2 107:17
129:12 142:17
175:20
**exists** 294:14
**exit** 65:2,11 296:8
**expanded** 103:9
283:9
**expansion** 169:10
215:25 216:17
219:9 252:17
254:3 268:3
**expansionary**
216:2
**expansions** 87:5
**expect** 159:10,14
159:18 185:18
188:19 277:8
284:15,18
**expectation** 183:20
**expectations**

259:12
**expected** 15:12
69:19 70:25 91:18
93:21 132:5
139:24 142:19
165:10 166:24
168:2 181:4 205:9
243:12,18 244:7
245:23 266:19
299:21
**expenditure** 39:5
44:21 105:19
**expenditures** 147:3
**expenses** 275:22
**experience** 8:14
40:15 47:25 51:12
60:22 72:15 86:14
147:24 153:5
157:10,16 169:12
175:17 180:24
181:2 182:8
190:21 191:2,5
233:13 255:19
263:22,23 264:19
265:18,19 268:7
271:9,10 301:22
**experiencing** 86:5
290:20
**expert** 6:23 7:6,13
7:15,18,20,22,24
8:2,4,7,16,19,21
8:25 9:4,7,10
11:17,21,23,24
12:7,9,14,18,25
13:3,14,25 15:2
15:10,16,23 16:8
16:8,20 17:11,17
17:23 18:10,22
19:4 24:4,11,12
25:17 31:16,18,21
31:25 32:7,16,21
38:4 40:6,8,9,10
40:14,18,20,24
41:2,5,7,10,13,14
42:12,15,19 44:6
49:25 52:15,16
54:24 57:21 59:11

59:17,22 64:17
66:20 73:15 86:15
91:16,25 92:2,10
103:12 116:6,6,13
132:3 141:16
156:19,20,21
157:2,3 160:22
174:7 207:2 221:8
234:4 290:25
291:7,8 296:2
**expertise** 7:3 36:20
37:9,17,21 38:2
39:19,25 40:4,6
57:7,16 58:2,24
59:7 157:16
175:15 274:18
**experts** 17:7 24:18
24:24 25:8 27:10
31:15 32:15 40:3
138:12
**explain** 53:5 75:25
161:4 187:12,19
193:16 194:14
207:3 211:8
212:19 234:2
290:8 291:11,17
**explained** 74:15
184:7 235:22,22
235:23 241:2
**explanation** 75:22
123:12 211:3
301:16
**explanations**
161:19
**extension** 13:12
**extensive** 13:19
40:15 175:17
251:8
**extensively** 47:17
**extent** 71:25 99:6
105:5 120:4
205:13
**extra** 289:23
**extrapolate** 185:25
**extrapolated** 168:4
182:3
**extrapolating**

192:12
**ey** 12:22 26:8,9
28:14,15,17 50:18
54:6,9 58:18 89:9
107:8 135:8,9
162:4 175:10,14

**F**
**faces** 262:14
**facilitated** 33:3
**facing** 128:6
**fact** 42:5 67:4
71:23 80:25 83:19
142:23 162:21
170:21 183:21
198:10 202:4
210:6 214:5 219:4
237:13 247:11
253:7 259:5,16
268:2 271:9 283:5
285:21,25 302:9
304:25
**factor** 223:7,16
253:4 259:15
283:6
**factors** 22:14,20,25
23:3 159:25 160:9
160:14,17 171:2
171:14 177:17
225:7 226:23
227:11 234:13
245:17 255:10
256:9 259:5,8,9
283:5 300:21
**fail** 160:6
**failing** 151:12
158:24
**fair** 14:12 15:3,25
17:18 18:13 21:12
22:24 29:5 31:14
38:19 54:13 67:12
68:18 71:23 75:9
76:23 84:25
103:22 106:5,18
107:13,14 135:5
136:20,24 138:18
139:8 142:5

144:16 146:4
151:18 156:17
157:2 160:9
163:16,16 175:19
194:21 195:21,24
196:11 199:22
204:18 205:23
206:6,11 221:6
228:16,25 232:11
244:17 254:19
257:5 272:6
276:12 277:19
278:17 286:21
291:20,21 296:11
296:12,21 297:2
**fairly** 47:15 48:2
194:17 197:24
198:4 209:25
213:11 259:24
287:23
**fall** 77:13,23
102:13 167:7
**falling** 122:21
167:10 246:7
300:16
**familiar** 17:9 65:3
88:14 102:15
105:10 106:14,17
109:12 113:11
115:6 143:24
144:12 151:23
154:7 155:4
158:16 159:7
160:13 196:12
244:14 278:25
284:21 287:15
290:3 295:17
296:11,19,22,25
**familiarity** 296:15
**far** 28:6 54:16
58:11 59:16 65:5
87:18,23 93:8
116:24 135:10,13
136:16 137:5,8
145:8 166:8
194:23 217:10
276:6

**faster** 62:19 207:17
**fault** 42:7
**feasible** 95:23
100:21,24
**features** 89:22
122:22
**federation** 297:14
**feel** 6:19 123:20
157:15,24 163:22
261:11
**fees** 55:4,7,21
86:17 102:12
275:25 276:6
**felt** 169:12 171:4
201:8 256:18
**fields** 32:15
**fifth** 151:3
**fight** 236:15,18,19
**figure** 12:25 14:12
22:23 118:20
119:8 147:15
148:3,12,23 155:9
162:5 167:15,19
193:5 197:12
199:17 201:12
203:8,12,13
205:15,16 206:10
207:19 208:9,13
208:15 209:6,15
209:17 210:9
211:11 212:13
213:25 214:17,24
215:20,22 216:13
219:17 222:20,22
225:14 252:12
271:17,19,21
273:10,11,17,17
274:5,6 277:13
281:22 286:3
294:8 304:17
**figured** 46:10
**figures** 30:14 62:18
65:19 166:5
169:20 231:17
234:15 282:15
**file** 51:21 302:19
**filed** 6:22 12:9

51:25
**filings** 302:23
**fill** 254:18
**final** 72:4 228:13
291:13
**finally** 252:6
**finance** 3:1 7:5,5,7
7:7 132:21 144:8
**financial** 3:7 5:24
75:19 90:12,24
104:10 105:11
108:13 110:12
**financially** 306:16
**financing** 296:8
**find** 37:14 70:24
72:3 133:20
163:24 191:11,16
195:3,11,14,17
196:17 197:6,8
204:9 220:9 281:6
303:16,19
**fine** 149:13 286:9
**finish** 18:4 22:4
44:9,12 47:5
131:19 132:2
218:8,13,15 235:5
235:9,15,15 236:8
236:10,25 237:4,4
**finished** 22:6
**finishes** 218:11
**firm** 266:16
**firms** 43:6 251:11
**first** 6:5 26:22
109:3 164:4
218:12 243:9
244:9,11,21
266:11 287:11
306:8
**fiscal** 86:6,6,16,20
86:20,24 111:9,18
111:18 113:3,9,10
128:6 129:17,19
165:5,7,11,16
166:25 167:4
178:19 201:2
211:6 223:5
225:15,23 226:6,6

232:21 233:22
246:8,8,9 249:20
250:25 251:2,19
251:19 253:2
259:23 265:11
267:3
**fit** 75:17 197:24
198:19 253:9
254:10 255:6,11
255:15 263:11
**fitting** 255:23
**five** 80:23 81:4,16
149:12,13 185:14
**fiveminute** 242:2
**fiveyear** 73:21
**fixed** 87:13,14
121:8 176:4,15
302:21
**flat** 165:6
**florida** 3:10
**flow** 27:7 107:20
191:23 261:19
**flows** 273:25
**fluctuation** 161:20
**fluctuations** 207:9
**focus** 207:9
**focusing** 215:13
216:14
**folks** 28:19 220:22
240:22 274:3
294:21 296:4
**follow** 137:13
158:7 241:21
291:15
**followed** 48:14
185:23 186:7
249:20
**following** 34:20
127:22 224:24
**follows** 6:6
**forced** 254:17
**forces** 171:4
**forecast** 9:14,17,22
9:25 10:4,6,14,18
10:19,22 11:8,13
11:14 15:12,18
19:25 20:6,9,21

21:5,7,14,16,18
22:10 23:13,18
24:14,15 25:11,18
26:6,6,7,8,9 45:6
45:7,8,17,18
46:13,19,23 47:13
48:22 49:3,22
51:13 53:9 55:17
59:14,16,23,24
60:13,16,23 61:2
63:12,22 64:9
65:19 67:4,23
68:19,21 69:19,22
69:24 70:8,10,11
70:12,18,20,24
71:5,12,15,16,19
72:3,9,20,21,23
72:24,25 73:3,4,9
73:10,16,17,19,20
73:24 74:7,7,16
74:21 75:2 76:10
76:19 77:3,4,6,16
78:3,13,14 83:21
84:2,8,10,20,25
85:8 90:19 92:14
93:9,11 97:22
98:7 99:20,21
100:8 106:20
107:20 114:25
115:3 116:8
118:21,23 119:22
120:19 121:21
122:6 124:17
126:6 127:5
137:21,25 138:2,6
138:8,24 139:21
139:24 140:2,10
140:16,19 142:9
143:9,12 144:17
145:5,14,20,21,25
146:3,4,10,11,12
146:13,16,17,23
146:23 147:2,6,8
147:10 148:23
149:6 152:22
153:2 155:10
161:6,10 162:22

163:5,11,17
166:11,16,17,18
166:21,23 167:3,6
167:13,13,14
172:24 173:5,7,10
173:15 174:15,15
175:24,24 176:2,7
176:11 177:18
178:8,16 180:18
180:19,25 181:3
181:14,15,22,23
182:6,7,12,23,24
183:13 184:2,4,6
185:25 186:10
187:14,21,25
188:3 189:24
191:15 192:2,5,12
192:21,21,25
193:4,17,18,19,19
195:10,11,12,13
195:15,23 196:4,4
196:5,7,8,9,15,17
196:18,20,21
197:4,6,8,9 201:9
202:19,23,25
203:2,19 204:11
204:20 205:4
206:13 210:23
212:21,23 213:14
213:15,18,20,22
218:23 222:13,18
224:12 227:14
228:7,24 229:7,9
231:23 232:4,8
233:4,4,20,23
234:12,22 239:7
239:20 240:14
242:21,25 243:3
243:10,12,16,18
243:21,22 244:2,8
244:18,19,22
245:18,21,22
247:7,13,15 249:4
249:13 252:15,18
254:5 255:17,25
257:2,15,18,22,25
258:5 259:3,6,20

260:11,17 261:2
262:13 270:24
271:5 272:16
275:10,11 277:19
281:10,12,14
282:7,9 283:22
288:23 289:5,6,9
289:11,20,22,23
291:9 292:3,18
293:3,11,15 294:6
294:9,12 295:3,8
295:13,20 297:24
298:16,17 299:6
299:20 300:8,9,10
300:13,14 303:14
**forecasted** 20:3,16
62:20 74:24 85:6
226:25 244:6
271:4,23
**forecaster** 10:24
48:2 69:23 76:12
171:15 190:14
**forecasting** 7:11
8:23,24 11:9,15
11:25 13:2,10
15:9,22 16:19
19:9 20:13,24
21:2 22:8 23:22
30:2 38:21,24
40:14,16,19 45:15
45:21 47:16,25
48:3,6,8,17 50:16
54:19,19,20,21
55:4,7 63:7,18,25
64:7,13 65:6,11
65:18 66:22,25
67:5,13,16,18,20
68:2,6,7,12,13,24
72:6 73:7 84:6,9
107:10 108:5
111:21 137:12,15
138:14 144:23
145:2,9,13,18,19
151:25 166:20
174:4,8 175:20
177:22 184:12
185:19 189:16,18

190:11,22,25
191:3,6 192:13
193:11 194:3,9,10
194:11,20,25
195:2,7 196:24
200:6,8 201:16
226:18 232:6
244:14 247:15
248:5 255:13
257:6,10 258:12
258:15 259:4,9,16
260:19,23 265:17
267:12 278:3
292:21 295:24
297:8,12,13,21
**forecasts** 10:10,11
10:20,25 11:4,12
13:11 16:24 21:25
24:17 25:7 37:20
38:25 40:11,17
45:4 46:4 47:10
49:5,7 53:3 58:22
59:19 60:11 68:17
70:4 71:9,20,24
72:5,13 73:18
74:18 76:13,15,18
76:20,21,24 77:8
84:22 92:21 95:9
97:24 107:24
127:11 137:19
138:4,13 139:8
141:12 142:13
147:2,23 148:20
179:17 190:6
191:8,9,11,13
192:9,16,19
193:12,24 194:6,8
195:4 204:7
229:12 233:7,8,9
233:9 256:18
269:15 280:24
281:17,19 282:7
294:19
**foregoing** 279:10
306:7,8
**foreseeable** 185:18
**forgot** 251:24

**form** 176:9 228:24
293:22
**formal** 43:13,25
44:7,15,18,25
**formally** 302:20
**format** 220:21
**formed** 266:10
**forming** 182:23
**formula** 167:19,22
171:6,10,20
197:17 201:24
202:13 209:6,7
214:21 215:6
217:6,10,25
218:10 219:2,4,7
220:19 221:8,23
226:12,21 227:25
233:15,24 234:3,5
237:24 240:5,10
240:15,18,19,24
241:6,20 252:10
252:25 270:10
271:16,18
**formulas** 50:9
202:8 235:22
241:8 272:5,7,15
273:5
**formulating** 18:10
161:2
**forth** 220:18 221:8
306:10
**forward** 74:18
121:13 124:2
165:16,23 182:11
200:8 205:12
251:10,13 264:17
290:4
**found** 25:14 106:10
257:19
**foundation** 100:8
180:24 189:15
211:12 213:12,13
244:12
**four** 10:13,15,16,18
11:9,12,15 65:21
78:3 156:18 242:9
305:18

**fourth** 112:10,11
186:20,21
**fouryear** 76:20
147:5
**frame** 43:24 199:12
**framework** 17:14
50:15 176:21
**free** 6:19 163:22
**frequently** 72:13
76:10 77:4,9
**friday** 303:5
**front** 116:7 132:4
179:5,10 182:13
262:19
**fta** 297:15
**full** 29:4 103:23
134:4 201:2
**fulltime** 136:4
**fully** 289:17
**function** 158:22
190:19 231:25
232:2
**fundamentally**
189:15 213:12
**further** 75:24
115:24 254:5
306:11,14
**future** 20:22 35:19
65:20 69:21 70:7
72:7 74:24 81:6
93:16 125:14
140:3 166:3 168:5
175:22,25 177:22
182:3,23,24
185:19 190:2
192:3,5 205:10
212:20 213:6
249:4,5,8 269:2
278:12 283:6
**fy** 165:24 167:17
170:10 185:21,24
186:5 244:4
249:21

**G**

**g** 2:15
**gambling** 22:16

169:10 267:22,25
268:3 283:4
**gap** 215:5 218:3
253:24 254:3,4,12
**gaps** 216:2 219:14
**gary** 52:6
**gather** 36:25
**gathered** 290:15
**gathering** 290:3
**gaurav** 28:22
274:18
**geared** 147:4
**general** 7:18 17:13
23:5 29:23 38:24
40:5 72:5 86:16
138:3 140:12
141:14 143:22
178:5 180:12
255:14 270:4
283:12
**generalize** 288:13
**generally** 10:17
53:14 137:13
**generate** 49:25
96:7,16 167:19,25
169:17 204:24
220:20 229:25
238:2,4 240:25
241:6 272:15
**generated** 74:9
77:18 121:2 169:3
169:5 171:20
227:24 233:24
238:4,7,15 240:13
241:19,23
**generating** 216:20
229:8 233:16
272:5
**generous** 72:2
**geoff** 235:16,16
236:2,6
**geoffrey** 2:3 5:16
**geographic** 169:16
284:3
**geographical**
269:10
**gesture** 41:18,24

**getting** 127:16
131:13 160:8
230:5 256:24
**give** 12:18 31:9
44:11 48:8 84:11
84:19 85:15 119:8
127:3,9 136:14
177:2 184:21
185:7,10 199:19
219:18 221:22
256:18 301:16
**given** 6:11 30:18
103:6 136:15
161:8 169:15
170:19 190:4
206:21 238:6
242:16 259:24
260:2 262:15
268:18 282:5
299:21
**gives** 171:10
251:18
**glad** 116:16 156:23
**glance** 164:4
**glancing** 150:6
281:20
**go** 10:12 30:9,21
31:5 32:20 42:10
45:16 79:13,23
91:4 97:8 127:20
130:15 139:20
163:9 179:19
186:12 188:11
206:22 210:3
212:10 225:10,11
227:19 232:16
240:2 241:9
246:14 251:23
268:11 269:18
297:24 299:7
300:5,17
**goes** 46:14 151:2
**going** 12:14,18
41:16,18,23 42:3
46:5 64:8,18,19
69:24 70:21 80:12
81:10,21,25 83:24

85:21 86:8 91:12
93:5,15 99:19
117:5 121:13
124:2 134:18
136:8 163:23
165:16,23 169:6
169:23 173:3
179:4 181:20
182:11 194:15
198:3 200:8
205:11 210:2
213:25 216:18
218:19 222:13
224:13 225:10
232:13 235:24
240:8 242:5
244:11 251:10
255:20 259:22
260:24 264:5,5,17
267:24 278:21
280:3 281:4
283:18 288:6
290:4 302:9 305:5
305:6
**good** 6:8 85:17
155:19 160:8
175:8 259:17,24
**gotshal** 3:8 5:24
**government** 7:18
8:2,16 104:23
109:21 132:23
157:11 158:21
159:13,15 265:10
**governmental**
158:6 159:19
**governments** 60:5
60:10 104:15,19
130:22,25
**governs** 270:11
**grants** 8:2
**graph** 200:25
214:24 216:25
**graphs** 220:15
**great** 156:21
**greater** 78:21
119:14,18
**grew** 185:14 246:25

288:8 289:15
290:18
**gross** 161:10 169:8
171:3
**grounded** 244:3
**groundwork**
237:11
**group** 145:7 261:3
**groups** 145:4
227:10 246:23
**grow** 248:13
264:11 270:3
**growing** 166:10
181:19 207:16,21
248:24
**growth** 21:5,7 26:2
26:18 60:23 68:20
147:19 162:22
165:2,12,16,20
166:5,9,10 167:15
167:19,25 168:2,6
168:13,13,20
169:13,18,25
170:8,11 171:3,8
171:19,23 172:17
180:11,12 181:4
181:15,20 182:2,8
182:10,14,18
183:15,17,19
184:8,10,12 186:2
186:6,8,9 200:12
205:9,11,17 223:8
225:18 226:10,13
227:21,23 228:5
230:11 232:3,20
233:16,21 234:16
234:22 237:20
238:20 239:5,8,17
239:21 240:6,25
241:6,22 242:12
242:22 243:5,11
243:17 245:5,6,23
246:2 247:2,3
248:9,10,14,17,25
249:3,7,9,12,16
249:22,25 251:25
261:12 262:22

263:6,19 264:6,14
264:17,20,23
265:20,22 266:7
266:14,20 267:6
267:11,16,16
268:17 269:8
270:2,15,24 271:4
271:20 282:20,25
283:6,10 284:3
286:3,22 287:3,5
287:9,20 288:4,17
288:20 289:2,2,25
**guarantee** 2:13 3:1
142:8,13,25 143:4
**guaranty** 2:19 3:7
5:20,24
**guess** 117:4,11,16
241:14 250:13
277:4 282:3
**guesses** 67:14
**guessing** 117:6
**guesswork** 67:6,10
**guidance** 231:22
**guide** 190:24
234:20 265:20

----

### H

**hackney** 279:13
**half** 151:7 199:7
**hand** 163:18 179:4
280:3 281:4
285:12
**handed** 149:20
164:10
**handing** 112:4
292:11
**handle** 256:20
**happen** 71:5,9
92:22 93:10
120:15 121:23
135:2 141:8
183:20 237:17
243:11,12,17,18
263:22 268:24
**happened** 84:12
207:15
**happening** 163:10

212:11 245:7
265:4
**happens** 69:21
263:23 276:11
**hard** 163:23
**harder** 47:7
**hasnt** 54:15 61:19
136:16,20 137:5,8
183:21 203:5
**havent** 9:22,24
10:3 14:7 19:8
27:18 31:16 63:3
63:5 86:10 88:2
88:20,25 89:11,14
90:8,14 92:21
93:17 95:13,17
96:2,6,15,25
98:14,14,23 99:24
101:8,22 102:22
103:22 104:2
106:23 111:4,25
113:7 120:14,24
122:3,9 125:25
126:3 129:23
138:18 139:6,13
142:4 148:2 155:8
160:20 207:19
210:20 212:24
213:24 214:15
224:24 260:22
273:22,23 284:13
293:9 294:8,14
297:19 298:23
300:4 303:3,11,17
**head** 144:22 202:3
221:5 286:11
**heading** 243:9
**health** 7:16
**heard** 108:13
154:20 156:2
**hearing** 12:7,15,19
15:15 64:19
135:19
**heavily** 267:24
**heavy** 54:21
**hed** 185:2
**held** 230:8,8,10

278:4,6
**help** 57:7 58:2
111:9 265:19
292:23
**helped** 205:13
263:13
**helpful** 179:21
**helps** 114:8
**heres** 25:6 132:12
241:4 302:7
**hes** 33:14 42:3
**higher** 53:11,14
167:15 170:11
186:8 206:13
240:2 247:18
264:22 277:10
287:25
**hike** 149:21
**hill** 52:4 279:17,18
279:19 293:7
302:9,10,16,18,22
302:24
**hills** 292:23
**hire** 157:23
**historic** 255:19
**historical** 178:9
200:22 204:5,17
207:20 221:17
238:7
**historically** 118:15
203:5,22
**histories** 204:21
**history** 110:8
115:21 134:17
153:4 171:12
182:10 185:15,22
204:8,8,9 205:7
205:12 223:17
224:6,7,9,17
226:2 234:18,19
237:7 239:12,12
250:5 254:4
**hit** 95:21
**hold** 7:12,15 8:4,7
41:13 65:23
184:23
**holdback** 276:2,8

**holders** 43:9
**holding** 9:9 40:7,10
40:13 91:24
148:16,17 239:5
249:9 283:5
**holland** 21:22 22:9
**hon** 1:8
**hope** 107:15 273:9
**hoped** 194:9
**horizon** 147:7
213:11 255:21
**horizons** 147:6
**hosbach** 3:14
**hour** 174:20
**hours** 31:6,11,13
**hundreds** 110:3
139:21 140:3,11
140:16 141:2
**hunger** 2:3 5:17
**hypothetical**
295:15

### I

**id** 41:19 52:9 141:6
156:23 206:21,23
271:24 287:24
**idea** 55:6,21 56:13
94:25 105:12
136:18 147:25
159:22 169:22
177:2 224:25
278:11 282:6
291:6 298:3,12
299:2 301:23
302:2
**identification**
112:2 149:18
164:3 179:8
278:24 280:5
281:2 285:10
292:9
**identified** 51:3
121:7 125:8 199:8
212:24 213:24
214:15 217:14
257:3 268:9
291:14 303:15

**identifies** 152:18
285:7 301:8
**identify** 11:4 29:13
29:18 47:9 48:24
51:24 56:6,9
58:15 85:8,13
113:3,19 114:13
129:21 195:6,15
195:22 196:9,23
197:5 199:18
208:25 211:22
212:7,14,18
214:13 274:23
275:4 290:14
**identities** 29:6
**identity** 275:15
**ignore** 194:15
**ill** 6:15 44:9 53:25
60:5 163:9 179:5
215:23 216:6
273:14 274:7
286:7
**illinois** 2:16
**illustrations** 238:6
**im** 7:19,21 9:6,11
12:17,24 13:4
14:10,11 18:21
19:13 25:3,14,25
27:13 31:2,25
32:5,7 35:12,12
37:25 38:8,10
39:4,24 40:10
41:25 43:23 44:24
45:21 46:23 50:19
52:10,16 54:17
57:14 59:9 63:20
65:3 73:5 76:5
82:5,5,13,19 88:3
89:8 91:21 94:22
94:24 95:4 102:15
105:10 108:15
109:12 110:19
112:4 113:11,24
114:2 116:14,14
117:2 125:3 127:5
127:13,18 128:8
128:12 130:4

132:13 133:6
134:11 137:7,11
143:4 145:22
146:18 147:12
150:6 151:14,22
154:7,11 155:4,25
156:15 157:4
158:3,15 160:3,13
162:5 163:12
164:12 168:18
174:14,19 176:25
177:2 178:20
179:4 181:10
184:16 187:7,15
193:5 195:18
208:12 209:13
215:15,20 216:22
217:13 218:7
222:11 225:21
230:19 231:13
234:6 236:16
238:8 244:14
257:21 258:3,4
262:14 264:7
270:19,25 272:3,4
278:21 280:3,9,19
281:4 284:21
285:19 287:18
288:13 289:13,16
290:3 292:11,14
293:6 295:15,16
295:23,23,24
296:11,20,25
297:4,17,24 298:9
300:25 303:24
**imagine** 71:22 90:5
255:23 299:12
**impact** 67:22 75:19
124:16 128:24
134:19 147:23
148:3,12 176:22
177:5,9,13,21
178:2 183:14
201:2 209:3
222:20 223:24
224:18 268:4,22
269:14,16 270:2

299:16
**impacts** 208:19
**impediment** 116:24
**implement** 113:18
 114:13
**implementing**
 113:17 114:12
 137:6
**implication** 243:6
**implies** 203:2
**imply** 99:8
**importance** 123:24
**important** 64:8
 115:14 122:6
 137:13,19 147:15
 147:18 152:6,14
 158:18 163:5
 210:6 222:6 297:5
**imposes** 134:4
**imposing** 101:14
 101:18
**impression** 210:17
**improve** 113:20
 114:15 283:13
**improvement**
 282:21 283:15
**improves** 283:13
 283:18
**improving** 162:19
 163:2,8 284:5,6
**inability** 256:17
**inaccurate** 68:23
 72:21
**inappropriate**
 94:16 95:15,23
**incapable** 141:7
**include** 104:6
 122:24 301:12
**included** 37:21
 126:21 153:6
 220:13 231:3,23
 245:3 285:22,25
 292:20 300:19
**includes** 86:9 138:8
 150:2 153:4
 281:22
**including** 32:13

109:22 129:6
130:23 142:12
153:5 177:21
300:9
**income** 9:24 20:14
 20:16,18,20,21,24
 21:14 45:2 55:10
 87:8,10,13,16,19
 89:2,6 94:8,14
 102:9 106:13
 108:10 115:3,16
 115:23 116:4,9,12
 116:17,20 117:17
 117:22,23,23,24
 118:3,17,25 119:6
 119:14 120:23
 121:17 123:19
 124:6,10,18 125:6
 130:8,11,18,21,24
 131:2,5 132:15,17
 132:20 133:7
 134:13 136:17
 138:9 140:15,20
 140:24 150:3,12
 151:4,19 152:4
 156:4 158:22
 159:19 169:7
 179:19,23,24
 180:6,14,18,22
 181:6,8,13,15,18
 182:2,9,16,19
 183:2 204:25
 205:4 226:18
 245:5,16,23,24
 246:15,21,23
 247:4,18 248:2
 250:5,11 262:22
 263:5,8,19 264:10
 264:10,14,20
 265:5,13 266:9,15
 280:15,19,22
 281:13,14,20,21
 282:9,10,11
 283:21 284:25
 285:6 298:3,5,8
 298:10,13,21
**incomes** 117:22

**inconsistent** 146:11
 165:19
**incorporate** 115:10
 256:6,14
**incorporated**
 137:25 195:4
**increase** 33:25 34:9
 34:13,18 35:22
 36:2,3,4,11 43:14
 43:19 44:3,16
 56:10,17,23 57:3
 57:8,16 58:2,16
 62:8 79:5,9,16
 80:7,9 87:7,10,16
 87:19,24 88:4
 91:5,11,15 97:2
 98:5,16 99:14,19
 99:20 100:15
 101:10 102:23
 104:11 106:13
 115:3,24 116:4,20
 120:10,12 121:3
 124:10 126:4
 129:13 143:21
 150:19 152:18
 157:18 171:5
 178:22 183:22,23
 185:18,23 207:13
 228:5 282:5
 283:19 284:6
 298:18,19,20
 299:17 301:6
**increased** 61:13
 73:3,3,6 90:24
 95:18 96:17 98:9
 99:17 113:6
 115:10,10 120:15
 121:24 124:20
 125:16,19,23
 128:17 140:14
 147:20 148:15
 152:8 178:13
 183:11 270:2
 283:10 287:5
 300:20
**increases** 34:14
 154:22 180:13

183:5 232:20
299:4 301:17
**increasing** 87:2,2,4
 88:5 95:18 96:9
 96:17,18 97:3,3
 98:5,16 99:15,25
 100:14 110:24
 124:9 129:10
 134:15,22 150:7
 155:20 169:15
**incurred** 275:21
**incurring** 105:9
**incurs** 105:2
 158:10
**independent** 27:10
 28:2 30:8 152:8
 174:7 223:23
 257:15 289:8
**independently**
 29:24 240:13
**indepth** 129:24
**index** 266:10
**indicated** 219:13
 300:11
**indicates** 208:2
**indicating** 288:7
**indication** 210:10
**individual** 19:24
 87:12 104:23
 113:7,19 114:14
 115:16 116:9,17
 117:23,24 130:18
 130:21,24 131:2,5
 179:22 180:6,14
 205:4 207:9
 226:18 245:24
 256:12 280:19,20
 280:22 281:22,23
 281:24 282:10
 283:21 285:6
**individuals** 20:7,10
 31:15 32:9 36:20
 37:16 59:17 125:7
 275:13
**industry** 186:3
 269:25
**inflation** 19:25

242:23,24 243:2,3
**influence** 22:20
 23:3 178:7 245:16
 259:6 295:3,8,12
 295:19
**influenced** 267:23
 284:2 291:15
**inform** 280:14
**information** 8:19
 16:4 26:24 27:2,4
 27:7,19,24 28:3,9
 28:13,18 29:6,19
 29:25 30:3,7,10
 30:18,20,21,22
 33:9 37:2,19
 39:15,18 50:18
 54:9 59:4,7 60:20
 62:4 63:13,19
 68:18 72:9,13
 77:2,5 89:5,8,10
 92:6 95:11 106:11
 106:22 116:22
 121:25 123:14
 137:17,21,24
 138:5 142:17
 143:13 144:7,19
 154:11 162:8
 164:9 171:19
 180:20 181:3
 182:21 183:3
 185:20 186:18
 187:9,16 190:2,24
 191:23,24 192:6
 200:14 204:10,19
 205:11 206:8
 228:20,22 229:13
 231:23 244:25
 256:6,15 263:20
 263:25 264:3
 265:4,17 266:18
 271:13 272:24
 280:23,23 289:7
 290:3,11,12
 291:12,14 292:2
 294:23 295:25
 304:25 305:9
**inherent** 67:5

inherently 142:14
initial 51:4 103:20
  171:12 253:17
initially 50:20
  62:19
initiative 208:19
  209:2
initiatives 105:17
  113:18 114:13
  144:2
input 24:8 26:3
  37:5,8 168:10,11
inputs 23:20,21,24
  23:25 24:5 31:17
  32:13 36:21 61:20
  61:24 62:3 63:4
  63:10 76:15 172:2
  182:18 184:3
  190:5 205:22
  246:13 267:14
inquired 105:14,15
  107:15
inquiries 108:3
inside 20:10
insight 254:4
  262:15 266:16
inspect 272:20
instance 48:25
  225:2
institutional
  255:24 256:4,14
institutions 259:11
insurance 3:7 5:25
insurers 43:9
interacting 294:21
interaction 42:22
  43:3,10 52:4,6
interactions 52:10
  296:4
interest 245:15
interested 306:16
intermediate 98:12
interpret 244:20
interpretation
  132:21
interrupt 131:11
  131:21 218:6

235:2,4 236:5
  279:12
interrupted 131:23
  218:14
interruption 95:20
interval 166:11
  232:15
introduce 5:13
inventory 273:23
investigate 34:17
  248:2,6
investigated 88:20
  88:25 101:22
  102:22 111:25
  119:23 126:13
investigation 27:15
  34:23 89:11,14,17
  90:9,15 106:23,24
  107:11,25 108:9
  111:4,7,20 139:6
  146:9 155:9
  279:24 293:12
investment 99:22
involve 237:11
involved 16:23
  41:2 64:15 68:8
  107:6,9 115:11,12
  123:16 145:17
  153:15 175:9,10
  230:10 239:12
  274:25 275:11
  285:23 296:4
involvement 109:9
  296:7
involves 234:9
isnt 225:25 258:3
  272:6
isolated 198:19
isolation 133:3
  265:15 269:9
issue 89:4 122:13
  150:21 163:22
  179:3 226:9 248:4
  248:7 262:15
  278:19,20 297:24
issues 17:3 111:24
  122:21 160:20

225:16 280:20
item 90:23 152:17
  257:3 303:2
items 90:11 115:7
iterated 228:13
iterations 61:2
  231:13
ive 7:4 8:9 35:4,16
  36:15 50:7 59:2
  100:5 107:14
  112:20 139:15
  146:12 149:20
  156:21 163:18,18
  184:7 241:2 244:2
  281:7 296:16
  299:19 300:11

## J

jay 33:12
jeff 5:21
jeffrey 3:3
job 18:7 103:10,14
  157:11 159:11
  230:5,16 236:23
  248:14,25 249:3
  260:18 261:16
jobs 230:7,9
john 279:17,18,19
joining 50:14
jonathan 3:13 5:11
jones 1:13 2:4 5:7
  5:17
journals 297:23
judge 131:17 189:5
judgment 39:4
  59:22 67:17
  237:17
judgments 59:11
  59:17 201:11
july 1:17 5:9
  186:23 187:5,21
  187:25 188:4
june 53:8 77:14,23
  77:24,25
juxtaposition 234:7

## K

k 2:10 3:4

katie 18:11 217:23
keep 286:10
kevyn 109:4
key 23:9,10 67:25
  70:9 138:2,16
  175:24 180:14,17
  182:5 183:6
  189:24,25 206:9
  229:3,5,6 230:10
  232:6 234:11
  237:15,21 241:11
  241:12,16,18
  245:8 246:12
kind 22:7 60:8
  121:23 142:13
  145:9 189:5
  211:18,25 214:18
  265:14 305:3
kinds 40:3
kirkland 2:15
knew 33:8 70:17
  167:10 185:13,15
  194:14 240:2
  294:18
know 6:16 12:9,12
  14:9,18 16:3,7
  17:2,6,12 21:4
  25:14 28:8,16
  31:8,12 32:19,21
  33:17 35:8 40:23
  42:14,18,24 46:16
  47:3 48:23 51:5
  51:23 52:9,17,18
  52:19,20 53:17,24
  54:2 55:2,3 56:24
  58:14,18,21 60:7
  63:9 64:3,20
  65:16 66:3,9
  78:25 80:22 81:3
  81:9,12,14,16,18
  81:20 82:3,8,10
  82:21,25 83:5,13
  83:14,16,18,19,23
  84:16 86:4,16
  87:17 88:11 89:9
  92:8 93:7 94:6
  95:6 98:10 101:16

101:21,25 102:12
  102:18 105:20
  106:2,6,9 108:16
  108:19,21,22
  109:3,5,11,13,16
  109:19 110:2,8,11
  110:14,15,17,18
  110:20 111:2
  112:15 113:5
  117:2,25 118:2,5
  118:8,11,15 119:7
  119:10,16,17,20
  119:21 124:12,13
  124:15,23 125:5
  125:24 126:22
  128:18,19 129:20
  129:23 130:16,17
  132:14 134:3,4,13
  134:21 135:10
  138:19 140:5,20
  141:20,24 142:2
  142:23 144:10,14
  144:19,21,23,25
  145:8,9,11,24
  146:2,7,15,20
  147:22 149:12
  152:2 154:21,22
  155:16,18 156:13
  157:9 158:13,15
  160:22 161:14,17
  161:21,24 162:6
  162:14,16 163:3,3
  166:2 169:2
  174:14 175:16
  176:17,18 184:5
  191:21 194:22,23
  201:23 202:3
  208:21 210:24
  211:16,21 214:10
  216:4,9,19,23
  217:13,20 219:24
  220:3,4,7,13,23
  220:24 221:2
  224:23 226:8
  238:10,14 244:6
  245:3 247:23,24
  250:12 251:9

262:2,7,12 263:12
263:15,16,18
266:13 267:25
268:2,6,20 269:14
271:3,24 272:6,23
273:9,10,22
274:12 275:12,15
276:9,11 279:25
280:7 281:7 282:7
282:9 284:8
285:17 286:13
289:21 291:3
292:12 294:14
295:2 296:10
302:21 303:21,22
304:2
**knowing** 81:24
82:6 131:10
**knowledge** 15:20
16:5,25 17:5
28:11 52:3,8 67:3
67:17 70:4 85:12
107:8 111:16
148:24 209:24
257:3
**known** 80:19
**knows** 70:7

**L**
**labor** 191:24 239:2
240:3 301:21
**lack** 36:21 37:9,17
37:22 39:19
123:14 130:21
131:5 253:8
255:19 256:16,17
**lacked** 175:14
254:18
**lag** 26:15 209:11,13
218:21 252:15,15
252:16
**lagging** 252:13
**laid** 217:11
**land** 178:4
**language** 278:2
**large** 123:21
**larger** 296:25

**lasalle** 2:16
**late** 53:8
**latest** 24:13,14
62:18 64:16 65:18
146:12 294:5
**law** 33:23,24,25
34:22 35:5,11,20
36:6 69:3,4,12
70:9 71:2 78:23
78:25 79:3,8,15
79:21 80:4,7,8,18
80:20 81:2,3,5,13
81:19,21 82:4,5
82:10,14,19 83:2
83:6,10,13 84:3,4
84:7,10,15,15
85:7 89:22 90:3,7
90:7 91:18 92:11
93:21 95:10 98:20
99:4,8,11,14
100:7 107:19
108:6,8 115:15,17
122:20 126:14
130:5 132:6
138:19,23 139:2,5
139:23 140:7,20
152:10,16 153:4,5
176:10 247:11,12
247:16,19,24
267:15 277:12
278:4,4,5,8
299:20,21
**lawyer** 9:12 110:20
157:8 295:23
**lawyers** 103:4
**lay** 217:5,24
**lays** 48:5,11 202:7
**lead** 171:5 174:9,11
183:14
**leaders** 139:7
**leading** 211:19
**leaving** 135:17,21
**led** 193:18 223:4
**left** 256:7
**legacy** 251:9
**legal** 9:9 71:6
127:20 134:4

156:21 176:3,20
**legally** 101:16
120:6
**legislative** 109:23
**legislature** 10:12
49:8 79:2,4 83:14
87:14,16 105:5
**length** 10:9,14,18
11:13,14 46:14
49:9 73:2 198:3
199:12 243:21
245:12
**lesser** 119:14,18
**level** 22:16,17
32:14,14 36:24,25
39:4 40:16 49:6
79:20 113:12
132:23 157:14
171:15 251:9
270:4 275:13
**levels** 20:4,6,9,14
20:16,18,19 62:22
**lies** 13:20 220:14
**life** 47:7 91:21
258:4
**lifting** 54:22
**lighting** 161:5,11
**liked** 152:2
**limit** 239:25
**limitation** 181:5
257:6,11,18,21
258:5,9 259:4,16
260:11,14
**limitations** 258:11
258:12,14,24
**limited** 180:21
245:21 257:7,12
263:19,21
**limits** 150:4 269:11
**line** 90:11,23
152:17 197:19
257:3 287:12
301:7
**linear** 201:24
**lines** 215:2,4 218:5
293:25
**link** 273:23

**links** 143:25
**lisa** 2:20 5:19
**list** 29:4,15 51:18
90:12 160:22
182:5 184:5,18
185:11 285:17,19
290:7 292:23
**listed** 153:15
222:14 285:13
287:11 290:10
292:23
**listening** 112:8
**listing** 275:2
**lists** 164:18
**literature** 143:21
262:12 297:20
**litigation** 49:21
194:20,24 195:8
195:24 196:10,25
295:4,9,13,20
**little** 39:24 242:25
260:5
**live** 227:4 232:2
261:17 283:22,23
283:24 284:12,16
**living** 20:10 231:25
**llp** 2:9,15,20 3:3,8
**local** 21:19 79:20
109:21 130:23
137:15 150:11
177:15 258:17
282:21
**located** 273:11
**location** 267:23
273:14 284:3
**locations** 267:24
**logical** 265:18
301:20
**long** 10:7 33:7 42:2
49:3 85:10 147:10
149:11 173:3
198:14,15,17,21
198:23 207:8,10
221:17 223:10
253:9 258:18
262:22 263:6
269:25

**longer** 10:20 11:4
45:19 72:19,23
98:13 181:3
193:14 200:14
204:13 222:13,15
223:8 224:10
258:16
**longest** 10:22
**look** 27:15 31:3,5
33:20 51:12,15
70:22 90:5 91:7
96:12 102:9 108:5
110:5 113:16
114:23 116:16
120:14 121:23
124:14 125:10,12
132:9 133:2
140:19 144:6
146:9 150:10
153:3 163:9,22
164:11 169:19
178:9 180:2 185:2
188:15,20 192:5
199:11,12 204:5
205:15,16,23
206:24 208:22
210:3 214:16,25
215:8,9 227:2
228:11 241:9
249:5 251:25
253:3 258:23
262:17 266:2,2
267:21 268:8
269:5 273:4
278:19 282:17
286:7,8 287:22,24
288:16 290:17
299:5 301:17
304:18
**looked** 21:25 30:5,6
33:21 34:5 44:8
49:3,19 51:16,20
53:7 77:12 86:14
89:20 97:19 110:7
112:14 115:25
118:19 122:16
123:20 125:15,25

126:3,24 127:7
134:17 138:19
144:3 154:16
160:20 174:16
196:6 198:10,12
198:18 199:2,20
201:19,20 202:16
204:19 205:12
207:14 215:24
218:16 220:14
250:9 265:4 269:4
269:6,7 284:13
294:11 298:16
301:19 302:3
**looking** 86:13
129:3,7,9 139:3,3
163:12 169:6
173:3 181:11
191:10 199:17
250:16 263:18
265:23,24 269:14
287:19 293:3
294:18 304:12
**looks** 170:10 215:3
215:5 222:14
256:20 258:21
268:22 269:2
281:7 287:23
288:6,22
**losses** 251:8,13
**lost** 288:9 289:16
**lot** 39:3 54:8
191:20 296:13,21
**lottype** 102:11
**louisiana** 1:14 2:5
5:8
**low** 169:13
**lower** 62:21 181:19
247:20 277:10
287:25
**lowered** 147:21
**lunch** 156:25
174:22,23
**lying** 214:23

_____

**M**

**m** 1:16 5:9 85:23

85:23 149:16,16
175:3 242:7,7
292:7,7 305:20
**mackenzie** 28:10
42:22 43:4,11
151:4,11 152:2
**mackenzies** 154:4
**magnitude** 140:5,7
141:3 146:18
231:22 246:7
299:3
**magnitudes** 146:7
**major** 15:12 51:3
59:14 77:19 78:14
78:16 95:9 103:8
126:22 127:6
134:19 153:2
155:5 187:21
303:14
**making** 47:6 49:22
68:20 84:8 105:7
189:24 213:21
251:11 304:14
**malhotra** 25:9
28:23,24 29:12
31:21 39:2 54:12
103:17 162:12
274:18 303:5
**malhotras** 25:18
39:8
**manager** 33:4 57:6
105:6,11,13
108:23 142:3
**managers** 57:2,25
105:13 110:16
150:2
**manges** 3:8 5:24
**margin** 123:21
**marguerette** 3:14
**marjorie** 1:18 5:10
306:5,20
**mark** 163:17 179:5
278:21 280:3
**marked** 112:2,4
149:18 164:3
179:8 278:24
280:5,10 281:2,4

285:10,12 292:9
292:11
**market** 122:22
191:24
**markets** 239:3
240:4
**maryland** 130:23
**massive** 38:20,21
**master** 273:11
**material** 13:20
**materially** 63:24
64:4 120:15
139:20
**materials** 14:2,7,11
14:16,23 24:12
274:16,19 290:7
291:18 292:21
293:10
**math** 240:16
241:10
**mathematical**
167:18,21,22,24
197:17 201:23
202:8,13 209:5
214:21 215:6,16
216:5 217:6,10,25
218:9,25 220:19
221:8,23 222:5
226:12,20 227:25
233:15,24 234:3,5
234:8,9,12 235:21
237:12,13,24
239:18 240:5,10
240:15,17,18,19
240:24 241:5,20
241:23 252:10
253:10,15 254:19
255:3 270:10
271:16,18 272:5,7
272:15 273:5
**mathematically**
179:23 237:7
**mathematics**
215:23 216:9
**matter** 5:4 6:23
42:5 56:22 138:3
283:12

**matters** 54:25
107:23 147:25
**maximum** 99:6
**mayor** 141:20,24
**mean** 11:7 20:18
21:8 25:4,6 38:2
39:25 40:23 41:4
42:14,18 43:23
44:21 45:23 46:2
46:16 52:16 56:22
57:14 64:3 65:16
73:5 74:7 75:21
83:23 87:4 90:3
93:18 104:9
105:22 123:12
127:25 128:19
129:18 135:16
140:14 142:11
143:7 145:8 146:2
155:16 156:3,7
157:10 159:14
163:14 168:18
171:22 172:14
176:16 187:12
193:2 201:3 202:6
208:10 209:13
224:25 231:18
234:2 238:8
252:20,23 255:12
255:16 272:3
273:3 274:8 277:3
279:11 283:17
288:16 296:9
304:21
**meaningful** 255:16
**means** 31:19 32:22
46:19 66:3,10,21
87:2 143:5 151:7
157:9 187:19,20
212:4 241:19
278:4
**measure** 67:3
153:10,19 163:4
207:10 245:9
**measures** 109:13
153:9,18
**mechanical** 171:20

**mechanics** 19:7,9
144:12
**mechanism** 56:18
145:11 150:7
**mechanisms** 102:8
**meetings** 297:15,16
**member** 21:24
**members** 17:20,21
17:24 18:9 19:5,6
54:5,6 107:7
217:19
**memo** 281:7,11
**memorandum**
281:5,18
**mention** 194:16
230:22 243:8
247:8
**mentioned** 30:17
34:19 36:23 69:2
80:6,18 84:2,14
86:12 88:23 89:19
97:19 101:4
108:12 114:22
118:13 119:10
120:3,19 122:5
146:25 153:14
164:15 165:24
169:19 178:3
205:3 216:14
229:11 242:20
250:4,10 263:8
268:25 274:10,24
280:17 289:17
304:23
**mentions** 275:19
**merit** 306:5,21
**method** 156:11
**methodologies**
229:24
**methodology** 47:10
47:14,15,16,22,23
47:24 48:5,12,13
48:14 72:6,12
156:22 180:2
226:14 227:2
230:2,4 244:18,20
**metric** 163:4

metropolitan 245:2 290:18
miami 3:10
michigan 1:2,7 5:4 5:6 8:11 9:19 10:15,16,18 11:9 11:14 20:25 21:19 21:22 22:9 23:16 24:12,20,22 25:12 26:2,7,12,16 33:15 47:18 48:16 48:21 49:2 52:12 53:19 60:4 72:16 76:13,14 85:4 109:22 110:12 134:20 170:25 180:21 181:5 182:12 183:12 191:19 192:6,12 193:9,10,12,22,25 196:13,22 197:13 198:6,6 199:4,10 200:9,15,19,21 201:5 202:17,24 203:7,11 205:17 205:19 206:12 207:4,13,25 208:3 208:8 209:24 210:4,9,16,19 211:2,9,20 212:3 212:17 213:3,8,16 214:7 218:17 219:6 222:16 223:18 224:8,8 239:3,6,20 250:10 250:18 252:14 253:25 263:9,20 263:22,23 264:2 264:21 265:7,23 266:3 281:17 289:10 297:11
michigans 265:17
middle 114:6 270:17
migration 261:19
million 140:21,22 151:6,13 152:3

154:5 280:15
millions 110:3 139:21 140:4,11 140:17 141:2
mind 149:10
minimal 116:8,12
minnesota 9:20 23:16 48:15,21,25 72:17 85:4 297:11
minus 197:15 215:8 219:6 226:24 228:5 229:17,18 231:19 231:19,19 232:20 233:21,22 237:19 237:19 246:8,9 250:25 251:2,18 251:19 252:5,5,6 252:25 253:18 267:3,6 269:19,20
minutes 85:17 149:12,13
mismatch 122:21
mispronounce 53:25
mispronouncing 141:22
misstatement 38:15
misunderstood 132:13
mixed 286:24 287:23 288:11
mmhmm 239:23
mobile 99:22 261:20
model 17:14 18:18 19:7,9 23:21,22 23:25 24:5,8,9 26:3 27:20 29:19 30:19,23 31:17 33:20 34:4,17,19 35:11 47:25 49:12 49:13,18,24 50:5 50:8,12,16,19,21 59:8,11,15 61:9 61:10,17,19,20,25

63:13,14,18,23,25 64:6 65:12 67:16 68:6 69:9,11,14 69:15 75:8,15 76:16 78:22,24 80:18 81:11 88:15 100:18 120:12 121:9,17 141:6,9 141:19 145:3 167:4 168:11,16 170:3 172:3,15 173:17 174:4,8 182:17 184:14 190:11 205:23 206:4 208:20 228:3 231:14 232:10,11 234:9,9 241:11,17,23 244:14 246:13 247:4,25 253:8,22 254:16 256:20,23 256:25 257:11,17 267:12,15 272:8,8 272:9,10 277:18 283:17 291:16
modeling 51:11 54:22 59:4 62:8 62:24 128:23 143:14 172:8 195:20 196:12
models 30:2 63:8 75:16 143:18 293:23
modern 159:18
modified 271:9
modify 171:17
moment 291:11
monday 1:17
money 127:9,16 141:2 144:13 152:23 298:5
month 76:15
monthly 76:13,22
morning 6:8
motions 41:20
mouth 282:2
move 74:18 80:12

209:25
moved 183:18 216:16 244:12
moving 39:3 269:22
multiple 61:18,21 61:24 114:4 285:23 289:5
municipal 9:24 10:3 20:3 23:17 113:12 117:22 130:8,11

_____

**N**

n 2:5,10 3:4 4:1
name 53:25 109:2,3 109:7,8 141:23 144:9 275:6
names 29:4,15 33:18 274:11 275:3
narrow 156:18 297:3,4
national 3:1 5:22 107:4 251:9 263:19 266:3 282:21
nationally 264:19
nationwide 169:23
native 220:21
nature 259:11
near 213:19 256:20 269:2
necessary 91:4 122:2 156:24
necessity 254:15
need 6:20 63:18,24 67:13,15 69:9 139:23 153:8 179:14 265:16
needed 39:12 106:9 155:9 198:17 245:9
needs 76:11 212:22
negative 96:22 97:16 170:20,22 181:24,25 183:9

183:14 186:2,5 197:18 206:25 221:18 222:16,21 223:7,9,10 224:17 224:18 227:15 228:4 243:5 246:7 268:4,9,14 269:24 282:15 288:20 289:2,25
negatives 282:14
neighboring 267:24
neither 306:11
net 183:23 251:7 269:17
neutral 129:15
never 20:9 48:20 48:21 74:21,25 119:23 224:20 270:7
new 2:21,21 43:9 60:20 68:16,18,20 76:15,25 77:5,18 96:3,8,18 97:4,25 101:10,11,13 137:6 139:23 150:14 156:3 166:17 167:11 170:19 263:9 267:25 283:4 293:3 294:11,23 305:8
news 149:21
nine 227:13,23 231:17 232:19 233:17 234:16 237:9
noncollection 120:6
nonfilers 113:20 114:15
nonresident 180:5 285:6
nonresidents 102:5 102:13 180:9 230:8 246:24 284:20

**nonresponsiveness** 235:7
**nontax** 104:6
**normal** 34:20 45:9 258:14
**north** 2:16
**northwest** 5:8
**note** 152:6,15 197:24
**notes** 166:23 282:17
**notice** 216:15 293:3
**noticed** 53:9
**number** 5:2 17:12 22:14,25 24:7 26:13,14 27:9 28:19 29:6 31:12 31:15 32:9,12 36:23 48:7 59:3 61:12 63:6 67:15 85:22,25 86:4,19 86:22 88:18 110:11 130:22,25 132:24 133:19,22 133:24 134:7 152:7 154:18,25 155:2 157:13 159:25 161:7 164:21 168:7,8,12 168:19 169:8,25 170:8,12 171:21 171:23 172:2,18 173:13,15 175:2,5 179:23 198:5 199:3,6,9,19,21 201:16 204:16 206:3 208:11,12 215:21 222:4,17 227:14,21 229:21 230:5,9,16 231:24 231:25 234:22 238:19,23,24 239:9 240:13 242:6,9 245:7 248:12 251:10 255:12,21 262:17 263:17,18,20

264:4,8 266:8,10 266:16 268:15,23 270:23 271:2,6,7 271:8,12,21 272:5 275:8 286:12,14 286:19 287:8 288:18 297:15 299:6,25 300:12 300:16,18
**numbers** 13:21 17:10 18:14,17 42:20 49:13,25 63:9 78:18 114:4 114:5 116:12,15 116:18 118:20 120:7 126:8,11 140:6 147:16 152:11,20 161:12 161:14 162:3,6,16 164:13 166:12,16 166:19,21 168:4 170:21 171:16 172:3,9,14,16,21 172:24 173:4,6,10 173:16,18,18,19 173:23 174:7 184:13 187:4 190:8,12 201:12 201:15 203:10 204:4,24 206:24 210:20 214:23 217:11 227:7,20 228:12,14 229:7 231:23 232:7,19 233:16,19,24 234:19,20,21 235:11,19 236:7 236:12 237:3,23 238:2,3,7,14 243:7 245:25 246:18,18 251:5,6 251:22 252:9,9,11 252:19,20,25 253:11 254:8,17 254:22 255:2,4 256:24 257:7 259:21,21,24

260:2,8 267:9,9 267:11,18,19,21 269:6 272:15 273:6 281:20 282:16 286:11 287:11,16,22 288:7 289:10,18 289:19 292:17,18 293:5,5,13,18 294:3,5 299:24 300:10 301:4,6,9 301:15
**numerous** 39:12 68:7
**nw** 1:14

---

**O**

**object** 18:4 41:21
**objection** 13:16 14:3 15:4 16:2,11 18:19 24:6 25:2 25:10 27:12,21 29:8,20 30:12,25 32:18 33:5 35:2 36:13 37:4,10,23 39:14,21 41:15 46:15 49:16 53:16 56:2,19 57:10,19 58:4,7,25 64:2 65:15 66:2,8 67:8 70:2,16 71:11 74:2,14 75:4 76:2 79:11,24 80:16 82:24 84:13 91:6 92:9 96:10,20 97:5 98:18,24 99:16 100:4,16 102:14 103:5,25 104:12 109:18 110:25 111:10 115:5 117:5 119:9 119:25 120:17 121:10 123:15 124:22 127:19,20 128:11 130:13 142:15 143:3,10 146:5 151:21

155:3,12 159:4 160:10 172:10,19 173:21,25 174:10 184:23 185:16 199:23 205:2 214:9 219:12 220:2 239:10 258:7 277:20 290:9 291:2 295:22
**objectionable** 235:17,18
**objective** 129:11 142:16,20
**observations** 213:10 250:12 255:12,21 263:10
**obstructed** 236:20
**obstructive** 131:14
**obtained** 199:9
**obviously** 215:16
**occur** 77:21 140:3 200:16
**occurred** 78:7 200:12
**occurring** 170:24
**occurs** 73:12 283:16
**october** 281:8
**oecd** 136:4,13
**offer** 73:15 141:16 157:6,17
**offering** 15:2 73:23 94:13,20,24,25 95:2 127:2,8 136:21 141:7 142:8 154:15 156:14,17 157:2,4 178:18,21,23,25 276:21,25 277:5
**office** 57:2,25
**offices** 5:7
**official** 2:8
**officials** 108:7 109:8 274:17,22 275:2,4,9,16,17
**offsetting** 99:18

**oh** 42:21 112:10 114:2 132:13 164:7 194:18 250:23 285:23 287:10
**ohio** 130:23 156:10 167:11 183:11 268:2
**okay** 6:11,15,19,20 7:3,6,12 9:21 10:9 10:14,17,22 11:3 11:13 12:9,17 13:13,23 14:7,21 16:7,16,19,23 17:16 19:2,8,17 21:3 23:17 29:12,17 30:20 31:25 32:6 33:19 34:16 36:10 37:16 39:7,11 40:3,7,25 41:6 43:17 44:6 47:4 48:17 49:24 50:17,21 52:17,19 52:22 54:11,23 55:3 56:25 57:24 58:22 61:15 62:7 62:23 63:7 64:6 65:10 68:2 70:20 71:4 73:8,15,23 74:6,21,25 75:7 78:15 80:3,13 81:8 82:13,18 84:5,24 86:9,15 87:7,15,18,23 88:4 90:8 91:2,24 92:4,6,13 93:8 95:13 98:14 100:10,24 101:13 101:18,22 102:7 103:3,17 104:17 105:6,12,23,24 107:22 112:19 113:3 114:8,9,11 115:2,9 116:19,24 117:4,13 120:23 121:22 122:3,7,25 124:9 125:5

127:15,19 128:5
128:16 129:9
132:14 133:4,19
133:24 134:6
135:13,23 136:5
138:3 141:14
145:23 146:2,15
147:22 149:25
150:18,23 151:2
151:15,18 152:22
153:17 154:19
155:8,16 156:2
160:17 161:14
162:12,14,25
163:7,13,16,20
164:10,15,20,25
165:22,25 166:4
166:19 167:14,18
168:12 169:5,21
170:4,12,16,23
172:2 173:16
174:18,21 176:13
177:3,4,20 178:9
179:6,7,13,14
180:16 181:7
182:5 184:9,15,18
184:21 185:6,10
186:12,17 187:2,7
187:24 188:6,10
188:14,22 189:7
189:11,17 190:12
190:17 191:13,18
192:4,15 193:11
193:16 194:2,18
195:6,14,21 196:2
196:22 197:11,21
199:9 201:10
202:6,12,15
203:22 204:16
205:15,22 206:3
206:10,16 207:2
207:12 208:24
209:5,14,20
210:14,24 212:6
213:21 214:16
215:20 216:4,12
216:19 217:24

218:25 219:8,23
220:7 221:2 222:3
222:8 224:3
225:21 226:10,16
226:20 227:17
228:4,23 229:4,6
231:17 232:25
233:15 234:4
235:25 237:2,19
238:3,10,19 239:8
239:17 240:10
242:12 243:4,8
246:5 247:3,17
248:6 249:24
251:23 253:11,21
254:6,14,17,25
255:14 256:22
257:5,11 258:3,11
262:16,18 265:22
266:6 267:18
268:16 269:18
270:23,25 271:15
271:20 272:10,14
272:25 273:5,13
275:15 276:12,21
277:13 278:21
279:22 280:14,25
282:4,6,17 283:17
284:15 286:2,17
286:21 287:13,17
287:19 288:3,24
289:13 290:6,24
291:6,17 292:4,16
294:7,13 296:7,12
296:20 297:7,19
298:2,11,18 299:2
299:9,15,25 300:7
300:18 301:5,16
302:17 303:16,22
304:2,9,15 305:3
305:10,10,17
onboard 268:2
once 246:24
onehalf 185:22
ones 53:14 78:16
78:21 173:23
174:12 301:18

302:3
oneyear 73:10,17
ongoing 196:3
269:16
opening 167:10
253:24
operates 149:5
operating 251:8,13
265:15 269:9
operations 105:10
opinion 56:3 73:16
73:23 94:13,20
95:2 127:2,8
141:7,16 154:7,15
154:17 156:14
160:17 164:13
178:18,21,23,25
212:8
opinions 12:7 13:3
15:3,10 16:8
17:23 18:10 31:17
36:22 94:25
114:20 156:18
157:2,6,17 161:2
275:5 277:5
opportunities
95:25 261:16
opposed 200:4
231:19 263:6
opposition 150:14
option 99:9 101:17
258:2
options 84:8 94:10
94:22 95:4 96:13
97:10,24 103:2
104:3,7 126:16
128:9,13 131:7
132:7,8 134:5,12
139:12,13,18
142:7 155:21
156:15 157:21,24
256:7
order 13:3 30:10
39:11 63:17,23
65:12 67:13 68:10
68:12,24 69:14,19
107:19 111:9

137:21 153:23
155:10 158:19
176:6 245:10
265:17 277:13
300:21
ordinance 150:11
ordinary 10:23
111:14
organization 26:22
60:5
original 77:22
166:15
originally 26:20
orr 109:2
outcomes 138:13
148:5,13 149:4,7
outline 212:16
outlined 181:10
outlook 43:22
177:17
outofpocket 275:22
outside 20:10 59:13
59:17 91:22
110:23 150:4
151:5 155:5
156:18 180:8
182:11 194:19,24
195:7,23 196:24
227:4 244:13
261:14,22 284:16
outstanding 280:15
outward 261:19
overall 62:7,8,9
78:14 135:9
177:16 181:4
211:4 223:24
232:3 248:23
261:10
overcome 222:21
258:25
overemphasize
245:12
overrode 249:21
oversight 302:21
owed 88:7,12
127:17 158:20
owned 120:6

P

p 2:15 149:16,16
175:3 242:7,7
292:7,7 305:20
page 4:2,5 32:6
112:20 113:17,24
114:5,6 115:7
184:24,25 185:3
186:12,14 188:10
197:11,12,19
207:24 214:16
222:12,14 226:10
226:13 227:13,23
231:17 232:19
233:17 234:15
235:13 238:19
241:5 243:8
245:25 246:14
248:9,10 249:15
250:4,24,24
251:23 260:24,25
262:16,19 266:24
266:25 270:14,18
274:15 275:19
282:18 286:11,13
290:17
pages 187:16
249:25
paid 110:7
papers 297:10
paragraph 150:10
151:3 243:9 246:3
248:11 250:4
251:25 262:17
paragraphs 188:11
parameter 147:20
205:25 232:17
parameters 24:9
147:22 148:3,12
148:15 149:2
153:4 176:3,10
182:22 206:4
232:8 256:4
267:14,15 278:2,5
paris 136:4
parke 2:20 5:20
parking 102:11,12

part 15:20 21:13 23:15 26:17 75:22 89:13 94:11 107:5 112:15 122:6,14 125:10,12 135:9 140:19 192:11 193:15 290:15 297:5 304:22
participated 6:13
particular 43:24 112:17 199:12 200:3 204:16 207:5 239:2 251:22 255:18 267:23 281:11 290:5
parties 59:12 62:4 108:19 306:13
partly 123:23 214:23
parts 39:3
party 46:6 59:22 134:25
patel 3:8 5:23,23
pattern 253:3
pause 18:4
pay 57:8,17 58:3 160:2,6 179:2 283:25
paying 86:7 251:12
payments 55:16,17
peerreviewed 297:20,23
pen 241:4
pensions 7:24
people 18:12,15 20:20 23:25 29:6 29:13,18,25 31:20 32:2,12,13,16,24 33:8,11 36:24 37:6,8,12,13,19 37:21 39:12,16,19 43:5 58:23 59:3,7 99:22 105:2 138:12 145:4 159:3 160:2,6 190:5 192:15

194:4 195:2
201:10 227:4
231:24 232:2
261:13,20 274:11
275:3 283:24
284:11,16 285:2
295:2
perceive 261:16
percent 88:21,25 140:7,15 147:20 147:21 148:15,16 148:18 165:7,11 165:15 166:9,9 169:14 170:15,15 170:16,17,17,22 171:7,8 181:17,25 181:25 182:14 183:17,19,23 185:14,21,23 186:5,7,8,10 197:15,18 203:14 203:16 206:15,15 227:15,16 228:4,6 228:6 229:18 232:17,18,20 233:22,23 237:19 237:20,20 238:20 239:8,25,25 240:6 240:20,25 241:6 241:12 242:12,21 242:22 246:7,8,9 248:9,13 249:17 249:17 250:25 251:2 252:25 253:18 262:23 263:6,15,16 264:18,25,25,25 265:23 266:13,22 267:3,6,7 268:9 269:18,19,20 270:15 271:17,20 276:2,7 286:3 287:3,4,5,7,9 290:19 298:3,5,8
percentage 181:11 181:15 183:9 185:18 206:22

207:7 209:9 215:8 218:17 219:5,6 226:24 227:8 231:24 239:15
percentages 120:8 120:10
perception 178:5
perfect 72:6
perfectly 174:9
perform 39:11 45:10,11 65:10 90:10 93:24 94:4 103:18 137:21 138:8 147:19 298:23 300:3
performed 10:23 58:23 64:7 300:4
performing 37:17 86:9 137:12 175:19 263:10
period 10:7 13:12 16:15 33:7,21 34:5,10 43:21 45:14,15,22 49:3 51:4,17 70:22,22 72:20 73:22 77:20 79:5,9 81:10,19 85:6,10 115:25 116:5,8 122:19 135:7 176:11 178:16 181:14 182:4 185:19 186:10 197:2,3 198:7,10,17,20,24 199:2,18,20 200:7 200:10 201:4,11 202:15,25 204:6 205:7,20 207:8 213:14,20 214:2 215:10,13,17 219:19,20,21,24 220:4 229:14 242:19 244:3,7,13 246:5 247:7,13 249:13 250:9,12 250:14 252:16 253:13 254:5

255:7 269:3,23 270:16 277:15 288:2,19 289:24
periods 75:17 125:15,18 198:11 199:15 200:25 201:8,15,19 204:5 204:18,20,23 205:16,23,24 206:5,16,19 207:21 215:25 216:3,15 254:23 286:22 288:3,9,24
permission 136:15 136:15
perry 3:13 5:11
person 25:23 54:4 201:17 211:17
personal 79:19
personally 14:24 17:10 18:14 19:17 19:19 50:5 52:5,7 52:14 57:4 85:14 85:14 110:5 126:18 143:19 168:14,18 194:2 254:21 258:8 272:20,22 287:18 294:24
persons 86:14
perspective 95:8 103:10 190:2,24 261:10
pertain 106:4
peters 1:18 5:10 306:5,20
petition 93:10
phases 19:16
philadelphia 285:24
philadelphias 287:3
phone 275:12 305:12,13,14
phrase 66:9 92:5 152:7 234:8
physical 202:12

pick 69:11 75:17 171:7 186:5 189:18 190:14,18 200:6 201:4 205:7 236:14,17 254:7 254:17 255:23 264:4,25 265:12
picked 167:7 168:20 169:25 171:24 172:3,9,15 173:17 174:7 190:8 200:10 254:21,25 255:2 255:10 294:5,23
picking 173:18 190:12 200:4
picture 286:24 288:11 296:25
piece 256:13 282:11,11 291:12
pieces 256:12 274:13
piggyback 156:2,8
pla 161:11
place 118:23 136:19 162:13 229:21 261:17 306:9
plan 64:14,25 65:6 112:12 127:4,17 135:2 150:2 152:6 152:7,11 186:21 276:2 292:19 293:2,13,18,22,25 294:4 296:13,22 301:3,5,9 303:10 304:15
planning 90:22 126:15 127:3 135:25 136:3 194:16 303:18 304:2
plans 34:24 65:4 90:15 142:4
play 230:5
plaza 2:21
please 5:13 6:3

76:3 97:15 99:2
131:11 218:15
231:8
plenty 133:13
plug 49:13 119:2
173:14,17 232:9
252:24
plugged 18:17
30:18,23 39:7
161:8,25 170:2
173:14 232:6,11
234:11 267:12
plus 13:11 170:14
170:15,15 226:23
300:9
poa00537609
164:22
point 24:13 48:4
51:11,14 53:11
60:21,25 62:13,15
62:21 63:22 64:10
68:15 70:25 72:10
74:19 81:5 101:3
109:4 115:14,22
118:15 121:12,25
135:20 148:21,23
149:4 152:13
162:24 163:16
166:11 168:3
170:14 171:13
175:21 176:5
182:22 183:4
185:13,15 188:9
188:18 192:7
197:10 205:8
215:11 222:9,14
222:24 225:2
229:11,20 230:7
230:19 232:14,16
244:2,6 259:19
266:17 270:20
304:13,19 305:7
pointing 188:2,7
points 52:21 60:18
77:11 206:11
228:25 229:8
258:16 287:21

policies 83:20
88:15 100:7
128:24 129:2
142:4 156:2
157:18 176:7,9
276:18
policy 6:23 7:13
57:12 58:17 84:8
86:15 91:25 92:3
94:9,10,18,22
95:4,24 96:13
97:10,24 104:14
104:18,22 112:25
126:16 128:6,9,13
136:21 139:7,11
139:13,18 142:7
155:21,23,25
156:15 157:5,7,21
157:23 158:6
178:23 276:14,22
278:16 279:8
political 104:21
105:2,7 158:10,11
poor 42:6 235:9,10
pops 18:18
population 20:3,6,9
20:17,19 26:18
51:17,21,25 59:13
59:16,23 86:13
125:11,13,16,19
125:23 126:4,6
180:12 226:10,12
226:15,17,21,25
227:6,22 231:24
233:16,18,20
249:16 260:6,12
260:17 261:3,7,23
262:3,9 286:3,22
287:3,5,20 288:4
288:8,10,17,20,25
289:2,15,16,25
290:20
portion 110:9
115:15,16 153:12
284:10,19,25
296:24
portions 207:14

posed 42:25 296:17
positing 295:16
position 59:6 136:4
136:11 141:16
174:14,17
positions 157:11
positive 169:13
170:25 171:3
183:15,17 186:6
198:12 199:15,19
199:21 200:12
206:23,25 251:11
251:12 261:12
268:12,15 269:23
269:24 288:17,25
positives 269:8
possible 75:7 79:7
79:21 84:24 107:4
121:22 138:11
139:25 149:4,7
195:20 216:12
234:21 241:25
potential 99:21
101:13,25 103:23
115:3 126:13
130:2 152:18
154:22 268:18
300:22
potentially 56:6
152:3,23 277:15
powerpoint 297:18
powers 105:13
practice 64:15
65:18 76:14 107:5
175:11,11 296:23
practices 106:18,25
107:12,25 108:4
111:21,24,25
158:16 176:18
280:21
pravin 3:8 5:23
precise 171:10
190:8,12 254:7
263:16
precisely 216:10
225:8 264:2
predict 71:18 80:13

239:14 258:22
predicted 75:9
254:11 258:20
predictions 73:11
preexisting 51:9
preliminary 205:6
259:22
preparation 148:22
303:13
prepare 278:18
293:8
prepared 6:12 12:6
14:11 16:14 22:11
40:12 45:8 49:17
54:9,15 59:20,25
276:14 278:15
302:12
preparing 145:12
148:10 304:9
presence 283:4
presentation 43:5,7
43:8
presentations
297:15,18
presented 186:18
187:9,17 304:4
presently 117:18
pretty 167:8,9
206:18 210:9
211:11 212:13
216:22 233:19
263:16 266:16
276:23
prevented 75:15
preventing 116:19
previous 225:2
290:20
previously 10:10
11:17 61:11
115:12
primarily 106:9
primary 28:22
principal 18:12
principle 255:14
prior 21:8,9 50:14
75:9 115:17
148:19 165:21

178:15 180:22
191:7 192:16
209:21 210:2
224:23 260:22
private 177:19
178:6,7 225:17
232:23
probable 234:21
probably 53:25
77:23,24 110:9
136:7 156:25
183:21 196:15
199:21 200:11
244:4 247:20
problem 158:25
236:23 259:10
problems 178:14
procedure 75:8
procedures 34:20
137:14 147:12
159:20,23 247:15
299:13,24 300:3
process 19:16 31:3
106:10,11 145:18
145:19 192:14
232:13 241:2
291:24 297:12
processes 299:14
299:24 300:3
produced 14:2
272:11,17 273:7
product 39:10
professional 7:4,9
67:17 147:24
237:16
professor 53:19
profile 241:13
profits 251:11,12
264:17
program 108:6,8
109:21 110:9
programs 106:15
prohibited 136:11
project 6:25 21:8
50:14 64:16 89:13
125:14 135:9,12
145:17 175:21

194:11 214:18
260:22
**projected** 62:9,24
165:7 166:2
**projecting** 165:11
204:3 243:4
**projection** 189:13
**projections** 62:15
86:13 125:13
186:19,22 187:2,5
187:8,10,18
188:12,12,15,19
188:24 189:2,3,20
221:4 226:15,17
226:22 260:6,13
279:9
**projects** 10:21
104:14
**property** 10:3
21:18,20,25 54:18
54:20 55:11 61:4
61:6,8,8 62:8
79:19 88:16,24
89:20,21 90:2
94:14 97:20 98:5
98:7 106:7,20,24
107:16,17,21,22
114:23 118:12,14
120:20,21 122:6,8
122:13,14,16,19
122:21,23 123:2
140:15,24 160:5,6
256:2 275:9
294:24 298:17,25
299:22
**proposal** 16:24
17:4 109:11,14
150:3 155:19,25
**proposals** 90:20
143:23 150:19
**proposed** 153:10
**proposing** 208:19
209:2 224:21
**prospective** 113:21
114:16
**provide** 13:3 15:11
15:14 33:8 97:24

103:7 113:8,13
129:25 135:18
157:23,25 202:4
205:10 234:21
**provided** 13:17
14:7,16,22 16:4,8
26:8,9,10,13
27:20,24 28:4,9
29:25 30:4,7,10
32:12 39:16,18
52:23 53:14 54:8
89:5 114:19
161:10,15 162:3
202:5 231:22
233:20 234:20
295:25
**provides** 211:11
259:8 291:8
**providing** 52:20
65:8 71:4,8,15
275:13
**provision** 177:16
**proxy** 245:6,10
**public** 3:1 7:5,5,6,7
21:24 132:21
161:5,11,15
**publication** 48:5,11
**publications** 48:7
297:7,22
**publicly** 250:22
**published** 49:6
145:5 297:19
**purpose** 15:18,19
76:17,21,24
163:12 198:13
**purposes** 11:8
15:15,24 17:3
49:14,21,22 50:2
76:19 135:6
145:10 184:10
**pushed** 183:18
**put** 35:11 50:19,21
50:24 51:2,5
107:23 109:2
145:7 174:3,8
184:14 187:3
271:12 282:2

293:9,15,19
302:22 303:7
**putting** 16:23

_____

**Q**

**qualifications**
104:18
**qualified** 157:6,9
157:15
**qualify** 259:7 273:9
**quantifies** 143:21
223:24
**quantify** 152:23
**quantitative** 24:15
**quest** 175:11
296:23
**question** 12:8,21
13:23 14:9,13,14
14:15,19 18:4,24
20:15 22:5 34:7
34:11 35:16 36:7
36:8,16 38:12
39:22 41:17 42:7
42:8,21,24,25
43:2,24 44:9 47:6
53:24 55:2 56:24
64:18 66:16,18
74:12 76:3,5,7
82:12,16,20 83:22
85:11 88:2 91:10
91:13 95:6,7
96:23 97:14,15,19
98:22 99:2 100:12
105:23 112:21
117:3,6,10,12,15
119:16,20 122:2,4
127:12,14 128:10
131:20,23 132:11
132:12 139:15
152:5,14 160:12
162:15 163:19
164:6,20 166:14
173:9 174:6
176:25 184:5
185:17,24 188:22
188:23,24 194:22
195:9 202:21

205:21,25 212:19
226:3 231:7,8
234:15 235:12,17
235:21 241:4
258:3 260:4 268:4
268:6 273:8 279:2
279:12 284:9
288:24 289:14,14
295:18,18 298:11
303:21,23,25
**questionable** 260:3
**questioning** 303:15
**questions** 6:16,17
41:8 42:4,6
119:22 161:18,18
162:15 235:9
278:19 296:16
304:24 305:12,14
**quick** 149:9 292:5
302:5
**quickly** 116:16
167:12 218:22
**quite** 169:9 224:6
286:24
**quo** 92:16 175:22
**quote** 291:19

_____

**R**

**r** 3:8 5:1,23 6:1 7:1
8:1 9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1

63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1

204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1 278:1
279:1 280:1 281:1
282:1 283:1 284:1
285:1 286:1 287:1
288:1 289:1 290:1
291:1 292:1 293:1
294:1 295:1 296:1
297:1 298:1 299:1
300:1 301:1 302:1
303:1 304:1 305:1
**raise** 34:24 86:17
128:7 134:9
251:24 277:6
**raised** 33:21 46:11
86:20 150:22
277:17
**raises** 133:18
**raising** 94:8,14,21
95:2,14 130:11
131:7 132:25
134:5 136:17
137:2
**range** 103:23 148:6

201:21 232:5,10
268:12
**rapid** 169:10
**rate** 21:5,7 22:18
23:4 26:2,18
60:24 69:8,12
80:23 81:6,10,12
81:15,16,18,25
82:3,6,8,11 83:14
88:17,18,24 89:6
89:12,15 94:8,14
97:20,21,25 98:8
98:9,12 99:18,20
101:4,6 102:6
114:23 117:18,25
118:2,5,8,11,14
118:16,24 119:5,7
119:11,14,17,22
120:11,21 121:6,8
121:12,14,16,17
121:20 122:8,10
122:13,24 123:2,3
123:21,25 124:9
124:20 139:5
140:6,14,20,24,25
165:20 166:9
167:19,25 168:6
168:13,13,20,21
169:13,18,25
170:8,11 171:8,23
172:17 179:25
180:11 181:19
182:8,10,12,14,18
183:4,17,19 184:8
184:9,12 186:2,8
186:9 197:14
200:3 203:20,23
208:3,8,19 209:3
209:11,22 210:16
210:24 213:17
214:7,19 216:21
217:7,16,17,18
218:2 219:3,25
220:8,20 221:7,12
221:24 222:3,9
226:10,13 228:5
229:15 230:2,4,16

230:21 232:3,20
233:16 234:16,22
239:8,17,24 240:4
240:6,8,25 241:7
241:16,22 242:13
242:13,23,24
243:2,5 245:23
247:18 248:3,10
248:14,17,24,25
249:9,10,12
254:13 261:3,7,15
261:23 262:3,9,23
263:6,7,14 264:6
264:10,17,22
265:13,22 266:7
266:20,21,24,25
267:16 270:2,11
270:15,15,24
271:4,20 275:20
283:7 298:7,12,17
298:21,21,21,22
301:6
**rates** 19:25 21:14
21:16,18 23:4
33:20,23,24,25
34:4,4,10,13,15
34:17,21,24 35:5
35:8,11,14,19,20
35:22,25 36:11
68:20,22 69:2
78:21 79:5 80:19
81:21 82:22 83:2
83:10,11,11,15,17
84:4,7,10,17,21
84:23 85:2,9 87:6
87:11,13,16,19,22
87:25 94:14,15,15
94:16,21 95:2,14
96:9,18 97:3
98:16,20 99:5,8
99:15 100:2,14,18
102:6 106:21
112:24 113:4,6,9
119:23 120:16
121:3,24 122:16
124:16 125:6
134:22 136:17

138:9 139:20,20
141:12 148:7
168:2 171:19
180:4 182:2 205:9
205:11,17 225:18
227:23 229:17
230:11 233:21
243:12,17 244:24
247:2,3,5,9 249:3
249:22,22,24,25
267:11,16 269:8
282:5 284:2,3
289:25 298:15,25
299:4 300:20
301:18,24
**ratio** 26:12 197:12
198:2,5,11 199:10
202:16,19,21
203:3,6,13,19,22
221:17 266:11
**rationale** 189:5
253:21
**ratios** 89:22 107:15
182:22 234:20
237:6
**reach** 145:5
**reached** 57:15,25
**reaching** 211:12
**read** 74:13 97:17
99:3 112:13,17
146:12,14,15
167:2 199:24
293:9 294:14
**reading** 150:24
**reads** 150:13
**real** 243:5 268:4,12
268:25
**reality** 212:12
257:19 259:12
**really** 22:6 31:10
128:3,4 131:13
136:2 234:25
235:6 244:8
**realm** 66:22 263:21
**realtime** 306:6,22
**reask** 36:7
**reason** 15:14

104:20 212:2
231:18 285:3,4
294:16
**reasonable** 68:20
77:7 94:9 101:15
128:5 138:8,13
169:14 170:19
172:8,12,16,18
173:20 174:9,15
183:20 188:12,14
188:19 189:2,8,19
189:20 190:4,15
225:12,16,19
232:5 242:13,15
247:7 264:16,18
266:19 268:8
275:21
**reasonableness**
189:6,11,12,13
**reasonably** 201:3
**reasoning** 248:21
**reasons** 211:10
**reassessment** 106:7
106:10,11
**reassessments**
107:20
**rebounding** 218:22
**recall** 11:2,22
23:16 25:19,20
38:6,6 62:11
78:17,18 141:23
144:7,8 160:23
170:12 181:16
192:17,22,23
231:16 262:5
286:4
**receipts** 169:8
171:4
**receivables** 280:16
**receive** 27:2
**received** 89:9
161:19 228:20
251:8 303:3
**receiving** 20:20
169:10
**recess** 85:23 149:16
175:3 242:7 292:7

recession 125:23
134:19 183:12
200:9,19 209:19
210:11 215:25
216:15,16,18,18
219:10 251:10,14
263:24 264:3,13
264:15 266:11
269:13,16
recessions 200:11
200:13,16,20
208:4 209:21,23
210:2,4,13,14,19
218:18,19 254:2
recognized 175:17
181:18 196:16
267:22
recommend 112:23
recommendation
113:2
recommendations
104:15,19,22
157:20 158:5
record 11:7 38:15
38:16 55:19 60:2
74:13 85:16,21
97:17 99:3 112:7
127:20 149:14,17
174:25 175:4
236:11 242:5,8
272:2 292:6,8
303:8 305:17
recorded 125:13
recordkeeping
27:11,16
records 31:6
297:24
recover 210:8
264:21,22 289:24
recovered 208:2
210:15
recoveries 252:14
253:25
recovering 183:22
216:19
recovery 26:15,16
51:16 170:24

208:8,20 209:3,15
209:18,22 210:25
211:9,15,19 212:2
212:15 213:17
214:7,19 215:18
215:22 216:8,15
216:17,21,22
217:6,15,18 218:2
218:21 219:2,25
220:8,20 221:7,12
221:24 222:3,9
229:15,17 230:2,4
264:12 266:15
recursive 193:21
reduce 112:23
240:6 252:5
reduced 86:22
110:10 113:4,9
148:16 224:18
240:3 261:20
reduction 7:20
79:20 110:13
209:10
reductions 89:25
137:10
reestimation
281:11
reevaluation
107:16
refer 179:14
212:10
referenced 16:20
187:3 226:13
227:23
references 48:9
referred 253:23
referring 12:22
25:12 61:3 185:6
202:22 253:10
286:15,25
reflect 14:8,16
62:21 73:11 120:5
210:6 229:13
240:3 256:24
reflected 13:14,25
15:23 16:8,20
17:12,17 18:22

223:4 281:18
reflects 93:21
115:17 162:23
reform 92:23
refusing 128:10
refute 203:8
regarding 106:25
138:19 141:8,17
142:8 178:10
182:25 188:25
208:7 244:23
257:12 265:24
279:10
region 60:10
258:17
regional 60:9
registered 306:5,21
regressing 238:16
regression 197:20
201:18,24 237:25
239:13 240:12
253:15 254:11,12
255:6,15,22 256:5
256:8 263:12
268:5,22
regressions 256:17
reinvestment 42:20
90:9,16 92:17
106:4 125:20
143:23 208:18,25
224:21 225:3
226:5
reiterate 179:21
relate 41:8
related 21:20 49:7
76:19 90:13 107:7
107:18,18 108:12
116:22 143:24
148:22 152:16
192:10 202:11
225:14,23 289:9
306:12
relates 15:2,9
276:15
relating 90:10
126:14 142:4
relationship 182:19

197:20,25 198:4
198:15,18 201:24
204:14 208:7
211:14 215:3
222:2 223:8,17
239:2 253:16
282:24 283:3,20
relationships 215:4
relative 123:24
198:16 224:10
240:3 284:7
288:12 294:24
295:17 306:14
relatively 169:13
169:15 255:7,21
relatives 284:8
released 151:3
relevance 289:10
relevant 77:2,5
138:6 171:18
200:7,14 201:8,11
201:22 204:11
205:25 210:5,22
248:4,8 255:11
288:23
reliability 27:19
29:24 63:17,21
67:4 73:21,24
reliable 30:4,11
65:13,17,24 66:7
66:13,21,25 73:17
reliably 30:23
relied 27:6 28:13
29:5,18 31:17
32:10 36:21 39:15
39:18 59:3,7,19
59:22,24 224:7
260:20 275:5,16
275:17
rely 26:24 27:4
28:9,17 37:16
38:19 39:12 42:20
58:23 59:17 225:7
260:12 304:21
relying 24:5,24
25:7,18 187:2,8
187:24 188:6

275:16 290:24
291:7
remain 34:21 35:9
83:6 84:21 85:9
176:10,15 202:20
202:25 247:9,12
remains 121:16
165:6
remember 6:12,13
11:6 98:11 116:15
129:4 141:22
149:8 201:19
216:10 220:12
227:2 229:19,19
229:22 245:4
267:20 270:19
280:13 281:10
286:9,16 297:9,22
removal 224:4
remove 222:25
223:21 231:11
removed 222:23
223:18 230:24
removing 231:5,10
231:15
repeat 42:7 96:22
98:25 188:23
202:21 231:8
rephrase 13:23
76:6 82:20 91:14
100:12 160:3
report 6:22,22
12:10,25 13:14,25
15:23 16:9,20
17:11,17 18:14,23
19:5,14,18,22
21:11 25:18,20,21
25:23 31:16 36:22
49:25 57:21 64:17
93:19 103:12
106:17 116:7,13
116:16 125:8
132:4 137:3
156:19,20 157:3
160:22 163:15
164:14,21 170:9
179:4,10,22

181:10 184:18
185:6 186:13,18
186:19 187:4,9,10
187:14,15,16,17
187:22 195:18
197:11 204:4,17
212:16 217:25
221:9 222:12
230:23 233:7
235:19 238:15
243:8 249:15
274:15 285:5,14
285:16,22 286:2,8
289:21 290:17,18
290:25 291:7,8,19
296:2 304:4,7
**reported** 26:21
30:23 103:12
116:12 169:22
237:9 250:17,18
269:7
**reporter** 5:10 6:2
74:13 97:17 99:3
306:2,6,6,21,22
**reporters** 18:6
**reporting** 5:12
188:8
**reports** 6:12 31:21
31:24 32:2,5,10
32:16 90:12,24
132:4
**represent** 5:14
14:21,24 66:6,12
69:23
**represented** 34:3,9
34:12
**representing** 5:24
**represents** 60:10
**request** 58:20
**requests** 58:21
**require** 80:15
150:12
**requirement** 190:7
**requires** 63:14
**requisite** 157:16
**reread** 74:11 97:14
97:15

**rerunning** 141:19
**research** 20:23
24:14 33:14
193:24 297:10
**resident** 180:5
285:5
**residents** 150:4
151:5 180:7,8
227:3,3,14,22
230:8,9 234:23
246:23 248:13,17
248:22,24 261:14
261:21 283:22,23
285:2
**resides** 107:4
**respect** 54:24 77:8
81:21 83:20 90:16
90:22 106:16
107:25 109:13
111:8,17,21
112:11 123:13
124:18 136:22
138:20 141:25
186:21 213:7,16
257:7
**respectable** 196:16
**respond** 86:16
140:18 225:17
232:24
**responding** 42:4
111:18
**response** 86:20,23
101:5,6 305:15
**responsibility** 6:25
16:18 17:13
143:11 161:9
296:23
**responsible** 8:11
20:23 40:11 55:14
59:14 108:4
144:13 152:15
153:12 168:15,19
170:6 172:5 174:2
188:4 241:12
274:12 297:17
300:25 303:13
**rest** 75:18 82:16

134:20 162:4
183:12 211:15
212:16,25 239:5
265:16 270:16
**restrict** 79:17,22
80:4
**restructuring** 9:7
90:9,13,16,18,20
92:14,17 94:5
105:16,22 106:3
125:20 129:11
143:22 150:2
186:21 208:18
209:2,11 221:11
221:20,24 222:4
222:10,18,21,23
222:25 223:5,13
223:19,21 224:2,5
224:13,19,21
225:3,10,20 226:5
229:16,25 230:24
231:3,4,9,14
248:12,18 261:2,9
261:11 262:3,10
270:20
**result** 52:2 61:10
72:4 100:2 110:12
124:20 166:19
183:10,11 234:12
239:18 252:21
**resulted** 62:24
**resulting** 171:11
**results** 15:23 16:21
17:15 18:18 53:4
53:6 67:20,23,25
68:3,5,10 73:20
74:7,8,9,22,22,24
75:2,3 77:19
132:5 138:15
156:22 174:9,12
187:23 188:8
201:20 208:9
291:9,13
**retain** 135:14
**retained** 68:11
103:15
**retire** 136:2

**retirees** 2:8
**retirement** 136:5
**retiring** 135:22
136:3
**return** 144:7
159:21 223:7
262:22 263:5
**returned** 180:23
183:16 250:11
**returns** 139:3
158:14,18,24
159:11,13,16
**revenue** 7:2,10 8:5
8:8,9,12,14 16:14
22:13,17,23 23:13
27:7 33:22 34:20
35:6 37:14,20
40:11,14,15,16,19
43:22 48:2,3,8,14
48:22 49:17 50:9
50:16 51:3 52:21
52:22 53:2,7,10
53:13 54:19,21
55:13,16,17,25
56:7 60:19,22
61:11,13 62:9,24
66:22 67:4 68:15
69:20 70:25 76:12
79:10,16,17,22
80:4 84:20 86:23
86:25 87:3 88:5
88:10,12 89:23
91:19 93:21 95:9
95:9 96:8,17
98:19 99:14,19
100:3 101:12,13
103:2,7,23 104:3
104:7,11,24 105:8
108:6,8 109:17,20
110:2,6,13 111:24
115:10 120:12
121:2,20 123:22
124:7,10,20
126:23,25 127:10
129:10,15,22
130:2,4,11,20
131:4,7,8 132:5,7

132:19,25 133:18
134:5,9 138:22,24
140:19 141:11
142:19,24 143:2,8
143:12,22,22
144:2,17 148:8,10
148:23 152:9,24
153:2,6,7,9,13,16
153:17,24 154:5
154:20 155:4,11
155:20 158:9,9
162:21 165:3
166:4,5,13,15,20
166:24 167:4,15
168:21 169:9
170:21 171:5,9,11
171:15 174:3,8
176:20,20,22
188:5,20,25
190:21 191:2
192:21,21,25
193:17,19 195:4
195:10,12 196:7
196:20 200:6
201:17 204:7,11
204:20 205:4,8
212:23 213:14
218:23 229:12
232:14 238:18
239:7 247:15
248:8 251:16
255:13,25 259:20
260:7,8 263:5
264:10 265:13
267:19 270:12
271:5,11,14 277:7
277:14 278:3,11
279:9 280:24
281:15 283:19
284:11,19,25
289:11 292:2,18
292:21 293:2,14
294:2,6,9,18
295:24 297:13,14
297:17 298:19
299:3,11,17,22
300:2,9,12,17,22

301:12
**revenuefromtaxes**
154:25
**revenues** 9:22
15:12 22:25 38:22
38:25 43:15,19
44:3,16 45:22
55:4,8 56:10,17
56:23 57:3,8,17
58:2,16 61:13
70:13,21 71:16
80:7,9,14 85:6
87:4,8,11 95:18
97:3 98:5,7,16
100:15 101:10
102:23 127:6
129:13,14 137:16
139:24 141:17
147:2 148:21
149:6 157:19
161:16 174:16
175:12 177:6,9,14
179:23 185:14
187:21 188:3
262:22 267:22
283:13 284:5
**reverse** 149:21
150:13,20 151:6
151:20 154:6
155:24 183:14
223:6
**reviewed** 19:19
22:10 30:17,20
47:19 52:22
272:22 275:10
293:21
**revise** 69:9,11,15
76:15 304:10
**revised** 110:22
**revision** 281:9
**revisions** 294:18
304:12,19
**revisiting** 78:13
**rhodes** 1:8
**rhyme** 231:18
**right** 6:21 12:12
14:11,13 18:18,18

38:5,5,13 45:10
45:24 64:4,20
69:4,9 81:14
91:22,25 95:7
100:21 101:25
102:3,18 108:22
112:22 114:6
127:17 132:15,17
133:14 138:7
139:16 157:10,12
158:20 159:3
164:12 171:24
172:18 181:9,10
186:16 213:8,22
215:18 216:4
219:23 222:13
231:11 241:22
244:5 252:3
262:20 265:21
268:10 271:25
287:13 302:8
303:6 304:6,6
**rise** 34:5
**river** 268:3
**rmr** 1:18
**robert** 1:12 4:3 5:3
6:4 86:2 175:6
242:10
**rockefeller** 2:21
**role** 54:7 141:24
297:3
**rough** 215:2
**roughly** 182:13
**round** 229:21
304:19
**rounded** 264:5
**rsqe** 196:12,18
**rule** 76:10 158:7
**run** 62:20 98:12,13
100:17 141:6
181:3 198:14,15
198:21 200:14
207:8,10 221:17
222:13,15 223:8
223:10 224:10
230:25 231:4,9,14
258:18 262:22

263:6 269:25
**running** 105:3
181:16 254:12
**runs** 101:7 228:14
229:22 258:16

## S

**s** 2:3 3:3 5:5 181:4
183:16 265:10
266:14
**salaries** 245:2,14
**salary** 239:20
**sales** 102:19,20,23
**sallee** 18:11 31:22
54:21,24 62:12
110:7 274:18
275:8,17 294:22
**sarah** 2:3 5:16
**sarna** 54:2,12,13
**saw** 53:10 156:20
195:18 218:19
222:19,22 225:14
253:24 269:8
273:3
**saying** 25:20 36:3
81:8 82:6 94:20
116:14,14 194:18
211:25 259:7
272:11 273:9
279:13 298:7,9
302:18
**says** 95:17 113:17
114:12 150:10
165:5,10 184:20
211:13 262:21
264:19 275:25
282:20 285:24
290:18 292:25
**scenario** 92:13,14
92:16,17,20 93:9
93:19,20,25 94:5
116:3 153:3
209:11 221:11,20
221:24 222:4,10
222:23 223:19
224:5,14,19
225:10,19 229:16

229:25 230:24
231:2,3,4,9,14
248:12,18 261:2,4
261:10,11 262:4
262:10,11
**schapira** 2:20 5:19
5:19
**scheduled** 33:25
81:6 136:5,6
139:5
**school** 21:24,25
22:8,11
**scientific** 143:20
171:6 222:8
**scientifically** 65:13
65:17,24 66:7,13
66:21,25
**scope** 103:18,20
**score** 61:14
**scorsone** 52:12,23
53:19
**scorsones** 53:3,13
**scranton** 287:4
**search** 195:19
**searched** 195:6
**searching** 204:8
**second** 224:18
**secondly** 60:21
**section** 113:16
114:3 164:22
184:20 297:13,14
**sector** 177:19 178:6
178:7 225:17
232:23
**see** 30:4 75:8 81:8
113:23 114:11,17
114:18 139:4
141:6 146:10
149:23,25 150:4
150:16,17 151:9
152:11 163:10,18
164:18,23,24
165:3,8,13 181:11
182:13 185:3
186:17,24 188:12
189:4 194:18
197:15,19 199:19

206:7,21,22 208:5
214:23 215:24
216:24 219:14,21
222:15 227:13
230:17,22 231:6
243:13 246:3,16
248:15,16,22
249:22,24 250:7
251:3 252:7 256:2
256:2,3 261:5
262:24 269:12
270:17 273:4
274:20 275:23
276:4 281:13,16
282:22 283:3
286:19,24 287:6,7
287:10 289:10
290:22,23 291:23
293:9 299:16
**seeing** 178:16
183:16 280:13
281:10
**seen** 13:4 111:24
112:5 224:16
278:23 279:4,5
280:7,12 281:6,7
282:14 285:14,20
292:12,14
**segments** 198:19
**selected** 102:4
147:17 263:17,18
**selection** 190:25
**selfemployed**
245:15
**semcog** 26:20
59:20,24 60:3
125:13 126:8,11
226:14,25 233:19
249:21 260:6,12
**semcogs** 226:16,21
**seminar** 24:15
**sense** 30:5 56:23
60:20 157:15
168:15 182:17
189:6 196:19
232:5,7,22 239:21
265:6 269:9

**sensitivity** 147:14
**sent** 279:13
**sentence** 164:25
  186:17 260:25
**separate** 42:25
  51:19 78:19
  108:11 121:5,20
  126:6 145:4 152:9
  152:17,20 159:8
  171:2 193:23
  195:11 196:14,21
  227:8 237:25
  242:24 243:2
  269:15 274:4,5
  299:5,23 300:3
**separately** 122:12
  180:3 217:14
  245:4 256:13
  298:15
**series** 6:15 180:24
  181:6 182:25
  188:10 204:13
  238:4,8,11,15,16
  253:5,9,14 254:10
  255:3 285:7
**serves** 221:3
**service** 65:9
**services** 102:12
  135:6 160:8
  177:16
**session** 109:24
**set** 14:22 66:23
  101:6 114:5
  137:20 138:5
  190:20 220:18
  221:8 237:13
  240:17 258:14
  306:10
**sets** 266:4
**setting** 74:4
**settings** 297:18
**seven** 197:19
  207:24
**share** 197:13 199:4
  199:10 200:21
  201:5 202:16,24
  203:6,10 205:18

206:12,14 207:3,4
  207:12,21 246:14
  270:6
**shared** 142:4
  151:15 281:15
  291:25
**sharing** 8:8,9,14
  54:19 55:16,17
  108:6,8 109:17,21
  110:2,6,13
**shavi** 54:2,11,12
**sheet** 54:15 61:14
**sheets** 276:10
**shifts** 258:17
**shop** 26:11
**short** 62:20 180:23
  250:12 253:15
  254:10 255:7,21
  265:18
**shortly** 135:17
**shouldnt** 157:17
**show** 61:14 62:18
**showed** 151:12
  152:3 252:13
**showing** 61:10
  208:18,25 222:25
  223:20 225:22
  226:4
**shows** 203:13 225:9
  271:10 284:24
  287:14
**side** 39:5 44:21
  86:23 87:2 88:16
  89:20 105:19,20
  180:14
**sidley** 3:3 5:21
**signed** 168:22
**significant** 96:7,17
  100:2 109:20
  121:2 124:6,20,24
  125:4 140:9
  144:18 148:24,25
  151:19 158:25
  186:2 200:9 210:7
  213:9 255:24
  268:14 284:10,25
  298:18,20 299:4

**significantly** 79:9
  79:15 80:4,8 97:2
  98:16 99:15 101:9
  109:16 120:11
  124:10 140:25
  141:10,15 287:25
**signs** 170:25
**simple** 284:9
**simplistic** 238:17
  283:20 284:4
**simply** 120:7
  127:10 128:12
  159:6 173:13
  256:16 278:18
**simulate** 141:11
**simulation** 232:16
  243:11,16 244:16
**simulations** 148:14
**single** 78:18 113:8
  171:20 196:16
  215:21
**sitting** 11:3 22:8
  29:17 42:2 47:4,9
  48:24 51:24 58:19
  99:24 116:11
  154:3 195:22
  208:24 212:6
  214:13 219:23
  220:7,10 236:6
  240:23 241:8
  275:6 291:18
  294:7
**situation** 75:12,14
  143:5,25 161:4
  225:25 255:19
  257:19 262:13
  268:7
**six** 10:13,15,24
  11:5 197:11
**sixth** 39:21
**size** 123:24 198:16
**slack** 240:3
**slight** 171:5 200:18
**slightly** 151:7
  170:25 186:6,8
  223:9 264:22
  268:15

**slower** 181:19
  182:10 209:19,23
  248:24 261:3,15
  261:23
**small** 140:6 183:15
**smaller** 123:18
  222:16 252:17,17
**smith** 2:15 5:15,15
  6:7 13:17,22 14:6
  14:15,20 15:7
  16:6,12 18:8,20
  19:2,3 22:7,12
  24:10 25:5,13
  27:14,25 29:11,22
  30:15 31:4 32:23
  33:10 35:7 36:9
  36:17 37:7,11,24
  38:3,8,10,16,18
  39:17,23 40:2
  41:16,21,25 42:9
  42:11 44:13 45:25
  46:2,3,9,12,18
  47:8 49:20 53:18
  55:20 56:5,21
  57:13,23 58:5,10
  59:5 64:5 65:22
  66:5,11,16,19
  67:11 70:5,19
  71:14 74:5,20
  75:6 76:4,8 79:14
  80:2,21 82:17
  83:4 84:18 85:19
  86:3 91:9 92:12
  95:22 96:11,14,24
  97:11 98:3,21
  99:10,23 100:9,19
  102:17 103:13
  104:5,16 109:25
  111:3,12 112:3,10
  112:18 114:10
  115:8 117:7,9,13
  117:17,21 119:12
  120:9,22 121:15
  124:3,25 127:24
  128:15 130:19
  131:13,16,23
  132:10 142:21

143:6,16 146:8
  149:9,12,19
  151:24 155:7,15
  159:9 160:16
  164:8 172:13,22
  173:22 174:5,13
  174:21 175:7
  179:9 185:5
  186:11 200:2
  205:14 214:12
  218:9,13,24
  219:15 220:6
  235:3,6,10,13,16
  235:25 236:4,6,9
  236:11,16,19
  237:2,18 239:16
  242:4,11 258:10
  277:23 279:3,15
  279:18,20,22,23
  280:6,11 281:3
  285:11 286:8,13
  286:16,20 290:16
  291:5 292:4,10
  296:6 302:5,12,17
  303:2,7,9
**smiths** 41:20
**snapshot** 182:21
**solid** 142:18 185:15
  211:11 213:12,13
  251:7 259:21
  260:7
**solidly** 244:3
**somebody** 26:4
  45:11 50:6 138:7
  162:9 201:3
  217:16 272:21
  277:15 278:10
  299:2,25 300:18
**somewhat** 260:3
  270:3
**sorry** 114:2 132:13
  151:14 164:12
  174:19 218:7
  280:9
**sort** 255:15
**sought** 17:6 57:7
  86:10

**sound** 155:19
**sounds** 42:25
  164:16 278:13
  305:6
**source** 25:15 51:10
  55:13 101:13
  124:6 130:20
  131:4 132:19
  133:3 195:18,20
  196:16,23 212:10
  292:15 304:24
  305:9
**sources** 15:13 24:2
  24:3,4,7,23 25:15
  30:22 36:23 37:19
  45:5 51:3 55:24
  56:7 66:23 87:3
  95:9 101:12 103:8
  103:24 126:23,25
  129:8,22 130:2
  133:3,5,20,22,24
  134:7 138:22
  153:16 155:5
  245:15 290:14
  294:2 300:12
  301:12
**southeast** 60:4
**span** 163:10 199:18
  201:8
**speak** 38:16 126:18
**specific** 48:9,11
  49:18 78:17 88:14
  90:6,12 107:6
  115:7 116:15
  120:8 121:13
  130:5 144:2
  147:19 148:9,14
  164:18 177:10
  181:11 195:4
  206:24 209:4
  211:16 212:9,15
  219:11,21 228:14
  229:22 232:21
  237:8,23 238:10
  249:5 256:14
  257:14 262:5
  263:14 264:4

268:20 275:12
  286:19 296:16,24
  299:13 301:7
**specifically** 48:11
  51:5 61:3 90:6
  105:18 156:5
  167:6 176:23
  226:9 229:19
  245:22 257:13
  290:24 297:23
**specifics** 94:6
  106:14,18 129:4
  155:18
**specified** 278:5
**specify** 168:2
**speculate** 80:11,15
  134:11 296:3,19
**speculation** 67:6
  132:8
**spend** 31:6
**spending** 86:23
  143:25 270:4
**spent** 196:14 260:5
**spot** 109:2
**spreadsheet** 51:2,8
  51:9 77:18 161:9
  167:23 237:13
  240:17 241:9
  256:19,23 257:17
  262:6 272:11,16
  272:20,23,24
  273:2,2,7,25,25
  274:2,4,6
**spreadsheets** 19:19
  19:21,24 202:5
  204:13 217:8
  220:22,25 221:3
  240:22 257:4
  273:12,15,18,24
  274:3 275:10
  294:3
**spring** 12:4 50:12
  53:8 77:13,24
  145:6
**stability** 108:14
**stabilized** 248:21
  270:5

**stabilizing** 186:4
**stable** 269:25
**staff** 17:19,19,21
  17:24 18:9,15
  19:5,6,15,23 50:6
  50:10 86:13
  126:21 217:19
  274:9
**standard** 10:14,17
  11:8,13 45:15
  47:16,23 48:2
  66:23 76:10,14
  84:6,9 142:11
  247:14
**standards** 137:13
**stands** 60:3
**start** 18:5 41:19
  63:12 64:9 105:23
  107:20 162:13
  171:16 183:14
  193:22 261:12
  265:6 268:11
**started** 50:11,22,25
  61:21 74:15,17,23
  105:16 106:3
  120:3 126:11
  191:10 194:10
  232:23 239:19
  246:24 253:25
**starting** 51:11
  60:18,21,25 62:13
  62:14,20 63:22
  64:10 68:15 72:10
  74:19 115:14,22
  121:12 135:11
  137:17 171:13
  176:5 183:4
  185:13,15 188:18
  192:7 197:10
  205:8 229:11
  244:2,5 259:19
  266:17
**state** 5:14 7:9 8:7,9
  8:11,14 9:19,20
  11:9 20:25 24:16
  24:20,22 25:12
  26:6 32:13,25

33:7,14,19 34:3,8
  35:24 36:10,24
  40:16 47:17 48:3
  48:15,15,18,21,21
  48:25 49:2,6
  52:13 53:20,22
  55:16,17 60:7,10
  60:23 62:6 68:18
  72:16,16 75:19
  76:12 87:14,15,19
  87:24 101:20
  105:5,21 108:5,7
  109:16 127:6
  134:4,7,8,20
  136:17,19,25
  137:6,9,15 145:3
  145:3 156:4,8
  157:11,14 171:15
  180:19,20,21,24
  181:5,13,16,20,22
  182:8,11,19,20
  192:6,9 193:8,10
  193:12,17,18,19
  196:13,17,22
  198:2,16 200:21
  201:5 202:16,24
  203:4,7,11 204:15
  205:18 206:12
  207:4,13,18,22
  209:19 210:9
  211:2,9,15,20
  212:17,25 213:7
  214:7 218:22
  223:8 224:8,8,11
  225:2 239:3,6,20
  239:24 240:4
  258:17 260:20
  262:21 263:5
  264:10 265:10,11
  265:18 266:9
  267:23 277:11
  281:14,17 285:5
  289:9
**stated** 77:22 107:14
  245:4 265:3
  285:15
**statement** 29:10

48:23 72:14 73:13
  74:4 77:7 106:19
  110:18 111:19
  112:11 114:12
  126:10 140:12
  150:13 165:5
  186:20 193:15
  203:9,21 243:19
  254:20 276:16
  284:4 288:14,14
  300:13
**states** 1:1 130:23
  156:6,8 169:7,8
  169:11,22 264:13
  264:15 265:5,19
  265:25 266:12
  297:16
**statewide** 24:14
  192:12 266:8
**stating** 128:13
**statistical** 73:6 74:3
  159:19 238:11
  258:25
**status** 92:16 175:22
  190:23
**statutes** 139:4
**statutory** 35:5,20
  148:7
**stay** 41:22
**stays** 176:2
**step** 17:15 61:16
  291:22,24
**steps** 111:7 192:14
  257:2
**steve** 279:13
**steven** 1:8
**stewart** 2:3 5:16,16
  13:16 14:3,14
  15:4 16:2,11 18:3
  18:19,24 22:4
  24:6 25:2,10
  27:12,21 29:8,20
  30:12,25 32:18,20
  33:5 35:2 36:7,13
  37:4,10,23 38:7,9
  38:11 39:14,21
  41:15,18,23 42:5

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt  Doc 7148-5  Filed 08/27/14  Entered 08/27/14 23:59:24  Page 112 of
120

42:10 44:11 45:23
46:8,10,15 47:5
49:16 53:16 56:2
56:19 57:10,19
58:4,7,25 64:2
65:15 66:2,8,15
67:8 70:2,16
71:11 74:2,11,14
75:4 76:2 79:11
79:24 80:16 82:15
82:24 84:13 85:16
91:6 92:9 95:21
96:10,20 97:5,8
97:14 98:18,24
99:16 100:4,16
102:14 103:5,25
104:12 109:18
110:25 111:10
112:7 114:7 115:5
117:5,8,11,15
119:9,25 120:17
121:10 123:15
124:22 127:19
128:11 130:13,15
131:11,15,18
132:2 142:15
143:3,10 146:5
149:11,13 151:21
155:3,12 159:4
160:10 164:5
172:10,19 173:21
173:25 174:10,23
184:23,25 185:16
199:23 205:2
214:9 218:6,8,11
218:14 219:12
220:2 235:2,4,8
235:12,15,20
236:3,5,8,10,14
236:17,22 237:4
239:10 242:3
258:7 277:20
279:11,19 280:9
286:6 290:9 291:2
295:22 302:7,14
302:19 303:6
305:11,16

**stopped** 192:20
**stopping** 135:11
**story** 287:23
289:19
**straight** 197:19
**straightforward**
184:21
**straightline** 197:21
197:25 198:4
**strategy** 150:14
**stream** 91:19
142:19
**streams** 69:20
93:21 188:20,25
**street** 2:10 3:4
**strengthen** 261:12
**stress** 86:17,21
**strike** 105:22
**stringently** 158:7
**strong** 225:18
264:17
**stronger** 221:20
225:18 248:23
**structural** 75:18
181:21 198:15,21
200:15 207:10
211:10,18 212:2
213:18 222:15
223:10,10 224:10
246:6 250:24
251:18 258:16,18
**structure** 61:19
109:20 130:4
132:6 211:5
231:21 233:20
256:25 259:11
**studied** 8:9 294:15
**studies** 43:13,16,20
43:25 44:7,15,18
44:25 45:21
160:14 208:22,22
208:25 211:16
225:21,22 226:2
251:21 262:14
278:16 279:9
297:20
**study** 43:17 44:4

151:3,11,17 152:2
171:6 191:7
208:18 209:4
211:7,13 212:9
214:3,6,13,15
222:8,24 223:11
223:20,23 224:4
225:7,8 226:4,8
251:17 263:13
268:16,20 270:7
285:23 289:20
**subject** 15:9 275:25
276:7
**submit** 31:23
276:10
**submitted** 31:16,21
32:2,16
**submitting** 32:10
**subset** 199:18
**subsets** 227:6
**substantially**
100:15
**substitute** 173:19
**subtracted** 162:16
181:22
**subtraction** 161:11
161:15
**subtractions**
161:22,24 162:7
**suburbs** 180:12
227:5 230:10
261:16 283:25
284:7
**success** 88:15
**successful** 156:11
**successfully** 178:13
207:21
**suffered** 51:17,21
**suffering** 51:25
**sufficient** 132:24
**suggest** 245:7
**suggested** 209:25
**suggesting** 147:10
**suggests** 271:11
**suite** 2:10 3:9
**sum** 282:3
**summarized** 57:21

64:16 304:4
**summarizing**
197:20
**summary** 13:20
16:21 19:12 90:11
249:23,25 291:8
301:11
**summer** 276:3
**sums** 153:18,24
277:17 300:7
**supervised** 54:20
217:17
**support** 211:8
222:9
**supporting** 14:2
224:4 249:2
**supports** 223:11
**sure** 25:3,25 31:2
37:25 39:4 50:19
52:16 63:20 73:5
85:19 108:15
113:24 125:3
127:13 133:6
138:23 143:4
145:22 149:11
150:6 158:19
160:3 168:18
184:16 195:18
209:13 217:13
238:8 242:3,4
255:9,10 288:13
292:15 293:22
295:16 297:4,17
297:25 302:20
**surrounding**
280:21
**swear** 6:3
**switch** 174:20
**switched** 222:12
**sworn** 6:5 306:9
**syncora** 2:13,13
5:15
**syracuse** 287:4
**system** 88:8 107:21
122:23 129:12
132:23 176:3
277:9

**systematic** 192:21
**systems** 8:21

**T**

**table** 164:18
286:24 287:11,22
290:5,6,25 292:20
293:10
**tables** 112:14
291:23 293:21
301:8
**tactics** 42:3
**take** 6:19 85:17,19
89:23 93:4 104:11
115:2 118:24
131:16 149:9
163:22 175:20
177:3 232:23
241:25 251:15
256:10 292:4
300:7 302:5
**taken** 1:13 5:3
23:25 81:7 111:8
306:14
**talk** 33:8 165:23
276:14
**talked** 13:2 33:11
34:3 36:24 37:13
38:5 229:20
252:12 277:25
297:11 298:2
303:17
**talking** 18:5 25:24
31:25 35:25 62:14
75:25 176:23
177:3 200:14
214:17 260:6
268:23 293:10
295:24
**talks** 150:9 164:25
**tangible** 79:19
**taper** 213:19
**tapered** 241:14
252:16
**tapering** 181:25
241:13 252:20
253:21 254:7

**task** 39:2
**tax** 6:23 7:10,10
  9:14,15,17,18,21
  9:24 10:3,6 11:8
  11:14 15:12 17:3
  20:23 21:14,16,18
  21:25 22:13,17,21
  22:23,24 23:4,13
  23:17 27:6 33:14
  33:20,23,25 34:4
  34:9,13,14,17,21
  34:24 35:5,8,11
  35:14,19,22,25
  36:11 38:21 45:2
  45:2,3,3,5,22
  48:14,22 49:2,5
  54:18,20 55:10,10
  55:11,11,11 56:17
  57:11 58:17 61:5
  62:8,16,23 65:19
  66:22,25 67:4
  68:22 69:2,8,12
  69:12 70:9 76:18
  77:19 78:9,10,18
  78:20 79:5 80:18
  80:22 81:6,10,12
  81:15,16,21,24
  82:3,6,8,11,21
  83:2,10,10,11
  84:4,6,7,9,10,17
  84:20,20,23,25
  85:2,8,9 86:15
  87:5,5,8,10,13,16
  87:19,21,24 88:4
  88:7,16,24 89:2,6
  89:12,15,20,22
  91:5,11,15,25
  92:2,6 94:8,14,14
  94:15,15,18,21
  95:2,4,14,18,24
  96:9,18 97:3,3,10
  97:20,25 98:2,2,5
  98:7,16 99:5,7,14
  99:15,20,22 100:2
  100:14,15,18
  101:14,18,23
  102:4,19,20,23

103:8 104:6
105:20 106:7,13
106:20 107:4,10
107:11,16,21,22
107:24 108:10
110:24 112:24
113:4,6,9,11,21
114:16,21 115:3
115:10,16,23
116:4,9,9,12,17
116:20 117:18,20
117:22,22,23,23
117:24 118:3,6,9
118:12,14,17,17
118:17,24,25,25
118:25 119:6,14
119:18 120:3,5,20
120:21,23,23,24
120:24 121:18,18
122:6,8,13,14,16
122:23 123:13,19
123:19 124:6,10
124:18 125:6
126:16 129:5,7,12
129:22 130:6,8,12
130:18,21 131:2,5
132:6,15,17,20
133:2,3,5,7,10,16
133:16,19,22
134:13,14,14,14
134:14 136:17,21
138:9 139:3,4,8
139:19 140:6,14
140:15,15,20,22
140:24,24 141:12
142:7 143:22
144:2,3,6 147:6
147:18 148:7
149:6,22 150:7,19
151:19 152:4,16
152:16,24 153:4
153:17,24 154:19
155:2 156:3,4,8
156:11 157:5,7,18
158:14,18,19,22
158:24 159:2,11
159:13,16,21

160:6,6 161:10,22
161:25 162:7
165:2,16 166:5,13
166:20,24 167:4
167:15,19,25
168:3,20,21
169:18,24 170:8
171:8,23 172:17
173:2 175:12
176:3,5,10,20,22
177:5,9,13 178:8
178:10,14,17,23
179:18,19,19,20
179:23,24 180:4,6
180:14,16,18,22
180:23 181:6,8,13
181:15 182:2,6,7
182:9,16,19,20
183:2,3,5,6,9,24
184:2,3,6,10,13
185:11 188:3
189:16,17 190:13
191:21 193:24
204:9,25 205:3,4
205:5 226:19
243:10 244:4
245:7,8,13,18,18
245:19,23,24
246:15,21 247:4,9
247:18 248:2
250:5,11,17 256:2
259:3,25 260:19
262:22 263:5,9,9
263:19 264:10,10
264:14,20 265:5
265:10,13 266:9
266:24,25 267:16
268:17 269:4,5
270:12,14 275:10
276:14,17,22
277:4,6,8,11,14
278:4,8,11,16
279:8,8 280:16,19
280:22 281:14,14
281:14,15,20,22
282:9,10,11,13,14
282:20,25 283:9

283:13,19,22
284:2,19,25 285:6
291:9 294:24
297:7,10,14,20
298:3,5,8,10,13
298:17,21,21,21
298:22,25,25
299:17,22 300:14
301:12 303:14,14
303:14 305:2,3
**taxable** 20:24
  179:24 180:13
  245:5,23
**taxation** 157:14
  277:17
**taxbased** 69:12
**taxes** 17:8 21:20
  23:5 49:18 55:12
  56:10 62:21 84:10
  86:17,20 87:2
  88:12,21 89:18
  90:2,10,16,22
  96:3,8,18 97:4
  101:10 102:2,10
  102:16 106:4,16
  106:25 108:2,4,12
  109:9,14 111:8,17
  111:22 113:19,20
  114:14,15,23
  118:18 120:6,16
  121:3,6,9,24
  122:10,20 123:2,3
  123:14,18,24
  124:5 126:14,22
  127:7 128:7,17
  129:10 130:2,24
  132:23,24 133:14
  134:2,9,22 137:2
  137:6,10 138:20
  141:25 142:5
  144:5,11,15
  145:10 148:9
  150:3,12,20 151:5
  153:2,8,14,15,15
  153:25 154:6,21
  155:5,11,24 159:8
  159:19 160:2,19

162:17 164:22
168:13 169:7
174:16 175:15
178:22 181:19
183:15 188:15
204:21 244:5
245:11 251:12
266:15 267:2
277:6,10 283:25
284:11 298:16
299:5,20 300:10
300:20,22 301:10
301:18 302:3
**taxing** 277:2,3
  278:17 279:8
**taxpayer** 227:10,21
**taxpayers** 20:24
  179:24 180:6
  246:23
**team** 28:6,14,15,17
  50:15,18 52:8
  54:6,9 89:9
  103:16 107:4,8,10
  107:23 135:8,11
  161:8 162:4
  175:10,14 294:21
**technically** 100:21
  100:24
**technique** 215:6
  216:7 238:11
**technology** 8:19
**telephone** 3:14
  95:20 126:20
**tell** 33:19 60:3
  66:20,24 70:12,20
  71:9 76:3 83:5,9
  91:15 112:5
  116:11 117:17
  119:4,13 120:7
  132:24 141:3
  162:8 170:16
  173:13 179:16
  184:25 209:5
  213:5,9 214:24
  219:4,19 220:10
  226:11,14,20
  227:11 232:20

234:5 235:14,16
235:18 236:9,12
254:7 264:12
265:12 268:17
269:3 278:22
281:21,25 287:14
287:19 289:19
290:7 292:22
**telling** 117:9
272:21
**tells** 71:5,16 73:16
171:7 249:5 262:8
263:4 264:24
**temporary** 268:4
**ten** 10:7 65:20,21
110:10 188:20
193:7 200:9
238:19
**tended** 209:25
218:20 254:3
**tends** 148:22
**term** 10:20,22 32:7
40:20,22,23 41:3
41:4,7,12 42:14
65:17 66:4 70:3
125:3 156:21
256:20 269:2
297:4
**terminology** 271:4
271:24
**terms** 46:13 48:3
53:4,6 73:6,10
90:15 107:16
108:16 120:11
138:14 141:8
157:14,18,20
159:18 179:22
196:8,20 214:7
227:2 229:15
253:12 255:16
260:9 302:23
**test** 74:8,10 75:7
305:3
**tested** 74:21 75:2
228:17,18
**testified** 6:6,10
11:23,24

**testify** 12:15 17:7
64:19 95:14 96:3
96:7,16 97:2
98:15 99:25
100:14 101:9
278:15 302:13
303:11,18 304:3
**testifying** 15:16
54:23
**testimony** 12:18
116:6 135:19
136:21 276:21,25
305:19
**testing** 27:18 28:3
30:8 75:15 148:2
209:21
**thank** 135:24
179:12,15 305:10
**thanks** 95:21
305:11
**thats** 14:4,12 15:5
15:9,17 16:9,16
18:24 19:12 25:15
30:7 38:15 39:2
45:19 46:10,11,20
47:2,3,12,14,16
47:23 48:23 50:23
54:14 57:14 58:5
58:15 60:7 66:13
70:3,6 77:2,5,7,17
79:7 80:24 82:12
84:11,20 85:8
91:10 92:19
100:20,21 101:14
107:14 111:13,19
113:4,9,9 115:13
116:2 120:18
125:17 127:17,19
131:10 133:6
134:3 138:17
142:6,19 143:15
145:14 147:6
149:4 151:19
152:23 158:8,20
159:2,10 162:18
163:16,16 164:10
164:21 165:19,19

165:24 167:17
168:9,23 170:4
174:17 175:20
176:9 177:24
185:15 188:6
194:13 195:21,25
196:24 197:4,24
203:21,24 205:20
210:11,13 211:17
211:19,21,25
212:7 213:13,21
214:10 220:24
221:2,10 224:6
225:6 229:2
232:25 233:16
241:4,21 242:20
243:6 247:25
250:22 257:9
259:8,14,15
262:17 263:2,20
263:21 265:8,14
268:2 270:24
272:11,13,17,18
276:12 277:9
282:15 286:16,25
289:16 291:3
293:5 295:18
296:2,25 298:22
302:21 303:13,19
304:6,8
**theory** 178:7 211:8
212:12
**theres** 20:19 29:13
31:20 33:25 42:3
46:19,23 49:12
64:18 66:23 67:6
72:6 81:9,15 83:5
83:9,23 102:2
116:24 118:23
121:16 132:22
135:10 140:9
142:11 143:8,20
151:18 152:17
159:25 160:22
164:22 166:23
171:6 180:23
189:7 194:23

196:9 198:11
200:8 208:17
209:14 211:7,8,13
211:13,18,25
222:8,24 223:11
223:20 225:6,8,22
226:4 231:18
232:10 233:15
236:19 238:10
240:5,10,12 249:2
251:17 252:24
258:14,20 259:5,7
259:17 262:8,12
263:4 264:13,24
266:14 268:2,5,6
268:12,16,25
270:10,13 272:4
277:16 281:13
282:24 283:18
285:3 287:9 288:3
296:12,21 301:7
303:16
**theyll** 70:7 83:10
**theyre** 20:20 24:19
32:16 80:11 87:13
93:15 102:11
105:4 127:3,16
142:13 150:7
152:20 160:8
169:9 170:10
172:5,9 173:3
174:12 184:3
188:14 193:13
201:4 219:14
233:25 251:12
253:8 259:2,22
268:24 278:5
284:2,6
**theyve** 166:2
**thing** 16:7 25:17
**things** 153:25
154:23 177:25
283:2 284:5
296:19 302:19
**think** 15:5,17 19:12
23:8,9,10 42:21
50:23 56:16 77:7

77:25 80:6 96:21
97:16 106:19
116:7 126:10
128:23 129:5,7,11
131:3 144:21
145:3 146:25
150:24 152:5,10
160:11 172:23
175:16 177:24
183:19,22 190:4
191:20 195:9
200:7 205:5 210:4
210:5,22 211:11
212:12,21 218:13
223:15 225:18
228:18,19 229:2
241:2 242:18
244:15 255:24
264:9,16,20 265:6
265:20 266:19
268:8,24 269:6,25
276:13,23 277:21
285:17,23 289:4
293:9,24 295:7
301:5 304:15,16
304:23
**thinking** 163:4
225:12
**third** 25:23 59:12
59:22 62:4 124:8
150:10
**thorough** 195:19
**thought** 30:4 48:14
122:19 131:9
137:25 144:18
164:12,16 170:18
171:18 197:3
200:13 204:10
205:24 228:21
242:15 294:20
302:14,21,25
**three** 17:24 45:17
45:19 46:5 62:18
66:17 70:14 77:17
77:20 78:5,8,11
145:4 147:3 175:5
180:3,22 200:11

227:9 235:11,19
236:7 237:3 242:6
250:13 262:17
263:9 266:4
283:22
**threeyear** 181:14
250:14
**thumb** 76:10
**tied** 10:11,19
**tight** 197:24
**time** 5:9 10:9 20:17
24:13 25:24 30:5
33:7 39:22,22
42:2 43:2,21,24
44:11 45:14,22
46:14 49:3,9
50:22,24 51:4,18
52:21 53:12 60:11
60:14,17,21,24
61:5 63:15 72:20
74:19 75:17 77:11
77:20 85:6,17,24
91:11 98:8 116:8
118:15 125:15,18
126:12 135:20
136:9 138:9
147:19 162:24
163:10 170:18
174:24 175:21
176:4,8,14 177:3
177:6 180:23
181:6,21 182:4,22
188:9 193:13
196:14 197:2,23
198:3,7,17,20,24
199:12,16,18,18
200:7,10 201:4,7
201:8,11,15,19
202:15 204:5,6,13
204:18,20,23
205:7,12,16,20,23
205:24 206:5,11
206:17,19 207:9
207:14 215:11,13
215:25 219:19,20
219:22,24 220:4
228:25 229:5,8

230:20 232:23
236:21 238:4,8,11
238:15,16 242:19
243:21 244:3,7,13
245:19 247:7
253:3,5,9,13,14
254:2,10 255:3,7
255:21 259:6
260:5 269:3,5,23
270:12 271:14
275:21 276:10
281:9 285:7
286:22 287:21
288:2,9,19,25
289:24 294:17
305:7 306:9
**times** 61:18,21
66:17 77:15 78:3
78:5,8 100:6
125:22 179:24,24
276:13
**timing** 106:9
161:18,19 241:15
**today** 11:3 29:17
47:9 48:9,24
51:24 58:19 99:24
116:11 119:6
136:6 154:3
193:14 195:22
196:23 208:24
212:6 214:14
219:23 220:7,10
236:12 240:23
258:21 275:6
276:14 291:18
294:7
**todays** 305:19
**told** 14:10 93:14
106:12 131:24
185:22 235:20
**tool** 72:8
**tools** 137:16
**top** 144:21 193:22
202:3 221:5
266:24 293:2
**topic** 279:7,25
302:13

**total** 31:8 116:8
123:20 140:22
152:23 153:7,13
153:17,24 155:2
155:10 179:22
180:10 198:20
200:21 201:5
202:16,24 203:7
203:11 205:18
206:12 207:4,12
230:5,5,7,16,16
233:18 248:14,25
261:13 266:9
277:14 278:11
300:8,22
**totaled** 151:6
**touched** 272:23
**tower** 2:10
**track** 218:20
**tracking** 76:18
113:7,15
**training** 110:20,20
**transcript** 131:16
306:7
**transfer** 161:12,20
**transition** 186:7
**transportation**
8:21
**treasurer** 109:5,7
**treasury** 250:18,21
**treatise** 48:4
**tremendous** 132:22
**trend** 199:7 200:22
206:18 207:8
**trending** 62:17
206:20
**trends** 93:12,15
**trial** 64:21 202:11
303:18 304:11
**tried** 156:21 189:18
213:2 268:21
**tries** 194:20,24
**triggered** 78:13
**trouble** 40:20
110:19 234:6
**trough** 209:18
218:19

**true** 72:2 99:17
197:4 206:14
253:17 257:14
288:11,12 290:11
306:7
**try** 57:7,16 58:2
73:13 147:2 150:3
215:4 230:20
232:14 274:13
280:18 289:23
**trying** 12:24 13:4
14:10,11 19:13
25:14 57:14 76:5
93:9 94:24 162:5
176:25 192:13
193:5 196:14
205:21 206:2
208:13 215:15,20
229:25 233:12
236:14,17 245:5
245:20,21,22
270:19 272:3,4
290:14 296:8
**turn** 72:21 112:19
139:21 164:21
185:24 265:19
268:12 275:17
**turnaround** 165:10
166:24 167:4
**turned** 274:2
**turning** 258:15
**two** 11:12,15 18:12
45:16 60:18 62:18
65:20 69:7 70:14
81:16 85:25 88:18
147:3 171:4 175:2
180:22 186:7
187:16 188:10
200:11 206:8,16
206:23 208:4
210:13 213:9
214:25 215:4,8,9
215:24 218:5,18
218:18 220:14
227:16 228:6
229:22 233:23
250:13 267:6

274:2 279:21
282:3,12 285:7
**twoyear** 45:17
73:21 76:20 147:7
147:7
**type** 6:14 47:10
58:9,12,16 65:9
78:18 117:20
173:2 177:10
259:3 284:9
**types** 10:21 77:19
78:9,10 137:23
179:18 206:8
**typically** 10:9

---

**U**

**u** 5:5 181:4 183:16
265:10 266:14
**ultimately** 73:11
104:24
**umbrella** 223:25
**unable** 127:3,9
**unaware** 114:20
**uncertainties**
258:18
**unchanged** 83:6
84:21 85:10
106:21 247:13
259:10
**uncollected** 151:4
**underlie** 229:7
**underlying** 93:2,5
142:18 152:10
188:18 206:22
215:21 233:19
273:16 274:5,6
293:23 294:3,5,19
**understand** 6:17
12:8,16 13:5
20:15 25:3 27:23
30:20 31:18,20,23
32:8 33:24 40:5,8
41:4 64:25 73:5
82:13,14,18 108:7
115:14 122:20
127:13,15 166:14
198:17 282:11

289:18,23 296:20
297:4
**understanding**
39:9 45:12 72:10
87:12 90:21 93:18
93:20,23 94:3
101:5 123:17,23
127:25 135:8
138:25 142:17
145:17,18 188:18
190:22 234:6
238:25 251:7
258:16 272:14,17
272:18,19 292:16
**understood** 138:23
**undertaken** 92:18
105:21 106:13
224:20
**undertaking** 38:21
105:16 106:3,6
**unexplained** 30:6
**unfold** 176:8
**unfolding** 198:18
225:13
**unidentified** 213:6
**uniform** 204:6
**unique** 75:12,14
225:25
**unit** 158:21
**united** 1:1
**units** 104:23
109:21
**university** 53:20
196:13
**unknown** 29:7
74:24
**unnecessarily**
236:21
**unreasonable**
94:16,21 95:3,15
172:23 173:5,10
173:12
**unreliable** 27:11
**untapped** 55:25
56:7
**unused** 251:13
**upcoming** 135:19

**update** 27:7 63:18
63:24 64:6 65:12
68:24 78:3 305:4
305:5,6
**updated** 60:11,19
61:7,9 62:20 63:9
68:14,16 76:11,22
76:25 77:4,10,15
78:2 168:3,3
186:23 187:20
191:11,13 192:16
229:12 294:20
**updates** 77:17,21
78:6,7,11,12,14
78:15
**updating** 63:14
**upload** 303:4
**upper** 239:21,25
**uptodate** 36:25
259:13
**upward** 206:20
**urban** 7:13
**use** 16:24 23:4,21
23:24 24:11 37:5
40:21 41:3 45:14
49:24 63:20 70:3
72:8 84:9,15 92:5
97:22 130:23
137:16 159:19
166:12,15 167:15
167:18 168:12,21
169:17 170:7
171:12 172:7,15
172:18,21,23
173:11 177:22
178:4 180:24
182:22 189:18
190:7,16,24
191:16,19 192:7
192:13 193:14,19
194:9 195:3 196:5
197:9 204:23
205:6 206:8
208:22 214:18
221:12 229:7,17
230:14 231:19
235:21 238:2,7,17

244:20 245:10
255:4,8 263:25
265:16 267:18
270:14 271:22,24
273:6 278:2,18
280:23 289:19
**useful** 255:13
**user** 62:16,16,21
118:18,25 123:18
161:22,25 162:7
162:17 178:14
**users** 45:3 55:11
118:6,25 120:24
121:18 178:10
270:14 281:15
282:13 298:22
**uses** 142:12 159:23
170:9 293:14
**usually** 10:11
**utilities** 298:22
**utility** 22:24 23:4,4
23:13,17 45:2
55:11 62:16,21,23
89:12 94:15
108:10 118:6,18
118:25 120:24
121:18 123:18
134:14 161:16,22
161:25 162:7,16
178:10,13,16
256:3 270:14
271:20 281:15
282:13

**V**
**valuation** 7:22
**value** 137:24
208:13,14 214:18
214:22 216:20
221:12,14,15,16
223:14 231:20
239:14 242:22
250:15 266:7
**values** 122:21,22
122:22 149:2
208:15 209:6
227:24 228:8,17

228:17,23,25
229:23 232:4,5,10
234:16,18,24
237:8,8,10 246:11
305:5
**variable** 238:17
**variables** 171:14
256:9
**variation** 132:22
**variations** 228:15
**varied** 203:25
**varies** 260:9 287:25
**variety** 102:7 160:9
**various** 8:12 23:21
51:16 52:21 61:2
89:18 120:16
144:5 188:15
204:4,12 205:22
206:11 231:13
254:22 293:21
299:4
**vary** 98:8 203:11
**verify** 28:3 29:24
60:6
**versus** 73:9 198:16
200:15 208:8,13
210:8 222:16
239:3
**vertical** 214:25
**viability** 178:5
**video** 5:3
**videographer** 3:13
5:2,11 6:2 85:21
85:24 149:14,17
174:19,25 175:4
242:5,8 292:6,8
305:17
**videotaped** 1:12
**view** 52:15 55:24
173:5 242:17
**visible** 272:8,10
**voiced** 212:7
**voluntary** 160:12
160:15,18
**volunteer** 95:10
162:14
**vouch** 143:7,8

**W**
**w** 2:5,10 3:4
**wage** 21:7 22:13
118:9,17 166:4
238:20 239:5,8,17
239:20 240:6,25
241:6,22 242:12
242:22 243:5
244:23 248:9,10
249:7,12 266:24
266:25
**wager** 284:16
**wagering** 8:5 9:15
22:17,21 45:2
55:11 94:15
108:10 118:25
120:23 121:17
133:10,14 134:14
164:22 165:2,16
166:4,13,20,24
167:4,8,15,19,25
168:12,13,20,21
169:7,8,18,24
170:8 171:3,8,22
172:17 183:6,9,15
183:24 184:2,3,6
184:10,13 185:11
256:3 267:17
268:17 269:4,5,13
270:4,12 281:14
282:7,20,25 283:9
284:11,14,19
298:21
**wages** 245:2,6,8,10
245:14,22
**wait** 42:21 164:5
**waiting** 38:10
41:25 42:2
**wanes** 246:7
**want** 18:25 56:17
63:21 65:12
129:13 131:21
137:16 138:4
149:9 162:6,14
163:22 184:5
185:11 200:6
235:18 251:24

272:5 274:10
278:11 281:25
286:6,18 296:2
302:17,20 303:16
303:19
**wanted** 23:20
138:23 157:23
164:11 179:13
256:11 281:5
299:2 303:7
**wanting** 299:25
**wants** 56:23 64:24
**washington** 1:15
2:5,11 3:4 5:8
107:5 135:9
175:11
**wasnt** 11:24 38:12
103:17 163:21
188:22 189:22
248:7 256:16
257:25,25 264:3,4
**wasting** 236:21
**way** 17:15 61:16
67:21 81:9,15,20
81:24 82:6,21
83:5,9,23 86:16
92:19 143:8
189:21 220:23
228:15 236:23
239:19 244:9
268:8 269:21
284:23 286:9
**ways** 53:2,5 56:9
**weaknesses** 225:15
**website** 144:6
**wed** 186:4,5
**week** 302:10
**weeks** 279:21
**weight** 290:12
**weil** 3:8 5:23
**went** 10:25 92:23
134:15,23 206:17
207:4 216:10,13
223:19 228:2
230:23,23 241:2
257:2 266:3 269:5
287:3,4

**weve** 14:22 81:7
89:20 106:7
152:19 167:6
199:7 258:13
263:24 274:2
291:13
**whats** 14:14 55:15
163:10 195:7,23
196:10,25 214:21
215:6 225:13
235:10 237:2
241:5 243:24
267:24 281:4
292:11 304:6
**whos** 83:23 144:12
**wide** 148:6
**willing** 295:11
**withhold** 150:12
**withholding** 150:9
150:9,19 153:10
153:19 154:5,23
155:20,24
**witness** 2:2 4:2
5:18 6:3,5 13:19
14:4,18 15:5 16:3
22:10 24:7 25:3
25:11 27:13,22
29:9,21 30:13
31:2 32:19,21
33:6 35:4 36:15
37:5,25 38:7,12
39:15,24 41:19,22
42:7 46:16 49:17
53:17 56:3,20
57:11,20 58:8
59:2 64:3 65:16
66:3,9,16 67:9
70:3,17 71:12
74:3,15 75:5 76:6
79:12,25 80:17
82:25 84:14 91:7
92:10 96:12,21
97:6,9,15,18
98:19,25 99:4,17
100:5,17 102:15
103:6 104:2,13
109:19 111:2,11

112:13 114:8
115:6 117:20
119:10 120:2,18
121:11 123:16
124:23 127:22
128:12 130:14,16
132:3 142:16
143:4,11 146:6
151:22 155:4,13
159:5 160:11
164:4,7 172:11,20
174:2,11 184:24
185:3,17 199:24
205:3 214:10
218:7,16 219:13
220:3 235:2,4
236:20,22 237:3,6
239:11 258:8
277:21 278:25
279:14 286:7,10
286:15,18 290:10
291:3 295:23
306:8
**witness** 131:21
**wondering** 12:17
18:21 230:19
257:21 264:7
270:25
**wont** 115:24 116:4
134:11 142:23
**word** 31:18 63:20
117:11 190:16
234:7 271:22
278:18
**words** 282:2
**work** 7:10 10:23
12:3,6,18,19,22
13:2,5,10,13,24
14:8,17,25 15:8,9
15:22 16:9,16,19
16:21 20:7,21
21:19,23 24:19
25:22 31:7 50:2
50:11,22,25 51:10
54:4 61:17,21,25
64:13,16 65:6,11
67:5,13 85:3

95:13,17 96:2,6
96:15,25 98:15,23
99:25 100:11,13
101:2,8 103:3,18
103:21 111:14
128:8,19,22 134:6
135:14,25 150:4
180:7,8,9 187:25
189:17 227:3,4,5
276:20 283:23,24
283:25 295:5,9,13
295:20 296:17
304:10
**worked** 7:4 11:17
11:20 17:3,20
19:15 20:25 27:22
52:12,14 108:6
111:23 128:16,21
**working** 20:10,20
24:22 28:19 54:11
54:12 69:7 72:16
91:22 102:5
103:16 134:8
135:10 151:5
157:13 227:22
231:25 248:13,24
261:14,21
**works** 53:22
**world** 265:16 270:5
289:6
**wortley** 33:12
**wouldnt** 7:12,15
40:18,21,25,25
41:13 42:9,12,16
65:23 66:6 67:9
69:10 70:18 71:19
73:13 80:11 83:22
100:2 108:16,19
112:23 140:12
142:25 143:7
167:21 189:23
190:16 195:19
199:24 212:4
230:3 239:19
245:12 254:20
255:10 260:14
278:18 286:18

**write** 25:21 218:25
240:19,23 241:5
281:25
**written** 25:23
48:10 217:5,12
220:16,18 256:23
273:15
**wrong** 63:24 64:4
69:4 71:21,25
72:13 73:4 160:7
237:2

| **X** |
| --- |
**x** 4:1 209:7,8 215:8
219:5 273:24

| **Y** |
| --- |
**y** 161:8 209:7 215:8
**yeah** 28:15 46:10
64:18,22 69:6
72:5 81:14 85:19
86:19 91:4,21
108:9 110:2
142:22 144:4,19
148:11 149:13
157:22 168:17
173:9 174:6
186:15 190:7
193:5 200:16
225:5 233:5,11
235:3 264:7 285:9
285:24 287:7
292:25
**year** 70:13 72:24
73:2 74:9,17 78:4
145:6 161:19,20
165:5,7,11,16,24
166:25 167:4
183:10,10 186:4
203:11,17,25
207:7,9 209:9,9
227:15 228:5
232:21 233:22,22
246:8,8,9 249:19
249:20 250:25
251:2,19,19 253:2
259:23 265:11
266:9,10,11,12

267:3,5 268:11
269:20
**years** 10:7,13,15,18
10:24 11:5,9,12
11:12,15 26:7
35:9,14,15 36:12
36:12 45:16,19
46:5 48:22 49:4
49:10 62:18 65:20
65:21,21 69:7
70:14,14,14 73:24
74:10 76:22 79:22
80:5,10,14,23
81:4,17,22,25
82:4,7,11,23 83:6
83:11,25 84:10,16
84:21 85:2,10
91:19 93:13,13
103:9 109:17
110:4,10 115:18
147:3,11 157:13
178:14,15 180:20
180:22 183:18
185:14 186:7
188:21 193:7
198:23 200:9,13
200:16 201:21
202:20 205:10
206:23 207:5
210:3,3 216:10,12
216:20,22,23,24
217:2 219:8,9,11
219:18 220:4,8,9
220:12 221:6
225:19 227:16
228:7 232:21
233:23 244:9,21
246:10 250:2,13
251:10 258:20,22
263:10 267:6
269:19,19 287:25
289:11 290:4
**yep** 203:15
**york** 2:21,21 43:9
156:3
**youll** 91:13
**young** 3:14 17:3

54:15 58:12,23
59:18 64:12 65:5
92:5 98:4 103:7
103:16 104:14,17
107:6,11,24
135:17 136:9
142:12 158:4
162:9 276:11
295:2,4,8,12,19
296:24
**youre** 6:23 7:18,20
8:16,25 9:4,7,9,12
12:14,18 15:15
21:11 22:8 24:5
24:23 25:6,18
27:9 28:7 38:4,11
40:7,13 42:6
43:17,25 44:6,14
44:18,25 45:18
46:4 47:6 50:12
54:16 55:6 58:11
58:19 59:6 64:19
65:5 66:15 67:17
71:4,8,15 72:11
72:20 73:23 82:15
84:7 87:18,23
91:24 93:8 94:13
94:20,24,25,25
106:17 111:13
116:19,25 117:5
117:13 127:2,8
128:10 130:7
135:13,13 136:16
136:21,24 137:5,8
141:7,16 142:8
145:13 146:10
147:9 154:13,14
155:23 156:14,17
157:2,15 158:19
160:4 173:3
178:18,21,25
184:9 188:2,7
191:15 213:15,21
214:17 226:8
233:12 235:8
243:4 247:17
253:10 256:7

257:8 270:10,22
272:11 275:16,20
276:6,21,25 277:4
278:15 279:11,12
283:21 290:24
291:6 295:11,15
295:16 296:14,22
298:7 301:4 304:2
305:6
**youve** 13:2,13,17
13:24 14:25 15:8
15:22 16:8,9,16
22:4 23:25 25:15
29:5 39:22 41:8
46:20,24 48:5,12
53:14 63:8 65:23
71:20,24 74:25
77:9 78:2,11
92:13 107:23
148:19 153:11
160:25 179:10
206:13 208:20
215:2 226:11
236:23 238:19
245:25 247:9
281:6,19 292:12
**ys** 293:4

**Z**
**zero** 243:5 249:16
265:6,7 266:21
**zone** 61:6

**0**
**0** 170:14,15 171:21
183:23 185:14
186:5,7 227:16
228:6 233:23
237:20 251:19
252:6 262:23
263:6,15,16 264:7
264:14,14,25
265:23 266:7,13
266:13 267:6
290:19
**04** 5:9
**05** 1:16
**08** 292:7,8

**1**
**1** 4:6 112:2,5 140:7
140:15 165:7,11
165:15 166:9
169:14 170:14,15
170:16,17,17
171:7,7,21 175:3
175:4 183:19,23
186:5,8,9 199:17
203:8,12,13
205:15 206:10
227:15 228:4
233:21 237:19
238:20 239:8
240:6,20,25 241:6
241:11 242:12,21
242:22 246:7
248:9 264:25
267:6 269:19
270:15 271:16,20
273:11,17 274:5
**10** 35:9,14 36:11
48:22 49:3,10
70:14 73:24 79:22
80:4,9,14 81:16
81:22,25 82:4,7
82:11,23 83:6,11
83:25 84:10,16,21
85:2,10,22,23,23
85:24 91:19 93:13
103:9 147:11,20
147:21 148:15,16
148:17 202:20
205:10 225:19
232:17,17 244:9
244:11 258:20,22
275:25 276:7
289:11
**100** 31:11 298:5,8
**10112** 2:21
**10year** 13:11 15:12
16:14 33:21 34:5
34:10 49:22 50:16
51:4 64:9 70:22
73:9,16,19,22
79:5,8 81:10
115:24 116:4,7

122:18 124:17
182:4 185:19
186:10 212:23
213:11,14 214:2
218:23 242:19
243:15,20 244:3,7
244:19,21 249:13
269:23 277:15
286:3 287:9
**11** 296:9
**112** 4:6
**12** 140:22 149:15
149:16,16,17
174:25 175:3
222:12,14 243:8
**1200** 3:9
**13** 244:4 290:17
**1301** 2:10
**1353846** 1:7 5:6
**1395** 3:9
**14** 1:17 149:15,16
245:25 251:23
**140** 151:6,13 152:3
154:5
**149** 4:7
**14th** 5:10
**15** 246:14 248:9
**1501** 3:4
**16** 248:10 260:24
**164** 4:8
**168** 112:20,20
113:25 114:3,9
**17** 249:15,25
**1756** 264:5
**179** 4:9
**18** 249:25 250:4,24
**183** 114:7,9
**19** 250:24 262:16
262:19
**197** 114:7,9
**1970** 200:4
**1980** 200:4 288:6
**1990** 197:22 200:4
203:13 204:6
206:14 286:4
287:2,8 288:16
289:14 290:19

**1999** 199:2

**2**

**2** 4:7 149:18,20
165:7 170:17
171:7 181:25
182:14 186:23
187:25 205:16
208:9,15 209:6,15
209:17 210:9
211:11 212:13
214:17,24 215:22
216:13 219:17
222:20,22 225:14
239:25 248:11
250:25 251:2,19
251:19 252:13
264:25 273:10,17
274:6 279:7 287:4
302:13,14
**20** 93:13 198:23
227:15
**2000** 200:5,17
219:18 286:4
287:2,8 288:16
289:15 290:19
**200012113** 2:5
**20005** 3:4
**200053364** 2:11
**2000s** 199:21
**2001** 209:23 215:13
217:3 224:9
**2002** 200:17
**2007** 200:17
**2008** 217:3 219:18
**2009** 134:18 151:6
200:17
**2010** 134:18 200:25
217:3
**2011** 200:25
**2012** 197:22 199:3
200:4,4,5,5,25
203:16 204:6
206:15 215:14
217:4 224:9
**2013** 12:5 50:12
53:9 77:13,23,23

145:25 166:14
167:7,9 172:21
191:11 197:7
205:6 239:24
257:16,20 268:10
281:8
**2014** 1:17 5:10
77:13,14,24,25
165:6 166:17
167:9 185:21,24
186:23 187:6,22
187:25 188:4
246:8 267:3
268:10 276:3
**2015** 165:7 186:5
250:25 251:19
**2016** 165:11,17,24
166:25 167:5,17
170:10 253:2
**2019** 270:15
**2020** 228:6 232:21
233:22 246:8
251:2,19 253:2
**2021** 228:6 232:21
233:23 246:9
**2028** 249:21
**2029** 249:16,20
**2033** 249:17
**2034** 249:17
**2043** 249:17
**20year** 207:8
**21** 227:15
**22** 149:16,17
249:17
**23** 266:24
**25** 270:14
**26** 140:21 274:15
305:18,20
**27** 242:6,7 275:19
**278** 4:10
**280** 4:11
**281** 4:12
**285** 4:13
**292** 4:14
**2nd** 136:7 187:5,21
188:4

**3**

**3** 4:8 123:19 133:18
163:24 164:3
170:17 171:7
181:17,17,24
185:21,23 239:25
242:6,7,7,8
249:17 250:25
251:19 252:6
262:19,23 263:6
263:15,16 264:5,7
264:18,25,25,25
265:23 266:7,22
267:3 269:20
287:4
**30** 2:21 210:3 244:8
244:21 290:4
**300** 2:16
**30year** 103:10
289:5,23
**33131** 3:10
**36** 85:22,23
**39** 242:7,8

**4**

**4** 4:9 179:5,8
185:21,23 231:19
267:3 268:9,9
269:20 287:3,7
292:6,7
**40** 35:9,14 36:12
210:3
**40year** 34:5,10
70:22 243:10,21
244:8,18
**42** 280:15
**45** 110:10
**47** 85:23,24

**5**

**5** 4:10 165:11,15
166:9,9 169:14
170:14,15,22
171:21 181:17
183:17,23 186:7
223:14 228:5
229:18 231:19

232:20 233:22
237:19 246:9
252:5,25 267:6
268:9 269:18
270:15 271:16,20
278:22,24 286:3
287:9 290:19
292:7,8 305:18,20
**50** 119:14,18
148:15,17 175:3,4
248:13
**51** 1:14 2:5 5:7
**53** 292:6,7
**55** 174:25 175:3

**6**

**6** 4:3,11 185:14
203:16 206:15
280:4,5
**600** 2:10
**60654** 2:16
**66** 203:14 206:14

**7**

**7** 4:12 246:8 252:5
253:18 281:2,5
**754** 275:20

**8**

**8** 4:13 203:14
206:14 216:16
285:10,13 287:7
**85** 197:15,18
223:14 229:17

**9**

**9** 1:6,16 4:14 5:6,9
9:4 51:22 52:2
91:5 93:6 134:16
216:16 292:9,12
296:9
**90** 85:17
**90s** 200:18
**97** 203:16 206:15