# EXHIBIT 7

## Malhotra Deposition Transcript (July 15, 2014)

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
\- - -

In Re: ) Chapter 9

City of Detroit, Michigan, )

Debtor. ) Hon. Steven Rhodes

______________________________

The videotaped deposition of GAURAV MALHOTRA
Taken at 51 Louisiana Avenue, N.E.
Washington, D.C.
Commencing at 9:09 a.m.
Tuesday, July 15, 2014
Before: Gail L. Inghram Verbano
Registered Diplomate Reporter,
Certified Realtime Reporter,
Certified Shorthand Reporter-CA (No. 8635)

APPEARANCES:

RONALD A. KING, ESQ.
FRANK J. GUADAGNINO, ESQ. (Pittsburgh Office)
CLARK HILL, PLC
212 East Grand River Avenue
Lansing, Michigan 48906
Appearing on behalf of the Retirement Systems for the City of Detroit.

GEOFFREY S. STEWART, ESQ.,
CHRISTOPHER DiPOMPEO, ESQ.,
SARAH A. HUNGER, ESQ.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Appearing on behalf of the Debtor and the Witness.

HEATHER J. HUBBARD, ESQ.
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Appearing on behalf of U.S. Bank.

SAM J. ALBERTS, ESQ.
DENTONS US, LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
Appearing on behalf of the Retiree Committee.

DOUGLAS G. SMITH, P.C.
KIRKLAND & ELLIS, LLP
300 North LaSalle
Chicago, Illinois 60654
Appearing on behalf of Syncora Guarantee, Inc., and Syncora Capital Assurance, Inc..

KELLY DiBLASI, ESQ.
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York City, New York 10153
Appearing on behalf of Financial Guaranty Insurance Company.

MICHAEL BHARGAVA, ESQ.
CHADBOURNE & PARKE, LLP
1200 New Hampshire Avenue, NW
Washington, D.C. 20036
Appearing on behalf of Creditor Assured Guaranty.

TELEPHONIC APPEARANCES:

DAVID NESTOR, ESQ.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Appearing on behalf of Merrill Lynch.

KELLEY M. HALADYNA, ESQ.
DICKINSON WRIGHT, PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
Appearing on behalf of the State of Michigan.

E. BENTON KEATLEY, ESQ.
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Appearing on behalf of National Public Finance Guarantee.

CAROLINE TURNER ENGLISH, ESQ.
ARENT FOX LLP
1717 K Street, NW
Washington, DC 20036-5342
Appearing on behalf of Ambac Assurance Corporation.

ALSO PRESENT:

ADAM MILLER, Videographer

JOHN POPEHN, Houlihan, Lokey

MARGUERETTE HOSBACH, Ernst & Young (Via telephone)

C O N T E N T S

| WITNESS: | PAGE |
| --- | --- |
| GAURAV MALHOTRA | |
| By Mr. Smith | 11 |
| By Ms. DiBlasi | 321 |

E X H I B I T S

| EXHIBIT | DESCRIPTION | PAGE |
| --- | --- | --- |
| Malhotra-1 | 10-Year Financial Projection, PAO00706519 to 6600 | 188 |
| Malhotra-2 | Fourth Amended Disclosure Statement | 199 |
| Malhotra-3 | Report of G. Malhotra | 212 |
| Malhotra-4 | Email communication, 3-14-14, with attachments; POA537586 to 7618 (nonsequential) | 252 |
| Malhotra-5 | Operational Restructuring Summary | 254 |
| Malhotra-6 | Report of the Blight Removal Task Force | 258 |

| EXHIBIT | DESCRIPTION | PAGE |
| --- | --- | --- |
| Malhotra-7 | Article from Detroit News, "Reverse Commute May Hike Tax Bill" | 264 |
| Malhotra-8 | Memo from to Governor Snyder, 2-19-13 | 266 |
| Malhotra-9 | Executive Summary of the Proposal from Creditors | 285 |
| Malhotra-10 | Detroit Public Schools fiscal year 2015 proposed budgets | 314 |

MALHOTRA

Washington, D.C.

Tuesday, July 15, 2014; 9:09 a.m.

- - -

THE VIDEOGRAPHER: We are on the record at 9:09 a.m. This is the videotaped deposition of Gaurav Malhotra taken in the United States Bankruptcy Court, Eastern District of Michigan, in re: City of Detroit, Michigan, Debtor, Chapter 9, Case No. 13-53846, on Tuesday, July 15th, 2014.

We are at the location of Jones Day, 51 Louisiana Northwest, Washington, DC. My name is Adam Miller, the certified legal video specialist. The court reporter is Gail Verbano from Elisa Dreier Reporting Company, 950 Third Avenue, 5th Floor, New York, New York.

Will counsel please state their appearance and affiliation for the record.

MR. SMITH: Doug Smith for Syncora.

MR. STEWART: Geoffrey Stewart, Chris DiPompeo and Sarah Hunger, Jones Day, for the witness and for the City of Detroit.

MR. ALBERTS: Sam J. Alberts from

MALHOTRA

Dentons on behalf of the Official Committee for the Retirees.

MS. HUBBARD: Heather Hubbard from Waller on behalf of US Bank.

MR. KING: Ron King with Clark Hill on behalf of Detroit Retirement Systems.

MR. BHARGAVA: Michael Bhargava from Chadbourne & Parke on behalf of Creditor Assured Guaranty.

MR. POPEHN: John Popehn from Houlihan. Lokey.

MS. DiBLASI: Kelly DiBlasi, Weil, Gotshal & Manges, on behalf of FGIC.

MR. GUADAGNINO: Frank Guadagnino, also on behalf of the Retirement Systems.

MR. STEWART: Could the lawyers on the phone please give their appearances.

MS. HOSBACH: Marguerette Hosbach, Ernst & Young in-house counsel.

MS. HALADYNA: Kelley Haladyna of Dickinson Wright on behalf of the State of Michigan.

MR. NESTOR: David Nestor, Davis Polk, on behalf of Merrill Lynch.

MALHOTRA

MR. KEATLEY: Benton Keatley, Sidley Austin, on behalf of National Public Finance Guarantee.

MS. ENGLISH: Caroline English, Arent Fox, on behalf of Ambac Assurance Corporation.

- - -

GAURAV MALHOTRA, having first been duly sworn according to law, was examined and testified as follows:

- - -

EXAMINATION

BY MR. SMITH:

Q. Good morning, Mr. Malhotra. You've been deposed several times before; correct?

**A. That's correct.**

Q. So you understand I'm going to ask you a series of questions. And you'll let me know if you don't understand any of the questions; correct?

**A. Yes.**

Q. And feel free to take a break any time or whatever you need. Okay?

**A. Okay. Thank you.**

**MALHOTRA**

Q. You know, you are working in this case as an expert in financial analysis. Is that fair?

**A. Yes.**

Q. You're not holding yourself out as an expert in urban policy; correct?

**A. That is correct.**

Q. You're not an expert in health benefits?

**A. That is correct.**

Q. Not an expert on government?

**A. Government what?**

Q. Government in general: function, operations.

**A. That is correct.**

Q. You're not an expert in tax policy?

**A. That is correct.**

Q. You're not holding yourself out as an expert in tax forecasting?

**A. That is correct.**

Q. You're not an expert on blight reduction?

**A. Yes, I am not.**

Q. Not an expert on art valuation?

**A. That is correct.**

Q. Not an expert on pensions?

MALHOTRA

**A. That is correct.**

Q. Not an expert on casinos or wagering revenue?

**A. That is correct.**

Q. Not an expert on information technology?

**A. Information technology in terms of what?**

Q. In terms of the systems, the type of systems, and implementing those systems and the cost of the systems.

**A. I'm not an expert in that.**

Q. You're not an expert on transportation systems for municipalities?

**A. That is correct.**

Q. You're not an expert in economics?

**A. I'm not an expert in economics.**

Q. You're not an expert on accounting?

**A. What do you mean by that?**

Q. Well, you're not a CPA, are you?

**A. I'm not a CPA.**

Q. And you don't hold yourself out as an accounting expert, do you?

**A. Well, in my overall financial analysis expertise, my background in accounting and financial analysis is a part of that. So I don't**

**MALHOTRA**

**know what you mean by I'm an expert in accounting or not.**

Q. Have you ever been qualified as an expert in accounting in any proceeding?

**A. I have not.**

Q. You don't -- did you do any auditing of financial statements?

**A. I do not do auditing, no.**

Q. You're not an expert in government grants; correct?

**A. Well, government grants is a broad topic. What grants specifically are you talking about?**

Q. Well, any government grants, federal or state. You're not an expert in government grants?

**A. In what context? I mean, government grants is a broad topic. And how they relate to the City of Detroit, I can speak in-depth about; but I don't know what you mean by government grants in general.**

Q. You've never been involved in applying for a government grant?

**A. Actually, our team helped prepare the City for some of the fire and SAFER grants that**

**MALHOTRA**

**the City had applied for to actually help the City get the supporting information.**

Q. Would it be fair that your only experience with government grants is in the context with the City of Detroit?

**A. No. I have a couple other cases where our team has been heavily involved in terms of evaluating some of the grant-related revenues of other public sector entities.**

Q. Okay. So would you hold yourself out as an expert on government grants?

**A. Government -- like I said again, government grants is a broad topic. I can talk about the grants specifically, how they relate to the City of Detroit.**

Q. Okay. You're not an expert on state revenue sharing, are you?

**A. I understand the implications for the City of Detroit of state revenue sharing. I mean, they're broad questions. So if you ask me specifically about Detroit, I can be more specific.**

Q. Well, you're not some sort of policy expert on state revenue sharing; correct?

MALHOTRA

**A. The policy on state revenue sharing is generally set by the State, not the City. It's a State-driven mechanism.**

Q. So you wouldn't hold yourself out as an expert on state revenue sharing based on your experience that you've had?

**A. For what? For City of Detroit or just state revenue sharing for the State of Michigan in general?**

Q. In general.

**A. In general, different states have different mechanisms in terms of how State aid is spent. So I can't talk to different states. I can talk to how the state revenue sharing impacts the City of Detroit and the components and the elements of that.**

Q. Have you ever done forecasting for a city before the Detroit matter?

**A. We were working with two other cities right now in terms of helping them forecasting.**

Q. Which other cities are those?

**A. Those are confidential.**

Q. I mean, just the name of the cities, you can't disclose to me?

MALHOTRA

**A. That is correct.**

Q. And what period of time have you been doing that?

**A. One of them has been over a year. One of them has been in the last, I would say, six months.**

Q. Before you started your forecasting work for Detroit, you didn't have any experience doing a forecast for a city; correct?

**A. We did it for Detroit Public Schools, which was another large government sector -- public sector entity. We did not do it for a city.**

Q. Okay. So before your work for the City of Detroit, you had never done forecasting for a city specifically; correct?

**A. Most of the -- that is correct.**

Q. You're not holding yourself out as an expert on Chapter 9 bankruptcy, are you?

**A. No, I'm not.**

Q. This is the first Chapter 9 bankruptcy you've worked on; correct?

**A. Yes, it is.**

Q. And you'd agree with me that Chapter 9

MALHOTRA

bankruptcy is extremely rare?

**A. I don't want to comment on that.**

Q. You're not going to answer that question?

**A. Rare in context of what? Is it in context of Chapter 11 or is it in context to other bankruptcies? So you have to give me a relative point to answer that question.**

Q. It's very rare for a city -- out of all the cities in the United States, it's very rare for a city to have entered into a Chapter 9; right?

**A. Well, there are different state laws that impact the ability of cities to enter Chapter 9 or not. But I would say Chapter 9s are less common than Chapter 11s. I mean, I'm comfortable saying that.**

Q. Okay. And it would be a minute fraction of cities that ever have entered Chapter 9; correct?

**A. I don't understand minute or not. But I think the number of Chapter 9 filings is limited relative to Chapter 11 filings. I'm comfortable saying that.**

**MALHOTRA**

Q. You're not holding yourself out as an expert in risk management or insurance; correct?

**A. Again, I'll ask the same question: Risk management, insurance for what? Because all of these points have specific implications on the City of Detroit and the financial analysis and forecasts for the City of Detroit.**

Q. Okay. Well, I mean, you've never done any work in the area of risk management, have you?

**A. I've looked at a lot of the expenses that the City of Detroit has been spending on risk management insurance claims over the last three years. So I understand where the City has been spending that money.**

Q. Okay. Before your work for the City, you didn't -- you hadn't done any work on risk management; is that correct?

**A. No. When it comes to specific other clients and you see where they are spending more and if risk management is -- or self-paying, self-insurance claims is a big component, you have to analyze those costs. So I have looked at them in specific instances where claims are a large part of a spend.**

**MALHOTRA**

**But I -- so all I'm asking is, are you asking the question in the context of Detroit or just risk management?**

Q. Risk management in general. You wouldn't hold yourself out as an expert in that; correct?

**A. I would -- I could only talk about the risk management and insurance claims for the City of Detroit. That's what I would -- that's what I would be comfortable talking about.**

Q. Were you involved in putting -- were there some forecasts with the creditor proposal that accompanied that?

**A. Which creditor proposal?**

Q. The one in, I think -- guess it was 2013, before the bankruptcy.

**A. Yes, there were forecasts, and we were a part of pulling those together.**

Q. And that was my question.

**A. Thank you for the clarification.**

Q. You were personally involved in that?

**A. I was.**

Q. Okay. In your opinions in this case, you're relying on some other experts, such as

MALHOTRA

Mr. Cline, Ms. Sallee, Conway MacKenzie, Buckfire, and Milliman; is that correct?

**A. That is correct.**

Q. And do you defer to Mr. Cline with respect to his analyses of the various taxes in his report?

**A. When you say I defer to, I have looked at the assumptions and the details and some of the supporting information that Bob and Caroline have used and have conversed with them and had discussions with them about it. So I don't know your question about defer to them.**

Q. Well, who is more knowledgeable about the analyses Mr. Cline did? Mr. Cline or you?

**A. Mr. Cline did the analysis, so of course he would be more knowledgeable about the analysis.**

Q. And Ms. Sallee would be more knowledgeable about the analyses she did than you would be; correct?

**A. That is correct.**

Q. Okay. And Conway MacKenzie would be more knowledgeable about their analyses than you would; correct?

**A. In terms of the minutia and the detail,**

**MALHOTRA**

**the answer would be yes. But I have had discussions with each one of them in detail about the broad assumptions that are being used and the sources of data that are being referred to as the different teams have been pulling the information together.**

Q. And Buckfire and Milliman would be more knowledgeable about their analyses than you would; correct?

**A. People who have worked on their specific part of the analyses would be more comfortable with all of the detail and minutia in there, in their respective analysis.**

Q. Why are you relying on other experts in putting together your forecast?

**A. Because, as I said, that there is -- there are a lot of topics that are relevant in this case, and each subject matter requires a great amount of detailed information. And there are experts that we have on the case who are relying -- who are doing their work in that detailed analysis. But I understand most of the larger assumptions that are embedded in those analyses.**

**MALHOTRA**

**But, yes, the ones who have done the analyses will have better knowledge of all the details in them.**

Q. In order to put together your forecast, was it necessary to use experts in different disciplines to assist you in pulling together the different pieces of the forecast?

**A. Could you ask me the question again, please?**

Q. In order to perform your forecast, was it necessary to use experts in different disciplines to pull together pieces of the forecast to help you put it all together?

**A. Yeah, when you say "was it necessary," in my judgment, having the right subject matter expertise in various topics helps make the forecast more reliable versus less reliable.**

Q. Okay. So you sought out experts in diverse subject matters to assist you with different components of the forecast; correct?

**A. Yes.**

Q. And that would include Milliman and Conway MacKenzie and Buckfire and your colleagues at Ernst & Young; correct?

MALHOTRA

**A. That is correct. There were different team members who were charged for first understanding all of the detailed assumptions for a particular subject matter.**

Q. And did you also rely on experts from the City of Detroit in putting together your analysis?

**A. When you say "experts from the City of Detroit," who are you referring to?**

Q. Well, I guess, you relied on -- did you rely on anybody from the City of Detroit?

**A. Yes. The City of Detroit's management team was involved in helping pull together some of this information that is in the forecast.**

Q. Okay. And were there people at the City of Detroit whose expertise you relied on for various assumptions or other information in your forecast?

**A. I would say there was -- I don't know about expertise versus not. We had lots of discussions with lots of people at the City about specific line items. I mean, as you can see, the forecast has got a lot of detail in there. So we had several discussions with several people. I**

MALHOTRA

**just don't know what you're referring to when you say expertise versus not.**

Q. Well, did they have -- I mean, did they have expertise in various aspects of the City's operations, the people that you relied on?

**A. The people that we talked to and relied on had, in their particular function, been doing a certain job for a long time and understood, as well, why some of the changes in the historical financials were either normalized or not.**

**So we had lots of discussions. I just don't know how I can answer on relying on their expertise versus not.**

Q. Okay. You did rely on information from the City, though, in putting together your forecast; correct?

**A. That is correct.**

Q. And you know the emergency manager has characterized the City's operations as dysfunctional; correct?

**A. I do not recall that specific comment.**

Q. Well, a number of people have criticized the City's operations as dysfunctional; isn't that correct?

MALHOTRA

**A. It depends on what time frame people are referring to.**

Q. Well, they've done it all the way through -- in the last few years consistently called the City's operations dysfunctional.

MR. STEWART: Objection.

BY MR. SMITH:

Q. Correct?

**A. I don't want to make -- that's -- I don't want to make a broad statement like that. I'm not comfortable saying yes or no to that.**

Q. Okay. So you won't give an answer to that question?

**A. I just -- I think if you could ask me the question about a specific revenue or an expense line item and with -- but just a general comment on operations, it's hard for me to make a comment on that.**

Q. Okay. Are the City's operations today dysfunctional or not?

**A. I'm not an expert on judging whether all the operations of the City are dysfunctional or not.**

Q. What percent of your time is spent on

MALHOTRA

the Detroit matter?

**A. I would say somewhere between 65 to 100 percent, depending on the week.**

Q. And would it be fair to say that the Detroit matter is the most significant matter you're working on?

**A. All of our clients are important and significant. I wouldn't say it's the most significant versus least significant.**

Q. Do you get some sort of billing credit for the Detroit matter?

**A. What does that mean?**

Q. Well, do you -- is your compensation increased at all as a result of Detroit matter? Is it -- or not?

**A. There is no direct correlation between Detroit's billing and my compensation.**

Q. Okay. How many people at Ernst & Young are working on the Detroit matter?

**A. Somewhere between 10 and 20.**

Q. And has -- how much, total, has Ernst & Young billed the City for its work?

**A. I would have to go back and check, but I think it's in excess of 10 million, but I don't**

MALHOTRA

**have the exact number.**

Q. Would it be in excess of 20 million?

**A. No.**

Q. So someplace between 10 and 20 million?

**A. That is a fair estimate. I don't have the exact number.**

Q. The 10 percent holdback, whose idea was that?

**A. 10 percent holdback on what?**

Q. On Ernst & Young's compensation that you reference in your report.

**A. It wasn't an idea. It was a -- a negotiation with these -- with the City and the State in terms of the fees.**

Q. Okay. So in coming to your arrangement for working on the Detroit matter, you negotiated with both the City and the State; is that correct?

**A. Yes. Our engagement letter was sent to the City, and it was also then sent forward to the State.**

Q. And did the State or City request the 10 percent holdback or did Ernst & Young propose that?

**A. It was a reduction in the fees. It**

MALHOTRA

**was -- it was, I think, brought up by either the State or the City. I just don't remember specifically.**

Q. Does the 10 percent holdback -- do you have an arrangement like that in any other matter that you've worked on?

**A. I would have to go back and check. We offer discounts in different engagements, and I would have to go back and check.**

Q. But have you ever done a contingent fee arrangement before for your work?

MR. STEWART: Objection.

I'm sorry. You were about to answer.

I didn't mean to interrupt your question, Mr. Smith.

You have my objection, correct?

THE COURT REPORTER: I do.

THE WITNESS: Can you ask your question again? I'm sorry.

BY MR. SMITH:

Q. Have you ever had a contingent fee arrangement in any other matter that you've worked on?

MR. STEWART: Same objection.

MALHOTRA

THE WITNESS: Yes.

BY MR. SMITH:

Q. Have you ever had a contingent fee arrangement in any other bankruptcy matter you've worked on?

**A. I would have to go back and check.**

Q. Do you have any -- have you ever had a contingent fee arrangement in any other matter involving litigation?

**A. I would have to go back and check.**

Q. Does the 10 percent holdback apply to all fees that Ernst & Young has charged or a portion of the fees?

**A. It would only be for the portion of the fees since the City has filed bankruptcy.**

Q. Okay. And so it would cover the fees that you're charging for your expert work in this case, developing the report and testifying?

**A. I believe so, yes.**

Q. And it would also apply to the time that Mr. Cline and Ms. Sallee have been putting in working as experts in the case?

**A. I believe so, yes, but I would like to reconfirm that.**

**MALHOTRA**

Q. Okay. Are you aware of any formal studies by the City to ascertain whether it can increase revenues more than it already has?

**A. There have been various consultant studies over the last few years, and so . . .**

Q. Would it be fair to say that a number of consultants the City has retained have given it ideas for increasing revenues significantly over the last few years?

**A. I don't know the definition of "significantly" in the context that you're referring to, but there's lots of consultants that have provided ideas to the City for increasing revenues.**

Q. And the City has not adopted all the ideas it's been provided for increasing revenues as of today; correct?

**A. Some of these consultant studies go back a long way, and I think some of them have been incorporated and some of them have likely not been incorporated. So I can't comment whether each and every idea that's been brought forward by a consultant to increase revenue has been incorporated.**

**MALHOTRA**

Q. Okay. But you knew that there are ideas that have been brought forth by experts the City's retained to increase revenues that haven't been adopted by the City; correct?

MR. STEWART: Objection.

THE WITNESS: So I would just like clarification in terms of which experts you're referring to.

BY MR. SMITH:

Q. Well, you mentioned that there are a series of consultants the City has hired to look at increasing revenues; correct?

**A. That is correct. And what I was referring to is historically, since this is going back -- we can go back 5, 10 years, you will find reports where, you know, people have ideas how to increase revenue.**

Q. Yeah. And my only question is, the City hasn't adopted all the ideas for increasing revenue that have been provided by independent consultants; correct?

**A. Sure. The City has -- has always had consultants that have provided ideas. Whether all of the ideas have been incorporated at a given**

MALHOTRA

**point in time, it's hard for me to say.**

Q. Well, today -- as of today, you're aware of revenue-generating ideas that have been provided the City by consultants that it hasn't implemented; correct?

**A. I mean, is there a particular example that you're thinking of? It would be a lot easier for me if somebody would say, "Has X, Y, Z been implemented?" I would have a better way to say yes or no versus just a broad statement, have ideas been incorporated by the City or not.**

Q. Privatizing parking. It hasn't yet privatized parking?

**A. That is correct. It has not been privatized yet. You're correct.**

Q. Or leasing out the water and sewage function; correct? That hasn't been done yet, has it?

**A. I believe there is active mediation going on in that, but you're correct. It has not been done yet.**

Q. So there are a number of proposals for increasing revenue that the City has been provided by outside consultants that haven't been

MALHOTRA

implemented yet; correct?

**A. You have listed two, and I agree that those two have not been implemented.**

Q. Okay. And there are others you're aware that haven't been implemented; correct?

**A. You know, if there's others that you have specific examples on, I'm happy to say whether they have or have not. But I would say those -- DWSD has not been implemented, and there's mediation going on on that; and parking, my understanding is that there's some active discussions going on, but it has not been done yet.**

Q. Okay. The -- has the City ever asked Ernst & Young to look for ideas to increase revenues?

**A. I don't recall if there's a specific item that talks about how to increase revenues that is in our scope, but we have had discussions with the City how to continue to improve the processes of collections and so on and so forth.**

**There was active discussions when the City increased the corporate tax rate from 1 percent and 2 percent. And although E&Y was not**

MALHOTRA

**involved in any policy decisions, but we were able to quantify the impact of what that was.**

Q. Okay. But you haven't been specifically retained by the City to generate ideas for further increasing revenue; is that fair?

**A. I would say that is fair in general, that we haven't gone to do a market study on specific rates and whether they should be increased or not.**

Q. Whose depositions have you reviewed in this case?

**A. Since when?**

Q. Well, since forever. I'm trying to find out whose depositions you have reviewed in the case at any point in time.

**A. Whose depositions?**

Q. Yeah, deposition transcripts.

**A. I do not recall. I -- I was -- I think I was sent Kevyn Orr's deposition from months ago. That just comes to mind. But I do not recall any specific depositions that I've reviewed.**

Q. Have you reviewed Gary Evanko's deposition?

**A. No.**

MALHOTRA

Q. Did you ever speak to Mr. Evanko in preparing the forecast?

**A. I did not, but I know that there may have been some -- yes, I have not.**

Q. And has anybody from Ernst & Young spoken to Mr. Evanko?

**A. I think Caroline Sallee may have exchanged emails with him. I don't know if she's spoken to him or not.**

Q. The actual model that you started with, where did that come from that you used for your forecast?

**A. Came from Excel spreadsheet.**

Q. Okay. Did you basically have to create the model?

**A. Yes. It was -- it was supporting information like the historical, actual performance of the City, but it started from a clean Excel spreadsheet.**

Q. Okay. So the model that's used in the forecasting that you've prepared for Detroit was created for purposes of this bankruptcy. Is that fair?

**A. It evolved into what we are using in the**

Page 37

MALHOTRA

**bankruptcy. We did not start off with a model that was created for a bankruptcy.**

Q. Okay. Would it be fair to say that the model that you used for your forecasting was created for the City of Detroit; it didn't exist before your retention by the City of Detroit?

**A. The model, the way it stands today, was -- that is correct. It did not -- it wasn't in existence before we started working on this engagement.**

Q. Can you identify any Chapter 9 bankruptcy where an expert has done forecasting similar to what you've done in this case?

**A. I have not gone and reviewed the Chapter 9 bankruptcy, so I wouldn't be able to comment if they have or have not.**

Q. So in preparing the model, you didn't seek to ascertain what had been done in previous Chapter 9 bankruptcies so you could conform what you did to standard practices in Chapter 9 bankruptcies; correct?

MR. STEWART: Objection.

THE WITNESS: I don't know how other Chapter 9 bankruptcy financial models are

Page 38

MALHOTRA

relevant to Detroit's Chapter 9 financial model.

BY MR. SMITH:

Q. Okay. That wasn't my question.

You haven't looked at any other Chapter 9 financial models; correct?

**A. I did not go and look at other Chapter 9 financial models; that is correct.**

Q. So you didn't do any testing of the reliability of your model by comparing it with other models that have been used in other Chapter 9 bankruptcies; correct?

**A. What kind of models, though?**

Q. Financial models, forecasting models.

**A. Yeah, the financial forecasts for Detroit is based on the assumptions for Detroit. So I don't know why Chapter 9 models, the way you said it, in other Chapter 9 filings are even relevant for Detroit.**

Q. That's not my question.

My only point is you haven't gone and done any testing of your model compared to models that have been used in other Chapter 9 bankruptcies, correct, to ensure reliability?

Page 39

MALHOTRA

**A. Well, let me just -- yeah, I would like to understand that question better. Testing in what context?**

Q. Any sort of testing. You never -- you don't even know what -- what was done in other Chapter 9 bankruptcies; correct?

**A. Well, that's a broad -- I have some sense of what's going on in Chapter 9 bankruptcies around the country, but not from what's happening in their financial models.**

**So I just don't understand your question of testing a financial model for Detroit against a financial model for another Chapter 9. Is that your question?**

Q. You don't know what financial models have been used in other Chapter 9s; correct?

**A. I do not know the components of the financial models of other Chapter 9 cases; that is correct.**

Q. Before Ernst & Young was retained, was the City doing any forecasting?

**A. Forecasting for what? Budgets?**

Q. Its revenues and expenditures, similar to the forecasts that you've produced in this

Page 40

MALHOTRA

case.

**A. Well, I'll answer the first part of the question. I don't know whether they were similar or not. But, yes, the City goes through a budget process every year in which they produce a budget.**

Q. Okay. And so the City was producing its own forecast before you produced your forecast; correct?

**A. The City produces an annual budget which is what I said, every year.**

Q. Okay. And that's a forecast?

**A. Yes. It's a budget for the next year, for one year.**

Q. Okay. So the only -- the length of time -- the standard length of time the City used for its forecasts before Ernst & Young was retained was one year?

**A. That is broadly -- that is generally correct, yes. There was -- I don't remember whether there was specific instances where certain elements of the projection were carried forward longer or not. But -- and, overall, I would be comfortable saying that, broadly, there were one-year budgets, but there were certain elements**

MALHOTRA

**that were probably, you know, taken out longer to see what the impact of those revenues or expenses were.**

Q. You can't identify any budget for the City of Detroit that's done forecasting over a period as long as 10 years; correct?

**A. I do not recall of a 10-year budget that the City had at that point in time; that is correct.**

Q. And the City's budgets, when they were doing their forecasting, were all one-year budgets; correct?

**A. I thought I just answered that question, that they were -- they used to do a one-year budget in general, and there were certain items that I think they could have had revenues or expenses going on beyond one year.**

**But generally, you're right; the City generally does one-year budgets and now has started -- is going to start doing three-year budgets.**

Q. Now there's a consensus group that's doing forecasting for the City; correct?

**A. Consensus group in what way?**

MALHOTRA

Q. Well, there's a forecast that's called, like, the consensus forecast that is put together, you know, in conjunction with the financial advisory board, I believe?

(Telephonic interruption.)

MR. SMITH: Do you want to take a break to --

MR. STEWART: No.

MR. SMITH: Why don't we take a break. Let's get this phone straightened out.

THE VIDEOGRAPHER: Going off the record at 9:46 a.m.

(Brief pause.)

THE VIDEOGRAPHER: Back on the record at 9:47.

BY MR. SMITH:

Q. Mr. Malhotra, have you ever heard of a consensus forecast for the City of Detroit?

**A. I do not recall hearing of a consensus forecast.**

Q. Okay. What are the three-year forecasts that you were mentioning?

**A. There is a triennial budget, and then there's a revenue conference that is used**

MALHOTRA

**partially for the triennial budget. That's what I was referring to.**

Q. Okay. And is there other -- and there's forecasts done for purposes of that triennial budget; is that correct?

**A. The triennial budget is being developed in conjunction or, you know, similar to what the first three years of the financial forecast look like for the City.**

Q. Okay. And so there's a -- are there a group of outside experts who were involved in reviewing that -- that budget and forecast?

**A. I do not know of external parties reviewing the triennial budget of the City specifically.**

Q. Do you work with Shavi Sarna?

**A. I do.**

Q. What's -- is it Mr. Sarna's role on that, on the project?

**A. Shavi is one of our managers who is helping on various components of the project.**

Q. What components?

**A. He's been looking at Department of Transportation, looking at some of the revenue**

MALHOTRA

**sources maybe on the revenue conference. He's been helping with some of the cash projections. A variety of detailed items.**

Q. And is he working 100 percent of his time on the City of Detroit matter?

**A. I believe so.**

Q. And what, in your view, is the biggest source of untapped revenue for the City?

**A. Assets sales.**

Q. What asset sales are a source of potential revenue for the City that you're thinking of?

**A. DWSD, the parking.**

Q. Anything else?

**A. Those are the tangible ones that come to mind, those that the City, you know, could potentially control that come to my mind.**

Q. And I've seen reference by Mr. Orr that DWSD, if some of the operations were leased, could produce $47 million a year in revenue to the City.

Have you seen those estimates?

**A. I have heard about those estimates, yes.**

Q. Okay. And are those reasonable estimates?

MALHOTRA

**A. I can't comment on that.**

Q. Why can't you comment on it?

**A. Because that's something that would be better asked of Ken Buckfire whether -- how the $47 million, whether it's reasonable or not.**

Q. Okay. And you mentioned it's in mediation right now. What exactly is going on there, based on your understanding?

**A. I don't know.**

Q. Your forecast doesn't include the 47 million that Mr. Orr has mentioned as a potential annual revenue source from DWSD; correct?

**A. That is correct. We do not have $47 million a year from DWSD included in the forecast.**

Q. And you don't have any money from privatization or leasing of DWSD in the forecast; correct?

**A. That is correct.**

Q. And you don't have any money from privatization of parking in the forecast; correct?

**A. That is correct.**

Q. Have you seen estimates of the potential

MALHOTRA

revenue from privatizing parking?

**A. I have not seen a direct estimate, but I've heard wide ranges of numbers.**

Q. What are the ranges of numbers you've heard for privatizing the parking?

**A. It could be 20 million or 50 or 100 million. There was a wide range. But --**

Q. Okay. Is that on an annual basis or not?

**A. No, that's in totality.**

Q. Okay. That would be an up-front payment of between 20 and $100 million?

**A. I do not --**

Q. For parking?

**A. -- know whether it's upfront or not.**

Q. Who is the most knowledgeable about privatizing the parking?

**A. I would say Miller Buckfire.**

Q. Do you know if there are other asset sales or privatization efforts the City has been contemplating or reviewing?

**A. Yes. There was a sale of the Veteran Memorial Building that got pushed back from fiscal year '14 to fiscal year '15. It's almost**

**MALHOTRA**

**$6 million.**

Q. And that's in your forecast; correct?

**A. It is.**

Q. Are there any asset sales or privatization matters that are not contained in your forecast that you're aware that the City has looked at?

**A. I'm sorry. It was too long a question.**

Q. Are there other privatization efforts that the City has looked at that you're aware of that we haven't discussed?

**A. Not any that I recall right now.**

Q. Okay. In your view, what are the biggest untapped sources of cost savings for the City?

**A. That are not -- that are already included in the forecast?**

Q. That are not included in the forecast.

**A. Oh.**

Q. I'm thinking of untapped sources of cost savings. Are there -- what would be the biggest areas of potential cost savings that haven't been incorporated into the forecast?

**A. I can't recall any off the top of my**

**MALHOTRA**

**head from the standpoint of what has not been incorporated. I'm sure if some of the assets are sold, there will be a corresponding reduction in the level of staffing potentially. Potentially. But I do not -- you know, if there's a specific item that you have in mind, I'd be happy to say whether it's in the forecast or not.**

Q. The City could always cut costs further by reducing wages; correct?

**A. Well, the City -- once the City is a part of a collective bargaining agreement, I don't think that's correct.**

Q. Well, the City could always amend the collective bargaining agreements to reduce wages; correct?

**A. No.**

Q. Well, with the unions. It could cooperate with the unions to reduce wages further; correct?

**A. It's been hard to do, looking at the City's track record. So I don't know whether it's correct or not. It has to be discussed with the unions, ratified by the union members. So it's not an action the City can take unilaterally.**

Page 49

MALHOTRA

Q. So in your experience, the emergency manager hasn't been effective in reducing labor costs?

**A. The employees are working with a 10 percent wage cut.**

Q. So, in your view, has the emergency manager been effective or not in reducing labor cost?

**A. In overall labor cost, I would say the outsourcing of the solid waste helped reduce the labor cost, because those operations were outsourced, I believe. But that did help the reduction in labor costs compared to where they were earlier. And I would say -- so I think he has been effective in that in terms of implementing some of those outsourcing initiatives.**

Q. Outsourcing and privatization is an effective mechanism, both of increasing revenue and reducing costs; is that correct?

**A. Not always. It has to be in the construct of the level of service that it's provided.**

Q. But outsourcing and privatization can be

Page 50

MALHOTRA

an effective mechanism for increasing revenue and reducing costs; correct?

**A. I thought I just answered that. It has to be in the construct of the level of service that has to be provided.**

Q. Well, the City has used privatization and outsourcing as an effective mechanism of increasing revenue and reducing costs; correct?

**A. Not always. In certain cases, the cost comes down, but the revenue does not go up.**

Q. Okay.

**A. And it all depends on the level of service.**

Q. I mean, have there been any privatization efforts the City's undertaken that you believe have not been successful in either reducing costs or increasing revenues?

**A. Can you ask me that again, please?**

Q. Are there any privatization efforts the City has undertaken that you believe have not been successful in either reducing costs or increasing revenues?

**A. Yeah. Again, I keep coming back. It's the level of service that has the determining**

Page 51

MALHOTRA

**factor on both the costs, because in certain costs the costs will go up because the level of service is getting better. So it's hard for me to make that statement.**

Q. Well, I know. But you -- I mean, I'm just interested in revenues and costs; right? And what the City has actually done.

So are there any privatization matters you're aware of where the City has failed to either reduce costs or increase revenues?

**A. Like I said, it depends on the level of service, so I can't -- I'd be speculating as to whether it's --**

Q. It's not --

MR. STEWART: Please let him finish his answer.

Finish your answer.

BY MR. SMITH:

Q. Okay. Go ahead.

**A. Whether the cost comes down or not, it depends on the level of service. Whether the revenue goes up or not, it's also in conjunction with the level of service.**

**So like I said earlier, like, if DWSD is**

Page 52

MALHOTRA

**leased or something like that, the potential revenue stream that may come from that is not included in this forecast. It could be an opportunity.**

Q. And I'm not talking about the privatization efforts that haven't occurred yet. I'm talking about privatization efforts or outsourcing that has occurred, like you mentioned the garbage collection.

**A. That's correct.**

Q. And I'm wondering, for the areas that have been privatized already, are there any where the City failed to realize cost savings or revenue increases from the privatization effort?

**A. I do not know.**

Q. You can't identify anything where -- any privatization efforts, sitting here today, where the City failed to realize cost savings or revenue increases; is that fair?

**A. That's not fair. So it depends on the level of service that has been provided as a part of any outsourcing.**

Q. Okay. Can you identify for me any privatization effort the City has undertaken

MALHOTRA

already where it failed to realize cost savings or revenue increases? Can you come up with an example?

**A. I would not know that from the top of my head at this juncture because it would all be relative to the level of service.**

Q. There have been proposals to move the Department of Transportation to a regional authority. You're aware of that; correct?

**A. There was some discussions about that; that is correct.**

Q. And the City believed that it could reduce the sums paid by the general fund to the Department of Transportation if it moved it to a regional authority; correct?

**A. No, I don't think that's correct.**

Q. We'll look at some -- why -- what was -- were there any benefits in terms of revenue or cost to the general fund from transferring the Department of Transportation to a regional authority?

**A. The general fund subsidizes the Department of Transportation significantly. That is fact. If it were moved into a regional transit**

**MALHOTRA**

**authority, it would depend on the level of service that had to be provided and what subsidy, if any, or in excess, the general fund would still be responsible for if that transition were to take place.**

**So it's that -- that would -- it would basically -- yes, the general fund continues to subsidize Department of Transportation.**

Q. But by -- moving the Department of Transportation to a regional authority, the City could reduce or eliminate the subsidy from the general fund, depending on the level of service; correct?

**A. No. Just because it moves the authority elsewhere, it doesn't -- it's hard to predict what that structure of the transaction would look like, because general fund also has the ongoing costs that it subsidizes DDOT, so -- the Department of Transportation. So I don't know whether the subsidy would be eliminated or not.**

Q. While -- I'm just saying that it's possible -- it's a mechanism -- moving the Department of Transportation to a regional authority is a mechanism that could be used

MALHOTRA

depending on the circumstances and the level of service to reduce or eliminate the general fund subsidy to Department of Transportation; correct?

**A. It could be explored, but I'm not sure whether the subsidy would be eliminated or reduced.**

Q. Your forecast doesn't include any adjustment for moving the Department of Transportation to a regional authority; correct?

**A. That is correct.**

MR. SMITH: We can take a break. I think the court reporter wants a break.

THE VIDEOGRAPHER: Going off the record at 10:02. This is the end of Tape No. 1.

(Short break taken.)

THE VIDEOGRAPHER: Back on the record at 10:10. This is the beginning of Tape No. 2.

BY MR. SMITH:

Q. At some point Ernst & Young was looking at some ideas for cost cutting for the City; is that correct?

**A. Yes.**

Q. And are there any proposals for cost cutting that Ernst & Young raised that haven't

MALHOTRA

been adopted by the City?

**A. Nothing substantive that comes to the top of my head right now. If you have specific ideas, I could definitely say yes or no. But nothing big that comes --**

Q. I mean, are you still looking at cost cutting for the City, or did that stop at some point?

**A. I would say that after the wage reductions that were imposed on the employees with respect to the 10 percent wage cuts and the 12-hour shifts that were imposed, which were, again, big-ticket items with respect to wages, the -- there was an ongoing focus in terms of how to continue to reduce the costs also by -- in terms of the transition of the grid.**

**But I would say our focus was, in the last few months, has not been on more cost cutting specifically on wages, but it was because of all the imposition of the wage cuts that had already been made.**

Q. The City also has made significant headcount reductions over the last couple of years; is that fair?

MALHOTRA

**A. Yes. In the -- in the combination of attrition and other cuts, the City has lost a tremendous amount of headcount.**

Q. And those headcount reductions are an important mechanism by which the City has addressed its fiscal condition; would you agree with that?

(Discussion held off the stenographic record.)

THE WITNESS: Could you ask me the question --

BY MR. SMITH:

Q. Yeah, I can ask it again. The headcount reductions are an important mechanism the City has used to try to improve its fiscal situation; correct?

**A. The headcount reduction has helped reduce cost, but the impact on the service levels in specific departments is the question. But reduction in headcount, at least on the surface, has resulted in lower wages or payroll-related costs compared to the past.**

Q. How much has the City saved in its headcount reductions in terms of costs, a ballpark

MALHOTRA

figure?

**A. I can't give you a ballpark figure.**

Q. Would it be hundreds of millions of dollars?

**A. Over what time frame?**

Q. Over the last year or two.

**A. Last year or two?**

Q. Two years. Since Ernst & Young has been working for the City, how much has the City been able to save by headcount reductions?

**A. It would be hard for me to give you a specific number. And the reason for that is, there is also grant-related positions that have been reduced and grant-related positions, of course, a net zero impact because the grant-related revenue has gone down as well.**

**So just looking at the payroll line item, it's hard for me to give you an answer from the top of my head.**

Q. Do you agree that the City engaged in headcount reductions for the specific purpose of reducing its costs and improving its fiscal condition?

**A. My answer would be similar to my earlier**

**MALHOTRA**

**one. The City has reduced its payroll-related costs compared to two years ago. But a lot of that has also come through attrition. And whether not replacing them, what impact that has had on the quality of service the City has provided, I don't know.**

Q. That wasn't quite my question. My question is, the City engaged in headcount reductions to cut costs to improve its fiscal condition; isn't that correct? I mean, there was a policy of the City that it put in place to reduce headcount to save costs and improve the fiscal condition; correct?

**A. The biggest focus was wages, not headcount. The biggest focus was the level of wages.**

Q. Okay. But then a secondary focus of the City was to reduce headcount to save money, correct, and improve the City's fiscal position?

**A. I don't know if that was how the attrition was being replaced. So I'm much more comfortable saying that attacking the wages was something -- or focusing on reducing the wages was something that the City was much more focused on.**

**MALHOTRA**

**There could be instances where department -- specific department headcount for a particular department was focused on. But I remember that there was a focus actually not to reduce the headcount at public safety.**

**So I can't answer that question on the headcount specifically.**

Q. You would agree with me that headcount reductions by the City in the last two years have cut City costs; correct?

**A. The level of headcount by the City is lower today than it was two years ago, which has resulted in lower payroll cost.**

Q. How many people at the City contributed to your forecast?

**A. When you say "contributed to the forecast" --**

Q. Provided you with information for your forecast.

**A. I'd say there were several. I don't have a number off the top of my head. Some more detailed than the others.**

Q. Would it be more than 10 or 20?

**A. It depends. I mean, there were -- if**

MALHOTRA

**you look at -- I would be much more comfortable if I had the forecast in front of me to look at by line item and say what information we would have gotten from where. It's hard for me to just say that it was 10 or 20 people giving us this forecast.**

Q. All right. So you can't tell me the number of people from the City who have contributed to your forecast, sitting here today; correct?

MR. STEWART: Objection.

THE WITNESS: That is correct. I don't have the exact number of people that helped us pull together on the forecast.

BY MR. SMITH:

Q. And you couldn't identify all the people that helped you from the City in preparing your forecast; correct?

**A. I could identify this some of them, yes.**

Q. But you can't identify all the people from the City who helped you prepare your forecast; correct?

**A. I could identify some of the people.**

Q. But not all of them; correct?

MALHOTRA

**A. Well, maybe actually if we sit down and go through the line items, maybe I could identify all of them.**

Q. How many people from Conway MacKenzie assisted in preparing material for your forecast?

**A. I don't know of the exact number of Conway MacKenzie team members. But they have roughly, I would say, between five and seven key people that we were interacting with and -- in terms of getting the information on the reinvestment and restructuring component of the forecast.**

Q. Would it be fair to say your forecasting depends on the inputs of numerous people at a number of different organizations?

**A. What do you define as "numerous" versus "a number of different organizations"?**

**I can tell you who we talked to at Conway MacKenzie, on which line items of the restructuring and reinvestment forecast.**

Q. That's not my question.

MR. SMITH: And, you know, this kind of answer, Geoff, is, again, obstruction of the deposition. You know, we can take the

MALHOTRA

transcript to the Judge and ask him if he thinks it's reasonable, but I can't get an answer to that question.

MR. STEWART: Let's do it. I'm happy to -- I'd be delighted to do that. He said what do you mean by "numerous," and you haven't answered him.

BY MR. SMITH:

Q. Okay. More than 40 people. Would you agree that more than 40 people have contributed inputs to your model?

**A. I don't think so.**

Q. And more than 30 people?

**A. I would have to take time to think about this, because of the -- the different input levels that have come about. I don't know about the number of people, whether it's more than 30 now. I don't think --**

Q. Yeah. So sitting here today, you can't identify the number of people who have contributed inputs to your model; correct?

**A. I can identify the number of firms or organizations that have helped. The number of people that work at each one of those firms, I**

**MALHOTRA**

**cannot talk about.**

Q. Okay. Would it be fair to say that your model is a complex model that depends on inputs by a number of people?

**A. I don't know if it's complex or not, but it has required the input of three or four of the main firms that have been dealing with this situation to pull the plan together for the City.**

Q. When did you first create your forecast?

**A. Which forecast?**

Q. Well, have you created more than one forecast for the City of Detroit?

**A. Well, there's the plan of adjustment. We have the financials, the 10-year financials and the 40-year financials that are there. We have the update from July 2nd, along with the bridge that's there.**

**There were iterations of that previously as a part of the third plan, amended plan. And so I just want to make sure you can ask me which specific forecast.**

Q. When was the first time you created any forecast for the City of Detroit?

**A. Any forecast? Probably**

MALHOTRA

**two-and-a-half-plus years ago.**

Q. Okay. Were there forecasts you created for the City of Detroit that were less than 10-year forecasts?

**A. I think we started looking at a five-year forecast sometime probably two-plus years ago. I don't remember exactly.**

Q. What was the purpose of that forecast?

**A. I would have to go back and check. This is over two years ago. I don't remember specifically when we started developing the forecast. It was, again, to look at the liabilities of the City over a longer term versus on a more short-term basis.**

Q. And did you actually complete a forecast -- a five-year forecast for the City?

**A. When you say "complete," I mean, we may have had different iterations. I don't know if there was ever something that was complete or not.**

Q. So you had more than one iteration of a five-year forecast for the City?

**A. Absolutely.**

Q. Okay.

**A. We would have had different inputs and**

MALHOTRA

**iterations, just like we have different versions of the 10-year and the 40-year projections.**

Q. And do you have possession of the documentation for those forecasts? Or the --

**A. The 10 or the 40? I'm sorry.**

Q. For the five-year forecast that you did, who has those forecasts and the documentation?

**A. It would be somebody either at the City or it would definitely be with our team as well.**

Q. Did the five-year forecasts you produced before the bankruptcy use the same model that you've used for the 10-year and 40-year forecasts? Or was it different?

**A. I don't recall. I don't recall. This is a long time ago.**

Q. Did the same people work on the five-year forecast? I mean, obviously you worked on the five-year forecast; correct?

**A. Yeah. I mean, I think on the five-year forecast, if I go back, it was much more -- it was just looking at how large the expenses side would be in terms of the ongoing legacy costs. So I don't recall specifically. I mean, could go back and try and figure out, but this was a long time.**

MALHOTRA

Q. Have you ever been asked to produce the five-year forecast in this case?

**A. So -- no, I do not know if we have or have not.**

Q. Okay. The -- okay. On the 10-year forecast and 40-year forecast, there have been many different versions of that. Would that be fair to say?

**A. That is fair. Yes.**

Q. When was the first time that you -- what was the first time you did the 10-year and 40-year forecast?

**A. Well, I do not recall. I think the 10-year10-year forecast we had a version of in the June 30th -- the June 13th proposal to creditors. That seems around the time frame when we would have had the 10-year forecast sort of come together with the assumptions as of then.**

Q. And the five-year forecast, who chose five years for the length of time of the forecast?

**A. It was likely somebody at the City. I don't remember.**

Q. Okay. The five-year forecast, did you conclude that the City had positive revenues

MALHOTRA

compared to costs during that time or not?

**A. I do not recall.**

Q. And what was the purpose of preparing the five-year forecast?

**A. I do not recall specifically, but I think we were starting to look at the expenses of the City and how the costs were going to continue to grow over the next four or five years.**

Q. Since the first ten-year forecast that you prepared, how many times have you created different versions of the 10-year forecast?

**A. Lots.**

Q. Can you give me an estimate of how many times?

**A. Well, it's a dynamic model. So as the assumptions change and get updated, we save a different version. And whatever we have, I guess, has been produced already. So I have not gone back and counted the number of versions.**

Q. How many -- are there major changes -- major iterations of the model that have been done? I mean, you mentioned there's one for the plan. There's the July 2nd one. Are there major -- are there other periods -- times when it was

Page 69

MALHOTRA

revised in a major way? I don't know how you would characterize those.

**A. Sorry. Can you ask -- just repeat what --**

Q. Well, let me ask again. You say that the -- you had one version of the ten-year forecast in the plan of adjustment; correct?

**A. That is correct.**

Q. Okay. And then the July 2nd revision. You had another version of the 10- and 40-year forecast; correct?

**A. That is correct.**

Q. What were the big changes between the forecast in the plan and the July 2nd?

**A. So we've created a bridge that walks through the changes, but I'll go off the top of my head of what I recall. The forecasted revenues were updated based on the updated information we had. We updated the potential LTGO settlement. We updated the economics of the -- the potential economics of a DPOA and DFFA change.**

**We updated the timing and, I think, the cost of the reinvestment and restructuring initiatives. And I think we updated the**

Page 70

**MALHOTRA**

**financing-related changes in terms of the timing for the 10- and 40-year -- those are the big ones that come to mind.**

Q. Would it be fair to say that there was a significant reduction in the amount of reinvestment expenditure?

**A. I don't know if there was a significant -- I don't know how you define "significant."**

Q. Weren't there hundreds of millions of dollars in reduction or not?

**A. It would be easier if I had this document in front of me, because there were some of the changes that were more -- maybe operations-driven versus -- or, you know, capex-driven.**

Q. Would it be fair to say that you've engaged in a process of continually updating the forecast since you first created it?

**A. As the City has reached settlements with different creditors and we have updated those on a continuous basis.**

Q. Would it be fair to say that you've made hundreds of changes to your forecast since it was

Page 71

MALHOTRA

first created?

**A. I do not know that it's hundreds of changes or not. I mean, I don't know what you -- is a -- is a change in an assumption a change that you're referring to?**

Q. Yes.

**A. I don't know if there's hundreds of changes in the assumptions from what -- but I don't know. It's hard for me to define what are the key elements that have changed. I mean, we've got -- we have produced the information when we have updated information, we reflect that. And the same thing with the settlements.**

Q. So you can't tell me how many changes you've made to your forecast since it was created; correct?

**A. I can tell you about the broad assumptions that have changed since we created the forecast. The exact number of changes, you're correct; I cannot say. But I can talk about the main assumptions that have changed since we had developed the forecast.**

Q. And would it be fair to say that in order to ensure the reliability of your forecast,

Page 72

MALHOTRA

you've continuously updated as assumptions change and other inputs change; correct?

**A. That is correct.**

Q. Is there any -- has the City made any arrangement to continue -- to continue Ernst & Young's work after the bankruptcy?

**A. There is some ongoing work that Ernst & Young will continue to do after the bankruptcy, yes.**

Q. What work?

**A. We have some work in terms of helping the City implement or review its HR technology systems. And we're having discussions with the City about an ongoing role in terms of assisting with cash management. So it's something that's being discussed.**

Q. Have you entered into any arrangement to continue updating your forecast after the bankruptcy is confirmed?

**A. Not as of yet.**

Q. Okay. But there's -- has there been discussions about that or not?

**A. I have to schedule this -- I have to schedule a discussion, which we were trying to do**

MALHOTRA

**with the CFO and even likely the mayor, about E&Y's role after the bankruptcy is over.**

Q. Thus far, there haven't been any discussions about E&Y continuing work on its forecast after the bankruptcy; correct?

**A. There have been discussions about cash management and cash forecasting. So when you say -- if you're referring to the 10-year and 40-year forecast, that is a part of the plan of adjustment. I have not had a specific discussion on that as of yet.**

Q. Yet. But as of yet, there's been no discussion about Ernst & Young continuing to update its 10-year and 40-year forecast after the plan is confirmed; correct?

**A. That is correct. We have had discussions about updating or talking about cash flows and cash management and some of the other work streams that I've mentioned. But we have to -- and John Hill and I have to sit down with the mayor and get more specificity around what we will be doing going forward.**

Q. Would it be fair to say that the scope of Ernst & Young's role after the bankruptcy, has

MALHOTRA

been confirmed, has not been agreed upon yet?

**A. That is correct.**

Q. Do you have any idea when you might work that out with the City? Or is nothing scheduled right now?

**A. No. We have been actually trying to schedule something, and it has gotten changed in the last couple of weeks. But -- it's something that we need to do and get done.**

Q. Did the City folk cancel a meeting with you?

**A. No. It was just our -- John and my schedules didn't meet**

Q. Well, you know, John is going to be in town this week; right?

**A. I do.**

Q. Do you have any plans to talk to him about Ernst & Young's role this week while he's in town?

**A. I think John will have his hands full, so, no.**

Q. Okay. The -- there are a number of assumptions in the -- in your forecast that you describe in your expert report; correct?

MALHOTRA

**A. That is correct.**

Q. And some of those assumptions are assumptions that were provided by other parties, such as Conway MacKenzie or the City or other parties; correct?

**A. Some of the assumptions, yes, were provided by the other parties, but I'm generally aware of the broad assumptions that are in there, even for those provided by the other parties.**

Q. And some of the assumptions for your forecast you created; correct?

**A. Yes.**

Q. And as you mentioned, the assumptions for your forecast have changed over time, as you've done different iterations of the forecast; correct?

**A. Well, the assumptions have changed because of the settlements that have reached. So based on the terms of the settlements, you know, we have updated those. Some of the other assumptions, which are also really extrapolations of run rates, are -- they are generally what they are.**

**So, yes, as the assumptions -- we have**

**MALHOTRA**

**changed the assumptions to reflect updated terms of settlement with different parties for sure.**

Q. The initial version of the forecast, 10-year and 40-year forecast you created would no longer be accurate, then; correct?

**A. It depends on which line items you're talking about, because the settlements reflect certain line items, not all.**

**So, you know, it's --**

Q. Well, the -- I'm thinking about the entire results, the results from the 10-year and 40-year forecasts that you initially created would no longer be accurate; correct?

**A. Could you be more specific on results? Which results are you talking about?**

Q. Well, the total numbers for the revenue and costs of the City would no longer -- generated by your original forecast would no longer be accurate; correct?

**A. I don't know whether -- I'm just trying to think about the individual line items that have changed to make sure that I can answer your question accurately.**

**I would say that the latest -- yes, the**

MALHOTRA

**latest updates are probably the best information we have as of date.**

**Whether that makes all of those forecasts -- and I think you used the word "inaccurate." That's -- it's just we have better information today than we had earlier.**

Q. Okay. Your more recent forecasts would be more reliable than your first forecast; is that fair?

**A. I would say, yes, the most recent forecasts are the best picture we would have as of date, yes.**

Q. Would it be fair to say that the longer the forecast, the less reliable the forecast?

**A. It depends on specific line items and assumptions. But the further you get out there, the -- there is more uncertainty whether each one of those assumptions will play out the way they are in the forecast.**

Q. And would you agree that the greater the number of assumptions in your model, the more uncertainty and potential for unreliability there is with the model?

**A. No, because --**

MALHOTRA

Q. Well, all the other things being held constant, do you agree that the more assumptions that you have in a model, the greater the potential for uncertainty and unreliability?

**A. No.**

Q. Why is that?

**A. Because different assumptions can also offset each other.**

Q. Did you rely on any scientific or technical literature in creating your forecast?

**A. I'm sorry? What is --**

Q. Well, is there any scientific or technical literature that lays out the methodology you used in your forecast?

**A. The financial forecast, the way it's been developed is how it's generally developed by all financial advisory firms.**

Q. But that's not my question. Is there any scientific or technical literature you can identify for me today that lays out the methodology that you used in creating the forecast for Detroit?

**A. I do not know of any scientific methodology. Technical methodology is generally**

MALHOTRA

**well documented all over about financial advisers, how to create projections, look at the historical performance.**

**So, yeah, that's generally technical in nature, but not scientific.**

Q. But so the -- but is there any treatise or other publication that you can identify for me today that lays out the technical methodology you used for the Detroit forecast?

**A. I would say any financial journal that you will pick up, from a financial adviser's standpoint, has tons of articles written on how to build good -- develop reasonable forecasts.**

Q. But can you identify one article, sitting here today, that contains the specific methodology you used in the Detroit forecast?

**A. I do not recall one off the top of my head, no.**

Q. Before the Detroit matter, what was the longest period of time you ever did a forecast of revenues or expenditures for?

**A. I would say somewhere maybe between five and ten years.**

Q. And you've never done -- I think you

MALHOTRA

testified you'd never done a forecast for a municipality before Detroit; correct?

**A. No, I did not testified to that. I testified that I've done it for Detroit Public Schools. I've developed a forecast for Detroit Public Schools.**

Q. But for an actual city, municipality, you've never done a forecast before Detroit's; correct?

**A. For a city, that is correct.**

Q. You did some forecasting for the Detroit Public Schools?

**A. That's right.**

Q. What was the length of time that you forecast for the Detroit Public Schools?

**A. I would have to go back and look. It could have been up to five years. It was probably somewhere in that neighborhood or shorter. I would have to go back and check.**

Q. Are your forecasts that you've created in this case based on the business judgment of any City officials?

**A. I would say yes.**

Q. And yet you -- which City officials

MALHOTRA

would -- who exercised their business judgment are your forecasts based on?

**A. In terms of whether -- understanding the assumptions that were in here, Kevyn Orr, you know, John Hill. So, I mean, Brent, who is a former budget director. There were several folks who at least understood the broad assumptions that are in the forecast.**

Q. And how does the business judgment of Detroit officials impact your assumptions, or in what way were you using that?

**A. Could you repeat that question for me, please.**

Q. How did business judgment of City officials play into your forecasts?

**A. So -- and maybe I should have asked this earlier. Can you just -- what do you mean by "business judgment of the City officials" in the context of the forecast? Can you just give me a --**

Q. Well, I read your prior depositions, and I think you had said that you relied on the business judgment of City officials. So I'm trying to use your term, and I'll ask you to

MALHOTRA

elaborate on that.

**A. Okay. So could you ask me the question again, please.**

Q. I'm just asking, how did -- I guess what -- what -- when -- it would be fair to say that the assumptions in your forecast depend on certain policy choices by Detroit officials; correct?

**A. Yes.**

Q. And, currently, the City is being run by an emergency manager; correct?

**A. That is correct, for -- the -- for some part. I think they're sharing with Detroit's mayor and city council for certain aspects, but, yeah.**

Q. And the emergency manager is going to leave in the fall; is that your understanding?

**A. That's what's reported in the press. That's what I read.**

Q. Is that consistent with whatever information you have working for the City?

**A. I do not have any other information other than what I've read in the press.**

Q. And in the future during the ten-year

MALHOTRA

period, there may be different decision-makers who are responsible for determining Detroit's policies than the current decision-makers; correct?

**A. That's right. I think there's going to be some form of a govern -- an advisory board. But, yes, there will be -- you know, as people transition into new roles, with any organization, there would be new people coming in to fill those roles.**

Q. And the new people who are in charge of Detroit during the 10-year period may decide to embark on different policies choices than you've assumed in your forecasts; correct?

**A. They may or may not. I cannot speculate what they decide to do.**

Q. It would require you to speculate to determine what policy choices Detroit's future leaders will make during the next 10 years; correct?

**A. That's right. It would be speculating on that point.**

Q. And, in fact, it's possible that there will be corrupt individuals who will be making policy choices for Detroit in the future; correct?

MALHOTRA

**A. I cannot answer that.**

Q. That's a possibility, isn't it?

**A. Anything is a possibility.**

Q. And, in fact, in the past, there have been corrupt individuals who have made policy decisions for the City of Detroit; correct?

**A. I read what's in the press, but I do not know what policy decisions have been made in the context of the general fund, so I cannot comment on that.**

Q. Well, I mean, there have been people that have went to jail who were leaders of the City of Detroit in the recent past; correct?

**A. I've seen the press on that.**

Q. And so it's not outside the realm of possibility that there might be individuals who are engaged in criminal activity or corrupt practices who are making policy decisions for Detroit during the next 10 or 40 years; correct?

**A. You can make any possibility that you want. I do not know about any -- I don't want to comment on that specific possibility or -- which is just, you know, a possibility of anything.**

Q. Okay. But you'd agree it's possible

MALHOTRA

that corrupt or criminal activity may be engaged in by Detroit's leaders during the period of your forecast; correct?

**A. You know what? There's a possibility. Anything can happen.**

Q. The assumptions in your model you mentioned had changed because of certain settlements; correct?

**A. That is correct.**

Q. Are there changes that have been made to the assumptions in your model over time that are not the result of settlements?

**A. Yes.**

Q. And what kinds of changes in the assumptions would those be?

**A. It's based on getting updated information. So, for instance, the stated -- the state budget was approved for fiscal year '15 just recently, because of which we had not initially updated the State aid number. But we went ahead and did so in the July 2nd update because we received confirmation from the State that the budget had been approved. And the incremental State aid appropriation used the same methodology.**

**MALHOTRA**

**So the methodology did not change from what it was in the past; but basically now that we had a source of data that had been confirmed, we updated that.**

**We updated the assumptions with regards to what the City would offer potentially for DPOA and DFFA, even though there was not a settlement with them, but using the assumption that the cost would be the same as it was with DPLSA and DPCOA. For property taxes, we received the latest information with respect to the State equalized value and updated the model based on that latest information that we had received. Again, not changing methodology.**

**So when we receive updated information with respect to firming up a recent trend better so that we can extrapolate, those are some of the examples that we've used.**

Q. Would it be fair to say that there have been a number of material changes in the model since you first created it for your forecast?

MR. STEWART: Objection.

THE WITNESS: How do you define "material"?

MALHOTRA

BY MR. SMITH:

Q. Well, I guess -- I guess I'm asking you: How would you define "material"?

**A. Well, settlement, the settlements we have reached or the City has reached are material.**

Q. Are there other material changes?

**A. I would have to go back and look at the bridge. But in my view, the major changes that have happened are in context of the settlement. And, of course, there have been changes, some that make the forecast better, some that make the forecast slightly worse so -- which at times may or may not fully offset.**

**But the big changes that have been incorporated into the forecast that I know of are the settlements. Some of the timing of the expenses have changed. But the biggest crux of the changes have been the settlements.**

Q. Okay. But outside of the settlements, there have been big changes to the model that don't have to do with the settlements; is that fair?

MR. STEWART: Objection.

THE WITNESS: Could you define what you

MALHOTRA

define as "big" in this context.

BY MR. SMITH:

Q. Well, you just mentioned we're talking about big changes, so --

**A. So we're talking about big settlements, I thought. Those are the big changes.**

Q. What are the most significant changes to the model outside of the settlements that have impacted the dollar amounts?

**A. So I would say we have gone ahead and updated the State aid revenue. We have gone ahead and updated the property tax revenue. We have updated the casino taxes. We have updated from what we received, some of the reorganization and reinvestment timing. And these are, again -- you know, compared to the plan of adjustment that was filed on May 5th.**

**We've updated some of the financing changes in terms of the assumptions on the financing.**

**I'm trying to think what else is not settlement-related.**

**Those are the big ones that come to my mind right now.**

**MALHOTRA**

Q. And when you say "the financing," are you talking about the exit financing?

**A. That's right.**

Q. Those assumptions for the exit financing have changed since the plan of adjustment; is that correct?

**A. The assumptions with respect to the term of the amortization, yes, has been changed.**

Q. Okay. As far as you know, has the City secured exit financing from anybody?

**A. Not as of now, is my understanding, but Miller Buckfire has a better idea of that.**

Q. And an assumption of your forecast is the City will be able to obtain exit financing on the terms you assume; correct?

**A. That is the current assumption in the forecast; you are correct.**

Q. And the forecast, would it be fair to say, would change by hundreds of millions of dollars if no exit financing were obtained?

**A. If you can be more specific. The revenues would change, but over what time frame?**

Q. I see what you're saying. I mean the exit financing is necessary for the City to emerge

MALHOTRA

from bankruptcy; correct?

**A. I don't know about necessary or not necessary. I can talk about the assumptions that have been made with respect to the sources and uses of the financing. But I wouldn't comment on the necessary for exit versus not.**

Q. Were the assumptions for the exit financing you used just numbers that were given to you by Miller Buckfire?

**A. The exit financing, yes. We had some discussions with Miller Buckfire and with Jim Doak from Miller Buckfire that I spoke to several times. And then we used the input that was provided by them to come up with the exit financing that's in --**

Q. But you haven't actually spoken with any potential lender who is interested in giving Detroit exit financing; correct?

**A. I have not; correct.**

Q. And you can't identify any potential lender who is interested in giving Detroit financing, can you?

**A. That is something Buckfire is running.**

Q. But you don't have knowledge, even can't

MALHOTRA

identify any creditor, any lender that's willing to offer the City exit financing on the terms you've assumed; correct?

**A. The RFP just went out last week, but I do not know of any as of now.**

Q. Did you have any role in the RFP for the exit financing? Did Ernst & Young have any role?

**A. It -- just to clarify and, you know, talked to the Miller Buckfire team about the assumptions that were in the forecast overall, but we did not create the RFP.**

Q. Okay. But you've reviewed the RFP?

**A. I have looked at some of the main items that were sent out -- that were going to be sent out as a part of the RFP. I have an email on that, yes.**

Q. But have you reviewed the entire document or not?

**A. I have reviewed some of the terms, but I do not know if I've reviewed the entire document. I can't recall.**

Q. Would it be fair to say that you would expect that if you if you were doing your forecast a year or two from now, that the results of the

MALHOTRA

forecast would be different than your current forecast?

**A. It depends.**

Q. There's no way you can tell me whether the forecast that you have today will be the same in a year or two from now; is that fair?

**A. Yeah. It depends. Revenue -- if some of the revenues change, do the expenses change or do they offset? I don't know, but that's what -- after two years, a forecast becomes an actual. And then you have actuals. You don't have a forecast for two years.**

Q. Yeah. But the forecast, I mean, for the remaining eight years, for example, I mean, there's no way you can represent to the Court, for example, that, you know, a year or two from now your forecast would be the same for the remaining years in the term of the 10-year period; correct?

**A. I cannot -- I cannot say that after two years ever single line item will be exactly the same as what it is in the forecast; that is correct.**

Q. And you can't say that the total amounts for revenue and expenditure will be the same;

MALHOTRA

correct?

**A. Two years from now, I cannot predict that every single line item of revenues and expenses will be exactly the same as it is in the forecast today.**

Q. And you also -- you can't predict that two years from now the total amount of revenue and expenditures will be the same as it is in the model today; correct?

**A. In two years I cannot say whether the exact total of the revenues for that 10 years will be exactly the same or if the exact -- expenses will be exactly the same or if they offset each other. I cannot tell.**

Q. How many inputs and assumptions are there in your model?

**A. There are -- we can go through the line items, and I can talk to you about the assumptions. But there's a lot of line items, and there's assumptions in there. So --**

Q. Well, are there --

**A. -- I don't have the number of assumptions.**

Q. Are there more than 100 assumptions and

MALHOTRA

inputs?

**A. I do not know if there are over a hundred assumptions or -- I mean, it's -- if there are over 100 discrete assumptions or not. I would say that some of these are basic extrapolations of what has happened in fiscal year '12 or '13, continuing. Some of these are directly picked up from a third-party data source. So I'm -- you see my -- I'm just like --**

Q. I'm saying assumptions or inputs to cover all these things. Would there be more than 100 assumptions or inputs in your model?

**A. I cannot tell.**

MR. SMITH: We should take another break.

MR. STEWART: Okay. That's fine. We haven't even been on the record an hour.

MR. SMITH: Okay. Well, I'm not requesting it, Geoff, so if you want to complain about it --

MR. STEWART: It's okay.

THE COURT REPORTER: I thought it was about an hour, and I --

MR. STEWART: It's okay, but we can't

MALHOTRA

keep breaking on the hour. There are lots of questions and people have planes to catch.

(Discussion off the stenographic record.)

THE VIDEOGRAPHER: Going off the record at 10:59.

(Short break taken.)

THE VIDEOGRAPHER: We are back on the record at 11:05.

BY MR. SMITH:

Q. Mr. Malhotra, can you identify any time where Ernst & Young has ever done a forecast for a city that's as long as 10 years?

**A. I have not. I do not know about Ernst & Young. I mean, request practice or other tax practices --**

Q. Sitting here today, though, you can't identify any such instance; correct?

**A. I do not know what -- it's a large firm, and I do not know -- I can tell you that -- I have not done a 40-year for a city before.**

Q. And in your forecast, you haven't included funds necessary for Ernst & Young to update the ten-year forecast after the bankruptcy;

MALHOTRA

correct?

**A. There is not a specific line item that has been called out for ongoing professional fees for EY in the context of updating the forecast.**

Q. And you haven't included funds for Conway MacKenzie or any other advisers to do work on a forecast going forward after the bankruptcy; is that correct?

**A. In -- in context of the -- specifically the restructuring advisers currently, we haven't -- we do not have a specific discrete line item to identify incremental fees for EY or Conway MacKenzie.**

Q. And have you assumed -- have you included any professional fees for Conway MacKenzie after the bankruptcy has concluded, in your forecast?

**A. Whether it is specifically included as a discrete line item or if it could be absorbed in some of the actual project implementation costs for both EY and Conway MacKenzie, it's something that we would have to work through.**

**But I do not have a specific line item, and the restructuring professional fees line for**

MALHOTRA

**ongoing assistance beyond the bankruptcy if there is ongoing work and if there's a possibility that within the different projects those fees get absorbed, I do not know yet.**

Q. As the forecast stands now, you don't have any money in the forecast currently for ongoing work after the bankruptcy by Ernst & Young or Conway MacKenzie; is that fair?

**A. I thought I just answered that: If it isn't -- if it could be embedded in the individual implementation projects of the restructuring, that's something we'll have to see.**

**You are right. I do not have any restructuring professional fees in that line item, any more fees beyond the restructuring period.**

Q. Okay. I mean, there's no -- you're not assuming that -- Ernst & Young or Conway MacKenzie will continue work for the City after the bankruptcy, in your forecast?

**A. That's not true.**

Q. Okay. How are you -- I mean, are you assuming one way or the other?

**A. Well, EY, as I've already mentioned to you, is going to continue work on the HR**

MALHOTRA

**implementation project, and the fees for that will likely come out of the HR implementation budget.**

Q. What is the HR implementation project?

**A. It's to help the City transition its existing payroll systems to a new system.**

Q. Is the City -- the City is still producing one-year budgets, correct? Is that correct or -- or not?

**A. I think they are still going through this interim process of a one-year budget, I believe. But I need to make sure that they're still doing one year or is it just the three years and the one year is a component of that.**

Q. In the ordinary course of its business operations, the City is currently doing only three-year budgets or potentially one-year budgets; is that correct?

**A. That would be correct.**

Q. Do you agree that there's some restructuring and restructuring activities the City is planning to undertake that don't cost any money, such as changing policies or things like that?

**A. Changing what policies?**

MALHOTRA

Q. Well, any -- I mean, some of the, quote/unquote, restructuring activities I've seen are things like make operations more efficient or, you know, things like that.

**A. Things like what?**

Q. Well, why don't I ask you this: Do you agree that there are some restructuring activities the City is planning to undertake that would save money?

**A. Yes.**

Q. And do you agree that there's some restructuring activities the City is planning to undertake that would, on balance, lead to increases in revenue for the City?

**A. Could you ask me that again.**

Q. Are there some restructuring activities the City is planning to undertake that would, upon balance, lead to increases in revenue for the City?

**A. There are some restructuring and reinvestment initiatives that will lead to increased revenues for the City.**

Q. And there are restructuring activities that will bring in more revenue than they will

MALHOTRA

cost; correct?

**A. It depends on what time frame.**

Q. Well, but there were some restructuring activities the City is going to undertake where the benefits in terms of increased revenue, where a reduction in costs outweigh the costs of the initiative; correct?

**A. It depends on what time frame, because you have to see when -- the overall result in increased revenues compared to the costs incurred.**

Q. Yeah. At the end of the -- over the course of your projections; right? Over the course of your 10-year projection, there are restructuring activities where the benefits outweigh the costs of the restructuring activity; correct?

**A. I'm not sure about that. There's a billion four in restructuring and reinvestment costs. And I don't know if over the ten years if there is a billion four of revenue.**

Q. Okay. So the City isn't -- you would agree with me that the City is engaging in some restructuring activities that have a -- that have a negative cost benefit; correct?

MALHOTRA

A. **Maybe over 10 years, but it probably changes over 40 years to -- for the revenues to get better.**

Q. You agree -- you know that the City is planning to spend hundreds of millions of dollars on blight reduction; correct?

A. **That's correct. There's $420 million in the current forecast, 50 million of which is going to be reimbursed by the hardest-hit funds.**

Q. Okay. And do you know -- has the amount of blight reduction funding decreased over the course of your forecast, the various iterations?

A. **I believe we had a number of, close to $500 million earlier. That went down to 420 million.**

Q. Do you know why there was a reduction?

A. **There was a reduction because of the overall level of contributions the City was committing to the pension systems.**

Q. Okay. So did the -- the blight-reduction funds, were they reduced because the City was increasing contributions to pensions?

A. **I don't know if it was only that or if it was the -- I don't know if that was the only**

MALHOTRA

**reason. But, yes, that's one I recall in which the $500 million went down to 420.**

Q. Was one factor in the reduction of the blight expenditure the City's decision to increase money to the pensions?

A. **It was to not increase money to the pensions. It was for the City to reach a settlement on the pensions and the amount of money that was required.**

Q. And are you incorporating into your forecast any increase in revenue or decrease in the costs attributable to blight-reduction efforts by the City?

A. **I believe that in the restructuring and reinvestment scenario, there is an overall increase in the revenues that has been assumed from the overall restructuring and reinvestment initiatives.**

Q. Do you agree that the costs of the blight reduction outweigh any revenues or cost reductions that you've incorporated into your forecast?

A. **Over what time frame?**

Q. Either the 10- or 40-year period.

MALHOTRA

A. **Over the 10-year period, I do not -- of the net 350 million that the City is spending, I would have to go back and look exactly how much increased revenue between all of the different initiatives has been included.**

**But over 40 years, if you were to extrapolate, you know, I think the increased revenues would be higher. But I do not know exactly. It would be easier to look at the exhibits and then walk through it.**

Q. Okay. But sitting here today, you understand that over the 10-year period, the costs of blight reduction exceed any benefits; correct?

MR. STEWART: Objection.

THE WITNESS: No, I don't. Exceed any benefits?

BY MR. SMITH:

Q. You agree that the costs of blight reduction exceed any revenues for cost reductions that the City attributes to blight reduction over the 10-year period; correct?

A. **In a direct financial standpoint from what I can relate it to, the answer is correct. Because there's probably indirect benefits of**

MALHOTRA

**blight removal, which I cannot talk about.**

**But from a direct-blight standpoint, it's -- I know the City has increased revenues towards the last five years of the first ten. If you look at that run rate, it's the -- the blight expenditures that have being spent could theoretically be reimbursed -- you know, be recuperated sooner.**

**But -- so it's just -- I don't have a direct answer, because you're spending the money over 10 years and there's increased revenues over the first 10 years; but the run rate in the last five years is much higher than it is in the first five years. I don't know if that answers your question.**

Q. Yeah, but the total amount, if you calculate up the total amount -- well, first, let me ask you this. You say increase in revenues. There's -- is there a line item for increase in revenues specifically from blight reduction, or is it increase in revenue from all the reinvestment activities?

A. **It's the latter. It's broken out -- well, there's three items. There's a discrete**

MALHOTRA

**line item for increased revenue due to the operational-driven initiatives. There is a discrete line item, then, of increased tax revenues because of overall restructuring and reinvestment initiatives, which also includes blight.**

Q. So there's no line item specifically quantifying any revenue increase from blight reduction in your model; correct?

**A. There is not a discrete line item. It would be a combination of the increased revenues as a part of the restructuring scenario.**

Q. Okay. But some of the increase in revenue is attributable to other restructuring activities other than blight; correct?

**A. That would be a fair assumption.**

Q. And so you haven't tried to quantify the increase in revenues or decrease in costs solely attributable to blight reduction; correct?

**A. That is correct.**

Q. And so sitting here today, the cost of blight reduction looks like it will be greater than any revenue or cost reductions attributable to the entire reinvestment initiative?

MALHOTRA

**A. No.**

Q. Would it be fair to say that you can't represent to the Court that the cost of blight reduction will be lower than any revenues or cost reductions attributable to the blight reduction?

**A. You got to ask me that again.**

Q. Well, we've already established you haven't done any analysis of the revenues or cost reductions attributable to blight reduction; correct?

**A. I don't know. That's -- that's -- if -- I don't know about that.**

Q. Okay. And so sitting here today, I mean, there's no analysis that the City has done that shows that the costs of blight reduction are outweighed by revenue increases or cost reductions due to blight reduction; correct?

**A. No. Over what time frame?**

Q. I mean, you haven't done any analysis of the revenues solely attributable to blight reduction; correct?

**A. The overall -- I thought I said this. The overall restructuring and reinvestment initiatives in the revenue -- in the increase in**

MALHOTRA

**revenues, blight is a part of those reinvestment expenditures.**

Q. But nobody -- you haven't done any analysis specifically on blight reduction, correct, to find out what -- what amount of revenue generation or cost reduction is specifically attributable to blight reduction; correct?

**A. It's a part of the overall restructuring and reinvestment initiatives.**

Q. So you haven't done that analysis; correct?

**A. If you're saying is what is the discrete item about blight, I would have to go back and look at it as to which line items it would likely impact and over what time frame.**

Q. But you haven't done that analysis?

**A. Well, not -- not in a direct fashion, no.**

Q. Okay. And so you're not aware of any analysis -- I mean, Mr. Moore in his report, do you recall what he says? You can't quantify the amount of revenue that might be attributable to blight reduction?

MALHOTRA

MR. STEWART: Objection.

BY MR. SMITH:

Q. Do you recall that?

**A. Which report?**

Q. His expert report in this case.

**A. I have not read his expert report.**

Q. Have you read the expert reports of Cline or Sallee?

**A. I have them. I've not read through them.**

Q. Have you read the expert reports of any expert in this case?

**A. I glanced at Ken Buckfire's report.**

Q. Is that the only one?

**A. That's the only one that comes to mind.**

Q. Okay. The baseline forecast is a steady-state forecast that depicts the City's financial projection in the absence of restructuring or reinvestment; correct?

**A. That is generally true. It's based on the recent extrapolated results, assuming they hold, yes.**

Q. Okay. And the baseline forecast assumes no reinvestment or restructuring expenditure;

MALHOTRA

correct?

**A. In the baseline model, those restructuring and reinvestment initiatives are broken out separately. So I don't know which line item you're referring to. But on that particular page, at least the one that comes to my mind, the restructuring and reinvestment initiatives are broken out separately.**

Q. Okay. I'm just trying to figure out whether the baseline scenario assumes that the 1.25 billion, or whatever the amount is now for restructuring and reinvestment, will be spent or not.

**A. No. That assumption was that that amount will not be spent directly.**

Q. Do you agree that the baseline model doesn't include reinvestments like blight reduction; correct?

**A. Yes. I mean, if -- it does not discretely, if there was -- any additional funds that -- like the hardest-hit funds that were made available in the form of grants, those funds would now be put into baseline because those hardest hit funds aren't available. But the north of billion**

**MALHOTRA**

**dollars of reinvestment expenditures were not included in the baseline.**

Q. So the separate number of hundreds of millions of dollars for blight reduction that's in the restructuring scenario is not included in the baseline scenario; correct?

**A. Those expenses were not included in the baseline scenario; that is correct.**

Q. The City has been engaged in blight reduction for a few years; correct?

**A. Yes. The City has had different initiatives in terms of reducing the amount of blight; however, new blight keeps coming up. So I don't know whether the City actually ever gets ahead or not.**

Q. Yeah. And one problem with blight is that blight is always generating more -- there's always more blight being created; correct?

**A. It depends when you have, you know, a -- there is a churning effect, if that's what you're talking about, that sometimes new blight does replace old blight. But it -- yeah, that's -- that's accurate.**

Q. And the City has received grants from

MALHOTRA

the state and federal government to fund blight-elimination efforts; correct?

**A. I know about the hardest-hit funds that are in the forecast. I do not know of other specific blight-removal funding.**

Q. And the hardest-fit funds is $52 million that the City had access to for blight reduction; is that correct?

**A. Yeah. I don't know if the City has access to directly -- I don't know the exact funding mechanism; but that's the assumption, that that money will be available to the City.**

Q. And the City has already been spending money on blight reduction; correct?

**A. Yes.**

Q. And there's been nobody, to your knowledge, who has quantified any benefit in terms of revenue increase or cost reduction from the blight-elimination efforts the City has been engaged in so far; correct?

**A. The increased revenues are a part of -- include a return on the restructuring and reinvestment initiatives, which include blight.**

Q. Yeah. But in the blight-elimination

MALHOTRA

efforts that have already been undertaken, there's no study or data showing that those have increased City revenues or decreased costs, is there?

**A. So of the blight-removal efforts that have already been undertaken -- can you specify? What time frame are you going back? Is it --**

Q. Over any time period. You've never seen any study or data that shows that blight-elimination efforts in the City of Detroit have resulted in revenue increases or cost reductions; correct?

**A. I do not know of a direct study if how -- taking down some of those properties has had an impact on some of the property taxes or not, if that is a study that directly correlates it. I have not seen a study like that.**

Q. Okay. The baseline model that you've calculated assumes there won't be substantial investment in information technology; is that correct?

**A. When you say "substantial," it does not include -- the IT expense that's mentioned in the restructuring and reinvestment initiatives is not included in the baseline.**

MALHOTRA

Q. Does the baseline forecast include any cost savings the City has received as a result of the breathing spell provided by the bankruptcy petition?

**A. The baseline model was used to reflect a no-bankruptcy scenario and did incorporate the 10 percent wage cut that the employees have already taken. So that was already reflected in the baseline.**

Q. And the baseline scenario is not intended to be a measure of what happens if the bankruptcy petition is dismissed; correct?

**A. Well, you have to look at the individual line items, because I would say some of those line items, it will be reflective of what happens maybe if the bankruptcy proceedings are dismissed.**

Q. And some of the line items in the baseline scenario will not be reflective of what happens if the bankruptcy petition is dismissed; correct?

**A. I would have to think through which of those line items will and will not get impacted by the bankruptcy proceeding. So some will; some will not.**

MALHOTRA

Q. But, overall, you would have to make changes to the baseline scenario to create a scenario where you had the bankruptcy petition dismissed; is that fair?

**A. I don't know. I would have to look at this. It would be easier to have the baseline in front of me. I would have to look at it to say whether we would have to change the entire baseline or not.**

Q. There have been times where you received reports of cash collections from the City that were not properly categorized; correct?

**A. Yes.**

Q. And there have been times where you received questionable reports regarding accounts payable from the City; correct?

**A. When you say "questionable," it's -- I'm just -- they were not -- they were not fully complete.**

Q. And Ernst & Young still -- you haven't audited the City's financial data; correct?

**A. That is correct.**

Q. Would it be possible to audit the City's financial data?

MALHOTRA

**A. You should ask KPMG that.**

Q. Are they responsible for auditing the City's financial data?

**A. They are.**

Q. You don't dispute that the City could continue to cut costs if the bankruptcy petition were dismissed; correct?

**A. Could you ask me that again, please.**

Q. There are cost-cutting measures the City could take if the bankruptcy petition were dismissed; correct?

**A. Like what?**

Q. Well, it could reduce headcount. That's one; correct?

**A. Unlikely. The City is already at a low point in terms of the amount of headcount it already has.**

Q. Well, here's some things that could happen. You could privatize some of the City services if the bankruptcy petition were dismissed; correct?

**A. I don't know about that. Again, I mean, I don't know if the City can cut more costs now.**

Q. You haven't been asked to do any

MALHOTRA

analysis of the costs and revenues to the City if the bankruptcy petition is dismissed; correct?

**A. We do not -- we do not have a scenario of what happens if the City's bankruptcy proceedings are dismissed; that is correct.**

Q. Have you been party to any conversations with the City where there have been discussions about what might happen if the bankruptcy petition is dismissed?

**A. Not directly, no.**

Q. Do you know if there's any contingency planning by the City about what might happen if the bankruptcy petition is dismissed?

**A. No.**

Q. Has the City already begun restructuring efforts that fall within that restructuring and reinvestment plan that your forecast is based on?

**A. Some of the initiatives that are a part of the restructuring and reinvestment budget have been started already.**

Q. What would those include?

**A. You would have to talk to Conway MacKenzie about that, because there's a detailed risk of the items that are already -- or John**

MALHOTRA

**Hill, actually, of the items that are already underway.**

Q. And would the costs and revenues from those activities be incorporated in both your baseline and your restructuring scenario or not?

**A. No. It's a part of the restructuring scenario. We are operating as one scenario now that includes the restructuring and reinvestment initiatives; so, yes, those costs and -- would be a part of the restructuring and reinvestment budget as laid out in the plan.**

Q. Okay. But I'm wondering, did you update the baseline scenario or not really?

**A. I would have to go back and check, if any of the items would be reflective -- what change in the baseline. We are much more focused on the overall restructuring scenario.**

Q. Okay. So sitting here today, you don't know whether or not you've incorporated costs from restructuring activities that have already started in the baseline scenario?

**A. I would have to go back and look at that.**

Q. Okay. Is that apparent on the face of

MALHOTRA

the 10-year and 40-year forecasts? Or do you have to go back to the Excel spreadsheets or some other source to figure that out? Or is it something that Conway MacKenzie would have to tell you?

**A. I'm just thinking. I think the -- it would be in the overall restructuring and reinvestment scenario, because the timing of some of the expenses had changed. So my guess is that it would be reflective in the update, to the best of our ability.**

Q. And -- but would it be in the update of the baseline scenario?

**A. I don't think it would be in the baseline cells, but we are -- like I said, we are looking at this as one restructuring scenario. It continues to be the focus.**

Q. But your assumption in your forecast is that there would be no restructuring or reinvestment outside of chapter -- if the plan were not confirmed; is that fair?

**A. Can you please repeat that.**

Q. Is one of the assumptions of your forecast that there would be no restructuring or reinvestment if the plan were not confirmed?

MALHOTRA

**A. The baseline assumes that those billion four of expenses are not in the baseline. So that's what I'm comfortable telling you, that those billion four of expenses are not in the baseline.**

Q. You've been working with the City since May of 2011; is that correct?

**A. That sounds about right.**

Q. And you know that there was a financial stability agreement between the State and the City; correct?

**A. That is correct.**

Q. And that was a consent agreement between the State and the City; correct?

**A. And the city Council. Yes.**

Q. And the financial stability agreement imposed mutual obligations on the City and the State to try to help restructure the City's financial situation; correct?

**A. There were some annex additions that were a part of the agreement in which both the State and the City had certain obligations, yes.**

Q. And did the financial stability agreement establish the financial advisory board

MALHOTRA

and revenue conferences that are still ongoing?

**A. I think it was a part of the financial stability agreement, yes.**

Q. And the City agreed to operational reforms in the financial stability agreement?

**A. Yes. There were some operations changes. I don't recall which ones, but --**

Q. And then the emergency manager was appointed by the State; correct?

**A. Yes.**

Q. And the emergency manager put together an operating plan. Do you recall that?

**A. I do.**

Q. That was around May of 2013; correct?

**A. I don't remember the exact date.**

Q. And you agreed that the emergency manager had indicated that the financial stability agreement was the starting point for the emergency manager's plan?

**A. I do not recall that.**

Q. Do you agree that the emergency manager's operational plan, that was produced before the City went into bankruptcy; correct?

**A. That is correct.**

MALHOTRA

Q. And that operational plan, again, discussed reforming and restructuring the City's operations to improve the City's fiscal condition; correct?

**A. I would have to go back and look at that report.**

Q. Has the City -- have the City and State recognized that the main issue facing the City's government and its fiscal situation are the legacy costs from the pensions and healthcare coverage?

**A. That's -- can you repeat that question, please.**

Q. Based on your work with the City and State, do they recognize that the main fiscal challenge to the City and State are the legacy costs --

**A. I'm sorry.**

Q. -- from the pensions?

**A. Who is they?**

Q. The City and State officials that you've worked with, did they recognize that the main challenge to the City and its fiscal situation are these legacy costs from the pension and healthcare?

MALHOTRA

MR. ALBERTS: Objection to form.

THE WITNESS: I don't think that's the only issue. I mean, it's declining population, which is a significant issue that has faced Detroit. So I don't know. You would have to ask the State and City officials that question.

BY MR. SMITH:

Q. Based on your work with the City before the bankruptcy petition was filed, is it your view that the City's efforts to restructure and improve its fiscal operations before the bankruptcy petition was filed were reasonable and good efforts?

MR. STEWART: Objection.

THE WITNESS: Could you just repeat the question, please.

(Thereupon, the requested portion was read back by the reporter as above recorded.)

THE WITNESS: So I still don't understand the last part of that question. The City -- I mean, if you can just rephrase the last part of your question, it will just

MALHOTRA

make easier for me to answer it.

BY MR. SMITH:

Q. Okay. Before the City filed its bankruptcy petition, it was already engaged in restructuring efforts to improve its fiscal condition; correct?

**A. That is correct.**

Q. And in your view, were the efforts the City took before the bankruptcy petition was filed to restructure its operations and improve its fiscal condition, were those good efforts and reasonable efforts by the City?

MR. STEWART: Objection.

THE WITNESS: There were several efforts the City took in order to cut costs, some temporarily. Some were just deferrals. And so, you know, there were several initiatives the City was working on. I would say the City did undertake several initiatives to cut costs, cut the cash disbursements by either deferring outflows or, in some cases, imposing some wage cuts on employees.

BY MR. SMITH:

Q. So one strategy the City used to improve

MALHOTRA

its fiscal situation before bankruptcy was to defer expenditures; correct?

**A. The City was deferring contributions to the pension systems in order to just cash flow day to day.**

Q. And was that lawful?

MR. ALBERTS: Objection.

THE WITNESS: I don't know about that.

BY MR. SMITH:

Q. In your forecast, there's no deferral of contributions to the pension system, is there?

**A. In which forecast?**

Q. In any of your forecasts.

**A. In the plan of adjustment, I do not believe we are contemplating deferring pension contributions.**

Q. And deferral of pension contributions is a strategy that a number of cities have used to improve their fiscal situation; correct?

**A. I can't -- I don't know about that.**

Q. You haven't done any investigation to determine what measures other cities have taken to improve their fiscal situation have been, have you?

MALHOTRA

**A. What do you mean? In what particular context?**

Q. Well, have you done any investigation of other cities to find out what efforts they've made to increase revenues or decrease costs to address fiscal distress?

**A. I've kept up with what other cities are sometimes doing to improve revenue initiatives.**

Q. One successful strategy cities have used to improve revenues is to raise tax rates; correct?

**A. I do not know about that. I'm sure if you increased tax rates -- I don't know what the impact is on collections. So I don't know if that is successful or not successful.**

Q. Okay. Do you agree that one strategy that cities have used to increase revenues is to raise tax rates?

**A. If tax rates are increased and the collection levels do not drop and the wage levels remain the same, one could imply that collections were going up. But I do not know -- I can tell that in Detroit, the City increased the corporate income tax rate from 1 percent to 2 percent. And**

**MALHOTRA**

**so that did result in higher collections.**

Q. Another strategy that cities have implemented to improve their fiscal situation is to increase fees for services; correct?

**A. Yes. And it depends on the level of service and the collectability of those increased fees.**

Q. And another strategy cities have used to improve their fiscal situation is improve collection of taxes; correct?

**A. If the collection rates improve and everything else remains the same, that would improve the taxes.**

Q. A number of cities, in order to deal with fiscal distress, have cut services; correct?

**A. Like what?**

Q. Like a lot of different kinds of services, city services. There have been cities that have cut police and fire service in order to address fiscal distress; correct?

**A. I can't talk about one that specifically comes to mind where police and fire has been cut significantly.**

Q. Are you aware that there have been

MALHOTRA

cities that have cut services in order to address fiscal distress?

**A. Yes. In fact, Detroit's been doing it probably for a long time.**

Q. And there are cities that have engaged in privatization in order to improve their fiscal situation; correct?

**A. Cities have privatized assets all over the country. Whether it improves their fiscal position or not, I can't comment on that.**

Q. Are you from Chicago?

**A. I live in Chicago, yes.**

Q. Okay. Well, we have something in common. You know the City in Chicago privatized its parking system; right?

**A. A lease -- and turned to a long-term lease agreement.**

Q. And received more than a billion dollars for doing that; correct?

**A. Yeah, I don't remember what the exact revenue was, but that may sound reasonable.**

Q. And the City of Chicago has also cut, you know, its costs in other ways in order to address fiscal distress; correct?

MALHOTRA

**A. Like what?**

Q. Well, I think it's cut some wages and probably cut headcount.

**A. I don't know about that.**

Q. You know that the City of Chicago is contemplating a significant increase in property taxes?

**A. I don't know what "significant" is.**

Q. Well, you know the City of Chicago is planning to increase property taxes, correct, in order to address its fiscal situation?

**A. I don't know how much of that is driven by the State versus the City. I haven't paid too much attention to those taxes going up.**

Q. Okay. Well, you must not live in the city.

**A. I do live in the city.**

Q. So do I. I've been paying attention.

You're aware, though, that there are plans to increase property taxes, whether they're driven by the State or they're driven by the City, in Chicago in order to address the fiscal situation; correct?

**A. Yeah, I read about that.**

MALHOTRA

Q. And you're aware that Chicago city pensions are significantly underfunded; correct?

**A. Underfunded compared to what?**

Q. Well, compared to Detroit, Chicago's pensions are much less funded than Detroit's pensions are; correct?

**A. I don't know the assumptions that City of Chicago is using, and so I don't know exactly what that funded status is.**

Q. Would you agree that there are a number of cities in the country that are having to deal with fiscal distress and fiscal crisis?

**A. I know of two other cities -- Stockton -- that are in Chapter 9. So, I mean, I don't know what you mean by a number of cities all over the country facing fiscal distress.**

Q. Have you done any investigation into the fiscal condition of any other cities?

**A. Yes.**

Q. And you're aware that there are other cities in the country experiencing fiscal distress and crisis; correct?

**A. There are some other cities in the country facing financial distress, yes.**

MALHOTRA

Q. Did -- before its Chapter 9 filing, had the City put together a restructuring plan? Say around March of 2013?

**A. I do not recall if it was a restructuring plan or the City -- I'm sure had pulled together some short-term like -- five-year forecast at that point in time to, say, lay out what the expense side could be or at least get a better handle on it.**

Q. The City did make a proposal to creditors that would have accomplished a restructuring outside of Chapter 9; correct?

**A. That was the June proposal in terms of laying out what the financial resources available to the City were to meet its legacy liability of legacy obligations.**

Q. Are you involved in communications directly with the State of Michigan in your work on -- for the City of Detroit?

**A. Off and on, and not on a day-to-day basis.**

Q. Do you keep the State of Michigan informed about the City's activities with respect to its financial situation?

MALHOTRA

**A. Not on a day-to-day basis. That's something that, you know, the emergency manager is doing.**

**But if there are specific questions on assumptions or on the forecast, yeah, I speak to the State on that.**

Q. Okay. So the City -- the emergency manager keeps the State apprised on a day-to-day basis of the City's financial condition and efforts at fiscal improvement; correct?

MR. STEWART: Objection.

THE WITNESS: You would have to ask the emergency manager that.

MS. FOX: Object to form.

THE WITNESS: You would have to ask the emergency manager that.

BY MR. SMITH:

Q. Are you aware of any funding the State's provided to the City to support its restructuring or -- and investment plan?

**A. There's $194.8 million coming in from the State in terms of pension that's coming in.**

Q. But does the State -- oh, okay. So the State has agreed to contribute to the pension

MALHOTRA

funds for City workers; is that fair?

MR. ALBERTS: Objection to form.

THE WITNESS: It's a part of the grand bargain.

BY MR. SMITH:

Q. Other than contributing to the pension fund, has the State provided any funding to support the City's restructuring and reinvestment plan?

**A. I think the State had also assisted with some portion of the professional fees.**

Q. And other than paying professional fees and the pension and contributing money to pensions, has the State provided any funding in support of the City's restructuring and reinvestment plan?

**A. Well, just to be clear on the first one, as you just asked the question, as a part of the contribution to the grand bargain, that money does not have to be put into the pensions by the City. So the City is having funding available for the restructuring and reinvestment plan. I just want to make that clear.**

**Other specific projects, I would defer**

MALHOTRA

**to Conway MacKenzie in terms of that billion four, if -- what assistance is being provided, if any, by the State, because I know the State does continue to provide specific grants that work through the different departments.**

Q. You're not aware of any special funding that State has designated for reinvestment and restructuring Detroit?

**A. I believe the hardest hit funds of the $50 million -- $52-1/2 million I think are coming through the State. I'm not sure.**

Q. Is it your understanding that the 194 million that the City is receiving from the State doesn't have to go into the pension fund but could be used to pay other creditors?

MR. STEWART: Objection.

THE WITNESS: No, that's not my understanding.

BY MR. SMITH:

Q. Okay. It has to go into the pension fund?

**A. Yes, that is my understanding.**

Q. Okay. And is that the way your forecast treats that money? Is it accounted for in your

MALHOTRA

forecast?

**A. Yes.**

Q. Would it be fair to say that the emergency manager made significant progress in cutting costs and increasing revenues before the bankruptcy petition was filed?

**A. What did you mean "significant"?**

Q. Well, use your definition of "significant."

Would you say that the emergency manager had made significant progress in cutting costs and increasing revenues before the bankruptcy petition was filed?

**A. I don't know what your definition of "significant" is. I will say that the emergency manager -- I don't know about the revenue initiatives, but -- in my view, I think there was some ongoing cost cutting even continuing then.**

Q. Okay. So using your definition of "significant," did the emergency manager make significant progress in cost cutting before the bankruptcy petition was filed?

MR. STEWART: Objection.

THE WITNESS: I would have to go back

MALHOTRA

and look at the projections or the actual costs before and after to be able to answer that.

BY MR. SMITH:

Q. Okay. Did the City initiate plans to improve tax collection before filing the bankruptcy petition?

**A. The City has been working on trying to improve tax collections the entire time. I mean, it's an ongoing process to improve the process, you know, collection efforts in any fashion possible.**

Q. There is significant revenues that are owed in taxes that the City has not collected each year; correct?

**A. I do not know about that.**

Q. Well, how much in revenue -- do you know how much in revenue the City is not collecting each year in taxes?

**A. I do not.**

Q. So you haven't done any analysis that -- in your forecast to try to quantify amount of revenue that could be obtained through increased tax collection?

MALHOTRA

**A. EY has not done an analysis on delinquent taxes today and what efforts could be made to collect those delinquent taxes. I know the City has been working on, you know, providing relief so that people come out and -- or amnesty programs, and we know that the City has made good efforts on those.**

**I do not -- we have not gone out -- EY has not gone out to try and come up with a collection effort for any delinquent taxes.**

Q. But over the 10-year period of your forecast, you haven't quantified the amount of taxes that will go uncollected if current trends continue; correct?

**A. We have a collection-rate assumption in the forecast that continues to improve over the forecast period. So I would have to go back and see if we can quantify what -- your question. But I know that we are assuming that the collection rates would actually increase over the forecast period.**

Q. Is that true for all taxes?

**A. Well, at least in the big one where -- in property taxes, I believe that is the case. We**

MALHOTRA

**can go down the line. On casino taxes, there is no issue because the collection rates are fine. On the income taxes, I would have to go back and check.**

Q. As far as you're aware, on the income tax you haven't incorporated an estimate in your forecast for an increase in revenue that would occur if there were withholding for reverse commuters or if there was piggybacking with state taxes; correct?

**A. That is correct. We have not got a -- we do not have in the baseline an initiative specifically on the reverse-commuter tax issue.**

Q. And it's not in the restructuring scenario either; correct?

**A. I do not think it is, but I would -- you should confirm that with Conway MacKenzie.**

Q. Okay. Or would it be Mr. Cline that did that, or --

**A. On the specific reverse commuter, if it's -- if that revenue has been -- if that revenue has been included in the restructuring and reinvestment operating initiatives, you would have to talk to Conway MacKenzie about that.**

MALHOTRA

Q. Okay. So sitting here today, though, as far as you're aware, it's -- there's not been a specific addition for implementing income tax withholding or piggybacking with the state tax; correct?

**A. That is correct. Not that I know of.**

Q. And there have been no -- you haven't attempted to forecast what would happen if tax rates increased; correct?

**A. Which tax rates?**

Q. Any of the tax rates. You haven't built in an increase for any tax rates in your forecasting model; correct?

**A. That is a policy question. Yes, we have not baked any increases in the tax rate, because I think they're already at the max in certain cases. But we have left tax rates where they are today.**

Q. But the State and the City, in the cooperation, could raise any of the tax rates; correct?

**A. I don't know what legislation is required for that. You would have to ask the State or the City. It's a policy question.**

Q. Are there any policy -- potential policy

MALHOTRA

changes that you have factored into your forecast?

**A. I would have to go back and check. Not -- nothing that comes to mind specifically. If you were to ask me a more detailed question, I'd be able to answer.**

Q. Over the 10-year period, one thing that can obviously impact your forecast is if there are changes in policy, such as change in tax rates or other policy changes that affect revenues or costs; correct?

**A. If you change the assumption, the numbers will change. You are correct.**

Q. Where did you get the assumption to hold tax rates constant?

**A. That was the -- discussion with the emergency manager.**

Q. Where did you get the assumption to -- as far as you're aware, not incorporate, you know, withholding for the income tax or piggybacking with the state tax?

**A. I do not recall. My -- I do not recall specifically because there was not enough substantive information that was available to judge what, if any, that impact was. But I was**

MALHOTRA

**not a part of those discussions.**

Q. Do you agree the City is able to pay its bills right now?

**A. What bills?**

Q. All of its bills. I mean --

**A. Well, under the restructuring scenario, it's different. So you have to be more specific about what bills. While the City is in bankruptcy or . . .**

Q. You included in your forecast, I think it is called, a contingency fund or something like that. Do you recall that?

**A. A contingency reserve.**

Q. Or reserve. And how much is that?

**A. We used about -- we used 1 percent of revenues.**

Q. And how much money does that work out to?

**A. On almost $11 billion of revenues -- on more than $11 billion of revenues, it's about $100 million of contingency.**

Q. And before the City went into bankruptcy, did it have a contingency reserve?

**A. It wasn't discretely called out. I do**

MALHOTRA

**not know, in the budget, if there was a specific contingency reserve or not. I would have to go back and check.**

Q. Sitting here today, though, you're not aware of any contingency reserve the City had before entering bankruptcy; correct?

**A. I don't know if it was entered into specific line items or if it was not. So -- but I do not recall of a specific contingency reserve that was at least in the budget. The City always tries to budget for deficit elimination to basically account for the previous year's deficit, but I don't know if it's a line called "contingency reserve."**

Q. Was there a contingency reserve in the version of the forecast you did for the fourth plan?

**A. I'm sorry?**

Q. Fourth plan. Fourth amended plan.

**A. I would have to go back and look at the fourth amended plan.**

Q. Okay. Have there been prior --

**A. Oh, yes. I'm sorry. That was the plan of the adjustment filed. Yes, there was a**

MALHOTRA

**contingency.**

Q. And was it in the same amount or not?

**A. I think it was -- the amount of the contingency was pretty much the same because it was driven off 1 percent of revenue.**

**So if the revenues changed slightly, the contingency would have changed slightly. But the methodology was the same: It was 1 percent of revenues.**

Q. Were there versions of the plan where you had no contingency reserve?

**A. I would have to go back and look.**

Q. You don't know whether the contingency reserve was in all versions of your plan, sitting here?

**A. I don't know if it was -- the 1 percent was in all versions or not.**

Q. You agree that if the petition is dismissed, some blight-reduction efforts would continue; correct?

**A. It depends on the amount of money the City has available to fund. Something that is grant-funded, like the $50 million, if it is still available, presumably it would be spent.**

MALHOTRA

Q. Do you agree that if the petition is dismissed, efforts to increase tax collections will continue?

**A. I do not know, because it would -- the City would require funding for all these initiatives.**

Q. So you don't know one way or the other?

**A. I do not.**

Q. If the petition is dismissed, would it be fair to say that the City will continue to try to increase revenues?

**A. Yes.**

Q. If the petition is dismissed, will the City continue to try to cut costs?

**A. I do not know about that.**

Q. If the petition is dismissed, will the City continue to use privatization efforts to improve its fiscal situation?

**A. I do not know about that.**

Q. If the -- would it be fair to say that you just don't know what -- what will happen if the petition is dismissed, because you haven't investigated what specific activities will continue or not?

MALHOTRA

**A. Yeah. If the petition is dismissed and the City has to continue to pay its legacy bills as they were prior to the bankruptcy, that's going to be a problem for the City; based on which, I do not know what the City will have the ability or will not have the ability to do. I have not fully looked at that.**

Q. You haven't been asked to look at what would happen if the petition is dismissed by the City or the State; correct?

**A. That is correct.**

Q. And you're not offering any opinion about -- have you reviewed Syncora's objection to the bankruptcy petition?

**A. No.**

Q. So you're not offering any opinion about the analysis in Syncora's objections which shows how much money it believes creditors could receive if the petition were dismissed; correct?

**A. That's correct.**

Q. The -- and nobody's asked -- nobody has asked you to do such an analysis, from the City or State; correct?

**A. That is correct.**

Page 145

MALHOTRA

Q. Can you identify any city in fiscal crisis that's planning to spend approximately a billion dollars in new reinvestment spending?

**A. I do not know of another city which is probably in the same condition as Detroit, but that would be -- I do not know.**

Q. Can you identify any city that's planning to spend approximately a billion dollars in new reinvestment while not raising tax rates?

**A. I do not know.**

Q. Can't identify such a city?

**A. I haven't done the analysis to go out and take a look.**

Q. So you can't identify any examples?

**A. I just said I do not know.**

Q. Can you identify any cities that are planning to spend hundreds of millions of dollars on blight reduction?

**A. I do not know.**

Q. Can't identify any such a city; correct?

**A. I haven't gone out and done this particular analysis, so I do not know.**

Q. You agree that not every city has a municipal income tax; correct?

Page 146

MALHOTRA

**A. That is correct.**

Q. And there are many cities that don't have wagering tax; correct?

**A. That is correct.**

Q. And there are cities that don't have access to a corporate tax; is that correct?

**A. I assume so. I do not know for sure.**

Q. Okay. Would it be fair to say that Detroit has revenue streams from tax sources that other cities lack, other comparable cities?

**A. I would say Detroit has used taxes from sources to fund its expenditures that other cities have not had to maybe use to fund their expenditures.**

Q. Okay. And your -- one assumption of your forecast is that there will be no new taxes that are created to provide new revenue. Is that fair?

**A. It's a tax policy question. From a tax policy standpoint, we've just left the existing policy as is over the forecast period, essentially.**

Q. Okay. So one of your assumptions is there won't be any new taxes that don't currently

Page 147

MALHOTRA

exist; correct?

**A. Or may replace existing taxes in some fashion.**

Q. And where did that assumption come from?

**A. We've left the tax policy the same as it is today.**

Q. And did that come from the emergency manager?

**A. That's what I thought I said earlier.**

MR. SMITH: Okay. Why don't we take a break.

THE WITNESS: Okay.

THE VIDEOGRAPHER: Going off the record at 12:12 p.m. This is the end of Tape No. 2.

(Short break taken.)

THE VIDEOGRAPHER: We are back on the record at 12:21. This is the beginning of Tape No. 3.

BY MR. SMITH:

Q. Mr. Malhotra, you agree that it's possible to increase the money available to pay creditors by changing the assumptions in your forecast; correct?

**A. If you change the assumptions, the**

Page 148

MALHOTRA

**numbers will change.**

Q. So that's correct?

**A. I just said if you change assumptions, numbers change. Depends on what assumptions you change.**

Q. It's possible to change the assumptions in a manner that will increase the money available to pay creditors; correct?

**A. Like what assumptions are you referring to?**

Q. Well, you could increase tax rates and potentially increase the money available to pay creditors; correct?

**A. If you have more revenue in the forecast than is currently projected, you will have more money.**

Q. So it's possible to change the assumptions in your forecast to provide more money for creditors; correct?

**A. If -- if you change -- you have to look at it in aggregate. If you change a particular discrete assumption and assume everything else remains the same and if you assume in that particular scenario there's more revenue and**

MALHOTRA

**everything else is the same, yes, there will be more money.**

Q. And you're not claiming that it's impossible for the City to pay creditors more money than is reflected in your forecast; correct?

**A. You say "impossible." It's -- I mean, the City has -- if you change the assumptions on any of these items, the money could go up or the money could go down.**

Q. And so it's certainly possible -- well, we covered that already. And we've also covered that you're not doing any comparison between the scenario of the dismissal of the petition and the restructuring scenario; correct?

**A. Well, like your question was, have I been asked to do a dismissal scenario? Not directly. But the baseline scenario, if you look at some of the line items, they're going to be the same as in a dismissal scenario, likely, which is going to make the baseline scenario reflective on some of those line items what the City is likely to face.**

Q. And some of the line items would be different in the baseline scenario and dismissal;

MALHOTRA

correct?

**A. There could be. It would be -- if I look at each one of those line items, some of the assumptions, for instance, on pension, right, may or may not change. But, you know, for instance, some of the retiree healthcare projections, I mean, if you look at the baseline scenario -- and again, going by memory, even if you are to add the reinvestment expenditures in there, you're looking at somewhere close to a $5 billion deficit based on the assumptions that were in there in the baseline. And some of them will just get replicated for a dismissal scenario.**

Q. And there are some things you don't -- you don't know what's going to happen after dismissal, right, because you haven't investigated it; correct?

**A. I have not done a specific analysis on each of a dismissal scenario; but I can say that, you know, the payroll assumptions will not change that much. Payroll is what it is. The revenues are -- generally are what they are. The -- I'm trying to go by memory.**

**Retiree healthcare will continue to be,**

MALHOTRA

**you know, increasing. And there may be some changes in pension. DDOT subsidy will continue to go as is. So --**

Q. Well, you agree that there's a large disparity in the recovery between the bondholder creditors and the retiree creditors under the plan; correct?

MR. STEWART: Objection.

THE WITNESS: I don't know what you define by "large disparity."

BY MR. SMITH:

Q. Well, there's a large numerical disparity in terms of percentages that bondholders recover versus the retirees; correct?

MR. STEWART: Objection.

MR. ALBERTS: Objection.

THE WITNESS: A large disparity? I would say that based on the assumptions that are shown in the 40-year, based on those assumptions, the pension recoveries under those assumptions are higher. OPEB is the same as some of the other unsecured creditors.

BY MR. SMITH:

MALHOTRA

Q. But my client you know is getting a lot less than other creditors in the bankruptcy; correct?

**A. The COPs are getting the same treatment as OPEB and -- in terms of the numerical recovery under the assumptions we've used and the other unsecured creditors.**

Q. What's the percent recovery of OPEB versus its claims?

**A. I think it's roughly 10 percent.**

Q. And other unsecured creditors, who are you thinking about?

**A. Yeah. Those are the general other unsecured creditors, which is about 10 percent as well.**

Q. And the percent of recoveries, you can't represent that those would remain the same in a dismissal situation if you don't know what percent recovery would be; correct?

**A. Yeah. I would not know for each one of the classes what that would mean, because in a dismissal, I have not thought through how each class would get impacted. But what I can say, based on that baseline scenario, is the City's**

MALHOTRA

**access to funds, I mean, the City is likely to have huge deficits from that baseline scenario assumption.**

Q. You can't -- you can't --

MR. STEWART: He didn't finish his answer.

BY MR. SMITH:

Q. You can't --

MR. STEWART: Mr. Malhotra, did you finish your answer?

THE WITNESS: I was just about -- I wanted to just make clear that the City was showing huge deficits based on the assumptions in that baseline scenario, and some of which are going to be very similar to a dismissal scenario.

BY MR. SMITH:

Q. And some of them will be different; correct?

**A. Some of them, yes. Like pension comes to mind, may or may not be different. I would have to look at that.**

Q. And it's certainly possible some of the creditors may receive higher recoveries under the

MALHOTRA

dismissal scenario; correct?

MR. STEWART: Objection.

THE WITNESS: I don't know. I haven't done that math.

BY MR. SMITH:

Q. Nobody from the City has asked you to do that kind of analysis; correct?

**A. That is correct.**

Q. Has the City already implemented a software system for improved tax collections?

**A. I do not know.**

Q. You'd agree that it's possible for the City to reduce overtime if the petition is dismissed; correct?

**A. I'm sorry. Can you please repeat that.**

Q. The City can reduce overtime costs if the petition is dismissed; correct?

**A. How?**

Q. Not have as many overtime hours. I mean, it's within the City's discretion how many overtime hours that it has its workers work; correct?

**A. No. It depends on the level of service that has to be provided and the manpower you have,**

MALHOTRA

**so --**

Q. And the City decides the level of service; correct?

**A. Yes. It's the City and it's what the citizens require for some level of service. So I don't know if the City will be able to reduce overtime it the bankruptcy is dismissed.**

Q. The City certainly has the power to reduce overtime if the bankruptcy is dismissed; correct?

**A. It would depend on the level of service and the staffing. And my guess is within that comes in the collective bargaining agreements, so I'm not sure I can answer that, that the City can -- whether the City can or cannot reduce overtime.**

Q. So you haven't looked into whether the City can reduce overtime if the petition is dismissed; correct?

**A. Yeah. It's -- we have assumed that in a baseline scenario, for instance -- maybe if I can refer to that -- that the level of overtime is reflective of the current overtime run rate the City is experiencing. So if the case is**

MALHOTRA

**dismissed, I don't know what impact that actually has on that overtime.**

Q. Can you identify any Chapter 9 bankruptcy where a City claimed that it could reliably costs -- costs -- forecast costs and revenues over a period as long as 10 years?

**A. I have not looked at the other Chapter 9 plans. But this is the best information we can pull together, at least for Detroit.**

Q. So there's no City that you're aware of that is claiming that it could forecast costs and revenues for a period as long as 10 years reliably; correct?

**A. I do not know whether they do or do not. I haven't done -- I haven't looked -- I haven't undertaken an exercise to go out and look at what other cities would be doing in this context.**

Q. So you haven't looked to see whether, No. 1, other cities even try to forecast costs and revenues for a period as long as ten years; correct? That's not something you've investigated?

**A. I have not, no.**

Q. And you also haven't looked --

MALHOTRA

investigated what methods, if anything, a city that has been -- that might attempt to forecast costs or revenues over a period as long as 10 years has used to ascertain what reliable methods are out there that have been used?

**A. I'm sorry. That was way too long a question.**

Q. You haven't done any investigation to identify whether there are methods that have reliably been used to estimate costs and revenues for a City for a period as long as 10 years; correct?

**A. Cities' revenues are made up of taxes. And if you keep the tax policy essentially the same, the rest of it is pretty straightforward. Expenses, mostly the City's expenses are headcount and legacy liabilities-related.**

**So there isn't -- I mean, there's articles out there in financial journals on municipal accounting and municipal budgeting, so -- you know, which I read off and on. So I think through a methodology standpoint, there is no scientific methodology in this -- in Detroit that would be different for any other city.**

**MALHOTRA**

Q. Can you identify one article on municipal budgeting that you've read?

**A. Not off the top of my head, but there's governing publications that I get every week, and there's -- also articles, I think -- or there's articles that talk about long-term budgets potentially. But I haven't studied it in detail.**

Q. And there's no literature cited in any -- in your report that would support your methodology; correct?

**A. That's right, because as I mentioned, the methodology is pretty straightforward for a municipality when you look at the taxes -- when you look at revenue base and you look at the expense base. If you keep policy assumptions aside, it's a pretty straightforward analysis. Just like you would do with any other corporation, it's just financial forecasting.**

Q. Have you published any publications on forecasting?

**A. I have not.**

Q. Are there -- in your forecasts, have you included any sums attributable to new fees imposed by the City that it's not currently imposing?

MALHOTRA

**A. That would be a question for Conway MacKenzie, because I know there's some fees in the restructuring of the investment initiatives, operational revenue line items. So that would be a question for them, whether they have.**

Q. You agree that Detroit has the power to raise additional revenues by implementing new fees; correct?

**A. No. It depends on whether you can collect those fees and what the expenses are to collect those revenues and what you are levying fees on.**

Q. Okay. But there's the potential for additional revenue to be generated by implementing new fees; correct?

**A. As long as the new fees -- the expenses incurred to generate new fees don't exceed the fees. I mean, I don't -- if there's a specific fee that you're referring to, it would be easier for me to comprehend. But it's just -- if you increase any new fee, depends on whether you're going to collect it, the costs you're going to incur to collect it.**

Q. And you may have included additional

MALHOTRA

revenues from new fees in your forecast; you just don't know, sitting here today; correct?

**A. No, I did not say that. I said in the Conway MacKenzie revenue initiatives that were specifically highlighted, there are fees. I just don't know if they're new fees or not. But I think that would be a question to ask them.**

Q. Okay. So you don't know whether your forecast is assuming there will be new fees or not, sitting here today?

**A. I would have to go back and look at -- if I had the exhibits, I would be able to go back and look at the details and try and ascertain if they are new or not.**

Q. Okay. That would be details that were provided to you by Conway MacKenzie that you would have to look back to?

**A. Yes. Those are line items I would look at.**

Q. Do you agree that the City of Detroit has a long history of fiscal mismanagement?

**A. I would say that the City historically has run deficits. Fiscal mismanagement, you know, I don't want to comment on that. I would say the**

MALHOTRA

**City has historically run deficits.**

Q. Do you agree that the City has been in poor fiscal condition for decades?

**A. I wouldn't be able to comment on decades. I've looked at the last four or five years, that's what I can comment upon.**

Q. Has the City been in poor fiscal condition for the last four or five years you've examined?

**A. The City has been actually, yes, suffering deficits. And so that is what I can comment upon. The City's expenses have exceeded its revenues over the last four or five years.**

Q. Before the current petition for bankruptcy was filed, are you aware of anybody in the City of Detroit suggesting that it should file for bankruptcy within the last four or five years that you've examined?

**A. I'm sorry. Can you say it again.**

Q. If you've looked at a four- or five-year period during which Detroit had a poor fiscal condition, are you aware of anybody recommending that Detroit enter Chapter 9 bankruptcy before the current petition was filed?

MALHOTRA

**A. I do not know. And when you say "poor fiscal," I just want to be clear: Detroit was running deficits. Its expenses exceeded its revenues. In terms of -- and your second question was about filing for bankruptcy prior to -- can you please repeat me. Sorry.**

Q. If the four or five years that you've looked at when Detroit was running deficits, are you aware of anybody recommending Detroit enter Chapter 9 before the current petition was filed?

**A. I don't know if somebody had or had not recommended. But four or five years is a long time. I looked at the financial results of Detroit during those four or five years. I was not around in Detroit for the last four or five years.**

Q. But you were not aware of anybody recommending that?

**A. During what time frame?**

Q. The last four or five years.

**A. Before the bankruptcy? I don't know. It could have been. I mean, there was always discussions that you can -- what happens in Chapter 9 versus what doesn't? People were just**

MALHOTRA

**getting educated with the financial constraints that Detroit was feeling.**

Q. Are you aware that there are other cities of Michigan that are under the supervision of an emergency manager?

**A. Yes.**

Q. How many cities?

**A. I don't know.**

Q. It's approximately six or so. Is that --

**A. I don't know.**

Q. Don't know.

And there are other cities in Michigan that are facing fiscal distress; correct?

**A. What's your definition of "fiscal distress."**

Q. Well, significant enough that they've triggered an emergency manager under the statutory scheme; correct?

**A. If that's what your definition of "fiscal distress" is and there is an emergency manager, yeah, likely.**

Q. What's your definition of "fiscal distress"? I mean, do you have one or not?

MALHOTRA

**A. Not off the top of my head right now. But I just want to make sure I'm answering your question appropriately when you ask fiscal distress. I mean, your previous question was about an emergency manager, which there are cities that have emergency managers.**

Q. Are you aware of any other city in Michigan that's in Chapter 9 bankruptcy?

**A. No, I am not.**

Q. You mentioned that you had done some work for the Detroit Public Schools; correct?

**A. Yes.**

Q. And the -- did the Detroit Public Schools undergo a restructuring?

**A. Not a formal restructuring from a Chapter 9 perspective, no.**

Q. But did the Detroit Public Schools undergo a restructuring in the sense of cutting costs and improving revenues in order to improve their fiscal condition?

**A. There was some -- there was some restructuring that did go on at Detroit Public Schools, but the issues were sort of different.**

Q. Okay. Were you involved in that

MALHOTRA

restructuring?

**A. To a certain extent, yes.**

Q. What extent -- what was your role in the restructuring of the Detroit Public Schools?

**A. All of the -- we were assisting the schools in terms of looking at the cash-flow projections, looking at their assumptions in terms of what the student count would be and how the district would have to address its short-term and long-term obligations and what some of the options were.**

Q. And the Detroit Public Schools cut costs in order to improve their fiscal situation; correct?

**A. Yes.**

Q. And nobody from -- in the Detroit Public Schools suggested that they enter Chapter 9; correct?

**A. There were -- in any distress situation these days, you always have discussions on what a Chapter 9 could or could not mean.**

Q. Okay. But the Detroit Public Schools successfully restructured without entering Chapter 9; correct?

MALHOTRA

**A. I wouldn't say that.**

Q. Why wouldn't you say that?

**A. I don't know what your definition of "successfully restructuring" is.**

Q. Okay. Well --

**A. Detroit Public Schools hasn't filed Chapter 9 in the last three years, but I don't know what your definition of "successfully structuring" is.**

Q. Okay. The Detroit Public Schools improved its fiscal condition; correct?

**A. If you followed the budgets of Detroit Public Schools in the last couple of years, they have not improved that significantly.**

Q. The Detroit Public Schools has -- they -- are they in bad fiscal shape, or are they in good fiscal shape?

**A. I can't comment on that. You should look at their budgets to ascertain whether they are or are not.**

Q. I get to ask the questions, and then you can give me your comment on it.

**A. I don't want to comment on what the fiscal condition is of an ongoing client that is**

**MALHOTRA**

**not the City of Detroit.**

Q. Okay. Is the Detroit Public Schools, have they been operating in a deficit situation?

**A. For what year?**

Q. For the last -- for the years during which you've been working for them.

**A. Well, I was working for them three years ago.**

Q. Oh, okay. For the last three years, have the Detroit Public Schools been operating at a deficit?

**A. I would have to go back and look.**

Q. The Detroit Public Schools haven't entered Chapter 9; correct?

**A. Sorry?**

Q. The Detroit Public School System has not entered Chapter 9; correct?

**A. That is correct.**

Q. And does the Detroit Public Schools owe money to the general fund?

**A. To the City's general fund?**

Q. To the City's general fund.

**A. I think so. But I would have to go back and check. But I think there is a reconciliation**

**MALHOTRA**

**between what the City owes Detroit Public Schools for some tax payments and what the Detroit Public Schools owes the City for some utilities. So there's back-and-forth on some reconciliations.**

Q. And is that reflected in your forecast?

**A. I would have to go back and check in the public lighting department revenues, if there's any past-due reconciliation.**

**But it would -- at least ongoing future amounts would continue to get reflected in the revenues that would be forecasted.**

Q. Are all outstanding debts owed to the general fund reflected in your forecast or not?

**A. If all delinquent bills that Detroit may have or the general fund may have are -- you know, I do not know what those amounts are, how much of those amounts hold any merit. So I do not recall of any specific bad-debt collection, for instance, that is baked into the forecast.**

Q. Are all amounts owed to the general fund from other funds or public entities in the City of Detroit reflected in your forecast?

**A. To the best of our ability, the "due to, due froms," other funds would constantly get**

MALHOTRA

**updated, yes.**

Q. But delinquent debts are not reflected in your forecast; correct?

**A. I don't know what those delinquent debts are. So . . .**

Q. Why is it that you don't know what the delinquent debts owed to the general fund are?

**A. From whom?**

Q. From -- are from the people that you're not incorporating into your forecast. I guess -- the ones that, you know, are owed to the general fund, why can't you just ask the City what debts are owed to you? Give me a list of them so I can plug them into my forecast.

MR. STEWART: So what's the question?

BY MR. SMITH:

Q. I guess my question is, why is it that the City can't tell you what debts are owed to it?

MR. STEWART: Objection.

THE WITNESS: Let me start with looking at the components of the revenue. All right?

When you look at income taxes in terms of what the income tax collection process is, what the City's best estimate for its

MALHOTRA

estimated revenues are, and then the City's internal process to send reminders and notices for those people that have not filed income tax returns; after that, the City also goes through a process in which it provides amnesty programs. So that's income taxes.

When you look at the property taxes and you look at the residential component, the City sends out its property tax bill. Within that property tax bill, if the property owner has not paid the property taxes, that receivable doesn't just become delinquent, because that then gets transferred to Wayne County.

Wayne County actually advances the City pretty much what that delinquent receivable was. And after a process in which they can even foreclose on the property or not and if they have recovered enough taxes or not, they basically do a charge back to the City.

So in the first -- it's sort of -- it's a delinquent tax revolving fund. But my point is you have to look at every component. When you look at past-due parking fines and

MALHOTRA

fees, again, there's amnesty programs that are offered so that people are caught up.

So it's not as easy as going to a corporation and running an accounts receivable aging report and saying, you know, Let's go have -- collect these taxes. The City does try its -- at least its efforts to go out and improve collections.

But, I mean, I could -- we could walk through each one of the line items in more detail.

BY MR. SMITH:

Q. I get it. So it's not possible, given the information you have, to estimate how much the City is owed in delinquent debt obligations; is that fair?

**A. Yeah, I do not have that information; that's correct.**

Q. The Detroit Public Schools, are you aware that there was an emergency manager appointed to supervise them?

**A. Yes.**

Q. And are you aware that the Detroit Public Schools depend on property tax revenue for

MALHOTRA

their operations?

**A. As one of the revenue sources that Detroit Public School has, property taxes is one of them.**

Q. And grant revenue is another source of funding for the Detroit Public Schools?

**A. Yes, and State aid.**

Q. And why are you no longer working for the Detroit Public Schools?

**A. I have recently been reengaged by Detroit Public Schools.**

Q. When was that?

**A. Last month.**

Q. And who hired you?

**A. The emergency manager.**

Q. And have you looked at the Detroit Public Schools' most recent budget?

**A. Yes.**

Q. Okay. And are the Detroit Public Schools running a surplus?

**A. You would have to look at their CAFR for that. Their budget generally is always balanced.**

Q. And from reviewing their budget, you're aware that they've been cutting costs; correct?

MALHOTRA

**A. No.**

Q. You don't know -- I mean, do you know one way or the other whether the Detroit Public Schools have been cutting costs under the supervision of the emergency manager?

**A. I wouldn't be able to comment on that.**

Q. Do you know that there have been school closings in the City of Detroit Public Schools?

**A. Yes; and the student headcount has also dropped consistently in terms of reduced revenues.**

Q. And you agree that as population declines, there's some services for which you can reduce expenditures, because there's a reduced population; correct?

**A. It depends over what time frame and what level of service you want to provide.**

Q. Yeah. But you agree with me that there are some services that if population declines, then the need for those services declines and you can reduce the costs of the services; correct?

**A. No. And the reason for that is, you have to look at which services you're offering and how much of that is actually almost a fixed-cap cost and how much of a population reduction have**

**MALHOTRA**

**you suffered, if it's a small population decline or if it's large, or what time frame or what area you have to provide that service.**

**And so I just want to make it more defined in terms of what population decline and -- or what time frame. In general, if you are providing less services, the assumption would be that those should cost less. I'm comfortable saying that.**

Q. Okay. So if you have a large population of clients, such as you say that Detroit has suffered, you can afford to reduce some City services, correct, because there's less population?

MR. STEWART: Objection.

THE WITNESS: As the City has already -- the City has already done that.

BY MR. SMITH:

Q. Okay. And so there are some services that you may want to continue at the same levels even if there's a population decline; correct?

**A. I'm sure that that could -- I think so, yes.**

Q. And then there are some services that

MALHOTRA

you can reduce without adverse impact to the citizens as the population declines; correct?

MR. STEWART: Objection.

THE WITNESS: I don't know about that. It depends. It depends. You have to look at this almost on a department-by-department basis, is an easier way to look at it.

BY MR. SMITH:

Q. Yeah. I'm asking just some. There are some services like that.

**A. Why don't you just ask me that question again, please. I'm sorry.**

Q. There are some services that you can -- that are -- that are tied to the level of population that you can reduce as population declines; correct?

MR. STEWART: Objection.

THE WITNESS: As population declines and if you decide -- and if the City decides to reduce the level of services, it may or may not be. I mean, you have -- the reason I'm saying this, if you look at the public lighting department and you're still buying electricity on the grid, so you just have to

MALHOTRA

look at it on a piece-by-piece basis, which is just --

BY MR. SMITH:

Q. Yeah. I'm not saying all services.

MR. STEWART: Let him finish his answer.

THE WITNESS: There may be -- if the level of service from the City declines, there is a possibility that the level of cost that the City has to incur will be less, I'm comfortable saying that.

BY MR. SMITH:

Q. Yeah. And as population declines, there are some services that a City can reduce and reduce its costs; correct?

**A. It's possible.**

Q. Before the Chapter 9 plan, did the City ever look at ways to reduce its pension liabilities?

**A. Not directly in terms of what -- the City was deferring pension contributions; but I don't know if the overall magnitude of the liability as such was being reduced.**

**But I do recall that the City was continuing to defer pension contributions, but I**

MALHOTRA

**would have to go back and think if the liability reduction was a part of it or not.**

Q. Did the City lobby the State for additional funds since you've been working with them to help it improve its fiscal situation?

**A. I do not know. I mean --**

Q. Okay. You're not --

**A. If the City -- if the administration or council did, I do not specifically know.**

Q. Well, you agree that the State could improve the fiscal situation of the City by contributing additional funds to the City; correct?

**A. I do not know about that. If -- if the City -- if somebody provides the City more money, the City will have more money.**

Q. Okay. And its fiscal situation would be better than it otherwise would; correct?

**A. If -- if all these other assumptions are held constant, that's just a net add. If the City would have more money -- the reason I'm being clear about this, the fiscal situation of the City is not just a one-year situation. It's a long-term situation that deals with its legacy**

MALHOTRA

**liabilities. But if you're saying that -- that the assumption is the City has more money, that's better for the City. Yes.**

Q. Yeah. And increasing revenue sharing, if the State did that, that would be better for the City; correct?

**A. If the revenue-sharing amount were higher and everything else were held constant, you could -- that assumption would result in more money for a particular time frame. I don't know what time frame, because the State aid is no longer -- the portion of the State aid is no longer driven by the legislature in terms of having a specific appropriation every year.**

**So you have to look at these things over what time frame, whether it's short- or long-term.**

Q. Any additional money that the State provides the City will improve its fiscal situation; correct?

**A. Any additional money that the City gets, with everything else being constant, is better for the City, yes.**

Q. And any additional money the federal government provides the City will improve its

MALHOTRA

fiscal situation; correct?

**A. Any additional money over the assumptions in the current forecast with the current assumptions; because new -- I want to make clear: If there's new federal money or new state money and there's new expenses, that does not improve the financial profile.**

**So what I want to make clear is, if you hold everything else constant and you just add more money into the mix, yes, it makes the picture better. But I want to make sure that distinction is clear, that if there is new funding that's available but there are new expenses that need to be funded, then the position doesn't -- does not get better.**

Q. Are you aware that Detroit has had to return money to the federal government that it received in grants because it didn't utilize the funds in a timely manner?

**A. I do not know about that specific example. I would have to go back and look into that.**

Q. Okay. You don't know what the treatment is in your forecast in terms of if there are these

MALHOTRA

clawbacks of federal funds, how those were treated going forward in your forecast, whether they're assumed to continue at the same rate or not?

**A. I would have to go back and look at that. If the general fund is responsible in any way for any clawback, I would have to look into that.**

Q. Are there actions that you're aware of that we haven't discussed yet that the City has discussed potentially taking in the future that would increase revenues or decrease costs, potentially?

**A. Nothing that comes to the top of my head right now.**

Q. Are you generally included in discussions regarding actions the City might take to increase revenues or decrease costs?

**A. It depends on how substantive the item is.**

Q. So you're not always included in those discussions?

**A. I wouldn't be included in every single discussion that happens at the City about revenues and expenses.**

MALHOTRA

Q. What project are you undertaking for the Detroit Public Schools that you've just been retained for?

**A. That's confidential.**

Q. Does it have anything to do with this case?

**A. It does not have anything to do with this case.**

Q. And how was it that you came about that engagement? Did that have anything to do with this case?

**A. No.**

Q. In your view, was the creditor plan a viable plan, the one that was proposed before the bankruptcy?

MR. STEWART: Objection.

THE WITNESS: I think it was the best information the City had, so -- and -- about the amount of resources the City would have over the next 10 years.

BY MR. SMITH:

Q. And the City concluded that it could, in the creditor plan, implement its restructuring initiatives outside of Chapter 9; correct?

MALHOTRA

**A. If everybody had agreed and the City could have moved forward, in terms of having consensual agreements with its creditors.**

Q. Have you done any runs of your forecast where you changed assumptions or inputs to see how those affected the total revenues or expenditures in your forecast?

**A. I'm sorry. Can you repeat that.**

Q. Have you done any sensitivity analyses or alternative scenarios for your forecast to see how changing different inputs in the forecast impact the results?

**A. We run the various iterations of the model, which I'm sure all of you already have. So, I mean, those are all different iterations.**

Q. What are the biggest drivers of City revenues?

**A. It's the top five revenues, which is property taxes, income taxes, sales and charges for services, State aid, casino taxes.**

Q. What are the biggest drivers for the City's costs?

**A. Salaries -- well, I'm sorry. Under what scenario? Under post -- under the plan of**

MALHOTRA

**judgment scenario projections?**

Q. Why don't we start currently. What are the biggest drivers for the City's costs?

**A. Salaries, wages -- I'm sorry. Salaries and wages. Historically it's been retiree healthcare, pension, debt service, the Department of Transportation subsidy. Those are sort of the big ones that come to mind.**

Q. And under the restructuring scenario, the biggest drivers for the City's cost, do they change?

**A. Yes, they do.**

Q. Okay. What are the biggest drivers for the City's cost under the restructuring scenario?

**A. It would be salaries, wages, pension, the reinvestment expenditures. City does not -- the OPEB and unsecured debt obligations are reduced.**

Q. Are the unsecured -- I mean, are the OPEB, is that still a big cost driver under the restructuring scenario or not?

**A. It is not. It's -- it is -- it's been reduced significantly.**

Q. But the City adds a large cost driver

MALHOTRA

under the restructuring scenario in terms of the restructuring and reinvestment expenditures; correct?

**A. Yes. But also, again, I would like clarity. Are you talking about 10 years or 40 years?**

Q. Well, either 10 or 40 years. I guess the reinvestment moneys, are they all spent in the 10 years?

**A. They are. So for the 10 years, I would like to draw clarification, because the top five revenue items would be the property taxes, the sale taxes for services, the income taxes, but also the proceeds received from the grand bargain, which are significant over the first 10 years, and the moneys coming in from the assumption of the Detroit Water and Sewer Department. And the expenses are really not as high on pension because they're being funded by an alternate source in the first 10.**

**But, really, salaries and wages and sort of the core operating and reinvestment costs, and then, of course, some retiree healthcare and debt service. But the point is in the first 10 years,**

MALHOTRA

**the City's, you know, revenues and expenses are slightly different than when you look at it over a 40-year picture.**

Q. I mean, the pension costs aren't being significantly cut under the restructuring plan; correct?

**A. No, that's not correct.**

Q. Well, they're being funded from a different source; is that correct?

**A. Well, there's two separate questions. If you would just rephrase your question.**

Q. Well, I mean, forget about the State aid. I mean, just the pension costs are not being cut significantly under the restructuring scenario; correct?

MR. ALBERTS: Objection.

THE WITNESS: Well, I don't know what your definition of "significantly" is. So if you ask me a specific question, I can give you a perspective on the pension cost.

BY MR. SMITH:

Q. I'll use your definition of significantly. Are the pension cost --

MR. STEWART: You interrupted his answer

MALHOTRA

again. I'd ask you just to wait a second, Mr. Smith, and let him finish his answer before you ask your next question.

BY MR. SMITH:

Q. Did you have anything else to say?

**A. No. Could you just ask me your question again now, please.**

Q. In your -- under your definition of "significantly," are -- the pension costs are not being cut significantly under the restructuring; correct?

**A. I think the pension cuts are the value of the liability.**

**So for General Retirement System, just based on the value of the freeze, that's a $95 million cut in the liability. The value of the COLA that is being eliminated is roughly 467 million, of a cut. The value of the 4-1/2 percent reduction is an estimated $125 million. You add the ASF to that, that's another couple of hundred million dollars.**

**So all in, we're looking at somewhere between -- I haven't done the math -- 900 million to a billion.**

**MALHOTRA**

**Based on the assumptions that we have from Milliman, you look at PFRS, the value of their COLA is almost 350 to $400 million. The value of their freeze is roughly another $55 million. So you have roughly $400 million right there.**

**But that's, you know, some of the context of the cuts -- and I know there's probably additional details, but that's -- in my mind, conceptually, the cuts that have taken place in pension.**

**Whether you define it as significant or not, I don't know.**

Q. Do you agree that the level of services the City provides is a matter for the business judgment of the City leaders?

**A. The level of services is with the City leaders of the new transition board or in the context of even the amounts available for the City to spend. So I think you sort of -- it's a balancing act between the services as well as the amount of money available to expend.**

**But that's probably with the mayor and city council, the emergency manager, the board.**

**MALHOTRA**

**That's potentially where I would think it is with probably input from others. I don't know.**

Q. So your position is that the level of services within the City is a matter for the business judgment of the City leaders in power at the time; correct?

**A. In conjunction with, I would say it's the supervisory board and what level of funding is available. So, you know, it's not just saying one group can only decide all the levels of services regardless of what financial ability the City has or does not have from a resources standpoint.**

Q. Do you agree that any of the assumptions in your model can change over the 10-year and 40-year periods you forecast?

**A. Can any of the assumptions change? Yes.**

Q. Do you agree that the timing of the reinvestment expenditures could change from the assumptions in your model?

**A. Yes.**

MR. SMITH: I'm going to mark as Exhibit 1 a copy of this 10-year financial projection.

(Exhibit Malhotra-1 was marked for

MALHOTRA

identification.)

MR. ALBERTS: Would you please recite the Bates numbers.

MR. SMITH: It's POA00706519.

BY MR. SMITH:

Q. You got it?

**A. Yes, I do.**

Q. Okay. On the front of the projections that you prepared, there's a disclaimer by Ernst & Young; correct?

**A. That is correct.**

Q. And you state that "There will usually be differences between forecast and actual results because events and circumstances frequently do not occur as expected and those differences may be material."

Do you agree with that statement?

**A. I do not.**

Q. And "E&Y takes no responsibility for the achievement of forecasted results."

Do you agree with that statement?

**A. Yes.**

Q. And it says, "Accordingly reliance on this report is prohibited by any third party as

MALHOTRA

the projected financial information contained herein is subject to material change and may not reflect actual results."

Do you agree with that statement?

**A. Yes. I have in-house counsel on the phone. But yes.**

Q. And is this type of disclaimer and set of statements attached to any forecasts that Ernst & Young makes?

**A. We try our best to. Sometimes we miss, but that's -- we generally -- yes.**

Q. And this statement is based on a consensus view of experts at Ernst & Young regarding forecasts; correct?

MR. STEWART: Objection.

THE WITNESS: I do not know the exact basis of where the exact statement has come from.

BY MR. SMITH:

Q. Okay. You always put this statement on any forecast that you would create. Is that your general practice?

**A. Like I said, we try to, but it's -- at times we miss.**

**MALHOTRA**

Q. Okay. And it's the policy of Ernst & Young to always put this disclaimer on its forecast. Is that fair?

**A. Generally, yes. I mean, it's -- the -- yeah. Generally, yes.**

Q. And that's because forecasts don't give you information about what actual results will be; correct?

**A. That's why it's a forecast.**

Q. So that's correct; correct?

**A. A forecast is not an actual; that is correct.**

Q. And there are a number of things that can change that can make forecasts deviate materially from actual results; correct?

**A. Yeah. "Materially" is depends on sort of what assumption is changing. But as -- information in the future can change materially as well.**

Q. Okay. And there are a number of factors that could change that could cause the forecasts you've done for the City of Detroit to change materially from the actual results that are achieved; correct?

MALHOTRA

**A. Yes. If there are -- of course, changes that are unforeseen that we don't know about that can have an impact on the forecast, yes.**

Q. And that's why you've told third parties that they shouldn't rely on forecasted results you've prepared for the City of Detroit; correct?

**A. I think that the information is specifically highlighting what could happen with any forecast. And so I think for the parties to look at this, they have to realize what they're looking at.**

Q. Okay. And you caution third parties that they should not rely on your forecasts; correct?

**A. It says that from a forecast standpoint, it is subject to change. And so third parties have to sort of understand what they're looking at. That's what I would say. And beyond that, it's probably a legal question which I cannot answer.**

Q. Well, your forecast, you put right on the front of it that "Reliance on this report is prohibited by any third party"; correct?

**A. That's what it says.**

MALHOTRA

Q. And the reason that reliance on your forecast is prohibited is because you recognize that circumstances can change and the forecast may deviate materially from actual results; correct?

**A. That is what is written here, yes.**

Q. And you agree with what's written there; correct?

**A. I do.**

Q. Have you done any investigation to determine if there are any cost-cutting measures that could be undertaken that are not reflected in the forecast?

**A. From a cost-cutting standpoint -- from a further cost-cutting standpoint, most of the initiatives, I believe, are in here in terms of the outsourcing -- I'm just trying to think if there are any other initiatives from an opportunity standpoint. I would have to give that some more thought on a department-by-department basis.**

Q. You said that the Department of Transportation, the subsidy it gets from the general fund, is a significant cost driver; correct?

MALHOTRA

**A. It is. It's -- it has been a big cost driver for the general fund, historically.**

Q. And the City has been attempted to implement cost-cutting measures in the Department of Transportation; correct?

**A. That is correct.**

Q. And the City has also attempting to implement revenue-increasing measures in the Department of Transportation; correct?

**A. I believe so, yes.**

Q. And the City recognizes that further cost can be cut from the Department of Transportation; correct?

**A. I don't know about that.**

Q. Well, they're planning to implement some cost-cutting measures. You know that; correct?

**A. Well, as I said earlier, it has been a big driver of a subsidy. They have been driving new revenue initiatives. They have cut costs historically. And -- but that has come at the level of a larger decline in services.**

**And, in fact, some of the revenues for the Department of Transportation are going done versus up in the near future as is reflective in**

MALHOTRA

**the bridge between the plan of adjustment and the June 2nd financials.**

Q. The City recognizes the Department of Transportation is charging fees that are below market rates; correct?

**A. I wouldn't be able to comment on that whether they're below market or not.**

Q. Okay. You haven't done any investigation into that at all?

**A. I have not studied that particular piece in terms of the level of service compared to the fees; but I do know that, in the forecast, there are some increased fees that are forecast.**

Q. And you're -- and in the last year or two, the City has reduced the subsidy from the general fund to the Department of Transportation; correct?

**A. Yes, for a short while while the level of service was down and when the general fund paid on behalf of the Department of Transportation some self-insurance claims.**

**So although ideally, from an accounting standpoint, the City should have reflected those self-insurance claims still being paid by the**

MALHOTRA

**Department of Transportation and then the general fund subsidy being higher, I think the way at least the accounting was shown is that the general fund was paying the self-insurance claims directly. So it artificially lowered the subsidy when that's not the case in reality.**

**That being said, the subsidy was lower than historical levels because of reduced service.**

Q. Okay. But if you take all the payments that the general fund made to the Department of Transportation, have they been reduced?

**A. Compared to what time frame?**

Q. Compared to the past. I mean, I'm trying to figure out -- you were just talking about two separate payments, the subsidy and the insurance charge. And I'm just wondering if you take the payments together, were the general fund payments to the Department of Transportation, have they -- were they lower or not?

MR. STEWART: Objection. Just read the question, please.

(Thereupon, the requested portion was read back by the reporter as above recorded.)

MALHOTRA

THE WITNESS: I believe the Department of Transportation has had a lower subsidy in the last year or two compared to that same time frame before that. I can look through this and get a more precise answer.

BY MR. SMITH:

Q. The -- your forecast, though, assumes that the subsidy to the Department of Transportation will increase; correct?

**A. Because of the lower revenue based on how the new revenue sharing agreement is set up for the Department of Transportation.**

Q. What's the new revenue sharing agreement?

**A. So our -- the State has a new way of dispersing transportation-related grants to all of the various transportation departments throughout the state; and that, in fact, caused a reduction in the Department of Transportation's annual revenue by almost 6 to 6-1/2 million dollars annually. And that was a significant impact to the forecast. In addition, we have some additional subsidiaries required for the People Mover.**

**MALHOTRA**

**But to offset some of those increased costs, the City has incorporated some opportunities in order to not fully have to bear the cost of that decreased revenue from the State and some increased funding for the People Mover.**

Q. Okay. So the State -- during the pendency of the bankruptcy, the State has reduced funding to the Department of Transportation; is that correct?

**A. There is -- it's not just for the Detroit Department of Transportation. There is, based on this new legislation -- which is, I think State Operating Act 51 -- an assumption of a 6-plus-million-dollar decline annually for the Department of Transportation.**

**We have only incorporated that impact for the first ten years and have assumed that the Department of Transportation has to find other ways to mitigate that impact beyond the first ten years.**

Q. Okay. If I follow you, the State cut funding for the Department of Transportation and other departments around the state, and that required the general fund to make greater

MALHOTRA

expenditures than it otherwise would have. Is that fair?

**A. Yes. We have a change based on the updated information we have, yes.**

Q. Okay. Is there any portion of the increased subsidy to the Department of Transportation that's not due to this legislation from the State?

**A. I believe it is a small portion that's related to an increased subsidy to the People Mover. But I would say the biggest change is the one change driven by the State.**

Q. And I'm going to hand you a copy of Exhibit 2, which is a copy of the disclosure statement.

(Exhibit Malhotra-2 was marked for identification.)

BY MR. SMITH:

Q. If you could turn to Page 82, please.

MR. STEWART: This is absolute 82, not 82 of '197; right?

MR. SMITH: Yeah.

BY MR. SMITH:

Q. At the bottom there's a section called

MALHOTRA

"Failure to Achieve Projected Financial Performance."

Do you see that?

**A. Yes.**

Q. Okay. And the disclosure statement says, "The projections are dependent upon the successful implementation of the City's budget and the reliability of other estimates and assumptions accompanying the projections."

Do you agree with that statement as it relates to your projections you've done for the City of Detroit?

**A. Yes.**

Q. And when you say implementation of the City's -- well, you didn't put this together, but -- why don't I ask you this: Have you used information from the City's budget in your forecast?

**A. Yes.**

Q. Okay. And then if you turn to Page 83 at the top, it says, "These estimates and assumptions may not be realized and are inherently subject to significant economic uncertainties and contingencies, many of which are beyond the City's

MALHOTRA

control."

Do you agree with that statement as it pertains to your projections you've done?

**A. Yes.**

Q. And then if you look at the next section, Section K, the second sentence: "Unforeseen events and circumstances may occur affecting the City's future financial performance, resulting in those assumptions proving inaccurate and the City being unable to fulfill its obligations under the plan. No guarantee can be made as to the City's future financial performance due to a variety of unforeseeable circumstances that may affect such a performance."

Do you agree with that statement -- those statements as they relate to your projections?

**A. Yes, I do.**

Q. In your analysis, in your projections that you do, is there any time-series analysis that you do or not?

**A. For which particular line items?**

Q. For any of them.

**A. Not generally.**

**MALHOTRA**

Q. You agree that there's no scientific literature or data quantifying any increase in municipal revenue as a result of a restructuring or reinvestment effort like Detroit's; correct?

MR. STEWART: Objection.

THE WITNESS: I do not know if there is or is not.

BY MR. SMITH:

Q. You're not aware of anything you can cite, sitting here today; correct?

**A. I can't cite -- make a specific citation on that, no.**

Q. You agree that there's no scientific literature data demonstrating an increase in population associated with a reconstruction or reinvestment proposal such as that Detroit is making here?

**A. I don't know what you mean by "scientific." It's the -- it's the assumption of a safer and cleaner city, being able to hold on to its population or increase it over the long-term compared to where we are today.**

Q. But there's no study of any kind or data showing that a reconstruction or reinvestment

MALHOTRA

proposal like Detroit's results in increased population; correct?

**A. Well, what particular part of the proposal are you referring to of Detroit's proposal?**

Q. Any of it. I mean, there's no study showing that any part of the restructuring and reinvestment proposal Detroit is making is associated with an increase in population; correct?

**A. I do not know about the -- direct linkage that you're talking about but -- of a scientific study. I don't know what a scientific study is out there that would address this particular issue.**

Q. Okay. You're not aware of any such study you can cite sitting here today; correct?

**A. I'm not aware of a scientific study of such sort that I can cite.**

MR. STEWART: It's about 1:30. Whenever you want to break for lunch.

MR. SMITH: Yeah, we can break.

MR. STEWART: If you just finish whatever your line of questions is.

MALHOTRA

MR. SMITH: No, we can take lunch now.

THE VIDEOGRAPHER: Going off the record at 1:29. This is the end of Tape No. 3.

(Luncheon recess from 1:29 p.m. to 2:03 p.m.)

THE VIDEOGRAPHER: We are back on the record at 2:03. This is the beginning of Tape No. 4.

BY MR. SMITH:

Q. Do you agree that Detroit's Chapter 9 plan will put them in a better fiscal position than many other comparable cities?

**A. I don't know about comparable cities. I think Detroit will be in a better position than it was before it entered into Chapter 9.**

Q. Will Detroit be in a better position among other cities once it emerges from Chapter 9 under the plan?

**A. Which other cities are you referring to? Any specific ones?**

Q. Well, cities of comparable size.

**A. I haven't done that analysis.**

Q. There are several enterprise funds that are associated with the City. You're aware of

MALHOTRA

that; correct?

**A. That is correct.**

Q. And the general fund makes payments to those enterprise funds; is that correct?

**A. No. I --**

Q. Well, we were talking about the Department of Transportation subsidy.

**A. Yes, the Department of Transportation, yes.**

Q. Are there any other enterprise funds that the general fund subsidizes?

**A. I think the airport, but that's about it that the general fund subsidizes.**

Q. Are there any enterprise funds that pay the general fund money on balance?

**A. Yes, for central service fees, Detroit Water and Sewer Department, I believe the street fund. But I would think -- the parking department for other admin-type services, the general fund would provide to these other enterprise funds.**

Q. Does your forecast assume that payments to the general fund from enterprise funds will increase or decrease?

**A. They are kept consistent with where the**

MALHOTRA

**rates are; and if there are any increased reimbursements, it would be -- it's generally a pass-through. So if the costs go up, the reimbursements will go up.**

Q. You haven't done any investigation to determine what measures the enterprise funds can take to either increase payments to the general fund or decrease payments out of the general fund?

**A. Because enterprise funds are supposed to be net neutral. So we've already talked about the Department of Transportation, but we can talk about that again more specifically. Because that is the department that has a subsidy that's compared to the other enterprise funds.**

Q. But you haven't done any analysis to ascertain whether the Department of Transportation can cut costs more or increase revenues so that the subsidy from the general fund can be decreased; correct?

**A. No, that's not correct. We've looked at the -- spent time with the Department of Transportation to understand what cost components there are, what revenue estimates they have. That's one of the ways that we understood about**

MALHOTRA

**the new changes with the state revenue being declined. So it's -- we have done an analysis.**

Q. And you understand that there's been a study the City had done that shows that the fees charged by the Department of Transportation can be increased?

**A. I don't recall the study specifically, but I heard about this. And I believe there are increased fees in their operating initiatives and their restructuring and reinvestment initiatives.**

Q. You know that the City transferred 16,000 properties to the Detroit Land Bank recently; correct?

**A. I am not close enough. I do not know specifically.**

Q. Okay. I mean, there's nothing in your forecast that takes into account any potential reimbursement from the Detroit Land Bank for properties that the City may give it, is there?

**A. Not that I am aware of.**

Q. As far as you're aware, the City didn't get anything in return for the 16,000 properties it transferred to the land bank; correct?

**A. I'm not sure about the 16,000 properties**

MALHOTRA

**being transferred to the land bank, so I cannot speculate on what reimbursement the City did or did not get.**

Q. Do you have any understanding exactly of what financial relationship there is between the general fund and the land bank?

**A. No, I have not -- that -- I'm not close enough to that.**

Q. You know that the City of Detroit collects only about half of the property taxes that are owed; correct?

**A. No, that's not correct.**

Q. What percent is your understanding in value that the -- of property taxes the City collects?

**A. I have to look at the capital. But it's a higher percentage when you take into consideration the delinquent taxes that the City receives from Wayne County at the end of every fiscal year. There's a settling-up concept that goes, but I believe the amount is higher than the 50 percent that you just stated.**

Q. Do you know what percent of the income tax is collected?

MALHOTRA

**A. I would have to go back and look. But on the commercial and industrial, on the corporate side it would be a high number. But I do not know specifically of the exact percentage collection.**

Q. You don't know what the percent collection is for the individual income tax; correct?

**A. Well, even the individual income tax has different components between residents working in the city, residents working out of the city and nonresidents. And I do not know off the top of my head what the collection rate is for each one of those components.**

Q. Do you know how many companies actually pay the corporate tax?

**A. I do not. It's -- I do not.**

Q. Do you know if there are -- do you have any information about exceptions or reductions in taxes available to corporations or other entities within the City?

**A. There is the -- the renaissance zone, but that's probably more in relation to property taxes. In terms of corporate income taxes, I'm not aware of any specific incentives that would be**

**MALHOTRA**

**provided by the City.**

Q. What is the treatment of property taxes within the renaissance zone?

**A. I believe that it is more in the context of properties that are in the renaissance zone will have a slightly different taxable value that is associated with it versus the properties that are not in the renaissance zone. And that, however, the properties in the renaissance zone make up a small component of the overall total properties and the total property taxes, but I would have to look through the details to kind of explain the exact structure.**

Q. The property tax in the renaissance zone, is it lower?

**A. Well, I don't know if it's the rate or the assessed values. I would have to go back and check how the mix is built up.**

Q. Do you agree that under your forecast, over the course of the next 10 years, the City will bring in billions of dollars of revenue?

**A. Over the next ten years, the City's projections are about $11 billion in revenue.**

Q. Over the course of the next ten years,

MALHOTRA

the City will also have billions of dollars in expenditures; correct?

**A. That would be consistent with what the forecasts are, yes.**

Q. Do you have any understanding about what the amount in terms of dollars is of the reduction in the COPs claim under the plan?

MR. STEWART: Objection -- pardon me. Objection.

THE WITNESS: Well, as a part of the plan, the COPs claim is -- the claim is roughly a billion four forty, and the estimated recovery based on the assumptions in the plan are roughly 10 percent.

BY MR. SMITH:

Q. What are the most -- what are the key assumptions of your forecast being modeled?

**A. They are -- they're -- we can walk through each one of the line items in the key assumptions there.**

Q. Well, how about I ask you this: Are the key assumptions of your forecasting model reflected in your expert report?

And I'll hand you a copy of it in a

MALHOTRA

second, which I will mark as Exhibit 3.

(Exhibit Malhotra-3 was marked for identification.)

THE WITNESS: Could you please repeat the question.

BY MR. SMITH:

Q. I could just ask the question again.

Are the key assumptions in your model reflected in your expert report, or are there some key assumptions that are not in the report?

**A. If I may, I would say the majority of the assumptions are in the expert report or have been mentioned in the assumptions of the model that are exhibits or -- to the expert report. So . . .**

Q. Does your expert report contain a complete and accurate account of your expert opinions in this case?

**A. Yes.**

Q. Do you anticipate doing any further work before the confirmation hearing?

**A. Further work on what?**

Q. On the forecasts or developing any other opinions?

MALHOTRA

**A. If we reach more settlements, we will update the forecast as those settlements come along.**

Q. What settlements are in process that you're talking about?

MR. STEWART: Before you answer, Mr. Malhotra, I just simply caution you to remember that you're not permitted by the judge's order to disclose anything that's been going on in mediations. Subject to that, please answer the question.

THE WITNESS: All right. Thank you.

We're working on the Detroit Police Officers Association and with the Detroit Fire Fighters Association to hopefully wrap up those negotiations.

BY MR. SMITH:

Q. And what are specifically the issues that you're trying to wrap up there?

**A. That's --**

MR. STEWART: Once again, please answer with that same admonition about mediation.

THE WITNESS: That's subject to mediation.

MALHOTRA

BY MR. SMITH:

Q. Okay. Is there anything that's not subject to mediation that you could talk about relating to settlements in the works or not? Or is it all part of mediations?

**A. It's generally the discussions are part of mediations.**

Q. Okay. In your expert report you mention -- on Page 1 you say you've forecasted revenues and expenses for the City's general fund; correct?

**A. That is correct.**

Q. You haven't attempted to forecast revenues and expenses for the entire city; correct?

**A. That is correct.**

Q. And if you look at -- why did you perform a 40-year forecast?

**A. It was to get a longer-term view of the liabilities that the City was signing up for in terms of the various settlements to ascertain and understand the City's ability to meet the obligations that it was signing up to.**

Q. On Page 2 of your report in the middle,

MALHOTRA

you say that your projected revenues and expenditures are reasonable forecasts.

Do you see that?

**A. Yes.**

Q. You'd acknowledge that other independent experts could come up with reasonable forecasts that differ from your forecast; correct?

**A. I don't know what other experts would come up with. It's up to them.**

Q. I know. But my only question is, there could be reasonable forecasts of the general fund's revenues and expenditures that are different from the forecasts you put together; correct?

**A. I don't know about that. I feel that these are reasonable forecasts, and I can't talk to what other forecasts would be reasonable or not reasonable that are not generally the forecasts that I have in front of me.**

Q. You're not taking the position that your forecasts are the only reasonable forecasts of general fund revenues and expenditures that could be made; correct?

**A. I am taking the position that based on**

**MALHOTRA**

**the assumptions we have in here, these are the forecasts that I -- I seem or deem are reasonable. So I can't talk to what other forecasts may or may not be reasonable unless I understand assumptions and so on and so forth.**

Q. My only question is, is your forecast the only reasonable forecast that's possible of the general fund revenues and expenditures?

**A. I don't know. I can talk to these forecasts being reasonable. I don't know whether other forecasts are reasonable or not.**

Q. Over on Page 4 of your report, you identify some of the experts that you're relying on; correct? Such as Mr. Cline and Ms. Sallee.

**A. That's correct.**

Q. Page 7 of your report at the bottom of the page, you talk about the assumptions, some of the assumptions that you made. Do you see that? There's a section called "Assumptions."

**A. That's correct.**

Q. And it would be fair to say that your forecasts are based on a series of assumptions; correct?

**A. Yes.**

MALHOTRA

Q. And among the assumptions you rely on are the analyses provided to you by Mr. Cline and Ms. Sallee regarding the City's tax revenues; correct?

**A. That is correct, after I've had discussions with them and conversations and looked at what they've done and their sources they've used, yes.**

Q. And then you mention that you have -- over on Page 8, you based your forecasts and sales and charges for services on assumptions regarding historical trends; correct?

MR. STEWART: Where on the page are you?

MR. SMITH: 8, Paragraph B. We're still in the assumptions section.

MR. STEWART: Got it. Yeah. Thank you.

THE WITNESS: Yeah. It says it's based on historical trends. It's just extrapolations based on historical trends.

BY MR. SMITH:

Q. So your forecasts are also based on a series of extrapolations from historical trends; correct?

**A. That is correct. After they're adjusted**

MALHOTRA

**for things that we know that have happened or changed, that is correct.**

Q. And you adjusted your extrapolations based on information that you received from the City; correct?

**A. That is -- that is correct, based on known information that we had from the City or any other source; yes.**

Q. And so you would have discussion with the department managers at the City, and then you would change the numbers in your extrapolations to reflect what the people at the City departments were telling you; is that fair?

**A. It's a little more complicated, because what you do is you look at the last three to four years of every line item in the departments, and you basically ascertain what is normalized versus if there's anomalies in the actual historical results. And then you used a normalized extrapolation. Then you also have discussions with the City and the other professionals involved about changes that are impacting that normalized trend that's been extrapolated.**

Q. So when you say that you relied on

MALHOTRA

historical trends in your report, you typically looked at three or four years of historical data; is that correct?

**A. Yes, that is correct.**

Q. And then did you use a mathematical formula to identify the trend? Or how did you identify a trend that you would extrapolate?

**A. It was based on discussions, looking through the financial -- detailed financial records that the City had to ascertain if there were one-time items or not.**

Q. You didn't use mathematical techniques to identify trends in the historical data; correct?

**A. One-time blips -- there's not a formula that you can run to identify a one-time, which is a part of sort of what I was explaining earlier this morning about what all financial advisers will do, is to not run stretchy formulas to identify whether something is an anomaly or not or theoretical formulas. It's sort of understand what the trends are based on discussions and, you know, the financial records we have available.**

Q. You could use -- you could use

MALHOTRA

regression analysis or some other analysis to identify trends in historical data; correct?

**A. Those are -- regression analyses would be used for much larger data sets. When you are looking at an individual, we actually did a far more detailed analysis than just using a broad regression by looking at detailed line items by department to try and analyze what of these expenses could be deemed one time versus normal trends.**

Q. So when you say you looked at historical trends, there wasn't any mathematical analysis involved. You just have people look at the historical data and then identify a number that you assumed for your calculations?

**A. No.**

Q. What did you do with the historical data to identify -- I'm trying to figure out what you mean by "historical" -- how did you derive the historical trends that are discussed in your report?

**A. I'd be happy to give you an example. We go through a particular department. You look at what the average headcount was. So use an**

MALHOTRA

**average. You look at what the average salaries were. You look at during those years, if there is an anomaly, there is a significant increase or decrease, you want to talk to management at the City to figure out why there was an increase or a decrease compared to an historical average trend, again, an average.**

**Based on that, then you basically have discussions about if you were to use the average and then have discussions about what are some of the initiatives or changes that are taking place within the department that will actually impact that line item.**

**So it's a much more detailed exercise.**

Q. So if I understand, when you're -- in order to come up with the historical trends, you would typically look at three or four years of data; correct?

**A. We use -- yes, about four years of data, that is correct.**

Q. And then you would calculate an average based on that simple arithmetic average based on that data?

**A. We would use a simple mathematic average**

MALHOTRA

**as well as pay probably more attention to the last one or two years, which was most relevant versus just looking at only a simple average of four or five years.**

Q. Would you use some sort of weighted average in calculating the trends or not?

**A. The -- it would be not a weighted average. It would be, in terms of historical trends, more depictive of the run rate of the last year versus a weighted average. But you would look at these three or four different data points at the same time to ascertain what the implications were from the forecast data.**

Q. And you may go with the average value or some other value based on conversations with people at the City?

**A. That is correct.**

Q. Okay. So the conversations with people at the City dictated the ultimate value that you would use in your analyses when you're identifying these historical trends; is that fair?

**A. I don't know about dictated versus not. But in terms of using the financial advisory experience, we have about -- coming up with what**

MALHOTRA

**some of the historical trends would show, having discussions with the City and the other professionals at the City to try and ascertain what the normalized level was. But at the end of the day, that was the process we went through.**

Q. Do you know -- can you identify for me, in 8C you talk about forecasting operating revenues, including parking, court fines; grant revenue; license permits and inspection charges; and revenue from the use of assets based upon recent trends as adjusted to account for recent or expected events.

Are you able to tell me what adjustments were made to those numbers?

**A. Yes. We made sure that the revenue was, from the grant standpoint was adjusted for the expiration of the public safety grants, which was the fire and SAFER grants in the years -- if I go back here, I'll be able to tell -- fiscal year '16 and '17, as well as the expiration of some small cops grants.**

**When I meant cops, I mean the police officers grants. In the years '15 and '16, which were small, there was also the transition of the**

MALHOTRA

**health and wellness department in which it has been transitioned out of the city, which is why the grant-related revenues and the grant-related expenses fall simultaneously to reflect that.**

Q. On Page 9 you mention, at the bottom, 175 million for the exit financing.

Do you see that?

**A. Yes, I do.**

Q. Was that a number that Mr. Buckfire gave you?

**A. I think it was from Miller Buckfire that we got the size of the exit facility, which was 120 plus 180 million, less fees.**

Q. At Page 10 you mention a 10 percent wage reduction. Where did that number come from?

**A. So that reflects that in fiscal year '14, the salaries already incorporate a 10 percent wage reduction that was imposed on all of the police or public safety and the ongoing 10 percent imposition of wage reductions on nonpublic safety. So fiscal year '14 reflected that starting point.**

Q. And then you assume that there will be a reversal of headcount reductions beginning in fiscal year 2015; is that correct?

MALHOTRA

**A. That is correct. It is to replace some of the attrition that has been ongoing over the last six to eight months, that there was a gradual increase in headcount to replace the attrition.**

Q. As the result of the reversal in headcount reductions, there will be increased costs to the City; correct?

**A. Yes. There will be increased costs. Hopefully there will be increased revenues. But, yes, the increased headcount for the City will result in increased payroll costs compared to that same time frame earlier.**

Q. Do you know how much increased payroll costs, in ballpark, from the reversal in headcount?

**A. I do not because I have to look at the grant-funded positions. But I would have to look at that detail, which I can probably get to.**

Q. You assume some wage-inflation rates for different periods of time on Page 10. Where did those numbers come from?

**A. That was a part of the settlement.**

Q. Okay. Page 10, Paragraph C, you assume bonus payments of 2.5 percent for non-uniformed

MALHOTRA

and 3.0 percent of salary for uniformed employees. Where did those numbers come from?

**A. It's part of a settlement.**

Q. Okay. You talk about health and benefit expenditures in Paragraphs D and Page 10.

Do you see that?

**A. I'm sorry?**

Q. The bottom paragraph on Page 10.

**A. Yes.**

Q. You talk about health benefit expenditures. Do you see where I'm at?

**A. Yes.**

Q. And you got that information from Milliman?

**A. The per-head costs of the plan, yes, we got from Milliman.**

Q. Do you know how they came up with those numbers?

**A. They looked at the actual census data. They looked at the usage of what the plan was of the -- by individual participants, I believe. But I do not want to speculate on what they did. But they were given information to ascertain what the plan design of the City would cost.**

**MALHOTRA**

Q. I mean, was Milliman asked to do a special analysis specifically for purposes of, you know, your expert opinions?

**A. Not for my expert opinions but they were asked to do a specific analysis on the per-head cost of the medical plan the City was planning to offer.**

Q. And is there written documentation regarding that?

**A. Yes, there is.**

Q. And why were they asked to do that analysis?

**A. So that the City could use more accurate assumptions in terms of what the healthcare costs would be for its employees in the foreseeable future.**

Q. And then you state that medical inflation is capped at 4 percent after fiscal year 2009 -- '19. Where does that come from?

**A. That is based on an assumption, which is a risk in the plan; but that the medical inflation is capped at 4 percent after fiscal year '19.**

Q. I mean, who gave you that assumption? Was that something you were given, or you came up

MALHOTRA

with it yourself?

**A. I think it was based on a discussion with Evan Miller of Jones Day, that we had that discussion on what assumptions to use for the cost-effective medical beyond the first five years and at what point they should be capped.**

Q. Okay. And, I mean, what is the justification for capping the medical inflation rate, et al.?

**A. The justification is that the City has to figure out a way between the employees and the City, how -- that those costs don't just keep rising at a very significant level going forward.**

Q. Okay. But right now, there's no mechanism in place to cap medical inflation at any value, including 4 percent; correct?

**A. There is not in the first five years a cap that has been put into place from what I can recall.**

Q. But after 2019, there's no mechanism in place to cap medical inflation or cap medical inflation at 4 percent, is there?

**A. A mechanism -- I mean, those are -- it's very clear that those are the assumptions in the**

MALHOTRA

plan. And between the City and the unions and the
supervisory board, that mechanism will have to be
put into place. There isn't, to my understanding,
a mechanism in place today other than it's built
into the assumptions in the plan of adjustment.

Q. Okay. But right now nobody has provided
any mechanism to actually achieve a 4 percent cap
on medical inflation; correct?

A. I thought I just answered your question,
which is, get that -- the mechanism is the
assumption that is baked into the plan of
adjustment. And if going forward the City and the
advisory board and the unions are all coming
together, it's very clear what the assumption is
in the plan of adjustment.

Q. But then nobody has agreed to -- there's
no binding agreement, is there, to cap medical
inflation at 4 percent right now?

A. There is -- there is no binding
agreement that I know of other than it's very
clear that is the assumption in the plan of
adjustment.

Q. I mean, does the plan assume a 4 percent
rate, or is the rate not specified in the plan?

MALHOTRA

A. In the plan documents in the disclosure
statement, I would have to go back and look. But
in the financial projections, it's clearly
articulated that a 4 percent cap has been used.

Q. I mean, it's possible that there won't
be a 4 percent cap on medical inflation; correct?

A. I mean, there's a lot of things in the
plan that are possible. It's an assumption.

Q. Page 11 you've got this assumption of a
1 percent annual class of inflation for
professional and contractual services. Do you
know where that came from?

A. Yeah. We looked at the -- we looked at
a couple of sources in terms of what the
historical inflation was over the last 20 years.
And I think we got that information from the BEA,
which is the Bureau of Economic Analysis, and
looked at -- the historical inflation rate was
just shy of 2 percent.

But when we looked at certain other
elements of the cost that we had already
incorporated, like a 2 percent salary increase or
a 4-to-6 percent medical inflation increase, the
rest of the expenses we only used a 1 percent

MALHOTRA

inflationary index, which was lower than the
overall just so that the averages would be close.

Q. Do you know what period of data you
looked at?

A. From the Bureau of Economic Analysis, I
think the average was less than 2 percent for the
last 20 years.

Q. You talk about a decrease after
transition to the health and wellness department.
What is that talking about?

A. That is basically -- the health and
wellness department is a grant-funded department,
and it was transitioned out of the City. So the
grant-associated revenues that were associated
with the health and wellness department and the
grant-associated expenses or the payroll-related
expense of the health and wellness department were
transitioned out. So it was more or less a net
offset.

Q. On Page 12, Paragraph 3, you're assuming
a 1 percent annual cost of inflation for
utilities. What's that based on?

A. It's the same assumption as earlier. We
looked at the -- I can repeat it.

MALHOTRA

Q. That's okay. It's the Bureau -- what
was it? The Bureau of Economic --

A. The Bureau of the Economic -- the US
Bureau of Economic Analysis and adjusting for the
items that we had already, discretely, had an
inflationary component attached to it.

Q. And then you assume the 1 percent annual
cost of inflation for purchase services, that's
for the same source?

A. That is correct.

Q. And then you've got an increase
adjustment for increased prisoner pre-arraignment,
function costs, and payroll processing management.
Where did that come from?

A. The increased prisoner pre-arraignment
function costs would have come from the police
department. And the additional payroll processing
cost was based on the estimate provided in
transitioning the HR payroll system from its
existing structure today to a new system.

Q. Page 13, Paragraph 9, you talk about the
DDOT subsidy being projected to increase. How did
you determine the increase, the size of the
increase?

MALHOTRA

**A. So the subsidy increase is predominantly driven, as stated here, in terms of the revised methodology in the State-calculated and State-operating assistance. And we continued to use a 1 percent inflation for -- most of the expenses, other than for salaries and wages, we used a -- the same assumptions as we had used for all of the non-uniformed professionals, as well as the expenses related to healthcare were also based on the same assumptions as the non-uniformed professionals.**

Q. 14, Page 14, Paragraph L, talks about the exit financing. Are all those assumptions that you used, such as the data, the note, and the term and the interest rate, are those -- they were all information provided by Miller Buckfire; correct?

**A. That is correct. I had discussions with them about it in terms of the structure, but most of those assumptions are provided by Miller Buckfire.**

Q. Page 15, Paragraph 0, you talk about blight reduction. And you note that blight-removal expenditures exclude heavy

MALHOTRA

commercial blight.

Do you see that?

**A. That is correct.**

Q. The City's blight-reduction plan will -- it won't reduce commercial blight at all in the city; correct?

**A. The current estimate that is provided in the plan, my understanding is, does not include commercial blight removal in the forecast.**

Q. And Page 15, Paragraph Q, you talk -- the contingency reserve was set at 1 percent. How did you determine that number?

**A. So I looked at the revenues over the next 10 years, and I looked at the top five revenues. And they were essentially growing by an approximate rate of 1 percent a year over the forecast period of 10 years. And used that as a level of contingency to be put into the plan.**

**Although revenues are increasing at a faster rate beyond 10 years, we only left a 1 percent contingency to be in the plan.**

Q. Page 19, Paragraph B, at the top, you assume a 2 percent annual wage growth and then 2.25 percent after that. Where does the 2 percent

MALHOTRA

annual wage growth assumption come from?

**A. So that comes from the long-term CBO, which is the congressional budget office outlook that's pulled together, which basically forecast long-term inflation to be 2.2 percent. And so we used the 2 percent for the second -- for the first and second decade and then 2.25 for the third and fourth decade.**

Q. The 2.0, how many years of data is the CBO --

**A. It goes out --**

Q. -- number based on?

**A. It goes out until 2053.**

Q. And what would -- if you used a wage growth of 1 percent, the cost to the City from wages would be significantly reduced; correct?

**A. If you change only that assumption from 2 percent to 1 percent, that would -- yes, the cost would come down.**

Q. Do you have an idea of the dollar amount that the cost would come down if you changed the wage growth to 1 percent?

**A. I don't have that handy, no.**

Q. And would it be hundreds of millions of

MALHOTRA

dollars?

**A. Starting when? In what time frame?**

Q. Well, throughout the entire time frame.

**A. I don't want to speculate. I would rather just do the math because it has a compounding feature to it which also impacts overtime. So I would rather just do the math and give you an answer.**

Q. I mean, would it -- I'm just trying to get an order of magnitude on that, the wage growth rate.

**A. Like I said, I would prefer to do the math versus just give you a guesstimate, because it's a big number with respect to what the City pays for payroll, and I would rather be accurate in terms of making a wage assumption impact.**

Q. Changes in the wage growth factor can have a significant effect on the City's revenues, because the wage expenditures are a significant component of the City's total expenditures; is that fair?

MR. STEWART: Objection.

THE WITNESS: I would say wages are -- wages and salaries and health benefits

MALHOTRA

combined are the largest portion of the City's budget. And assumptions with respect to wage growth are -- have an important and material impact on the City's assumptions, everything else being constant.

BY MR. SMITH:

Q. Other than the wage growth assumption, are there other assumptions that can have a significant effect in terms of the overall revenues or expenditures?

**A. Over 10 years or 40?**

Q. Over 10 years.

**A. Yes. I mean, over 10 years the City was relying upon its revenue increases that are forecasted in the plan based on various operating initiatives and -- which may or may not materialize.**

**The City is relying upon all the third-party funding coming in to make expansion contributions. Beyond that, the City is on the hook for its unfunded liability on its pensions at the end of the 10 years, which has to get amortized.**

**So I would say those are some of the**

**MALHOTRA**

**assumptions that come to my mind right now, but we could go through each one in more detail.**

Q. Your forecasts don't include any amounts that could be derived from privatizing Detroit's interest in the DetroitûWindsor Tunnel, do they?

**A. No, they do not.**

Q. And has Ernst & Young in the past done some work on increasing revenue from the DetroitûWindsor Tunnel?

**A. Yes.**

Q. What kind of work were you doing?

**A. Our team had looked at just the lease arrangement and trying to ascertain to make sure that Detroit was collecting its full share -- or the appropriate share of its rent. I can go back and get more details, but that's the extent of what I remember.**

Q. Have you done any investigation into whether Detroit's interest in the tunnel can be privatized?

**A. I have not.**

Q. The -- there's a significant -- there's hundreds of millions of dollars that are owed to the court in Detroit. You're aware of that;

MALHOTRA

correct?

**A. To the -- I'm sorry.**

Q. The 36th District Court in Detroit.

**A. That are owed to?**

Q. Owed. Owed to it. Are you aware of that?

**A. I'm not sure of the exact dollar amount or if it's hundreds of millions of dollars.**

Q. You haven't investigated that at all?

**A. I haven't done that on 36th District Court, no.**

Q. And your forecast doesn't include sums attributable to collection of the amounts that are owed to the court system?

**A. I believe the operating initiatives in the Conway MacKenzie reinvestment expenditures do. So that would be an appropriate question to ask them.**

Q. But you don't know, sitting here today, how the amounts owed to the court system in Detroit are treated in your forecast?

**A. Like I just said, there's collections of incremental court dues in the Conway MacKenzie model, but I would ask them about the exact**

**MALHOTRA**

**specifics.**

Q. But you really didn't know what the -- you don't know how much you're assuming will be collected from moneys owed the court in your forecast?

**A. You know what? I could get to it. I don't know sitting here, but I could get to it if we go all through the exhibits between this one and there's one from the restructuring agreement and reinvestment initiatives that's actually, from I remember, discrete line item on 36th District Court. I just can't recall that year-by-year dollar amount.**

Q. Do you have any idea how Conway MacKenzie went about figuring out how much money could be obtained that was owed to the court system?

**A. No. I would be speculating if I tried to answer that.**

Q. And, in general, do you have an understanding of how Conway MacKenzie went about calculating the amounts that it's given you in its reinvestment projection?

**A. I can say what -- the process I went**

MALHOTRA

**through to understand where they were coming up with the numbers, is we had several -- several discussions with their team and discussions on a by-department basis to make sure that if they were revenue initiatives that they were including in their particular assumptions that we had not already included in the baseline, we went that -- through that on several assumptions, including headcount.**

**So -- and so the process that we went through was to make sure that we weren't double-counting revenues or expenses. So we went through a fairly detailed process to ensure that.**

**(Discussion held off the stenographic record.)**

BY MR. SMITH:

Q. Does your forecast take into account outsourcing of fleet maintenance?

**A. We do not include that in the baseline. I would have to go back and check if that assumption is there in the restructuring and reinvestment initiatives, but I know the outsourcing of fleet maintenance is not included in the baseline.**

MALHOTRA

Q. Okay. You know that the City has been investigating outsourcing fleet maintenance; correct?

**A. Yes.**

Q. Okay. And do you know what the projected savings are supposed to be from outsourcing fleet maintenance?

**A. I do not know that off the top of my head in terms of what the exact savings were potentially from fleet outsourcing.**

Q. That's okay. It's going to take you a long time; you don't have to feel like you have to look it up.

**A. Okay.**

Q. And you're not sure whether it's in the restructuring or not?

**A. I don't want to speculate. I'm not sure on that.**

Q. You're assuming that grants to the City are going to continue at the same level of -- at the same funding level; correct?

**A. Grants are spread out over a lot of departments. So where we know of discrete grants that are expiring, we have shown the reduction of**

MALHOTRA

**those grants. Where there's been recent grants that have been awarded, we have shown that.**

**We have even the State funding that comes in -- or the federal funding that comes into Department of Transportation. Other than the information we know, we've kept it generally flat. So we've highlighted for grants we know. Like the grant for blight remediation, we have included that.**

Q. There was a recent federal grant of $300 million that was announced. Are you familiar with that?

**A. Yes. When you -- I'm sorry. When you say recent, this is probably six, eight months ago, if that's the same grant you're referring to.**

Q. I'm not sure if it was six or eight months ago, but you've got a $300 million grant from the federal government incorporated into your forecast.

**A. First, I would like clarification on what grant for $300 million we're talking about, just so that . . .**

Q. Are you assuming that there will be any significant private donations to the City --

MALHOTRA

donations or grants over the course of the ten years?

**A. Donations. Well, you've got the grand bargain or -- but --**

Q. Other than the grand bargain, are any contributions by private entities incorporated into your projections?

**A. We've got the hardest-hit funds, which we've talked about, that is coming in. Can't recall if any -- the specific one-off donations that are coming in.**

**For the federal guides that were highlighted, we went through -- and this was back again, six, eight months ago, from what I recall -- and in some detail to ascertain what grants, if any, were applicable for the City of Detroit and the general fund in the plan of adjustment.**

Q. Who did the analysis of what grant moneys were available? Was that something your team did or was that somebody else that did that?

**A. My team did that.**

Q. And, certainly, you can't represent to the Court that over the course of the next ten

MALHOTRA

years, there won't be incremental additional grant money from the federal, state, or -- governments or private donors that's not incorporated into your forecasts; correct?

**A. Yeah. I cannot say whether these grants will go up or the existing grants will go down. I can just talk about the assumptions that we have right now.**

Q. Do you believe all -- well, I assume all the cost savings and revenue initiatives that are discussed in Mr. Moore's report, expert report, are incorporated into your forecast?

**A. I have not read Chuck Moore's report, but the revenues and expenses, as provided to us by Conway MacKenzie on the restructuring and reinvestment initiatives and the corresponding operating revenue increases, have been incorporated into the plan of adjustment and the July 2nd updates.**

Q. Are you aware that there are a number of businesses in Detroit that are operating without licenses?

**A. I do not know.**

Q. Your forecast doesn't incorporate any

MALHOTRA

amounts for increased revenue due to requiring businesses that are operating without licenses to obtain licenses as required by law?

**A. I do not know of businesses operating without licenses. So I do not know.**

Q. Do you know whether the corporate income -- I mean, the business tax reports are audited at all by the City of Detroit?

**A. That would be a KPMG or a Plante Moran question.**

Q. You just don't know the answer?

**A. Yeah, we're not involved in any of those audits, so I can't tell.**

Q. Do you agree that City revenue should increase as the economy improves?

**A. Yes. Overall, if the economy continues to do well, Detroit will get -- potentially benefit from its pro rata share, as long as the overall trends and the issues that are specific to Detroit are taken into consideration at the same time.**

Q. Do you agree that the economy is improving in Detroit?

**A. Compared to what time frame?**

**MALHOTRA**

Q. Well, I mean, there are ongoing -- compared to whatever the last reported period is, do you agree that the economy is improving?

**A. I -- if you can give me a specific question on compared to what time frame. It's hard for me to give you an answer.**

Q. Okay. So you can't tell me whether the economy is improving in Detroit?

**A. Compared to what time frame?**

Q. There's no -- nothing in your analysis that takes into account improving economic conditions in the City of Detroit?

**A. There is assumptions with respect to how -- since the last recession. Maybe if I can put that into context. Right? Since the last recession, yes, Detroit's economy is improving. So I'm comfortable to say that.**

**But that's -- I'm just trying to figure out if it's a short-term time frame that you're trying to compare or much longer. Since the last recession, Detroit's economy is improving.**

Q. In the short term, Detroit's economy is improving also?

MR. STEWART: Objection.

MALHOTRA

THE WITNESS: In the short term, you mean since the recession.

BY MR. SMITH:

Q. Well, which -- what recession are you talking about?

**A. Well, 2008/2009.**

Q. I got it.

**A. And since 2008/2009, Detroit's economy has improved. But when I look at overall revenue basis, State revenue sharing is down, so State aid is down.**

**So I just want to make sure. I'm just trying to draw some specificity around your question.**

Q. So the economy in Detroit has been improving since 2008 or 2009; correct?

**A. Relative to 2000 -- 2008/2009, the economy is better today.**

Q. And since that time, the State has been decreasing State payments through revenue sharing to Detroit; correct?

**A. I don't want to draw a correlation between those two things, between the improved -- between the end of a rescission and the State's**

MALHOTRA

**decline. I can say the State revenue sharing has declined since 2008 or 2009 compared to where we are today.**

Q. And, in fact, the State has reduced revenue sharing by hundreds of millions of dollars to Detroit in the last decade; correct?

**A. I have the numbers since 2008. And since 2008, the number, from what I can tell from these -- my information here, it's roughly about $60 million that Detroit's revenue sharing has gone down, annual.**

Q. Annually?

**A. That's correct.**

Q. So $60 million a year from 2008 to the present is the reduction in Detroit's revenue sharing?

**A. I would actually like to -- now that I have this in front of me, I would like to clarify. The real revenue decline has really started after 2010 in State aid from -- and I want to just make sure that's clear for the record, because I said 2008 earlier.**

**From 2008 to 2010, State aid was continuing to go up. And since 2010, it has come**

MALHOTRA

**down for the years '11, '12; and then in '13 and '14 has taken a slight increase back, but still not at the same level as it was in 2010.**

Q. Since 2010, approximately how much has the State cut revenue sharing in total?

**A. In total, if I were to look at it through fiscal year '14, it's -- compared to 2010 through 2014 in aggregate, the State aid has been lowered by -- in excess of $200 million.**

Q. Yeah. Do you know why the State's cut the aid, the revenue sharing aid?

**A. I believe it's been cut for lots of local municipalities based on what the State budget was, but I do not know the exact basis of that last cut.**

Q. Do you believe that blight-reduction efforts should improve property values in the City?

**A. Overall, yes, in terms of the blight-reduction initiatives, should help either the collection rates or a cleanup of the tax roll in terms of the assessed values.**

Q. And then just by virtue of the fact that blight has been reduced, property values should

MALHOTRA

increase. Do you agree with that?

**A. I would have to give that some thought in terms of that direct link, which was your questioning this morning, that -- which was that there is no direct link between blight and any of the revenues.**

**But -- and my answer remains consistent, which is blight expenditures are a part of the overall reinvestment package, which should help the overall revenue and property taxes and income taxes of the city.**

Q. I mean, do you know who came up with this idea to spend hundreds of millions of dollars on blight reduction?

**A. It was a -- part of the overall restructuring effort; but I would -- on more details on that, I'm sure Conway MacKenzie will have.**

Q. But you just don't know whose idea it was to spend hundreds of millions of dollars on blight reduction?

**A. There were several discussions on blight reduction as we were developing the plan. I do not remember one specific person's idea it was.**

**MALHOTRA**

Q. And nobody is willing to claim credit to be the father of the blight-reduction effort; is that fair?

**A. I can tell you I am not -- I cannot answer that.**

MR. SMITH: I'm going to hand you what I'm going to mark as Exhibit 4, which is an email attaching some materials from the financial advisory board.

Here you go.

(Exhibit Malhotra-4 was marked for identification.)

BY MR. SMITH:

Q. And you'll recall that we are talking about consensus revenue reports. And if you look at the Bates No. POA00537604, you'll see that there's a revenue consensus conference report there.

**A. I'm sorry. What page are you on?**

Q. It's POA00537604. Do you see that revenue consensus conference report?

**A. Yes.**

Q. And there's some projections in that report. Have you seen those before?

MALHOTRA

**A. I do not recall going through this, but I would say that I know some of my team members would have attended this, but I do not recall reading through this report.**

Q. Okay. You didn't attempt to do any effort to reconcile your projections with the consensus revenue conference projections; correct?

**A. Well, I believe the revenue conference assumptions were triangulated with the assumptions that we had in the plan of adjustment. But we haven't done that recently, but it's a process that we would undertake versus not.**

Q. Okay. I mean, do you know what the differences or similarities are between your assumptions and the revenue conference?

**A. I would have to read through this report, but it's something that we can -- we can get to.**

Q. Well, sitting here today, you just don't know what differences or similarities are between the consensus reports and your projections; correct?

**A. I'd be happy to go through this and provide some of the big changes.**

**MALHOTRA**

Q. My question is have you done that exercise?

**A. I'm trying to think if this particular date or not. But I believe we had -- as I flip through this and we look at some of these cash projections, that we had looked at what some of the changes were between the revenue conference -- or the differences between the revenue conference and the short-term outlook. I just don't have it in front of me. I can't recall what the differences were. But I think they were some categories that were up, some categories that were down.**

**(Exhibit Malhotra-5 was marked for identification.)**

BY MR. SMITH:

Q. I'm going to hand you what's been marked as Exhibit 5, "Operational Restructuring Summary." Have you ever seen that document before?

**A. Is this the Conway MacKenzie report? I can flip through it --**

Q. Yeah, it is a Conway MacKenzie report. It says on the first internal page.

MR. ALBERTS: Can you give a Bates range

MALHOTRA

for that, please.

MR. SMITH: You know, actually, this doesn't have a Bates number on it, but it was Moore Exhibit 7 if that helps.

MR. ALBERTS: Thanks.

BY MR. SMITH:

Q. You've got the document in front of you; right?

**A. I do have it.**

Q. Okay. Does that look familiar or not?

**A. It looks familiar. I've seen this before.**

Q. Okay. If you turn to Page 72, it talks about grant funds that remain unspent and 38.9 million at risk of recapture.

Do you see that?

MR. STEWART: 74?

MR. SMITH: 72.

THE WITNESS: Yes, I see that.

BY MR. SMITH:

Q. Okay. I mean, have you done any investigation into whether the City has recently had federal grant moneys recaptured or not?

**A. I have not.**

**MALHOTRA**

Q. Okay. Do you have any idea how the risk of recapture of federal grant moneys is treated in your forecast?

**A. We do not have a specific recapture of federal grant money incorporated in the forecast.**

Q. Over on Page 92 it discuss the 36th District Court. And it's -- it says that the current accounts receivable is 279 million -- oh, whoops. It's on Page 91. Sorry.

Do you see the bullet that says, "Collection rates are extremely low with limited proactive collection efforts and process in place"?

**A. Yes.**

Q. And it notes that the accounts receivable for the quarter are 279 million with 200 million payable to the City?

**A. Yes.**

Q. Do you have any idea how that was treated in your forecast?

**A. It has not been included in the baseline forecast, but I do not know if it's included in this Department of Revenue initiatives of 82.3 million on Page 92 --**

MALHOTRA

Q. Okay.

**A. -- that have already been highlighted here.**

Q. But, certainly, your forecast does not assume that all of the money owed to the court will be collected; correct?

**A. Well, again, I would -- this is a better question for Conway MacKenzie. But Page 92, from what I'm seeing, shows $82 million of revenue initiatives related to the 36th District Court.**

Q. Which is equal to -- my question, is your forecast -- you're not saying that, in your forecast, that all the money owed to the court is going to be collected; correct?

**A. I have not included specifically -- if your question is, have we included $200 million of incremental collections from the court for receivables that are almost seven years old, we have not included it.**

Q. And sitting here today, you don't know what, if any, incremental collections you've included in your forecast for the court; correct?

MR. STEWART: Objection.

THE WITNESS: When you say -- I would

MALHOTRA

say that that's a question on Conway MacKenzie for the new revenue initiatives that they have incorporated for the 36th District Court.

BY MR. SMITH:

Q. Yeah, and Conway MacKenzie is not here. My question is, do you know what's in your own forecast regarding --

**A. I do know what's in my own forecast.**

Q. Okay. How much money do you forecast will be collected from the courts in your forecast?

**A. So there is approximately, I would say, between 180 -- around 180-plus million dollars of revenues that are included from the 36th District Court over the next ten years. But I do not believe there is any collection of past-due accounts receivable as a new revenue initiative included in that forecast.**

Q. I'm going to hand you what I've marked as Exhibit 6, which is a report of the Blight Removal Task Force.

(Exhibit Malhotra-6 was marked for identification.)

MALHOTRA

BY MR. SMITH:

Q. Have you ever seen this document before?

**A. I have seen it. I have not studied this report.**

Q. Okay. If you turn to Page 240, there is a discussion of $440 million of reinvestment funds listed in the plan of adjustment.

Do you see where I'm at?

**A. I see that sentence.**

Q. And then it goes on to say -- talk about the portion of it that represents money that's subject to the bankruptcy court approval, which it lists as 368 million.

Do you see that?

**A. Yes, I see that.**

Q. And then it goes on to note that "that allocation is not guaranteed. It is contingent upon the realization of projected future cost savings and revenue for the City. If future revenue or cost savings are not realized at the projected levels each year, the $368 million in blight elimination funding has the potential to shrink significantly."

Do you see that?

MALHOTRA

**A. I see that.**

Q. And were you aware that the blight expenditures were contingent on the City realizing revenue increases or cost reductions from blight-removal efforts?

**A. Yes, of course. It's -- the City does not have a fixed obligation.**

Q. Okay. So it could be that only a small fraction of the blight-reduction money is actually spent by the City over the next ten years; correct?

**A. That is not the City's intent.**

Q. If it turns out that revenue is not realized or costs are not reduced from blight reduction, then a significant portion of the blight-reduction money may not be spent by the City on blight reduction; correct?

**A. No. It -- the blight expenditure of the City is not a fixed-debt-type obligation that the City has taken on. It is not a sinking fund for blight remediation.**

Q. Yeah. The City has no obligation to spend any of the blight-reduction money; correct?

**A. The City may not have a legal obligation**

MALHOTRA

**to spend the blight money as it's laid out, but that is not the intent. It's not a legal obligation to make a debt-like instrument.**

Q. The City's intent is that the blight expenditure is contingent upon certain results being achieved; correct?

MR. STEWART: Objection.

THE WITNESS: Could you ask me the question again, please?

BY MR. SMITH:

Q. The City's intent is that blight-reduction expenditures will be contingent upon the realization of projected future cost savings and revenue for the City; correct?

**A. The City is budgeting for its blight expense. But if something unforeseen happens, it's not like there's a default because the City did not spend that blight amount in that particular year. So it's -- I'm trying to make the distinction between a fixed-debt-type obligation versus not.**

Q. And I'm not saying there will be a default or anything like that. I'm saying that the blight expenditure is a discretionary

MALHOTRA

expenditure by the City; it's not legally obligated to make it; correct?

**A. I would say it's not legal -- legally obligated, but I don't know. It would be up to the City whether that's really considered discretionary or not because there could be changes in timing. But, you know, that amount is just not set aside for 10 years today.**

Q. Yeah. There's no separate blight reduction fund that's been set up to set aside money for blight reduction; correct?

**A. Not as of yet.**

Q. And --

**A. That I know of, at least.**

Q. -- the expenditure of the blight-elimination money is contingent; correct?

**A. Contingent on what?**

Q. On obtaining certain results regarding revenues and costs from the blight-reduction efforts; correct?

**A. I don't know if it's contingent upon costs related to blight-removal efforts. I mean, it's --**

Q. I'm going to read this again.

MALHOTRA

**A. Okay. Thank you.**

Q. Do you agree that the blight reduction money is contingent upon the realization of projected future cost savings and revenue for the City?

**A. What page are you on?**

Q. I'm on Page 240.

**A. Yes, I agree with this statement. I don't agree with your earlier statement.**

Q. Okay. So you agree that the blight -- the blight-elimination funds are contingent upon the realization of projected future cost savings and revenue for the City; correct?

**A. Yes. That's not a fixed obligation, but it depends on making sure that the -- if there's an unforeseen event and the City's budget hasn't changed dramatically, we have to look at starting a default-type option.**

Q. In fact, much of the expenditures that you projected over the 10 years are -- they're expenditures the City is not legally obligated to make; correct?

**A. Can you define, other than blight, which specific expenditures you're talking about?**

MALHOTRA

Q. Well, a lot of the -- I mean, the wages. The City can reduce headcount; correct?

**A. The wages are going to be a part of a five-year collective bargaining agreement.**

Q. But people can be fired; right? Or is the City obligating itself to keep employment levels at the current levels?

**A. I do not believe that the City is agreeing to that. There is -- there's flexibility in terms of headcount and only up to a certain extent when it's tied back to the level of services.**

Q. And the level of services is a discretionary decision of the City?

**A. I don't know if it's discretionary or not, but it is. Those are decision that City management and council have to make. The wages are going to be predicated on the collective bargaining agreements.**

**(Exhibit Malhotra-7 was marked for identification.)**

BY MR. SMITH:

Q. Let me hand you what's been marked as Exhibit 7. Here you go.

MALHOTRA

MR. ALBERTS: By the way, do you have Bates range for the Blight Removal Task Force?

MR. SMITH: No. It's a public document on the Internet.

MR. ALBERTS: Okay.

BY MR. SMITH:

Q. The -- and I've just handed you a news article that's another public document. This news article discusses a proposal to withhold tax on reverse commuters.

Do you see that?

**A. That's what the, yes, subject says.**

Q. And we were talking about the reverse-commuter situation earlier today; right?

**A. Yes.**

Q. And there's a MacKenzie study that notes that there was a -- it found that there was approximately 140 million in 2009 of uncollected income taxes from Detroit residents working outside the City?

**A. That's what this sentence says here.**

Q. I mean, are you aware of that MacKenzie study that found that there was $140 million of

MALHOTRA

taxes that were not being collected?

**A. I do not know of a specific MacKenzie study. There have been various estimates based on various inputs from people to try and estimate a range. I do not know of a specific MacKenzie study that MacKenzie did on their own to estimate that 140 million.**

Q. You're offering no opinion on the amount of forgone income tax revenue based on failure to collect from reverse commuters or anybody else; correct?

**A. That is correct.**

**(Exhibit Malhotra-8 was marked for identification.)**

BY MR. SMITH:

Q. I'm going to hand you what's been marked as Exhibit 8.

MR. ALBERTS: Do you have a date of that news article, please? If you're not going to bring them, I'd like a little more -- you know . . .

MR. SMITH: Do you want to read the date for me.

MR. STEWART: It's the 24th --

MALHOTRA

THE WITNESS: Yes, it's the 24th of February, 2014, "Detroit News."

BY MR. SMITH:

Q. Here's Exhibit 8, a copy of another document, February 19, 2013. Memorandum to Governor Snyder. There's no Bates number on it. It's publicly available.

You've seen this report before; correct?

**A. I believe I have. The subject is throwing me off and it's supplemental documentation, and so I just don't know if this is the original report of the financial review team or some addendum to it.**

Q. There's an original and then this supplemental that is -- they're two separate documents. You're correct.

**A. So I don't remember the supplemental.**

Q. Okay. That's fine. If -- but you see that in front of, you've got a supplemental report of a Detroit financial review team to Governor Snyder; correct?

**A. Yes, that's what the subject --**

Q. And the Detroit financial review team recommended the appointment of an emergency

MALHOTRA

manager for Detroit; is that correct?

MR. STEWART: Are you asking him what the document says or what he remembers or what? If you're asking him -- I think he said he didn't remember this document, so I'm just --

MR. SMITH: I'm asking what he remembers.

MR. STEWART: So you don't have to look at the document; just answer his question.

THE WITNESS: I do not remember the financial review team says emergency manager or if they determined an emergency exists.

BY MR. SMITH:

Q. Okay. You know that the Detroit financial review team concluded that there was a financial emergency?

**A. Yes.**

Q. And if you look at Page 8 at the top, it's the -- the financial review team concluded that operational dysfunction contributes to the City's serious financial problem.

Do you see that conclusion of the financial review team? First sentence on Page 8.

MALHOTRA

**A. Yes, I see that.**

Q. Okay. And isn't it true that the -- I mean, many independent reviewers, including the financial review team, attributed the poor fiscal conditions in Detroit to operational dysfunction or mismanagement?

MR. STEWART: Objection.

THE WITNESS: It's one of the items that's mentioned on the list, is operational dysfunction, but -- this operational dysfunction. And that's what this piece of paper says.

BY MR. SMITH:

Q. And ever since you've been working for the City of Detroit, has the City been trying to improve its operational functions in order to improve its fiscal condition?

**A. Yes. I mean, the City has been facing lots of challenges. But in the amount of resource that it has available, the City has tried to make changes where it could.**

MR. STEWART: Been on the record 90 minutes. Be a good time for a break?

MR. SMITH: Sure.

MALHOTRA

THE VIDEOGRAPHER: Going off the record at 3:31. This is the end of Tape No. 4.

(Short break taken.)

THE VIDEOGRAPHER: We are back on the record at 3:43. This is the beginning of Tape No. 5.

BY MR. SMITH:

Q. Mr. Malhotra, if you had that blight removal task force report in front of -- do you have that? If you turn to Page 4 -- actually, Page 2. Sorry about that.

Page 2, it talks about how, in September 2013, the Obama administration announced a $300 million federal effort focused on working with the City to address key areas of importance, including blight removal, public works, and public safety.

**A. I'm sorry.**

Q. Page 2?

**A. Is that this?**

Q. Page 2 right up here. It's Arabic 2. It talks about the $300 million grant from the federal government. Do you see that?

**A. Yes, I do.**

**MALHOTRA**

Q. And is that included in your current forecast of $300 million?

**A. The dollars that were in our collective view in terms of discussions with the City that were appropriate to be included, they were included, yes.**

Q. I mean, when you say that -- whenever the City gets a federal grant, you don't necessarily include all that money in your forecast or the general fund; is that correct?

**A. Yeah, it depends -- I mean, there is an analysis, which I don't know if you have handy or not, but that defines each one of the programs that made up the $300 million in funding.**

**Some of it was related to the general fund. For instance, the hardest-hit funds were included in the general fund; however, then there were some other funds, like, for instance, I recall, for M-1 Rail that had nothing to do with the general fund or even the general fund subsidy to DDOT.**

**So you have to look at the individual components that make up that $300 million on which we have an analysis to ascertain what funds were**

**MALHOTRA**

**included in the budget.**

Q. So because you're only forecasting the general fund revenues and expenditures, you don't include all grant moneys that are given to the City; correct?

**A. We include those that would impact the City or the initiatives that the City has highlighted, even through, you know, other particular departments. If there is going to be more expenses in other departments that would be reimbursed by new grant funds, they're not included because they would be offset.**

Q. Well, I mean, what my question is, the $300 million, you don't include with it all of that money in your forecast for the general fund; correct?

**A. The $300 million, we have done an analysis of those funds that are applicable to the general fund or those funds that may be applicable to other funds with a general fund may be providing a subsidy. But so there's detailed analysis on that to walk through the $300 million.**

Q. And my only question is not every penny of the $300 million is included in revenues in

MALHOTRA

your forecast; is that correct?

**A. I would answer that what we've collectively felt were the relevant dollars to be included have been included.**

Q. And then there's some other dollars within the 300 million that are not included in your forecast; correct?

**A. As there would be other dollars that could be a reimbursement of an expense that is not included either. So the -- you know, my answer is sort of consistent with what I said earlier --**

Q. Well, I'm trying to understand how grants are treated in your analysis --

**A. Sure.**

Q. -- is what I'm trying to understand. And if there's a grant that's going to some other entity that's not the general fund but it's still part of the City, is all of the money from that grant, would that be picked up in revenue for your -- in your analysis?

**A. It depends on what grant it is, because there are some non-general fund grants that have expenses and revenues that equal each other that are detailed out.**

**MALHOTRA**

**So if there was a new expense or a new grant funding that was made available to the City for which the City had to do additional things to make sure that it was compliant with that new grant, that would mean an incremental expense, but a corresponding reimbursement as well for that expense.**

Q. But -- and my only question is, because you're focused on the general fund in your analysis, you don't include every dollar of grant revenue that is received by the City in your projection of revenues; correct?

**A. That is correct, because they are self-funding. They are net neutral. In aggregate is the assumption between the revenues and the expenses.**

**So yes, there would be other grant-funded departments or grant funds that are not included in the revenues or the expenses because they offset each other.**

Q. Do you know how many -- how much money in grants that the City has projected to receive are not included in your revenues?

**A. I would have to go back and look. I do**

**MALHOTRA**

**not know off the top of my head.**

Q. Do you have any ballpark idea?

**A. No. I don't want to speculate.**

Q. Would it be more than $100 million?

**A. I don't want to speculate.**

Q. Okay. The $300 million, though, you've at least taken account of in your analysis; is that correct?

**A. That is correct. We have accounted for it. We have analyzed that $300 million; that's correct.**

Q. Did your forecast, before September 2013, take into account the $300 million, or was that a special amount that was given to the City that was not -- that was in addition to historical-type amounts?

MR. STEWART: Objection.

Can I just have the question reread, please.

(Thereupon, the requested portion was read back by the reporter as above recorded.)

MR. STEWART: I think he said historical-type amounts. When you reread it,

MALHOTRA

I'm not sure you put the word "type" in. That is my question.

THE WITNESS: The $300 million was -- some of that was already amounts that the different departments were forecasting; some of those amounts were new amounts. So, again, if you were to look at that analysis, you know, they -- some of the amounts were already ongoing grants that were being renewed. So it wasn't new money.

BY MR. SMITH:

Q. I got it. And so it's correct, isn't it, that even since you started doing your forecast, the City has received incremental grant amounts that it did not -- it was not forecasted to receive; correct?

**A. No.**

Q. Well, I thought you just said that part of the 300 million was new grants?

**A. Yeah, part of it was new grants that were renewed.**

Q. Yeah. And then part of it was --

MR. STEWART: Well, hold on. He didn't finish his answer.

MALHOTRA

THE WITNESS: Part of it was new grants that were renewed, and then there were some new grants, like for the hardest-hit funds, for -- which were incremental revenues that the City was getting.

BY MR. SMITH:

Q. And --

**A. Or assumption.**

Q. And my question is, since you started your forecast, the City has received incremental grant revenues that it did not expect to receive and were not forecasted to receive. Is that correct?

**A. That is correct in the context of the hardest-hit funds. That assumption was not included in the earlier version of the forecast.**

Q. And there -- are there still some hardest-hit funds that haven't been allocated beyond the 52 million that the State has in its possession?

**A. I'm not sure.**

Q. Have you done any investigation into potential grants, incremental grant revenue that's not already included in your forecast that the

MALHOTRA

City may have access to over the next 10 years?

**A. For the grants that we know of specifically, like SAFER and fire, although they were being removed from the baseline because we knew that they were expiring, but I believe those are the grants that I know of specifically.**

**But new and incremental grants over and above what's already in the baseline, I do not know off the top of my head.**

Q. You just haven't done an investigation into potential incremental grants?

**A. Right. I mean, the -- we have the grand bargain that's already highlighted that you already know about. You know, new grants over and above all the grant money that's already in the forecast, we have not done an investigation on that.**

Q. Who at the City is the person -- or are there multiple people that are responsible for interacting with the state or federal government to get grants?

**A. There are many people, because they are different grant writers in specific departments because they are chasing a particular type of**

**MALHOTRA**

**grant. For instance fire and the SAFER grant has its own unique set of requirements, and the same thing with the police grant.**

**So I would say it varies.**

Q. Are there any people that are typically involved in grant work at the City?

**A. There is a grant -- there are several. I don't want to name any one particular person, because there are several people, and I think that that effort is starting to get streamlined better in terms of the grant management; but there are still people at different departments that chase grants specific to their department.**

Q. You're not offering any opinion saying that the City can't raise taxes; correct?

**A. That's a policy question. The City is on the highest end, likely, of its comparable tax rates, but I'm not offering an opinion on changes in tax policy.**

Q. You're not offering any opinion on whether the City can pay creditors more money than it's planned to pay; correct?

**A. Could you repeat that again, please.**

Q. You're not offering any opinion on

MALHOTRA

whether or not the City can pay creditors more money than it's planned to pay under the plan?

**A. I am saying that the assumptions that are in the forecast are reasonable based on which the moneys that are available to spend are distributed to creditors have been calculated.**

Q. Okay. In your -- in your scenario that you've done. But you're not offering any opinion about whether you can change the assumptions or do other things to pay creditors more money. That's not within the scope of your work?

**A. No. If the assumptions change, those moneys available for creditors would go up or down. I'm okay with that, and -- if the assumptions change. But, you know, the amounts available to creditors as shown in the projects, in my view, are reasonable.**

Q. Okay. But then the amounts as shown in the projections that go to creditors can be increased if you change the assumptions; correct?

**A. It depends on what assumptions. I mean, if you -- and I've said this earlier. If you change an assumption and you leave everything else constant, there has to be a change in a result.**

MALHOTRA

Q. That's right. And so if you change certain of the assumptions in your model, then you can increase the amount of money that the creditors receive; correct?

**A. I would ask you to be more specific in terms of what certain assumptions mean.**

Q. Okay. We can go back to tax rate increases again. I mean, increasing the tax rate or the collection rate on taxes. You could increase the amount of money available to creditors; correct?

**A. It's a twofold question. Increasing tax rates and if you assume that everything else remains constant, that more people are actually going to leave -- because if you increase tax rates and more people leave, you're not going to increase revenues.**

Q. Okay. Well, we'll assume that you increase tax rates and hold everything else constant. There will be more money for creditors; right?

**A. If there is more money for creditors under any assumption, there is more money for creditors.**

MALHOTRA

Q. And my only point is you could change the assumptions in your model and you can generate more money for the creditors; correct?

**A. It depends on what assumptions you change. And so if you change the assumptions in the model, the answers will change; that is correct.**

Q. And you're not attempting to calculate an actual amount that will be available to creditors; correct? Because you're doing a forecast; right?

**A. It's a reasonable forecast. So it's, in my view, the information that we have today.**

Q. But you're not trying to calculate actual values in your forecast, by definition; correct?

**A. I'd like to understand that question better, because, I mean, we are projecting what the actual values or recoveries are based on the plan adjustment with respect to the notes. So I just want to make sure that I understand the context of the question.**

Q. Okay. Your disclaimer on the front of your projections says, "There will usually be

MALHOTRA

differences between forecasted and actual results." Correct? That's what your representation is.

**A. Yes.**

Q. Okay. And so you're not attempting to calculate actual results; you're calculating forecasted results; correct?

**A. Forecasts are not results. Forecasts are forecasts. These includes reasonable projections or reasonable forecasts. So I'm sorry. I don't understand your question.**

Q. You're not trying to calculate actual results. It says right here on the front of your projections.

**A. That's right, because it's a forecast. In the future, it will become an actual.**

Q. And so you're not trying to calculate the actual amount of money that is going to be available to pay creditors over the next 10 years?

**A. My answer remains the same as earlier. This -- the projection show what amounts would be available for unsecured creditors based on the forecast as laid out herein. The $630-odd million are in Note B that is laid out are the recoveries**

MALHOTRA

**under Note B.**

**And so that is the nominal dollars that will be paid out under Note B, regardless of the forecast in some fashion.**

THE VIDEOGRAPHER: Excuse me. Go off the record? Going off the record at 4:01 p.m.

(Discussion off the record.)

THE VIDEOGRAPHER: Back on the record at 4:02.

BY MR. SMITH:

Q. In the proposal for creditors, do you recall that there was a provision in there for some notes that could be adjusted if the City received additional grant funds for blight reduction?

**A. I believe I remember there was something; but if I could see it, I would get refreshed. But there was --**

MR. SMITH: I only have a couple copies of this, unfortunately, but I will label it as Exhibit 9. It's Executive Summary of the Proposal from Creditors. And if you look at Page 59.

MALHOTRA

Here you go.

(Exhibit Malhotra-9 was marked for identification.)

BY MR. SMITH:

Q. Page 59, it talks about blight reduction.

MR. STEWART: I may have two of these.

MR. SMITH: I'll take one if you've got an extra.

MR. STEWART: Yeah, I do. This doesn't have a clip on it.

MR. SMITH: Okay. I was just going to ask about Page 59, that's the only page.

BY MR. SMITH:

Q. Do you see where I'm talking about?

**A. Yes, I do.**

Q. And you've got -- and there was going to be a provision about -- say that there would be an amount equal to 75 percent of the general fund revenues that would otherwise be spent on blight, but for the outside funds, that would be applied to reduce the principal amount of the notes.

Does that refresh your recollection about how it was a proposal to give creditors

MALHOTRA

these notes where they could potentially get reimbursed if there were additional funds for blight that came into the City?

**A. I thought the 75 percent was asset sales -- I think the 75 percent was related to asset disposition proceeds.**

Q. I'm looking at the paragraph above that. There's two paragraphs here.

**A. Okay.**

Q. The first one is grants and other -- I'm looking at the second paragraph on the page. It says, "Grants and other amounts received to offset costs of addressing blight."

Do you see that where I'm at?

**A. Yes, and I do now. Thank you.**

Q. And the City was provided -- [reading]: If the City receives any cash grants or other payments after the effective date and before the maturity date from the State of Michigan, the federal government, or any other government or nonprofit entity not affiliated in any way with the City for the purpose of funding programs or activities to address blight that are included in the 10 Year plan, blight revenues, and that can be

MALHOTRA

utilized in place of the general fund sums in the 10-year projections in amount equal to 75 percent of the general fund revenues that would otherwise be spent on blight, but for the outside funds, shall be applied to reduce the principal amount of the notes.

Do you see that?

**A. I do. That's what it says, yes.**

Q. And so the City contemplates that it may have additional grant moneys available from the federal government, the state government, or nonprofit entities to engage in blight reduction efforts over the 10-year period; correct?

**A. This was over and above the $500 million estimate that was included for blight removal in this particular proposal. The City was contemplating how, if more than -- after spending $500 million, if additional funds were being made available or during -- to help fund that $500 million, how some of those proceeds could be shared.**

Q. And certainly the City recognizes that in the next 10 years, it may receive additional moneys from the federal, state governments, or

MALHOTRA

nonprofit entities to engage in blight reduction; correct?

**A. No, because it could be increases for certain -- I do not know other revenues that are coming through to the City for blight remediation, and if something happens, we have to look at the overall construct if any other funding is being taken away.**

Q. Yeah. My point here is only that the City recognizes that there could be new grants from the federal government, state government, or nonprofit entities for blight rejection -- blight reduction that it will receive in the next 10 years; correct?

**A. That's what the City proposed in June 2013, which is evident in the $52 million in hardest-hit funds that the City has --**

Q. That would be one example, but the City also contemplated it might get money other from other sources; correct?

**A. Not that I know of.**

Q. Well, nonprofit entities; right? It contemplated that it might get money for blight reduction from nonprofit entities?

MALHOTRA

**A. Well, the City has a grand bargain that is existing with the City's ability to fund its reinvestment program because the grand bargain moneys are coming into the pension.**

Q. Okay. So even in the months since this creditor proposal, the City has already received tens of millions of dollars in money that it didn't realize it would receive from various sources; correct?

**A. The $52 million of funds that were for hardest-hit funds were not contemplated in the June 2013 proposal for blight.**

Q. And then additional revenue from the grand bargain wasn't contemplated in the creditor proposal?

**A. That is correct.**

Q. And so I mean, in less than a year, the City has been able to generate significant additional revenues from sources that it did not expect to receive back in June of 2013; correct?

**A. No. I don't think it's the City -- I mean, when you look at the grand bargain in terms of it's a very specific use that it's being directed towards. So it's not that the City has**

**MALHOTRA**

**just, you know, gotten an extra $800 million for its general fund. So . . .**

Q. But there are unpredicted receipt of tens of millions of dollars in revenue that have occurred for the City between June 2013 and the present; correct?

**A. Could you repeat that question, please.**

Q. The City is -- in the last year the City has received tens of millions of dollars in unanticipated revenue from various sources; correct?

**A. Let me being specific. The grand bargain was not contemplated in June 2013. The uses of the grand bargain, in terms of the money being spent, were not contemplated in June 2013.**

**The City has received revenues, but the City has also now got expenses. For the hardest-hit funds, those are new moneys that the City has received in order to help assist the funding of its blight remediation.**

Q. Okay. I mean, just in the -- within a few months, the City received more than $50 million it didn't anticipate to fund blight remediation; correct?

MALHOTRA

**A. It's been in this -- it's been during the last year. We did not anticipate that $50 million of blight remediation that have come through, thanks to the federal government and how it comes through the state. So but those are -- they could be considered one-time items and were not expected in the June 2013 proposal.**

Q. Okay. The forecasts that are included in the June 2013 proposal, are those, given what we now know, materially inaccurate?

**A. I don't know what you define as "materially inaccurate."**

Q. Why don't you use your own definition of "materially inaccurate."

MR. STEWART: Objection.

THE WITNESS: Well, I can explain changes have been made since the June 2013 proposal. I mean, based on the income taxes and the property taxes information or we can go line item by line item to bridge what has changed.

So I do not know the definition of "materially inaccurate."

BY MR. SMITH:

MALHOTRA

Q. You can't provide me with a definition of "materially inaccurate"; correct?

**A. I'm sorry. Can you ask me that again?**

Q. Can you provide me a definition of "materially inaccurate" that you would use? Yes or no.

**A. No, I don't know what the context "materially inaccurate" is. I mean, so I can't provide a definition of materially inaccurate.**

Q. Can you provide me a definition of "scientifically reliable"?

**A. No, I cannot. I can provide you with an understanding of what the changes are in the assumptions, but "materially inaccurate" or "scientifically reliable," I can't put that into context.**

Q. Can you tell me what, in your view -- well, you're aware that the Department of Transportation brings in hundreds of millions of dollars each year; correct?

**A. In terms of revenues?**

Q. Yes.

**A. Somewhere between 100 and $150 million or up to $200 million. So I don't know if it's**

MALHOTRA

**hundreds and hundreds of millions.**

Q. Are you aware that the Department of Transportation have saved approximately 40 million by doing scheduling changes?

**A. Over what time frame?**

Q. I don't know. Over whatever the time frame was that ---over a year.

**A. I don't know if I can say that.**

Q. Do you know -- I mean, can you tell me what changes the Department of Revenue -- I mean, Department of Transportation has made in the last year to either increase revenues or decrease costs?

**A. I think the -- in the last 18 months, they reduced the amount of service that was on the roads in order to reduce the level of subsidy.**

Q. And who directed the Department of Transportation to do that?

**A. I don't remember if this was during the time of Mayor Bing and his administration in order to reduce some of that overall subsidy level or Chris Brown, who was the former chief operating officer.**

Q. And are you aware that the City believes

MALHOTRA

that many of the workers' compensation claims that are filed against it are meritless?

**A. I do not know whether they were all -- many of them are meritless or not, but I know the City is undertaking initiatives to further control its workers' comp changes.**

Q. Okay. And do you know how your forecast takes into account the City's initiatives to reduce workers' compensation costs?

**A. The workers' compensation costs are generally based on the most recent trend in terms of what the City has been spending. So, yeah, that -- that is what I know.**

Q. I mean, do you know whether you've incorporated in your forecasts any reduction in workers' compensation costs attributable to the City efforts over the next 10 years to reduce costs?

**A. I believe that would be a question for Conway MacKenzie.**

Q. You just don't know one way or the other sitting here?

**A. Yeah. And the reason for that is workers' comp claims, since the City is**

MALHOTRA

**self-insured, there can be lumpiness in terms of claims in particular years. And so it's hard to draw just a straight line, because one-off claims that are extremely expensive can throw those averages off.**

Q. Do you know whether -- if the City has considered other initiatives that are not reflected in the Conway MacKenzie report or the reinvestment plan?

**A. Other initiatives to --**

Q. To increase revenues or decrease costs.

**A. Yes. I do not know the specifics, but I've -- they always continue to be new initiatives or new expenses that are developed. But I don't know of any specific new initiatives over and above the ones that have been mentioned in the Conway MacKenzie information. They may be replacements that, you know, one doesn't happen; the other one may happen. But I don't know of incremental initiatives.**

Q. Well, so there is some replacement initiatives that have been developed to replace the initiatives in the reinvestment plan; is that accurate?

MALHOTRA

**A. I wouldn't say they have been developed. But there always is -- because these investment initiatives require money, there always is a renewed effort to make sure that all of the expenses and the revenues match up with respect to the initiatives. John Hill can probably talk to this much better.**

Q. Would it be fair to say that the restructuring and reinvestment initiatives are not static, but rather are -- they're dynamic and can change over time?

**A. Yes, they could change over time in terms of the components and the mix overall, yes.**

Q. And is John Hill the person to ask about that, or is that a question for Conway MacKenzie? Or who's the --

**A. Probably both.**

Q. Or every City witness that happens to show up for a deposition.

Are there any initiatives that you're aware of to increase revenues or decreased costs that the City has rejected?

**A. We talked -- I don't think the City has ever rejected looking at any considerations to**

MALHOTRA

**increase revenues or reduce costs as long as they can be feasible and reasonable. In my view -- and it's not -- things that are not just rejected. I mean, the City is always looking to improve the operations.**

Q. Okay. So in your experience the -- you anticipate that the City, going forward, will continue to look for new opportunities to increase revenues and reduce costs?

**A. In my view, the City would do its best to try and at least recognize and accomplish the revenue initiatives, which are quite a few, that have already been incorporated into the plan to achieve its plan of adjustment.**

Q. But you would expect that, going forward during the next 10 years, the City will look to develop other initiatives in addition to the reinvestment initiatives that could increase revenue or decrease cost. It just won't stop doing that; right?

**A. No. I think the City will continue to focus its -- my belief is, is that the City will continue to try its hardest to ensure that the revenue initiatives that are in the plan are met**

MALHOTRA

**and the significant costs assumptions that are in the plan are not exceeded.**

Q. Okay. One of the assumptions in your forecasts for the next 10 and 40 years, the City will not embark on any new initiatives to increase revenues further or decrease costs; correct?

**A. Can you run that by me again, please?**

Q. Okay. One of the assumptions in your forecast is that during the next 10 and 40 years, the City won't implement initiatives to increase revenues or decrease costs above and beyond the reinvestment initiatives; correct?

**A. I just want to be specific. Like, for instance, asset sales, like of parking or water and sewer, are not included in this forecast. So if the City continues to embark upon an asset sales program, those could be additive to what's mentioned, what's highlighted in the assumptions here.**

Q. And as a general matter, any new revenue initiatives or cost-reduction initiatives in the next 10 or 40 years would have to be added on to your projections; correct?

**A. No. It could -- I'm sorry. Go ahead.**

MALHOTRA

**You were laughing.**

Q. No, go ahead.

**A. Those revenue initiatives could replace the revenue estimates or initiatives that are already in the forecast.**

Q. Okay. But your analysis assumes that there won't be any new revenue initiatives or cost-reduction initiatives that increase revenues or decrease costs above and beyond the current forecast; correct?

**A. No. They could continue to work on initiatives to even accomplish what is in the current forecast. But it could come through other initiatives versus new initiatives. If you're -- so my question -- answer is the same as earlier.**

Q. Yeah, you're not getting my question.

**A. Sorry. Okay. If you could please rephrase it, then.**

Q. One of the assumptions is that the introduction -- one of the assumptions that you're making is there will be -- there will be no new initiatives that increase revenue above your forecasted amounts during the 10-year period; correct?

MALHOTRA

MR. STEWART: Objection.

THE WITNESS: I apologize. I'm still not getting your question.

BY MR. SMITH:

Q. Okay.

**A. If you could rephrase it, it might make it easier for me.**

Q. One of your assumptions is that new initiatives -- new initiatives developed within the next 10 years will not increase revenue above your projections; correct?

**A. No, that's not correct.**

Q. Okay. How does -- so you agree that revenue may be increased above your projections in the next 10 years?

**A. No, I did not say that. I am saying that revenue initiatives are based on the plan. Doesn't mean the City stops working towards new initiatives. The City could work towards new initiatives. That could -- those could replace or augment the existing -- the existing initiatives that are already in the plan.**

**I can't say with -- in a definitive manner that new initiatives will be incremental to**

MALHOTRA

**what's in the plan or not.**

Q. Okay. So you agree that new initiatives may increase revenues above what you've projected?

**A. So as I've said this -- now I'm getting tired. So . . .**

**If you change the assumptions and you leave everything else the same, if you add more revenue, it will result in a different answer.**

Q. I mean, and your example of asset sales is kind of what I'm getting at, but it's not just the privatizations. I'm trying to get at a more general point. If there are new estate sales that could -- you're assuming there won't be new asset sales above what -- what you've already assumed in the plan; correct?

**A. That is correct.**

Q. Okay. And so, more generally, you're assuming there won't be new initiatives that increase revenue above what you've projected in the forecast currently; correct?

MR. STEWART: Objection.

THE WITNESS: Same question you've asked me earlier, and my response remains the same as earlier.

MALHOTRA

BY MR. SMITH:

Q. Okay. And what was the response?

MR. STEWART: It's in the record. He's not going to repeat -- you've asked him this, I believe.

MR. SMITH: No, I think he has answered.

MR. STEWART: Well, I'm going to ask the reporter to find the question and read his answer. If you want to repeat it, this will come from the record. It's not --

MR. SMITH: So you're directing him not to answer.

MR. STEWART: No, I'm directing --

MR. SMITH: I just want to --

MR. STEWART: Please don't interrupt. I don't interrupt you.

MR. SMITH: Yes, you do.

MR. STEWART: Please don't interrupt me.

I'd like the reporter to find that question before and reread the answer since he has said -- and he is right --

MR. SMITH: Are you directing him not to answer the question?

MR. STEWART: -- that you have asked the

MALHOTRA

same question again and again and he's given you the answer. You're not allowed to keep doing that. I haven't objected to --

MR. SMITH: So you're saying I can't ask the question.

(Simultaneous cross-talk.)

MR. STEWART: It is really abuse.

MR. SMITH: It's not abusive.

MR. STEWART: It is abusive, and it's improper.

MR. SMITH: So you're saying --

MR. STEWART: You've asked this five times, six times. Just let's find the answer. We're going to reread it.

And when you reread it, Madam Reporter --

MR. SMITH: Let's go off the record.

MR. STEWART: -- retype it into the record.

MR. SMITH: Let's go off the record, and you can have her look off the record. But it's not going to count on my time.

MR. STEWART: Okay. Then ask your next question.

MALHOTRA

MR. SMITH: Are you directing him not to answer the question --

MR. STEWART: He just answered the question.

MR. SMITH: He didn't answer.

MR. STEWART: Yes, he did.

Reread his last answer.

MR. SMITH: His answer was "I've already answered."

MR. STEWART: That was his answer.

MR. SMITH: Okay.

BY MR. SMITH:

Q. Your forecast doesn't include revenue initiatives different from those that are in the reinvestment plan; correct?

**A. That is correct.**

Q. Okay. And so your plan is essentially assuming that the revenue initiatives that are in the reinvestment plan will continue for 10 years; correct?

**A. Yes. In fact, for 40 years.**

Q. Yeah. And so you're assuming that there won't be new revenue initiatives different from those in the plan for the next 40 years; correct?

MALHOTRA

**A. No.**

Q. So there could be new initiatives that increase revenues above your projections; correct?

**A. If there are new revenues and everything else remains the same, everything else remains the same, it would be new increment -- if there's new incremental revenues, the data would be different.**

**What I'm trying to say is the City -- when you say the new initiatives will result in new revenues, that's not correct. That's because new initiatives may further augment and support the initiatives that are already in here to get the revenue that the City is projecting. It's not just newfound incremental revenue.**

Q. And my point is you're assuming that there won't be new initiatives that provide incremental revenue; correct?

**A. My point -- my point is that the assumptions that are in here reflect the initiatives that are in here. If everything else remains the same and all you do is you say that let's assume there is a new revenue item, that would be a new assumption; that will result in more revenue, assuming all the other initiatives**

**MALHOTRA**

**and all the other assumptions are exactly the same and the City has already accomplished the revenue items that are laid out in its investment plan.**

Q. So you are assuming that there won't be new revenue initiatives that augment the revenue above and beyond what you've projected; correct?

**A. We have not assumed any asset sales from DWSD and public parking in these projections. If that is what you're referring to, that is correct, if you are not referring to those discrete asset sales in these projections.**

Q. And there are other initiatives other than those two that the City might develop in the next 10 or 40 years that could lead to incremental revenues; correct?

MR. STEWART: Objection; asked and answered.

THE WITNESS: Could you repeat that again, please.

BY MR. SMITH:

Q. There are other initiatives other than the parking and the DWSD that you mentioned that could -- the City might develop within the next 10 or 40 years that could add incremental revenues;

MALHOTRA

correct?

**A. It depends on if all the other items remain the same and the City achieves all of its revenue estimates already and if there is a new initiative on top of that. So everything else has to remain the same in order for that statement to be correct.**

**So that's the only way I can answer it, is you're asking if there's going to be a new revenue initiative to increase more revenues; and my answer is, no, not necessarily, because new initiatives could replace existing initiatives and still yield the same amount of revenue.**

Q. And I'm -- you're -- one of the assumptions in your model is new initiatives won't yield additional revenue over the next 10 or 40 years; correct?

MR. STEWART: Objection.

THE WITNESS: I've said no to that -- I've said no to that.

BY MR. SMITH:

Q. I guess I'm trying to figure out how you can say no to that.

**A. Well, if you --**

**MALHOTRA**

MR. STEWART: That's not a question.

MR. SMITH: Yes, I --

MR. STEWART: No, it isn't. That's not a question.

MR. SMITH: Stop interrupting. You really are obstructing the deposition --

MR. STEWART: Let's call the judge.

MR. SMITH: -- and smirking.

MR. STEWART: Let's call the judge.

MR. SMITH: You're just --

MR. STEWART: Let's get him on the phone. I'm going to have the reporter read these questions. And I'm going to move for sanctions against you.

MR. SMITH: Okay. Let's --

MR. STEWART: You keep pushing and you'll wish you hadn't.

MR. SMITH: There's no basis.

MR. STEWART: You wait. You just wait. Now, what's your next question?

BY MR. SMITH:

Q. The City could get new grants that add incremental money in the next 10 or 40 years; correct?

MALHOTRA

**A. It depends if the City has to increase the expenses in order to get those grant moneys.**

Q. Okay. The City could get new grants that provide more revenue than expenses over the next 10 or 40 years; correct?

**A. That -- if there is a net additional of overall proceeds and everything else remains the same, that would result in more proceeds. I mean, it's -- A, the grants then have to service more costs, more than the costs that have been incurred; and, B, everything else has to remain exactly the same in order for there to be more money.**

MR. SMITH: Why don't we take a break.

THE VIDEOGRAPHER: We are going off the record at 4:32.

(Short break taken.)

THE VIDEOGRAPHER: We are back on the record at 4:39.

BY MR. SMITH:

Q. Mr. Malhotra, do you have the disclosure statement there in your exhibits?

**A. Yes, I do.**

Q. If you look at Page 168.

MALHOTRA

**A. 168 of 197?**

Q. No, 168 of -- the page number in the middle of the page. There is a section entitled "Rationalization of Nominal Tax Rates."

Do you see that?

**A. I do.**

Q. And in the middle of the first paragraph, there's a sentence that says [reading]: The City is considering the possibility of lowering selected income and property tax rates to levels that are competitive with surrounding localities in order to reverse the City's population decline, foster job growth and expand the overall tax base.

Do you see that?

**A. Yes, I do.**

Q. Does your forecast incorporate tax -- tax rate reductions?

**A. No, it does not.**

Q. Have you had any discussions with the City about reducing tax rates?

**A. We had some discussions with the City on the impact of lowering tax rates in terms of what the math would yield, in terms of what the numbers**

**MALHOTRA**

**would yield, the math would yield.**

Q. And what was the discussion?

**A. The hundreds of millions of dollars that the City would lose in terms of lowering tax rates.**

Q. What were the tax rate reductions that the City was considering?

**A. I do not know the City was considering any specific reductions. These were discussions or overall scenarios that the City was just -- and EY were talking about. But, again, these were policy decisions that we were not involved in.**

**But we looked at -- sorry. Go ahead.**

Q. No. Go ahead. Go ahead.

**A. All I was saying is we looked at what the, at least the short-term impact would be if any of the tax rates for the City had to be lowered further.**

Q. But you said you were calculating hundreds of millions of dollars in revenue losses from tax rate reductions. I'm just wondering what rates you were looking at when you were doing that kind of analysis.

**A. I do not have that handy, but it would**

**MALHOTRA**

**be if you were to get the taxes in line with the suburbs or if you were to, I think, reduce the 2.4 percent income tax rate on city residents down to 1.2. It was somewhere in that neighborhood.**

Q. And when was -- were you calculating that these tax rate reductions would occur?

**A. We did not have any specific timeline, but it was sort of an annualized impact of showing what the impact would be of the reduced taxes.**

Q. And when did you do that analysis?

**A. I would say sometime in the last year or -- is when we would have looked at it.**

Q. Who did you interact with with respect to that analysis?

**A. Bob Cline and Kevyn Orr.**

Q. And why was the City looking at reducing tax rates?

**A. I don't know if the City was looking to. The City wanted to just have an understanding of what the magnitude was, because the City, as we've discussed earlier, is on the higher, if not the highest, level in terms of what the City's tax rates are and if that has been a driver of the ongoing population decline and has resulted in the**

MALHOTRA

**population decline.**

**And so if the tax rates were lowered, if the City's position gets more competitive or not, I think that's sort of the impetus behind looking at or considering this --**

Q. So the tax rate reduction is something the City was contemplating would occur after the bankruptcy?

**A. No, not that -- A, the City was not contemplating. The City wanted to understand what the impact was. I don't think the City was contemplating anything with respect to a reduced income tax.**

Q. How much time did you spend doing that analysis?

**A. I have to go back and look. My guess is it was a very short discussion. Very, very short.**

Q. You didn't do anything -- any analysis showing that decreasing property tax rates would increase population; correct?

**A. I would have to defer to Bob Cline whether he looked at any of that or not. But overall, just the magnitude of lowering any income taxes for the City was so dramatic that it was a**

MALHOTRA

**very, very short discussion with Kevyn Orr.**

Q. Okay. So the City, based on your interaction with them, has concluded that it would not be feasible to reduce tax rates, given the revenue loss?

**A. I would say that's a policy question. I can't tell you that there are no assumptions in the forecast that contemplate a tax reduction in either the 10 years or the 40 years.**

Q. I'm just wondering why it's still in the plan that they're talking about that.

**A. Yeah. I do not know actually. That's something that we can probably look into.**

MR. SMITH: Okay. I want to hand you what I'll mark as Exhibit 10, which is the Detroit Public Schools fiscal year 2015 proposed budget.

(Exhibit Malhotra-10 was marked for identification.)

BY MR. SMITH:

Q. You got that in front of you?

**A. I do.**

Q. Have you had a chance to review this document at all?

MALHOTRA

**A. I have not.**

Q. Okay. I wanted to ask you about Page 4. You see that it says -- you on Page 4 now?

**A. I am.**

Q. Do you see that it says at the top of the page, "Since 2006 the district has been faced with budgetary and financial challenges"?

Is that consistent with your understanding?

**A. I cannot provide context in 2006.**

Q. It says the general fund deficit has ranged from as high as 327 million to a low of 76.5 million.

Do you see that?

**A. I see that's what it says on this page, yes.**

Q. And then the next paragraph says, "We are in line to eliminate the legacy deficit and show a positive fund balance by the conclusion of the 2017 to '18 fiscal year. There has been strong progress."

Do you see that's the report of the public school system?

**A. That's what it says.**

MALHOTRA

Q. And then it goes on to say that the Detroit Public Schools has reduced costs by over 225 million.

Do you see that?

**A. I see that.**

Q. And then it says, "There has been substantial financial and operational progress confirmed by external reviews as evidenced by this past year's action by the United States Department of Education to remove the district from high-risk status as well as a resolution of 53 million in audit findings and a sharp reduction in audit findings from 84 to 9."

Do you see that?

**A. I see that.**

Q. I mean, I think you know that the Detroit Public Schools has been under the supervision of an emergency manager; correct?

**A. That is correct.**

Q. And you know that the Detroit Public Schools have engaged in millions of dollars of cost reductions; correct?

**A. You have to look at cost reductions as whether they're grant-funded costs or they're not**

MALHOTRA

grant-funded costs. I don't want to comment upon overall cost reductions for the district.

Q. Do you agree that the Detroit Public School System has improved its fiscal situation over the last few years?

A. I thought I answered that earlier.

This is what their report says. But I am not willing to -- I do not know specifically. And I do not -- Detroit Public Schools has faced the same challenge -- has faced similar challenges, but I do not know if their overall financial profile is that much better or not.

Q. The Detroit Public Schools, though, you recognized and reported that they have improved their fiscal situation; correct?

A. That's what it says on this page. If you want, I can look at some pages at the numbers further back that will show that the deficit has continued to increase at Detroit Public Schools, which is on Page 23.

Q. Okay. The Detroit Public Schools, you say, face similar challenges to the City of Detroit; is that correct?

A. They've faced a reduction in student

MALHOTRA

count. Detroit has faced a reduction in population. They're sort of related from that context.

Q. And the City and public schools receive revenue from some of the same sources, such as property taxes; correct?

A. Yes, although the schools have a specific millage associated with it. But, yes, they are -- they have the same working capital cycle in terms of when the property taxes are collected.

Q. Do you have any idea why in-house counsel for Ernst & Young is on the phone today?

MR. STEWART: You can answer that, but don't reveal privileged information. In other words, nothing you said with the lawyer, including in-house counsel, can be conveyed in response to the question.

THE WITNESS: Marg is it on the phone with us all the time when it comes to these issues. So my guess is it's customary practice.

BY MR. SMITH:

Q. Right. When you say it's customary

MALHOTRA

practice, in what context?

A. Well, when I've been in this seat getting deposed.

Q. Do you have any training programs or anything like that for depositions or working as an expert witness at Ernst & Young?

A. I do not know.

MR. SMITH: Why don't we take a break -- before we take a break, though, and go off the record, Geoff, one thing is I wanted to just request on the record that those documents relating to the five-year projections that Mr. Malhotra mentioned be produced.

MR. STEWART: Let me take it under advisement. I don't know that they haven't already been produced. But we'll -- we'll see what we can do.

MR. SMITH: Okay. Let me just ask one or two other questions.

BY MR. SMITH:

Q. You don't -- do you recall anything about what the methodology was in the five-year projections or not, sitting here today?

MALHOTRA

A. Yeah. They were generally extrapolations. We did not go into a lot of depth at that point in time on the five years. They were general extrapolations. But we started building -- started building up the -- modeling up in a much more detailed manner and -- for 10 years. So I do not know of anything specific, but it was just general extrapolations. They weren't very detailed.

Q. Were the five-year -- was the five-year forecast, was that model the basis for the later 10-year forecast or was it a different model?

A. No. The ten-year was a different model, because we started getting into a lot more detail in terms of revenue estimates and so on and so forth that we did not have earlier.

Q. To recall the five-year forecast and what was done, would you have to refer back to documents relating to the five-year forecast?

A. Yes, I would.

Q. You can't provide me with any other information about it right now?

A. Not as of now.

MR. SMITH: Thanks. Now we can go off

MALHOTRA

the record.

THE VIDEOGRAPHER: Going off the record at 4:53.

(Discussion off the record.)

THE VIDEOGRAPHER: Back on the record at 4:55.

EXAMINATION

BY MS. DiBLASI:

Q. Good afternoon, Mr. Malhotra. My name is Kelly DiBlasi. I'm an attorney for FGIC, and I just have some follow-up questions for you.

Your 10- and 40-year projections were calculated using claim amounts for the PFRS and GRS that are set forth in the plan of adjustment; correct?

**A. Yes. For what, PFRS OPEB or PFRS pension?**

Q. Pension.

**A. Yes. The amounts are laid out in the plan of adjustment, and they're based on information we received from Milliman.**

Q. A portion of the funds to be distributed to holders of PFRS pension claims and GRS pension claims comes from the foundations, the DIA Corp.

MALHOTRA

and the State of Michigan; correct?

**A. Yes.**

Q. And then beginning in 2023, the City is obligated to start contributing to those claim holders; right?

**A. The City is making some contributions even prior to 2023 to the GRS. But post 2023, the City has to -- is responsible for the amortization of the UAAL that exists at 2023.**

Q. And can you explain what the UAAL is.

**A. I'm sorry. I'm sorry. Let me just -- in addition -- the City is responsible for the amounts after 2023. In addition to, there are still some proceeds that are going to continue to come from third parties in the second decade that will be going to pensions. So I just wanted to make that clear.**

Q. Understood.

You mentioned the phrase "UAAL." Can you please explain what that means.

**A. It's the unfunded actuarial assumed liability.**

Q. Do your projections rely on an assumption as to what the UAAL will be going

MALHOTRA

forward?

**A. They're based on what the estimated of the UAAL is at 2023, yes.**

Q. And is it correct that the -- the City's contributions to these pension claimants is based on the amount that's necessary to provide those claimants with the adjusted pension amounts set forth in the Chapter 9 plan?

**A. You have to repeat that question.**

Q. Is it correct that the City's contributions to the pension claimants are based on the amount that would be necessary to provide them with the adjusted pension amounts set forth in the plan?

**A. Over the first 10 years, the amount of contributions that are in the plan are consistent with the settlements that have been reached with the retiree committee and the retirement systems.**

Q. For the first 10 years, you said?

**A. That is correct. After that, the City has to -- is on the hook for funding the UAAL that exists at the end of 2023.**

Q. Okay.

And those contributions will come out of

MALHOTRA

the general fund; correct?

**A. I'm sorry. Which contributions?**

Q. I'm sorry. The City contributions to the pension to fund the UAAL after 2023 will come out of the general fund; correct?

**A. The City contributions after 2023 in addition to the third-party funding that is available for the City will come from the general fund.**

Q. Have you analyzed the -- have you prepared alternative forecasts in a scenario where the UAAL is greater than you've projected in the existing forecasts as a result of the pension funds having to disgorge the proceeds of the COPs transaction?

**A. Could you ask me that again. It's a long question, and I'm tired.**

Q. I understand.

You testified earlier that you've run your projections, changing the assumptions and -- you've run them, I think you said, lots of times using different assumptions plugged into the model; correct?

**A. That's right.**

MALHOTRA

Q. Okay. Have you ever run an alternative scenario where you've changed the assumption for the UAAL and the basis for that change is a disgorgement by the pension plans of the proceeds of the COPs transactions?

**A. I have not run a scenario like that.**

Q. Why not?

**A. We have not been requested to run that scenario.**

Q. Do you know why you've not been requested?

**A. No.**

Q. Do you -- what do you think would happen in that type of a scenario?

MR. STEWART: Objection.

THE WITNESS: I don't want to speculate. I would have to spend a lot of time thinking through that.

BY MS. DiBLASI:

Q. Do you have even a directional sense for whether the City in that scenario would be able to fund its pension contribution obligations?

**A. Pension contributions as of when?**

Q. Beginning in 2023.

MALHOTRA

**A. If the UAAL at the end of 2023 were higher than what we have currently estimated based on the information from Milliman, based on the same assumptions, the amount of funding required from the City would be higher.**

Q. Would the City be able to pay that higher amount?

**A. What higher amount?**

Q. What you've just described, a situation where the UAAL is higher beginning in 2023; and, therefore, the City's contributions are higher than you've currently forecasted.

**A. It depends on how much higher.**

Q. You testified earlier about the -- I think you referred to it as the base-case scenario in your 10-year projections. Do you recall that? Do you know what I'm talking about when I refer to the base-case scenario?

**A. Yes, I know what you're talking about.**

Q. Okay. And am I correct in understanding that this base-case scenario shows the forecast for the general fund for the next 10 years, assuming that the City pays all of its projected operating expenses as well as the legacy

MALHOTRA

expenditures?

**A. That's -- that's correct, based on the assumptions of the legacy expenditures that were in there and the reinvestment costs are added on separately, that those -- those were the broad assumptions.**

Q. The assumptions for the legacy expenditures in the base-case scenario are the full amount of those legacy costs; correct?

**A. I would have to look at each one individually. But for OPEB, it's the unrestructured costs, for instance, and the same thing for the COPs. Excuse me.**

**There were some varying assumptions on the pension, is -- were the assumptions for the legacy liabilities.**

Q. Okay. So just to be clear -- and I think you used the word "unrestructured." They're the unrestructured, nonrestructured legacy obligations?

**A. Yes, that is generally correct. Like I said, there have been some changes for pension. But most -- I would say predominantly those costs were the pre-bankruptcy filing run rate.**

MALHOTRA

Q. Have you run an alternative base-case scenario -- excuse me. Let me restart.

Your base-case scenario assumes that the City pays those legacy expenditures as in when they come due; correct?

**A. Yes.**

Q. Have you run an alternative base-case scenario where you assume the full amount of those same legacy expenditures are owed but you make different assumptions about the timing for the City's payments of those legacy expenditures?

**A. No.**

Q. Why not?

**A. We haven't been asked to do so, and it's -- it's similar to what the City has been doing historically, is pushing off not making legacy payments when they come due in order to fund operations.**

Q. So you haven't run an alternative base-case scenario where the City for some period was forbearing from paying some portion of those legacy expenditures? Correct?

**A. Not that I can recall. And things like pension, if the City is not contributing towards**

MALHOTRA

**pension, it's just making a situation worse, because the plans continue to deplete assets and the position of the funds continues to get worse and worse.**

Q. Does your base-case scenario include any assumptions regarding asset sales by the City?

**A. Not -- I mean, just things like a building and the typical asset sales that continue in normal course, but nothing substantive like DWSD or the parking system.**

Q. How about art?

**A. No.**

Q. Have you run alternative versions of the base-case scenario that include an assumption regarding a sale of DWSD or parking or art?

**A. We have not run a scenario with parking or art.**

**Regarding DWSD, we did run a scenario a long time ago -- and I can't remember when -- or a few months ago, in which we were looking at a DWSD lease scenario versus not. So that's the only thing that comes to mind for DWSD.**

Q. In the 40-year projections, you summarize the hypothetical distributions to

MALHOTRA

creditors. And you've included a present-value calculation using a 5 percent discount rate; correct?

**A. That is correct.**

Q. What's the basis for using 5 percent?

**A. We looked at a couple of items in terms of what the average interest rate was on the LTGO debt outstanding of the City; looked at the long-term interest rates on AA-rated municipal bonds; and then had discussions with the Miller Buckfire team to ascertain whether they were reasonable or not.**

Q. Will you be testifying about the -- as an expert about the reasonableness of that 5 percent discount rate?

**A. I don't know. I would have to check, but I've had discussions with Ken Buckfire and Jim Doak on that, so I would have to go back and check.**

Q. We spoke previously about alternative formulations of the base-case scenario. I now want to shift the focus a little bit and talk about potential alternative versions of the 40-year forecast.

MALHOTRA

So I'm just making sure we're on the same page here.

Have you run an alternative 40-year forecast that provided for a different treatment of the art than what is currently contemplated by what's referred to as the grand bargain?

**A. No.**

Q. Why not?

**A. We weren't asked to do so.**

Q. Do you know why you were not asked to do so?

**A. No.**

Q. Have you ever considered the impact on the City's revenues if the DIA museum was closed?

**A. No.**

Q. Have you ever considered the impact on the City's revenues if the DIA art collection was sold?

**A. No.**

Q. Have you ever considered the impact on the City's revenues if the art collection was removed from the City of Detroit?

**A. No.**

Q. Earlier you testified in response to one

MALHOTRA

of Mr. Smith's questions about your expert report that if the City reaches more settlements, you expect to update your forecast, is that correct?

**A. Yes; if the settlements change the forecast in any way.**

Q. Putting that aside, is there any additional work or changes that you expect to make to your forecasts?

**A. Not as of yet that comes to mind. We do not have an updated version since the July 2nd update.**

Q. A few minutes ago we were talking about alternative base-case scenarios where you assumed different treatment of assets, and you testified that you did run an alternative scenario where you assumed that there was a lease for DWSD.

Do you recall that?

**A. Yes. It was done -- I don't know if it was just the base-case scenario or if it was a base-case including the restructuring scenario. And my recollection is it was a base case plus the restructuring investments if what could -- what could potentially happen if there was a DWSD transaction.**

MALHOTRA

Q. How much annual revenue did you assume could be derived from that DWSD leasing transaction?

**A. This is a few months ago. I think at that point in time the scenario was roughly a $47 million lease payment annually, but I would have to go back and check.**

Q. Do you know if those -- if that alternative scenario was produced?

**A. I believe it would have been produced. I don't know. I don't -- I haven't seen the few documents that have been produced. But my guess is they were circulated with the advisers potentially, but I have to go back and look.**

MS. DiBLASI: Geoff, we'll check. And if we're not able to find it, we'll come back to you.

MR. STEWART: Give me a call.

MS. DiBLASI: Just one moment, please.

BY MS. DiBLASI:

Q. Do you think that upon emergence from the Chapter 9 bankruptcy case, Detroit will be AA-rated -- will be a AA-rated credit?

**A. I do not know. I think that's**

MALHOTRA

**something I would let Ken respond to.**

Q. And when you considered the appropriateness of a 5 percent discount rate for present-valuing creditor distributions, did you look at the LTGO interest rates or did you look at their yields?

**A. I can go back and check. I thought we looked at the LTGO interest rates.**

Q. Is the B note an LTGO bond?

**A. That's -- I cannot say. I don't think it's an LTGO bond.**

MS. DiBLASI: I have nothing further.

MR. STEWART: Anyone on the phone?

MS. HUNGER: Does anyone on the phone have any questions?

MS. DiBLASI: We're done.

MR. STEWART: I guess you're done.

THE VIDEOGRAPHER: This concludes the video deposition at 5:15 p.m. Going off the record.

(Videotaped deposition concluded at 5:15 p.m.)

MALHOTRA

C E R T I F I C A T I O N

I hereby certify that I have read the foregoing transcript of my deposition testimony, and that my answers to the questions propounded, with the attached corrections or changes, if any, are true and correct.

-----------------------------------

GAURAV MALHOTRA

MALHOTRA

CERTIFICATE OF SHORTHAND REPORTER

I, Gail Inghram Verbano, Registered Diplomate Reporter, Certified Realtime Reporter, Certified Shorthand Reporter (CA) and Notary Public, the officer before whom the foregoing proceedings were taken, do hereby certify that the foregoing transcript is a true and correct record of the proceedings; that said proceedings were taken by me stenographically and thereafter reduced to typewriting under my supervision; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

__________________________________

Gail Inghram Verbano, CSR, RDR, CRR
CA-CSR No. 8635

**A**

**aarated** 330:10
333:24,24
**ability** 18:15
118:11 144:6,7
168:24 188:12
214:23 289:3
**able** 35:2 37:16
58:11 89:15 135:3
139:6 140:3 155:7
160:13 161:5
173:7 195:7
202:21 223:14,20
289:19 325:22
326:7 333:17
**absence** 108:19
**absolute** 199:21
**absolutely** 65:23
**absorbed** 96:20
97:5
**abuse** 303:8
**abusive** 303:9,10
**access** 111:8,11
146:7 153:2 278:2
**accompanied** 20:14
**accompanying**
200:10
**accomplish** 297:12
299:13
**accomplished**
130:12 306:3
**account** 141:13
207:18 212:18
223:12 241:18
247:12 275:8,14
294:9
**accounted** 133:25
275:10
**accounting** 13:17
13:22,24 14:2,5
157:21 195:23
196:4
**accounts** 114:16
171:5 256:9,16
258:19
**accurate** 76:6,14
76:20 110:24

212:18 227:14
236:16 295:25
**accurately** 76:24
**achieve** 200:2
229:8 297:15
**achieved** 191:25
261:7
**achievement**
189:21
**achieves** 307:4
**acknowledge** 215:6
**act** 187:22 198:14
**action** 48:25
316:10
**actions** 180:9,17
**active** 33:20 34:12
34:23
**activities** 98:21
99:3,8,13,17,24
100:5,15,24
104:23 105:16
117:5,21 130:24
143:24 286:24
**activity** 84:18 85:2
100:16
**actual** 36:11,18
80:8 92:11 96:21
135:2 189:14
190:4 191:8,12,16
191:24 193:5
218:19 226:20
282:10,16,20
283:2,7,13,17,19
**actuals** 92:12
**actuarial** 322:22
**adam** 6:13 9:14
**add** 150:9 177:21
179:10 186:21
301:8 306:25
308:23
**added** 298:23
327:5
**addendum** 267:14
**addition** 138:4
197:23 275:17
297:18 322:13,14
324:8

**additional** 109:21
159:8,15,25 177:5
177:13 178:18,21
178:24 179:3
187:10 197:24
232:18 245:2
274:4 284:16
286:3 287:11,19
287:24 289:14,20
307:17 309:7
332:8
**additions** 119:21
**additive** 298:18
**address** 125:6
126:21 127:2,25
128:12,23 165:10
203:15 270:16
286:24
**addressed** 57:7
**addressing** 286:14
**adds** 183:25
**adjusted** 217:25
218:4 223:12,17
284:15 323:8,14
**adjusting** 232:5
**adjustment** 55:9
64:14 69:8 73:11
88:17 89:6 124:15
141:25 195:2
229:6,13,16,23
232:13 244:19
245:19 253:11
259:8 282:21
297:15 321:15,21
**adjustments**
223:14
**administration**
177:9 270:14
293:21
**admintype** 205:20
**admonition** 213:23
**adopted** 31:16 32:5
32:20 56:2
**advances** 170:16
**adverse** 175:2
**advisement** 319:17
**advisers** 79:2,12

96:7,11 219:19
333:14
**advisory** 42:5
78:18 83:6 119:25
222:24 229:14
252:10
**affect** 139:10
201:15
**affiliated** 286:22
**affiliation** 9:20
**afford** 174:13
**afternoon** 321:10
**aggregate** 148:22
250:9 274:15
**aging** 171:6
**ago** 35:20 59:3
60:13 65:2,8,11
66:16 167:9
243:16,18 244:15
329:20,21 332:13
333:5
**agree** 17:25 34:3
57:7 58:21 60:9
63:11 77:21 78:3
84:25 98:20 99:8
99:12 100:23
101:5 102:20
103:19 109:17
120:22 125:17
129:11 140:3
142:19 143:2
145:24 147:21
151:5 154:13
159:7 160:21
161:3 173:12,18
177:11 187:15
188:14,18 189:18
189:22 190:5
193:7 200:11
201:3,16 202:2,14
204:11 210:20
246:15,23 247:4
251:2 263:3,9,10
263:11 300:14
301:3 317:4
**agreed** 74:2 120:5
120:17 131:25

182:2 229:17
**agreeing** 264:10
**agreement** 48:12
119:11,14,17,22
119:25 120:4,6,19
127:18 197:12,15
229:18,21 240:10
264:5
**agreements** 48:15
155:14 182:4
264:20
**ahead** 51:20 85:21
88:11,12 110:16
298:25 299:3
311:14,15,15
**aid** 16:13 85:21,25
88:12 172:8
178:12,13 182:21
185:14 248:11
249:21,24 250:9
250:12,12
**airport** 205:13
**al** 228:10
**alberts** 3:10 9:25
9:25 122:2 124:8
132:3 151:17
185:17 189:3
254:25 255:6
265:2,7 266:19
**allocated** 277:19
**allocation** 259:18
**allowed** 303:3
**alternate** 184:20
**alternative** 182:11
324:12 325:2
328:2,8,20 329:14
330:21,24 331:4
332:14,16 333:10
**ambac** 6:6 11:6
**amend** 48:14
**amended** 7:16
64:20 141:20,22
**amnesty** 136:6
170:7 171:2
**amortization** 89:9
322:9
**amortized** 237:24

**amount** 22:20 57:4 70:6 93:8 101:11 102:9 104:17,18 107:6,24 109:12 109:16 110:13 115:17 135:23 136:13 142:3,4,22 178:8 181:20 187:23 208:22 211:7 235:21 239:8 240:14 261:19 262:8 266:9 269:20 275:15 281:4,11 282:10 283:19 285:20,23 287:3,6 293:16 307:14 323:7,13,16 326:5 326:8,9 327:10 328:9
**amounts** 88:10 92:24 168:11,17 168:18,21 187:20 238:4 239:14,21 240:23 246:2 275:17,25 276:5,7 276:7,9,16 280:16 280:19 283:22 286:13 299:24 321:14,20 322:14 323:8,14
**analyses** 21:6,15,19 21:23 22:9,12,25 23:3 182:10 217:3 220:4 222:21
**analysis** 12:3 13:23 13:25 19:7 21:16 21:17 22:14,23 24:8 106:9,15,20 107:5,12,18,22 116:2 135:22 136:2 144:18,23 145:13,23 150:19 154:8 158:17 201:20,21 204:23 206:16 207:3 220:2,2,7,13 227:3,6,13 230:18 231:6 232:5 244:20 247:11 271:13,25 272:19 272:23 273:14,21 274:11 275:8 276:8 299:7 311:24 312:11,15 313:16,19
**analyze** 19:23 220:9
**analyzed** 275:11 324:11
**annex** 119:21
**announced** 243:12 270:14
**annual** 40:10 45:13 46:9 197:20 230:11 231:22 232:8 234:24 235:2 249:12 333:2
**annualized** 312:9
**annually** 197:22 198:15 249:13 333:7
**anomalies** 218:19
**anomaly** 219:21 221:4
**answer** 18:4,9 22:2 25:13 26:13 29:14 40:3 51:17,18 58:19,25 60:7 62:24 63:4 76:23 84:2 103:24 104:11 123:2 135:3 139:6 153:7 153:11 155:15 176:6 185:25 186:3 192:21 197:6 213:7,12,22 236:9 240:20 246:12 247:7 251:8 252:6 268:11 273:3,11 276:25 283:21 299:16 301:9 302:10,13,21,24 303:3,15 304:3,6 304:8,9,11 307:9 307:12 318:15
**answered** 41:14 50:4 63:8 97:10 229:10 302:7 304:4,10 306:18 317:7
**answering** 164:3
**answers** 104:15 282:7 335:5
**anticipate** 212:21 290:24 291:3 297:8
**anybody** 24:12 36:6 89:11 161:16 161:23 162:10,18 266:11
**apologize** 300:3
**apparent** 117:25
**appearance** 9:20
**appearances** 2:2 5:2 10:18
**appearing** 2:9,20 3:6,15,23 4:6,15 5:8,16,24 6:6
**applicable** 244:17 272:19,20
**applied** 15:2 285:22 287:6
**apply** 30:12,21
**applying** 14:22
**appointed** 120:10 171:22
**appointment** 267:25
**apprised** 131:9
**appropriate** 238:16 239:18 271:6
**appropriately** 164:4
**appropriateness** 334:4
**appropriation** 85:25 178:15
**approval** 259:13
**approved** 85:19,24
**approximate** 234:17
**approximately** 145:3,9 163:10 250:5 258:14 265:20 293:4
**arabic** 270:22
**area** 19:10 174:3
**areas** 47:23 52:12 270:16
**arent** 6:3 11:5 109:25 185:5
**arithmetic** 221:23
**arrangement** 28:16 29:6,12,23 30:5,9 72:6,18 238:14
**art** 12:23 329:12,16 329:18 331:6,18 331:22
**article** 8:2 79:15 158:2 265:10,11 266:20
**articles** 79:13 157:20 158:6,7
**articulated** 230:5
**artificially** 196:6
**ascertain** 31:3 37:19 157:5 160:14 166:20 206:17 214:22 218:18 219:11 222:13 223:4 226:24 238:14 244:16 271:25 330:12
**asf** 186:21
**aside** 158:17 262:9 262:11 332:7
**asked** 34:15 45:5 67:2 81:17 115:25 132:19 144:9,22 144:23 149:17 154:7 227:2,6,12 301:23 302:5,25 303:13 306:17 328:15 331:10,11
**asking** 20:2,3 82:5 87:3 175:10 268:3 268:5,8 307:10
**aspects** 25:5 82:15
**assessed** 210:18 250:23
**asset** 44:11 46:20 47:5 286:5,7 298:15,17 301:10 301:14 306:8,11 329:7,9
**assets** 44:10 48:3 127:9 223:11 329:3 332:15
**assist** 23:7,20 290:20
**assistance** 97:2 133:3 233:5
**assisted** 62:6 132:11
**assisting** 72:15 165:6
**associated** 202:16 203:10 204:25 210:8 231:15 318:9
**association** 213:15 213:16
**assume** 89:16 146:8 148:23,24 205:22 224:23 225:20,24 229:24 232:8 234:24 245:10 257:6 281:14,19 305:23 328:9 333:2
**assumed** 83:14 91:4 96:15 102:17 155:21 180:4 198:18 220:16 301:15 306:8 322:22 332:14,17
**assumes** 108:24 109:11 112:19 119:2 197:8 299:7 328:4
**assuming** 97:18,23

108:22 136:20
160:10 231:21
240:4 242:20
243:24 301:14,19
304:19,23 305:16
305:25 306:5
326:24
**assumption** 71:5
86:9 89:14,17
105:17 109:15
111:12 118:18
136:16 139:12,14
139:18 146:16
147:5 148:23
153:4 174:8 178:3
178:10 184:17
191:18 198:14
202:20 227:21,24
229:12,15,22
230:9,10 231:24
235:2,18 236:17
237:8 241:22
274:16 277:9,16
280:24 281:24
305:24 322:25
325:3 329:15
**assumptions** 21:9
22:4,24 24:4,18
38:17 67:19 68:17
71:9,19,22 72:2
74:24 75:3,4,7,9
75:11,14,18,22,25
76:2 77:17,19,22
78:3,8 81:5,8,11
82:7 85:7,12,16
86:6 88:20 89:5,8
90:4,8 91:11
93:16,20,21,24,25
94:4,5,11,13
118:23 129:8
131:6 146:24
147:23,25 148:4,5
148:7,10,19 149:8
150:5,12,21
151:19,21,22
152:7 153:15
158:16 165:8

177:20 179:4,5
182:6 187:2
188:14,17,20
200:9,23 201:10
211:14,18,21,23
212:9,11,13,14
216:2,5,18,19,20
216:23 217:2,12
217:16 227:15
228:5,25 229:6
233:8,11,14,21
237:3,5,9 238:2
241:7,9 245:8
247:14 253:10,10
253:16 280:4,10
280:13,16,21,22
281:3,7 282:3,5,6
292:15 298:2,4,9
298:19 299:20,21
300:9 301:7
305:20 306:2
307:16 314:8
324:21,23 326:5
327:4,7,8,15,16
328:11 329:7
**assurance** 3:24 6:6
11:6
**assured** 4:15 10:10
**attached** 190:9
232:7 335:6
**attaching** 252:9
**attachments** 7:20
**attacking** 59:23
**attempt** 157:3
253:6
**attempted** 138:9
194:4 214:14
**attempting** 194:8
282:9 283:6
**attended** 253:4
**attention** 128:15,19
222:2
**attorney** 321:11
**attributable** 102:13
105:15,20,24
106:6,10,21 107:8
107:24 158:24

239:14 294:17
**attributed** 269:5
**attributes** 103:21
**attrition** 57:3 59:4
59:22 225:3,5
**audit** 114:24
316:13,13
**audited** 114:22
246:9
**auditing** 14:7,9
115:3
**audits** 246:14
**augment** 300:22
305:12 306:6
**austin** 5:21 11:3
**authority** 53:10,16
53:22 54:2,11,15
54:25 55:10
**available** 109:23,25
111:13 130:15
132:22 139:24
142:23,25 147:22
148:8,13 179:14
187:20,23 188:10
209:20 219:24
244:21 267:8
269:21 274:3
280:6,14,17
281:11 282:10
283:20,23 287:11
287:20 324:9
**avenue** 1:15 2:7,18
4:4,13 5:6,14 9:17
**average** 220:25
221:2,2,7,8,10,22
221:23,25 222:4,7
222:9,11,15 231:7
330:8
**averages** 231:3
295:6
**awarded** 243:3
**aware** 31:2 33:3
34:5 47:7,11
51:10 53:10 75:9
107:21 126:25
128:20 129:2,21
131:19 133:7

137:6 138:3
139:19 141:6
156:11 161:16,23
162:10,18 163:4
164:8 171:21,24
172:25 179:17
180:9 202:10
203:17,19 204:25
207:21,22 209:25
238:25 239:6
245:21 260:3
265:24 292:19
293:3,25 296:22

**B**

**b** 7:11 217:15
234:23 283:25
284:2,4 309:12
334:10
**back** 27:24 29:8,10
30:7,11 31:19
32:16,16 42:15
46:24 50:24 55:17
65:10 66:21,24
68:20 80:17,20
87:8 95:9 103:4
107:15 112:7
117:15,23 118:3
121:6 122:20
134:25 136:18
137:4 139:3 141:4
141:21 142:13
147:17 160:12,13
160:18 167:13,24
168:7 170:21
177:2 179:22
180:5 196:24
204:7 209:2
210:18 223:20
230:3 238:16
241:21 244:14
250:3 264:12
270:5 274:25
275:22 281:8
284:10 289:21
309:19 313:17
317:19 320:19

321:6 330:19
333:8,15,17 334:8
**backandforth**
168:5
**background** 13:24
**bad** 166:17
**baddebt** 168:19
**baked** 138:16
168:20 229:12
**balance** 99:14,19
205:16 315:20
**balanced** 172:23
**balancing** 187:22
**ballpark** 57:25
58:3 225:15 275:3
**bank** 3:6 10:5
207:13,19,24
208:2,7
**bankruptcies** 18:8
37:20,22 38:13,25
39:7,9
**bankruptcy** 1:2 9:8
17:20,22 18:2
20:17 30:5,16
36:23 37:2,3,13
37:16,25 66:12
72:7,9,20 73:3,6
73:25 90:2 95:25
96:8,17 97:2,8,20
113:4,13,17,20,24
114:4 115:7,11,21
116:3,5,9,14
120:24 122:11,13
123:5,10 124:2
134:7,13,23 135:8
140:9,24 141:7
144:4,15 152:3
155:8,10 156:5
161:16,18,24
162:6,22 164:9
181:16 198:8
259:13 313:9
333:23
**bargain** 132:5,20
184:15 244:5,6
278:14 289:2,4,15
289:23 290:14,15

331:7
**bargaining** 48:12
48:15 155:14
264:5,20
**base** 158:15,16
310:15 332:22
**basecase** 326:16,19
326:22 327:9
328:2,4,8,21
329:6,15 330:22
332:14,20,21
**based** 16:6 38:17
45:9 69:19 75:20
80:22 81:3 85:17
86:13 108:21
116:18 121:14
122:10 144:5
150:11 151:19,20
152:25 153:14
186:16 187:2
190:13 197:11
198:13 199:4
211:14 215:25
216:23 217:11,18
217:20,22 218:5,7
219:9,23 221:9,23
221:23 222:16
223:11 227:21
228:3 231:23
232:19 233:10
235:13 237:16
250:14 266:4,10
280:5 282:20
283:23 291:19
294:12 300:18
314:3 321:21
323:3,6,12 326:3
326:4 327:3
**baseline** 108:17,24
109:3,11,17,24
110:3,7,9 112:18
112:25 113:2,6,10
113:11,19 114:3,7
114:10 117:6,14
117:17,22 118:13
118:15 119:2,3,6
137:13 149:18,21

149:25 150:8,13
152:25 153:3,15
155:22 241:8,20
241:25 256:22
278:5,9
**basic** 94:6
**basically** 36:15
54:8 86:3 141:13
170:21 218:18
221:9 231:12
235:5
**basis** 46:9 65:15
70:23 130:22
131:2,10 175:8
176:2 190:18
193:21 241:5
248:11 250:15
308:19 320:12
325:4 330:6
**bates** 189:4 252:17
254:25 255:4
265:3 267:7
**bea** 230:17
**bear** 198:4
**beginning** 55:18
147:18 204:8
224:24 270:6
322:4 325:25
326:11
**begun** 116:16
**behalf** 2:9,20 3:6
3:15,23 4:6,15 5:8
5:16,24 6:6 10:2,5
10:7,9,14,16,22
10:25 11:3,6
195:21
**belief** 297:23
**believe** 30:20,24
33:20 42:5 44:7
49:13 50:17,21
98:12 101:14
102:15 124:16
133:10 136:25
193:16 194:11
197:2 199:10
205:18 207:9
208:22 210:5

226:22 239:16
245:10 250:13,17
253:9 254:5
258:18 264:9
267:10 278:6
284:18 294:20
302:6 333:11
**believed** 53:13
**believes** 144:19
293:25
**benefit** 100:25
111:18 226:5,11
246:19
**benefits** 12:8 53:19
100:6,15 103:14
103:17,25 236:25
**benton** 5:20 11:2
**best** 77:2,12 118:10
156:9 168:24
169:25 181:18
190:11 297:11
**better** 23:3 33:10
39:3 45:5 51:4
77:6 86:17 87:12
89:13 101:4
130:10 177:19
178:4,6,22 179:12
179:16 204:12,15
204:17 248:19
257:8 279:11
282:19 296:8
317:13
**beyond** 41:18 97:2
97:16 192:19
198:20 200:25
228:6 234:21
237:21 277:20
298:12 299:10
306:7
**bhargava** 4:11 10:8
10:8
**big** 19:22 56:6
69:14 70:3 87:15
87:21 88:2,5,6,7
88:24 136:24
183:9,21 194:2,19
236:15 253:25

**biggest** 44:8 47:15
47:22 59:15,16
87:18 182:17,22
183:4,11,14
199:12
**bigticket** 56:14
**bill** 8:4 170:10,11
**billed** 27:23
**billing** 27:11,18
**billion** 100:19,21
109:12,25 119:2,5
127:19 133:2
140:20,21 145:4,9
150:11 186:25
210:24 211:13
**billions** 210:22
211:2
**bills** 140:4,5,6,9
144:3 168:15
**binding** 229:18,20
**bing** 293:21
**bit** 330:23
**blight** 7:24 12:20
101:7,12 102:5,21
103:14,19,21
104:2,6,21 105:7
105:9,16,20,23
106:4,6,10,16,18
106:21 107:2,5,8
107:15,25 109:18
110:5,10,14,14,17
110:18,19,22,23
111:8,15,24
145:19 233:24
234:2,6,10 243:9
250:25 251:6,9,15
251:22,23 258:22
259:23 260:3,15
260:18,19,22
261:2,5,16,19,25
262:10,12 263:3
263:11,24 265:3
270:9,17 284:16
285:6,21 286:4,14
286:24,25 287:5
287:13,16 288:2,6
288:13,13,24

289:13 290:21,24
291:4
**blightelimination**
111:3,20,25
112:10 262:17
263:12
**blightreduction**
101:22 102:13
142:20 234:5
250:17,21 252:3
260:10,17,24
261:13 262:20
**blightremoval**
111:6 112:5
233:25 260:6
262:23
**blips** 219:16
**board** 42:5 83:6
119:25 187:19,25
188:9 229:3,14
252:10
**bob** 21:10 312:16
313:22
**bond** 334:10,12
**bondholder** 151:6
**bondholders**
151:14
**bonds** 330:11
**bonus** 225:25
**bottom** 199:25
216:17 224:6
226:9
**break** 11:23 42:7
42:10 55:12,13,16
94:16 95:8 147:12
147:16 203:22,23
269:24 270:4
309:15,18 319:9
319:10
**breaking** 95:2
**breathing** 113:4
**brent** 81:6
**bridge** 64:17 69:16
87:9 195:2 291:21
**brief** 42:14
**bring** 99:25 210:22
266:21

**brings** 292:20
**broad** 14:12,18 15:14,21 22:4 26:11 33:11 39:8 71:18 75:9 81:8 220:7 327:6
**broadly** 40:19,24
**broken** 104:24 109:5,9
**brought** 29:2 31:23 32:3
**brown** 293:23
**buckfire** 21:2 22:8 23:24 45:5 46:19 89:13 90:10,12,13 90:24 91:10 224:10,12 233:17 233:22 330:12,18
**buckfires** 108:14
**budget** 40:5,6,10 40:13 41:5,8,16 42:24 43:2,6,7,13 43:15 81:7 85:19 85:24 98:3,11 116:20 117:12 141:2,11,12 172:18,23,24 200:8,18 235:4 237:3 250:15 263:17 272:2 314:18
**budgetary** 315:8
**budgeting** 157:21 158:3 261:16
**budgets** 8:10 39:23 40:25 41:11,13,20 41:22 98:8,17,18 158:7 166:13,20
**build** 79:14
**building** 46:24 320:6,6 329:9
**built** 138:12 210:19 229:5
**bullet** 256:11
**bureau** 230:18 231:6 232:2,3,4,5
**business** 80:22 81:2 81:10,15,19,24 98:15 187:16 188:6 246:8
**businesses** 245:22 246:3,5
**buying** 175:24
**bydepartment** 241:5

**C**

**c** 1:16 2:19 3:14,19 4:14 7:2 9:2 225:24 335:2,2
**ca** 336:6
**cacsr** 336:21
**cafr** 172:22
**calculate** 104:18 221:22 282:9,15 283:7,13,18
**calculated** 112:19 280:7 321:14
**calculating** 222:7 240:23 283:7 311:20 312:6
**calculation** 330:3
**calculations** 220:16
**call** 308:8,10 333:19
**called** 26:6 42:2 96:4 140:12,25 141:14 199:25 216:20
**cancel** 74:11
**cant** 16:14,25 31:22 41:5 45:2,3 47:25 51:13 52:17 58:3 60:7 61:8,21 63:3 63:20 71:15 90:21 90:25 91:22 92:24 93:7 94:25 95:18 106:3 107:23 124:21 126:22 127:11 145:12,15 145:21 152:17 153:5,5,9 166:19 169:13,19 202:12 215:17 216:4 240:13 244:10,24 246:14 247:8 254:11 279:16 292:2,9,16 300:24 303:5 314:8 320:22 329:20
**cap** 228:16,19,22 228:22 229:8,18 230:5,7
**capexdriven** 70:17
**capital** 3:24 208:17 318:10
**capped** 227:19,23 228:7
**capping** 228:9
**caroline** 6:2 11:5 21:10 36:8
**carried** 40:22
**case** 9:10 12:2 20:24 22:19,21 30:19,23 35:12,16 37:14 40:2 67:3 80:22 108:6,13 136:25 155:25 181:7,9,12 196:7 212:19 332:22 333:23 336:14
**cases** 15:7 39:19 50:10 123:22 138:17
**cash** 44:3 72:16 73:7,8,18,19 114:12 123:21 124:5 254:6 286:18
**cashflow** 165:7
**casino** 88:14 137:2 182:21
**casinos** 13:3
**catch** 95:3
**categories** 254:13 254:13
**categorized** 114:13
**caught** 171:3
**cause** 191:22
**caused** 197:19
**caution** 192:13 213:8
**cbo** 235:3,11
**cells** 118:15
**census** 226:20
**central** 205:17
**certain** 25:9 40:21 40:25 41:16 50:10 51:2 76:9 82:8,15 85:8 119:23 138:17 165:3 230:21 261:6 262:19 264:11 281:3,7 288:5
**certainly** 149:11 153:24 155:9 244:24 257:5 287:23
**certificate** 336:2
**certified** 1:21,22 9:14 336:5,6
**certify** 335:3 336:8
**cfo** 73:2
**chadbourne** 4:12 10:9
**challenge** 121:16 121:23 317:11
**challenges** 269:20 315:8 317:12,23
**chance** 314:24
**change** 68:17 69:22 71:5,5 72:2,3 86:2 89:20,23 92:9,9 114:9 117:17 139:9,12,13 147:25 148:2,4,5 148:6,7,18,21,22 149:8 150:6,21 183:12 188:15,17 188:19 190:3 191:15,19,22,23 192:17 193:4 199:4,12,13 218:12 235:18 280:10,13,16,21 280:24,25 281:2 282:2,6,6,7 296:12,13 301:7 325:4 332:5
**changed** 71:11,19 71:22 74:8 75:15 75:18 76:2,23 85:8 87:18 89:6,9 118:9 142:7,8 182:6 218:3 235:22 263:18 291:22 325:3
**changes** 25:10 68:21 69:14,17 70:2,15,25 71:4,9 71:15,20 85:11,15 86:21 87:7,9,11 87:15,19,21 88:5 88:7,8,20 101:3 114:3 120:8 139:2 139:9,10 151:3 192:2 207:2 218:23 221:12 236:18 253:25 254:8 262:8 269:22 279:19 291:18 292:14 293:5,11 294:7 327:23 332:8 335:6
**changing** 86:15 98:23,25 147:23 182:12 191:18 324:21
**chapter** 1:5 9:10 17:20,22,25 18:7 18:12,16,16,17,20 18:23,24 37:12,16 37:20,21,25 38:2 38:7,8,13,18,19 38:24 39:7,9,14 39:17,19 118:20 129:15 130:2,13 156:4,8 161:24 162:11,25 164:9 164:17 165:18,22 165:25 166:8 167:15,18 176:17 181:25 204:11,16 204:18 323:9

333:23
**characterize** 69:3
**characterized** 25:20
**charge** 83:11 170:21 196:17
**charged** 24:3 30:13 207:6
**charges** 182:20 217:12 223:10
**charging** 30:18 195:5
**chase** 279:13
**chasing** 278:25
**check** 27:24 29:8 29:10 30:7,11 65:10 80:20 117:15 137:5 139:3 141:4 167:25 168:7 210:19 241:21 330:17,20 333:8 333:16 334:8
**chicago** 3:22 127:12,13,15,23 128:6,10,23 129:2 129:9
**chicagos** 129:5
**chief** 293:23
**choices** 82:8 83:13 83:18,25
**chose** 67:20
**chris** 9:22 293:23
**christopher** 2:15
**chuck** 245:14
**churning** 110:21
**circulated** 333:14
**circumstances** 55:2 189:15 193:4 201:8,14
**citation** 202:12
**cite** 202:11,12 203:18,20
**cited** 158:9
**cities** 16:20,22,24 18:11,15,20 124:19,23 125:5,8 125:10,18 126:3,9 126:15,19 127:2,6 127:9 129:12,14 129:16,19,22,24 145:17 146:3,6,11 146:11,13 156:18 156:20 157:14 163:5,8,14 164:6 204:13,14,18,20 204:22
**citizens** 155:6 175:3
**city** 1:7 2:10 4:5 9:9,24 14:19,25 15:2,2,6,16,20 16:3,8,16,19 17:10,14,15,17 18:10,12 19:7,8 19:12,14,16 20:9 24:7,9,12,13,16 24:22 25:16 26:23 27:23 28:14,18,20 28:22 29:3 30:16 31:3,8,14,16 32:5 32:12,19,23 33:5 33:12,24 34:15,21 34:24 35:5 36:19 37:6,7 39:22 40:5 40:7,10,16 41:6,9 41:19,24 42:19 43:10,15 44:6,9 44:12,17,21 46:21 47:7,11,16 48:9 48:11,11,14,25 50:7,21 51:8,10 52:14,19,25 53:13 54:11 55:21 56:2 56:8,23 57:3,6,15 57:24 58:10,10,21 59:2,6,9,12,19,25 60:10,11,12,15 61:9,18,22 64:9 64:13,24 65:4,14 65:17,22 66:9 67:22,25 68:8 70:21 72:5,13,15 74:5,11 75:5 76:18 80:8,11,23 80:25 81:15,19,24 82:11,15,22 84:7 84:14 86:7 87:6 89:10,15,25 91:3 95:14,22 97:19 98:5,7,7,16,22 99:9,13,15,18,20 99:23 100:5,22,23 101:5,19,23 102:8 102:14 103:3,21 104:4 106:15 110:10,12,15,25 111:8,10,13,14,20 112:4,10 113:3 114:12,17 115:6 115:10,16,20,24 116:2,8,13,16 119:7,12,15,16,18 119:23 120:5,24 121:8,8,14,16,21 121:23 122:7,10 122:24 123:4,10 123:13,16,19,20 123:25 124:4 125:24 126:19 127:15,23 128:6 128:10,14,17,18 128:22 129:2,8 130:3,6,11,16,20 131:8,20 132:2,21 132:22 133:14 135:6,9,15,19 136:5,7 138:19,24 140:3,9,23 141:6 141:11 142:23 143:6,11,15,18 144:3,5,6,11,23 145:2,5,8,12,21 145:24 149:5,8,22 153:2,13 154:7,10 154:14,17 155:3,5 155:7,9,15,16,19 155:25 156:5,11 157:2,12,25 158:25 160:21,23 161:2,3,8,11,17 164:8 167:2 168:2 168:4,22 169:13 169:19 170:5,10 170:16,21 171:8 171:16 173:9 174:13,17,18 175:20 176:8,10 176:14,17,21,24 177:4,9,12,13,16 177:16,17,21,23 178:3,4,7,19,21 178:23,25 180:10 180:17,24 181:19 181:20,23 182:2 182:17 183:17,25 187:16,17,18,20 187:25 188:5,6,12 191:23 192:7 194:4,8,12 195:4 195:16,24 198:3 200:13 201:11 202:21 204:25 207:5,12,20,22 208:3,10,15,19 209:11,11,21 210:2,21 211:2 214:15,21 218:6,8 218:11,13,22 219:11 221:6 222:17,20 223:3,4 224:3 225:8,11 226:25 227:7,14 228:11,13 229:2 229:13 231:14 234:7 235:16 236:15 237:14,19 237:21 242:2,20 243:25 244:17 246:9,15 247:13 250:19 251:12 255:23 256:18 259:20 260:4,7,11 260:18,20,21,23 260:25 261:15,16 261:18 262:2,6 263:6,14,22 264:3 264:7,9,15,17 265:22 269:16,16 269:19,21 270:16 271:5,9 272:6,8,8 273:19 274:3,4,12 274:23 275:16 276:15 277:6,11 278:2,19 279:7,16 279:17,22 280:2 284:15 286:4,17 286:18,23 287:10 287:17,23 288:6 288:11,16,18,19 289:2,7,19,22,25 290:6,9,9,17,18 290:20,23 293:25 294:6,13,18,25 295:7 296:19,23 296:24 297:5,8,11 297:17,22,23 298:5,11,17 300:19,20 305:9 305:14 306:3,14 306:24 307:4 308:23 309:2,4 310:10,22,23 311:5,8,9,11,18 312:4,17,19,20,21 313:8,10,11,12,25 314:3 317:23 318:5 322:4,7,9 322:13 323:21 324:4,7,9 325:22 326:6,7,24 328:5 328:16,21,25 329:7 330:9 331:23 332:3
**citys** 25:5,20,24 26:6,20 32:3 41:11 48:22 50:16 59:20 102:5 108:18 114:22,24 115:4 116:5 119:19 121:3,4,9 122:12 130:24 131:10 132:9,16 152:25 154:21 157:17 161:13

167:22,23 169:25
170:2 182:23
183:4,11,15 185:2
200:8,16,18,25
201:9,13 210:23
214:11,23 217:4
234:5 236:19,21
237:3,5 260:13
261:5,12 263:17
268:23 289:3
294:9 310:13
312:23 313:4
323:5,11 326:12
328:12 331:15,18
331:22
**claim** 211:8,12,12
252:2 321:14
322:5
**claimants** 323:6,8
323:12
**claimed** 156:5
**claiming** 149:4
156:12
**claims** 19:13,22,24
20:9 152:10
195:22,25 196:5
294:2,25 295:3,4
321:24,25
**clarification** 20:21
32:8 184:12
243:21
**clarify** 91:9 249:19
**clarity** 184:6
**clark** 2:6 10:6
**class** 152:24 230:11
**classes** 152:22
**clawback** 180:7
**clawbacks** 180:2
**clean** 36:20
**cleaner** 202:21
**cleanup** 250:22
**clear** 132:18,24
153:13 162:3
177:23 179:6,9,13
228:25 229:15,22
249:22 322:18
327:18

**clearly** 230:4
**client** 152:2 166:25
**clients** 19:20 27:8
174:12
**cline** 21:2,5,15,15
21:16 30:22 108:9
137:19 216:15
217:3 312:16
313:22
**clip** 285:12
**close** 101:14 150:11
207:15 208:8
231:3
**closed** 331:15
**closings** 173:9
**cola** 186:18 187:4
**colleagues** 23:24
**collect** 136:4
159:11,12,23,24
171:7 266:11
**collectability** 126:7
**collected** 135:15
208:25 240:5
257:7,15 258:12
266:2 318:12
**collecting** 135:19
238:15
**collection** 52:10
125:21 126:11,12
135:7,12,25
136:11,20 137:3
168:19 169:24
209:5,7,13 239:14
250:22 256:12,13
258:18 281:10
331:18,22
**collectionrate**
136:16
**collections** 34:22
114:12 125:15,22
126:2 135:10
143:3 154:11
171:9 239:23
257:18,22
**collective** 48:12,15
155:14 264:5,19
271:4

**collectively** 273:4
**collects** 208:11,16
**combination** 57:2
105:12
**combined** 237:2
**come** 36:12 44:16
44:18 52:3 53:3
59:4 63:17 67:19
70:4 88:24 90:15
98:3 136:6,10
147:5,8 183:9
190:18 194:21
213:3 215:7,10
221:17 224:16
225:22 226:3
227:20 232:15,17
235:2,20,22 238:2
249:25 291:4
299:14 302:11
322:16 323:25
324:5,9 328:6,18
333:17
**comes** 19:19 35:21
50:11 51:21 56:3
56:6 108:16 109:7
126:23 139:4
153:21 155:14
180:14 235:3
243:5,5 291:6
318:21 321:25
329:23 332:10
**comfortable** 18:18
18:24 20:11 22:12
26:12 40:24 59:23
61:2 119:4 174:9
176:11 247:18
**coming** 28:16
50:24 83:9 110:14
131:22,23 133:11
184:17 222:25
229:14 237:20
241:2 244:10,12
288:6 289:5
**commencing** 1:17
**comment** 18:3
25:22 26:18,19
31:22 37:17 45:2

45:3 84:10,23
90:6 127:11
160:25 161:5,7,13
166:19,23,24
173:7 195:7 317:2
**commercial** 209:3
234:2,6,10
**committee** 3:15
10:2 323:19
**committing** 101:20
**common** 18:17
127:15
**communication**
7:19
**communications**
130:18
**commute** 8:3
**commuter** 137:21
**commuters** 137:10
265:12 266:11
**comp** 294:7,25
**companies** 209:15
**company** 4:7 9:16
**comparable** 146:11
204:13,14,22
279:18
**compare** 247:21
**compared** 38:23
49:14 57:23 59:3
68:2 88:17 100:11
129:4,5 195:12
196:13,14 197:4
202:23 206:15
221:7 225:12
246:25 247:3,6,10
249:3 250:8
**comparing** 38:11
**comparison** 149:13
**compensation**
27:14,18 28:11
294:2,10,11,17
**competitive** 310:12
313:4
**complain** 94:21
**complete** 65:16,18
65:20 114:20
212:18

**complex** 64:4,6
**compliant** 274:5
**complicated**
218:15
**component** 19:22
62:12 98:14 170:9
170:24 210:11
232:7 236:21
**components** 16:16
23:21 39:18 43:22
43:23 169:22
206:23 209:10,14
271:24 296:14
**compounding**
236:7
**comprehend**
159:21
**concept** 208:21
**conceptually**
187:11
**conclude** 67:25
**concluded** 96:17
181:23 268:17,21
314:4 334:22
**concludes** 334:19
**conclusion** 268:24
315:20
**condition** 57:7
58:24 59:11,14
121:4 123:7,12
129:19 131:10
145:6 161:4,9,23
164:21 166:12,25
269:18
**conditions** 247:13
269:6
**conference** 42:25
44:2 252:18,22
253:8,9,16 254:8
254:9
**conferences** 120:2
**confidential** 16:23
181:5
**confirm** 137:18
**confirmation** 85:23
212:22
**confirmed** 72:20

73:16 74:2 86:4
118:21,25 316:9
**conform** 37:20
**congressional**
235:4
**conjunction** 42:4
43:8 51:23 188:8
**consensual** 182:4
**consensus** 41:23,25
42:3,19,20 190:14
252:16,18,22
253:8,22
**consent** 119:14
**consideration**
208:19 246:21
**considerations**
296:25
**considered** 262:6
291:7 295:8
331:14,17,21
334:3
**considering** 310:10
311:8,9 313:6
**consistent** 82:21
205:25 211:4
251:8 273:12
315:9 323:17
**consistently** 26:5
173:11
**constant** 78:3
139:15 177:21
178:9,22 179:10
237:6 280:25
281:15,21
**constantly** 168:25
**constraints** 163:2
**construct** 49:23
50:5 288:8
**consultant** 31:5,19
31:24
**consultants** 31:8,13
32:12,22,24 33:5
33:25
**contain** 212:17
**contained** 47:6
190:2
**contains** 79:16

**contemplate** 314:9
**contemplated**
288:20,24 289:12
289:15 290:14,16
331:6
**contemplates**
287:10
**contemplating**
46:22 124:16
128:7 287:18
313:8,11,13
**context** 14:17 15:6
18:6,7,7 20:3
31:12 39:4 81:20
84:10 87:10 88:2
96:5,10 125:3
156:18 187:9,20
210:5 247:16
277:15 282:23
292:8,17 315:11
318:4 319:2
**contingencies**
200:25
**contingency** 116:12
140:12,14,22,24
141:3,6,10,15,16
142:2,5,8,12,14
234:12,19,22
**contingent** 29:11
29:22 30:4,9
259:18 260:4
261:6,13 262:17
262:18,22 263:4
263:12
**continually** 70:19
**continue** 34:21
56:16 68:8 72:6,6
72:9,19 97:19,25
115:7 133:5
136:15 142:21
143:4,11,15,18,25
144:3 150:25
151:3 168:11
174:21 180:4
242:21 295:14
297:9,22,24
299:12 304:20

322:15 329:3,9
**continued** 233:5
317:20
**continues** 54:8
118:17 136:17
246:17 298:17
329:4
**continuing** 73:5,14
94:8 134:19
176:25 249:25
**continuous** 70:23
**continuously** 72:2
**contractual** 230:12
**contribute** 131:25
**contributed** 60:15
60:17 61:10 63:11
63:21
**contributes** 268:22
**contributing** 132:7
132:14 177:13
322:5 328:25
**contribution**
132:20 325:23
**contributions**
101:19,23 124:4
124:12,17,18
176:21,25 237:21
244:7 322:7 323:6
323:12,17,25
324:3,4,7 325:24
326:12
**control** 44:18 201:2
294:6
**conversations**
116:7 217:7
222:16,19
**conversed** 21:11
**conveyed** 318:19
**conway** 21:2,22
23:24 62:5,8,20
75:5 96:7,13,16
96:22 97:9,18
116:23 118:5
133:2 137:18,25
159:2 160:5,17
239:17,24 240:15
240:22 245:16

251:18 254:21,23
257:9 258:2,7
294:21 295:9,18
296:16
**cooperate** 48:19
**cooperation** 138:20
**copies** 284:21
**cops** 152:5 211:8
211:12 223:22,23
324:15 325:6
327:14
**copy** 188:23 199:14
199:15 211:25
267:5
**core** 184:23
**corp** 321:25
**corporate** 34:24
125:24 146:7
209:3,16,24 246:7
**corporation** 6:7
11:7 158:18 171:5
**corporations**
209:20
**correct** 11:16,17,21
12:6,7,9,14,16,19
12:24 13:2,5,14
14:11 15:25 17:2
17:10,17,18,23
18:21 19:3,18
20:7 21:3,4,20,21
21:24 22:10 23:21
23:25 24:2 25:17
25:18,21,25 26:9
28:18 29:17 31:18
32:5,13,14,22
33:6,15,16,18,21
34:2,6 37:9,22
38:7,9,13,25 39:7
39:17,20 40:9,20
41:7,10,13,24
43:6 45:14,15,20
45:21,23,24 47:3
48:10,13,16,20,23
49:21 50:3,9
52:11 53:10,12,16
53:17 54:14 55:4
55:10,11,22 57:17

59:11,14,20 60:11
61:11,13,19,23,25
63:22 66:19 69:8
69:9,12,13 71:17
71:21 72:3,4 73:6
73:16,17 74:3,25
75:2,6,12,17 76:6
76:14,20 80:3,10
80:11 82:9,12,13
83:4,14,20,25
84:7,14,20 85:4,9
85:10 89:7,16,18
90:2,19,20 91:4
92:19,23 93:2,10
95:19 96:2,9 98:8
98:9,18,19 100:2
100:8,17,25 101:7
101:8 103:14,22
103:24 105:10,16
105:20,21 106:11
106:18,22 107:6,9
107:13 108:20
109:2,19 110:7,9
110:11,19 111:3,9
111:15,21 112:12
112:21 113:13,21
114:13,17,22,23
115:8,12,15,22
116:3,6 119:8,12
119:13,15,20
120:10,15,24,25
121:5 123:7,8
124:3,20 125:12
126:5,11,16,21
127:8,20,25
128:11,24 129:3,7
129:23 130:13
131:11 135:16
136:15 137:11,12
137:16 138:6,7,10
138:14,21 139:11
139:13 141:7
142:21 144:11,12
144:20,21,24,25
145:21,25 146:2,4
146:5,7 147:2,24
148:3,9,14,20

149:6,15 150:2,18
151:8,15 152:4,20
153:20 154:2,8,9
154:15,18,23
155:4,11,20
156:14,22 157:13
158:11 159:9,16
160:3 163:15,20
164:12 165:15,19
165:25 166:12
167:15,18,19
169:4 171:19
172:25 173:15,21
174:14,22 175:3
175:17 176:15
177:14,19 178:7
178:20 179:2
181:25 184:4
185:7,8,10,16
186:12 188:7
189:11,12 190:15
191:9,11,11,13,16
191:25 192:7,15
192:24 193:5,8,25
194:6,7,10,14,17
195:6,18 197:10
198:10 202:5,11
203:3,11,18 205:2
205:3,5 206:20,21
207:14,24 208:12
208:13 209:8
211:3 214:12,13
214:16,17 215:8
215:15,24 216:15
216:16,21,24
217:5,6,13,24,25
218:3,6,7 219:4,5
219:15 220:3
221:19,21 222:18
224:25 225:2,8
228:17 229:9
230:7 232:11
233:18,19 234:4,7
235:17 239:2
242:4,22 245:5
248:17,22 249:7
249:14 253:8,23

257:7,15,23
260:12,18,24
261:7,15 262:3,12
262:17,21 263:14
263:23 264:3
266:12,13 267:9
267:17,22 268:2
271:11 272:6,17
273:2,8 274:13,14
275:9,10,12
276:13,17 277:14
277:15 279:16,23
280:21 281:5,12
282:4,8,11,17
283:3,8 287:14
288:3,15,21
289:10,17,21
290:7,12,25 292:3
292:21 298:7,13
298:24 299:11,25
300:12,13 301:16
301:17,21 304:16
304:17,21,25
305:4,11,18 306:7
306:10,16 307:2,8
307:18 308:25
309:6 313:21
316:19,20,23
317:16,24 318:7
321:16 322:2
323:5,11,21 324:2
324:6,24 326:21
327:3,10,22 328:6
328:23 330:4,5
332:4 335:7 336:9
**corrections** 335:6
**correlates** 112:16
**correlation** 27:17
248:23
**corresponding**
48:4 245:17 274:7
**corrupt** 83:24 84:6
84:18 85:2
**cost** 13:10 47:15,21
47:23 49:9,10,12
50:10 51:21 52:14
52:19 53:2,20

55:21,24 56:7,19
57:19 60:14 69:24
86:9 98:22 100:2
100:25 102:21
103:20 105:22,24
106:4,5,9,17
107:7 111:19
112:11 113:3
134:19,22 173:25
174:9 176:9
183:11,15,21,25
185:21,24 193:24
194:2,13 198:5
206:23 226:25
227:7 230:22
231:22 232:9,19
235:16,20,22
245:11 259:19,21
260:5 261:14
263:5,13 297:20
316:23,24 317:3
**costcutting** 115:10
193:11,14,15
194:5,17
**costeffective** 228:6
**costreduction**
298:22 299:9
**costs** 19:23 48:9
49:4,14,21 50:3,9
50:18,22 51:2,2,3
51:7,11 54:18
56:16 57:23,25
58:23 59:3,10,13
60:11 66:23 68:2
68:8 76:18 96:21
100:7,7,11,16,20
102:13,20 103:13
103:19 105:19
106:16 112:4
115:7,24 116:2
117:4,10,20
121:11,17,24
123:16,21 125:6
127:24 134:6,12
135:3 139:11
143:15 154:17
156:6,6,6,12,20

157:4,11 159:23
164:20 165:13
172:25 173:5,21
176:15 180:12,18
182:23 183:4
184:23 185:5,14
186:10 194:20
198:3 206:4,18
225:8,9,12,15
226:16 227:15
228:13 232:14,17
260:15 262:20,23
286:14 293:14
294:10,11,17,19
295:12 296:22
297:2,10 298:2,7
298:12 299:10
309:11,11 316:3
316:25 317:2
327:5,10,13,24
**couldnt** 61:17
**council** 82:15
119:16 177:10
187:25 264:18
**counsel** 9:19 10:20
190:6 318:14,18
336:13
**count** 165:9 303:23
318:2
**counted** 68:20
**country** 39:10
127:10 129:12,17
129:22,25
**county** 170:15,16
208:20
**couple** 15:7 56:24
74:9 166:14
186:22 230:15
284:21 330:7
**course** 21:16 58:16
87:11 98:15
100:13,14 101:13
184:24 192:2
210:21,25 244:2
244:25 260:7
329:10
**court** 1:2 9:8,15

29:18 55:13 92:16
94:23 106:4 223:9
238:25 239:4,12
239:15,21,24
240:5,13,17
244:25 256:8
257:6,11,14,18,23
258:5,17 259:13
**courts** 258:12
**cover** 30:17 94:12
**coverage** 121:11
**covered** 149:12,12
**cpa** 13:19,20
**create** 36:15 64:10
79:3 91:12 114:3
190:22
**created** 36:23 37:3
37:6 64:12,23
65:3 68:11 69:16
70:20 71:2,16,19
75:12 76:5,13
80:21 86:22
110:19 146:18
**creating** 78:11,22
**credit** 27:11 252:2
333:24
**creditor** 4:15 10:9
20:13,15 91:2
181:14,24 289:7
289:15 334:5
**creditors** 8:8 67:17
70:22 130:12
133:16 144:19
147:23 148:9,14
148:20 149:5
151:7,7,24 152:3
152:8,12,15
153:25 182:4
279:22 280:2,7,11
280:14,17,20
281:5,12,21,23,25
282:4,11 283:20
283:23 284:13,24
285:25 330:2
**criminal** 84:18
85:2
**crisis** 129:13,23

145:3
**criticized** 25:23
**crosstalk** 303:7
**crr** 336:20
**crux** 87:18
**csr** 336:20
**current** 83:4 89:17 92:2 101:9 136:14 155:24 161:15,25 162:11 179:4,5 234:8 256:9 264:8 271:2 299:10,14
**currently** 82:11 96:11 97:7 98:16 146:25 148:16 158:25 183:3 301:21 326:3,13 331:6
**customary** 318:22 318:25
**cut** 48:9 49:6 59:10 60:11 113:8 115:7 115:24 123:16,20 123:21 126:16,20 126:23 127:2,23 128:3,4 143:15 165:13 185:6,15 186:11,17,19 194:13,20 198:22 206:18 250:6,11 250:13,16
**cuts** 56:12,21 57:3 123:23 186:13 187:9,11
**cutting** 55:21,25 56:8,19 134:6,12 134:19,22 164:19 172:25 173:5
**cycle** 318:11

**D**

**d** 1:16 2:19 3:14 4:14 9:2 226:6
**data** 22:5 86:4 94:9 112:3,9 114:22,25 115:4 202:3,15,24 219:3,14 220:3,5 220:15,18 221:19 221:20,24 222:12 222:14 226:20 231:4 233:15 235:10 305:8
**date** 77:3,13 120:16 254:5 266:19,23 286:19,20
**david** 5:4 10:24
**davis** 3:3 5:5 10:24
**day** 2:17 9:12,23 124:5,6 223:6 228:4
**days** 165:21
**daytoday** 130:21 131:2,9
**dc** 5:23 6:5 9:13
**ddot** 54:19 151:3 232:23 271:22
**deal** 126:15 129:12
**dealing** 64:8
**deals** 177:25
**debt** 171:16 183:7 183:18 184:24 330:9
**debtlike** 261:4
**debtor** 1:9 2:20 9:10
**debts** 168:13 169:3 169:5,8,13,19
**decade** 235:8,9 249:7 322:16
**decades** 161:4,6
**decide** 83:12,16 175:20 188:11
**decides** 155:3 175:20
**decision** 102:5 264:15,17
**decisionmakers** 83:2,4
**decisions** 35:2 84:7 84:9,19 311:13
**decline** 174:2,6,22 194:22 198:15 249:2,20 310:14 312:25 313:2
**declined** 207:3 249:3
**declines** 173:13,19 173:20 175:3,17 175:19 176:8,13
**declining** 122:4
**decrease** 102:12 105:19 125:6 180:12,18 205:24 206:9 221:5,7 231:9 293:13 295:12 297:20 298:7,12 299:10
**decreased** 101:12 112:4 198:5 206:20 296:22
**decreasing** 248:21 313:20
**deem** 216:3
**deemed** 220:10
**default** 261:18,24
**defaulttype** 263:19
**defer** 21:5,8,13 124:3 132:25 176:25 313:22
**deferral** 124:11,18
**deferrals** 123:17
**deferring** 123:22 124:4,16 176:21
**deficit** 141:12,13 150:11 167:4,12 315:12,19 317:19
**deficits** 153:3,14 160:24 161:2,12 162:4,9
**define** 62:17 70:9 71:10 86:24 87:4 87:25 88:2 151:11 187:13 263:24 291:12
**defined** 174:6
**defines** 271:14
**definitely** 56:5 66:10
**definition** 31:11 134:9,15,20 163:16,21,24 166:4,9 185:19,23 186:9 282:16 291:14,23 292:2,5 292:10,11
**definitive** 300:24
**delighted** 63:6
**delinquent** 136:3,4 136:11 168:15 169:3,5,8 170:13 170:17,23 171:16 208:19
**demonstrating** 202:15
**dentons** 3:11 10:2
**department** 43:24 53:9,15,21,24 54:9,10,19,24 55:4,9 60:2,3,4 168:8 175:24 183:7 184:18 193:22 194:5,10 194:13,24 195:4 195:17,21 196:2 196:11,19 197:2,9 197:13,20 198:9 198:12,16,19,23 199:7 205:8,9,18 205:19 206:12,14 206:17,22 207:6 218:11 220:9,24 221:13 224:2 231:10,13,13,16 231:18 232:18 243:6 256:24 279:14 292:19 293:3,11,12,18 316:10
**departmentbyde...** 175:7 193:20
**departments** 57:20 133:6 197:18 198:24 218:13,17 242:24 272:10,11 274:19 276:6 278:24 279:13
**depend** 54:2 82:7 155:12 171:25
**dependent** 200:7
**depending** 27:4 54:13 55:2
**depends** 26:2 50:13 51:12,22 52:21 60:25 62:15 64:4 76:7 77:16 92:4,8 100:3,9 110:20 126:6 142:22 148:5 154:24 159:10,22 173:16 175:6,6 180:19 191:17 263:16 271:12 273:22 280:22 282:5 307:3 309:2 326:14
**depictive** 222:10
**depicts** 108:18
**deplete** 329:3
**deposed** 11:16 319:4
**deposition** 1:14 9:7 35:18,20,24 62:25 296:20 308:7 334:20,22 335:4
**depositions** 35:11 35:15,17,22 81:22 319:6
**depth** 320:3
**derive** 220:20
**derived** 238:5 333:3
**describe** 74:25
**described** 326:10
**description** 7:12
**design** 226:25
**designated** 133:8
**detail** 21:25 22:3 22:13 24:24 158:8 171:12 225:19 238:3 244:16 320:15
**detailed** 22:20,23 24:4 44:4 60:23 116:24 139:5 219:10 220:7,8

221:15 241:14
272:22 273:25
320:7,10
**details** 21:9 23:4
160:14,16 187:10
210:13 238:17
251:18
**determine** 83:18
124:23 193:11
206:7 232:24
234:13
**determined** 268:14
**determining** 50:25
83:3
**detroit** 1:7 2:10
5:15 8:2,9 9:10,24
10:7 14:19 15:6
15:16,20,22 16:8
16:16,19 17:9,11
17:16 19:7,8,12
20:3,10 24:7,10
24:12,17 27:2,6
27:12,15,20 28:17
36:22 37:6,7
38:17,17,20 39:13
41:6 42:19 44:6
64:13,24 65:4
78:23 79:10,17,20
80:3,5,6,12,16
81:11 82:8 83:12
83:25 84:7,14,20
90:19,22 112:10
122:6 125:24
129:5 130:20
133:9 145:6
146:10,12 156:10
157:24 159:7
160:21 161:17,22
161:24 162:3,9,10
162:15,16 163:3
164:12,14,18,23
165:5,13,17,23
166:7,11,13,16
167:2,3,11,14,17
167:20 168:2,3,15
168:23 171:20,24
172:4,7,10,12,17

172:20 173:4,9
174:12 179:17
181:3 184:18
191:23 192:7
198:12 200:13
202:17 203:9
204:15,17 205:17
207:13,19 208:10
213:14,15 238:15
238:25 239:4,22
244:18 245:22
246:9,18,21,24
247:9,13 248:16
248:22 249:7
265:21 267:3,21
267:24 268:2,16
269:6,16 314:17
316:3,18,21 317:4
317:10,14,20,22
317:24 318:2
331:23 333:23
**detroits** 24:13
27:18 38:2 80:9
82:14 83:3,18
85:3 127:4 129:6
202:5 203:2,5
204:11 238:5,20
247:17,22,23
248:9 249:11,16
**detroitûwindsor**
238:6,10
**develop** 79:14
297:18 306:14,24
**developed** 43:7
71:23 78:17,17
80:6 295:15,23
296:2 300:10
**developing** 30:19
65:12 212:24
251:24
**deviate** 191:15
193:5
**dffa** 69:22 86:8
**dia** 321:25 331:15
331:18
**diblasi** 4:2 7:7
10:13,13 321:9,11

325:20 333:16,20
333:21 334:13,17
**dickinson** 5:13
10:22
**dictated** 222:20,23
**didnt** 17:9 19:17
29:15 37:6,18
38:10 74:14 153:6
179:19 200:16
207:22 219:13
240:3 253:6 268:6
276:24 289:9
290:24 304:6
313:19
**differ** 215:8
**differences** 189:14
189:16 253:15,21
254:9,12 283:2
**different** 16:12,13
16:14 18:14 22:6
23:6,8,12,21 24:2
29:9 62:16,18
63:16 65:19,25
66:2,14 67:8
68:12,18 70:22
75:16 76:3 78:8
83:2,13 92:2 97:4
103:5 110:12
126:18 133:6
140:8 149:25
153:19,22 157:25
164:24 182:12,16
185:3,10 209:10
210:7 215:14
222:12 225:21
276:6 278:24
279:13 301:9
304:15,24 305:8
320:13,14 324:23
328:11 331:5
332:15
**diplomate** 1:20
336:5
**dipompeo** 2:15
9:23
**direct** 27:17 46:3
103:23 104:11

107:19 112:13
203:12 251:4,6
**directblight** 104:3
**directed** 289:25
293:18
**directing** 302:12,14
302:23 304:2
**directional** 325:21
**directly** 94:8
109:16 111:11
112:16 116:11
130:19 149:18
176:20 196:6
**director** 81:7
**disbursements**
123:21
**disciplines** 23:7,13
**disclaimer** 189:10
190:8 191:3
282:24
**disclose** 16:25
213:10
**disclosure** 7:16
199:15 200:6
230:2 309:22
**discount** 330:3,16
334:4
**discounts** 29:9
**discrete** 94:5 96:12
96:20 104:25
105:4,11 107:14
148:23 240:12
242:24 306:11
**discretely** 109:21
140:25 232:6
**discretion** 154:21
**discretionary**
261:25 262:7
264:15,16
**discuss** 256:7
**discussed** 47:12
48:23 72:17 121:3
180:10,11 220:21
245:12 312:22
**discusses** 265:11
**discussion** 57:9
72:25 73:11,14

95:4 139:16
180:24 218:10
228:3,5 241:15
259:7 284:9 311:3
313:18 314:2
321:5
**discussions** 21:12
22:3 24:22,25
25:12 34:13,20,23
53:11 72:14,23
73:5,7,18 90:12
116:8 140:2
162:24 165:21
180:17,22 214:7
217:7 218:21
219:9,23 221:10
221:11 223:3
233:19 241:4,4
251:23 271:5
310:21,23 311:10
330:11,18
**disgorge** 324:15
**disgorgement**
325:5
**dismissal** 149:14
149:17,20,25
150:14,17,20
152:19,23 153:17
154:2
**dismissed** 113:13
113:17,20 114:5
115:8,12,22 116:3
116:6,10,14
142:20 143:3,10
143:14,17,23
144:2,10,20
154:15,18 155:8
155:10,20 156:2
**disparity** 151:6,11
151:14,18
**dispersing** 197:17
**disposition** 286:7
**dispute** 115:6
**distinction** 179:12
261:21
**distress** 125:7
126:16,21 127:3

127:25 129:13,17 129:22,25 163:15 163:17,22,25 164:5 165:20
**distributed** 280:7 321:23
**distributions** 329:25 334:5
**district** 1:3 9:9 165:10 239:4,11 240:12 256:8 257:11 258:5,16 315:7 316:11 317:3
**diverse** 23:20
**doak** 90:12 330:19
**document** 70:14 91:19,21 254:20 255:8 259:3 265:5 265:10 267:6 268:4,6,11 314:25
**documentation** 66:5,8 227:9 267:12
**documented** 79:2
**documents** 230:2 267:17 319:13 320:20 333:13
**doesnt** 45:11 54:16 55:8 109:18 133:15 162:25 170:13 179:15 239:13 245:25 255:4 285:11 295:19 300:19 304:14
**doing** 17:4,9 22:22 25:8 39:22 41:12 41:21,24 73:23 91:24 98:13,16 125:9 127:4,20 131:4 149:13 156:18 212:21 238:12 276:14 282:11 293:5 297:21 303:4 311:23 313:15
328:17
**dollar** 88:10 235:21 239:8 240:14 274:11
**dollars** 58:5 70:12 89:21 101:6 110:2 110:5 127:19 145:4,9,18 186:22 197:21 210:22 211:2,7 236:2 238:24 239:9 249:6 251:14,21 258:15 271:4 273:4,6,9 284:3 289:8 290:5,10 292:21 311:4,21 316:22
**donations** 243:25 244:2,4,11
**donors** 245:4
**dont** 11:20 13:21 13:25 14:7,20 18:3,22 21:12 24:20 25:2,13 26:10,11 27:25 28:6 29:3 31:11 34:18 36:9 37:24 38:18 39:6,12,16 40:4,20 42:10 45:10,18,22 48:12 48:22 53:17 54:20 59:7,21 60:21 61:13 62:7 63:13 63:17,19 64:6 65:8,11,19 66:15 66:15,24 67:23 69:2 70:8,9 71:4,8 71:10 76:21 84:22 87:22 90:3,25 92:10,12 93:23 97:6 98:22 99:7 100:20 101:24,25 103:16 104:10,15 106:12,13 109:5 110:15 111:10,11 114:6 115:6,23,24 117:19 118:14
120:8,16 122:3,6 122:22 124:9,21 125:14,15 127:21 128:5,9,13 129:8 129:9,16 134:15 134:17 138:22 141:8,14 142:14 142:17 143:8,22 146:3,6,25 147:11 150:15,16 151:10 152:19 154:4 155:7 156:2 159:18,19 160:3,7 160:9,25 162:12 162:22 163:9,12 163:13 166:4,8,24 169:5,7 173:3 175:5,12 176:22 178:11 179:24 183:3 185:18 187:14 188:3 191:7 192:3 194:15 200:17 202:19 203:14 204:14 207:8 209:6 210:17 215:9,16 216:10 216:11 222:23 228:13 235:24 236:5 238:4 239:20 240:4,8 242:13,18 246:12 248:23 251:20 253:20 254:10 257:21 262:5,22 263:10 264:16 267:12,18 268:10 271:9,13 272:4,15 274:11 275:4,6 279:9 283:12 289:22 291:12,14 292:8,25 293:7,9 293:20 294:22 295:15,20 296:24 302:16,17,19 309:15 312:19 313:12 317:2
318:16 319:9,17 319:23 325:17 330:17 332:19 333:12,12 334:11
**dortch** 3:3
**doublecounting** 241:13
**doug** 9:21
**douglas** 3:19
**dpcoa** 86:10
**dplsa** 86:10
**dpoa** 69:22 86:7
**dramatic** 313:25
**dramatically** 263:18
**draw** 184:12 248:14,23 295:4
**dreier** 9:16
**driven** 128:13,22 128:22 142:6 178:14 199:13 233:3
**driver** 183:21,25 193:24 194:3,19 312:24
**drivers** 182:17,22 183:4,11,14
**driving** 194:19
**drop** 125:21
**dropped** 173:11
**due** 105:2 106:18 168:24,25 199:8 201:14 246:2 328:6,18
**dues** 239:24
**duly** 11:9
**dwsd** 34:10 44:14 44:20 45:13,16,19 51:25 306:9,23 329:11,16,19,21 329:23 332:17,24 333:3
**dynamic** 68:16 296:11
**dysfunction** 268:22 269:6,11,12
**dysfunctional**
25:21,24 26:6,21 26:23

**E**

**e** 1:15 5:20 7:2,11 34:25 73:3,5 189:20 335:2
**earlier** 49:15 51:25 58:25 77:7 81:18 101:15 147:10 194:18 219:18 225:13 231:24 249:23 263:10 265:16 273:12 277:17 280:23 283:21 299:16 301:24,25 312:22 317:7 320:17 324:20 326:15 331:25
**easier** 33:8 70:13 103:10 114:7 123:2 159:20 175:8 300:8
**east** 2:7 3:13
**eastern** 1:3 9:8
**easy** 171:4
**economic** 200:24 230:18 231:6 232:3,4,5 247:12
**economics** 13:15 13:16 69:21,22
**economy** 246:16,17 246:23 247:4,9,17 247:22,23 248:9 248:16,19
**educated** 163:2
**education** 316:11
**effect** 110:21 236:19 237:10
**effective** 49:3,8,16 49:20 50:2,8 286:19
**efficient** 99:4
**effort** 52:15,25 136:11 202:5 251:17 252:3

253:7 270:15
279:11 296:5
**efforts** 46:21 47:10
50:16,20 52:7,8
52:18 102:13
111:3,20 112:2,5
112:10 116:17
122:12,15 123:6,9
123:12,13,15
125:5 131:11
135:12 136:3,8
142:20 143:3,18
171:8 250:18
256:13 260:6
262:21,23 287:14
294:18
**eight** 92:15 225:4
243:15,17 244:15
**either** 25:11 29:2
50:17,22 51:11
66:9 102:25
123:21 137:16
184:8 206:8
250:21 273:11
293:13 314:10
**elaborate** 82:2
**electricity** 175:25
**elements** 16:17
40:22,25 71:11
230:22
**eliminate** 54:12
55:3 315:19
**eliminated** 54:21
55:6 186:18
**elimination** 141:12
259:23
**elisa** 9:16
**ellis** 3:20
**email** 7:19 91:16
252:9
**emails** 36:9
**embark** 83:13
298:6,17
**embedded** 22:24
97:11
**emerge** 89:25
**emergence** 333:22

**emergency** 25:19
49:2,7 82:12,17
120:9,12,17,19,22
131:3,8,14,17
134:5,11,16,21
139:17 147:8
163:6,19,22 164:6
164:7 171:21
172:16 173:6
187:25 267:25
268:13,14,18
316:19
**emerges** 204:18
**employed** 336:14
**employees** 49:5
56:11 113:8
123:23 226:2
227:16 228:12
**employment** 264:7
**engage** 287:13
288:2
**engaged** 58:21 59:9
70:19 84:18 85:2
110:10 111:21
123:5 127:6
316:22
**engagement** 28:19
37:11 181:11
**engagements** 29:9
**engaging** 100:23
**english** 6:2 11:5,5
**ensure** 38:25 71:25
241:14 297:24
**enter** 18:15 161:24
162:10 165:18
**entered** 18:12,20
72:18 141:8
167:15,18 204:16
**entering** 141:7
165:24
**enterprise** 204:24
205:5,11,15,21,23
206:7,10,15
**entire** 76:12 91:18
91:21 105:25
114:9 135:10
214:15 236:4

**entities** 15:10
168:22 209:20
244:7 287:13
288:2,13,23,25
**entitled** 310:4
**entity** 17:13 273:18
286:22
**equal** 257:12
273:24 285:20
287:3
**equalized** 86:12
**ernst** 6:17 10:19
23:25 27:19,22
28:11,23 30:13
34:16 36:6 39:21
40:17 55:20,25
58:9 72:6,8 73:14
73:25 74:19 91:8
95:13,15,24 97:8
97:18 114:21
189:10 190:10,14
191:2 238:8
318:14 319:7
**esq** 2:4,5,14,15,16
3:2,10 4:2,11 5:4
5:12,20 6:2
**essentially** 146:23
157:15 234:16
304:18
**establish** 119:25
**established** 106:8
**estate** 301:13
**estimate** 28:6 46:3
68:14 137:7
157:11 169:25
171:15 232:19
234:8 266:5,7
287:16
**estimated** 170:2
186:20 211:14
323:3 326:3
**estimates** 44:22,23
44:25 45:25 200:9
200:22 206:24
266:4 299:5 307:5
320:16
**et** 228:10

**evaluating** 15:9
**evan** 228:4
**evanko** 36:2,7
**evankos** 35:23
**event** 263:17
**events** 189:15
201:8 223:13
**everybody** 182:2
**evidenced** 316:9
**evident** 288:17
**evolved** 36:25
**exact** 28:2,7 61:14
62:7 71:20 93:12
93:13 111:11
120:16 127:21
190:17,18 209:5
210:14 239:8,25
242:10 250:15
**exactly** 45:8 65:8
92:21 93:5,13,14
103:4,10 129:9
208:5 306:2
309:13
**examination** 11:13
321:8
**examined** 11:10
161:10,19
**example** 33:7 53:4
92:15,17 179:22
220:23 288:19
301:10
**examples** 34:8
86:19 145:15
**exceed** 103:14,16
103:20 159:18
**exceeded** 161:13
162:4 298:3
**excel** 36:14,20
118:3
**exceptions** 209:19
**excess** 27:25 28:3
54:4 250:10
**exchanged** 36:9
**exclude** 233:25
**excuse** 284:6
327:14 328:3
**executive** 8:7

284:23
**exercise** 156:17
221:15 254:3
**exercised** 81:2
**exhibit** 7:12 188:23
188:25 199:15,17
212:2,3 252:8,12
254:15,19 255:5
258:22,24 264:21
264:25 266:14,18
267:5 284:23
285:3 314:16,19
**exhibits** 103:11
160:13 212:15
240:9 309:23
**exist** 37:6 147:2
**existence** 37:10
**existing** 98:6
146:21 147:3
232:21 245:7
289:3 300:22,22
307:13 324:14
**exists** 268:14
322:10 323:23
**exit** 89:3,5,11,15,21
89:25 90:7,8,11
90:15,19 91:3,8
224:7,13 233:14
**expand** 310:14
**expansion** 237:20
**expect** 91:24
277:12 289:21
297:16 332:4,8
**expected** 189:16
223:13 291:8
**expend** 187:23
**expenditure** 70:7
92:25 102:5
108:25 260:19
261:6,25 262:2,16
**expenditures** 39:24
79:22 93:9 104:7
107:3 110:2 124:3
146:13,15 150:10
173:14 182:7
183:17 184:3
188:19 199:2

211:3 215:3,13,23 216:9 226:6,12 233:25 236:20,21 237:11 239:17 251:9 260:4 261:13 263:20,22 263:25 272:4 327:2,4,9 328:5 328:10,12,23
**expense** 26:17 112:23 130:9 158:16 231:18 261:17 273:10 274:2,6,8
**expenses** 19:11 41:3,18 66:22 68:7 87:18 92:9 93:5,13 110:8 118:9 119:3,5 157:17,17 159:11 159:17 161:13 162:4 179:7,14 180:25 184:19 185:2 214:11,15 220:10 224:5 230:25 231:17 233:7,10 241:13 245:15 272:11 273:24 274:17,20 290:18 295:15 296:6 309:3,5 326:25
**expensive** 295:5
**experience** 15:5 16:7 17:9 49:2 222:25 297:7
**experiencing** 129:22 155:25
**expert** 12:3,6,8,10 12:15,18,20,23,25 13:3,6,11,12,15 13:16,17,22 14:2 14:5,10,16 15:12 15:17,25 16:6 17:20 19:3 20:6 26:22 30:18 37:13 74:25 108:6,7,8 108:12,13 211:24 212:10,13,15,17 212:18 214:9 227:4,5 245:12 319:7 330:15 332:2
**expertise** 13:24 23:17 24:17,21 25:3,5,14
**experts** 20:25 22:15,21 23:6,12 23:19 24:6,9 30:23 32:3,8 43:12 190:14 215:7,9 216:14
**expiration** 223:18 223:21
**expiring** 242:25 278:6
**explain** 210:14 291:17 322:11,21
**explaining** 219:18
**explored** 55:5
**extent** 165:3,4 238:17 264:12
**external** 43:14 316:9
**extra** 285:10 290:2
**extrapolate** 86:18 103:8 219:8
**extrapolated** 108:22 218:24
**extrapolation** 218:21
**extrapolations** 75:22 94:6 217:20 217:23 218:4,12 320:3,5,9
**extremely** 18:2 256:12 295:5
**ey** 96:5,13,22 97:24 136:2,9 311:12

F

**f** 335:2
**face** 117:25 149:23 317:23
**faced** 122:6 315:7 317:10,11,25 318:2
**facility** 224:13
**facing** 121:9 129:17,25 163:15 269:19
**fact** 53:25 83:23 84:5 127:4 194:23 197:19 249:5 250:24 263:20 304:22
**factor** 51:2 102:4 236:18
**factored** 139:2
**factors** 191:21
**failed** 51:10 52:14 52:19 53:2
**failure** 200:2 266:10
**fair** 12:3 15:4 27:5 28:6 31:7 35:6,7 36:24 37:4 52:20 52:21 56:25 62:14 64:3 67:9,10 70:5 70:18,24 71:24 73:24 77:10,14 82:6 86:20 87:23 89:19 91:23 92:7 97:9 105:17 106:3 114:5 118:21 132:2 134:4 143:11,21 146:9 146:19 171:17 191:4 199:3 216:22 218:14 222:22 236:22 252:4 296:9
**fairly** 241:14
**fall** 82:18 116:17 224:5
**familiar** 243:12 255:11,12
**far** 73:4 89:10 111:21 137:6 138:3 139:19 207:22 220:6
**fashion** 107:19 135:12 147:4 284:5
**faster** 234:21
**father** 252:3
**feasible** 297:3 314:5
**feature** 236:7
**february** 267:3,6
**federal** 14:15 111:2 178:24 179:6,18 180:2 243:5,11,19 244:13 245:3 255:24 256:3,6 270:15,24 271:9 278:21 286:21 287:12,25 288:12 291:5
**fee** 29:11,22 30:4,9 159:20,22
**feel** 11:23 215:16 242:13
**feeling** 163:3
**fees** 28:15,25 30:13 30:14,16,17 96:4 96:13,16,25 97:4 97:15,16 98:2 126:5,8 132:12,13 158:24 159:3,9,11 159:13,16,17,18 159:19 160:2,6,7 160:10 171:2 195:5,13,14 205:17 207:5,10 224:14
**felt** 273:4
**fgic** 10:14 321:11
**fifth** 4:4
**fighters** 213:16
**figure** 58:2,3 66:25 109:10 118:4 196:15 220:19 221:6 228:12 247:19 307:23
**figuring** 240:16
**file** 161:17
**filed** 30:16 88:18 122:11,14 123:4 123:10 134:7,14 134:23 141:25 161:16,25 162:11 166:7 170:4 294:3
**filing** 130:2 135:7 162:6 327:25
**filings** 18:23,24 38:19
**fill** 83:9
**finance** 5:24 11:3
**financial** 4:6 7:14 12:3 13:23,25 14:8 19:7 37:25 38:2,7,9,15,16 39:11,13,14,16,19 42:4 43:9 78:16 78:18 79:2,11,12 103:23 108:19 114:22,25 115:4 119:10,17,20,24 119:25 120:3,6,18 129:25 130:15,25 131:10 157:20 158:19 162:14 163:2 179:8 188:12,23 190:2 200:2 201:9,13 208:6 219:10,10 219:19,24 222:24 230:4 252:10 267:13,21,24 268:13,17,18,21 268:23,25 269:5 315:8 316:8 317:13 336:15
**financials** 25:11 64:15,15,16 195:3
**financing** 88:19,21 89:2,3,5,11,15,21 89:25 90:6,9,11 90:16,19,23 91:3 91:8 224:7 233:14
**financingrelated** 70:2
**find** 32:16 35:14 107:6 125:5

198:19 302:9,20 303:14 333:17

**findings** 316:13,14

**fine** 94:17 137:3 267:19

**fines** 170:25 223:9

**finish** 51:16,18 153:6,11 176:6 186:3 203:24 276:25

**fire** 14:25 126:20 126:23 213:16 223:19 278:4 279:2

**fired** 264:6

**firm** 95:20

**firming** 86:17

**firms** 63:23,25 64:8 78:18

**first** 11:9 17:22 24:3 40:3 43:9 64:10,23 67:11,12 68:10 70:20 71:2 77:9 86:22 104:5 104:13,14,18 132:18 170:22 184:16,21,25 198:18,20 228:6 228:18 235:7 243:21 254:24 268:25 286:11 310:8 323:16,20

**fiscal** 8:9 46:24,25 57:7,16 58:23 59:10,14,20 85:19 94:7 121:4,10,15 121:23 122:13 123:6,12 124:2,20 124:24 125:7 126:4,10,16,21 127:3,7,10,25 128:12,23 129:13 129:13,17,19,22 131:11 143:19 145:2 160:22,24 161:4,8,22 162:3 163:15,16,22,24

164:4,21 165:14 166:12,17,18,25 177:6,12,18,23 178:19 179:2 204:12 208:21 223:20 224:17,22 224:25 227:19,23 250:8 269:5,18 314:17 315:21 317:5,16

**five** 62:9 67:21 68:9 79:23 80:18 104:5 104:14,15 161:6,9 161:14,18 162:8 162:13,15,16,21 182:19 184:12 222:5 228:6,18 234:15 303:13 320:4

**fiveyear** 65:7,17,22 66:7,11,18,19,20 67:3,20,24 68:5 130:7 161:21 264:5 319:13,24 320:11,11,18,20

**fixed** 260:8 263:15

**fixedcap** 173:24

**fixeddebttype** 260:20 261:21

**flat** 243:7

**fleet** 241:19,24 242:3,8,11

**flexibility** 264:10

**flip** 254:5,22

**floor** 9:17

**flow** 124:5

**flows** 73:19

**focus** 56:15,18 59:15,16,18 60:5 118:17 297:23 330:23

**focused** 59:25 60:4 117:17 270:15 274:10

**focusing** 59:24

**folk** 74:11

**folks** 81:7

**follow** 198:22

**followed** 166:13

**follows** 11:11

**followup** 321:12

**forbearing** 328:22

**force** 7:25 258:23 265:4 270:10

**forecast** 17:10 22:16 23:5,8,11 23:14,18,21 24:15 24:19,24 25:17 36:3,13 40:8,8,12 42:2,3,19,21 43:9 43:13 45:11,17,19 45:23 47:3,7,18 47:19,24 48:8 52:4 55:8 60:16 60:18,20 61:3,7 61:10,15,19,23 62:6,13,21 64:10 64:11,13,22,24,25 65:7,9,13,17,17 65:22 66:7,18,19 66:21 67:3,7,7,13 67:15,18,20,21,24 68:5,10,12 69:8 69:12,15 70:20,25 71:16,20,23,25 72:19 73:6,10,15 74:24 75:12,15,16 76:4,5,19 77:9,15 77:15,20 78:11,15 78:16,22 79:10,17 79:21 80:2,6,9,16 81:9,20 82:7 85:4 86:22 87:12,13,16 89:14,18,19 91:11 91:24 92:2,3,6,11 92:13,14,18,22 93:6 95:13,23,25 96:5,8,18 97:6,7 97:20 101:9,13 102:12,23 108:17 108:18,24 111:5 113:2 116:18 118:18,24 124:11 124:13 130:8

131:6 133:24 134:2 135:23 136:13,17,18,21 137:8 138:9 139:2 139:8 140:11 141:17 146:17,22 147:24 148:15,19 149:6 156:6,12,20 157:3 160:2,10 168:6,14,20,23 169:4,11,15 179:4 179:25 180:3 182:5,8,11,12 188:16 189:14 190:22 191:4,10 191:12 192:4,10 192:16,22 193:3,4 193:13 195:13,14 197:8,23 200:19 205:22 207:18 210:20 211:18 213:3 214:14,19 215:8 216:7,8 222:14 234:10,18 235:5 239:13,22 240:6 241:18 243:20 245:13,25 256:4,6,21,23 257:5,13,14,23 258:9,10,11,13,20 271:3,11 272:16 273:2,8 275:13 276:15 277:11,17 277:25 278:17 280:5 282:12,13 282:16 283:16,24 284:5 294:8 298:10,16 299:6 299:11,14 301:21 304:14 310:18 314:9 320:12,13 320:18,20 326:22 330:25 331:5 332:4,6

**forecasted** 69:18 168:12 189:21 192:6 214:10

237:16 276:16 277:13 283:2,8 299:24 326:13

**forecasting** 12:18 16:18,21 17:8,16 36:22 37:5,13 38:15 39:22,23 41:6,12,24 62:14 73:8 80:12 138:14 158:19,21 211:23 223:8 272:3 276:6

**forecasts** 19:8 20:13,18 38:16 39:25 40:17 42:22 43:5 65:3,5 66:5,8 66:11,13 76:13 77:5,8,12 79:14 80:21 81:3,16 83:14 118:2 124:14 158:23 190:9,15 191:7,15 191:22 192:14 211:5 212:24 215:3,7,12,14,17 215:18,19,22,22 216:3,4,11,12,23 217:11,22 238:4 245:5 283:9,9,10 283:11 291:9 294:16 298:5 324:12,14 332:9

**foreclose** 170:19

**foregoing** 335:4 336:7,9

**foreseeable** 227:16

**forever** 35:14

**forget** 185:13

**forgone** 266:10

**form** 83:6 109:23 122:2 131:15 132:3

**formal** 31:2 164:16

**former** 81:7 293:23

**formula** 219:7,16

**formulas** 219:20,22

**formulations** 330:22

**forth** 32:3 34:22 216:6 320:17 321:15 323:9,14
**forty** 211:13
**forward** 28:20 31:23 40:22 73:23 96:8 180:3 182:3 228:14 229:13 297:8,16 323:2
**foster** 310:14
**found** 265:19,25
**foundations** 321:25
**four** 64:7 68:9 100:19,21 119:3,5 133:2 161:6,9,14 161:18,21 162:8 162:13,15,16,21 211:13 218:16 219:3 221:18,20 222:4,12
**fourth** 7:16 141:17 141:20,20,22 235:9
**fox** 6:3 11:6 131:15
**fraction** 18:19 260:10
**frame** 26:2 58:6 67:17 89:23 100:3 100:9 102:24 106:19 107:17 112:7 162:20 173:16 174:3,7 178:11,12,17 196:13 197:5 225:13 236:3,4 246:25 247:6,10 247:20 293:6,8
**frank** 2:5 10:15
**free** 11:23
**freeze** 186:16 187:5
**frequently** 189:15
**froms** 168:25
**front** 61:3 70:14 114:8 189:9 192:23 215:20 249:19 254:11 255:8 267:20 270:10 282:24 283:14 314:22
**fulfill** 201:11
**full** 74:21 238:15 327:10 328:9
**fully** 87:14 114:19 144:7 198:4
**function** 12:12 25:8 33:18 232:14,17
**functions** 269:17
**fund** 53:14,20,23 54:4,8,13,18 55:3 84:10 111:2 132:8 133:15,22 140:12 142:23 146:13,14 167:21,22,23 168:14,16,21 169:8,13 170:23 180:6 193:24 194:3 195:17,20 196:3,5,11,18 198:25 205:4,12 205:14,16,19,20 205:23 206:9,9,19 208:7 214:11 215:23 216:9 244:18 260:21 262:11 271:11,17 271:18,21,21 272:4,16,20,21 273:18,23 274:10 285:20 287:2,4,20 289:3 290:3,24 315:12,20 324:2,5 324:6,10 325:23 326:23 328:19
**funded** 129:6,10 179:15 184:20 185:9
**funding** 101:12 111:6,12 131:19 132:8,15,22 133:7 143:6 172:7 179:13 188:9 198:6,9,23 237:20 242:22 243:4,5 259:23 271:15 274:3 286:23 288:8 290:21 323:22 324:8 326:5
**funds** 95:24 96:6 101:10,22 109:21 109:22,23,25 111:4,7 132:2 133:10 153:2 168:22,25 177:5 177:13 179:20 180:2 204:24 205:5,11,15,21,23 206:7,10,15 215:13 244:9 255:15 259:7 263:12 271:17,19 271:25 272:12,19 272:20,21 274:19 277:4,16,19 284:16 285:22 286:3 287:5,19 288:18 289:11,12 290:19 321:23 324:15 329:4
**further** 35:5 48:9 48:19 77:17 193:15 194:12 212:21,23 294:6 298:7 305:12 311:19 317:19 334:13
**future** 82:25 83:18 83:25 168:10 180:11 191:19 194:25 201:9,13 227:17 259:19,20 261:14 263:5,13 283:17

**G**

**g** 3:19 7:18
**gail** 1:19 9:15 336:4 336:20
**garbage** 52:10
**gary** 35:23
**gaurav** 1:14 7:5 9:7 11:9 335:9
**general** 12:12 14:21 16:10,11,12 20:5 26:17 35:7 41:16 53:14,20,23 54:4,8,13,18 55:3 84:10 152:14 167:21,22,23 168:14,16,21 169:8,12 174:7 180:6 186:15 190:23 193:24 194:3 195:17,20 196:2,4,11,18 198:25 205:4,12 205:14,16,20,23 206:8,9,19 208:7 214:11 215:12,23 216:9 240:21 244:18 271:11,16 271:18,21,21 272:4,16,20,21 273:18 274:10 285:20 287:2,4 290:3 298:21 301:13 315:12 320:5,9 324:2,6,9 326:23
**generally** 16:3 40:19 41:19,20 75:8,23 78:17,25 79:5 108:21 150:23 172:23 180:16 190:12 191:5,6 201:25 206:3 214:7 215:19 243:7 294:12 301:18 320:2 327:22
**generate** 35:5 159:18 282:3 289:19
**generated** 76:18 159:15
**generating** 110:18
**generation** 107:7
**geoff** 62:24 94:20 319:11 333:16
**geoffrey** 2:14 9:22
**getting** 51:4 62:11 85:17 152:2,5 163:2 277:6 299:17 300:4 301:5,11 319:4 320:15
**give** 10:18 18:8 26:13 58:3,12,19 68:14 81:20 166:23 169:14 185:20 191:7 193:19 207:20 220:23 236:9,14 247:5,7 251:3 254:25 285:25 333:19
**given** 31:8 32:25 90:9 171:14 226:24 227:25 240:23 272:5 275:16 291:10 303:2 314:5
**giving** 61:6 90:18 90:22
**glanced** 108:14
**go** 27:24 29:8,10 30:7,11 31:19 32:16 38:8 50:11 51:3,20 62:3 65:10 66:21,24 69:17 80:17,20 87:8 93:18 103:4 107:15 117:15,23 118:3 121:6 133:15,21 134:25 136:14,18 137:2,4 139:3 141:3,21 142:13 145:13 149:9,10 150:24 151:4 156:17 160:12,13 164:23 167:13,24 168:7 171:7,9 177:2 179:22 180:5 206:4,5 209:2

210:18 220:24 222:15 223:19 230:3 238:3,16 240:9 241:21 245:7,7 249:25 252:11 253:24 264:25 274:25 280:14,20 281:8 284:6 285:2 291:21 298:25 299:3 303:18,21 311:14,15,15 313:17 319:10 320:3,25 330:19 333:8,15 334:8
**goes** 40:5 51:23 170:6 208:22 235:12,14 259:11 259:17 316:2
**going** 11:18 18:4 32:15 33:21 34:11 34:13 39:9 41:18 41:21 42:12 45:8 55:14 68:8 73:23 74:15 82:17 83:5 91:15 95:6 96:8 97:25 98:10 100:5 101:9 112:7 125:23 128:15 144:4 147:14 149:19,21 150:9 150:16 153:16 159:23,23 171:4 180:3 188:22 194:24 199:14 204:3 213:11 228:14 229:13 242:12,21 252:7,8 253:2 254:18 257:15 258:21 262:25 264:4,19 266:17,20 270:2 272:10 273:17 281:16,17 283:19 284:7 285:13,18 297:8,16 302:5,8 303:15,23 307:10 308:13,14 309:16 321:3 322:15,17 322:25 334:20
**good** 11:15 79:14 122:14 123:12 136:7 166:18 269:24 321:10
**gotshal** 4:3 10:14
**gotten** 61:5 74:8 290:2
**govern** 83:6
**governing** 158:5
**government** 12:10 12:11,12 14:10,12 14:15,16,17,20,23 15:5,12,13,14 17:12 111:2 121:10 178:25 179:18 243:19 270:24 278:21 286:21,21 287:12 287:12 288:12,12 291:5
**governments** 245:3 287:25
**governor** 8:5 267:7 267:21
**gradual** 225:4
**grand** 2:7 132:4,20 184:15 244:4,6 278:13 289:2,4,15 289:23 290:13,15 331:7
**grant** 14:23 172:6 223:9,17 243:9,11 243:16,18,22 244:20 245:2 255:15,24 256:3,6 270:23 271:9 272:5,12 273:17 273:20,22 274:3,6 274:11,19 276:15 277:12,24 278:16 278:24 279:2,2,4 279:7,8,12 284:16 287:11 309:3
**grantassociated** 231:15,17
**grantfunded** 142:24 225:18 231:13 274:19 316:25 317:2
**grantrelated** 15:9 58:14,15,17 224:4 224:4
**grants** 14:11,12,13 14:15,16,18,21,25 15:5,12,14,15 109:23 110:25 133:5 179:19 197:17 223:18,19 223:22,24 242:20 242:23,24 243:2,2 243:8 244:2,17 245:6,7 273:14,23 274:23 276:10,20 276:21 277:2,4,24 278:3,7,8,12,15 278:22 279:14 286:11,13,18 288:11 308:23 309:4,10
**great** 22:20
**greater** 77:21 78:4 105:23 198:25 324:13
**grid** 56:17 175:25
**group** 41:23,25 43:12 188:11
**grow** 68:9
**growing** 234:16
**growth** 234:24 235:2,16,23 236:11,18 237:4,8 310:14
**grs** 321:15,24 322:8
**guadagnino** 2:5 10:15,15
**guarantee** 3:23 5:25 11:4 201:12
**guaranteed** 259:18
**guaranty** 4:6,16 10:10
**guess** 20:16 24:11 68:18 82:5 87:3,3 118:9 155:13 169:11,18 184:8 307:23 313:17 318:22 333:13 334:18
**guesstimate** 236:14
**guides** 244:13

## H

**h** 7:11
**hadnt** 19:17 308:18
**haladyna** 5:12 10:21,21
**half** 208:11
**hampshire** 4:13
**hand** 199:14 211:25 252:7 254:18 258:21 264:24 266:17 314:15
**handed** 265:9
**handle** 130:10
**hands** 74:21
**handy** 235:24 271:13 311:25
**happen** 85:6 115:20 116:9,13 138:9 143:22 144:10 150:16 192:9 295:19,20 325:14 332:24
**happened** 87:10 94:7 218:2
**happening** 39:10
**happens** 113:12,16 113:20 116:5 162:24 180:24 261:17 288:7 296:19
**happy** 34:8 48:7 63:5 220:23 253:24
**hard** 26:18 33:2 48:21 51:4 54:16 58:12,19 61:5 71:10 247:7 295:3
**hardest** 109:24 133:10 297:24
**hardestfit** 111:7
**hardesthit** 101:10 109:22 111:4 244:9 271:17 277:4,16,19 288:18 289:12 290:19
**hasnt** 32:20 33:5,13 33:18 49:3 166:7 263:17
**havent** 32:4 33:25 34:6 35:4,8 38:6 38:22 47:12,23 52:7 55:25 63:8 73:4 90:17 94:18 95:23 96:6,12 105:18 106:9,20 107:4,12,18 114:21 115:25 124:22 128:14 135:22 136:13 137:7 138:8,12 143:23 144:9 145:13,22 150:17 154:4 155:18 156:16,16,16,19 156:25 157:9 158:8 167:14 180:10 186:24 195:9 204:23 206:6,16 214:14 239:10,11 253:12 277:19 278:11 303:4 319:17 328:15,20 333:12
**head** 48:2 53:6 56:4 58:20 60:22 69:18 79:19 158:4 164:2 180:14 209:13 242:10 275:2 278:10
**headcount** 56:24 57:4,5,14,18,21 57:25 58:11,22 59:9,13,16,19

60:3,6,8,9,12 115:14,17 128:4 157:17 173:10 220:25 224:24 225:5,7,11,16 241:10 264:3,11
**health** 12:8 224:2 226:5,11 231:10 231:12,16,18 236:25
**healthcare** 121:11 121:25 150:7,25 183:7 184:24 227:15 233:10
**heard** 42:18 44:23 46:4,6 207:9
**hearing** 42:20 212:22
**heather** 3:2 10:4
**heavily** 15:8
**heavy** 233:25
**held** 57:9 78:2 177:21 178:9 241:15
**help** 15:2 23:14 49:13 98:5 119:19 177:6 250:21 251:10 287:20 290:20
**helped** 14:24 49:11 57:18 61:14,18,22 63:24
**helping** 16:21 24:14 43:22 44:3 72:12
**helps** 23:17 255:5
**heres** 115:19 267:5
**hes** 43:24 44:2 74:19 302:4 303:2
**high** 184:19 209:4 315:13
**higher** 103:9 104:14 126:2 151:22 153:25 178:9 196:3 208:18,22 312:22 326:3,6,8,9,11,12 326:14
**highest** 279:18 312:23
**highlighted** 160:6 243:8 244:14 257:3 272:9 278:14 298:19
**highlighting** 192:9
**highrisk** 316:11
**hike** 8:3
**hill** 2:6 10:6 73:21 81:6 117:2 296:7 296:15
**hired** 32:12 172:15
**historical** 25:10 36:18 79:3 196:9 217:13,19,20,23 218:19 219:2,3,14 220:3,12,15,18,20 220:21 221:7,17 222:9,22 223:2 230:16,19
**historically** 32:15 160:23 161:2 183:6 194:3,21 328:17
**historicaltype** 275:17,25
**history** 160:22
**hit** 109:24 133:10
**hold** 13:21 15:11 16:5 20:6 108:23 139:14 168:18 179:10 202:21 276:24 281:20
**holdback** 28:8,10 28:23 29:5 30:12
**holders** 321:24 322:6
**holding** 12:5,17 17:19 19:2
**hon** 1:9
**hook** 237:22 323:22
**hopefully** 213:16 225:10
**hosbach** 6:17 10:19 10:19
**houlihan** 6:15 10:11
**hour** 94:18,24 95:2
**hours** 154:20,22
**hr** 72:13 97:25 98:3 98:4 232:20
**hubbard** 3:2 10:4,4
**huge** 153:3,14
**hundred** 94:4 186:22
**hundreds** 58:4 70:11,25 71:3,8 89:20 101:6 110:4 145:18 235:25 238:24 239:9 249:6 251:14,21 292:20 293:2,2 311:4,21
**hunger** 2:16 9:23 334:15
**hypothetical** 329:25

**I**

**id** 48:7 51:13 60:21 63:6 139:6 186:2 220:23 253:24 266:21 282:18 302:20
**idea** 28:8,13 31:23 74:4 89:13 235:21 240:15 251:14,20 251:25 256:2,20 275:3 318:13
**ideally** 195:23
**ideas** 31:9,14,17 32:2,17,20,24,25 33:4,11 34:16 35:5 55:21 56:5
**identification** 189:2 199:18 212:4 252:13 254:16 258:25 264:22 266:15 285:4 314:20
**identify** 37:12 41:5 52:17,24 61:17,20 61:21,24 62:3 63:21,23 78:21 79:8,15 90:21 91:2 95:12,19 96:13 145:2,8,12 145:15,17,21 156:4 157:10 158:2 216:14 219:7,8,14,17,21 220:3,15,19 223:7
**identifying** 222:21
**ill** 19:4 40:3 69:17 81:25 185:23 211:25 223:20 285:9 314:16
**illinois** 3:22
**im** 11:18 13:11,16 13:20 14:2 17:21 18:17,24 20:2 26:12,22 29:14,20 34:8 35:14 47:9 47:21 48:3 51:6 52:6,8,12 54:22 55:5 59:22 63:5 66:6 75:8 76:11 76:21 78:12 81:24 82:5 87:3 88:22 94:9,10,11,19 100:18 109:10 114:18 117:13 118:6 119:4 121:18 125:13 130:6 133:12 141:19,24 150:23 154:16 155:15 157:7 161:20 164:3 174:9,23 175:10,13,22 176:5,10 177:22 182:9,15,24 183:5 188:22 193:17 196:14,17 199:14 203:19 207:25 208:8 209:24 220:19 226:8,12 236:10 239:3,8 242:18 243:14,17 247:18,19 248:13 251:18 252:7,8,20 254:4,18 257:10 258:21 259:9 261:20,23,24 262:25 263:8 266:17 268:6,8 270:19 273:13,16 276:2 277:22 279:19 280:15 283:11 285:16 286:8,11,15 292:4 298:25 300:3 301:5,11,12 302:8 302:14 305:9 307:15,23 308:13 308:14 311:22 314:11 321:11 322:12,12 324:3,4 324:18 326:18 331:2
**impact** 18:15 35:3 41:3 57:19 58:16 59:5 81:11 107:17 112:15 125:15 139:8,25 156:2 175:2 182:13 192:4 197:22 198:17,20 221:13 236:17 237:5 272:7 310:24 311:17 312:9,10 313:12 331:14,17 331:21
**impacted** 88:10 113:23 152:24
**impacting** 218:23
**impacts** 16:15 236:7
**impetus** 313:5
**implement** 72:13 181:24 194:5,9,16 298:11
**implementation** 96:21 97:12 98:2 98:3,4 200:8,15

**implemented** 33:6 33:10 34:2,4,6,10 126:4 154:10
**implementing** 13:9 49:17 138:4 159:8 159:15
**implications** 15:19 19:6 222:14
**imply** 125:22
**importance** 270:16
**important** 27:8 57:6,15 237:4
**imposed** 56:11,13 119:18 158:24 224:19
**imposing** 123:23 158:25
**imposition** 56:21 224:21
**impossible** 149:5,7
**improper** 303:11
**improve** 34:21 57:16 59:10,13,20 121:4 122:12 123:6,11,25 124:20,24 125:9 125:11 126:4,10 126:10,12,14 127:7 135:7,10,11 136:17 143:19 164:20 165:14 171:9 177:6,12 178:19,25 179:8 250:18 269:17,18 297:5
**improved** 154:11 166:12,15 248:10 248:24 317:5,15
**improvement** 131:11
**improves** 127:10 246:16
**improving** 58:23 164:20 246:24 247:4,9,12,17,22 247:24 248:17
**inaccurate** 77:6 201:10 291:11,13 291:15,24 292:3,6 292:9,10,15
**incentives** 209:25
**include** 23:23 45:11 55:8 109:18 111:23,24 112:23 113:2 116:22 234:9 238:4 239:13 241:20 271:10 272:5,7,15 274:11 304:14 329:6,15
**included** 45:16 47:18,19 52:4 95:24 96:6,16,19 103:6 110:3,6,8 112:25 137:23 140:11 158:24 159:25 180:16,21 180:23 241:8,24 243:9 256:22,23 257:16,17,20,23 258:16,20 271:2,6 271:7,18 272:2,13 272:25 273:5,5,7 273:11 274:20,24 277:17,25 286:24 287:16 291:9 298:16 330:2
**includes** 105:6 117:9 283:10
**including** 223:9 228:17 241:6,9 269:4 270:17 318:18 332:21
**income** 125:25 137:4,6 138:4 139:20 145:25 169:23,24 170:5,7 182:20 184:14 208:24 209:7,9,24 246:8 251:11 265:21 266:10 291:19 310:11 312:4 313:14,24
**incorporate** 113:7 139:19 224:18 245:25 310:18
**incorporated** 31:21 31:22,25 32:25 33:12 47:24 48:3 87:16 102:22 117:5,20 137:7 198:3,17 230:23 243:19 244:7 245:4,13,19 256:6 258:4 294:16 297:14
**incorporating** 102:11 169:11
**increase** 31:4,24 32:4,18 34:16,19 51:11 102:5,7,12 102:17 104:19,20 104:22 105:9,14 105:19 106:25 111:19 125:6,18 126:5 128:7,11,21 136:21 137:8 138:13 143:3,12 147:22 148:8,12 148:13 159:22 180:12,18 197:10 202:3,15,22 203:10 205:24 206:8,18 221:4,6 225:5 230:23,24 232:12,23,24,25 233:2 246:16 250:3 251:2 281:4 281:11,16,18,20 293:13 295:12 296:22 297:2,9,19 298:6,11 299:9,23 300:11 301:4,20 305:4 307:11 309:2 313:21 317:20
**increased** 27:15 34:24 35:10 99:23 100:6,11 103:5,8 104:4,12 105:2,4 105:12 111:22 112:3 125:14,20 125:24 126:7 135:24 138:10 195:14 198:2,6 199:7,11 203:2 206:2 207:7,10 225:7,9,10,11,12 225:14 232:13,16 246:2 280:21 300:15
**increases** 52:15,20 53:3 99:15,19 106:17 112:11 138:16 237:15 245:18 260:5 281:9 288:4
**increasing** 31:9,14 31:17 32:13,20 33:24 35:6 49:20 50:2,9,18,22 101:23 134:6,13 151:2 178:5 234:20 238:9 281:9,13
**increment** 305:7
**incremental** 85:24 96:13 239:24 245:2 257:18,22 274:6 276:15 277:5,11,24 278:8 278:12 295:21 300:25 305:8,15 305:18 306:15,25 308:24
**incur** 159:24 176:10
**incurred** 100:11 159:18 309:12
**independent** 32:21 215:6 269:4
**indepth** 14:19
**index** 231:2
**indicated** 120:18
**indirect** 103:25
**individual** 76:22 97:11 113:14 209:7,9 220:6 226:22 271:23
**individually** 327:12
**individuals** 83:24 84:6,17
**industrial** 209:3
**inflation** 227:19,22 228:9,16,22,23 229:9,19 230:7,11 230:16,19,24 231:22 232:9 233:6 235:6
**inflationary** 231:2 232:7
**information** 13:6,7 15:3 21:10 22:6 22:20 24:15,18 25:15 36:18 60:19 61:4 62:11 69:19 71:12,13 77:2,7 82:22,23 85:18 86:12,14,16 112:20 139:24 156:9 171:15,18 181:19 190:2 191:8,19 192:8 199:5 200:18 209:19 218:5,8 226:14,24 230:17 233:17 243:7 249:10 282:14 291:20 295:18 318:16 320:23 321:22 326:4
**informed** 130:24
**inghram** 1:19 336:4,20
**inherently** 200:23
**inhouse** 10:20 190:6 318:13,18
**initial** 76:4
**initially** 76:13 85:20
**initiate** 135:6
**initiative** 100:8 105:25 137:13 258:19 307:6,11
**initiatives** 49:18

69:25 99:22 102:19 103:6 105:3,6 106:25 107:11 109:4,8 110:13 111:24 112:24 116:19 117:10 123:18,20 125:9 134:18 137:24 143:7 159:4 160:5 181:25 193:16,18 194:20 207:10,11 221:12 237:17 239:16 240:11 241:6,23 245:11 245:17 250:21 256:24 257:11 258:3 272:8 294:6 294:9 295:8,11,14 295:16,21,23,24 296:4,7,10,21 297:13,18,19,25 298:6,11,13,22,22 299:4,5,8,9,13,15 299:15,23 300:10 300:10,18,20,21 300:22,25 301:3 301:19 304:15,19 304:24 305:3,10 305:12,13,17,21 305:25 306:6,13 306:22 307:13,13 307:16
**input** 63:16 64:7 90:14 188:3
**inputs** 62:15 63:12 63:22 64:4 65:25 72:3 93:16 94:2 94:11,13 182:6,12 266:5
**inspection** 223:10
**instance** 85:18 95:19 150:5,6 155:22 168:19 271:17,19 279:2 298:15 327:13
**instances** 19:24 40:21 60:2
**instrument** 261:4
**insurance** 4:7 19:3 19:5,13 20:9 196:17
**intended** 113:12
**intent** 260:13 261:3 261:5,12
**interact** 312:14
**interacting** 62:10 278:21
**interaction** 314:4
**interest** 233:16 238:6,20 330:8,10 334:6,9 336:15
**interested** 51:7 90:18,22
**interim** 98:11
**internal** 170:3 254:24
**internet** 265:6
**interrupt** 29:15 302:16,17,19
**interrupted** 185:25
**interrupting** 308:6
**interruption** 42:6
**introduction** 299:21
**investigated** 143:24 150:17 156:23 157:2 239:10
**investigating** 242:3
**investigation** 124:22 125:4 129:18 157:9 193:10 195:10 206:6 238:19 255:23 277:23 278:11,17
**investment** 112:20 131:21 159:4 296:3 306:4
**investments** 332:23
**involved** 14:22 15:8 20:12,22 24:14 35:2 43:12 130:18 164:25 218:22 220:14 246:13 279:7 311:13
**involving** 30:10
**isnt** 25:24 59:11 84:3 97:11 100:22 157:19 229:4 269:3 276:13 308:4
**issue** 121:9 122:4,5 137:3,14 203:16
**issues** 164:24 213:19 246:20 318:22
**item** 26:17 34:19 48:7 58:19 61:4 92:21 93:4 96:3 96:13,20,24 97:15 104:20 105:2,4,8 105:11 107:15 109:6 180:19 218:17 221:14 240:12 291:21,21 305:23
**items** 24:23 41:16 44:4 56:14 62:3 62:20 76:7,9,22 77:16 91:14 93:19 93:20 104:25 107:16 113:15,16 113:18,23 116:25 117:2,16 141:9 149:9,19,22,24 150:4 159:5 160:19 171:11 184:13 201:23 211:20 219:12 220:8 232:6 269:9 291:7 306:4 307:3 330:7
**iteration** 65:21
**iterations** 64:19 65:19 66:2 68:22 75:16 101:13 182:14,16
**ive** 19:11 35:22 44:19 46:4 73:20 80:5,6 82:24 84:15 91:21 97:24 99:3 108:10 125:8 128:19 161:6 217:6 255:12 258:21 265:9 280:23 295:14 301:5 304:9 307:20,21 319:3 330:18

**J**

**j** 2:5 3:2,10 9:25
**jail** 84:13
**jim** 90:12 330:18
**job** 25:9 310:14
**john** 6:15 10:11 73:21 74:13,15,21 81:6 116:25 296:7 296:15
**jones** 2:17 9:12,23 228:4
**journal** 79:11
**journals** 157:20
**judge** 63:2 139:25 308:8,10
**judges** 213:10
**judging** 26:22
**judgment** 23:16 80:22 81:2,10,15 81:19,24 183:2 187:17 188:6
**july** 1:18 9:3,11 64:17 68:24 69:10 69:15 85:22 245:20 332:11
**juncture** 53:6
**june** 67:16,16 130:14 195:3 288:17 289:13,21 290:6,14,16 291:8 291:10,18
**justification** 228:9 228:11

**K**

**k** 3:12 5:22 6:4 201:7
**keatley** 5:20 11:2,2
**keep** 50:24 95:2 130:23 157:15 158:16 228:13 264:7 303:3 308:17
**keeps** 110:14 131:9
**kelley** 5:12 10:21
**kelly** 4:2 10:13 321:11
**ken** 45:5 108:14 330:18 334:2
**kept** 125:8 205:25 243:7
**kevyn** 35:20 81:5 312:16 314:2
**key** 62:9 71:11 211:17,20,23 212:9,11 270:16
**kind** 38:14 62:23 154:8 202:24 210:13 238:12 301:11 311:24
**kinds** 85:15 126:18
**king** 2:4 10:6,6
**kirkland** 3:20
**knew** 32:2 278:6
**know** 11:19 12:2 14:2,20 21:12 24:20 25:2,13,19 31:11 32:17 34:7 36:4,9 37:24 38:18 39:6,16,18 40:4 41:2 42:4 43:8,14 44:17 45:10 46:16,20 48:6,22 51:6 52:16 53:5 54:20 59:7,21 62:7,23 62:25 63:17 64:6 65:19 67:4 69:2 70:8,9,16 71:3,4,8 71:10 74:15 75:20 76:10,21 78:24 81:6 83:7 84:9,22 84:24 85:5 87:16 88:17 89:10 90:3

91:6,9,21 92:10 92:17 94:3 95:15 95:20,21 97:5 99:5 100:20 101:5 101:11,17,24,25 103:8,9 104:4,8 104:15 106:12,13 109:5 110:15,20 111:4,5,10,11 112:13 114:6 115:23,24 116:12 117:20 119:10 122:6 123:18 124:9,21 125:13 125:14,15,23 127:15,24 128:5,6 128:9,10,13 129:8 129:9,14,16 131:3 133:4 134:15,17 135:12,17,18 136:4,5,7,20 138:7,22 139:19 141:2,8,14 142:14 142:17 143:5,8,16 143:20,22 144:6 145:5,7,11,16,20 145:23 146:8 150:6,16,21 151:2 151:10 152:2,19 152:21 154:4,12 155:7 156:2,15 157:22 159:3 160:3,7,9,24 162:2,12,22 163:9 163:12,13 166:4,9 168:16,17 169:5,7 169:12 171:6 173:3,3,8 175:5 176:22 177:7,10 177:15 178:11 179:21,24 185:2 185:18 187:8,9,14 188:3,10 190:17 192:3 194:15,17 195:13 202:7,19 203:12,14 204:14 207:12,15 208:10 208:24 209:4,6,12 209:15,18 210:17 215:9,11,16 216:10,11 218:2 219:24 222:23 223:7 225:14 226:18 227:4 229:21 230:13 231:4 239:20 240:3,4,7,8 241:23 242:2,6,9 242:24 243:7,8 245:24 246:5,6,7 246:12 250:11,15 251:13,20 253:3 253:14,21 255:3 256:23 257:21 258:8,10 262:5,8 262:15,22 264:16 266:3,6,22 267:12 268:16 271:13 272:9 273:11 274:22 275:2 276:9 278:3,7,10 278:15,15 280:16 288:5,22 290:2 291:11,12,23 292:8,25 293:7,9 293:10 294:4,5,8 294:14,15,22 295:7,13,16,19,20 311:9 312:19 314:13 316:17,21 317:9,12 319:8,17 320:8 325:11 326:18,20 330:17 331:11 332:19 333:9,12,25

**knowledge** 23:3 90:25 111:18
**knowledgeable** 21:14,17,19,23 22:9 46:17
**known** 218:8
**kpmg** 115:2 246:10

**L**

**l** 1:19 233:13
**label** 284:22
**labor** 49:3,8,10,12 49:14
**lack** 146:11
**laid** 117:12 261:2 283:24,25 306:4 321:20
**land** 207:13,19,24 208:2,7
**lansden** 3:3
**lansing** 2:8
**large** 17:12 19:24 66:22 95:20 151:5 151:11,13,18 174:3,11 183:25
**larger** 22:24 194:22 220:5
**largest** 237:2
**lasalle** 3:21
**latest** 76:25 77:2 86:11,13
**laughing** 299:2
**law** 11:10 246:4
**lawful** 124:7
**laws** 18:14
**lawyer** 318:18
**lawyers** 10:17
**lay** 130:8
**laying** 130:15
**lays** 78:14,21 79:9
**lead** 99:14,19,22 306:15
**leaders** 83:19 84:13 85:3 187:17,19 188:6
**lease** 127:17,18 238:13 329:22 332:17 333:7
**leased** 44:20 52:2
**leasing** 33:17 45:19 333:3
**leave** 82:18 280:24 281:16,17 301:8
**left** 138:18 146:21 147:6 234:21
**legacy** 66:23
121:10,16,24 130:16,17 144:3 157:18 177:25 315:19 326:25 327:4,8,10,17,20 328:5,10,12,18,23
**legal** 9:14 192:20 260:25 261:3 262:4
**legally** 262:2,4 263:22
**legislation** 138:22 198:13 199:8
**legislature** 178:14
**lender** 90:18,22 91:2
**length** 40:15,16 67:21 80:15
**letter** 28:19
**level** 48:5 49:23 50:5,13,25 51:3 51:12,22,24 52:22 53:7 54:2,13 55:2 59:16 60:12 101:19 126:6 154:24 155:3,6,12 155:23 173:17 175:15,21 176:8,9 187:15,18 188:4,9 194:22 195:12,19 223:5 228:14 234:19 242:21,22 250:4 264:12,14 293:17,22 312:23
**levels** 57:19 63:16 125:21,21 174:21 188:11 196:9 259:22 264:8,8 310:12
**levying** 159:12
**lexington** 5:6
**liabilities** 65:14 176:19 178:2 214:21 327:17
**liabilitiesrelated** 157:18
**liability** 130:16
176:23 177:2 186:14,17 237:22 322:23
**license** 223:10
**licenses** 245:23 246:3,4,6
**lighting** 168:8 175:24
**limited** 18:23 256:12
**line** 24:23 26:17 58:18 61:4 62:3 62:20 76:7,9,22 77:16 92:21 93:4 93:18,20 96:3,12 96:20,24,25 97:15 104:20 105:2,4,8 105:11 107:16 109:5 113:15,15 113:18,23 137:2 141:9,14 149:19 149:22,24 150:4 159:5 160:19 171:11 201:23 203:25 211:20 218:17 220:8 221:14 240:12 291:21,21 295:4 312:2 315:19
**link** 251:4,6
**linkage** 203:13
**list** 169:14 269:10
**listed** 34:3 259:8
**lists** 259:14
**literature** 78:11,14 78:20 158:9 202:3 202:15
**litigation** 30:10
**little** 218:15 266:21 330:23
**live** 127:13 128:16 128:18
**llp** 3:3,11,20 4:3,12 5:5,21 6:3
**lobby** 177:4
**local** 250:14
**localities** 310:13

**location** 9:12
**lokey** 6:15 10:12
**long** 25:9 31:20 41:7 47:9 66:16 66:25 95:14 127:5 156:7,13,21 157:4 157:7,12 159:17 160:22 162:13 242:13 246:19 297:2 324:18 329:20
**longer** 40:23 41:2 65:14 76:6,14,18 76:19 77:14 172:9 178:13,14 247:21
**longerterm** 214:20
**longest** 79:21
**longterm** 127:17 158:7 165:11 177:25 178:17 202:22 235:3,6 330:10
**look** 32:12 34:16 38:8 43:9 53:18 54:17 61:2,3 65:13 68:7 79:3 80:17 87:8 103:4 103:10 104:6 107:16 113:14 114:6,8 117:23 121:6 135:2 141:21 142:13 144:9 145:14 148:21 149:18 150:4,8 153:23 156:17 158:14,15 158:15 160:12,14 160:18,19 166:20 167:13 169:23 170:8,9,24,25 172:22 173:23 175:6,8,23 176:2 176:18 178:16 179:22 180:5,7 185:3 187:3 192:11 197:5 201:6 208:17 209:2 210:13 214:18 218:16 220:14,24 221:2,3 221:18 222:12 225:17,18 230:3 242:14 248:10 250:7 252:16 254:6 255:11 263:18 268:10,20 271:23 274:25 276:8 284:24 288:7 289:23 297:9,17 303:22 309:25 313:17 314:14 316:24 317:18 327:11 333:15 334:6,6
**looked** 19:11,23 21:8 38:6 47:8,11 91:14 144:8 155:18 156:8,16 156:19,25 161:6 161:21 162:9,14 172:17 206:21 217:7 219:3 220:12 226:20,21 230:14,14,19,21 231:5,25 234:14 234:15 238:13 254:7 311:14,16 312:13 313:23 330:7,9 334:9
**looking** 43:24,25 48:21 55:20 56:7 58:18 65:6 66:22 118:16 150:10 165:7,8 169:21 186:23 192:12,18 219:9 220:6,8 222:4 286:8,12 296:25 297:5 311:23 312:17,19 313:5 329:21
**looks** 105:23 255:12
**lose** 311:5
**loss** 314:6
**losses** 311:21
**lost** 57:3
**lot** 19:11 22:18 24:24 33:8 59:3 93:20 126:18 152:2 230:8 242:23 264:2 320:3,15 325:18
**lots** 24:21,22 25:12 31:13 68:13 95:2 250:13 269:20 324:22
**louisiana** 1:15 2:18 9:13
**low** 115:16 256:12 315:13
**lower** 57:22 60:13 60:14 106:5 196:8 196:20 197:3,11 210:16 231:2
**lowered** 196:6 250:10 311:19 313:3
**lowering** 310:11,24 311:5 313:24
**ltgo** 69:20 330:8 334:6,9,10,12
**lumpiness** 295:2
**lunch** 203:22 204:2
**luncheon** 204:5
**lynch** 5:8 10:25

**M**

**m** 1:17 5:12 9:3,6 42:13 147:15 204:5,6 284:8 334:20,23
**m1** 271:20
**mackenzie** 21:2,22 23:24 62:5,8,20 75:5 96:7,14,17 96:22 97:9,18 116:24 118:5 133:2 137:18,25 159:3 160:5,17 239:17,24 240:16 240:22 245:16 251:18 254:21,23 257:9 258:3,7 265:18,24 266:3,6 266:7 294:21 295:9,18 296:16
**madam** 303:16
**magnitude** 176:22 236:11 312:21 313:24
**main** 64:8 71:22 91:14 121:9,15,22
**maintenance** 241:19,24 242:3,8
**major** 68:21,22,24 69:2 87:9
**majority** 212:12
**making** 83:24 84:19 202:18 203:9 236:17 263:16 299:22 322:7 328:17 329:2 331:2
**malhotra** 1:14 7:5 7:18 9:1,7 10:1 11:1,9,15 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1,18 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1,12 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 147:21 148:1 149:1 150:1 151:1 152:1 153:1,10 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1 188:1 189:1 190:1 191:1 192:1 193:1 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1 203:1 204:1 205:1 206:1 207:1 208:1 209:1 210:1 211:1 212:1 213:1 213:8 214:1 215:1

216:1 217:1 218:1 219:1 220:1 221:1 222:1 223:1 224:1 225:1 226:1 227:1 228:1 229:1 230:1 231:1 232:1 233:1 234:1 235:1 236:1 237:1 238:1 239:1 240:1 241:1 242:1 243:1 244:1 245:1 246:1 247:1 248:1 249:1 250:1 251:1 252:1 253:1 254:1 255:1 256:1 257:1 258:1 259:1 260:1 261:1 262:1 263:1 264:1 265:1 266:1 267:1 268:1 269:1 270:1,9 271:1 272:1 273:1 274:1 275:1 276:1 277:1 278:1 279:1 280:1 281:1 282:1 283:1 284:1 285:1 286:1 287:1 288:1 289:1 290:1 291:1 292:1 293:1 294:1 295:1 296:1 297:1 298:1 299:1 300:1 301:1 302:1 303:1 304:1 305:1 306:1 307:1 308:1 309:1,22 310:1 311:1 312:1 313:1 314:1 315:1 316:1 317:1 318:1 319:1,14 320:1 321:1,10 322:1 323:1 324:1 325:1 326:1 327:1 328:1 329:1 330:1 331:1 332:1 333:1 334:1 335:1,9 336:1

**malhotra1** 7:14 188:25

**malhotra10** 8:9 314:19

**malhotra2** 7:16 199:17

**malhotra3** 7:18 212:3

**malhotra4** 7:19 252:12

**malhotra5** 7:22 254:15

**malhotra6** 7:24 258:24

**malhotra7** 8:2 264:21

**malhotra8** 8:5 266:14

**malhotra9** 8:7 285:3

**management** 19:3 19:5,10,13,18,21 20:4,5,9 24:13 72:16 73:8,19 221:5 232:14 264:18 279:12

**manager** 25:19 49:3,8 82:12,17 120:9,12,18 131:3 131:9,14,17 134:5 134:11,17,21 139:17 147:9 163:6,19,23 164:6 171:21 172:16 173:6 187:25 268:2,13 316:19

**managers** 43:21 120:20,23 164:7 218:11

**manges** 4:3 10:14

**manner** 148:8 179:20 300:25 320:7

**manpower** 154:25

**march** 130:4

**marg** 318:20

**marguerette** 6:17 10:19

**mark** 188:22 212:2 252:8 314:16

**marked** 188:25 199:17 212:3 252:12 254:15,18 258:21,24 264:21 264:24 266:14,17 285:3 314:19

**market** 35:8 195:6 195:8

**match** 296:6

**material** 62:6 86:21,25 87:4,6,7 189:17 190:3 237:5

**materialize** 237:18

**materially** 191:16 191:17,19,24 193:5 291:11,13 291:15,24 292:3,6 292:9,10,15

**materials** 252:9

**math** 154:5 186:24 236:6,8,14 310:25 311:2

**mathematic** 221:25

**mathematical** 219:6,13 220:13

**matter** 16:19 22:19 23:16 24:5 27:2,6 27:6,12,15,20 28:17 29:6,23 30:5,9 44:6 79:20 187:16 188:5 298:21

**matters** 23:20 47:6 51:9

**maturity** 286:20

**max** 138:17

**mayor** 73:2,22 82:15 187:24 293:21

**mean** 13:18 14:2,17 14:20 15:20 16:24 18:17 19:9 24:23 25:4 27:13 29:15 33:7 50:15 51:6 56:7 59:11 60:25 63:7 65:18 66:18 66:20,24 68:23 71:4,11 81:6,18 84:12 89:24 92:14 92:15 94:4 95:16 97:17,22 99:2 106:15,20 107:22 109:20 115:23 122:4,24 125:2 129:15,16 134:8 135:10 140:6 149:7 150:8 152:22 153:2 154:21 157:19 159:19 162:23 163:25 164:5 165:22 171:10 173:3 175:22 177:7 182:16 183:20 185:5,13 185:14 191:5 196:14 202:19 203:7 207:17 220:20 223:23 227:2,24 228:8,24 229:24 230:6,8 236:10 237:14 246:8 247:2 248:3 251:13 253:14 255:22 262:23 264:2 265:24 269:4,19 271:8,12 272:14 274:6 278:13 280:22 281:7,9 282:19 289:18,23 290:22 291:19 292:9 293:10,11 294:15 297:5 300:19 301:10 309:9 316:17 329:8

**means** 322:21

**meant** 223:23

**measure** 113:12

**measures** 115:10 124:23 193:11 194:5,9,17 206:7

**mechanism** 16:4 49:20 50:2,8 54:23,25 57:6,15 111:12 228:16,21 228:24 229:3,5,8 229:11

**mechanisms** 16:13

**mediation** 33:20 34:11 45:8 213:23 213:25 214:4

**mediations** 213:11 214:6,8

**medical** 227:7,18 227:22 228:6,9,16 228:22,22 229:9 229:18 230:7,24

**meet** 74:14 130:16 214:23

**meeting** 74:11

**members** 24:3 48:24 62:8 253:3

**memo** 8:5

**memorandum** 267:6

**memorial** 46:24

**memory** 150:9,24

**mention** 214:10 217:10 224:6,15

**mentioned** 32:11 45:7,12 52:9 68:23 73:20 75:14 85:8 88:4 97:24 112:23 158:12 164:11 212:14 269:10 295:17 298:19 306:23 319:14 322:20

**mentioning** 42:23

**merit** 168:18

**meritless** 294:3,5

**merrill** 5:8 10:25

**met** 297:25

**methodology** 78:14 78:22,25,25 79:9 79:17 85:25 86:2 86:15 142:9 157:23,24 158:11 158:13 233:4 319:24

**methods** 157:2,5,10

**michael** 4:11 10:8
**michigan** 1:3,7 2:8 5:15,16 9:9,10 10:23 16:9 130:19 130:23 163:5,14 164:9 286:20 322:2
**middle** 214:25 310:4,8
**millage** 318:9
**miller** 6:13 9:14 46:19 89:13 90:10 90:12,13 91:10 224:12 228:4 233:17,21 330:11
**milliman** 21:3 22:8 23:23 187:3 226:15,17 227:2 321:22 326:4
**million** 27:25 28:3 28:5 44:21 45:6 45:12,16 46:7,8 46:13 47:2 101:8 101:9,15,16 102:3 103:3 111:7 131:22 133:11,11 133:14 140:22 142:24 186:17,19 186:21,22,24 187:4,6,6 197:21 224:7,14 243:12 243:18,22 249:11 249:15 250:10 255:16 256:9,17 256:18,25 257:10 257:17 258:15 259:7,14,22 265:20,25 266:8 270:15,23 271:3 271:15,24 272:15 272:18,23,25 273:7 275:5,7,11 275:15 276:4,20 277:20 283:24 287:15,19,21 288:17 289:11 290:2,24 291:4 292:24,25 293:4 315:13,14 316:4 316:12 333:7
**millions** 58:4 70:11 89:20 101:6 110:5 145:18 235:25 238:24 239:9 249:6 251:14,21 289:8 290:5,10 292:20 293:2 311:4,21 316:22
**mind** 35:21 44:17 44:18 48:7 70:4 88:25 108:16 109:7 126:23 139:4 153:22 183:9 187:10 238:2 329:23 332:10
**minute** 18:19,22
**minutes** 269:24 332:13
**minutia** 21:25 22:13
**mismanagement** 160:22,24 269:7
**mitigate** 198:20
**mix** 179:11 210:19 296:14
**model** 36:11,16,21 37:2,5,8,18 38:3 38:11,23 39:13,14 63:12,22 64:4,4 66:12 68:16,22 77:22,24 78:4 85:7,12 86:13,21 87:21 88:9 93:10 93:17 94:13 105:10 109:3,17 112:18 113:6 138:14 182:15 188:15,20 211:23 212:9,14 239:25 281:3 282:3,7 307:16 320:12,13 320:14 324:24
**modeled** 211:18
**modeling** 320:6
**models** 37:25 38:7 38:9,12,14,15,15 38:18,23 39:11,16 39:19
**moment** 333:20
**money** 19:15 45:18 45:22 59:19 97:7 98:23 99:10 102:6 102:7,9 104:11 111:13,15 132:14 132:20 133:25 140:18 142:22 144:19 147:22 148:8,13,17,19 149:3,6,9,10 167:21 177:16,17 177:22 178:3,11 178:18,21,24 179:3,6,7,11,18 187:23 205:16 240:16 245:3 256:6 257:6,14 258:11 259:12 260:10,17,24 261:2 262:12,17 263:4 271:10 272:16 273:19 274:22 276:11 278:16 279:22 280:3,11 281:4,11 281:21,23,24 282:4 283:19 288:20,24 289:8 290:15 296:4 308:24 309:14
**moneys** 184:9,17 240:5 244:21 255:24 256:3 272:5 280:6,14 287:11,25 289:5 290:19 309:3
**month** 172:14
**months** 17:7 35:20 56:19 225:4 243:15,18 244:15 289:6 290:23 293:15 329:21 333:5
**moore** 107:22 255:5
**moores** 245:12,14
**moran** 246:10
**morning** 11:15 219:19 251:5
**move** 53:8 308:14
**moved** 53:15,25 182:3
**mover** 197:25 198:6 199:12
**moves** 54:15
**moving** 54:10,23 55:9
**multiple** 278:20
**municipal** 145:25 157:21,21 158:3 202:4 330:10
**municipalities** 13:13 250:14
**municipality** 80:3 80:8 158:14
**museum** 331:15
**mutual** 119:18

**N**

**n** 1:15 2:18 3:12 5:22 7:2,2 335:2
**name** 9:13 16:24 279:9 321:10
**nashville** 3:5
**national** 5:24 11:3
**nature** 79:6
**near** 194:25
**necessarily** 271:10 307:12
**necessary** 23:6,12 23:15 89:25 90:3 90:4,7 95:24 323:7,13
**need** 11:24 74:10 98:12 173:20 179:14
**negative** 100:25
**negotiated** 28:17
**negotiation** 28:14
**negotiations** 213:17
**neighborhood** 80:19 312:5
**neither** 336:13
**nestor** 5:4 10:24,24
**net** 58:16 103:3 177:21 206:11 231:19 274:15 309:7
**neutral** 206:11 274:15
**never** 14:22 17:16 19:9 39:5 79:25 80:2,9 112:8
**new** 4:5,5,13 5:7,7 9:17,18 83:8,9,11 98:6 110:14,22 145:4,10 146:17 146:18,25 158:24 159:8,16,17,18,22 160:2,7,10,15 179:5,6,6,7,13,14 187:19 194:20 197:12,14,16 198:13 207:2 232:21 258:3,19 272:12 274:2,2,5 276:7,11,20,21 277:2,4 278:8,15 288:11 290:19 295:14,15,16 297:9 298:6,21 299:8,15,22 300:9 300:10,19,20,25 301:3,13,14,19 304:24 305:3,5,7 305:7,10,11,12,17 305:23,24 306:6 307:5,10,12,16 308:23 309:4
**newfound** 305:15
**news** 8:2 265:9,10 266:20 267:3
**nobankruptcy** 113:7

**nobodys** 144:22
**nominal** 284:3 310:5
**nongeneral** 273:23
**nonprofit** 286:22 287:13 288:2,13 288:23,25
**nonpublic** 224:21
**nonresidents** 209:12
**nonrestructured** 327:20
**nonsequential** 7:21
**nonuniformed** 225:25 233:9,11
**normal** 220:10 329:10
**normalized** 25:11 218:18,20,23 223:5
**north** 3:21 109:25
**northwest** 9:13
**notary** 336:6
**note** 233:15,24 259:17 283:25 284:2,4 334:10
**notes** 256:16 265:18 282:21 284:15 285:23 286:2 287:7
**notices** 170:4
**number** 18:23 25:23 28:2,7 31:7 33:23 58:13 60:22 61:9,14 62:7,16 62:18 63:18,21,23 63:24 64:5 68:20 71:20 74:23 77:22 85:21 86:21 93:23 101:14 110:4 124:19 126:15 129:11,16 191:14 191:21 209:4 220:15 224:10,16 234:13 235:13 236:15 245:21 249:9 255:4 267:7 310:3
**numbers** 46:4,5 76:17 90:9 139:13 148:2,5 189:4 218:12 223:15 225:22 226:3,19 241:3 249:8 310:25 317:18
**numerical** 151:13 152:6
**numerous** 62:15,17 63:7
**nw** 4:13 6:4

**O**

**o** 7:2 335:2
**obama** 270:14
**object** 131:15
**objected** 303:4
**objection** 26:7 29:13,17,25 32:6 37:23 61:12 86:23 87:24 103:15 108:2 122:2,16 123:14 124:8 131:12 132:3 133:17 134:24 144:14 151:9,16 151:17 154:3 169:20 174:16 175:4,18 181:17 185:17 190:16 196:21 202:6 211:9,10 236:23 247:25 257:24 261:8 269:8 275:18 291:16 300:2 301:22 306:17 307:19 325:16
**objections** 144:18
**obligated** 262:3,5 263:22 322:5
**obligating** 264:7
**obligation** 260:8,20 260:23,25 261:4 261:22 263:15
**obligations** 119:18 119:23 130:17 165:11 171:16 183:18 201:12 214:24 325:23 327:21
**obstructing** 308:7
**obstruction** 62:24
**obtain** 89:15 246:4
**obtained** 89:21 135:24 240:17
**obtaining** 262:19
**obviously** 66:18 139:8
**occur** 137:9 189:16 201:8 312:7 313:8
**occurred** 52:7,9 290:6
**offer** 29:9 86:7 91:3 227:8
**offered** 171:3
**offering** 144:13,17 173:23 266:9 279:15,19,21,25 280:9
**office** 2:5 235:4
**officer** 293:24 336:7
**officers** 213:15 223:24
**official** 10:2
**officials** 80:23,25 81:11,16,19,24 82:8 121:21 122:8
**offset** 78:9 87:14 92:10 93:14 198:2 231:20 272:13 274:21 286:13
**oh** 47:20 131:24 141:24 167:10 256:9
**okay** 11:24,25 15:11,17 17:15 18:19 19:9,16 20:24 21:22 23:19 24:16 25:15 26:13 26:20 27:19 28:16 30:17 31:2 32:2 34:5,15 35:4 36:15,21 37:4 38:5 40:7,12,15 42:22 43:4,11 44:24 45:7 46:9 46:12 47:14 50:12 51:20 52:24 59:18 63:10 64:3 65:3 65:24 67:6,6,24 69:10 72:22 74:23 77:8 82:3 84:25 87:20 89:10 91:13 94:17,19,22,25 97:17,22 100:22 101:11,21 103:12 105:14 106:14 107:21 108:17,24 109:10 112:18 117:13,19,25 123:4 125:17 127:14 128:16 131:8,24 133:21 133:24 134:20 135:6 137:19 138:2 141:23 146:9,16,24 147:11,13 159:14 160:9,16 164:25 165:23 166:6,11 167:3,10 172:20 174:11,20 177:8 177:18 179:24 183:14 189:9 190:21 191:2,21 192:13 195:9 196:10 198:7,22 199:6 200:6,21 203:17 207:17 214:3,9 222:19 225:24 226:5 228:8,15 229:7 232:2 242:2,6,12 242:15 247:8 253:6,14 255:11 255:14,22 256:2 257:2 258:11 259:6 260:9 263:2 263:11 265:7 267:19 268:16 269:3 275:7 280:8 280:15,19 281:8 281:19 282:24 283:6 285:13 286:10 289:6 290:22 291:9 294:8 297:7 298:4 298:9 299:7,18 300:6,14 301:3,18 302:3 303:24 304:12,18 308:16 309:4 314:3,15 315:3 317:22 319:20 323:24 325:2 326:21 327:18
**old** 110:23 257:19
**once** 48:11 204:18 213:22
**oneoff** 244:11 295:4
**ones** 23:2 44:16 70:3 88:24 120:8 169:12 183:9 204:21 295:17
**onetime** 219:12,16 219:17 291:7
**oneyear** 40:25 41:12,15,20 98:8 98:11,17 177:24
**ongoing** 54:18 56:15 66:23 72:8 72:15 96:4 97:2,3 97:8 120:2 134:19 135:11 166:25 168:10 224:20 225:3 247:2 276:10 312:25
**opeb** 151:22 152:6 152:9 183:18,21 321:17 327:12
**operating** 117:8 120:13 137:24 167:4,11 184:23

198:14 207:10 223:8 237:16 239:16 245:18,22 246:3,5 293:23 326:25
**operational** 7:22 120:5,23 121:2 159:5 254:19 268:22 269:6,10 269:11,17 316:8
**operationaldriven** 105:3
**operations** 12:13 25:6,20,24 26:6 26:18,20,23 44:20 49:12 98:16 99:4 120:7 121:4 122:13 123:11 172:2 297:6 328:19
**operationsdriven** 70:16
**opinion** 144:13,17 266:9 279:15,19 279:21,25 280:9
**opinions** 20:24 212:19,25 227:4,5
**opportunities** 198:4 297:9
**opportunity** 52:5 193:19
**option** 263:19
**options** 165:11
**order** 23:5,11 71:25 123:16 124:5 126:15,20 127:2,7,24 128:12 128:23 164:20 165:14 198:4 213:10 221:17 236:11 269:17 290:20 293:17,21 307:7 309:3,13 310:13 328:18
**ordinary** 98:15
**organization** 83:8
**organizations**

62:16,18 63:24
**original** 76:19 267:13,15
**orr** 44:19 45:12 81:5 312:16 314:2
**orrs** 35:20
**outcome** 336:16
**outflows** 123:22
**outlook** 235:4 254:10
**outside** 33:25 43:12 84:16 87:20 88:9 118:20 130:13 181:25 265:22 285:22 287:5
**outsourced** 49:13
**outsourcing** 49:11 49:17,19,25 50:8 52:9,23 193:17 241:19,24 242:3,8 242:11
**outstanding** 168:13 330:9
**outweigh** 100:7,16 102:21
**outweighed** 106:17
**overall** 13:23 40:23 49:10 91:11 100:10 101:19 102:16,18 105:5 106:23,24 107:10 114:2 117:18 118:7 176:22 210:11 231:3 237:10 246:17,20 248:10 250:20 251:10,11,16 288:8 293:22 296:14 309:8 310:15 311:11 313:24 317:3,12
**overtime** 154:14,17 154:20,22 155:8 155:10,17,19,23 155:24 156:3 236:8
**owe** 167:20

**owed** 135:15 168:13,21 169:8 169:12,14,19 171:16 208:12 238:24 239:5,6,6 239:15,21 240:5 240:17 257:6,14 328:10
**owes** 168:2,4
**owner** 170:11

**P**
**p** 3:19 147:15 204:5 204:6 284:8 334:20,23
**package** 251:10
**page** 7:4,12 109:7 199:20 200:21 214:10,25 216:13 216:17,18 217:11 217:14 224:6,15 225:21,24 226:6,9 230:10 231:21 232:22 233:13,23 234:11,23 252:20 254:24 255:14 256:7,10,25 257:9 259:6 263:7,8 268:20,25 270:11 270:12,13,20,22 284:25 285:6,14 285:14 286:12 309:25 310:3,4 315:3,4,7,16 317:17,21 331:3
**pages** 317:18
**paid** 53:14 128:14 170:12 195:20,25 284:4
**pao00706519** 7:15
**paper** 269:13
**paragraph** 217:15 225:24 226:9 231:21 232:22 233:13,23 234:11 234:23 286:8,12 310:9 315:18

**paragraphs** 226:6 286:9
**pardon** 211:9
**parke** 4:12 10:9
**parking** 33:13,14 34:11 44:14 45:23 46:2,6,15,18 127:16 170:25 205:19 223:9 298:15 306:9,23 329:11,16,17
**part** 13:25 19:25 20:19 22:12 40:3 48:12 52:22 64:20 73:10 82:14 91:16 105:13 107:2,10 111:22 116:19 117:7,11 119:22 120:3 122:23,25 132:4,19 140:2 177:3 203:4,8 211:11 214:6,7 219:18 225:23 226:4 251:9,16 264:4 273:19 276:19,21,23 277:2
**partially** 43:2
**participants** 226:22
**particular** 24:5 25:8 33:7 60:3 109:6 125:2 145:23 148:22,25 178:11 195:11 201:23 203:4,16 220:24 241:7 254:4 261:20 272:10 278:25 279:9 287:17 295:3
**parties** 43:14 75:4 75:6,8,10 76:3 192:5,10,13,17 322:16 336:14
**party** 116:7 189:25 192:24

**passthrough** 206:4
**pastdue** 168:9 170:25 258:18
**pause** 42:14
**pay** 133:16 140:3 144:3 147:22 148:9,13 149:5 205:15 209:16 222:2 279:22,23 280:2,3,11 283:20 326:7
**payable** 114:17 256:18
**paying** 128:19 132:13 196:5 328:22
**payment** 46:12 333:7
**payments** 168:3 196:10,16,18,19 205:4,22 206:8,9 225:25 248:21 286:19 328:12,18
**payroll** 58:18 60:14 98:6 150:21,22 225:12,14 232:14 232:18,20 236:16
**payrollrelated** 57:22 59:2 231:17
**pays** 236:16 326:24 328:5
**pendency** 198:8
**penny** 272:24
**pension** 101:20 121:24 124:5,12 124:16,18 131:23 131:25 132:7,14 133:15,21 150:5 151:3,21 153:21 176:18,21,25 183:7,16 184:19 185:5,14,21,24 186:10,13 187:12 289:5 321:18,19 321:24,24 323:6,8 323:12,14 324:5 324:14 325:5,23

325:24 327:16,23 328:25 329:2

**pensions** 12:25 101:23 102:6,8,9 121:11,19 129:3,6 129:7 132:15,21 237:22 322:17

**people** 22:11 24:16 24:22,25 25:6,7 25:23 26:2 27:19 32:17 60:15 61:6 61:9,14,17,21,24 62:5,10,15 63:10 63:11,14,18,21,25 64:5 66:17 83:7,9 83:11 84:12 95:3 136:6 162:25 169:10 170:4 171:3 197:24 198:6 199:11 218:13 220:14 222:17,19 264:6 266:5 278:20,23 279:6,10,13 281:15,17

**percent** 26:25 27:4 28:8,10,23 29:5 30:12 34:25,25 44:5 49:6 56:12 113:8 125:25,25 140:16 142:6,9,17 152:9,11,15,17,19 186:20 208:14,23 208:24 209:6 211:15 224:15,18 224:20 225:25 226:2 227:19,23 228:17,23 229:8 229:19,24 230:5,7 230:11,20,23,24 230:25 231:7,22 232:8 233:6 234:12,17,22,24 234:25,25 235:6,7 235:16,19,19,23 285:20 286:5,6 287:3 312:4 330:3

330:6,16 334:4

**percentage** 208:18 209:5

**percentages** 151:14

**perform** 23:11 214:19

**performance** 36:19 79:4 200:3 201:9 201:13,15

**perhead** 226:16 227:6

**period** 17:3 41:7 79:21 83:2,12 85:3 92:19 97:16 102:25 103:2,13 103:22 112:8 136:12,18,22 139:7 146:22 156:7,13,21 157:4 157:12 161:22 231:4 234:18 247:3 287:14 299:24 328:21

**periods** 68:25 188:16 225:21

**permits** 223:10

**permitted** 213:9

**person** 278:19 279:9 296:15

**personally** 20:22

**persons** 251:25

**perspective** 164:17 185:21

**pertains** 201:4

**petition** 113:5,13 113:20 114:4 115:7,11,21 116:3 116:9,14 122:11 122:14 123:5,10 134:7,13,23 135:8 142:19 143:2,10 143:14,17,23 144:2,10,15,20 149:14 154:14,18 155:19 161:15,25 162:11

**pfrs** 187:3 321:14

321:17,17,24

**phone** 10:18 42:11 190:7 308:13 318:14,20 334:14 334:15

**phrase** 322:20

**pick** 79:12

**picked** 94:8 273:20

**picture** 77:12 179:11 185:4

**piece** 195:11 269:12

**piecebypiece** 176:2

**pieces** 23:8,13

**piggybacking** 137:10 138:5 139:20

**pittsburgh** 2:5

**place** 54:6 59:12 187:11 221:12 228:16,19,22 229:4,5 256:14 287:2

**plan** 64:9,14,20,20 68:23 69:8,15 73:10,16 88:17 89:6 116:18 117:12 118:20,25 120:13,20,23 121:2 124:15 130:3,6 131:21 132:10,17,23 141:18,20,20,22 141:24 142:11,15 151:8 176:17 181:14,15,24 182:25 185:6 195:2 201:12 204:12,19 211:8 211:12,15 226:16 226:21,25 227:7 227:22 229:2,6,12 229:16,22,24,25 230:2,9 234:5,9 234:19,22 237:16 244:18 245:19 251:24 253:11

259:8 280:3 282:21 286:25 295:10,24 297:14 297:15,25 298:3 300:18,23 301:2 301:16 304:16,18 304:20,25 306:4 314:12 321:15,21 323:9,15,17

**planes** 95:3

**planned** 279:23 280:3

**planning** 98:22 99:9,13,18 101:6 116:13 128:11 145:3,9,18 194:16 227:7

**plans** 74:18 128:21 135:6 156:9 325:5 329:3

**plante** 246:10

**play** 77:19 81:16

**plc** 2:6

**please** 9:19 10:18 23:10 50:19 51:16 81:14 82:4 115:9 118:22 121:13 122:18 154:16 162:7 175:13 186:8 189:3 196:22 199:20 212:5 213:12,22 255:2 261:10 266:20 275:20 279:24 290:8 298:8 299:18 302:16,19 306:20 322:21 333:20

**pllc** 5:13

**plug** 169:15

**plugged** 324:23

**plus** 224:14 332:22

**poa00537604** 252:17,21

**poa00706519** 189:5

**poa537586** 7:20

**point** 18:9 33:2

35:16 38:22 41:9 55:20 56:9 83:22 115:17 120:19 130:8 170:24 184:25 224:22 228:7 282:2 288:10 301:13 305:16,19,19 320:4 333:6

**points** 19:6 222:12

**police** 126:20,23 213:14 223:23 224:20 232:17 279:4

**policies** 83:3,13 98:23,25

**policy** 12:6,15 15:24 16:2 35:2 59:12 82:8 83:18 83:25 84:6,9,19 138:15,24,25,25 139:9,10 146:20 146:21,22 147:6 157:15 158:16 191:2 279:17,20 311:13 314:7

**polk** 5:5 10:24

**poor** 161:4,8,22 162:2 269:5

**popehn** 6:15 10:11 10:11

**population** 122:5 173:12,15,19,25 174:2,6,11,15,22 175:3,16,16,19 176:13 202:16,22 203:3,10 310:14 312:25 313:2,21 318:3

**portion** 30:14,15 122:19 132:12 178:13 196:23 199:6,10 237:2 259:12 260:16 275:21 321:23 328:22

**position** 59:20

127:11 179:15
188:4 204:12,15
204:17 215:21,25
313:4 329:4
**positions** 58:14,15
225:18
**positive** 67:25
315:20
**possession** 66:4
277:21
**possibility** 84:3,4
84:17,21,23,24
85:5 97:3 176:9
310:10
**possible** 54:23
83:23 84:25
114:24 135:13
147:22 148:7,18
149:11 153:24
154:13 171:14
176:16 216:8
230:6,9
**post** 182:25 322:8
**potential** 44:12
45:13,25 47:23
52:2 69:20,21
77:23 78:5 90:18
90:21 138:25
159:14 207:18
259:23 277:24
278:12 330:24
**potentially** 44:18
48:5,5 86:7 98:17
148:13 158:8
180:11,13 188:2
242:11 246:18
286:2 332:24
333:15
**power** 155:9 159:7
188:6
**practice** 95:16
190:23 318:23
319:2
**practices** 37:21
84:19 95:17
**prearraignment**
232:13,16

**prebankruptcy**
327:25
**precise** 197:6
**predicated** 264:19
**predict** 54:16 93:3
93:7
**predominantly**
233:2 327:24
**prefer** 236:13
**prepare** 14:24
61:22
**prepared** 36:22
68:11 189:10
192:7 324:12
**preparing** 36:3
37:18 61:18 62:6
68:4
**present** 6:11
249:16 290:7
**presentvalue** 330:2
**presentvaluing**
334:5
**press** 82:19,24 84:8
84:15
**presumably** 142:25
**pretty** 142:5
157:16 158:13,17
170:17
**previous** 37:19
141:13 164:5
**previously** 64:19
330:21
**principal** 285:23
287:6
**prior** 81:22 141:23
144:4 162:6 322:8
**prisoner** 232:13,16
**private** 243:25
244:7 245:4
**privatization** 45:19
45:23 46:21 47:6
47:10 49:19,25
50:7,16,20 51:9
52:7,8,15,18,25
127:7 143:18
**privatizations**
301:12

**privatize** 115:20
**privatized** 33:14,16
52:13 127:9,15
238:21
**privatizing** 33:13
46:2,6,18 238:5
**privileged** 318:16
**pro** 246:19
**proactive** 256:13
**probably** 41:2
64:25 65:7 77:2
80:18 101:2
103:25 127:5
128:4 145:6 187:9
187:24 188:3
192:20 209:23
222:2 225:19
243:15 296:7,18
314:14
**problem** 110:17
144:5 268:23
**proceeding** 14:5
113:24
**proceedings** 113:17
116:6 336:8,10,10
**proceeds** 184:15
286:7 287:21
309:8,9 322:15
324:15 325:5
**process** 40:6 70:19
98:11 135:11,11
169:24 170:3,6,18
213:5 223:6
240:25 241:11,14
253:12 256:13
**processes** 34:22
**processing** 232:14
232:18
**produce** 40:6 44:21
67:2
**produced** 39:25
40:8 66:11 68:19
71:12 120:23
319:15,18 333:10
333:11,13
**produces** 40:10
**producing** 40:7

98:8
**professional** 96:4
96:16,25 97:15
132:12,13 230:12
**professionals**
218:22 223:4
233:9,12
**profile** 179:8
317:13
**program** 289:4
298:18
**programs** 136:7
170:7 171:2
271:14 286:23
319:5
**progress** 134:5,12
134:22 315:22
316:8
**prohibited** 189:25
192:24 193:3
**project** 43:20,22
96:21 98:2,4
181:2
**projected** 148:16
190:2 200:2 215:2
232:23 242:7
259:19,22 261:14
263:5,13,21
274:23 301:4,20
306:7 324:13
326:24
**projecting** 282:19
305:14
**projection** 7:14
40:22 100:14
108:19 188:24
240:24 274:13
283:22
**projections** 44:3
66:3 79:3 100:13
135:2 150:7 165:8
183:2 189:9 200:7
200:10,12 201:4
201:18,20 210:24
230:4 244:8
252:24 253:7,8,22
254:7 280:20

282:25 283:11,15
287:3 298:24
300:12,15 305:4
306:9,12 319:14
319:25 321:13
322:24 324:21
326:17 329:24
**projects** 97:4,12
132:25 280:17
**properly** 114:13
**properties** 112:14
207:13,20,23,25
210:6,8,10,12
**property** 86:11
88:13 112:15
128:7,11,21
136:25 170:8,10
170:11,11,12,19
171:25 172:4
182:20 184:13
208:11,15 209:23
210:3,12,15
250:18,25 251:11
291:20 310:11
313:20 318:7,11
**proposal** 8:8 20:13
20:15 67:16
130:11,14 202:17
203:2,5,6,9
265:11 284:13,24
285:25 287:17
289:7,13,16 291:8
291:10,19
**proposals** 33:23
53:8 55:24
**propose** 28:23
**proposed** 8:10
181:15 288:16
314:18
**propounded** 335:5
**provide** 133:5
146:18 148:19
173:17 174:4
205:21 253:25
292:2,5,10,11,13
305:17 309:5
315:11 320:22

323:7,13
**provided** 31:14,17 32:21,24 33:5,24 49:24 50:6 52:22 54:3 59:6 60:19 75:4,8,10 90:15 113:4 131:20 132:8,15 133:3 154:25 160:17 210:2 217:3 229:7 232:19 233:17,21 234:8 245:15 286:17 331:5
**provides** 170:6 177:16 178:19,25 187:16
**providing** 136:5 174:8 272:22
**proving** 201:10
**provision** 284:14 285:19
**public** 5:24 8:9 11:3 15:10 17:11 17:13 60:6 80:5,7 80:13,16 164:12 164:14,18,23 165:5,13,17,23 166:7,11,14,16 167:3,11,14,17,20 168:2,3,8,22 171:20,25 172:4,7 172:10,12,18,20 173:4,9 175:23 181:3 223:18 224:20 265:5,10 270:17,17 306:9 314:17 315:24 316:3,18,21 317:4 317:10,14,20,22 318:5 336:7
**publication** 79:8
**publications** 158:5 158:20
**publicly** 267:8
**published** 158:20
**pull** 23:13 24:14 61:15 64:9 156:10
**pulled** 130:7 235:5
**pulling** 20:19 22:6 23:7
**purchase** 232:9
**purpose** 58:22 65:9 68:4 286:23
**purposes** 36:23 43:5 227:3
**pushed** 46:24
**pushing** 308:17 328:17
**put** 23:5,14 42:3 59:12 109:24 120:12 130:3 132:21 190:21 191:3 192:22 200:16 204:12 215:14 228:19 229:4 234:19 247:16 276:2 292:16
**putting** 20:12 22:16 24:7 25:16 30:22 332:7

**Q**

**qualified** 14:4
**quality** 59:6
**quantified** 111:18 136:13
**quantify** 35:3 105:18 107:23 135:23 136:19
**quantifying** 105:9 202:3
**quarter** 256:17
**question** 18:5,9 19:4 20:3,20 21:13 23:9 26:14 26:16 29:16,19 32:19 38:5,21 39:3,12,15 40:4 41:14 47:9 57:12 57:20 59:8,9 60:7 62:22 63:4 76:24 78:19 81:13 82:3 104:16 121:12 122:8,18,23,25 132:19 136:19 138:15,24 139:5 146:20 149:16 157:8 159:2,6 160:8 162:5 164:4 164:5 169:16,18 175:12 185:12,20 186:4,7 192:20 196:22 212:6,8 213:12 215:11 216:7 229:10 239:18 246:11 247:6 248:15 254:2 257:9,12,17 258:2,8 261:10 268:11 272:14,24 274:9 275:19 276:3 277:10 279:17 281:13 282:18,23 283:12 290:8 294:20 296:16 299:16,17 300:4 301:23 302:9,21,24 303:2 303:6,25 304:3,5 308:2,5,21 314:7 318:19 323:10 324:18
**questionable** 114:16,18
**questioning** 251:5
**questions** 11:19,20 15:21 95:3 131:5 166:22 185:11 203:25 308:14 319:21 321:12 332:2 334:16 335:5
**quite** 59:8 297:13
**quote** 99:3

**R**

**r** 335:2
**rail** 271:20
**raise** 125:11,19 138:20 159:8 279:16
**raised** 55:25
**raising** 145:10
**range** 46:8 254:25 265:3 266:6
**ranged** 315:13
**ranges** 46:4,5
**rare** 18:2,6,10,11
**rata** 246:19
**rate** 34:24 104:6,13 125:25 138:16 155:24 180:4 209:13 210:17 222:10 228:10 229:25,25 230:19 233:16 234:17,21 236:12 281:8,9,10 310:19 311:7,22 312:4,7 313:7 327:25 330:3,8,16 334:4
**rates** 35:9 75:23 125:11,14,19,20 126:12 136:21 137:3 138:10,11 138:12,13,18,20 139:9,15 145:10 148:12 195:6 206:2 225:20 250:22 256:12 279:19 281:14,17 281:20 310:5,11 310:22,24 311:6 311:18,23 312:18 312:24 313:3,20 314:5 330:10 334:6,9
**ratified** 48:24
**rationalization** 310:5
**rdr** 336:20
**reach** 102:8 213:2
**reached** 70:21 75:19 87:6,6 323:18
**reaches** 332:3
**read** 81:22 82:20 82:24 84:8 108:7 108:8,10,12 122:20 128:25 157:22 158:3 196:22,24 245:14 253:17 262:25 266:23 275:22 302:9 308:13 335:3
**reading** 253:5 286:17 310:9
**real** 249:20
**reality** 196:7
**realization** 259:19 261:14 263:4,13
**realize** 52:14,19 53:2 192:11 289:9
**realized** 200:23 259:21 260:15
**realizing** 260:4
**really** 75:22 117:14 184:19,22 240:3 249:20 262:6 303:8 308:7
**realm** 84:16
**realtime** 1:21 336:5
**reason** 58:13 102:2 173:22 175:22 177:22 193:2 294:24
**reasonable** 44:24 45:6 63:3 79:14 122:14 123:13 127:22 215:3,7,12 215:17,18,19,22 216:3,5,8,11,12 280:5,18 282:13 283:10,11 297:3 330:13
**reasonableness** 330:15
**recall** 25:22 34:18 35:19,21 41:8 42:20 47:13,25 66:15,15,24 67:14 68:3,6 69:18 79:18 91:22 102:2

107:23 108:4
120:8,13,21 130:5
139:22,22 140:13
141:10 168:18
176:24 207:8
228:20 240:13
244:11,16 252:15
253:2,4 254:11
271:20 284:14
319:23 320:18
326:17 328:24
332:18
**recapture** 255:16
256:3,5
**recaptured** 255:24
**receipt** 290:4
**receivable** 170:13
170:17 171:6
256:9,17 258:19
**receivables** 257:19
**receive** 86:16
144:19 153:25
274:23 276:17
277:12,13 281:5
287:24 288:14
289:9,21 318:5
**received** 85:23
86:11,14 88:15
110:25 113:3
114:11,16 127:19
179:19 184:15
218:5 274:12
276:15 277:11
284:16 286:13
289:7 290:10,17
290:20,23 321:22
**receives** 208:20
286:18
**receiving** 133:14
**recess** 204:5
**recession** 247:15
247:17,22 248:3,5
**recite** 189:3
**recognize** 121:15
121:22 193:3
297:12
**recognized** 121:9

317:15
**recognizes** 194:12
195:4 287:23
288:11
**recollection** 285:24
332:22
**recommended**
162:13 267:25
**recommending**
161:23 162:10,19
**reconcile** 253:7
**reconciliation**
167:25 168:9
**reconciliations**
168:5
**reconfirm** 30:25
**reconstruction**
202:16,25
**record** 9:5,20 42:12
42:15 48:22 55:14
55:17 57:10 94:18
95:5,6,10 147:14
147:18 204:3,8
241:16 249:22
269:23 270:2,6
284:7,7,9,10
302:4,11 303:18
303:20,21,22
309:17,20 319:11
319:12 321:2,3,5
321:6 334:21
336:9
**recorded** 122:21
196:25 275:23
**records** 219:11,24
**recover** 151:15
**recovered** 170:20
**recoveries** 151:21
152:17 153:25
282:20 283:25
**recovery** 151:6
152:6,9,20 211:14
**recuperated** 104:9
**reduce** 48:15,19
49:11 51:11 53:14
54:12 55:3 56:16
57:19 59:13,19

60:5 115:14
154:14,17 155:7
155:10,16,19
173:14,21 174:13
175:2,16,21
176:14,15,18
234:6 264:3
285:23 287:6
293:17,22 294:10
294:18 297:2,10
312:3 314:5
**reduced** 55:7 58:15
59:2 101:22
173:11,14 176:23
183:19,24 195:16
196:9,12 198:8
235:17 249:5
250:25 260:15
293:16 312:10
313:13 316:3
336:12
**reducing** 48:10
49:3,8,21 50:3,9
50:18,22 58:23
59:24 110:13
310:22 312:17
**reduction** 12:21
28:25 48:4 49:14
57:18,21 70:6,12
100:7 101:7,12,17
101:18 102:4,21
103:14,20,21
104:21 105:10,20
105:23 106:5,6,10
106:16,18,22
107:5,7,8,25
109:19 110:5,11
111:8,15,19
145:19 173:25
177:3 186:20
197:19 211:7
224:16,19 233:24
242:25 249:16
251:15,22,24
260:16,18 262:11
262:12 263:3
284:17 285:7

287:13 288:2,14
288:25 294:16
313:7 314:9
316:13 317:25
318:2
**reductions** 56:11
56:24 57:5,15,25
58:11,22 59:10
60:10 102:22
103:20 105:24
106:6,10,17
112:12 209:19
224:21,24 225:7
260:5 310:19
311:7,10,22 312:7
316:23,24 317:3
**reengaged** 172:11
**refer** 155:23
320:19 326:18
**reference** 28:12
44:19
**referred** 22:5
326:16 331:7
**referring** 24:10
25:2 26:3 31:13
32:9,15 43:3 71:6
73:9 109:6 148:10
159:20 203:5
204:20 243:16
306:10,11
**reflect** 71:13 76:2,8
113:6 190:4
218:13 224:5
305:20
**reflected** 113:9
149:6 168:6,11,14
168:23 169:3
193:12 195:24
211:24 212:10
224:22 295:9
**reflective** 113:16
113:19 117:16
118:10 149:21
155:24 194:25
**reflects** 224:17
**reforming** 121:3
**reforms** 120:6

**refresh** 285:24
**refreshed** 284:20
**regarding** 114:16
180:17 190:15
217:4,12 227:10
258:9 262:19
329:7,16,19
**regardless** 188:12
284:4
**regards** 86:6
**regional** 53:9,16,21
53:25 54:11,24
55:10
**registered** 1:20
336:4
**regression** 220:2,4
220:8
**reimbursed** 101:10
104:8 272:12
286:3
**reimbursement**
207:19 208:3
273:10 274:7
**reimbursements**
206:3,5
**reinvestment** 62:12
62:21 69:24 70:7
88:16 99:22
100:19 102:16,18
104:22 105:6,25
106:24 107:2,11
108:20,25 109:4,8
109:13 110:2
111:24 112:24
116:18,20 117:9
117:11 118:8,20
118:25 132:9,17
132:23 133:8
137:24 145:4,10
150:10 183:17
184:3,9,23 188:19
202:5,17,25 203:9
207:11 239:17
240:11,24 241:23
245:17 251:10
259:7 289:4
295:10,24 296:10

297:19 298:13
304:16,20 327:5
**reinvestments**
109:18
**rejected** 296:23,25
297:4
**rejection** 288:13
**relate** 14:18 15:15
103:24 201:17
**related** 199:11
233:10 257:11
262:23 271:16
286:6 318:3
336:13
**relates** 200:12
**relating** 214:5
319:13 320:20
**relation** 209:23
**relationship** 208:6
**relative** 18:8,24
53:7 248:18
**relevant** 22:18 38:2
38:20 222:3 273:4
**reliability** 38:11,25
71:25 200:9
**reliable** 23:18,18
77:9,15 157:5
292:12,16
**reliably** 156:6,14
157:11
**reliance** 189:24
192:23 193:2
**relied** 24:11,17
25:6,7 81:23
218:25
**relief** 136:6
**rely** 24:6,12 25:15
78:10 192:6,14
217:2 322:24
**relying** 20:25 22:15
22:22 25:13
216:14 237:15,19
**remain** 125:22
152:18 255:15
307:4,7 309:12
**remaining** 92:15
92:18

**remains** 126:13
148:24 251:8
281:15 283:21
301:24 305:6,6,22
309:8
**remediation** 243:9
260:22 288:6
290:21,25 291:4
**remember** 29:3
40:20 60:4 65:8
65:11 67:23
120:16 127:21
213:9 238:18
240:12 251:25
267:18 268:6,12
284:18 293:20
329:20
**remembers** 268:4,9
**reminders** 170:3
**removal** 7:24 104:2
234:10 258:23
265:3 270:10,17
287:16
**remove** 316:11
**removed** 278:5
331:23
**renaissance** 209:22
210:4,6,9,10,15
**renewed** 276:11,22
277:3 296:5
**rent** 238:16
**reorganization**
88:15
**repeat** 69:4 81:13
118:22 121:12
122:17 154:16
162:7 182:9 212:5
231:25 279:24
290:8 302:5,10
306:19 323:10
**rephrase** 122:24
185:12 299:19
300:7
**replace** 110:23
147:3 225:2,5
295:23 299:4
300:21 307:13

**replaced** 59:22
**replacement**
295:22
**replacements**
295:19
**replacing** 59:5
**replicated** 150:14
**report** 7:18,24 21:7
28:12 30:19 74:25
107:22 108:5,6,7
108:14 121:7
158:10 171:6
189:25 192:23
211:24 212:10,11
212:13,15,17
214:9,25 216:13
216:17 219:2
220:22 245:12,12
245:14 252:18,22
252:25 253:5,18
254:21,23 258:22
259:5 267:9,13,20
270:10 295:9
315:23 317:8
332:2
**reported** 82:19
247:3 317:15
**reporter** 1:20,21
9:15 29:18 55:13
94:23 122:20
196:24 275:22
302:9,20 303:17
308:13 336:2,5,5
336:6
**reporterca** 1:22
**reporting** 9:16
**reports** 32:17
108:8,12 114:12
114:16 246:8
252:16 253:22
**represent** 92:16
106:4 152:18
244:24
**representation**
283:4
**represents** 259:12
**request** 28:22

95:16 319:12
**requested** 122:19
196:23 275:21
325:9,12
**requesting** 94:20
**require** 83:17
143:6 155:6 296:4
**required** 64:7
102:10 138:23
197:24 198:25
246:4 326:5
**requirements**
279:3
**requires** 22:19
**requiring** 246:2
**reread** 275:19,25
302:21 303:15,16
304:8
**rescission** 248:25
**reserve** 140:14,15
140:24 141:3,6,10
141:15,16 142:12
142:15 234:12
**residential** 170:9
**residents** 209:10,11
265:21 312:4
**resolution** 316:12
**resource** 269:20
**resources** 130:15
181:20 188:13
**respect** 21:6 56:12
56:14 86:12,17
89:8 90:5 130:24
236:15 237:3
247:14 282:21
296:6 312:14
313:13
**respective** 22:14
**respond** 334:2
**response** 301:24
302:3 318:19
331:25
**responsibility**
189:20
**responsible** 54:5
83:3 115:3 180:6
278:20 322:9,13

**rest** 157:16 230:25
**restart** 328:3
**restructure** 119:19
122:12 123:11
**restructured**
165:24
**restructuring** 7:22
62:12,21 69:24
96:11,25 97:12,15
97:16 98:21,21
99:3,8,13,17,21
99:24 100:4,15,16
100:19,24 102:15
102:18 105:5,13
105:15 106:24
107:10 108:20,25
109:4,8,13 110:6
111:23 112:24
116:16,17,20
117:6,7,9,11,18
117:21 118:7,16
118:19,24 121:3
123:6 130:3,6,13
131:20 132:9,16
132:23 133:9
137:15,23 140:7
149:15 159:4
164:15,16,19,23
165:2,5 166:5
181:24 183:10,15
183:22 184:2,3
185:6,15 186:11
202:4 203:8
207:11 240:10
241:22 242:17
245:16 251:17
254:19 296:10
332:21,23
**result** 27:15 85:13
100:10 113:3
126:2 178:10
202:4 225:6,12
280:25 301:9
305:10,24 309:9
324:14
**resulted** 57:22
60:14 112:11

312:25
**resulting** 201:10
**results** 76:12,12,15 76:16 91:25 108:22 162:14 182:13 189:14,21 190:4 191:8,16,24 192:6 193:5 203:2 218:20 261:6 262:19 283:3,7,8 283:9,14
**retained** 31:8 32:4 35:5 39:21 40:18 181:4
**retention** 37:7
**retiree** 3:15 150:7 150:25 151:7 183:6 184:24 323:19
**retirees** 10:3 151:15
**retirement** 2:9 10:7 10:16 186:15 323:19
**return** 111:23 179:18 207:23
**returns** 170:5
**retype** 303:19
**reveal** 318:16
**revenue** 13:4 15:18 15:20,25 16:2,6,9 16:15 26:16 31:24 32:18,21 33:24 35:6 42:25 43:25 44:2,9,12,21 45:13 46:2 49:20 50:2,9,11 51:23 52:3,14,19 53:3 53:19 58:17 76:17 88:12,13 92:8,25 93:8 99:15,19,25 100:6,21 102:12 103:5 104:22 105:2,9,15,24 106:17,25 107:7 107:24 111:19 112:11 120:2 125:9 127:22 134:17 135:18,19 135:24 137:8,22 137:23 142:6 146:10,18 148:15 148:25 158:15 159:5,15 160:5 169:22 171:25 172:3,6 178:5 184:13 194:20 197:11,12,14,21 198:5 202:4 206:24 207:2 210:22,24 223:10 223:11,16 237:15 238:9 241:6 245:11,18 246:2 246:15 248:10,11 248:21 249:2,6,11 249:16,20 250:6 250:12 251:11 252:16,18,22 253:8,9,16 254:8 254:9 256:24 257:10 258:3,19 259:20,21 260:5 260:14 261:15 263:5,14 266:10 273:20 274:12 277:24 289:14 290:5,11 293:11 297:13,20,25 298:21 299:4,5,8 299:23 300:11,15 300:18 301:9,20 304:14,19,24 305:14,15,18,23 305:25 306:3,6,6 307:5,11,14,17 309:5 311:21 314:6 318:6 320:16 333:2
**revenuegenerating** 33:4
**revenueincreasing** 194:9
**revenues** 15:9 31:4 31:9,15,17 32:4 32:13 34:17,19 39:24 41:3,17 50:18,23 51:7,11 67:25 69:18 79:22 89:23 92:9 93:4 93:12 99:23 100:11 101:3 102:17,21 103:9 103:20 104:4,12 104:19,21 105:5 105:12,19 106:5,9 106:21 107:2 111:22 112:4 116:2 117:4 125:6 125:11,18 134:6 134:13 135:14 139:10 140:17,20 140:21 142:7,10 143:12 150:22 156:7,13,21 157:4 157:11,14 159:8 159:12 160:2 161:14 162:5 164:20 168:8,12 170:2 173:11 180:12,18,24 182:7,18,19 185:2 194:23 206:18 214:11,15 215:2 215:13,23 216:9 217:4 223:9 224:4 225:10 231:15 234:14,16,20 236:19 237:11 241:13 245:15 251:7 258:16 262:20 272:4,25 273:24 274:13,16 274:20,24 277:5 277:12 281:18 285:21 286:25 287:4 288:5 289:20 290:17 292:22 293:13 295:12 296:6,22 297:2,10 298:7,12 299:9 301:4 305:4 305:5,8,11 306:16 306:25 307:11 331:15,18,22
**revenuesharing** 178:8
**reversal** 224:24 225:6,15
**reverse** 8:3 137:9 137:21 265:12 266:11 310:13
**reversecommuter** 137:14 265:16
**review** 72:13 267:13,21,24 268:13,17,21,25 269:5 314:24
**reviewed** 35:11,15 35:22,23 37:15 91:13,18,20,21 144:14
**reviewers** 269:4
**reviewing** 43:13,15 46:22 172:24
**reviews** 316:9
**revised** 69:2 233:3
**revision** 69:10
**revolving** 170:23
**rfp** 91:5,7,12,13,16
**rhodes** 1:9
**right** 16:21 18:13 23:16 41:19 45:8 47:13 51:7 56:4 61:8 74:6,16 80:14 83:5,21 88:25 89:4 97:14 100:13 119:9 127:16 140:4 150:5,17 158:12 164:2 169:22 180:15 187:7 192:22 199:22 213:13 228:15 229:7,19 238:2 245:9 247:16 255:9 264:6 265:16 270:22 278:13 281:2,22 282:12 283:14,16 288:23 297:21 302:22 318:25 320:23 322:6 324:25
**rising** 228:14
**risk** 19:3,4,10,12 19:17,21 20:4,5,9 116:25 227:22 255:16 256:2
**river** 2:7
**roads** 293:17
**role** 43:19 72:15 73:3,25 74:19 91:7,8 165:4
**roles** 83:8,10
**roll** 250:22
**ron** 10:6
**ronald** 2:4
**roughly** 62:9 152:11 186:18 187:5,6 211:13,15 249:10 333:6
**run** 75:23 82:11 104:6,13 155:24 160:24 161:2 182:14 219:17,20 222:10 298:8 324:20,22 325:2,7 325:9 327:25 328:2,8,20 329:14 329:17,19 331:4 332:16
**running** 90:24 162:4,9 171:5 172:21
**runs** 182:5

**S**

**s** 2:14 3:6 7:2,11
**safer** 14:25 202:21 223:19 278:4 279:2
**safety** 60:6 223:18 224:20,21 270:18
**salaries** 182:24

183:5,5,16 184:22
221:2 224:18
233:7 236:25
**salary** 226:2
230:23
**sale** 46:23 184:14
329:16
**sales** 44:10,11
46:21 47:5 182:20
217:11 286:6
298:15,18 301:10
301:13,15 306:8
306:12 329:7,9
**sallee** 21:2,18 30:22
36:8 108:9 216:15
217:4
**sam** 3:10 9:25
**sanctions** 308:15
**sarah** 2:16 9:23
**sarna** 43:17
**sarnas** 43:19
**save** 58:11 59:13,19
68:17 99:9
**saved** 57:24 293:4
**savings** 47:15,22,23
52:14,19 53:2
113:3 242:7,10
245:11 259:20,21
261:15 263:5,13
**saying** 18:18,25
26:12 40:24 54:22
59:23 89:24 94:11
107:14 171:6
174:10 175:23
176:5,11 178:2
188:10 257:13
261:23,24 279:15
280:4 300:17
303:5,12 311:16
**says** 107:23 189:24
192:16,25 200:7
200:22 217:18
254:24 256:8,11
265:14,23 268:4
268:13 269:13
282:25 283:14
286:13 287:9

310:9 315:4,6,12
315:16,18,25
316:7 317:8,17
**scenario** 102:16
105:13 109:11
110:6,7,9 113:7
113:11,19 114:3,4
116:4 117:6,8,8
117:14,18,22
118:8,13,16
137:16 140:7
148:25 149:14,15
149:17,18,20,21
149:25 150:8,14
150:20 152:25
153:3,15,17 154:2
155:22 182:25
183:2,10,15,22
184:2 185:16
280:8 324:12
325:3,7,10,15,22
326:16,19,22
327:9 328:3,4,9
328:21 329:6,15
329:17,19,22
330:22 332:16,20
332:21 333:6,10
**scenarios** 182:11
311:11 332:14
**schedule** 72:24,25
74:8
**scheduled** 74:5
**schedules** 74:14
**scheduling** 293:5
**scheme** 163:20
**school** 167:17
172:4 173:8
315:24 317:5
**schools** 8:9 17:11
80:6,7,13,16
164:12,15,18,24
165:5,7,13,18,23
166:7,11,14,16
167:3,11,14,20
168:2,4 171:20,25
172:7,10,12,18,21
173:5,9 181:3

314:17 316:3,18
316:22 317:10,14
317:20,22 318:5,8
**scientific** 78:10,13
78:20,24 79:6
157:24 202:2,14
202:20 203:14,14
203:19
**scientifically**
292:12,16
**scope** 34:20 73:24
280:12
**seat** 319:3
**second** 162:5 186:2
201:7 212:2 235:7
235:8 286:12
322:16
**secondary** 59:18
**section** 199:25
201:7,7 216:20
217:16 310:4
**sector** 15:10 17:12
17:13
**secured** 89:11
**see** 19:20 24:23
41:3 89:24 94:9
97:13 100:10
136:19 156:19
182:6,11 200:4
215:4 216:19
224:8 226:7,12
234:3 252:17,21
255:17,20 256:11
259:9,10,15,16,25
260:2 265:13
267:19 268:24
269:2 270:24
284:19 285:16
286:15 287:8
310:6,16 315:4,6
315:15,16,23
316:5,6,15,16
319:19
**seeing** 257:10
**seek** 37:19
**seen** 44:19,22 45:25
46:3 84:15 99:3

112:8,17 252:25
254:20 255:12
259:3,4 267:9
333:12
**selected** 310:11
**selffunding** 274:15
**selfinsurance** 19:22
195:22,25 196:5
**selfinsured** 295:2
**selfpaying** 19:21
**send** 170:3
**sends** 170:10
**sense** 39:9 164:19
325:21
**sensitivity** 182:10
**sent** 28:19,20 35:20
91:15,15
**sentence** 201:7
259:10 265:23
268:25 310:9
**separate** 110:4
185:11 196:16
262:10 267:16
**separately** 109:5,9
327:6
**september** 270:14
275:14
**series** 11:19 32:12
216:23 217:23
**serious** 268:23
**service** 49:23 50:5
50:14,25 51:3,13
51:22,24 52:22
53:7 54:2,13 55:3
57:19 59:6 126:7
126:20 154:24
155:4,6,12 173:17
174:4 176:8 183:7
184:25 195:12,20
196:9 205:17
293:16 309:10
**services** 115:21
126:5,16,19,19
127:2 173:13,19
173:20,21,23
174:8,14,20,25
175:11,14,21

176:5,14 182:21
184:14 187:15,18
187:22 188:5,11
194:22 205:20
217:12 230:12
232:9 264:13,14
**set** 16:3 190:8
197:12 234:12
262:9,11,11 279:3
321:15 323:8,14
**sets** 220:5
**settlement** 69:20
76:3 86:8 87:5,10
102:9 225:23
226:4
**settlementrelated**
88:23
**settlements** 70:21
71:14 75:19,20
76:8 85:9,13 87:5
87:17,19,20,22
88:6,9 213:2,3,5
214:5,22 323:18
332:3,5
**settlingup** 208:21
**seven** 62:9 257:19
**sewage** 33:17
**sewer** 184:18
205:18 298:16
**shape** 166:17,18
**share** 238:15,16
246:19
**shared** 287:22
**sharing** 15:18,20
15:25 16:2,6,9,15
82:14 178:5
197:12,14 248:11
248:21 249:2,6,11
249:17 250:6,12
**sharp** 316:13
**shavi** 43:17,21
**shes** 36:9
**shift** 330:23
**shifts** 56:13
**short** 55:16 95:8
147:16 178:17
195:19 247:23

248:2 270:4 309:18 313:18,18 314:2
**shorter** 80:19
**shorthand** 1:22 336:2,6
**shortterm** 65:15 130:7 165:10 247:20 254:10 311:17
**shouldnt** 192:6
**show** 223:2 283:22 296:20 315:20 317:19
**showing** 112:3 153:14 202:25 203:8 312:9 313:20
**shown** 151:20 196:4 242:25 243:3 280:17,19
**shows** 106:16 112:9 144:18 207:5 257:10 326:22
**shrink** 259:24
**shy** 230:20
**side** 66:22 130:9 209:4
**sidley** 5:21 11:2
**significant** 27:6,9 27:10,10 56:23 70:6,9,10 88:8 122:5 128:7,9 134:5,8,10,12,16 134:21,22 135:14 163:18 184:16 187:13 193:24 197:22 200:24 221:4 228:14 236:19,20 237:10 238:23 243:25 260:16 289:19 298:2
**significantly** 31:9 31:12 53:24 126:24 129:3 166:15 183:24

185:6,15,19,24 186:10,11 235:17 259:24
**signing** 214:21,24
**similar** 37:14 39:24 40:4 43:8 58:25 153:16 317:11,23 328:16
**similarities** 253:15 253:21
**simple** 221:23,25 222:4
**simply** 213:8
**simultaneous** 303:7
**simultaneously** 224:5
**single** 92:21 93:4 180:23
**sinking** 260:21
**sit** 62:2 73:21
**sitting** 52:18 61:10 63:20 79:16 95:18 103:12 105:22 106:14 117:19 138:2 141:5 142:15 160:3,11 202:11 203:18 239:20 240:8 253:20 257:21 294:23 319:25
**situation** 57:16 64:9 119:20 121:10,23 124:2 124:20,24 126:4 126:10 127:8 128:12,24 130:25 143:19 152:19 165:14,20 167:4 177:6,12,18,23,24 177:25 178:20 179:2 265:16 317:5,16 326:10 329:2
**six** 17:6 163:10 225:4 243:15,17 244:15 303:14
**size** 204:22 224:13

232:24
**slight** 250:3
**slightly** 87:13 142:7,8 185:3 210:7
**small** 174:2 199:10 210:11 223:21,25 260:9
**smirking** 308:9
**smith** 3:19 7:6 9:21 9:21 11:14 26:8 29:16,21 30:3 32:10 38:4 42:7 42:10,17 51:19 55:12,19 57:13 61:16 62:23 63:9 87:2 88:3 94:15 94:19 95:11 103:18 108:3 122:9 123:3,24 124:10 131:18 132:6 133:20 135:5 147:11,20 151:12,25 153:8 153:18 154:6 169:17 171:13 174:19 175:9 176:4,12 181:22 185:22 186:3,5 188:22 189:5,6 190:20 197:7 199:19,23,24 202:9 203:23 204:2,10 211:16 212:7 213:18 214:2 217:15,21 237:7 241:17 248:4 252:7,14 254:17 255:3,7,19 255:21 258:6 259:2 261:11 264:23 265:5,8 266:16,23 267:4 268:8,15 269:14 269:25 270:8 276:12 277:7 284:12,21 285:5,9

285:13,15 291:25 300:5 302:2,7,12 302:15,18,23 303:5,9,12,18,21 304:2,6,9,12,13 306:21 307:22 308:3,6,9,11,16 308:19,22 309:15 309:21 314:15,21 318:24 319:9,20 319:22 320:25
**smiths** 332:2
**snyder** 8:5 267:7 267:22
**software** 154:11
**sold** 48:4 331:19
**solely** 105:19 106:21
**solid** 49:11
**somebody** 33:9 66:9 67:22 162:12 177:16 244:22
**someplace** 28:5
**sooner** 104:9
**sorry** 29:14,20 47:9 66:6 69:4 78:12 121:18 141:19,24 154:16 157:7 161:20 162:7 167:16 175:13 182:9,24 183:5 226:8 239:3 243:14 252:20 256:10 270:12,19 283:12 292:4 298:25 299:18 311:14 322:12,12 324:3,4
**sort** 15:24 27:11 39:5 67:18 164:24 170:22 183:8 184:22 187:21 191:17 192:18 203:20 219:18,22 222:6 273:12 312:9 313:5 318:3
**sought** 23:19

**sound** 127:22
**sounds** 119:9
**source** 44:9,11 45:13 86:4 94:9 118:4 172:6 184:20 185:10 218:9 232:10
**sources** 22:5 44:2 47:15,21 90:5 146:10,13 172:3 217:8 230:15 288:21 289:10,20 290:11 318:6
**speak** 14:19 36:2 131:6
**special** 133:7 227:3 275:15
**specialist** 9:15
**specific** 15:23 19:6 19:19,24 22:11 24:23 25:22 26:16 34:8,18 35:9,22 40:21 48:6 56:4 57:20 58:13,22 60:3 64:22 73:11 76:15 77:16 79:16 84:23 89:22 96:3 96:12,24 111:6 131:5 132:25 133:5 137:21 138:4 140:8 141:2 141:9,10 143:24 150:19 159:19 168:19 178:15 179:21 185:20 202:12 204:21 209:25 227:6 244:11 246:20 247:5 251:25 256:5 263:25 266:3,6 278:24 279:14 281:6 289:24 290:13 295:16 298:14 311:10 312:8 318:9 320:8
**specifically** 14:13

15:15,22 17:17 29:4 35:4 43:16 56:20 60:8 65:12 66:24 68:6 96:10 96:19 104:21 105:8 107:5,8 126:22 137:14 139:4,23 160:6 177:10 192:9 206:13 207:8,16 209:5 213:19 227:3 257:16 278:4,7 317:9
**specificity** 73:22 248:14
**specifics** 240:2 295:13
**specified** 229:25
**specify** 112:6
**speculate** 83:15,17 208:3 226:23 236:5 242:18 275:4,6 325:17
**speculating** 51:13 83:21 240:19
**spell** 113:4
**spend** 19:25 101:6 145:3,9,18 187:21 251:14,21 260:24 261:2,19 280:6 313:15 325:18
**spending** 19:12,15 19:20 103:3 104:11 111:14 145:4 287:18 294:13
**spent** 16:14 26:25 104:7 109:13,16 142:25 184:9 206:22 260:11,17 285:21 287:5 290:16
**spoke** 90:13 330:21
**spoken** 36:7,10 90:17
**spread** 242:23
**spreadsheet** 36:14 36:20
**spreadsheets** 118:3
**stability** 119:11,17 119:24 120:4,6,18
**staffing** 48:5 155:13
**standard** 37:21 40:16
**standpoint** 48:2 79:13 103:23 104:3 146:21 157:23 188:13 192:16 193:14,15 193:19 195:24 223:17
**stands** 37:8 97:6
**start** 37:2 41:21 169:21 183:3 322:5
**started** 17:8 36:11 36:19 37:10 41:21 65:6,12 116:21 117:21 249:20 276:14 277:10 320:5,6,15
**starting** 68:7 120:19 224:22 236:3 263:18 279:11
**state** 5:16 9:19 10:22 14:16 15:17 15:20,25 16:2,3,6 16:9,9,13,15 18:14 28:15,18,21 28:22 29:3 85:19 85:21,23,25 86:12 88:12 111:2 119:11,15,19,23 120:10 121:8,15 121:16,21 122:7 128:14,22 130:19 130:23 131:7,9,23 131:24,25 132:8 132:11,15 133:4,4 133:8,12,15 137:10 138:5,19 138:24 139:21 144:11,24 172:8 177:4,11 178:6,12 178:13,18 179:6 182:21 185:13 189:13 197:16,19 198:5,7,8,14,22 198:24 199:9,13 207:2 227:18 243:4 245:3 248:11,11,20,21 249:2,5,21,24 250:6,9,14 277:20 278:21 286:20 287:12,25 288:12 291:6 322:2
**statecalculated** 233:4
**stated** 85:18 208:23 233:3
**statedriven** 16:4
**statement** 7:17 26:11 33:11 51:5 189:18,22 190:5 190:13,18,21 199:16 200:6,11 201:3,16 230:3 263:9,10 307:7 309:23
**statements** 14:8 190:9 201:17
**stateoperating** 233:5
**states** 1:2 9:8 16:12 16:14 18:11 131:19 248:25 250:11 316:10
**static** 296:11
**status** 129:10 316:12
**statutory** 163:19
**steadystate** 108:18
**stenographic** 57:10 95:4 241:16
**stenographically** 336:11
**steven** 1:9
**stewart** 2:14 9:22 10:17 26:7 29:13,25 32:6 37:23 42:9 51:16 61:12 63:5 86:23 87:24 94:17,22,25 103:15 108:2 122:16 123:14 131:12 133:17 134:24 151:9,16 153:6,10 154:3 169:16,20 174:16 175:4,18 176:6 181:17 185:25 190:16 196:21 199:21 202:6 203:21,24 211:9 213:7,22 217:14 217:17 236:23 247:25 255:18 257:24 261:8 266:25 268:3,10 269:8,23 275:18 275:24 276:24 285:8,11 291:16 300:2 301:22 302:4,8,14,16,19 302:25 303:8,10 303:13,19,24 304:4,7,11 306:17 307:19 308:2,4,8 308:10,12,17,20 318:15 319:16 325:16 333:19 334:14,18
**stockton** 129:15
**stop** 56:8 297:20 308:6
**stops** 300:19
**straight** 295:4
**straightened** 42:11
**straightforward** 157:16 158:13,17
**strategy** 123:25 124:19 125:10,17 126:3,9
**stream** 52:3
**streamlined** 279:11
**streams** 73:20 146:10
**street** 3:4,12 5:22 6:4 205:18
**stretchy** 219:20
**strong** 315:22
**structure** 54:17 210:14 232:21 233:20
**structuring** 166:10
**student** 165:9 173:10 317:25
**studied** 158:8 195:11 259:4
**studies** 31:3,6,19
**study** 35:8 112:3,9 112:13,16,17 202:24 203:7,14 203:15,18,19 207:5,8 265:18,25 266:4,7
**subject** 22:19 23:16 23:20 24:5 190:3 192:17 200:24 213:11,24 214:4 259:13 265:14 267:10,23
**subsidiaries** 197:24
**subsidize** 54:9
**subsidizes** 53:23 54:19 205:12,14
**subsidy** 54:3,12,21 55:4,6 151:3 183:8 193:23 194:19 195:16 196:3,6,8,16 197:3,9 199:7,11 205:8 206:14,19 232:23 233:2 271:21 272:22 293:17,22
**substantial** 112:19 112:22 316:8
**substantive** 56:3 139:24 180:19 329:10
**suburbs** 312:3

**successful** 50:17,22 125:10,16,16 200:8
**successfully** 165:24 166:5,9
**suffered** 174:2,13
**suffering** 161:12
**suggested** 165:18
**suggesting** 161:17
**suite** 3:4,13 5:14
**summarize** 329:25
**summary** 7:23 8:7 254:19 284:23
**sums** 53:14 158:24 239:13 287:2
**supervise** 171:22
**supervision** 163:5 173:6 316:19 336:12
**supervisory** 188:9 229:3
**supplemental** 267:11,16,18,20
**support** 131:20 132:9,16 158:10 305:12
**supporting** 15:3 21:10 36:17
**supposed** 206:10 242:7
**sure** 32:23 48:3 55:5 64:21 76:3 76:23 98:12 100:18 125:13 130:6 133:12 146:8 155:15 164:3 174:23 179:12 182:15 207:25 223:16 238:14 239:8 241:5,12 242:16 242:18 243:17 248:13 249:22 251:18 263:16 269:25 273:15 274:5 276:2 277:22 282:22 296:5 331:2
**surface** 57:21
**surplus** 172:21
**surrounding** 310:12
**sworn** 11:10
**syncora** 3:23,24 9:21
**syncoras** 144:14,18
**system** 98:6 124:12 127:16 154:11 167:17 186:15 232:20,21 239:15 239:21 240:18 315:24 317:5 329:11
**systems** 2:9 10:7,16 13:8,9,9,10,13 72:14 98:6 101:20 124:5 323:19

**T**

**t** 7:2,2,11 335:2,2
**take** 11:23 42:7,10 48:25 54:5 55:12 62:25 63:15 94:15 115:11 145:14 147:11 180:17 196:10,18 204:2 206:8 208:18 241:18 242:12 275:14 285:9 309:15 319:9,10 319:16
**taken** 1:15 9:7 41:2 55:16 95:8 113:9 124:23 147:16 187:11 246:21 250:3 260:21 270:4 275:8 288:9 309:18 336:8,11
**takes** 189:20 207:18 247:12 294:9
**talk** 15:14 16:14,15 20:8 64:2 71:21 74:18 90:4 93:19 104:2 116:23 126:22 137:25 158:7 206:12 214:4 215:17 216:4,10,18 221:5 223:8 226:5,11 231:9 232:22 233:23 234:11 245:8 259:11 296:7 330:23
**talked** 25:7 62:19 91:10 206:11 244:10 296:24
**talking** 14:13 20:11 52:6,8 73:18 76:8 76:16 88:4,6 89:3 110:22 184:6 196:15 203:13 205:7 213:6 231:11 243:22 248:6 252:15 263:25 265:15 285:16 311:12 314:12 326:18,20 332:13
**talks** 34:19 233:13 255:14 270:13,23 285:6
**tangible** 44:16
**tape** 55:15,18 147:15,19 204:4,9 270:3,7
**task** 7:25 258:23 265:3 270:10
**tax** 8:3 12:15,18 34:24 88:13 95:16 105:4 125:11,14 125:19,20,25 135:7,10,25 137:7 137:14 138:4,5,9 138:11,12,13,16 138:18,20 139:9 139:15,20,21 143:3 145:10,25 146:4,7,10,20,20 147:6 148:12 154:11 157:15 168:3 169:24 170:5,10,11,23 171:25 208:25 209:7,9,16 210:15 217:4 246:8 250:22 265:11 266:10 279:18,20 281:8,9,13,16,20 310:5,11,15,18,19 310:22,24 311:5,7 311:18,22 312:4,7 312:18,23 313:3,7 313:14,20 314:5,9
**taxable** 210:7
**taxes** 21:6 86:11 88:14 112:15 126:11,14 128:8 128:11,15,21 135:15,20 136:3,4 136:11,14,23,25 137:2,4,11 146:12 146:17,25 147:3 157:14 158:14 169:23 170:7,8,12 170:20 171:7 172:4 182:20,20 182:21 184:13,14 184:14 208:11,15 208:19 209:20,24 209:24 210:3,12 251:11,12 265:21 266:2 279:16 281:10 291:19,20 312:2,10 313:25 318:7,11
**team** 14:24 15:8 24:3,14 62:8 66:10 91:10 238:13 241:4 244:22,23 253:3 267:13,21,24 268:13,17,21,25 269:5 330:12
**teams** 22:6
**technical** 78:11,14 78:20,25 79:5,9
**techniques** 219:13
**technology** 13:6,7 72:13 112:20
**telephone** 6:18
**telephonic** 5:2 42:6
**tell** 61:8 62:19 71:15,18 92:5 93:15 94:14 95:21 118:5 125:23 169:19 223:14,20 246:14 247:8 249:9 252:5 292:18 293:10 314:8
**telling** 119:4 218:14
**temporarily** 123:17
**ten** 79:24 100:20 104:5 156:21 198:18,20 210:23 210:25 244:2,25 258:17 260:11
**tennessee** 3:5
**tens** 289:8 290:5,10
**tenyear** 68:10 69:7 82:25 95:25 320:14
**term** 65:14 81:25 89:8 92:19 233:16 247:23 248:2
**terms** 13:7,8 15:8 16:13,21 21:25 28:15 32:8 49:16 53:19 56:15,17 57:25 62:11 66:23 70:2 72:12,15 75:20 76:2 81:4 88:20 89:16 91:3 91:20 100:6 110:13 111:18 115:17 130:14 131:23 133:2 151:14 152:6 162:5 165:7,8 169:23 173:11 174:6 176:20 178:14 179:25 182:3 184:2

193:16 195:12
209:24 211:7
214:22 222:9,24
227:15 230:15
233:3,20 236:17
237:10 242:10
250:20,23 251:4
264:11 271:5
279:12 281:7
289:23 290:15
292:22 294:12
295:2 296:14
310:24,25 311:5
312:23 318:11
320:16 330:7
**testified** 11:10 80:2
80:4,5 324:20
326:15 331:25
332:15
**testifying** 30:19
330:14
**testimony** 335:4
**testing** 38:10,23
39:3,5,13
**thank** 11:25 20:21
213:13 217:17
263:2 286:16
**thanks** 255:6 291:5
320:25
**thats** 11:17 20:10
20:10 26:10 31:23
36:21 38:21 39:8
40:12 41:6,23
42:2 43:2 45:4
46:11 47:3 48:13
52:11,21 53:17
62:22 64:18 72:16
77:6 78:19 79:5
80:14 82:19,20
83:5,21 84:3 89:4
90:16 91:2 92:10
94:17 95:14 97:13
97:21 101:8 102:2
106:12,12 108:16
110:5,21,23,24
111:12 112:23
115:14 119:4

121:12 122:3
131:2,23 133:18
144:4,21 145:3,8
147:10 148:3
156:22 158:12
161:7 163:21
164:9 170:7
171:19 177:21
178:3 179:13
181:5 185:8
186:16,21 187:8
187:10,24 188:2
190:12 191:7,10
191:11 192:5,19
192:25 196:7
199:8,10 205:13
206:14,21,25
208:13 209:23
213:10,21,24
214:3 216:8,16,21
218:24 232:2,9
235:5 238:17
240:11 242:12
243:16 245:4
247:19 249:14,22
258:2 259:12
262:6,11 263:15
265:10,14,23
267:19,23 269:10
269:12 273:17,18
275:11 277:24
278:14,16 279:17
280:11 281:2
283:3,16 285:14
287:9 288:16
300:13 305:11,11
307:9 308:2,4
313:5 314:7,13
315:16,23,25
317:17 323:7
324:25 327:3,3
329:22 333:25
334:11
**theoretical** 219:22
**theoretically** 104:8
**theres** 31:13 34:7
34:11,12,18 41:23

42:2,25 43:4,11
48:6 64:14 68:23
68:24 71:8 72:22
73:13 83:5 85:5
92:5,16 93:20,21
97:3,17 98:20
99:12 100:18
101:8 103:25
104:12,20,25,25
105:8 106:15
110:18 111:17
112:2 116:12,24
124:11 131:22
138:3 148:25
151:5,13 156:11
157:19 158:4,6,6
158:9 159:3,14,19
168:5,8 171:2
173:13,14 174:14
174:22 179:6,7
185:11 187:9
189:10 199:25
202:2,14,24 203:7
207:4,17 208:21
216:20 218:19
219:16 228:15,21
229:17 230:8
238:23,23 239:23
240:10 243:2
247:11 252:18,24
261:18 262:10
263:16 264:10
265:18 267:7,15
272:22 273:6,17
286:9 305:7
307:10 308:19
310:9
**theyre** 15:21 82:14
98:12 128:21,22
138:17 149:19
160:7 180:3
184:20 185:9
192:11,18 194:16
195:8 211:19
217:25 263:21
267:16 272:12
296:11 314:12

316:25,25 318:3
321:21 323:3
327:19
**theyve** 26:4 125:5
163:18 172:25
217:8,8 317:25
**thing** 71:14 139:7
279:4 319:11
327:14 329:23
**things** 78:2 94:12
98:23 99:4,5,6
115:19 150:15
178:16 191:14
218:2 230:8
248:24 274:4
280:11 297:4
328:24 329:8
**think** 18:23 20:16
26:15 27:25 29:2
31:20 35:19 36:8
41:17 48:13 49:15
53:17 55:13 63:13
63:15,19 65:6
66:20 67:14 68:7
69:23,25 74:21
76:22 77:5 79:25
81:23 82:14 83:5
88:22 98:10 103:8
113:22 118:6,14
120:3 122:3 128:3
132:11 133:11
134:18 137:17
138:17 140:11
142:4 152:11
157:23 158:6
160:8 167:24,25
174:23 177:2
181:18 186:13
187:21 188:2
192:8,10 193:17
196:3 198:13
204:15 205:13,19
224:12 228:3
230:17 231:7
254:4,12 268:5
275:24 279:10
286:6 289:22

293:15 296:24
297:22 302:7
312:3 313:5,12
316:17 324:22
325:14 326:16
327:19 333:5,22
333:25 334:11
**thinking** 33:8
44:13 47:21 76:11
118:6 152:13
325:18
**thinks** 63:3
**third** 9:17 64:20
189:25 192:5,13
192:17,24 235:8
322:16
**thirdparty** 94:9
237:20 324:8
**thought** 41:14 50:4
88:7 94:23 97:10
106:23 147:10
152:23 193:20
229:10 251:3
276:19 286:5
317:7 334:8
**three** 19:13 43:9
64:7 98:13 104:25
166:8 167:8,10
218:16 219:3
221:18 222:12
**threeyear** 41:21
42:22 98:17
**throw** 295:5
**throwing** 267:11
**tied** 175:15 264:12
**time** 11:23 17:3
25:9 26:2,25
30:21 33:2 35:16
40:16,16 41:9
44:6 58:6 63:15
64:23 66:16,25
67:11,12,17,21
68:2 75:15 79:21
80:15 85:12 89:23
95:12 100:3,9
102:24 106:19
107:17 112:7,8

127:5 130:8 135:10 162:14,20 173:16 174:3,7 178:11,12,17 188:7 196:13 197:5 206:22 220:10 222:13 225:13,21 236:3,4 242:13 246:22,25 247:6,10,20 248:20 269:24 293:6,7,21 296:12 296:13 303:23 313:15 318:21 320:4 325:18 329:20 333:6
**timeline** 312:8
**timely** 179:20
**times** 11:16 68:11 68:15,25 87:13 90:14 114:11,15 190:25 303:14,14 324:22
**timeseries** 201:21
**timing** 69:23 70:2 87:17 88:16 118:8 188:18 262:8 328:11
**tired** 301:6 324:18
**today** 26:20 31:18 33:3,3 37:8 52:18 60:13 61:10 63:20 77:7 78:21 79:9 79:16 92:6 93:6 93:10 95:18 103:12 105:22 106:14 117:19 136:3 138:2,18 141:5 147:7 160:3 160:11 202:11,23 203:18 229:5 232:21 239:20 248:19 249:4 253:20 257:21 262:9 265:16 282:14 318:14 319:25
**told** 192:5
**tons** 79:13
**top** 47:25 53:5 56:4 58:20 60:22 69:17 79:18 158:4 164:2 180:14 182:19 184:12 200:22 209:12 234:15,23 242:9 268:20 275:2 278:10 307:6 315:6
**topic** 14:13,18 15:14
**topics** 22:18 23:17
**total** 27:22 76:17 92:24 93:8,12 104:17,18 182:7 210:11,12 236:21 250:6,7
**totality** 46:11
**tower** 3:13
**town** 74:16,20
**track** 48:22
**training** 319:5
**transaction** 54:17 324:16 332:25 333:4
**transactions** 325:6
**transcript** 63:2 335:4 336:9
**transcripts** 35:18
**transferred** 170:14 207:12,24 208:2
**transferring** 53:20
**transit** 53:25
**transition** 54:5 56:17 83:8 98:5 187:19 223:25 231:10
**transitioned** 224:3 231:14,19
**transitioning** 232:20
**transportation** 13:12 43:25 53:9 53:15,21,24 54:9 54:11,20,24 55:4 55:10 183:8 193:23 194:6,10 194:14,24 195:5 195:17,21 196:2 196:12,19 197:3 197:10,13,18 198:9,12,16,19,23 199:8 205:8,9 206:12,17,23 207:6 243:6 292:20 293:4,12 293:19
**transportationre...** 197:17
**transportations** 197:20
**treated** 180:2 239:22 256:3,21 273:14
**treatise** 79:7
**treatment** 152:5 179:24 210:3 331:5 332:15
**treats** 133:25
**tremendous** 57:4
**trend** 86:17 218:24 219:7,8 221:7 294:12
**trends** 136:14 217:13,19,20,23 219:2,14,23 220:3 220:11,13,21 221:17 222:7,10 222:22 223:2,12 246:20
**triangulated** 253:10
**tried** 105:18 240:19 269:21
**triennial** 42:24 43:2,5,7,15
**tries** 141:12
**triggered** 163:19
**true** 97:21 108:21 136:23 269:3 335:7 336:9
**try** 57:16 66:25 119:19 135:23 136:10 143:11,15 156:20 160:14 171:8 190:11,24 220:9 223:4 266:5 297:12,24
**trying** 35:14 72:25 74:7 76:21 81:25 88:22 109:10 135:9 150:24 193:17 196:15 213:20 220:19 236:10 238:14 247:19,21 248:14 254:4 261:20 269:16 273:13,16 282:15 283:13,18 301:12 305:9 307:23
**tuesday** 1:18 9:3,11
**tunnel** 238:6,10,20
**turn** 199:20 200:21 255:14 259:6 270:11
**turned** 127:17
**turner** 6:2
**turns** 260:14
**two** 16:20 34:3,4 58:7,8,9 59:3 60:10,13 65:11 91:25 92:7,11,13 92:17,20 93:3,8 93:11 129:14 185:11 195:16 196:16 197:4 222:3 248:24 267:16 285:8 286:9 306:14 319:21
**twoandahalfplus** 65:2
**twofold** 281:13
**twoplus** 65:7
**type** 13:8 190:8 276:2 278:25 325:15
**typewriting** 336:12
**typical** 329:9
**typically** 219:2 221:18 279:6

**U**

**u** 3:6
**uaal** 322:10,11,20 322:25 323:4,22 324:5,13 325:4 326:2,11
**ultimate** 222:20
**unable** 201:11
**unanticipated** 290:11
**uncertainties** 200:24
**uncertainty** 77:18 77:23 78:5
**uncollected** 136:14 265:20
**underfunded** 129:3 129:4
**undergo** 164:15,19
**understand** 11:18 11:20 15:19 18:22 19:14 22:23 39:3 39:12 103:13 122:23 192:18 206:23 207:4 214:23 216:5 219:22 221:16 241:2 273:13,16 282:18,22 283:12 313:11 324:19
**understanding** 24:4 34:12 45:9 81:4 82:18 89:12 133:13,19,23 208:5,14 211:6 229:4 234:9 240:22 292:14 312:20 315:10 326:21
**understood** 25:9 81:8 206:25 322:19
**undertake** 98:22

99:9,14,18 100:5 123:20 253:13
**undertaken** 50:16 50:21 52:25 112:2 112:6 156:17 193:12
**undertaking** 181:2 294:6
**underway** 117:3
**unforeseeable** 201:14
**unforeseen** 192:3 201:8 261:17 263:17
**unfortunately** 284:22
**unfunded** 237:22 322:22
**uniformed** 226:2
**unilaterally** 48:25
**union** 3:4 48:24
**unions** 48:18,19,24 229:2,14
**unique** 279:3
**united** 1:2 9:8 18:11 316:10
**unpredicted** 290:4
**unquote** 99:3
**unreliability** 77:23 78:5
**unrestructured** 327:13,19,20
**unsecured** 151:23 152:8,12,15 183:18,20 283:23
**unspent** 255:15
**untapped** 44:9 47:15,21
**update** 64:17 73:15 85:22 95:25 117:13 118:10,12 213:3 332:4,12
**updated** 68:17 69:19,19,20,21,23 69:25 70:22 71:13 72:2 75:21 76:2 85:17,21 86:4,6 86:13,16 88:12,13 88:14,14,19 169:2 199:5 332:11
**updates** 77:2 245:20
**updating** 70:19 72:19 73:18 96:5
**upfront** 46:12,16
**urban** 12:6
**usage** 226:21
**use** 23:6,12 66:12 81:25 134:9 143:18 146:14 185:23 219:6,13 219:25,25 220:25 221:10,20,25 222:6,21 223:11 227:14 228:5 233:6 289:24 291:14 292:6
**uses** 90:6 290:15
**usually** 189:13 282:25
**utilities** 168:4 231:23
**utilize** 179:19
**utilized** 287:2

V

**valuation** 12:23
**value** 86:13 186:13 186:16,17,19 187:3,5 208:15 210:7 222:15,16 222:20 228:17
**values** 210:18 250:18,23,25 282:16,20
**varies** 279:5
**variety** 44:4 201:14
**various** 21:6 23:17 24:18 25:5 31:5 43:22 101:13 182:14 197:18 214:22 237:16 266:4,5 289:9 290:11
**varying** 327:15
**verbano** 1:19 9:16 336:4,20
**version** 67:15 68:18 69:7,11 76:4 141:17 277:17 332:11
**versions** 66:2 67:8 68:12,20 142:11 142:15,18 329:14 330:24
**versus** 23:18 24:21 25:3,14 27:10 33:11 62:17 65:14 70:16 90:7 128:14 151:15 152:10 162:25 194:25 210:8 218:18 220:10 222:3,11 222:23 236:14 253:13 261:22 299:15 329:22
**veteran** 46:23
**viable** 181:15
**video** 9:14 334:20
**videographer** 6:13 9:5 42:12,15 55:14,17 95:6,9 147:14,17 204:3,7 270:2,5 284:6,10 309:16,19 321:3,6 334:19
**videotaped** 1:14 9:6 334:22
**view** 44:8 47:14 49:7 87:9 122:11 123:9 134:18 181:14 190:14 214:20 271:5 280:18 282:14 292:18 297:3,11
**virtue** 250:24

W

**w** 2:18 3:12 5:22
**wage** 49:6 56:10,12 56:21 113:8 123:23 125:21 224:15,19,21 234:24 235:2,15 235:23 236:11,17 236:18,20 237:4,8
**wageinflation** 225:20
**wagering** 13:3 146:4
**wages** 48:10,15,19 56:14,20 57:22 59:15,17,23,24 128:3 183:5,6,16 184:22 233:7 235:17 236:24,25 264:2,4,18
**wait** 186:2 308:20 308:20
**walk** 103:11 171:10 211:19 272:23
**walks** 69:16
**waller** 3:3 10:5
**want** 18:3 26:10,11 42:7 64:21 84:22 84:22 94:20 132:23 160:25 162:3 164:3 166:24 173:17 174:5,21 179:5,9 179:12 203:22 221:5 226:23 236:5 242:18 248:13,23 249:21 266:23 275:4,6 279:9 282:22 298:14 302:10,15 314:15 317:2,18 325:17 330:23
**wanted** 153:13 312:20 313:11 315:3 319:11 322:17
**wants** 55:13
**wardwell** 5:5
**washington** 1:16 2:19 3:14 4:14 5:23 6:5 9:2,13
**wasnt** 28:13 37:9 38:5 59:8 140:25 220:13 276:11 289:15
**waste** 49:11
**water** 33:17 184:18 205:18 298:15
**way** 26:4 31:20 33:10 37:8 38:18 41:25 69:2 77:19 78:16 81:12 92:5 92:16 97:23 133:24 143:8 157:7 173:4 175:8 180:7 196:3 197:16 228:12 265:2 286:22 294:22 307:9 332:6
**wayne** 170:14,16 208:20
**ways** 127:24 176:18 198:20 206:25
**week** 27:4 74:16,19 91:5 158:5
**weeks** 74:9
**weighted** 222:6,8 222:11
**weil** 4:3 10:13
**wellness** 224:2 231:10,13,16,18
**went** 84:13 85:21 91:5 101:15 102:3 120:24 140:23 223:6 240:16,22 240:25 241:8,11 241:13 244:14
**weve** 69:16 71:11 86:19 88:19 106:8 146:21 147:6 149:12 152:7 206:11,21 243:7,8 244:9,10 273:3 312:21
**whats** 39:9,10 43:19 82:19 84:8 150:16 152:9

163:16,24 169:16 193:7 197:14 231:23 254:18 258:8,10 264:24 266:17 278:9 298:18,19 301:2 308:21 330:6 331:7
**whoops** 256:10
**whos** 296:17
**wide** 46:4,8
**willing** 91:2 252:2 317:9
**wish** 308:18
**withhold** 265:11
**withholding** 137:9 138:5 139:20
**witness** 2:20 7:4 9:24 29:19 30:2 32:7 37:24 57:11 61:13 86:24 87:25 103:16 122:3,17 122:22 123:15 124:9 131:13,16 132:4 133:18 134:25 147:13 151:10,18 153:12 154:4 169:21 174:17 175:5,19 176:7 181:18 185:18 190:17 197:2 202:7 211:11 212:5 213:13,24 217:18 236:24 248:2 255:20 257:25 261:9 267:2 268:12 269:9 276:4 277:2 291:17 296:19 300:3 301:23 306:19 307:20 318:20 319:7 325:17
**wondering** 52:12 117:13 196:17 311:22 314:11
**wont** 26:13 112:19 146:25 230:6 234:6 245:2 297:20 298:11 299:8 301:14,19 304:24 305:17 306:5 307:16
**woodward** 5:14
**word** 77:5 276:2 327:19
**words** 318:17
**work** 17:8,15 19:10 19:16,17 22:22 27:23 29:12 30:18 43:17 63:25 66:17 72:7,8,11,12 73:5 73:20 74:4 96:7 96:23 97:3,8,19 97:25 121:14 122:10 130:19 133:5 140:18 154:22 164:12 212:21,23 238:9 238:12 279:7 280:12 299:12 300:20 332:8
**worked** 17:23 22:11 29:7,23 30:6 66:18 121:22
**workers** 132:2 154:22 294:2,7,10 294:11,17,25
**working** 12:2 16:20 27:7,20 28:17 30:23 37:10 44:5 49:5 58:10 82:22 119:7 123:19 135:9 136:5 167:7 167:8 172:9 177:5 209:10,11 213:14 265:21 269:15 270:15 300:19 318:10 319:6
**works** 214:5 270:17
**worse** 87:13 329:2 329:4,5
**wouldnt** 16:5 20:6 27:9 37:16 90:6 161:5 166:2,3 173:7 180:23 195:7 296:2
**wrap** 213:16,20
**wright** 5:13 10:22
**writers** 278:24
**written** 79:13 193:6,7 227:9

**X**

**x** 7:11 33:9

**Y**

**y** 33:9 34:25 73:5 189:20
**yeah** 23:15 32:19 35:18 38:16 39:2 50:24 57:14 63:20 66:20 79:5 82:16 92:8,14 100:12 104:17 110:17,23 111:10,25 127:21 128:25 131:6 144:2 152:14,21 155:21 163:23 171:18 173:18 175:10 176:5,13 178:5 191:6,17 199:23 203:23 217:17,18 230:14 245:6 246:13 250:11 254:23 258:7 260:23 262:10 271:12 276:21,23 285:11 288:10 294:13,24 299:17 304:23 314:13 320:2
**year** 8:10 17:5 40:6 40:11,13,14,18 41:18 44:21 45:16 46:25,25 58:7,8 85:19 91:25 92:7 92:17 94:7 98:13 98:14 135:16,20 167:5 178:15 195:15 197:4 208:21 222:11 223:20 224:17,22 224:25 227:19,23 234:17 249:15 250:8 259:22 261:20 286:25 289:18 290:9 291:3 292:21 293:8,13 312:12 314:17 315:21
**yearbyyear** 240:13
**years** 19:14 26:5 31:6,10 32:16 41:7 43:9 56:25 58:9 59:3 60:10 60:13 65:2,8,11 67:21 68:9 79:24 80:18 83:19 84:20 92:11,13,15,19,21 93:3,8,11,12 95:14 98:13 100:20 101:2,3 103:7 104:5,12,13 104:14,15 110:11 141:13 156:7,13 156:21 157:5,12 161:7,9,14,18 162:8,13,15,17,21 166:8,14 167:6,8 167:10 181:21 184:6,7,8,10,11 184:16,25 198:18 198:21 210:21,23 210:25 218:17 219:3 221:3,18,20 222:3,5 223:19,24 228:6,18 230:16 231:8 234:15,18 234:21 235:10 237:12,13,14,23 244:3 245:2 250:2 257:19 258:17 260:11 262:9 263:21 278:2 283:20 287:24 288:15 294:18 295:3 297:17 298:5,10,23 300:11,16 304:20 304:22,25 306:15 306:25 307:18 308:24 309:6 314:10,10 316:10 317:6 320:4,8 323:16,20 326:23
**yield** 307:14,17 310:25 311:2,2
**yields** 334:7
**york** 4:5,5 5:7,7 9:17,18
**youd** 17:25 80:2 84:25 154:13 215:6
**youll** 11:19 252:15 252:17 308:18
**young** 6:17 10:20 23:25 27:19,23 28:23 30:13 34:16 36:6 39:21 40:17 55:20,25 58:9 72:9 73:14 91:8 95:13,16,24 97:8 97:18 114:21 189:11 190:10,14 191:3 238:8 318:14 319:7
**youngs** 28:11 72:7 73:25 74:19
**youre** 12:5,8,15,17 12:20 13:12,15,17 13:19 14:10,16 15:17,24 17:19 18:4 19:2 20:25 25:2 27:7 30:18 31:12 32:9 33:3,8 33:16,21 34:5 41:19 44:12 47:7 47:11 51:10 53:10 71:6,20 73:9 76:7 89:24 97:17 104:11 107:14,21 109:6 110:21 128:20 129:2,21

133:7 137:6 138:3 139:19 141:5 144:13,17 149:4 149:13 150:10 156:11 159:20,22 159:23 169:10 172:24 173:23 175:24 177:8 178:2 180:9,21 195:15 202:10 203:13,17 204:25 207:22 213:6,9,20 215:21 216:14 221:16 222:21 231:21 238:25 240:4 242:16,20 243:16 247:20 257:13 263:25 266:9,20 267:17 268:5 272:3 274:10 279:15,21 279:25 280:9 281:17 282:9,11 282:15 283:6,7,13 283:18 292:19 296:21 299:15,17 299:21 301:14,18 302:12 303:3,5,12 304:23 305:16 306:10 307:10,15 308:11 326:20 334:18
**youve** 11:15 14:22 16:7 17:23 19:9 29:7,23 30:5 36:22 37:14 39:25 46:5 66:13 70:18 70:24 71:16 72:2 75:16 79:25 80:9 80:21 83:13 91:4 91:13 102:22 112:8,18 117:20 119:7 121:21 156:22 158:3 161:9,19,21 162:8 167:7 177:5 181:3 191:23 192:5,7 200:12 201:4 214:10 230:10 232:12 243:18 244:4 255:8 257:22 267:9,20 269:15 275:7 280:9 285:9,18 294:15 301:4,15 301:20,23 302:5 303:13 306:7 324:13,20,22 325:3,11 326:10 326:13 330:2
**ys** 73:3

**Z**

**z** 33:9
**zero** 58:16
**zone** 209:22 210:4 210:6,9,10,16

**0**

**0** 226:2 233:23 235:10
**000** 207:13,23,25
**01** 284:8
**02** 55:15 284:11
**03** 204:6,8
**05** 95:10
**09** 1:17 9:3,6

**1**

**1** 34:25 55:15 109:12 125:25 140:16 142:6,9,17 156:20 188:23 203:21 204:4,5 214:10 230:11,25 231:22 232:8 233:6 234:12,17 234:22 235:16,19 235:23 312:5
**10** 27:21,25 28:5,8 28:10,23 29:5 30:12 32:16 41:7 49:6 55:15,18,18 56:12 60:24 61:6 66:6 69:11 70:3 83:19 84:20 93:12 95:7,14 101:2 102:25 104:12,13 113:8 152:11,15 156:7,13 157:4,12 181:21 184:6,8,10 184:11,16,21,25 210:21 211:15 224:15,15,18,20 225:21,24 226:6,9 234:15,18,21 237:12,13,14,23 262:9 263:21 278:2 283:20 286:25 287:24 288:14 294:18 297:17 298:5,10 298:23 300:11,16 304:20 306:15,24 307:17 308:24 309:6 314:10,16 320:7 321:13 323:16,20 326:23
**100** 27:4 44:5 46:8 46:13 93:25 94:5 94:13 140:22 275:5 292:24
**10017** 5:7
**10153** 4:5
**10year** 7:14 41:8 64:15 65:5 66:3 66:13 67:6,12,18 68:12 73:9,15 76:5,12 83:12 92:19 100:14 103:2,13,22 118:2 136:12 139:7 188:15,23 287:3 287:14 299:24 320:13 326:17
**10year10year** 67:15
**11** 7:6 18:7,24 95:10 140:20,21 210:24 230:10 250:2
**11s** 18:17
**12** 94:7 147:15,15 147:18 231:21 250:2
**120** 224:14
**1200** 4:13
**125** 186:21
**12hour** 56:13
**13** 94:7 232:22 250:2
**1301** 3:12
**1353846** 9:11
**13th** 67:16
**14** 46:25 224:18,22 233:13,13 250:3,8
**140** 265:20,25 266:8
**15** 1:18 9:3 46:25 85:19 223:24 233:23 234:11 334:20,23
**150** 292:24
**1501** 5:22
**15th** 9:11
**16** 207:13,23,25 223:20,24
**168** 309:25 310:2,3
**17** 223:21
**1717** 6:4
**175** 224:7
**18** 293:15 315:21
**180** 224:14 258:15
**180plus** 258:15
**188** 7:14
**19** 227:20,23 234:23 267:6
**194** 131:22 133:14
**197** 199:22 310:2
**199** 7:16

**2**

**2** 34:25 55:18 125:25 133:11 147:15 186:20 197:21 199:15 204:6,8 214:25 225:25 230:20,23 231:7 234:24,25 234:25 235:6,6,7 235:8,10,19 270:12,13,20,22 270:22 312:4,5
**20** 27:21 28:3,5 46:7,13 60:24 61:6 230:16 231:8
**200** 250:10 256:18 257:17 292:25
**2000** 248:18
**20001** 2:19
**20005** 3:14 5:23
**20036** 4:14
**200365342** 6:5
**2006** 315:7,11
**2008** 248:7,9,17,18 249:3,8,9,15,23 249:24
**2009** 227:20 248:7 248:9,17,18 249:3 265:20
**2010** 249:21,24,25 250:4,5,8
**2011** 119:8
**2013** 20:17 120:15 130:4 267:6 270:14 275:14 288:17 289:13,21 290:6,14,16 291:8 291:10,18
**2014** 1:18 9:3,11 250:9 267:3
**2015** 8:10 224:25 314:17
**2017** 315:21
**2019** 228:21
**2023** 322:4,8,8,10 322:14 323:4,23 324:5,7 325:25 326:2,11
**2053** 235:14
**21** 147:18
**212** 2:7 7:18
**21913** 8:6
**225** 316:4
**23** 317:21
**240** 259:6 263:8

**24th** 266:25 267:2
**25** 109:12 234:25 235:8
**252** 7:19
**254** 7:22
**258** 7:24
**264** 8:2
**266** 8:5
**2700** 3:4
**279** 256:9,17
**285** 8:7
**29** 204:4,5
**2nd** 64:17 68:24 69:10,15 85:22 195:3 245:20 332:11

**3**

**3** 147:19 204:4 212:2 226:2 231:21 256:24 270:3,6
**30** 63:14,18 203:21
**300** 3:21 243:12,18 243:22 270:15,23 271:3,15,24 272:15,18,23,25 273:7 275:7,11,15 276:4,20
**30th** 67:16
**31** 270:3
**314** 8:9
**31414** 7:19
**32** 309:17
**321** 7:7
**327** 315:13
**350** 103:3 187:4
**368** 259:14,22
**36th** 239:4,11 240:12 256:7 257:11 258:4,16
**37219** 3:5
**38** 255:16
**39** 309:20

**4**

**4** 204:9 216:13 227:19,23 228:17 228:23 229:8,19 229:24 230:5,7 252:8 270:3,11 284:8,11 309:17 309:20 312:4 315:3,4 321:4,7
**40** 63:10,11 66:6 84:20 101:3 103:7 184:6,8 237:12 293:4 298:5,10,23 304:22,25 306:15 306:25 307:17 308:24 309:6 314:10
**400** 187:4,6
**4000** 5:14
**40year** 64:16 66:3 66:13 67:7,12 69:11 70:3 73:10 73:15 76:5,13 95:22 102:25 118:2 151:20 185:4 188:16 214:19 321:13 329:24 330:25 331:4
**41** 186:20
**420** 101:8,16 102:3
**43** 270:6
**440** 259:7
**450** 5:6
**46** 42:13
**467** 186:19
**47** 42:16 44:21 45:6 45:12,16 333:7
**48226** 5:15
**48906** 2:8
**4to6** 230:24

**5**

**5** 32:16 150:11 225:25 254:19 270:7 315:14 330:3,6,16 334:4 334:20,23
**50** 46:7 101:9 133:11 142:24 208:23 290:24 291:4
**500** 5:14 101:15 102:3 287:15,19 287:21
**51** 1:15 2:18 9:12 198:14
**511** 3:4
**52** 111:7 277:20 288:17 289:11
**521** 133:11
**53** 316:12 321:4
**55** 187:6 321:7
**59** 95:7 284:25 285:6,14
**5th** 9:17 88:18

**6**

**6** 47:2 197:21 258:22
**60** 249:11,15
**600** 3:13
**60654** 3:22
**61** 197:21
**630odd** 283:24
**65** 27:3
**6600** 7:15
**6plusmilliondollar** 198:15

**7**

**7** 216:17 255:5 264:25
**72** 255:14,19
**74** 255:18
**75** 285:20 286:5,6 287:3
**76** 315:14
**7618** 7:21
**767** 4:4

**8**

**8** 131:22 217:11,15 266:18 267:5 268:20,25
**800** 290:2
**82** 199:20,21,22 256:24 257:10
**83** 200:21
**84** 316:14
**8635** 1:22 336:21
**8c** 223:8

**9**

**9** 1:5,17 9:3,6,10 17:20,22,25 18:12 18:16,20,23 37:12 37:16,20,21,25 38:2,7,8,13,18,19 38:24 39:7,9,14 39:19 42:13,16 129:15 130:2,13 156:4,8 161:24 162:11,25 164:9 164:17 165:18,22 165:25 166:8 167:15,18 176:17 181:25 204:11,16 204:18 224:6 232:22 255:16 284:23 316:14 323:9 333:23
**90** 269:24
**900** 186:24
**91** 256:10
**92** 256:7,25 257:9
**95** 186:17
**950** 9:17
**9s** 18:16 39:17