UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

### *EX PARTE* MOTION OF THE OFFICIAL COMMITTEE OF RETIREES FOR AN ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006 AND LOCAL RULE 9006-1 ENLARGING TIME TO FILE PRE-TRIAL BRIEF IN SUPPORT OF CONFIRMATION

The Official Committee of Retirees (the "Committee") hereby moves the Court, through its undersigned counsel, for entry of an order pursuant to Federal Rule of Bankruptcy Procedure 9006(b) and Local Rule 9006-1(b) enlarging the time for the Committee to file a pre-trial brief. At approximately 11:45 pm (EDT) on August 27, 2014, just before transmitting its pre-trial brief via the ECF system, the Committee's brief failed on the electronic system of Dentons US LLP and had not been recovered by the firm's Information Technology department by 12:00 am (EDT) on August 28, 2014. Attached as **Exhibit 6** is a copy of an e-mail from Claude Montgomery to Heather Lennox, counsel for the City, seeking consent of the Debtor to this Motion. As of the filing of this Motion, no consent was received.

## RELIEF REQUESTED

WHEREFORE, the Committee respectfully requests that this Court (i) enter an order substantially in the form attached hereto as **Exhibit 1**, granting the relief sought herein; and (ii) grant such other and further relief to the Committee as the Court may deem proper.

Dated: August 28, 2014                             Respectfully submitted,

By: */s/ Claude D. Montgomery*
Claude D. Montgomery                                  Sam J. Alberts
Carole Neville                                               DENTONS US LLP
DENTONS US LLP                              1301 K Street, NW, Suite 600 East Tower
1221 Avenue of the Americas                 Washington, DC 20005
New York, New York 10020                  Tel: (202) 408-6400
Tel: (212) 768-6700                              Fax: (202) 408-6399
Fax: (212) 768-6800                             sam.alberts@dentons.com
claude.montgomery@dentons.com
carole.neville@dentons.com

BROOKS WILKINS SHARKEY & TURCO PLLC
Matthew E. Wilkins
Paula A. Hall
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
Direct: (248) 971-1711
Cell: (248) 882-8496
Fax: (248) 971-1801
wilkins@bwst-law.com
hall@bwst-law.com

*Attorneys for the Official Committee of Retirees of the City of Detroit, Michigan*

# CERTIFICATE OF SERVICE

      I, Claude D. Montgomery, hereby certify that the foregoing document was filed and served via the Court's electronic case filing and noticing system on August 28, 2014.

                                                  By:    */s/ Claude D. Montgomery*
                                                               Claude D. Montgomery