# Exhibit 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------- x :
: :
In re : Chapter 9
: :
City of Detroit, Michigan, : Case No. 13-53846
: :
                Debtor. : Hon. Steven W. Rhodes
: :
---------------------------------------------------------------- x

## *EX PARTE* ORDER ENLARGING THE TIME FOR THE OFFICIAL COMMITTEE OF RETIREES TO FILE PRE-TRIAL BRIEF

This matter coming before the Court on the *ex parte* motion (the "Motion") of the Official Committee of Retirees (the "Committee") for an order enlarging the time for it to file a Pre-Trial Brief in Support of Confirmation;

**IT IS HEREBY ORDERED THAT:**

    1.    The Motion is GRANTED.

    2.    The Committee may file its Pre-Trial Brief after 12:00am (EDT) on August 28, 2014.

Dated: August __, 2014

                                          Steven Rhodes
                                          United States Bankruptcy Judge