# Exhibit 6

**Medina, George L.**

**From:** Montgomery, Claude D.
**Sent:** Thursday, August 28, 2014 12:05 AM
**To:** Medina, George L.
**Subject:** Fwd: Document Crash
**Attachments:** image001.png


Please excuse typos.
Sent from my iPhone

Begin forwarded message:

> **From:** "Montgomery, Claude D." <claude.montgomery@dentons.com>
> **Date:** August 28, 2014 at 12:01:12 AM EDT
> **To:** 'Heather Lennox' <hlennox@JonesDay.com>, "Thomas F. Cullen (tfcullen@JonesDay.com)" <tfcullen@JonesDay.com>, "Geoffrey Stewart (gstewart@JonesDay.com)" <gstewart@JonesDay.com>, "gshumaker@jonesday.com" <gshumaker@jonesday.com>
> **Cc:** "Alberts, Sam J." <sam.alberts@dentons.com>, "Barnowski, Dan" <dan.barnowski@dentons.com>, "Neville, Carole" <carole.neville@dentons.com>
> **Subject: Document Crash**
>
> All:
> Our document crashed at 11:45pm. Can we have your consent to file our breif in support for confirmation out of time?
>
> Claude D. Montgomery
>
> D +1 212 632 8390   |   US Internal 18390
> claude.montgomery@dentons.com
> Bio   |   Website
>
> Dentons US LLP
>
> Dentons is an international legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

