# <u>Exhibit 1</u>

## Milliman 2013 Public Pension Study

# 29 plans lowered their interest rate assumptions, which increased their accrued liabilities and lowered their funded ratios

# Most plans are setting their interest rate assumptions in a realistic manner consistent with long-term market return expectations

# Funded ratios are down slightly

Milliman

**Rebecca A. Sielman**
FSA, MAAA, EA

## Introduction

The Milliman Public Pension Funding Study uses an approach to measure the aggregate funded status of the 100 largest U.S. public pension plans that is unique among studies assessing the health of the country's public pension plans. Our study independently determines an actuarial interest rate assumption for each plan based on its unique asset allocation and Milliman's current outlook on future long-term investment returns, then uses the actuarially determined interest rates to recalibrate each plan's accrued liability. We found that the total recalibrated accrued liability for the plans in the study was just 2.6% larger than the total accrued liability reported by the plans. While the challenge of funding future pension promises remains considerable, our study results indicate that most plans have set their interest rate assumptions and measured their pension liabilities in a realistic, actuarial manner that is consistent with long-term market return expectations. There is more than one way to put a dollar figure on the value of future pension benefits; the focus of this study is the traditional budgeting approach of assessing liability based on the long-term returns expected to be earned by plan assets.

A notable finding of this year's study is that 29 of the 100 plans in the study have lowered their interest rate assumptions since the Milliman 2012 Public Pension Funding Study. The median interest rate used by the plans decreased from 8.00% in the 2012 study to 7.75% in the 2013 study. This drop is in line with a generally declining market consensus on expected long-term investment returns; our study's median actuarially determined interest rate similarly decreased from 7.65% in the 2012 study to 7.47% in the 2013 study. Note that lower interest rate assumptions cause accrued liabilities to increase and funded ratios to fall.

Plans report on the size of their assets in two ways: *market value*, which is well understood; and *actuarial value*, which reflects asset smoothing techniques designed to moderate year-to-year fluctuations in contribution amounts but which may deviate significantly from market value in periods of sizeable market gains or losses. The 100 plans in this study reported assets totaling $2.58 trillion on a market value basis and $2.73 trillion on an actuarial value basis. By comparison, reported assets in the Milliman 2012 Public Pension Funding Study stood at $2.51 trillion on a market value basis and $2.71 trillion on an actuarial value basis.

Funded ratios have fallen slightly in the Milliman 2013 Public Pension Funding Study relative to the 2012 study, reflecting changes in both

**FIGURE 1: MILLIMAN 100, AGGREGATE FUNDED STATUS**

| | 2012 | | 2013 | |
|---|---|---|---|---|
| **$ TRILLIONS** | **REPORTED FIGURES** | **RECALIBRATED FIGURES** | **REPORTED FIGURES** | **RECALIBRATED FIGURES** |
| Interest rate (median) | 8.00% | 7.65% | 7.75% | 7.47% |
| Interest rate (liability-weighted) | 7.80% | 7.55% | 7.67% | 7.44% |
| Accrued liability | $3.60 | $3.71 | $3.77 | $3.86 |
| Market value of assets | $2.51 | $2.51 | $2.58 | $2.58 |
| Actuarial value of assets | $2.71 | $2.71 | $2.73 | $2.73 |
| Funded ratio using market value of assets | 69.8% | 67.8% | 68.5% | 66.8% |
| Funded ratio using actuarial value of assets | 75.1% | 73.0% | 72.4% | 70.6% |
| Unfunded accrued liability using market value of assets | $1.09 | $1.20 | $1.19 | $1.28 |
| Unfunded accrued liability using actuarial value of assets | $0.89 | $1.00 | $1.04 | $1.13 |

13-53846-tjt Doc 7150-1 Filed 08/28/14 Entered 08/28/14 01:05:39 Page 2 of 10

assets and liabilities. On the asset side, for more than half of the plans in this study the most recent valuation information available is as of July 1, 2012. The 12-month period from July 2011 to July 2012 generally saw disappointing investment results, with market returns hovering around 1% to 2%. On the liability side, 29 of the plans in this study lowered their interest rate assumptions and therefore increased their reported accrued liabilities.

The larger plans in the study tend to be somewhat better funded than the smaller plans in the study. The top quartile of plans by reported funded ratio accounts for 35% of the aggregate reported accrued liabilities, whereas the bottom quartile of plans accounts for just 18% of the aggregate reported accrued liabilities.

### Liabilities

The plans reported aggregate accrued liabilities of $3.77 trillion. This total breaks down into $1.62 trillion for the 12.6 million plan members who are still working plus $2.15 trillion for the 11.8 million plan members who are retired and receiving benefits or who have stopped working but have not yet started collecting their pensions. The number of active members has declined by 200,000 relative to the Milliman 2012 Public Pension Funding Study, whereas the number of inactive members has grown by 900,000. In aggregate, the plans currently have assets sufficient to cover 100% of the reported accrued liability for retirees and inactive members but only 27% of the assets needed to cover the reported accrued liability for active plan members.

FIGURE 2: ACCRUED LIABILITY

### Interest rate assumption

There are three sources of money to pay for public pension benefits: payroll deductions from active members, contributions from plan sponsors, and investment income generated by plan assets. When actuaries advise plan sponsors on contribution policy, they estimate what level of future investment income a plan's assets are likely to earn. Different types of investments carry different long-term expectations for investment earnings, so the actuary starts with return assumptions for each of the different asset classes. Collectively, these return assumptions, along with the associated variances and coefficients of correlation with other asset classes, are known as *capital market assumptions*. The actuary then takes into account each particular pension plan's allocation of investments across the different asset classes and arrives at the expected long-term average annual rate of return for the pension plan. This expected rate of return is used to discount projected future benefit payments back to the present time so that those future payments are expressed in today's dollars. Using this methodology to determine the plan's liabilities, if the plan sponsor always pays the amounts determined using actuarially sound methods and if the actual future investment results are equal to the interest rate assumption, then the plan should accumulate sufficient assets to pay benefits when due.

### Capital market assumptions

One of the most significant trends over the past decade is that the market's consensus views on long-term future investment returns have slid downward. Figure 3 illustrates this trend by showing the expected long-term return for a hypothetical asset allocation based on Milliman's capital market assumptions for each year since 2000. Over this period, expected returns on both equity and fixed-income investments have fallen by about 200 basis points. Pension plans have reflected this trend by lowering their interest rate assumptions, in some cases by making a single significant cut and in other cases by making gradual reductions. Where assumptions of 8.5% were once commonplace, over half of the plans in the study now have assumptions of 7.75% or below. With lower interest rate assumptions come higher reported accrued liabilities; for many public pension plans, a 100-basis-point reduction in the interest rate assumption causes an 11% to 15% increase in accrued liability, which in turn causes a reduction in the

### Methodology

This study is based on the most recently available Comprehensive Annual Financial Reports and valuation reports, which reflect valuation dates ranging from June 30, 2010, to December 31, 2012; about two-thirds are from June 30, 2012, or later. For the purposes of this study, the reported asset allocation of each of the included plans has been analyzed to determine an independent measure of the expected long-term annual geometric average rate of return on plan assets. The reported accrued liability for each plan has then been recalibrated to reflect this actuarially determined interest rate. This study therefore adjusts for differences between each plan's assumed rate of investment return and a current market assessment of the expected return based on actual asset allocations. This study is not intended to estimate the plans' liabilities for settlement accounting purposes or to analyze the funding of individual plans.

reported funded ratio and an increase in the contributions needed to fund the plan over the long term. If market outlooks remain at current levels or continue to decline, it is likely that plans will continue to reduce their interest rate assumptions.

**FIGURE 3: EXPECTED RETURN FOR A HYPOTHETICAL ASSET ALLOCATION BASED ON MILLIMAN'S CAPITAL MARKET ASSUMPTIONS**

Asset allocation: 35% broad U.S. equities, 15% developed foreign equities, 25% core fixed income, 5% high yield bonds, 10% mortgages, 5% real estate, and 5% cash; inflation assumption is fixed at 2.5% for all years.

There is a wide diversity of investment allocations among the plans in this study, which in and of itself would naturally result in a diversity of interest rate assumptions. Expert opinion also varies regarding the expected long-term returns for different asset classes, and plans may have different attitudes about the appropriate level of conservatism to build into their interest rate assumptions. It is therefore not surprising that there is a wide spread of interest rate assumptions reported by the plans in this study, as shown in Figure 4.

**FIGURE 4: INTEREST RATE ASSUMPTIONS REPORTED BY PLANS**

The median of the interest rate assumptions reported by plans in this study is 7.75% (7.67% on a liability-weighted basis), down from a median of 8.00% (7.80% liability-weighted) in the Milliman 2012 Public Pension Funding Study. Since the 2012 study, 29 of the plans have lowered their interest rate assumption, most by 25 to 50 basis points. At an aggregate level, there were no significant changes in asset allocations during this period, so the drop in interest rate assumptions reflects the general consensus trend among investment professionals toward lower expected long-term returns on most asset classes.

## Recalibrating the accrued liability

We independently applied a "building-block approach" to each plan's unique asset allocation, and determined the 50th percentile 30-year geometric rate of return based on Milliman's December 31, 2012, capital market assumptions. We then applied the plan's reported inflation assumption to arrive at our independent, actuarially determined interest rate. The median of the resulting interest rates is 7.47%, which is 28 basis points lower than the median interest rate assumption reported by the plans and 18 basis points lower than the 7.65% median rate from the Milliman 2012 Public Pension Funding

### Interest rates and accrued liabilities: Asking the right question

How much are our pension promises worth? This is a question being asked with increasing urgency as plan sponsors grapple with how to cope with underfunded pension plans. But there is more than one way to determine the answer to this question, and the choice of calculation method depends on why the question is being asked.

To illustrate, consider a very different question: How much is New York City's Central Park worth? If the question is being asked in the context of gauging its aesthetic value, or its value as a recreational space, or its value as a green space converting carbon dioxide to oxygen, then the answer can be determined accordingly. But imagine how different the answer would be if the question is being asked in the context of developing Central Park's acreage and filling those green spaces with high-rise apartments and office buildings.

Similarly, putting a dollar figure on pension promises depends on the background for asking the question. If the context for the question is to determine what it would cost to shut down the pension plan today or to transfer responsibility for future pension benefits to an insurance company, then the answer is arrived at by discounting future pension payments using current market interest rates. But if the context for the question is to do long-range budgeting and to work out how much should be contributed to the plan this year and next year and 20 years from now, then the answer is arrived at by discounting future pension payments using the long-term expected return on the plan's investments. Neither answer to the question is more "right" than the other; they are just different answers to a question asked in different contexts.

Study. Figure 5 details how the actuarially determined interest rates compare to the interest rate assumptions reported by the plans; Figure 6 compares the 2013 actuarially determined interest rates to the 2012 actuarially determined interest rates.

**FIGURE 5: ACTUARIALLY DETERMINED INTEREST RATE VS. REPORTED INTEREST RATE**

**FIGURE 6: ACTUARIALLY DETERMINED INTEREST RATES IN 2013 VS. 2012**

Note that for 28 of the 100 plans the actuarially determined interest rate is higher than the interest rate assumption reported by the plan; this suggests that those plans have included a margin for conservatism in their interest rate assumption.

## Recalibrated accrued liabilities

Using each plan's actuarially determined interest rate to recalibrate the accrued liabilities, these plans have an aggregate accrued liability of $3.86 trillion. For most plans in the study, as was the case in 2012, the recalibrated accrued liability is not substantially different from the reported accrued liability, as shown in Figure 7.

**FIGURE 7: RECALIBRATED VS. REPORTED ACCRUED LIABILITY**

## Sensitivity analysis

A relatively small change in the interest rate assumption can have a significant impact on the accrued liability. The magnitude of the accrued liability impact is a function of the makeup of the plan's membership: a less "mature" plan with more active members than retirees has a higher sensitivity to interest rate changes than a more mature plan with a bigger retiree population. Using an interest rate that is 100 basis points higher or lower than the actuarially determined interest rate moves the aggregate recalibrated accrued liability by 10.6% to 13.5% (see Figure 8), but can move accrued liability by as little as 9.2% for the most mature plans or as much as 15.1% for the least mature plans.

**FIGURE 8: EFFECT OF CHANGING THE INTEREST RATE ASSUMPTION**

| RECALIBRATED ACCRUED LIABILITY ($ TRILLIONS) | - 100 BASIS POINTS | ACTUARIALLY DETERMINED INTEREST RATE | + 100 BASIS POINTS |
|---|---|---|---|
| Most mature 25 plans | $0.75 (+11.6%) | $0.68 | $0.61 (-9.2%) |
| Second most mature 25 plans | $1.68 (+13.1%) | $1.49 | $1.33 (-10.4%) |
| Second least mature 25 plans | $0.91 (+14.1%) | $0.79 | $0.71 (-11.1%) |
| Least mature 25 plans | $1.04 (+15.1%) | $0.90 | $0.80 (-11.7%) |
| All 100 plans in aggregate | $4.38 (+13.5%) | $3.86 | $3.45 (-10.6%) |

13-53846-tjt Doc 7150-1 Filed 08/28/14 Entered 08/28/14 01:05:39 Page 5 of 10

## Investments

The plans reported an aggregate market value of assets of $2.58 trillion and an aggregate actuarial value of assets of $2.73 trillion, compared with $2.51 trillion and $2.71 trillion, respectively, reported in the Milliman 2012 Public Pension Funding Study. Actuarial asset values are designed to reduce year-to-year contribution volatility by systematically recognizing market gains and losses over a multiyear period, typically three to five years. The advantage of asset smoothing techniques is that contribution levels are more consistent from year to year. After periods of large market losses, such as 2000 to 2002 and 2007 to 2009, actuarial asset values may be larger than market values. After periods of large market gains such as the late 1990s, the opposite is generally the case. Figure 9 shows the relationship of these two asset measures for the plans in this study. In both 2012 and 2013, the median ratio of actuarial value to market value was 104%, but the spread of values is somewhat narrower in 2013 than was the case in 2012; that is, fewer plans have a very large divergence between actuarial value and market value.

FIGURE 9: ACTUARIAL VALUE VS. MARKET VALUE

Most pension plans suffered significant asset losses in the timeframe of 2007 to 2009 and additional modest losses in 2011–2012. While there were sizeable gains experienced during 2009 to 2011, those gains were typically not as large as the losses, leading generally to plans with reported actuarial asset values larger than market values. Note that in the pension funding context, a "gain" or "loss" is based on the plan's actual investment performance relative to the interest rate assumption. While market indices have generally returned to pre-financial crisis levels, many pension plans have not fully recovered from the effects of the market meltdown. As the market gains and losses that were experienced over the past several years are gradually recognized, the relationship of actuarial value to market value will continue to shift. Most notably, much of the large losses suffered during the financial crisis have already been recognized, and many plans will have fully recognized those losses by 2013.

The plans included in this study are invested in a wide array of asset classes, as shown in Figure 10.

FIGURE 10: ASSET ALLOCATIONS

| CLASS | 2012 | 2013 |
|---|---|---|
| Equities | 51% | 49% |
| Real estate | 6% | 8% |
| Private equity, etc. | 13% | 15% |
| **Total non-fixed income** | **70%** | **72%** |
| Fixed income | 26% | 25% |
| Cash | 4% | 3% |
| **Total fixed income** | **30%** | **28%** |

While the aggregate 2013 investment allocation is 72% in non-fixed income classes and 28% in fixed income, there is considerable investment allocation variation from plan to plan. Figure 11 illustrates this variation, showing the percentage of plan assets invested in non-fixed income classes.

FIGURE 11:
PERCENTAGE ALLOCATION TO NON-FIXED INCOME ASSET CLASSES

## Asset volatility ratio

The *asset volatility ratio* is a metric that has been garnering attention lately for its ability to help plan sponsors anticipate the impact of investment volatility on contribution levels. The asset volatility ratio is simply the ratio of plan assets to the payroll for active members covered by the plan. A lower ratio means that plan assets are relatively small compared with payroll; this implies that a large single-year investment gain or loss will not move the contribution rate much. A higher ratio, on the other hand, signals that a fairly small deviation in asset performance could translate into a surprisingly large shift in the contribution rate. It is unsurprising that, as pension plans have accumulated assets and their member populations have matured over the past several decades, asset volatility ratios have risen. These higher ratios mean that contribution rates are now more sensitive than they once were to investment volatility, despite the use of asset-smoothing methods to help mitigate the impact of market movements. Figure 12 illustrates how changes in the asset volatility ratio over time can alter the relationship between investment volatility and contribution volatility.

FIGURE 12: ASSET VOLATILITY RATIO ILLUSTRATION FOR A HYPOTHETICAL PENSION PLAN

| | 1983 | 1993 | 2003 | 2013 |
|---|---|---|---|---|
| Market value of assets | $30,000 | $110,000 | $260,000 | $390,000 |
| Covered payroll | 20,000 | 40,000 | 70,000 | 80,000 |
| Asset volatility ratio = assets ÷ payroll | 1.50 | 2.75 | 3.71 | 4.88 |
| Increase in contribution rate resulting from a 10% asset loss (using 15-year level dollar amortization) | 1.58% | 2.90% | 3.91% | 5.14% |

The median asset volatility ratio for the plans included in this study is 3.9, and most plans fall within a range of 3.1 to 5.4. However, 18 of the plans have an asset volatility ratio of 5.5 or higher, indicating that their contributions will be more volatile in reaction to market swings.

FIGURE 13:
ASSET VOLATILITY RATIOS




## Acknowledgements

Principal author and project coordinator: Rebecca A. Sielman, FSA

Principal researchers: Jennifer Sorensen Senta, ASA; Richard Gordon, FSA; Ryan Lane, EA; Henry Neeb, ASA

Technical reviews: Katherine Warren, FSA; Daniel Wade, FSA; Matt Larrabee, FSA; Will Clark-Shim, FSA; Tim Bleick, FSA; Hassan Ghazi, FSA; Michael Sudduth, FSA; Alan Perry, FSA; Mark Olleman, FSA; Glenn Bowen, FSA; Jenn Castelhano, ASA

## Reported Data

| | | | MARKET VALUE | | | ACTUARIAL VALUE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PLAN NAME | VALUATION DATE | ACCRUED LIABILITY | VALUE OF ASSETS | SURPLUS / (UNFUNDED) ACCRUED LIABILITY | FUNDED RATIO | VALUE OF ASSETS | SURPLUS / (UNFUNDED) ACCRUED LIABILITY | FUNDED RATIO | COUNT OF ACTIVE MEMBERS | COUNT OF INACTIVE / RETIRED MEMBERS |
| Employees' Retirement System of Alabama | 09/30/11 | 14,367 | 8,057 | (6,310) | 56% | 9,456 | (4,911) | 66% | 85,633 | 52,254 |
| Teachers' Retirement System of Alabama | 09/30/11 | 28,776 | 16,597 | (12,179) | 58% | 19,430 | (9,346) | 68% | 135,768 | 97,807 |
| State of Alaska Public Employees' Retirement System | 06/30/11 | 10,919 | 6,268 | (4,651) | 57% | 6,762 | (4,157) | 62% | 24,393 | 33,773 |
| Arizona Public Safety Personnel Retirement System | 06/30/12 | 10,326 | 5,075 | (5,251) | 49% | 6,052 | (4,274) | 59% | 18,542 | 12,562 |
| Arizona State Retirement System | 06/30/12 | 38,044 | 26,048 | (11,996) | 68% | 28,549 | (9,495) | 75% | 203,994 | 328,931 |
| Arkansas Public Employees Retirement System | 06/30/12 | 8,163 | 5,678 | (2,485) | 70% | 5,625 | (2,538) | 69% | 45,937 | 42,335 |
| Arkansas Teacher's Retirement System | 06/30/11 | 15,521 | 11,895 | (3,626) | 77% | 11,146 | (4,375) | 72% | 76,780 | 44,538 |
| California Public Employees' Retirement System | 06/30/11 | 328,600 | 241,740 | (86,860) | 74% | 271,389 | (57,211) | 83% | 779,481 | 851,014 |
| California State Teachers' Retirement System | 06/30/12 | 214,765 | 134,835 | (79,930) | 63% | 144,232 | (70,533) | 67% | 421,499 | 440,693 |
| University of California Retirement Plan | 07/01/12 | 54,620 | 41,806 | (12,814) | 77% | 42,965 | (11,655) | 79% | 116,888 | 126,252 |
| Chicago Public Schools | 06/30/12 | 17,376 | 9,437 | (7,939) | 54% | 9,364 | (8,012) | 54% | 30,366 | 30,171 |
| Municipal Employees' Annuity and Benefit Fund of Chicago | 12/31/12 | 13,475 | 5,183 | (8,292) | 38% | 5,073 | (8,402) | 38% | 31,326 | 38,115 |
| Colorado Public Employees' Retirement Association | 12/31/11 | 60,735 | 37,164 | (23,571) | 61% | 37,185 | (23,550) | 61% | 199,741 | 186,673 |
| Connecticut State Employees Retirement System | 06/30/12 | 23,019 | 8,468 | (14,551) | 37% | 9,745 | (13,274) | 42% | 47,868 | 45,448 |
| Connecticut State Teachers' Retirement System | 06/30/12 | 24,862 | 13,474 | (11,388) | 54% | 13,735 | (11,127) | 55% | 49,808 | 46,179 |
| County Employees' Annuity and Benefit Fund of Cook County | 12/31/12 | 13,418 | 8,060 | (5,358) | 60% | 7,834 | (5,584) | 58% | 21,447 | 28,030 |
| Delaware State Employees' Pension Plan | 06/30/12 | 7,950 | 6,915 | (1,035) | 87% | 7,270 | (680) | 91% | 35,427 | 26,393 |
| Florida State Retirement System | 07/01/12 | 148,050 | 122,921 | (25,129) | 83% | 127,892 | (20,158) | 86% | 517,287 | 475,399 |
| Employees' Retirement System of Georgia | 06/30/12 | 16,778 | 11,537 | (5,241) | 69% | 12,261 | (4,517) | 73% | 63,942 | 47,051 |
| Teachers' Retirement System of Georgia | 06/30/11 | 65,979 | 54,084 | (11,895) | 82% | 55,428 | (10,551) | 84% | 216,167 | 178,581 |
| Employees' Retirement System of the State of Hawaii | 06/30/12 | 20,683 | 11,286 | (9,397) | 55% | 12,242 | (8,441) | 59% | 65,599 | 47,683 |
| Public Employee Retirement System of Idaho | 07/01/12 | 13,397 | 11,330 | (2,067) | 85% | 11,306 | (2,091) | 84% | 65,270 | 47,973 |
| Illinois Municipal Retirement Fund | 12/31/11 | 30,963 | 24,834 | (6,129) | 80% | 25,711 | (5,252) | 83% | 175,233 | 234,182 |
| State Employees' Retirement System of Illinois | 06/30/12 | 33,091 | 10,961 | (22,130) | 33% | 11,477 | (21,614) | 35% | 62,729 | 85,602 |
| State Universities Retirement System of Illinois | 06/30/12 | 33,170 | 13,705 | (19,465) | 41% | 13,950 | (19,220) | 42% | 81,156 | 81,341 |
| Teachers' Retirement System of the State of Illinois | 06/30/12 | 90,025 | 36,517 | (53,508) | 41% | 37,945 | (52,080) | 42% | 162,217 | 204,499 |
| Indiana Public Employees' Retirement Fund | 06/30/12 | 15,784 | 12,244 | (3,540) | 78% | 12,088 | (3,696) | 77% | 145,519 | 142,066 |
| Indiana State Teachers' Retirement Fund | 06/30/12 | 20,860 | 9,077 | (11,783) | 44% | 8,915 | (11,945) | 43% | 70,573 | 56,338 |
| Iowa Public Employees' Retirement System | 06/30/12 | 29,446 | 23,025 | (6,421) | 78% | 23,530 | (5,916) | 80% | 164,200 | 171,454 |
| Kansas Public Employee Retirement System | 12/31/11 | 22,607 | 12,477 | (10,130) | 55% | 13,379 | (9,228) | 59% | 155,054 | 126,205 |
| Kentucky Employees Retirement Systems | 06/30/12 | 12,114 | 3,459 | (8,655) | 29% | 3,599 | (8,515) | 30% | 46,282 | 51,802 |
| Kentucky Teachers' Retirement System | 06/30/12 | 26,974 | 14,797 | (12,177) | 55% | 14,691 | (12,283) | 54% | 75,951 | 52,762 |
| County Employees Retirement System of Kentucky | 06/30/12 | 12,150 | 7,051 | (5,099) | 58% | 7,295 | (4,855) | 60% | 92,182 | 64,870 |
| Los Angeles City Employees' Retirement System | 06/30/12 | 14,394 | 9,059 | (5,335) | 63% | 9,935 | (4,459) | 69% | 24,917 | 23,031 |
| Water and Power Employees' Retirement Plan of the City of Los Angeles | 07/01/12 | 9,693 | 7,389 | (2,304) | 76% | 7,574 | (2,119) | 78% | 8,962 | 10,158 |
| Los Angeles County Employees Retirement Association | 06/30/12 | 50,809 | 38,307 | (12,502) | 75% | 39,039 | (11,770) | 77% | 91,952 | 68,859 |
| Los Angeles Fire and Police Pension Plan | 06/30/12 | 17,031 | 13,269 | (3,762) | 78% | 14,252 | (2,779) | 84% | 13,396 | 12,442 |
| Louisiana State Employees' Retirement System | 06/30/12 | 16,158 | 9,516 | (6,642) | 59% | 9,026 | (7,132) | 56% | 52,352 | 98,111 |
| Teachers' Retirement System of Louisiana | 06/30/12 | 24,540 | 14,189 | (10,351) | 58% | 13,584 | (10,956) | 55% | 84,513 | 94,802 |
| Maine Public Employees Retirement System | 06/30/12 | 11,553 | 8,454 | (3,099) | 73% | 8,881 | (2,672) | 77% | 39,360 | 30,485 |
| Maryland State Employees' Combined System | 06/30/12 | 20,284 | 12,631 | (7,653) | 62% | 12,668 | (7,616) | 62% | 85,174 | 92,511 |
| Maryland Teachers | 06/30/12 | 34,253 | 22,502 | (11,751) | 66% | 22,524 | (11,729) | 66% | 103,694 | 86,732 |
| Massachusetts State Board of Retirement System | 01/01/12 | 27,785 | 18,643 | (9,142) | 67% | 20,508 | (7,277) | 74% | 85,935 | 58,671 |
| Massachusetts Teachers' Retirement System | 01/01/12 | 36,483 | 20,129 | (16,354) | 55% | 22,141 | (14,342) | 61% | 86,860 | 57,406 |
| Michigan Public School Employee's Retirement System | 09/30/11 | 63,427 | 34,675 | (28,752) | 55% | 41,038 | (22,389) | 65% | 236,660 | 207,525 |
| Michigan State Employees Retirement System | 09/30/12 | 15,597 | 8,775 | (6,822) | 56% | 10,212 | (5,385) | 65% | 17,860 | 62,043 |
| Municipal Employees' Retirement System of Michigan | 12/31/11 | 9,844 | 5,933 | (3,911) | 60% | 7,150 | (2,694) | 73% | 35,111 | 35,362 |
| Minnesota State Retirement System | 07/01/12 | 11,083 | 9,098 | (1,985) | 82% | 9,162 | (1,921) | 83% | 48,207 | 47,677 |
| Teachers Retirement Association of Minnesota | 07/01/12 | 23,025 | 16,686 | (6,339) | 72% | 16,805 | (6,220) | 73% | 76,649 | 95,217 |
| Public Employees Retirement Association of Minnesota | 06/30/12 | 18,599 | 13,578 | (5,021) | 73% | 13,662 | (4,937) | 73% | 139,330 | 119,889 |
| Public Employees' Retirement System of Mississippi | 06/30/12 | 34,493 | 19,781 | (14,712) | 57% | 19,993 | (14,500) | 58% | 162,311 | 217,970 |
| Missouri State Employees' Plan | 06/30/12 | 10,794 | 7,582 | (3,212) | 70% | 7,897 | (2,897) | 73% | 51,332 | 55,342 |
| Public School Retirement System of Missouri | 06/30/12 | 35,588 | 27,817 | (7,771) | 78% | 29,013 | (6,575) | 82% | 77,529 | 50,207 |

| PLAN NAME | VALUATION DATE | ACCRUED LIABILITY | MARKET VALUE: VALUE OF ASSETS | MARKET VALUE: SURPLUS / (UNFUNDED) ACCRUED LIABILITY | MARKET VALUE: FUNDED RATIO | ACTUARIAL VALUE: VALUE OF ASSETS | ACTUARIAL VALUE: SURPLUS / (UNFUNDED) ACCRUED LIABILITY | ACTUARIAL VALUE: FUNDED RATIO | COUNT OF ACTIVE MEMBERS | COUNT OF INACTIVE / RETIRED MEMBERS |
|---|---|---|---|---|---|---|---|---|---|---|
| Nebraska Public Employees Retirement Systems School Retirement System | 06/30/12 | 9,609 | 7,246 | (2,363) | 75% | 7,359 | (2,250) | 77% | 39,477 | 40,068 |
| Public Employees' Retirement System of the State of Nevada | 06/30/10 | 35,078 | 20,906 | (14,172) | 60% | 24,725 | (10,353) | 70% | 102,594 | 55,726 |
| New Hampshire Retirement System | 06/30/12 | 10,362 | 5,774 | (4,588) | 56% | 5,818 | (4,544) | 56% | 48,625 | 29,826 |
| Public Employees' Retirement System of New Jersey | 07/01/12 | 45,393 | 25,176 | (20,217) | 55% | 28,887 | (16,506) | 64% | 280,158 | 153,625 |
| Teachers' Pension and Annuity Fund of New Jersey | 06/30/12 | 51,405 | 26,038 | (25,367) | 51% | 31,079 | (20,326) | 60% | 150,200 | 89,700 |
| The Police and Firemen's Retirement System of New Jersey | 07/01/12 | 31,732 | 21,126 | (10,606) | 67% | 23,687 | (8,045) | 75% | 40,819 | 39,767 |
| Educational Retirement Board of New Mexico | 06/30/12 | 15,837 | 9,489 | (6,348) | 60% | 9,606 | (6,231) | 61% | 60,855 | 71,368 |
| Public Employees Retirement Association of New Mexico | 06/30/12 | 17,788 | 11,600 | (6,188) | 65% | 11,612 | (6,176) | 65% | 48,483 | 36,623 |
| New York City Employees' Retirement System | 06/30/10 | 62,935 | 35,384 | (27,551) | 56% | 40,433 | (22,502) | 64% | 184,982 | 141,428 |
| New York City Police Pension Fund | 06/30/10 | 38,134 | 19,985 | (18,149) | 52% | 22,909 | (15,225) | 60% | 34,597 | 44,634 |
| Teachers' Retirement System of the City of New York | 06/30/10 | 55,138 | 26,398 | (28,740) | 48% | 32,478 | (22,660) | 59% | 111,647 | 80,526 |
| New York State and Local Employees Retirement System | 04/01/11 | 140,087 | 130,506 | (9,581) | 93% | 126,395 | (13,692) | 90% | 513,092 | 478,769 |
| New York State Teachers' Retirement System | 06/30/11 | 89,825 | 89,890 | 65 | 100% | 86,892 | (2,933) | 97% | 280,435 | 146,843 |
| New York State and Local Police & Fire | 03/31/12 | 24,169 | 22,357 | (1,812) | 93% | 22,205 | (1,964) | 92% | 31,024 | 34,799 |
| North Carolina Local Governmental Employees' Retirement System | 12/31/11 | 19,374 | 17,908 | (1,466) | 92% | 19,326 | (48) | 100% | 121,638 | 96,050 |
| North Carolina Teachers and State Employees Retirement System | 12/31/11 | 61,847 | 53,402 | (8,445) | 86% | 58,125 | (3,722) | 94% | 310,627 | 282,472 |
| Ohio Police and Fire Pension Fund | 01/01/12 | 16,347 | 9,688 | (6,659) | 59% | 10,309 | (6,038) | 63% | 27,463 | 30,029 |
| Ohio Public Employees Retirement System | 12/31/10 | 79,629 | 63,816 | (15,813) | 80% | 60,599 | (19,030) | 76% | 356,734 | 617,999 |
| Schools Employees' Retirement System of Ohio | 06/30/12 | 16,372 | 10,219 | (6,153) | 62% | 10,284 | (6,088) | 63% | 121,811 | 81,648 |
| State Teachers Retirement System of Ohio | 07/01/12 | 106,302 | 60,694 | (45,608) | 57% | 59,490 | (46,812) | 56% | 173,044 | 160,581 |
| Oklahoma Public Employees Retirement System | 07/01/12 | 8,335 | 6,821 | (1,514) | 82% | 6,682 | (1,653) | 80% | 42,569 | 35,760 |
| Teachers' Retirement System of Oklahoma | 06/30/12 | 18,588 | 10,195 | (8,393) | 55% | 10,190 | (8,398) | 55% | 87,778 | 61,403 |
| Orange County Employees Retirement System | 12/31/11 | 13,523 | 8,466 | (5,057) | 63% | 9,064 | (4,459) | 67% | 21,421 | 17,695 |
| Oregon Public Employees Retirement System | 12/31/11 | 61,198 | 51,389 | (9,809) | 84% | 50,168 | (11,030) | 82% | 170,972 | 158,916 |
| Pennsylvania State Employees' Retirement System | 12/31/11 | 42,282 | 24,371 | (17,911) | 58% | 27,618 | (14,664) | 65% | 107,021 | 121,531 |
| Public School Employees' Retirement System of Pennsylvania | 06/30/12 | 87,761 | 48,534 | (39,227) | 55% | 58,228 | (29,533) | 66% | 273,504 | 324,301 |
| Puerto Rico Government Employees Retirement System | 06/30/12 | 27,646 | 1,237 | (26,409) | 4% | 1,237 | (26,409) | 4% | 134,566 | 117,861 |
| Puerto Rico Teachers Retirement System | 06/30/11 | 11,449 | 2,386 | (9,063) | 21% | 2,386 | (9,063) | 21% | 43,402 | 36,129 |
| Rhode Island Employees Retirement System | 06/30/12 | 10,670 | 5,757 | (4,913) | 54% | 6,167 | (4,503) | 58% | 24,378 | 27,305 |
| Sacramento County Employees' Retirement System | 06/30/12 | 7,838 | 6,074 | (1,764) | 77% | 6,530 | (1,308) | 83% | 12,155 | 12,090 |
| San Bernardino County Employees' Retirement Association | 06/30/12 | 8,570 | 6,173 | (2,397) | 72% | 6,789 | (1,781) | 79% | 19,306 | 13,518 |
| San Diego County Employees Retirement Association | 06/30/12 | 10,943 | 8,437 | (2,506) | 77% | 8,607 | (2,336) | 79% | 16,457 | 20,205 |
| City and County of San Francisco Employees' Retirement System | 07/01/12 | 19,394 | 15,294 | (4,100) | 79% | 16,028 | (3,366) | 83% | 28,282 | 30,748 |
| South Carolina Retirement System | 07/01/11 | 40,016 | 22,395 | (17,621) | 56% | 25,605 | (14,411) | 64% | 192,865 | 268,382 |
| South Dakota Retirement System | 07/01/12 | 8,453 | 7,843 | (610) | 93% | 7,828 | (625) | 93% | 38,207 | 37,161 |
| Tennessee Consolidated Retirement System | 07/01/11 | 40,069 | 33,662 | (6,407) | 84% | 36,681 | (3,388) | 92% | 215,076 | 116,585 |
| Texas County & District Retirement System | 12/31/12 | 22,953 | 19,530 | (3,423) | 85% | 20,250 | (2,703) | 88% | 121,963 | 115,524 |
| Texas Municipal Retirement System | 12/31/12 | 22,683 | 20,491 | (2,192) | 90% | 19,784 | (2,899) | 87% | 101,827 | 87,956 |
| Employees' Retirement System of Texas | 08/31/12 | 29,377 | 21,826 | (7,551) | 74% | 24,273 | (5,104) | 83% | 132,669 | 177,989 |
| Teacher Retirement System of Texas | 08/31/12 | 144,427 | 111,450 | (32,977) | 77% | 118,326 | (26,101) | 82% | 815,155 | 404,166 |
| Utah Retirement Systems | 01/01/12 | 20,743 | 15,756 | (4,987) | 76% | 16,615 | (4,128) | 80% | 87,220 | 81,354 |
| Virginia Employees Retirement System | 06/30/11 | 75,185 | 50,267 | (24,918) | 67% | 52,559 | (22,626) | 70% | 326,357 | 186,423 |
| Washington Public Employees' Retirement System | 06/30/11 | 31,382 | 28,274 | (3,108) | 90% | 29,880 | (1,502) | 95% | 152,417 | 207,853 |
| Washington State Law Enforcement Officer's and Fire Fighters' Plan 1 and 2 | 06/30/11 | 9,710 | 11,550 | 1,840 | 119% | 12,186 | 2,476 | 125% | 17,055 | 12,264 |
| Washington State Teachers' Retirement System | 06/30/11 | 15,557 | 13,741 | (1,816) | 88% | 14,626 | (931) | 94% | 66,203 | 50,913 |
| West Virginia Teachers' Retirement System | 06/30/11 | 9,445 | 5,075 | (4,370) | 54% | 5,075 | (4,370) | 54% | 35,855 | 34,291 |
| Wisconsin Retirement System | 12/31/11 | 76,565 | 71,455 | (5,110) | 93% | 76,466 | (99) | 100% | 256,232 | 353,525 |

## Study Technical Appendix

### Methodology: Expected rate of return on assets

For the purposes of this study, we recalibrated liabilities for included plans to reflect discounting at the expected rate of return on current plan assets. To develop the expected rate of return used in these calculations, we relied on the most recently available asset statements for each plan, particularly on Statements of Plan Net Assets as disclosed in published Comprehensive Annual Financial Reports (CAFRs). We did not make adjustments for potential differences between actual asset allocations and target policy asset allocations.

Our method for calculation of the expected rate of return was the "building-block method" as outlined in Actuarial Standard of Practice No. 27, using geometric averaging methodology. We used Milliman's December 31, 2012, capital market assumptions to calculate the 50th percentile 30-year geometric real rate of return, and then added the plan's inflation assumption to arrive at the total expected investment return on plan assets. Where the plan inflation assumption was not available, we used Milliman's December 31, 2012, capital market inflation assumption of 2.50%. We did not make any adjustment to the expected rate of return for plan expenses, nor did we include any assumption for investment alpha (i.e., we did not assume any excess return over market averages resulting from active versus passive management).

### Methodology: Liability recalibration

We performed the recalibration of liabilities for pension plans included in the study using adjustment benchmarks based on detailed calculations for certain pension plans meeting broad categorization definitions. For these benchmark plans, we developed precise liability durations separately for active, terminated vested, and retired member populations. These calculated liability durations were modified durations, further adjusted for plan- and population-specific convexity. We applied a variety of cost of living adjustments (COLAs) to the various benchmark plans, resulting in a library of adjustment factors taking into account plan type, plan provisions, demographic group, and COLA.

We then selected liability adjustment factors for each plan in the study based on plan type, COLA provisions, and average demographic characteristics where available. For example, a teachers' plan was typically matched with a set of teachers' plan adjustment factors, with similar COLA provisions. If average ages, service levels, or expected working lifetimes were available, we also used these criteria to aid in choosing the adjustment factors. For each liability recalibration calculation, we then recalculated the selected benchmark durations to reflect the actual starting plan interest rate assumption. We performed separate liability adjustments for active, terminated vested, and retired liabilities, thereby adjusting for varying plan maturity levels.

The liability durations used for adjustment provide an estimate of the sensitivity of the present value of benefits (PVB) to changes in the interest rate assumption. We assumed that for active populations, the actuarial accrued liabilities (AAL) varied 85% as much as the PVB when liabilities were reported under the projected unit credit cost method, and 70% as much as the PVB when liabilities were reported under the entry age normal cost method. These assumptions for the relative change in AAL compared with PVB were based on the average results of a survey of actual changes in AAL versus PVB for selected Milliman clients. Although most plans in the study reported liability results under one of these two cost methods for Government Accounting Standards Board (GASB) reporting purposes, a handful of plans disclosed liabilities only under the frozen initial liability cost method. For those plans, we used the entry age normal assumption for the relative change of AAL to PVB.

Where any discrepancy occurred between liabilities disclosed for GASB reporting and liabilities disclosed elsewhere, the GASB reporting numbers were relied upon.

The materials in this document represent the opinion of the authors and are not representative of the views of Milliman, Inc. Milliman does not certify the information, nor does it guarantee the accuracy and completeness of such information. Use of such information is voluntary and should not be relied upon unless an independent review of its accuracy and completeness has been performed. Materials may not be reproduced without the express consent of Milliman.

Copyright © 2013 Milliman, Inc.