# Exhibit 19

# Excerpts of July 18, 2014 J. Hill Deposition Transcript

```
 1            JOHN W. HILL
 2      UNITED STATES BANKRUPTCY COURT
 3     FOR THE EASTERN DISTRICT OF MICHIGAN
 4               - - -
 5  In Re:           ) Chapter 9
 6
 7  City of Detroit, Michigan, )
 8
 9      Debtor.      ) Hon. Steven Rhodes
10  _____
11
12
13        The Videotaped deposition of JOHN W. HILL
14        Taken at 51 Louisiana Avenue, N.W.,
15        Washington, D.C.
16        Commencing at 9:03 a.m.
17        Friday, July 18, 2014
18        Before: Gail L. Inghram Verbano
19        Registered Diplomate Reporter,
20        Certified Realtime Reporter,
21        Certified Shorthand Reporter-CA (No. 8635)
```

```
 1            JOHN W. HILL
 2  APPEARANCES:
 3
 4  FRANK J. GUADAGNINO, ESQ.
 5  CLARK HILL, PLC
 6  301 Grant Street, 14th Floor
 7  Pittsburgh, PA 15219
 8     Appearing on behalf of the Retirement Systems
 9     for the City of Detroit.
10
11
12
13  GEOFFREY S. STEWART, ESQ.,
14  DAN T. MOSS, ESQ.,
15  BENJAMIN FRIEDMAN, ESQ.
16  JONES DAY
17  51 Louisiana Avenue, Northwest
18  Washington, D.C. 20001
19     Appearing on behalf of the Debtor and the Witness.
```

```
 1            JOHN W. HILL
 2  DAN BARNOWSKI, ESQ.
 3  DENTONS US, LLP
 4  1301 K Street, N.W.
 5  Suite 600, East Tower
 6  Washington, D.C. 20005
 7     Appearing on behalf of the Retiree Committee.
 8
 9
10
11  DOUGLAS SMITH, ESQ.
12  KIRKLAND & ELLIS, LLP
13  300 North LaSalle
14  Chicago, Illinois 60654
15     Appearing on behalf of Syncora Guarantee, Inc.,
16     and Syncora Capital Assurance, Inc.
```

```
 1            JOHN W. HILL
 2  MICHAEL BHARGAVA, ESQ.,
 3  ANA VUCETIC (Law Clerk),
 4  MOLLY FEIDEN (law Clerk)
 5  CHADBOURNE & PARKE, LLP
 6  1200 New Hampshire Avenue, NW
 7  Washington, D.C. 20036
 8     Appearing on behalf of Creditor Assured
 9     Guaranty.
10
11
12
13  TELEPHONIC APPEARANCES:
14
15
16  BRENDA L. FUNK, ESQ.
17  WEIL, GOTSHAL & MANGES, LLP
18  700 Louisiana, Suite 1700
19  Houston, Texas 77002
20     Appearing on behalf of Financial Guaranty
21     Insurance Company.
```

Pages 1 to 4

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt  Doc 7150-19  Filed 08/28/14  Entered 08/28/14 01:05:39  Page 2 of 6

Page 173

1  **JOHN W. HILL**
2  Q. Well, you're saying that there are these
3  grants that could result in improving business and
4  the economy of Detroit that private entities or
5  other entities are receiving. You're aware of
6  that; correct?
7  **A. Certainly the -- yes, absolutely.**
8  Q. And so there are grants the federal
9  government gives to entities other than the City
10  that in the future could have the effect of
11  increasing the City's revenues or decreasing its
12  costs; correct?
13  **A. Again, it's -- it could have the effect.**
14  **And -- yes, efforts underway to have federal --**
15  **federal grants that go to other entities could**
16  **have an effect on the revenues in the city.**
17  Q. And have you ever heard of the Revised
18  Judicature Act of 1961?
19  **A. No.**
20  Q. So you don't know what it provides?
21  **A. No. I'm not --**
22  Q. Do you know if the, one way or the
23  other, whether the City has ever paid any
24  judgments covered by the Revised Judicature Act?
25  **A. I know that the City has paid judgments**

Page 174

1  **JOHN W. HILL**
2  **before and -- but the name of the act I'm not**
3  **familiar with.**
4  Q. Okay. What are you familiar with or
5  what were you thinking of?
6  **A. I know that there have been a couple of**
7  **instances where there have been judgments in which**
8  **the City has increased property taxes in order to**
9  **pay for those judgments, but I only know of a**
10  **couple of instances.**
11  Q. What are those instances that you're
12  aware of?
13  **A. I couldn't -- I couldn't give you the**
14  **specifics of them. I know of -- I know of two.**
15  Q. Do you know when they occurred?
16  **A. Quite a while ago.**
17  **And it was -- and it was in a -- a**
18  **document that I was looking at, but I don't know**
19  **the specifics of it.**
20  Q. Okay. But you know that the City can
21  increase property tax to pay judgments against the
22  City; correct?
23  **A. I know that that's a possibility.**
24  Q. And you know it's -- that the City can
25  increase property taxes above statutory maximums

Page 175

1  **JOHN W. HILL**
2  in order to pay judgments against the City?
3  **A. I know that that has happened.**
4  Q. I mean, were you ever -- did you -- I
5  mean -- but you can't give me any of the specifics
6  of those instances where that's happened?
7  **A. No. Like I said, it was just in some**
8  **materials that I was actually looking at, and I**
9  **don't recall the specifics of it. But I do know**
10  **that they were relatively small. And whenever**
11  **that would be done, collectability is an issue.**
12  Q. Well, did the City pay those judgments?
13  **A. The judgments were paid, yes.**
14  Q. And the City paid the judgments by
15  increasing property taxes in full?
16  **A. Yeah. And as I said, they were small.**
17  Q. But they -- the City paid them in full?
18  **A. Yes.**
19  Q. Do you know if the City used money from
20  the general fund -- well, it raised property
21  taxes, I guess, is the answer to that.
22  Do you know whether there are instances
23  where creditors threaten to invoke the law to
24  require the City to pay judgments by increasing
25  property taxes?

Page 176

1  **JOHN W. HILL**
2  **A. I know of no specific lease. I'd have**
3  **to know what you meant by threats.**
4  Q. Well, you mentioned that it actually
5  occurred in two instances. And I'm just wondering
6  whether there was a possibility of it occurring in
7  any other instances other than the two?
8  **A. Not that I'm aware of. I wasn't here**
9  **when it occurred. I just know from the documents**
10  **I've read.**
11  Q. Okay.
12  MR. STEWART: Do you want --
13  MR. SMITH: Sure, we can.
14  MR. STEWART: As you know, I never like
15  to take breaks.
16  MR. SMITH: But I think the court
17  reporter deserves one.
18  THE VIDEOGRAPHER: Going off the record
19  at 12:59. This the end of Tape No. 3.
20  MR. STEWART: So we had another minute.
21  (Luncheon recess from 12:59 p.m. to
22  1:35 p.m.)
23  THE VIDEOGRAPHER: We are back on the
24  record at 1:35. This is the beginning of
25  Tape No. 4.

Pages 173 to 176

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt  Doc 7150-19  Filed 08/28/14  Entered 08/28/14 01:05:39  Page 3 of 6

Page 209

1  JOHN W. HILL
2  Q. And then on the -- in this next column
3  over towards the top, the first complete sentence
4  says, "Currently there are several proposed
5  recovery plans, but none of them have associated
6  plans for implementation."
7  Do you see that?
8  A. Yeah. That's not -- that's not what I
9  said.
10  Q. Okay. What are the -- what are the --
11  what did you say, basically, is what I want to
12  know.
13  A. What I said was that there are several
14  proposed restructuring initiatives, okay, and that
15  the detailed plans associated with the
16  implementation of those initiatives are just now
17  being done. So that's what I said.
18  But --
19  Q. And it's true today that the detailed
20  plans for implementation of all the restructuring
21  initiatives aren't all completed?
22  A. Exactly. Exactly.
23  Q. The -- if you look two sentences down,
24  it says, "To conclude, Hill said to improve
25  Detroit's fiscal performance in the future, the

Page 210

1  JOHN W. HILL
2  following would be needed: a commitment to
3  restructure the City from the bottom up; the
4  provision of new services that would make the city
5  attractive to new residents (such as mass
6  transit,) a commitment from business leaders to
7  support the city's restructuring process, and
8  long-term financial monitoring after exiting
9  bankruptcy."
10  Does that summary accurately reflect
11  what you said?
12  A. That's very accurate, yes.
13  Q. And when you say that you need a
14  commitment to restructure the City from the bottom
15  up in order to improve Detroit's fiscal
16  performance in the future, what do you mean by
17  that?
18  A. Well, it was part of the restructuring
19  initiative that we go department by department, as
20  we're doing with the finance restructuring, and
21  look at the various work flows, the people that
22  are needed to be able to do those work flows. And
23  then we're literally reconstructing the finance
24  operation. And so that's a model that I think we
25  could use in all of the departments.

Page 211

1  JOHN W. HILL
2  Q. And a commitment from business leaders
3  to support the City's restructuring process is
4  also necessary for Detroit's improved fiscal
5  performance in the future?
6  A. Yes.
7  Q. What efforts, I mean, if any, has the
8  City taken to get commitments from business
9  leaders to support the City?
10  A. Well, there are a number of efforts.
11  The City has asked for business leaders -- and
12  when I say "business," I mean nonpublic sector
13  leaders -- to help in -- park maintenance, for
14  instance, there's a huge project to have parks
15  actually adopted by business leaders as well as by
16  churches.
17  Business leaders have been asked to
18  support lien process efforts, and a number have
19  volunteered to help look at certain processes.
20  Procurement process was one of them. There is a
21  whole list of various processes.
22  So it's using business expertise to help
23  think through strategies for improving city
24  services, is what I meant by that.
25  Q. Is it fair to say that the business

Page 212

1  JOHN W. HILL
2  community has already committed to give Detroit
3  free assistance in its efforts to improve its
4  fiscal situation?
5  A. There have been commitments -- there
6  have been opportunities where the business
7  community has stepped up. And there are other
8  places, especially around blight, where the
9  business community has offered and has committed
10  to help.
11  Q. What kind of commitments has the
12  business community made to assist with blight
13  reduction?
14  A. Certainly a lot of the blight plan that
15  was put together was funded by outside support,
16  which provided a lot of important information
17  about the magnitude of blight in the community.
18  So there have already been efforts that have
19  helped.
20  Q. Okay. I mean, if you can give me
21  specifics, what are the businesses going to do to
22  reduce blight?
23  A. Well, what are they going to do to
24  reduce -- well, the first thing is helping out in
25  pulling together the strategies and understanding
Pages 209 to 212

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 7150-19   Filed 08/28/14   Entered 08/28/14 01:05:39   Page 4 of 6

## Page 213

1  JOHN W. HILL
2  where blight -- where blight is, which has been
3  part of the work that they're doing, and
4  documenting it in a way that you can go back to
5  those neighborhoods and make sure that that's
6  what's occurring there.  So in a volunteer effort,
7  those are the ways.
8      The other ways that they help through
9  contracts is, much of the -- some of the blight
10  removal is actually going to be done through
11  contracts with businesses or contracting with the
12  City and be able to help.
13      Q.  Are there developers in Detroit that
14  hope that the -- or expect that the
15  blight-reduction efforts will increase their
16  property values in the city?
17      MR. STEWART:  Objection.
18      THE WITNESS:  I don't know specifically
19      what -- what developers think.
20  BY MR. SMITH:
21      Q.  Do you expect the blight reduction or is
22  it the City's intent that it increases property
23  values?
24      A.  Yes.
25      (Exhibit Hill-4 was marked for

## Page 214

1      JOHN W. HILL
2      identification.)
3  BY MR. SMITH:
4      Q.  I'm going to hand you what I'm going --
5  what I've marked as Exhibit 4.  Is this a copy of
6  your presentation at the Federal Reserve meeting?
7      A.  Yes.
8      Q.  And in it you talk about Washington,
9  D.C., and Detroit; correct?
10      A.  Yes.
11      Q.  And is this presentation similar to the
12  type of testimony you want to be able to provide
13  to the Court?  Or not?
14      A.  No.  There's not a -- no.  There isn't a
15  connection.
16      Q.  That's okay.  That's fine.
17      (Simultaneous cross-talk.)
18      A.  I didn't say there's no connection, but
19  this wasn't in preparation for testimony to a
20  Court.  This was a --
21      Q.  No.  I understand.  I'm just trying to
22  get a sense of whether this is the kind of thing
23  you would be talking about, not . . .
24      Well, why don't I ask you this:  If you
25  look at the slide, I think it's the third slide in

## Page 215

1      JOHN W. HILL
2  that says, "District of Columbia, What Caused the
3  Financial Crisis."
4      Do you see that one?
5      A.  Yes.
6      Q.  Okay.  One thing that was a problem in
7  the District of Columbia that I think you already
8  mentioned was government was bloated; correct?
9      A.  Yes.
10      Q.  And was government bloat also a problem
11  leading to Detroit's financial crisis?
12      A.  I don't know that.
13      Q.  You just don't know one way or the
14  other?
15      A.  Well, I know that the current levels of
16  employment in Detroit government -- the current
17  levels are below what's going to be needed in
18  order to run the City on an ongoing basis.  So --
19  because over time the City has shrunk
20  substantially.
21      Q.  Do you believe that it was necessary for
22  Detroit to shrink -- its government to shrink in
23  size to better serve the population?
24      A.  I haven't looked at the size of the
25  government before versus how it is now; but I do

## Page 216

1      JOHN W. HILL
2  know that it's smaller.  There are fewer employees
3  in the government now than there were.
4      Q.  Another factor that I think you already
5  mentioned in the District of Columbia and Detroit
6  contributing to financial crisis was poor
7  collection of taxes.  Is that true?
8      A.  Yes.
9      Q.  And then if we -- a couple of slides
10  later, there's one called the "City of Detroit,
11  What Caused the Financial Crisis?"
12      A.  Is that the title of it?
13      Q.  Yeah.  "City of Detroit, What Caused the
14  Fiscal Crisis?"  Are you there?
15      A.  Uh-huh.
16      Q.  The last bullet says, "Disinvestment in
17  infrastructure and systems of control."
18      Do you see that?
19      A.  Yes.
20      Q.  What systems of control are you talking
21  about that contributed to the financial crisis in
22  Detroit?
23      A.  I'm talking about the -- the financial
24  system itself, which is -- which is outdated and
25  was not fully implemented at the time that it was

Pages 213 to 216

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7150-19   Filed 08/28/14   Entered 08/28/14 01:05:39   Page 5 of 6

## Page 309

JOHN W. HILL

Q. Were there other advisers involved in the litigation that were present at the revenue conference proceedings --

MR. STEWART: Objection -- objection.

BY MR. SMITH:

Q. -- other than Conway MacKenzie and Ernst & Young?

A. Conway MacKenzie and Ernst & Young were involved. I don't know of other consultants that were involved.

(Exhibit Hill-22 was marked for identification.)

BY MR. SMITH:

Q. I'm going to hand you what's been marked as Exhibit 22, a copy of a judgment. Can you tell me anything about that judgment? Or do you have no information about it?

A. I don't know anything about this judgment.

(Exhibit Hill-23 was marked for identification.)

BY MR. SMITH:

Q. And I'm going to hand you a copy of Exhibit 23. Can you let me know if you have

## Page 310

JOHN W. HILL

any --

MR. MOSS: Sorry. Exhibit what?

MR. SMITH: Exhibit 23.

BY MR. SMITH:

Q. Can you let me know if you have any information about that judgment.

MR. STEWART: You gave me one that has -- it's highlighted. Not that I object, but I don't know if you gave me your copy.

MR. SMITH: My highlighting will be fascinating.

(Simultaneous cross-talk.)

MR. STEWART: I didn't want to get one that had any of your work product on it.

BY MR. SMITH:

Q. Mr. Hill, can you tell me anything about the judgment in Exhibit 23?

A. I don't know these judgments specifically, I mean, the purpose of the judgments.

Q. Do you know anything about these judgments?

A. I believe that these are the judgments that -- where there was a demand payment.

## Page 311

JOHN W. HILL

Q. And are those the judgments -- Exhibit 22 and 23, are those the judgments where the City ended up raising property tax to pay them?

A. Yes. I believe they are.

Q. You see, for example, Exhibit 23 was for $74 million?

A. Yes.

Q. And how much was the other one?

A. This was the 111 million.

Q. 111 million; is that correct?

MR. STEWART: Is it 22 or 23?

MR. SMITH: 22.

THE WITNESS: I don't know this one.

BY MR. SMITH:

Q. Mr. Hill, do you use your private email for work-related matters?

A. No. There may have been occasions where, because I'm using my phone, that I might be typing an email. On the iPhone, you flip through the email accounts before you send it. So there may have been an occasion where I've used it. But I don't routinely use my private email.

Q. You've got an email account that's

## Page 312

JOHN W. HILL

jhill@hillgroup.com?

A. Yes.

Q. And don't you use that for work-related matters?

A. I have -- I've used that mostly when I was on -- when I was doing the work as a consultant, so there may be some emails in there. I've tried to use my Detroit email only for business as CFO.

Q. And you've got another personal email account; is that correct?

A. I have several other personal email accounts.

Q. Okay. Have any of your personal email accounts been searched for relevant documents in this case?

A. I don't know what's been searched. I don't know.

Q. Were there any other relevant aspects of the Washington, D.C., experience that we haven't talked about?

MR. STEWART: Objection.

THE WITNESS: Yes.

BY MR. SMITH:

Pages 309 to 312

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7150-19   Filed 08/28/14   Entered 08/28/14 01:05:39   Page 6 of 6