# Exhibit 20

# Excerpts of July 14, 2014 R. Cline Deposition Transcript

## Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In Re: ) Chapter 9
CITY of DETROIT, MICHIGAN, ) Case No. 13-53846
    Debtor. ) Hon. Steven Rhodes
_____

The Videotaped Deposition of ROBERT CLINE,
Taken at Jones Day
51 Louisiana Avenue, NW
Washington, DC
Commencing at 9:05 a.m.
Monday July 14, 2014,
Before Marjorie Peters, RMR, CRR

## Page 2

APPEARANCES:

For the Debtor City of Detroit and the witness:
GEOFFREY S. STEWART, ESQ.,
SARAH A. HUNGER, ESQ.,
CHRISTOPHER DiPOMPEO, ESQ.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

For the Official Committee of Retirees:
DAN BARNOWSKI, ESQ.
DENTONS US, LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364

For Syncora Guarantee, Inc., and Syncora Capital Assurance, Inc.

DOUGLAS G. SMITH, P.C.
KIRKLAND & ELLIS, LLP
300 North LaSalle
Chicago, Illinois 60654

For Creditor Assured Guaranty:
LISA SCHAPIRA, ESQ.
CHADBOURNE & PARKE, LLP
30 Rockefeller Plaza
New York, New York 10112

## Page 3

For Creditor National Public Finance Guarantee Corp.

JEFFREY S. BEELAERT, ESQ.
SIDLEY AUSTIN, LLP
1501 K Street, N.W.
Washington D.C. 20005

For Creditor Financial Guaranty Insurance Company:
PRAVIN R. PATEL, ESQ.
WEIL GOTSHAL & MANGES, LLP
1395 Brickell Avenue
Suite 1200
Miami, Florida 33131

Also Appearing:
Jonathan Perry, Videographer
Marguerette Hosbach, Ernst & Young, via telephone

## Page 4

I N D E X

| WITNESS | PAGE |
|---|---|
| Robert Cline | 6 |

| EXHIBITS | PAGE |
|---|---|
| Exhibit No. 1 | 112 |
| Exhibit No. 2 | 149 |
| Exhibit No. 3 | 164 |
| Exhibit No. 4 | 179 |
| Exhibit No. 5 | 278 |
| Exhibit No. 6 | 280 |
| Exhibit No. 7 | 281 |
| Exhibit No. 8 | 285 |
| Exhibit No. 9 | 292 |

Pages 1 to 4

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt  Doc 7150-20  Filed 08/28/14  Entered 08/28/14 01:05:39  Page 2 of 4

Page 53

R. CLINE

Q. And are there ways in which your revenue forecasts differ from Mr. Scorsone's?
A. They differ in terms of the results.
Q. And could you explain how -- in what ways they differ in terms of the results?
A. When we looked at his revenue estimates that were made available to us about late spring, perhaps June of 2013, we noticed that his current forecast, or the most recent that we saw, had revenue estimates that were higher than the actuals that were coming in at that point in time.
Q. And so, Mr. Scorsone's revenue estimates are generally higher than the ones that you've provided in this case, correct?
   MR. STEWART: Objection.
   THE WITNESS: I don't -- I don't know.
BY MR. SMITH:
Q. Mr. Scorsone, is he a Professor at Michigan State University?
A. I believe he is.
Q. Does he have any -- he works with the State in some capacity; is that correct?
A. I don't know the answer to that question.
Q. I'll probably mispronounce this name, but

Page 54

R. CLINE

Shavi Sarna, do you know who that is?
A. I do.
Q. Do you work with that person?
A. He was one of the members -- he is one of the members of the EY team in Detroit.
Q. And what has been his role?
A. He has provided us with a lot of the information that had been prepared by the EY team in Detroit.
Q. Okay. So, you have been working with Shavi Sarna, and Mr. Malhotra has been working with Shavi Sarna; is that fair?
A. I believe that's correct.
Q. Ernst & Young hasn't prepared a balance sheet for the City of Detroit as far as you're aware, correct?
A. I -- not that I'm aware of.
Q. Why aren't you doing the property tax forecasting or the revenue sharing forecasting?
A. I supervised the property tax forecasting, the revenue forecasting, and Caroline Sallee did the heavy lifting for the modeling.
Q. Okay. And why aren't you testifying as the expert instead of Miss Sallee with respect to those matters?

Page 55

R. CLINE

A. I don't know the answer to that question.
Q. Okay. Do you know why you -- why aren't you forecasting fees and other revenues from the City?
A. We were not asked to do that.
Q. Do you have any idea why you're not -- you weren't asked to do forecasting for fees or other revenues from the City?
A. I do not.
Q. Other than the income tax, corporate tax, utility users tax, wagering tax and property tax, are there any other taxes collected by the City?
A. There is another revenue source that we were responsible for.
Q. What's that?
A. That was State revenue sharing payments, the forecast of State revenue sharing payments to the City of Detroit.
   (Off the record.)
BY MR. SMITH:
Q. Do you have any idea about what fees the City collects?
A. I do not.
Q. In your view, what are the biggest sources of untapped revenue for the City?

Page 56

R. CLINE

   MR. STEWART: Objection.
   THE WITNESS: I don't have an opinion on that.
BY MR. SMITH:
Q. You weren't asked to identify potentially untapped sources of revenue for the City, correct?
A. Correct.
Q. You weren't asked to identify ways in which the City could increase its revenues through taxes, correct?
A. We were not asked to do that.
Q. Do you have any idea why you weren't asked to do that?
A. I do not.
Q. Don't you think it's something the City would want to do to increase revenues through the tax mechanism?
   MR. STEWART: Objection.
   THE WITNESS: I have no comment on that.
BY MR. SMITH:
Q. Well, I mean, just as a matter of common sense, Detroit wants to increase its revenues, correct?
A. I don't know the answer to that question.
Q. Okay. So, nobody from the City or the

Pages 53 to 56

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 7150-20   Filed 08/28/14   Entered 08/28/14 01:05:39   Page 3 of 4

## Page 57

1  R. CLINE
2  emergency manager's office has communicated any desire to
3  increase revenues to you, correct?
4  **A. No one has communicated that to me personally,**
5  **no.**
6  Q. No one from the City or the emergency manager
7  has ever sought out your expertise to try to help the
8  City increase its revenues so it can pay more to the
9  creditors, correct?
10     MR. STEWART: Objection.
11     THE WITNESS: No one has asked us to do tax
12     policy analysis of alternatives for the City.
13  BY MR. SMITH:
14  Q. So that's correct? I mean, I'm just trying to
15  get a yes or no that -- nobody from the City has reached
16  out to you to try to get your expertise to increase
17  revenues for the City so it can pay more to its
18  creditors, correct?
19     MR. STEWART: Objection.
20     THE WITNESS: The analysis that we did for
21     the City, and summarized in the expert report, is
22     what we were asked to do for the City.
23  BY MR. SMITH:
24  Q. Okay. So, nobody from the City or the
25  emergency manager's office has reached out to you to get

## Page 58

1  R. CLINE
2  your expertise to try to help increase revenues for the
3  City to pay the creditors more, correct?
4     MR. STEWART: Objection.
5     MR. SMITH: That's not something you were
6     asked to do, correct?
7     MR. STEWART: Objection.
8     THE WITNESS: No one has contacted me to
9     ask to do that type of analysis.
10 BY MR. SMITH:
11 Q. And as far as you're aware, nobody has
12 contacted anybody at Ernst & Young to do that type of
13 analysis, correct?
14 **A. I don't know the answer to that.**
15 Q. You can't identify anybody that's been asked
16 to do that type of analysis to increase revenues for the
17 City through tax policy or otherwise, correct?
18 **A. I just don't know if EY was asked to do that.**
19 Q. Sitting here today, you're not aware of any
20 such request, correct?
21 **A. I don't know of any such requests.**
22 Q. Okay. Do you agree that the forecasts that
23 Ernst & Young has performed rely on people with diverse
24 expertise?
25     MR. STEWART: Objection.

## Page 59

1  R. CLINE
2     THE WITNESS: As I believe I've said, we
3     relied upon a number of other people for
4     information that we used in our modeling exercise.
5  BY MR. SMITH:
6  Q. But you're not in a position to comment on the
7  expertise of the people you relied on for information for
8  your model, correct?
9  **A. No, I'm not.**
10 Q. Do you agree that some of the assumptions that
11 you used for your model are based on expert judgments
12 made by other third parties?
13 **A. Outside of the area of the population**
14 **forecast, I believe we are responsible for the major**
15 **assumptions in the model.**
16 Q. As far as the population forecast, though, you
17 had to rely on expert judgments by individuals outside of
18 Ernst & Young, correct?
19 **A. We relied upon the forecasts that were**
20 **prepared by SEMCOG for the City of Detroit.**
21 Q. So the answer is correct, you did do that,
22 relied on the expert judgment of a third party for the
23 population forecast, correct?
24 **A. We relied upon the forecast that SEMCOG had**
25 **prepared.**

## Page 60

1  **R. CLINE**
2  Q. And just so the record is clear, could you
3  tell me what SEMCOG stands for?
4  **A. I believe it's the Southeast Michigan**
5  **Organization of Governments? I'll have to check that to**
6  **verify that.**
7  Q. Do you know whether that's a State entity or
8  what kind of entity that is?
9  **A. I believe it's a regional entity that**
10 **represents governments in that region of the state.**
11 Q. Have you updated your forecasts over time?
12 **A. We have.**
13 Q. Have you changed assumptions in your forecast
14 over time?
15 **A. We have.**
16 Q. What assumptions in your forecast have changed
17 over time?
18 **A. There are two areas. One, the starting points**
19 **for actual revenue collections were updated continually**
20 **as new information became available. So, in a sense, the**
21 **starting point changed over time. Secondly, based upon**
22 **actual revenue collection experience and changes in the**
23 **state economic forecast, we altered some of the growth**
24 **rate assumptions over time.**
25 Q. And when you say the starting point changed

Pages 57 to 60

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 7150-20   Filed 08/28/14   Entered 08/28/14 01:05:39   Page 4 of 4