## Exhibit 26

**Minutes of Arts Commission, Jan. 4, 1960**

Detroit, Michigan, January 4, 1960

A meeting of the Arts Commission was held this afternoon at two-thirty at the Detroit Institute of Arts.

There were present the following Commissioners: Robert H. Tannahill, Mrs. Edsel B. Ford, Selden B. Daume and Douglas F. Roby, together with the director, Edgar P. Richardson, the secretary, William A. Bostick, and the chief curator, Paul L. Grigaut.

Alvan Macauley, Jr., president of the Founders Society, also attended the meeting, and in the absence of Mr. Keller, Mr. Tannahill presided.

The minutes of the Arts Commission meeting of December 7, 1959, were approved with the insertion of an Arts Commission resolution on the death of Mr. Dexter M. Ferry, Jr.

The director reported the encouraging statistics for 1959, as well as the past decade. Attendance for 1959 had been 591,000, which was one of the highest years on record, and gifts had amounted to nearly $3,000,000 – the most success-ful year that the museum had experienced since its founding. In the past 10 years, 4237 works of art had been acquired, valued at $4,721,000. During this decade a total of around $8,500,000 in gifts had been received.

This 10-year period had seen some significant advances in the development of both the Institute of Arts and the Founders Society, including:

1950 – The first architectural survey by Suren Pilafian had been completed and the museum's program of renovation within the present building started.

1951 – The "French in America" exhibition, commemorating 250 years of Detroit history, had been presented.

1952 – "The Arts of the Ming Dynasty" and "Venice in the 18th Century" exhibitions had been presented, and the gift of the McPharlin Puppet Collection had been received.

1953 – The Hearst Armor from the Hearst Foundation and the Cadaval Silver from Mr. and Mrs. Harvey S. Firestone, Jr., had been received. The French Canadian gallery had been opened and the Founders Society had initiated its Print Rental Service.

DIAINSP011900

USED

Common Council his urging to the other councilmen made it possible for the museum to start its major renovation program about 10 years ago. During Council budget hearings, all Council members had always expressed sympathy with museum needs and satisfaction with its cultural role in the community. However, the difficulty lay largely in the City's financial position which involved meeting increased costs with shrinking tax income. The budget director was apparently admonished every year by the Mayor to "hold the line" and Mr. Nowak usually followed this admonition without much regard for actual needs or private gifts which a department such as the Arts Commission was able to solicit. The hearing for the Arts Commission before the Budget Director was to be held this Friday, January 8, at 9:00 A.M., and the secretary urged all Commissioners who might assist in the discussion to be present.

As requested by the Arts Commission a number of years ago, the secretary reported as of December 31, 1959, the following accessions being carried on a loan-back status:

> From Mr. and Mrs. Ernest Kanzler, a group of French 18th Century porcelain (Sevres and Vincennes), 8 pieces.
>
> From Mr. and Mrs. A. D. Wilkinson, two paintings: Lady Beechey and Her Baby, by Sir William Beechey, and Roccatagliata Madonna, by Poussin.
>
> From Mr. and Mrs. Harvey S. Firestone, Jr., Cadaval Silver Toilet Set, 16 pieces; Silver Tureen, by Thomas Germain; 13 pieces of French 18th Century Silver, 1957 gift; Boar's Head Tureen, by Thomas Germain, from
> From Mr. and Mrs. George Green, a Chippendale Side Chair, American, Philadelphia, ca. 1760, and a Highboy, American, New England, 18th Century.

Since the life interest gift from Mr. and Mrs. Harry L. Winston, a year ago, there had developed a number of other gifts in this category, and the secretary emphasized the necessity of clarifying the difference between a "lend-back" gift and a "life-interest" gift. In the case of the former, the full value of the gift could be deducted by the donor, the object accessioned and then loaned back to the donor for a period each year which was determined at the convenience of the donor and the museum. The accession was carried on the City inventory as are all other accessions, and was fully the property of the City of Detroit.

DIAINSP011905

Whenever it was borrowed by the donor he paid for full insurance coverage, which, for practical purposes, usually meant coverage at all times whether the gift was in the museum or in the possession of the donor. On the other hand, life-interest gifts were deductible for tax purposes only on the basis of the age of the donor at the time of gift, as the donor was only giving the remainder interest and was retaining for himself a life interest. On the advice of Mr. Joslyn, the Founders Society attorney, these gifts were recorded by the Founders Society and did not become actual accessions until the death of the donor, when the Founders Society could take full title and actual physical possession of them. Meanwhile, the gift remained in the donor's possession, was covered by him with insurance and was not considered a museum acquisition or City property. The Arts Commissioners recommended that such gifts be reported annually to the Trustees, that all deeds of gift involving life interest mention the Founders Society as recipient of the gift rather than the Institute of Arts, and that some sort of a brief manual for potential donors be issued which would clarify the two types of donation for potential donors.

The secretary mentioned that although the figures had not yet been officially announced, the Friends of Modern Art Committee had netted nearly $19,000 on gross receipts of $31,000 for Le Bal Moderne. In addition to the cash receipts, there had been many donations of liquor and prizes which helped to increase the net return.

Mr. John L. Oliver was now working full time on publicity for the museum since his City contractual fee had been supplemented by the Founders Society.

On the secretary's recommendation it was

MOVED, supported and carried that the rental application of the New Apostolic Church of Detroit for a meeting in the auditorium on January 17, be approved.

The chief curator presented and recommended for approval the following loan requests: