# Exhibit 27

## Minutes of Arts Commission, July 30, 1963

The request from Self-Realization Fellowship for special rates for Thursday evenings during the 1963-64 rental season was referred to Mr. Roby for advice and recommendation. The proposed regulations for use of building facilities by outside groups as prepared by the Director and Secretary, were tabled for action at a future meeting.

Mr. Stoddard stated that the building architects were not in agreement on the size of the sign being proposed for the front lawn, stating that in their opinion it was too large. Therefore, the size had been scaled down slightly to 17 feet high and 12 feet wide with the sign itself 7 feet off the ground. The cost had also been reduced from $4,300 to $3,400.

The Commissioners repaired to the front lawn to inspect the wooden mockup which had been made of the sign and approved its size with the exact location to be determined later. Mr. Stoddard was authorized to turn over the plans to Charles Blessing, Director of the City Plan Commission, for approval.

It was decided to hold the next meeting at 12:30 p.m., Tuesday, July 30, for lunch, in the Richardson Room. All the Commissioners wished Messrs. Fleischman and Woods bon voyage on their trip to Europe.

Meeting adjourned.

William A. Bostick
Secretary

Detroit, Michigan, July 30, 1963

A luncheon meeting of the Arts Commission was held this afternoon at 12:30 p.m. in the Richardson Room of the Detroit Institute of Arts.

There were present the following Commissioners: Lawrence A. Fleischman, President, Mrs. Roy D. Chapin, Jr., Douglas F. Roby and Stanford C. Stoddard. Also attending the meeting were the Arts Commission Advisory Committee members, Wallace E. Clayton, Edward E. Rothman and Mrs. Harry L. Winston; staff members Willis F. Woods, Director, William A. Bostick, Secretary and Carl Tiedeman, Executive Secretary of the Founders Society.

It was MOVED, supported and carried that the minutes of the meeting of June 25, 1963 be approved.

The President discussed arrangements for the luncheon being held for members of the Common Council at 12:30 p.m., Thursday, September 12 in the Richardson Room. It was suggested that in addition to Council members and the Mayor, Messrs. Pelham, Leadbetter, Strichartz and Trainor be invited. The Secretary was also asked to consult with Mr. Leadbetter on additional city officials who should be invited.

Mr. Roby reported that due to the fact that Mr. J. Oliver Black had been out of the city on vacation, it had been impossible to consult with him concerning a rental rate in the Lecture Hall for Self Realization Fellowship on Thursday

DIAINSP012169

The Director outlined the plan for producing a monthly Calendar of Events during the coming exhibitions rather than the quarterly editions which had been issued heretofore. He stated that half of the ten issues would be financed with City funds and the other half through the Founders Society. He showed the Commissioners the layout which had been prepared by the Secretary and the Commissioners heartily approved the new publication plan.

The Secretary reported on his appearance before the Common Council on July 22 when he had outlined the basis of the arrangement with William Suhr for restoration of works of art belonging to the City in the custody of the Arts Commission. The question came up when the Common Council was asked to approve the annual purchase order issued to Wm. Suhr for his restoration services. The Secretary had pointed out that Mr. Suhr's 30 years of work for the Arts Commission, both on the staff as a contractual employee in the 1930's as well as a private restorer since that time, assured the City of the highest professional competence in the delicate work of restoring pictures which could easily be damaged by incompetent restoration. The Council members, particularly Miss Mary Beck, who brought up the question, seemed satisfied with the explanation.

On the recommendation of the Secretary, it was MOVED, supported and carried that the following rentals and use of building facilities be approved:

RENTALS
Sept. 22, 1963 - KATHLEEN BOLER - L.H.
" 24, " - MICHIGAN CONSERVATORY OF MUSIC - L.H.
" 29, " - THE AMBASSADORS - L.H.
Oct. 2, " - KANSAS STATE UNIVERSITY-MICHIGAN ALUMNI - Aud.
" 12, " - DETROIT FOLKLORE SOCIETY - L.H.
Oct. 12, " , Feb.29, May 9, 1964 - MIDTOWN PLAYERS - Aud.
" 13, " - AMERICAN EXPRESS CO. - Aud.
Oct. 27, Nov.3, 10, 17,24, Dec. 1, 8, 15, 1963, Jan. 5, 12, 19, 26,
        Feb. 2, 9, 16, 23, Mar. 1, 8, 15, 22, 29, Apr. 5, 12,
        19, 26, 1964-WORLD ADVENTURE SERIES - Aud.
Nov. 17, 1963 - LATVIAN ASSOCIATION OF DETROIT - L. H.
" 23 " - D'ACCORD SOCIETY - L. H.
BUILDING USE (NON-RENTAL)
July 29, 1963 - AFRICAN ART COMMITTEE _ L.H. & ROMANESQUE
" 29, " - TRUSTEES, CITY PLANNERS - Kresge Court
Sept. 11, " - SCANDINAVIAN WOMEN'S SYMPHONY- Romanesque Hall & Conf. Room
Nov. 1, 1963 - DETROIT SOCIETY OF WOMEN PAINTERS - Founders Lounge
Mar. 6, 1964 - DETROIT JR. CHAPTER OF CARIH - Rivera Court

The Secretary showed the Commissioners the proposed Special Service Agreement between the Arts Commission and part-time watchmen who would be paid from the $10,000 appropriation in the 1963-64 City budget. The agreement, which had been prepared by the Budget Bureau and the Corporation Counsel, was approved by the Arts Commission and the Director and Secretary were authorized to sign the agreement on behalf of the Arts Commission. The Secretary stated that the Civil Service Commission had a list of eligible watchmen and that one or more of the positions would be filled shortly. It was anticipated that at least four men would be employed on approximately a half-time basis each.

The architects for the south wing had been consulting with representatives of the Autocall Company, one of the leading manufacturers of internal alarm and communications systems. The plan was to layout an alarm system in the new wing which would tie in directly with the Police and Fire Departments. After a satisfactory plan was made part of the specifications for the new wing, a tie-in system

DIAINSP012173