# Exhibit 29

# Statement from the Arts Commission, Jan. 27, 1941

A communication from John D. Biggers was read offering as a gift from his mother, Mrs. William D. Biggers, a painting, "Crow's Nest", by T. W. Whittredge (signed and dated 1848), but with the restriction that unless exhibited, the donor might consider other possible disposition of the painting. The Secretary was instructed to notify Mr. Biggers that it was contrary to the policy of the Arts Commission to accept gifts with restrictions that would be binding on its successors, but that if he wanted to make gift unconditional, the painting would be accepted and preserved.

The Secretary reported that at the meeting of the Founders Society held January 13, the following purchases had been made, subject to the approval of the Arts Commission: from the Dexter M. Ferry, Jr. Fund, paintings, "Portrait of Lucy Bradley", by Ralph Earl, and "Portrait of John C. Hamilton, son of Alexander Hamilton", by Henry Inman; from the Anna Scripps Whitcomb Fund, Chinese scroll painting, "Ode to the Pomegranate", by Shen Chou, Ming Dynasty; from the William H. Murphy Fund, bronze, "Crab", by Riccio; from the Laura H. Murphy Fund, drawing, "Goats", by Mahonri Young.

MOVED, supported and carried that these purchases of the Founders Society be approved.

Mr. Tannahill reported that at the auction of the Read Collection, conducted in Detroit by Niels Schmidt, Inc., he had purchased a silver sugar bowl, American, at a cost of $180.25, and