# Exhibit 30

# Acknowledgment of Gift

# Acknowledgment of Gift      No.

## THE DETROIT INSTITUTE OF ARTS
### OF THE CITY OF DETROIT

October 29, 1926.

Received from  The Estate of Mrs. E. B. Gibbs,

the objects described below, offered to the Institute as a gift, subject to the conditions printed on the back of this receipt.

THE DETROIT INSTITUTE OF ARTS

By

| No. | DESCRIPTION OF OBJECTS | VALUE | |
|---|---|---|---|
| 27,32-1 | Mahogany four-poster bed  *Last quarter 19th Century.* | | |
| 37-1 | Staffordshire "Riley" platter | | |
| 38-1 | "         Vegetable dish with pastoral scene | | |
| 39-1 | "         Fruit bowl, "Shelters" etc. | | |
| 40-1 | Willow ware covered pitcher | | |
| 41-1 | Staffordshire plate, "Boston Commons" | | |
| 42-43-2 | Willow ware saucers | | |
| 44-1 | Chinese porcelain plate, flower design in red and green | | |
| 45-1 | "         "         "         red and blue | | |
| 46-1 | "         "         "         "bamboo design | | |
| 47-50-5 | Lowestoft cups and saucers | | |
| 51-1 | "    helmet-shaped pitcher | | |
| 52-1 | "    teapot | | |
| 53-1 | White salt glaze cream pitcher, leaf design | | |
| 54-1 | "    "    "    sugar bowl,  "    " | | |
| 55-1 | "    "    "    cream pitcher, flower and leaf design | | |
| 56-60-4 | Porcelain cups with design of small red and green flowers | | |
| 61-62-2 | Small cups and saucers marked with Napoleon letter and crest | | |
| 63-1 | Small blue and white custard cup | | |
| 64-1 | Teapot with blue flower design in relief | | |
| 65-1 | Coffee pot, willow ware pattern | | |
| 66-1 | Green and white open-work fruit basket and plate | | |
| 67-1 | Silver lustre teapot | | |
| 68-1 | "    "    creamer | | |
| 69-1 | "    "    sugar bowl | | |
| 70-1 | Stiegel glass liquor bottle with stopper | | |
| 71-1 | Glass fruit dish, peacock feather pattern | | |
| 72-2 | "    plates,   "    "    " | | |
| 73-1 | Wine glasses   "    "    " | | |
| 74-1 | Water pitcher  "    "    "   pattern | | |
| 75-1 | Silver tray with 2 glass decanters and 2 small wine glasses, peacock feather/ | | |
| 76-1 | Covered glass dish (sugar bowl?) | | |
| 77-1 | Pewter teapot with engraved initials | | |
| 78-1 | Pompeian water pitcher | | |

13-53846-tjt   Doc 7150-30   Filed 08/28/14   Entered 08/28/14 01:05:39   Page 2 of 5

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                    DIAINSP048649

## CONDITIONS UNDER WHICH GIFTS ARE ACCEPTED BY THE DETROIT INSTITUTE OF ARTS.

I. Objects offered as a gift must be approved by the Arts Commission before they may be received by the Detroit Institute of Arts.

II. Gifts shall be received in fee simple and without restrictions, and they shall be used in such manner and place and such disposition of them shall be made as the Arts Commission may deem advisable.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

DIAINSP048650

# Acknowledgment of Gift     No. _____

## THE DETROIT INSTITUTE OF ARTS
### OF THE CITY OF DETROIT

Received from _____

the objects described below, offered to the Institute as a gift, subject to the conditions printed on the back of this receipt.

THE DETROIT INSTITUTE OF ARTS

By _____

| No. | DESCRIPTION OF OBJECTS | VALUE |
|---|---|---|
| 27, 83-1 | Crystal paper weight | |
| 84-1 | Small Roman marble mosaic | |
| 85-1 | Small tile with inlaid flower design | |
| 86-1 | Small tile with picture of dog | |
| 87-1 | Blue Cloisonne flower vase | |
| 88-1 | Fragment of Cypriote glass tear bottle | |
| 89-1 | Lapis lazuli jewel box | |
| 90-1 | Indian pottery bowl with animal decoration | |
| 91-1 | " " " " bird " | |
| 92-1 | " " " with handle, conventional design | |
| 93-1 | " vessel in form of bird | |
| 94-1 | Small " " double spout water vessel | |
| 95-1 | Small " " vessel in form of bird | |
| 96-1 | Small " " with spout and four perforations in top | |
| 97-1 | Woven Indian basket | |
| 98-1 | Folding wooden yarn reel | |
| 99-1 | Two-sided lacquered wooden comb | |
| 100-1 | Paisley shawl | |
| 101-1 | Embroidered centerpiece, white cord work | |
| 102-1 | Small bronze figurine Etruscan IV ¢ B.C. | |
| | Etchings in Frame, "On the Arno" and "Mercato Vecchio" *Turned over to Library* | |
| 103-1 | Colonial lantern | |
| 104-1 | Colonial watering pot | |
| 105-1 | Indian pipe, bowl and stem | |
| 106-1 | Indian pipe stem | |
| 107-2 | Small terracotta Indian ferrules | |
| 109-19 | Daguerrotypes in cases | |
| 128-1 | Miniature portrait in case | |
| —1 | Book, "London" illustrated by Gustave Dore *Turned over to Library* | |
| —36 | Photographs of miscellaneous subjects *Turned over to Library* | |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     DIAINSP048651

## CONDITIONS UNDER WHICH GIFTS ARE ACCEPTED BY THE DETROIT INSTITUTE OF ARTS.

I. Objects offered as a gift must be approved by the Arts Commission before they may be received by the Detroit Institute of Arts.

II. Gifts shall be received in fee simple and without restrictions, and they shall be used in such manner and place and such disposition of them shall be made as the Arts Commission may deem advisable.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                                                 DIAINSP048652