<u>**Exhibit 31**</u>

**Metropolitan Museum of Art, Annual Report for the Year 2012–2013**

# THE METROPOLITAN MUSEUM OF ART

## Annual Report
## for the Year
## 2012–2013

# The Metropolitan Museum of Art

*One Hundred Forty-third Annual Report of the Trustees*
*for the Fiscal Year July 1, 2012, through June 30, 2013*

Presented to the Board of Trustees of The Metropolitan Museum of Art     November 12, 2013

# The Board of Trustees

*November 1, 2013*

**Chairman**
Daniel Brodsky

**Vice Chairmen**
Russell L. Carson
Richard L. Chilton, Jr.
Lulu C. Wang

**Elective Trustees**

*Term Ending September 2014*
Richard L. Chilton, Jr.
J. Tomilson Hill
Denis P. Kelleher
William C. Rudin
Alejandro Santo Domingo
Andrew M. Saul
Anna Wintour

*Term Ending September 2015*
Candace K. Beinecke
Leon D. Black
Wellington Z. Chen
Hamilton E. James
Joyce Frank Menschel
Jeffrey M. Peek
Sir Paul Ruddock
Shelby White

*Term Ending September 2016*
Daniel Brodsky
Russell L. Carson
Mark Fisch
Marina Kellen French
Philip H. Isles
Ann G. Tenenbaum

*Term Ending September 2017*
Jeffrey W. Greenberg
Bonnie B. Himmelman
Bonnie J. Sacerdote
James E. Shipp
Andrew Solomon
Lulu C. Wang
Barrie A. Wigmore

*Term Ending September 2018*
Bijan Mossavar-Rahmani

**Ex Officio Trustees**

Michael R. Bloomberg
*Mayor of New York City*
Gail Hilson
*Mayoral Designee*

Christine C. Quinn
*New York City Council Speaker*
Jeff Soref
*Speaker Designee*
Veronica M. White
*Commissioner of the Department of Parks and Recreation*
Kate D. Levin
*Commissioner of the Department of Cultural Affairs*
John C. Liu
*New York City Comptroller*
Steve Salzinger
*Comptroller Designee*
Thomas P. Campbell
*Director and Chief Executive Officer, The Metropolitan Museum of Art*
Emily Kernan Rafferty
*President, The Metropolitan Museum of Art*

**Trustees Emeriti**

Plácido Arango
Renée E. Belfer
Mrs. Jackson Burke
Walter Burke
Mrs. B. Gerald Cantor
Michel David-Weill
S. Parker Gilbert
Conrad K. Harper
Mrs. Henry J. Heinz II
Sir Joseph Hotung
James R. Houghton
Mrs. Herbert Irving
Henry A. Kissinger
David H. Koch
Barnabas McHenry
Mary R. Morgan
George B. Munroe
Eliot C. Nolen
Robert M. Pennoyer
Mrs. Milton Petrie
Cynthia Hazen Polsky
Annette de la Renta
Frank E. Richardson
E. John Rosenwald, Jr.
James J. Ross
Henry B. Schacht
David T. Schiff
Muriel Silberstein-Storfer
Carl Spielvogel
Oscar L. Tang
Allan Weissglass
Malcolm H. Wiener
Jayne Wrightsman

**Honorary Trustees**

Mrs. Russell B. Aitken
Max N. Berry
Jean A. Bonna
W. L. Lyons Brown
Diane W. Burke
Karen B. Cohen
Yannis Costopoulos
Lewis B. Cullman
Paula Cussi
Mary Jaharis
Anna-Maria Kellen
Rahmi M. Koç
Kenneth Jay Lane
John A. Moran
Sandra Priest Rose
Sheikha Hussah Sabah al-Salem al-Sabah
Mrs. Herman D. Shickman
Eugene V. Thaw
David Tobey
Marica F. Vilcek
Charlotte C. Weber
Erving Wolf

**Committees of the Board of Trustees**

NOMINATING
Richard L. Chilton, Jr.
*Chairman*
Candace K. Beinecke
J. Tomilson Hill
Alejandro Santo Domingo
Lulu C. Wang

*Advisory*
S. Parker Gilbert
James R. Houghton
Annette de la Renta
Frank E. Richardson

*Ex Officio*
Daniel Brodsky
Thomas P. Campbell
Emily Kernan Rafferty

EXECUTIVE
Daniel Brodsky
*Chairman*
Candace K. Beinecke
Russell L. Carson
Richard L. Chilton, Jr.
Jeffrey W. Greenberg
Hamilton E. James
Bonnie J. Sacerdote
James E. Shipp
Lulu C. Wang
Shelby White

*Advisory*
S. Parker Gilbert
Mrs. Henry J. Heinz II
James R. Houghton
Eliot C. Nolen
Robert M. Pennoyer
Cynthia Hazen Polsky
Annette de la Renta
Frank E. Richardson
E. John Rosenwald, Jr.
Henry B. Schacht
Oscar L. Tang
Jayne Wrightsman

*Ex Officio*
Thomas P. Campbell
Emily Kernan Rafferty

ACQUISITIONS
Annette de la Renta
*Chairman*
Leon D. Black
Richard L. Chilton, Jr.
Mark Fisch
J. Tomilson Hill
Joyce Frank Menschel
Sir Paul Ruddock
Andrew M. Saul
Ann G. Tenenbaum
Lulu C. Wang
Shelby White

*Advisory*
Mrs. Russell B. Aitken
Renée E. Belfer
Mrs. Jackson Burke
Michel David-Weill
S. Parker Gilbert
Mrs. Henry J. Heinz II
Sir Joseph Hotung
James R. Houghton
Mrs. Herbert Irving
Cynthia Hazen Polsky
Frank E. Richardson
James J. Ross
David T. Schiff
Oscar L. Tang
David Tobey
Charlotte C. Weber
Jayne Wrightsman

*Ex Officio*
Daniel Brodsky
Thomas P. Campbell
Emily Kernan Rafferty

FINANCE
Henry B. Schach
*Chairman*
Russell L. Carson
Richard L. Chilton, Jr.
Mark Fisch
Jeffrey W. Greenberg

Philip H. Isles
Hamilton E. James
Jeffrey M. Peek
Andrew M. Saul
James E. Shipp
Lulu C. Wang
Shelby White

*Advisory*
S. Parker Gilbert
James R. Houghton
Frank E. Richardson
E. John Rosenwald, Jr.

*Ex Officio*
Daniel Brodsky
Thomas P. Campbell
Emily Kernan Rafferty

INVESTMENT
Russell L. Carson
*Chairman*
Mark Fisch
J. Tomilson Hill
Lulu C. Wang
Barrie A. Wigmore

*Advisory*
S. Parker Gilbert
Frank E. Richardson
Oscar L. Tang

*Ex Officio*
Daniel Brodsky
Thomas P. Campbell
Emily Kernan Rafferty

*By Invitation*
Stephen S. Roach

LEGAL
Candace K. Beinecke
*Chairman*
Mark Fisch

*Advisory*
Conrad K. Harper
James R. Houghton
Robert M. Pennoyer
Frank E. Richardson
Malcolm H. Wiener

*Ex Officio*
Daniel Brodsky

EDUCATION
Bonnie J. Sacerdote
*Chairman*
Wellington Z. Chen
Bonnie B. Himmelman
Denis P. Kelleher
Joyce Frank Menschel
Andrew Solomon

Diane W. Burke
Lewis B. Cullman
Mary Jaharis
Eliot C. Nolen
Sandra Priest Rose
Muriel Silberstein-Storfer
Carl Spielvogel
Charlotte C. Weber

*Ex Officio*
Daniel Brodsky
Thomas P. Campbell
Emily Kernan Rafferty

*By Invitation*
Lucinda Ballard
Judith Carson
Gail Hilson
Julia Koch
Aerin Lauder
Samantha Boardman Rosen
Patricia Rubin
Linda Sanger

AUDIT
Shelby White
*Chairman*
Philip H. Isles
Denis P. Kelleher
Jeffrey M. Peek
Barrie A. Wigmore

*Ex Officio*
Daniel Brodsky

*By Invitation*
Richard Meyerowich

EMPLOYEE BENEFITS
James E. Shipp
*Chairman*
Jeffrey W. Greenberg
Jeffrey M. Peek
Andrew M. Saul
Barrie A. Wigmore

*Advisory*
Henry B. Schacht

*Ex Officio*
Daniel Brodsky
Thomas P. Campbell
Emily Kernan Rafferty

EXTERNAL AFFAIRS
Alejandro Santo Domingo
*Chairman*
Wellington Z. Chen
Jeffrey W. Greenberg
Denis P. Kelleher

Joyce Frank Menschel
Andrew Solomon

*Advisory*
Max N. Berry
James J. Ross
Carl Spielvogel
Allan Weissglass

*Ex Officio*
Daniel Brodsky
Thomas P. Campbell
Emily Kernan Rafferty

*By Invitation*
Robert C. Clauser
Sally Minard
Steve Salzinger
Jeff Soref

MERCHANDISING
Jeffrey W. Greenberg
*Chairman*
Hamilton E. James
Jeffrey M. Peek
Sir Paul Ruddock
Andrew M. Saul

*Advisory*
Renée E. Belfer
Henry B. Schacht
Carl Spielvogel
Oscar L. Tang

*Ex Officio*
Daniel Brodsky
Thomas P. Campbell
Emily Kernan Rafferty

*By Invitation*
Ann Ames

MEMBERSHIP
Cynthia Hazen Polsky
*Chairman*
Wellington Z. Chen
Joyce Frank Menschel
Sir Paul Ruddock
Bonnie J. Sacerdote
Alejandro Santo
Domingo
Andrew Solomon
Lulu C. Wang

*Advisory*
Renée E. Belfer
Eliot C. Nolen
Carl Spielvogel

*Ex Officio*
Daniel Brodsky
Thomas P. Campbell
Emily Kernan Rafferty

COMPENSATION
Daniel Brodsky
*Chairman*
Candace K. Beinecke
Russell L. Carson
Richard L. Chilton, Jr.

*Advisory*
S. Parker Gilbert
James R. Houghton
Annette de la Renta
Frank E. Richardson
E. John Rosenwald, Jr.
Henry B. Schacht

BUILDINGS
Daniel Brodsky
*Chairman*
Mark Fisch

William C. Rudin
Alejandro Santo
Domingo
Shelby White

*Advisory*
David H. Koch
Henry B. Schacht

*Ex Officio*
Thomas P. Campbell
Emily Kernan Rafferty

*By Invitation*
Frederick Elghanayan
Peter Lehrer

TECHNOLOGY
Hamilton E. James
*Chairman*
Jeffrey W. Greenberg
*Vice Chairman*
Richard L. Chilton, Jr.
Jeffrey M. Peek
Sir Paul Ruddock
Alejandro Santo
Domingo

*Ex Officio*
Daniel Brodsky
Thomas P. Campbell
Emily Kernan Rafferty

THE FUND FOR THE
MET
Daniel Brodsky
*Honorary Chairman*
E. John Rosenwald, Jr.
*Chairman Emeritus*

Lulu C. Wang
*Chairman*
Candace K. Beinecke
Richard L. Chilton, Jr.
Mark Fisch
Jeffrey W. Greenberg
J. Tomilson Hill
Joyce Frank Menschel
Jeffrey M. Peek
Alejandro Santo
Domingo
Andrew Solomon
Ann G. Tenenbaum
Shelby White

*Advisory*
Max N. Berry
W. L. Lyons Brown
Diane W. Burke
Eliot C. Nolen
Annette de la Renta
Frank E. Richardson

*Ex Officio*
Thomas P. Campbell
Emily Kernan Rafferty

*Staff Officers*

Thomas P. Campbell
*Director and Chief
Executive Officer*
Emily Kernan Rafferty
*President*
Carrie Rebora Barratt
*Associate Director for
Collections and
Administration*

Jennifer Russell
*Associate Director for
Exhibitions*
Sharon H. Cott
*Senior Vice President,
Secretary, and
General Counsel*
Harold Holzer
*Senior Vice President
for External Affairs*
Cynthia L. Round
*Senior Vice President,
Marketing and
External Relations*
Olena Paslawsky
*Senior Vice President,
Chief Financial
Officer, and
Treasurer*
Nina McN.
Diefenbach
*Vice President for
Development and
Membership*
Tom A. Javits
*Vice President for
Construction and
Facilities*
Debra A. McDowell
*Vice President for
Human Resources*
Elyse Topalian
*Vice President for
Communications*
Suzanne E. Brenner
*Chief Investment
Officer*
Jeffrey N. Blair
*Assistant Secretary
and Senior Associate
Counsel*

*A Grateful Acknowledgment*

*To the City*: For more than a century, the City of New York and the Trustees of The Metropolitan Museum of Art have been partners in bringing the Museum's services to the public. The complex of buildings in Central Park is the property of the City, and the City provides for the Museum's heat, light, and power. The City also pays for approximately one-third of the costs of maintenance and security for the facility and its collections. The collections themselves are held in trust by the Trustees. The Trustees, in turn, are responsible for meeting all expenses connected with conservation, education, special exhibitions, acquisitions, scholarly publications, and related activities, including security costs not covered by the City.

*To the State*: The State of New York again provided valuable support through the New York State Council on the Arts.

*To the Federal Government*: The U.S. Government provided continued funding through the National Science Foundation, the Institute of Museum and Library Services, and the National Endowment for the Arts.

Aid from these sources, combined with the generosity of many of our visitors and friends, helps the Metropolitan Museum to serve the public in accordance with its traditional standards of excellence.

Copyright © 2013 by The Metropolitan Museum of Art, 1000 Fifth Avenue, New York NY 10028-0198. Published by The Metropolitan Museum of Art.
Edited by Amelia Kutschbach
Typeset by Carol Liebowitz

# Contents

The Board of Trustees                                                                    2

Report from the Director and the President                                              6

Mission Statement                                                                      10

Departmental Accessions                                                                11

Objects Promised to the Museum                                                         45

Objects Sold or Exchanged                                                              48

Education and Concerts & Lectures                                                      49

Internships, Fellowships, and Professional Travel Grants                               51

Museum Publications                                                                    56

Exhibitions and Installations                                                          71

Institutions and Organizations Receiving Loans                                         73

Report of the Chief Financial Officer                                                  76

Audited Financial Statements                                                           81

Categories of Membership                                                              106

Members of the Corporation                                                            106

Contributors to the Museum                                                            110

The Real Estate Council                                                               133

The Business Committee                                                                133

Professional Advisory Council                                                         134

Multicultural Audience Development Advisory Committee                                 134

Visiting Committees                                                                   135

The Staff                                                                             137

# Report from the Director and the President

With a number of major achievements, the launch of several significant projects, and one of the greatest gifts in the institution's 143-year evolution—a magnificent collection of Cubist paintings—fiscal year 2013 was by all accounts a historic one for the Metropolitan Museum. Our commitments to world-class scholarship, greater accessibility, and engaging with a worldwide community were richly rewarded with record-level attendance—6.2 million visitors—for the second year in a row and a growing online audience of more than 40 million visits.

Topping the year's high points was the promised gift, announced in April, of Leonard A. Lauder's group of Cubist paintings, an unrivaled collection of seventy-eight pictures. One of the world's foremost collections of Cubism, it not only fills a significant gap in the Museum's holdings, but also brings extraordinary potential. Concurrent with the promised gift—with the support of Museum Trustees and others, including Mr. Lauder—the Metropolitan Museum is establishing the Leonard A. Lauder Research Center for Modern Art, allowing us to pursue broad-reaching scholarship. It will be the first such center dedicated exclusively to modern art within an encyclopedic institution. The result is an incredible legacy for generations of the Museum's visitors. With works by Pablo Picasso, Georges Braque, Juan Gris, and Fernand Léger, the Leonard A. Lauder Cubist Collection is distinguished by its quality, focus, and depth, and its unsurpassed number of masterpieces and iconic works critical to the development of Cubism.

We celebrated another remarkable legacy this year with the reopening in May of the Museum's galleries devoted to its world-renowned collection of Old Master paintings from the thirteenth through the nineteenth century. With landmark pictures by Rembrandt, Peter Paul Rubens, Johannes Vermeer, Velázquez, Francisco de Goya, and others, the space for the New European Paintings Galleries, 1250–1800, is almost a third larger than its previous incarnation and now accommodates the display of more than 700 paintings in forty-five redesigned galleries. With new scholarship integrated into the galleries and online, the reinstallation is the first comprehensive rethinking of these holdings in more than four decades.

The process of thinking about the full scope of our facilities and how best to allocate our physical resources in the coming decades continued to be a priority this year. Under the direction of Beyer Bender Belle, we are on track to complete our feasibility study this coming fall.

Finding new ways to engage with our audience is an ongoing commitment, and this year we again built on a series of award-winning Metropolitan Museum online initiatives inspired by our vast collection. Launched in January, *82nd & Fifth* is a yearlong interactive web series in which curators from across the Museum invite visitors to engage with the individual works. Like 2011's *Connections*, another groundbreaking web series, *82nd & Fifth* speaks directly to the Museum's interest in linking historical art and culture to a broader audience.

The Museum's online publishing program also advanced this year with the launch in October 2012 of *MetPublications*. An achievement that reaffirms our commitment to both scholarship and global accessibility, it is a portal to the institution's renowned comprehensive publishing program, providing access to nearly 900 books, many of them out of print, as well as fifty years of *Bulletins* and *Journals*.

The Museum also continued to support its vigorous program of print publications, with twenty-two new publications on a variety of subjects, among them groundbreaking exhibition catalogues on artists ranging from Gian Lorenzo Bernini to Andy Warhol and on topics spanning manipulated photographs, European cabinetry, and punk fashion. The essential work of cataloguing and publishing the Museum's permanent collections was reflected in scholarly volumes on American silver, German painting, and Etruscan art.

The Metropolitan Museum made great strides this year in its ongoing efforts to engage with the global community. A memorandum of agreement was signed with the Ministry of Culture of the Government of India to outline a mutual willingness to establish a long-term cooperative relationship in the areas of conservation, exhibitions, academic research, education, short- and long-term loans, publications, and more. A major outgoing loan exhibition, "Earth, Sea, and Sky: Nature in Western Art—Masterpieces from The Metropolitan Museum of Art," traveled to Tokyo and Beijing and was hailed as a milestone of cultural exchange; never before had a Metropolitan Museum exhibition of this scope and theme traveled to Japan and China. The exhibition's 130 works of art, drawn entirely from the Museum's holdings, explored the theme of nature as it has been depicted by artists in Europe, America, and the Near East, from antiquity to the present. Included were works by such major artists as Rembrandt, Vincent Van Gogh, Claude Monet, and Edward Hopper, as well as masterworks from the ancient and medieval periods. In the year ahead, the Museum looks forward to the relationships that will result from a new initiative announced this past July: the Global Museum Leaders Colloquium (GMLC). A two-week forum for museum leaders primarily from Asia, Africa, and Latin America that will launch at the Metropolitan Museum next spring, it will provide opportunities for sustained group discussion on issues pertinent to each respective institution and on the changing face of museum management.

Another highlight this year was the beginning in October 2012 of the redesign of the Metropolitan Museum's four-block-long outdoor plaza, which will open to the public next fall. When finished, the David H. Koch Plaza will feature new fountains, a beautifully illuminated facade, seasonal landscaping, and an attractive open space to welcome visitors. Now that the Museum is open seven days a week, we look forward to welcoming visitors to our superb collections, exhibitions, and wide-ranging educational offerings nearly every day of the year.

Like many not-for-profit cultural institutions, the Metropolitan Museum continues to face a challenging economic climate and is undertaking the careful work to keep operating expenses and revenue aligned while remaining committed to fulfilling its mission. (For a detailed discussion of the Museum's financial results for fiscal year 2013, see the "Report of the Chief Financial Officer" on pages 76–79.)

Our numerous achievements this and every year are a testament to the strength of the Museum and the talent and expertise of our Trustees and staff. What follows is a more detailed look at the Museum's activities in fiscal year 2013.

## Acquisitions

In fiscal year 2013 the Metropolitan Museum continued to enhance the collections through a number of key acquisitions.

The Department of European Sculpture and Decorative Arts was enriched this year by its purchase of the languidly posed, energetically carved marble figure of the sleeping Adonis by the Baroque virtuoso Antonio Corradini (1688–1752). The sculptor was employed throughout Europe but his *Adonis*, originally paired with a lost figure of Venus, was placed in the picture gallery of the Sagredo Palace in his native Venice. The provenance of the Museum's much-loved *Bedroom from the Sagredo Palace* from around 1718 with its riot of gilt stucco ornament is identical, so the marble finds a particularly happy new home here.

A seventeenth-century ivory carving, *Saint Sebastian*, by the Austrian artist known as Master of the Furies (Austrian, Salzburg), was also acquired for the Department of European Sculpture and Decorative Arts. Depicting his subject pierced with the arrows of his martyrdom as a descending winged genius is about to crown him, the artist succeeds in brilliantly capturing Sebastian in a moment of bodily and spiritual

13-53846-tjt    Doc 7150-31    Filed 08/28/14    Entered 08/28/14 01:05:39    Page 8 of 154

transition. A work of extraordinary accomplishment and appeal, it speaks directly and dramatically to the viewer.

The Museum was extremely fortunate to acquire this year for the Department of Asian Art thirteen seminal works of Tibetan and Nepalese art dating from the eleventh to the seventeenth century, all from the pioneering collection of Jack and Muriel Zimmerman. Including five sculptures that are among the rarest and most important such objects to enter a Western collection, along with examples of the finest known Tibetan and Nepalese paintings, the works will have a transformative impact on the Metropolitan Museum's ability to present Himalayan art of the highest caliber.

For the Department of European Paintings, the Museum acquired an early work by the defining European painter Jusepe de Ribera (called Lo Spagnoletto, Spanish, 1591–1652). The young Ribera has emerged as the author of a body of early works crucial not only to the history of Caravaggesque painting in Italy, Holland, and France, but also to the formation of the young Velázquez in Seville. Paintings by Ribera from this period are rare, and the Museum's work, *The Penitent Saint Peter*, is of exceptional quality. It is the first Spanish painting purchased by the museum since Velázquez's *Juan de Pareja* in 1971, and the only work that represents this fundamental chapter in the development of European painting.

Joseph Wright (1734–1797), the great British painter known as Wright of Derby who worked chiefly in the Midlands in the late eighteenth century, is famous for his candlelit scenes and landscapes. Until recently he was represented at the Metropolitan Museum by a study head in pastel, a portrait in oil, and two Italian sketchbooks. This year the Museum acquired a major canvas, *Virgil's Tomb by Moonlight* from 1779, which shows Virgil's admirer Silius Atticus declaiming the poet's verses on the anniversary of his death. Particularly remarkable is Wright's rendering of the contrast between the warm glow of the lantern and the silvery moonlight.

Also for the Department of European Paintings, Jayne Wrightsman purchased a magnificent portrait of one of the greatest political figures of modern times, Charles Maurice de Talleyrand. In 1808 François Gérard was at the height of his powers and enjoyed a reputation as the finest portraitist of the age. This work is unquestionably one of his four or five best. It completes what is the most prestigious collection of Neoclassical paintings outside the Louvre.

The Metropolitan Museum also filled a significant gap in its holdings of late twentieth-century art with the acquisition of a work by Barbara Kruger (born 1945)—the first by the artist to enter the Museum's collection. Made in 1984 and measuring nearly nine feet across, *Untitled (Your Seeing Is Believing)* is executed using the artist's widely influential signature style, overlaying an appropriated photograph with a sharply worded declarative statement addressing the viewer, all sealed within her trademark red-painted frame. Acquired for the Department of Photographs, this powerful work joins other cornerstones of contemporary photography already in the Museum's collection by artists such as Cindy Sherman, Thomas Struth, and Jeff Wall.

Many other objects of distinction were acquired this year by the Museum; for the full list, see the Departmental Accessions section starting on page 11. Highlights of this and next years' acquisitions, including descriptions and illustrations, will also be discussed in the fall 2014 *Metropolitan Museum of Art Bulletin*.

## Exhibitions

The fascinating dialogue between works of art and artists across generations was the heart of last fall's "Regarding Warhol: Sixty Artists, Fifty Years," with over forty works by Warhol presented alongside 100 works by other artists. Exploring Warhol's enormous impact on contemporary art, the exhibition heralded an exciting year of fresh perspectives throughout the Museum's galleries.

Winter's radiant "Matisse: In Search of True Painting" provided keen insight into one of the most admired artists of the twentieth century. Through forty-nine vibrantly colored paintings, this revelatory presentation demonstrated how Matisse revisited his subjects in pairs, trios, and series. The final weeks of the Matisse show coincided with the opening weeks of spring's "Impressionism, Fashion, and Modernity." Anchored by many of the most celebrated works of the Impressionist era, this

engaging survey showed how artists at the forefront of the avant-garde—Monet, Berthe Morisot, Auguste Renoir, and others—turned a fresh eye to contemporary dress during the years when Paris emerged as the style capital of the world.

Coinciding with and marking the occasion of the reinstallation of the New European Paintings Galleries was "Velázquez's Portrait of Duke Francesco I d'Este: A Masterpiece from the Galleria Estense, Modena," featuring one of the greatest portraits of the seventeenth century. A loan from one of the most prestigious of Italy's regional museums, it had never before been lent to an institution in the United States.

A highlight of the fall season, "George Bellows" was the first retrospective of the artist's career in more than three decades. Comprised of some 140 paintings, drawings, and lithographs, the exhibition invited viewers to experience a dynamic and challenging period—the first quarter of the twentieth century—through the eyes of a brilliant observer and one of America's greatest artists.

"Extravagant Inventions: The Princely Furniture of the Roentgens" was another eye-opening fall presentation. This first comprehensive survey of the work of the innovative father and son, eighteenth-century cabinetmakers, showed how their intriguing designs revolutionized traditional French and English furniture forms. Brilliant vision was also on display in last fall's "Bernini: Sculpting in Clay." This landmark exhibition featured the clay models fashioned by the great Italian Baroque sculptor to try out his ideas for the stunning marbles that are among the most famous in Rome. A captivating masterpiece of ancient bronze sculpture from the Hellenistic period (323–31 B.C.) and excavated in Rome in 1885, graced the Museum in June and July for "The Boxer: An Ancient Masterpiece." Shown outside Europe for the first time, the statue astonished and delighted visitors.

Wood sculptures from West and Central Africa were presented alongside works by major artists working in the 1910s and '20s in winter's "African Art, New York, and the Avant-Garde." Reflecting on the dynamism of New York's art scene following the pivotal 1913 Armory Show, the exhibition refreshed our perspective on African art and the major artists—Alfred Stieglitz, Picasso, Diego Rivera, Constantin Brancusi, and others—who were its most influential patrons.

The Metropolitan Museum has long been a leader in the field of Asian art and this year we again mounted a number of standout exhibitions focusing on that part of the world and featuring works owned by the Museum. Spring's "Cambodian Rattan: The Sculptures of Sopheap Pich," however, was especially noteworthy for presenting ten works by a contemporary Cambodian artist and integrating them into a display of historical works.

In fiscal year 2013, the Museum had the distinct privilege of presenting the work of another international contemporary artist, Imran Qureshi (Pakistani, born 1972). Known for his unique style of combining the motifs, symbolism, and ornamental techniques of Islamic art with modern conceptual approaches, Qureshi created a sensitive, thought-provoking work for the The Iris and B. Gerald Cantor Roof Garden annual installation.

Another exhibition that featured a rich visual legacy was spring's "Photography and the American Civil War." With more than 200 poignant photographs, many from the Museum's collection, it showed how the medium of photography matured and flourished in surprising ways during the Civil War years. A highlight of the fall season, "Faking It: Manipulated Photography before Photoshop" traced the medium's complex relationship to visual truth through photographs from the 1840s to the early 1990s that were altered after the negative was exposed. The show's more than 200 pictures offered a provocative new perspective on the history of photography.

Providing a superb complement was "Street," featuring a 2011 eponymous video by British-born artist James Nares (born 1953) along with two galleries of diverse objects from the Museum's collection, selected by the artist. A new acquisition in the Museum's growing collection of time-based art, the video used the most advanced visual technology available to create a changing photographic panorama of life in New York City, capturing the spirit of our age as if looking back from the future, a historical perspective contextualized by the accompanying works.

This year's annual Costume Institute exhibition, "PUNK: Chaos to Couture," provided a thrilling look at the ways in which designers since

the 1970s have embraced punk's aesthetic to redefine beauty and fashion. Featuring approximately 100 designs, the show was a celebration of fashion and its impact on art and culture. The annual Costume Institute Benefit, long referred to as the "Party of the Year," celebrated the opening of the exhibition. Thanks to the tireless efforts of Trustee Anna Wintour, who in her role as benefit co-chair over the years has raised over $100 million, the annual event is now the main source of funding for the operations and activities of The Costume Institute year-round as well as the renovation of its galleries and other spaces, scheduled to reopen next spring.

Ancient cultural history was the focus of summer's "The Cyrus Cylinder and Ancient Persia: Charting a New Empire," which showed the range of cultural innovations initiated by ancient Persian rule. This exhibition of famous surviving icons from the British Museum found a wonderful, temporary home amid the Metropolitan Museum's impressive collection of ancient Near Eastern art.

The year's strong exhibition program both began and ended with exhibitions honoring two important Museum anniversaries. The centennial celebration last fall of the Museum's Department of Arms and Armor inspired an exhibition that celebrated its founding curator, "Bashford Dean and the Creation of the Arms and Armor Department." Rare objects and period photographs revealed how Dean (1867–1928) built the department's collection into one of international importance. And spring's "Search for the Unicorn: An Exhibition in Honor of The Cloisters' 75th Anniversary" centered on its best-known masterpieces, the *Unicorn Tapestries*. With some forty works of art from the Museum's and other collections, the show renewed our interest in a magical creature that captivated European art and science from the Middle Ages through the Renaissance.

The year included many other noteworthy exhibitions. For the full list, see the Exhibitions and Installations section starting on page 71.

### Education

Among their many activities, Education and Concerts & Lectures were committed this year to reestablishing the Metropolitan Museum as a place for artist engagement and examination of the creative process. Building on last year's development of more interdisciplinary programs, the department created new events in which living artists actively participated, offering their unique perspectives. Notable was the first-ever performing-artist residency, with Paul D. Miller, aka DJ Spooky, who collaborated on numerous projects with curators, educators, and staff throughout the Museum. Simultaneously we launched new art-making programs to allow visitors themselves to experiment and develop creatively in response to the collections and exhibitions. In addition to these expanded offerings, museum visitors of all ages and levels of expertise enjoyed an astounding variety of programs exploring art and cultures from around the globe. In fiscal year 2013, more than 25,000 events drew approximately 650,000 participants representing an increasingly new and diverse audience. Of the 38,000 visitors who attended a Met Museum Presents ticketed program, for example, 60 percent had never before attended a concert or lecture at the Museum. And, among these visitors, more than 800 young people participated in new ticketed performances designed to lower the threshold of entry to audiences under thirty. Although we saw an overall 7 percent decrease in attendance compared to last year—owing to the effects of Hurricane Sandy and the month-long school bus strike, among other factors—the Museum saw a substantial and anticipated 47 percent increase in art-making programs. The number of K–12 educators who took part in professional development at the Museum also increased, more than doubling from fiscal year 2012, thanks to active outreach to that audience. (A full discussion of Education and Concerts & Lectures appears on pages 49–50.)

### Visitorship

For the second year in a row, visitors to the Metropolitan Museum, including The Cloisters museum and gardens, numbered well over 6 million, and, as of 2012, the Museum ranked second in the world for annual art museum attendance. Leading off the exhibitions that contributed to the year's 6.2 million total visitors was "Tomás Saraceno on the Roof: *Cloud City*," which closed on November 4, 2012, drawing 504,781 visitors. Attendance was also particularly strong for "Matisse:

In Search of True Painting," with 468,568 visitors; "Regarding Warhol: Sixty Artists, Fifty Years" (441,669 visitors); "Impressionism, Fashion, and Modernity" (440,973 visitors); and "PUNK: Chaos to Couture," which closed on August 14, after fiscal year 2013, and drew 442,350 visitors. In its final week, the Impressionist exhibition averaged more than 7,000 visitors per day and was the first painting exhibition since 2010's "Picasso in The Metropolitan Museum of Art" to average more than 5,000 visitors per day.

With the start of our seven-day schedule on July 1, 2013, the Museum's popular Holiday Monday program was replaced after nine years, and on its final holiday Monday, Memorial Day, the Museum had close-to-record attendance for the program (19,475 visitors). Another attendance high point occurred on January 18, 2013, when the New Galleries for the Art of the Arab Lands, Turkey, Iran, Central Asia, and Later South Asia, which opened in November 2011, reached the milestone of 1 million visitors.

The Museum's website attracted more than 40 million visits in fiscal year 2013; approximately 61 percent were first-time visits and 39 percent were repeat. The robust online Collections section, which provides access to the Museum's entire database of catalogued collections, continued to draw the majority of traffic to the site. As previously noted, significant new online features included *MetPublications* and *82nd & Fifth*. Another popular online feature, the *Heilbrunn Timeline of Art History*, launched in 2000, continues to evolve and expand and receives more than 1 million visits per month.

The Museum's email marketing and social media programs continued to grow, delivering content and interactive experiences via platforms that are part of our visitors' daily lives. The email program, which includes both engagement and fund-raising messages, surpassed 600,000 online subscribers and members in fiscal year 2013. On the social media side, the Museum's Facebook account reached more than 900,000 fans (an increase of 33 percent from last year) and the Museum's Twitter account approached 600,000 followers (up 35 percent from last year). The social-media team also launched Pinterest and Instagram accounts for the Museum in fiscal year 2013, which quickly became popular and, by the end of the fiscal year, already had a combined following of more than 600,000 users.

Among the Museum's most loyal visitors are our members, who numbered 160,287 at the end of June, and, consequently, fiscal year 2013 was a record year for membership revenue. Income from membership, including gifts, totaled $29,430,108, representing an overall increase of $2.4 million over the prior fiscal year. Membership renewals constitute the bulk of membership sales and over $18 million in revenue, and more frequently members are joining and renewing online each year. This year, $4.6 million was earned online, a 3.6 percent increase over last year.

The Metropolitan Museum's pioneering Multicultural Audience Development Initiative (MADI), now in its fifteenth year, continues to be an integral part of the Museum's efforts to reach a more diverse audience. Again this year it presented a number of well-attended events, including annual events for the Chinese, Indian, Hispanic, college-age, and LGBT communities.

### Capital Projects

Fiscal year 2013 saw the completion and launch of several major capital projects, including the reopening in May of the New European Paintings Galleries and the start of work in October 2012 on the redesign of the Museum's four-block-long outdoor plaza. The plaza's most iconic element—the public's beloved front steps at 82nd Street—will remain untouched.

Major progress was also made this year in the project to renovate the galleries, library, conservation space, and administrative offices of The Costume Institute, to be completed in spring 2014. A brand-new Members Lounge was also completed in fiscal year 2013 on the second floor of the Great Hall Balcony.

Thanks to a generous allocation of $6 million from the City of New York, the Museum continued work on its multiyear plan to upgrade and replace components of its infrastructure. For this crucial funding, we are grateful to Mayor Michael R. Bloomberg, First Deputy Mayor Patricia E. Harris, Commissioner of Cultural Affairs Kate D. Levin, City Council Speaker Christine C. Quinn, and City Council Members Daniel R. Garodnick, Melissa Mark-Viverito, and Jimmy Van Bramer.

## The Fund for the Met

In fiscal year 2013, The Fund for the Met secured over $51 million in new gifts and pledges. This brings total gifts and pledges for the new campaign, for which counting began anew at the start of fiscal year 2011, to more than $200 million.

This spring's celebrated reopening of the new European Paintings galleries was a project supported largely by campaign funds, as is the current work in The Costume Institute and on the future David H. Koch Plaza. In anticipation of the Metropolitan Museum's upcoming occupancy of The Breuer Building, Trustee Russell Carson and his wife, Judith, pledged important support for the costs associated with this initiative.

The Museum received several other generous gifts of note from Trustee John A. and Carole Moran, Trustees Marica F. and Jan Vilcek, The Fippinger Family, and an anonymous donor. We had a very strong year with noteworthy gifts from the Estate of Samuel H. Lindenbaum, former Trustee, and the Estate of Andrea Bollt.

Surrounding the remarkable gift of the Leonard A. Lauder Cubist Collection, we received commitments totaling $22 million from Museum Trustees and supporters, including Mr. Lauder, to endow the Leonard A. Lauder Research Center for Modern Art. Meanwhile, gifts to replenish the Museum's acquisitions fund remain a priority with lead gifts from Trustee Jayne Wrightsman and the Estate of Ronald S. Kane.

As we look ahead to the completion of the Museum's long-term feasibility study this fall, the Trustees, senior staff, and campaign team continue to plan strategically for the next phase of the capital campaign.

## Trustees, Staff, and Volunteers

The Metropolitan Museum's Board of Trustees elected two new members this year, Marina Kellen French and Andrew Solomon. Marica F. Vilcek was elected Honorary Trustee, James J. Ross was elected Trustee Emeritus, and Annette de la Renta and Frank E. Richardson were elected Vice Chairmen of the Board.

We were deeply saddened this year by the death last fall of a treasured member of the Museum's family, Arthur Ochs Sulzberger, whose wise stewardship and tireless devotion benefitted this institution over the past four decades. A Trustee since 1968, he served as Chairman of the Board from 1987 to 1998, bringing sound judgment and gentle dignity to the role, and from 1999 on he continued to guide and participate in the Museum as Trustee Emeritus. A generous supporter of the Museum both personally and through The Sulzberger Foundation, he directed his gifts primarily to the Department of Arms and Armor, but through his experience, warmth, and exemplary leadership, he touched and influenced the entire Museum.

We were also saddened this year by the death of Mary Griggs Burke, a Trustee since 1976 and Trustee Emerita since 1995 whose generosity greatly enhanced the Museum's Department of Asian Art. A notable collector of Japanese art, with her late husband, Jackson, she assembled the largest and most encompassing private collection of Japanese art outside Japan, donated works of art and acquisition funds to the Department of Asian Art, frequently lent works to the Arts of Japan galleries, and funded research on Japanese art in the Metropolitan Museum's collection. Honorary Trustee Samuel H. Lindenbaum, who passed away in August 2012, will be remembered as an esteemed benefactor. He shared with his wife, Linda, a passion for the Museum, and for more than three decades their generous and extensive support, especially of the Department of the Arts of Africa, Oceania, and the Americas, helped make this great institution even greater. The Museum will also miss Gayle Perkins Atkins, a Trustee since 2008 who took a special interest in the Museum's Multicultural Audience Development Initiative.

Richard Morsches, who retired from the Museum in 2001 after nearly forty years, also died this year. Dick, who held a number of positions over the years before being named Senior Vice President for Operations in 1996, will be remembered for his exceptionally high standards, the care he expended to make sure the Museum always looked its best, and the loyalty and affection he engendered among those who worked for him.

The Metropolitan Museum welcomed three new curators this year, all outstanding scholars and specialists in their field. Pierre Terjanian joined the Department of Arms and Armor as Curator in October 2012 and as of July 1, 2013, became the department's Arthur Ochs Sulzberger Curator in Charge; in January 2013, Robert Nicholas Cullinan was elected Curator, Modern and Contemporary Art; and in May, Ronda Kasl was elected Curator, The American Wing. In the conservation field, Sarah Scaturro was elected Conservator, The Costume Institute.

There were also several promotions this year. In the curatorial field, Jeff L. Rosenheim, Department of Photographs, was promoted to Curator in Charge; Alisa LaGamma, Arts of Africa, Oceania, and the Americas, to Curator in Charge; Maxwell K. Hearn, Asian Art, to Douglas Dillon Chairman; and Diana Craig Patch, Egyptian Art, to Acting Curator in Charge. Promoted to Curator were Ellenor Alcorn, European Sculpture and Decorative Arts; Douglas Eklund, Photographs; Constance McPhee, Drawings and Prints; Adela Oppenheim, Egyptian Art; and Samantha Rippner, Drawings and Prints. In the field of conservation, the following staff were promoted to Conservator: Edward A. Hunter, Arms and Armor; Karen Stamm, Objects Conservation; Yana van Dyke, Paper Conservation; and Emilia Cortes and Janina Poskrobko, both in Textile Conservation. Leslie Bussis Tait, Medieval Art and The Cloisters, was promoted to Museum Educator, and William Crow was promoted to Managing Museum Educator.

In other staff appointments this year, Malcolm Daniel, Photographs, was named Senior Curator; and H. Barbara Weinberg, The American Wing, and Julie Jones, Arts of Africa, Oceania, and the Americas, were named Curators Emeriti. After twenty-five years as the head of the Department of Arms and Armor, Stuart W. Pyhrr, on July 1, assumed the newly created position of Distinguished Research Curator of Arms and Armor.

Additionally, Thayer Tolles was appointed Marica F. Vilcek Curator of American Paintings and Sculpture, The American Wing; and in the Department of Modern and Contemporary Art there were two appointments: Sheena Wagstaff was named Leonard A. Lauder Chairman, and Rebecca A. Rabinow was named Leonard A. Lauder Curator of Modern Art and Curator in Charge of the Leonard A. Lauder Research Center for Modern Art.

As part of this year's efforts to broaden its global reach, the Museum also appointed a new Senior Vice President for Marketing and External Relations, Cynthia L. Round, who came to the Museum in June from United Way Worldwide, where she was Executive Vice President of Brand Marketing and Strategy since 2002, responsible for global brand stewardship, marketing, and communications, among other areas. The newly created position of Senior Vice President for Public Affairs is now held by Harold Holzer, who, in addition to overseeing Visitor Services, Government Affairs, and Audience Development, is also the chief spokesperson for the Museum on strategic issues.

Two other key positions were filled this year. Lisa S. Krassner, who previously was Senior Director, The Visitor Experience, at the Museum of Fine Arts, Boston, was appointed Chief Membership Officer in August 2012, and this past June Susan Sellers, who was a founding partner and creative director of 2x4, a global design consultancy focusing on brand strategy for cultural and commercial clients, was named the Museum's new Head of Design.

The Museum is fortunate to have a passionate and devoted group of volunteers who year after year provide an invaluable service. Led this year by Volunteer Chair Nancy Staniar and Manager of Volunteer Activities Ruth Henderson, they are involved in almost every aspect of the Museum's work, and without their gift of time and talent, we would not be able to fulfill our mission. On behalf of the Museum, we thank all of our volunteers, as well as our members and friends, and especially our accomplished Trustees and staff. Their dedication and commitment to excellence are what make the Metropolitan a museum without peer.

Thomas P. Campbell
Director and CEO

Emily Kernan Rafferty
President

# Mission Statement

The Metropolitan Museum of Art was founded on April 13, 1870, "to be located in the City of New York, for the purpose of establishing and maintaining in said city a Museum and library of art, of encouraging and developing the study of the fine arts, and the application of arts to manufacture and practical life, of advancing the general knowledge of kindred subjects, and, to that end, of furnishing popular instruction."[1]

This statement of purpose has guided the Museum for 130 years.

**Today the Trustees of The Metropolitan Museum of Art reaffirm this statement of purpose and supplement it with the following statement of mission:**

> *The mission of The Metropolitan Museum of Art is to collect, preserve, study, exhibit, and stimulate appreciation for and advance knowledge of works of art that collectively represent the broadest spectrum of human achievement at the highest level of quality, all in the service of the public and in accordance with the highest professional standards.*
>
> September 12, 2000

The Museum is first and foremost a repository of works of art. Its mission centers on and emanates from the works of art in its collections.

The Museum's goals are to:

## I. COLLECT
• Enhance the Museum's holdings by acquiring works of art that are the finest and most representative of their kind from around the globe and from all periods of history, including the present.

## II. PRESERVE
• Preserve works of art in accordance with the highest standards of conservation.
• Provide a safe and appropriate environment for the collections, with effective security and environmental control, for the benefit of present and future generations.
• Ensure that preservation standards are maintained for works of art on loan to the Museum or borrowed from the Museum.

## III. STUDY
• Support continuing scholarly investigation and research in order to document, catalogue, and publish the Museum's collections as well as to contribute to broader academic discourses.
• Continue to support field archaeology including publication of current and former excavations.
• Maintain libraries, archives, databases, and other research facilities.

## IV. EXHIBIT
• Present exhibitions of the Museum's works of art and those borrowed from other owners.
• Provide additional access to the Museum's collections through study rooms and loans to other institutions.
• Present works of art in the most visually appealing and intellectually stimulating manner.

## V. STIMULATE APPRECIATION FOR AND ADVANCE KNOWLEDGE OF WORKS OF ART
• Support and encourage appreciation and understanding of art at all levels.
• Conduct programs and activities for a variety of audiences to stimulate aesthetic engagement and promote familiarity with art in its historical, cultural, and material contexts.
• Develop publications for a range of audiences.
• Provide and disseminate information about art, the Museum's collections, and the Museum's programs employing all appropriate means, which may include the most advanced technologies.

## VI. SERVICE OF THE PUBLIC
• Reach out to the widest possible audience in a spirit of inclusiveness.
• Serve the best interests of the public in every aspect of the Museum's governance, programs, and operations.
• Seek to increase public understanding of the Museum's goals.

## VII. STANDARDS
• Aspire to excellence, meeting the highest professional, scholarly, and ethical standards in every aspect of the Museum's governance, programs, and operations.

The Museum recognizes the following elements as essential to the fulfillment of its mission and the achievement of its goals:

## I. TRUSTEES
• Have a Board of Trustees whose members are individually and collectively committed to ensuring the success of every aspect of the Museum's mission.

## II. STAFF
• Foster and support an outstanding staff at all levels and in all sectors of the Museum.
• Build and maintain a volunteer organization to support Museum programs and activities.
• Encourage and facilitate the professional growth, training, and development of staff and sponsor fellowship, internship, and other teaching programs.

## III. FACILITIES
• Establish and maintain superior facilities for the collections, for the public, and for the staff.
• Ensure that the galleries and public amenities are conducive to a rewarding experience to visitors.
• Maximize use of all Museum spaces and facilities in support of the mission.

## IV. FINANCIAL EQUILIBRIUM
Simultaneously, strive to
• Meet the full programmatic needs of the Museum.
• Provide the infrastructure and support (such as staffing, salaries, maintenance, and capital and fund-raising programs) necessary to maintain excellence.
• Maintain a superior record in endowment management; balance present and future needs in endowment spending.
• Achieve a balanced budget.

---

[1] Charter of The Metropolitan Museum of Art, State of New York, Laws of 1870, Chapter 197, passed April 13, 1870, and amended L. 1898, ch. 34; L. 1908, ch. 219.

# Departmental Accessions

## Arts of Africa, Oceania, and the Americas

GIFTS

*Bushcow (Mangam) Headdress*; wood, ocher pigment; Nigerian (Mama), 20th century; 2012.397; Faith-dorian and Martin Wright, in loving memory of their son Jordan M. Wright

*Male (Iran) Figure*; wood, sacrificial materials, eggshells; Guinean (Bidjogo), late 19th–mid-20th century; 2012.398.1; Robert and Donna Spina Helmholz

*Figure (Eraminio)*; wood, sacrificial materials, eggshells, fibers; Guinean (Bidjogo), late 19th–mid-20th century; 2012.398.2; Robert and Donna Spina Helmholz

*Female (Neganou) Figure*; wood, sacrificial materials, eggshells; Guinean (Bidjogo), 19th century; 2012.398.3; Robert and Donna Spina Helmholz

*Woman's Shoulder Cloth (Salendang)*; silk, metal-wrapped thread; Indonesian, Sumatran (Minangkabau), late 19th–early 20th century; 2012.441.1; John Summerfield, in memory of Anne Summerfield

*Man's Belt/Waist Wrapper (Ikek Pinggang)*; silk, cotton, metal-wrapped thread; Indonesian, Sumatran (Minangkabau), late 19th–early 20th century; 2012.441.2; John Summerfield, in memory of Anne Summerfield

*Man's Shoulder Cloth (Salendang)*; cotton; Indonesian, Sumatran (Minangkabau), mid- to late 19th century; 2012.441.3; John Summerfield, in memory of Anne Summerfield

*Lintel Carving from a Ceremonial House*; wood, paint; Papua New Guinean (Yangoru Boiken), early–mid-20th century; 2012.515; Lynda Cunningham

Maria Martínez, American; *Jar*; ceramic, 1954–56; 2012.516.1; Joan Anne Maxham, in memory of Hope Yampol

Fannie Nampeyo, American; *Jar*; ceramic, paint, 1980s; 2012.516.2; Joan Anne Maxham, in memory of Hope Yampol

Barbara and Joseph Cerno, American; *Seed Jar*; ceramic, paint, ca. 1980; 2012.516.3; Joan Anne Maxham, in memory of Hope Yampol

*Wall Painting*; lime plaster, paint; Mexican (Teotihuacán), 650–750; 2012.517.1; John and Marisol Stokes

*Head from a Macuilxochitl Figure*; obsidian; Mexican (Aztec), 15th–early 16th century; 2012.517.2; John and Marisol Stokes

*Warthog Helmet Mask*; wood, pigment, fiber; Burkinabe (Mossi), 20th century; 2012.529.1; Thomas G. B. Wheelock

*Bush Spirit Couple Mask*; wood, fiber, pigment; Burkinabe (Winiama), 20th century; 2012.529.2; Thomas G. B. Wheelock

*Mask (Karanga)*; wood; Burkinabe (Mossi), 20th century; 2012.529.3; Thomas G. B. Wheelock

*Crescent-Moon (Karou) Mask*; wood, pigment; Burkinabe (Marka), 20th century; 2012.529.4; Thomas G. B. Wheelock

*Storm God Vessel*; stone; Mexican (Teotihuacán), 200–700; 2012.530.1; Austen-Stokes Ancient Americas Foundation

*Seated Figure*; stone; Mexican (Guerrero), 400–100 B.C.; 2012.530.2; Austen-Stokes Ancient Americas Foundation

*Sphere*; andesite; Costa Rican (Diquís), 800–1550; 2012.530.3; Austen-Stokes Ancient Americas Foundation

Phyllis Galembo, American; *Nyakandaiy Julie Kapeku with a Chiwimba, Zambia*; Ilfochrome print, 2007; 2012.531.1; Rhoda Galembo

Phyllis Galembo, American; *Chief Nosa Isekhure, the Isekhure of Benin, Benin City, Nigeria*; Ilfochrome print, 1994; 2012.531.2; Rhoda Galembo

Phyllis Galembo, American; *Oba Oladokun Oyewusi, the Time of Ede, Osun State, Nigeria*; Ilfochrome print, 1994; 2012.531.3; Rhoda Galembo

Phyllis Galembo, American; *Priest of Oluorogbo, Ife, Nigeria*; Ilfochrome print, 1989; 2012.531.4; Rhoda Galembo

Phyllis Galembo, American; *Nana Saforo Okoampah, Koforidua, Ghana*; Ilfochrome print, 2010; 2012.531.5; Rhoda Galembo

Phyllis Galembo, American; *Okao Aiwerioghene, Benin City, Nigeria*; Ilfochrome print, 1991; 2012.531.6; Rhoda Galembo

*Ceremonial Textile (Porisitutu)*; cotton; Indonesian, Sulawesi (Toraja), 19th–early 20th century; 2012.532.1; Joel Confino and Lisa Alter

*Ceremonial Textile (Sekomandi)*; cotton; Indonesian, Sulawesi (Toraja), late 19th–early 20th century; 2012.532.2; Joel Confino and Lisa Alter

PURCHASES

*Chief's Wrapper (Nogi)*; bark, raffia; Democratic Republic of the Congo (Mangbetu), first half of the 20th century; 2012.334; The Fred and Rita Richman Foundation Gift

*Shawl (Aso Oke)*; cotton, silk; Nigerian (Yoruba), 19th century; 2012.335; Saretta Barnet Gift

Martin Rakotoarimanana, Madagascan (Merina); Antoine Rakotoarinala, Madagascan (Merina); Daniel Rafidison, Madagascan (Merina); Hortencia Harinjaka, Madagascan (Merina); Rija Ranarivelo, Madagascan (Merina); Rondro Faravololona, Madagascan (Merina); *Spark (Lamba Tselatra)*; silk, 2010; 2013.23; James J. Ross, William B. Goldstein, Holly and David Ross, and James J. and Gladys W. Strain Gifts

*Curved Ear Ornament (Kapeu)*; greenstone (nephrite); New Zealand (Māori), 18th–early 19th century; 2013.24; Lenore M. Weber Gift

*Ear Ornament or Pendant (Kuru)*; greenstone (nephrite); New Zealand (Māori), 18th–early 19th century; 2013.25; The Richman Family Foundation Gift

Obamadesara, Nigerian (Yoruba); *Woman's Royal Prestige Wrapper (Elegheghe)*; cotton, early 20th century; 2013.142; Ross Family Foundation Gift

*Lidded Vessel*; wood; South African (North Nguni), 19th century; 2013.165a, b; Sacha and Rebecca Lainovic, Richard, Ann, John, and James Solomon Families Foundation; Adam Lindemann and Amalia Dayan, and Herbert and Lenore Schorr Gifts; Rogers Fund; and various donors

# The American Wing

GIFTS

Duncan Phyfe, American; *Chest of Drawers*; mahogany, mahogany veneer, ca. 1825; 2012.336; Solomon Grossman

John Townsend, American; *Drop-Leaf Dining Table*; mahogany, maple, 1756; 2012.442.1; Stuart Holzer and Marc Holzer, in memory of their parents, Ann and Philip Holzer

*Basin Stand*; mahogany; American (Newport, R.I.), 1765–90; 2012.442.2; Stuart Holzer and Marc Holzer, in memory of their parents, Ann and Philip Holzer

*Side Chair*; mahogany, maple; American (Newport, R.I.), 1755–75; 2012.442.3; Stuart Holzer and Marc Holzer, in memory of their parents, Ann and Philip Holzer

Armingaud L'Aíné, French; *Clock with Bust of Washington and Relief of Cornwallis Resigning His Sword to Washington*; marble, patinated bronze, ca. 1815; 2012.443a, b; Judith F. Hernstadt

Duncan Phyfe, American; *Pier Table*; rosewood veneer, gilded gesso, verd antique, gilded brass, die-stamped brass borders, marble, looking-glass plate, 1815–25; 2012.483a, b; Sue K. and Stuart P. Feld

*Stool*; painted wood, original upholstery; American, made in India, 1881; 2012.484.1a–v; Jacqueline Loewe Fowler

Charles Rohlfs, American; *Chafing Dish*; brass, oak, stonework casserole, 1900; 2012.484.2; Jacqueline Loewe Fowler

Shreve & Company, American; *Goblet*; silver, ceramic (Satsuma ware), 1894–1908; 2012.485; Drucker Antiques

Hermon Atkins MacNeil, American; *Pan-American Exposition Award Medal*; gilt bronze, 1901; 2012.486.1; David Harvey Fox

Hermon Atkins MacNeil, American; *Pan-American Exposition Award Medal*; gilt bronze, 1901; 2012.486.2; David Harvey Fox

John Hull, American; *Wine Cup*; silver, ca. 1660; 2012.513; Roy J. Zuckerberg

Jersey Glass Company of George Dummer, American; *Champagne Flute*; glass, blown, cut, 1824–35; 2012.514.1; Solomon Grossman

Jersey Glass Company of George Dummer, American; *Champagne Flute*; glass, blown, cut, 1824–35; 2012.514.2; Solomon Grossman

Jersey Glass Company of George Dummer, American; *Champagne Flute*; glass, blown, cut, 1824–35; 2012.514.3; Solomon Grossman

Jersey Glass Company of George Dummer, American; *Wine Glass*; glass, blown, cut, 1824–35; 2012.514.4; Solomon Grossman

Jersey Glass Company of George Dummer, American; *Wine Glass*; glass, blown, cut, 1824–35; 2012.514.5; Solomon Grossman

Jersey Glass Company of George Dummer, American; *Wine Glass*; glass, blown, cut, 1824–35; 2012.514.6; Solomon Grossman

Jersey Glass Company of George Dummer, American; *Wine Glass*; glass, blown, cut, 1824–35; 2012.514.7; Solomon Grossman

William Crolius, American; *Inkstand*; stoneware, 1773; 2012.574a–c; Partial and Promised, David Bronstein

Karl Anderson, American; *Portrait of Frieseke*; oil on canvas, 1910; 2013.234; Nicholas and Julia Kilmer

Edward Everett Oakes, American; *Candlestick*; silver, amethysts, ca. 1925; 2013.235.1a, b; Jacqueline Loewe Fowler

Edward Everett Oakes, American; *Candlestick*; silver, amethysts, ca. 1925; 2013.235.2a, b; Jacqueline Loewe Fowler

Dirk Van Erp, American; *Lantern*; patinated copper, ca. 1920; 2013.236a, b; Margo Grant Walsh

Mary Cassatt, American; *Portrait of Charles Dikran Kelekian, Aged Eight*; pastel, 1908; 2013.437; Nanette B. Kelekian

PURCHASES

*Continental-Footed Porcelain Cup*; porcelain; American (Del.), made in France, 1878–89; 2012.224.1; Funds from various donors

*Continental-Footed Porcelain Cup*; porcelain; American (Va.), made in Germany, 1878–89; 2012.224.2; Funds from various donors

Tucker Factory, American; *Vase*; porcelain, brass, 1828–36; 2012.243; Friends of The American Wing Fund; Mr. and Mrs. Richard L. Chilton, Jr., Annette de la Renta and Anthony W. and Lulu C. Wang Gifts; and Richard Hampton Jenrette American, Sansbury-Mills and The Beatrice G. Warren and Leila W. Redstone Funds

Robert Peaston, British; William Peaston, British; *Coffeepot*; silver, 1761–62; 2012.244.1; Mr. and Mrs. Robert G. Goelet Gift

Myer Myers, American; *Cream Pot*; silver, 1772–76; 2012.244.2; Mr. and Mrs. Robert G. Goelet Gift

Myer Myers, American; *Sugar Bowl*; silver, 1772–76; 2012.244.3a, b; Mr. and Mrs. Robert G. Goelet Gift

Attributed to Myer Myers, American; *Sugar Tongs*; silver, ca. 1772; 2012.244.4; Mr. and Mrs. Robert G. Goelet Gift

John Singleton Copley, American; *John St. Clair*; oil on copper, 1758; 2012.355a, b; Dale T. Johnson Fund

James Peale, American; *Sarah Miriam Peale*; watercolor on ivory, ca. 1815; 2012.558; Dale T. Johnson Fund

Duncan Phyfe & Son, American; *Side Chair*; rosewood, rosewood veneer, ash, 1841; 2013.22.1; Leo and Frances Bretter Gift, by exchange

Duncan Phyfe & Son, American; *Side Chair*; rosewood, rosewood veneer, ash, 1841; 2013.22.2; Leo and Frances Bretter Gift, by exchange

Gorham Manufacturing Company, American; *Pitcher*; silver, 1882; 2013.26; William Cullen Bryant Fellows Gifts

New England Glass Company, American; *"Wild Rose" Lily Vase*; blown glass, ca. 1886; 2013.27, Dr. and Mrs. Burton P. Fabricand Gift and Max H. Gluck Foundation Inc. Gift, in honor of Virginia and Leonard Marx

Hannah Robinson, American; *"Winter" Needlework Picture*; silk and chenille embroidery on silk, 1819; 2013.113; Elizabeth B. Dater and Wm. Mitchell Jennings, Jr. Gift, in honor of Morrison H. Heckscher and Amelia Peck

Daniel Chester French, American; *Architecture*; bronze, 1898; 2013.135.1; Morris K. Jesup Fund

Daniel Chester French, American; *Painting & Sculpture*; bronze, 1899; 2013.135.2; Morris K. Jesup Fund

Thomas Cole, American; *Clouds*; oil on paper laid down on canvas, ca. 1838; 2013.136; Morris K. Jesup Fund

Cyrus Edwin Dallin, American; *Appeal to the Great Spirit*; bronze, 1913; cast, ca. 1916; 2013.441; Morris K. Jesup Fund and Jonathan L. Cohen and Allison B. Morrow Gift

## Ancient Near Eastern Art

GIFT

*Gravestone with Bust of a Young Man*; limestone; Syria (probably Palmyra), ca. 125–50; 2012.454; Estate of Armida B. Colt

## Arms and Armor

GIFTS

*Armor (Yoroi)*; iron, copper, gold, lacquer, silk, leather, textile; Japanese, 19th century; 2012.528.1a–s; The Baber Family, in loving memory of Charles Chenault Baber

*Sword Guard (Tsuba)*; iron, gold; Japanese, 19th century; 2012.528.2; The Baber Family, in loving memory of Charles Chenault Baber

*Sword Guard (Tsuba)*; copper-gold alloy (*shakudō*), gold, silver; Japanese, 19th century; 2012.528.3; The Baber Family, in loving memory of Charles Chenault Baber

*Knife Handle (Kozuka)*; copper-gold alloy (*shakudō*), gold; Japanese, 19th century; 2012.528.4; The Baber Family, in loving memory of Charles Chenault Baber

Gotō Mitsumasa, Japanese (fittings maker); Gotō Kōjō, Japanese (decorator); *Knife Handle (Kozuka)*; copper-gold alloy (*shakudō*), gold; fittings, Edo period (1695–1742), 18th century; peony ornament, Momoyama period (1529–1620), late 16th century; 2012.528.5; The Baber Family, in loving memory of Charles Chenault Baber

*Eglinton Tournament Magic Lantern Slide*; glass, paint, wood; British, ca. 1830; 2013.136; Ed and Pieper Dittus

*Prayer Wheel with Xylographic Folio Page*; jade, copper alloy, turquoise, glass, paper; Tibetan, 19th–20th century; 2013.430a–c; Hermes Knauer, in memory of Conrad P. A. Knauer

PURCHASES

*Powder Flask*; ivory, copper alloy; German, ca. 1670–1700; 2012.341; Arthur Ochs Sulzberger Gift

*Priming Flask with Sundial and Compass*; gilt brass, silver, steel; German, late 16th–early 17th century; 2012.342; Arthur Ochs Sulzberger Gift

*U.S. Army Experimental Visor Helmet #8*; steel, leather, felt, bronze, pigment, sawdust; American, ca. 1918; 2012.473; Rogers Fund, by exchange

*Breastplate with Tassets*; etched and embossed steel, copper alloy, leather; German (Augsburg), ca. 1530; 2013.28; The Sulzberger Foundation Inc.

Jean-André-Prosper-Henri Le Page, French; *Cased Percussion Target Pistols, pair, with Loading and Cleaning Accessories, Made for Henri-Charles-Ferdinand-Marie Dieudonné d'Artois, Duke of Bordeaux, Count of Chambord (1820–1883)*; pistols, steel, gold, wood; case, wood (amboyna veneer), silver, steel, gold, velvet; accessories, ivory, steel; dated 1829; 2013.511.1–.3a–k; Arthur Ochs Sulzberger Bequest and Irene Roosevelt Aitken Gift

Alfred Gauvain (Paris); *Percussion Target Pistols, pair, Made for Display at the 1844 Exposition des Produits de l'Industrie in Paris*; steel, ebony, 1844; 2013.512.1–.2; Arthur Ochs Sulzberger Bequest

Alfred Gauvain, French (Paris); *Percussion Target Pistols, pair, Made for Display at the Crystal Palace Exhibition in London, 1851*; steel, ebony, gold, 1851; 2013.513.1–.2; Arthur Ochs Sulzberger Bequest

Gilles-Michel-Louis Moutier-Le Page, French (gunsmith); Antoine Vechte, French (decorator); *Percussion Target Pistol*; steel, gold, 1849; 2013.514.1; Ronald S. Lauder Gift

Gilles-Michel-Louis Moutier-Le Page, French (gunsmith); Antoine Vechte, French (decorator); *Percussion Target Pistol*; steel, gold, 1851; 2013.514.2; Ronald S. Lauder Gift

## Asian Art

GIFTS

Chen Hui, Chinese; *Great Ease (Da zi zai)*; Qingtian soapstone, 2010; 2012.312a, b; The artist

*Textile with Dragons and Phoenixes*; lampas of silk and gold thread; Chinese, late 13th–14th century; 2012.399; George Hecksher

*Goddess Durga Slaying Mahisha*; copper alloy; Nepalese, 14th century; 2012.444.1; Zimmerman Family Collection

*Head of Bhairava, the Wrathful Form of Shiva*; gilt copper, rock crystal, paint; Nepalese, 16th century; 2012.444.2; Zimmerman Family Collection

Mikyo Dorje, Tibetan; *Mandala of Raktayamari*; tangka, gouache on cotton, late 14th century; 2012.444.3; Zimmerman Family Collection

*Mahakala, Protector of the Tent*; tangka, gouache on cotton; Central Tibetan (Sakya Order), ca. 1500; 2012.444.4; Zimmerman Family Collection

*Textile with Sacred Goose (Hamsa) Design*; cotton, block-printed, mordant-dyed; Indian (Gujarat, for Indonesian market), 15th–early 16th century; 2012.445; Robert T. Coffland, in memory of Mary Hunt

*Floral Decorated Textile*; cotton, mordant- and resist-dyed; Indian (Coromandel Coast), early 18th century; 2012.487.1; Mr. and Mrs. Yukikazu Iwasa, in memory of Seizaburo and Shizuko Iwasa

*Tent Panel with Flowering Motif*; cotton, painted mordant- and resist-dyed (*kalamkari*); Indian (Rajasthan), late 18th century; 2012.487.2; Mr. and Mrs. Yukikazu Iwasa, in memory of Seizaburo and Shizuko Iwasa

*Hexagonal Panel*; cotton, dyed with glued gilding; Indian (Western), 19th century; 2012.487.3; Mr. and Mrs. Yukikazu Iwasa, in memory of Seizaburo and Shizuko Iwasa

*Shrine Hanging (Pichhwai) Fragment*; cotton, gilded, painted, dyed; Indian (Rajasthan), 19th century; 2012.487.4; Mr. and Mrs. Yukikazu Iwasa, in memory of Seizaburo and Shizuko Iwasa

*Floor Covering (Summer Carpet)*; cotton, block-printed, mordant-dyed, inset blue in cotton border edge; Indian (Coromandel Coast), 18th century; 2012.487.5; Mr. and Mrs. Yukikazu Iwasa, in memory of Seizaburo and Shizuko Iwasa

Soga Nichokuan, Japanese; *Owl on a Pine Branch*; hanging scroll, ink on paper, early 17th century; 2012.522.1; Fishbein-Bender Collection, T. Richard Fishbein and Estelle P. Bender

Kiyohara Yukinobu, Japanese; *Waxwings, Cherry Blossoms, and Bamboo by a Stream*; hanging scroll, ink, color on silk, late 17th century; 2012.522.2; Fishbein-Bender Collection, T. Richard Fishbein and Estelle P. Bender

Suzuki Kiitsu, Japanese; *Poppies*; hanging scroll, ink, color on silk, mid-19th century; 2012.522.3; Fishbein-Bender Collection, T. Richard Fishbein and Estelle P. Bender

Calcutta Art Studio Pvt. Ltd., Indian; *Oriental Cupid in Flames*; lithograph, 1878; 2012.523.1; Mark Baron and Elise Boisanté

Calcutta Art Studio Pvt. Ltd., Indian; *Shorhasi/Chinnamosta*; lithograph, 1880–90; 2012.523.2; Mark Baron and Elise Boisanté

Calcutta Art Studio Pvt. Ltd., Indian; *Bhuvanesvari/Bagala*; lithograph, 1880–90; 2012.523.3; Mark Baron and Elise Boisanté

Calcutta Art Studio Pvt. Ltd., Indian; *Gauranga Avatars/Kali*; lithograph, 1880–90; 2012.523.4; Mark Baron and Elise Boisanté

Chitrapriyaprakesh Press, Indian; *Vishnu Narayana on Shesha (Shri Sheshanarayana)*; lithograph, 1886; 2012.523.5; Mark Baron and Elise Boisanté

Ravi Varma Fine Arts Lithographic Press, Indian; *Shri Vishnu*; lithograph, 1894–1900; 2012.523.6; Mark Baron and Elise Boisanté

*Bowl with Prowling Dragons*; porcelain with painted overglaze enamels over a transparent glaze (*Jingdezhen* ware); Chinese, early 20th century; 2012.524; Sondra and Harold Wegweiser

Unknown Artist, Chinese; *Star Deities of the Northern and Central Dipper*; hanging scroll, ink, color on silk, dated 1454; 2012.525; Oscar L. Tang Family

Wu Zhen, Chinese; *Lofty Virtue Reaching the Sky*; hanging scroll, ink on silk, dated 1338; 2012.526.1; Ex coll.: C. C. Wang Family; Oscar L. Tang Family

Wang Meng, Chinese; *Simple Retreat*; hanging scroll, ink, color on paper, ca. 1370; 2012.526.2; Ex coll.: C. C. Wang Family; Oscar L. Tang Family

*Cup in Shape of Rhinoceros Horn*; porcelain with applied decoration (*Dehua* ware); Chinese, 18th century; 2012.527.1; Gilbert Ireland

*Vase with Plum Blossoms*; porcelain (*Dehua* ware); Chinese, 18th century; 2012.527.2; Gilbert Ireland

*Brush Holder*; porcelain painted with ink over a white glaze (*Dehua* ware); Chinese, dated 1908; 2012.527.3; Gilbert Ireland

*Peak with an Overhang*; gray Qilian limestone with buff, caramel, and burnt-sienna markings; Chinese, 18th century; 2012.578a, b; Richard Rosenblum Family

*Coin*; bronze, with inscription *Chong-Ning-Tong-Bao*; Chinese, 1102–6; 2013.43; James C. Y. Watt

Wang Dongling, Chinese; *Ink Meditation*; hanging scroll, ink on paper, 2005; 2013.188.1; The artist

Wang Dongling, Chinese; *Being Open and Empty*; hanging scroll, ink on paper, 2005; 2013.188.2; The artist

Wang Dongling, Chinese; *Dark (Heaven) and Yellow (Earth)*; hanging scroll, ink on paper, 2005; 2013.188.3; The artist

Suzuki Osamu, Japanese; *Bird (Tori)*; porcelain with bluish-white glaze (*seihakuji*), ca. 1974; 2013.189; Joan B. Mirviss

PURCHASES

Unknown Artist, Japanese; *Illustrated Sutra of Past and Present Karma (Kako genzai inga kyō emaki)*; hanging scroll, ink, color on paper, late 13th century; 2012.249; Several members of The Chairman's Council Gifts, Miriam and Ira D. Wallach Foundation and Mary and James G. Wallach Foundation Gifts

Wang Dongling, Chinese; *Canon*; hanging scroll, ink on paper, 1991; 2012.320; Friends of Asian Art Gifts

Wang Dongling, Chinese; *Poem to the Tune of "Rain-Soaked Bell"*; hanging scroll, ink on paper, 2007; 2012.321; Friends of Asian Art Gifts

Chae Yongsin, Korean; *Portrait of a Scholar*; hanging scroll, ink, color on silk, 1924; 2012.329; Friends of Asian Art Gifts

Sopheap Pich, Cambodian (Battambang); *Buddha 2*; rattan, wire, dye, 2009; 2012.349; Friends of Asian Art Gifts

*Ushnishavijaya Enthroned in the Womb of a Stupa*; tangka, gouache on cotton; Nepalese, dated 1510–19; 2012.455; Lila Acheson Wallace Gift

*Achala, Destroyer of Ignorance, with Consort*; tangka, gouache on cotton; Nepalese, 1522–50; 2012.456; Lila Acheson Wallace Gift

*Chakrasamvara and Vajravarahi*; tangka, gouache on cotton; Nepalese, 1575–1600; 2012.457; The Miriam and Ira D. Wallach Foundation Fund

*Buddha Sakyamuni*; brass with color pigments; Central Tibetan, 12th–13th century; 2012.458; Lila Acheson Wallace, Oscar L. Tang, Anthony W. and Lulu C. Wang, and Annette de la Renta Gifts

*Spiritual Master Padmasambhava*; copper alloy; Western Tibetan or Ladakh, 14th century; 2012.459; Lila Acheson Wallace, The Vincent Astor Foundation, Eliot C. Nolen, T. Rowe Price Services, Inc., and Sir Joseph Hotung Gifts; Seymour and The Miriam and Ira D. Wallach Foundation Funds

*White Tara and Green Tara*; tangka, gouache on cotton; Western Tibetan (Guge), 1450–1500; 2012.460; Oscar L. Tang Gift, in honor of Agnes Hsu

*Buddha Sakyamuni and Scenes of His Previous Lives (Jataka Tales)*; tangka, gouache on cotton; Tibetan, 1573–1619; 2012.461; Lila Acheson Wallace Gift

Kitaharasa, Nepalese; *Mandala of the Sun God Surya*; tangka, gouache on cotton, dated 1379 (?); 2012.462; The Vincent Astor Foundation and Friends of Asian Art Gifts

*Vishnu Riding on Garuda*; gilt copper, repoussé; Nepalese, dated 1004; 2012.463; Lila Acheson Wallace, Jeffrey B. Soref and Natalie Soref Gifts

Fujikasa Satoko, Japanese; *Flow*; sand-glazed stoneware with matte white slip, 2011; 2012.512; Halsey and Alice North and Joseph A. Precker Gifts

Sutra Cover with Eight Buddhist Treasures; silk tapestry (kesi), dyed polychrome silk yarns, gold-wrapped yarns in weft-faced tabby-weave fabric; Chinese, 18th century; 2012.559; Barbara and William Karatz Gift, in honor of James C. Y. Watt

Calcutta Art Studio Pvt. Ltd., Indian; Shiva Turns to Ashes (Madan-Bhasma); lithograph, 1890; 2013.1; Anonymous Gift

Calcutta Art Studio Pvt. Ltd., Indian; Gods to be Worshipped in the Evening; lithograph, 1880–90; 2013.2; Anonymous Gift

Calcutta Art Studio Pvt. Ltd., Indian; Kali; lithograph, ca. 1885–95; 2013.3; Anonymous Gift

Calcutta Art Studio Pvt. Ltd., Indian; Sarasvati; lithograph, ca. 1885–95; 2013.4; Anonymous Gift

Oriental Studio, Indian; Shri Shri Lakshmi; lithograph with hand-coloring, ca. 1880; 2013.5; Gift of Mrs. William J. Calhoun, by exchange

Kansaripara Art Studio, Indian; Vishva Rajalakshmi Gomatal; lithograph, ca. 1890; 2013.6; Gift of Mrs. William J. Calhoun, by exchange

Rama, Sita, Lakshmana; lithograph with varnish; Indian, ca. 1880–1900; 2013.7; Gift of Mrs. William J. Calhoun, by exchange

Bhau, Bul & Co., Indian; Krishna and Gopis; lithograph with varnish, ca. 1880–1900; 2013.8; Gift of Mrs. William J. Calhoun, by exchange

Unknown publisher, Indian; Radha; lithograph with varnish, ca. 1880–1900; 2013.9; Gift of Mrs. William J. Calhoun, by exchange

Ravi Varma Fine Arts Lithographic Press, Indian; Lakshmi; lithograph, 1894; 2013.10; Gift of Mrs. William J. Calhoun and Bequest of Nina Bunshaft, by exchange

Ravi Varma Fine Arts Lithographic Press, Indian; Saraswati; lithograph, 1894–1900; 2013.11; Anonymous Gift

Ravi Varma Press, Indian (Karli-Bombay); Markendaya; lithograph, ca. 1900; 2013.12; Gift of Mrs. William J. Calhoun, by exchange

Ravi Varma Press, Indian (Karla-Lonavla); Vishnu's Fish Avatar (Matsya Avatara); lithograph, ca. 1900–1915; 2013.13; Gift of Mrs. William J. Calhoun, by exchange

Ravi Varma Press, Indian (Karla-Lonavla); Ram Panchayatam; lithograph, ca. 1900–1910; 2013.14; Gift of Mrs. William J. Calhoun, by exchange

Ravi Varma Press, Indian (Karla-Lonavla); The Five Gods (Panchadeva); lithograph, ca. 1910; 2013.15; Gift of Mrs. William J. Calhoun, by exchange

Ravi Varma Press (Malavli-Lonavla), Indian; Balaskandha; lithograph with varnish, 1920–30; 2013.16; Gift of Mrs. William J. Calhoun, by exchange

Ravi Varma Press (Malavli-Lonavla); Kali; lithograph with varnish, ca. 1910–20; 2013.17; Gift of Mrs. William J. Calhoun, by exchange

Hemchander Bhargava, Indian; Shri Kenarnathji; lithograph with varnish, 1900–1920; 2013.18; Gift of Mrs. William J. Calhoun, by exchange

Unknown Artist, Indian; Mynah Birds; pair of six-panel folding screens, ink, color, gold on paper, early 17th century; 2013.21.1, .2; Miriam and Ira D. Wallach Foundation and Anonymous Gifts

Unknown Artist, Korean; Deer amid Pine Trees; two hanging scrolls, ink, color on silk, 19th century; 2013.29a, b; Friends of Asian Art Gifts

Unknown Artist, Japanese; Thousand-Armed Kannon (Senju Kannon); hanging scroll remounted on a panel, embroidered silk appliquéd to cotton backing, probably 16th century; 2013.114; Sue Cassidy Clark Gift, in memory of Terry Satsuki Milhaupt

Shinoda Tōkō, Japanese; Words of Gold; ink on gilded paper, framed, dated 2011; 2013.161; Gift of Estate of Mrs. E. H. Harriman, by exchange

Nakamura Takuo, Japanese; Waves at Suminoe (Nami, Suminoe); two pieces of stoneware with polychrome under- and overglazes, 2012; 2013.162a, b; The B. D. G. Leviton Foundation Gift

Figure of a Seated Luohan; soapstone; Chinese, 17th century; 2013.167; Friends of Asian Art Gifts

Fukami Sueharu, Japanese; Upright (Kitsu); pale-blue glazed porcelain, granite base, 2012; 2013.168a, b; Anonymous Gift

Tea Bowl with Splashed Decoration; stoneware with brown glaze, slip decoration; Chinese, 12th–13th century; 2013.174; Friends of Asian Art Gifts

Jar; porcelain with glaze (Xing ware); Chinese, 7th–early 8th century; 2013.231; Barbara and William Karatz Gift, in honor of James C. Y. Watt

Song Yeong-bang, Korean; Lotus and Carp; eight-panel folding screen, ink, light color on paper, 1990; 2013.232; Jungwhe Josephine Moon and Hyun Jun M. Kim Gifts

Enthroned Buddha; silver, gold, unfired clay; Cambodian (probably Phnom Penh), 1923; 2013.247a–h; Anonymous Gift

Models for Paper Folding (Origata tehon); scrapbook album of 128 mounted samples, 23 loose folded paper samples; Japanese, 1697; 2013.248.1–.25; Gift of I. N. Phelps Stokes, by exchange

Bhairava Mask; copper alloy, possibly brass; Indian (probably Kashmir), late 6th–7th century; 2013.249; Bobbie Falk Gift, in honor of Robert Falk

Bowl with Decoration of Auspicious Characters; porcelain with cobalt-blue design; Korean, 19th century; 2013.251; Friends of Asian Art Gifts

## The Costume Institute

GIFTS

Karl Lagerfeld, French, born Hamburg; for House of Chanel, French; Ensemble; wool, silk, metal, 2003; 2012.313.1a, b; Mrs. Charles Wrightsman

Oscar de la Renta, American; Evening Dress; silk, feathers, 2007; 2012.313.2; Mrs. Charles Wrightsman

Dries van Noten, Belgian; Ensemble; wool, 2000–2001; 2012.314.1a–c; N. V. Van Noten Andries

Dries van Noten, Belgian; Suit; linen, 2002–3; 2012.314.2a, b; N. V. Van Noten Andries

Dries van Noten, Belgian; Ensemble; wool, silk, 2004–5; 2012.314.3a, b; N. V. Van Noten Andries

Dries van Noten, Belgian; *Ensemble*; silk, 2008–9; 2012.314.4a–c; N. V. Van Noten Andries

Dries van Noten, Belgian; *Dress*; cotton, 2009; 2012.314.5; N. V. Van Noten Andries

Dries van Noten, Belgian; *Ensemble*; cotton, synthetic, 2009; 2012.314.6a, b; N. V. Van Noten Andries

Yohji Yamamoto, Japanese; *Ensemble*; wool, 2003–4; 2012.315a, b; Minori Shironishi

Italo Zucchelli, Italian; for Calvin Klein, Inc., American; *Ensemble*; wool, spandex, silk, cotton, 2009–10; 2012.316a–d; Calvin Klein Inc.

Arthur McGee, American; *Dress*; cotton, synthetic, 1960s; 2012.317a, b; Anne Doris

Betsey Johnson, American; Penelope Tree, British-American; *Dress*; synthetic, 1966; 2012.318; Penelope Tree

Ronald Kolodzie, American; *Jumpsuit*; cotton blend, 1970s; 2012.319.1; Lydia (Kolodzie) Dolch, in memory of her brother, Ronald Kolodzie

Ronald Kolodzie, American; *Trousers*; vinyl, leather, 1970s; 2012.319.2; Lydia (Kolodzie) Dolch, in memory of her brother, Ronald Kolodzie

Ronald Kolodzie, American; *Trousers*; cotton, 1970s; 2012.319.3; Lydia (Kolodzie) Dolch, in memory of her brother, Ronald Kolodzie

Ronald Kolodzie, American; *Trousers*; silk, 1970s; 2012.319.4; Lydia (Kolodzie) Dolch, in memory of her brother, Ronald Kolodzie

Ronald Kolodzie, American; *Shirt*; nylon, 1970s; 2012.319.5; Lydia (Kolodzie) Dolch, in memory of her brother, Ronald Kolodzie

Ronald Kolodzie, American; *Shirt*; nylon, 1970s; 2012.319.6; Lydia (Kolodzie) Dolch, in memory of her brother, Ronald Kolodzie

Ronald Kolodzie, American; *Shoes*; leather, 1970s; 2012.319.7a, b; Lydia (Kolodzie) Dolch, in memory of her brother, Ronald Kolodzie

Ronald Kolodzie, American; *Shirt*; nylon, 1970s; 2012.319.8; Lydia (Kolodzie) Dolch, in memory of her brother, Ronald Kolodzie

Ronald Kolodzie, American; *Trousers*; cotton, 1970s; 2012.319.9; Lydia (Kolodzie) Dolch, in memory of her brother, Ronald Kolodzie

Ronald Kolodzie, American; *Trousers*; leather, 1970s; 2012.319.10; Lydia (Kolodzie) Dolch, in memory of her brother, Ronald Kolodzie

Karl Lagerfeld, French, born Hamburg; for House of Chanel, French; *Ensemble*; wool, silk, chinchilla fur, ostrich feathers, 2008–9; 2012.488a, b; Mrs. William McCormick Blair, Jr.

Antonio Palladino, American; *Bracelet*; silver, 2009; 2012.489; Carol B. Grossman, given in memory of Jane Stapleton

Comme des Garçons, Japanese; *Dress*; synthetic, 1992–93; 2012.490.1; Mrs. Muffy Flouret

Marc Jacobs, American; for Perry Ellis Sportswear Inc., American; *Dress*; cotton, 1993; 2012.490.2; Mrs. Muffy Flouret

Rei Kawakubo, Japanese; for Comme des Garçons, Japanese; *Dress*; cotton, synthetic, 1996–97; 2012.490.3; Mrs. Muffy Flouret

Miuccia Prada, Italian; for Prada, Italian; *Raincoat*; synthetic, 2002–3; 2012.491a–d; Sharon and Richard Hurowitz

Geoffrey Beene, American; *Jacket*; wool, synthetic, ca. 1992; 2012.518; Maisie Houghton

Philip Treacy, British; *Hat*; silk, metal, synthetic, 2011; 2012.519; Melinda B. Hildebrand

*Suit*; silk; American, late 20th century; 2012.533.1a, b; Kenneth Jay Lane

*Robe*; silk, cotton; Indian, 20th century; 2012.533.2; Kenneth Jay Lane

Fernando Sánchez, American, born Belgium; *Robe*; silk, late 20th century; 2012.533.3; Kenneth Jay Lane

Turnbull & Asser, British; *Ensemble*; silk, late 20th century; 2012.533.4a, b; Kenneth Jay Lane

House of Dior, French; *Trousers*; silk, metal, late 20th century; 2012.533.5; Kenneth Jay Lane

House of Dior, French; *Trousers*; silk, metal, late 20th century; 2012.533.6; Kenneth Jay Lane

*Robe*; silk; American, 20th century; 2012.533.7; Kenneth Jay Lane

*Robe*; silk, metal; American, 20th century; 2012.533.8; Kenneth Jay Lane

*Robe*; silk, metal; American, 20th century; 2012.533.9; Kenneth Jay Lane

*Robe*; silk; American, 20th century; 2012.533.10; Kenneth Jay Lane

*Robe*; silk, metal; American, 20th century; 2012.533.11; Kenneth Jay Lane

*Dressing Gown*; silk; Balinese, 20th century; 2012.533.12; Kenneth Jay Lane

*Ensemble*; silk, cotton; American, late 20th century; 2012.533.13a–c; Kenneth Jay Lane

Julian Tomchin, American; *Robe*; cotton, late 20th century; 2012.533.14; Kenneth Jay Lane

*Shoes*; alligator leather; American, late 20th century; 2012.533.15a, b; Kenneth Jay Lane

André Courrèges, French; *Coat*; fur, silk, 1961; 2012.534; The Derald H. Ruttenberg Foundation

Emilio Schuberth, Italian; *Ensemble*; silk, mid-20th century; 2012.535a, b; Rosalind Steiner

Rudi Gernreich, American, born Austria; *Bathing Suit*; wool, synthetic, ca. 1960; 2012.537; Hanna D. Altman

Gilbert Adrian, American; *Jacket*; silk, 1942–52; 2012.538.1; Patricia Pastor and Barry Friedman

Gilbert Adrian, American; *Ensemble*; wool, 1942–52; 2012.538.2a, b; Patricia Pastor and Barry Friedman

Gilbert Adrian, American; *Ensemble*; wool, 1942–52; 2012.538.3a, b; Patricia Pastor and Barry Friedman

Gilbert Adrian, American; *Ensemble*; wool, 1942–52; 2012.538.4a, b; Patricia Pastor and Barry Friedman

Gilbert Adrian, American; *Ensemble*; wool, 1942–52; 2012.538.5a, b; Patricia Pastor and Barry Friedman

Gilbert Adrian, American; *Ensemble*; silk, 1942–52; 2012.538.6a, b; Patricia Pastor and Barry Friedman

Gilbert Adrian, American; *Ensemble*; wool, 1942–52; 2012.538.7a, b; Patricia Pastor and Barry Friedman

Gilbert Adrian, American; *Ensemble*; wool, 1942–52; 2012.538.8a, b; Patricia Pastor and Barry Friedman

Gilbert Adrian, American; *Ensemble*; wool, 1942–52; 2012.538.9a, b; Patricia Pastor and Barry Friedman

Gilbert Adrian, American; *Dress*; silk, 1942–52; 2012.538.10; Patricia Pastor and Barry Friedman

Gilbert Adrian, American; *Dress*; silk, 1942–52; 2012.538.11a, b; Patricia Pastor and Barry Friedman

Gilbert Adrian, American; *Dress*; silk, 1942–52; 2012.538.12; Patricia Pastor and Barry Friedman

Gilbert Adrian, American; *Dress*; silk, 1942–52; 2012.538.13a, b; Patricia Pastor and Barry Friedman

Gilbert Adrian, American; *Dress*; silk, 1942–52; 2012.538.14; Patricia Pastor and Barry Friedman

Gilbert Adrian, American; *Dress*; silk, 1942–52; 2012.538.15; Patricia Pastor and Barry Friedman

Gilbert Adrian, American; *Ensemble*; silk, 1942–52; 2012.538.16a, b; Patricia Pastor and Barry Friedman

Gilbert Adrian, American; *Ensemble*; silk, 1942–52; 2012.538.17a, b; Patricia Pastor and Barry Friedman

Gilbert Adrian, American; *Coat*; wool, 1942–52; 2012.538.18; Patricia Pastor and Barry Friedman

Gilbert Adrian, American; *Ensemble*; silk, 1942–52; 2012.538.19a, b; Patricia Pastor and Barry Friedman

Gilbert Adrian, American; *Ensemble*; silk, 1942–52; 2012.538.20a, b; Patricia Pastor and Barry Friedman

Gilbert Adrian, American; *Ensemble*; silk, 1942–52; 2012.538.21a, b; Patricia Pastor and Barry Friedman

Gilbert Adrian, American; *Dress*; silk, 1942–52; 2012.538.22; Patricia Pastor and Barry Friedman

Halston, American; *Dress*; silk, 1978; 2013.137.1; Catherine Meacham Durgin

Halston, American; *Dress*; silk, 1976–78; 2013.137.2a, b; Catherine Meacham Durgin

Yoko Ono, American, born Japan; for Opening Ceremony, American; *Shirt*; synthetic, 2012; 2013.138.1; Harold Koda and Alan Kornberg

Yoko Ono, American, born Japan; for Opening Ceremony, American; *Trousers*; wool, synthetic, 2012; 2013.138.2; Harold Koda and Alan Kornberg

Yoko Ono, American, born Japan; for Opening Ceremony, American; *Shirt*; rayon from bamboo, synthetic, 2012; 2013.138.3; Harold Koda and Alan Kornberg

Yoko Ono, American, born Japan; for Opening Ceremony, American; *Trousers*; wool, synthetic, 2012; 2013.138.4; Harold Koda and Alan Kornberg

Karl Lagerfeld, French, born Hamburg; for House of Chanel, French;

*Ensemble*; cotton, synthetic, leather, metal, 2011; 2013.157.1a–h; CHANEL

Karl Lagerfeld, French, born Hamburg; for House of Chanel, French; *Ensemble*; cotton, synthetic, leather, metal, 2011; 2013.157.2a–d; CHANEL

Rei Kawakubo, Japanese; for Comme des Garçons, Japanese; *Ensemble*, cotton, ca. 1984; 2013.190a, b; Patricia Volk

Mariano Fortuny, Spanish; *Jacket*; silk, pigment, first quarter of the 20th century; 2013.191; Jacqueline Loewe Fowler

Halston, American; *Dress*; synthetic, metal, ca. 1976; 2013.192; Harold Koda and Alan Kornberg

Deirdre Hawken, British; *Hat*; silk, cotton, synthetic, metal, 2013; 2013.193; Deirdre Hawken

PURCHASES

*Breeches*; leather; French, ca. 1805; 2012.386; Friends of The Costume Institute Gifts

*Coat*; cotton; European, ca. 1790; 2012.387; Friends of The Costume Institute Gifts

Vivienne Westwood, British; Malcolm McLaren, British; *Shoes*; leather, metal, ca. 1976; 2012.388a, b; Friends of The Costume Institute Gifts

Vivienne Westwood, British; Malcolm McLaren, British; *Ensemble*; wool, cotton, metal, 1974–80; 2012.389a, b; Friends of The Costume Institute Gifts

Vivienne Westwood, British; Malcolm McLaren, British; *Shirt*; cotton, synthetic, 1974–80; 2012.390; Friends of The Costume Institute Gifts

Thierry Mugler, French; *Dress*; Lurex, wool, ca. 1980; 2012.391; Friends of The Costume Institute Gifts

Rei Kawakubo, Japanese; for Comme des Garçons, Japanese; *Coat*; wool, 1982–83; 2012.392; Friends of The Costume Institute Gifts

Thierry Mugler, French; *Jacket*; leather, 1989; 2012.393; Friends of The Costume Institute Gifts

Azzedine Alaïa, French, born Tunisia; *Leggings*; synthetic, 1990s; 2012.394; Friends of The Costume Institute Gifts

Thierry Mugler, French; *Suit*; wool, synthetic, ca. 1990; 2012.395a, b; Various donors

*Shoes*; wood, cotton; French, 1940–45; 2012.396a, b; Various donors

Iris Van Herpen, Dutch; *Ensemble*; polyamide, leather, synthetic, 2011–12; 2012.560a–d; Friends of The Costume Institute Gifts

*Robe*; cotton, linen; Dutch, 1720–40; 2012.561; Isabel Shults Fund

Koos van den Akker, American, born The Netherlands; *Dress*; synthetic, 1977; 2012.562; The Dorothy Strelsin Foundation Inc. Gift

*Earrings*; iron, gold; German, ca. 1810; 2012.563a, b; Alfred Z. Solomon-Janet A. Sloane Endowment Fund

*Necklace*; iron, gold; German, ca. 1810; 2012.564, Alfred Z. Solomon-Janet A. Sloane Endowment Fund

Azzedine Alaïa, French, born Tunisia; *Dress*; silk, polyester, ca. 2010; 2013.30; The Dorothy Strelsin Foundation Inc. Gift

Azzedine Alaïa, French, born Tunisia; *Ensemble*; polyester, ca. 2006; 2013.31a, b; The Dorothy Strelsin Foundation Inc. Gift

Vivienne Westwood, British; Malcolm McLaren, British; *Shirt*; cotton, synthetic, 1976–80; 2013.32a–d; Millia Davenport and Zipporah Fleisher Fund

Alexander McQueen, British; *Jacket*; silk, spring/summer 1995; 2013.33; Millia Davenport and Zipporah Fleisher Fund

*Dress*; linen, cotton; British, ca. 1910; 2013.67; Isabel Shults Fund

Yves Saint Laurent Rive Gauche, French; *Tunic*; cotton, metal, ca. 1970; 2013.115; Gould Family Foundation

Azzedine Alaïa, French, born Tunisia; *Dress*; wool, metal, 1986; 2013.140; Gould Family Foundation

*Earrings*; preserved bird, gold, metal; British, ca. 1865; 2013.143a, b; Alfred Z. Solomon-Janet A. Sloane Endowment Fund

Azzedine Alaïa, French, born Tunisia; *Dress*; leather, metal, ca. 1986; 2013.175; The Dorothy Strelsin Foundation Inc. Gift

Maison Martin Margiela, French; *Ensemble*; synthetic, silk, cotton, metal, 2009; 2013.176a–c; Friends of The Costume Institute Gifts

## Drawings and Prints

### Drawings

GIFTS

Jean Jacques François Le Barbier, French; *Bacchanal*; black chalk, pen and brown ink, brush and brown and gray wash, watercolor, ca. 1765–66; 2012.311; Joseph Baillio

D. Maitland Armstrong, American; Helen Maitland Armstrong, American, born Italy; *Admiral Gaspard de Coligny and View of Medieval Paris: Designs for the Huguenot Window, First Presbyterian Church, New York City*; watercolor, ink, 1915; 2012.400.1a, b; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

D. Maitland Armstrong, American; Helen Maitland Armstrong, American, born Italy; *Saint Matthew: Design for a Stained-Glass Window, Joseph Stickney Memorial Church of the Transfiguration, Bretton Woods, New Hampshire*; watercolor, ink, 1911; 2012.400.2; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

D. Maitland Armstrong, American; Helen Maitland Armstrong, American, born Italy; *Angel Revealing a Vision of the New Jerusalem: Design for a Stained-Glass Window, Saint Michael's Church, New York City*; watercolor, pen and ink, 1910; 2012.400.3; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

D. Maitland Armstrong, American; Helen Maitland Armstrong, American, born Italy; *Saint Raphael, the Guardian of Travelers: Design for a Stained-Glass Window, Memorial to Canon McGrath*; watercolor, pen and ink, 1890–1918; 2012.400.4; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

D. Maitland Armstrong, American; Helen Maitland Armstrong, American, born Italy; *Saint Gabriel: Design for a Stained-Glass Window*; watercolor, pen and ink, 1890–1918; 2012.400.5; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

D. Maitland Armstrong, American; Helen Maitland Armstrong, American, born Italy; *Angel Playing a Lute: Design for a Stained-Glass Window*; watercolor, pen and ink, 1890–1918; 2012.400.6; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

D. Maitland Armstrong, American; Helen Maitland Armstrong, American, born Italy; *Mary Magdalen at the Sepulcher: Design for a Stained-Glass Window*; watercolor, pen and ink, 1890–1918; 2012.400.7; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

D. Maitland Armstrong, American; Helen Maitland Armstrong, American, born Italy; *Saint Andrew Representing Obedience: Design for a Stained-Glass Window, First Presbyterian Church, Flemington, New Jersey*; watercolor, pen and ink, one of a set of seven, 1918–21; 2012.400.8; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

D. Maitland Armstrong, American; Helen Maitland Armstrong, American, born Italy; *Mary, the Mother of Jesus, Representing Faith: Design for a Stained-Glass Window, First Presbyterian Church, Flemington, New Jersey*; watercolor, pen and ink, one of a set of seven, 1918–21; 2012.400.9; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

D. Maitland Armstrong, American; Helen Maitland Armstrong, American, born Italy; *Saint Philip, Representing Hope: Design for a Stained-Glass Window, First Presbyterian Church, Flemington, New Jersey*; watercolor, pen and ink, one of a set of seven, 1918–21; 2012.400.10; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

D. Maitland Armstrong, American; Helen Maitland Armstrong, American, born Italy; *Saint Peter, the Great Apostle, Representing Courage: Design for a Stained-Glass Window, First Presbyterian Church, Flemington, New Jersey*; watercolor, pen and ink, one of a set of seven, 1918–21; 2012.400.11; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

D. Maitland Armstrong, American; Helen Maitland Armstrong, American, born Italy; *Saint James, the Great, Representing Steadfastness: Design for a Stained-Glass Window, First Presbyterian Church, Flemington, New Jersey*; watercolor, pen and ink, one of a set of seven, 1918–21; 2012.400.12; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

D. Maitland Armstrong, American; Helen Maitland Armstrong, American, born Italy; *Jesus Christ: Design for a Stained-Glass Window, First Presbyterian Church, Flemington, New Jersey*; watercolor, pen and ink, one of a set of seven, 1918–21; 2012.400.13; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

D. Maitland Armstrong, American; Helen Maitland Armstrong, American, born Italy; *Saint John, the Divine, Representing Love: Design for a Stained-Glass Window, First Presbyterian Church, Flemington, New Jersey*; watercolor, pen and ink, one of a set of seven, 1918–21; 2012.400.14; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

D. Maitland Armstrong, American; Helen Maitland Armstrong, American, born Italy; *The Virgin Mary, or a Female Saint, at Prayer: Design for a Memorial Stained-Glass Window*; watercolor, pen and ink, 1890–1918; 2012.400.15; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

Helen Maitland Armstrong, American, born Italy; *Saint John: Design for a Stained-Glass Window, Christ's Church, Marlborough, New York*; watercolor, pen and ink, ca. 1929; 2012.400.16; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

Helen Maitland Armstrong, American, born Italy; *Prophet Isaiah: Design for a Stained-Glass Window in Memory of Dwight Braman, Christ's*

*Church, Marlborough, New York*; watercolor, pen and ink, ca. 1929; 2012.400.17; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

D. Maitland Armstrong, American; Helen Maitland Armstrong, American, born Italy; *Design for the Arched Top of a Stained-Glass Window Decorated with Gothic Ornament*; watercolor, pen and ink, 1890–1918; 2012.400.18; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

D. Maitland Armstrong, American; Helen Maitland Armstrong, American, born Italy; *Design for the Arched Top of a Stained-Glass Window Decorated with Renaissance Ornament*; watercolor, pen and ink, 1890–1918; 2012.400.19; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

Helen Maitland Armstrong, American, born Italy; *Angel, Flora, and Pomona: Design for a Panel to Be Placed over a Dining Room Sideboard in an Apartment Hotel*; watercolor, gold paint, pen and ink, graphite, 1895–1920; 2012.400.20; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

Helen Maitland Armstrong, American, born Italy; *Design for Side Altar, Church of the Ascension, New York City*; watercolor, gold paint, pen and ink, 1930; 2012.400.21; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

D. Maitland Armstrong, American; Helen Maitland Armstrong, American, born Italy; *Suffer the Little Children to Come unto Me: Design for Two Panels in a Stained-Glass Window*; watercolor, pen and ink, 1890–1918; 2012.400.22; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

Clayton and Bell, British (London); *Design for a Multi-paned Stained-Glass Window, Church of the Divine Paternity, New York City*; watercolor, pen and ink, ca. 1898; 2012.400.23; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

Helen Maitland Armstrong, American, born Italy; *Hunter and Hound: Design for a Stained-Glass Window (Probably for the Belmont House, New York City)*; watercolor, pen and ink, ca. 1915; 2012.400.24; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

Helen Maitland Armstrong, American, born Italy; *Woman Holding a Rose: Design for a Stained-Glass Window (Probably for the Belmont House, New York)*; watercolor, pen and ink, ca. 1915; 2012.400.25; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

D. Maitland Armstrong, American; Helen Maitland Armstrong, American, born Italy; *Faith, Charity, and Hope: Designs for Three Stained-Glass Window Panels*; watercolor, pen and ink, 1890–1918; 2012.400.26; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

D. Maitland Armstrong, American; Helen Maitland Armstrong, American, born Italy; *Veritas: Design for a Memorial Stained-Glass Window*; watercolor, pen and ink, 1890–1918; 2012.400.27; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

Remillard Photographers, American; *David Maitland Armstrong as a Boy*; photograph, ca. 1846; 2012.400.28; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

*David Maitland Armstrong and Helen Neilson Armstrong in Fifteenth-Century-Style Fancy Dress in Rome*; photograph; Italian, 1871; 2012.400.29; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

*Mrs. David Maitland Armstrong and Her Son Hamilton Armstrong in Germany*; photographic postcard; German, ca. 1905; 2012.400.30; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

*Helen Maitland Armstrong in a Flower Garden*; photograph; American, ca. 1900; 2012.400.31; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

The Huguenot Society of America, American (publisher); *Dedication of the Huguenot Window, Given by Doctor Benjamin G. Demarest as a Memorial to His Mother, in the Old First Presbyterian Church, Fifth Avenue and Twelfth Street, New York City, on Sunday, December 19, 1915*; letterpress, 1915; 2012.400.32; Helena Bienstock, Cynthia MacKay Keegan, and Frank E. Johnson

Umberto Brunelleschi, Italian; *Five Illustrations for Shakespeare's "Le songe d'une nuit d'été" ("A Midsummer Night's Dream")*; two graphite and three gouache and graphite, 1947; 2012.403.1–.5; Gloria Gallucci and Julien Stock

Henry-Bonaventure Monnier, French; *Self-Portrait as Monsieur Prudhomme*; watercolor, gouache over graphite, pen and brown ink, 1861; 2012.446.1; Eric G. Carlson, in honor of Patricia Mainardi

Jan Toorop, Dutch; *Woman and Child Resting, a Man Working in the Field Beyond*; graphite, watercolor, white gouache, 1898; 2012.492; Eric Gillis

D. Maitland Armstrong, American; Helen Maitland Armstrong, American, born Italy; *Nativity: Design for the Stickney Memorial Window, Faith Chapel, Jekyll Island, Georgia*; watercolor, pen and ink, ca. 1904; 2012.498; Helena Bienstock, Cynthia MacKay Keegan and Frank E. Johnson

Eugène Boudin, French; *Fishermen's Wives*; watercolor, graphite, ca. 1855–60; 2012.500; Lizanne Merrill, in honor of Robert and Marion Merrill

Morazzone (Pier Francesco Mazzucchelli), Italian; *The Last Supper*; pen and brown ink, brush and brown wash highlighted with white gouache and black chalk or graphite, ca. 1608; 2012.501; Katrin Bellinger Kunsthandel

George Richmond, British; *"Jocund Day Stands Tiptoe on the Misty Mountain Tops" (Shakespeare, "Romeo and Juliet," Act 3, Scene 5)*; graphite, ca. 1830; 2012.539.1; Alexander B. V. Johnson and Roberta J. M. Olson

Sir Frank Dicksee, British; *Redemption of Tannhäuser* (recto); *Figure Sketches* (verso); watercolor heightened with white gouache on buff card (recto); graphite (verso); 1892; 2012.539.2; Alexander B. V. Johnson and Roberta J. M. Olson

Max Klinger, German; *Three Studies of Women's Heads*; pen and black ink, 1883; 2012.539.3; Alexander B. V. Johnson and Roberta J. M. Olson

Niels Simonsen, Danish; *A Turkish Warrior*; graphite heightened with white gouache, ca. 1843; 2012.539.4; Alexander B. V. Johnson and Roberta J. M. Olson

PURCHASES

Attributed to Johann Tobias Sergel, Swedish; *Venus Preventing Aeneas from Killing Helen*; pen and brown ink, brown wash over graphite, late 18th century; 2012.278; Guy Wildenstein Gift

Otto van Veen, Netherlandish; *The Martyrdom of Saint Andrew*; oil (*en brunaille*) on paper, framing line in pen and brown ink, probably by a later hand, ca. 1595; 2012.279; Harry G. Sperling Fund and Guy Wildenstein Gift

Giovanni Battista Dell'Era, Italian; *Portrait of Giovanni Antonio Santarelli*; black and red chalk, late 18th century; 2012.350; The Elisha Whittelsey Collection, The Elisha Whittelsey Fund

Fedele Fischetti, Italian; *Design for the Fontana di Venere e Adone, Reggia di Caserta, Naples*; pen and black ink, gray wash over black chalk, ca. 1780; 2012.358; Edward Pearce Casey Fund

Christian Georg Schütz the Younger, German; *The Ruin of Liebenstein Castle near Bornhofen am Rhein, Seen from the Northwest*; pen and black ink, brush and gray ink, 1803; 2012.359; Van Day Truex and Harry G. Sperling Funds

Wilhelm Maria Hubertus Leibl, German; *Four Men Playing Music around a Table* (recto); *A Seated Cellist* (verso); graphite, ca. 1868–69; 2012.360; Harry G. Sperling Fund

August Georg Friedrich Lucas, German; *A Roadside Chapel near Tivoli*; watercolor, graphite, 1835; 2012.361; The Elisha Whittelsey Collection, The Elisha Whittelsey Fund

Wilhelm von Kügelgen, German; *Portrait of a Young Man*; black chalk, heightened with white chalk, on brown-gray paper, mid-19th century; 2012.362; The Elisha Whittelsey Collection, The Elisha Whittelsey Fund

Adolph Menzel, German; *View into a Courtyard*; graphite, ca. 1880–90; 2012.364; Karen B. Cohen, Ian Woodner Family Collection, and Harry G. Sperling Funds

Martinus Rørbye, Danish; *Landscape near Bangsbo, North Jutland, with Two Figures*; watercolor, graphite, framing line in pen and black ink, 1830; 2012.365; Mary Oenslager Fund

Johannes Riepenhausen, German; *The Death of Raphael*; pen and black and brown ink, ca. 1832; 2012.366; Frances and Claude Logan and Van Day Truex Funds

Johann Adam Klein, German; *View of the Alter Kranen in Würzburg* (recto); *Study of Three Soldiers and Two Additional Figures* (verso); graphite, 1815; 2012.367; Malcolm Hewitt Wiener Foundation Gift and Harry G. Sperling Fund

Ottmar Elliger the Younger, German; *The Parable of the Mote and the Beam (Matthew 7:3)*; pen and black ink, brush and gray wash over red chalk, 1700 or before; 2012.368; Joseph F. McCrindle Gift

Josua de Grave, Dutch; *Peasants in a Landscape with a Military Camp in Grand-Hallet*; pen and black ink, brush and gray wash, 1675; 2012.369; Sotheby's Gift and Harry G. Sperling Fund

Carl Maria Nicolaus Hummel, German; *Trees near Diessen*; graphite, mid-19th–early 20th century; 2012.370; Van Day Truex Fund

Hendrik Gerrit ten Cate, Dutch; *Deer under Beech Trees in Summer*; watercolor, black chalk, mid-19th century; 2012.371; Frits and Rita Markus Fund

Hendrik Gerrit ten Cate, Dutch; *Deer under Beech Trees in Winter*; watercolor, black chalk, framing line in graphite, mid-19th century; 2012.372; Frits and Rita Markus Fund

Carl Spitzweg, German; *A Standing Bavarian Retired Soldier*; oil on paper, ca. 1860; 2012.373; Van Day Truex Fund

Carl Spitzweg, German; *Study of Rocks*; watercolor, graphite, ca. 1838; 2012.374; Van Day Truex Fund

Carl Gustav Carus, German; *Study of a Willowherb* (recto); *Study of Two Cows* (verso); graphite, brush and gray ink (recto); graphite (verso); 1858 (?); 2012.375; Van Day Truex Fund

Eduard Gaertner, German; *View of Berlin with the Ephraim Palais at Left*; watercolor, 1847; 2012.376; Harry G. Sperling Fund

Vilhelm Hammershøi, Danish; *Figure Reading at a Table in an Interior at Night*; fabricated black and red chalk, ca. 1891; 2012.377; Van Day Truex Fund

Christoffer Wilhelm Eckersberg, Danish; *The Church of Saints Cosmas and Damianus*; graphite, brush and brown ink, framing lines in graphite, brush and blue watercolor, 1814–15; 2012.378; The Elisha Whittelsey Collection, The Elisha Whittelsey Fund

Hans Christian Andersen, Danish; *A Whole Cut Fairy Tale*; paper cutout, ca. 1864; 2012.379; Mary Martin Fund and The Elisha Whittelsey Collection, The Elisha Whittelsey Fund

William Gilpin, British; *Landscape with Hills and a Lake*; pen and black ink, gray wash on buff paper, 18th century; 2012.380; Jeffrey L. Berenson Gift and The Elisha Whittelsey Collection, The Elisha Whittelsey Fund

William Gilpin, British; *Landscape with Hill, Lake, and Figures*; pen and black ink, gray wash on buff paper, 18th century; 2012.381; Jeffrey L. Berenson Gift and The Elisha Whittelsey Collection, The Elisha Whittelsey Fund

Hermann Kestner, German; *Design Illustrating an Excursion to the Countryside*; graphite, 1839; 2012.383; The Elisha Whittelsey Collection, The Elisha Whittelsey Fund

Pieter Jansz. Saenredam, Dutch; *Ground Plan of the Church of Saint John in 's-Hertogenbosch*; pen and brown ink, yellow, gray, and red wash, over lead or graphite, 1632; 2012.414; Rogers Fund, Paul W. L. Russell, David T. Schiff, Mr. and Mrs. Mark Fisch, and Annette de la Renta Gifts

Jean-Baptiste Lemoyne the Younger, French; *Portrait of Etienne Maurice Falconet (1716–1791)*; black, red, and white chalk, with stumping, 1741; 2012.415; The Morris and Alma Schapiro Fund Gift

*Saint Leonard and Episodes from His Life*; brush and ink washes, lead white over metalpoint; Italian (Umbria-Lazio), ca. 1500–1505; 2012.450; Edward Pearce Casey Fund

Rudolf Gaupmann, Austrian; *Prince Paul Clemens von Metternich as a Child, Surrounded by Toys*; watercolor, gouache, graphite, 1841; 2012.464; Harry G. Sperling Fund

Franz Eybl, Austrian; *François Henri Schlick, Count of Bassano de Weisskirchen*; watercolor, gouache, graphite, 1837; 2012.465; The Isaacson-Draper Foundation Gift

Moritz Michael Daffinger, Austrian; *Prince Felix of Schwarzenberg*; watercolor, gouache, graphite, 1838; 2012.466; Harry G. Sperling Fund

Josef Kriehuber, Austrian; *Prince Friedrich of Schwarzenberg*; watercolor, gouache, graphite, 1847; 2012.467; Harry G. Sperling Fund

Josef Kriehuber, Austrian; *Count Georg Esterházy von Galántha*; watercolor, gouache, graphite, 1840; 2012.468; Harry G. Sperling Fund

Moritz Michael Daffinger, Austrian; *Countess Hélène Esterházy, née Countess Bezobrazov*; watercolor, gouache, graphite, ca. 1841; 2012.469; Harry G. Sperling Fund

Ferdinand Georg Waldmüller, Austrian; *Prince Rudolph Joseph of Colloredo-Mansfeld*; watercolor, gouache, graphite, 1835; 2012.470; Harry G. Sperling Fund

Moritz Michael Daffinger, Austrian; *Hussein Khan*; watercolor, gouache, graphite, 1839; 2012.471; Harry G. Sperling Fund

Jacques Louis David, French; *The Death of Socrates*; pen and black ink, brush and gray wash over black chalk, with light squaring in black chalk, ca. 1782; 2013.59; The Elisha Whittelsey Collection, The Elisha Whittelsey Fund

Louis Félix de La Rue, French; *Classical Scene with Figures Gathered around a Sacrificial Altar*; pen and black ink, brush and gray wash, ca. 1760–65; 2013.60; The Elisha Whittelsey Collection, The Elisha Whittelsey Fund

Paolo Veronese (Paolo Caliari), Italian; *Sketches for Compositions and Groups of Figures*; pen and brown ink, brush and brown wash, ca. 1568–88; 2013.61; The Elisha Whittelsey Collection, The Elisha Whittelsey Fund

Paul (Hippolyte) Delaroche, French; *Study for a Figure of Fame*, from the *Hemicycle of the Fine Arts for the School of Fine Arts, Paris (Hémicycle des Beaux-Arts, Ecole des Beaux-Arts)*; watercolor, gouache over black chalk, ca. 1837–41; 2013.62; Guy Wildenstein Gift

Ferdinand Georg Waldmüller, Austrian; *Portrait of a Woman in a Lace Bonnet, in Three-Quarter Profile to the Left*; graphite, mid-19th century; 2013.63; The Elisha Whittelsey Collection, The Elisha Whittelsey Fund

Angelica Kauffmann, Swiss; *Study of a Standing Woman*; black chalk, heightened with white chalk, on gray-blue prepared paper, 1792–96 (?); 2013.64; Brooke Russell Astor Bequest

Angelica Kauffmann, Swiss; *Study of a Seated Woman*; black chalk, heightened with white chalk, on light-brown prepared paper, 1790–91 (?); 2013.65; Brooke Russell Astor Bequest

Henry Fuseli, Swiss; *Perseus Holding the Head of Medusa While Being Attacked by the Other Gorgons* (recto); *Sketch* (verso); pen and brown ink, black chalk, framing line in pen and brown ink (recto); red and black chalk (verso); 1816; 2013.66; Brooke Russell Astor Bequest

Edward Francis Burney, British; *Study for the "Attack on Copenhagen"*; black chalk, pen and brown ink, gray wash, 1801–2; 2013.69; Brooke Russell Astor Bequest

Thomas Sandby, British; *The Moat Island, Windsor Great Park*; watercolor, pen and gray ink, graphite, 1754–55 (?); 2013.70; Brooke Russell Astor Bequest

James Duffield Harding, British; *Ponte Santa Trinità, Florence*; watercolor, graphite, before 1832; 2013.71; Brooke Russell Astor Bequest

Edward Duncan, British; *A Town on an Estuary at Low Tide*; watercolor, gum arabic over graphite, heightened with gouache, 1868; 2013.72; Brooke Russell Astor Bequest

Francis Towne, British; *Berry Pomeroy Castle in the County of Devon*; watercolor, pen and ink on a sheet made of two joined pieces of paper (?), 1775–1805; 2013.73; Brooke Russell Astor Bequest

Richard Dadd, British; *Portrait of Mr. George Bailey*; watercolor, 1855; 2013.74; Brooke Russell Astor Bequest

Thomas Seddon, British; *View on the Nile near Cairo*; watercolor, graphite, heightened with bodycolor, stopping out, ca. 1855; 2013.75; Brooke Russell Astor Bequest

Samuel Buck, British; *Tynemouth Castle, Northumberland*; pen and black ink, brush and gray wash, 1728; 2013.76; Brooke Russell Astor Bequest

David Roberts, British (Scotland); *The Giralda, Seville*; watercolor, graphite, heightened with touches of white, on blue-gray paper, 1833; 2013.77; Brooke Russell Astor Bequest

William Henry Hunt, British; *An Apple, Grapes, and a Hazelnut on a Mossy Bank*; watercolor, graphite, heightened with white, 1810–64; 2013.78; Brooke Russell Astor Bequest

William Henry Hunt, British; *Fishermen's Cottages and Other Houses on the Beach at Hastings*; watercolor, 1810–64; 2013.79; Brooke Russell Astor Bequest

George Richmond, British; *Compositional Study for "Comus—The Measure"* (recto); *Studies of a Man's Right Leg, after Titian, and a Profile, for "Comus–The Measure"* (verso); black chalk, before 1864; 2013.80; Brooke Russell Astor Bequest

George Richmond, British; *Study for a Male Figure in "Comus—The Measure"* (recto); *Reclining Male Nude* (verso); black chalk, before 1864; 2013.81; Brooke Russell Astor Bequest

George Richmond, British; *Study of a Man Gazing down*; pen and brown ink, 1840–80; 2013.82; Brooke Russell Astor Bequest

George Richmond, British; *Portrait of George Eliot, Seen in Profile to the Left*; graphite, 1881; 2013.83; Brooke Russell Astor Bequest

*Caricature of a Man Wearing a Pince-nez, Seen in Profile*; pen and ink; British, 1850–1900; 2013.87; Brooke Russell Astor Bequest

*Caricature of Two Men*; pen and ink; British, 1850–90; 2013.88; Brooke Russell Astor Bequest

George Richmond, British; *Study of a Tree*; watercolor, possibly 1848; 2013.89; Brooke Russell Astor Bequest

George Richmond, British; *Landscape at Margate*; black chalk, 1840–60 (?); 2013.90; Brooke Russell Astor Bequest

George Richmond, British; *Cedar Trees in a Park*; black, red, and white chalk, on brown paper, 1840–70; 2013.91; Brooke Russell Astor Bequest

George Richmond, British; *Burdock*; black and white chalk on blue-gray paper, 1820–90; 2013.92; Brooke Russell Astor Bequest

George Richmond, British; *Study of a Plant*; black chalk, 1840–80; 2013.93; Brooke Russell Astor Bequest

Paul Sandby, British; *Valle Crucis Abbey, Denbighshire*; reed pen and gray and black ink, watercolor over graphite, 1770–79; 2013.94; Brooke Russell Astor Bequest

John Hamilton Mortimer, British; *Classical Subject, Possibly the Aftermath of a Battle*; pen and black and brown ink, traces of black chalk, 1760–79; 2013.95; Brooke Russell Astor Bequest

William Young Ottley, British; *Vision of the True Cross Appearing to Saint Helen*; graphite, black chalk, 1790–1836; 2013.96; Brooke Russell Astor Bequest

Hugh Douglas Hamilton, Irish; *Portrait of William Evelyn of St Clere, Kent, Holding a Spaniel*; pastel, ca. 1768–89; 2013.97; Brooke Russell Astor Bequest

Sir Thomas Lawrence, British; *Portrait of Benjamin Rouse Junior*; graphite, black and red chalk, ca. 1813; 2013.98; Brooke Russell Astor Bequest

George Romney, British; *Portrait Study of the Reverend William Atkinson, Half-Length, Wearing a Broad-Brimmed Hat*; graphite, ca. 1760–62; 2013.99; Brooke Russell Astor Bequest

Thomas Gainsborough, British; *A Clump of Trees*; graphite, brush and gray wash, ca. 1757; 2013.100; Brooke Russell Astor Bequest

Jean-Baptiste-Claude Chatelain, British; *A Classical Landscape*; graphite, pen and gray ink, brush and blue, brown, and gray wash, 1740–79; 2013.101; Brooke Russell Astor Bequest

Theodosius Forrest, British; *Trees by an Entrance to a Park*; graphite, brush and green and ocher wash, 1748–84; 2013.102; Brooke Russell Astor Bequest

John Glover, British; *Barren Coast and Slight Storm*; graphite, brush and black and gray wash, 1794; 2013.103; Brooke Russell Astor Bequest

Peter De Wint, British; *Waltham Abbey, Essex*; graphite, watercolor, ca. 1840; 2013.104; Brooke Russell Astor Bequest

James Ward, British; *A Rocky Stream*; graphite, ca. 1811; 2013.105; Brooke Russell Astor Bequest

Joshua Cristall, British; *Barking Timber in Wychwood Forest, Oxfordshire*; graphite, pen and gray ink, watercolor with gum arabic, scratching out, ca. 1818; 2013.106; Brooke Russell Astor Bequest

George Richmond, British; *Study of a Female Nude, Seated*; red and black chalk, 1870–79; 2013.107; Brooke Russell Astor Bequest

Charles Landseer, British; *A Full-Size Écorché Study of a Hound*; black, red, and white chalk, 1821; 2013.108; Brooke Russell Astor Bequest

John Sell Cotman, British; *The Abbatial House, Abbey of Saint-Ouen, Rouen*; graphite, watercolor, heightened with bodycolor, scratching out, 1824–31; 2013.109; Brooke Russell Astor Bequest

Edward Lear, British; *Agia Paraskevi, Epirus, Greece*; graphite, pen and brown ink, watercolor, 1857; 2013.110; Brooke Russell Astor Bequest

Sebastiano Conca, Italian; *Venus at the Forge of Vulcan* (recto); *Sketches with Two Putti* (verso); pen with black-brown and light-brown ink, brush and brown wash, highlighted with white gouache over black chalk, on paper washed light brown (recto); pen and medium-brown ink on unprepared buff paper (verso); ca. 1716–18; 2013.116; Rogers and Harry G. Sperling Funds, several members of The Chairman's Council Gifts and Mrs. Howard J. Barnet Gift

Michelangelo Anselmi, Italian; *Putti Playing with Hoops (Cartoon for a Fresco in the Parma Cathedral)*; black chalk, outlines pricked for transfer, ca. 1548; 2013.117; Harris Brisbane Dick Fund, and Mr. and Mrs. David M. Tobey and Malcolm Hewitt Wiener Foundation Gifts

Philips Wouwerman, Dutch; *A Mounted Gray Horse Being Schooled*; black chalk, graphite, brush and gray ink, framing line in black chalk or graphite by a later hand, mid-17th century; 2013.144; Fletcher and Frits and Rita Markus Funds

James Jefferys, British; *Studies of Lovers Embracing* (recto), *A Suppliant Figure* (verso); pen and ink, brush and gray wash, graphite, carbon black, 1779; 2013.145; Brooke Russell Astor Bequest

Maria Monninckx, Dutch; *Study of a Plant with Red-Purple Flowers (Sebastiana africana purpurea)*; gouache, watercolor over graphite, 1695; 2013.147; Frits and Rita Markus Fund

John Vanderbank the Younger, British; *Self-Portrait*; pen and brown ink, ca. 1720; 2013.148; Brooke Russell Astor Bequest

Stradanus (Jan van der Straet), Netherlandish; *A Hunting Party*; pen and brown ink, brown wash, heightened with white gouache, over graphite and/or black chalk, on light-brown (prepared?) paper, ca. 1555–65; 2013.149; Brooke Russell Astor Bequest

*Sculpture Designs for Saint Peter, Saint Paul, and the Angel of Death*; pen and brown and black ink with red-brown washes; German (Augsburg

or Munich), early 17th century; 2013.150; Brooke Russell Astor Bequest

Giovanni Maria Butteri, Italian; *The Discovery of Glass*; pen and brown ink, brush and brown wash, highlighted with white gouache, over black chalk, stylus-ruled construction, ca. 1570–72; 2013.151; Bertha and Isaac Liberman Foundation Gift, in honor of Jeffrey P. Klein, and Carolyn H. Specht Gift

Girolamo Macchietti, Italian; *Head of a Mourning Woman in Profile to the Left*; red chalk, white gouache on reddish-ocher prepared paper, ca. 1575–80; 2013.152; Brooke Russell Astor Bequest, Harry G. Sperling and Van Day Truex Funds, Mr. and Mrs. Alexander Slater and Guy Wildenstein Gifts

Jacob Matham, Netherlandish; *Emblem Drawing ("Hope Sustains Me")*; pen and brown ink, brush and blue-gray ink; double framing line in pen and brown ink, by the artist; framing line in pen and brown ink, by a later hand; early 17th century; 2013.177; Brooke Russell Astor Bequest

Jacob Matham, Netherlandish; *Emblem Drawing ("I Rule Everything")*; pen and brown ink, brush and blue-gray ink; double-oval framing line in pen and brown ink, by the artist; framing line in pen and brown ink, by a later hand; early 17th century; 2013.178; Brooke Russell Astor Bequest

George Sand, French; *Landscape with a Fantastic Castle*; watercolor, graphite, 1865; 2013.179; Charles and Jessie Price Gift

Karl Sandtner, German; after Friedrich Sustris, German, born Italy; *Adoration of the Holy Trinity in the Old Covenant*; pen and black ink, brush and gray ink, framing line in pen and black ink, by the artist, 1601; 2013.180; Brooke Russell Astor Bequest and funds from various donors

Etienne de Lavallée-Poussin, French; *Portrait of Marguerite Le Comte*; black chalk, pen and brown ink, brush and brown and gray wash, 1764; 2013.181; PECO Foundation Gift

*Lion Confronting a Dragon*; pen and brown ink; Italian (Tuscany), ca. 1500–1510; 2013.202; Brooke Russell Astor Bequest

Jean François Niceron, French; after Hendrick Goltzius, Netherlandish; *Soldier on Horseback in Catoptric Anamorphosis*; pen and brown ink, brush and brown wash over traces of leadpoint or soft, grayish-black chalk, ca. 1620–40; 2013.203; Brooke Russell Astor Bequest

Francesco Borromini, Italian; *Studies for the Nave and Narthex of San Giovanni in Laterano, Rome*; black chalk (recto); pen and brown ink, black chalk (verso); ca. 1646–55; 2013.204; Brooke Russell Astor Bequest

Vincenzo de Rossi, Italian; *Design for an Altar Surmounted by a Crucifix*; pen and brown ink, brush and gray-brown washes, ca. 1550–70; 2013.205; Brooke Russell Astor Bequest

Antoine Sallaert, Flemish; *Saint Lambert Trampling His Murderers, Surrounded by the Four Church Fathers*; oil (*en brunaille*) on paper, early–mid-17th century; 2013.206; Brooke Russell Astor Bequest

Anthony van Dyck, Flemish; *The Blessed Aloysius Gonzaga in Ecstasy*; brush and brown ink; enlarged, completed with brush and gray ink, probably by Pierre Jean Mariette, French; framing line in pen and black ink; ca. 1629; 2013.207; Brooke Russell Astor Bequest

Zacharias Blijhooft, Dutch; *Carnation ("Hollandia Liberata")*; watercolor, gouache, 1675; 2013.208; Brooke Russell Astor Bequest

Daniel Marot the Elder, French; *View of a Palace Garden with a Central Pond Surrounded by Classical Architecture (Tapestry or Stage Design?)*; pen and black ink, watercolor, ca. 1700–1720; 2013.209; Brooke Russell Astor Bequest

*Design for a Wall and Ceiling with Frames and Decorations in Stucco*; black chalk, pen and brown ink, brown wash; Italian, ca. 1690–1710; 2013.210; Brooke Russell Astor Bequest

*Niche Surrounded by a Decorative Frame Dedicated to the Theme of Music*; pen and gold-brown ink, brush and white and silver washes on blue paper; Italian (Lombard), ca. 1540–70; 2013.211; Brooke Russell Astor Bequest

Georg Dionysius Ehret, German; *Pancratium*; watercolor, gouache, traces of black chalk on vellum, 1738–70; 2013.212; Brooke Russell Astor Bequest

Jan de Beijer, Dutch; *The Old Stock Exchange (Koopmansbeurs), Rotterdam, Seen from the East, with the Kolk and the Beursplein in the Foreground*; black chalk, pen and black ink, gray wash, black ink framing lines; framing lines in pen and black and gray ink, by the artist; 1750; 2013.213; Brooke Russell Astor Bequest

*Church of Saints Peter and Paul in Schelle, near Antwerp, Seen from the North, with a Boat in the River Vliet*; black chalk, pen and brown ink, heightened with white gouache, on (faded) blue paper, framing line in pen and black ink; Flemish, mid-17th century; 2013.214; Brooke Russell Astor Bequest

Christoffer Wilhelm Eckersberg, Danish; *View of the Barrière de la Villette in Paris*; pen and gray ink, graphite, framing line in pen and gray ink, 1810–13; 2013.215; Brooke Russell Astor Bequest

Constantin d'Aix (Jean Antoine Constantin), French; *View of Aix-en-Provence*; pen and black ink, brush and gray wash over traces of black chalk underdrawing, ca. 1773–92; 2013.216; Brooke Russell Astor Bequest

Giovanni Domenico Caresana, Italian; *Standing Angel Holding a Scroll*; point of brush and brown wash, highlighted with white gouache, over black chalk on gray-blue paper, squared in black chalk, ca. 1614; 2013.217; Brooke Russell Astor Bequest

*Saint Ambrose Seated in an Interior*; pen and brown ink, brown wash, heightened with white gouache, on brown prepared paper; Netherlandish, ca. 1520–40; 2013.218; Brooke Russell Astor Bequest

Johann Georg Christoph Fries, German; *Costume Study for Konstanze in the "Abduction from the Seraglio" by W. A. Mozart*; watercolor, graphite, gum arabic, mid-19th century; 2013.219.1; Brooke Russell Astor Bequest

Johann Georg Christoph Fries, German; *Costume Study for Blonde in the "Abduction from the Seraglio" by W. A. Mozart*; watercolor, graphite, gum arabic, mid-19th century; 2013.219.2; Brooke Russell Astor Bequest

Johann Georg Christoph Fries, German; *Costume Study for Belmonte in the "Abduction from the Seraglio" by W. A. Mozart*; watercolor, graphite, gum arabic, mid-19th century; 2013.219.3; Brooke Russell Astor Bequest

Johann Georg Christoph Fries, German; *Costume Study for Pedrillo in the "Abduction from the Seraglio" by W. A. Mozart*; watercolor, graphite, gum arabic, mid-19th century; 2013.219.4; Brooke Russell Astor Bequest

Johann Georg Christoph Fries, German; *Costume Study for Osmin in the "Abduction from the Seraglio" by W. A. Mozart*; watercolor, graphite, gum arabic, mid-19th century; 2013.219.5; Brooke Russell Astor Bequest

Johann Georg Christoph Fries, German; *Costume Study for Bassa Selim in the "Abduction from the Seraglio" by W. A. Mozart*; watercolor, graphite, gum arabic, mid-19th century; 2013.219.6; Brooke Russell Astor Bequest

Eduard Jakob von Steinle, Austrian; *Vision of Joan of Arc*; graphite, gray wash, late 19th century; 2013.220; Brooke Russell Astor Bequest

Paul Decker the Younger, German; *Christ Nailed to the Cross*; pen and black ink, brush and gray ink, heightened with white gouache, on brown paper, early 18th century; 2013.221; Brooke Russell Astor Bequest

Johann Baptist Enderle, German; *Design for a Ceiling Fresco with Scenes from the Life of Saint Barbara*; pen and brown and gray ink, brown and gray wash, black chalk, late 18th century; 2013.224; Brooke Russell Astor Bequest

David Allan, British (Scotland); *The Family of Sir James Hunter Blair, First Baronet (1741–1787)*; watercolor, ca. 1785; 2013.253; Brooke Russell Astor Bequest

Cosmas Damian Asam, German; *God the Father Seated in the Clouds and a Sketch of a Figure Flying* (recto); *Two Angels Flying* (verso); red chalk, brush and brown ink (recto); red chalk, brush and brown ink, graphite, heightened with white gouache (verso); ca. 1720; 2013.450; Rogers Fund and Jean A. Bonna Gift

Thomas Jones, British (Wales); *A Road in a Gorge near Naples*; watercolor, gum arabic glazes over graphite, 1782; 2013.451; Mary Trumbull Adams Trust Fund, Brooke Russell Astor Bequest, 2006 and 2010 Benefit Funds

## Prints

GIFTS

Marylyn Dintenfass, American; *Perfect Pitch: Five Chroma Chords*; portfolio of five ultraviolet etchings, 2011; 2012.253.1.1–.7; Trevor Simon

Marylyn Dintenfass, American; *Perfect Pitch: Five Black Keys*; portfolio of five ultraviolet etchings, 2009–11; 2012.253.2.1–.7; Trevor Simon

Arthur Szyk, American, born Poland; *Szyk Haggadah*; illustrated book, digitally printed with ink-jet printer, 2008; 2012.254; Daniel and Joanna S. Rose

Hendrick Goltzius, Netherlandish; *Grietgen (Margaretha) Jansdr.*; engraving, 1580; 2012.401.1; Dr. Stephen K. and Janie Woo Scher

Louis Maleuvre, French; *The Penniless Newshound (Le Nouvelliste sans Argent)*; hand-colored etching, 1814; 2012.401.2; Dr. Stephen K. and Janie Woo Scher

Victor Adam, French; *Soldiers and Landscapes (Six Prints Pasted onto a Green Album Sheet)*; lithograph, mid-19th century; 2012.401.3a–f; Dr. Stephen K. and Janie Woo Scher

Victor Adam, French; *A Carriage Scene, Soldiers, and Men of Varying Professions (Thirteen Prints of Varying Sizes Pasted onto a Brown Album Sheet)*; lithograph, mid-19th century; 2012.401.4a–m; Dr. Stephen K. and Janie Woo Scher

Victor Adam, French; *Soldiers and a Highlander (Three Prints of Varying Sizes Pasted onto a Yellow Sheet)*; lithograph, mid-19th century; 2012.401.5a–c; Dr. Stephen K. and Janie Woo Scher

Victor Adam, French; *Soldiers (Three Prints of Varying Sizes Pasted onto a Green Sheet)*; lithograph, mid-19th century; 2012.401.6a–c; Dr. Stephen K. and Janie Woo Scher

Victor Adam, French; *Soldiers and a Peddler (Two Prints of Varying Sizes Pasted onto a Green Mounting Sheet)*; lithograph, mid-19th century; 2012.401.7a, b; Dr. Stephen K. and Janie Woo Scher

Victor Adam, French; *Camels in a Landscape (One Print Pasted onto a Gray Mounting Sheet)*; lithograph, mid-19th century; 2012.401.8; Dr. Stephen K. and Janie Woo Scher

J. & W. Beggarstaff, British; William Nicholson, British; James Pryde, British (Scotland); *Rowntree's Elect Cocoa*, pl. 168 from *Masters of the Poster (Les Maîtres de l'Affiche)*; color lithograph, 1899; 2012.401.9; Dr. Stephen K. and Janie Woo Scher

Jules Chéret, French; *Camille Stéfani*, pl. 93 from *Masters of the Poster (Les Maîtres de l'Affiche)*; color lithograph, 1896; 2012.401.10; Dr. Stephen K. and Janie Woo Scher

Jules Chéret, French; *Laughing Paris (Paris Qui Rit) by Georges Duval*; color lithograph, ca. 1886; 2012.401.11; Dr. Stephen K. and Janie Woo Scher

Léopold Flameng, French, born Belgium; *Portrait of Meryon Sitting Up in Bed*; soft ground etching or heliogravure, 1858; 2012.401.12; Dr. Stephen K. and Janie Woo Scher

E. Focetty, French; *The Charlatan (Prodigue de la Chimie)*; lithograph, ca. 1835; 2012.401.13; Dr. Stephen K. and Janie Woo Scher

Georges Goursat [Sem], French; *A Woman in Red and a Waiter with a Forked Beard*; color lithograph, ca. 1900; 2012.401.14; Dr. Stephen K. and Janie Woo Scher

Louis Pierre Henriquel-Dupont, French; after Paul (Hippolyte) Delaroche, French; *Portrait of Carle Vernet*; etching, 1837; 2012.401.15; Dr. Stephen K. and Janie Woo Scher

Hippolyte Mailly, French; after Nadar, French; *Caricature of Charles Philipon*; black chalk on brown paper, 1859; 2012.401.16; Dr. Stephen K. and Janie Woo Scher

Hippolyte Mailly, French; after Nadar, French; *Caricature of Jules de Prémaray*; black chalk on brown paper, 1859; 2012.401.17; Dr. Stephen K. and Janie Woo Scher

Hippolyte Mailly, French; after Nadar, French; *Caricature of Louis Marie de la Haye, Vicomte de Cormenin (Alias Timon)*; black chalk on brown paper, 1859; 2012.401.18; Dr. Stephen K. and Janie Woo Scher

Hippolyte Mailly, French; after Nadar, French; *Caricature of Paul Meurice*; black chalk on brown paper, 1859; 2012.401.19; Dr. Stephen K. and Janie Woo Scher

Georges Jacques Gatine, French; *Embarrassment of Choices (Embarrassment du Choix)*, from *The Right Kind (Le Bon Genre)*, no. 44; hand-colored etching, 1812; 2012.401.20; Dr. Stephen K. and Janie Woo Scher

Horace Vernet, French; *Lancer*; lithograph, 1816; 2012.401.21; Dr. Stephen K. and Janie Woo Scher

Horace Vernet, French; Charles Motte, French; *Portrait of Carle Vernet Sketching*; lithograph, 1816; 2012.401.22; Dr. Stephen K. and Janie Woo Scher

L. E. M. Jones, British; *Alphabet Book Design, Letters C and K*; graphite, 1818–60; 2012.401.23; Dr. Stephen K. and Janie Woo Scher

Henry William Burgess, British; *Landscape*; graphite, 1809–44; 2012.401.24; Dr. Stephen K. and Janie Woo Scher

Thomas Rowlandson, British; *The Antiquary's Last Will and Testament*, pl. 2 from *The English Dance of Death*, vol. 1; hand-colored etching, 1816; 2012.401.25; Dr. Stephen K. and Janie Woo Scher

Thomas Rowlandson, British; *Death Turned Pilot (The Fatal Pilot)*, pl. 9 from *The English Dance of Death*, vol. 2; hand-colored etching, 1815; 2012.401.26; Dr. Stephen K. and Janie Woo Scher

William Henry Bradley, American; Cover of *The Inland Printer: A Technical Journal Devoted to Printing*, vol. 13, no. 4; lithograph on green paper, July 1894; 2012.401.27; Dr. Stephen K. and Janie Woo Scher

William Henry Bradley, American; Cover of *The Inland Printer: A Technical Journal Devoted to Printing*, vol. 13, no. 5; lithograph on pale-green paper, 1894; 2012.401.28; Dr. Stephen K. and Janie Woo Scher

The Inland Printer Company, American (Chicago, Ill.); Cover of *The Inland Printer: A Technical Journal Devoted to Printing, The Easter Number*; color lithograph, April 1896; 2012.401.29; Dr. Stephen K. and Janie Woo Scher

Anna Sewell, British (author); Robert Livingston Dickey, American (illustrator); *Black Beauty—The Autobiography of a Horse*; book with illustrations, commercially printed in color, 1911; 2012.402.1; Kit Smyth Basquin, in honor of her mother, Virginia Gibbs Smyth

Peter Newell, American; *The Slant Book*; book with illustrations, commercially printed in color, 1910; 2012.402.2; Kit Smyth Basquin, in honor of her mother, Virginia Gibbs Smyth

Frances Courtenay Baylor, American (author); Henry Sandham, Canadian (illustrator); *Juan and Juanita*; book with illustrations, wood engravings, 1887; 2012.402.3; Kit Smyth Basquin, in honor of her mother, Virginia Gibbs Smyth

Harry Thurston Peck, American (author); Mélanie Elisabeth Norton, American (illustrator); *The Adventures of Mabel*; book with illustrations, photomechanically printed, 1913; 2012.402.4; Kit Smyth Basquin, in honor of her mother, Virginia Gibbs Smyth

Wilma Cannon, American (author); Marian Cannon, American (illustrator); *Peter is Sweeter*; children's book with three photomechanical color reproductions, 1942; 2012.402.5; Kit Smyth Basquin, in honor of Maurice H. Basquin

Chakaia Booker, American; *Untitled*; woodcut, chine collé, 2011; 2012.404; The Print Club of New York, Inc.

Etienne Carjat, French; *Henry Monnier*, from *Galerie contemporaine, littéraire, artistique*; woodburytype, late 19th century; 2012.446.2; Eric G. Carlson, in honor of Patricia Mainardi

André Gill, French; *M. Henri [sic] Monnier*, from *L'Éclipse*, October 25, 1874; gillotype, 1874; 2012.446.3; Eric G. Carlson, in honor of Patricia Mainardi

Robert Rauschenberg, American; *Water Spot*; lithograph with embossing, 1968; 2012.493.1; Bequest of William S. Lieberman

Roberto Matta, Chilean; *Come detta dentro vo significado*; etching, 1965; 2012.493.2; Bequest of William S. Lieberman

Rembrandt (Rembrandt van Rijn), Dutch; *St. Jerome in Prayer*; etching, 1635; 2012.494.1; Bonnie and Manuel Schonhorn

Captain William E. Baillie, Irish; copy after Rembrandt (Rembrandt van Rijn), Dutch; *Landscape with Haybarn and Flock of Sheep*; etching, drypoint, first state of two, 1750–1810; 2012.494.2; Bonnie and Manuel Schonhorn

Captain William E. Baillie, Irish; copy after Rembrandt (Rembrandt van Rijn), Dutch; *Landscape with Haybarn and Flock of Sheep*; etching, drypoint, second state of two, 1750–1810; 2012.494.3; Bonnie and Manuel Schonhorn

Captain William E. Baillie, Irish; copy after Rembrandt (Rembrandt van Rijn), Dutch; *Old Man with a Long Beard*; etching, third state of three, 1761; 2012.494.4; Bonnie and Manuel Schonhorn

Captain William E. Baillie, Irish; after Adriaen van Ostade, Dutch; *Man Smoking and Drinking at a Window*; mezzotint with etching, 1774; 2012.494.5; Bonnie and Manuel Schonhorn

Captain William E. Baillie, Irish; after Salvator Rosa, Italian; *Old Man with a Long Beard Holding a Stick or Sword-Hilt*; etching, drypoint, first state before letters, 1763; 2012.494.6; Bonnie and Manuel Schonhorn

Josiah Boydell, British; after Rembrandt (Rembrandt van Rijn), Dutch; *Regnier Hansloe, an Anabaptist Minister, and His Wife (Cornelis Claesz Anslo and His Wife Aeltje Gerritsdr Schouten)*; etching, mezzotint, second state of two, 1781; 2012.494.7; Bonnie and Manuel Schonhorn

Richard Diebenkorn, American; *Blue Loop*; aquatint, trial proof, 1980; 2012.495; Peter and Susan Naiman

Rodney Graham, Canadian; *Meissonier with My Thumbprint*; photogravure printed in blue ink, 2010; 2012.496; Christine Burgin, in memory of Donald Young

*Thomas Jefferson Memorial Foundation Postcards*; ten photomechanical prints, matching envelope in sepia; American, 1928; 2012.497.1–.11; Kit Smyth Basquin, in memory of her mother, Virginia Gibbs Smyth

Isabelle Desgrange, French; *Toilettes de Mme Bréant-Castel, from Illustrated Fashion (La Mode Illustrée)*, no. 4; steel engraving with hand coloring, 1885; 2012.499; Jason and Camille Brandt

Pierre Edmé Babel, French; *Design for a Console Table*; etching, 1752; 2012.509; Morrison Heckscher

*Valentine, 1914*; commercial color lithograph; American, 1914; 2012.510; Seth Fagen

John Baldessari, American; *Two Whales (with People)*; screenprint, 2010; 2012.540; The artist

Charles Meryon, French; after Victor Jean Nicolle, French; *Le Pont-au-Change around 1784 (Le Pont-au-Change vers 1784)*; etching, first state of six, 1855; 2012.541; Anonymous

*Design for a Gilt-Leather Panel*; engraving; Dutch, ca. 1660–70; 2013.19; Susan Schulman, in honor of Dr. Peter Fuhring

Master ES, German; *The Letter E*, from *The Alphabet*; engraving, 1466–67; 2013.194; Mr. and Mrs. L. von Hoffman

Rolando Estévez Jordán, Cuban; Sergio Garcia Zamora, Cuban (author); *Día Mambí*; mimeograph with hand coloring, collage, 2011; 2013.195; Nadine M. Orenstein

Claude Simpol, French; *Morning (Le Matin)*; engraving, ca. 1700; 2013.196; Jamie Mulherron

Johannes Riepenhausen, German; *The Life of Raphael of Urbino, Designed and Engraved by Johannes Riepenhausen in Twelve Plates (Vita di Raffaelle da Urbino, disegnata ed incisa da Giovanni Riepenhausen in xii. tavole)*; engraving, letterpress text in blue paper binding, 1833; 2013.237; George R. Goldner

Pieter van der Heyden, Netherlandish; after Pieter Bruegel the Elder, Netherlandish; *Festival of Fools*; engraving, second state of three, after 1570; 2013.452; Petra S. Rumbler and Helmut H. Rumbler

Chris Burden, American; *Coyote Stories*; portfolio of ten etchings, five with aquatint, twenty-five digital prints with chine collé, 2005; 2012.333.1–.37; John B. Turner Fund

Gabriel Huquier, French; after Juste Aurèle Meissonnier, French; *Installation of Fireworks Held at Versailles in 1729 for the Birth of the Dauphin*; etching, ca. 1757–61; 2012.363; A. Hyatt Mayor Purchase Fund, Marjorie Phelps Starr Bequest

Claude Henri Watelet, French; after Etienne de Lavallée-Poussin, French; *Portrait of Marguerite Le Comte*; etching, 1764; 2012.384; A. Hyatt Mayor Purchase Fund, Marjorie Phelps Starr Bequest

Gert Tobias, German, born Romania; Uwe Tobias, German, born Romania; *Untitled*; a portfolio of twelve etchings, white ground aquatints, 2011; 2012.413.1–.12; Janice Carlson Oresman Gift

Jonathan Lasker, American; *Six Etchings*; portfolio of six etchings, 2011; 2012.565.1–.6; John B. Turner Fund

Thomas Nozkowski, American; *Untitled #2*; aquatint, woodblock, 2012; 2012.566; Stewart S. MacDermott Fund

Hugues Sambin, French; *Capital in the Composite Order and Various Architectural Details*; etching, ca. 1554–60; 2012.577; Susan Schulman Gift

Welby Sherman, British; after Samuel Palmer, British; *The Shepherd*; engraving, 1828; 2013.34; The Elisha Whittelsey Collection, The Elisha Whittelsey Fund

George Richmond, British; William Holl the Younger, British; *George Richmond—Self-Portrait*; stipple engraving, 1850–70; 2013.84; Brooke Russell Astor Bequest

George Richmond, British; William Holl the Younger, British; *Portrait of John Keble*; reproductive print, 1863; 2013.85; Brooke Russell Astor Bequest

George Richmond, British; William Holl the Younger, British; *Portrait of Michael Faraday*; stipple engraving, 1852; 2013.86; Brooke Russell Astor Bequest

Dirk Volckertsz Coornhert, Netherlandish; *Six Sayings about Fortune*; engraving, ca. 1560; 2013.118.1–.6; Barbara and Howard Fox and Dr. and Mrs. Arthur H. Elkind Gifts

William Blake, British; *Enoch*; modified lithograph printed in relief from stone, one state, 1806–7; 2013.146; Joseph Pulitzer and Brooke Russell Astor Bequests and 2005 Benefit Fund

Dieter Roth, Swiss, born Germany; *Heidelberg*; screenprint, 1970; 2013.153; Janice Carlson Oresman Gift

Shahzia Sikander, American, born Pakistan; *Orbit*; color direct gravure, 2012; 2013.154; Stewart S. MacDermott Fund

Nicola López, American; *Earth*; etching, woodcut, collage, 2008; 2013.160; Stewart S. MacDermott Fund

David Musgrave, British; *Reverse Golem Portfolio*; portfolio of five etchings, one mezzotint, 2012; 2013.169.1–.6; Janice Carleson Oresman Gift

Claude Henri Watelet, French; after Etienne de Lavallée-Poussin, French; *Portrait of Marguerite Le Comte*; etching, 1764; 2013.182; PECO Foundation Gift

Felix Meyer, Swiss; after Abraham Genoels II, Flemish; *Landscape with Three Figures*; etching printed on blue paper, 1677; 2013.222; Brooke Russell Astor Bequest

Pellegrino dal Colle, Italian; after Francesco Maggiotto, Italian; *The Printmaking Workshop*; engraving, late 18th–early 19th century; 2013.223; Brooke Russell Astor Bequest

Otto Lange, German; *Kreuzigung II*; drypoint, 1918; 2013.225; A. Hyatt Mayor Purchase Fund, Marjorie Phelps Starr Bequest

Johann Georg Puschner, German; *Rock Crystal Chandelier from the White Peller's House (weiße Pellershaus) in Nuremberg*; etching, engraving, ca. 1700–1720; 2013.230; Charles Z. Offin Fund

Louis Philibert Debucourt, French; *Revolutionary Calendar*; etching, aquatint, 1793; 2013.252; Funds from various donors

## Egyptian Art

### GIFTS

*String of Seven Fly Amulets*; gold; Egyptian, Second Intermediate Period, Dynasty 17–New Kingdom (ca. 1600–1070 B.C.); 2012.237.1; Joan B. Robbins

*Hathor Head Amulet*; faience; Egyptian, New Kingdom–Late Period, Dynasty 26 (ca. 1550–525 B.C.); 2012.237.2; Joan B. Robbins

*Female Sphinx Amulet*; amethyst; Egyptian, Middle Kingdom (ca. 2030–1640 B.C.); 2012.237.3; Joan B. Robbins

*Scarab with the Name Wahibre, Either Psamtik I or Apries*; faience; Egyptian, Late Period, Dynasty 26, reign of Psamtik I or Apries (664–570 B.C.); 2012.237.4; Joan B. Robbins

*Scarab with the Name Aakheperkare (Thutmose I)*; faience; Egyptian, New Kingdom, Dynasty 18, reign of Thutmose I (ca. 1504–1492 B.C.); 2012.237.5; Joan B. Robbins

*Bottom of Game Board of Reniseneb*; ebony; Egyptian (Thebes, el-Asasif, tomb of Reniseneb), Middle Kingdom, Dynasty 12, reign of Amenemhat IV (ca. 1814–1805 B.C.); top portion of game board, 26.7.1287, accessioned 1926; Lord Carnarvon

*Stirrup Ring with Engraved Seated Figure Holding a Cup*; cupreous alloy; Egyptian (?), modern (?); N.A.2012.7; Joan B. Robbins

### PURCHASES

*Pair Statue of Neferkhawet and Rennefer*; granodiorite; Egyptian (probably Thebes), New Kingdom, Dynasty 18, early reign of Hatshepsut and Thutmose III (ca. 1479–1450 B.C.); 2012.412; Mr. and Mrs. John A. Moran, Liana Weindling, Lila Acheson Wallace, and Malcolm Hewitt Wiener Foundation Gifts

## European Paintings

### GIFTS

Jean-François Montessuy, French; *Pope Gregory XVI Visiting the Church of San Benedetto at Subiaco*; oil on canvas, 1843; 2003.42.42; The Whitney Collection, Wheelock Whitney III (50 percent undivided interest), and Purchase, Mr. and Mrs. Charles S. McVeigh, by exchange

Johan Christian Dahl, Norwegian; *View over Hallingdal*; oil on canvas, 1844; 2012.447; Asbjorn R. Lunde, in memory of his brother, Karl Lunde

Meiffren Conte, French; *Still Life with Silver and Gold Plate, Shells, and a Sword*; oil on canvas, fourth quarter of the 17th century; 2012.542; Mrs. Russell B. Aitken

Ottavio Leoni (Il Padovano), Italian; *A Cardinal's Procession*; oil on copper, 1621; 2012.543; Damon Mezzacappa

Pierre-Auguste Cot, French; *Springtime*; oil on canvas, 1873; 2012.575; Steven and Alexandra Cohen

Claude Lorrain (Claude Gellée), French; *Landscape with Erminia*; oil on wood, ca. 1647; 2013.197; Thaw Collection, Jointly Owned by The Metropolitan Museum of Art and The Morgan Library & Museum, Eugene V. Thaw (50 percent undivided interest)

### PURCHASES

Francesco Trevisani, Italian; *Dead Christ Supported by Angels*; oil on canvas, ca. 1710; 2012.256; Gwynne Andrews Fund and Stephen Mazoh Gift

baron François Gérard, French; *Charles Maurice de Talleyrand Périgord (1754–1838), Prince de Bénévent*; oil on canvas, 1808; 2012.348; Mrs. Charles Wrightsman Gift

Jusepe de Ribera (called Lo Spagnoletto), Spanish; *The Penitent Saint Peter*; oil on canvas, ca. 1612–13; 2012.416; Gift of Mrs. William M. Haupt, from the collection of Mrs. James B. Haggin, by exchange, and 2011 Benefit Fund

Santi di Tito, Italian; *Madonna and Child with the Infant Saint John the Baptist*; oil on wood, early 1570s; 2012.451; Gift of Jules Fisher, in memory of Roy Fisher, and Friends of European Paintings Gifts

Joseph Wright (Wright of Derby), British; *Virgil's Tomb by Moonlight, with Silius Italicus Declaiming*; oil on canvas, 1779; 2013.155; Lila Acheson Wallace Gift; Gifts of Mrs. William M. Haupt, Josephine Bay Paul, and Estate of George Quackenbush, in his memory, by exchange; The Morris and Alma Schapiro Fund Gift; and funds from various donors

Charles Le Brun, French; *The Sacrifice of Polyxena*; oil on canvas, 1647; 2013.183; 2012 Benefit Fund, and Bequest of Grace Wilkes and Fletcher Fund, by exchange

## European Sculpture and Decorative Arts

### GIFTS

Possibly De Gecroonde Son, Dutch; or De Vergulde Roemer, Dutch; *Gilt-Leather Wall Hangings, set of four*; leather, silvered, painted, varnished, ca. 1650–70; 2012.332.1–.4; Rosine Lambiotte Donhauser

Philippe de Lasalle, French; *Length*; silk, brocaded lampas with twill foundation weave, 1760–80; 2012.544; Mrs. Carla Boehringer

*Christ Child and Saint Joseph*; gilt-bronze plaquette; Spanish, early 17th century; 2012.545.1; Joseph G. Reinis

*Lamentation*; gilt-bronze plaquette; Spanish, early 17th century; 2012.545.2; Joseph G. Reinis

*Ecce Homo*; bronze plaquette; Spanish, ca. 1600; 2012.545.3; Joseph G. Reinis

*Virgin of the Immaculate Conception*; gilt-bronze plaquette; Spanish, ca. 1600; 2012.545.4; Joseph G. Reinis

*Saint Sebastian*; gilt-bronze plaquette; Spanish, early 17th century; 2012.545.5; Joseph G. Reinis

*Saint Jerome*; gilt-bronze plaquette; Spanish, early 17th century; 2012.545.6; Joseph G. Reinis

*Saints Acisclus and Victoria (?)*; bronze plaquette; Spanish, early 17th century; 2012.545.7; Joseph G. Reinis

*Mary Magdalen*; gilt-bronze plaquette; Spanish, early 17th century; 2012.545.8; Joseph G. Reinis

*Saint Benedict*; bronze plaquette; Spanish, early 17th century; 2012.545.9; Joseph G. Reinis

*Saint Francis of Assisi*; gilt-bronze plaquette; Spanish, early 17th century; 2012.545.10; Joseph G. Reinis

*Saint Didacus*; bronze plaquette; Spanish, early 17th century; 2012.545.11; Joseph G. Reinis

*Saint Anthony of Padua*; gilt-bronze plaquette; Spanish, early 17th century; 2012.545.12; Joseph G. Reinis

*Saint Anthony of Padua*; gilt-bronze plaquette; Spanish, early 17th century; 2012.545.13; Joseph G. Reinis

*The Penitence of Saint Peter*; gilt-bronze plaquette; Spanish, ca. 1600; 2012.545.15; Joseph G. Reinis

*Saint Francis of Assisi*; gilt-bronze plaquette; Spanish, possibly 17th century; 2012.545.16; Joseph G. Reinis

*Saint Lucy*; gilt-bronze plaquette; Spanish, possibly 17th century; 2012.545.17; Joseph G. Reinis

Meissen Manufactory, German; *Ice Cream Pails, pair*; hard-paste porcelain, gilded bronze, porcelain, ca. 1730; mounts, ca. 1780–90; 2013.139.1a, b–.2a, b; Mrs. Charles Wrightsman

Pierre Jean David d'Angers, French; *Profile Head of Napoleon*; patinated plaster, after 1837; 2013.198; Eugene V. Thaw

Jean-Désiré Ringel d'Illzach, French; *Alexandre Dumas the Younger*; bronze medal, late 19th century; 2013.199; Dr. and Mrs. Michael Schlossberg

*Ewer in the Form of a Conch Shell*; porcelain, gilded bronze; porcelain, Japanese, ca. 1700; mounts, French, ca. 1750; 2013.238.1; Mrs. Charles Wrightsman

Possibly André Charles Boulle, French; *Chandelier*; gilt bronze, ca. 1710; 2013.238.2; Mrs. Charles Wrightsman

R. W. Martin and Brothers, British; *Tall Vase with Four Roundels*; stoneware, 1876; 2013.239.1; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

R. W. Martin and Brothers, British; *Vase with Birds and Portrait*; stoneware, 1876; 2013.239.2; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

R. W. Martin and Brothers, British; *Plaque Depicting a Pottery Workshop*; terracotta, ca. 1882; 2013.239.3; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

R. W. Martin and Brothers, British; *Creature*; stoneware, 1885; 2013.239.4; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

R. W. Martin and Brothers, British; *Bird*; stoneware, wood, 1888; 2013.239.5a, b; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

R. W. Martin and Brothers, British; *Tall Bird*; stoneware, wood, 1896; 2013.239.6a, b; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

R. W. Martin and Brothers, British; *Jar with Four Birds*; stoneware, 1892; 2013.239.7; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

R. W. Martin and Brothers, British; *Pot with Dragons*; stoneware, 1894; 2013.239.8; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

R. W. Martin and Brothers, British; *Bottle Vase with Birds*; stoneware, 1899; 2013.239.9; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

R. W. Martin and Brothers, British; *Small Vase with Birds*; stoneware, 1905; 2013.239.10; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

François Laurin, French; *Charger with Still Life*; stoneware, ca. 1880; 2013.239.11; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

François Laurin, French; *Vase with Blue Jay*; stoneware, ca. 1880; 2013.239.12; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Albert-Louis Dammouse, French; *Vase with Flowers*; stoneware, ca. 1890; 2013.239.13; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Joseph-Théodore Deck, French; Auguste-Alexandre Hirsch, French; *Vase with Mythological Scenes*; white earthenware, 1867; 2013.239.14; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Joseph-Théodore Deck, French; Ernest Carrière, French; *Charger with Birds*; stoneware, ca. 1885; 2013.239.15; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Auguste Delaherche, French; *Vase*; stoneware, ca. 1890; 2013.239.16; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Doulton Manufactory, British; Hannah Bolton Barlow, British; *Beaker Vase*; stoneware, 1874; 2013.239.17; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Doulton Manufactory, British; Frank A. Butler, British; *Vase*; stoneware, 1879; 2013.239.18; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Doulton Manufactory, British; Frank A. Butler, British; *Vase*; stoneware, ca. 1895; 2013.239.19; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Ault Pottery, British; Christopher Dresser, British; *Vase with Goat Masks*; stoneware, ca. 1894; 2013.239.20; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Haviland & Co., French; Emile Justin Merlot, French; *Jardinière with Landscape*; stoneware, ca. 1880; 2013.239.21; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Haviland & Co., French; Philibert Léon Couturier, French; *Jardinière with Chickens*; stoneware, ca. 1880; 2013.239.22; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Probably Longwy Manufactory, French; Martinus Kuijtenbrouwer, Dutch; *Pot with Tiger*; stoneware, 1882; 2013.239.23; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Edmond Lachenal, French; *Vase with Tendrils*; stoneware, 1899; 2013.239.24; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

*Apostle (Saint Matthew?)*; terracotta; Italian, ca. 1735; 2013.240; Jane and Raphael Bernstein

*Dalmatic (Sakkos)*; silk, metal thread; Russian (probably Moscow), 1890s; 2013.241; Cynthia Hazen Polsky, in memory of Joanne Melniker Stern

*Spice Box (Besamin)*; silver; Russian, ca. 1900; 2013.242; David T. Mininberg and Anne W. Mininberg

PURCHASES

Cristoforo Solari, Italian; *Saint Catherine of Alexandria*; marble, probably 1514–24; 2012.328; European Sculpture and Decorative Arts Fund, Walter and Leonore Annenberg Acquisitions Endowment Fund, Mr. and Mrs. Oscar de la Renta Gift, and Josephine Bay Paul and C. Michael Paul Foundation Inc. Gift, by exchange

Jean Guillaume Moitte, French; *Running Victory*; terracotta, 1789; 2012.452; Wrightsman Fund

Jean Guillaume Moitte, French; *Victory Writing on a Shield*; terracotta, 1789; 2012.453; Wrightsman Fund

Joseph Willems, Flemish; Chelsea Porcelain Manufactory, British; *The Wet Nurse (La Nourrice)*; soft-paste porcelain, ca. 1753–55; 2012.506; Friends of European Sculpture and Decorative Arts Gifts

Vincennes Manufactory, French; *Asia and Africa*; soft-paste porcelain, ca. 1752; 2012.507; Friends of European Sculpture and Decorative Arts Gifts and Marilyn and Lawrence Friedland Gift

Attributed to Philippe Claude Montigny, French; *Inkstand*; oak veneer, ebony, mounted with gilt bronze, ca. 1770; 2013.20; Mercedes T. Bass, Mr. and Mrs. Mark Fisch, and Mr. and Mrs. Oscar de la Renta Gifts, in honor of Mrs. Charles Wrightsman

William Theed the Elder, British; *Thetis Transporting Arms for Achilles*; bronze, ca. 1804–12; 2013.35; Assunta Sommella Peluso, Ignazio Peluso, Ada Peluso, and Romano I. Peluso Gift

Master of the Furies, Austrian (Salzburg); *Saint Sebastian*; ivory, king-wood socle, 17th century; 2013.36; European Sculpture and Decorative Arts Fund, Walter and Leonore Annenberg Acquisitions Endowment Fund, and Hester Diamond and Mr. and Mrs. J. Tomilson Hill Gifts

Jean-Baptiste Carpeaux, French; *Madame Defly*; bronze medallion, 1863; 2013.254; Stephen K. Scher Gift

Antonio Corradini, Italian; *Adonis*; marble, ca. 1725; 2013.432; European Sculpture and Decorative Art Funds, and funds from various donors

Martin Gizl, Austrian; *Ewer and Stand*; Alpine ibex horn, gold, gilded copper, 1758; 2013.442.1, .2; Anna-Maria and Stephen Kellen Foundation Gift

L'Honnesta (Andrea Zambelli), Italian; *Torah Crown*; silver, parcel-gilt, ca. 1740–50; 2013.443; Funds from various donors

A. M., Georgian; *Torah Finials, pair*; silver, parcel-gilt, 1896; 2013.444.1, .2; Mortimer B. Zuckerman Gift and Isaac D. Fletcher Gift

Paul Gauguin, French; *Vessel with Women and Goats*; stoneware, ca. 1886–87; 2013.471; Robert A. Ellison, Jr. Collection; Acquisitions Fund; Louis V. Bell, Harry Brisbane Dick, Fletcher, and Rogers Funds; Joseph Pulitzer Bequest; 2011 Benefit Fund; and The Isaacson-Draper Foundation Gift

Ernest Chaplet, French; Haviland & Co., French; *Vase with Swan*; porcelain, ca. 1880; 2013.472; Robert A. Ellison, Jr. Collection; Acquisitions Fund; Louis V. Bell, Harry Brisbane Dick, Fletcher, and Rogers Funds; Joseph Pulitzer Bequest; 2011 Benefit Fund; and The Isaacson-Draper Foundation Gift

Edouard-Alexandre Dammouse, French; Haviland & Co., French; Ernest Chaplet, French; *Vase with Rooster*; stoneware, ca. 1884; 2013.473; Robert A. Ellison, Jr. Collection; Acquisitions Fund; Louis V. Bell, Harry Brisbane Dick, Fletcher, and Rogers Funds; Joseph Pulitzer Bequest; 2011 Benefit Fund; and The Isaacson-Draper Foundation Gift

Ernest Chaplet, French; Haviland & Co., French; *Vase with Reaper*; stoneware, ca. 1885; 2013.474; Robert A. Ellison, Jr. Collection; Acquisitions Fund; Louis V. Bell, Harry Brisbane Dick, Fletcher, and Rogers Funds; Joseph Pulitzer Bequest; 2011 Benefit Fund; and The Isaacson-Draper Foundation Gift

Ernest Chaplet, French; Haviland & Co., French; *Tankard with Man Drinking from Jug*; stoneware, ca. 1885; 2013.475; Robert A. Ellison, Jr. Collection; Acquisitions Fund; Louis V. Bell, Harry Brisbane Dick, Fletcher, and Rogers Funds; Joseph Pulitzer Bequest; 2011 Benefit Fund; and The Isaacson-Draper Foundation Gift

Ernest Chaplet, French; Haviland & Co., French; *Tankard with Woman Seated*; stoneware, ca. 1885; 2013.476; Robert A. Ellison, Jr. Collection; Acquisitions Fund; Louis V. Bell, Harry Brisbane Dick, Fletcher, and Rogers Funds; Joseph Pulitzer Bequest; 2011 Benefit Fund; and The Isaacson-Draper Foundation Gift

Ernest Chaplet, French; *Square Vase*; porcelain, ca. 1889; 2013.477; Robert A. Ellison, Jr. Collection, The Isaacson-Draper Foundation Gift

Ernest Chaplet, French; *Bottle Vase*; porcelain, ca. 1890; 2013.478; Robert A. Ellison, Jr. Collection; Acquisitions Fund; Louis V. Bell, Harry Brisbane Dick, Fletcher, and Rogers Funds; Joseph Pulitzer Bequest; 2011 Benefit Fund; and The Isaacson-Draper Foundation Gift

Ernest Chaplet, French; *Monumental Vase*; porcelain, ca. 1890; 2013.479; Robert A. Ellison, Jr. Collection; Acquisitions Fund; Louis V. Bell, Harry Brisbane Dick, Fletcher, and Rogers Funds; Joseph Pulitzer Bequest; 2011 Benefit Fund; and The Isaacson-Draper Foundation Gift

Ernest Chaplet, French; *Vase*; porcelain, brass, ca. 1891; 2013.480; Robert A. Ellison, Jr. Collection; Acquisitions Fund; Louis V. Bell, Harry Brisbane Dick, Fletcher, and Rogers Funds; Joseph Pulitzer Bequest; 2011 Benefit Fund; and The Isaacson-Draper Foundation Gift

Pierre-Adriene Dalpayrat, French; Alphone Voisin-Delacroix, Swiss; *Vase with Face*; stoneware, 1892–93; 2013.481; Robert A. Ellison, Jr. Collection; Acquisitions Fund; Louis V. Bell, Harry Brisbane Dick, Fletcher, and Rogers Funds; Joseph Pulitzer Bequest; 2011 Benefit Fund; and The Isaacson-Draper Foundation Gift

Pierre-Adriene Dalpayrat, French; *Bowl with Two Panthers*; stoneware, 1894–95; 2013.482; Robert A. Ellison, Jr. Collection; Acquisitions Fund; Louis V. Bell, Harry Brisbane Dick, Fletcher, and Rogers Funds; Joseph Pulitzer Bequest; 2011 Benefit Fund; and The Isaacson-Draper Foundation Gift

Auguste Delaherche, French; *Vase with Peacock Feathers*; stoneware, ca. 1889; 2013.483; Robert A. Ellison, Jr. Collection; Acquisitions Fund; Louis V. Bell, Harry Brisbane Dick, Fletcher, and Rogers Funds; Joseph Pulitzer Bequest; 2011 Benefit Fund; and The Isaacson-Draper Foundation Gift

Auguste Delaherche, French; *Vase*; stoneware, ca. 1893; 2013.484; Robert A. Ellison, Jr. Collection; Acquisitions Fund; Louis V. Bell, Harry Brisbane Dick, Fletcher, and Rogers Funds; Joseph Pulitzer Bequest; 2011 Benefit Fund; and The Isaacson-Draper Foundation Gift

Auguste Delaherche, French; *Tall Vase with Four Handles*; stoneware, ca. 1893–94; 2013.485; Robert A. Ellison, Jr. Collection; Acquisitions Fund; Louis V. Bell, Harry Brisbane Dick, Fletcher, and Rogers Funds; Joseph Pulitzer Bequest; 2011 Benefit Fund; and The Isaacson-Draper Foundation Gift

Auguste Delaherche, French; *Vase*; stoneware, ca. 1890; 2013.486; Robert A. Ellison, Jr. Collection; Acquisitions Fund; Louis V. Bell, Harry Brisbane Dick, Fletcher, and Rogers Funds; Joseph Pulitzer Bequest; 2011 Benefit Fund; and The Isaacson-Draper Foundation Gift

Auguste Delaherche, French; *Vase with Four Green Handles*; stoneware, ca. 1899; 2013.487; Robert A. Ellison, Jr. Collection; Acquisitions Fund; Louis V. Bell, Harry Brisbane Dick, Fletcher, and Rogers Funds; Joseph Pulitzer Bequest; 2011 Benefit Fund; and The Isaacson-Draper Foundation Gift

Jean-Joseph Carriès, French; *Gourd Vase*; stoneware, ca. 1890; 2013.488; Robert A. Ellison, Jr. Collection; Acquisitions Fund; Louis V. Bell, Harry Brisbane Dick, Fletcher, and Rogers Funds; Joseph Pulitzer Bequest; 2011 Benefit Fund; and The Isaacson-Draper Foundation Gift

Jean-Joseph Carriès, French; *Flask with Face*; stoneware, ca. 1890; 2013.489; Robert A. Ellison, Jr. Collection; Acquisitions Fund; Louis V. Bell, Harry Brisbane Dick, Fletcher, and Rogers Funds; Joseph Pulitzer Bequest; 2011 Benefit Fund; and The Isaacson-Draper Foundation Gift

Jean-Joseph Carriès, French; *La Grenouillard*; stoneware, ca. 1891; 2013.490; Robert A. Ellison, Jr. Collection; Acquisitions Fund; Louis V. Bell, Harry Brisbane Dick, Fletcher, and Rogers Funds; Joseph Pulitzer Bequest; 2011 Benefit Fund; and The Isaacson-Draper Foundation Gift

Georges Hoentschel, French; *Vase*; stoneware, ca. 1900; 2013.491; Robert A. Ellison, Jr. Collection; Acquisitions Fund; Louis V. Bell, Harry Brisbane Dick, Fletcher, and Rogers Funds; Joseph Pulitzer Bequest; 2011 Benefit Fund; and The Isaacson-Draper Foundation Gift

## Greek and Roman Art

GIFTS

*Head of a Goddess*; marble; Greek, Hellenistic, 2nd–1st century B.C.; 2012.477.1; Armida B. Colt

*Oinochoe (Jug)*; terracotta; Greek (Attic), ca. 400 B.C.; 2012.477.2; Armida B. Colt

Attributed to the Asteas Group, Greek, South Italian (Paestan); *Hydria (Water Jar)*; terracotta, ca. 340–330 B.C.; 2012.477.3; Armida B. Colt

Attributed to the Rochester Group, Greek, South Italian (Apulian); *Plate*; terracotta, ca. 350–325 B.C.; 2012.477.4; Armida B. Colt

*Oinochoe, Olpe (Jug)*; terracotta; Etruscan or South Italian, 5th century B.C.; 2012.477.5; Armida B. Colt

*Stemless Kylix (Drinking Cup)*; terracotta; Greek (Attic), Classical, 5th century B.C.; 2012.477.6; Armida B. Colt

*Stemmed Bowl*; terracotta; Greek (Attic), Classical, 5th century B.C.; 2012.477.7; Armida B. Colt

*Askos (Flask with Spout and Handle over the Top)*; terracotta; Greek, South Italian (Campanian), 4th century B.C.; 2012.477.8; Armida B. Colt

*Megarian Bowl*; terracotta; Greek, Hellenistic, late 3rd century B.C.; 2012.477.9; Armida B. Colt

*Megarian Bowl*; terracotta; Greek, Asia Minor, Hellenistic, 3rd century B.C.; 2012.477.10; Armida B. Colt

*Megarian Bowl*; terracotta; Greek, Asia Minor, Hellenistic, 3rd century B.C.; 2012.477.11; Armida B. Colt

*Hekataion*; marble; Roman, Imperial, 2nd century A.D.; 2012.477.12; Armida B. Colt

*Head Flask*; glass, mold-blown; Roman, Late Imperial, 4th century A.D.; 2012.479.1; Renée E. and Robert A. Belfer

*Snake-Thread Flask Shaped Like a Mouse*; glass, blown, tooled, trailed; Roman, Late Imperial, 3rd century A.D.; 2012.479.2; Renée E. and Robert A. Belfer

*Serving Dish*; glass, cast, cut; Roman, Early Imperial, 1st century A.D.; 2012.479.3; Renée E. and Robert A. Belfer

*Ribbed Bowl*; glass, cast, tooled, cut; Roman, Early Imperial, late 1st century B.C.–mid-1st century A.D.; 2012.479.4; Renée E. and Robert A. Belfer

*Drinking Cups, pair*; glass, blown, blobbed; Roman, Early Imperial, 1st century A.D.; 2012.479.5a, b; Renée E. and Robert A. Belfer

*Amphora (Two-Handled Bottle)*; glass, blown; Roman, Early Imperial, Julio-Claudian, first half of the 1st century A.D.; 2012.479.6; Renée E. and Robert A. Belfer

*Oinochoe (Jug)*; glass, core-formed; Greek, mid-4th–early 3rd century B.C.; 2012.479.7; Renée E. and Robert A. Belfer

*Snake-Thread Dropper Flask*; glass, blown, trailed; Roman, Late Imperial, 3rd century A.D; 2012.479.8; Renée E. and Robert A. Belfer

*Head of Demosthenes*; marble; Roman, Imperial, 2nd century A.D.; 2012.479.9; Renée E. and Robert A. Belfer

*Head of a Horned Youth Wearing a Diadem*; marble; Greek, Hellenistic, 3rd–2nd century B.C.; 2012.479.10; Renée E. and Robert A. Belfer

*Two-Sided Relief*; marble; Roman, Imperial, 1st century A.D.; 2012.479.11; Renée E. and Robert A. Belfer

*Group of Women Seated around a Well Head*; terracotta; Greek, Tarentine, second half of the 4th century B.C.; 2012.546; Mary Jaharis, in honor of Thomas P. Campbell

*Bell-Krater (Bowl for Mixing Wine and Water)*; terracotta; Greek (Attic), mid-5th century B.C.; 2013.158; Sylvia de Cuevas

PURCHASES

*Cast of a Metal Emblema of Isis-Tyche*; plaster; Egyptian, Ptolemaic, second half of the 3rd century–2nd century B.C.; 2012.385; Marguerite and Frank A. Cosgrove, Jr. Fund

*Portrait Head of a Woman*; marble; Roman, Imperial, Severan, early 3rd century A.D.; 2013.456; Lewis M. Dubroff Gift and Marguerite and Frank A. Cosgrove, Jr. Fund

## Islamic Art

GIFTS

Osman Ibn Mehmed, Turkish; *Ka'ba Tile*; stonepaste, ca. 1720–30; 2012.337; John and Fausta Eskenazi, in memory of Victor H. Eskenazi

*Textile Fragment with Double-Headed Eagles and Facing Lions*; silk; Central Asian or Iranian, ca. 12th century; 2012.338; George Hecksher

*Goblet*; glass; Iranian, ca. 7th–8th century; 2012.521; Renée E. and Robert A. Belfer

*Firman of Muhammad Shah Qajar*; ink, opaque watercolor, gold on paper; Iranian, ca. 1834–48; 2013.243; Dr. Layla Diba

*Furniture Plaque Showing Female Musician in an Architectural Framework*; ivory; Indian, 16th century; 2013.244; Cynthia Hazen Polsky

*Silver-Gilt Tray*; silver; Indian; late 18th century; 2013.257; Avna Cassinelli

Farah Ossouli, Iranian; *Rival*; gouache on cardboard, 2010; 2012.245a, b; 2011 NoRuz at the Met Benefit

Marcos Grigorian, Armenian-Iranian, born Russia; *Untitled*; straw on mixed media compound on canvas, 1970s; 2012.356; 2011 NoRuz at the Met Benefit

Marcos Grigorian, Armenian-Iranian, born Russia; *Midsummer Night #10*; straw compound on canvas, 1991; 2012.357; 2011 NoRuz at the Met Benefit

*Cactus Plant in Flower (Illustrated Single Work)*; opaque watercolor on paper; Indian (Calcutta), ca. 1800; 2012.410; Friends of Islamic Art Gifts

*Standard (Alam)*; brass; Indian, late 17th–early 18th century; 2013.37; Friends of Islamic Art Gifts

*Portrait of Mah Laqa Bai Chanda*; opaque watercolor, ink on paper; Indian (Hyderabad), 19th century; 2013.119; Funds from various donors

*Amulet*; agate; Iranian, mid-18th century; 2013.170; Richard Ettinghausen Art Acquisitions Fund, Louis E. and Theresa S. Seley Purchase Fund for Islamic Art, and Persian Heritage Foundation

*Amulet*; agate; Iranian, 18th century; 2013.171; Richard Ettinghausen Art Acquisitions Fund, Louis E. and Theresa S. Seley Purchase Fund for Islamic Art, and Persian Heritage Foundation

*Kilim Rug*; cotton, wool, silk; Syrian (Aleppo), 19th century; 2013.184; Louis E. and Theresa S. Seley Purchase Fund for Islamic Art and Josephine L. Berger-Nadler Fund

Samira Abbassy, Iranian-American; *Eternal War, Second Circle*; oil on gesso panels, 2011; 2013.226a–l; 2011 NoRuz at the Met Benefit

Reza Derakhshani, Iranian; *Shattered Mirror, Shattered Music*; mixed media, 2010; 2013.227; 2011 NoRuz at the Met Benefit

*Albarello*; stonepaste; Iranian, ca. late 12th–early 13th century; 2013.255; Friends of Islamic Art Gifts

Maliheh Afnan, Iranian, born Palestine; *Nothing to Declare*; mixed media, gauze on paper, 2007; 2013.256; 2011 NoRuz at the Met Benefit

Sadegh Tirafkan, Iranian, born Iraq; *Multitude 10*; digital photo collage, lambda print, 2008; 2013.258; 2011 NoRuz at the Met Benefit

## Medieval Art

*Ring Brooch*; gold, sapphires, garnets; British or French, 1250–1300; 2013.453; Tobias Meyer and Mark Fletcher

*Pendant with the Coronation of the Virgin*; ivory behind rock crystal in gold mount; North French or Netherlandish, early 15th century; 2012.255; Andrew Butterfield and Claire Schiffman, Stephen K. Scher, and Scher Charitable Trust Gifts

*Chess Piece in the Form of a Queen*; whalebone; Scandinavian, 13th century; 2012.346; Pfeiffer Fund

*Relief with a Bird*; marble; Italian (around Salerno), 10th–11th century; 2013.268; Tianaderrah Foundation and Austin B. Chinn Gifts; Larry and Ann Burns Gift, in honor of Austin B. Chinn; Audrey and Martin Gruss Foundation, Anna-Maria and Stephen Kellen Foundation, David H. Koch, Harry and Linda Macklowe, and Charlotte C. Weber Gifts

### The Cloisters

*Head of a Woman*; colorless glass, vitreous paint, silver stain; French, ca. 1440–60; 2012.405; Sarah B. Sherill, in honor of her grandfather, Charles H. Sherill (1867–1936)

*Crippled Beggar*; leaded brass alloy; Netherlandish, ca. 1450–1500; 2012.322; Funds from various donors and The Cloisters Fund

*Situla*; copper alloy with iron handle; German (Rhine Valley), ca. 1200; 2012.347; The Cloisters Fund and The Ruddock Foundation for the Arts Gift

Workshop of Michel Erhart, German (Ulm); *Christ Child with an Apple*; willow with original paint, traces of gold; German (Ulm), ca. 1470–80; 2012.449; The Cloisters Fund

Otto Reinhold Eggers, American; *Preliminary Design for The Cloisters—View of the West Elevation*; graphite pencil in various gray tones on mat board, 1930; 2012.474; The Cloisters Fund

Otto Reinhold Eggers, American; *Preliminary Design for The Cloisters—View from the Southwest*; graphite pencil in various gray tones on mat board, 1930; 2012.475; The Cloisters Fund

Otto Reinhold Eggers, American; *Preliminary Design for The Cloisters—View of the Interior of Cuxa Cloister*; graphite pencil, opaque green, yellow, and white watercolor on mat board, 1930; 2012.476; The Cloisters Fund

*Christ in Majesty in an Initial A (Bifolium from an Antiphonary)*; tempera, ink, gold on parchment; Bohemian (Prague), ca. 1405; 2013.38; The Cloisters Fund and The Rendl Fund

Unknown Artist, German (Augsburg); after a design by Leonhard Beck, German; *Marriage Panel of Gabriel Weydacher and His Wife Juliana Wemis with the Virgin and Child and Saints Barbara and Catherine*; colorless and pot-metal glass, vitreous paint, silver stain, 1519; 2013.156; The Cloisters Fund

*Saints Procopius and Adalbert*; tempera, gold leaf on panel; Bohemian (Prague), 1340–50; 2013.272; The Cloisters Fund

## Modern and Contemporary Art

Aleksandra Stoyanov, Ukrainian; *From the First Person—Number II*; wool, rayon, synthetic fiber, 1997–98; 2012.307; Doron and Marianne Livnat

Jon Eric Riis, American; *Kiss the Prince*; silk, metallic thread, black freshwater pearls, coral, leather, silk, 2005; 2012.406; Dale and Doug Anderson

Kai Nielsen, Danish; *Triton*; porcelain, 1924; 2012.407.1; Mr. and Mrs. H. Kelley Rollings

Kai Nielsen, Danish; *Rohde*; porcelain, 1924; 2012.407.2; Mr. and Mrs. H. Kelley Rollings

Joseph Urban, American, born Austria; *Modern Interiors Designed and Executed by the Wiener Werkstätte*; booklet, cover with four folded pages, ca. 1922–23; 2012.408.1; Donald P. Magner

Joseph Urban, American, born Austria; *Joseph Urban Announces the Arrival of New Artcraft Work from the Artists of Vienna Modern Interiors*; booklet, cover with three folded pages, ca. 1922–23; 2012.408.2; Donald P. Magner

Keystone Camera Company (manufacturer); *"Le Clic" Camera and Pouch*; plastic, nylon, ca. 1985; 2012.409a, b; Dr. Roger P. Holt

Alexander Calder, American; *Black and White in the Distance*; ink, 1931; 2012.448.1; Bequest of Andrea Bollt

Alexander Calder, American; *Black Clouds*; painted sheet metal, metal rod, wire, string, ca. 1939; 2012.448.2a–c; Bequest of Andrea Bollt

Alexander Calder, American; *Red Curlicue with Six Davits*; painted sheet metal, metal rod, wire, 1959; 2012.448.3a, b; Bequest of Andrea Bollt

Willem de Kooning, American, born the Netherlands; *Rome (Roma), Jan. 4, 1960*; ink, paper collage on paper, 1960; 2012.448.4; Bequest of Andrea Bollt

Grace Hartigan, American; *Untitled*; oil on paper, ca. 1952; 2012.448.5; Bequest of Andrea Bollt

Franz Kline, American; *Untitled*; ink on paper from printed telephone book, 1952; 2012.448.6; Bequest of Andrea Bollt

Franz Kline, American; *Untitled*; ink on paper from printed telephone book, 1953; 2012.448.7; Bequest of Andrea Bollt

Franz Kline, American; *Untitled*; oil on canvas, 1961; 2012.448.8; Bequest of Andrea Bollt

Thomas Hart Benton, American; *America Today*; ten panels, egg tempera, oil glazing over Permalba on a gesso ground, on linen mounted to wood panels with a honeycomb interior, 1930–31; 2012.478a–j; AXA Equitable

Henri Matisse, French; *Seated Woman (Femme Assise)*; charcoal on paper, 1944; 2012.502; Ruth Stanton

Sylvia Plimack Mangold, American; *View of Schunnemunk Mountain*; lithograph, forty-first edition of fifty, 1980; 2012.547; Carolyn Alexander and Ted Bonin

Sylvia Plimack Mangold, American; *Flexible and Stainless*; lithograph, fifth artist's proof of ten, 1975; 2012.548; The artist

Matt Mullican, American; *Death's Cape Torn into Many Pieces*; ink, pencil, marker on paper, 1974–75; 2012.549.1; Jõao Tovar

Troy Brauntuch, American; *Untitled (Pages)*; Conté on cotton, 2005; 2012.549.2; Jõao Tovar

Radcliffe Bailey, American; *Untitled*; mixed media on wood, 2005; 2012.550; Barry Friedman and Patricia Pastor

Sean Scully, American, born Dublin; *6.10.04*; pastel on paper, 2004; 2012.551; The artist

Emile-Jacques Ruhlmann, French; *"Duval" Cabinet (Model AR 1511/NR 2300)*; Brazilian rosewood, ivory, amboyna burl, mahogany, oak, plywood, designed 1924, probably made ca. 1926; 2012.576.1a–i; Meryl and Robert Meltzer

Emile-Jacques Ruhlmann, French; *"Duval" Cabinet (Model AR 1511/NR 2300)*; Brazilian rosewood, ivory, amboyna burl, mahogany, oak, plywood, designed 1924, probably made ca. 1926; 2012.576.2a–i; Meryl and Robert Meltzer

Michele Oka Doner, American; *Burning Bush*; bronze, gilding, ca. 1995; 2013.44; Frances F. Bowes

Auguste Labouret, French; *Wall Light from the First-Class Salon of the "Normandie"*; bronze, glass, iron, ca. 1935; 2013.45.1; Marilyn F. Friedman

Louis Süe, French; André Mare, French; *"David-Weill" Chair (Model #45) with Tulips-and-Carnations (Tulipes-et-Œillets) Upholstery, Possibly Pattern #2513*; palisander, oak, wool, designed 1923; 2013.45.2; Marilyn F. Friedman

Richard Upton, American; *Cortona, Italy*; oil on particle board, mounted on board, with artist-made frame, 1989; 2013.200.1; Richard Upton Foundation

Richard Upton, American; *P 93-1 Italian Landscape/Cortona*; oil on particle board, mounted on board, with artist-made frame, 1989; 2013.200.2; Richard Upton Foundation

Auguste Delaherche, French; *Vase with Handles*; stoneware, ca. 1900; 2013.245.1; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Sèvres Manufactory, French; *Vase*; porcelain, 1907; 2013.245.2; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Emile Decoeur, French; *Vase*; stoneware, ca. 1920; 2013.245.3; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Emile Decoeur, French; *Vase*; stoneware, ca. 1925; 2013.245.4; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Louis Majorelle, French; *Vase*; porcelain, 1901; 2013.245.5; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

René Buthaud, French; *"Afrique" Vase*; stoneware, ca. 1930; 2013.245.6; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

René Buthaud, French; *Vase*; earthenware, ca. 1930; 2013.245.7; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Jean Mayodon, French; *Vase*; stoneware, ca. 1928; 2013.245.8; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Ruskin Pottery, British; *Vase*; stoneware, 1925; 2013.245.9; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Ruskin Pottery, British; *Vase*; stoneware, 1911; 2013.245.10; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Ruskin Pottery, British; *Vase*; stoneware, 1927; 2013.245.11; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Bing and Gröndahl, Danish; *Vase*; porcelain, ca. 1900; 2013.245.12; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Auguste Delaherche, French; *Low Vase*; stoneware, ca. 1905; 2013.245.13; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Emile Decoeur, French; *Vase*; stoneware, 1912–13; 2013.245.14; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Emile Lenoble, French; *Vase*; stoneware, ca. 1930; 2013.245.15; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Emile Lenoble, French; *Three-Handled Jar*; stoneware, ca. 1920; 2013.245.16; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Georges Serre, French; *Vase*; stoneware, ca. 1900; 2013.245.17; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Doulton Manufactory, British; *Vase*; stoneware, 1904; 2013.245.18; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Frédéric Kiefer, French; *Pot with Handles*; stoneware, ca. 1930; 2013.245.19; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Zsolnay Factory, Hungarian; *Vase with Four Handles*; porcelain, ca. 1900; 2013.245.20; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Zsolnay Factory, Hungarian; *Jug*; porcelain, ca. 1900; 2013.245.21; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Amphora Factory, Austrian; *Vase with Four Handles*; earthenware, ca. 1900; 2013.245.22; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Eugène Lion, French; *Vase*; stoneware, ca. 1900; 2013.245.23; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Séraphin Soudbinine, French, born Russia; *Sculpture*; stoneware, 1928 (?); 2013.245.24; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Charles Catteau, French; *"Octopus" Pot*; stoneware, ca. 1930; 2013.245.25; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Tullio D'Albisola, Italian; *Pitcher*; earthenware, 1929; 2013.245.26; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Henri-Léon Charles Robalbhen, French; *Vase*; stoneware, ca. 1900; 2013.245.27; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

André Metthey, French; *Charger*; earthenware, ca. 1910; 2013.245.28; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

K. P. M. Porcelain Manufactory, German; *Vase*; porcelain, ca. 1900; 2013.245.29; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

Bretby Art Pottery, British; *Jardinière and Pedestal*; earthenware, ca. 1900; 2013.245.30; Robert A. Ellison, Jr. Collection, Robert A. Ellison, Jr.

PURCHASES

Kalup Linzy, American; *Conversations wit de Churen V: As da Art World Might Turn*; digital video, 2006; 2012.250; Funds from various donors

Rineke Dijkstra, Dutch; *I See A Woman Crying (Weeping Woman)*; three-channel high-definition video, 2009; 2012.382; Lila Acheson Wallace Gift

Sylvia Plimack Mangold, American; *Exact and Diminishing*; acrylic, graphite on canvas, traces of red Conté, 1976; 2012.567; Ruth and Seymour Klein Foundation, Inc. and Charlotte Millman Gifts

Paul Manship, American; *Centaur and Dryad*; watercolor, graphite on paper, ca. 1914; 2013.120; Emma Swan Hall Gift

Michelle Stuart, American; *Scanning Sequence*; graphite, earth on paper, painted boxes containers, 1969–70; 2013.164a–d; Gift of Leonore S. Gershwin 1987 Trust, by exchange

Ali Kazim, Pakistani; *Miyan Mithoo*; watercolor on cardstock, 2006; 2013.259; Robert B. and Emilie W. Betts Foundation Gift

Imran Qureshi, Pakistani; *U-turns*; ink, gouache, watercolor, graphite, metallic paint, Letraset transfer on torn and pasted papers, 2004; 2013.260; The George Economou Collection Gift

Rashid Rana, Pakistani; *Untitled (2)*; graphite on gesso on wood-fiber composite board, coated with synthetic resin, 1992; 2013.261a, b; Robert B. and Emilie W. Betts Foundation Gift

Anwar Jalal Shemza, Pakistani; *The Table*; oil on canvas, 1958; 2013.262; The George Economou Collection Gift

Anwar Jalal Shemza, Pakistani; *Love Letter I*; oil on canvas, 1969; 2013.263; The George Economou Collection Gift

Anwar Jalal Shemza, Pakistani; *Untitled*; etching, 1964; 2013.264; Robert B. and Emilie W. Betts Foundation Gift

Mohammed Zeeshan, Pakistani; *Blame III*; watercolor, gouache, graphite on perforated cardstock, 2006; 2013.265; The George Economou Collection Gift

Mohammed Zeeshan, Pakistani; *Process*; watercolor, gouache on cardstock, 2006; 2013.266; The George Economou Collection Gift

Fernand Léger, French; *The Village*; oil on canvas, 1914; 2013.271; Leonard A. Lauder Cubist Collection, Leonard A. Lauder Gift

Anselm Kiefer, German; *Morgenthau Plan*; acrylic, emulsion, oil, shellac on ink-jet prints mounted on canvas, 2012; 2013.429a–c; Denise and Andrew Saul Fund

## Musical Instruments

GIFTS

James D'Aquisto, American; *Archtop Guitar*; spruce, maple, ebony, 1993; 2012.246; Steve Miller

Jonathan M. Singer, American; *Iconic Guitars of the Twentieth Century*; portfolio of twenty-one ink-jet prints, 2011; 2012.339.1a–w; The artist

Jonathan M. Singer, American; *Four Seasons (Portfolio Series of the Four Guitars That Make Up John Monteleone's "Four Seasons")*; ink-jet prints, 2011; 2012.339.2a–g; The artist

John D'Angelico, American; *Archtop Guitar*; spruce, maple, ebony, steel, celluloid, mother-of-pearl, 1932; 2012.480; John and Christina Monteleone

Steinberger Sound, American; *Electric Guitar*; "Steinberger-blend" graphite and carbon-fiber mix, metal, mid-1980s; 2012.570; Estate of Russell Norkin, in his memory

PURCHASES

*Hawking Drum*; zinc alloy, cast, engraved, inlaid with silver (*bidri* ware), bone; Central Anatolian (Konya), late 18th–early 19th century; 2012.327; Josephine L. Berger-Nadler and Amati Gifts

*Whistle*; wood, wire; Congolese (Kongo), late 19th century; 2012.340; Robert Alonzo Lehman Bequest

*Drum (A-ndëf)*; wood, hide; Guinean (Baga); late 19th century; 2012.358; Amati Gifts

*Drum (Ìyáàlù Bàtá )*; wood, hide, fabric; Nigerian (Yoruba), early 20th century; 2012.505; Michael M. Sweeley Gift

C. Baudouin, French; *Serpent*; wood, paint, brass, ca. 1820; 2012.568a–c; Robert Alonzo Lehman Bequest

M. Fernández, Mexican; *Seven-Course Guitar (Guitarra séptima)*; spruce, rosewood, mother-of-pearl, ca. 1880; 2012.569; Amati Gifts

William S. Haynes Co., American; *Clarinet in A*; silver, 1930; 2012.571.1; Robert Alonzo Lehman Bequest

William S. Haynes Co., American; *Clarinet in B-flat with Case*; silver, 1930; 2012.571.2, .3; Robert Alonzo Lehman Bequest

H. N. White Co., American; *Clarinet in B-flat with Case*; silver, brass with silver plate, ca. 1930; 2012.572a, b; Robert Alonzo Lehman Bequest

Gibson Mandolin-Guitar Manufacturing Co., Ltd., American; *Mandolin*; spruce, maple, mahogany, ivoroid, mother-of-pearl, nickel silver, 1916; 2013.121a–c; Amati Gifts

Gibson Mandolin-Guitar Manufacturing Co., Ltd., American; *Mandolin*; spruce, birch, mahogany, ivoroid, mother-of-pearl, nickel silver, 1917; 2013.122a–c; Amati Gifts

Gibson Mandolin-Guitar Manufacturing Co., Ltd., American; *Mandolin*; spruce, maple, mahogany, ivoroid, mother-of-pearl, nickel silver, 1916; 2013.123a–c; Amati Gifts

Gibson Mandolin-Guitar Manufacturing Co., Ltd., American; *Mandola*; spruce, maple, mahogany, ivoroid, mother-of-pearl, nickel silver, 1917; 2013.124a–c; Amati Gifts

Gibson Mandolin-Guitar Manufacturing Co., Ltd., American; *Mandola*; spruce, maple, mahogany, ivoroid, mother-of-pearl, nickel silver, 1919; 2013.125a–c; Amati Gifts

Gibson Mandolin-Guitar Manufacturing Co., Ltd., American; *Mandocello*; spruce, maple, mahogany, ivoroid, mother-of-pearl, nickel silver, 1916; 2013.126a–c; Amati Gifts

Gibson Mandolin-Guitar Manufacturing Co., Ltd., American; *Mandocello*; spruce, birch, mahogany, ivoroid, mother-of-pearl, nickel silver, 1916; 2013.127a–c; Amati Gifts

Gibson Mandolin-Guitar Manufacturing Co., Ltd., American; *Archtop Guitar*; spruce, maple, mahogany, ivoroid, mother-of-pearl, nickel silver, ca. 1918; 2013.128a–c; Amati Gifts

Gibson Mandolin-Guitar Manufacturing Co., Ltd., American; *Archtop Guitar*; spruce, birch, mahogany, ivoroid, mother-of-pearl, nickel silver, ca. 1919; 2013.129a–c; Amati Gifts

Gibson Mandolin-Guitar Manufacturing Co., Ltd., American; *Archtop Guitar*; spruce, maple, mahogany, ivoroid, mother-of-pearl, nickel silver, 1917; 2013.130a–c; Amati Gifts

Gibson Mandolin-Guitar Manufacturing Co., Ltd., American; *Harp Guitar*; spruce, maple, mahogany, ivoroid, mother-of-pearl, nickel silver, 1917; 2013.131a–c; Amati Gifts

Gibson Mandolin-Guitar Manufacturing Co., Ltd., American; *Mandobass*; spruce, maple, mahogany, ivoroid, mother-of-pearl, nickel silver, brass, 1913; 2013.132; Amati Gifts

Karl Moritz Missenharter, American, born Germany; *Cornet with Case, Mute, and Accessories*; brass, gold plate, ca. 1900; 2013.267a–j; Schonberger Family Foundation Gift

## Photographs

GIFTS

Walter Rosenblum, American; *Girl with Polio, Rivington Street*; gelatin silver print, 1938; 2012.252.1; The Rosenblum Family

Walter Rosenblum, American; *Selling Old Clothes, Pitt Street*; gelatin silver print, 1938; 2012.252.2; The Rosenblum Family

Walter Rosenblum, American; *Camp for Mutilated Refugees*; gelatin silver print, 1946; 2012.252.3; The Rosenblum Family

Walter Rosenblum, American; *Moving Man, Pitt Street*; gelatin silver print, 1938; 2012.252.4; The Rosenblum Family

Walter Rosenblum, American; *Boy on Roof, Pitt Street*; gelatin silver print, 1950; 2012.252.5; The Rosenblum Family

Louis Stettner, American; *Concentric Circles, NYC*; gelatin silver print, 1951; 2012.277.1; The artist

Louis Stettner, American; *Boy of the Birds, Times Square*; gelatin silver print, 2011; 2012.277.2; The artist

Louis Stettner, American; *Times Square, NYC*; silver dye bleach print, 2011; 2012.277.3; The artist

Louis Stettner, American; *Near Pont Neuf Paris*; gelatin silver print, 1950; 2012.277.4; The artist

Louis Stettner, American; *Cafe, Place Blanche Paris*; gelatin silver print, 1950; 2012.277.5; The artist

Louis Stettner, American; *Odd Man in Penn Station*; gelatin silver print, 1958; 2012.277.6; The artist

Louis Stettner, American; *Promenade, Brooklyn*; gelatin silver print, 1954; 2012.277.7; The artist

Louis Stettner, American; *Janet*; gelatin silver print, 1981; 2012.277.8; The artist

Louis Stettner, American; *Janet, Gaspé*; gelatin silver print, 1984; 2012.277.9; The artist

Gordon H. Coster, American; *[Mental Institution Patient]*; gelatin silver print, 1945–50; 2012.308.1; Keith de Lellis

Gordon H. Coster, American; *[State Street at Madison, Looking South, Christmas Shoppers]*; gelatin silver print, ca. 1945; 2012.308.2; Keith de Lellis

Gordon H. Coster, American; *[Nurse in Distress]*; gelatin silver print, ca. 1935; 2012.308.3; Keith de Lellis

Nancy Burson, American; *Untitled*; instant color print, 1988; 2012.309; James Robinson

Bisson Frères, French; *Judea Tapestry (Tapisserie de Judée)*; albumen silver prints from glass negatives, ca. 1855–60; 2012.310a–f; Amis de la Bibliothèque Clementine

Berenice Abbott, American; *Henry Street from Market, Looking West, Manhattan*; gelatin silver print, November 29, 1935; 2012.481.1; Joyce F. Menschel

Berenice Abbott, American; *Gasoline Station, Tremont Avenue and Dock Street, Bronx, New York*; gelatin silver print, July 2, 1936; 2012.481.2; Joyce F. Menschel

Berenice Abbott, American; *George Washington Bridge, Riverside Drive and 179th Street, Manhattan*; gelatin silver print, January 17, 1936; 2012.481.3; Joyce F. Menschel

Robert Adams, American; *Nebraska State Highway 2, Box Butte County, Nebraska*; gelatin silver print, 1978; 2012.481.4; Joyce F. Menschel

Walker Evans, American; *[Wicker Rocking Chair]*; gelatin silver print, ca. 1936; 2012.481.5; Joyce F. Menschel

Walker Evans, American; *Saratoga Springs, New York*; gelatin silver print, ca. 1931; 2012.481.6; Joyce F. Menschel

Emmet Gowin, American; *Edith, Danville, Virginia*; gelatin silver print, 1966; 2012.481.7; Joyce F. Menschel

Emmet Gowin, American; *Edith, Danville, Virginia*; gelatin silver print, 1971; 2012.481.8; Joyce F. Menschel

William Klein, American; *Via del Corso, Rome*; gelatin silver print, 1956; 2012.481.9; Joyce F. Menschel

William Klein, American; *Smoke and Veil, Paris ("Vogue")*; gelatin silver print, 1958; 2012.481.10; Joyce F. Menschel

William Klein, American; *Eighth Avenue, New York*; gelatin silver print, 1955; 2012.481.11; Joyce F. Menschel

William Klein, American; *Beach, Moscow River*; gelatin silver print, 1959; 2012.481.12; Joyce F. Menschel

Roger Mayne, British; *Goalie, Street Football, Brindley Road, Paddington*; gelatin silver print, 1956; 2012.481.13; Joyce F. Menschel

August Sander, German; *Boxers, Paul Röderstein and Hein Hesse, Köln*; gelatin silver print, ca. 1928; 2012.481.14; Joyce F. Menschel

August Sander, German; *Farmer, Westerwald*; gelatin silver print, ca. 1930–31; 2012.481.15; Joyce F. Menschel

Frederick Sommer, American, born Italy; *Jack Rabbit*; gelatin silver print, 1939; 2012.481.16; Joyce F. Menschel

Weegee, American, born Hungary; *Easter Sunday in Harlem*; gelatin silver print, 1940; 2012.481.17; Joyce F. Menschel

Alexandre Bertrand, French; *[Woman with Four Children]*; daguerreotype, 1850s; 2012.481.18; Joyce F. Menschel

John Yang, American, born China; *Untitled*; palladium print, 1981; 2012.482.1; John Yang Archive

John Yang, American, born China; *Untitled*; ziatype print, 1982; 2012.482.2; John Yang Archive

John Yang, American, born China; *Untitled*; ziatype print, 1984; 2012.482.3; John Yang Archive

John Yang, American, born China; *Untitled*; platinum print, 1985; 2012.482.4; John Yang Archive

John Yang, American, born China; *Untitled*; ziatype print, 1982; 2012.482.5; John Yang Archive

John Yang, American, born China; *Untitled*; palladium print, 1981; 2012.482.6; John Yang Archive

John Yang, American, born China; *Untitled*; palladium print, 1982; 2012.482.7; John Yang Archive

John Yang, American, born China; *Untitled*; gelatin silver print, 1984; 2012.482.8; John Yang Archive

John Yang, American, born China; *Serpent*; gelatin silver print, 1984; 2012.482.9; John Yang Archive

John Yang, American, born China; *Beck's Rock Garden*; gelatin silver print, 1985; 2012.482.10; John Yang Archive

John Yang, American, born China; *Shad Knoll*; gelatin silver print, 1985; 2012.482.11; John Yang Archive

John Yang, American, born China; *Angel Oak*; gelatin silver print, 1986; 2012.482.12; John Yang Archive

John Yang, American, born China; *Untitled*; gelatin silver print, 1986; 2012.482.13a, b; John Yang Archive

John Yang, American, born China; *Untitled*; gelatin silver print, 2006; 2012.482.14; John Yang Archive

Stephen Shore, American; *Hebrew University of Jerusalem, Hatzor Excavation*; portfolio of twenty ink-jet prints, 1996; 2012.503.1–.20; Stewart Waltzer, in memory of Linda Segal

*[Union Officer Standing at Attention]*; ambrotype; American, 1861–65; 2012.504; Anonymous

Diane Buckler, American; *Movie*; chromogenic prints, halftone, 1980; 2012.520; Paul McMahon

Diane Arbus, American; *Lady at a masked ball with two roses on her dress, N.Y.C.*; gelatin silver print, 1967; 2012.552.1; Neil Selkirk

Diane Arbus, American; *A child crying, N.J.*; gelatin silver print, 1967; 2012.552.2; Neil Selkirk

Diane Arbus, American; *Burlesque comedienne in her dressing room, Atlantic City, N.J.*; gelatin silver print, 1963; 2012.552.3; Neil Selkirk

Diane Arbus, American; *A woman with pearl necklace and earrings, N.Y.C.*; gelatin silver print, 1967; 2012.552.4; Neil Selkirk

Diane Arbus, American; *A young man and his pregnant wife in Washington Square Park, N.Y.C.*; gelatin silver print, 1965; 2012.552.5; Neil Selkirk

Diane Arbus, American; *Girl in her circus costume, Md.*; gelatin silver print, 1970; 2012.552.6; Neil Selkirk

Diane Arbus, American; *A woman with her baby monkey, N.J.*; gelatin silver print, 1971; 2012.552.7; Neil Selkirk

Diane Arbus, American; *Man and a boy on a bench in Central Park, N.Y.C.*; gelatin silver print, 1962; 2012.552.8; Neil Selkirk

Diane Arbus, American; *Untitled (2)*; gelatin silver print, 1970–71; 2012.552.9; Neil Selkirk

Diane Arbus, American; *James T. Farrell in his hotel room, N.Y.C.*; gelatin silver print, 1962; 2012.552.10; Neil Selkirk

Diane Arbus, American; *Blaze Starr backstage, Baltimore, Md.*; gelatin silver print, 1964; 2012.552.11; Neil Selkirk

Diane Arbus, American; *Blaze Starr in her living room, Baltimore, Md.*; gelatin silver print, 1964; 2012.552.12; Neil Selkirk

Diane Arbus, American; *Bishop by the sea, Santa Barbara, Cal.*; gelatin silver print, 1964; 2012.552.13; Neil Selkirk

Diane Arbus, American; *Bishop at the altar, Santa Barbara, Cal.*; gelatin silver print, 1964; 2012.552.14; Neil Selkirk

Diane Arbus, American; *Bishop on her bed, Santa Barbara, Cal.*; gelatin silver print, 1964; 2012.552.15; Neil Selkirk

Diane Arbus, American; *Mr. and Mrs. Santa Claus in their living room, Albion, N.Y.*; gelatin silver print, 1964; 2012.552.16; Neil Selkirk

Diane Arbus, American; *Marcel Duchamp with his wife Alexina Sattler at home, N.Y.C.*; gelatin silver print, 1965; 2012.552.17; Neil Selkirk

Diane Arbus, American; *Writer Susan Sontag with her son David, N.Y.C.*; gelatin silver print, 1965; 2012.552.18; Neil Selkirk

Diane Arbus, American; *Jayne Mansfield Climber-Ottaviano, actress, with her daughter, Jayne-Marie*; gelatin silver print, 1965; 2012.552.19; Neil Selkirk

Diane Arbus, American; *Sociologist Jane Jacobs with her son Ned, N.Y.C.*; gelatin silver print, 1965; 2012.552.20; Neil Selkirk

Diane Arbus, American; *Mrs. T. Charlton Henry in a negligee, Philadelphia, Pa.*; gelatin silver print, 1965; 2012.552.21; Neil Selkirk

Diane Arbus, American; *Mrs. T. Charlton Henry in an evening gown, Philadelphia, Pa.*; gelatin silver print, 1965; 2012.552.22; Neil Selkirk

Diane Arbus, American; *James Brown at home in curlers, Queens, N.Y.*; gelatin silver print, 1966; 2012.552.23; Neil Selkirk

Diane Arbus, American; *Brenda Duff Frazier, 1938 Debutante of the Year at home, Boston, Mass.*; gelatin silver print, 1966; 2012.552.24; Neil Selkirk

Diane Arbus, American; *Lucas Samaras, N.Y.C.*; gelatin silver print, 1966; 2012.552.25; Neil Selkirk

Diane Arbus, American; *Agnes Martin, N.Y.C.*; gelatin silver print, 1966; 2012.552.26; Neil Selkirk

Diane Arbus, American; *Transsexual at home, N.Y.C.*; gelatin silver print, 1967; 2012.552.27; Neil Selkirk

Diane Arbus, American; *Anderson Hays Cooper, N.Y.C.*; gelatin silver print, 1968; 2012.552.28; Neil Selkirk

Diane Arbus, American; *Girl with a baseball glove at Camp Lakecrest, Dutchess County, N.Y.*; gelatin silver print, 1968; 2012.552.29; Neil Selkirk

Diane Arbus, American; *Girl with a plaid shirt at Camp Lakecrest, Dutchess County, N.Y.*; gelatin silver print, 1968; 2012.552.30; Neil Selkirk

Diane Arbus, American; *Girl sitting in the grass at Camp Lakecrest, Dutchess County, N.Y.*; gelatin silver print, 1968; 2012.552.31; Neil Selkirk

Diane Arbus, American; *Girls standing in a line at Camp Lakecrest, Dutchess County, N.Y.*; gelatin silver print, 1968; 2012.552.32; Neil Selkirk

Diane Arbus, American; *Camp Lakecrest campers walking away, Dutchess County, N.Y.*; gelatin silver print, 1968; 2012.552.33; Neil Selkirk

Diane Arbus, American; *Mother and child, Beaufort County, S.C.*; gelatin silver print, 1968; 2012.552.34; Neil Selkirk

Diane Arbus, American; *Family of three, Beaufort County, S.C.*; gelatin silver print, 1968; 2012.552.35; Neil Selkirk

Diane Arbus, American; *Pinkie Edwards at home, Beaufort County, S.C.*; gelatin silver print, 1968; 2012.552.36; Neil Selkirk

Diane Arbus, American; *Jorge Luis Borges in Central Park, N.Y.C.*; gelatin silver print, 1969; 2012.552.37; Neil Selkirk

Diane Arbus, American; *Tokyo Rose at home, Chicago, Illinois*; gelatin silver print, 1969; 2012.552.38; Neil Selkirk

Diane Arbus, American; *Feminist Ti-Grace Atkinson, Boston, Ma.*; gelatin silver print, 1969; 2012.552.39; Neil Selkirk

Diane Arbus, American; *Jacqueline Susann and her husband Irving Mansfield, Beverly Hills*; gelatin silver print, 1969; 2012.552.40; Neil Selkirk

Diane Arbus, American; *South Bay Singles Club, girl on her bed*; gelatin silver print, 1970; 2012.552.41; Neil Selkirk

Diane Arbus, American; *Peace Marchers, N.J.*; gelatin silver print, 1962; 2012.552.42; Neil Selkirk

Diane Arbus, American; *Untitled (8)*; gelatin silver print, 1970–71; 2012.552.43; Neil Selkirk

Diane Arbus, American; *Woman in a rose hat, N.Y.C.*; gelatin silver print, 1966; 2012.552.44; Neil Selkirk

Diane Arbus, American; *Woman in a floppy hat, N.Y.C.*; gelatin silver print, 1971; 2012.552.45; Neil Selkirk

Diane Arbus, American; *The House of Horrors, Coney Island, N.Y.*; gelatin silver print, 1961; 2012.552.46; Neil Selkirk

Diane Arbus, American; *Rocks on wheels, Disneyland, Cal.*; gelatin silver print, 1962; 2012.552.47; Neil Selkirk

Diane Arbus, American; *Young man in a plaid coat with a tooth pick, N.Y.C.*; gelatin silver print, 1961; 2012.552.48; Neil Selkirk

Diane Arbus, American; *Lady in a tiara at a ball, N.Y.C.*; gelatin silver print, 1963; 2012.552.49; Neil Selkirk

Diane Arbus, American; *Fat girl yawning, N.Y.C.*; gelatin silver print, 1960; 2012.552.50; Neil Selkirk

Diane Arbus, American; *A young negro boy, Washington Square Park, N.Y.C.*; gelatin silver print, 1965; 2012.552.51; Neil Selkirk

Diane Arbus, American; *Two ladies walking in Central Park, N.Y.C.*; gelatin silver print, 1963; 2012.552.52; Neil Selkirk

Diane Arbus, American; *Dominatrix with a kneeling client, N.Y.C.*; gelatin silver print, 1970; 2012.552.53; Neil Selkirk

Diane Arbus, American; *The Albino sword swallower and her sister, Md.*; gelatin silver print, 1970; 2012.552.54; Neil Selkirk

Diane Arbus, American; *A couple kissing on stage, N.Y.C.*; gelatin silver print, 1963; 2012.552.55; Neil Selkirk

Diane Arbus, American; *Untitled (30)*; gelatin silver print, 1970–71; 2012.552.56; Neil Selkirk

Diane Arbus, American; *Untitled (31)*; gelatin silver print, 1970–71; 2012.552.57; Neil Selkirk

Diane Arbus, American; *Untitled (49)*; gelatin silver print, 1970–71; 2012.552.58; Neil Selkirk

Diane Arbus, American; *42nd Street movie theater audience, N.Y.C.*; gelatin silver print, 1958; 2012.552.59; Neil Selkirk

Diane Arbus, American; *Clouds on screen at a drive-in movie, N.J.*; gelatin silver print, 1960; 2012.552.60; Neil Selkirk

Diane Arbus, American; *Woman at a counter smoking, N.Y.C.*; gelatin silver print, 1962; 2012.552.61; Neil Selkirk

Diane Arbus, American; *Two girls in curlers, N.Y.C.*; gelatin silver print, 1963; 2012.552.62; Neil Selkirk

Diane Arbus, American; *Two girls in identical raincoats, Central Park, N.Y.C.*; gelatin silver print, 1969; 2012.552.63; Neil Selkirk

Diane Arbus, American; *Self-portrait pregnant, N.Y.C.*; gelatin silver print, 1945; 2012.552.64; Neil Selkirk

Diane Arbus, American; *Man at a parade on Fifth Avenue, N.Y.C.*; gelatin silver print, 1969; 2012.552.65; Neil Selkirk

Diane Arbus, American; *Robert Evans with his children and grandchildren, Beaufort County, S.C.*; gelatin silver print, 1968; 2012.552.66; Neil Selkirk

Diane Arbus, American; *Fire Eater at a carnival, Palisades Park, N.J.*; gelatin silver print, 1956; 2012.552.67; Neil Selkirk

Alfred Eisenstaedt, American; *Professor Samuel Eilenberg*; gelatin silver print, 1962; 2012.553; Martin and Roberta Lerner, in memory of Professor Samuel Eilenberg

Igor and Svetlana Kopystiansky, American; *Portrait II, III, and V*; gelatin silver prints, 2006; 2012.554.1a–c; Jöao Tovar

Shirin Neshat, Iranian; *Face to Face with God*; chromogenic print, 1995; 2012.554.2; Jöao Tovar

Dove Bradshaw, American; *Performance Burned*; photomechanical reproduction, 2004; 2012.555; Barbara and Eugene Schwartz

*[243 Amateur Snapshots]*; gelatin silver and chromogenic prints; primarily American, 1900s–1970s; 2012.556.1.1–.243; Peter J. Cohen

*[Three Amateur Snapshot Albums]*; gelatin silver and chromogenic prints; primarily American, 1900s–1970s; 2012.556.2–.4; Peter J. Cohen

Richard Benson, American; *Texas*; ink-jet print, 2008; 2012.557.1; Calvin Tomkins and Dodie Kazanjian

Richard Benson, American; *Newfoundland*; ink-jet print, 2008; 2012.557.2; Calvin Tomkins and Dodie Kazanjian

Michal Chelbin, Israeli; *Alicia, Ukraine*; chromogenic print, 2005; 2013.41; Private collection

George Wilson Bridges, British; *Garden of Selina, Syracuse*; salted paper print from paper negative, 1846; 2013.159.1; Bequest of Maurice B. Sendak

George Wilson Bridges, British; *Benedictine Convent, Catania*; salted paper print from paper negative, 1846; 2013.159.2; Bequest of Maurice B. Sendak

Julia Margaret Cameron, British, born India; *King Lear and His Three Daughters*; albumen silver print from glass negative, 1872; 2013.159.3; Bequest of Maurice B. Sendak

Lewis Carroll, British; *The Last Sitting*; albumen silver print from glass negative, 1870; 2013.159.4; Bequest of Maurice B. Sendak

Lewis Carroll, British; *Edith, Ina, and Alice Liddell on a Sofa*; albumen silver print from glass negative, 1858; 2013.159.5; Bequest of Maurice B. Sendak

Lewis Carroll, British; *Edith Liddell Seated beside a Vase of Foxgloves*; albumen silver print from glass negative, 1860; 2013.159.6; Bequest of Maurice B. Sendak

Joseph Cundall, British; *The Alms House*; albumen silver print from glass negative, 1855; 2013.159.7; Bequest of Maurice B. Sendak

Frederick H. Evans, British; *Redlands Woods*; platinum print, 1893; 2013.159.8; Bequest of Maurice B. Sendak

Roger Fenton, British; *On the Beach, Hythe*; albumen silver print, 1860; 2013.159.9; Bequest of Maurice B. Sendak

David Octavius Hill, British (Scotland); Robert Adamson, British (Scotland); *Mrs. Elizabeth (Johnstone) Hall*; salted paper print from paper negative, 1843–46; 2013.159.10; Bequest of Maurice B. Sendak

David Octavius Hill, British (Scotland); Robert Adamson, British (Scotland); *George Troup and William Gibson*; salted paper print from paper negative, 1843–47; 2013.159.11; Bequest of Maurice B. Sendak

David Octavius Hill, British (Scotland); Robert Adamson, British (Scotland); *Lady Elizabeth (Rigby) Eastlake*; salted paper print from paper negative, 1843–47; 2013.159.12; Bequest of Maurice B. Sendak

David Octavius Hill, British (Scotland); Robert Adamson, British (Scotland); *Portrait of a Newhaven Pilot*; salted paper print from paper negative, 1843–45; 2013.159.13; Bequest of Maurice B. Sendak

David Octavius Hill, British (Scotland); Robert Adamson, British (Scotland); *Reverend Moir and John Gibson*; salted paper print from paper negative, 1843–47; 2013.159.14; Bequest of Maurice B. Sendak

David Octavius Hill, British (Scotland); Robert Adamson, British (Scotland); *Doctor George Bell, Alexina, Lady Moncrieff, and Reverend Thomas Bell*; salted paper print from paper negative, 1843–47; 2013.159.15; Bequest of Maurice B. Sendak

David Octavius Hill, British (Scotland); Robert Adamson, British (Scotland); *W. S. Orr and Peter Scot Frasier*; salted paper print from paper negative, 1843–47; 2013.159.16; Bequest of Maurice B. Sendak

David Octavius Hill, British (Scotland); Robert Adamson, British (Scotland); *The Artist and the Grave Digger*; salted paper print from paper negative, 1843–44; 2013.159.17; Bequest of Maurice B. Sendak

David Octavius Hill, British (Scotland); Robert Adamson, British (Scotland); *John Henning, Sculptor*; salted paper print from paper negative, 1843–47; 2013.159.18; Bequest of Maurice B. Sendak

David Octavius Hill, British (Scotland); Robert Adamson, British (Scotland); *James Ballantine, David Octavius Hill, and Doctor George Bell*; salted paper print from paper negative, 1843–47; 2013.159.19; Bequest of Maurice B. Sendak

David Octavius Hill, British (Scotland); Robert Adamson, British (Scotland); *The Beach at Newhaven*; salted paper print from paper negative, 1845; 2013.159.20; Bequest of Maurice B. Sendak

David Octavius Hill, British (Scotland); Robert Adamson, British (Scotland); *Fisherwomen, Newhaven*; salted paper print from paper negative, 1845; 2013.159.21; Bequest of Maurice B. Sendak

David Octavius Hill, British (Scotland); Robert Adamson, British (Scotland); *Redding the Line, Willie Liston, Newhaven*; salted paper print from paper negative, 1845; 2013.159.22; Bequest of Maurice B. Sendak

David Octavius Hill, British (Scotland); Robert Adamson, British (Scotland); *David Young and Unknown Man, Newhaven*; salted paper print from paper negative, 1845; 2013.159.23; Bequest of Maurice B. Sendak

David Octavius Hill, British (Scotland); Robert Adamson, British (Scotland); *The Adamson Family*; salted paper print from paper negative, 1843–47; 2013.159.24; Bequest of Maurice B. Sendak

David Octavius Hill, British (Scotland); Robert Adamson, British (Scotland); *James Stuart Wortley, Second Baron Wharncliffe*; salted paper print from paper negative, 1846; 2013.159.25; Bequest of Maurice B. Sendak

David Octavius Hill, British (Scotland); Robert Adamson, British (Scotland); *Miss Elizabeth Logan*; salted paper print from paper negative, 1843–47; 2013.159.26; Bequest of Maurice B. Sendak

Calvert Richard Jones, British (Wales); *Saint Paul's Bay, Malta*; salted paper print from paper negative, 1846; 2013.159.27; Bequest of Maurice B. Sendak

Calvert Richard Jones, British (Wales); *Seated Lad*; salted paper print from paper negative, 1845–50; 2013.159.28; Bequest of Maurice B. Sendak

Calvert Richard Jones, British (Wales); *Family Group Portrait Posed in Doorway*; salted paper print from paper negative, late 1840s; 2013.159.29; Bequest of Maurice B. Sendak

Calvert Richard Jones, British (Wales); *Portrait of the Gardener, Possibly David Roderick*; salted paper print from paper negative, late 1840s; 2013.159.30; Bequest of Maurice B. Sendak

Calvert Richard Jones, British (Wales); *[Contact Sheet of Four Group Portraits in a Doorway]*; salted paper print from paper negative, ca. 1850; 2013.159.31; Bequest of Maurice B. Sendak

Calvert Richard Jones, British (Wales); *Two Young Men Resting on a Pier*; salted paper print from paper negative, late 1840s; 2013.159.32; Bequest of Maurice B. Sendak

Calvert Richard Jones, British (Wales); *Milan Cathedral*; salted paper print from paper negative, 1846; 2013.159.33; Bequest of Maurice B. Sendak

Calvert Richard Jones, British (Wales); *The Colosseum*; salted paper print from paper negative, 1846; 2013.159.34; Bequest of Maurice B. Sendak

Calvert Richard Jones, British (Wales); *Lady in Open Window with Bird Cage*; salted paper print from paper negative, late 1840s; 2013.159.35; Bequest of Maurice B. Sendak

Gustave Le Gray, French; *Two Ships Heading away from Shore*; albumen silver print from glass negative, 1856–57; 2013.159.36; Bequest of Maurice B. Sendak

Gustave Le Gray, French; *The French Fleet, Cherbourg*; albumen silver print from glass negative, 1858; 2013.159.37; Bequest of Maurice B. Sendak

Gustave Le Gray, French; *Hollow Tree, Forest of Fontainebleau*; albumen silver print from glass negative, 1855–57; 2013.159.38; Bequest of Maurice B. Sendak

Gustave Le Gray, French; *Cloud Study (Etude de nuages)*; albumen silver print from glass negatives, 1856–57; 2013.159.39; Bequest of Maurice B. Sendak

Antoine-François-Jean Claudet, French, active Great Britain; *Chess Players*; salted paper print from paper negative, ca. 1843; 2013.159.40; Bequest of Maurice B. Sendak

Duane Michals, American; *The Unfortunate Man Could Not Touch the One He Loved*; gelatin silver print, 1976; 2013.159.41; Bequest of Maurice B. Sendak

Duane Michals, American; *Helios and Selene*; gelatin silver print, 1976; 2013.159.42; Bequest of Maurice B. Sendak

Duane Michals, American; *[Contact Sheet]*; gelatin silver print, 1970s; 2013.159.43; Bequest of Maurice B. Sendak

Duane Michals, American; *[Contact Sheet]*; gelatin silver print, 1970s; 2013.159.44; Bequest of Maurice B. Sendak

Duane Michals, American; *[Contact Sheet]*; gelatin silver print, 1970s; 2013.159.45; Bequest of Maurice B. Sendak

Nadar, French; *Jean-François Millet*; salted paper print from paper negative, 1856–58; 2013.159.46; Bequest of Maurice B. Sendak

Oscar Gustav Rejlander, British, born Sweden; *His Country's Hope*; albumen silver print from glass negative, 1850s; 2013.159.47; Bequest of Maurice B. Sendak

Edward J. Steichen, American, born Luxembourg; *Bartholomé*; platinum print, 1901; 2013.159.48; Bequest of Maurice B. Sendak

Alfred Stieglitz, American; *Kitty Stieglitz, Central Park, New York*; photogravure, 1901; 2013.159.49; Bequest of Maurice B. Sendak

William Henry Fox Talbot, British; *Group Taking Tea at Lacock Abbey*; salted paper print from paper negative, 1843; 2013.159.50; Bequest of Maurice B. Sendak

William Henry Fox Talbot, British; *Table Set for Tea*; salted paper print from paper negative, 1841–42; 2013.159.51; Bequest of Maurice B. Sendak

William Henry Fox Talbot, British; *The Ladder*; salted paper print from paper negative, April 1844; 2013.159.52; Bequest of Maurice B. Sendak

William Henry Fox Talbot, British; *Group of Gentlemen Conversing over a Glass of Wine*; salted paper print from paper negative, 1840s; 2013.159.53; Bequest of Maurice B. Sendak

William Henry Fox Talbot, British; *Carclew House*; salted paper print from paper negative, 1841; 2013.159.54; Bequest of Maurice B. Sendak

William Henry Fox Talbot, British; *Highland Hut, Loch Katrine*; salted paper print from paper negative, 1844; 2013.159.55; Bequest of Maurice B. Sendak

William Henry Fox Talbot, British; *Group of Ladies at Lacock*; salted paper print from paper negative, ca. 1845; 2013.159.56; Bequest of Maurice B. Sendak

William Henry Fox Talbot, British; *View of the Boulevards of Paris*; salted paper print from paper negative, 1843; 2013.159.57; Bequest of Maurice B. Sendak

William Henry Fox Talbot, British; *A Bush of Hydrangea in Flower*; salted paper print from paper negative, ca. 1842; 2013.159.58; Bequest of Maurice B. Sendak

William Henry Fox Talbot, British; *Three Graces*; salted paper print from paper negative, 1840s; 2013.159.59; Bequest of Maurice B. Sendak

William Henry Fox Talbot, British; *Nicolaas Henneman in Profile*; photogenic drawing from paper negative, 1843; 2013.159.60; Bequest of Maurice B. Sendak

William Henry Fox Talbot, British; *Nicolaas Henneman in Cloisters at Lacock Abbey*; photogenic drawing from paper negative, 1841; 2013.159.61; Bequest of Maurice B. Sendak

William Henry Fox Talbot, British; *Windsor Castle*; salted paper print from paper negative, 1841; 2013.159.62; Bequest of Maurice B. Sendak

William Henry Fox Talbot, British; *Nicolaas Henneman Showing Pencil of Nature*; salted paper print from paper negative, ca. 1845; 2013.159.63; Bequest of Maurice B. Sendak

Walker Evans, American; *[Male Pedestrian Smoking Cigar, Detroit (for "Fortune" Magazine Article "Labor Anonymous")]*; gelatin silver print, 1946; 2013.246.1; Ann Tenenbaum and Thomas H. Lee

Walker Evans, American; *[Male Pedestrian in Cap and Overalls, Detroit (for "Fortune" Magazine Article "Labor Anonymous")]*; gelatin silver print, 1946; 2013.246.2; Ann Tenenbaum and Thomas H. Lee

Walker Evans, American; *[Male Pedestrian in Short-Sleeved Shirt, Looking down, Detroit (for "Fortune" Magazine Article "Labor Anonymous")]*; gelatin silver print, 1946; 2013.246.3; Ann Tenenbaum and Thomas H. Lee

Walker Evans, American; *[Male Pedestrian in Dark Suit and Bowler Hat, Detroit (for "Fortune" Magazine Article "Labor Anonymous")]*; gelatin silver print, 1946; 2013.246.4; Ann Tenenbaum and Thomas H. Lee

Walker Evans, American; *[Female Pedestrian in Print Blouse, Detroit (for "Fortune" Magazine Article "Labor Anonymous")]*; gelatin silver print, 1946; 2013.246.5; Ann Tenenbaum and Thomas H. Lee

Walker Evans, American; *[Male and Female Pedestrians, Detroit (for "Fortune" Magazine Article "Labor Anonymous")]*; gelatin silver print, 1946; 2013.246.6; Ann Tenenbaum and Thomas H. Lee

Walker Evans, American; *[Male Pedestrian in Double-Breasted Suit, Looking down, Detroit (for "Fortune" Magazine Article "Labor Anonymous")]*; gelatin silver print, 1946; 2013.246.7; Ann Tenenbaum and Thomas H. Lee

Walker Evans, American; *[Male Pedestrian in Tweed Coat, Detroit (for "Fortune" Magazine Article "Labor Anonymous")]*; gelatin silver print, 1946; 2013.246.8; Ann Tenenbaum and Thomas H. Lee

Walker Evans, American; *[Male Pedestrian in Cap and Dark Jacket, Detroit (for "Fortune" Magazine Article "Labor Anonymous")]*; gelatin silver print, 1946; 2013.246.9; Ann Tenenbaum and Thomas H. Lee

Walker Evans, American; *[Male Pedestrian in Dark Jacket with Panama Hat, Detroit (for "Fortune" Magazine Article "Labor Anonymous")]*; gelatin silver print, 1946; 2013.246.10; Ann Tenenbaum and Thomas H. Lee

Walker Evans, American; *[Male Pedestrian in Short Sleeves, Looking at Camera, Detroit (for "Fortune" Magazine Article "Labor Anonymous")]*; gelatin silver print, 1946; 2013.246.11; Ann Tenenbaum and Thomas H. Lee

Walker Evans, American; *[Male Pedestrian in White Shirt with Tartan Tie, Detroit (for "Fortune" Magazine Article "Labor Anonymous")]*; gelatin silver print, 1946; 2013.246.12; Ann Tenenbaum and Thomas H. Lee

Wolfgang Tillmans, German; *Suzanne & Lutz, White Dress, Army Skirt*; chromogenic print, 1993; 2013.434.1; Norman Dubrow

Malerie Marder, American; *Untitled*; chromogenic print, 1998–2000; 2013.434.2; Norman Dubrow

Malerie Marder, American; *Untitled (Boy with Pimples)*; chromogenic print, 1998; 2013.434.3; Norman Dubrow

PURCHASES

Carleton E. Watkins, American; *Columbia River*; albumen silver print from glass negative, 1867; 2005.100.330; Gilman Collection, Anonymous Gift, by exchange, and Denise and Andrew Saul Gift

Francis Bedford, British; *Pensarn Beach*; albumen silver print, 1960s; 2005.100.717; Gilman Collection

Alice Gerson Chase, American; *[Portrait of Alice Dieudonne Chase]*; gelatin silver print, ca. 1906; 2005.100.824; Gilman Collection

*[Painter at Work in Studio]*; salted paper print; French (?), 1850s; 2005.100.1277; Gilman Collection

Joan Fontcuberta, Spanish; *Googlegram: Niépce*; chromogenic print, 2005; 2012.251; Vital Projects Fund Inc. Gift, through Joyce and Robert Menschel

Matthew Porter, American; *110 Junction*; ink-jet print, 2010; 2012.274; Vital Projects Fund Inc. Gift, through Joyce and Robert Menschel

James Nares, British; *Pendulum*; video, 1976; 2012.275; Alfred Stieglitz Society Gifts

Zwelethu Mthethwa, South African; *Untitled (Interior Series)*; chromogenic print, 2001; 2012.276; Alfred Stieglitz Society Gifts

William Eggleston, American; *14 Pictures*; portfolio of 14 dye transfer prints, 1974; 2012.280.1–.14; Louis V. Bell, Harris Brisbane Dick, Fletcher, and Rogers Funds and Joseph Pulitzer Bequest; Elizabeth S. and Robert J. Fisher, Jennifer and Philip Maritz, and Charlotte A. and William E. Ford Gifts; and The Horace W. Goldsmith Foundation Fund, through Joyce and Robert Menschel

William Eggleston, American; *Untitled (Memphis)*; dye transfer print, 1970; 2012.281; Louis V. Bell, Harris Brisbane Dick, Fletcher, and Rogers Funds and Joseph Pulitzer Bequest; Louis V. Bell Fund; and Elizabeth S. and Robert J. Fisher, Jennifer and Philip Maritz, and Charlotte A. and William E. Ford Gifts

William Eggleston, American; *Untitled (Memphis)*; dye transfer print, ca. 1972; 2012.282; Louis V. Bell, Harris Brisbane Dick, Fletcher, and Rogers Funds and Joseph Pulitzer Bequest, and Elizabeth S. and Robert J. Fisher Gift

William Eggleston, American; *Untitled (Sumner, Mississippi, Cassidy Bayou in Background)*; dye transfer print, 1971; 2012.283; Louis V. Bell, Harris Brisbane Dick, Fletcher, and Rogers Funds and Joseph Pulitzer Bequest, Twentieth-Century Photography Fund, and Elizabeth S. and Robert J. Fisher Gift

William Eggleston, American; *Untitled (Huntsville, Alabama)*; dye transfer print, ca. 1969–70; 2012.284; Louis V. Bell, Harris Brisbane Dick, Fletcher, and Rogers Funds and Joseph Pulitzer Bequest, and Twentieth-Century Photography Fund

William Eggleston, American; *Untitled (Memphis)*; dye transfer print, 1971; 2012.285; Louis V. Bell, Harris Brisbane Dick, Fletcher, and Rogers Funds and Joseph Pulitzer Bequest, The Horace W. Goldsmith Foundation Fund, through Joyce and Robert Menschel, and Charlotte A. and William E. Ford Gift

William Eggleston, American; *Untitled (near Minter City and Glendora, Mississippi)*; dye transfer print, 1970; 2012.286; Louis V. Bell, Harris Brisbane Dick, Fletcher, and Rogers Funds and Joseph Pulitzer Bequest; San Francisco Fisher Brothers Gift, in honor of Philip Maritz and Lewis Wolff; and Charlotte A. and William E. Ford Gift

William Eggleston, American; *Untitled (Huntsville, Alabama)*; dye transfer print, ca. 1970; 2012.287; Louis V. Bell, Harris Brisbane Dick, Fletcher, and Rogers Funds and Joseph Pulitzer Bequest, and San Francisco Fisher Brothers Gift, in honor of Philip Maritz and Lewis Wolff

William Eggleston, American; *Untitled (Memphis)*; dye transfer print, ca. 1972; 2012.288; Louis V. Bell, Harris Brisbane Dick, Fletcher, and Rogers Funds and Joseph Pulitzer Bequest

William Eggleston, American; *Untitled (Memphis)*; dye transfer print, ca. 1972; 2012.289; Louis V. Bell, Harris Brisbane Dick, Fletcher, and Rogers Funds and Joseph Pulitzer Bequest, Twentieth-Century Photography Fund, and San Francisco Fisher Brothers Gift, in honor of Philip Maritz and Lewis Wolff

William Eggleston, American; *Untitled (Downtown Morton, Mississippi)*; dye transfer print, ca. 1970; 2012.290; Louis V. Bell, Harris Brisbane Dick, Fletcher, and Rogers Funds and Joseph Pulitzer Bequest, and San Francisco Fisher Brothers Gift, in honor of Philip Maritz and Lewis Wolff

William Eggleston, American; *Untitled (Greenwood, Mississippi)*; dye transfer print, 1970; 2012.291; Louis V. Bell, Harris Brisbane Dick, Fletcher, and Rogers Funds and Joseph Pulitzer Bequest, and The Horace W. Goldsmith Foundation Fund, through Joyce and Robert Menschel

William Eggleston, American; *Untitled (near Morton, Mississippi)*; dye transfer print, ca. 1972; 2012.292; Louis V. Bell, Harris Brisbane Dick, Fletcher, and Rogers Funds and Joseph Pulitzer Bequest, and Jennifer and Philip Maritz Gift

William Eggleston, American; *Untitled (Memphis)*; dye transfer print, ca. 1970; 2012.293; Louis V. Bell, Harris Brisbane Dick, Fletcher, and Rogers Funds and Joseph Pulitzer Bequest, and Charlotte A. and William E. Ford Gift

William Eggleston, American; *Untitled (Outskirts of Morton, Mississippi, Halloween)*; dye transfer print, 1971; 2012.294; Louis V. Bell, Harris Brisbane Dick, Fletcher, and Rogers Funds and Joseph Pulitzer Bequest, and Charlotte A. and William E. Ford Gift

William Eggleston, American; *Untitled (near Jackson, Mississippi)*; dye transfer print, ca. 1970; 2012.295; Louis V. Bell, Harris Brisbane Dick, Fletcher, and Rogers Funds and Joseph Pulitzer Bequest, and The Horace W. Goldsmith Foundation Fund, through Joyce and Robert Menschel

William Eggleston, American; *Untitled (Greenwood, Mississippi)*; dye transfer print, 1971; 2012.296; Louis V. Bell, Harris Brisbane Dick, Fletcher, and Rogers Funds and Joseph Pulitzer Bequest, and San Francisco Fisher Brothers Gift, in honor of Philip Maritz and Lewis Wolff

William Eggleston, American; *Untitled (Mississippi)*; dye transfer print, ca. 1970; 2012.297; Louis V. Bell, Harris Brisbane Dick, Fletcher, and Rogers Funds and Joseph Pulitzer Bequest, and Jennifer and Philip Maritz Gift

William Eggleston, American; *Untitled*; dye transfer print, 1984; 2012.298; Louis V. Bell, Harris Brisbane Dick, Fletcher, and Rogers Funds and Joseph Pulitzer Bequest, and Elizabeth S. and Robert J. Fisher Gift

William Eggleston, American; *Untitled*; dye transfer print, 1983; 2012.299; Louis V. Bell, Harris Brisbane Dick, Fletcher, and Rogers Funds and Joseph Pulitzer Bequest, Twentieth-Century Photography Fund, and Ellen and Gary Davis Gift

William Eggleston, American; *Untitled*; dye transfer print, 1971; 2012.300; Louis V. Bell, Harris Brisbane Dick, Fletcher, and Rogers Funds and Joseph Pulitzer Bequest, and Elizabeth S. and Robert J. Fisher Gift

William Eggleston, American; *Untitled (Greenwood, Mississippi)*; dye transfer print, 1980; 2012.301; Louis V. Bell, Harris Brisbane Dick, Fletcher, and Rogers Funds and Joseph Pulitzer Bequest, and Jennifer and Philip Maritz Gift

William Eggleston, American; *Untitled (Louisiana)*; dye transfer print, 1980; 2012.302; Louis V. Bell, Harris Brisbane Dick, Fletcher, and Rogers Funds and Joseph Pulitzer Bequest, and Elizabeth S. and Robert J. Fisher Gift

Jimmy De Sana, American; *Untitled*; silver dye bleach print, 1980; 2012.303; Twentieth-Century Photography Fund

Erica Baum, American; *Irma*; ink-jet print, 2012; 2012.304; Vital Projects Fund Inc. Gift, through Joyce and Robert Menschel

Erica Baum, American; *C*; ink-jet print, 2011; 2012.305; Vital Projects Fund Inc. Gift, through Joyce and Robert Menschel

Erica Baum, American; *Buzzard*; ink-jet print, 2009; 2012.306; Marian and James H. Cohen Gift, in memory of their son, Michael Harrison Cohen

Linnaeus Tripe, British; *No. 1: Prome, General View*; albumen silver prints from waxed (?) paper negatives, August 7, 1855; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 3: Prome, West Entrance to the Shwe San-dau Pagoda*; albumen silver print from waxed (?) paper negative, August 7, 1855; 2012.323.2; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 4: Prome, a Small Pagoda*; albumen silver print from waxed paper negative, August 7, 1855; 2012.323.3; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 5: Prome, a Small Pagoda*; albumen silver print from waxed paper negative, August 7, 1855; 2012.323.4; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 7: Ye-nan-gyoung, Pagoda and Kyoung*; albumen silver print from waxed paper negative, August 14–16, 1855; 2012.323.5; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 15: Pugahm Myo, Thapinyu Pagoda*; albumen silver print from waxed paper negative, August 20–24, 1855; 2012.323.6; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 17: Pugahm Myo, Gauda-palen Pagoda*; albumen silver print from waxed (?) paper negative, August 20–24, 1855; 2012.323.7; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 18: Pugahm Myo, Distant View of Gauda-palen [Pagoda]*; albumen silver print from waxed (?) paper negative, August 20–24, 1855; 2012.323.8; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 26: Tsagain Myo, a Small Pagoda*; albumen silver print from waxed paper negative, August 29–30, 1855; 2012.323.9; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 29: Tsagain Myo, a Roadway*; albumen silver print from waxed (?) paper negative, August 29–30, 1855; 2012.323.10; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 31: Tsagain Myo, Litters under a Shed*; albumen silver print from waxed (?) paper negative, August 29–30, 1855; 2012.323.11; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 36: Tsagain Myo, Water Pots*; albumen silver print from waxed paper negative, August 29–30, 1855; 2012.323.12; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 41: Amerapoora, East Door of the Maha-thugea-yan-tee Pagoda*; albumen silver print from waxed paper negative, September 1–October 21, 1855; 2012.323.13; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 43: Amerapoora, Corner of Mygabhoodee-tee Kyoung*; albumen silver print from waxed paper negative, September 1–October 21, 1855; 2012.323.14; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 45: Amerapoora, Wooden Bridge*; albumen silver print from waxed paper negative, September 1–October 21, 1855; 2012.323.15; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 47: Amerapoora, Gateway behind the [Colossal] Statue [of Guatama]*; albumen silver print from waxed paper negative, September 1–October 21, 1855; 2012.323.16; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 50: Amerapoora, Thamboukday Pagoda*; albumen silver print from waxed paper negative, September 1–October 21, 1855; 2012.323.17; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 61: Amerapoora, Hut near Maha Bounghian Kyoung*; albumen silver print from waxed paper negative, September 1–October 21, 1855; 2012.323.18; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 65: Amerapoora, Mohdee Kyoung*; albumen silver print from waxed paper negative, September 1–October 21, 1855; 2012.323.19; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 66: Amerapoora, Shwe-doung-dyk Pagoda*; albumen silver print from waxed paper negative, September 1–

October 21, 1855; 2012.323.20; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 72: Amerapoora, the Yoom-dau*; albumen silver print from waxed (?) paper negative, September 1–October 21, 1855; 2012.323.21; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 82: Amerapoora, Sebouktya Kyoung*; albumen silver print from waxed paper negative, September 1–October 21, 1855; 2012.323.22; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 84: Amerapoora, Steps on South Side of [Maha-oung-meeay-liy-mhan] Kyoung*; albumen silver print from waxed paper negative, September 1–October 21, 1855; 2012.323.23; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 85: Amerapoora, Part of Balcony on South Side of [Maha-oung-meeay-liy-mhan] Kyoung*; albumen silver print from waxed paper negative, September 1–October 21, 1855; 2012.323.24; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 93: Amerapoora, Entrance of a Kyoung*; albumen silver print from waxed paper negative, September 1–October 21, 1855; 2012.323.25; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 95: Amerapoora, Balcony of a Small Kyoung*; albumen silver print from waxed paper negative, September 1–October 21, 1855; 2012.323.26; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 101: Rangoon, a Street, Old Style*; albumen silver print from waxed (?) paper negative, November 1855; 2012.323.27; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 103: Rangoon, the Church*; albumen silver print from waxed paper negative, November 1855; 2012.323.28; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 111: Rangoon, Side View of East Tazoung [of the Shwe Dagon Pagoda]*; albumen silver print from waxed paper negative, November 1855; 2012.323.29; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Linnaeus Tripe, British; *No. 112: Rangoon, Henzas on the East Side of the [Shwe Dagon] Pagoda*; albumen silver print from waxed paper negative, November 1855; 2012.323.30; The Buddy Taub Foundation, Dennis A. Roach and Jill Roach, Directors, and Alfred Stieglitz Society Gifts

Mariana Cook, American; *Maurice Sendak; Ridgefield, Connecticut*; gelatin silver print, September 25, 2005; 2012.324; Twentieth-Century Photography Fund

*An Opium Smoker in Saigon, Photograph Taken at the Prison of Saigon Forty-eight Hours before the Man's Death (Un fumeur d'opium à Saigon, Photographie faite à la prison du Saigon 48 heures avant la mort de l'homme)*; albumen silver print from glass negative; French, probably 1860s; 2012.325; Robert and Joyce Menschel Family Foundation Gift

*[Union Soldier and Barber]*; tintype; American, 1861–65; 2012.326; The Horace W. Goldsmith Foundation Fund, through Joyce and Robert Menschel

Elizabeth McAlpine, British; *The Map of Exactitude (#10)*; gelatin silver print, 2012; 2012.330; Vital Projects Fund Inc. Gift, through Joyce and Robert Menschel

Sarah Charlesworth, American; *Carnival Ball*; chromogenic print, 2011; 2012.331; Marian and James H. Cohen Gift, in memory of their son, Michael Harrison Cohen

Beate Gütschow, German; *LS #3*; chromogenic print, 1999; 2012.343; Vital Projects Fund Inc. Gift, through Joyce and Robert Menschel

Anderson & Low, British; *Untitled (Kit the Swordsman)*; ink-jet print, 2009; 2012.344; Vital Projects Fund Inc. Gift, through Joyce and Robert Menschel

Dan Graham, American; *New House, Staten Island, New York; Development, Side Views, Bayonne, N.J.*; chromogenic print, 1966–78; 2012.345a, b; Vital Projects Fund Inc. Gift, through Joyce and Robert Menschel

Ernest Eugène Appert, French; *Souvenir 1870–71*; album of fourteen albumen silver prints from glass negatives, 1870–71; 2012.352; Joyce F. Menschel Photography Library Fund

Bill Jacobson, American; *Place (Series) #1*; ink-jet print, 2009; 2012.353; Vital Projects Fund Inc. Gift, through Joyce and Robert Menschel

Bill Jacobson, American; *Place (Series) #240*; ink-jet print, 2010; 2012.354; Vital Projects Fund Inc. Gift, through Joyce and Robert Menschel

Matthew Brandt, American; *Mary's Lake, MT 9*; chromogenic print, 2012; 2012.411; Vital Projects Fund Inc. Gift, through Joyce and Robert Menschel

Alexander Alland, American, born Ukraine; *Stanton Street and East River Drive*; gelatin silver print, 1938; 2012.417; Phillip and Edith Leonian Foundation Gift

Alexander Alland, American, born Ukraine; *Water Street*; gelatin silver print, 1938; 2012.418; Phillip and Edith Leonian Foundation Gift

Nancy Bulkley, American; *Financial District*; gelatin silver print, 1947; 2012.419; Phillip and Edith Leonian Foundation Gift

Robert Disraeli, American, born Germany; *5th Avenue, New York City (from Bus Top)*; gelatin silver print, 1935; 2012.420; Phillip and Edith Leonian Foundation Gift

Robert Disraeli, American, born Germany; *Before the Unveiling, Times Square*; gelatin silver print, 1936; 2012.421; Phillip and Edith Leonian Foundation Gift

Arnold Eagle, American, born Hungary; *Third Ave L, Franklin Square*; gelatin silver print, 1938–40; 2012.422; Phillip and Edith Leonian Foundation Gift

Morris Engel, American; *Coney Island*; gelatin silver print, ca. 1939; 2012.423; Phillip and Edith Leonian Foundation Gift

Arthur Leipzig, American; *Kiss on the Bus*; gelatin silver print, 1953; 2012.424; Phillip and Edith Leonian Foundation Gift

Arthur Leipzig, American; *Street Marbles*; gelatin silver print, 1952; 2012.425; Phillip and Edith Leonian Foundation Gift

Arthur Leipzig, American; *Subway*; gelatin silver print, 1949; 2012.426; Phillip and Edith Leonian Foundation Gift

Rebecca Lepkoff, American; *14th Street, New York City*; gelatin silver print, 1948; 2012.427; Phillip and Edith Leonian Foundation Gift

Jack Lessinger, American; *Carnival—Brooklyn, N.Y.*; gelatin silver print, 1958; 2012.428; Phillip and Edith Leonian Foundation Gift

Jack Lessinger, American; *Willie's Frozen Custard*; gelatin silver print, 1940s; 2012.429; Phillip and Edith Leonian Foundation Gift

Jerome Liebling, American; *Union Square, New York City*; gelatin silver print, 1948; 2012.430; Phillip and Edith Leonian Foundation Gift

Jerome Liebling, American; *View from Brooklyn Bridge*; gelatin silver print, 1947; 2012.431; Phillip and Edith Leonian Foundation Gift

Jerome Liebling, American; *Woman at Window, New York City*; gelatin silver print, 1947; 2012.432; Phillip and Edith Leonian Foundation Gift

Tosh Matsumoto, American; *Untitled (Newspaper on Car)*; gelatin silver print, ca. 1950; 2012.433; Phillip and Edith Leonian Foundation Gift

Sonia Handelman Meyer, American; *Untitled*; gelatin silver print, ca. 1945; 2012.434; Phillip and Edith Leonian Foundation Gift

Louis Stettner, American; *Notorious*; gelatin silver print, ca. 1946; 2012.435; Phillip and Edith Leonian Foundation Gift

Dan Weiner, American; *New York*; gelatin silver print, 1948; 2012.436; Phillip and Edith Leonian Foundation Gift

Dan Weiner, American; *The Park, New York City*; gelatin silver print, 1940; 2012.437; Phillip and Edith Leonian Foundation Gift

Dan Weiner, American; *Two Women Talking on Street as Their Dogs Lay Patiently Waiting*; gelatin silver print, ca. 1950; 2012.438; Phillip and Edith Leonian Foundation Gift

Bill Witt, American; *"The Eye", Lower East Side, New York City*; gelatin silver print, 1948; 2012.439; Phillip and Edith Leonian Foundation Gift

Bill Witt, American; *Greeting at $2.00 Shoes, Lower East Side, New York City*; gelatin silver print, 1947; 2012.440; Phillip and Edith Leonian Foundation Gift

Jem Southam, British; *Ditchling Beacon, Dew Pond*; chromogenic print, 1999; 2012.511; Vital Projects Fund Inc. Gift, through Joyce and Robert Menschel

James Nares, British; *Street*; high-definition video, 2011; 2012.573; Vital Projects Fund Inc. Gift, through Joyce and Robert Menschel

Fazal Sheikh, American; *Desert Bloom 1*; ink-jet print, 2011; 2013.39.1; Jane Watkins Gift

Fazal Sheikh, American; *Desert Bloom 2*; ink-jet print, 2011; 2013.39.2; Jane Watkins Gift

Fazal Sheikh, American; *Desert Bloom 3*; ink-jet print, 2011; 2013.39.3; Jane Watkins Gift

Fazal Sheikh, American; *Desert Bloom 4*; ink-jet print, 2011; 2013.39.4; Jane Watkins Gift

Fazal Sheikh, American; *Desert Bloom 5*; ink-jet print, 2011; 2013.39.5; Jane Watkins Gift

Fazal Sheikh, American; *Desert Bloom 6*; ink-jet print, 2011; 2013.39.6; Jane Watkins Gift

Fazal Sheikh, American; *Desert Bloom 7*; ink-jet print, 2011; 2013.39.7; Jane Watkins Gift

Fazal Sheikh, American; *Desert Bloom 8*; ink-jet print, 2011; 2013.39.8; Jane Watkins Gift

Fazal Sheikh, American; *Desert Bloom 9*; ink-jet print, 2011; 2013.39.9; Jane Watkins Gift

Fazal Sheikh, American; *Desert Bloom 10*; ink-jet print, 2011; 2013.39.10; Jane Watkins Gift

Fazal Sheikh, American; *Desert Bloom 11*; ink-jet print, 2011; 2013.39.11; Jane Watkins Gift

Fazal Sheikh, American; *Desert Bloom 12*; ink-jet print, 2011; 2013.39.12; Jane Watkins Gift

Fazal Sheikh, American; *Desert Bloom 13*; ink-jet print, 2011; 2013.39.13; Jane Watkins Gift

Fazal Sheikh, American; *Desert Bloom 14*; ink-jet print, 2011; 2013.39.14; Jane Watkins Gift

Fazal Sheikh, American; *Desert Bloom 15*; ink-jet print, 2011; 2013.39.15; Jane Watkins Gift

Fazal Sheikh, American; *Desert Bloom 16*; ink-jet print, 2011; 2013.39.16; Jane Watkins Gift

Fazal Sheikh, American; *Desert Bloom 17*; ink-jet print, 2011; 2013.39.17; Jane Watkins Gift

Fazal Sheikh, American; *Desert Bloom 18*; ink-jet print, 2011; 2013.39.18; Jane Watkins Gift

Henri Becquerel, French; *Deflection of Secondary Rays Produced by Beta Radiation*; gelatin silver print, 1903; 2013.40; Twentieth-Century Photography Fund

Barbara Kruger, American; *Untitled (Your Seeing Is Believing)*; gelatin silver print, 1984; 2013.42; Louis V. Bell, Harris Brisbane Dick, Fletcher, and Rogers Funds and Joseph Pulitzer Bequest; Vital Projects Fund Inc. Gift, through Joyce and Robert Menschel; and Stephen and Jennifer Rich, Anonymous, and Gary and Sarah Wolkowitz Gifts

*[Mourning Corsage and Ribbons with Portrait of Abraham Lincoln]*; black and white silk with tintype set inside brass button; American, April 1865; 2013.46; Alfred Stieglitz Society Gifts

*[Pennsylvania Zouave Soldiers in Field]*; tintype; American, 1861–65; 2013.47; Alfred Stieglitz Society Gifts

Mathew B. Brady, American; *[Camp Scene with Soldiers of the Twenty-second New York State Militia, Harper's Ferry, Virginia]*; albumen silver print from glass negative, 1862; 2013.48; Alfred Stieglitz Society Gifts

Reed Brockway Bontecou, American; *[Wounded Soldiers on Cots, Possibly at Harewood Hospital]*; albumen silver print from glass negative, 1865; 2013.49; Alfred Stieglitz Society Gifts

*Sergeant Alex Rogers with Battle Flag, Eighty-third Pennsylvania Volunteers, Third Brigade, First Division, Fifth Corps, Army of the Potomac*; albumen silver print from glass negative; American, ca. 1863; 2013.50; Alfred Stieglitz Society Gifts

Hall & Company's Photograph Gallery, American; *Alonzo H. Sterrett, Late Adjutant, Fortieth U.S. Infantry*; albumen silver print from glass negative, July 27, 1865; 2013.51; Alfred Stieglitz Society Gifts

George W. Armstead, American; *Frank Wyatt, One of General Dodge's Band, Corinth, Mississippi*; albumen silver print from glass negative, September 18, 1863; 2013.52; Alfred Stieglitz Society Gifts

Morse & Peaslee, Gallery of the Cumberland, American; *Sergeant John Lincoln Clem, The Drummer Boy of Chickamauga*; albumen silver print from glass negative, ca. 1864; 2013.53; Alfred Stieglitz Society Gifts

Sojourner Truth, *"I Sell the Shadow to Support the Substance"*; albumen silver print from glass negative; American, 1864; 2013.54; Alfred Stieglitz Society Gifts

Brady & Co., American; *[Major General William Tecumseh Sherman Wearing Mourning Armband]*; albumen silver print from glass negative, 1865; 2013.55; Alfred Stieglitz Society Gifts

Charles DeForest Fredricks, American; *General George McClellan*; albumen silver print from glass negative, 1862 (?); 2013.56; Alfred Stieglitz Society Gifts

*[Picture Gallery Photographs]*; albumen silver print from glass negative; American, 1860s; 2013.57; Alfred Stieglitz Society Gifts

Porter Photograph Parlors, American; *[Young Woman with Beckers Tabletop Stereoscope]*; albumen silver print from glass negative, 1864–66; 2013.58; Alfred Stieglitz Society Gifts

Albert Renger-Patzsch, German; *The Sapling (Das Bäumchen)*; gelatin silver print, 1929; 2013.68; Twentieth-Century Photography Fund

Dawoud Bey, American; *[A Man at 116th Street and Lenox Avenue]*; gelatin silver print, 1975; 2013.111; Twentieth-Century Photography Fund

Dawoud Bey, American; *The Blues Singer*; gelatin silver print, 1976; 2013.112; Twentieth-Century Photography Fund

Johnson, American; *[Man Cutting Watermelon]*; carbon print, 1898–1903; 2013.133; Greenwich ART Group Gift

Giorgio Sommer, Italian, born Germany; *Napoli Tarantella*; albumen silver print, ca. 1870; 2013.134a, b; Greenwich ART Group Gift

Thomas Demand, German; *Vault*; chromogenic print, 2012; 2013.163; Louis V. Bell Fund; and Alfred Stieglitz Society, Diana Barrett, Joseph M. and Barbara Cohen Foundation, Inc., and Hideyuki Osawa Gifts

Erika Vogt, American; *Engraved Plane (Field Guide with Coinage)*; single-channel video, 2012; 2013.172; Henry Nias Foundation Inc. Gift

Guillaume-Benjamin-Armand Duchenne de Boulogne, French; *Mechanism of Human Physiognomy or Electro-physiological Analysis of the Expression of Passions Applicable to the Practice of the Visual Arts (Mécanisme de la physionomie humaine ou Analyse électro-physiologique de l'expression des passions applicable à la pratique des arts plastiques)*; forty-six albumen silver prints from glass negatives, 1854–56; 2013.173.1–.46; The Buddy Taub Foundation Gift, Dennis A. Roach and Jill Roach, Directors; Harris Brisbane Dick and William E. Dodge Funds; and W. Bruce and Delaney H. Lundberg Gift

John Stewart, British (Scotland); *View of the Arruns Pass and Peak from the Pont de Soubé (Vue du Col d'Arruns et du Pic du Pont de Soubé)*; salted paper print from paper negative, Blanquart-Evrard process, 1852; 2013.185; Susan and Thomas Dunn and Peter Bunnell Gifts

Félix Auguste Leclerc, French; *Reefing aboard the Astrée (Prenant un Ris à Bord de L'Astrée)*; albumen silver print from glass negative, 1871; 2013.186; The Buddy Taub Foundation Gift, Dennis A. Roach and Jill Roach, Directors

Louis Vignes, French; *Arak el Emir (Qasr al Abd, near the Village of Iraq al Amir, Jordan)*; albumen silver print from glass negative, 1864; 2013.187; Susan and Thomas Dunn Gift

Ilene Segalove, American; *The Mom Tapes*; video, 1974–78; 2013.228; Henry Nias Foundation Inc. Gift

Guillaume-Benjamin-Armand Duchenne de Boulogne, French; *Faradization of the Frontal Muscle (Faradisation du muscle frontal)*; albumen silver print from glass negative, 1854–56; 2013.229; The Horace W. Goldsmith Foundation Fund, through Joyce and Robert Menschel

Brandon Lattu, American; *Not Human*; video, 2013; 2013.233; Henry Nias Foundation Inc. Gift and Vital Projects Fund Inc. Gift, through Joyce and Robert Menschel

Sir Frank William Brangwyn, British, born Belgium; *[Study for Missouri State Capitol Murals]*; gelatin silver print with graphite, ca. 1914; 2013.269; Twentieth-Century Photography Fund

Gustave de Beaucorps, French; *[Palace of the Dey, Algiers, Algeria]*; waxed paper negative, 1859; 2013.270; The Horace W. Goldsmith Foundation Fund, through Joyce and Robert Menschel

## Thomas J. Watson Library

SELECTED GIFTS

Bach, Rudolf; *Mary Wigman-Werk*; Dresden, 1933; Karen Davidov

Kochno, Boris; *Le Ballet*; Paris, 1954; Karen Davidov

Propert, Walter Archibald; *The Russian Ballet in Western Europe 1909–1920*; London, 1921; Karen Davidov

Rose, Ingrid, Werner Drewes, and Ralph Jentsch; *Werner Drewes: Catalogue Raisonné of His Prints (Werner Drewes: das graphische werk)*; Munich and New York, 1984; Ralph Jentsch

Wörn, Walter, and Ralph Jentsch; *Walter Wern: Das graphische Werk*; Esslingen, 1977; Ralph Jentsch

Royère, Jean; *Jean Royère*; 2 volumes; Paris, 2012; Jack Soultanian

*The General Catalogue of Jacobson & Co.: Architectural and Decorative Ornaments*; New York, 1915; Mark Tomasko

Winslow Bros. Company; *Ornamental Iron & Bronze*; Chicago, 1910; Mark Tomasko

Mascetti, Daniella; *Célébration du bijou: Bijoux exceptionnels des XXe et XXIe siècles*; Lausanne, 2012; Jayne Wrightsman

Sebag-Montefiore, Charles; *A Dynasty of Dealers: John Smith and Successors 1801–1924: A Study of the Art Market in Nineteenth-Century London*; Arundel, United Kingdom, 2013; Jayne Wrightsman

SELECTED PURCHASES

Chen, Mengjia; *In Shu seudoki bunrui zuroku (A Corpus of Chinese Bronzes in American Collections)*; Tokyo, 1977; Florence and Herbert Irving Library Purchase Fund

Ikebe, Yoshikata; *Tōsei fūzoku gojūban*; 2 volumes; Tokyo, 1983; Florence and Herbert Irving Library Purchase Fund

Wu, Zhenfeng; *Shang Zhou qing tong qi ming wen ji tu xiang ji cheng*; Shanghai, 2012; Florence and Herbert Irving Library Purchase Fund

*Zhongguo chu tu bi hua quan ji*; 10 volumes; Beijing, 2012; Florence and Herbert Irving Library Purchase Fund

Adolphe, Appia; *1er septembre 1862–29 février 1928*; Zürich, 1929; Friends of the Thomas J. Watson Library

*The Aniline Colours of the Badische Anilin- & Soda-Fabrik, Ludwigshafen on Rhine and Their Application on Wool, Cotton, Silk, and Other Textile Fibres*; Ludwigshafen am Rhein, 1901; Friends of the Thomas J. Watson Library

*Boyut: Plastik sanatlar dergisi (Yeni Boyut)*; 30 issues; Ankara, 1982–85; Friends of the Thomas J. Watson Library

*Ceskoslovenská fotografie*; 13 issues; Prague, 1931–49; Friends of the Thomas J. Watson Library

Chauny & Cirey; *Album des principaux modeles de verres: Produits spéciaux en verre coulé*; Paris, 1890s; Friends of the Thomas J. Watson Library

Coalbrookdale Company; *Catalogue of Castings and Works in Metal Made by the Coalbrook-Dale Co*; Coalbrookdale, United Kingdom, 1875; Friends of the Thomas J. Watson Library

*Fabrica de mosaicos hidraulicos, piedra artificial, granito artificial y de mosaicos romanos y venecianos*; Barcelona, 1897; Friends of the Thomas J. Watson Library

Fierlants, Edouard; *Oeuvre complet de Antoine Wiertz*; Ixelles, Belgium, 1868; Friends of the Thomas J. Watson Library

Grands magasins du Louvre; *Comptoir de Rideaux*; Paris, 1880; Friends of the Thomas J. Watson Library

*Gutai*, facsimile; 12 volumes; Tokyo, 2010; Friends of the Thomas J. Watson Library

*J. B. Chamberyon fils: Automne 1898*; Lyon, 1898; Friends of the Thomas J. Watson Library

*Katalog der Ausstellung Türkischer Maler: Veranstaltet vom osmanischen Kriegspressequartier in den verbündeten Ländern*; Vienna, 1918; Friends of the Thomas J. Watson Library

Leonardo da Vinci; *I disegni di Leonardo da Vinci e della sua cerchia nelle collezioni della Gran Bretagna*, facsimile; 2 volumes; Florence, 2010; Friends of the Thomas J. Watson Library

Levetus, Amelia Sarah; *Das Stoclethaus zu Brüssel von Regierungsrat Professor Josef Hoffmann*; Stuttgart, 1914; Friends of the Thomas J. Watson Library

Loir, Jean; *Theorie du tissage des etoffes de soie*; Lyon, 1897–98; Friends of the Thomas J. Watson Library

*The Malkin Tile Works Company Ltd.*; Burslem, 1900; Friends of the Thomas J. Watson Library

Müller, Albin; *Architektur und Raumkunst*; Leipzig, 1909; Friends of the Thomas J. Watson Library

Newson, Marc; *Marc Newson: Works*; Cologne and London; 2012; Friends of the Thomas J. Watson Library

*Propriété J. G. Requile*; Liège, ca. 1860; Friends of the Thomas J. Watson Library

Ryman, Robert; *Robert Ryman Prints, 1969–1993*; New York, 1993; Friends of the Thomas J. Watson Library

Svietlov, Valerīan; *Sovremennyĭ balet*; Saint Petersburg, 1911; Friends of the Thomas J. Watson Library

Thöne, Jost; *Antonius Stradivarius*; 4 volumes; Cologne, 2010; Friends of the Thomas J. Watson Library

Torres-García, Joaquín; *Nueva escuela de arte del Uruguay: Pintura y arte constructivo, contribución al arte de las tres Américas*; Montevideo, 1946; Friends of the Thomas J. Watson Library

Vítězslav, Nezval; *Abeceda; Cyklus básní*; Prague, 1926; Friends of the Thomas J. Watson Library

## A Selection of American Publishers' Fine Bindings

Abbey, Edwin A. (designer); *Selections from the Poetry of Robert Herrick*; New York, 1882; Friends of the Thomas J. Watson Library

Browning, Robert; Margaret Neilson Armstrong (designer); *Pippa Passes*; New York, 1900; Friends of the Thomas J. Watson Library

Hawthorne, Nathaniel; Sarah de St. Prix Wyman Whitman (designer); *The Marble Faun: Or, the Romance of Monte Beni*; 2 volumes; Boston, 1899; Friends of the Thomas J. Watson Library

Irving, Washington; George Wharton Edwards (designer); *Tales of a Traveller*; 2 volumes; New York, 1891; Friends of the Thomas J. Watson Library

Lampman, Archibald; Will Bradley (designer); *Lyrics of Earth*; Boston, 1895; Friends of the Thomas J. Watson Library

Morse, Alice C. (designer); *The Alhambra*; 2 volumes; New York, 1891; Friends of the Thomas J. Watson Library

Post, Emily; Charles Buckles Falls (designer); *The Flight of a Moth*; New York, 1904; Friends of the Thomas J. Watson Library

Sigerson, Dora; Alice Cordelia Morse (designer); *My Lady's Slipper*; New York, 1899; Friends of the Thomas J. Watson Library

Squires, Frederick; Rockwell Kent (designer); *Architec-tonics: The Tales of Tom Thumtack Architect*; New York, 1914; Friends of the Thomas J. Watson Library

Tennyson, Lord Alfred; Bertha Stuart (designer); *The Princess*; Indianapolis, 1911; Friends of the Thomas J. Watson Library

During the past fiscal year, the following donors executed binding promised gift agreements to give the described works of art to the Museum at or before their deaths. These offers have been gratefully accepted by the Board of Trustees.

## The American Wing

William Crolius, American; *Inkstand*; stoneware, 1773; David Bronstein (a 10 percent undivided interest in this work has also been accepted)

## Asian Art

*Star Mandala (Hoshi mandara zu)*; hanging scroll, ink, color, gold, cut gold on silk; Japanese, Nanbokuchō period (1336–1392), second half of the 14th century; Sue Cassidy Clark

Deng Shiru, Chinese; *Couplet in Clerical Script*; two hanging scrolls, ink on paper, undated; GuanYuan ShanZhuang Collection

He Shaoji, Chinese; *Stele on Ritual Implements*; set of six hanging scrolls, ink on paper, Qing dynasty (1644–1911), 1869; GuanYuan ShanZhuang Collection

Yi Bingshou, Chinese; *Couplet in Running Script*; two hanging scrolls, ink on colored and decorated silk, Qing dynasty (1644–1911), 1815; GuanYuan ShanZhuang Collection

Zhao Zhiqian, Chinese; *Inscription on Stone Sails*; set of four hanging scrolls, ink on paper, Qing dynasty (1644–1911), 1869; GuanYuan ShanZhuang Collection

## Drawings and Prints

Shahzia Sikander, American, born Pakistan; *Mirror Plane*; color direct gravure, 2012; Donna and Bruce Polichar

## European Sculpture and Decorative Arts

*Covered Bowl (Pot-pourri)*; porcelain (*Imari* ware), silver mounts; porcelain, Japanese, ca. 1700–1725; mounts, French, ca. 1720; Zena Wiener

*Covered Bowl and Stand*; porcelain (*Imari* ware), silver mounts; porcelain, Japanese, ca. 1700–1725; mounts, French, ca. 1720; Zena Wiener

*Ewer (Kendi)*; porcelain, silver mounts; porcelain, Chinese, Wan Li period, late 17th century; mounts, English, ca. 1610; Zena Wiener

*Mug*; porcelain, silver mounts; porcelain, Chinese, late 17th century; mounts, probably English, ca. 1680; Zena Wiener

## Greek and Roman Art

*Relief with Seated Male Figure*; marble; Greek, ca. early 5th century B.C.; Zena Wiener

*Wall Painting Fragments, group of seven*; fresco; Roman, ca. 30 B.C.–A.D. 79; Zena Wiener

## Islamic Art

Cartier, French (Paris); *Carved Emerald and Sapphire Brooch*; emerald, sapphire, platinum; emerald, 17th century; mount, 20th century; Qipco Holding W.L.L.

## Modern and Contemporary Art

Georges Braque, French; *Bottle and Clarinet (Bouteille et clarinette)*; oil on canvas, 1910–11; Leonard A. Lauder Cubist Collection

Georges Braque, French; *Bottle and Glass (Bouteille et verre)*; oil on canvas, 1913; Leonard A. Lauder Cubist Collection

Georges Braque, French; *Bottle, Glass, and Newspaper (Bouteille, verre et journal)*; charcoal, pasted papers (*faux bois*) on painted board, 1914; Leonard A. Lauder Cubist Collection

Georges Braque, French; *Bottle, Newspaper, Glass, and Pipe (Bouteille, verre et pipe [Violette de Parme])*; cut-and-pasted paper, newspaper, painted paper, wallpaper, charcoal, graphite over white gouache on paperboard, spring 1914; Leonard A. Lauder Cubist Collection

Georges Braque, French; *Bottle of Rum (Bouteille de rhum)*; oil on canvas, spring 1914; Leonard A. Lauder Cubist Collection

Georges Braque, French; *Duet for Flute (Duo pour flute)*; oil on canvas, 1913–14; Leonard A. Lauder Cubist Collection

Georges Braque, French; *Fruit Dish and Glass (Fruit et verre)*; charcoal, printed paper pasted on paper, 1912; Leonard A. Lauder Cubist Collection

Georges Braque, French; *Head of a Woman (Tête de femme)*; pasted paper, charcoal on paper, early September 1912; Leonard A. Lauder Cubist Collection

Georges Braque, French; *Mandolin and Fruit Dish (Mandoline et compotier)*; oil on canvas, 1909; Leonard A. Lauder Cubist Collection

Georges Braque, French; *The Old Castle at Roche-Guyon (Le Château à Roche-Guyon)*; oil on canvas, 1909; Leonard A. Lauder Cubist Collection

Georges Braque, French; *Still Life with Dice ["Ros"] (Nature morte avec dés ["Ros"])*; charcoal on paper, summer 1911; Leonard A. Lauder Cubist Collection

Georges Braque, French; *Still Life with Mandola and Metronome (Nature morte à la mandola et au métronome)*; oil on canvas, late 1909; Leonard A. Lauder Cubist Collection

Georges Braque, French; *Still Life, Second Study [Guitar, Newspaper, and Bottle] (Nature morte, 2e étude)*; oil, charcoal on canvas, 1914; Leonard A. Lauder Cubist Collection

Georges Braque, French; *Terrace at the Hotel Mistral, l'Estaque (Terrasse de l'Hotel Mistral, l'Estaque)*; oil on canvas, 1907; Leonard A. Lauder Cubist Collection

Georges Braque, French; *Trees at L'Estaque (Arbres à l'Estaque)*; oil on canvas, 1908; Leonard A. Lauder Cubist Collection

Georges Braque, French; *The Violin [Mozart/Kubelick] (Le Violon [Mozart/Kubelick])*; oil on canvas, spring 1912; Leonard A. Lauder Cubist Collection

Georges Braque, French; *Violin and Guitar (Violin et guitare [Petit Oiseau])*; oil, graphite on canvas, 1913; Leonard A. Lauder Cubist Collection

Robert Delaunay, French; *The Eiffel Tower and Curtain (La Tour Eiffel au rideau)*; lithographic crayon on board, 1910; Leonard A. Lauder Cubist Collection

Raymond Duchamp-Villon, French; *Small Horse (Petit cheval)*; bronze, 1914, unique cast, 1921; Leonard A. Lauder Cubist Collection

Juan Gris, Spanish; *Book and Glasses (Livre et Verres)*; oil, pasted paper, wax crayon on canvas, mounted on panel, 1914; Leonard A. Lauder Cubist Collection

Juan Gris, Spanish; *The Bottle (La bouteille)*; collage, gouache, wax crayon, charcoal on paper laid down on canvas, June 1914; Leonard A. Lauder Cubist Collection

Juan Gris, Spanish; *Bottle of Rosé Wine (La bouteille de vin rosé)*; papier collé, gouache, charcoal on canvas, 1914; Leonard A. Lauder Cubist Collection

Juan Gris, Spanish; *Cup, Glasses, and Bottle ["Le Journal"] (Tasse, verres et bouteille ["Le Journal"])*; oil, charcoal, colored crayon, pencil, paper collage on canvas, May–June 1914; Leonard A. Lauder Cubist Collection

Juan Gris, Spanish; *Figure Seated in a Café [Man at a Table]*; oil, collage (newsprint) on canvas, 1914; Leonard A. Lauder Cubist Collection

Juan Gris, Spanish; *Flowers (Fleurs)*; oil, pasted paper, graphite on canvas, May 1914; Leonard A. Lauder Cubist Collection

Juan Gris, Spanish; *Fruit Bowl (Le Compotier)*; gouache on colored paper, 1915–16; Leonard A. Lauder Cubist Collection

Juan Gris, Spanish; *Houses in Paris, Place Ravignan (Maisons à Paris, Place Ravignan)*; black chalk, watercolor on paper, 1911; Leonard A. Lauder Cubist Collection

Juan Gris, Spanish; *Houses in Paris, Place Ravignan (Maisons à Paris, Place Ravignan)*; oil on canvas, 1911; Leonard A. Lauder Cubist Collection

Juan Gris, Spanish; *Pears and Grapes on a Table (Poires et raisins sur une table)*; oil on canvas, 1913; Leonard A. Lauder Cubist Collection

Juan Gris, Spanish; *Portrait of the Artist's Mother (Portrait de la mère de l'artiste)*; oil on canvas, ca. March 1912; Leonard A. Lauder Cubist Collection

Juan Gris, Spanish; after Paul Cézanne, French; *Portrait of Madame Cézanne (Portrait de Madame Cézanne)*; pencil on paper, 1916; Leonard A. Lauder Cubist Collection

Juan Gris, Spanish; *Still Life with a Green Checkerboard (Damier et cartes à jouer)*; gouache, graphite on paper, mounted on cardboard, November–December 1915; Leonard A. Lauder Cubist Collection

Juan Gris, Spanish; *The Tobacco Pouch (La blague à tabac et théière [La pochette à tabac])*; pencil on paper, 1918; Leonard A. Lauder Cubist Collection

Fernand Léger, French; *Composition [The Typographer] (Composition [Le typographe])*; oil on canvas, 1917–18; Leonard A. Lauder Cubist Collection

Fernand Léger, French; *Drawing for "The Card Players" (Dessin pour "La partie de cartes")*; pencil, wash on paper, 1916–17; Leonard A. Lauder Cubist Collection

Fernand Léger, French; *Houses under the Trees (Les maisons sous les arbres)*; oil on canvas, 1913; Leonard A. Lauder Cubist Collection

Fernand Léger, French; *Man in a Mechanical Landscape (Homme dans un paysage mécanique)*; ink, wash, pencil, watercolor, gouache on paper, 1918; Leonard A. Lauder Cubist Collection

Fernand Léger, French; *The Smoker (Le fumeur)*; oil on canvas, 1914; Leonard A. Lauder Cubist Collection

Fernand Léger, French; *Still Life (Nature morte)*; gouache, oil on tan paper, 1913; Leonard A. Lauder Cubist Collection

Fernand Léger, French; *Study for "The Acrobats in the Circus" (Les acrobats dans le cirque)*; oil on canvas, September 1918; Leonard A. Lauder Cubist Collection

Fernand Léger, French; *Study for "The Airman" (Etude pour "L'Aviateur")*; pencil, ink, watercolor on tan paper, October 1920; Leonard A. Lauder Cubist Collection

Fernand Léger, French; *Study for "Nude Model in the Studio" (Etude pour le modèle nu dans l'atelier)*; oil, gouache, brush and black ink on paper, laid down on board, 1912; Leonard A. Lauder Cubist Collection

Fernand Léger, French; *Study for "Staircase" (Etude pour l'escalier)*; gouache, oil on paper, 1913; Leonard A. Lauder Cubist Collection

Fernand Léger, French; *Three Nudes (Trois nus)*; pencil on paper, December 1920; Leonard A. Lauder Cubist Collection

Fernand Léger, French; *Three Women with Flowers (Trois femmes aux fleurs)*; pencil on paper, 1922; Leonard A. Lauder Cubist Collection

Fernand Léger, French; *Two Figures (Deux personnages)*; ink, wash on paper, 1920; Leonard A. Lauder Cubist Collection

Fernand Léger, French; *Two Figures in the City (Deux personnages dans la ville)*; graphite on paper, 1924; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *The Absinthe Glass (Le verre d'absinthe)*; painted bronze, perforated tin absinthe spoon, spring 1914; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Bearded Man Playing a Guitar [Masked Man with a Palette] (Homme barbu jouant la guitare [L'homme masque à la palette])*; pencil highlighted with watercolor, gouache, summer 1914; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Carafe and Candlestick (Carafe et chandelier)*; oil on canvas, 1909; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Chess (Les échecs)*; oil on canvas, autumn 1911; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Composition with Violin (Composition avec violine)*; cut-and-pasted newspaper, pencil, charcoal, ink on paper, December 1912; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Dice, Glass, Bottle of Bass, Playing Card, and Visiting Card (Dés, verre, bouteille de Bass, carte à jouer et carte de visite)*; oil on canvas, spring 1914; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Head of a Man (Tête d'homme)*; ink, charcoal on paper, late 1908; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Head of a Man (Tête d'homme)*; watercolor, charcoal, pasted papers on paper, 1912; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Head of a Man with a Moustache (Tête d'homme à la moustache)*; ink, charcoal, pencil on newspaper, after May 6, 1913; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Head of a Woman [Fernande Olivier] (Tête de femme [Fernande])*; bronze, 1909; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Still Life with Fan ["L'Indépendant"] (Nature morte à l'éventail ["L'Indépendant"])*; oil on canvas, summer 1911; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Man with a Guitar (Homme à la guitare)*; watercolor, gouache on paper, 1915–16; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Nude Woman in an Armchair (Nu dans un fauteuil)*; oil on canvas, summer 1909; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Nude Woman with Guitar (Femme nue à la guitare)*; black chalk on canvas, 1909; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *The Oil Mill (Le moulin à huile)*; oil on canvas, 1909; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Pedestal Table with Wine Glasses, Cup, and Mandolin (Guéridon, verres, tasses, mandoline)*; oil on canvas, spring 1911; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *The Scallop Shell ["Notre Avenir est dans l'Air"] (La coquille Saint-Jacques ["Notre Avenir est dans l'Air"])*; oil on canvas, May 1912; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Seated Man (Homme assis)*; watercolor, gouache over pencil on paper, 1915–16; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Seated Man with Cards [The Card Player] (Homme accoudé avec cartes à jouer [Le joueur de cartes])*; pencil on paper, summer 1914; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Standing Female Nude (Femme nue debout)*; black ink, red gouache, wash on paper, 1906–7; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Standing Female Nude (Femme nue debout)*; ink on paper, summer 1910; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Standing Woman (Femme debout)*; ink, wash on two attached sheets of paper, 1911–12; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Still Life with Cards, Glasses, Bottle of Rum ["Vive la France"] (Cartes à jouer, verres, bouteille de rhum ["Vive la France"])*; oil, sand on canvas, summer 1914, partially reworked, 1915; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Still Life with Chocolate Pot (La Chocolatière)*; watercolor on paper, early 1909; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Still Life with Fruit Dish (Le Compotier [Compotier et fruits])*; oil on canvas, 1912; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Student Reading a Newspaper ( L'étudiant au journal)*; oil, sand on canvas, winter 1913–14; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Study for "Les demoiselles d'Avignon" from Carnet 10 (Etude pour "Les demoiselles d'Avignon": nu aux rideaux)*; tempera, watercolor on paper, mounted on board, 1907; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Study for "Nude with Drapery" (Etude pour la demoiselle assise au centre: nu au bras levé)*; oil on canvas, June 1907; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Sugar Bowl and Fan (Sucrier et éventail)*; watercolor on paper, 1909–10; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Three Nudes (Trois nus)*; watercolor on paper, 1906; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Two Nudes (Deux femmes nus)*; oil on canvas, spring 1909; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Woman in an Armchair [Eva] (Femme assise dans un fauteuil [Eva])*; oil on canvas, late 1913–early 1914; Leonard A. Lauder Cubist Collection

Pablo Picasso, Spanish; *Woman with a Book (Femme au livre)*; oil on canvas, spring 1909, before June 5; Leonard A. Lauder Cubist Collection

## Photographs

Rineke Dijkstra, Dutch; *Self-Portrait, Marnixbad, Amsterdam*; chromogenic print, 1991; Joseph M. Cohen

Ralph Gibson, American; *Andrea, Robert, and Mary Frank, Palisades, NY*; gelatin silver print, 1968; Joseph M. Cohen

Ralph Gibson, American; *Andrea, Robert, and Mary Frank, Palisades, NY*; gelatin silver print, 1968; Joseph M. Cohen

Ralph Gibson, American; *Belle Nord Apartment, NYC*; gelatin silver print, 1968; Joseph M. Cohen

Ralph Gibson, American; *Ralph Gibson, Robert and Mary Frank, Bridgehampton, NY*; gelatin silver print, 1968; Joseph M. Cohen

Ralph Gibson, American; *Robert Frank Entering Bowery Studio Apartment, NY*; gelatin silver print, 1968; Joseph M. Cohen

Ralph Gibson, American; *Robert and Mary Frank, Bridgehampton, NY*; gelatin silver print, 1968; Joseph M. Cohen

Caleb Cain Marcus, American; *Fox, Plate IV*; ink-jet print, 2010, printed 2012; Joseph M. Cohen

Caleb Cain Marcus, American; *Sheridan, Plate III*; ink-jet print, 2010, printed 2012; Joseph M. Cohen

Caleb Cain Marcus, American; *Sólheimajökull, Plate II*; ink-jet print, 2010, printed 2012; Joseph M. Cohen

Robert Polidori, French-Canadian; *Interrupted Highway, Gabbari, Alexandria, Egypt*; chromogenic print, 1999; Joseph M. Cohen

Alex Prager, American; *Coldwater Canyon Diptych*; ink-jet print, 2012; Marlene Nathan Meyerson

During the past fiscal year, the cash proceeds from the sale of deaccessioned and nonaccessioned works of art were $5,420,000.

The following deaccessioned objects sold were valued in excess of $50,000:

Pieter Neeffs the Elder, Flemish; *Interior of a Gothic Church*; oil on wood, 1636; 71.109

Italian (Sienese) Painter, *Madonna and Child with Saints Peter and Paul*; tempera on wood, gold ground, late 15th century; 88.3.100

Workshop of Pieter Brueghel the Younger, Netherlandish; *A Winter Landscape with Skaters and a Bird Trap*; oil on wood; 22.45.5

Master of the Holy Kinship, German; *The Adoration of the Magi* (recto); *The Throne of Grace* (verso); oil on wood, ca. 1490–95; 26.52a, b

Pieter Brueghel the Younger, Netherlandish; *The Whitsun Bride*; oil on wood; 39.16

Bicci di Lorenzo, Italian; *Madonna and Child with Saints Matthew and Francis*; tempera on wood, gold ground; 41.100.16

Workshop of Matteo di Giovanni di Bartolo, Italian; *Madonna and Child with Saints Bernardino of Siena and Jerome and Two Angels*; tempera on wood, gold ground, 1480s; 41.100.17

Workshop of Matteo di Giovanni di Bartolo, Italian; *Madonna and Child and Six Saints*; tempera on wood, gold ground, probably 1470s; 41.190.29

Francesco Salviati (Francesco de' Rossi), Italian; *Portrait of a Man*; oil on canvas; 45.128.11

Attributed to Hans Memling, Netherlandish; *Portrait of a Young Woman*; oil on wood; 50.145.28

Master of the Brunswick Diptych, Netherlandish; *Virgin and Child with Saints*; oil on wood; 60.18

Jean-Baptiste Greuze, French; *Portrait of a Young Woman, Called Mademoiselle Montredon*; oil on canvas, 1780s; 65.242.4

Hubert Robert, French; *The Ruins*; oil on canvas, 1777; 65.242.6

Hubert Robert, French; *The Old Bridge*; oil on canvas, ca. 1777; 65.242.7

Jan Frans van Bloemen, Flemish; *Landscape with the Communion of Saint Mary of Egypt*; oil on canvas; 66.186

Attributed to Harris Master, Spanish; *Christ before Pilate, Saints Paul and Peter, Saints John the Baptist and John the Evangelist*; oil and gold on wood; 1982.447

# Education and Concerts & Lectures

## Overview

This year Education programs continued to progress toward the goals and initiatives introduced over the last few years. One key initiative that came to fruition and had substantial success in fiscal year 2013 was our effort to position The Metropolitan Museum of Art as a center of creativity. Our programs gave visitors of all ages and abilities opportunities to investigate the art in our collections and exhibitions through the eyes of artists and through their own creative responses.

Also evident is how deep and impactful the collaboration between curators, conservators, and educators has become, leading to more engaging programs, interdisciplinary conversations, and a closer focus on collections and exhibitions. Highlights of these partnerships included a fascinating conversation on art and the brain generated by panel presenters in a collaboration between Education, the World Science Festival, and the Department of Scientific Research, and several projects developed with the Department of Photographs in conjunction with the exhibition "Photography and the American Civil War." Our visitors have come to expect creative and insightful programs that present a variety of expert perspectives, and the internal and external collaborations we have forged enabled us to deliver such imaginative, interdisciplinary experiences.

In fiscal year 2013 a total of 25,815 Education events drew 652,898 participants. The latter figure represents an overall 7 percent decrease in attendance compared to last year, owing in part to the effects of Hurricane Sandy and the New York City school bus strike. New formats and approaches in our lecture and panel programs temporarily decreased attendance but we achieved a beneficial shift in the composition of our audiences. New programs have attracted new audiences, which have great potential for growth in coming years. For example, in response to our focus on the Metropolitan Museum as a place of creativity and inspiration, we have seen a substantial increase in visitors engaging in art-making programs, from 7,770 in fiscal year 2012 to 11,403 in fiscal year 2013. In addition, the number of K–12 educators who took part in programs at the Museum more than doubled this year thanks in part to active outreach to that audience and alignment with school learning standards.

## The Met as a Place for Artists

To reinvigorate a key aspect of the Museum's founding mission to promote the "study and application" of the arts, we launched a full suite of art-making programs for participants of all ages and abilities. These offerings engaged visitors directly in the creative process, while also allowing them to explore art from artists' perspectives. The Museum's galleries served as a studio for two bimonthly programs that engaged 5,728 children and adult visitors: artist-led Drop-in Drawing—focusing on sketching from works of art—and the new Sunday Studio, involving art-making activities in a variety of media directly related to the works on view. Surveys indicated that, as a result, more than 80 percent of attendees looked at art in new ways. The successful multigenerational format and creative emphasis also informed Artist Demonstrations, another new in-gallery program. In our classrooms we introduced artist-led Studio Workshops to engage adults in focused explorations of various media, from weaving and mosaics to sculpture and ceramics. These workshops filled a program void for adults at the Metropolitan Museum, allowing them to create and learn new techniques inspired by specific collections or exhibitions. More than half of those enrolled had never before participated in an educational program at the Museum. The art-making incorporated into these and other new offerings, such as Friday Evening Gallery Events, complemented the creative activities that already characterize festivals, teen programs, and the hands-on, multimodal aspects of school tours and many of our programs for visitors with disabilities. Investigation of the creative process has become a fundamental aspect of our educational activities.

In 2012 we launched the Museum's first-ever artist-in-residence program, connecting artists with staff across multiple departments and with many audiences. Our inaugural yearlong artistic partnership with Paul D. Miller (aka DJ Spooky That Subliminal Kid), a composer, multimedia artist, and writer, resulted in more than twenty diverse events during his residency, including panel discussions, gallery talks, a study day for artists, and concerts for over 6,600 participants, in-person and online. For example, DJ Spooky collaborated with Curator in Charge of Photographs Jeff L. Rosenheim to create *A Civil War Symphony* for string ensemble with live-mixed electronic music and video related to the "Photography and the American Civil War" exhibition. In addition, Artists on Artworks, a gallery-based program, invited artists such as Kamrooz Aram, Kalup Linzy, and Phong Bui to discuss historical art in our collections in relation to their own practice. Like other new offerings, this program has expanded our audience demographics, demonstrating that, by diversifying our offerings, we can successfully broaden and deepen access to the Museum's collection.

The Sunday at the Met program likewise incorporated the participation of living artists in relation to our collections and exhibitions. For instance, the program *Americans and the Porcelain City* directly tied the work of living artists to cultural traditions of another place and time. Contemporary artists Wayne Higby, Sin-ying Ho, and Steven Lee explained the ways in which they were inspired by the city of Jingdezhen's long history as a great Chinese center of ceramic production, where some of the world's most beautiful and delicate porcelains were created. At the Sunday at the Met for the exhibition "Faking It: Manipulated Photography before Photoshop," artist Jerry N. Uelsmann, digital retoucher Amy Dresser, and photographic process historian Mark Osterman helped connect the historical and contemporary worlds of doctored photography.

## Piloting New Models

This year we focused on leveraging experimental projects to build offerings for multiple audiences or develop innovative and sustainable program streams. For example, the 3-D printing and scanning *hackathon* that the Digital Media and Education departments co-organized in June 2012 generated a series of public programs in the past year that have introduced audiences of all ages and levels to three-dimensional modeling and printing technologies. Notably, over 600 visitors watched two artists sculpt—one traditionally, in clay, and the other digitally—during an Artist Demonstration in conjunction with the exhibition "Bernini: Sculpting in Clay." Yet another development in 2013 was a weeklong summer intensive for teens on 3-D printing.

One of the core skills required for students to be successful in the twenty-first century is the ability to use technology strategically and appropriately. During the past year we piloted innovative uses of technology in our K–12 teacher workshops to support educators as they adapt and share these resources with their students. We invited teachers to codevelop lessons, share ideas, and apply new skills using the free app Evernote. By capturing observations and ideas in this cloud-based, multimedia format, teachers were able to instantly share their work with peers, while our staff was able to witness the ways in which the educators responded to the Museum's collections. We also piloted initiatives to extend the Museum's global reach through interactive webinars in collaboration with the U.S. Department of State. We conducted two such webinars for a total of over 1,100 teachers from forty-seven countries. Focusing on using works of art from the collection to support English Language Learners, these forums built on the Metropolitan Museum's role as a leader in museum-based online professional development for K–12 educators.

This year's Kress Interpretive Fellow worked collaboratively with Museum staff on another innovative project. As she learned about our European Paintings collection and became familiar with our audiences, she developed *Looking to Connect with European Paintings: Visual Approaches for Teaching in the Galleries*, a digital handbook to serve as a

resource for those who teach with original works of European painting. The publication will be a unique tool for those teaching adults—as opposed to K–12 students—at the Met.

Begun as a short-term exhibition-related project during the 2012 fiscal year, the Museum's Teen Blog took root this year as a key public platform for sharing teen perspectives and discussing original works of art and museum experiences. Since its launch, over 40,000 online readers from around the world have accessed the blog, which is written primarily by teen members of our Teen Advisory Group. In June 2013, *Teen Vogue* linked its own blog to Met Teen Blog entries on the exhibition "PUNK: Chaos to Couture."

Concerts & Lectures furthered a fiscal year–2012 initiative to present site-specific performances to animate the galleries and offer fresh insight on the collections. This year we collaborated with the Department of Asian Art on a production of *The Peony Pavilion,* a sixteenth-century opera masterpiece developed and directed by celebrated composer Tan Dun and staged in the Museum's Astor Court. More than 9,000 viewers worldwide also watched the sold-out performances via live-streaming. Dozens of similar partnerships with curatorial departments will follow in 2013–14, including three site-specific operas in the galleries.

## The Met as a Training Ground

The Museum is committed to training the next generation of museum professionals, an endeavor in which Education plays a significant role through many of its core programs. The Fellowship Program provided opportunities for forty-nine scholars at various stages in their careers to conduct art-historical, conservation, museum education, and scientific research at the Museum. The establishment this year of the new Fellowship in Museum Education and Public Practice will enable the exchange of ideas, research, and methodologies for teaching. Through both our Fellowship and International Exchange programs, we also provided opportunities for scholars from the United States and around the world to come together at the Museum to exchange knowledge and shared experiences. The College and Graduate Internship Program is a natural training forum, this year offering forty-one paid interns opportunities to gain new skills, knowledge, and competencies. In turn, they provided over 8,800 hours of service to the Museum and taught over 5,000 museum visitors in tours over ten weeks. We also invited over 250 unpaid interns to participate in newly offered biweekly discussions exploring museum issues and careers throughout the academic year. The High School Internship Program served seventy-five students interested in learning about museum careers and great works of art. These interns met with a range of staff to discuss their professional paths and roles and participated in hands-on sessions to develop knowledge, skills, and behaviors useful in a variety of occupations.

## The Met as a Global Hub

Additional programming further connected works of art to other perspectives and practices, deepening visitors' understanding of art from across the globe. For example, Education hosted an interfaith program sponsored by the Museum of Jewish Heritage in New York that brought together fifth graders from two Muslim schools and two Jewish schools at the Metropolitan Museum. The students learned about heritage and belief systems through works of art from the Islamic world. With increased attention to the diverse cultures and geopolitics of the Islamic world in the K–12 education sphere and in support of the 2011 reopening of the galleries of the Department of Islamic Art, we published our newest curriculum resource, *Art of the Islamic World.* Collaboratively authored and edited by educators, curatorial staff, and teachers, the guide highlights forty-six works in the collection and includes essays investigating topics ranging from the basic tenets of Islam to science and technology, as well as lesson plans aligned with National Learning and

Common Core State Standards. Published in print but also as the Museum's first truly digital resource for educators, we designed its online format to help teachers across the globe. Since its launch in October 2012 the resource has had 70,300 page views and over 9,700 downloads.

Discovering other worlds, near and far, has also long been at the heart of all family and teen programs. For instance, in fiscal year 2013 1,690 participants traveled the world during Start with Art at the Met Plus and Art Trek Plus (for children aged three to seven and five to twelve, respectively, and their families), and Art Explore programs for young teens aged eleven to fourteen. This year we produced a new publication for young audiences, *Fierce or Fancy? Discover the Art of Arms & Armor,* to celebrate the Arms and Armor Department's centennial. Since March 2013 visitors have used more than 3,600 printed guides that explore arms and armor from many regions of the globe.

Community Programs now focus on serving adult residents of New York City who may not have experienced the Met because of significant socioeconomic, social, linguistic, or cultural barriers. Last year 1,725 adults participated in these programs. In 2012 we piloted a series of multivisit partnerships with three organizations, including the CUNY Language Immersion Program (CLIP) at Hostos Community College in the Bronx. Gaining cultural understanding and a sense of belonging were among the program benefits that partners cited as most meaningful.

Inspired by special exhibitions, Education programmed gallery talks around a different theme each season, giving visitors the opportunity to consider art and ideas across collections and cultures. For instance, in the galleries of Safavid and later Iranian art, three short drop-in performances of Persian poetry recited in both Persian and English with musical accompaniment offered visitors of all ages experiential and interdisciplinary entry points into the works of art on view. Most visitors indicated the program broadened or deepened their understanding of the cultures represented and nearly all expressed a desire to further explore Islamic art and culture.

Concerts & Lectures also engaged in programming to encourage global cultural exchange in its 2012–13 season and launched an ongoing partnership with the World Music Institute, New York, which works with institutions to foster greater understanding of cultural traditions around the world. Our first collaboration was a sold-out concert featuring Paco Peña, one of the world's foremost traditional Flamenco performers. *Flamenco Vivo* offered a dynamic context and perspective that furthered understanding of other cultures and traditions intrinsic to our collections. These priorities also guided lecture programming. For instance, in conjunction with the exhibition "African Art, New York, and the Avant-Garde," we invited scholar Nell Irvin Painter to examine the legacy of the first interactions of white American collectors with African art and African-American artists, more than a century ago. Her talk revealed an essential backdrop for understanding the cultural, social, and political aspects of race and art in America.

## Conclusion

Fiscal year 2013 has provided fertile ground for Education programs to continue to develop next year and beyond. Many of our pilots and new initiatives have demonstrated appeal to wider audiences, with at least 30 percent of participants new to the Museum and/or new to its educational offerings. As we learn more about our audiences through the integrated, strategic plan for outcome-based, qualitative assessment that has been developed this year, we will be in an even stronger position to understand how to deepen participation and engagement while reaching broadly across age groups, interests, and cultures. By collaborating closely with colleagues throughout the Museum, Education serves as a catalyst to facilitating meaningful connections among people, artworks, and ideas.

# Internships, Fellowships, and Professional Travel Grants

In 2012–13, forty-one college- and graduate-level students received internships through the Museum's paid internship program. This program is an active training ground where individuals gain new skills, knowledge, and competencies that bridge the gap between formal education and practical work experience. The Museum also awarded forty-nine doctoral-level students and senior scholars fellowships for primarily one-year periods. The fellowships enable scholars from all over the world to undertake research on many aspects of the Museum's collection. In addition, professional travel grants were awarded to members of the Museum's staff for research and study in the United States and abroad.

## Summer and Long-Term Internship Program, 2012–2013

### MENTORING INTERNSHIPS

Margo Cohen Ristorucci
Editorial
BA, Cornell University, June 2013

Layla Hashemi
Islamic Art
BA, University of California, Los Angeles, June 2013

Margaret-Anne Logan
Drawings and Prints
BA, Trinity College, May 2013

Samuel Montero
Arts of Africa, Oceania, and the Americas
BA, University of California, Santa Cruz, June 2013

Alexandra Sizemore-Smale
Egyptian Art
BA, University of California, Berkeley, May 2013

Nathan Walker
Concerts & Lectures
BA, Brown University, May 2014

### COLLEGE INTERNSHIPS

Matthew Crosby
Greek and Roman Art
BA, Dartmouth College, December 2011

Elleree Erdos
The American Wing
BA, Williams College, June 2012

Alexandra Fine
Education
BA, Oberlin College, May 2012

Béatrice Grenier
Asian Art
BA, McGill University, April 2012

Catherine Jung
Jack and Lewis Rudin Internship
Asian Art
BA, Cornell University, May 2013

Corinne Kannenberg
Jack and Lewis Rudin Internship
Medieval Art and The Cloisters
BA, University of Colorado Boulder, May 2011

Alexandra Lotero
Jack and Lewis Rudin Internship
Education
BA, Columbia University, May 2012

Helen Luo
Arts of Africa, Oceania, and the Americas
BA, Rochester Institute of Technology, May 2012

Jennifer Mosby
Education
BA, Yale University, May 2012

Laura Quintrell
Asian Art
BA, Mount Holyoke College, May 2012

Natasha Rosenblatt
European Paintings
BA, Barnard College, May 2012

Artemis Shaw
Digital Media
BA, Columbia University, May 2011

### GRADUATE INTERNSHIPS

Danielle Canter
Modern and Contemporary Art
MA, Williams College, June 2013

Mary Coyne
Registrar's Office
MA, California State University, Long Beach, May 2012

Tracie Davis
Archives
MA, Sotheby's Institute of Art, London, United Kingdom, April 2011

Emily Dellheim
Modern and Contemporary Art
MA, Institute of Fine Arts, New York University, December 2013

Greta Glaser
Photograph Conservation
MA, University of Delaware, August 2013

Małgorzata Grzelec
Arts of Africa, Oceania, and the Americas
MA, Academy of Fine Arts in Warsaw, Poland, June 2014

Charles Howard
Solow Art and Architecture Foundation Internship
European Paintings
MA, Institute of Fine Arts, New York University, May 2011

Mellissa Huber
The Costume Institute
MA, New York University, May 2012

Christina Marinelli
Egyptian Art
MA, Bryn Mawr College, June 2013

Jennifer Padgett
The American Wing
MA, Washington University in St. Louis, May 2012

Esther Roth-Katz
Thomas J. Watson Library
MA/MLIS, Indiana University Bloomington, May 2013

Yitzchak Schwartz
Medieval Art and The Cloisters
MA, Bard Graduate Center, May 2013

Elaine Sullivan
Arts of Africa, Oceania, and the Americas
MA, University of California, Los Angeles, June 2012

Kristen Windmuller
Solow Art and Architecture Foundation Internship
Arts of Africa, Oceania, and the Americas
MA, Princeton University, January 2013

Allison Wucher
Education
MA, The Courtauld Institute of Art, London, United Kingdom,
August 2011

LONG-TERM INTERNSHIPS

Gala-Alexa Amagat
Six-Month Internship
Drawings and Prints
MA, Universiteit van Amsterdam, The Netherlands, June 2012

Sarah Cooper
Twelve-Month Internship in School and Teacher Programs
Education
BA, Oberlin College, May 2012

Maureen Coyle
Twelve-Month Video/Media Production Internship
Digital Media
MA, Syracuse University, May 2012

Samantha DeTillio
The Tiffany & Co. Foundation Curatorial Internship in American
Decorative Arts
The American Wing
MA, Smithsonian-Mason School of Conservation, May 2012

Madeline Kloss
Twelve-Month Editorial Internship
Education
BA, Columbia University, May 2012

Isabella Lores-Chavez
Six-Month Internship
Robert Lehman Collection
BA, Yale University, May 2012

Pallavi Sen
The Lifchez/Stronach Curatorial Internship
European Sculpture and Decorative Arts and the Antonio Ratti Textile
Center
BA, Columbus College of Art & Design, December 2011

Grace Chuang
European Sculpture and Decorative Arts and the Robert Lehman Collection
PhD candidate, Institute of Fine Arts, New York University

## Fellowships for Art History Research

SYLVAN C. COLEMAN AND PAMELA COLEMAN MEMORIAL
FUND FELLOWSHIPS

Masooma Abbas (PhD, Lahore College for Women University, Pakistan:
2009), Assistant Professor, Lahore College for Women University, to
enlarge and refine her dissertation, "*Islimi*: Its Evolution and Development
in Islamic Lands (Ninth–Seventeenth Century)"

Lamia Balafrej, Université Aix-Marseille 1, France, to conduct research
for her dissertation on the illustrated manuscripts of the Persian poet
Musharrif al-Din Muslih (Shaykh Saʿdi of Shīrāz)

Amanda Gannaway, Columbia University, to conduct research for and
write her dissertation, "Visualizing Divine Authority: An Iconography
of Lordship on the Late Intermediate North Coast of Peru"

Miki Morita, University of Pennsylvania, to conduct research for and
write her dissertation project on Uyghur Buddhist art

William Zimmerle (PhD, Near Eastern Languages and Civilizations,
University of Pennsylvania: 2011), to conduct research for his disserta-
tion, "'Spices of All Kinds': South Arabian and Arabianizing Censers in
Cultural Motion from Mesopotamia to the Mediterranean in the First
Millennium B.C."

CHESTER DALE FELLOWSHIPS

Ronda Kasl (PhD, Institute of Fine Arts, New York University: 2012),
Senior Curator of Paintings and Sculpture, Indianapolis Museum of Art,
to conduct research on The Metropolitan Museum of Art's early Spanish
paintings and the history of collecting Spanish art in America for a
forthcoming scholarly catalogue of the collection

Denis Ton (PhD, Università degli Studi di Padova, Italy: 2009), post-
doctoral researcher, Università delgi Studi di Padova, Italy, to conduct
research for his project on Giovanni Battista Piazzetta and his school

THE DOUGLASS FOUNDATION FELLOWSHIPS IN AMERICAN ART

Emily Burns, Washington University in St. Louis, to continue research
for her dissertation, "Innocence Abroad: The Construction and
Marketing of an American Artistic Identity in France, 1880–1910"

Erin Leary, University of Rochester, N.Y., to conduct research for her dissertation, "Decorating for Discrimination: Nativism and Eugenics in the Decorative and Domestic Arts"

ANNETTE KADE FELLOWSHIP

Petra Raschkewitz, Technische Universität Berlin, Germany, to conduct research for her dissertation, "The Patronage of the Burgundian Court Counselor Guillaume Fillastre the Younger (1400/07–1473)"

THE HAGOP KEVORKIAN CURATORIAL FELLOWSHIP

Pinar Gokpinar, Institute of Fine Arts, New York University, to conduct research on portable arts of the Seljuk period in Anatolia and Iran

Elizabeth Knott, New York University, to continue her research on ancient Near Eastern architectural models

ANDREW W. MELLON FELLOWSHIPS

Niv Allon, Yale University, to conduct research on representations of reading and writing in Egyptian New Kingdom tombs and artifacts for his dissertation on text and sign

Agnes Bencze (PhD, Classical Archeology, Université de Paris 1—Panthéon-Sorbonne, France, and Eötvös Loránd University, Budapest, Hungary: 2005), Assistant Professor, Pázmány Péter Catholic University, Budapest, Hungary, to conduct research on terracotta votive production from ancient Tarentum (Italy) through the end of the sixth century B.C.

Linda Borean (PhD, Università degli Studi di Udine, Italy: 1999), Professor of Art History, Università degli Studi di Udine, Italy, to conduct research and write her project, "Portraiture in *Seicento* Venice: Typologies, Artists, Patrons, and Collectors"

Donato Esposito (PhD, University of Plymouth, United Kingdom: 2010), Researcher, Plymouth City Museum and Art Gallery, 2008–10, to conduct research for his project on the art collection of the painter Sir Joshua Reynolds (British, 1723–1792)

Pengliang Lu, Bard Graduate Center, to conduct research toward a comprehensive study of bronzes from the Yuan dynasty (1271–1368)

Helen Malko, Stony Brook University, to conduct research on Kassite seals, *kudurru* stones, and texts for her dissertation on Kassite Mesopotamia

Shane McCausland (PhD, Princeton University: 2000), Senior Lecturer in History of Chinese Art, School of Oriental and African Studies, University of London, United Kingdom, to conduct research and write for his project on the visual culture under the *Pax Mongolica* in Yuandynasty China (1271–1368)

Hana Navratilova (PhD, Univerzita Karlova, Prague, Czech Republic: 2006), to research and publish a commented edition of "The Visitors' Graffiti in the Pyramid Complex of Senwosret III in Dahshur"

Furio Rinaldi, Università degli Studi di Roma "Torvergata", Italy, to conduct research for his dissertation, "An Artist in the Footsteps of Raphael: Timoteo Viti, 1470–1523; Painter, Draftsman, and Collector of Drawings"

Shengguang Tan (PhD, Tsinghua University, Beijing, China: 2010), Associate Researcher, Professor, Center for Chinese Archaeology and Art History, The Cultural Heritage Institute, Zhejiang University, Hangzhou, China, to conduct research for his study, "Early Representations of Architecture and Daily Life in Chinese Painting as Depicted in *Palace Banquet*"

J. CLAWSON MILLS FELLOWSHIP

Pascal François Bertrand (PhD, Université de Paris 10—Nanterre, France: 1988), Professor, Université de Bordeaux 3, France, to conduct research on tapestries toward the project, "ARACHNÉ, Critical Method of the History of Tapestry: Rules, Circulation of Models, and Transfers of Know-How, France, Fourteenth–Twenty-First Centuries"

THEODORE ROUSSEAU FELLOWSHIPS

Nathaniel Prottas, University of Pennsylvania, to conduct research for his dissertation, "Creative Copies: Survival and Revival in German and Netherlandish Art at the Turn of the Sixteenth Century"

Holly Shaffer, Yale University, to conduct research for her dissertation, "'Men and Gods, and Things': Art Production and Collection in Edward Moor's 'The Hindu Pantheon' (1810)"

SLIFKA FOUNDATION INTERDISCIPLINARY FELLOWSHIP

Sandra Hindriks, Universität Bonn, Germany, to conduct research with a curator for collection catalogues of early Netherlandish, French, and German paintings

THE JANE AND MORGAN WHITNEY FELLOWSHIPS

Valeria De Lucca (PhD, Musicology, Princeton University: 2009), British Academy Postdoctoral Fellow, University of Southampton, United Kingdom, 2009–12, to complete the research and writing for her book manuscript, "The Politics of Princely Entertainment: The Patronage of Musical Theater of Lorenzo Onofrio and Maria Mancini Colonna (1659–1689)"

Megan McCarthy, Columbia University, to conduct research for her dissertation, "The Empire on Display: Exhibitions of Germanic Art and Design in America, 1890–1914"

Allan Doyle, Princeton University, to complete his dissertation, "A Rule Without Measure: Michelangelo and French Paintings, 1814–1850"

Peter Allen Roda, New York University, to conduct research for his dissertation, "Resounding Objects: Musical Materialities and the Making of Banaras Tablas"

Matthew Saba, University of Chicago, to conduct research for his project, "The Ornament of Nishapur and the Transmission of Style in the Abbasid Empire" toward his dissertation, "The Dar al-Khilafa of Samarra and the Aesthetics of the Abbasid Palace"

Jonathan Tavares (PhD, Bard Graduate Center: 2013), to continue to research and write his dissertation on Victorian arms, armor, and curiosity dealer Samuel Luke Pratt (1805–1878)

Chun-Yi Tsai, Columbia University, to conduct research for her dissertation, "Images of the Supernatural Grotesque in China, ca. 1200–1500"

Christina Weyl, Rutgers University, to conduct research for her dissertation, "Abstract Impression: Women Printmakers and the New York Atelier 17, 1940–55"

*Fellowships for Study in Conservation*

SHERMAN FAIRCHILD FELLOWSHIP IN CONSERVATION

Alice Panhard (MA, Conservation and Restoration of Cultural Property, Université Paris 1—Panthéon-Sorbonne, France: 2011), to gain experience in and exposure to paintings conservation practices at The Metropolitan Museum of Art

Lisa Conte (MA, History of Art and Advanced Certificate in Conservation, Conservation Center, Institute of Fine Arts, New York University: 2011), to further investigate the collaborations between artists and painters, specifically in prints commissioned for *l'Estampe originale* by André-Edouard Marty (French, 1882–1974) in The Metropolitan Museum of Art's collection

Brenda Doherty (PhD, Chemical Sciences, Università degli Studi di Perugia, Italy: 2007), Researcher, Università delgi Studi di Perugia, Italy, to conduct research for her study, "From Egypt to Rome: A Multi-analytical Study of Ancient Madder Lake Formations"

Lisa Emily Gulian, University of California, Santa Barbara, to train in museum conservation science, with an interest in spectroscopy

Ainslie Harrison (MA, Art Conservation, Queen's University, Kingston, Canada: 2008), Conservation Fellow, University of Pennsylvania Museum of Archaeology and Anthropology; Field Conservator, El Caño Archaeological Project, Panama; to study Darien gold-alloy pendants in The Metropolitan Museum of Art's collection

Lorenzo Lazzarini, Professor of Applied Petrography, Department of Architecture, Construction and Conservation, Università IUAV di Venezia, Italy, to conduct research for his project, "Identification of the Greek Marbles (Archaic to Hellenistic) in the Collections of The Metropolitan Museum of Art"

Wiebke Lüders (Diploma in Conservation and Restoration, Akademie der bildenden Künste Wien, Austria: 2011), to conduct research on the restoration of bowed and plucked instruments

Daniela Pinna (Degree in Biological Sciences, Università degli Studi di Padova, Italy: 1976), Coordinator of the Scientific Laboratory, Opificio delle Pietre Dure, Florence, Italy, and Conservation Scientist, Soprintendenza per i Beni Storici, Artistici ed Etnoantropologici, Bologna, Italy, to conduct research on chromatic alterations that occurred on the marble statues at Orsanmichele Church, Florence, Italy

Maria Lorena Roldán (PhD, Chemistry, Universidad Nacional de Tucumán, Argentina: 2008), Postdoctoral Research Fellow, Consejo Superior de Investigaciones Científicas y Tecnicas, Instituto de Estructura de la Materia, Madrid, Spain, to conduct research for her project, "SERS and GC-MS Characterization and Identification of van Dyke Brown, Bistre, Asphaltum, and Related Brown Pigments in Works of Art"

Chiara Romano (Second Level Degree, Conservation and Restoration of Cultural Heritage, Università degli Studi di Palmero, Italy: 2010), to train in textile conservation practices, with an interest in the conservation of dress

Brice Vincent (PhD, Oriental Languages, Civilizations, and Societies, Paris III—Sorbonne Nouvelle, France: 2012), to conduct research on eleventh-to-thirteenth-century Khmer bronzes, with a focus on the Baphuon and post-Bayon periods

Anusha Kasthuri, (MSc, Architectural Conservation of Monuments and Sites, University of Moratuwa, Sri Lanka: 2008), Leon Levy Fellow in the Conservation of Archaeological Materials, Conservation Center, New York University, 2010–11, to conduct research for her project, "Study of Selected Sri Lankan Copper-Based Statues: Structure, Technology, and Metallography"

## Fellowships for Curatorial Training

Monika Bincsik (PhD, Eötvös Loránd University of Sciences, Budapest, Hungary: 2010), Postdoctoral Fellow, Art Research Center, Ritsumeikan University, Kyōto, Japan, to conduct research and plan for an exhibition and accompanying scholarly catalogue focused on Japanese lacquer, from medieval to modern times, primarily in the Metropolitan Museum's collection

Kei Yamamoto (PhD, Near and Middle Eastern Civilizations, University of Toronto, Canada: 2009), to conduct research toward an exhibition on Middle Kingdom Egypt

## Fellowships and Internships for Training in Curatorial and Educational Interpretation of Museum Collections

Elizabeth Perkins, Columbia University, to help with the development of interpretative strategies and teaching methods aimed at the adult visitor during the reinstallation of the European Paintings galleries

## Professional Travel Grants

Tamara E. Schechter, to attend the Sixty-second Attingham Summer School, which aims to examine the architectural and social history of the house in Britain

Donna Strahan, to travel to Cleveland, Ohio, and Chicago, Ill., to conduct examinations of Khmer bronze sculptures with Brice Vincent, fellow in the Objects Conservation Department

Yana van Dyke, to participate in a weeklong workshop on Mamluk bindings at the Montefiascone Conservation Project

Joseph Loh, to travel to Japan to conduct site visits and meet with colleagues at museums around Tokyo and Kyōto to learn more about their in-gallery and auditorium-based programming as well as their design and production of education materials for visitors

Donald J. La Rocca, to travel to Lhasa and the surrounding areas to conduct research on Tibetan arms and armor

Ellenor M. Alcorn, to travel to the United Kingdom and Amsterdam, The Netherlands, to observe new installations of British decorative arts and to visit the original locations of specific objects in the Museum's European Sculpture and Decorative Arts collection, to inform the redesign and reinstallation of the ESDA British galleries

Kurt Behrendt, to travel to North Indian Buddhist monastic sites and associated collections to survey architecture in preparation for a *Metropolitan Museum of Art Bulletin* article and the reinstallation of the Museum's Pala-period galleries

Sinéad Kehoe (Vilbar), to travel to Kyōto and Tokyo to view exhibitions and religious shrines and conduct research for the 2015 reinstallation of the Museum's Arts of Japan galleries, a publication on The Harry G. C. Packard Collection, and a future exhibition on the Shinto tradition

MARGARET AND HERMAN SOKOL TRAVEL STIPENDS

Jared Ash, to travel to Moscow and Saint Petersburg, Russia, as part of the Art Libraries Society of North America International Relations Committee

## Members of the Grants Committee

Thayer Tolles, Chairman, Marica F. Vilcek Curator of American Paintings and Sculpture, The American Wing

Stijn Alsteens, Curator, Drawings and Prints

Linda Borsch, Conservator, Objects Conservation

Pete Dandridge, Conservator and Administrator, Objects Conservation

Jayson Kerr Dobney, Associate Curator and Administrator, Musical Instruments

Mia Fineman, Associate Curator, Photographs

Christine Giuntini, Conservator, Arts of Africa, Oceania, and the Americas

Sarah Graff, Assistant Curator, Ancient Near Eastern Art

Charlotte Hale, Conservator, Paintings Conservation

Soyoung Lee, Associate Curator, Asian Art

Rebecca McGinnis, Museum Educator, Gallery and Studio Programs, Education

Adriana Rizzo, Associate Research Scientist, Scientific Research

Xavier F. Salomon, Curator, European Paintings

Melissa Oliver-Janiak, Ex Officio

Peggy Fogelman, Ex Officio, Frederick P. and Sandra P. Rose Chairman, Education

Carrie Rebora Barratt, Ex Officio, Associate Director for Collections and Administration

# Museum Publications

## Published by the Editorial Department

*Afghanistan: Forging Civilizations along the Silk Road* (2012). Edited by Joan Aruz and Elisabetta Valtz Fino. 144 pp. 172 illus. (126 in color). Paper $35.00.

*Bernini: Sculpting in Clay* (2012). C. D. Dickerson III, Anthony Sigel, and Ian Wardropper, with contributions by Andrea Bacchi, Tomaso Montanari, and Steven F. Ostrow. 432 pp. 472 illus. (437 in color). Cloth $65.00.

*The Cloisters: Medieval Art and Architecture; 75th Anniversary Edition, Revised and Expanded* (2012). Peter Barnet and Nancy Wu. 212 pp. 206 illus. (188 in color). Paper $24.95.

*Cultures in Contact: From Mesopotamia to the Mediterranean in the Second Millenium B.C.* (2013). Joan Aruz, Sarah Graff, and Yelena Rakic. The Metropolitan Museum of Art Symposia. 372 pp. 250 color illus. Paper $50.00.

*Designing Nature: The Rinpa Aesthetic in Japanese Art* (2012). John Carpenter. 216 pp. 153 color illus. Paper $29.95.

*Early American Silver in The Metropolitan Museum of Art* (2013). Beth Carver Wees with Medill Higgins Harvey. 340 pp. 613 illus. (342 in color). Cloth $75.00.

*Etruscan Art in The Metropolitan Museum of Art* (2013). Richard Daniel De Puma. 352 pp. 500 color illus. Cloth $75.00.

*European Paintings in The Metropolitan Museum of Art: A Walking Guide* (2013). Edited by Keith Christiansen and Katharine Baetjer. 96 pp. 110 color illus. Paper with flaps $9.95.

*Extravagant Inventions: The Princely Furniture of the Roentgens* (2012). Wolfram Koeppe. 304 pp. 293 illus. (262 in color). Cloth $75.00.

*Faking It: Manipulated Photography before Photoshop* (2012). Mia Fineman. 296 pp. 276 illus. (251 in color). Cloth $60.00.

*German Paintings in The Metropolitan Museum of Art, 1350–1600* (2013). Maryan Ainsworth and Joshua P. Waterman. 384 pp. 315 color illus. Cloth $75.00.

*Matisse: In Search of True Painting* (2012). Edited by Dorthe Aagesen and Rebecca A. Rabinow. 272 pp. 203 illus. (150 in color). Cloth $50.00.

*The Metropolitan Museum of Art Guide* (2012). Introduction by Director Thomas P. Campbell. Chinese, French, Italian, Japanese, Portuguese, and Spanish eds. 456 pp. 600 color illus. Flexibound $24.95.

*Peruvian Featherworks: Art of the Precolumbian Era* (2012). Heidi King. 232 pp. 200 color illus. Cloth $60.00.

*Photography and the American Civil War* (2013). Jeff L. Rosenheim. 288 pp. 297 color illus. Cloth $50.00.

*PUNK: Chaos to Couture* (2013). Andrew Bolton, with Richard Hell, John Lydon, and Jon Savage. 240 pp. 219 illus. (110 in color). Cloth $45.00.

*Regarding Warhol: Sixty Artists, Fifty Years* (2012). Mark Rosenthal, Marla Prather, Ian Alteveer, and Rebecca Lowery. 304 pp. 308 color illus. Cloth $60.00. Paper $45.00.

*Creating The Cloisters* (*MMAB* 70, no. 4, Spring 2013). Timothy B. Husband. 47 pp. 101 illus. (61 in color).

*Of Arms and Men: Arms and Armor at the Metropolitan, 1912–2012* (*MMAB* 70, no. 1, Summer 2012). Stuart W. Pyhrr. 48 pp. 86 illus. (61 in color).

*The Path of Nature: French Paintings from the Wheelock Whitney Collection, 1785–1850* (*MMAB* 70, no. 3, Winter 2013). Asher E. Miller. 48 pp. 68 illus. (66 in color).

*Recent Acquisitions: A Selection, 2010–2012* (*MMAB* 70, no. 2, Fall 2012). 88 pp. 127 illus. (120 in color).

*Metropolitan Museum Journal: Volume 47* (2012). 200 pp. 343 illus. (285 in color). Paper $75.00.

## Published by the Digital Media Department

*Bernini: Sculpting in Clay.* Curator Ian Wardropper and fellow Bernini scholars discuss the great seventeenth-century artist's technique and creative process, as seen in close study of clay models and sketches he created for larger works.

*The Civil War and American Art.* Curator H. Barbara Weinberg explores the many different responses to the Civil War as expressed by artists of the time. Painters and photographers grappled with themes of unity and division, racism and abolition, and their vision of America as a once-ideal and now-marred landscape. With stirring music and quotes from dozens of participants, bystanders, preachers, and politicians of the day, the guide transports visitors into this tumultuous time of disaster and renewal.

*Extravagant Inventions: The Princely Furniture of the Roentgens.* Curator Wolfram Koeppe discusses the mechanical wonders hidden inside the most intricate furniture ever created.

*George Bellows.* Curators H. Barbara Weinberg and Lisa Mintz Messinger explore the career of George Bellows and his celebrated depictions of American life during the exciting and challenging first decades of the twentieth century.

*Impressionism, Fashion, and Modernity.* Curator Susan Alyson Stein and journalist David D'Arcy highlight the vital role of fashion in celebrated paintings of modern life by the Impressionists and their contemporaries.

*Matisse: In Search of True Painting.* Curator Rebecca A. Rabinow provides a fresh perspective on Henri Matisse (French, 1869–1954), an artist who created pairs, trios, and series in an effort to push the boundaries of his painting.

*Photography and the American Civil War.* Curator Jeff L. Rosenheim traces the development of photography, a revolutionary new medium, in response to the American Civil War. The emotional, political, and tactical realities of the war gave photography practical new purposes, from medical documentation and identification of fallen soldiers to campaign paraphernalia to very personal keepsakes. Iconic photographs

of the time have also captured and preserved the raw experiences of Civil War for us to better understand it today. Rosenheim is joined by Lincoln historian Harold Holzer to discuss iconic images that, like the war itself, helped redefine the nation.

*Regarding Warhol: Sixty Artists, Fifty Years*. Curators Ian Alteveer and Marla Prather discuss Andy Warhol's radical ideas and approaches—including his engagement with the objects of everyday life, use of photography, and explorations of celebrity, sexual identity, and popular culture. American film director, author, actor, photographer, and Warhol acquaintance John Waters narrates the audio guide, and he is joined by a cast of contemporary artists and curators who share their thoughts on the enduring impact of an artist who "changed the topography of art."

### PERMANENT COLLECTION COMMENTARY

*Arms and Armor*. Curators discuss the stories and significance of key works of art on view in the reinstalled galleries. Commentary by Donald J. La Rocca, Pierre Terjanian, and Stuart W. Pyhrr.

*The Cloisters: The Director's Tour*. Thomas P. Campbell guides visitors through The Cloisters, providing an overview of history of this unique branch of the Museum, with focused discussion about specific works of art, spaces, and gardens. Curator Peter Barnet discusses additional key works in The Cloisters collection.

*The Director's Tour, Foreign-Language Production*. Now available in Portuguese and Russian, in addition to French, German, Italian, Spanish, Japanese, Mandarin, and Korean. A tour of highlights at The Cloisters is available now in Portuguese in addition to offerings in Spanish, French, German, and Japanese.

*European Paintings*. With the first major renovation of the galleries since 1951 and the first overall reinstallation of the collection since 1972, the galleries are organized both chronologically and geographically to provide an overview of painting in Italy, France, Spain, the Netherlands, Belgium, Germany, and Great Britain. Sculpture, medals, ceramics, and other decorative arts have been judiciously incorporated where their presence adds a layer of meaning to the display of paintings. Curators present the first comprehensive rethinking of these holdings in over four decades, with emphasis on historical crosscurrents between countries and contacts between artists. Commentary by Maryan Ainsworth, Katharine Baetjer, Andrea Bayer, Keith Christiansen, James David Draper, Daniëlle O. Kisluk-Grosheide, Walter Liedtke, Xavier F. Salomon, and Luke Syson.

*Musical Instruments*. Multimedia stops feature video performances and audio clips that highlight key objects in the collection. Selected for their technical and social importance as well as for their tonal and visual beauty, the instruments may be understood in a number of ways: as art objects, as ethnographic records, and as documents of the history of music and performance. Commentaries by curator J. Kenneth Moore and research fellow Peter Allen Roda.

### DIGITAL RESOURCES

*The Met Around the World* (2011–). The work of the Metropolitan Museum reflects the global scope of its collections and extends across the world through a variety of initiatives and programs including exhibitions, excavations, fellowships, professional exchanges, conservation projects, and traveling works of art.
www.metmuseum.org/met-around-the-world

*MetPublications* (2012–). *MetPublications* is a portal to the Metropolitan Museum's comprehensive book and online publishing program with close to 700 titles from 1964 to the present.
www.metmuseum.org/metpublications

### GALLERY INSTALLATION (PERMANENT)

*Italian, Spanish, and Netherlandish Gothic Altarpieces*. Interactive videos produced for the European Paintings galleries.

### GALLERY INSTALLATIONS (TEMPORARY)

Digital stereograph viewer. Installed in the exhibition "Photography and the American Civil War." Staci Hou, producer.

Eight short videos and animations that demonstrate the intriguing mechanical devices in the furniture created by Abraham Roentgen (German, 1711–1793) and his son David (German, 1743–1807). Installed in the exhibition "Extravagant Inventions: The Princely Furniture of the Roentgens."

Four artist-produced videos: *Incidents*, Igor Kopystian (American, born 1954); *The Mom Tape*, Ilene Segalove (American, born 1950); *Semiotics of the Kitchen*, Martha Rosler (American, born 1943); *Not Human*, Brandon Lattu (American, born 1970). Installed in the exhibition "Everyday Epiphanies: Photography and Daily Life Since 1969."

An immersive multimedia gallery experience of music videos and sound-scaping. Installed in the exhibition "PUNK: Chaos to Couture."

An in-gallery interactive that encourages visitors to provide their opinions on the austere and ornate in works of art, via a dedicated Twitter feed, in light of different stylistic imperatives of the past. Installed in the exhibition "Plain or Fancy? Restraint and Exuberance in the Decorative Arts."

Interactive quiz-style game that asks players to spot which photos are fake and figure out why and how they were altered. Through sets of questions accompanied by images, the game challenges misconceptions about the history of photo manipulation. Installed in the exhibition "Faking It: Manipulated Photography before Photoshop."

Projection of *Street*, James Nares's (British, born 1953) ultra-slow-motion video with sound. Also includes two small monitors showing black-and-white silent programs: Harold Eugene Edgerton (American, 1903–1990) and Etienne-Jules Marey (French, 1830–1904) motion studies; and New York "actuality" films. Installed in the exhibition "Street."

Touch-screen interactive allowing users to explore a Japanese album of illustrations and poetry. Installed in the exhibition "Birds in the Art of Japan."

Touch-screen interactive allowing users to explore the *Momoyogusa* print album by Kamisaka Sekka (Japanese, 1866–1942). Installed in the exhibition "Birds in the Art of Japan."

A video demonstrating *Automaton of Queen Marie Antoinette, The Dulcimer Player (La Joueuse de Tympanon)* created by Abraham Roentgen (German, 1711–1793) and Peter Kintzing (German, 1745–1816). Installed in the exhibition "Extravagant Inventions: The Princely Furniture of the Roentgens."

A video demonstrating the mechanical devices found in the *Berlin Secretary Cabinet* created by Abraham Roentgen (1711–1793) and his son David (1743–1807). Installed in the exhibition "Extravagant Inventions: The Princely Furniture of the Roentgens."

A video documenting the conservation of *The Emperor's Carpet*, a sixteenth-century Persian court carpet. Installed in the exhibition "Making the Invisible Visible: Conservation and Islamic Art."

A video documenting the study and conservation of the eighteenth-century *Damascus Room* from Syria. Installed in the exhibition "Making the Invisible Visible: Conservation and Islamic Art."

A video featuring an interview with Turkman jewelry collectors Marshall and Marilyn R. Wolf. Installed in the exhibition "Turkmen Jewelry from the Collection of Marshall and Marilyn R. Wolf."

A video featuring time-lapse photography and an interview with the artist Imran Qureshi (Pakistani, born 1972). Installed in the exhibition "The Roof Garden Commission: Imran Qureshi."

A video highlighting the remarkable urban and architectural projects undertaken by Gian Lorenzo Bernini (Italian, 1598–1680) in seventeenth-century Rome. Installed in the exhibition "Bernini: Sculpting in Clay."

A video slideshow detailing how the contemporary Cambodian artist Sopheap Pich (born 1971) creates organic open-weave sculptures. Installed in the exhibition "Cambodian Rattan: The Sculptures of Sopheap Pich."

MOBILE APPLICATIONS

*Beyond Battle: Arms and Armor at The Metropolitan Museum of Art.* An interactive online and mobile quiz-style game created in celebration of the centennial of the Arms and Armor Department. With subjects ranging from tournaments to triumphs, players test their knowledge about common myths and misconceptions about arms and armor. Masha Turchinsky, producer; Dirk H. Breiding and Edward A. Hunter, authors and curatorial advisers.

*Faking It.* A quiz-style game for iPad that asks players to spot which photos are fake and figure out how they were altered. Through sets of questions accompanied by images, the app challenges misconceptions about the history of photo manipulation. Paco Link, producer; Sung K. Park and Natalia Mileshina, designers; Staci Hou, writer; Mia Fineman, author and curatorial adviser.

ONLINE INTERACTIVE

*Plain or Fancy?* Created in tandem with the special exhibition by the same name and drawing upon the Museum's collection of European Sculpture and Decorative Arts, the in-gallery and online interactive highlights works that can be considered both austere and ornate and encourages visitors to provide their opinions, via a dedicated Twitter feed, in light of different stylistic imperatives of the past. Masha Turchinsky, producer; Jonathan E. Dehan, developer; Ellenor M. Alcorn and Luke Syson, curatorial advisers.

ONLINE PUBLICATIONS

*82nd & Fifth* (2013). A year-long series of 100 episodes that launched on February 1, 2013. 100 curators from across the Museum talk about 100 works of art that changed the way they see the world. Teresa W. Lai, series producer; Christopher A. Noey, series director; Howard Silver, producer; Sarah G. Cowan and Stephanie R. Wuertz, editors; CHIPS, design and development; Joseph Coscia, Jr., Katherine Dahab, Anna-Marie Kellen, Paul H. Lachenauer, Oi-Cheong Lee, Mark Morosse, Bruce J. Schwarz, Eileen Travell, Juan Trujillo, Karin L. Willis, and Peter Zeray, art photography; Jacqueline T. Neale Chadwick, portrait photography, imaging direction; Austin C. Fisher and Amy P. Liebster, "Explore" feature production.
www.metmuseum.org/82nd-and-fifth

*Heilbrunn Timeline of Art History* (2000– ). The *Timeline* is a chronological, geographical, and thematic exploration of the history of art from around the world, as illustrated by the Museum's collection.
www.metmuseum.org/toah

VIDEOS

*Bernini's Transformation of Rome* (3 minutes; color; video; 2012). Highlights the remarkable urban and architectural projects undertaken by Gian Lorenzo Bernini (Italian, 1598–1680) in seventeenth-century Rome by animating the 1676 Giovanni Battista Falda (Italian, 1643–1678) map of Rome. Christopher A. Noey, producer; Maureen Coyle, editor.

*Building the Moroccan Court at The Metropolitan Museum of Art* (18 minutes; color; video; 2012). A behind-the-scenes look at the creation and installation of the Patti Cadby Birch Court, which sits at the heart of the New Galleries for the Art of the Arab Lands, Turkey, Iran, Central Asia, and Later South Asia. The Court was hand-crafted on site by a team of artisans from Fez, Morocco, showcasing the living traditions of the Arab world. With the participation of curator Navina Najat Haidar, historical consultant Nadia Erzini, designer Achva Benzinberg Stein, and artisan Adil Naji. Christopher A. Noey, producer; Kate Farrell, editor.

*Cambodian Rattan: The Sculpture of Sopheap Pich* (2 minutes; color; video; 2013). A video slideshow detailing how the contemporary Cambodian artist Sopheap Pich (born 1971) creates organic open-weave sculptures that are inspired by human anatomy, plant life, and the history and culture of Cambodia. Christopher A. Noey, producer; Maureen Coyle, editor.

*Charles Lloyd New Quartet and Friends at The Temple of Dendur* (124 minutes; color; video; 2012). In celebration of his seventy-fifth birthday, tenor saxophone titan Charles Lloyd performs a program at *The Temple of Dendur* that marshals the creativity of his quartet—Jason Moran, piano; Reuben Rogers, bass; and Eric Harland, drums—and special guest singer Maria Farantouri. Sokratis Sinopoulos, lyra, also performs on the program, which ranges from Byzantine hymns to twenty-first-century jazz. The program was streamed live to the Internet, March 15, 2013. Howard Silver, producer.

*Collecting Turkmen Jewelry: The Marshall and Marilyn R. Wolf Collection* (3 minutes; color; video; 2012). Marshall and Marilyn R. Wolf discuss their collecting of Turkmen jewelry and connection to The Metropolitan Museum of Art. Christopher A. Noey, producer; Maureen Coyle, editor.

*Conserving The Emperor's Carpet* (8 minutes; color; video; 2013). Details the lengthy conservation of *The Emperor's Carpet,* a sixteenth-century Persian court carpet of silk and wool. Christopher A. Noey and Kate Farrell, producers.

*Demonstration of David Roentgen's Automaton of Queen Marie Antoinette, The Dulcimer Player* (2 minutes; color; video; 2012). Demonstration of the automaton playing melodies. Created by Abraham Roentgen (German, 1711–1793) and Peter Kintzing (German, 1745–1816). Paco Link, producer.

*Demonstration of the Roentgens' Dressing Table (Poudreuse)* (2 minutes; color; video; 2012). Demonstration of how the desk created by Abraham Roentgen (German, 1711–1793) and his son David (German, 1743–1807) transforms into a dressing table, or *poudreuse.* Paco Link, producer.

*DJ Spooky: The Nauru Elegies* (77 minutes; color; video; 2013). The Nauru Elegies posits that Nauru is a reflection site of many of the issues facing our contemporary information economy. This event is one of several comprising The Met Reframed, an unprecedented, multilayered, artistic partnership with Paul D. Miller (aka DJ Spooky That Subliminal Kid), a composer, multimedia artist, and writer. Streamed live to the Internet, January 18, 2013. Howard Silver, producer.

*DJ Spooky: Photography and the American Civil War* (61 minutes; color; video; 2013). Working in tandem with curator Jeff L. Rosenheim, Paul D. Miller (aka DJ Spooky That Subliminal Kid) presents a newly created piece for string ensemble with live-mixed electronic music and video using images from the exhibition "Photography and the American Civil War." Streamed live to the Internet, May 10, 2013. Howard Silver, producer.

*DJ Spooky—Of Water and Ice: A Concert of Compositions Based on Water and Arctic Rhythms* (59 minutes; color; video; 2013). Paul D. Miller (aka DJ Spooky That Subliminal Kid) compositions, arrangements, live electronics, live video-mixing; Adrianna Mateo, violin; Jiliane Russo, cello; The Mast: Haleh Gafori, vocalist, Matt Kilmer, percussion. Performance of a composition for string quartet and a video that evolved out of DJ Spooky's large-scale multimedia work *Sinfonia Antarctica*: *Of Water and Ice* is a music/video exploration of the composition of ice and water and our relationship to the vanishing environment of the arctic poles. Streamed live to the Internet, March 23, 2013. Howard Silver, producer.

*Efterklang and the Wordless Music Orchestra* (88 minutes; color; video; 2012). The Danish trio plays the music from its album *Piramida* (release date, September 25, 2012). For this collaboration with the sixteen-member Wordless Music Orchestra and guest conductor Matthew Coorey, Efterklang engaged classical arrangers Missy Mazzoli (Kronos Quartet, Victoire), Karsten Fundal (Under Byen, Oh Land), and Daníel Bjarnason (Sigur Rós, Múm). Streamed live to the Internet, September 22, 2012. Howard Silver, producer.

*Faking It: Manipulated Photography before Photoshop* (1 minute; color; video; 2012). Video trailer for the *Faking It* game. Paco Link, producer.

*The Fuentidueña Apse: A Journey from Castile to New York* (28 minutes; color; video; 2013). Presents a history of the *Apse from San Martín at Fuentidueña*, installed in 1960 as part of The Cloisters museum and gardens, The Metropolitan Museum of Art. Visits the ruins of the church of San Martín, outside the village of Fuentidueña, Spain, interviewing some of the men who helped dismantle the apse. Incorporates archival photography and film. With the participation of art historian Dr. Jerrilyn Dodds, conservator George Wheeler, and curators Carmen Gómez-Moreno and Peter Barnet. Christopher A. Noey, producer; Jessica Glass, editor.

*Intern Insights: Design* (2 minutes; color; video; 2013). Maha Ahmed speaks about her expectations and experiences as an intern in the Design department of The Metropolitan Museum of Art. Created for the Museum's Education Department. Maureen Coyle, producer.

*Italian, Spanish, and Netherlandish Gothic Altarpieces* (6 minutes; color; video; 2013). Three videos that highlight the unique characteristics of Italian, Spanish, and Netherlandish Gothic altarpieces in The Metropolitan Museum of Art's collection. Animated reconstructions show how the altarpieces would have been used in their original devotional context and explore the main iconographic and narrative themes through guided viewing. Rachel Rothbaum, producer; Staci Hou, writer.

*Jack Quartet: Modern Medieval* (70 minutes; color; video; 2012). Christopher Otto and Ari Streisfeld, violins; John Pickford Richards, viola, and Kevin McFarland, cello, perform an array of music for the holiday season presented in front of the Metropolitan Museum's Christmas Tree and Neapolitan Crèche in the Medieval Sculpture Hall, and streamed live to the Internet, December 16, 2012. Howard Silver, producer.

*Judy Collins* (96 minutes; color; video; 2013). Folk legend Judy Collins made her third Metropolitan Museum appearance with a Valentine's Day–themed program. Streamed live to the Internet, February 14, 2013. Howard Silver, producer.

*Madame Freedom: Live Re-score by DJ Spooky* (134 minutes; color; video; 2012). In 2007, Paul D. Miller was commissioned by Art Center Nabi in Seoul, South Korea, and the Korean American Film Festival in New York (KAFFNY) to re-score the classic 1956 film *Madame Freedom*. Streamed live to the Internet, October 26, 2012. Howard Silver, producer.

*Matisse: In Search of True Painting*. A series of videos created for the Museum's website that explore Henri Matisse's (French, 1869–1954) reconsideration and reworking of specific paintings and motifs:

*An Experiment in Deformation* (2 minutes; color; video; 2012); *A Slight Shift in Perspective* (2½ minutes; color; video; 2012); *The Beach at Etretat* (2 minutes; color; video; 2012); *The Woman in Blue* (2 minutes; color; video; 2012); *Radiant Color* (2 minutes; color; video; 2012). Christopher A. Noey, producer; Maureen Coyle, editor.

*Met Museum Presents: 2013–14 Season*. (1 minute; color; video; 2013). A dynamic overview of highlights of the upcoming season featuring an interview with composer and musician John Zorn. Sarah G. Cowan, producer.

*Musical Instruments from The Metropolitan Museum of Art: Indian Musical Instruments*. On May 13, 2013, the Department of Musical Instruments organized a series of performances in the galleries for the art of Mughal South Asia and Later South Asia at The Metropolitan Museum of Art. Christopher A. Noey, producer; Kate Farrell, editor.

    *Afghani Rabāb: Alap in Raag Desh* (2 minutes; color; video; 2013). Performed by Quraishi.

    *Afghani Rabāb: Composition in Raag Desh* (3 minutes; color; video; 2013). Performed by Quraishi and accompanied by Samir Chatterjee on tabla and Benjamin Stewart on tanpura.

    *Afghani Rabāb: "Valley" Folksong by Quraishi* (2 minutes; color; video; 2013). Written and performed by Quraishi and accompanied by Samir Chatterjee on tabla.

    *Khol Improvisation* (1 minute; color; video; 2013). Performed by Samir Chatterjee.

    *Sarangi: Alap in Raag Durga* (2 minutes; color; video; 2013). Performed by Ramesh Misra.

    *Sarangi: Bhojpuri Folksong from Uttar Pradesh* (2 minutes; color; video; 2013). Performed by Ramesh Misra on sarangi and accompanied by Samir Chatterjee on tabla and Benjamin Stewart on tanpura.

    *Sarangi: Composition in Raag Durga* (2 minutes; color; video; 2013). Performed by Ramesh Misra and accompanied by Benjamin Stewart on tanpura.

    *Sarangi: Ektal Composition in Raag Desh* (3 minutes; color; video; 2013). Performed by Ramesh Misra and accompanied by Samir Chatterjee on tabla and Benjamin Stewart on tanpura.

    *Sitar: Alap in Raag Desh* (2 minutes; color; video; 2013). Performed by K. V. Mahabala.

    *Sitar: Drut Tintal Composition in Raag Hamir* (5 minutes; color; video; 2013). Performed by K. V. Mahabala on sitar and accompanied by Samir Chatterjee on tabla and Benjamin Stewart on tanpura.

    *Sitar: Jor in Raag Desh* (2 minutes; color; video; 2013). Performed by K. V. Mahabala and accompanied by Benjamin Stewart on tanpura.

    *Tabla: Improvisation in Rupak Tal* (2 minutes; color; video; 2013). Performed by Samir Chatterjee and accompanied by Ramesh Misra on sarangi and Benjamin Stewart on tanpura.

    *Tabla: Theka, Qayeda, and Tukra in Tintal* (Medium Tempo—Madhya Lay) (2 minutes; color; video; 2013). Recited and played by Samir Chatterjee.

    *Tabla: Theka, Rela, and Tukra in Tintal* (Fast Tempo-Drut Lay) (2 minutes; color; video; 2013). Performed by Samir Chatterjee and accompanied by Benjamin Stewart on tanpura.

    *Tanpura Demonstration* (1 minute; color; video; 2013). Tanpura demonstration by Benjamin Stewart.

*Musical Instruments from The Metropolitan Museum of Art: Guitars*. The Department of Musical Instruments organized a series of performances on February 26, 2013, in the *Patio from the Castle of Vélez Blanco* at The Metropolitan Museum of Art. Christopher A. Noey, producer; Kate Farrell, editor.

    *Hauser Guitar: Allemande from the Partita in A Minor for Solo Flute, BWV 1013, by Johann Sebastian Bach (1685–1750)* (2 minutes; color; video; 2013). Performed by Jorge Caballero on a guitar made by Hermann Hauser (German, 1882–1952) in Munich, 1940.

    *Hauser Guitar: Evocación from Book One of the Iberia Suite by Isaac Albénia (1860–1909)* (2 minutes; color; video; 2013). Performed by Jorge Caballero on a guitar made by Hermann Hauser (German, 1882–1952) in Munich, 1940.

*Hauser Guitar: El Puerto from Book One of the Iberia Suite by Isaac Albéniz (1860–1909)* (2 minutes; color; video; 2013). Performed by Jorge Caballero on a guitar made by Hermann Hauser (German, 1882–1952) in Munich, 1940.

*José Ramírez III Guitar: El Mestre by Miguel Llobet (1878–1938)* (2 minutes; color; video; 2013). Performed by Vladimir Gorbach on a guitar made in the workshop of José Ramírez III (1922–1995) by Mariano Tezanos Martin (Spanish, born 1949) in Madrid, 1967. Ex coll.: Christopher Parkening.

*José Ramírez III Guitar: Sonata in B Minor, K27, by Domenico Scarlatti (1685–1757)* (2 minutes; color; video; 2013). Performed by Vladimir Gorbach on a guitar made in the workshop of José Ramírez III (1922–1995) by Mariano Tezanos Martin (Spanish, born 1949) in Madrid, 1967. Ex coll.: Christopher Parkening.

*José Ramírez III Guitar: Sonata in B Minor, K87, by Domenico Scarlatti (1685–1757)* (2 minutes; color; video; 2013). Performed by Vladimir Gorbach on a guitar made in the workshop of José Ramírez III (Spanish, 1922–1995) by Mariano Tezanos Martin (born 1949) in Madrid, 1967. Ex coll.: Christopher Parkening.

*Musical Instruments from The Metropolitan Museum of Art: Keyboards.* Filmed in The André Mertens Galleries for Musical Instruments at The Metropolitan Museum of Art, August 1, 2012, and May 13, 2013, with important instruments from the collection. Christopher A. Noey, producer; Sarah G. Cowan and Kate Farrell, editors.

*Cristofori Piano: The Giga of Sonata Number 6 in B-flat Major by Lodovico Giustini (1685–1743)* (2 minutes; color; video; 2013). Performed by Dongsok Shin on the earliest known surviving piano, made by the instrument's inventor, Bartolomeo Cristofori (Italian, 1655–1731), in Florence, 1720.

*Cristofori Piano: The Preludio of Sonata Number 6 in B-flat Major by Lodovico Giustini (1685–1743)* (2 minutes; color; video; 2013). Performed by Dongsok Shin on the earliest known surviving piano, made by the instrument's inventor, Bartolomeo Cristofori (Italian, 1655–1731), in Florence, 1720.

*Cristofori Piano: The Sonata in D Minor, K9, by Domenico Scarlatti (1685–1757)* (2 minutes; color; video; 2013). Performed by Dongsok Shin on the earliest known surviving piano, made by the instrument's inventor, Bartolomeo Cristofori (Italian, 1655–1731), in Florence, 1720.

*Graf Piano: Excerpt from Impromptu in G-flat Major, D. 899, Op. 90, No. 3, by Franz Schubert (1797–1828)* (2 minutes; color; video; 2013). Performed by Michael Tsalka on a piano made by Conrad Graf (Austrian, 1782–1851) in Vienna, ca. 1838.

*Hofmann Piano: Gigue in G Major, K574, by Wolfgang Amadeus Mozart (1754–1791)* (2 minutes; color; video; 2013). Performed by Michael Tsalka on a piano made by Ferdinand Hofmann (Austrian, 1756–1829) in Vienna, ca. 1790.

*Hofmann Piano: Sonata in A Minor, HedT.104.8.1, II. Poco Adagio, patetico e sostenuto by Daniel Gottlob Türk (1750–1813)* (2 minutes; color; video; 2013). Performed by Michael Tsalka on a piano made by Ferdinand Hofmann (Austrian, 1756–1829) in Vienna, ca. 1790.

*Kintzing Clavichord: Excerpt from the Goldberg Variations, BWV 988, by Johann Sebastian Bach (1685–1750)* (2 minutes; color; video; 2013). Performed by Michael Tsalka on a clavichord made by Christian Kintzing (German, 1707–1804) in Neuwied, Germany, 1763.

*Schmidt Piano: Excerpt from Variations in F Major, K613, by Wolfgang Amadeus Mozart (1756–1791)* (2 minutes; color; video; 2013). Performed by Michael Tsalka on a piano attributed to Johann Schmidt (Austrian, active late 18th century) in Salzburg, Austria, ca. 1790.

*Nauru Naseer Shamma and Al-Oyoun Ensemble* (134 minutes; color; video; 2013). Naseer Shamma, one of Iraq's leading cultural icons, appeared in New York with his Al-Oyoun Ensemble, consisting of seven virtuoso musicians from Cairo, Egypt, performing in a contemporary style of Shamma's own creation, which he calls Arab Chamber Music. Streamed live to the Internet, March 9, 2013. Howard Silver, producer.

*Patti Smith: Warhol's World* (99 minutes; color; video; 2012). In conjunction with the exhibition "Regarding Warhol: Sixty Artists, Fifty Years," rock legend Patti Smith pays tribute to Andy Warhol, her

fellow traveler on the cutting edge of the New York art and music scene in the 1970s, in her tenth Metropolitan Museum performance. Streamed live to the Internet, September 28, 2012. Howard Silver, producer.

*The Peony Pavilion* (75 minutes; color; video; 2012). The sixteenth-century Kunqu opera masterpiece *The Peony Pavilion* presented in a version developed and directed by celebrated composer Tan Dun with choreography by Huang Doudou, one of China's most prominent dancers, in the Metropolitan Museum's Astor Court, which is modeled on a seventeenth-century garden. Streamed live to the Internet, November 30, 2012. Christopher A. Noey and Howard Silver, producers.

*Rolltop Desk by David Roentgen: Animation* (1 minute; color; video; 2012). Mechanical devices and the inventive talents of David Roentgen (German, 1743–1807) are highlighted in this animation of a rolltop desk. Christopher A. Noey, producer; Maureen Coyle, editor.

*Rolltop Desk by David Roentgen: Demonstration* (2 minutes; color; video; 2012). Demonstration of the intriguing mechanical devices in this exceptionally refined desk created by David Roentgen (German, 1743–1807). Christopher A. Noey, producer; Sarah G. Cowan, editor.

*The Roof Garden Commission: Imran Qureshi* (1 minute, 17 seconds; color; video; 2013). A behind-the-scenes look at the creation and installation of the artwork featuring time-lapse photography and commentary by Imran Qureshi (Pakistani, born 1972) about the project. Christopher A. Noey, producer; Maureen Coyle, editor.

*A Scholars' Day Workshop: Collecting Byzantine and Islamic Art* (185 minutes; color; video; 2012). Organized by The Metropolitan Museum of Art and the Center for the History of Collecting at The Frick Collection, this Scholars' Day workshop took place in the "Byzantium and Islam: Age of Transition" exhibition galleries and the galleries for the art of the Arab Lands, Turkey, Iran, Central Asia, and Later South Asia. Scholars and curators were invited to speak about different aspects of collecting Byzantine and Islamic works of art. Recorded Monday, June 4, 2012. Christopher A. Noey, producer; Sarah G. Cowan, editor.

*Sculpting History* (9 minutes; color; video; 2012). Although the Metropolitan Museum already owns over forty works by American sculptor Augustus Saint-Gaudens (American, born Ireland, 1848–1907), the opportunity to acquire his bronze statuette *Abraham Lincoln: The Man (Standing Lincoln)* proved irresistible to curator Thayer Tolles. Christopher A. Noey, producer; Sarah G. Cowan, editor.

*Seven Words* (74 minutes; color; video; 2012). When Franz Joseph Haydn's (Austrian, 1732–1809) *Seven Last Words of Christ on the Cross* was first performed during the Good Friday service at the Spanish Cádiz Cathedral in 1786, the audience attended a multimedia performance that included special lighting, spoken word, and live music. Inspired by the original setting, The Met Reframed invited artist Ofri Cnaani to create a live video installation to encircle Lavard Skou Larsen's Salzburg Chamber Soloists performing an adaptation of the piece to a string orchestra. The concert was streamed live to the Internet, March 22, 2013. Howard Silver, producer.

*True Colors: The Damascus Room* (3 minutes; color; video; 2013). Beginning in 2008, conservators and conservation scientists at the Metropolitan Museum had the opportunity to conduct an in-depth study of the *Damascus Room*. Their groundbreaking research revealed that the room had originally been brightly colored but was later darkened by layers of protective varnish.

*Unfolding an 18th-Century Game Table* (2 minutes; color; 3-D animation; 2012). Animation that illuminates the concealed features of a game table created by David Roentgen (German, 1743–1807) and demonstrates how it transforms into different configurations. Paco Link, producer; Staci Hou, writer.

*William Eggleston: Real Life* (9 minutes; color; video; 2012). Curator Jeff L. Rosenheim discusses the Metropolitan Museum's acquisition of thirty-six works by American photographer William Eggleston (born 1939). Best known for his lush, colorful dye-transfer prints of "life, today" taken in Tennessee and Mississippi in the 1960s, '70s, and early '80s, Eggleston found poetry by exploring the everyday circumstances of life. Christopher A. Noey, producer; Kate Farrell, editor.

## Published by the Education Department

PRINTED AND ONLINE PUBLICATIONS

*Art of the Islamic World: A Resource for Educators* (2012). Edited by Maryam Ekhtiar and Claire E. Moore. 244 pp. 110 illus. in full color; 2 posters, 1 CD-ROM, 1 gallery guide. $79.95. 9¼ x 12 in. boxed set. www.metmuseum.org/learn/for-educators/publications-for-educators/art-of-the-islamic-world

*Fierce or Fancy? Discover the Art of Arms & Armor.* Family guide (2013). www.metmuseum.org/-/media/Files/Learn/Family%20Map%20and%20Guides/Fierce%20or%20Fancy.pdf

*Make Your Mark! Sketching in the Galleries of the Metropolitan Museum.* Family guide (revised 2013). www.metmuseum.org/-/media/Files/Learn/Family%20Map%20and%20Guides/11_MakeYourMark.pdf

*Percy Jackson & the Olympians: Explore Greek Mythology at the Met!* Family guide (revised 2013). www.metmuseum.org/en/learn/for-educators/-/media/Files/Learn/Family%20Map%20and%20Guides/Percy%20Jackson.pdf

*Pre-visit Guide for K–12 Educators: The Arts of Japan* (2013). www.metmuseum.org/en/learn/for-educators/-/media/AFC5248059554F469C2AFDCEF4B26BC1.ashx

*Social Narrative: Going to a Discoveries Program at The Metropolitan Museum of Art* (2012). www.metmuseum.org/events/programs/programs-for-visitors-with-disabilities/visitors-with-developmental-and-learning-disabilities/-/media/Files/Visit/socialnarrativediscoveries.pdf

*Social Narrative: Independent Family Visit to The Metropolitan Museum of Art for Children with Autism Spectrum Disorders* (2012). www.metmuseum.org/events/programs/programs-for-visitors-with-disabilities/visitors-with-developmental-and-learning-disabilities/-/media/Files/Visit/socialnarrativechildren.pdf

*Social Narrative: Independent Visit to The Metropolitan Museum of Art for Teens and Adults with Autism Spectrum Disorders* (2012). www.metmuseum.org/events/programs/programs-for-visitors-with-disabilities/visitors-with-developmental-and-learning-disabilities/-/media/Files/Visit/socialnarrativeteenadult.pdf

*Tan Dun's Peony Pavilion.* Maxwell K. Hearn. Performance program booklet (2012).

*Visiting the Metropolitan Museum with a Person with Dementia: A Resource for Care Partners* (2012). www.metmuseum.org/events/programs/programs-for-visitors-with-disabilities/visitors-with-dementia-and-their-care-partners/-/media/Files/Visit/dementiaresourceforcarepartners.pdf

## Published by Special Publications

*Art Is . . .* (2012). 384 pp. Full color throughout. Softcover $16.95.

*Be a Princess in Medieval Times* (2012). 14 board pages. Full color throughout. Hardcover $19.95.

*Fairyland Book and CD* (2012). 40 pp., 60-minute compact disc. Full color throughout. Hardcover $24.95.

*My First 123* (2012). 32 board pages. Full color throughout. Hardcover $9.95.

*My First Shapes* (2012). 32 board pages. Full color throughout. Hardcover $9.95.

## Staff Publications

Abbreviations:

MMA—The Metropolitan Museum of Art
*MMAB—Metropolitan Museum of Art Bulletin*
*MMJ—Metropolitan Museum Journal*
*MMSAST—Metropolitan Museum Studies in Art, Science, and Technology*

Adlin, Jane. "*Ombellifères* Cabinet" and "Charger with Fish Motifs." In *Earth, Sea, and Sky: Nature in Western Art; Masterpieces from The Metropolitan Museum of Art*, edited by Peter Barnet and Atsuyuki Nakahara, pp. 237, 259. Exh. cat. Tokyo: The Yomiuri Shimbun, 2012.

Ainsworth, Maryan. Catalogue entry on Workshop of Herri Met de Bles. In *Earth, Sea, and Sky: Nature in Western Art; Masterpieces from The Metropolitan Museum of Art*, edited by Peter Barnet and Atsuyuki Nakahara, p. 49, no. 20. Exh. cat. Tokyo: The Yomiuri Shimbun, 2012.

Ainsworth, Maryan, co-author with Joshua P. Waterman. *German Paintings in The Metropolitan Museum of Art, 1350–1600*. New York: MMA, 2013.

Ainsworth, Maryan, editor. *Jan Gossart, The Documentary Evidence*, by Sytske Weidema and Anna Koopstra. Foreword by Maryan Ainsworth. Turnhout: Harvey Miller, 2012.

Allen, Susan J. "Dahshur: Pyramid Ware." In *Handbook of Pottery of the Egyptian Middle Kingdom*, vol. 2, *The Regional Volume*, edited by Robert Schiestl and Anna Seiler, pp. 185–95. Vienna: Österreichische Akademie der Wissenschaften, 2012.

———. "Functional Aspects of Funerary Pottery: A Dialogue Between Representation and Archaeological Evidence." In *Functional Aspects of Egyptian Ceramics in Their Archaeological Context: Proceedings of a Conference Held at the McDonald Institute for Archaeological Research, Cambridge, July 24th–July 25th, 2009*, edited by Bettina Bader and Mary F. Ownby, pp. 273–90. Leuven: Peeters, 2013.

Alsteens, Stijn. Catalogue entry no. 57. In *Disegno & couleur: Dessins italiens et français du XVIe au XVIIIe siècle*, edited by Stefaan Hautekeete, pp. 184–88. Exh. cat. Maastricht: Bonnefantenmuseum; Tours: Musée des Beaux-Arts de Tours; and Brussels: Koninklijke Musea voor Schone Kunsten van België/Musées Royaux des Beaux-Arts de Belgique, 2012–13. Dutch ed., *Disegno & couleur. Italiaanse en Franse tekeningen van de 16de tot de 18de eeuw*.

———. Catalogue entry no. 10. In *Un Semblant de Bonheur. Dessins de la donation Osiris*, edited by Amaury Lefébure, pp. 36–37. Exh. cat. Rueil-Malmaison: Musée National du Château de Malmaison, 2012–13.

———. "Gossaert *corrigenda*." *Master Drawings* 50, no. 2 (Summer 2012), pp. 264–65.

———. Review of *A Corpus of Drawings in Midwestern Collections*, vol. 2B, *The Sixteenth Century in Northern Europe*, edited by Burton L. Dunbar et al. (London and Turnhout, 2012). *Master Drawings* 51, no. 1 (Spring 2013), pp. 105–15.

————. Review of *The Court Art of Friedrich Sustris: Patronage in Late Renaissance Bavaria*, by Susan Maxwell (Farnham, U.K., 2011). *The Burlington Magazine* 155, no. 1319 (February 2013), p. 100.

Alteveer, Ian. Catalogue entries on George Platt Lynes, Thurman Rotan, Frederick Sommer, Yves Klein, William Wegman, John Baldessari, Jim Shaw, Duane Michals, Jerry N. Uelsmann, and Martha Rosler. In *Faking It: Manipulated Photography before Photoshop*, by Mia Fineman, pp. 248–49, 251–54, nos. 175, 178, 185, 187–92, 194–97. Exh. cat. New York: MMA, 2012.

Alteveer, Ian, co-author with Mark Rosenthal, Marla Prather, and Rebecca Lowery. *Regarding Warhol: Sixty Artists, Fifty Years*. Exh. cat. New York: MMA, 2012.

Alteveer, Ian, co-author with Sheena Wagstaff and Navina Najat Haidar. *The Roof Garden Commission: Imran Qureshi*. Exh. cat. New York: MMA, 2013.

Arnold, Dorothea. "From Karnak to Amarna: An Artistic Breakthrough and Its Consequences." In *In the Light of Amarna: 100 Years of the Nefertiti Discovery*, edited by Friederike Seyfried, pp. 143–52. Exh. cat. Berlin: Ägyptisches Museum and Papyrussammlung, 2012. German ed., Petersberg, Germany: Imhof, 2012.

Arslanoglu, Julie, co-author with Silvia A. Centeno, Shawn Digney-Peer, and Isabelle Duvernois. "'Picasso in The Metropolitan Museum of Art': An Investigation of Materials and Techniques." *Journal of the American Institute for Conservation* 52, no. 3 (2013), pp. 140–55.

Aruz, Joan. "Seals and the Imagery of Interaction." In *Cultures in Contact: From Mesopotamia to the Mediterranean in the Second Millennium b.c.*, edited by Joan Aruz, Sarah B. Graff, and Yelena Rakic, pp. 216–25. The Metropolitan Museum of Art Symposia. New York: MMA, 2013.

Aruz, Joan, co-editor with Elisabetta Valtz Fino. *Afghanistan: Forging Civilizations along the Silk Road*. New York: MMA, 2012.

Aruz, Joan, co-editor with Sarah Graff and Yelena Rakic. *Cultures in Contact: From Mesopotamia to the Mediterranean in the Second Millennium b.c.* The Metropolitan Museum of Art Symposia. New York: MMA, 2013.

Baetjer, Katharine, co-editor with Keith Christiansen. *European Paintings in The Metropolitan Museum of Art: A Walking Guide*. New York: MMA, 2013.

Bambach, Carmen. "Bernard Berenson, *The Drawings of the Florentine Painters*." In *The Books That Shaped Art History*, edited by Richard Shone and John-Paul Stonard, pp. 30–41. London: Thames and Hudson, 2013.

————. "Letter: Correggio, *Modello* for the Sacrifice to the Unknown God." *Master Drawings* 51, no. 1 (Spring 2013), pp. 116–17.

————. "Letters from Michelangelo." *Apollo* 177, no. 608 (April 2013), pp. 58–67.

————. "A Neglected Work by Michelangelo: The Fragment of a Mural Drawing at the Villa Michelangiolo in Settignano." In *Festschrift for Joseph Connors*, edited by Machtelt Israëls and Louis A. Waldman, pp. 320–32. Florence, 2013.

————. "The Quest for Authenticity in Michelangelo's Drawings." In *Center 32: National Gallery of Art, Center for Advanced Study in the Visual Arts* 32, pp. 66–69. Washington, D.C., 2012.

————. "Vasari's Michelangelo." *Apollo* 177, no. 609 (May 2013), pp. 50–59.

————. "Vasari on Michelangelo's *Gelosie delle Figure* and the Destruction of His Drawings." *Annali Aretini* 20 (2012), pp. 131–47.

Barnet, Peter, co-author with Nancy Wu. *The Cloisters: Medieval Art and Architecture; 75th Anniversary Edition, Revised and Expanded*. New York: MMA, 2012.

Barnet, Peter, co-editor with Atsuyuki Nakahara. *Earth, Sea, and Sky: Nature in Western Art; Masterpieces of The Metropolitan Museum of Art*. Exh. cat. Tokyo: The Yomiuri Shimbun, 2012. Chinese ed., Beijing: National Museum of China, 2013.

Barro, Elisabeth, co-author with Silvia A. Centeno, Anna Vila, and Nora Kennedy. "Understanding the Gum Dichromate Process in Pictorialist Photographs: A Literature Review and Technical Study." *Studies in Conservation* 58, no. 3 (2013), pp. 174–88. Published online December 13, 2012.

Basquin, Kit. "The Incomparable Max: Max Beerbohm (1872–1956)." *The Illuminator* 5, no. 1 (Summer 2013), pp. 14–16.

Baumeister, Mechthild. "The Hidden History of a Roentgen Commode." In *Extravagant Inventions: The Princely Furniture of the Roentgens*, by Wolfram Koeppe, pp. 222–28. Exh. cat. New York: MMA, 2012.

Bayer, Andrea. Catalogue entries. In *Earth, Sea, and Sky: Nature in Western Art; Masterpieces from The Metropolitan Museum of Art*, edited by Peter Barnet and Atsuyuki Nakahara, pp. 18–19, 46–47; nos. 7, 19. Exh. cat. Tokyo: The Yomiuri Shimbun, 2012.

Benzel, Kim. "Ornaments of Interaction: Jewelry of the Late Bronze Age." In *Cultures in Contact: From Mesopotamia to the Mediterranean in the second Millennium b.c.*, edited by Joan Aruz, Sarah B. Graff, and Yelena Rakic, pp. 258–67. The Metropolitan Museum of Art Symposia. New York: MMA, 2013.

————. *Puabi's Adornment for the Afterlife: Materials and Technologies of Jewelry at Ur in Mesopotamia*. PhD diss., Columbia University, New York, 2013.

Beyazit, Deniz. "'Getting Lost' on the Tughra of Sultan Süleiman the Magnificent." *82nd & Fifth*. New York: MMA, released 2013. 82nd-and-fifth.metmuseum.org/getting-lost.

————. "Sokak-Karşı-Sanat." In *ALEM Artful Living: Sanata Adanan Bir Hayat—Burhan Doğançay*, June 6, 2013, p. 17.

Bincsik, Monika. "Japanese Art as Ethnographic or Decorative Art." In *Art of Japan and Japanisms*, edited by Agnieszka Kluczewska-Wojcik and Jerzy Malinowski, pp. 159–65. Krakow: Polish Society of Oriental Art and the Manggha Museum of Japanese Art and Technology, 2012.

————. "Lacquer Designs Based on Woodblock-Printed Book Illustrations by Nishikawa Sukenobu." In *Nishikawa Sukenobu wo yomu* (*Nishikawa Sukenobu Studies*), edited by Ishigami Aki, pp. 101–39. Kyōto: Ritsumeikan University, Art Research Center, 2013.

————. In *Shikkō jiten* (*Encyclopedia of Japanese Lacquer*), edited by Shikkoshi Gakkai. Tokyo: Kadokawa gakugei-shuppan, 2012.

Biro, Yaëlle, content editor. "African Art, New York, and the Avant-Garde." *Tribal Art*, Special Issue 3, 2012.

————. "African Art, New York, and the Avant-Garde: Exhibition Overview." *Tribal Art*, Special Issue 3 (2102), pp. 10–19.

————. "African Art, New York, and the Avant-Garde: Exhibition Preview." *African Arts* 46, no. 2 (Summer 2013), pp. 88–97.

13-53846-tjt   Doc 7150-31   Filed 08/28/14   Entered 08/28/14 01:05:39   Page 64 of 154

———. "Avant Charles Ratton. Commerce et diffusion des arts africains des années 1900 aux années 1920." In *Charles Ratton et l'invention des arts "primitifs,"* pp. 42–57. Paris: Flammarion, 2013.

———. "From Africa to New York: History and Genres of African Works in the United States during the 1910s and 20s." *Tribal Art*, Special Issue 3 (2012), pp. 20–22.

———. "The John Quinn Collection of African Art and Its Photographic Album by Charles Sheeler." *Tribal Art*, Special Issue 3 (2012), pp. 44–49.

———. "When, How, and Why Modern Art Came to New York." *Tribal Art*, Special Issue 3 (2012), pp. 64–71.

———. "A Pioneering Collection at the Turn of the 20th Century: Acquiring Congolese Art at the Penn Museum, Philadelphia." With object entries by Constantine Petridis. *Tribal Art* XVII–3, no. 68 (Summer 2013), pp. 100–117.

Bisacca, George, contributor. *German Paintings in The Metropolitan Museum of Art, 1350–1600*, by Maryan W. Ainsworth and Joshua P. Waterman. New York: MMA, 2013.

Boehm, Barbara D. Essay and catalogue entries. In *"Les Echecs," Art du jeu: Jeu dans l'art*, pp. 28–33. Exh. cat. Paris: Musée de Cluny, 2012–13.

Bogansky, Amy E., co-author with Amelia Peck, Elena Phipps, Marika Sardar Nickson, and Melinda Watt. "Global Exchange." *HALI* 177 (Summer 2013), pp. 68–79.

Bolton, Andrew, co-author with Richard Hell, John Lydon, and Jon Savage. *PUNK: Chaos to Couture*. Exh. cat. New York: MMA, 2013.

Brennan, Christine E. "Hoentschel's Gothic Importance." In *Salvaging the Past: Georges Hoentschel and French Decorative Arts from The Metropolitan Museum of Art*, edited by Daniëlle O. Kisluk-Grosheide, Deborah L. Krohn, and Ulrich Leben, pp. 144–63. Exh. cat. New York: Bard Graduate Center and MMA, 2013.

———. Catalogue entries. *Salvaging the Past: George Hoentschel and French Decorative Arts from The Metropolitan Museum of Art*, edited by Daniëlle O. Kisluk-Grosheide, Deborah L. Krohn, and Ulrich Leben, pp. 166–70, 172–73, 176–80, 183. Exh. cat. New York: Bard Graduate Center and MMA, 2013.

Campbell, Angela B. "Finding Folds: Albrecht Dürer's Meisterstiche Papers." *Print Quarterly* 29, no. 4 (2012), pp. 405–11.

Campbell, Angela B., co-author with Andrew Raftery. "Remaking Dürer: Investigating the Master Engravings by Masterful Engraving." *Art in Print* 2, no. 4 (2012), pp. 15–21.

Canby, Sheila. Foreword. *Ferdowsi, The Shahnameh: Epic of the Persian Kings*, illustrated and designed by Hamid Rahmanian, translated and adapted by Ahmad Sadri. New York: Quantuck Lane Press, 2013.

———. "The Islamic Galleries at the Met: Art of the Arab Lands, Turkey, Iran, Central Asia, and Later South Asia." *Arts of Asia* 42, no. 5 (September–October 2012), pp. 80–89.

———. "The Scented World: Incense Burners and Perfume Containers from Spain to Central Asia." *Arts of Asia* 42, no. 5 (September–October 2012), pp. 119–27.

Carò, Federico, co-author with J. Douglas. "Nature and Provenance of the Sandstone Used for Bayon Style Sculptures Produced during the Reign of Jayavarman VII." *Journal of Archaeological Science* 40 (2013), pp. 723–34.

Carò, Federico, co-author with John Guy and S. Im. "The Stone Quarries of Koh Ker (Preah Vihear Province, Cambodia): Comparison with Koh Ker Style Sculptures and Lintels." In *Connecting Empires and States. Selected Papers from the 13th International Conference of the European Association of Southeast Asian Archaeologists*, vol. 2, edited by M. L. Tjoa-Bonatz, A. Reinecke, and D. Bonatz, pp. 290–305. Singapore: NUS Press, 2012.

Carpenter, John. "Collapsing Past into Contemporary: The Imaginary Japan of Yamaguchi Akira." In *Yamaguchi Akira: The Big Picture* (bilingual catalogue), pp. xxv–xxvii (English), 207–9 (Japanese). Tokyo: Seigensha Art Publishing, 2012.

———. *Designing Nature: The Rinpa Aesthetic in Japanese Art*. Exh. cat. New York: MMA, 2012.

Centeno, Silvia A., co-author with Julie Arslanoglu, Shawn Digney-Peer, and Isabelle Duvernois. "*Picasso in The Metropolitan Museum of Art*: An Investigation of Materials and Techniques." *Journal of the American Institute for Conservation* 52, no. 3 (August 2013) pp. 140–55.

Centeno, Silvia A., co-author with P. Ropret and C. Miliani. "Raman Mapping in the Scientific Investigations of Works of Art." In *Raman Imaging*, edited by A. Zoubir, pp. 189–217. Berlin/Heidelberg: Springer, 2012.

Centeno, Silvia A., co-author with Anna Vila. "FTIR, Raman, and XRF Identification of the Image Materials in Turn of the 20th Century Pigment-Based Photographs." *Microchemical Journal* 106 (2013), pp. 255–62. Published online November 2, 2012.

Centeno, Silvia A., co-author with Anna Vila, Elisabeth Barro and Nora Kennedy. "Understanding the Gum Dichromate Process in Pictorialist Photographs: A Literature Review and Technical Study." *Studies in Conservation* 58, no. 3 (2013), pp. 176–88. Published online December 13, 2012.

Christiansen, Keith. "Bellini and the Meditational *poesia*," In *Artibus et Historiae, Art in Sixteenth-Century Venice: Context, Practices, Developments. Proceedings of a Conference in Honour of Peter Humfrey (University of St Andrews, 3rd–6th May 2012)*, part 1, no. 67 (XXXIV, 2013), pp. 9–20.

———. "Ghiberti and Painting." In *Renaissance Studies in Honor of Joseph Connors*, edited by Machtelt Israëls and Louis A. Waldman, pp. 73–97. Florence, Italy: Villa I. Tatti; Cambridge, Mass.: Harvard University Press, 2013.

Christiansen, Keith, co-editor with Katharine Baetjer. *European Paintings in The Metropolitan Museum of Art: A Walking Guide*. New York: MMA, 2013.

Cleland, Elizabeth A. H. "Early Tapestry." In *Decorative Arts and Design: The Montreal Museum of Fine Arts' Collection*, vol. 2, edited by Rosalind Pepall and Diane Charbonneau, pp. 144–47. Montreal: Montreal Museum of Fine Arts and Abrams, 2012.

———. Review of *Rubens. Subjects from History 3: The Constantine Series* (*Corpus Rubenianum Ludwig Burchard*, XIII [3]), by Koenraad Brosens. London: Harvey Miller Publishers; Turnhout: Brepols, 2011. *Historians of Netherlandish Art Review of Books*, November 2012, published online.

———. "Table Carpet with Unicorns" and "Greenery." In *Earth, Sea, and Sky: Nature in Western Art; Masterpieces from The Metropolitan Museum of Art*, edited by Peter Barnet and Atsuyuki Nakahara, nos. 64, 98. Exh. cat. Tokyo: The Yomiuri Shimbun, 2012.

Cortes, Emilia. "Recovering Contexts: The Roman Mummies Excavated by The Metropolitan Museum of Art at Dahshur, Egypt." In *Dressing the Dead in Classical Antiquity*, edited by Maureen Carroll and John Peter Wild, pp. 75–88. Stroud, U.K.: Amberley, 2012.

Croizat-Glazer, Yassana. Review of *Illuminating Fashion: Dress in the Art of Medieval France and the Netherlands, 1325–1515*, by Anne H. van Buren (New York and London, 2011). *Speculum* 87, no. 4 (October 2012), pp. 104–5.

———. Catalogue entry on a cabinet (16.32.19). In *Salvaging the Past: Georges Hoentschel and French Decorative Arts from The Metropolitan Museum of Art*, edited by Danièlle Kisluk-Grosheide, Deborah L. Krohn, and Ulrich Leben. Exh. cat. New York: Bard Graduate Center and MMA, 2013.

———. "The Role of Ancient Egypt in Masquerades at the Court of Francois I$^{er}$ (r. 1515–1547)." *Renaissance Quarterly* 66, no. 4 (Winter 2013).

Cullinan, Robert Nicholas. "Arseniy Zhilyaev: The Museum as Medium." In *Museum of Proletarian Culture: The Industrialisation of Bohemia*, edited by Katerina Chuchalina, pp. 11–13. Venice: Marsilio, 2013.

———. "Bureaucracy Unbound: Vadim Zakharov's Archive Fever." In *Vadim Zakharov: Danaë*, edited by Udo Kittelmann, pp. 90–96. Exh. cat. Venice: The Russian Pavilion of the 55th Venice Biennale, 2013.

———. *Cynicism and Indecency:* Francis Picabia's Blemished Monochromes." In *Last Works: From Manet to Kippenburger*, edited by Esther Schlicht and Max Hollein, pp. 131–32. Exh. cat. Frankfurt: Schirn Kunshalle, 2013.

———. "The Empty Canvas." In *Destroy the Picture: Painting the Void, 1949–1962*, edited by Paul Schimmel, pp. 224–38. Exh. cat. Los Angeles: Museum of Contemporary Art, 2012.

———. "Mel Bochner: Whitechapel Art Gallery, London." *Artforum* 51 no. 6 (February 2013), p. 238.

Daniel, Malcolm. Catalogue entries on Hill and Adamson, Gustave Le Gray, Edouard Baldus, Adolphe Braun, Edward J. Steichen, and Alfred Stieglitz. In *Earth, Sea, and Sky: Nature in Western Art; Masterpieces from The Metropolitan Museum of Art*, edited by Peter Barnet and Atsuyuki Nakahara, pp. 240–43. Exh. cat. Tokyo: The Yomiuri Shimbun, 2012.

David, Guinevere. "Lost and Found: New Realities in Art Historical Research." In *The Digital World of Art History*, conference held July 12, 2012. Princeton, N.J.: Index of Christian Art, 2012. ica.princeton.edu/digitalbooks/digitalday2.php.

Digney-Peer, Shawn, co-author with K. Thomas, R. Perry, J. Townsend, and S. Gritt. "The Imitative Retouching of Easel Paintings." In *The Conservation of Easel Paintings*, edited by Joyce Hill Stoner and Rebecca Rushfield, pp. 607–34. New York: Routledge, 2012.

Dionisi Vici, Paolo, co-author with O. Allegretti, M. De Vincenzi, and L. Uzielli. "Long-Term Hygro-Mechanical Monitoring of Wooden Objects of Art (WOA): A Tool for Preventive Conservation." *Journal of Cultural Heritage*, 2013. 10.1016/j.culher.2012.10.022.

Dionisi Vici, Paolo, co-author with S. Braovac, G. Hjulstad, M. Jensen, E. Storbekk, and O. Allegretti. "Long Term Physical-Mechanical Monitoring in an Uncontrolled RH Exhibition Environment—The Oseberg Ship—Analytical Results and Hygro-mechanical Modeling." In *Climate for Collections: Standards and Uncertainties. Postprints of the Munich Climate Conference, 7 to 9 November 2012*, pp. 283–98. Munich: Pinakothek der Moderne Ernst von Siemens-Auditorium; London: Archetype Publications, 2013. www.doernerinstitut.de/downloads/Climate_for_Collections.pdf.

Dionisi Vici, Paolo, co-author with Lucretia Kargère, Masahiko Tsukada, S. Bermudez Rodriguez, H.F. Hamann, L. Klein, V. Lopez, and A. G. Schrott. "Smart Sensors at The Cloisters: Preservation of a Medieval Collection in New York." In *Climate for Collections: Standards*

*and Uncertainties. Postprints of the Munich Climate Conference, 7 to 9 November 2012*. Munich: Pinakothek der Moderne Ernst von Siemens-Auditorium; London: Archetype Publications, 2013. www.doernerinstitut.de/downloads/Climate_for_Collections.pdf.

Dionisi Vici, Paolo, co-author with L. Uzielli, L. Cocchi, P. Mazzanti, M. Togni, and D. Jullien. "The Deformometric Kit: A Method and An Apparatus for Monitoring the Deformation of Wooden Panels." *Journal of Cultural Heritage*, 2012. 10.1016/j.culher.2012.03.001.

Dobney, Jayson Kerr. Entry, "Emile Boulanger." *Grove Music Online*. www.oxfordmusiconline.com.library.metmuseum.org/subscriber/article/grove/music/A2234516.

———. *"Holy Ghosts,' A New Commission for an Old Instrument."* Newsletter of the American Musical Instrument Society 412 (Fall 2012), pp. 12–13. amis.org/publications/newsletter/2012/41.2-2012.pdf.

———. "String Theory." *82nd & Fifth*. New York: MMA, released January 2013. 82nd-and-fifth.metmuseum.org/string-theory.

Draper, James David. "A New Sighting of Michelangelo's 'Young Archer'." *The Burlington Magazine* 154, no. 1316 (November, 2012), p. 790.

Dunn-Vaturi, Anne-Elizabeth. "Amulettes et simulacres en forme de jeu dans l'Antiquité." *Histoire antique et médiévale*, hors-série 33 (December 2012), pp. 22–25.

———. "Un Jeu de 58 trous parmi les ivoires Pratt." *Histoire antique et médievale*, hors-série 33 (December 2012) pp. 62–67.

Dunn-Vaturi, Anne-Elizabeth, co-author with Alex de Voogt and Jelmer W. Eerkens. "Cultural Transmission in the Ancient Near East: Twenty Squares and Fifty-Eight Holes." *Journal of Archaeological Science* 40 (2013).

Dunn-Vaturi, Anne-Elizabeth, co-editor with Isabelle Bardies-Fronty. *Art du jeu, jeu dans l'art: De Babylone à l'Occident medieval*. Exh. cat. Paris: Réunion des Musées Nationaux, 2012.

Duvernois, Isabelle, co-author with Rebecca A. Rabinow. "An Experiment in Deformation," and "A Slight Shift in Perspective." In *Matisse: In Search of True Painting*, edited by Dorthe Aagesen and Rebecca A. Rabinow. Exh. cat. New York: MMA, 2012.

Ekhtiar, Maryam. "Shimmering Surfaces: Lustre Ceramics from the Islamic World." *Arts of Asia* 42, no. 5 (September–October 2012), pp. 90–99.

Ekhtiar, Maryam, co-editor with Claire E. Moore. *Art of the Islamic World: A Resource for Educators*. New York: MMA, 2012.

Evans, Helen C. "Notes from the Field: Mimesis." *The Art Bulletin* 95, no. 2 (June 2013), pp. 197–200.

Fifield, Rebecca, co-author with R. P. Arenstein and M. Gleeson. "Resources for Preventive Conservation and Collections Care." *Collection Forum* 27, nos. 1/2 (2013), pp. 3–17.

Fineman, Mia. *Faking It: Manipulated Photography before Photoshop*. Exh. cat. New York: MMA, 2012.

———. Catalogue entries on Karl Blossfeldt and Albert Renger-Patzsch. In *Earth, Sea, and Sky: Nature in Western Art; Masterpieces from The Metropolitan Museum of Art*, edited by Peter Barnet and Atsuyuki Nakahara, pp. 242–44. Exh. cat. Tokyo: The Yomiuri Shimbun, 2012.

Fogelman, Peggy. "Innovative Public Programming of the Future." In *The Challenges Facing Museums and Cultural Institutions On-Site and Online in the 21st Century*, Symposium Proceedings, pp. 26–32. Dublin: National Gallery of Ireland, 2012.

Frelinghuysen, Alice Cooney. Catalogue entries. In *Earth, Sea, and Sky: Nature in Western Art; Masterpieces from The Metropolitan Museum of Art*, edited by Peter Barnet and Atsuyuki Nakahara, pp. 112, 113, 122, 124, 125, 231, 232, 235–37, nos. 60, 61, 67, 70, 71. Exh. cat. Tokyo: The Yomiuri Shimbun, 2012. Chinese ed., Beijing: National Museum of China, 2013, pp. 132–35, 148, 149, 154–57, nos. 60, 61, 67, 70, 71.

Fultz, Tamara Lee. Review of *Greek and Roman Mosaics*, by Umberto Pappalardo and Rosaria Ciardiello (New York: Abbeville Press, 2012). *ARLIS/NA Reviews* March/April 2013.

Giuntini, Christine. "Techniques and Conservation of Peruvian Feather Mosaics." In *Peruvian Featherworks: Art of the Precolumbian Era*, edited by Heidi King, pp. 89–100. New York: MMA, 2012.

Goss, Jared. "New Techniques: Bentwood and Plywood." In *Decorative Arts and Design: The Montreal Museum of Fine Arts' Collection*, vol. 2, edited by Rosalind Pepall and Diane Charbonneau. Montreal: Montreal Museum of Fine Arts, 2012.

———. "Polar Bear." In *Earth, Sea, and Sky: Nature in Western Art; Masterpieces from The Metropolitan Museum of Art*, edited by Peter Barnet and Atsuyuki Nakahara, p. 228. Tokyo: The Yomiuri Shimbun, 2012. Chinese ed., Beijing: National Museum of China, 2013, p. 116.

Graff, Sarah, contributor. *Ancient Mediterranean Art: The William D. and Jane Walsh Collection at Fordham University*, edited by Barbara Cavaliere and Jennifer Udell. New York: Fordham University Press, 2012.

———. *Antes del Diluvio: Mesopotamia 3500–2100 A.C.*, edited by Pedro Azara (Catalan and Spanish eds.). Barcelona and Madrid: CaixaForum, 2012.

———, contributor. *Earth, Sea, and Sky: Nature in Western Art; Masterpieces from The Metropolitan Museum of Art*, edited by Peter Barnet and Atsuyuki Nakahara. Tokyo: The Yomiuri Shimbun, 2012. Chinese ed., Beijing: National Museum of China, 2013.

———. Review of *Gilgamesh: Ikonographie eines Helden*, edited by Hans Ulrich Steymans. Orbis Biblicus et Orientalis 245 (Fribourg: Academic Press, 2010). *Journal of the American Oriental Society* 132, no. 3 (2012), pp. 475–77.

Graff, Sarah, co-editor with Joan Aruz and Yelena Rakic. *Cultures in Contact: From Mesopotamia to the Mediterranean in the Second Millennium B.C.* The Metropolitan Museum of Art Symposia. New York: MMA, 2013.

Guy, John. "Cambodian Rattan: Memory and Place in the Art of Sopheap Pich." *Orientations* 44, no. 4 (May 2013), pp. 90–95.

———. "Choice Varied Flowers." *HALI* 172 (2012), pp. 78–81.

———. "Defining the Narrative in Pāla Dynasty *Prajñāpāramitā* Palm-Leaf Manuscript Painting." In *Buddhist Narrative in Asia and Beyond*, edited by Peter Skilling and Justin McDaniel, vol. 2, pp. 83–943. Bangkok: Chulalongkorn University Press, 2013.

———. "Sacred Metals in South and Southeast Asia." In *Bronzes*, edited by David Ekserdjian, pp. 55–61. London: Royal Academy, 2012.

Hagelskamp, Christina, co-author with Paul van Duin. "A Seventeenth-Century Dutch Cabinet Mounted with Export Lacquer." *The Rijksmuseum Bulletin* 60 (December 2012), pp. 316–41.

Haidar, Navina Najat. "'Open-Minded' on Krishna Holds up Mount Govardhan to Shelter the Villagers of Braj." *82nd & Fifth*. New York: MMA, released 2013. 82nd-and-fifth.metmuseum.org/open-minded.

———. "Visual Splendor: Embellished Pages from the Metropolitan Museum's Collection of Islamic and Indian Manuscripts." *Arts of Asia* 42, no. 5 (September–October 2012), pp. 108–18.

Haidar, Navina Najat, co-author with Ian Alteveer and Sheena Wagstaff. *The Roof Garden Commission: Imran Qureshi*. Exh. cat. New York: MMA, 2013.

Hale, Charlotte, contributor. *German Paintings in The Metropolitan Museum of Art, 1350–1600*, by Maryan Ainsworth and Joshua P. Waterman. New York: MMA, 2013.

Harvey, Medill Higgins, contributor. *Early American Silver in The Metropolitan Museum of Art*. New York: MMA, 2013.

Hearn, Maxwell K. "Chinese Painting at the Metropolitan Museum and the Formation of a New Canon" (Daduhui bowuguan shoucang de Zhongguo hua yu xin dianfan de shuli). In *Masterpieces of Early Chinese Painting and Calligraphy in American Collections (Hanmo huicui: Meiguo shoucang Zhongguo wudai, Song, Yuan, shuhua zhenpin)*, pp. 37–45, and nos. 1, 7, 8, 11, 15–18, 21–24, 28, 29, 31, 36–38, 40, 47, 50, 51, 53, 54, 56–60. Shanghai: Shanghai Museum, 2012.

———. "Chinese Painting at The Metropolitan Museum of Art and the Formation of a New Canon." *Orientations* 43, no. 8 (November–December 2012), pp. 71–82.

———. "Peony Pavilion" and "Chinese Gardens: Pavilions, Studios, Retreats." In *Met Museum Presents: Peony Pavilion*, November 30–December 2, 2012, pp. 9–21, 22–39.

Heckscher, Morrison H. "The American Wing Rooms in The Metropolitan Museum of Art." *Winterthur Portfolio* 46, nos. 2/3 (Summer–Autumn 2012), pp. 161–77.

Hemingway, Seán. Catalogue entries. In *Sicily: Art and Invention between Greece and Rome*, edited by C. L. Lyons, M. Bennett, C. Marconi, and A. Sofroniew. Exh. cat. Los Angeles: J. Paul Getty Museum, 2013.

———. "Love Actually." *Minerva Magazine* (May–June 2013), pp. 30–33.

Hill, Marsha. "Statues: Repertoire and Purpose." In *In the Light of Amarna: 100 Years of the Nefertiti Discovery*, edited by Friederike Seyfried, pp. 153–62. Exh. cat. Berlin: Ägyptisches Museum und Papyrussammlung, 2012. Also German ed.

———. "The Stela Site: Finds." *Horizon. The Amarna Project and Amarna Trust Newsletter* 11 (September 2012), pp. 5–6.

Husband, Timothy B. *Creating The Cloisters*. MMAB 70, no. 4 (Spring 2013).

Jenkins, Catherine. "The Chiaroscuro Woodcuts of the Master ND at Fontainebleau." *Print Quarterly* 30, no. 2 (June 2013), pp. 131–43.

Kamrin, Janice. "Beni Hasan." In *The Encyclopedia of Ancient History*, edited by Roger S. Bagnall, Kai Brodersen, Craige B. Champion, Andrew Erskine, and Sabine R. Huebner, pp. 1087–88. Malden, Mass.: Wiley-Blackwell, 2013.

———. "The Procession of 'Asiatics' at Beni Hasan." In *Cultures in Contact: From Mesopotamia to the Mediterranean in the Second Millennium B.C.*, edited by Joan Aruz, Sarah Graff, and Yelena Rakic, pp. 156–69. The Metropolitan Museum of Art Symposia. New York: MMA, 2013.

Kargère, Lucretia, co-author with Paolo Dionisi Vici, Masahiko Tsukada, S. Bermudez Rodriguez, H. F. Hamann, L. Klein, V. Lopez, and A. G. Schrott. "Smart Sensors at The Cloisters: Preservation of a

Medieval Collection in New York." In *Climate for Collections: Standards and Uncertainties. Postprints of the Munich Climate Conference, 7 to 9 November 2012*. Munich: Pinakothek der Moderne Ernst von Siemens-Auditorium; London: Archetype Publications, 2013. www.doernerinstitut.de/downloads/Climate_for_Collections.pdf.

Karoglou, Kyriaki. Review of *Scolpire il marmo: Importazioni, artisti itineranti, scuole artistiche nel Mediterraneo antico (Atti del convegno di studio tenuto a Pisa Scuola Normale Superior, 9–11 Novembre 2009)*, edited by Gianfranco Adornato (Milan: Edizioni Universitarie di Lettere Economia Diritto, 2010). *American Journal of Archaeology* 117, no. 1 (January 2013). www.ajaonline.org/online-review-book/1484.

Kehoe (Vilbar), Sinéad. "A Brief Reconsideration of a Fragment of The Illustrated Collected Gleanings of the Legends of Past Virtues." In *Crossing the Sea: Essays on East Asian Art in Honor of Professor Yoshiaki Shimizu*, edited by Gregory P. A. Levine, Andrew M. Watsky and Gennifer Weisenfeld, pp. 95–106. Princeton: Princeton University Press, 2012.

———. "Pictures of Patriarchs: The Illustrated Life and Acts of Hōnen." PhD Diss., Princeton University, September 2012.

Kennedy, Nora. "Glossary of Technical Terms." In *Faking It: Manipulated Photography before Photoshop*, by Mia Fineman, pp. 270–73. Exh. cat. New York: MMA, 2012.

Kennedy, Nora, co-author with Silvia A. Centeno, Anna Vila, and Elisabeth Barro. "Understanding the Gum Dichromate Process in Pictorialist Photographs: A Literature Review and Technical Study." *Studies in Conservation* 58, no. 3 (2013), pp. 176–88. Published online December 13, 2012.

King, Heidi. "Featherwork." In *Wari: Lords of the Ancient Andes*, edited by Susan E. Bergh, pp. 206–15. Exh. cat. New York: Thames and Hudson; Cleveland: Cleveland Museum of Art, 2012.

———. *Peruvian Featherworks: Art of the Precolumbian Era*. New York: MMA, 2012.

———. "The Wari Feathered Panels from Corral Redondo, Churunga Valley: A Re-Examination of Context." *Ñawpa Pacha, Journal of Andean Archaeology* 33, no. 1, pp. 23–42. Leeds, U.K.: Institute of Andean Studies, 2013.

Kisluk-Grosheide, Daniëlle O, co-author with Deborah L. Krohn and Ulrich Leben. *Salvaging the Past: Georges Hoentschel and French Decorative Arts from The Metropolitan Museum of Art*. Exh. cat. New York: The Bard Graduate Center and MMA, 2013.

Kisluk-Grosheide, Daniëlle O., co-author with Ulrich Leben. "Georges Hoentschel and His World." *The Magazine Antiques* 180, no. 2 (March–April, 2013), pp. 126–33.

Koeppe, Wolfram. "Abraham and David Roentgen." In *Heilbrunn Timeline of Art History*. New York: MMA, 2000–, released June 2013. www.metmuseum.org/toah/hd/roen/hd_roen.htm.

———. *Extravagant Inventions: The Princely Furniture of the Roentgens*. Exh. cat. New York: MMA, 2012.

Kornhauser, Elizabeth Mankin. Catalogue entries. In *Earth, Sea, and Sky: Nature in Western Art; Masterpieces from The Metropolitan Museum of Art*, edited by Peter Barnet and Atsuyuki Nakahara, pp. 46, 47, 152, 164, 172, 173, 196, 197, 207, 208, 246, 247, 249, 250, 263, 260, 261, 262, nos. 4, 5, 93, 100, 107, 108, 126, 128. Exh. cat. Japan: The Yomiuri Shimbun, 2012. Chinese ed., Beijing: National Museum of China, 2013, 4, 5, 93, 100, 107, 108, 126, 128.

LaGamma, Alisa. "Art of Gabon." *Tribal Art*, Special Issue 3 (2012), pp. 26–35.

———. "Notes from the Field." *Art Bulletin* 95, no. 1 (2013), pp. 23–28.

La Rocca, Donald J. "Marking the Arms and Armor Centennial," *Now at the Met*. New York: MMA, released January 2, 2012. www.metmuseum.org/en/about-the-museum/now-at-the-met/features/2013/arms-and-armor-centennial.

———. Review of "The Art of the Sword" exhibition. *The Burlington Magazine* 154, no. 314 (September 2012), pp. 654–55.

Lê, Julie Tran. Review of *Visual Research Methods in Fashion*, by Julia Gaimster (Oxford and New York, 2011). *Art Libraries Journal* 37, no. 4 (Sept 2012), pp. 39–40.

Lee, Soyoung. "Goryeo cheongja: Seogu-eseoui suyong (Goryeo Celadon: Reception in the West)." *Misul Jaryo* 83 (June 2013), pp. 267–81.

Leidy, Denise Patry. "The Kashmiri Connection: Chinese Buddhist Sculpture in the Late 7th and Early 8th Century." In *New Studies in Chinese Buddhist Art*, edited by Songeun Choe, pp. 29–50. Seoul: National Museum of Korea, 2012.

Leona, Marco, co-author with S. Alidori, K. Asqiriba, Pablo Londero, M. Bergkvist, D. A. Scheinberg, and M. R. McDevitt. "Deploying RNA and DNA with Functionalized Carbon Nanotubes." *Journal Physical Chemistry C*. 10.1021/jp312416d.

Leona, Marco, co-author with Pablo Londero and John R. Lombardi. "A Compact Optical Parametric Oscillator Raman Microscope for Wavelength-Tunable Multianalytic Microanalysis." *Journal of Raman Spectroscopy* 44, no. 1 (January 2013).

———. "Laser Ablation Surface-Enhanced Raman Microspectroscopy." *Analytical Chemistry* 85, no. 11 (2013), pp. 5463–67.

Leona, Marco, co-author with Federica Pozzi, John R. Lombardi, and S. Bruni. "Sample Treatment Considerations in the Analysis of Organic Colorants by Surface-Enhanced Raman Scattering." *Analytical Chemistry* 84, no. 8 (2012), pp. 3751–57.

Leona, Marco, co-author with Federica Pozzi, Nobuko Shibayama, and John R. Lombardi. "TLC-SERS Study of Syrian Rue (Peganum harmala) and Its Main Alkaloid Constituents." *Journal of Raman Spectroscopy* 44, no. 1 (January 2013), pp. 102–7.

Liedtke, Walter. "Dirck van Delen's *Solomon Receiving the Queen of Sheba* of 1642." *Cantor Arts Center Journal* (Stanford University) 7 (2012), pp. 19–29.

———. "It's a Boy! Rubens's 'Family' Portrait in The Metropolitan Museum of Art." In *Face Book: Studies on Dutch and Flemish Portraiture of the 16th–18th Centuries*, pp. 235–42. Liber Amicorum Presented to Rudolf E. O. Ekkart on the Occasion of his 65th Birthday. Leiden, 2012.

———. "Rembrandt at Work: Some Late Self-Portraits." *Kroniek van het Rembrandthuis 2011* (2012), pp. 21–27.

Liedtke, Walter, co-author with C. Richard Johnson, Jr. and Don H. Johnson. "Canvas Matches in Vermeer: A Case Study in the Computer Analysis of Fabric Supports." *MMJ* 47 (2012), pp. 101–8.

Liedtke, Walter, co-author with Arthur K. Wheelock, Jr. *Vermeer: Il secolo d'oro dell'arte olandese*. Exh. cat., Scuderie del Quirinale, Rome. Milan: Skira, 2012.

Lightfoot, Christopher S. "A Glass Vessel with Double-Line Lettering in The Metropolitan Museum of Art, New York." In *Orhan Bingöl'e 67. Yaş Armağanı: A Festschrift for Orhan Bingöl on the Occasion of His 67th Birthday*, edited by G. Kökdemir, pp. 353–62. Ankara: Bilgin Press, 2013.

———. "Metropolitan Müzesi, Cesnola Koleksiyonu'nda Yeralan Kıbrıs Cam Eserleri." In *Anadolu Antik Cam Araştırmaları Sempozyumu*, edited by C. Gençler Güray, pp. 83–92. Kaunos/Kbid Toplantıları 2. Ankara: Bilgin Press, 2013.

Lightfoot, Christopher S., co-author with C. Katsari and A. Özme. *Amorium Reports 4: The Amorium Mint and the Coin Finds*. Berlin: Akademie Verlag, 2012.

Lipcan, Dan. "Faith-Based Cataloging: Resource Description and Access and Libraries, Archives, and Museums." *Art Documentation: Journal of the Art Libraries Society of North America* 31, no. 2 (Fall 2012), pp. 210–18.

Londero, Pablo, co-author with S. Alidori, K. Asqiriba, M. Bergkvist, Marco Leona, M. R. McDevitt, and D. A. Scheinberg. "Deploying RNA and DNA with Functionalized Carbon Nanotubes." *Journal of Physical Chemistry C*. 10.1021/jp312416d.

Londero, Pablo, co-author with Marco Leona and John R. Lombardi. "Definitive Evidence for Linked Resonances in Surface-Enhanced Raman Scattering: Excitation Profile of Cu phthalocyanine." *Applied Physics Letters* 102, 111101 (2013).

———. "Laser Ablation Surface-Enhanced Raman Microspectroscopy." *Analytical Chemistry* 85 (2013), pp. 5463–67.

Londero, Pablo, co-author with John R. Lombardi, and Marco Leona. "A Compact Optical Parametric Oscillator Raman Microscope for Wavelength-Tunable Multianalytic Microanalysis." *Journal of Raman Spectroscopy* 44, 131 (2013).

Mahon, Dorothy, contributor. *German Paintings in The Metropolitan Museum of Art, 1350–1600*, by Maryan Ainsworth and Joshua P. Waterman. New York: MMA, 2013.

McGinnis, Rebecca. "Learning in Art Museums: Cognition and Visual Impairment." *Journal of the Science of Arts* (Tokyo), no. 14 (2010–13), pp. 74–84.

Miller, Asher E. Catalogue entry on John Constable. In *Earth, Sea, and Sky: Nature in Western Art; Masterpieces from The Metropolitan Museum of Art*, edited by Peter Barnet and Atsuyuki Nakahara, p. 246, no. 92. Exh. cat. Tokyo: The Yomiuri Shimbun, 2012. Chinese ed., Beijing: National Museum of Art, 2013, pp. 202–3, no. 92.

———. "Notes: Odilon Redon," review of *Odilon Redon: Prince du Rêve, 1840–1916*, by Rodolphe Rapetti, et al. (Exh. cat., Grand Palais, Paris, and Musée Fabre, Montpellier, Paris, 2011). *Print Quarterly* 29 (December 2012), pp. 433–34.

———. *The Path of Nature: French Paintings from the Wheelock Whitney Collection, 1785–1850. MMAB* 70, no. 3 (Winter 2013).

Moore, J. Kenneth. "Gratitude." *82nd & Fifth*. New York: MMA, released June 2013. 82nd-and-fifth.metmuseum.org/gratitude.

Murphy, Stephen A. "The Distribution of *Sema* Stones throughout the Khorat Plateau during the Dvaravati Period." In *Unearthing Southeast Asia's Past: Selected Papers from the 12th International Conference of the European Association of Southeast Asian Archaeologists, Volume 1*, edited by Marijke J. Klokke and Véronique Degroot, pp. 215–33. Singapore: NUS Press, 2013.

Murphy, Stephen, co-author with Pimchanok Pongkasetkan. "Transitions from Late Prehistoric to Dvaravati Period Funerary Practices: New Evidence from Dong Mae Nang Muang, Central Thailand." In *Crossing Borders: Selected Papers from the 13th International Conference of the European Association of Southeast Asian Archaeologists, Volume 1*, edited by Mai Lin Tjoa-Bonatz, Andreas Reinecke, and Dominik Bonatz, pp. 75–89. Singapore: NUS Press, 2012.

Nogueira, Alison Manges. Catalogue entry on a maiolica plate by Francesco Xanto Avelli (1975.1.1133). In *Earth, Sea, and Sky: Nature in Western Art; Masterpieces from The Metropolitan Museum of Art*, edited by Peter Barnet and Atsuyuki Nakahara, pp. 68, 214, no. 18. Exh. cat. Tokyo: The Yomiuri Shimbun, 2012.

Oppenheim, Adela. "The North and South Walls of Senwosret III's North Chapel at Dahshur." In *Ancient Memphis: 'Enduring Is the Perfection.' Proceedings of the International Conference Held at Macquarie University, Sydney, on August 14–15, 2008*, edited by Linda Evans, pp. 397–424. Orientalia Lovaniensia Analecta 214. Leuven: Peeters, 2012.

———. "Relief of Ripe Barley," "Head of Hippopotamus," "Handle in the Shape of a Horse," "Statuette of Cat," "Inlay of Horus-of-Gold Name," "Statuette Depicting the Good Horus in Falcon Form Protecting Nectanebo II." In *Earth, Sea, and Sky: Nature in Western Art; Masterpieces from The Metropolitan Museum of Art*, edited by Peter Barnet and Atsuyuki Nakahara, pp. 217, 222–24, 229–30. Exh. cat. Tokyo: The Yomiuri Shimbun, 2012.

Orenstein, Nadine M. "Foreign Engravers in Baroque Spain," review of *Grabadores extranjeros en la Corte española del Barroco*, by Javier Blas, María Cruz de Carlos Varona, and José Manuel Matilla (Madrid, 2011). *Print Quarterly* 30, no. 2 (2013), pp. 232–35.

———. "Indrukken van Kleur: Conferentieverslag herontdekking van kleur in de vroegmoderne prentkunst." *Kleur & visie* 65 (July 2012), pp. 6–7.

———. "Lucas van Leyden," review of *Lucas van Leyden en de Renaissance*, by Christian Vogelaar, Jan Piet Filedt Kok, Huigen Leeflang, and Ilja M. Veldman (Antwerp, 2011). *Print Quarterly* 29, no. 3 (2012), pp. 339–41.

Patch, Diana Craig, co-author with Catharine Roehrig and Peter Lacovara. "Malqata: A Century of Exploration." *Kmt* 23, no. 4 (Winter 2012–13), pp. 76–84.

Peck, Amelia. Catalogue entries. In *Earth, Sea, and Sky: Nature in Western Art; Masterpieces from The Metropolitan Museum of Art*, edited by Peter Barnet and Atsuyuki Nakahara, pp. 55, 121, 210, 211, 234, 235, nos. 11, 66. Exh. cat. Tokyo: The Yomiuri Shimbun, 2012. Chinese ed., Beijing: National Museum of China, 2013, pp. 26, 27, 146, 147, nos. 11, 66.

Peck, Amelia, co-author with Amy E. Bogansky, Elena Phipps, Marika Sardar Nickson, and Melinda Watt. "Global Exchange." *HALI* 177 (Summer 2013), pp. 68–79.

Pilosi, Lisa, co-author with Karen Stamm and Mark Wypyski. "An Islamic Cameo Glass Fragment in The Metropolitan Museum of Art." In *Annales du 18e Congrès de l'Association Internationale pour l'Histoire du Verre, Thessaloniki, 2009*, edited by Despina Ignatiadou and Anastassios Antonaras, pp. 341–45. Thessaloniki: ZITI Publishing, 2012.

Prather, Marla. "Interviews with Artists." In *Regarding Warhol: Sixty Artists, Fifty Years*, by Mark Rosenthal, Marla Prather, Ian Alteveer, and Rebecca Lowery. Exh. cat. New York: MMA, 2012.

———. "Stanley Spencer, 'King's Cookham Rise'." In *Earth, Sea, and Sky: Nature in Western Art; Masterpieces from The Metropolitan Museum of Art*, edited by Peter Barnet and Atsuyuki Nakahara. Exh. cat. Tokyo: The Yomiuri Shimbun, 2012.

Pyhrr, Stuart W. "Antique Arms of the New World: The Duc de Dino Collection." *MMJ* 47 (2012), pp. 183–230.

———. *Of Arms and Men: Arms and Armor at the Metropolitan, 1912–2012. MMAB* 70, no. 1 (Summer 2012).

Rabinow, Rebecca A. "The Beach at Etretat," "The Woman in Blue," and "Radiant Color." In *Matisse: In Search of True Painting*, edited by Dorthe Aagesen and Rebecca A. Rabinow. Exh. cat., pp. 117–23, 142–47, 175–81. New York: MMA, 2012.

Rabinow, Rebecca A., co-author with Dorthe Aagesen. Introductory essay. In *Matisse: In Search of True Painting*, edited by Dorthe Aagesen and Rebecca A. Rabinow, pp. 3–13. Exh. cat. New York: MMA, 2012.

Rabinow, Rebecca A., co-editor with Dorthe Aagesen. *Matisse: In Search of True Painting*. Exh. cat. New York: MMA, 2012.

Rabinow, Rebecca A., co-author with Isabelle Duvernois. "An Experiment in Deformation" and "A Slight Shift in Perspective." In *Matisse: In Search of True Painting*, edited by Dorthe Aagesen and Rebecca A. Rabinow, pp. 36–41, 59–66. Exh. cat. New York: MMA, 2012.

Rakic, Yelena. "Kunst für das Volk, das Department of Ancient Near Eastern Art im Metropolitan Museum of Art." *Antike Welt: Zeitschrift für Archäologie und Kulturgeschichte* 6 (2012).

———. MMA object entries. In *Antes del Diluvio: Mesopotamia 3500–2100 A.C.* Barcelona: Obra Social "la Caixa": Polígrafa, 2012.

Rakic, Yelena, co-editor with Joan Aruz and Sarah Graff. *Cultures in Contact: From Mesopotamia to the Mediterranean in the Second Millennium B.C.* The Metropolitan Museum of Art Symposia. New York: MMA, 2013.

Reeder, Jan Glier. Review of *Costume in Greek Tragedy* by Rosie Wyles (London: Bloomsbury Academic/Bristol Classical Press, 2011). *Costume* 47, no. 1 (2013), pp. 113–14.

Riccardelli, Carolyn, co-author with M. Jorjani, G. Wheeler, W. Soboyejo, and N. Rahbar. "An Evaluation of Potential Adhesives for Marble Repair." In *Objects Specialty Group Postprints*, vol. 15, *2008*, compiled by Howard Wellman et al., pp. 95–107. Washington, D.C.: The American Institute for Conservation of Historic and Artistic Works. Published online 2012. www.conservation-us.org.

Riccardelli, Carolyn, co-author with G. Wheeler, C. Muir, G. Scherer, and J. Vocaturo. "An Examination of Pinning Materials for Marble Sculpture." In *Objects Specialty Group Postprints*, vol. 17, *2010*, compiled by Carolyn Riccardelli et al., pp. 95–112. Washington, D.C.: The American Institute for Conservation of Historic and Artistic Works. Published online 2012. www.conservation-us.org.

Rippner, Samantha. "Themes and Variations." In *Matisse: In Search of True Painting*, edited by Dorthe Aagesen and Rebecca A. Rabinow, pp. 164–65. Exh. cat. New York: MMA, 2012.

Roehrig, Catharine, co-author with Diana Craig Patch and Peter Lacovara. "Malqata: A Century of Exploration." *Kmt* 23, no. 4 (Winter 2012–13), pp. 76–84.

Rosenheim, Jeff L. Catalogue entries on Carleton E. Watkins, Eugène Atget, Lee Friedlander, and Hiroshi Sugimoto. In *Earth, Sea, and Sky: Nature in Western Art; Masterpieces from The Metropolitan Museum of Art*, edited by Peter Barnet and Atsuyuki Nakahara, pp. 241, 243–45. Tokyo: The Yomiuri Shimbun, 2012.

———. *Photography and the American Civil War*. Exh. cat. New York: MMA, 2013.

Rugiadi, Martina. "Il Complesso di Recevimento del Palazzo Ayyubide a Shawbak." *Vicino Oriente* 16 (2012), pp. 201–25.

———. Online entries "Dado Panel with Part of a Poem in Persian," "Marble Balustrade with Building Text," "Marble Panel with an Octagon Modular Pattern," "Marble Transenna with 'Waq Waq' Tree Motifs," "So-Called 'Mihrab-Like' Panel in Marble" and "Upper Part of a Small Marble Arch Bearing the Name of Maas'ud III." In *UNESCO Museums for Intercultural Dialogue*, 2013. www.unesco.org/culture /museum-for-dialogue/museums-for-intercultural-dialog/en/.

Rugiadi, Martina, co-author with Luca Colliva and Ali Asadi. "Archaeological Survey of the Site." In "Estakhr Project: First Preliminary Report of the Joint Mission of the Iranian Center for Archaeological Research, the Parsa-Pasargadae Research Foundation and the Sapienza University of Rome, Italy," *Vicino Oriente* 16 (2012), pp. 167–80. Additional article authors include Maria Vittoria Fontana, Alessandro M. Jaia, Alessandro Blanco, and Seyyed Mahmoud Mireskandari.

Ruiz-Molina, Marina. Poster. *A New Method of Paper Pulp Fills for Drawings Affected by Mold Damage.* American Institute of Conservation's 41st Annual Meeting. The Contemporary in Conservation. Abstract Book, 2013. p. 68.

Salomon, Xavier F. "The Art of Diplomacy: Velázquez's Portrait of Francesco I d'Este." *Apollo* 177 (May 2013), pp. 44–49.

———. Catalogue entry for Giovanni Battista Tiepolo's *Saint Thecla Praying for the Plague-Stricken* and *Apotheosis of the Spanish Monarchy*. In *Giambattista Tiepolo "il miglior pittore di Venezia,"* edited by G. Bergamini, A. Craievich, and F. Pedrocco, pp. 246, 249, nos. 43, 46. Exh. cat. Passariano: Villa Manin, 2012.

———. "Gasparo Marcaccioni (1620–74): His Portrait by Carlo Maratti and His Chapel." *The Burlington Magazine* 154 (2012), pp. 629–36.

———. Review of *Andrea Ansaldo (1584–1638),* by Margherita Priarone (Genoa, Italy: SAGEP, 2011). *The Burlington Magazine* 155 (2013), pp. 36–37.

———. Review of *Il cardinal Angelo Maria Durini (1725–1796). Un mecenate lombardo nell'Europa dei Lumi fra arte, lettere e diplomazia,* by Cristina Geddo (Milan, Italy: Silvana, 2010). *The Burlington Magazine* 154 (2012), pp. 495–96.

———. Review of "Goya and the Infante Don Luis" exhibition. *The Burlington Magazine* 155 (2013), pp. 127–28.

———. Review of *La Cena in Casa di Levi di Paolo Veronese. Il processo riaperto,* by Maria Elena Massimi (Venice, Italy: Marsilio, 2011). *The Burlington Magazine* 154 (2012), pp. 581–83.

———. Review of "Lusieri" exhibition. *The Burlington Magazine* 154 (2012), pp. 661–62.

———. Review of "Murillo" exhibitions in London. *The Burlington Magazine* 155 (2013), pp. 425–27.

———. Review of "Piranesi and Paestum" exhibition. *The Burlington Magazine* 155 (2013), pp. 341–42.

———. Review of "Serodine" exhibition. *The Burlington Magazine* 155 (2013), pp. 200–202.

———. Review of "Tiepolo and Veronese" exhibition. *The Burlington Magazine* 155 (2013), pp. 287–89.

———. "Sebastiano Ricci e la decorazione della cappella del Royal Hospital a Chelsea." In *Sebastiano Ricci 1659–1734: Atti del Convegno Internazionale di Studi, 14–15 dicembre 2009, Venezia, Fondazione Giorgio Cini*, pp. 295–307. Verona, 2012.

———. "Titian and His Times." *The Art Newspaper* 22 (November 2012), p. 74.

Sardar Nickson, Marika, co-author with Amelia Peck, Amy E. Bogansky, Elena Phipps, and Melinda Watt. "Global Exchange." *HALI* 177 (Summer 2013), pp. 68–79.

Seymour, Michael. "Babylon," and catalogue entries. In *The Wonders of Ancient Mesopotamia*, edited by S. Collins. First published, Melbourne: Museum Victoria in collaboration with the British Museum, 2012. Further editions, Hong Kong: Hong Kong Museum of History; Toronto: Royal Ontario Museum, 2013.

———. "The Later Legacy of the Cyrus Cylinder." *Now at the Met*. New York: MMA, released 2013. www.metmuseum.org/about-the-museum/now-at-the-met/features/2013/cyrus-the-great.

———. Review of *Assyrian Reliefs from the Palace of Ashurnasirpal II. A Cultural Biography*, edited by A. Cohen and Steven E. Kangas (Hanover, N.H., 2010). *Palestine Exploration Quarterly* 144 (2012).

Seymour, Michael, co-author with Jonathan J. Taylor. *IRAQ* 74. London: British Institute for the Study of Iraq, 2012.

Shelley, Marjorie. "Drawing Birds. John James Audubon's Artistic Practices." In *Audubon's Aviary: The Original Watercolors for The Birds of America*, by Roberta J. M. Olson, pp. 109–31. New York: Rizzoli and New-York Historical Society, 2012. Recipient of the first Award for Excellence as an Outstanding Permanent Collection Catalogue by the Association of Art Museum Curators for 2012.

———. "Modern Since 1887," preface. In *Sennelier: L'Artisan des couleurs. A History in Color*, by Pascale Richard, pp. 10–11. Chêne: Hachette Livre, 2012.

Shibayama, Nobuko, co-author with Federica Pozzi, Marco Leona, and John R. Lombardi. "TLC-SERS Study of Syrian Rue (*Peganum harmala*) and Its Main Alkaloid Constituents." *Journal of Raman Spectroscopy* 44 (2013) pp. 102–7.

Shibayama, Nobuko, co-author with Katherine Sahmel, Laura Mina, and Ken Sutherland. "Removing Dye Bleed from a Sampler: New Methods for an Old Problem." Manuscript accepted to 2012 *AIC Textile Specialty Group Postprints*.

Spira, Freyda, co-author with Greg Jecmen. *Imperial Augsburg: Renaissance Prints and Drawings 1475–1540*. Exh. cat. Washington, D.C.: National Gallery of Art; Austin: Jack S. Blanton Museum of Art at the University of Texas; Poughkeepsie: Frances Lehman Loeb Art Center at Vassar College, 2012.

Stamm, Karen, co-author with Lisa Pilosi and Mark Wypyski. "An Islamic Cameo Glass Fragment in The Metropolitan Museum of Art." In *Annales du 18ᵉ Congrès de l'Association Internationale pour l'Histoire du Verre, Thessaloniki, 2009*, edited by Despina Ignatiadou and Anastassios Antonaras, pp. 341–45. Thessaloniki: ZITI Publishing, 2012.

Stein, Perrin. "Greuze's 'L'Accordée de village': A Rediscovered Première pensée." *The Burlington Magazine* 155, no. 1320 (March 2013), pp. 162–66.

———. "Vases and Satire." In *The Saint-Aubin Livre de caricatures: Drawing Satire in Eighteenth-Century Paris*, edited by Colin Jones, Juliet Carey, and Emily Richardson, SVEC, pp. 301–23. Oxford: Voltaire Foundation, 2012.

Stein, Susan Alyson. Catalogue entries on André Breton, Odilon Redon, Vincent Van Gogh, Henri Rousseau, Claude Monet, and Paul Cézanne. In *Earth, Sea, and Sky: Nature in Western Art; Masterpieces from The Metropolitan Museum of Art*, edited by Peter Barnet and Atsuyuki Nakahara, pp. 220, 238, 247, 248, 262, 262–63, nos. 33, 74, 94, 96, 129, 130. Exh. cat. Tokyo: The Yomiuri Shimbun, 2012. Chinese ed., Beijing: National Museum of China, 2013, pp. 74–75, 62–63, 206–7, 210–11, 284–85, 286–87, nos. 33, 75, 94, 96, 129, 130.

Stuenkel, Isabel. "Amulets, Egypt." In *The Encyclopedia of Ancient History*, edited by Roger S. Bagnall, Kai Brodersen, Craige B. Champion, Andrew Erskine, and Sabine R. Huebner, pp. 385–87. Malden, Mass.: Wiley-Blackwell, 2013.

Sun, Zhixin Jason. "Colors of the Universe: Chinese Hardstone Carvings from the Collection of The Metropolitan Museum of Art." *Arts of Asia* 42, no. 6. (November–December 2012), pp. 168–74.

———. "Ming liu qingshi: Zhao Mengfu de beiming kaishu" (As Lasting As the Stone: Zhao Mengfu and His Regular Script Calligraphy). In *Xu Pingfang xiansheng jinian wenji (Collection of Essays in Memory of Mr. Xu Pingfang)*. Shanghai: Shanghai guji chubanshe, 2012.

———. "Wucai binfen: Zhongguo Qingdai bayoushi diaoke (Colors of the Universe: Hardstone Carvings of the Qing Dynasty)." *Art & Collection*, 2012.

Terjanian, Pierre. "The Helmsmiths of Frankfurt am Main" and "An Armor by the Nuremberg Armorer Martin Schneider the Younger." In *The Spring 2013 London Park Lane Arms Fair*, edited by David A. Oliver, pp. 66–74, 76–85. London: Apollo Magazine, 2013.

———. "Thun-Hohenstein Albums, Part 1. The Art of the Armorer in Late Medieval and Renaissance Augsburg: The Rediscovery of the *Thun Sketchbooks*." *Jahrbuch des Kunsthistorischen Museums Wien* 13–14 (2013), pp. 298–395.

———. Two catalogue entries on late-Gothic and Renaissance stained-glass panels. In *Stained Glass before 1700 in the Philadelphia Museum of Art. Corpus Vitrearum USA*, by Renée Burnam, pp. 134–36, 150–51, nos. 18, 23. London and Turnhout: Harvey Miller Publishers, 2013.

Terrassa, Jacqueline. "Finding Form." In *Theaster Gates: My Labor Is My Protest*, edited by Honey Luard, pp. 104–12. Exh. cat. London: White Cube, 2012.

Tsukada, Masahiko, co-author with Luisa Casella. "Effects of Low Oxygen Environments in the Light Fading of Six Dyes Present in the Autochrome Color Screen." *Journal of the American Institute for Conservation* 51 (2012), pp. 159–74.

van Dyke, Yana. "Casting Light on the Surface, Scientific Exactitude Meets Poetic Inspiration: A Close Look at Six Objects from the Islamic Collection of The Metropolitan Museum of Art." *Handpapermaking* 27, no. 2 (Winter 2012), pp. 17–23.

Vincent, Clare. Catalogue entries on a Limoges enamel, an Antoine-Louis Barye bronze, and a Breslau nautilus cup. In *Earth, Sea, and Sky: Nature in Western Art; Masterpieces from The Metropolitan Museum of Art*, edited by Peter Barnet and Atsuyuki Nakahara, pp. 42–43, 114–15, 264–65. Exh. cat. Tokyo: The Yomiuri Shimbun, 2012.

Vincent, Clare, co-author with Bruce Chandler. "Rudolf II's Celestial Globe on the Wings of Pegasus." *Jahrbuch des Kunsthistorischen Museums Wien* 13/14 (2013), pp. 104–17.

Wagstaff, Sheena. "Another Kind of Dialogue." In *The Roof Garden Commission: Imran Qureshi*, by Ian Alteveer, Navina Najat Haidar, and Sheena Wagstaff, 11–13. Exh. cat. New York: MMA, 2013.

Wang, Xin. "Anselm Kiefer at Gagosian Gallery." *Artforum,* May 2013. www.artforum.com/picks/section=nyc&mode=past#picks41099.

———. "Liu Wei at Lehman Maupin." *Artforum,* March 2013. www.artforum.com.cn/picks/section=world&mode=past#picks4951.

———. "Lu Zhengyuan on the 'Good-Looking'." *Art in America,* September 26, 2012. www.artinamericamagazine.com/news-opinion/news/2012-09-26/lu-zhengyuan/.

———. "The 55th Venice Biennale." *Artforum,* June 2013. www.artforum.com.cn/picks/section=world#picks5274.

Watt, Melinda. Catalogue entries. In *Earth, Sea, and Sky: Nature in Western Art; Masterpieces from The Metropolitan Museum of Art,* edited by Peter Barnet and Atsuyuki Nakahara, pp. 66–67, 126, 213, 237. Exh. cat. Toyko: The Yomiuri Shimbun, 2012. Chinese ed., Beijing: National Museum of China, 2013, pp. 40–41, 158–159.

Watt, Melinda, co-author with Amelia Peck, Amy E. Bogansky, Elena Phipps, and Marika Sardar Nickson. "Global Exchange." *HALI* 177 (Summer 2013), pp. 68–79.

Wees, Beth Carver. Catalogue entries. In *Earth, Sea, and Sky: Nature in Western Art; Masterpieces from The Metropolitan Museum of Art,* edited by Peter Barnet and Atsuyuki Nakahara, pp. 56–57, 188, 189, 211, 258, nos. 12, 120, 121. Exh. cat. Tokyo: The Yomiuri Shimbun, 2012. Chinese ed., Beijing: National Museum of China, 2013, pp. 28–29, 266–69, nos. 12, 120, 121.

———. *Early American Silver in The Metropolitan Museum of Art.* New York: MMA, 2013.

Weinberg, H. Barbara. Catalogue entries. In *Earth, Sea, and Sky: Nature in Western Art; Masterpieces from The Metropolitan Museum of Art,* edited by Peter Barnet and Atsuyuki Nakahara, pp. 88, 128, 203, 204, 221, 235, 263, 264, nos. 35, 68, 132, 133. Exh. cat. Tokyo: The Yomiuri Shimbun, 2012. Chinese ed., Beijing: National Museum of China, 2013, pp. 78, 79, 150, 151, 290–93, nos. 35, 68, 132, 133.

Wu, Nancy, co-author with Peter Barnet. *The Cloisters: Medieval Art and Architecture; 75th Anniversary Edition, Revised and Expanded.* New York: MMA, 2012.

Yarema-Wynar, Olha. "Гобелен "Зустріч Давида" з колекції Національного музею мистецтв імені Богдана та Варвари Ханенків. Стан збереження, консервація та експонування" (The "Meeting of David" Tapestry from the Collection of the Bohdan and Varvara Khanenko Museum of Arts. Preservation and Conservation). *Праці Центру пам'яткознавства* 21 (2012), pp. 166–77.

Zaharia, Florica. Review of *'Wroughte in Gold and Silk': Preserving the Art of Historic Tapestries,* edited by Anita Quye, Kathryn Hallett, and Concha Herrero Carretero (Edinburgh, 2009). *Studies in Conservation* 58, no. 2 (April 2013), pp. 148–49.

# Exhibitions and Installations

Gems of European Lace, ca. 1600–1920. July 24, 2012–January 13, 2013.

Objects from the Kharga Oasis. August 1, 2012–August 4, 2013.

Chinese Gardens: Pavilions, Studios, Retreats. August 18, 2012–January 6, 2013.

Drawings and Prints: Selections from the Permanent Collection. August 28–November 25, 2012.

Regarding Warhol: Sixty Artists, Fifty Years. September 18–December 31, 2012. Made possible by Morgan Stanley. Additional support provided by the Gail and Parker Gilbert Fund and The Daniel and Estrellita Brodsky Foundation. Supported by an indemnity from the Federal Council on the Arts and the Humanities.

After Photoshop: Manipulated Photography in the Digital Age. September 25, 2012–May 27, 2013.

Resistance and Splendor in Javanese Textiles. September 25, 2012–April 14, 2013.

Bashford Dean and the Creation of the Arms and Armor Department. October 2, 2012–September 29, 2013.

Bernini: Sculpting in Clay. October 3, 2012–January 6, 2013. Made possible by the Iris and B. Gerald Cantor Foundation. Organized by The Metropolitan Museum of Art, New York, and the Kimbell Art Museum, Fort Worth.

Turkmen Jewelry from the Collection of Marshall and Marilyn R. Wolf. October 9, 2012–February 24, 2013. Made possible by The Hagop Kevorkian Fund.

The Jefferson R. Burdick Collection of Baseball Cards. October 10–December 16, 2012.

Faking It: Manipulated Photography before Photoshop. October 11, 2012–January 27, 2013. Made possible by Adobe.

Pen and Chisel: Sculpture Drawings from the Robert Lehman Collection. October 16, 2012–January 13, 2013.

Late Klee. October 18, 2012–March 31, 2013.

Extravagant Inventions: The Princely Furniture of the Roentgens. October 30, 2012–January 27, 2013. Made possible by the Anna-Maria and Stephen Kellen Foundation.

George Bellows. November 15, 2012–February 18, 2013. Made possible by The Peter Jay Sharp Foundation. Organized by the National Gallery of Art, Washington, in association with The Metropolitan Museum of Art, New York, and the Royal Academy of Arts, London. Supported by an indemnity from the Federal Council on the Arts and the Humanities.

Christmas Tree and Neapolitan Baroque Crèche. November 20, 2012–January 6, 2013. Made possible by gifts to The Christmas Tree Fund and the Loretta Hines Howard Fund.

African Art, New York, and the Avant-Garde. November 27, 2012–September 2, 2013. Made possible by the Friends of the Department of the Arts of Africa, Oceania, and the Americas.

Drawings and Prints: Selections from the Permanent Collection. November 27, 2012–February 24, 2013.

Matisse: In Search of True Painting. December 4, 2012–March 17, 2013. Made possible in part by Vacheron Constantin. Additional support provided by the Jane and Robert Carroll Fund and the Diane W. and James E. Burke Fund. Organized by The Metropolitan Museum of Art, New York, in collaboration with the Statens Museum for Kunst, Copenhagen, and the Centre Pompidou, Musée National d'Art Moderne, Paris. Supported by an indemnity from the Federal Council on the Arts and the Humanities.

"A Sport for Every Girl": Women and Sports in the Collection of Jefferson R. Burdick. December 18, 2012–July 7, 2013.

The Sau-Wing Lam Collection of Rare Italian Stringed Instruments. December 18, 2012–June 30, 2013. Made possible by *The Amati*, Friends of the Department of Musical Instruments.

The Path of Nature: French Paintings from the Wheelock Whitney Collection, 1785–1850. January 22–April 21, 2013.

Bauhaus Textiles. January 29–July 28, 2013.

Sleeping Eros. January 29–June 23, 2013. Made possible by The Vlachos Family Fund.

Birds in the Art of Japan. February 2–July 28, 2013. Made possible by The Miriam and Ira D. Wallach Foundation.

Dutch and French Genre Drawings from the Robert Lehman Collection. February 5–April 28, 2013.

Cambodian Rattan: The Sculptures of Sopheap Pich. February 23–July 7, 2013. Made possible by Cynthia Hazen Polsky and Leon B. Polsky.

At War with the Obvious: Photographs by William Eggleston. February 26–July 28, 2013. Made possible in part by Renée Belfer.

Drawings and Prints: Selections from the Permanent Collection. February 26–May 19, 2013.

Impressionism, Fashion, and Modernity. February 26–May 27, 2013. Made possible in part by The Philip and Janice Levin Foundation, the Janice H. Levin Fund, and the William Randolph Hearst Foundation. Additional support provided by Renée Belfer. Supported by an indemnity from the Federal Council on the Arts and the Humanities. Organized by The Metropolitan Museum of Art, New York, the Art Institute of Chicago, and the Musée d'Orsay, Paris.

Plain or Fancy? Restraint and Exuberance in the Decorative Arts. February 26–August 18, 2013.

Street. March 5–May 27, 2013.

Making the Invisible Visible: Conservation and Islamic Art. April 2–August 4, 2013. Made possible by The Hagop Kevorkian Fund.

Photography and the American Civil War. April 2–September 2, 2013. Made possible by The Horace W. Goldsmith Foundation.

Klee: Path to Abstraction. April 9–August 18, 2013.

Velázquez's Portrait of Duke Francesco I d'Este: A Masterpiece from the Galleria Estense, Modena. April 16–July 14, 2013. Organized by The Metropolitan Museum of Art, New York, in collaboration with the Soprintendenza per i Beni Storici, Artistici ed Etnoantropologici di Modena e Reggio Emilia and the Galleria Estense, Modena. Support

provided by the Consulate General of Italy in New York and Ferrero USA Inc. as part of *2013—Year of Italian Culture in the United States*, an initiative held under the auspices of the President of the Italian Republic, organized by the Ministry of Foreign Affairs and the Embassy of Italy in Washington, D.C., with the support of the Corporate Ambassadors Eni and Intesa Sanpaolo.

Land Marks. April 30–August 18, 2013.

PUNK: Chaos to Couture. May 9–August 14, 2013. Made possible by Moda Operandi. Additional support provided by Condé Nast.

The Roof Garden Commission: Imran Qureshi. May 14–November 3, 2013. Made possible by Bloomberg. Additional support provided by Cynthia Hazen Polsky and Leon B. Polsky.

Search for the Unicorn: An Exhibition in Honor of The Cloisters' 75th Anniversary. May 15–August 18, 2013. Made possible by the Michel David-Weill Fund and the Quinque Foundation.

Drawings and Prints: Selections from the Permanent Collection. May 21–August 25, 2013.

Italian Renaissance and Baroque Bronze Sculpture from the Robert Lehman Collection. May 21–November 17, 2013.

The Civil War and American Art. May 27–September 2, 2013. Made possible by an anonymous foundation. Additional support provided by the Gail and Parker Gilbert Fund and the Enterprise Holdings Endowment. Supported by an indemnity from the Federal Council on the Arts and the Humanities. Organized by the Smithsonian American Art Museum with generous support from the Anschutz Foundation; Ludmila and Conrad Cafritz; Christie's; Sheila Duignan and Mike Wilkins; Tania and Tom Evans; Norma Lee and Morton Funger; Dorothy Tapper Goldman; Raymond J. and Margaret Horowitz Endowment; Mr. and Mrs. Raymond J. Horowitz Foundation for the Arts; Wolf Kahn and Emily Mason Foundation; Joffa and Bill Kerr; Thelma and Melvin Lenkin; Henry Luce Foundation; Paula and Peter Lunder; Margery and Edgar Masinter; Barbro and Bernard Osher; Walter and Lucille Rubin Foundation; Patricia Rubin and Ted Slavin; and Holly and Nick Ruffin. The C. F. Foundation in Atlanta supports the museum's traveling exhibition program, *Treasures to Go*.

The Boxer: An Ancient Masterpiece. June 1–July 18, 2013. Organized by The Metropolitan Museum of Art, New York, in collaboration with the Italian Ministry of Foreign Affairs, the Ministero per i Beni e le Attività Culturali, and the Museo Nazionale Romano—Palazzo Massimo alle Terme, Rome. Support is provided by Eni, the main sponsor of the exhibition. Part of *2013—Year of Italian Culture in the United States*, an initiative held under the auspices of the President of the Italian Republic, organized by the Ministry of Foreign Affairs and the Embassy of Italy in Washington, D.C., with the support of the Corporate Ambassadors Eni and Intesa Sanpaolo.

P.S. Art 2013: Celebrating the Creative Spirit of New York City Kids. June 11–August 25, 2013.

Flora and Fauna in Korean Art. June 15, 2013–June 1, 2014.

Ken Price Sculpture: A Retrospective. June 18–September 22, 2013. Organized by the Los Angeles County Museum of Art. Made possible through major grants from the LLWW Foundation and The Andy Warhol Foundation for the Visual Arts.

Living in Style: Five Centuries of Interior Design from the Collection of Drawings and Prints. June 18–September 8, 2013.

The Cyrus Cylinder and Ancient Persia: Charting a New Empire. June 20–August 4, 2013. Organized by the British Museum, London, in partnership with the Iran Heritage Foundation, London, and Arthur M. Sackler Gallery, Smithsonian Institution, Washington, D.C. Supported by an indemnity from the Federal Council on the Arts and the Humanities. Made possible with the support of the Ansary Foundation, Akbar A. Lari, Iranian American Jewish Federation of New York, Nowruz Commission, and Omid and Kimya Kamshad. Additional support provided by the NoRuz at the Met Fund.

Everyday Epiphanies: Photography and Daily Life Since 1969. June 25, 2013–January 26, 2014.

### New and Renovated Galleries

New European Paintings Galleries, 1250–1800. Opened May 23, 2013.

### Outgoing Loan Exhibitions

Earth, Sea, and Sky: Nature in Western Art—Masterpieces from The Metropolitan Museum of Art. Itinerary: Tokyo Metropolitan Art Museum, October 6, 2012–January 4, 2013; National Museum of China, Beijing, February 1–May 9, 2013.

Salvaging the Past: Georges Hoentschel and French Decorative Arts from The Metropolitan Museum of Art. Itinerary: Bard Graduate Center, April 3–Aug 11, 2013.

# Institutions and Organizations Receiving Loans

## Long-Term Loans Outstanding

Ägyptisches Museum und Papyrussammlung, Staatliche Museen zu Berlin-Preussischer Kulturbesitz, Germany

Ägyptologisches Institut, Universität Tübingen, Germany

Albany Institute of History & Art, N.Y.

American Irish Historical Society, New York

The American Museum in Britain, Bath, England, U.K.

American Museum of Natural History, New York

Antikenmuseum Basel und Sammlung Ludwig, Switzerland

Art Museum at The University of Memphis, Institute of Egyptian Art & Archaeology, Tenn.

The Art Gallery at the College of Staten Island, New York

Ashmolean Museum of Art and Archaeology, University of Oxford, England, U.K.

The Friends of Alice Austen House, Inc., New York

Badisches Landesmuseum Karlsruhe, Germany

The Baltimore Museum of Art, Md.

Bartow-Pell Mansion Museum, New York

The Baum School of Art, Allentown, Pa.

Bayerische Verwaltung der Staatlichen Schlösser, Gärten und Seen, Munich, Germany

Isaac Bell House, Newport, R.I.

Benaki Museum, Athens, Greece

Dwight Frederic Boyden Gallery of Art, St. Mary's College of Maryland, St. Mary's City

British Museum, London, England, U.K.

Brooklyn Museum, New York

Buffalo Bill Center of the West, Cody, Wyo.

Buffalo Museum of Science, N.Y.

Bulova Corporate Center, Queens Museum of Art, New York

Byzantine and Christian Museum, Athens, Greece

Camden-Carroll Library, Morehead State University, Ky.

Michael C. Carlos Museum, Emory University, Atlanta, Ga.

Carnegie Mellon University, College of Fine Arts, Pittsburgh, Pa.

The Cathedral Church of Saint John the Divine, New York

Chateau-sur-Mer, Newport, R.I.

Chazen Museum of Art, University of Wisconsin–Madison

Cincinnati Art Museum, Ohio

Columbia State Community College, Tenn.

Converse College, Department of Art and Design, Spartanburg, S.C.

Cornell University, Department of Music, Ithaca, N.Y.

Cranbrook Art Museum, Bloomfield Hills, Mich.

Creative Discovery Museum, Chattanooga, Tenn.

Cummings Art Center, Connecticut College, New London

Cyprus Museum, Nicosia, Republic of Cyprus

Denver Art Museum, Colo.

Detroit Institute of Arts, Mich.

Dey Mansion, Wayne, N.J.

Dillon Art Center, Groton School, Mass.

The Elms, Newport, R.I.

Fairfield University, Department of Visual and Performing Arts, Conn.

Federal Reserve Bank of New York

Fraunces Tavern Museum, New York

Gadsby's Tavern Museum, Alexandria, Va.

Grace Church in New York City

Gracie Mansion, New York

Greenville County Museum of Art, S.C.

Handwerker Gallery, Ithaca College, N.Y.

Hill-Hold Museum, Campbell Hall, N.Y.

Historic Speedwell, Morristown, N.J.

Historisches Museum Basel, Switzerland

Hudson River Museum, Yonkers, N.Y.

Hyland House, Guilford, Conn.

Institut für Archäologie, Freie Universität Berlin, Germany

Institut für Archäologie der Universität Heidelberg, Germany

The Institute of Classical Architecture & Art, New York

Institute of Fine Arts, New York University

International Museum of the Horse, Lexington, Ky.

Itawamba Community College, Tupelo, Miss.

Jamestown Settlement, Williamsburg, Va.

Jamestown-Yorktown Foundation, Williamsburg, Va.

The Jewish Museum, New York

Herbert F. Johnson Museum of Art, Cornell University, Ithaca, N.Y.

Kankakee County Museum, Ill.

Krannert Art Museum and Kinkead Pavilion, College of Fine and Applied Arts at University of Illinois at Urbana-Champaign, Champaign

Leffingwell House Museum, Norwich, Conn.

The Frances Lehman Loeb Art Center, Vassar College, Poughkeepsie, N.Y.

Marble House, Newport, R.I.

The Maritime Museum of British Columbia Society, Victoria, Canada

George Mason University, Department of History and Art History, Fairfax, Va.

Massachusetts Institute of Technology, Cambridge

McClung Museum of Natural History and Culture, The University of Tennessee, Knoxville

Mead Art Museum, Amherst College, Mass.

Meadows Museum, Southern Methodist University, Dallas, Tex.

Memorial Art Gallery of the University of Rochester, N.Y.

The Mennello Museum of American Art, Orlando, Fla.

Ministère des Affaires culturelles, Paris, France

Minneapolis Institute of Arts, Minn.

Moravian College, Art Department, Bethlehem, Pa.

Moravian College, Music Department, Bethlehem, Pa.

Morris-Jumel Mansion, New York

Mount Vernon Hotel Museum & Garden, New York

Mount Vernon Ladies' Association, Va.

Musée d'Art et d'Histoire, Geneva, Switzerland

Musée de l'Hospice Saint-Roch, Issoudun, France

Musée du Louvre, Paris, France

Musée national de la Renaissance, Château d'Ecouen, France

Museo Nacional de las Culturas, Instituto Nacional de Antropología e Historia, Mexico City

Museum für Abgüsse Klassischer Bildwerke, Munich, Germany

Museum of Classical Antiquities, Lund University, Sweden

Nasher Museum of Art at Duke University, Durham, N.C.

Nassau County Museum of Art, Roslyn Harbor, N.Y.

National Academy Museum and School, New York

National Susan B. Anthony Museum & House, Rochester, N.Y.

National Museum of Wildlife Art, Jackson Hole, Wyo.

National Portrait Gallery, Smithsonian Institution, Washington, D.C.

New York Academy of Art

New York City Bar Association

New York City Department of Parks & Recreation, The Arsenal

New York Society for Ethical Culture

New York State Office of General Services, Curatorial/Tour Services, Albany

New York State Executive Mansion, Albany

Newington-Cropsey Foundation, Hastings-on-Hudson, N.Y.

Orange County Department of Parks, Recreation & Conservation, Montgomery, N.Y.

Palacio Real de Madrid, Spain

Passaic County, Paterson, N.J.

Philadelphia Museum of Art, Pa.

Pierce/Hichborn House, Boston, Mass.

Allard Pierson Museum, Archeologisch Museum van de Universiteit van Amsterdam, The Netherlands

Edgar Allan Poe Museum, Richmond, Va.

73

The Preservation Society of Newport County, R.I.

Princeton University Art Museum, N.J.

Princeton University, Department of Art and Archaeology, N.J.

Queens Museum of Art, New York

Paul Revere House, Boston, Mass.

The Paul Revere Memorial Association, Boston, Mass.

Rijksmuseum van Oudheden, Leiden, The Netherlands

The Royal Cast Collection, Statens Museum for Kunst, Copenhagen, Denmark

Royal Ontario Museum, Toronto, Canada

Sage Center for the Arts, Hillsdale College, Mich.

Saint Joseph's University, Philadelphia, Pa.

Saint Peter's College, Jersey City, N.J.

Saint-Michel-de-Cuxa, Codalet, France

Saratoga National Historical Park, Stillwater, N.Y.

Schloss Seehof, Memmelsdorf, Germany

General Philip Schuyler House, Schuylerville, N.Y.

Seattle Art Museum, Wash.

The Society of the Founders of Norwich, Connecticut

Soprintendenza Speciale per i Beni Archeologici di Roma, Italy

Telfair Academy, Savannah, Ga.

United Nations Secretary General Residence, New York

United States Senate Assistant Democratic Leader's Suite, Washington, D.C.

United States Senate Commission of Fine Art, Washington, D.C.

University of Michigan Museum of Art, Ann Arbor

The University of Texas at Austin

The University of Texas at Austin, College of Fine Arts

Valentine Richmond History Center, Va.

Villa Stati-Mattei, Rome, Italy

Virginia Museum of Fine Arts, Richmond

Vorderasiatisches Museum, Pergamon Museum, Staatliche Museen zu Berlin-Preussischer Kulturbesitz, Germany

The Walters Art Museum, Baltimore, Md.

George Washington's Mount Vernon Estate, Museum & Gardens, Alexandria, Va.

West Point Museum, United States Military Academy, N.Y.

Dorothy Whitfield Historic Society, Inc., Guilford, Conn.

Yale University Art Gallery, New Haven, Conn.

Zamek Królewski na Wawelu, Cracow, Poland

## Loans Made during the Year in New York City

American Folk Art Museum

American Museum of Natural History

The Bard Graduate Center: Decorative Arts, Design History, and Material Culture

Brooklyn Museum

Solomon R. Guggenheim Museum

Institute for the Study of the Ancient World, New York University

Japan Society Gallery

The Jewish Museum

The Morgan Library & Museum

Museum of Biblical Art

Museum of the City of New York

The Museum of Modern Art

New-York Historical Society

Whitney Museum of American Art

## Loans Made during the Year in New York State

Corning Museum of Glass

Hudson River Museum, Yonkers

The Hyde Collection, Glens Falls

Nassau County Museum of Art, Roslyn Harbor

Parrish Art Museum, Water Mill

Pollock-Krasner House & Study Center, East Hampton

## Loans Made during the Year Nationally

Addison Gallery of American Art, Phillips Academy, Andover, Mass.

Aidekman Arts Center, Tufts University Art Gallery, Medford, Mass.

Arkansas Arts Center, Little Rock

Art Institute of Chicago, Ill.

Bowdoin College Museum of Art, Brunswick, Maine

The Brant Foundation Art Study Center, Greenwich, Conn.

Bruce Museum, Greenwich, Conn.

Carnegie Museum of Art, Pittsburgh, Pa.

Cincinnati Art Museum, Ohio

The Cleveland Museum of Art, Ohio

The Colonial Williamsburg Foundation, Va.

Corcoran Gallery of Art, Washington, D.C.

Dallas Museum of Art, Tex.

Denver Art Museum, Colo.

Henry Morrison Flagler Museum, Palm Beach, Fla.

Frazier History Museum, Louisville, Ky.

The Frick Art & Historical Center, Pittsburgh, Pa.

Isabella Stewart Gardner Museum, Boston, Mass.

The J. Paul Getty Museum at the Getty Center, Los Angeles, Calif.

The J. Paul Getty Museum at the Getty Villa, Malibu, Calif.

Greenwich Historical Society, Cos Cob, Conn.

Indianapolis Museum of Art, Ind.

Mildred Lane Kemper Art Museum, Washington University in St. Louis, Mo.

Kimbell Art Museum, Fort Worth, Tex.

Los Angeles County Museum of Art, Calif.

McMullen Museum of Art, Boston College, Chestnut Hill, Mass.

The Meadows Museum, Southern Methodist University, Dallas, Tex.

Gari Melchers Home and Studio, Falmouth, Va.

Memphis Brooks Museum of Art, Tenn.

Middlebury College Museum of Art, Vt.

Mint Museum Uptown, Charlotte, N.C.

Montclair Art Museum, N.J.

Museum of Art, Nova Southeastern University, Fort Lauderdale, Fla.

Museum of Fine Arts, Boston, Mass.

The Museum of Fine Arts, Houston, Tex.

National Gallery of Art, Washington, D.C.

National Museum of African Art, Smithsonian Institution, Washington, D.C.

The Nelson-Atkins Museum of Art, Kansas City, Mo.

New Orleans Museum of Art, La.

The Newark Museum, N.J.

Peabody Essex Museum, Salem, Mass.

Pennsylvania Academy of the Fine Arts, Philadelphia

The Phillips Collection, Washington, D.C.

Princeton University Art Museum, N.J.

Saint Louis Art Museum, Mo.

San Diego Museum of Art, Calif.

San Francisco Museum of Modern Art, Calif.

Sheldon Museum of Art, University of Nebraska, Lincoln

Smithsonian American Art Museum, Smithsonian Institution, Washington, D.C.

Spencer Museum of Art, The University of Kansas, Lawrence

The Textile Museum, Washington, D.C.

University of Michigan Museum of Art, Ann Arbor

Wadsworth Atheneum Museum of Art, Hartford, Conn.

DeWitt Wallace Decorative Arts Museum, Williamsburg, Va.

The Walters Art Museum, Baltimore, Md.

The Andy Warhol Museum, Pittsburgh, Pa.

Wexner Center for the Arts, The Ohio State University, Columbus

Yale Center for British Art, Yale University, New Haven, Conn.

Yale Peabody Museum of Natural History, Yale University, New Haven, Conn.

Brigham Young University Museum of Art, Provo, Utah

## Foreign Loans Made during the Year

*Australia*
Art Gallery of New South Wales, Sydney
National Gallery of Australia, Canberra

*Austria*
Kunsthistorisches Museum, Vienna

*Belgium*
M - Museum Leuven

*Canada*
Art Gallery of Ontario, Toronto
Musée des Beaux-Arts Montréal
National Gallery of Canada, Ottawa

*China*
National Museum of China, Beijing
Shanghai Museum

*Denmark*
Statens Museum for Kunst, Copenhagen

*England (U.K.)*
The Courtauld Institute of Art, London
Houghton Hall, Norfolk
The National Gallery, London
National Portrait Gallery, London
Royal Academy of Arts, London
Tate Britain, London
Tate Modern, London

*France*
Galeries nationales du Grand Palais, Paris
Galerie nationale du Jeu de Paume, Paris

Musée d'Orsay, Paris
Musée départemental de
    Flandre, Cassel
Musée des Beaux-Arts,
    Rouen
Musée des Beaux-Arts de
    Marseille
Musée des
    impressionnismes
    Giverny
Musée du Louvre-Lens
Musée du Louvre, Paris
Musée du quai Branly,
    Paris
Musée Fabre, Montpellier
Musée national d'Art
    Moderne, Centre
    national d'Art et de
    Culture Georges
    Pompidou, Paris
Musée national du Moyen
    Âge, Paris
Musée national Eugène
    Delacroix, Paris

Réunion des musées
    nationaux, Paris

*Germany*
Ägyptisches Museum und
    Papyrussammlung,
    Staatliche Museen zu
    Berlin-Preussischer
    Kulturbesitz
Ägyptologisches Institut,
    Universität Tübingen
Galerie Neue Meister,
    Dresden
Kunst- und
    Ausstellungshalle der
    Bundesrepublik
    Deutschland, Bonn
Max Liebermann Haus,
    Stiftung Brandenburger
    Tor, Berlin
Skulpturen Sammlung,
    Städtische Galerie
    Liebieghaus, Frankfurt

Staatliche
    Kunstsammlungen
    Dresden
Staatsgalerie Stuttgart

*Israel*
The Israel Museum,
    Jerusalem

*Italy*
Fondazione Musei Civici di
    Venezia
Fondazione Palazzo Strozzi,
    Florence
Museo di Palazzo Strozzi,
    Florence
Museo Diocesano e della
    Religiosità del Parco dei
    Monti Aurunci, Gaeta
Palazzo Ducale, Venice
Palazzo Sciarra, Fondazione
    Roma Museo

Scuderie del Quirinale,
    Rome
Soprintendenza per i Beni
    Artistici e Storici di
    Roma
Villa Manin, Codroipo

*Japan*
Kyoto National Museum
The National Museum of
    Modern Art, Kyoto
Nikkei, Inc., Osaka
Tokyo Metropolitan Art
    Museum
The Yomiuri Shimbun,
    Tokyo

*Korea*
Seoul Museum of Art

*The Netherlands*
Amsterdam Museum
Fotografiemuseum
    Amsterdam (Foam)

*Portugal*
Museu Nacional de Arte
    Antiga, Lisbon

*Scotland (U.K.)*
The Hunterian Art Gallery,
    University of Glasgow
Scottish National Portrait
    Gallery, Edinburgh

*Spain*
CaixaForum Barcelona
CaixaForum Madrid
Museo de Bellas Artes de
    Bilbao
Museo Nacional Centro
    de Arte Reina Sofía,
    Madrid
Museo Nacional del Prado,
    Madrid
Museu Picasso de
    Barcelona
Museo Thyssen-
    Bornemisza, Madrid

# Report of the Chief Financial Officer

Fiscal 2013 was an exciting year—numerous challenges were addressed with courage, ingenuity, and perseverance. These challenges impacted the Museum's operating results but did not hinder a strong growth in net assets. Although the year ended with an operating deficit, there was a $290 million growth in the Museum's net assets. This growth is the result of positive investment results, close management of operating costs, and continuing fundraising for necessary initiatives and mission-driven programming. Over the last several years, the focus has been on a few key strategic priorities that have been critical to the Museum's success: prudent investment in staff and technology, constant improvement in the visitor experience, and maintaining high standards of financial stewardship. This has been another year of great achievement in these key areas and this report provides a synopsis of these accomplishments and an outline of the continuing evolution of the Museum.

The sections below provide a more detailed discussion of the Museum's financial results for fiscal year 2013. As this discussion highlights, the Museum continues to find new ways to capture visitors with experiences that both exceed expectations and become cherished memories. Its ability to do this is directly linked to the work of its Trustees, staff, volunteers, and the generous support of its members, donors, and the City of New York.

## Operating Results

The Metropolitan Museum of Art had an operating deficit of $4.4 million in fiscal year 2013. This performance masked a solid year for the Museum. The deficit absorbed losses associated with Hurricane Sandy, significantly higher actuarial charges associated with the low discount rate environment, and strategic investments in staff and technology. Comparisons to fiscal year 2012 are difficult due to the positive impact of the "Alexander McQueen: Savage Beauty" exhibition.

Fiscal year 2013 total operating revenue, support, and transfers were $248 million, an increase of $9 million or 3.8 percent over fiscal year 2012. Higher earned revenue was partly offset by higher compensation costs and by higher exhibition, legal, recruiting, depreciation, and other general operating costs (partly matched by higher funding).

Earned revenue in fiscal year 2013 was nearly $94 million (with auxiliaries net), $1.7 million or 1.8 percent over fiscal year 2012. This growth is attributable primarily to strength in membership, as well as admissions. Members continued to show strong support for the Museum in fiscal year 2013. Membership income reached $29.4 million, a $2.4 million or 9.0 percent increase over fiscal year 2012. Total admissions revenue grew by $0.4 million compared to the prior year, reaching $38.2 million and 6.2 million visitors. Net income from auxiliary activities decreased $1.6 million year-over-year. This was driven primarily by a $0.5 million decrease in merchandise results as sales relating to the "Alexander McQueen: Savage Beauty" exhibition declined in fiscal year 2013. Merchandise operations continue to be on target for sales and net profit growth.

Support from the Museum's general operating endowment was $74.2 million, an increase of $5 million or 7.2 percent from fiscal year 2012. In fiscal year 2013, the Museum replaced its previous spending rule with a hybrid model—a calculation that blends the predictable spending element of constant growth with the asset preservation principle of a market-based approach.

## 2013 Support of Operating Revenue Support and Transfers
## $248.2 Million



2013 Operating Expenses
(Excluding Auxiliary Activities)
$252.6 Million



From a fundraising perspective, fiscal year 2013 reflected increased giving and donor confidence in many programs. The most obvious example of this was the pledge by Leonard A. Lauder to give the Museum his collection—seventy-eight works by Pablo Picasso, Georges Braque, Juan Gris and Fernand Léger—which stands as one of the foremost collections of Cubism in the world. Concurrent with this pledge was an announcement that in coordination with this gift, the Museum was establishing the Leonard A. Lauder Research Center for Modern Art—a new research center supported by a $22 million endowment funded by grants from Museum Trustees and supporters, including Mr. Lauder. Clearly, modern and contemporary art, including the programming in The Breuer Building, continues to be an area of special focus for the Museum. Additionally, thanks to generous support from our donors, the Museum's collection was significantly bolstered this year by several acquisitions of artwork which totaled over $103 million.

Government funding is a critical source of support for the Museum's operating and capital needs. In fiscal year 2013, the Museum received more than $24 million in total funding from the City of New York for operating support and energy costs. City funding remains critical and is vital to the daily operation of the Museum. An appropriation of $6 million in capital funding was made by the New York City Council and the Manhattan Borough President for the Museum's multiyear infrastructure improvements and upgrade efforts. This was the eighth consecutive year the City has allocated funding for these initiatives. At the State level, the New York State Council on the Arts renewed its commitment to operating support for the Museum; it also approved a new grant for Concerts & Lectures. On the federal level, the National Endowment for the Arts awarded a grant in support of the upcoming exhibition "Silla: Korea's Golden Kingdom".

*Capital Expenditures*

Capital construction and building-related expenditures amounted to $76.2 million in fiscal year 2013, representing an increase of $28.8 million or 60.8 percent from the previous fiscal year. Driving this increase are the expenditures relating to the David H. Koch Plaza on Fifth Avenue, Costume Institute renovations, and several other infrastructure projects. The Museum has begun to shift its attention to understanding its long-term capital needs and possibilities for the development of its buildings. This effort is being led by Beyer Blinder Belle Architects & Planners LLP who were commissioned to create a long-term feasibility study. The results of the study will be available in fiscal year 2014.

Fiscal year 2013 saw the reopening of the Museum's galleries for its world-renowned collection of European Old Master paintings from the thirteenth through the early nineteenth century after extensive renovation and reinstallation. This comprehensive rethinking of the space and art holdings was a striking example of the depth of the Museum's permanent collection and its ability to reinvent itself.

In tandem with physical improvements, the Museum remains focused on technology and digital media initiatives. To reinforce the importance of these efforts, the Museum created a Chief Digital Officer position, which will explore new digital opportunities for the Museum and will be responsible for managing, producing, and delivering digital media content for a variety of audiences both online and in the galleries. Investment in core information technology and systems will continue. The goal of these investments is to deliver high quality, innovative, and effective solutions that enable significant improvements in day-to-day operations, support academic excellence, and enhance the overall visitor experience. Key events in fiscal year 2013 included approval for the implementation of a new financial and human resources system offering a suite of

online business applications and the continuing consolidation of the Museum's constituent systems.

*Statement of Financial Position*

The Museum's gross assets totaled $3.5 billion at June 30, 2013. The long-term investment portfolio, which accounts for the bulk of the Museum's assets, totaled $2.8 billion at June 30, 2013. For the fiscal year ending June 30, 2013, the Museum's long-term investment portfolio returned a positive 12.6 percent, before spending and gifts. It is worth noting that over the long term period, the Museum's portfolio has significantly outperformed the 70/30 Index, a standard benchmark for not-for-profit endowments. Liabilities decreased by $21.3 million or 4.4 percent, primarily due to decreases in pension and postretirement obligations and loans payable and other long-term liabilities.

*Looking Forward*

Led by Director and Chief Executive Officer Thomas P. Campbell, and with constant support from President Emily Kernan Rafferty, Trustees, staff, volunteers, members, and donors, the Metropolitan Museum continues to build on its long tradition of excellence while taking on exciting new initiatives.

Each of this year's art acquisitions, gallery openings, exhibitions, and publications has expanded the Museum's creative reach and moved it forward on the path to achieving the fullest potential provided by the collection.

Recent announcements have highlighted the Museum's continuing commitment to its visitors and the broader international cultural community. Announcements included a new schedule for the Museum—it is now open on Mondays throughout the year for the first time in forty-two years; and the launch of the Global Museum Leaders Colloquium—a program intended to stimulate and broaden the international dialogue on museum management and collections.

Ongoing investment in staff, technology, educational programs, and gallery space will position the Museum toward the future. As fiscal year 2014 and beyond are contemplated, the Museum's financial strength coupled with the stewardship provided by the Director and the President and the highest standards they set, ensure that the Museum will continue to thrive and deliver on its commitment to local, domestic, and international audiences.

|  | 2013 | 2012 |
|---|---|---|
| **REVENUE, SUPPORT, AND TRANSFERS:** | | |
| Admissions | $ 38,220 | $ 37,828 |
| Membership | 29,430 | 26,977 |
| Gifts and grants, net assets released from restrictions, and transfers | 65,119 | 62,075 |
| Appropriations from the City of New York | | |
| Funds for guardianship and maintenance | 9,456 | 9,845 |
| Value of utilities provided | 14,980 | 15,116 |
| Endowment support | 82,366 | 77,311 |
| Revenue from auxiliary activities: | | |
| Merchandising | 69,337 | 72,095 |
| Restaurant, parking garage, auditorium, and other | 25,430 | 26,044 |
| Other income | 5,123 | 4,758 |
| Total revenue, support, and transfers | 339,461 | 332,049 |
| **EXPENSES:** | | |
| Curatorial: | | |
| Curatorial departments, conservation, cataloguing, and scholarly publications | 68,399 | 67,038 |
| Operations of The Cloisters | 7,790 | 7,057 |
| Special exhibitions | 14,000 | 12,880 |
| Education, community programs, and libraries | 13,099 | 13,417 |
| Development | 10,833 | 9,339 |
| Membership services | 8,458 | 7,771 |
| Operations: | | |
| Guardianship | 40,894 | 36,478 |
| Maintenance | 26,221 | 24,925 |
| Operating services | 15,705 | 15,011 |
| Value of utilities provided by the City of New York | 14,980 | 15,116 |
| Communications | 6,010 | 6,399 |
| Financial, legal, and other administrative functions | 25,437 | 22,587 |
| Cost of sales and expenses of auxiliary activities: | | |
| Merchandising | 66,362 | 68,652 |
| Restaurant, parking garage, auditorium, and other | 24,897 | 24,413 |
| Interest on debt service | 782 | 813 |
| Total expenses | 343,867 | 331,896 |
| (Deficit) Surplus from operations | $ (4,406) | $ 153 |



## INDEPENDENT AUDITOR'S REPORT

To Board of Trustees of The Metropolitan Museum of Art:

We have audited the accompanying financial statements of The Metropolitan Museum of Art ("the Museum"), which comprise the balance sheet as of June 30, 2013 and 2012 and the related statements of activities and changes in net assets for the year ended June 30, 2013 and the related statements of cash flows for the years then ended June 30, 2013 and 2012.

*Management's Responsibility for the Financial Statements*
Management is responsible for the preparation and fair presentation of the financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

*Auditor's Responsibility*
Our responsibility is to express an opinion on the financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on our judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, we consider internal control relevant to the Museum's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Museum's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

*Opinion*
In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of The Metropolitan Museum of Art at June 30, 2013 and 2012, and the changes in its net assets for the year ended June 30, 2013 and its cash flows for the years ended June 30, 2013 and 2012 in accordance with accounting principles generally accepted in the United States of America.

*Other Matter*
We have previously audited The Metropolitan Museum of Art's 2012 financial statements, and we expressed an unmodified audit opinion on those audited financial statements in our report dated November 6, 2012. In our opinion, the summarized comparative information presented herein as of and for the year ended June 30, 2012 is consistent, in all material respects, with the audited financial statements from which it has been derived.

*Pricewaterhouse Coopers LLP*

New York, New York
November 7, 2013

|  | 2013 | 2012 |
|---|---|---|
| ASSETS: | | |
| Cash (Note A) | $ 1,994 | $ 2,307 |
| Investment trades receivable | 12,755 | 2,574 |
| Merchandise inventories, net (Note A) | 14,761 | 14,889 |
| Accounts receivable and other assets (Note B) | 22,220 | 22,174 |
| Contributions receivable (Notes C and N) | 110,922 | 93,674 |
| Split interest arrangements (Notes H and N) | 71,757 | 65,618 |
| Investments (Notes A, G, H, K and N) | 2,790,534 | 2,578,907 |
| Fixed assets, net (Notes A, E and F) | 446,951 | 422,647 |
| TOTAL ASSETS | $3,471,894 | $3,202,790 |
| | | |
| LIABILITIES: | | |
| Investment trades payable | $ 7,120 | $ 883 |
| Accounts payable and accrued expenses | 49,213 | 31,488 |
| Accrued salaries and benefits | 24,050 | 21,657 |
| Deferred income (Note A) | 5,820 | 7,558 |
| Notes payable (Note J) | 40,030 | 35,886 |
| Annuity and other split-interest obligations (Notes H and N) | 20,478 | 20,849 |
| Asset retirement obligations (Note O) | 8,667 | 7,587 |
| Pension and other accrued retirement obligations (Note I) | 138,757 | 169,767 |
| Loans payable and other long-term liabilities (Notes G, K and N) | 174,311 | 194,081 |
| TOTAL LIABILITIES | 468,446 | 489,756 |
| | | |
| NET ASSETS: | | |
| Unrestricted (Notes A and P) | 823,134 | 699,986 |
| Temporarily restricted (Notes A and P) | 1,324,438 | 1,181,482 |
| Permanently restricted (Notes A and P) | 855,876 | 831,566 |
| TOTAL NET ASSETS | 3,003,448 | 2,713,034 |
| TOTAL LIABILITIES AND NET ASSETS | $3,471,894 | $3,202,790 |

| | Unrestricted | Temporarily Restricted | Permanently Restricted | Total 2013 | Total 2012 |
|---|---|---|---|---|---|
| **OPERATING** | | | | | |
| REVENUE AND SUPPORT: | | | | | |
| Admissions and membership (Note K) . . . . . . . . . . . . . . . . . | $ 67,650 | $ | $ | $ 67,650 | $ 64,805 |
| Gifts and grants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20,278 | 17,261 | | 37,539 | 29,454 |
| Operating appropriations from the City of New York (Note A) . . . . . . . . . . . . . . . . . . . . . . . . . . | 24,436 | | | 24,436 | 24,961 |
| Endowment support for current activities (Note G) . . . . . . . | 82,366 | 14,970 | | 97,336 | 92,047 |
| Merchandising and other auxiliary activities (Note Q) . . . . . . . | 94,767 | | | 94,767 | 98,139 |
| Other income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5,123 | | | 5,123 | 4,758 |
| Net assets released from donor restrictions to fund operating expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . | 31,817 | (31,817) | | | |
| TOTAL REVENUE AND SUPPORT | 326,437 | 414 | | 326,851 | 314,164 |
| EXPENSES: | | | | | |
| Curatorial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 90,189 | | | 90,189 | 86,975 |
| Education and libraries . . . . . . . . . . . . . . . . . . . . . . . . . . | 13,099 | | | 13,099 | 13,417 |
| Development and membership . . . . . . . . . . . . . . . . . . . . . . | 19,291 | | | 19,291 | 17,110 |
| Operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 97,800 | | | 97,800 | 91,530 |
| General administration . . . . . . . . . . . . . . . . . . . . . . . . . . | 31,447 | | | 31,447 | 28,986 |
| Merchandising and other auxiliary activities (Note Q) . . . . . . . | 91,259 | | | 91,259 | 93,065 |
| Interest on debt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 782 | | | 782 | 813 |
| TOTAL EXPENSES | 343,867 | | | 343,867 | 331,896 |
| Transfers of designated non-operating funds . . . . . . . . . . . . | 13,024 | | | 13,024 | 14,695 |
| CHANGE IN NET ASSETS FROM OPERATING ACTIVITIES | (4,406) | 414 | | (3,992) | (3,037) |
| **NON-OPERATING** | | | | | |
| Museum-designated and donor-restricted gifts . . . . . . . . . . . | 23,462 | 146,061 | | 169,523 | 67,007 |
| Endowment gifts (includes quasi-endowment) . . . . . . . . . . . | 3,463 | 438 | 24,132 | 28,033 | 24,913 |
| Endowment support for current activities (Note G) . . . . . . . . | 7,636 | 17,120 | | 24,756 | 28,775 |
| Investment return in excess of (less than) current support (Note G) . . . . . . . . . . . . . . . . . . . . . . . . . . | 91,126 | 88,514 | 32 | 179,672 | (123,081) |
| Change in value of split-interest agreements . . . . . . . . . . . . . | (330) | 975 | 1,400 | 2,045 | (7,460) |
| Depreciation and non-capitalized expenditures . . . . . . . . . . . | (46,892) | | | (46,892) | (47,107) |
| Reclassifications and other . . . . . . . . . . . . . . . . . . . . . . . . | (15,055) | 4,491 | (1,254) | (11,818) | (15,902) |
| Net assets released from donor restrictions . . . . . . . . . . . . . | 37,832 | (37,832) | | | |
| Change in net assets before collection items not capitalized and other adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . | 96,836 | 220,181 | 24,310 | 341,327 | (75,892) |
| Purchases of art (Note D) . . . . . . . . . . . . . . . . . . . . . . . . . | (103,197) | | | (103,197) | (38,854) |
| Proceeds from sales of art . . . . . . . . . . . . . . . . . . . . . . . . | | 5,420 | | 5,420 | 378 |
| Net assets released from donor restrictions to fund acquisitions of art . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 82,645 | (82,645) | | | |
| Additional retirement contribution (ARC) . . . . . . . . . . . . . . | (3,927) | | | (3,927) | (4,273) |
| Pension-related changes other than NPPC . . . . . . . . . . . . . | 37,957 | | | 37,957 | (47,588) |
| Change in fair value of interest rate exchange agreements and effect of interest rate swaps (Notes G, K. and N) . . . . . | 12,834 | | | 12,834 | (27,528) |
| CHANGE IN NET ASSETS . . . . . . . . . . . . . . . . . . . . . . . . . | 123,148 | 142,956 | 24,310 | 290,414 | (193,757) |
| NET ASSETS AT THE BEGINNING OF THE YEAR . . . . . . . . | 699,986 | 1,181,482 | 831,566 | 2,713,034 | 2,906,791 |
| NET ASSETS AT THE END OF THE YEAR . . . . . . . . . . . . | $823,134 | $ 1,324,438 | $855,876 | $ 3,003,448 | $ 2,713,034 |

*The accompanying notes are an integral part of the financial statements.*

| | 2013 | 2012 |
|---|---|---|
| CASH FLOWS FROM OPERATING ACTIVITIES | | |
| Change in net assets | $ 290,414 | $ (193,757) |
| Adjustments to reconcile change in net assets to net cash used by operating activities: | | |
| Depreciation and amortization | 47,181 | 46,881 |
| Loss on disposal of fixed assets | 1,057 | 811 |
| Receipt of contributed securities and other assets | (36,747) | (5,371) |
| Contributions for capital expenditures | (51,094) | (10,371) |
| Contributions for long-term investment | (25,395) | (28,866) |
| Net realized and unrealized (gains) losses | (268,582) | 19,450 |
| Acquisitions and sales of art, net | 97,777 | 38,476 |
| Changes in assets and liabilities: | | |
| Investment trades receivable | | (59) |
| Merchandise inventories, net | 128 | (413) |
| Accounts receivable and other assets | (107) | 380 |
| Contributions receivable | (17,248) | 14,160 |
| Split interest arrangements | (6,138) | 3,200 |
| Investment trades payable | | 832 |
| Accounts payable and accrued expenses | 2,082 | (947) |
| Accrued salaries and benefits | 2,393 | 2,566 |
| Deferred income | (1,739) | 1,941 |
| Annuity and other split-interest obligations | (371) | 4,615 |
| Asset retirement obligations | 1,080 | 316 |
| Pension and other accrued retirement obligations | (31,011) | 50,151 |
| Loans payable and other long-term liabilities | (16,940) | 23,290 |
| Net cash used by operating activities | (13,260) | (32,715) |
| CASH FLOWS FROM INVESTING ACTIVITIES | | |
| Investment in fixed assets | (68,823) | (41,830) |
| Proceeds from the sale of contributed securities | 36,929 | 5,367 |
| Proceeds from sales of investments | 810,125 | 676,007 |
| Purchases of investments | (757,295) | (594,821) |
| Acquisitions of art | (91,212) | (39,209) |
| Proceeds from sales of art | 5,420 | 378 |
| Net cash (used by) provided by investing activities | (64,856) | 5,892 |
| CASH FLOWS FROM FINANCING ACTIVITIES | | |
| Contributions for capital expenditures | 51,094 | 10,371 |
| Contributions for long-term investment | 25,395 | 28,866 |
| Proceeds (payment) of notes payable, net | 4,144 | (9,444) |
| Payment of loans payable | (2,830) | (2,695) |
| Net cash provided by financing activities | 77,803 | 27,098 |
| Net (decrease) increase in cash | (313) | 275 |
| Cash, beginning of the year | 2,307 | 2,032 |
| CASH, END OF THE YEAR | $ 1,994 | $ 2,307 |
| Supplemental Information: | | |
| Cash paid in the year for interest | $ 5,228 | $ 5,422 |
| Non-cash investing activity: | | |
| Fixed asset additions included in accounts payable and accrued expenses | $ 3,659 | $ 1,409 |
| Acquisition of art included in accounts payable and accrued expenses | $ 11,985 | $ (355) |

*The accompanying notes are an integral part of the financial statements.*

## A. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

*Basis of Presentation* - The Museum classifies all financial transactions into three net asset categories in accordance with applicable donor-imposed restrictions: permanently restricted, temporarily restricted, and unrestricted.

- Permanently restricted net assets have donor-imposed restrictions that stipulate that the corpus of the gifts be maintained in perpetuity but permit the Museum to expend net income and gains earned on contributed assets for either specified or unspecified purposes (also, see Note P).

- Temporarily restricted net assets carry donor-imposed restrictions on the expenditure of the contributed assets. Temporary restrictions may expire with the passage of time, as a result of actions taken by the Museum that fulfill donors' restrictions, or as a result of expenditures incurred that could have been charged to temporarily restricted assets. When temporarily restricted net assets are released from restrictions, they are transferred to unrestricted net assets and shown as "Net assets released from donor restrictions" in the Statement of Activities. Transfers from temporarily restricted to unrestricted net assets occur even if the contributions are received and spent within the same year. In addition, earnings on certain donor-restricted endowment funds are classified as temporarily restricted, pursuant to the New York Prudent Management of Institutional Funds Act (NYPMIFA) until appropriated for expenditure by the Board of Trustees (also, see Note P).

- Unrestricted net assets are not restricted by donors. A portion of the unrestricted net assets is designated by the Museum for specific purposes, including long-term investment, leasehold improvements, and various curatorial activities.

*Measure of Operations* - The Museum includes in its measure of operations all revenue and expenses that are integral to its programs and supporting activities, net assets released from donor restrictions to support operating expenditures, and transfers from Board-designated and other non-operating funds to support current operating activities. The measure of operations includes support for operating activities from both restricted net assets and unrestricted net assets designated for long-term investment (the donor-restricted and quasi-endowment) according to the Museum's spending policy, which is detailed in Note G. The measure of operations excludes endowment support for non-operating and restricted operating activities; investment return in excess of (less than) amounts made available for current support; additions to restricted and designated net assets; pension-related changes other than net periodic pension cost ("NPPC"); changes in net assets of split-interest agreements, after providing for any operating revenue or support; changes in net assets pertaining to acquisition and deaccession of collection items, and related insurance settlements; fees received for art-lending activities; depreciation of capital expenditures, except for those related to auxiliary activities and acquired computer systems and equipment; gains/losses on disposal or sale of fixed assets; non-capitalized expenditures; liability recognition for legal obligations to perform asset retirement activity; the entire effect of interest rate swaps; interest income relating to the Debt Service Fund, which pertains to the Dormitory Authority loan agreements (see Note K); certain miscellaneous charges and revenue unrelated to operating activities.

*Collections* - The Museum's collections comprise nearly two million works of art from ancient, medieval, and modern times, and from all areas of the world. They offer a survey of considerable breadth of art from the ancient civilizations of Asia, Africa, South America, the Pacific Islands, Egypt, the Near East, and Greece and Rome to the present time. The Museum's collections include European paintings, medieval art and architecture, arms and armor, prints, photographs, drawings, costumes, musical instruments, sculpture, textiles, and decorative arts from the Renaissance to the present time, as well as one of the foremost collections of American art in the world. The Museum also maintains some of the most comprehensive art and architecture libraries in the United States. The collections are maintained for public exhibition, education, and research in furtherance of public service, rather than for financial gain.

In conformity with accounting policies generally followed by art museums, the value of the Museum's collections has been excluded from the Balance Sheet, and gifts of art objects are excluded from revenue in the Statement of Activities. Purchases of art objects by the Museum are recorded as decreases in net assets in the Statement of Activities. Pursuant to state law and Museum policy, proceeds from the sale of art and related insurance settlements are recorded as temporarily restricted net assets for the acquisition of art.

*Cash* - This represents operating cash balances.

*Cash Equivalents* - The Museum considers all highly liquid investments with a maturity of three months or less from the time of purchase to be cash or cash equivalents. Cash equivalents are recorded at cost plus accrued interest which approximates fair value. Such amounts are included in the short-term investments category. Additional information on cash receipts and payments is presented on the Statement of Cash Flows.

*Merchandise Inventories, net* - Merchandise inventories are valued at the lower of cost or market value. Cost is determined using the average unit cost method of accounting. The Museum annually reviews the value of the items in its inventory for obsolescence. In fiscal year 2013 the amount of inventory written down due to obsolescence was $.07 million.

*Investments* - Investments in short-term instruments, fixed income securities, and equity securities are valued at the last sale price on the principal exchange, and in the absence thereof, such securities are valued at the closing bid quotation for long positions and at the closing ask quotation for short positions.

The fair value of investments in equity funds, fixed income funds, hedge funds, private equity and real assets are determined based on the net asset values provided by the external investment managers of the underlying funds. Certain of these investments, particularly those investing in private equity and real estate, hold investments in non-marketable securities for which there are no readily obtainable market values. Values for these investments are provided by the investment manager and may be based on appraisals, obtainable prices for similar assets, or other estimates. The assumptions and methods used to arrive at these valuations are reviewed by the Museum's Investment Office. Due to the inherent uncertainty of valuations, the estimated fair values may differ significantly from the values that would have been used had a ready market for such investments existed or had such investments been liquidated, and those differences could be material.

Purchase and sale of short-term instruments, fixed income, and equity securities are reflected on a trade date basis. Gains and losses on the sale of securities are based on the difference between the sale price and average historical cost basis, where such basis represents the cost of securities purchased or the fair market value at the date of receipt for securities received by donation. Interest income is recorded on an accrual basis and dividend income is recorded on the ex-dividend date. Investments denominated in foreign currency are translated at the year-end spot rate.

*Derivative Instruments* - The Museum records derivative instruments (e.g., Futures and Foreign Currency Contracts) at fair value in accordance with Derivatives and Hedges Accounting and Fair Value Accounting guidances. The change in fair value during the reporting period is recognized in the investment return in excess of (less than) current support.

*Fixed Assets* - The building occupied by the Museum on Fifth Avenue is owned by the City of New York ("the City") and is leased free of charge to the Museum pursuant to a capital lease. The value of the original building is not included on the Balance Sheet since it is fully depreciated. Certain building and gallery improvements are paid for by the City and are included in fixed assets. Contributions from the City for assets that are not fully depreciated are reflected in temporarily restricted net assets. The Museum has adopted a policy of implying a time restriction that expires over the useful life of long-lived assets acquired or constructed with contributions restricted for that purpose.

Building and leasehold improvements are capitalized and reported as fixed assets. The Cloisters in Fort Tryon Park and other buildings that are the property of the Museum are included as fixed assets and are stated at cost. Amortization of leasehold improvements of the Fifth Avenue building and depreciation of buildings, improvements, and equipment are computed on a straight-line basis over the estimated useful lives of the assets. Amortization of leasehold improvements related to auxiliary activities is computed on a straight-line basis over the shorter of the remaining term of the lease or estimated useful lives of the assets.

Long-lived assets such as fixed assets are reviewed for impairment when events or circumstances indicate that their carrying value may not be recoverable.

*Deferred Income* - Membership dues received from individuals and corporations pertaining to all membership categories are recognized as revenue upon receipt for the portion of the dues that are considered a contribution to the Museum, while the portion of the dues that relates to the service the Museum will provide the member is recognized as revenue ratably over the term of the membership period, up to 24 months. Amounts not yet earned by the end of the fiscal year are reported as deferred income.

*Contributions, Contributed Utilities, and Support* - Contributions, including cash, in-kind contributions, and unconditional promises to give (pledges), are recorded as revenue in the period in which they are received. Conditional contributions are recognized as revenue when the conditions on which they depend have been substantially met. Contributions are recorded at fair value, and in the case of pledges, net of estimated uncollectible amounts, and discounted if due in over one year.

Several utility costs of the Museum are paid for by the City. The value of such costs is reported as revenue and a corresponding amount is included as an expense in the Statement of Activities. The City also provides funds for guardianship and maintenance, including reimbursement for salaries, Social Security, and pension contributions.

The Museum has volunteers who provide administrative assistance in various areas of the Museum. Such contributed services do not meet the criteria for recognition of contributed services contained in generally accepted accounting principles and, accordingly, are not reflected in the accompanying financial statements.

*Functional Allocation of Expenses* - The costs of providing Museum programs and supporting services are shown in Note L. Programs include curatorial activities, conservation and exhibition, education, libraries, public services, and auxiliary activities. Curatorial costs include gallery maintenance and renovation, collections care and maintenance, scholarly research and publications, and special exhibitions. Supporting services include fundraising and management and general administrative costs. Fundraising costs include expenses associated with individual and corporate memberships, annual appeals, benefit events, capital campaign, and other fundraising efforts. Management and general administrative costs include expenses for executive management, financial administration, information systems, human resources, legal services, and investment management fees. Depreciation, interest, utilities, building maintenance, security, and other operating costs are allocated to the above program areas and supporting services. Such expenses are allocated based upon various methodologies including square footage and security guard posts.

*Advertising* - Advertising expenses pertaining to merchandising activities, mostly attributable to the production and distribution of catalogues, amounted to $6.1 million and $6 million in fiscal years 2013 and 2012, respectively. Other advertising expenses incurred primarily in support of special exhibitions, the permanent collection, and concerts and lectures totaled $3.4 million and $4 million in fiscal years 2013 and 2012, respectively. All advertising is expensed as incurred.

*Interest Expense* - Interest on borrowings applicable to major construction projects in progress is capitalized and depreciated. Total interest expense, including commitment fees, during fiscal years 2013 and 2012 was $5.2 million and $5.3 million, respectively, of which $4.1 million and $4.2 million, respectively, related to the amounts paid under the interest rate swap agreements. Interest not capitalized is charged to operating expenses or, if related to the swap agreements, to non-operating activities. The amount of interest capitalized during fiscal years 2013 and 2012 was $.2 million for both years.

*Income Tax Status* - The Museum is a nonprofit organization exempt from income tax under Section 501(c)(3) of the Internal Revenue Code.

*Estimates* - The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and the disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenue and expenses during the reporting period. Actual results could differ from those estimates.

*Prior Year Comparisons and Reclassifications* - The Museum has included both current and prior year financial data in its financial statements. To facilitate the comparison on the Statement of Activities, the Museum has chosen to present the prior year information in summary form, without segregation of the data by net asset values. As a result, that particular historical information is not presented in compliance with generally accepted accounting principles. It should therefore be reviewed in conjunction with the more detailed information set forth in the audited financial statements for fiscal year 2012, the source from which the summary information was derived. Certain fiscal year 2012 items have been reclassified to conform to fiscal year 2013 presentation.

*Subsequent Events* - The Museum performed an evaluation of subsequent events through November 7, 2013, which is the date the financial statements were issued. The Museum has determined that all events or transactions, including open item estimates, required to be recognized in accordance with generally accepted accounting principles, are included in the financial statements.

## B. Accounts Receivable and Other Assets

Accounts receivable and other assets consist of (in thousands):

|  | June 30, 2013 | June 30, 2012 |
|---|---|---|
| Accounts receivable, net of allowance of $426 and $487 for FY13 and FY12, respectively | $ 13,152 | $ 13,115 |
| Dividends and interest receivable | 995 | 888 |
| Prepaid expenses and other | 8,073 | 8,171 |
| Total | $ 22,220 | $ 22,174 |

## C. Contributions Receivable

Unconditional promises to contribute to the Museum are recorded as contributions receivable at the present value of future cash flows, net of an allowance for uncollectibility. The present value discount rates used were 3.25% and 4.25% for fiscal years 2013 and 2012, respectively. Pledges are expected to be realized as follows (in thousands):

|  | June 30, 2013 | June 30, 2012 |
|---|---|---|
| Less than one year | $ 51,765 | $ 44,365 |
| Between one and five years | 63,707 | 50,938 |
| Over five years | 7,100 | 9,350 |
| Total | 122,572 | 104,653 |
| Less: |  |  |
| Adjustments and allowance for uncollectibility | (2,645) | (2,321) |
| Discount for market value | (9,005) | (8,658) |
| Net | $110,922 | $ 93,674 |

Please refer to Note N for details related to *Fair Value Measurement*.

## D. Acquisitions of Art

Acquisitions of art were funded from the following sources (in thousands):

|  | 2013 | 2012 |
|---|---|---|
| Gifts of cash and securities | $ 62,844 | $ 15,875 |
| Gains and income from long-term investment: |  |  |
| For designated curatorial departments | 12,471 | 8,290 |
| Undesignated as to curatorial department | 14,930 | 11,922 |
| Proceeds from fine arts insurance and the sale of art | 12,952 | 2,767 |
| Total | $103,197 | $ 38,854 |

## E. Fixed Assets

Fixed assets consist of (in thousands):

|  | June 30, 2013 | June 30, 2012 | Estimated Useful Lives in Years |
|---|---|---|---|
| Land | $ 1,015 | $ 1,015 | N/A |
| Buildings and improvements | 36,223 | 36,455 | 20-40 |
| Leasehold improvements–auxiliary activities | 27,157 | 26,487 | 4-40 |
| Leasehold improvements–Fifth Avenue building | 868,017 | 846,575 | 5-30 |
| Machinery and equipment | 62,929 | 60,983 | 3-20 |
| Total | 995,341 | 971,515 |  |
| Less accumulated depreciation and amortization | (548,390) | (548,868) |  |
| Net | $446,951 | $422,647 |  |

The above amounts include construction in progress of $78.9 million and $86.1 million at June 30, 2013 and 2012, respectively. Depreciation and amortization expense was $47.1 million and $46.8 million for fiscal years 2013 and 2012, respectively. In fiscal year 2013 and 2012, $48.7 million and $62.1 million, respectively, of fixed assets with associated accumulated depreciation of $47.6 million and $61.3 million, respectively, were written off, primarily representing fully depreciated assets no longer in service.

In fiscal years 2013 and 2012, interest expense of $0.2 million for both years, which related to the bond financing, were capitalized and included in fixed assets on the Balance Sheet.

Fixed assets and construction in progress include $113.5 million of property contributed and funded by the City since 1990, of which $7.9 million and $18.8 million were received during the fiscal years ended June 30, 2013 and 2012, respectively.

## F. Capital Expenditures

The principal capital projects during fiscal year 2013 were as follows (in thousands):

|  | Prior Years' Expenditures | 2013 Expenditures | Total Expenditures |
|---|---|---|---|
| David H. Koch Plaza | $ 3,150 | $ 15,289 | $ 18,440 |
| Wing E&H Infrastructure Upgrade & Astor Skylight Replacement | 1,854 | 15,426 | 17,280 |
| South Side Chilled Water | 17,836 | 13,925 | 31,761 |
| Costume Institute Gallery Renovation | 6,200 | 12,541 | 18,740 |
| European Paintings Gallery Renovation | 616 | 3,227 | 3,842 |
| Other capital projects | | 15,769 | |
| Total * | | 76,177 | |
| Less cost of capitalized projects | | (72,482) | |
| Non-capitalized expenditures | | $ 3,695 | |

* The Museum has outstanding purchase commitments of approximately $59 million related to construction projects at June 30, 2013.

## G. Investments

The total cost of the investment portfolio was $2,448 million and $2,317 million as of June 30, 2013 and 2012, respectively.

At June 30, 2013, the Museum had approximately $325.9 million in remaining capital commitments to private equity and real asset funds.

The Museum maintains a diversified portfolio of investments that is designed to provide a stream of earnings for current use. Investment objectives and policies are established by the Museum's Trustee Investment Committee and are undertaken in partnership with external investment managers.

Certain of the Museum's investment managers incorporate the use of financial instruments with off-balance sheet risk as part of their investment strategies primarily to hedge against equity, currency, or interest rate risk.

Market risk represents the potential loss in value of financial instruments caused by movements in market factors including, but not limited to, market liquidity, investor sentiment, and foreign exchange rates. The Museum's investment portfolio consists of a number of relatively illiquid or thinly traded investments having a greater amount of both market and credit risk. These investments may trade in limited markets or have restrictions on resale or transfer and may not be able to be liquidated on demand if needed. Fair values assigned to these investments may differ significantly from the fair values that would have been used had a ready market for the investments existed and such differences could be material to the Museum's financial statements.

The Museum transacts in futures contracts and forward foreign currency contracts primarily for managing foreign exchange risk and fluctuations in interest rates.

The following table summarizes the unrealized gains and losses reported on derivative financial instruments designated as a trading instrument for the year ended June 30, 2013 (in thousands):

|  | Derivative Liabilities | |
|---|---|---|
| **Derivatives Designated as Trading Instruments** | Notional/Contractual Amount | Unrealized Gain/(Loss) |
| Interest Rate Exchange Agreements | $ (27,921) | $ 16,940 |

The following table summarizes the unrealized gains and losses reported on derivative financial instruments designated as a trading instrument for the year ended June 30, 2012 (in thousands):

| | Derivative Liabilities | |
|---|---|---|
| **Derivatives Designated as Trading Instruments** | Notional/Contractual Amount | Unrealized Gain/(Loss) |
| Interest Rate Exchange Agreements . . . . . . . . . . . . . . | $ (44,861) | $(23,290) |

Realized gain/(loss) and changes in unrealized appreciation/(depreciation) on futures and forward foreign currency contracts have been recognized in the Investment return in excess of (less than) current support on the Statement of Activities.

Investment return is net of unrelated business income taxes of $0.1 million and $0.12 million for fiscal years 2013 and 2012, respectively.

The following schedule summarizes investment return by net asset classification (in thousands):

| | 2013 | | | | 2012 |
|---|---|---|---|---|---|
| | Unrestricted | Temporarily Restricted | Permanently Restricted | Total | Total |
| Investment income, net of certain management and custodian fees, taxes, and other expenses . . . . . . . . . . . . . . . . . . . . | $ 13,640 | $ 19,512 | $ 31 | $ 33,183 | $ 17,191 |
| Net realized gains . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 77,626 | 110,340 | 1 | 187,967 | 109,326 |
| Changes in unrealized appreciation/(depreciation) . . . . . . . . . . . . . . | 42,796 | 37,818 | | 80,614 | (128,776) |
| Total gain (loss) return on investments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 134,062 | 167,670 | 32 | 301,764 | (2,259) |
| Transfers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 47,066 | (47,066) | | | |
| Investment return allocated for current activities . . . . . . . . . . . . . . . | (90,002) | (32,090) | | (122,092) | (120,822) |
| Investment return in excess of (less than) current support . . . . | $ 91,126 | $ 88,514 | $ 32 | $179,672 | $(123,081) |

Please refer to Note N for details related to *Fair Value Measurement* and Note P for details related to Endowment Funds.

## H. Split Interest Arrangements

Split interest arrangements consist of charitable remainder trusts, gift annuities, pooled income funds, and other trust assets. These funds are held in trust for one or more beneficiaries and generally pay lifetime income to those beneficiaries, after which the principal is made available to the Museum in accordance with donor intentions. The value of the charitable remainder trusts and other trust agreements, excluding new gifts and distributions, increased by $3.3 million and decreased by $4.6 million in fiscal years 2013 and 2012, respectively. The discount rate applied to these funds was 1.2% to 3.2% over the past five years.

Trust invested on behalf of others:
• In 1997, a perpetual trust of $3.6 million was transferred to the Museum to manage in its pooled investments. The Museum receives annual endowment support from the trust and pays expenses on behalf of the trust.

The following displays the value of the assets and liabilities recognized on all these agreements (in thousands):

| | June 30, 2013 | June 30, 2012 |
|---|---|---|
| Assets: | | |
| Charitable remainder and other trust assets . . . . . . . . . . . . . . . . . . . . . . . . . . | $50,320 | $46,988 |
| Gift annuities, pooled income funds, and trust invested on behalf of others . | 17,756 | 18,630 |
| Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,681 | |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $71,757 | $65,618 |
| Liabilities: | | |
| Trust invested on behalf of others* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 6,219 | $ 5,805 |
| Gift annuities and pooled income funds . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14,259 | 15,044 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $20,478 | $20,849 |

*This liability relates to a trust invested on behalf of others. The assets of the trust of $6.2 and $5.8 million as of June 30, 2013 and 2012, respectively are included in investments on the Balance Sheet.

The following section briefly describes the Museum's various pension and postretirement plans, with supporting data in the schedules below.

*Defined benefit pension plan for union staff* - The Museum has a qualified defined benefit pension plan for all union employees covered by a collective bargaining agreement. Benefits under this plan are based on years of service and the employees' final four years of compensation. Employees contribute 3% of their base earnings to this plan, which amounted to $0.9 million and $1.0 million for fiscal years 2013 and 2012, respectively.

*Supplemental defined benefit pension plans for certain non-union staff* - The Museum has a supplemental qualified and a supplemental non-qualified defined benefit pension plan for certain non-union employees to provide future benefits at least equal to the benefits provided under a defined benefit pension plan that was terminated. The projected benefit obligation and accumulated benefit obligation of the supplemental non-qualified defined benefit plan, which is unfunded, were $0.8 million and $0.7 million, respectively, as of June 30, 2013, and $1.7 million and $1.5 million, respectively, as of June 30, 2012.

*Defined contribution plan for non-union staff (Basic Plan)* - The Museum has a mandatory defined contribution pension plan for all non-union employees other than temporary employees. Under this plan, participants are required to contribute 3% of their annual compensation as a condition of employment and the Museum contributes 8% of a participant's base pay during the year. The Museum also contributes 5.7% of base pay earnings that exceed the Social Security wage base during a calendar year. The cost of the defined contribution pension plan recognized in fiscal years 2013 and 2012 was $9.8 million and $9.4 million, respectively.

*Defined contribution matching plan for non-union staff (Matching Plan)* - The Museum has a voluntary defined contribution matching pension plan for all non-union employees other than temporary employees. Under the plan, non-union employees may voluntarily defer a portion of their annual compensation on a pre-tax basis. The Museum will match contributions in an amount not to exceed 3% of compensation for eligible employees. There is no minimum contribution under this plan.

*Additional Retirement Contribution Plans (ARC)* - The Museum has two plans that provide additional retirement contributions to certain non-union Museum employees. The initial payments under these plans commenced in December 2008. The Museum intends to fund the contributions annually, the amount of which is to be determined and approved by the Board annually. The cost of additional retirement contributions was $3.9 million and $4.3 million in fiscal years 2013 and 2012, respectively.

*Defined contribution plan for union staff (Union Match Plan)* - The Museum has a voluntary defined contribution plan for all union employees covered by a collective bargaining agreement. The Museum contributes up to 3% of the participant's salary based on a schedule. The cost of this plan in fiscal years 2013 and 2012 was $0.3 million and $0.2 million, respectively.

*Postretirement benefits* - The Museum provides postretirement medical care benefit coverage to retired employees as outlined below.

- Non-union staff: Substantially all of the Museum's non-union employees become eligible for certain benefits (prescription drugs and health insurance subject to annual limits) when they reach age 55 and have 15 years of service to the Museum. The Museum made contributions to the non-union's postretirement medical care benefit plan of $1.2 million in both fiscal years 2013 and 2012.

- Union staff: The Museum's union employees are eligible to participate in a New York City–sponsored postretirement benefit plan (EIN 13-1624086) pursuant to a collective bargaining agreement between the Museum and Local 1503 of District Council 37 (member of AFSCME and AFL-CIO) which expires June 30, 2014. The benefits provided to these employees include medical and surgical coverage as well as certain supplemental benefits (dental, prescription drug, vision, and health insurance). The postretirement benefit obligation related to supplemental benefits is part of a multiemployer plan and, as such, the Museum is not required to record a liability for these benefits. The postretirement benefit obligation for medical and surgical coverage is not considered a part of a multiemployer plan and is, therefore, included as an obligation of the Museum. The Museum's union employees become eligible for postretirement benefits when they reach age 52 and have 10 years of service or age 62 with 5 years of service to the Museum. The Museum made contributions to the postretirement medical care benefit plan in fiscal years 2013 and 2012 of $1.7 million and $1.6 million, respectively, which represent more than 5% of the plan expenses. The plan is not subject to a funding improvement plan.

- Pay for unused sick leave benefit: The Museum reimburses eligible employees for a portion of unused sick days if they meet certain age and service requirements at termination. The Museum made payments in fiscal years 2013 and 2012 of $0.3 million and $0.4 million, respectively.

*Funding policy* - The Museum's funding policy is to contribute annually an amount that meets or exceeds the minimum requirements of the Employee Retirement Income Security Act of 1974 (ERISA), using assumptions different from those used for financial reporting.

The tables below and on the following pages set forth the net liability recognized in the Balance Sheet, the change in plan assets, the funded status, weighted-average assumptions, and other data for the pension plans and postretirement benefit plans (in thousands):

| | Pension Benefits | | Postretirement Benefits | |
| --- | --- | --- | --- | --- |
| | June 30, 2013 | June 30, 2012 | June 30, 2013 | June 30, 2012 |
| CHANGE IN BENEFIT OBLIGATION: | | | | |
| Benefit obligation at beginning of year . . . . . . . . . | $170,414 | $133,359 | $ 95,637 | $ 78,085 |
| Service cost . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5,963 | 3,910 | 4,363 | 3,406 |
| Interest cost . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7,021 | 7,059 | 3,617 | 3,971 |
| Employee contributions . . . . . . . . . . . . . . . . . . . | 894 | 964 | | |
| Actuarial (gain) loss. . . . . . . . . . . . . . . . . . . . . . | (17,153) | 30,436 | (13,302) | 13,457 |
| Benefits paid . . . . . . . . . . . . . . . . . . . . . . . . . . | (4,429) | (5,240) | (3,265) | (3,400) |
| Medicare Part D subsidy . . . . . . . . . . . . . . . . . . | | | 103 | 118 |
| Settlements . . . . . . . . . . . . . . . . . . . . . . . . . . . | | (74) | | |
| Benefit obligation at end of year . . . . . . . . . . . . . . | 162,710 | 170,414 | 87,153 | 95,637 |
| CHANGE IN PLAN ASSETS: | | | | |
| Fair value of plan assets at beginning of year . . . . | 96,284 | 91,830 | | |
| Actual gain on plan assets . . . . . . . . . . . . . . . . . . | 10,882 | 2,075 | | |
| Employer contributions . . . . . . . . . . . . . . . . . . . | 7,476 | 6,729 | 3,162 | 3,286 |
| Employee contributions . . . . . . . . . . . . . . . . . . . | 894 | 964 | | |
| Benefits paid . . . . . . . . . . . . . . . . . . . . . . . . . . | (4,429) | (5,240) | (3,265) | (3,400) |
| Medicare Part D subsidy . . . . . . . . . . . . . . . . . . | | | 103 | 114 |
| Settlements . . . . . . . . . . . . . . . . . . . . . . . . . . . | | (74) | | |
| Fair value of plan assets at end of year . . . . . . . . . . | 111,107 | 96,284 | | |
| Funded status (liability) . . . . . . . . . . . . . . . . . . . | $ (51,603) | $(74,130) | $(87,153) | $(95,637) |

The amounts recognized in the Balance Sheet as of June 30 are (in thousands):

| | 2013 | 2012 | 2013 | 2012 |
| --- | --- | --- | --- | --- |
| Actuarial losses . . . . . . . . . . . . . . . . . . . . . . . . . . | $(48,304) | $(73,776) | $(19,255) | $(33,944) |
| Prior service (costs) credits . . . . . . . . . . . . . . . . . | | | 5,639 | 7,136 |
| Unrestricted net assets not yet recognized in net periodic benefit cost . . . . . . . . . . . . . . . . . . . . . | (48,304) | (73,776) | (13,616) | (26,808) |
| Cumulative employer contributions (less than) net periodic benefit cost . . . . . . . . . . . . . . . . . . . | (3,299) | (354) | (73,537) | (68,829) |
| Unfunded benefit obligations (liability) . . . . . . . . . . | $(51,603) | $(74,130) | $(87, 153) | $(95,637) |

The actuarial losses herein primarily represent the cumulative difference between the actuarial assumptions and actual return on plan assets, changes in discount rates, and plan experience. Actuarial losses not yet recognized are included in unrestricted net assets and are amortized into net periodic benefit cost over an average period of 12 years.

The following table presents the amount of unrestricted net assets not yet recognized, which are expected to be amortized into net periodic benefit costs for the year ending June 30, 2014 (in thousands):

| | Pension Benefits | Postretirement Benefits |
| --- | --- | --- |
| Actuarial losses . . . . . . . . . . . . . . . . . . . . . . . . . . | $2,491 | $ 744 |
| Prior service costs (credits) . . . . . . . . . . . . . . . . . . . | | (1,276) |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $2,491 | $ (532) |

The following table sets forth the components of the net pension and postretirement benefits cost for the years ended June 30 (in thousands):

| | Pension Benefits | | Postretirement Benefits | |
|---|---|---|---|---|
| | 2013 | 2012 | 2013 | 2012 |
| Service cost | $ 5,963 | $ 3,910 | $ 4,363 | $ 3,406 |
| Interest cost | 7,021 | 7,059 | 3,617 | 3,971 |
| Expected return on plan assets | (7,189) | (6,800) | | |
| Amortization of prior service cost | | 24 | (1,497) | (1,521) |
| Amortization of accumulated loss | 4,625 | 1,985 | 1,387 | 722 |
| Settlement loss | | 24 | | |
| Net periodic benefit cost | $ 10,420 | $ 6,202 | $ 7,870 | $ 6,578 |
| WEIGHTED-AVERAGE ASSUMPTIONS USED TO DETERMINE BENEFIT OBLIGATIONS AS OF JUNE 30: | | | | |
| Discount rate | 4.88% | 4.11% | 4.78% | 4.02% |
| Rate of compensation increase | 3.95% | 3.95% | | |
| WEIGHTED-AVERAGE ASSUMPTIONS USED TO DETERMINE NET COST AS OF JUNE 30: | | | | |
| Discount rate | 4.13% | 5.57% | 4.02% | 5.52% |
| Expected return on plan assets | 7.39% | 7.39% | | |
| Rate of compensation increase | 3.95% | 3.94% | | |
| ADDITIONAL INFORMATION (in thousands): | | | | |
| Actual return on plan assets | $ 10,882 | $ 2,075 | | |
| Accumulated benefit obligation for all defined benefit pension plans | $138,661 | $142,185 | | |

Additional information related to the defined benefit pension plans as of June 30 follows (in thousands):

| | | |
|---|---|---|
| Number of pension plans with accumulated benefit obligations in excess of plan assets | 3 | 3 |
| Aggregate accumulated benefit obligation | $138,661 | $142,185 |
| Aggregate fair value of plan assets | $111,107 | $ 96,284 |
| Number of pension plans with projected benefit obligations in excess of plan assets | 3 | 3 |
| Aggregate projected benefit obligation | $162,710 | $170,414 |
| Aggregate fair value of plan assets | $111,107 | $ 96,284 |

The following table presents changes recognized in unrestricted net assets (in thousands):

| | Pension Benefits | Postretirement Benefits |
|---|---|---|
| Changes in plan assets and benefit obligations recognized in unrestricted net assets: | | |
| Prior year accumulated loss (gain) | $ 73,776 | $ 26,808 |
| New (gain) loss arising during the year | (20,846) | (13,302) |
| Amounts recognized as a component of net periodic benefit cost: | | |
| Amortization or curtailment recognition of prior service credit | | 1,497 |
| Amortization or settlement recognition of net loss | (4,625) | (1,387) |
| Total recognized in unrestricted net assets | 48,305 | 13,616 |
| Net periodic benefit cost | 10,420 | 7,870 |
| Total recognized in net periodic benefit cost and unrestricted net assets | $ 58,725 | $ 21,486 |

| | 2013 | | 2012 | |
|---|---|---|---|---|
| | Union | Non-Union | Union | Non-Union |
| ASSUMED MEDICAL COST TREND RATES AT JUNE 30: | | | | |
| Health care cost trend rate assumed for next year | 6.7% | 6.7% | 6.9% | 6.9% |
| Rate that the cost trend gradually declines to | 4.5% | 4.5% | 4.5% | 4.5% |
| Year that the final trend rate is reached | 2028 | 2028 | 2028 | 2028 |

| | Percentage Point Increase | Percentage Point (Decrease) |
|---|---|---|
| The following data show the effect of a one percentage point health care cost trend rate increase (decrease) for fiscal year 2013 (in thousands): | | |
| Effect on total of service and interest cost | $ 1,282 | $ (1,006) |
| Effect on postretirement benefit obligation | $10,209 | $ (8,324) |

*Selection of Assumptions* - The selection of the discount rate assumption reflects a bond matching analysis to a portfolio of high-quality corporate bonds. The methodology for selecting the discount rate is to match each plan's cash flow to that of a yield curve that provides the equivalent yields on zero-coupon corporate bonds for each maturity. The discount rate for each plan is the single rate that produces the same present value of cash flows. The expected return on the plans' assets has been developed in consultation with external advisers, taking into account such factors as long-term historical returns for equity and fixed income assets and long-term forecasts for inflation, and correlation of returns between asset classes.

*Investment strategies* - Assets of the Museum's defined benefit plans are invested in diversified portfolios that are designed to generate returns sufficient to meet obligations to beneficiaries at acceptable levels of risk. Investment objectives and policies are established by the Museum's Trustee Investment Committee and are undertaken in partnership with external investment managers. The target allocation of the defined benefit plan for union staff is 60% to equity securities and 40% to fixed income securities, and the target allocation of the defined benefit plan for non-union staff is 40% to equity securities and 60% to fixed income securities. As of June 30, 2013, the assets of the defined benefit plan for union staff were invested 61.4% and 38.6% in equity and fixed income securities, respectively, and the assets of the defined benefit plan for non-union staff were invested 43.5% and 56.5% in equity and fixed income securities, respectively. As of June 30, 2012 the assets of the defined benefit plan for union staff were invested 60.7% and 39.3% in equity and fixed income securities, respectively, and the assets of the defined benefit plan for non-union staff were invested 40.7% and 59.3% in equity and fixed income securities, respectively.

*Medicare* - In December 2003, the Medicare Prescription Drug, Improvement and Modernization Act of 2003 ("the Act") was signed into law. The Act introduced a prescription drug benefit under Medicare Part D as well as a federal subsidy to employers whose plans provide an actuarial equivalent prescription drug benefit. The Museum has applied for the federal subsidy under the non-union staff postretirement plan. The present value of federal subsidy payments reduced the accumulated postretirement benefit obligations at June 30, 2013 and June 30, 2012 by approximately $0.6 million and $0.9 million, respectively. The reduction in obligation attributable to the anticipated subsidy payments is being treated as a gain.

| CASH FLOWS FOR THE FISCAL YEAR ENDING JUNE 30 (in thousands): | Pension Benefits | Postretirement Benefits | Expected Net Postretirement Benefit Payments | Expected Medicare Subsidy |
| --- | --- | --- | --- | --- |
| Employer Contributions: | | | | |
| 2012 (actual). | $ 6,730 | $ 3,286 | N/A | N/A |
| 2013 (actual) | 7,476 | 3,162 | N/A | N/A |
| 2014 (expected) | 13,619 | 3,803 | N/A | N/A |
| PROJECTED BENEFIT PAYMENTS FOR THE FISCAL YEAR ENDING JUNE 30 (in thousands): | | | | |
| 2014 | 5,706 | 3,803 | $ 3,700 | $ 103 |
| 2015 | 6,223 | 3,816 | 3,702 | 114 |
| 2016 | 6,626 | 4,080 | 3,955 | 125 |
| 2017 | 7,971 | 4,347 | 4,212 | 135 |
| 2018 | 7,481 | 4,489 | 4,339 | 150 |
| 2019 - 2023 | 44,190 | 25,950 | 25,950 | |

The fair value of the pension plan assets is disclosed in the tables below based on fair market values and "levels" at June 30, 2013 and 2012. The relevant levels are based on the methodology for determining fair market value: Level 1: valuation based on active markets for identical assets; Level 2: valuation based on significant observable inputs; and Level 3: valuation based on unobservable inputs. The pension plan invests in funds to meet its investment objectives. The asset allocation is based on the underlying assets of the various funds. The leveling is based upon each fund as the unit of measure. Mutual funds consists of various Vanguard and GMO investments.

| *Pension Plan Assets at Fair Value as of June 30, 2013 (in thousands)* | | | | |
| --- | --- | --- | --- | --- |
| | Level 1 Quoted Prices | Level 2 Significant Other Observable Inputs | Level 3 Significant Unobservable Inputs | Total |
| Investments: | | | | |
| Equities | | | | |
| Mutual funds | $109,895 | | | $109,895 |
| Collective Trusts | 1,212 | | | 1,212 |
| Total | $111,107 | | | $111,107 |

| *Pension Plan Assets at Fair Value as of June 30, 2012 (in thousands)* | | | | |
| --- | --- | --- | --- | --- |
| | Level 1 Quoted Prices | Level 2 Significant Other Observable Inputs | Level 3 Significant Unobservable Inputs | Total |
| Investments: | | | | |
| Equities | | | | |
| Mutual funds | $95,542 | | | $95,542 |
| Collective Trusts | 742 | | | 742 |
| Total | $96,284 | | | $96,284 |

93

## J. NOTES PAYABLE

At June 30, 2013 and 2012, the Museum had four credit facilities with two commercial banks. Under one facility, which is the largest credit facility, a $100 million revolving line of credit, the Museum had borrowed $40 million and $35.9 million as of June 30, 2013 and 2012, respectively. Any amount borrowed under the revolving line of credit is payable in full on or before September 30, 2014. The borrowing bears interest at variable rates, and accrued interest is paid at loan maturity. The total interest expense on bank borrowings amounted to $0.3 million and $0.2 million in each of fiscal years 2013 and 2012, respectively. As of June 30, 2013, the interest rate on the outstanding debt was .63%. Under the loan agreement, the Museum has covenanted to maintain a ratio of Available Assets to General Liabilities, as defined, of not less than 2:1. The Museum was in compliance with this requirement at June 30, 2013 and 2012.

In addition to the revolving line of credit, the Museum has three lines of credit totaling $150 million in each of fiscal years 2013 and 2012, under which no borrowings were outstanding at June 30, 2013 and 2012. Borrowings under the lines of credit are payable on demand and bear interest at variable rates that are paid monthly. The Museum had letters of credit aggregating $4.2 million as of both June 30, 2013 and 2012, under a sublimit for one of the lines of credit.

## K. LOANS PAYABLE AND OTHER LONG-TERM LIABILITIES

*Series 1993 Bonds:*

In 1993, the Museum entered into two loan agreements with the Dormitory Authority of the State of New York ("the Authority") to finance the construction and equipping of certain of the Museum's facilities and to defease existing indebtedness. Pursuant to these loan agreements, the Authority issued Series 1993 Revenue Bonds consisting of $41.7 million Series 1993A Variable Interest Rate Bonds ("Series 1993A Bonds"), due serially to July 1, 2015, and $22.1 million Series 1993B Variable Interest Rate Bonds ("Series 1993B Bonds"), due by July 1, 2020. The Series 1993B Bonds are secured by the Museum's annual membership dues. The loan agreements require the Museum to maintain investments in certain defined securities having a market value of at least 120% of the aggregate principal amount of the Museum's outstanding short-term debt as defined in the agreements. Additionally, the Museum must maintain a ratio of Available Assets to General Liabilities, as defined, of not less than 2:1. The Museum was in compliance with these covenants at June 30, 2013 and 2012.

While the revenue bonds are not direct indebtedness of the Museum, the loan agreements with the Authority obligate the Museum to make payments equal to the interest and mandatory redemption requirements of such bonds and are general obligations of the Museum. A liability equivalent to the principal amount of the Authority's outstanding revenue bonds, adjusted for fair value of future interest payments, is reflected in the Balance Sheet. In 1993, the Museum entered into a 22-year interest rate exchange agreement with Morgan Stanley Capital Services, Inc. ("Morgan Stanley"), that effectively changes the Museum's interest rate exposure on the Series 1993A Bonds to a fixed rate. The notional amount of the swap was set at $41.7 million and amortizes according to a schedule that is similar to the mandatory redemption schedule of the Series 1993A Bonds. Under the terms of the interest rate exchange agreement, Morgan Stanley pays to the Museum a variable rate consistent with the rate on the Series 1993A Bonds, and the Museum pays to Morgan Stanley a fixed rate of 4.77% per annum.

At June 30, 2013 and 2012, $2.9 million of investments were in the custody of a trustee in connection with the Series 1993A and B Bonds as a reserve for the payment of debt service each year.

*Series 2006 Bonds:*

On December 1, 2006, the Museum entered into a $130 million loan agreement with the Trust for Cultural Resources ("the Trust"), a public benefit organization created by the State of New York. Pursuant to this loan agreement, the Trust issued bonds consisting of a $65 million series 2006 A-1 bond issue and a $65 million series 2006 A-2 bond issue (collectively, "the Series 2006A Bonds"). The proceeds have and will be used for the financing of a portion of the expansion, reconstruction, renovation, improvement, furnishing and equipping of facilities operated, or to be operated, by the Museum, portions of which have already been completed at the Museum's principal location. In addition, certain administrative, legal, accounting, financing, and other expenses incidental to the issuance of the bonds and related purposes were financed by these bonds.

Pursuant to the loan agreement, the Museum is required to pay, when due, the principal and interest on the Series 2006A Bonds. While the bonds are not direct indebtedness of the Museum, the loan agreement and the obligation to make payments under the loan agreement are general obligations of the Museum. No security interest in any revenues or assets of the Museum has been granted by the Museum to the Trust or any other party in connection with the Series 2006A Bonds. The Series 2006A Bonds will mature on October 1, 2036. The variable rate demand bonds of $130 million are subject to a weekly interest rate reset. In the event the Museum receives notice of any optional tender on its variable rate demand bonds, or if the bonds become subject to mandatory tender, the purchase price will be paid from the remarketing of the bonds. The Museum has an additional $150 million confirmed credit facility through April 2015. The purpose of this credit facility is to provide liquidity in the event of a tender of the Museum's variable rate demand bonds which cannot be remarketed. This facility cannot be used for any purpose other than in connection with an exercise of the tender right by the bondholders. A commitment fee on the amount of .35% was associated with this credit facility. Fees of $.5 million related to both fiscal years 2013 and 2012, were paid. To date there have been no drawdowns of this facility. If the remarketing proceeds are insufficient, the Museum will have a current obligation to purchase the bonds that were not remarketed successfully. The Museum may fund any such purchase, in any manner, including by drawing upon the $150 million credit facility which would be repayable by April 2015.

In June 2006, the Museum entered into a forward starting interest rate exchange agreement with Morgan Stanley, related to the Series 2006A Bonds. Under the terms of the swap agreement, the Museum pays interest at a rate of 3.826% calculated on a notional amount of $100 million in exchange for floating rate payments calculated on the same notional amount at 67% of one-month LIBOR until October 1, 2036, unless such agreement is terminated earlier in accordance with its terms.

In summary, the bonds underlying the Museum's indebtedness consisted of the following (in thousands):

|  | June 30, 2013 | June 30, 2012 |
|---|---|---|
| Series 1993A Bonds due serially to July 1, 2015 | $ 9,345 | $ 12,175 |
| Series 1993B Bonds due by July 1, 2020 | 6,780 | 6,780 |
| Series 2006A Bonds due by October 1, 2036 | 130,000 | 130,000 |
| Total loans payable | 146,125 | 148,955 |
| Fair value of interest rate exchange agreement on Series 1993A Bonds | 477 | 909 |
| Fair value of forward starting interest rate exchange agreement on Series 2006A Bonds | 27,444 | 43,952 |
| Total interest rate exchange agreements | 27,921 | 44,861 |
| Total program related investment loan | 265 | 265 |
| Total liability | $174,311 | $194,081 |

Interest rates and interest expense related to the loans and swaps are as follows:

|  | | |
|---|---|---|
| Interest rates on loans payable: | | |
| Series 1993A & B Bonds | .07% | 0.20% |
| Series 2006A-1 & A-2 Bonds | .07% | 0.18% |

|  | 2013 | 2012 |
|---|---|---|
| Interest expense on loans payable (in thousands): | | |
| Series 1993A Bonds | $ 447 | $ 580 |
| Series 1993B Bonds | 10 | 9 |
| Series 2006A Bonds | 3,854 | 3,839 |
| Interest expense included above related to the swaps (in thousands): | | |
| Series 1993A Bonds | $ 433 | $ 564 |
| Series 2006A Bonds | 3,674 | 3,674 |

Debt service under the loan agreements, after giving effect to the interest rate swaps, representing payments of principal and interest, is payable as follows (in thousands):

| Year Ending June 30 | Principal Amount | Interest Payments* | Total Estimated Debt Services |
|---|---|---|---|
| 2014 | $ 2,965 | $ 5,650 | $ 8,615 |
| 2015 | 3,115 | 5,479 | 8,594 |
| 2016 | 3,265 | 5,324 | 8,589 |
| 2017 | | 5,310 | 5,310 |
| Thereafter | 136,780 | 97,985 | 234,765 |
| Total | $146,125 | $119,748 | $265,873 |

*On the Series 1993B Bonds, which are callable at par, there are no mandatory redemption requirements until 2018; an interest rate of 4% is assumed for all fiscal years. In addition, $30 million of the Series 2006A Bonds not covered by the interest rate exchange agreement are also assumed to bear interest at a rate of 4% per annum.

The table assumes that the Museum will be able to obtain a new credit facility when the existing credit facility expires in 2015.

Please refer to Note N for details related to *Fair Value Measurement*.

## L. Functional Classification of Expenses

Expenses by functional classification for fiscal years 2013 and 2012, which are described in Note A, are shown below (in thousands):

|  | 2013 | 2012 |
|---|---|---|
| Total operating expenses from the Statement of Activities . . . . . . . . . . . . . . . . . | $ 343,867 | $ 331,896 |
| Depreciation of capital improvements and expensing of non-capitalized expenditures from the non-operating section of the Statement of Activities . . | 45,836 | 46,594 |
| Management and custodian fees, taxes, and other expenses included in net investment income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13,940 | 12,358 |
| Special events included in the revenue section of the Statement of Activities . . . . | 553 | 770 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 404,196 | $ 391,618 |
| Program expenses: |  |  |
| Curatorial activities, conservation, and exhibition . . . . . . . . . . . . . . . . . . . . . | $ 199,539 | $ 195,805 |
| Education . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14,531 | 14,998 |
| Libraries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5,113 | 5,185 |
| Public services and other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 29,392 | 28,450 |
| Cost of sales and expenses of auxiliary activities: |  |  |
| Merchandising operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 66,362 | 68,652 |
| Restaurant, parking garage, auditorium, and other . . . . . . . . . . . . . . . . . . | 24,897 | 24,413 |
| Total program expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 339,834 | 337,503 |
| Supporting services: |  |  |
| Management and general . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 48,636 | 40,162 |
| Fundraising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15,726 | 13,953 |
| Total supporting services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 64,362 | 54,115 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 404,196 | $ 391,618 |

## M. Lease Commitments

At June 30, 2013, the Museum is committed to minimum future rentals under noncancellable operating leases for the merchandising distribution center and retail sales shops, which expire at various dates through January 2017. The rental payments will be charged against future revenues from sales of books, reproductions of works of art, and similar reproductions sold through the Museum's shops and mail-order system. Rent expense included in merchandising activities relating to these operating leases amounted to $4.4 million in both fiscal years 2013 and 2012, and includes contingent rent based on sales. In addition, there are operating leases for storage, office space, equipment, and other items, which expire at various dates through 2015. Rent expense relating to these operating leases amounted to $0.9 million in both fiscal years 2013 and 2012.

Minimum rental commitments consist of the following at June 30, 2013 (in thousands):

| Year Ending June 30 | Total |
|---|---|
| 2014 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,714 |
| 2015 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,380 |
| 2016 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,237 |
| 2017 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,256 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 8,587 |

In accordance with the authoritative guidance on fair value measurements and disclosures under Generally Accepted Accounting Principles, the Museum discloses the fair value of its investments in a hierarchy that prioritizes the inputs to valuation techniques used to measure fair value.

The hierarchy gives the highest priority to valuations based on unadjusted quoted prices in active markets for identical assets or liabilities (Level 1 measurements) and the lowest priority to valuations based on unobservable inputs that are significant to the valuation (Level 3 measurements). The three levels of the fair value hierarchy under the guidance are as follows:

**Level 1**—Quoted market prices for identical instruments in active markets.

**Level 2**—Quoted prices for similar assets or liabilities in active markets, quoted prices for identical or similar assets in markets that are not active, observable inputs other than quoted prices, inputs derived principally from or corroborated by observable market data by correlation or other means.

**Level 3**—Valuation models in which significant inputs are unobservable or where there is little, if any, market activity.

The following methods and techniques were used to assign affected financial instruments to the appropriate levels:

Inputs are used in applying the various valuation techniques and broadly refer to the assumptions that market participants use to make valuation decisions, including assumptions about risk. Inputs may include price information, volatility statistics, specific and broad credit data, liquidity statistics and other factors. An investment's level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement. However, the determination of what constitutes "observable" requires significant judgement by management. Management considers observable data to be that market data which is readily available, regularly distributed or updated, reliable and verifiable, not proprietary, provided by multiple, independent sources that are actively involved in the relevant market. The categorization of an investment within the hierarchy is based upon the pricing transparency of the investment and does not necessarily correspond to managment's perceived risk of that investment.

The Museum considers several factors in appropriately classifying the investment funds in the fair value hierarchy. An investment is generally classified as Level 2 if the Museum has the ability to withdraw its investment from the investment fund at Net Asset Value ("NAV") at the measurement date. An investment is generally classified as Level 3 if the Museum does not have the ability to withdraw its investment from the invesment fund at NAV, such as investments in closed-end funds, "side-pockets", or funds with suspended withdrawals imposed (i.e., "gates"). If the Museum cannot withdraw its investment from the investment fund at NAV because such investment is subject to "lock-up" (if the withdrawal period does not coincide with the Museum's measurement date) the Museum considers the length of time until the investment will become redeemable in determining whether the fair value measurement of the investment should be classified as a Level 2 or Level 3.

**Contributions Receivable** are not carried at fair value on a recurring basis and are therefore excluded from the table below. Fair value, after allowances for uncollectible pledges, was determined by discounting the expected future cash flows by an estimated fair market value rate at the date of the initial pledge.

### Investments

Investments consist of cash, cash equivalents, bonds, domestic equity, international equity (including emerging markets), long/short equity, Absolute Return, Private Equity, and Real Asset investments. In general, the Investments Office of the Museum relies on its external investment managers to provide valuations for the Museum's portfolio on a monthly basis, and in the case of private investments, on a quarterly basis. The Investments Office verifies these valuations in a number of ways, including but not limited to, assessing the valuation methodologies employed by each manager, reviewing the footnotes related to valuation in audited financial statements, and evaluating the performance of each investment relative to comparable benchmarks.

Level 1 assets include cash, cash equivalents, bonds, and instruments actively traded on recognized exchanges both domestic and foreign. These investments are freely tradable and are valued based on quoted prices from active markets.

Level 2 assets primarily consist of funds that invest in exchange traded equity, fixed income securities, and derivatives. The receipt of information regarding underlying holdings generally is less frequent than assets classified as Level 1. Valuations are based on quoted prices or other significant observable inputs. The Investments Office performs a number of procedures to support the reasonableness of the valuation of these investments.

Level 3 assets include equity funds and hedge funds where valuations are determined by quoted prices or other significant observable inputs and consider subscription and redemption activity, gates, side-pocket investments, and lock-up provisions. Also included in Level 3 assets are the Museum's interests in private equity and real asset funds. As quoted or other observable inputs typically are not available, market values are determined by the general partner based on appraisals, obtainable prices for similar assets, or other estimates. The Museum's Investments Office has a process in place to evaluate the reasonableness of the values reported.

*Fair Value Measurements*

The following table presents the financial instruments as stated on the Balance Sheet, by caption and by level within the valuation hierarchy as of June 30, 2013 (in thousands):

| | Assets and Liabilities at Fair Value as of June 30, 2013 | | | |
| --- | --- | --- | --- | --- |
| | *Level 1 Quoted Prices* | *Level 2 Significant Other Observable Inputs* | *Level 3 Significant Unobservable Inputs* | *2013 Total* |
| Split Interest Arrangements . . . . . . . . . . . . . . . . | $ 17,635 | $ 9,816 | $ 44,306 | $ 71,757 |
| Investments: | | | | |
| Equities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $447,734 | $ 33,640 | $ 65 | $ 481,439 |
| Fixed Income | | | | |
|   Government bonds . . . . . . . . . . . . . . . . . . . | 18,477 | | | 18,477 |
|   Corporate debt . . . . . . . . . . . . . . . . . . . . . | | 39,829 | 32 | 39,861 |
|   Mortgage backed . . . . . . . . . . . . . . . . . . . . | | 46,511 | | 46,511 |
|   Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 3,927 | 291 | 4,218 |
| Subtotal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18,477 | 90,267 | 323 | 109,067 |
| Short-term Investments . . . . . . . . . . . . . . . . . . . | 262,255 | | | 262,255 |
| Fixed income funds . . . . . . . . . . . . . . . . . . . . . . | | 41,525 | | 41,525 |
| Equity funds . . . . . . . . . . . . . . . . . . . . . . . . . . | | 303,969 | 140,127 | 444,096 |
| Hedge funds . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 571,429 | 571,429 |
| Private equity . . . . . . . . . . . . . . . . . . . . . . . . . | | | 517,202 | 517,202 |
| Real assets . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 363,521 | 363,521 |
| Total Investments: . . . . . . . . . . . . . . . . . . . . . . | $728,466 | $469,401 | $1,592,667 | $2,790,534 |
| Assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $746,101 | $479,217 | $1,636,973 | $2,862,291 |
| Liabilities: | | | | |
| Annuity and Other Split Interest Obligations . . . . . . . . . . . . . . . . . . . . . . . . . . | | | $ 20,478 | $ 20,478 |
| Bonds and Interest Rate Exchange Agreements. . . | | 174,046 | | 174,046 |
| Liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $174,046 | $ 20,478 | $ 194,524 |

Included in the Level 3 hedge funds fair value are investment receivables totalling $25.2 million for which the Museum has received notification of distribution but was not collected as of June 30, 2013. Also included are investment contributions paid in advance totaling $10 million for which the Museum has paid prior to June 30, 2013.

The following table presents the financial instruments as stated on the Balance Sheet, by caption and by level within the valuation hierarchy as of June 30, 2012 (in thousands):

| | Assets and Liabilities at Fair Value as of June 30, 2012 | | | |
| --- | --- | --- | --- | --- |
| | *Level 1 Quoted Prices* | *Level 2 Significant Other Observable Inputs* | *Level 3 Significant Unobservable Inputs* | *2012 Total* |
| Split Interest Arrangements . . . . . . . . . . . . . . . . | $ 17,305 | $ 10,497 | $ 37,816 | $ 65,618 |
| Investments: | | | | |
| Equities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $391,230 | $ 13,236 | $ 65 | $ 404,531 |
| Fixed Income | | | | |
|   Government bonds . . . . . . . . . . . . . . . . . . . | 91,584 | | | 91,584 |
|   Corporate debt . . . . . . . . . . . . . . . . . . . . . | | 17,217 | 530 | 17,747 |
|   Mortgage backed . . . . . . . . . . . . . . . . . . . . | | 1,281 | | 1,281 |
|   Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 531 | 478 | 1,009 |
| Subtotal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 91,584 | 19,029 | 1,008 | 111,621 |
| Short-term Investments . . . . . . . . . . . . . . . . . . . | 121,959 | | | 121,959 |
| Fixed income funds . . . . . . . . . . . . . . . . . . . . . . | 83,771 | 41,121 | | 124,892 |
| Equity funds . . . . . . . . . . . . . . . . . . . . . . . . . . | 259 | 248,229 | 118,431 | 366,919 |
| Hedge funds . . . . . . . . . . . . . . . . . . . . . . . . . . | | 55,154 | 498,174 | 553,328 |
| Private equity . . . . . . . . . . . . . . . . . . . . . . . . . | | | 554,960 | 554,960 |
| Real assets . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 340,697 | 340,697 |
| Total Investments: . . . . . . . . . . . . . . . . . . . . . . | $688,803 | $376,769 | $1,513,335 | $2,578,907 |
| Assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $706,108 | $387,266 | $1,551,151 | $2,644,525 |
| Liabilities: | | | | |
| Annuity and Other Split Interest Obligations . . . . . . . . . . . . . . . . . . . . . . . . . . | | | $ 20,849 | $ 20,849 |
| Bonds and Interest Rate Exchange Agreements. . . | | 193,816 | | 193,816 |
| Liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $193,816 | $ 20,849 | $ 214,665 |

During the years ended June 30, 2013 and June 30, 2012 there were no significant transfers in/out of Level 1 and Level 2 of the fair value hierarchy for investments which were recorded at fair value. Based on the information made available to the Museum, there are no concentrations in any

underlying individual security or issuer in amounts greater than 5% of the Museum's net assets except for possible concentrations in U.S. Treasury securities for both fiscal years 2013 and 2012.

The following table includes a rollforward of the amounts for the year ended June 30, 2013 for Investments classified within Level 3. The classification of a financial instrument within Level 3 is based upon the significance of the unobservable inputs to the overall fair value measurement:

| | Level 3 Ending Balance June 30, 2012 | Realized and Unrealized Gains/ (Losses) | Transfers In | Transfers (Out) | Purchases | Sales and Settlements | Level 3 Ending Balance June 30, 2013 | Changes in Unrealized Gains/(Losses) Relating to Investments held as of June 30, 2013 |
|---|---|---|---|---|---|---|---|---|
| Investments: | | | | | | | | |
| Equities . . . . . . . . . | $ 65 | $ | $ | $ | | $ | $ 65 | $ |
| Corporate debt . . . . | 530 | 262 | | | 26 | (786) | 32 | |
| Other . . . . . . . . . . . | 478 | 1 | | | 407 | (595) | 291 | |
| Equity funds . . . . . . | 118,431 | 27,164 | | | 9,286 | (14,754) | 140,127 | 19,361 |
| Hedge funds . . . . . . | 498,174 | 37,033 | | | 125,000 | (88,778) | 571,429 | 21,337 |
| Private equity . . . . . | 554,960 | 50,617 | | | 51,822 | (140,197) | 517,202 | (17,915) |
| Real assets . . . . . . . . | 340,697 | 19,885 | | | 51,937 | (48,998) | 363,521 | 1,989 |
| Total Investments . . | $ 1,513,335 | $ 134,962 | $ | $ | $ 238,478 | $(294,108) | $1,592,667 | $ 24,772 |

The following table includes a rollforward of the amounts for the year ended June 30, 2012 for Investments classified within Level 3. The classification of a financial instrument within Level 3 is based upon the significance of the unobservable inputs to the overall fair value measurement:

| | Level 3 Ending Balance June 30, 2011 | Realized and Unrealized Gains/ (Losses) | Transfers In | Transfers (Out) | Purchases | Sales and Settlements | Level 3 Ending Balance June 30, 2012 | Changes in Unrealized Gains/(Losses) Relating to Investments held as of June 30, 2012 |
|---|---|---|---|---|---|---|---|---|
| Investments: | | | | | | | | |
| Equities . . . . . . . . . | $ 4,938 | $ (2,119) | $ | $ (679) | $ | $ (2,075) | $ 65 | $ |
| Corporate debt . . . . | 1,432 | ( 612) | | (211) | 266 | (345) | 530 | 9 |
| Other . . . . . . . . . . . | 673 | (102) | | (93) | | | 478 | (8) |
| Equity funds . . . . . . | 104,767 | 3,664 | | | 10,000 | | 118,431 | 3,664 |
| Hedge funds . . . . . . | 482,862 | (24,050) | | | 120,000 | (80,638) | 498,174 | (49,270) |
| Private equity . . . . . | 582,947 | 26,273 | | | 55,298 | (109,558) | 554,960 | (30,089) |
| Real assets . . . . . . . . | 309,470 | (2,488) | | | 70,049 | (36,334) | 340,697 | (13,734) |
| Total Investments . . | $ 1,487,089 | $ 566 | $ | $ (983) | $ 255,613 | $(228,950) | $1,513,335 | $(89,428) |

All net realized and unrealized gains (losses) in the table above are reflected in the statement of activities. Net unrealized gains (losses) relate to those Investments held by the Museum at June 30, 2013 and June 30, 2012, respectively.

**Split Interest Arrangements**

*Charitable Gift Annuities*
The Museum records its remainder interest in assets received as unrestricted and temporarily restricted contributions as per donor designations. The contribution is measured at fair value and discounted for the estimated time period until the donor's death. The difference between the fair value of the assets and the revenue recognized (the remainder value) is recorded as a liability and represents the amount of the discount for future interest.

*Pooled Income Funds*
The Museum records its remainder interest in assets received as a temporarily restricted contribution. The contribution is measured at fair value and discounted for the estimated time period until the donor's death. The difference between the fair value of the assets and the revenue recognized (the remainder value) is recorded as a liability and represents the amount of the discount for future interest.

### Charitable Remainder Trusts

The Museum is not the Trustee for any of the agreements recorded as Charitable Remainder Trusts (CRT). Each individual trust is considered a unit of account that must be measured.

When the trust is established the Museum recognizes the contribution and the asset at the present value of estimated future benefits to be received when the trust assets are distributed. Remainder values are calculated and adjusted annually.

A fair value adjustment of 18 basis points was applied to those CRTs for which the Museum does not receive an accounting of the underlying assets and has no ability to assign a level other than Level 3. The adjustments are recorded in Charitable Remainder and Other Trust Assets and non-operating expense.

### Perpetual Trusts

The Museum recognizes the contribution and the asset at market value and records periodic adjustments as statements are received from the trustee.

### Lead Trusts

The Museum records the expected payment stream over the term of the trust and applies a discount rate that ranges from 3.9% to 5.1%.

The following table summarizes the changes in the fair value of the assets related to charitable remainder and other trusts for the year ended June 30, 2013 (in thousands):

|  | Ending Balance June 30, 2012 | Changes in Discounts and Allowances | Ending Balance June 30, 2013 |
|---|---|---|---|
| Charitable remainder and other trust assets . . . . . . . . . | $46,988 | $3,332 | $50,320 |

The following table summarizes the changes in the fair value of the liabilities related to annuity and other split interest agreements and funds held on behalf of others for the year ended June 30, 2013 (in thousands):

|  | Ending Balance June 30, 2012 | Changes in Remainder Value | Realized and Unrealized Gains/(Losses) | Ending Balance June 30, 2013 |
|---|---|---|---|---|
| Annuity and other split interest obligations . . . . . . . . . . | $20,849 | $ 152 | $(523) | $20,478 |

The Museum uses the NAV to determine the fair value of all the underlying investments which (a) do not have a readily determinable fair value and (b) either have the attributes of an investment company or prepare their financial statements consistent with the measurement principles of an investment company.

The following table lists investments carried at NAV by major investment category for the year ended June 30, 2013:

| Investment Strategy | Fair Value Determined Using NAV (in 000s) | Remaining Life | Unfunded Commitments (in 000s) | Redemption Terms | Redemption Restrictions and Terms in Place at Year End |
|---|---|---|---|---|---|
| Fixed Income Funds ...... | $ 41,525 | N/A | N/A | Monthly (10 days) | N/A |
| Equity Funds ............ | 444,096 | N/A | N/A | Daily Monthly (5-30 days) Quarterly (30-90 days) | 1 fund undergoing liquidation with a side-pocket; 1 fund with lock-up restriction. |
| Hedge Funds ............ | 571,429 | N/A | N/A | Monthly (65-90 days) Quarterly (30-90 days) Annually (60-90 days) | 6 funds undergoing liquidation, including 4 funds with side-pockets; 7 funds with lock-up restrictions, including 1 fund with a side-pocket; 1 fund with a side-pocket. |
| Private Equity ........... | 517,202 | 1 to 10 years | $162,515 | N/A | N/A |
| Real Assets .............. | $ 363,521 | 1 to 12 years | $163,366 | N/A | N/A |

The following table lists investments carried at NAV by major investment category for the year ended June 30, 2012:

| Investment Strategy | Fair Value Determined Using NAV (in 000s) | Remaining Life | Unfunded Commitments (in 000s) | Redemption Terms | Redemption Restrictions and Terms in Place at Year End |
|---|---|---|---|---|---|
| Fixed Income Funds ...... | $ 124,892 | N/A | N/A | Daily Monthly (10 days) | N/A |
| Equity Funds ............ | 366,919 | N/A | N/A | Daily Monthly (5-30 days) Quarterly (30-90 days) | 1 fund undergoing liquidation with a side-pocket; 2 funds with lock-up restrictions. |
| Hedge Funds ............ | 553,328 | N/A | N/A | Monthly (30 days) Quarterly (30-90 days) Annually (60-90 days) | 5 funds undergoing liquidation with side-pockets; 6 funds with lock-up restrictions, including 1 fund with a side-pocket; 1 fund with a side-pocket. |
| Private Equity ........... | 554,960 | 1 to 10 years | $ 192,441 | N/A | N/A |
| Real Assets .............. | $ 340,697 | 1 to 10 years | $ 171,104 | N/A | N/A |

## O. Asset Retirement Obligations

The Museum recognizes a liability on the Balance Sheet for Asset Retirement Obligations pertaining to future remediation work necessary to restore certain properties. The liability equals the present value of the expected cost of remediation.

During fiscal years 2013 and 2012, the Museum made payments of $319 thousand and $807 thousand, respectively, for these obligations and reduced the liability accordingly. In addition, the Museum adjusted certain asset retirement data and provided for the years' reductions, charges and accretion. For fiscal years 2013 and 2012, the non-cash charges amounted to an increase of $1.4 million and $1.1 million respectively, and are included in the non-operating section of the Statement of Activities. As of June 30, 2013 and 2012, $8.7 million and $7.6 million, respectively, of conditional asset retirement obligations are included in the liability section of the Balance Sheet.

## P. Disclosure for Endowment Funds and Net Asset Classifications

The Museum's endowment consists of over 650 individual funds established for a variety of purposes. Its endowment includes funds with donor-imposed spending restrictions (donor-restricted endowment funds) and funds with board-imposed spending restrictions that are treated as endowments (quasi-endowments). While quasi-endowments are treated as endowments in terms of earning investment returns and spending policy, their principal does not need to be held in perpetuity. Additionally, some quasi-endowments also have donor-imposed purpose restrictions. As required by Generally Accepted Accounting Principles, endowment funds are classified based on the existence or absence of donor-imposed restrictions. Donor-restricted endowment funds and quasi-endowment funds are also governed by the Endowment Spending Policy adopted by the Board of Trustees (which is discussed in more detail below).

The New York Prudent Management of Institutional Funds Act (NYPMIFA) governs the standards of management, investing, and spending of donor-restricted endowment funds by requiring the prudent consideration of the following eight factors when appropriating spending from endowment funds: (i) the duration and preservation of the endowment fund; (ii) the purposes of the Museum and the endowment fund; (iii) general economic conditions; (iv) the possible effect of inflation or deflation; (v) the expected total return from income and the appreciation of investments; (vi) other resources of the Museum; (vii) where appropriate and circumstances would otherwise warrant, alternatives to the expenditure of the endowment fund, giving due consideration to the effect that such alternatives may have on the Museum; and (viii) the investment policy of the Museum. NYPMIFA eliminates the legal requirement to preserve the historic dollar value of donor-restricted endowment funds and makes it legally possible to spend from the endowment funds when they drop below the historic dollar value of the gift. The term historic dollar value is defined as the aggregate fair value in dollars of (i) an endowment fund at the time it became an endowment fund; (ii) each subsequent donation to the fund at the time it is made; and (iii) each accumulation made pursuant to a direction in the applicable gift instrument at the time the accumulation is added to the fund. As a result of this interpretation, the Museum classifies as permanently restricted net assets (i) the original dollar value of endowment gifts not expendable under the specific terms of the applicable gift instrument; (ii) the original dollar value of subsequent endowment gifts; (iii) the net realizable value of future payments (i.e., outstanding endowment pledges net of applicable discount); and (iv) appreciation (depreciation), gains (losses) and income earned on the fund when the donor states that such increases or decreases are to be treated as changes in permanently restricted net assets less spending per the Endowment Spending Policy. With respect to endowment funds governed by gift instruments executed before September 17, 2010, the legislation required the Museum to send a notice to all available donors asking them to elect whether (i) the Museum could spend as much of the gift as is prudent; or (ii) the Museum could not spend below historic dollar value. The legislation provides that if the donor did not respond within 90 days of receiving the notice, expenditures from the endowment fund will be governed by the prudence standard in the legislation. The Museum has complied with this, and all other requirements of NYPMIFA, and has determined that for administrative ease and to ensure prudence with respect to its endowment funds; it will continue to maintain historic dollar value spending restrictions in place for all funds.

In relation to NYPMIFA, Generally Accepted Accounting Principles require that for each donor-restricted endowment fund, the Museum is to classify the portion of the fund that is not classified as Permanently Restricted Net Assets as Temporarily Restricted Net Assets until such funds have been appropriated. Therefore, upon the expiration of any time restriction and/or the meeting of any purpose restriction and appropriation by the Board for expenditure, a reclassification of that amount to Unrestricted Net Assets occurs.

During fiscal year 2012, the Board adopted a new Endowment Spending Policy which became effective for fiscal year 2013. The new hybrid spending policy used in fiscal year 2013 combines the predictable spending element of constant growth whereby 80% of the spending is based on the prior fiscal year total spending, adjusted for inflation with an asset preservation principle whereby the remaining 20% is based on the market value of the endowment at the prior calendar year end. The spending also has a defined range in absolute dollars of 90% to 110% of the prior fiscal year's spending. Spending Rates applied to the market value of the endowment are limited to a range of 4.5% to 5.75%. Specific rates are recommended periodically by the Finance Committee of the Board of Trustees, and final rates are approved each fiscal year by the Board of Trustees. In fiscal 2012 and earlier, endowment appropriations and distributions were based on pre-determined Spending Rates applied to the market value of the endowment, using the average market value over the prior twenty-quarter period ending December 31 of the prior fiscal year.

The primary objective of the Museum's investment strategy is to provide a stable stream of funds to support the operations of the Museum in perpetuity. The long-term management goal is to maintain the purchasing power of the portfolio so that support for the operating budget remains consistent in real (i.e., inflation-adjusted) terms over time. The portfolio is subject to various risks, including volatility of asset prices, liquidity risk, and the risk of failing to meet return thresholds.

In order to achieve the portfolio objectives without assuming undue risk, the portfolio is biased toward investments that are expected to produce equity-like returns and is diversified both by asset class and within asset classes.

The portfolio is primarily invested by external investment managers. Investments are made through separate accounts or commingled vehicles, including funds, trusts, and limited partnerships.

Endowment Net Asset Composition by Type of Fund as of June 30, 2013 (in thousands):

| | Unrestricted | Temporarily Restricted | Permanently Restricted | Total |
|---|---|---|---|---|
| Donor-restricted endowment funds | $ | $701,316 | $855,876 | $1,557,192 |
| Quasi-endowment funds | 735,462 | 78,837 | | 814,299 |
| Total funds | $735,462 | $780,153 | $855,876 | $2,371,491 |

Endowment Net Asset Composition by Type of Fund as of June 30, 2012 (in thousands):

| | Unrestricted | Temporarily Restricted | Permanently Restricted | Total |
|---|---|---|---|---|
| Donor-restricted endowment funds | $ | $617,097 | $831,566 | $1,448,663 |
| Quasi-endowment funds | 660,302 | 72,826 | | 733,128 |
| Total funds | $660,302 | $689,923 | $831,566 | $2,181,791 |

Endowment & Non-Endowment Net Assets
for the Fiscal Year Ended June 30, 2013 (in thousands):

| | Unrestricted | Temporarily Restricted | Permanently Restricted | Total |
|---|---|---|---|---|
| Endowment and quasi-endowment net assets, beginning of year | $ 660,302 | $ 689,923 | $ 831,566 | $2,181,791 |
| Investment return: | | | | |
| Investment Income | 13,640 | 19,494 | 31 | 33,165 |
| Net appreciation/depreciation (realized) | 77,626 | 110,251 | 1 | 187,878 |
| Net appreciation/depreciation (unrealized) | 42,796 | 37,672 | | 80,468 |
| Total investment gain (loss) return | 134,062 | 167,417 | 32 | 301,511 |
| Transfers | 47,066 | (47,066) | | |
| Appropriation of endowment assets for expenditure (spending) | (90,002) | (32,090) | | (122,092) |
| Contributions | 3,463 | 438 | 24,132 | 28,033 |
| Other changes and reclasses | (19,429) | 1,531 | 146 | (17,752) |
| Total endowment and quasi-endowment net assets at the end of year | 735,462 | 780,153 | 855,876 | 2,371,491 |
| Non-endowment net assets, end of the year | | | | |
| Operating | 11,488 | 55,245 | | 66,733 |
| Non-Operating | 76,184 | 489,040 | | 565,224 |
| Total non-endowment net assets, end of the year | 87,672 | 544,285 | | 631,957 |
| NET ASSETS AT THE END OF THE YEAR | $ 823,134 | $1,324,438 | $ 855,876 | $3,003,448 |

Endowment & Non-Endowment Net Assets
for the Fiscal Year Ended June 30, 2012 (in thousands):

| | Unrestricted | Temporarily Restricted | Permanently Restricted | Total |
|---|---|---|---|---|
| Endowment and quasi-endowment net assets, beginning of year . . . . . | $ 738,776 | $ 753,425 | $ 820,868 | $ 2,313,069 |
| Investment return: | | | | |
|    Investment Income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6,953 | 10,225 | 1 | 17,179 |
|    Net appreciation/depreciation (realized) . . . . . . . . . . . . . . . . . . . | 44,309 | 64,939 | 8 | 109,256 |
|    Net appreciation/depreciation (unrealized) . . . . . . . . . . . . . . . . . | (64,229) | (64,547) | | (128,776) |
| Total investment (loss) return . . . . . . . . . . . . . . . . . . . . . . . . . . . | (12,967) | 10,617 | 9 | (2,341) |
| Transfers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 46,781 | (46,781) | | |
| Appropriation of endowment assets for expenditure (spending) . . . . . . | (88,650) | (32,172) | | (120,822) |
| Contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8,550 | 2,215 | 14,148 | 24,913 |
| Other changes and reclasses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (32,188) | 2,619 | (3,459) | (33,028) |
| Total endowment and quasi-endowment net assets at the end of year . . . | 660,302 | 689,923 | 831,566 | 2,181,791 |
| Non-endowment net assets, end of the year . . . . . . . . . . . . . . . . . . . | | | | |
| Operating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10,062 | 50,782 | | 60,844 |
| Non-Operating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 29,622 | 440,777 | | 470,399 |
| Total non-endowment net assets, end of the year . . . . . . . . . . . . . . . | 39,684 | 491,559 | | 531,243 |
| NET ASSETS AT THE END OF THE YEAR . . . . . . . . . . . . . . . . . . | $ 699,986 | $ 1,181,482 | $ 831,566 | $ 2,713,034 |

Description of Amounts Classified as Permanently Restricted and Temporarily Restricted Net Assets (Endowment and Quasi-endowment only) (in thousands):

| | June 30, 2013 | June 30, 2012 |
|---|---|---|
| Permanently Restricted Net Assets: | | |
| Art Acquisitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 214,654 | $ 209,899 |
| Operating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 482,994 | 472,416 |
| Other (including Exhibitions and Public Programming) . . . . . . . . . . . . . . . . . . | 158,228 | 149,251 |
| Total endowment funds classified as permanently restricted net assets . . . . . . . . . . . . . . . . . . . | $ 855,876 | $ 831,566 |
| Temporarily Restricted Net Assets: | | |
| Art Acquisitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 185,894 | $ 163,323 |
| Operating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 456,610 | 410,918 |
| Other (including Exhibitions and Public Programming) . . . . . . . . . . . . . . . . . . | 137,649 | 115,682 |
| Total endowment and quasi-endowment funds classified as temporarily restricted net assets . . . . | $ 780,153 | $ 689,923 |

As a result of market fluctuations and the continued prudent use of income generated by donor-restricted endowment funds in support of mission-critical programs, the fair market value of assets associated with individual donor-restricted endowment funds has fallen below historic dollar value. The aggregate amounts by which fair value was below historic value was $.01 million and $.02 million as of June 30, 2013 and 2012, respectively.

## Q. Merchandising and Other Auxiliary Activities

Auxiliary operating revenue and expense are summarized as follows (in thousands):

|  | 2013 | 2012 |
|---|---|---|
| Operating revenue: |  |  |
| Merchandising operations ............................ | $69,337 | $72,095 |
| Restaurant ........................................ | 21,347 | 21,403 |
| Other ............................................. | 4,083 | 4,641 |
| Total revenue ................................... | 94,767 | 98,139 |
| Operating costs and expenses: |  |  |
| Merchandising operations ............................ | 66,362 | 68,652 |
| Restaurant ........................................ | 20,438 | 20,080 |
| Other ............................................. | 4,459 | 4,333 |
| Total costs and expenses ............................ | 91,259 | 93,065 |
| Net income from auxiliary activities .................. | $ 3,508 | $ 5,074 |

## R. Commitments and Contingencies

### Commitments

On August 10, 2012, the Museum entered into an operating agreement with the Whitney Museum of American Art (the "Whitney"), pursuant to which the Museum will use and occupy portions of the Whitney's building located at 945 Madison Avenue, New York, New York (the "Building") for a term of 8 years with an option at the Museum's discretion to extend the term for an additional 5.5 years. The Whitney will continue to occupy portions of the Building and both parties will work together to develop joint programming initiatives for the Building as well as other locations.

### Contingencies

On November 8, 2012, two individuals filed a lawsuit in New York State Supreme Court, New York County, against the Museum and certain of its officers. The Museum was served with this lawsuit on February 8, 2013. It alleges that the Museum's policy of asking visitors to pay a voluntary admissions charge is in violation of state law and of the Museum's lease with the City of New York, and that the manner in which the Museum advises the public of this policy is deceptive. The complaint also alleged that the Museum has an obligation to maintain an entrance on the Central Park side of the Museum. The complaint seeks various forms of equitable relief and also attorney's fees and costs, but it does not otherwise seek monetary damages.

On March 5, 2013, a lawsuit was filed by three individuals in New York State Supreme Court, New York County, against the Museum and certain of its officers. This lawsuit is very similar to the litigation described above, except that it is framed as a class action suit, and it does not include any claims about a Central Park entrance. The complaint in this litigation seeks various forms of equitable relief and also a judgment "awarding Plaintiffs and other members of the Class actual damages in an amount to be determined at trial" plus attorney's fees and costs. Plaintiffs have not subsequently presented a quantified demand for damages.

On October 30, 2013, the New York State Supreme Court dismissed the claims in each lawsuit which alleged that the Museum's admissions policy constituted a breach of its lease with the City and was a violation of an 1893 appropriations act.

The Museum intends to vigorously defend the remaining claims in both litigations and believes it has substantial defenses. However, due to the inherent difficulty of predicting the outcome of litigation, the Museum cannot predict what the eventual outcome or timing of these matters may be. An adverse outcome in one or both of these matters could be material to the Museum.

# Categories of Membership

| ANNUAL MEMBERS | 2013 | 2012 |
|---|---|---|
| National Associate ($60)* | 53,895 | 57,227 |
| National Friend ($275)* | 3,125 | 3,097 |
| Met Net ($70) | 31,889 | 41,166 |
| Individual ($100) | 34,044 | 32,135 |
| Family/Dual ($200) | 27,262** | 26,729** |
| Sustaining ($550) | 7,777 | 7,779 |
| *Supporting* | | |
| Contributing ($1,200) | 1,269 | 1,212 |
| Donor ($2,000) | 503 | 515 |
| Sponsor ($4,500) | 366 | 380 |
| Patron ($9,000) | 76 | 81 |
| Patron Circle ($13,000) | 33 | 34 |
| President's Circle ($20,000) | 48 | 43 |
| | 160,287 | 170,398 |

| MEMBERS OF THE CORPORATION | 2013 | 2012 |
|---|---|---|
| Fellows for Life | 462 | 469 |
| Fellows in Perpetuity | 187 | 191 |
| Benefactors | 263 | 264 |
| | 912 | 924 |
| Total | 161,199 | 171,322 |

\* Nonresident Memberships

\*\* Includes Life Members

# Members of the Corporation

**Benefactor**

Diane Carol Brandt
Anne Cox Chambers
Solomon Grossman
Roy J. Zuckerberg

**Corporate Benefactor**

AXA Equitable

**Foundation Benefactors**

Steven A. and Alexandra
   M. Cohen Foundation
The Jack Warner
   Foundation

**Declared Benefactors**

Andrea Bollt
Ronald S. Kane
Maurice Sendak

**Fellows for Life**

Marina Kellen French
Ruth Stanton
Jan T. Vilcek

**Fellows in Perpetuity**

Thatcher Magoun Adams V
   *In succession of*
   *Susan Adams Mott*
Robert D. Carrick
   *In succession of*
   *Mrs. Alan W. Carrick*

**Donors to the Annual Appeal to the Members of the Corporation**

*Gifts of $1,500 or more*

Irene Roosevelt Aitken
Plácido Arango
Leon D. Black
Daniel and Estrellita Brodsky
Ambassador and
   Mrs. W. L. Lyons Brown
Mary L. Bundy
Mr. and Mrs. Gilbert Butler
Mrs. B. Gerald Cantor
Judith and Russell Carson
Thomas A. Cassilly
Miriam Chan
Mr. and Mrs. Richard L.
   Chilton, Jr.
Stewart B. Clifford
Karen B. Cohen
Steven A. and
   Alexandra M. Cohen
   Foundation

Peggy and Richard M.
   Danziger
Mrs. David M. Darrin
Michel David-Weill
Carol Deane
Mrs. Michael Del Balso
Christopher W.
   Douglass
Mr. and Mrs. Larry D.
   Droppa
Mrs. James C. Edwards
George J. Fan
Mark Fisch and Rachel
   Davidson
Mrs. Lawrence A.
   Fleischman
Jacqueline Loewe Fowler
Marina Kellen French
Mr. and Mrs. Gordon P.
   Getty
The Honorable Sir David
   Gibbons and Lady
   Gibbons
Mr. and Mrs. Robert G.
   Goelet
Mrs. Henry J. Heinz II
Myron A. Hofer
Sir Joseph Hotung
Mr. and Mrs. James R.
   Houghton
Mr. and Mrs. Herbert
   Irving
Philip Henry Isles
Mr. and Mrs. Michael
   Jaharis

Mr. and Mrs. Morton L.
   Janklow
Betty Wold Johnson
Mr. and Mrs. David H.
   Koch
Mr. and Mrs. Werner H.
   Kramarsky
Mrs. W. Loeber Landau
Mr. and Mrs. Ronald S.
   Lauder
Thomas H. Lee and Ann
   Tenenbaum Lee
Raymond Lifchez
Asbjorn R. Lunde
Mrs. Hayward F. Manice
Robert M. Meltzer
Joyce Frank Menschel
Richard L. Menschel
Mrs. Seymour Milstein
Mr. and Mrs. John A.
   Moran
Mary R. Morgan
Sharmin and Bijan
   Mossavar-Rahmani
Wilson and Eliot C.
   Nolen
Mrs. Milton Petrie
The Honorable and
   Mrs. Leon B. Polsky
Mr. and Mrs. Frank E.
   Richardson
Fred M. Richman
David Rockefeller
Steven C. Rockefeller
Sandra Priest Rose

Mr. and Mrs. Jonathan P.
   Rosen
Mr. and Mrs. E. John
   Rosenwald, Jr.
Laura G. and James J. Ross
Bonnie Sacerdote
Mr. and Mrs. Andrew M.
   Saul
Mr. and Mrs. William H.
   Scheide
Mr. and Mrs. David T.
   Schiff
Esther Simon Charitable
   Trust
Mr. and Mrs. Randall D.
   Smith
Carl Spielvogel and
   Barbaralee Diamonstein-
   Spielvogel
Oscar L. Tang
Mrs. Warren S. Tenney
Mr. and Mrs. Eugene V.
   Thaw
Mr. and Mrs. David M.
   Tobey
Lulu and Anthony Wang
Charlotte C. Weber
Marie-Hélène Weill
Mr. and Mrs. Malcolm H.
   Wiener
Mr. and Mrs. Barrie A.
   Wigmore
Mr. and Mrs. Erving Wolf
Mrs. Charles Wrightsman
Anonymous (1)

# Annual Members

## President's Circle

Alan and Joan Ades
Ursula Andreas
Michele and Timothy Barakett
Joshua and Ginette Becker
Mr. and Mrs. Bernard D. Bergreen
Brett Buerck
Avna Cassinelli
Michele J. Cestone and Angela Di Benedetto
Joanne Lee Drexler Cohen and James Cohen
George and Sophie Coumantaros
Howard Cox
Barbara and Ray Dalio
Anne E. Delaney
William W. Donnell
William and Ann Fox
Victor and Patricia Ganzi
Beth and Gary Glynn
Robert F. Gossett, Jr.
Maxine Granovsky-Gluskin and Ira Gluskin
Josh Guberman
Marlene Hess and James D. Zirin
Charles B. and Ann L. Johnson
Kenneth Kolker and Gilda Block
Anne and George Lichtblau
Duke R. Ligon
Sandra Mouré Maher
Diana and Heather Sue Mercer
Mr. and Mrs. Robert B. Millard
Donald R. Mullen, Jr.
Peter and Edith O'Donnell
Dr. David Orentreich
Richard and Bonnie Reiss
Thomas and Elizabeth Renyi
Mr. and Mrs. Leonard Riggio
Janet Prindle Seidler and Charles Seidler
Florence L. Seligman
Isaac Souede and Sein M. Chew
Ann Spruill and Daniel Cantwell
Miriam and Yefim Sukhman
Aso O. Tavitian
Mr. and Mrs. John C. Walton
Candace King Weir
Mr. and Mrs. Leonard Wilf
Barbara and David Zalaznick
Mrs. William B. Ziff, Jr.
Anonymous (2)

## Patron Circle

Henry H. Arnhold
John and Jody Arnhold
Gordon L. Beals and Douglas K. Dunn
Charles C. Butt
Steven A. and Alexandra Cohen
Bruce and Christine A. Crawford
Robert de Courcy
John R. Doss
James H. Duffy
Martin and Sarah Flug
Mr. and Mrs. George S. Frazza
Donald and Joan Fried
Giles K. and Barbara Guss Kemp
Robert Kotic and Brian Kelly
Mr. and Mrs. Bruce Kovner
Jennifer L. Mercer
Joan Mintz and Robinson Markel
Mr. and Mrs. George D. O'Neill
Sarah Peter
Ingeborg H. and Ira L. Rennert
Mr. and Mrs. John J. Roche
Mr. and Mrs. Theodore C. Rogers
Jay Bruce Rosenberg
Lily Safra
Naomi O. Seligman and Ernest M. von Simson
Georgia Shreve
Mr. and Mrs. David M. Silfen
Ora K. Smith
Robert and Gillian Steel
Paul and Kimberley Tanico
Alyce Toonk
Lucille Werlinich
Mr. and Mrs. Robert Zoellner

## Patrons

Rose-Marie J. Anderson
Steven and Sheila Aresty
Mr. and Mrs. Thomas G. Armstrong
Ross Harrison Auerbach
Alan and Jane Batkin
Ruth Berliner
Richard A. and Amelia Bernstein
Mr. and Mrs. James A. Block
Mrs. Leonard Block
Anne M. Brimberg
John and Jasanna Britton
Jo Ann F. Brown
Denise and David Chase
Christopher and Sharon Saul Davis
Mrs. Alan F. Doniger
Mr. and Mrs. Walter A. Eberstadt
Mrs. Maurits E. Edersheim
David and Victoria Elenowitz
Barbara I. and Joseph H. Ellis
Elizabeth E. and John C. Fontaine
Mary Ann Fribourg
Mr. and Mrs. Michael E. Gellert
Arlene and Morris Goldfarb
Meg and Bennett Goodman
Mr. and Mrs. Barry W. Gray
Carol and Murray Grigor
Mrs. Bruce Grynbaum
Mimi and Peter Haas Fund
William T. Hillman
The Honorable and Mrs. Howard M. Holtzmann
Michael Hood
Alan Kanzer
Alice Kaplan
Pat and Paul Kaplan
Christian K. Keesee
Andrea Klepetar-Fallek
Mr. and Mrs. Lewis Korman
H. Frederick Krimendahl II and Emilia A. Saint-Amand
James J. and Helen D. Lally
Peter and Deborah Lamm
Eugene Lancaric
Gerald L. Lennard
Elisabeth and Tillmann Lenz
Amanda and Thomas Lister
Chien-Cho Liu
Frank Markus and Nancy Fryer Croft
William J. Martini
Mr. and Mrs. Ricardo A. Mestres, Jr.
Stanley and Jane Z. Moss
Mr. and Mrs. George B. Munroe
Steven Newhouse and Gina Sanders
Caroline and Meredith Niemczyk
John B. Ogilvie
James M. and Nora C. Orphanides
Robert J. Osterhus
Mr. and Mrs. Norman L. Peck
Laura Pels and Francis X. Morrissey
Mary Lawrence Porter
G. and Marisa Records
Hansjurg and Franziska J. Saager
Jack Shear
Mr. and Mrs. Eric P. Sheinberg
Mr. and Mrs. C. D. Spangler, Jr.
Warren and Harriet Stephens
Katrin Theodoli
Mr. and Mrs. Wilmer J. Thomas, Jr.
Sonya and Leo Tick
Dr. and Mrs. Constantine T. Tsitsera
Karl and Mary Ellen von der Heyden
Sandra and Debra Wasserman
Sue Ann Weinberg
Laura and John Winchester
Anonymous (4)

## Sponsors

David and Amy Abrams
Alexander Ackley, Jr.
Hope Aldrich
Lee Allison and Elizabeth Butler
George and Grania Allport
Mrs. Peter Allport
William and Grace Anderson
Max and Christine Ansbacher
Helen and Robert Appel
Mark and Gail Appel
Robert W. Ashton
Janet J. Asimov
John Avery
Barbara G. Bady
Christine and James J. Baechle
Carole P. Bailey-French
Henri and Marianne Barguirdjian
Douglas Barnert and Ruth Jacoby
Mr. and Mrs. Manuel H. Barron
Corrine Barsky
Margaret Ritchie R. Battle
Frances Bauer
Mr. and Mrs. G. Kenneth Baum
Deborah S. Becker
Mr. and Mrs. Louis Begley
Jayne and Harvey Beker
Evelyn and George Benjamin
Brian Berger and Jody Locker Berger
Mr. and Mrs. Henry W. Berinstein
Norman and Alice Berkowitz
Mr. and Mrs. Roger Berlind
James S. J. Berray
Susan V. and Elizabeth J. Bershad
John and Darcy Beyer
Robert D. and Angela M. Biggar
Mr. and Mrs. George Blair
William K. Block
Helen Bodian and Roger Alcaly
Arlette B. Bonifaci
Dorothy A. Borg
Mr. and Mrs. Richard S. Braddock
Joe W. Bratcher III and Elzbieta Szoka
Louis Brause
Laurel A. Brien
Mildred C. Brinn
Donna E. Brion
Mrs. Lester E. Brion, Jr.
Sheila Broderick
Charles Bronfman and Rita Mayo
Robert and Nancy Brown
Kenneth and Noreen Buckfire
Amanda Burden and Belle Burden Davis
Mr. and Mrs. Samuel C. Butler
Robert M. Buxton
Prudence E. Carlson
Ann Marie E. Carr
Karl H. Casagrande
Mabel Chan and Thomas Ho
Myrna S. Chao
Joan Chorney
Mirka and Michael Christenson
Mr. and Mrs. Gary Churgin
Suzanne and Richard Clary
Harris Clay
Stephen and Sally Clement
Persis-Jane and Edward Cline
Pierre and Alexia Cohade

Edwin C. Cohen and Victoria Shaw
Doris Coleman
James A. Colica and Katherine M. Hanson
John M. Conklin
Michelle Copeland and Jonathan Halperin
Judith-Ann Corrente and Willem Kooyker
Laura Coruzzi and Robert Schneider
Edmond Cotty
Mrs. Wilbur A. Cowett
Mr. and Mrs. Robert Cummings, Jr.
James and Dorothy Currie
D. Ronald Daniel and Lise Scott
Roy N. Davis
Elizabeth de Cuevas
Mrs. Guy de Gunzburg
Treva and David De Leeuw
Mr. and Mrs. Richard A. Debs
Susan and Michael Delaney
Richard DeMartini and Jennifer Brorsen
Bruce and Gabriele Dempsey
Benjamin and Barbara Denihan
Antoinette Denisof
Dianne DeWitt and Anna Silverman
Mrs. Richard E. Diamond
Donald and Jeanmarie Donahue
Dorothy Boroughs Donovan
John and Cathy Dougherty
Irene Duell and Jonathan des. Mendes
Thea Duell and Peter Cook
John S. and Kathe Dyson
June Dyson
Mr. and Mrs. Kenneth L. Edlow
Martha A. Escobar and Sandor G. Lehoczky
R. Bradford and Barbara Evans
Elizabeth Eveillard
Christopher Eykyn and Nicholas MacLean
Mr. and Mrs. Robert Fagenson
Lisa Maria and Philip Falcone
Tibor and Roxanne Farkas
Elaine Fein and Kathy Bierman
Carol Feinberg
David and Carol Feinberg
Antonio Ferre and Luisa Rangel de Ferre
Hilary and Heather Feshbach
Jeanne Donovan Fisher
Kathleen Fisher
Ellen Flamm

Elisa and A. Alexander Fontanes
Jill Fowler
David H. Fox
Mr. and Mrs. Austin T. Fragomen
Dr. and Mrs. David F. Frankel
Naomi Freedman
Effie and Robert Fribourg
Janet and Stephen Fried
Lawrence and Alice Friedland
Bart Friedman and Wendy Stein
Stephen and Barbara Friedman
Clayton W. Frye, Jr.
Marilyn and David Fuhrmann
Seymour and Phyllis Gartenberg
David and Patricia Gibbons
Rudolph and Judith Giuliani
Henry and Karen Glanternik
Nancy Hart Glanville
Anne and Alain Goldrach
Ellen C. Goldschmidt
Irmi and James Goldschmidt
Michael L. Gordon
Robert Gottesman
Carolyn Gould
Deborah D. Grabfield
Stephen and Cathy Graham
Geoffrey and Sarah Gund
Myron Habib
Dr. and Mrs. Thomas B. Hakes
Kathleen D. Hale
M. Elizabeth Halloran
Vivienne and Adrienne Halpern
Trish and Hannah Kay Hamlin
Renee Harbers-Liddell
Mrs. Gordon A. Hardy
Conrad and Marsha Harper
Mr. and Mrs. Harry W. Havemeyer
Edward C. Hayes
Spencer and C. Marlene Hays
Mary W. Heller
Nina Henderson
Donald and Frances Herdrich
Judith Hershaft-Adler and Roy Adler
Luule N. Hewson
Robert and Mary Higgins
Michael Hiles and Janey Place
Mr. and Mrs. Franklin W. Hobbs IV
Michael and Joan Hoben

Mr. and Mrs. Richard Hokin
Robert and Kit Howard
Dolores Ichniowski and Jamie Boswell
Peter and Katherine Irwin
David and Amy Jaffe
Beverly E. Johnson
Thomas and Marilyn Kahn
Dr. and Mrs. Wallace B. Kalt
Richard and Jonathan Kandel
Bruce and Janet Kaplan
Cathy M. Kaplan
Kathleen G. Kapnick
Leonard Karasyk
Masahiko and Nadine Kasuga
Frances Katz
F. William Kaufmann III and Paulette Kaufmann
Thomas Keene and Laura Kuehn
Richard and Ellen Kelson
Dr. and Mrs. H. J. Khambatta
John R. Kinghan
Mrs. Herbert Klapper
Betty and Jennifer Klein
Suzanne G. Klotz
Winthrop Knowlton and Maxine Groffsky
Margaret and Joseph Koerner
Latifa Kosta
Jana Koubek
Bernard and Helga Kramarsky
Alan and Karen Krause
Geraldine S. Kunstadter
Nanette L. Laitman
Bill and Sheila Lambert
Mr. and Mrs. Samuel W. Lambert
Cynthia and Anthony Lamport
Rosalind and Kenneth Landis
Diana L. Langer
Lawrence W. Leighton
Will and Mary Leland
Donald LeoGrande and Kathy Gaffney LeoGrande
Kurt F. Leopold and Michaela Clary
M. Michael Lerner
Mr. and Mrs. Howard Lester
Dominique Levy
William J. Levy
William and Linda Lewis
A. Michael and Ruth C. Lipper
Enoch and Amy Lipson
Aldis and Malda Liventals
Mr. and Mrs. George T. Lowy
Leslie and Daniel Luciano

Samuel and Gabrielle Lurie
Susan E. Lynch
Ann Macaluso
Edith W. MacGuire
Duncan and Nancy MacMillan
Anne Mai
Elizabeth and Matthew Marks
Charlene and Tom Marsh
Kenneth and Katherine Marshall
Dr. and Mrs. Donald Marszalek
Bonnie Maslin
Marc and Meera Mayer
Stephen McAllister and Nicole Dalvano
Alan McCord and S. J. Weinberg, Jr.
Lawrence McDonald and Anabela Niedda
John C. Meditz
Terence S. Meehan
Samuel Meshberg
Robyn Mewshaw and Ben Indek
Richard and Janis Meyer
Robert Meyerhoff and Rheda Becker
William and Pamela Michaelcheck
Pamela and Michael A. Miles
Harvey and Ruth Miller
Heidi and Brian Miller
Irene R. Miller and Anoush Khoshkish
Sally Minard and Norton Garfinkle
Alan and Joan Mirken
Cynthia and Joseph Mitchell
Berton and Jill Moed
William and Susan Morris
Mr. and Mrs. Charles H. Mott
Jiro and Yoshiye Murase
Kathryn and Victoria Myers
Mr. and Mrs. Andre Nasser
Albert P. Neilson
Jeffrey L. Neuman
Stanley Newman and Brian Rosenthal
Joan Nicolais
Margaret and John O'Brien
Denis and Elizabeth O'Sullivan
Susanne Olin
Dorinda Oliver
Mrs. William J. Oppenheim
Marian E. Papp
Catherine and Richard Paskowski
Mr. and Mrs. John Whitney Payson
Amy and John Peckham
Dara and Mark Perlbinder
Michael Perlis and Colleen M. DeLee
Mrs. Alton E. Peters

Christine E. Petschek
Jane Poole
Mr. and Mrs. Felipe Propper de Callejon
Thomas C. Quick
Jane Randall and Andrea Dorfman
Elizabeth R. Rea
Elizabeth Redleaf
Carol and Joseph Reich
Elizabeth Reiley and Terry W. Hensle
Arthur and Lindsay Reimers
Bart Reiss
Laura Resnikoff and Leslie Townsend
Christa Rice
Michael Ridder and Linda S. Vance
Heidi and Richard Rieger
Lee and Heidi Rigney
Mary Alice and Thomas Roberts
Cye and Amanda Ross
Robert Rothenberg
Stanley A. Rowe
Deborah and Charles Royce
Suzanne and Burton Rubin
Ann and Alfred Ruesch
Mr. and Mrs. William Sacher
Alice Saligman and Klaus Brinkmann
Dr. and Mrs. Carl Saphier
Frederic W. Schaen
Edwin and Maureen Schloss
Roberta Schneiderman
John E. Schuler
John Schumacher and Joseph Rodriguez
Helen O. Schwab
Peter William Schweitzer
Kenneth and Sharon Scott
Stanley and Elizabeth Scott
Mr. and Mrs. William C. Scott
Thomas and Cynthia Sculco
Leigh Seippel and Susan Patterson
Mr. and Mrs. Michael Senter
Christopher Serbagi and David Marcus
Mr. and Mrs. Warren Serenbetz
Rosalind and Jeremy Seysses
Bruce and Carolyn Silberstein
Mr. and Mrs. A. J. C. Smith
George and Angela Smith
Jacqui and Grant Smith
Dr. and Mrs. Peter Som
Mira and Charline Spektor
George Spera and Jane Ginsburg

Carl Stanton and Laura Warner

Susan Steinsapir

James Stengel and Beverly Bartow

Betty and Aaron Stern

William Stewart and Maureen Jannarone

Robert and Jane Stine

Jennifer and Paul Straton

Lynn Straus

Cynthia Stroud and Susan D. Shaw

William Stubing and Ronald Thomas

Melinda and Paul Sullivan

Barbara and Robert Swanson

Pamela and Allen Swerdlick

Pavan Talwar and Holly Doench

Jephtha Tausig-Edwards

William and Karen Tell

David and Barbara Thomas

Angela E. Thompson

John A. Torson

Ronald and Christie Ulrich

Manolo Valdes and Maria Rosa Montalva

Leigh and Cor Van den Heuvel

Suzanne Vega and Paul Mills

Judith Mann Villard

Alberto and Gioietta Vitale

Brigitte Vosse

Paul and Jeanette Wagner

Francine D. Walker and Linda Ferraro

Robin Grace Warren and Susan Richter

Claude Wasserstein

Mrs. Wellington M. Watters

John D. Weeden

Mr. and Mrs. F. T. Wegmann

Dena Weiner and N. Rozenholc

Peter and Laura Weinstein

Karen Wells and Andrew Canning

Mr. and Mrs. Frank P. Wendt

Mr. and Mrs. John P. White

Mr. and Mrs. Byron R. Wien

Joseph A. Wisniewski

Mrs. Keith C. Wold

Keith Wold, Jr. and Jennifer Heller Wold

Gene Woodfin-Costa

William H. Wright II

Mary N. Young

Mark and Barbara Zand

Nancy and William Zeitler

David Stewart Zink and Kim Stewart

Anonymous (5)

## Donors to the Membership Annual Appeal

*Gifts of $1,500 or more*

Hirschel and Elaine Abelson

Viral V. Acharya and Manjiree A. Jog

Ingrid Adamsons

Linda Allard

Daniel Alonso and Powers Peterson

Mr. and Mrs. O. Kelley Anderson

Sheri and Lawrence Babbio

Sandra N. Bane

Mr. and Mrs. John E. Baumgardner, Jr.

Joshua and Ginette Becker

Hans and Margit Beckhoff

Mrs. Phil Belling

Mr. and Mrs. Henry W. Berinstein

Mary Ellen and James Bigham

Mrs. Leonard Block

Pamela Z. Blum

Suzan D. Boyd and M. Edward Sellers

Glenn and Barbara Britt

Katharine Brown

Barbara M. Bryant

Mr. and Mrs. Samuel C. Butler

Molly Byrne

Philippa Calnan

Mary Ann Carey

Audre D. Carlin

Helen Carras

Steven L. Carter

Margaret Burden Childs

Persis-Jane and Edward Cline

Mr. and Mrs. G. Moffett Cochran

Noel and Baukje Cohen

Evelyn and Stephen Colbert

James A. Colica and Katherine M. Hanson

Courtney and Christopher Combe

Helene and Stuyvie Comfort

Mr. and Mrs. Sydney M. Cone III

Edmond Cotty

Benjamin Crane

Mary Cross

A. L. Cummings

Barbara Czapolai-Konig

Thomas W. Darling

Richard and Maryanne Davis

Anne S. Dayton

Robert de Courcy

Anne E. Delaney

Mr. and Mrs. Lyman Delano

Mary M. DeSilva

K. Desor

Mary Di Rico

A. Richard Diebold, Jr.

Andre C. Dimitriadis

Joan and Edward Doherty

Antonia Paepcke Du Brul

Nancy and Brian Duperreault

Agustin and Malu Edwards

Rosalyn and Irwin Engelman

Donna and Richard Esteves

Michael A. Evans and Bruce A. Sawyer

Michael Farber

Robert and Priscilla Ferguson

David and Genevieve Firnhaber

Ruth Fisher

James B. Flaws and Marcia D. Weber

John and Margaret Flynn

Penelope D. Foley

Ronnie Foont

Daria L. Foster

Mr. and Mrs. Stanley Freeny

Renata and Claudio Garcia

Mr. and Mrs. Michael E. Gellert

Rudolph and Judith Giuliani

Peter H. Gleason

Bernd Goeckler

Patricia Gold

Esther L. B. Goldfarb and Cynthia G. Ballester

Elizabeth Gotlieb

Robert and Constance Gottlieb

James and Nicola Grant

Bridget M. Grasso

Frank Guerra

Anton and Eileen Guitano

Alden N. Haffner

Karli Hagedorn and Marcia Forman

Beverly L. Hamilton

Collier Hands

Lady Harlech and Johan Engels

J. Beverly Harvie

Daniel M. Healy

Adrea D. Heebe

Denise and Lewis Henkind

Robert M. Hernandez

Marlene Hess and James D. Zirin

James Hixon

Theodora Hooton

Larry D. Horner and Donna Dillon Manning

Mrs. Philip Hulitar

R. K. Hutson

Brendan and Jean Hynes

Martha R. Ingram

James Issler and Heather Jeltes

Gloria Jarecki

Mr. and Mrs. Charles B. Johnson

Keith and Nancy Johnson

Anita A. Kahn

Reiko Kawai

Suzanne and Maggie Kayne

Mr. and Mrs. Garrett Kirk

Mrs. Herbert Klapper

Diana and Anton Kleiner

Andrea Klepetar-Fallek

Mr. and Mrs. Samuel W. Lambert

Dr. and Mrs. Joseph M. Lane

Stephen Lanzarotti

June N. Larkin

Mr. and Mrs. Alexander M. Laughlin

Isabelle R. Leeds

Alexandra Leighton

Lilian Leong and Peter Eng

Mr. and Mrs. Howard Lester

Anne R. and George J. Lichtblau

Duke R. and Linda Ligon

Chien-Cho Liu

Fotini Livanos

Terry and H. Eugene Lockhart

John and Patricia Lummis

Matthew and Susan Lyons

Rowayne D. Maguire

Margaret R. Mainwaring

Paul E. Manville and Frank Guzzetta

Peter and Jane Marino

Ethel Kennedy Marran

Jacqueline B. Mars

John A. and Barbara P. Mayer

Ruth McMorrow

John C. Meditz

Peter L. Meltzer

Mary Melvin

Jennifer L. Mercer

Sarah H. Montgomery

Donald R. Mullen, Jr.

Carol Ann Nelson

Carol Netzer

Eileen D. Newman

Nancy M. Nichols

R. Douglas Norby and S. Anderson-Norby

Patrick and Cynthia Odier

Dorinda Oliver

Susan A. Ollila

Susan Packie

R. M. Perlmutter and Joan K. Kreiss

Sally Gerber Phinny

Carole Pittelman

Clifford Postighone

John S. Potter, Jr.

Mae M. Pouget

John S. Price

Victoria P. Reed

Rosalind Resnick

Josephine Reszel

Mary McKenna Ridge

Francesco Rippa and Stefania Lamberti

Mr. and Mrs. Philip W. Riskin

Peter Rogen

Andrew H. Rosenthal

Elizabeth E. Roth

Mr. and Mrs. John J. Ryan III

Arnold Saks

Santiago N. Sallaberry

Anthony Salvaggio

Elizabeth and Laurence Schiffenaus

David Schlapbach

Roberta Schneiderman

Diane and John Sculley

Florence L. Seligman

Jane and David Shapiro

Gloria Wells Sidnam

J. L. H. Simonds

Per and Helena Skarstedt

John and Margaret Skenyon

Randell Smith

Theodore B. Smith, Jr.

Mrs. Peter Solbert

Shirley M. Sontheimer

Carol C. Spera

Eugene Stark

Robert and Christine Stiller

Peter and Jane Strasser

Elliot Sussman and Nancy Cromer

Dennis and Katharine Swanson

Stephen and Stephanie Tan

Susan Taylor

Heinz Thiele

James Tighe and Barbara Rentler

Bettye H. Turitto

Julie and James Tynion

Masahiro Uemura

Carlos and Linda Lee Urmacher

Henk J. van den Berg

Dr. and Mrs. Anthony R. Volpe

Nicholas Fox Weber

Candace King Weir

Christine Weir

Jeffrey and Felecia Weiss

Roberto Jorge Wellisch and Ionemilagros de Wellisch

Lucille Werlinich

Wheelock Whitney III

Mr. and Mrs. Leonard Wilf

Jane H. Winter Walker and Douglas Walker

Stephen M. Wood and Louise D. Spencer

Helen M. Wright

Karen A. Wright

Mercedes Zobel

Anonymous (1)

109

# Contributors to the Museum

## Corporate Patrons

ABRAMS
Accenture
AIG
American Express
Amore Pacific US, Inc.
Aon Corporation
Armani Exchange
AXA Foundation
Bank of America
Bank Leumi USA
Barclays
Baron Capital
Bauerschmidt & Sons, Inc.
Benjamin Moore & Co.
Beyer Blinder Belle
  Architects & Planners,
  LLP
Bloomberg
The Bloomingdale's Fund
  of the Macy's
  Foundation
BNY Mellon
Bravia Capital
Canon U.S.A., Inc.
Central Parking System
The Charmer Sunbelt
  Group
Cheim & Read
Citi
Citi Foundation
Colgate-Palmolive
Con Edison
Condé Nast
Consulado General de
  Argentina en Nueva York
Corning Incorporated
  Foundation
Credit Agricole Corporate
  and Investment Bank
Credit Suisse
The Dalton School
The Charles A. Dana
  Foundation
DDV and C Group
Deutsche Bank
The Echo Foundation
Eni
The Estée Lauder
  Companies Inc.
Exis Capital Management,
  Inc.
First Eagle Investment
  Management, LLC
First Manhattan Co.
Forest Laboratories, Inc.
Goldman, Sachs & Co.
Google, Inc.
The Guardian Life
  Insurance Company of
  America
Gucci, Inc.
Hearst Corporation
Hitachi America, Ltd.

IBM
ING
ITOCHU International Inc.
Johnson & Johnson
JPMorgan Chase & Co.
KPMG LLP
L'Oréal USA
Loews Hotels
M Events USA Inc.
Macy's
Madeline Weinrib Atelier
Madison Performance
  Group
Madison Square Garden
  Entertainment
Marubeni America
  Corporation
Masterpiece International,
  Ltd.
The McGraw-Hill
  Companies
Metalmark Capital
Mitsubishi Heavy
  Industries America, Inc.
Mitsubishi International
  Corporation
The Mitsui USA Foundation
Mizuho Corporate Bank
  (USA)
Moody's Corporation
Morgan Stanley
NARS Cosmetics
The New York Times
  Company
Nippon Steel & Sumitomo
  Metal U.S.A., Inc.
Nomura Asset Management
  U.S.A. Inc.
Nomura Holding
  America, Inc.
Nordeman Grimm, Inc.
The Norinchukin
  Foundation
Novartis
NYSE Euronext
Ogilvy & Mather
P.J. Mechanical Corporation
Paul Stuart
Paulson & Co., Inc.
Pfizer Inc
Posco America
PricewaterhouseCoopers
  LLP
Ralph Lauren
Random House, Inc.
Reader's Digest Association
Restaurant Associates
Roche
The Rockefeller University
Rolex Watch U.S.A., Inc.
Rothschild
S.S. Steiner, Inc.
Salvatore Ferragamo
The Fan Fox & Leslie R.
  Samuels Foundation

The Segal Company
747 Capital
Societe Generale Corporate
  & Investment Banking
Sojitz Corporation of
  America
Sony Corporation of
  America
Sotheby's
The Spence School
SRA America, Inc.
Stop & Stor Charitable
  Fund
Sumitomo Corporation of
  America
Tiffany & Co.
Time Warner Inc.
Timothy Sammons Fine
  Art Agents
Toshiba America, Inc.
Tower Group Companies
Toyota
The Travelers Companies,
  Inc.
UBS
United Technologies
  Corporation
Vestar Capital Partners
W.P. Carey & Co.
The Walt Disney Company
Wells Fargo
White & Case
Wildenstein & Co., Inc.
Ziff Brothers Investments
Anonymous (1)

## Exhibition Sponsors, In-Kind Contributors, and Other Organizations

ABS Partners Real Estate,
  LLC
Accenture
Adobe
Advance Publications, Inc.
Aeffe S.P.A.
AKRF, Inc.
Alliant Insurance Services,
  Inc.
Amazon
American International
  Group
Aon Risk Solutions
Aquiline Holdings LLC
ARC Excess & Surplus,
  LLC
AREA Property Partners
Argo Group
Asian Women in Business
ASM Mechanical Systems
  Associated Partners, LP
ATCO Properties &
  Management Inc.

Atlantic Hoisting &
  Scaffolding
Autism Speaks
Balenciaga
Bank of America
Bank of America Merrill
  Lynch
Barclays
Barney's Inc.
Karen H. Bechtel
Renée Belfer
Belkin Burden Wenig &
  Goldman, LLP
Benenson Capital Partners,
  LLC
The David Berg
  Foundation
Beyer Blinder Belle
  Architects & Planners
  LLP
Bingham McCutchen LLP
BlackRock
Blank Rome LLP
Bloomberg
BNY Mellon
Bollinger Insurance
Bonhams
Diane Carol Brandt
Brause Realty Inc.
The Brodsky
  Organization
Bronx-Lebanon Hospital
  Center
Bryan Cave LLP
Bulgari
Burberry Limited
Campbell Soup Company
Capital One Bank
Cardoza Plumbing Corp.
Carolina Herrera
E. Rhodes and Leona B.
  Carpenter Foundation
Cartier
CBRE
CBS Corporation
Céline
Chanel, Inc.
The Chapman Family
  Charitable Trust
Chilton Investment
  Company
Christian Dior Couture
Christie's
Citco Corporate
  Services, Inc.
Citi
City Safety Compliance
  Corp.
Clarins Group USA, Inc.
Coach
The Coby Foundation, Ltd.
Cogswell Realty Group
CohnReznick LLP
Con Edison
Condé Nast Publications

Continuum Health
  Partners
Cord Contracting
Coty Inc.
Cox Padmore Skolnik &
  Shakarchy, LLP
Creative Artists Agency
Cross Country
  Construction LLC
Cushman & Wakefield
The Dalton School
Debevoise & Plimpton
  LLP
Del Savio Construction
Deloitte LLP
Derek Lam International,
  LLC
Deutsche Asset & Wealth
  Management
Diane Von Furstenberg
  Studio, L.P.
Digby Management
  Company, L.L.C.
Dolce & Gabbana USA,
  Inc.
The Donald Zucker
  Company
The Donaldson
  Organization
Donna Karan Company
Dries Van Noten
Dualstar Entertainment
  Group
The Durst Organization
Eastdil Secured
Embassy of the Arab
  Republic of Egypt—
  Cultural & Educational
  Bureau
Embassy of Italy
Emilio Pucci SRL
Emmett, Marvin &
  Martin, LLP
Eni
Enterprise Architectural
  Sales, Inc.
Ernst & Young
Escada
The Estée Lauder
  Companies Inc.
Exis Capital Management,
  Inc.
Patricia and Alexander
  Farman-Farmaian
Farrow & Ball
Fashion Concepts, Inc.
Fast Retailing USA, Inc.
The Favrot Fund
Feminists for Free
  Expression Inc.
Fidelity Investments
Fisher Brothers
Five Star Electric Corp.
FLAG Capital
  Management

Fluidity Design Consultants
Forest City Ratner Companies
Francis Cauffman, Inc.
Fried, Frank, Harris, Shriver & Jacobson LLP
Gateway Electric Group LLC
Giambattista Valli SARL
Gianni Versace S.P.A.
Givenchy S.A.
Glenwood Management Corp.
Lillian Goldman Charitable Trust
Gorton & Partners, LLC
Graham Windham
Greenberg Traurig, LLP
Grid Properties Inc.
Guardian Life Insurance Company of America
H+L Electric, Inc.
Harry Winston, Inc.
Harvard Business School Club of Greater NY, Inc.
Hearst Corporation
Himmel + Meringoff Properties
The Hite Foundation
The Mr. & Mrs. Raymond J. Horowitz Foundation for the Arts
Hughes Hubbard & Reed LLP
Imperial Parking Systems Inc.
Infor
Institute for Bioarchaeology
Interpublic Group
Intervest Construction, Inc.
Island Acoustics
Rosamond Ivey
J. Crew
J. Mendel, LLC
Jack Resnick & Sons, Inc.
Mary and Michael Jaharis
JCC Construction Corp.
JDP Mechanical, Inc.
JetBlue Airways
Jim Thompson America, Inc.
Jones Lang LaSalle
JPMorgan Chase
Kenbar Management LLC
Kenzo Paris
Kevin Roche John Dinkeloo and Associates LLC
The Hagop Kevorkian Fund
Kids Dental Village P.C.
Kings County Waterproofing Corp.
Knight Electrical Services Corp.
Kohler Ronan, LLC
Kohn Pedersen Fox Associates

Mariam and Shervin Korangy
KPMG LLP
Kramer Levin Naftalis & Frankel LLP
KRE Group
Laird and Partners
Lane Crawford (Hong Kong) Ltd
The Ronald and Jo Carole Lauder Foundation
Levien & Company, Inc.
The Philip and Janice Levin Foundation
Loews Hotels
Eugenio Lopez
Lord & Taylor
Louis Vuitton
Henry Luce Foundation
M&T Bank
Macy's and Bloomingdale's
Marc Jacobs International LLC
Marchesa Holdings LLC
Margolin, Winer & Evens LLP
Nancy and Howard Marks
Massey Knakal Realty Services
Mastercraft Masonry Incorporated
Pierre and Tana Matisse Foundation
Maverick Capital Charities
MetLife, Inc.
Michael Kors, Inc.
Moda Operandi
The Moinian Group
Monique Lhuillier, Inc.
Morgan Stanley
National Endowment for the Arts
National Science Foundation
The Neiman Marcus Group
NET-A-PORTER Group Ltd
New York Equity LLC
New York State Council on the Arts
New York State Education Department
New York State Library
The New York Times Company
New York University
Newmark Grubb Knight Frank
Nicholson & Galloway, Inc.
Nina Ricci SARL
Ogilvy + Mather
Oldcastle, Inc.
OLIN
The Par Group
Parkview Plumbing Incorporated
Party Rental Ltd.
Pat McGrath LTD

PB Capital
PCW Management Center
Polo Ralph Lauren
Cynthia Hazen Polsky and Leon B. Polsky
Port Morris Tile & Marble Corporation
PPR Americas Inc.
Prada
PricewaterhouseCoopers LLP
Prince Carpentry, Inc.
Proenza Schouler LLC
Quinlan Development Group
Quinque Foundation
Rachel Roy
Rael Automatic Sprinkler Co., Inc.
Rag & Bone
RCDolner LLC
Real Estate Board of New York
Related Companies
Repossi Diffusion
Rizzoli International Publications
RLM Finsbury
Roberts & Holland LLP
Rose Associates, Inc.
Ruben Companies
Rubenstein Associates, Inc.
Rubenstein Communications, Inc.
The Rudin Foundation, Inc.
Sage Realty Corporation
Samsung Cheil Industries
The Peter Jay Sharp Foundation
Sidney Fetner Associates
Silverstein Properties, Inc.
Skadden, Arps, Slate, Meagher & Flom LLP
Skidmore, Owings & Merrill LLP
SLCE Architects, LLP
Squire Sanders
Stella McCartney America, Inc.
La Strada General Contracting Corp.
Strauss Painting
Stribling & Associates, Ltd.
Sullivan & Cromwell LLP
SunGard
Taconic Investment Partners LLC
Terra Foundation for American Art
Thakoon LLC
Tiffany & Co.
Tishman Construction an AECOM Company
Tishman Speyer
Tod's Group
Tom Ford International LLC
Tory Burch, LLC
Shannon and Paul Touradji
TR Apparel, LLC

The Travelers Companies, Inc.
Turner Construction Company
UBS
Ungelt Partners
V Beaute LLC
V.A.L. Floors, Inc.
Vacheron Constantin
Valentino Fashion Group
Valley National Bank
Vera Wang
Viacom
Vornado Realty Trust
Wells Fargo Multifamily Capital
Wells Fargo Private Bank
Wilk Auslander LLP
Willis
Willkie Farr & Gallagher LLP
Wiss, Janney, Elstner Associates, Inc.
WL Ross & Co. LLC
Woodworks Construction Co., Inc.
The World Wide Group
Yellowbook
Anonymous (5)

## Foundations and Trusts

*Gifts of $1,500 or more*
Louis & Anne Abrons Foundation, Inc.
The Aeroflex Foundation
Alcoa Foundation
Altman Foundation
American Institute of Iranian Studies
American Research Center in Egypt
The Anonimo Foundation
The Aristotle Foundation
The Atlantic Philanthropies
The Augustine Foundation
The Bahl Foundation
The Cornelia T. Bailey Foundation
The Alec Baldwin Foundation, Inc.
The Theodore H. Barth Foundation, Inc.
The Howard Bayne Fund
Beal Family Foundation
Beck Foundation
The Bell Family Foundation
Bernheim Foundation Inc.
Judith L. Biggs Fund
Blackstone Charitable Foundation
Charles Bloom Foundation
Bloomberg Philanthropies
The Bodman Foundation
The William C. Bullitt Foundation
Burch Family Foundation

The Burton Foundation
The Cheswatyr Foundation
Louis & Virginia Clemente Foundation, Inc.
Karen B. Cohen Foundation, Inc.
The Maurice J. Cotter and Muriel J. Sheahan Charitable Foundation Trust
The Grace K. Culbertson Charitable Trust
Peter D. and Julie Fisher Cummings Family Foundation
Filomen M. D'Agostino Foundation
Deeds Foundation
The Dillon Fund
Douglass Foundation
William C. Dowling Foundation
The Ducommun and Gross Family Foundation
The E&SS Foundation
E. H. A. Foundation, Inc.
Elephant Rock Foundation, Inc.
The Enoch Foundation
Epstein Teicher Philanthropies
Exploring The Arts, Inc.
Sherman Fairchild Foundation, Inc.
Robert & Bobbie Falk Philanthropic Fund
Hossein & Dalia Fateh Fund
Feil Family Foundation
Marjorie M. Fisher Fund
Folk Art International Resource For Education
The Ford Family Foundation
The Frelinghuysen Foundation
The Fried Foundation
Edwin F. Gamble Charitable Lead Trust
The David Geffen Foundation
Ann and Gordon Getty Foundation
The Alice Giffuni Foundation Inc.
Samuel Goldberg & Sons Foundation
Stanley F. Goldfein Foundation
Herman Goldman Foundation
The Goodman Memorial Foundation
The Gordon Fund
The Florence Gould Foundation
Gouray Fund
Graduate Center Foundation, Inc.
Great Circle Foundation
The Grodzins Fund

The HAP Foundation
Mary W. Harriman Foundation
Patricia and Rodes Hart Foundation
Thomas E. Harvey and Cathleen P. Black Fund
Merrill G. and Emita E. Hastings Foundation
William Randolph Hearst Foundation
Lenore Hecht Foundation
The Annette Heyman Foundation
The Rita and Alex Hillman Foundation
William Talbott Hillman Foundation
Richard H. Holzer Memorial Foundation
The Christian Humann Foundation
The Isaacson-Draper Foundation
The J.M. Foundation
Carl Jacobs Foundation
Jana Foundation, Inc.
The JKW Foundation
Jephson Educational Trusts
Joan and Myron Kahn Charitable Gift Fund
The Kaplen Foundation
The Katzenberger Foundation, Inc.
The Julia Irene Kauffman Donor Advised Fund
Muriel McBrien Kauffman Foundation
Kawasaki Good Times Foundation
William H. Kearns Foundation
Anna-Maria and Stephen Kellen Foundation
The Hagop Kevorkian Fund
The Walter C. Klein Foundation
Vehbi Koç Foundation
Korea Foundation
The Robert and Myra Kraft Family Foundation
Marie-Josée & Henry Kravis Foundation
Samuel H. Kress Foundation
John E. and Elizabeth Kurtz Charitable Foundation
Robert E. and Elizabeth A. La Blanc Foundation
Michael D. And Barbara L. Landreth Fund
The Ira N. & Lillian Langsan Philanthropic Fund
The Lebensfeld Foundation
Robert Lehman Foundation, Inc.
Dorothea Leonhardt Fund

The A. L. Levine Family Foundation, Inc.
Leon Levy Foundation
The Lipton Foundation
Ruth Lapham Lloyd Trust
The Margaret and Daniel Loeb - Third Point Foundation
The Henry F. McCamish, Jr. Charitable Fund
The Andrew W. Mellon Foundation
MetLife Foundation
The Miller Foundation
Leo Model Foundation, Inc.
The Ambrose Monell Foundation
Henry and Lucy Moses Fund, Inc.
The Alexandra Munroe Fund
The Marla C. Muns Family Philanthropic Fund
Neiman Marcus Charitable Fund
New York Yankees Foundation
Samuel I. Newhouse Foundation, Inc.
The News Corporation Foundation
Stavros Niarchos Foundation
Oceanic Heritage Foundation
Olayan Charitable Trust
Palm Foundation
James Parker Charitable Foundation
Parnassus Foundation
Donald A. Pels Charitable Trust
The Persepolis Foundation
Peters Family Art Foundation
Phillipps-Murray Foundation
Max and Helen Philippson Foundation
The John and Anna Maria Phillips Foundation
Phillips-Van Heusen Foundation, Inc.
Point Gammon Foundation
The Prospect Hill Foundation
Quarry Hill Foundation
John S. & Cynthia Reed Foundation
Renaissance Charitable Foundation Inc.
The Karl F. Reuling Fund
Allene Reuss Memorial Trust
The Rice Family Foundation
Rockefeller Philanthropy Advisors
The Billy Rose Foundation, Inc.

Edward John and Patricia Rosenwald Foundation
The Alfred and Jane Ross Foundation
Hazel Roy Trust
The Rudin Foundation, Inc.
May and Samuel Rudin Family Foundation, Inc.
The Jack & Anita Saltz Fund
The Morris and Alma Schapiro Fund
Helen Schlaffer Foundation
Adolph & Ruth Schnurmacher Foundation, Inc.
Schwab Charitable Fund
Carol O. Selle Trust
Alexander Shashaty Charitable Lead Trust
Murray G. and Beatrice H. Sherman Charitable Trust
Susan Stein Shiva Foundation
The Sidney, Milton and Leoma Simon Foundation
Joseph and Sylvia Slifka Foundation
Solow Art & Architecture Foundation
Abraham and Beverly Sommer Foundation
The J. Stein Foundation Trust
Garrick C. Stephenson Family Fund
Martha Washington Straus- Harry H. Straus Foundation
The Dorothy Strelsin Foundation, Inc.
Myron M. Studner Foundation, Inc.
The Sulzberger Foundation
Marian Heiskell Giving Fund
The Thomas and Beatrice Taplin Fund
Terra Foundation for American Art
Thanksgiving Foundation
Thendara Foundation
Pamela Thomas-Graham and Lawrence Graham Charitable Trust
Tilia Foundation
Barbara and Donald Tober Foundation
The Tomoko Trust
Michael Tuch Foundation, Inc.
Turrell Fund
Cy Twombly Foundation
U.S. Bancorp Foundation
U.S. - China Cultural Institute
The Elizabeth Reuter Usher Fund of the Lutheran Community Foundation

R. T. Vanderbilt Trust
The Vidda Foundation
Vornado Realty Trust
Wallace Special Projects Fund
The Watkins Family Trust
The Isak and Rose Weinman Foundation, Inc.
Wells Fargo Foundation
Patricia Wengraf, Ltd.
Nina W. Werblow Charitable Trust
Malcolm Hewitt Wiener Foundation
Catherine R. Williams Family Fund
The H. W. Wilson Foundation
The Winston Foundation, Inc.
Wolfensohn Family Foundation
Ann Eden Woodward Foundation
Wunsch Americana Foundation
Zankel Charitable Lead Trust
The William K. Zinke Family Fund
Anonymous (11)

## Bequest and Estate Gifts

Stuart and Jesse Abelson Foundation Trust
Hugh L. Adams Charitable Trust
Estate of Brooke Russell Astor
Estate of Isabel Bedrosian
Estate of Jack Bergstein
Estate of Andrea Bollt
Estate of Charles E. Brewster
Estate of Aurelia Clifton Brown
Estate of Thais Cohrone
Vineta and Robert Colby
Estate of Vicente De La Reguera
Estate of Elaine A. Evans
Alice Shaw Farber Trust
Estate of Linda J. F. Frankel
Estate of Oscar H. Friedman
Estate of Sheila Gurland
Estate of Janet M. Johansen
Estate of Eleanor M. Johnson
Estate of Ronald S. Kane
Charles S. Keene Trust
Estate of Gertrude Lanzner
Estate of Cynthia Leary
Estate of Daniel F. Lieberman

Estate of Samuel H. Lindenmann
Estate of Cora Marks
J. Clawson Mills Charitable Trust
Josephine L. Murray Trust
Francis Neilson Trust
Estate of Norma K. Perdue
The Charles E. Sampson Trust
Helen K. Schwartz Trust
Leland Shafer Trust
Joan Sianta Estate Trust
Estate of Judith E. Siegel-Baum
Estate of Leona Sobel
Estate of Priscilla Stafford
Estate of Harold E. Stein
Estate of Ruth C. Stern
Estate of Arthur Ochs Sulzberger
Estate of Mrs. Lawrence Copley Thaw
Estate of Annette E. Trefzer
Estate of Ella Upsher

## Donors of Gifts of Works of Art

Irene Roosevelt Aitken
Carolyn Alexander and Ted Bonin
Hanna D. Altman
Amis de Clementine (Paris)
Dale and Doug Anderson
Austen-Stokes Ancient Americas Foundation
AXA Equitable Life Insurance Company
The Baber Family
Joseph Baillio
John Baldessari
Mark Baron and Elise Bosianté
Robert and Renée Belfer
Jane and Raphael Bernstein
Helena Bienstock
Mrs. William McCormick Blair, Jr.
Carla Boehringer
Frances F. Bowes
David Bronstein
Christine Burgin
Calvin Klein, Inc.
Mrs. B. Gerald Cantor
Eric G. Carlson
Maureen Cassidy-Geiger, James and Elizabeth Geiger
CHANEL
Robert T. Coffland
Peter J. Cohen
Steven and Alexandra Cohen
Estate of Armida B. Colt
Joel Confino and Lisa Alter
Credit Suisse Securities
Lynda Cunningham
Sylvia de Cuevas

Dr. Layla S. Diba
Lydia (Kolodzie) Dolch
Rosine Lambiotte Donhauser
Anne Doris
Drucker Antiques
Catherine Meacham Durgin
Robert A. Ellison, Jr.
John and Fausta Eskenazi
Sue K. and Stuart P. Feld
Helen Costantino Fioratti
T. Richard Fishbein and Estelle P. Bender Collection
Muffy Flouret
Jacqueline Loewe Fowler
David Harvey Fox
Marilyn F. Friedman
Rhoda Galembo
Johanna and Leslie Garfield
Eric Gillis
Carol B. Grossman
Solomon Grossman
Deirdre Hawken
George Hecksher
Robert and Donna Spina Helmholz
Judith F. Hernstadt
Melinda B. Hildebrand
Marc Holzer
Stuart Holzer
Maisie Houghton
Chen Hui
Sharon and Richard Hurowitz
Gilbert Ireland
Mr. and Mrs. Yukikazu Iwasa
Mary Jaharis
Alexander B. V. Johnson and Roberta J. M. Olson
Frank E. Johnson
Katrin Bellinger Kunsthandel
Nicholas and Julia Kilmer
Kenneth Jay Lane
Thomas H. Lee and Ann Tenenbaum Lee
Martin and Roberta Lerner
Bequest of William S. Lieberman
Doron and Marianne Livnat
Asbjorn R. Lunde
Cynthia MacKay
Sylvia Mangold
Pierre and Tana Matisse Foundation
Joan Anne Maxham
Paul McMahon
Meryl and Robert Meltzer
Joyce Frank Menschel
Lizanne Merrill
Damon Mezzacappa
Steve Miller
David T. Mininberg and Anne W. Mininberg
Joan B. Mirviss
John and Christina Monteleone

Jamie Mulherron
N.V. Van Noten Andries
Peter and Susan Naiman
Patricia Pastor and Barry Friedman
Esther Pasztory
Cynthia Hazen Polsky
The Print Club of New York
Private Collection
Joseph G. Reinis
Joan B. Robbins
James Robinson
Mr. and Mrs. H. Kelley Rollings
Daniel and Joanna S. Rose
The Rosenblum Family
Rosenblum Family Collection
Derald H. Ruttenberg Foundation
Dr. Stephen K. and Janie Woo Scher
Dr. and Mrs. Michael Schlossberg
Bonnie and Manuel Schonhorn
Susan Schulman
Barbara and Eugene Schwartz
Estate of Esther and Samuel Schwartz
Sean Scully
Estate of Martin E. Segal
Neil Selkirk
Estate of Maurice Sendak
Sarah B. Sherrill
Minori Shironishi
Trevor Simon
Jonathan M. Singer
Lois and Arthur Stainman
Ruth Stanton
Rosalind Steiner
Louis Stettner
Julien Stock and Gloria Gallucci
John and Marisol Stokes
John Summerfield
Oscar L. Tang
Eugene V. Thaw
Calvin Tomkins and Dodie Kazanjian
Jõao Tovar
Penelope Tree
Richard Upton Foundation
Patricia Volk
Mr. and Mrs. L. von Hoffmann
Margo Grant Walsh Collection
Stewart Waltzer
Dongling Wang
Sondra and Harold Wegweiser
Thomas G. B. Wheelock
Wheelock Whitney III
Faith-dorian and Martin Wright Family
Jayne Wrightsman
John Yang Archive

Estate of David N. Yerkes
Eric Zafran
Zimmerman Family Collection
Roy J. Zuckerberg
Anonymous (5)

## Donors of Funds for Acquisition of Works of Art

*Gifts of $1,500 or more*
A G Foundation
Hicham Aboutaam
Hugh L. Adams Trust
Frances Beatty Adler and Allen Adler
Irene Roosevelt Aitken
Patricia Altschul
Vijay K. Anand, M.D. and Nanda Anand
Elinor Appleby
Eugene and Carol Atkinson Family Foundation
Diana Barrett and Robert Vila
Mercedes T. Bass
Mr. and Mrs. Frederick W. Beinecke
Robert and Renée Belfer
Jean A. Bonna
Mr. and Mrs. Alexander T. Brodsky
Daniel and Estrellita Brodsky
Katherine A. Brodsky
Sally and Thatcher Brown
Ambassador and Mrs. W. L. Lyons Brown
Alexander Chatfield Burns
Jane C. Carroll
Avna Cassinelli
The Honorable Anne Cox Chambers
Cheim & Read LLC
Mr. and Mrs. Richard L. Chilton, Jr.
Austin B. Chinn
David Chou
Christie's
Dr. and Mrs. Sidney G. Clyman
Joseph and Barbara Cohen
Marian and James H. Cohen
Steven and Alexandra Cohen
The Ellen and Gary Davis Foundation
Thompson Dean Family Foundation
Hester Diamond
Barbaralee Diamonstein-Spielvogel
Gail and Ira Drukier
Elizabeth W. Easton and Thomas W. Easton

George Economou
Arthur H. Elkind, M.D.
Estate of Elaine P. Evans
Fairfield County Community Foundation—Donor Advised Fund
Robert & Bobbie Falk Philanthropic Fund
Cynthia and Nelson Farris
Mark Fisch and Rachel Davidson
Mrs. Donald G. Fisher
Celine and Shannon Fitzgerald
Arthur and Susan Fleischer
Mrs. Lawrence A. Fleischman
Barbara and Howard Fox
Marina Kellen French Foundation
Muni Fry
Edward J. Gallagher, Jr. Foundation, Inc.
Stephen A. Geiger
Mr. and Mrs. S. Parker Gilbert
Mr. and Mrs. Robert G. Goelet
Arnold and Arlene Goldstein
William B. Goldstein, M.D.
Gould Family Foundation
Mr. and Mrs. Jeffrey W. Greenberg
Mr. and Mrs. Martin D. Gruss
Gulton Foundation, Inc.
Drue Heinz Trust
Mr. and Mrs. J. Tomilson Hill
Howard Horowitz
Sharon and Richard Hurowitz
The Isaacson-Draper Foundation
Samuel D. Isaly
Mary and Michael Jaharis
The JCT Foundation
Robert D. Joffe
Charles B. and Ann L. Johnson
Muriel McBrien Kauffman Foundation
Anna-Maria and Stephen Kellen Foundation
Younghee Kim-Wait
David H. Koch
Alan W. Kornberg
Samuel H. Kress Foundation
Kurtz Family Foundation, Inc.
Emily Fisher Landau
Jon and Barbara Landau
Thomas H. Lee and Ann Tenenbaum Lee
Alexandra Lebenthal
Philip and Edith Leonian Foundation

The B. D. G. Leviton Foundation
Leon Levy Foundation
Adam M. Lindemann and Amalia Dayan
Samuel H. and Linda M. Lindenbaum
Delaney H. and Walter B. Lindenbaum
Mr. and Mrs. Robert I. MacDonald
Harry and Linda Macklowe
Philip and Jennifer Maritz
Sylvia and Leonard Marx, Jr.
Joseph F. McCrindle Foundation
Joyce Frank Menschel
Dean Metropoulos
Marlene Nathan Meyerson Family Foundation
Mr. and Mrs. Richard A. Miller
Mr. and Mrs. John A. Moran
Mr. and Mrs. George B. Munroe
Eliot C. and Wilson Nolen
Alice H. and Halsey M. North
Janice C. Oresman
Hideyuki Osawa
Mr. and Mrs. Jeffrey M. Peek
Point Gammon Foundation
Cynthia H. Polsky
Mr. and Mrs. Charles Price
The Prospect Hill Foundation
Mr. and Mrs. Oscar de la Renta
Jennifer Saul Rich
Frank E. Richardson
Jeanne Robertson
Theodore O. Rogers
Daniel Romualdez
Mrs. Alexandre Rosenberg
Mr. and Mrs. E. John Rosenwald, Jr.
Holly and David Ross
Laura G. and James J. Ross
Sir Paul Ruddock and Lady Ruddock
William Ruprecht
The Rust Family Foundation
Bonnie J. Sacerdote
Mortimer D. A. Sackler and Jacqueline Sackler
Noelle M. Salzano
Alejandro Santo Domingo
Mrs. Julio Mario Santo Domingo
Mr. and Mrs. Andrew M. Saul
Harvey Sawikin and Andrea Krantz
Taya and Tari Sawiris
Maria-Christina Sayn-Wittgenstein Nottebohm
The Schiff Foundation

Mr. and Mrs. David T. Schiff
Schonberger Family Foundation
Susan Schulman
Frederick Schultz and Carole Aoki
Dorothy Schwartz
Mr. and Mrs. Stanley S. Shuman
Dr. Robert B. Simon
Joseph and Sylvia Slifka Foundation
Kathleen M. Sloane
Judith Sommer
Jeffrey B. Soref
Sotheby's
Carolyn Specht
Judy and Michael Steinhardt
Drs. James J. and Gladys Witt Strain
David E. Stutzman and John D. Lamb
Arlie Sulka
Oscar L. Tang
Aso O. Tavitian
The Three Little Pigs Foundation, Inc.
Mr. and Mrs. Aaron M Tighe
The Alice M. & Thomas J. Tisch Foundation
Mr. and Mrs. David M. Tobey
Pierre J. de Vegh
Marica and Jan Vilcek
Vital Projects Fund, Inc.
John and Barbara Vogelstein
Mary J. Wallach
The Miriam and Ira D. Wallach Foundation
Anthony W. and Lulu C. Wang
Jane P. Watkins
Charlotte C. Weber
Lenore Weber
Marie-Hélène Weill
Sue Ann Weinberg
Liana Weindling
Allan Weissglass
Mr. and Mrs. Guy Wildenstein
The Wilf Family Foundation
Gary and Sarah Wolkowitz
Jayne Wrightsman
Nicholas Zoullas
Mortimer B. Zuckerman
Laura Zukerman
Mr. and Mrs. Morris E. Zukerman
Anonymous (8)

## Individuals

*Gifts of $1,500 or more*
Mona Aboelnaga
S. Daniel Abraham

Gloria M. Abrams
Lawrence and Ronnie Ackman
Saman and Annette Adamiyatt
Tania and Anilesh Ahuja
Dr. Lisa Airan
Irene Roosevelt Aitken
Frederick H. S. and Annelyse Allen
Linda and Earle Altman
Cyrus Amir-Mokri
John D. Amsterdam
Mr. and Mrs. John M. Angelo
Maryam Panahy Ansary
Helen and Robert Appel
Elinor Appleby
Adrienne Arsht
Roya and Farshid Asl
Cliff and Laurel Asness
Charles N. Atkins
Mr. and Mrs. Ronald R. Atkins
Brian Atwood
Janette and Armen A. Avanessians
Shahnaz Bagherzadeh
Andrei Banu
Mercedes T. Bass
Robert M. and Anne T. Bass
Candace K. and Frederick Beinecke II
Elizabeth G. Beinecke
Robert and Renée Belfer
Fabiola Beracasa and Jason Beckman
Jeffrey L. Berenson
Josephine L. Berger-Nadler
Olivier and Desiree Berggruen
Judy and Howard Berkowitz
Max N. Berry
Maria-Christina and John Bilimatsis
Mrs. George P. Bissell, Jr.
Debra and Leon Black
Mrs. William McCormick Blair, Jr.
Kim and Peter Block
Arya Bolurfrushan
James and Linda Brandi
Diane Carol Brandt
Daniel and Estrellita Brodsky
Elizabeth A. R. and Ralph S. Brown, Jr.
Ambassador and Mrs. W. L. Lyons Brown
Mr. and Mrs. James E. Buck
Mr. and Mrs. James E. Burke
Mr. and Mrs. Walter Burke
Alexander Chatfield Burns
Larry and Ann Burns
Mrs. Andrée Markoe Caldwell

Donald Capoccia
Judith and Russell Carson
Constance and Carroll L. Cartwright
Helen Clay Chace
The Honorable Anne Cox Chambers
Yvonne Y. F. Chan and Henry S. Tang
Cindy Chao
Hina W. Chaudry
Wellington Z. Chen
Mr. and Mrs. Richard L. Chilton, Jr.
Austin B. Chinn
Karen K. Christensen
Shirin and Kasper Christoffersen
Jane Bloomingdale Cisneros and Henrique Cisneros
Margaret Civetta
Joyce Claar
Amy Fine Collins
Thomas A. and Nouchine Connolly
Victor Constantiner
Edith Cooper and Robert Taylor
Susan and Christopher Cowie
Mrs. Daniel Cowin
Edgar M. Cullman, Jr.
Maurice J. Cunniffe
Laura and Stephen Cunningham
Francisco D'Agostino
Neda Daneshzadeh
George Dangas and Roxana Mehran, M.D.
Ron Daniel and Lise Scott
Elizabeth B. Dater and Wm. Mitchell Jennings, Jr.
Michel David-Weill
Elisabeth de Picciotto
Baroness Philippine de Rothschild
Jane DeBevoise
Jessie McNab Dennis
Hester Diamond
Joseph and Diana DiMenna
Andre C. Dimitriadis
Deborah Drucker and Lee Rocker
Ira Drukier
Jakub Duda
Thomas and Susan Dunn
Elizabeth W. Easton and Thomas W. Easton
Susan R. Edelstein
Mrs. James C. Edwards
Mahshid and Jamshid Ehsani
Fred and Tom Elghanayan
Janice Reals Ellig
Peter Carlin and Blair England
Mr. and Mrs. John J. Entwistle

J. Michael Evans
Elizabeth Mugar Eveillard
Lisa Maria and Philip Falcone
Farhad Farjam
Patricia and Alexander Farman-Farmaian
Frederic Fekkai
Rosalyn and Richard Feldman
Diane and Marshall Felenstein
Michael Field
Farzan Filsoufi
Mark Fisch and Rachel Davidson
Mrs. Donald G. Fisher
Martha J. Fleischman
Martha Fling
Anne Ford
Charlotte Ford
William and Lesleigh Forsyth
Jacqueline Loewe Fowler
Sanja K. and Steven R. Frank
George L. K. Frelinghuysen
Marina Kellen French
Mr. and Mrs. Lawrence S. Friedland
Robert and Harriet Friedlander
Marilyn Friedman and Thomas Block
Muni Fry
Mark Gallogly and Lise Strickler
Alice and Nathan Gantcher
Jeri Garbaccio
Peter Gates
Suzanne Gauthier
Gabriele Geier
Stephen A. Geiger
Tarsi Georgas
Dr. Charlotte Pickman Gertz
Susie Gharib and Fereydoun Nazem
Tamilla F. Ghodsi
Giancarlo Giammetti
John R. Gibb
The Honorable Sir David Gibbons and Lady Gibbons
Mr. and Mrs. S. Parker Gilbert
Nellie and Robert Gipson
Rosalind and Eugene J. Glaser
NancyJane F. Goldston
Peter W. Gonzalez
Toni K. Goodale
Constance and Leonard Goodman
Elizabeth M. Gordon
Joan and Donald J. Gordon
Thomas and Georgia Gosnell
Richard J. Gradkowski

Eugene and Emily Grant
Sir Philip Green
Mr. and Mrs. Jeffrey W. Greenberg
Alexis Gregory
Shahin Guity
Jeffrey Gural
Yvette Hakim
Mr. and Mrs. Lewis R. M. Hall
Shahab Handjani
Samuel P. Harbison III
Mr. and Mrs. Conrad K. Harper
Gerard E. Harper
Carol and John Harrison
Karen Harvey
William R. Hearst III
Dick and Helen Henshaw
Mr. and Mrs. Richard Herber
Susan and Robert Hermanos
Mr. and Mrs. Roger Hertog
Mr. and Mrs. J. Tomilson Hill
Drs. Irma and Andrew Hilton
Bonnie Burke Himmelman
Linda B. Hirschson, Esq.
Christina Horner
L. Hosseinian
Sir Joseph Hotung
Mr. and Mrs. James R. Houghton
Mr. and Mrs. John K. Howat
Roberta and Richard Huber
Maria Hummer and Bob Tuttle
Mr. and Mrs. Thomas P. Humphrey
Sharon and Richard Hurowitz
Caroline Howard Hyman
Hadi Irvani and Davar Irvani
Mr. and Mrs. Herbert Irving
The William Jacob Family
Jeffrey and Hollye Harrington Jacobs
Mary and Michael Jaharis
Douglas Jakubowski and Joseph Conforti
Mr. and Mrs. Hamilton E. James III
Charles B. and Ann L. Johnson
Madeleine Rudin Johnson and Grant Johnson
Gretchen S. Jordan
Warren and Jeanne Josephy
Morid R. Kamshad and Mariam Vahabzadeh
Alan Kanzer
Ann Kaplan
Elizabeth and Ted Kaplan

Mr. and Mrs. Martin E. Kaplan

Sylvia R. Karasu, M.D.

Mr. and Mrs. Howard Kaskel

Mr. and Mrs. Peter H. Kaskell

Mr. and Mrs. George S. Kaufman

Herbert J. Kayden

Nanette R. Kelekian

Denis and Carol Kelleher

Renée Khatami

Grace I. Kim Family

The Honorable and Mrs. Henry A. Kissinger

George Klein

Virgilia Pancoast Klein and Walter C. Klein

Sidney R. Knafel

Gary Knisely

Bridget Rooney Koch

David H. Koch

Lisa C. Koch

Harold Koda

Steven Kolb

Ling W. Kong

Coco and Arie L. Kopelman

Mariam and Shervin Korangy

Alan W. Kornberg

Stuart Koshner

Mr. and Mrs. Charles A. Krasne

Ted and Carole Krumland

Calliope and Manuel Kulukundis

Kenneth and Vivian Lam

Ruth and Sid Lapidus

Jade Lau

Bryan H. Lawrence and Dr. Betsy Lawrence

Christopher Lawrence

Sandra Lee

Peter and Eileen Lehrer

Alexandra Leighton

David M. Leuschen

Susana Torruella Leval

Randi and Jeffrey Levine

James and Leslie Levy

Samuel H. and Linda M. Lindenbaum

Susan and Martin Lipton

Amanda and Thomas Lister

Lois B. and James M. Lober

Margaret Munzer Loeb and Daniel Loeb

Anne-Marie Logan

Jane K. Lombard

Jeffrey H. Loria

John and Joella Lykouretzos

Cary M. Mabley

Bridget and John Macaskill

Thomas A. Hartland Mackie

Harry and Linda Macklowe

Alexa Raether Maddock

Leslie and Tom Maheras

Bahar Malekzadeh

Mr. and Mrs. Peter L. Malkin

Eric S. Margolis

Juliet Flynt Marillonnet

Mr. and Mrs. Frank Martucci

Barbara and Sorrell Mathes

Joanne and Norman Matthews

Patrick Gerard Mauro II

Marissa Mayer and Zachary Bogue

Luis Maza

Gwendolyn McCaw

Mr. and Mrs. Barnabas McHenry

Robert and Cathy McKeon

Monika and Matthew B. McLennan

Anne McNally

Tamara Mellon

Joyce Frank Menschel

Richard and Ronay Menschel

Rebekah Mercer and Sylvain Mirochnikoff

Harriet R. Michel

Allison and Roberto Mignone

Elizabeth and Richard Miller

Cheryl and Philip Milstein

Ralph Minasian

Maziar Minovi and Michelle Exline

Zareen Taj Mirza

Dianne Modestini

Crystal Moffett-Lourd

Greg and Alexandra Mondre

Danny Monosson

Clement C. Moore II

Mr. and Mrs. John A. Moran

Michael Moritz and Harriet Heyman

Mr. and Mrs. Stanley G. Mortimer

Guita and Christian Mortinger

Sharmin and Bijan Mossavar-Rahmani

Saghi N. Mostofi

Nader Motamedy

Mr. and Mrs. George B. Munroe

Ruthard C. Murphy II

Ryan Murphy

Sara Naghedi

Sara Nainzadeh

Yasmine Nainzadeh

Ali Namvar

Courtney Nataraj

Otto Naumann

Mr. and Mrs. David Netto

Aviv Nevo

Frank and Elizabeth Newman

Sheila A. Newman

Stavros Niarchos

Mr. and Mrs. William J. Nolan III

Eliot C. and Wilson Nolen

Mahshid Noshirvani

Kathleen and Brian O'Hare

Mr. and Mrs. Wright Ohrstrom

Constance Old

Dorinda J. Oliver

Susan A. Ollila

Gregory and Susan Palm

Maurice Passy

Drs. Sheldon and Leena Peck

Mr. and Mrs. Jeffrey M. Peek

Assunta Sommella Peluso, Ignazio Peluso, Ada Peluso, and Romano I. Peluso

Mr. and Mrs. Robert M. Pennoyer

Ronald O. Perelman

Lisa Perry

Steven M. Pesner

Barbara Petak

Ivan E. Phillips

Joan and Joel I. Picket

Robert S Pirie

Marc Plonskier

Mr. and Mrs. Daniel A. Pollack

Howard and Philippa Polskin

Cynthia Hazen Polsky

Maya Polsky

Philip and Linda Pomper

Zac Posen

Mr. and Mrs. Charles Price

Mr. and Mrs. Felipe Propper de Callejon

John Stanislas Radziwill

Mrs. F. F. Randolph, Jr.

Neda Rastegar

Girish and Rasika Reddy

Dr. and Mrs. James S. Reibel

Wendy S. and Robert E. Reilly

Mr. and Mrs. Oscar de la Renta

Mr. and Mrs. Frank E. Richardson

Richard and Ellen Richman

Virginia Ridder

Shaiza Rizavi

Sasan Roayaie

Mr. and Mrs. Allan J. Robbins

Nicolas Rohatyn and Jeanne Greenberg Rohatyn

Aby and Samantha Rosen

Marjorie Rosen and Jeffrey A. Rosen

Mrs. Alexandre P. Rosenberg

Mr. and Mrs. E. John Rosenwald, Jr.

Frances Ross

Lilly Rouhani-Farhang

Pierre-Yves Roussel

Howard J. Rubenstein

Sir Paul Ruddock and Lady Ruddock

Jack and Susan Rudin

Mr. and Mrs. William C. Rudin

Hanneli Moira Rupert

Johann Peter Rupert

Marina and David Rust

Mary and Winthrop Rutherfurd, Jr.

Bonnie J. Sacerdote

Douglas L. Sacks

Hiroaki Saga and Aika Koyama

Minoo and Faraj Saghri

Nader Salehi

Karim and Tina Samii

Alejandro Santo Domingo

Mrs. Julio Mario Santo Domingo

Lauren and Andrés Santo Domingo

Allison Sarofim

Houman Sarshar

Midori Sato

Mr. and Mrs. Andrew M. Saul

Mr. and Mrs. Henry B. Schacht

Dr. and Mrs. Stephen K. Scher

Anne and Alan Schnitzer

Mr. and Mrs. Richard J. Schwartz

Annette Mitchell Scott

Samuel D. Scruggs

Maryam Seley

Marsha and Jerry M. Seslowe

Nazgol and Kambiz Shahbazi

Mr. and Mrs. William C. Shanley

Valentine D. Sheldon

Mr. and Mrs. James E. Shipp

Faryar Shirzad

Amy Rose Silverman

Norma and Gordon H. Smith

Thurmond Smithgall

Andrew Solomon and John Habich Solomon

Ambassador Carl Spielvogel and Barbaralee Diamonstein-Spielvogel

Amalia Spinardi and Roberto Thompson Motta

Mrs. Frederick M. Stafford

Mr. and Mrs. Joseph G. Standart III

Nancy and Burt Staniar

Amelia Starr and Matthew Ziehl

Judy and Michael Steinhardt

George and Sheila Stephenson

Sy and Laurie Sternberg

Alexis H. Stiles and Gary L. Stiles

Mr. and Mrs. Robert Stone

Thibault Stracke

Mr. and Mrs. Daniel B. Strickler, Jr.

Usha M. and Marti G. Subrahmanyam

Christine Suppes

Richard L. Sussman, Esq.

Paul W. Swartz

Dr. Parissa Tabrizian

Morad and Vida Tahbaz

Oscar L. Tang

Steven B. Tanger

Sally A. Thomas

Jamie Alexander Tisch

Lacey A. Tisch

Lizzie and Jonathan Tisch

Mr. and Mrs. David M. Tobey

Dorothy A. Torresi

Shannon and Paul Touradji

Ivanka Trump

Barry and Joan Tucker

Ali Vakili

Murray A. and Suzanne G. Valenstein

Amber Valletta

Mr. and Mrs. Pierre J. de Vegh

Marica and Jan Vilcek

Maria von Bothmer Villalba and Jerome Villalba

Enzo Viscusi

Fern and George Wachter

Bette Sue and John Spencer Wadsworth, Jr.

Barry C. Waldorf and Stanley Gotlin

Carol and Terry Wall

Lisa and Mark Walsh

Anthony W. and Lulu C. Wang

Jack and Susan Warner

Susan and John Weatherley

Dr. John C. Weber

Sharon Wee and Tracy Fu

Mr. and Mrs. William M. Weiant

Roberta and Allan Weissglass

Marilyn Weitzman

Victoria Weld and Craig G. Bergstrom

Jenny and Len Wellenius

Mr. and Mrs. Roberto Jorge Wellisch

Shelby White

Malcolm H. Wiener

Barrie and Deedee Wigmore

115

Leonard A. Wilf
Christen and Derek Wilson
Nancy F. Wilson
David Wilton
The Winter Family
Louis S. and Sarah G.
Wolfe
Lana and Willie Woods
Jayne Wrightsman
Babak Yaghmaei
Patty Yaghmaei
Cyrus and Marjan Yaraghi
Tooraj and Nassrin Zahedi
Ali Zamani
Judith Zarin and Gerald
Rosenfeld
Lois Robbins Zaro and
Andrew Zaro
Harm Zebregs
Rainer Zietz
Daniel and Leslie Ziff
Ron and Jane Zimmerman
Raquel Zimmermann
Aerin and Eric Zinterhofer
Michael R. Zurfluh
Anonymous (17)

## Planned Gifts

Maurice and Yvette
Bendahan
Dorothy A. Borg
Dorothy Boroughs
Donovan
Elizabeth Ann Fraser
Harold and Norma Gainer
Jeanne Howard
Stephanie Later
Jessie Kindel Palmer
Jane C. Rubens
Stanley R. Stangren
Dr. Rosemarie Thau
Herbert Zohn
Anonymous (5)

## Friends Groups

### The Alfred Stieglitz Society

Frank and Mary Ann
Arisman
Diana Barrett and Bob Vila
James-Keith Brown and
Eric Diefenbach
Joseph M. Cohen
Elzbieta D'Agostino
Gary and Ellen Davis
Mr. and Mrs. Joseph Z.
Duke
Thomas and Susan Dunn
Paul and Barbara Elliot
Susan and Arthur
Fleischer, Jr.
Charlotte Ford
Carol and Arthur Goldberg
Elizabeth M. Gordon
Harriet Gruber

William T. Hillman
Karen T. Hughes and
Marjorie Van Dercook
Virginia Joffe
Leona Kern
Gideon and Diane King
Jay and Ali Klein
Elizabeth Szancer Kujawski
and Tom Zoufaly
Nancy L. Lane
Saundra B. Lane
Jade Lau
Thomas H. Lee and Ann
Tenenbaum Lee
Andrew and Marina Lewin
Barbara Macklowe
Randie Malinsky
Joyce F. Menschel
Marlene Nathan Meyerson
Ann Lawrance Morse
Stephanie and Robert M.
Olmsted
Elizabeth R. Patterson
Andy and Mary Pilara
The Honorable and
Mrs. Leon B. Polsky
Jennifer and Stephen Rich
Edna U. Rosenheim
David G. Ross
Jeanne and Robert Savitt
Joseph and Esther Siegel
Courtney Finch Taylor
Maureen and Noel Testa
Anonymous (1)

### The Amati

Margot Adams
Joan Taub Ades
Mr. and Mrs. James M.
Barton
Josephine L. Berger-Nadler
Audrey Boughton
Elizabeth A. R. and
Ralph S. Brown, Jr.
Mr. and Mrs. Thatcher M.
Brown III
Scott Clemons and Karyn
Joaquino
John and Joan D'Addario
Dorothea R. Endicott
Winnie and Michael Feng
Beatrice Francais
Mr. and Mrs. Jeffrey
Friedman
Susan and Edward
Greenberg
Esther and Alan Haddad
Karen M. Karlsrud and
Raymond Mikulich
Jonathan and Faye
Kellerman
Paul and Barbara Krieger
James and Connie
Krugman
Peter and Edith Kubicek
Jean L. Lam
The Irene Levoy
Foundation

Richard and Rebecca
Lindsey
Elena and Andreas
Lowenfeld
Christian F. Martin IV
Paula Paster Michtom
Andrea and Kenneth Miron
Mr. and Mrs. John
Monteleone
Mr. and Mrs. James J.
Murtha
Susan A. Ollila
Sally and Michael Orr
Avani and Prashant Parikh
The Honorable and
Mrs. Leon B. Polsky
Martin F. and Florence R.
Richman
Sandra Priest Rose
Alfred and Jane Ross
Caroline Rubinstein and
Phillip Winegar
Anne and Lee Samson
Roger and Nancy Saunders
Schonberger Family
Foundation
Astaire K. Selassie, M.D.
and Robert Johnson,
Esq.
Patricia B. Selch
Maryam Seley
Dr. and Mrs. Gerald W.
Shaftan
F. Randall Smith and
Judith G. Smith
Samantha Smith
Andrew Solomon and John
Habich Solomon
Sharon Spellman and
David Olasov
Peter Szego and Kathryn
Weidener
Howard Waltman
Roberta and Allan
Weissglass
Ruth S. Widder

### Friends of The American Wing

Martha and James
Alexander
Robert Amsterdam
W. Graham Arader III and
Josephine Arader
Dianne Balfour and Carl
Adkins
Betsy Shack Barbanell
Mr. and Mrs. Francis D.
Bartow II
Laura Beach
Diana and Richard Beattie
Nathan Benn
Carswell Berlin
Mrs. George P. Bissell, Jr.
Courtney Booth
Ronald Bourgeault
Elizabeth A. R. and
Ralph S. Brown, Jr.

Sylvie Bryant
Robert S. Burton
Edward Katz Cadena
Andrée Markoe Caldwell
Thomas Cholnoky
Putnam and Amy Coes
Peter Costanzo
Mary Sharp Cronson
Paul and Paulette Cushman
M. Lynn Dacey
Paul and Elizabeth De Rosa
Nancy de Waart
Davida Deutsch
Mr. and Mrs. H. Richard
Dietrich III
Ann Dille and Dennis
Bushe
Kathleen M. Doyle
Nancy C. Druckman
Alice Levi Duncan
David S. Dvorak
Andrea Henderson
Fahnestock and
George A. Hambrecht
Jack Feingold
Burton M. and Helaine
Fendelman
Debra Force
Richard E. Ford
Ruth Frangopoulos
Laura and Jim Freeman
David Gallager
Alice Geller
Rosalind and Gene Glaser
Alexandra G. Goelet
Arthur and Esther
Goldberg
John Stuart Gordon
David and Laura Grey
Erik K. Gronning
Solomon Grossman
Anne K. Groves
Jennifer and Bud
Gruenberg
Elizabeth Stillinger
Guthman
Kathleen D. Hale
David A. Hanks
Alfred C. Harrison, Jr.
Mr. and Mrs. John Hays
May Brawley Hill
Andrew Holter
James E. Horan, Jr.
Sarah Shields Horton
Anne and John Howat
Richard E. Hughes, M.D.
Thomas Jayne
Robert G. Keller
Leslie Keno
Mr. and Mrs. Walter C.
Klein
Carolyn Kuhlthau
Leah and Ronald Lenney
Deanne Deavours Levison
Mr. and Mrs. Jay A. Lewis
Priscilla Lord
Mary Lublin
Professor Maan Z. Madina
and Dr. Marilyn
Jenkins-Madina

William Johnson Mayer
Nancy A. McClelland
Lee P. Miller
David Nisinson
Mr. and Mrs. John Nye
Paula Offricht
Richard de J. Osborne
Mrs. Joseph K. Ott
Bruce Coleman Perkins
Roger Phillips
Stephen J. Pierson
Mary Jane Pool
Lee and Nick Potter
Letitia Roberts
Joel Rosenkranz
Ellin Rosenzweig
Mr. and Mrs. Alfred M.
Schlosser
Marianne Schnell
Kelly and Randy
Schrimsher
Betty Schwartz
Cipora O. Schwartz
Mr. and Mrs. Stanley
DeForest Scott
Howard Shaw
Cameron M. Shay
Sheila C. Smith
Dr. Harold and Mrs. Diane
Spalter
Alexis and Gary Stiles
Eric Streiner
Arlie Sulka
Annesley C. Swicker
Maleyne M. Syracuse
Mia Taradash
Mr. and Mrs. P. Coleman
Townsend, Jr.
Evelyn Trebilcock
Lynne Verchere
Judith Mann Villard
Leslie Warwick and Peter
Warwick
Mrs. John J. Weber
Bruce J. Westcott
Virginia F. White
Gertrude de G. Wilmers
Mrs. Wesley Wright, Jr.
Judith and Stanley Zabar
Lori M. Zabar and Mark
Mariscal
Margaret A. Zeuschner
Anonymous (1)

### Friends of the Arts of Africa, Oceania, and the Americas

Nancy and Andrew
Adelson
Stephanie H. Bernheim
Gregory Callimanopulos
Dr. and Mrs. Sidney
Clyman
Mr. and Mrs. Michael de
Havenon
Charles and Valerie Diker
Vincent and Margaret Fay
Miriam Goldfine

Holcombe and Monica Green
Mr. and Mrs. Raymond R. Herrmann, Jr.
Roxanne and Guy Lanquetot
Samuel H. and Linda M. Lindenbaum
Drs. Daniel and Marian Malcolm
Anne Murray
The Honorable and Mrs. Leon B. Polsky
Mr. and Mrs. Fred M. Richman
Holly and David Ross
The Selz Foundation
Ann and Richard Solomon
Marie and John Sussek
Jan and Marica Vilcek
Lenore M. Weber
Mrs. William B. Ziff, Jr.

### Friends of Asian Art

Elinor Appleby
René Balcer and Carolyn Hsu-Balcer
Mr. and Mrs. Raphael Bernstein
Angela A. Chao
Sue Cassidy Clark
Mr. and Mrs. Herbert J. Coyne
John R. and Julia B. Curtis
Peggy and Richard M. Danziger
Mr. and Mrs. Michael de Havenon
Jane DeBevoise
Dr. Richard Dickes and Ruth Dickes
Mrs. Douglas Dillon
Dr. Willem J. R. Dreesmann
Mr. and Mrs. John J. Entwistle
Mr. and Mrs. Hart Fessenden
Marilyn and Lawrence Friedland
Dorothy Tapper Goldman
Mr. and Mrs. John H. J. Guth
Sir Joseph Hotung
Mr. and Mrs. Herbert Irving
William W. Karatz
Ann and Gilbert Kinney
Mr. and Mrs. Michael R. Linburn
Mr. and Mrs. William E. Little, Jr.
Mr. and Mrs. H. Christopher Luce
Mr. and Mrs. Peter McLeod
John and Heidi Niblack
Eliot C. and Wilson Nolen

Halsey and Alice North
The Honorable and Mrs. Leon B. Polsky
Philip and Linda Pomper
Arthur and Fran Reiner
Annette de la Renta
Bonnie J. Sacerdote
Mr. and Mrs. Andrew M. Saul
Diane H. Schafer
Fredric T. Schneider
Mr. and Mrs. James Shinn
Gary Smith and Teresa Kirby
Andrew Solomon and John Habich Solomon
Miranda Wong Tang
Oscar L. Tang and Agnes Hsu-Tang
Mary Wallach
Lulu C. Wang
Charlotte C. Weber
Marie-Hélène Weill
Shelby White
Akiko Yamazaki and Jerry Yang
Dr. Young Yang Chung and Mr. Dae Yull Yoo

### Friends of Concerts & Lectures

Christine Armstrong and Sara Armstrong
Pamela and James Awad
Madeline Brine
Nancy Bynum
Mr. and Mrs. Geoffrey Coley
Mary Sharp Cronson
Constance Emmerich
Jenny Angel Gerard and Dr. Barry L. Brown
Elizabeth Madigan Jost
Younghee Kim-Wait and Jarett F. Wait
Thomas H. Lee and Ann Tenenbaum Lee
Mr. and Mrs. Robert I. Lipp
Leslie and Tom Maheras
Anne O'Neil
Mr. and Mrs. Stephen J. O'Neil
Mr. and Mrs. Thomas P. Ogden
Mr. and Mrs. Gerard Pasciucco
Mr. and Mrs. Anupam Puri
Douglas and Jean Renfield-Miller
Sophia Rosoff
Melanie Shorin
Mr. and Mrs. Wilmer J. Thomas, Jr.
Cecille Wasserman
Dr. and Mrs. Edward C. Weiss

### Friends of The Costume Institute

Mr. and Mrs. Randall J. Barbato
Fabiola Beracasa and Jason Beckman
Kim and Peter Block
Barbara B. Brickman
Jane Hays Butler
Andrea and Juliana Cairone
Paula and Bandel Carano
Susan Casden
Randi Charno-Levine
Christine Chiu
Mr. and Mrs. Robert A. Chute
Amy Fine Collins and Bradley I. Collins, Jr.
Deborah Drucker and Lee Rocker
David B. Ford
Rochelle Gores Fredston
Muni Fry
Amanda and Glenn Fuhrman
NancyJane Goldston
Karen Harvey
Julie Hillman
Sharon and Richard Hurowitz
Hollye Harrington Jacobs
Colby Jordan
Gretchen Jordan
Janet Maisel Kagan and Howard P. Kagan
Jill Kalikow-Heller
Julia Irene Kauffman
Christine Kim
Michèle Gerber Klein
Alan W. Kornberg
Jade Lau
Jerome Lauren
Julie Lerner Macklowe
Emanuel Michael
Charlotte Moss
Christina Seeger Pacetti
Mr. and Mrs. Richard C. Perry
Maya Polsky
Marjorie Rosen and Jeffrey A. Rosen
Laura and James Rosenwald
Kara Ross
Cristi Silva
Angelique Soave
Sutton Stracke
Christine Suppes
Lizzie Tisch
Mr. and Mrs. Edward Kingman Weld
Christen and Derek Wilson
Mr. and Mrs. Louis S. Wolfe
Lois Robbins Zaro
Leslie Ziff

### Friends of European Paintings

Bettina and Donald L. Bryant, Jr.
Mary Sharp Cronson
Hester Diamond
Martin and Kathleen Feldstein
Mark Fisch and Rachel N. Davidson
Robert G. Keller
Jon and Barbara Landau
Wendy and Paul Lewison
Dianne Modestini
Paula Offricht
The Honorable and Mrs. Leon B. Polsky
Mr. and Mrs. Oscar de la Renta
Mr. and Mrs. Frank E. Richardson
Ambassador and Mrs. Felix G. Rohatyn
Errol Rudman
Mr. and Mrs. Andrew M. Saul
Monique Schoen-Warshaw
Aso O. Tavitian
Mr. and Mrs. David M. Tobey
Mr. and Mrs. Pierre J. de Vegh
Joyce Visceglia
William and Joan Weiant
Mrs. Henry H. Weldon
Jayne Wrightsman
Mr. and Mrs. Morris E. Zukerman
Anonymous (1)

### Friends of European Sculpture and Decorative Arts

Mrs. Russell B. Aitken
Henry and Clarisse Arnhold
Mercedes T. Bass
Mrs. B. Gerald Cantor
David B. Ford
Marilyn and Lawrence Friedland
Sarah Belk Gambrell
Carol B. Grossman
Anne K. Groves
Mr. and Mrs. H. Rodes Hart
Jonathan and Ute Kagan
Rick Kinsel
Mr. and Mrs. Henry Kravis
Ada Peluso and Romano I. Peluso
Mr. and Mrs. Oscar de la Renta
Mr. and Mrs. Frank E. Richardson
Ruth Stanton
Dr. Susan Weber

Mrs. Henry H. Weldon
Mr. and Mrs. Malcolm H. Wiener
Jayne Wrightsman
Mr. and Mrs. William Zeckendorf

### Friends of Inanna

Vallo Benjamin, M.D.
Nancy Benzel
Celia and Walter Gilbert
Nanette Rodney Kelekian
Changwha and Sungyull Koo
John A. Moran and Carole Moran
Jeannette and Jonathan Rosen
Dr. and Mrs. Raymond Sackler
Mr. and Mrs. James M. Vaughn, Jr.
Ron and Marilyn Walter
Shelby White
Mr. and Mrs. Malcolm H. Wiener

### Friends of Isis

Jacqueline Dedell and Skylar Shapiro
Stephanie Denkowicz
Frederick and Diana Elghanayan
Carol B. Grossman
Mrs. Henry A. Grunwald
Dr. and Mrs. Sameh Iskander
Nanette Rodney Kelekian
Eric, Stacey, and Danny Mindich
Jeannette and Jonathan Rosen
Dr. and Mrs. Raymond Sackler
Joan and William Weiant
Mr. and Mrs. Malcolm H. Wiener

### Friends of Islamic Art

*Ibn Battuta Circle*
Mariam Azarm
Avna Cassinelli
Mr. and Mrs. Peter Kimmelman
Princess Shamina Talyarkhan and Zain Talyarkhan
Seran and Ravi Trehan

Prince Amyn Aga Khan
Mr. and Mrs. Bruce P. Baganz
Mr. and Mrs. Stephen R. Beckwith
Josephine L. Berger-Nadler
Judy Brick and Allen R. Freedman

Catherine and David Cuthell
Dr. Layla Diba
Tariq and Asma Farid
Xavier Guerrand-Hermes
Jawad and Colette Haider
Gemma and Lewis Morris Hall
Jeanne Hardy Sloan and Thomas Hardy
Mr. and Mrs. Raymond R. Herrmann, Jr.
Mr. and Mrs. Herbert Irving
Kamila and Munib Islam
Barbara Ann Kaslow
Younghee Kim-Wait and Jarett F. Wait
Helen K. King
Mr. and Mrs. Hans König
A. Alexander Lari
Nora Lavori
Dr. and Mrs. Richard R. Lindsey
Reeva and Ezra Mager
Sharmin and Bijan Mossavar-Rahmani
The Honorable and Mrs. Leon B. Polsky
Roger and Claire Pratt
Mr. and Mrs. Oscar de la Renta
Sheikh Nasser Sabah al-Ahmed al-Sabah and Sheikha Hussah Sabah al-Salem al-Sabah
Sana H. Sabbagh
Susan Shah
Yolanda Shashaty and George K. Singley
David B. Sterling
H. Peter Stern and Helen W. Drutt English
Elena Lilis Werner
Marshall and Marilyn R. Wolf

## Friends of Modern and Contemporary Art

### Collectors Circle

Anne H. Bass
Jane C. Carroll and Leo Arnaboldi
Constance B. and Carroll L. Cartwright
Ellen and Casey Cogut
George David
Candia Fisher
Marilyn Friedman and Thomas Block
Samuel H. and Linda M. Lindenbaum
Eliot C. and Wilson Nolen
The Honorable and Mrs. Leon B. Polsky
Mr. and Mrs. Andrew M. Saul
John and Barbara Vogelstein

Frederick and Diana Elghanayan
Mr. and Mrs. Robert B. Goergen
Celia and Albert P. Hegyi
Sylvia K. Hemingway
Pamela Joseph and Robert Brinker
Dorothy Lichtenstein
Seton J. Melvin
Mr. and Mrs. William M. Pope, Jr.
Mr. and Mrs. Benjamin M. Rosen
Dr. and Mrs. Raymond R. Sackler
Debra Schuster Tanger
Andrea and Paul Vizcarrondo
Eileen and Russell Wilkinson

## Philodoroi

Mr. and Mrs. Robert A. Belfer
Avna Cassinelli
Dr. and Mrs. Lewis M. Dubroff
Esmie Eleftheriades
William T. Georgis and Richard D. Marshall
Sharon and Richard Hurowitz
Frederick Iseman
Mary and Michael Jaharis
Nanette Rodney Kelekian
Christian and Gina Levett
Professor Valter Mainetti and Mrs. Paola Mainetti
Mr. and Mrs. Andrés Mata
John J. Medveckis
Irene Moscahlaidis and Eric Moscahlaidis
Mr. and Mrs. Richard B. Nye
Mr. and Mrs. Joseph L. Rotman
Phyllis and Nathan Shmalo
Mr. and Mrs. Michael H. Steinhardt
Leonard and Allison Stern
Barbara and Donald Tober
Mr. and Mrs. Jedediah H. K. Turner
Shelby White
Nicholas S. Zoullas and Susan Bates
Anonymous (1)

## Friends of the Thomas J. Watson Library

Marie Arnold and Henry Bickel
Josephine L. Berger-Nadler
Max N. Berry

Mr. and Mrs. Thatcher M. Brown III
Hester Diamond
Jeri and Charles Garbaccio
Dorothy Tapper Goldman
David and Maggi Gordon
Carol B. Grossman
Ay-Whang and Sven E. Hsia
Roberta and Richard Huber
Mr. and Mrs. Herbert Irving
David M. Kamen and Eileen Hsiang-ling Hsu
Larry and Joanna Miller
Mr. and Mrs. Stephen Miller
Susan and Alan Miller
Freia Mitarai
Francis Nestor and Francie Heller
Paula Offricht
Susan A. Ollila
Ada Peluso and Romano I. Peluso
The Honorable and Mrs. Leon B. Polsky
Christina Reik
Caroline Rubinstein and Phillip Winegar
Eleanore and Gene Schloss
Ron Daniel and Lise Scott
Dinah Seiver and Thomas E. Foster
Milton and Pauline Sherman
David Solo
Murray and Suzanne Valenstein
Susan Weber
Marie-Hélène Weill
Charles P. and Shelby S. Werner
Shelby White
Denis C. Yang and Kathleen Yang

## William Cullen Bryant Fellows

Mr. and Mrs. Warren J. Adelson
Judy and John M. Angelo
William N. Banks
Karen H. Bechtel
Max N. Berry
Jewelle W. Bickford and Nathaniel J. Bickford
Dr. and Mrs. Robert E. Booth, Jr.
Mr. and Mrs. Leo D. Bretter
Ambassador and Mrs. W. L. Lyons Brown
Mr. and Mrs. Walter H. Buck
Barbara B. and Duncan A. Chapman

Mr. and Mrs. Richard L. Chilton, Jr.
Jonathan L. Cohen and Allison Morrow
Peter and Faith Coolidge
Mrs. Daniel Cowin
Howard Cox
Maurice J. and Carolyn D. Cunniffe
Mr. and Mrs. Frederick M. Danziger
Elizabeth B. Dater and Wm. Mitchell Jennings, Jr.
Mr. and Mrs. Donald J. Douglass
Mr. and Mrs. Thomas M. Evans, Jr.
Mr. and Mrs. Robert H. Falk
Sue and Stuart P. Feld
Jerald D. Fessenden
Mimi and Dave Findlay
Mrs. Donald G. Fisher
Martha J. Fleischman
Jacqueline L. Fowler
Robert L. Froelich
Mr. and Mrs. Robert Garrett
Dr. Charlotte Pickman Gertz
Merle and Barry Ginsburg
Elizabeth M. Gordon
Judith F. Hernstadt and Anne Stevens
Mr. and Mrs. Frank L. Hohmann III
Mr. and Mrs. Joseph C. Hoopes, Jr.
Fern K. Hurst
Mr. and Mrs. Thomas C. Israel
Diane DeMell Jacobsen
Mr. and Mrs. Dudley O. Johnson
Henry P. and Susan Johnson
Mr. and Mrs. Robert Judell
Ann F. Kaplan and Robert A. Fippinger
Linda H. Kaufman
Karen and Kevin Kennedy
Mr. and Mrs. Charles D. Klein
Mr. and Mrs. John E. Klein
Robert and Susan Klein
Mr. and Mrs. John Klingenstein
Mr. and Mrs. Arie L. Kopelman
Mr. and Mrs. Lansing Lamont
Lawrence J. and Michelle L. Lasser
Meredith and Cornelia Cullen Long
Peter and Paula Lunder
Mr. and Mrs. Frank Martucci
Alice P. Melly
Pauline C. Metcalf
Mr. and Mrs. Richard A. Miller
Barbara and Nicholas Millhouse

Mr. and Mrs. Richard L. Chilton, Jr.
Mr. and Mrs. Lester S. Morse, Jr.
Eliot C. and Wilson Nolen
Daniel and Susan Pollack
Anne and John Pyne
Dr. and Mrs. James S. Reibel
Annette de la Renta
Mr. and Mrs. Alfred F. Ritter, Jr.
Mr. and Mrs. John R. Robinson
Bonnie J. Sacerdote
Mr. and Mrs. Harvey Saligman
Mr. and Mrs. Robert T. Schaffner
John B. and Joan A. Schorsch
Ted Slavin
Mr. and Mrs. William W. Stahl, Jr.
Lois and Arthur Stainman
Juliana Curran Terian
Marica and Jan T. Vilcek
Jonathan and Candace Wainwright
Anthony W. and Lulu C. Wang
Jack and Susan Warner
Lynne M. and David B. Weinberg
Mr. and Mrs. Barrie A. Wigmore
Erving and Joyce Wolf Foundation
Roy J. Zuckerberg
Anonymous (2)

## Gifts in Memoriam

### Gifts in Memory of Trustee Gayle Perkins Atkins

Shahara Ahmad-Llewellyn
Anna Angelova-Makki
Charles N. Atkins
Susan D. Austin
Dana Barta
Jo-Anne L. Bates
Mr. and Mrs. Willard Brittain
Neil Brown
Caren Byrd
Mr. and Mrs. Bradley I. Collins, Jr.
Patrick J. Collins
Juan and Mimi Cortes
Robert Couturier
Mr. and Mrs. Maxwell Davidson
Beth Rudin DeWoody
Henry V. Domenici
Mr. and Mrs. Ray Eason
Dr. Hector Estepan
John and Geraldine Gibbs
Dr. and Mrs. Warren H. Goins

Mr. and Mrs. Errol P. Hankin
Warren Jackson and Jacqueline Phillips-Jackson
Jane E. Jacobs
Valerie Kay
Carol Sutton Lewis and William M. Lewis, Jr.
David J. Nastro
Martha L. Newton
Andrew P. Overton
Mr. and Mrs. Joseph Perella
The Phillips-Murray Foundation
Bertie Ray III
Lynn Forester de Rothschild
Deborah Sale and Theodore Striggles
Jeffrey M. Scruggs
Mr. and Mrs. Martin Shafiroff
Dr. Lowery Stokes Sims
Lloyd Trotter
Mr. and Mrs. Anthony W. Wang
Walter H. Weil
Theodore V. Wells, Jr. and Nina Mitchell Wells
Benaree P. and Fletcher Wiley
Keith H. Williamson
Mr. and Mrs. William Zeckendorf

## Gifts in Memory of Shirley Baerwald

Hope H. Bach
Mr. and Mrs. James A. Block
Lorraine W. Check
Jeremy D. Cohen
Mr. and Mrs. Richard M. Danziger
Alice L. Eberhardt
Elissa Frackt
William H. Herrman
Anne Levine
Lois E. Lyons
The Marrus Family Foundation, Inc.
Mr. and Mrs. Andrew Marrus
Audrey Matson
Jacqueline Mitchell
Jane Rau
Lillian Vineberg

## Gifts in Memory of Elisabeth Bing

Jane N. Beatty
Dr. John H. Githens, Jr.
Ann Green
Phyllis G. Heard

Mr. and Mrs. Robert Jervis
Nancy and Donna Leo
Mr. and Mrs. Mervin Ross
Mr. and Mrs. Warren Schwerin
Mr. and Mrs. Charles P. Werner
Mr. and Mrs. Dennis C. Yang

## Gifts in Memory of Jay Budin

Kevin P. Connell
Mr. and Mrs. Gerald Hyman
Salvatore Messina
David Mintz
Sara Ogger
Catherine H. Podell
Ellie, Allison, and David Rachleff
Jan A. Wysocki

## Gifts in Memory of Jim Hughes

Hana Besheer
Jeanie Kim
Gail and Steve Mandel
Aino Wheler

## Gifts in Memory of Trustee Samuel Lindenbaum

Kramer Levin Naftalis & Frankel LLP
Houlihan Lokey
Rubenstein Associates, Inc.
Barbara Schwartz
Tarnopol Family Foundation, Inc.
Laura Z. Wakim
Martin Zubatkin

## Gifts in Memory of Professor Maan Madina

Mr. and Mrs. John Allaire
Mrs. James E. Burke
John G. Fritzinger
Nanette Rodney Kelekian
Jeanie Kim
Wilson and Eliot Nolen

## Gifts in Memory of Deborah Palmer

Michelle and Eddie Eisenberg and Family
Adriana Grech

## Gifts in Memory of Hedda Ribolow

Monyean Hahn
Graeme and Ruth Rosenau

## Gifts in Memory of Milton Ross-Fein

E. Bonnie Brenner
Marjorie W. Fein
Mr. and Mrs. Lawrence Schaeffer
Mr. and Mrs. Michael J. Taub

## Gifts in Memory of Joseph Rothenberg

The Bruder Family and the Tesser Waxenbaum Family
Gordon Cohn
Mr. and Mrs. Robert Wachsler

## Gifts in Memory of Nick Ruocco

Laurel Garcia Colvin
Jill Horowitz
Lauren and Anthony Smith

## Gifts in Memory of Rosemary Russell

Betty Cobey Senescu
Grace M. Parr
Evelyn E. Ratcliff
Sarah W. Stanley

## Gifts in Memory of Anita Rynone

Andrew T. Feldstein and Family
Lisa R. Ruiz

## Gifts in Memory of Arthur Ochs Sulzberger

Jacqueline Dryfoos
Marian Heiskell
Elizabeth A. Knox
Marsha S. Pinson and Family
Charlotte C. Weber

## Gifts in Memory of Glenys Tarlow

Dorann E. Jacobowitz
Barry C. Waldorf and Stanley Gotlin

## Gifts in Memory of Elizabeth Thaw

David W. Beer and Tyree Giroux
Henry L. Collins III

## Gifts in Memory of Valerie Troyansky

Elizabeth J. Sandercock and John P. Sandercock
Susan R. Schorr

## Gifts in Memory of John Young

Mr. and Mrs. Samuel C. Butler
Anthony S. Hoyt
Douglas Landsman
Mr. and Mrs. Edwin Deane Leonard
Jean J. Rousseau

## Gifts in Memoriam

Arline Addiss in memory of Justine Price
Esperanza Ahumada in memory of Ahumada Esperanza Ahumada De Uribe
Shoshana Albert in memory of The Honorable Thomas Hoving
Mr. and Mrs. Ronald L. Armstrong in memory of Marie B. Bauer
E. Nelson Asiel in memory of Betty Asiel
Judith Auerbach in memory of Josephine Natelson
The Baber Family in memory of Charles Chenault Baber
Kit Smyth Basquin in memory of Virginia G. Smyth
Jane Beasley in memory of John P. O'Neill
Dolores P. Bellitto in memory of Dr. Stanley Stellar
Georgette Bennett and Leonard Polonsky in memory of Mary Polon
The Robin Bloom Fund in memory of Robin Bloom
Mrs. Thatcher M. Brown III in memory of Miss Aurelia C. Brown
Christine Burgin in memory of Donald Young
James L. Buttenwieser in memory of Helene and Clarence Buttenwieser
Sue Cassidy Clark in memory of Terry Satsuki Milhaupt
Robert T. Coffland in memory of Mary Hunt Kahlenberg

Ruth Gannon Cook in memory of Bernice Sommers
Jane Cooke in memory of Paul Williams
Carol Corrody in memory of Sylvia Profeta
The Maurice J. Cotter and Muriel J. Sheahan Foundation Trust in memory of Dr. Maurice J. Cotter
Carol Crawford in memory of Joyce Rosenberg
Cecilia DeVoe in memory of Colleen Mary Floyd
Dr. Layla S. Diba in memory of Mahmoud Diba
Lydia (Kolodzie) Dolch in memory of Ronald Kolodzie
Christopher W. Douglass in memory of George A. Douglass
Virginia D. Dreux in memory of Dr. Richard M. Hays
Allen J. Earnest in memory of Ruth S. Earnest
Elizabeth W. Easton and Thomas W. Easton in memory of Joan Easton
John Eskenazi in memory of Victor H. Eskenazi
Mrs. Richard Ettinghausen in memory of Richard Ettinghausen
Elizabeth and Lawrence Feldman in memory of Lillian Feldman
Mr. and Mrs. Marty Ferber in memory of Zelda Kronfeld
Andrew Ferren and Roger Garcia Bertrand in memory of Edna K. Dolan
Rochelle A. Gold in memory of Sharron Eisenthal
Betsy Goldberg in memory of Charles Moone
Carol B. Grossman in memory of Jane Stapleton
The Hite Foundation in memory of Sybil Hite
Stuart Holzer and Marc Holzer in memory of Ann and Philip Holzer
Christina Houghtaling and Noreen Ringwood in memory of Salvatore Staffa
James Huguenin in memory of Delores Huguenin
The Huisking Foundation, Inc. in memory of Charles Huisking
Mr. and Mrs. Yukikazu Iwasa in memory of Seizaburo Iwasa and Shizuko Iwasa

Estate of Ronald Kane in memory of Berry B. Tracy

Lydia B. Kaplan in memory of Paul B. Price

Thomas Kass in memory of John Sudgen

Sarah S. Kinder in memory of Jean Damalt

Martin and Roberta Lerner in memory of Professor Samuel Eilenberg

Marian Lowenfish in memory of Marion Francis Brown

Asbjorn R. Lunde in memory of Dr. Karl R. Lunde

Joan Anne Maxham in memory of Hope Yampol

Michael J. McCormick in memory of Regina McCormick

Anne McIlvaine in memory of James E. Burke

Rosemary McNerney in memory of Ann Winslow

Caitlin E. Mehner in memory of Jean Erwin

The Metropolitan Museum of Art Photograph Studio Staff in memory of Bob Goldman

Lisa Millerick in memory of Mr. and Mrs. Manuel F. Pita

David T. Mininberg and Anne W. Mininberg in memory of Frances H. Wikler

Eric Alan Mitnick in memory of Jarvin H. Mitnick, D.D.S.

Mr. and Mrs. John A. Moran in memory of Benjamin Edward Moran

John A. Moran in memory of Louise Chisholm Moran

Peggy Ann Morgello in memory of Lucy F. Weidman

Estate of Russell Norkin in memory of Russell Norkin

Lourdes Perez in memory of Genoveva Perez

Cynthia Hazen Polsky in memory of Joanne Melniker Stern

Dr. and Mrs. Paul Poppers and Family in memory of Alec Prochiantz

The Pulmonary Attendings and Dr. Diane E. Stover in memory of Ruth Mazzoni

Sue Raffety in memory of Mary Frances Rand

Elizabeth Nester Resman in memory of Michaelyn Elizabeth Resman

Jack Ruebensaal in memory of Cheryl Mabey-Ruebensaal

Lianne and Anthony Russo in memory of Ludmila Sturm

Saint John West Shore Hospital Medical Staff in memory of Susan McDonald White

Harvey Schulweis and Barbara Benerofe in memory of Phyllis Gottlieb LaMonte and Jane Falk

Patricia Scully in memory of Nathan J. Derr

Ellen Seibel in memory of Elena Atlas

Valerie L. Seidel in memory of Jack D. Cupp

Ruth Stein in memory of Mrs. Charles I. Petschek

Miriam and Howard Stern in memory of Mrs. Alvin M. Donnenfeld

Myron M. Studner Foundation, Inc. in memory of Phyllis Studner Grant

John Summerfield in memory of Anne Summerfield

Faye Tanzer and Family in memory of Gerald Honan

Margaret Troupin in memory of Beatrice P. Troupin

Lauren Veronis in memory of John Veronis

Leslie Ann D. Wallace in memory of Richard Bassett

Stewart Waltzer in memory of Linda P. Segal

Sarah T. Wardwell in memory of Allen Wardwell

Leonard G. Wilson in memory of Rose Jacobowitz

Faith-dorian and Martin Wright Family in memory of Jordan M. Wright

Eric Zafran in memory of Jacob Bean

Anonymous in memory of Mrs. Catherine G. Curran

Anonymous in memory of Frances and Benjamin Miller

## The Christmas Tree Fund in Memory of Loretta Hines-Howard

Grace Allen

Mr. and Mrs. Ronald L. Armstrong

Hope Brown

William Cashman

Mr. and Mrs. Anthony C. Corcoran

Anne F. Farish

Marie R. Galbraith

Mr. and Mrs. Yves Gonnet

Carol F. Gourley

Priscilla L. Grigas

Mr. and Mrs. Erik A. Hanson

Richard Helgason

Mr. and Mrs. Richard Hiegel

Joan O. Hinken

Mr. and Mrs. Ikuo Kamata

Donna Sydney Lewis

Marguerite D. McAdoo

Dr. Fletcher H. McDowell

Mr. and Mrs. Eric T. Miller

Mr. and Mrs. James E. Nielson

Janet Nolan

Robert S Pirie

Julie Pleus

Mary Jane Pool

Joseph Richards

Janet S. Rorbah

James E. Shields

Senator and Mrs. Alan K. Simpson

Mr. and Mrs. Murray Sternberg

Mr. and Mrs. John C. Sturgis

Dorothy Jeanne White

Anonymous (1)

# The Fund for the Met

## Steering Committee

Daniel Brodsky
*Honorary Chairman*
Annette de la Renta
*National Chairman*
E. John Rosenwald, Jr.
*Executive Chairman*
Lulu C. Wang
*Vice Chairman*
Richard L. Chilton, Jr.
Mark Fisch
Joyce Frank Menschel
Jeffrey Peek
Frank E. Richardson

Alejandro Santo
  Domingo
Shelby White
Barrie A. Wigmore

Max N. Berry
W. L. Lyons Brown
Diane W. Burke
Eliot C. Nolen
*Advisory*

Thomas P. Campbell
Emily Kernan Rafferty
*Ex Officio*

## Major Gifts Committee

Joyce Frank Menschel
*Chairman*
Lucinda Ballard
Stephen R. Beckwith
Josephine L. Berger-Nadler
Grace Bowman
Diane Carol Brandt
Susannah B. Bristol
Sally Brown
James E. Buck
Diane W. Burke
Austin B. Chinn
Catherine C. Davison

Peter Gates
Elizabeth M. Gordon
Carol B. Grossman
Ann M. Hotung
Karen T. Hughes
Jane Parsons Klein
Lisa Cook Koch
Nora Lavori
Duke R. Ligon
Linda M. Lindenbaum
Lee Paula Miller
Anne Murray
Eliot C. Nolen
John O'Keefe
Susan A. Ollila

Janice C. Oresman
Susan Palm
Romano I. Peluso
Cera Robbins
Bonnie Sacerdote
Diane H. Schafer
Clinton Standart
Eliot Stewart
Stefanie Tashkovich
Juliana Curran Terian
Marica Vilcek
Maria Villalba
Liana Weindling
Allan Weissglass
Barrie A. Wigmore

## Donors

### Gifts of $5,000,000 and above

Annie Laurie Aitken
  Charitable Trust
The Annenberg Foundation
Mrs. Vincent Astor
Robert and Renée Belfer
The Patti and Everett B.
  Birch Foundation
Bill Blass
Michael R. Bloomberg
Mr. and Mrs. James E.
  Burke
Jane C. Carroll and
  Robert E. Carroll
Judith and Russell Carson
Emily C. Chadbourne
Mr. and Mrs. Richard L.
  Chilton, Jr.
Frank A. Cosgrove, Jr.
Yannis S. Costopoulos
Mrs. Daniel Cowin
Lewis B. and Dorothy
  Cullman
Mr. and Mrs. Michel
  David-Weill
Gladys K. Delmas
The Dillon Fund
Douglas Dillon
Doris Duke
Sherman Fairchild
  Foundation, Inc.
Mr. and Mrs. S. Parker
  Gilbert
Thelma Williams Gill
Horace W. Goldsmith
  Foundation
The Florence Gould
  Foundation
Drue Heinz Trust
Margaret and Raymond J.
  Horowitz
Mr. and Mrs. Herbert
  Irving

Mary and Michael Jaharis
Anna-Maria and Stephen
  Kellen Foundation
Vehbi Koç Foundation
David H. Koch Charitable
  Foundation
Kenneth Jay Lane
Leonard A. Lauder
Thomas H. Lee and Ann
  Tenenbaum Lee
Robert Lehman
  Foundation, Inc.
Janice H. Levin
Blanche and A. L. Levine
Leon Levy and Shelby White
Samuel H. and Linda M.
  Lindenbaum
The Andrew W. Mellon
  Foundation
Joyce Frank Menschel
The Evelyn Borchard
  Metzger Foundation
Mr. and Mrs. John A.
  Moran
Sharmin and Bijan
  Mossavar-Rahmani
City of New York
State of New York
Eliot C. and Wilson Nolen
Cynthia Hazen Polsky and
  Leon B. Polsky
Fondazione Antonio Ratti
Mr. and Mrs. Oscar de la
  Renta
Mr. and Mrs. Frederick P.
  Rose
Bonnie J. and Peter M.
  Sacerdote
Mr. and Mrs. Andrew M.
  Saul
The Peter Jay Sharp
  Foundation
The Starr Foundation
Mr. and Mrs. Arthur Ochs
  Sulzberger
Doris and Stanley
  Tananbaum

Oscar L. Tang
Juliana and Peter Terian
Mrs. Lawrence Copley
  Thaw
Lizzie and Jonathan Tisch
The Alice Tully
  Foundation
Uris Brothers Foundation,
  Inc.
Marica and Jan Vilcek
Joyce and Dietrich von
  Bothmer
Anthony W. and Lulu C.
  Wang
Jack and Susan Warner
Malcolm H. Wiener
Barrie and Deedee
  Wigmore
Jayne Wrightsman
Anonymous (3)

### Gifts of $1,000,000-$4,999,999

Hugh Trumbull Adams
Jan and Warren Adelson
Carl Apfel and Iris Barrel
  Apfel
Plácido Arango
The Aristotle Foundation
Mr. and Mrs. Perry R. Bass
Frances and Benjamin
  Benenson Foundation,
  Inc.
Max and Heidi Berry
Patti Cadby Birch
Leonard G. Bisco
Andrea Bollt
Jean A. Bonna
Daniel and Estrellita
  Brodsky
The Brown Foundation, Inc.
Ambassador and Mrs. W. L.
  Lyons Brown
Mr. and Mrs. B. Gerald
  Cantor

Robert Carp
Martha Cohen
Anastasia S. Costopoulos
Daphne S. Costopoulos
The Honorable Anne Cox
  Chambers
Jane and Maurice Cunniffe
Jennifer and Joseph Duke
Mark Fisch and Rachel
  Davidson
Mrs. Lawrence A.
  Fleischman and Martha
  J. Fleischman
Forest City Ratner
  Companies
Marina Kellen French
Edwin F. Gamble
  Charitable Lead Trust
Jacques and Natasha
  Gelman
Tarsi and John Georgas
Peggy N. and Roger G.
  Gerry Charitable Trust
The Honorable Sir David
  Gibbons and Lady
  Gibbons
Howard Gilman
Thomas and Georgia
  Gosnell
Maggie and Gordon
  Gray, Jr.
Virginia H. Groomes
Nancy B. Hamon
John V. Hansen
Enid A. Haupt
Lita Annenberg Hazen
  Foundation
William Randolph Hearst
  Foundation
Robert and Harriet
  Heilbrunn
Mr. and Mrs. Roger Hertog
Mr. and Mrs. J. Tomilson
  Hill
Sir Joseph Hotung
Mr. and Mrs. James R.
  Houghton

Iris Foundation
The Isaacson-Draper
  Foundation
Mr. and Mrs. Hamilton E.
  James
Marian Jefferson
Charles B. and Ann L.
  Johnson
Laura Johnson
Janet and Howard Kagan
Ann Kaplan and Robert
  Fippinger
Mrs. Joseph H. King
Korea Foundation
Mr. and Mrs. Henry R.
  Kravis
Carolyn Lawson
Cynthia Leary
Dr. Robert A. Lehman
A. G. Leventis
  Foundation
Ellen L. Lichtenstein
William S. Lieberman
Henry O. Lowe
The Henry Luce
  Foundation
Maria-Gaetana Matisse
Mildred Meier Charitable
  Trust
Richard and Ronay
  Menschel
Elizabeth and Richard
  Miller
Harold Mills
Francis Neilson Trust
New Tamarind Foundation
Samuel I. Newhouse
  Foundation, Inc.
Peter Norton Family
  Foundation
Oceanic Heritage
  Foundation
Alexander S. Onassis
  Public Benefit
  Foundation
Joanne Pearson
S. Allyn Peck

Assunta Sommella Peluso, Ignazio Peluso, Ada Peluso, and Romano I. Peluso
David A. Powers
Mr. and Mrs. Charles Price
Alan and Jill Rappaport
Katharine and William Rayner
Dr. and Mrs. James S. Reibel
Frank E. Richardson
Joseph Rosen Foundation
Mr. and Mrs. E. John Rosenwald, Jr.
Laura G. and James J. Ross
Jack and Susan Rudin
The Derald H. Ruttenberg Foundation
Dr. and Mrs. Raymond R. Sackler
Samsung Foundation of Culture
Alejandro Santo Domingo
The Morris and Alma Schapiro Fund
Mr. and Mrs. Marvin H. Schein
Mr. and Mrs. David T. Schiff
Helen K. Schwartz
Joseph and Sylvia Slifka Foundation
Leona Sobel
Alfred Z. Solomon
Mr. and Mrs. Sheldon H. Solow
Judy and Michael Steinhardt
Toyota Motor Corporation
U.S. Department of Transportation
Carol and Terry Wall
The Miriam and Ira D. Wallach Foundation
Charlotte C. Weber
Benjamin Weiss
Mr. and Mrs. Guy Wildenstein
Barbara Wriston
Zodiac Fund
Roy J. Zuckerberg
Anonymous (10)

## Gifts of $500,000–$999,999

Hugh L. Adams Charitable Trust
Alamo Rent A Car, Inc.
Doris Alperdt
The Aronson Family Foundation
Mrs. Henry S. Blackwood
C. G. Boerner, LLC
Shirley Brodsky
Adele H. Brown
The Margaret A. Cargill Foundation

Sylvan C. Coleman
Paula Cussi
June B. Davies
David Allen Devrishian
Marion Lounsbury Foster
Rita Gluck
Mr. and Mrs. Robert G. Goelet
DeLancey Thorne Grant
John G. Guillemont
Gulton Foundation, Inc.
Frances C. Halley
Mr. and Mrs. Leon Hess
William Talbott Hillman Foundation
Department of Housing and Urban Development
Mary C. Jacoby
Eleanor Jerrems
Janet M. Johansen
Genevieve T. Keighley
Mrs. Alfred E. Lyon
Cora Marks
Catherine Mele Trust
Marlene Nathan Meyerson Family Foundation
Jan Mitchell
Mr. and Mrs. Lester S. Morse, Jr.
Ruth A. Mueller
National Endowment for the Humanities
Kazuhiko Nishi
Mrs. Donald M. Oenslager
James Haller and Mary Hyde Ottaway
Steven Rattner and Maureen White
Robert Rosenkranz
Mr. and Mrs. William J. Ruane
Save America's Treasures
The Schiff Foundation
Florene M. Schoenborn
Mr. and Mrs. Jeff C. Tarr
The Buddy Taub Foundation
The Tiffany & Co. Foundation
Annette E. Trefzer
The Isak and Rose Weinman Foundation, Inc.
Mr. and Mrs. Dave H. Williams
Anita P. Yates
Anonymous (4)

## Gifts of $100,000–$499,999

The Achelis and Bodman Foundations
Irene Roosevelt Aitken
Marisa I. Alonso
American International Group, Inc.
Arnold L. van Ameringen
Elinor Appleby

William R. Appleby Charitable Lead Trust
Mr. and Mrs. John J. Appleton
Adrienne Arsht
The Cornelia T. Bailey Foundation
Diana Barrett and Robert Vila
Mr. and Mrs. Sid R. Bass
Olivier and Desiree Berggruen
Mr. and Mrs. Leon D. Black
Ruth Block
Charles Bloom Foundation
Booth Ferris Foundation
Shirley F. Bowring
Louise G. Bralower
Frances F. and Leo D. Bretter
Alain van den Broek d'Obrenan
Mrs. Moreau D. Brown, Jr.
Philip Krag Browne
Ben F. Bryer, M.D., F.A.C.S.
Bulgari
Christine Burgin
Mr. and Mrs. Walter Burke
Diane Burkhart
Jane Hays Butler, Paul D. Schurgot Foundation
Sue Cassidy Clark
Louis & Virginia Clemente Foundation, Inc.
Dr. and Mrs. Sidney G. Clyman
Joseph and Barbara Cohen
Thais Cohrone
Harry J. Colish
The Concordia Foundation
George and Sophie Coumantaros
Paul and Paulette Cushman
Ron Daniel and Lise Scott
Stuart Daniels
Lucy and Mike Danziger
Peggy and Richard M. Danziger
Elizabeth B. Dater and Wm. Mitchell Jennings, Jr.
Fanny Davidson
Madeline Davidson
F. Marion Davis
Mr. and Mrs. Daniel P. Davison
Paul Diethelm
Mona Dingle
Douglass Foundation
Doris Duke Foundation for Islamic Art
William Ealer
Elizabeth W. Easton and Thomas W. Easton
The George Economou Collection
Mrs. James C. Edwards
Janice Reals Ellig and Bruce Ellig

Mr. and Mrs. John J. Entwistle
Mortimer and Ruth Roaman Epstein
Mr. and Mrs. James H. Evans
Anthony B. Evnin
Robert and Bobbie Falk
Ina P. Farber
Louis Feinberg
Michael Finkelstein and Sue-ann Friedman
Robert and Elizabeth Fisher Fund
The Forchheimer Foundation
William and Charlotte Ford
Barbara and Howard Fox
Dr. Oscar H. Friedman
Stephen A. Geiger
Mr. and Mrs. Richard L. Gelb
Arnold and Arlene Goldstein
Clarice Goldstone
Joan and Donald Gordon
Gould Family Foundation
Jane M. Gould
Helen I. Graham
Eugene and Emily Grant
The Mary A. and Thomas F. Grasselli Foundation
Alexis Gregory
Mary Livingston Griggs and Mary Griggs Burke Foundation
The Honorable and Mrs. Henry A. Grunwald
William M. Hannafin
Vivian Hanson
Mr. and Mrs. Conrad K. Harper
Joseph H. Hazen Foundation
Regina and John Heldrich
Frank D. Henderson
Mrs. Milton Herman
Loretta Hines Howard Trust
Charlene and David Howe
Roberta and Richard Huber
Elene Weeks Huston
Bernie Hutner Trust
Caroline Howard Hyman
The Irwin Family
Tinku and Ajit Jain
William A. Jones
Warren and Joanne Josephy
Louise W. Kahn
William W. Karatz
Thea Katzenstein
Ian Jay Kaufman
W. M. Keck Foundation
Denis and Carol Kelleher
Ellsworth Kelly Foundation
The Hagop Kevorkian Fund
Jane and Charles Klein

Ruth & Seymour Klein Foundation, Inc.
Virgilia Pancoast Klein and Walter C. Klein
The Walter C. Klein Foundation
Steven M. Kossak
Kowitz Family Foundation
Barbara and Paul Krieger
Mr. and Mrs. Philip Allen Lacovara
Rosetta Larsen Trust
Mr. Bryan H. Lawrence and Dr. Betsy Lawrence
Kathryn Jaharis Ledes and Richard Ledes
Joel Leff
Norman M. Leff
Phillip and Edith Leonian Foundation
Sally and Howard Lepow
The Levien Foundation
The Philip and Janice Levin Foundation
The A. L. Levine Family Foundation
The B. D. G. Leviton Foundation
Jerome Levy Foundation
Raymond A. Lieberman
Duke R. Ligon
George P. Livanos Foundation
Lois B. and James M. Lober
Grace L. Long
Audrey Love Charitable Foundation
Camille M. Lownds
Delaney H. and Walter B. Lundberg
Mr. and Mrs. Robert I. MacDonald
The Roger Mahey Revocable Trust
The Robert Mapplethorpe Foundation, Inc.
Philip and Jennifer Maritz
Mrs. Frits S. Markus
Mr. and Mrs. Frank Martucci
Phyllis D. Massar
Ruth Matthews
Joseph F. McCrindle
John J. Medveckis
Vivian Megerian
Mr. and Mrs. Ricardo A. Mestres, Jr.
Mr. and Mrs. James F. Miller
Stephen S. Morrow
Edmund Murray
Museum of Cycladic and Ancient Greek Art
Mary Schiller Myers
National Science Foundation
Neil Ness
Mr. and Mrs. David Netto
Mr. Roy R. Neuberger

The New York Times Company Foundation, Inc.
Vincent Newton
Henry Nias Foundation, Inc.
Sylvia O'Brien
Mr. and Mrs. George D. O'Neill
Olayan Charitable Trust
Open Society Institute
Mr. and Mrs. Bernard G. Palitz
Gregory and Susan Palm
Dr. Robert and Jessie Palmer
James Parker Charitable Foundation
Parnassus Foundation/Jane and Raphael Bernstein
Mr. and Mrs. Jeffrey M. Peek
Sarah Peter
Mrs. Simon B. Poyta
Quinque Foundation
Harriet C. Rath
Hilda M. Regan
Vicente De La Reguera
Mildred Rendl-Marcus
Phebe Rich
Stephen and Jennifer Rich
Fred M. and Rita Richman
Mr. and Mrs. Allan J. Robbins
Josie and Julian Robertson
The Inez S. Rolfes Trust
Daniel and Joanna S. Rose Fund, Inc.
Mr. and Mrs. Irving Rose
Susan and Elihu Rose Foundation, Inc.
Mrs. Alexandre Rosenberg
Mr. and Mrs. Jon W. Rotenstreich
Sandra and Joseph Rotman
Sir Paul Ruddock and Lady Ruddock
Renée Sacks
Diane H. Schafer
Richard Scharff
Darwin F. Schaub
Kathleen and Edward J. Scheider
Donna and Marvin Schwartz
Dorothy Schwartz
Sheila W. and Richard J. Schwartz
Florence B. Selden
Joan Sianta Estate Trust
Marilyn M. Simpson Charitable Trust
Margaret and Herman Sokol
Jeffrey B. Soref
Mr. and Mrs. Thomas A. Spears
Deanne Spencer
Carl Spielvogel and Barbaralee Diamonstein-Spielvogel

Mrs. Frederick M. Stafford
Priscilla Stafford
Lois and Arthur Stainman
Frank Stanton
Heidi S. Steiger
Kathryn Walter Stein
Mabel K. Stein
Dr. Frank P. Stetz
Eliot and John Stewart
Gertrud Suskind
Marie and John Sussek
Michael M. Sweeley
Anne B. Swenson
Eugene V. Thaw
The Thorne Foundation
Mr. and Mrs. David M. Tobey
Murray A. and Suzanne G. Valenstein
Elizabeth G. Vestner
The Vidda Foundation
Abraham L. Waintrob
Robert T. Wall
Mary J. Wallach
Ruth Warshaw
Mr. and Mrs. William M. Weiant
Joan S. Weil
Liana Weindling
Candace King Weir
Alice Weiss
Roberta and Allan Weissglass
Mr. and Mrs. James O. Welch, Jr.
Edwin Weyer
Elinor C. Whitson
Mr. and Mrs. Erving Wolf
Robert D. and Jennifer Saul Yaffa
Donald Young
William K. Zinke
Nicholas S. Zoullas
Mr. and Mrs. Morris E. Zukerman
Anonymous (22)

## Gifts of $50,000-$99,999

A G Foundation
Mr. and Mrs. John F. Akers
Shepard L. Alexander
Mrs. David D. Alger
Anthony and Ecetra Nippert Ames
Harriett Ames Charitable Trust
Mr. and Mrs. William G. Anderson
Archer Daniels Midland Company
The Vincent Astor Foundation
Mr. and Mrs. Ronald R. Atkins
Babcock Galleries
James Barger
Elizabeth G. Beinecke

Mr. and Mrs. Frederick W. Beinecke
Florence Belsky
Jeffrey L. Berenson
Jason and Susanna Berger
Josephine L. Berger-Nadler
Dr. and Mrs. Jack Bergstein
Stephanie and Leonard Bernheim
Sewell C. Biggs
Herbert Black
Nicholas J. Bouras
Patricia F. Bowers
Madeline and Kevin R. Brine
Charles-Noël van den Broek d'Obrenan
François van den Broek d'Obrenan
Sally and Thatcher Brown
The William C. Bullitt Foundation
Larry and Ann Burns
Mr. and Mrs. Gilbert Butler
Charles Butt
Mr. and Mrs. Robert M. Buxton
Mrs. Andrée Markoe Caldwell
Miriam Chan
The Chapman Family Charitable Trust
T. Robert Chapman Living Trust
Austin B. Chinn
Christie's
Mr. and Mrs. Gustavo Cisneros
Louis & Virginia Clemente Foundation, Inc.
Jonathan L. Cohen
Karen B. Cohen
Marian and James H. Cohen
Vineta and Robert Colby
Gloria J. Conn
Gertrude Whitney Conner
George E. Coughlin
The Cowles Charitable Trust
Diane and Robert Cummings
Catherine G. Curran
Heinz Dawid
J. Dennis Delafield and JoAnn S. Delafield
Didier Aaron Inc.
Mr. and Mrs. J. Richardson Dilworth
Marjorie P. Dowell Charitable Trust
Dr. and Mrs. Lewis M. Dubroff
Nancy K. Dunn
E.H.A. Foundation, Inc.
Cezarina Edelstein
Adrian T. Eeles
Esmie Eleftheriades

Mrs. Richard Ettinghausen
Charles Ettl
Mr. and Mrs. Thomas Mellon Evans, Jr.
Dr. and Mrs. Burton P. Fabricand
The Felicia Fund
Martha Feltenstein
Winnie and Michael Feng
Leon Finley
Thomas R. Firman
Elizabeth E. and John C. Fontaine
Jacqueline Loewe Fowler
The Frelinghuysen Foundation
The Helen Clay Frick Foundation
The Fried Foundation
Robert and Ann Fromer
FSB Fund
Jacqueline and Robert Garrett
Peter Gates
Gordon S. Gavan
Mr. and Mrs. Michael E. Gellert
Jerome Gewirtz
Bertrand J. Gilman
Lionel Goldfrank III
Goldman, Sachs & Co.
Roslyn and Leslie Goldstein Foundation
Daniel Greenberg and Susan Steinhauser
Christopher Grisanti and Suzanne P. Fawbush
Carol and Charles Grossman
Anne Hamilton
Merrill G. and Emita E. Hastings Foundation
Mary Ellen and Gates Hawn
Lenore Hecht
Eleanor Avery Hempstead
John R. Henry
Dick and Helen Henshaw
Mr. and Mrs. Richard Herber
Mr. and Mrs. Raymond Herrmann
Drs. Irma and Andrew Hilton
Georgeane Hnojsky
Noriyoshi Horiuchi
Jacobsen Foundation
Dudley D. Johnson
J. Stewart Johnson
Bernard Kantor
Eugenie D. Kaufman
Mark and Anla Cheng Kingdon Foundation
J. Arvid Klein and Cynthia C. Crimmins
Samuel H. Kress Foundation
Kenneth and Vivian Lam
Saundra B. Lane
Louise C. Lange

Ira Langsan
Gertrude Lanzner
Lawrence and Michelle Lasser
Nora Lavori
Caral and M. J. Lebworth
Peter M. Lehrer
Dr. and Mrs. Richard R. Lindsey
William Livingstone
Irma Mack
Mr. and Mrs. Peter L. Malkin
Elsie R. Marrus
The Page & Otto Marx, Jr. Foundation
Sylvia and Leonard Marx, Jr.
Barbara and Sorrell Mathes
Lindsay P. McCrum
Dennis and Karen Mehiel
Lee P. Miller
Mr. and Mrs. Nicholas Millhouse
Maddy and Larry Mohr
Moore Capital Management, Inc.
Mr. and Mrs. George B. Munroe
Murray L. and Belle C. Nathan
National Endowment for the Arts
Ann P. Neupauer
The Barnett and Annalee Newman Foundation
Michael O'Keeffe
Dorinda J. Oliver
Janice and Roger Oresman
Virginia W. Ortlieb
Elisabeth Haldane Pell
David S. and Elizabeth W. Quackenbush
Alice Rand
Wendy S. and Robert E. Reilly
Mrs. William C. Ridgway, Jr.
Mr. and Mrs. Clifton S. Robbins
Yvonne Rosen
Beatrice Rubenstein
Sakıp Sabancı
Sacred Circles Fund/The Greater Kansas City Community Foundation
Irene and Frank Salerno Family
Pamela and Arthur Sanders
Joseph J. Santry
Dr. and Mrs. Stephen K. Scher
Rosalind Schwartzbach Trust
Dinah Seiver and Thomas E. Foster
Carl Selden Trust
Maryam Seley
Alfred Marc Serex
Alexander Shashaty Family Foundation

Bernice Baruch Shawl
Judith E. Siegel-Baum
Sotheby's
William and Bette-Ann Spielman
Mr. and Mrs. Jay Stein
Mrs. Bruce B. Steinmann
George and Sheila Stephenson
Martha and Alexis Stewart
The Dorothy Strelsin Foundation, Inc.
Mr. and Mrs. Daniel B. Strickler, Jr.
Mr. and Mrs. John A. Syverson
Aso O. Tavitian
June Teufel
Seran and Ravi Trehan
Jock Truman and Eric Green
U.S. Trust Corporation Foundation
Mr. and Mrs. Ronald J. Ulrich
Thomas and Ann Unterberg
Adlyn Moeller Van Steenberg Trust
Miss Jane P. Watkins
Dr. John C. Weber
John and Ida Wiley
Thomas Williams
Mr. and Mrs. D. Scott Wise
Martha Daly Wolfson
Gary and Sarah Wolkowitz
Yorktown Partners LLC
Anonymous (12)

**Gifts of $25,000-$49,999**

Gloria M. Abrams
Joan Taub Ades and Alan M. Ades
Edith Adler
Ahearn-Holtzman, Inc.
Tania and Anilesh Ahuja
Elsie V. and M. Bernard Aidinoff
John D. Amsterdam
Vijay K. Anand, M.D. and Nanda Anand
Mary Ann and Frank B. Arisman
Gayle Perkins Atkins and Charles N. Atkins
Lucinda Constable Ballard
Bank of Cyprus Ltd.
Robert R. Barker
Anne H. Bass
The Kurt Berliner Foundation
Jewelle and Nathaniel Bickford
Maria-Christina and John Bilimatsis
Nelson Blitz

Jennifer Boondas
Cynthia and Steven Brill
Atherton Bristol
Susannah and Brian Bristol
Fritz Buchthal, M.D.
Margaret A. Lennox Buchthal, M.D.
Mr. and Mrs. James E. Buck
Sheila Calderon
Constance and Carroll L. Cartwright
John and Margo Catsimatidis
Helen Clay Chace
Mrs. Merritt A. Cleveland
Mr. and Mrs. Stewart B. Clifford
Suzanne and Bob Cochran
Steven and Alexandra Cohen
Thomas A. and Nouchine Connolly
The Maurice J. Cotter and Muriel J. Sheahan Charitable Foundation Trust
Cravath, Swaine & Moore
Edgar M. Cullman, Jr.
Bita Daryabari
The James Dicke Family
Dickinson Roundell, Inc.
Marjorie and Alan Doniger
Mr. and Mrs. Walter A. Eberstadt
Arthur H. Elkind, M.D.
The Diana Sloane Field Fund
John J. and Laura Fisher
William and Sakurako Fisher
Nancy Ford
Mrs. Daniel Fraad
Franklin Industries, Inc.
Mr. and Mrs. Lawrence S. Friedland
The L. W. Frohlich Charitable Trust
Phillip and Patricia Frost
David and Marilyn Fuhrmann
Mr. and Mrs. Roswell L. Gilpatric
Nellie and Robert Gipson
William B. Goldstein, M.D.
Gouray Fund, Inc.
Barbara Grace
Harriet Gruber
Jane and James Harpel
Grace W. Harvey
Mr. and Mrs. Randolph Hearst
Celia Tompkins Hegyi
Herrick Theater Foundation
Vira Hladun-Goldmann
Thomas Hoving
Mr. and Mrs. John K. Howat

The Charles Evans Hughes Memorial Foundation
Karen and Jefferson E. Hughes
Fern Karesh Hurst
Dr. and Mrs. Steven Jaharis
Barbara S. Janos
Jill Newhouse Drawings
Eileen Weiler Judell and Robert Buchman Judell
Thomas Kaplan and Daphne Recanati Kaplan
George M. and Linda H. Kaufman
Henry and Lili Kibel
Mr. and Mrs. Young Kwan Kim
Ann and Gilbert Kinney
The Honorable and Mrs. Henry A. Kissinger
Robert E. and Lisa C. Koch
Coco and Arie L. Kopelman
Alan W. Kornberg
Evelyn Kranes Kossak
Kurtz Family Foundation, Inc.
Elaine and Ken Langone
Brigitte Laube-Schüepp
Lavori Sterling Foundation, Inc.
Virginia LeCount
Judith and Gerson Leiber Foundation
Mr. and Mrs. George L. Lindemann
Mr. and Mrs. Francis D. Logan
Susan E. Lynch
Stephen Mazoh and Co., Inc.
Anya McComsey
Ms. Diahn McGrath
Anne McIlvaine
Alice Pack Melly
Victor and Tara Menezes
Bethany and Robert B. Millard
Charlotte Milman
James and Zoe Moshovitis
Neuberger Berman Foundation
Stanley Newman and Dr. Brian Rosenthal
Mr. and Mrs. William J. Nolan III
The Overbrook Foundation
Jessie Kindel Palmer
John and Mary Pappajohn
John and Marisa Payiavlas
Mr. and Mrs. Harvey B. Plotnick
Lia and Stacey Polites
Stanley Posthorn
Mr. and Mrs. Richard G. Powell
Felipe and Renata Propper de Callejon

The Henry and Henrietta Quade Foundation
Quarry Hill Foundation
Mr. and Mrs. F. F. Randolph
Bonnie M. Reese
Mr. and Mrs. Laurance S. Rockefeller
Adam R. Rose and Peter R. McQuillan
The Abner Rosen Foundation Inc.
Arthur Ross Foundation, Inc.
Holly and David Ross
The Judith Rothschild Foundation
Mr. and Mrs. Helmut H. Rumbler
Robert T. and Cynthia V. A. Schaffner
Frederick Schultz and Carole Aoki
Eileen Caulfield and Terrance W. Schwab
The Selz Foundation
Isabelle Sherlock
Kenneth P. Siegel
Justine Simoni and O. Frank Rushing
Ann and Richard Solomon
Judith Sommer Trust
Ann M. Spruill and Daniel H. Cantwell
Mr. and Mrs. Joseph G. Standart III
Ted and Vada Stanley
David B. Sterling
Usha M. and Marti G. Subrahmanyam
Mia Cornell Taradash
Mr. and Mrs. Edward J. Toohey
A. Robert Towbin and Lisa Grunow
Sofia and Angelo Tsakopoulos
Archie and Happy van Beuren
Valerie A. van der Heyden
Mr. and Mrs. Hugh B. Vanderbilt, Jr.
Marjorie and Charles VanDercook
Doris and Ritchard Viggiano
Jane B. Wachsler
Drs. Sandran and Shantha Pramesh Waran
Nellie Westerman
Lyn Watson Williams
Mr. and Mrs. Clark B. Winter, Sr.
Anonymous (6)

**Gifts of $10,000-$24,999**

William and Vicki Abrams

Alfred and Binnie Adler
Mario and Norma Albertini
Dr. and Mrs. Ralph E. Alexander
Ann and Steven Ames
Dr. Claire Anderley
Arbib Foundation
Mr. and Mrs. Steven J. Aresty
Mary B. and Dr. Robert L. Arnstein
Bernard and Audrey Aronson Charitable Trust
Mrs. R. Ellen Avellino
Christina Baltz and Vincent Casey
David and Janice Barnard
Will and Elena Barnet
Mr. and Mrs. Robert A. Bendheim
Gilles Bensimon Inc.
John and Constance Birkelund
Mrs. George P. Bissell, Jr.
Mrs. Alfred Bloomingdale
Grace Grasselli Bowman
Dr. and Mrs. Goodwin M. Breinin
Mr. and Mrs. S. R. Bross, Jr.
Elizabeth A. R. and Ralph S. Brown, Jr.
Mr. and Mrs. David Owen Brownwood
Frederick and Marie-Claude Butler
Samuel C. Butler
Nina Bykow
Vivian F. Carlin
Avna Cassinelli
Amita and Purnendu Chatterjee
Jane Forbes Clark
Albert R. Connelly
Ricki Gail Conway
Mary Sharp Cronson
Joanne Toor Cummings
Evelyn Wilcox Damon
Peter Stormonth Darling
The Ellen and Gary Davis Foundation
Andre C. Dimitriadis
Judy and Jamie Dimon
The Dobson Foundation Inc.
Mr. and Mrs. Frank P. Doyle
Alice Levi Duncan
Kenneth and Mary Edlow
Frederick Elghanayan
June B. Feldman
Mr. and Mrs. Hart Fessenden
The Fifth Floor Foundation
T. Richard Fishbein
Mrs. Donald G. Fisher
William and Lesleigh Forsyth

Robert L. Froelich
Stephen D. Fuller
Hiroyuki Furuno
Joan and John Galiardo
Kristin Gary Fine Art, Inc.
Mr. and Mrs. Philip George
George J. Gillespie III
Rosalind and Eugene J. Glaser
Goldsmith Family Charitable Foundation, Inc.
Constance Goulandris
George D. Gould
Eugen Grabscheid
Robert D. and Marjorie S. Graff
Mr. and Mrs. David Grey
Mr. and Mrs. George V. Grune
Anita and Ash Gupta
Kwang Ho Hahn
Mr. and Mrs. Lewis R. M. Hall
John L. and Donna Hardiman
Katherine and Joseph Hardiman
Kathleen Harker
Stephanie and John Harris
Dr. and Mrs. Rudolf J. Heinemann Charitable Trust
Lucile C. Henke
Richard J. Hiegel
Neil C. Hirsch
Linda B. Hirschson, Esq.
Philip Holzer
Alan J. Hruska
The Lucy Washington and Renwick Clifton Hurry Fund
Mr. and Mrs. Robert J. A. Irwin
Marjorie S. Isaac
Philip Henry Isles
Joan L. and Dr. Julius H. Jacobson II
Thomas Jayne Studio, Inc.
Robert D. Joffe
Madeleine Rudin Johnson and Grant Johnson
Mr. and Mrs. Peter H. Kaskell
Keno, Inc.
Dr. Edith Kern
Holly Moon Kim
OkHee Moon Kim
Younghee Kim-Wait and Jarett F. Wait
Reed Krakoff
Mr. and Mrs. John H. Krehbiel, Jr.
Fred Krimendahl and Emilia Saint-Amand
Ted and Carole Krumland
Mr. and Mrs. Ronald S. Lauder
Alexandra Lebenthal and Jay Diamond

Mr. and Mrs. Noel Levine
Norman G. Lind
The Lipman Family Foundation, Inc.
Hugh P. Lowenstein
George T. Lowy
Mr. and Mrs. Peter Lunder
Mallett Inc.
Anthony D. Marshall
Helen Mayhew
Joseph F. McCrindle Foundation
Nancy and David McKinney
Terence S. and Emily Souvaine Meehan
Reverend Wiley Merryman
Caroline Rennolds Milbank
Andrea and Kenneth Miron
Katherine Price Mondadori
Silas R. Mountsier III
NAMSB Foundation, Inc.
John O'Keefe
Susan A. Ollila
Hideyuki Osawa
Clifford L. Paden
Anka Palitz
Edward L. Palmer
David Scott Parker
Maurice Passy
Mr. and Mrs. Robert M. Pennoyer
Dara and Mark Perlbinder
Barbara Petak
Mr. and Mrs. Alfred Pommer
Ula Pommer
Mrs. Lewis T. Preston
Sara Davis Pride
The Francesca Ronnie Primus Foundation, Inc.
The Prospect Hill Foundation
Andrew S. and Deborah Rappaport
Girish and Rasika Reddy
Barbara and Marc Reiss
Karen Bedrosian Richardson
Robert S. Rifkind, Esq.
Marguerite Riordan
The Rose Marrow Fund
The Rust Family Foundation
Mrs. Edmond J. Safra
Louise Filer Schloss Trust
Katherine L. Schrenk
Susan Schulman and Lawrence Eyink
H. Marshall and Rae Paige Schwarz
Elizabeth and Stanley D. Scott
Susan Seidel
Melvin R. Seiden Fund
Bernice and Gerald Shaftan
Gloria Wells Sidnam
Arax Simsarian

Mr. and Mrs. Alexander B. Slater
Mr. and Mrs. Randall D. Smith
Mr. Andrew Solomon
Carolyn Specht
John and Natalie Spencer
Burton B. Staniar
The Stebbins Fund, Inc.
Elizabeth Steidel
The Harold & Mimi Steinberg Charitable Trust
Leo Steinberg
Drs. James J. and Gladys Witt Strain
Mr. and Mrs. George H. Strong
David E. Stutzman and John D. Lamb
Arlie Sulka
Charles J. Tanenbaum
Eva M. Tausk
Noel and Maureen Testa
Virginia F. Thors
Mr. and Mrs. P. Coleman Townsend, Jr.
George S. Tsandikos
Mrs. Harold D. Uris
Ruth and John Varley
Mr. William D. Vogel
Mrs. Thomas O. Waage
Elizabeth and Edgar Wachenheim, Jr.
Fern and George Wachter
Barbara Walters
Irene L. Waskow
Monroe A. Weiant
Mrs. Sidney Weinberg, Jr.
Mr. and Mrs. Lorenzo Weisman
Mr. and Mrs. Walter C. Weissinger, Jr.
Bruce J. Westcott
The Widgeon Point Charitable Foundation
Mr. and Mrs. James D. Wolfensohn
Anonymous (18)

## Gifts of $1,500–$9,999

Abraham Foundation
Armin Brand Allen
Frederick H. S. and Annelyse M. Allen
Mr. and Mrs. Charles Altschul
C. Derek and Patricia Love Anderson
Malcolm G. Anderson
Helen-Mae and Seymour Askin Fund
Michele and Pat Atkins
Audiovox Communications Corp.
Richard L. Ault
Alan C. Baer

Mr. and Mrs. Glenn W. Bailey
Jill Baker
Mary Ellen Ball
Penny and Bill Bardel
Walter Bareiss
Bruce Barnes
Thomas D. Barr
The Barrington Foundation, Inc.
J. N. Bartfield Galleries, New York
Kit S. Basquin
Gilbert and Doreen Bassin
Nancy Terner Behrman
Helen W. Benjamin
Denise Benmosche
Nancy Benzel
Pam and Gene Bernstein
Christine and Robert Beshar
Mr. and Mrs. J. T. Bigbie
The Blessing Way Foundation, Inc.
The Boeing Company
Dr. and Mrs. Robert E. Booth, Jr.
Susannah and Livio Borghese
Ronald Bourgeault
Karen Johnson Boyd
James and Linda Brandi
Alyson Fendel and Richard Breier
Brioni Roman Style USA Corporation
Nathaniel Bristol
Mr. and Mrs. Thomas R. Brome
Mr. and Mrs. Michael C. Brooks
Mr. and Mrs. John S. Brown, Jr.
Katharine R. Brown
Morton R. Brown
Sarah W. Bryan
Mr. and Mrs. Martin Budd
Mary L. Bundy
Catherine Cabaniss
Thomas P. Campbell
Ann and Peter Cannell
Korda Herskovits Caplan
Elisabeth Reed Carter
Gail and Chuck Caulkins
Virginia G. Cave
Lori and Alexandre Chemla
The Chinese Porcelain Company
Mr. and Mrs. Henry Christensen III
Mary E. Clark
Richard V. Clarke
Kathleen and William Cohen
Noel and Baukje Cohen
Marie H. Cole
Conner Rosenkranz LLC
John A. and Margaret H. Cook Fund, Inc.

Charles Cowles
Eckley B. Coxe
Herbert and Jeanine Coyne Foundation, Inc.
Mr. and Mrs. Alan Curtis
Theodore R. Cuseo
Joan H. Daeschler
Esther Dane
Mr. and Mrs. Les Daniels
Mr. and Mrs. Edmund R. Davis
Mr. and Mrs. Guy de Chazal
France and Susan de Saint Phalle
DeBard Johnson Foundation
Jessie McNab Dennis
Mary and Roland DeSilva
Mrs. Richard E. Diamond
Gerald and Ruth Dickler
Frances Dittmer
Ditty Peto, Inc.
Evelyn Domjan
Susan E. Donovan
James David Draper
Hugo Dreyfuss
Virginia and John Dughi
Mr. and Mrs. Timothy A. Eaton
Delphine and Frank Eberhart
Susan Eddy
James M. Edwards
Mr. Harvey Eisen
Dr. Robert N. Elkins
Mr. and Mrs. Martin Emmett
Polina and Yan Erlikh
ETS Leon Aget
Mr. and Mrs. Thomas M. Evans
Mr. and Mrs. William M. Evarts, Jr.
Elizabeth Mugar Eveillard
Mr. and Mrs. Joseph P. Fahey, Jr.
Margot and Sy Falik
Cynthia and Nelson Farris
Mr. and Mrs. Stuart P. Feld
James Flaws and Marcia Weber
Ernest L. Folk
David B. Ford
Clare, Jack, Pamela, and Beau Fraser
George L. K. Frelinghuysen
Peter H. B. Frelinghuysen
Dr. and Mrs. Henry Clay Frick II
Robert and Harriet Friedlander
Jeri Garbaccio
Marilyn Gerstenhaber
Tamilla F. Ghodsi
The Reverend Davis Given
Bernard Goldberg Fine Arts
Carol and Arthur Goldberg
Miriam Goldfine

125

Stormy Byorum Good
The Honorable and Mrs. Roy M. Goodman
Ruth Caley Goodsill
Leo Gorin
Michele and Richard Goss
James Graham & Sons
Grann Family Foundation
Mme. Robert Gras
Susan and Edward Greenberg
Jane Greenleaf
Anne K. Groves
Marc M. Groz and Robbin Juris
Peter and Helen Haje
Anna M. Halpin
Halley K. Harrisburg and Michael Rosenfeld
Kitty Carlisle Hart
Sylvia Kay Hassenfeld
Ali G. Hedayat and Emanuela Graziano
Susan and Robert Hermanos
Helene P. Herzig
Marlene Hess and James D. Zirin
Walter W. Hess, Jr.
The Hite Foundation
The Hohmann Foundation
Hollis Taggart Galleries
Mr. and Mrs. Harold Holzer
John D. Hopkins and Laurie House Hopkins
Charlotte G. Howland
Philip and Gretchen Hull
Maria Hummer and Bob Tuttle
John F. Hunt, Esq.
Carleen Maley Hutchins
The Indian Point Foundation
Josephine Jackson Foundation
Douglas Jakubowski and Joseph Conforti
The Richard Hampton Jenrette Foundation, Inc.
Johnson Charitable Gift Fund
Anne K. Jones
Jane Joseph
Barbara L. Kahn
Dr. and Mrs. Michael G. Kalogerakis
Linda Heller Kamm
The Kandell Fund
Ronald S. Kane
Dr. and Mrs. James L. Kantor
Elizabeth and Ted Kaplan
Herbert Kasper
Harvey K. Kaye
Dean and Elizabeth Kehler
Nanette R. Kelekian
Mr. and Mrs. Donald G. Kempf, Jr.

Tori and Mike Kempner
Kennedy Galleries
Hoshang J. Khambatta
Mr. and Mrs. Tchah-Sup Kim
Mr. and Mrs. Henry L. King
The KMC Foundation
Harold Koda
David A. Krol
Mr. and Mrs. Peter J. Kubicek
Linda Noe Laine
J.J. Lally & Co.
Lansing and Ada Lamont
Laird Landmann
Barbara M. and Richard S. Lane
Nancy L. Lane
Dr. Martha C. Larsen
Lava Films, Inc.
Constance G. Lawton
Irene Levoy
Susan Grant Lewin
Irene Lewisohn Charitable Trust
The Bertha and Isaac Liberman Foundation Inc.
The Limited Foundation
Mrs. John E. Lockwood
Mrs. Screven Lorillard
Mary Lublin Fine Arts
Louis A. Lubrano
The Honorable and Mrs. William H. Luers
Martin Lutzer
Barbara Putnam Lyman
Marion Lynton
Anne Marie MacDonald
The MacMillan Family Foundation Inc.
William B. Macomber
Annie and Cameron MacRae
James C. and Marie Nugent-Head Marlas
T. Scott Martin and Janet A. Martin
Marx Realty & Improvement Co., Inc.
Mr. and Mrs. William L. Matheson
Elizabeth L. Mathieu, Esq.
Mr. and Mrs. William M. Matthews
McCaffrey Family Fund
Peg McCormack and Rod Sidway
Mr. and Mrs. Robert A. McDade
Pandy S. McDonough
Nion T. McEvoy
Marie Bannon McHenry
Laura McLeod
Vicky L. McLoughlin
Veronica and John F. McNiff
James C. Meade Revocable Trust

Gerard M. Meistrell
Andrew and Eunice Melnick
Dr. and Mrs. Ascher Lawrence Mestel
Carol R. Meyer
Henry S. Meyers
The Honorable J. William Middendorf II
Dr. and Mrs. David T. Mininghoy
Maziar Minovi and Michelle Exline
Mr. and Mrs. Joseph V. Missett III
Atosa Moini
Mr. and Mrs. Philippe de Montebello
Lane H. Montgomery
Mr. and Mrs. Christopher S. Moore
Moroccan-American Cultural Center, Inc.
Carlos D. Moseley
Dr. and Mrs. Edmond O. Mukamal
Barbara Gooden Mulch
Miyeko Murase
David and Lori Nader
Alexandra and Grayson Nash
Josie and Ken Natori
Brenda Nestor
Marianne and Robert Newman
Vera and Edward G. Newman
Jan Nicholson
Jared Robert Nodelman Foundation
Alice H. and Halsey M. North
Mrs. Greenway O'Dea
Morihiro Ogawa
Mr. and Mrs. Edward Olesky
Melinda Papp
Alma B. Parr
Persian Heritage Foundation
Carole Pesner
Sandy and Norman Pessin
Daniel Petroski
Ivan E. Phillips
Mr. and Mrs. Thomas L. Piper III
Fred Plum, M.D.
Amy and Robert L. Poster
Louis H. and Joanne Price
Robert T. Priddy
Mr. and Mrs. Rodney M. Propp
Monsieur Henry Racamier
Emily K. Rafferty
Mr. and Mrs. Martin E. Rahe
Ned and Susan Regan
Donna I. Regenstreif
Republican Main Street Partnership

Virginia Ridder
Elizabeth M. Riley
Henry P. Riordan
Lewis and Marcia Ripps
Eva K. Roberts
Barbara Paul Robinson, Esq.
Rockefeller & Co., Inc.
Florence S. Rolfe
Mrs. James J. Rorimer
Michael Rosenfeld Gallery
Robert Rosenman
Ellin Rosenzweig
Frances Ross
Gayle and Howard Rothman
Judith O. and Robert E. Rubin
Polly Rubin
F. Barry Ryan and Kathleen McCartney Ryan
Salander-O'Reilly Galleries, New York
Karola Sallan
Mark and Samantha Sandler
Varsenne and Antranig Sarkissian
Charles C. Savage
Robert L. Savitt
Henry B. Schacht
Mr. Joseph M. Scheuner
Sanford J. Schlesinger and Lianne Lazetera
Walter J. Schloss
Dr. and Mrs. Michael Schmerin
Joan Arden Schorsch
Harvey Bressler Schuyler
Bernard and Ida Schwartz
Mr. Frederick A. O. Schwarz, Jr.
Ritchie M. Scribner
Mr. and Mrs. Edwin A. Seipp, Jr.
Mary-Ann Selassie
Alan and Edith Seligson
Fredda S. Sexton
Sol and Frieda W. Shaviro
Muriel Siebert
Cylia Gindi Siedenburg
Judith E. Siegel-Baum
Mr. and Mrs. Sanford Simon
Theodore J. Slavin
Walter and Sabina Slavin
Mr. and Mrs. Crosby R. Smith
Slomi and Rajiv Sobti
Paul Socolow
Mrs. Carl G. Sontheimer
Haluk Soykan and Elisa Fredrickson
Joseph Peter Spang
Sperone Westwater, Inc.
Wendy A. Stahl
Ruth Stanat
P. K. Steers
Anne B. Stern
Mr. and Mrs. Richard J. Sterne

Gerald G. Stiebel
David A. Stockman and Jennifer B. Stockman
Anya Cristina Stout
Lynn Straus
Margaret F. Straus
Edward A. Studzinski
Sandra L. Sully
The Summerhill Foundation
Jeanette Swift
Bailey and Charles Symington
Ruth B. Syrett
Shamina Talyarkhan
Stefanie Tashkovich
Priscilla Knapp Teich
Phyllis Teicher
Carl Tiedemann
Melanie and Jeffrey Tucker
Barbara V. Tufts
Mrs. Bert S. Turner
Nancy R. Turner
The Vaughn Foundation Fund
Maria von Bomther Villalba and Jerome Villalba
Barry C. Waldorf and Stanley Gotlin
Susan Wasserstein and George Sard
Lenore Weber
Evelene and Robert Wechsler
Mr. and Mrs. Roger O. Wedekindt
Marie-Hélène Weill
Norbert Weissberg
J. & H. Weldon Foundation, Inc.
Werwaiss Family Charitable Trust
Robert N. White
Laura B. Whitman and Thomas C. Danziger
Edward B. Whitney
George A. Wiegers Family
Anita Volz Wien and Byron Wien
Sir Brian Williamson
John and Libby Winthrop
Judith C. Wolf
Mr. and Mrs. Louis S. Wolfe
Wunsch Americana Foundation
Greg and Fay Wyatt
Ehsan Yarshater
Roger L. Yaseen
Sanaz Zaimi
Mr. and Mrs. Harold Zarember
Rainer Zietz
The Uzi Zucker Philanthropic Fund
Laura Zukerman
Dr. and Mrs. Jerome Zwanger
Anonymous (20)

## Planned Gifts

Alfred and Binnie Adler
Harriet R. Allentuch
Carl Apfel and Iris Barrel Apfel
Elinor Appleby
Mr. and Mrs. Frank W. Appleton, Jr.
Nancy R. Armstrong
Corrine Barsky
Mrs. Rudolf T. Bauer
Dianne Ely Beach
B. J. Beck
Mr. and Mrs. Stephen R. Beckwith
Flora W. Benas
Maurice and Yvette Bendahan
Susanna Berger
Shermane Billingsley
Anne Blatt
Pamela Z. Blum
W. Robert Blust
Dorothy A. Borg
Ruth Bowman
Nancy Brady
Edye Bromley
Morton R. Brown
Katherine F. Brush
Nina Bykow
Jill Leslye Byrd
Elizabeth Campbell
Ruth S. Carpenter

Jane C. and Robert E. Carroll
C. A. M. Cavanaugh
Nancy Celentano
Marcy Chambers
Bertha Chase
David Chou
Sue Cassidy Clark
Joseph M. Cohen
Marie H. Cole
Diana and Gary Craig
William R. Crookston and Marilyn A. Sauline
George B. Dandridge and Marcos Tychbrojcher
Terry Davis
Mr. and Mrs. Daniel P. Davison
Gerald and Ruth Dickler
Mrs. John Donnelly
Dorothy Boroughs Donovan
Kathleen and Lee Dorosz
Jack Dunbar
Diane C. Dunne
Victor J. DuRapau, Jr.
Richard B. Everett
Elaine Reiman Fenton, Ph.D.
Elizabeth Ann Fraser
Harold and Norma Gainer
Alice Ginty
Maggie and Gordon Gray, Jr.

Judith Greene
Priscilla L. Grigas
Dr. and Mrs. John B. Haney
John A. and June B. Hardy
Dr. and Mrs. Gunnar Hasselgren
Robert W. Hatem
Barbara K. Heming
Dr. and Mrs. Joseph H. Hersh
William J. Hevert
Jeanne Howard
Marlene Jeenel
Warren and Joanne Josephy
Alan Kanzer
Elaine Karpf
Sue Kemp
Jo Kilbride
Geun-Eun Kim, M.D. and Eun Kyung Choi Kim
Gary Knisely
Alfred R. Koelle
Philip and Madeline Lacovara
Lansing and Ada Lamont
Kenneth Jay Lane
Stephanie Later
Beatrice George Leeds
Katherine Lessersohn
Mr. and Mrs. Noel Levine
Anne-Marie Logan
John P. Loree
Alice Frost Loria

Andreas and Elena Lowenfeld
Lynn Manning
Martin Z. Margulies
Suzan Marks
Mary Jane McGoey
Anne McIlvaine
Charles W. Merrels
Dave Moore
Eliot C. and Wilson Nolen
Peggy A. Ogden
Marian M. Oliva
Jessie Kindel Palmer
Fran Pearson
Sheila and Charles Perruzzi
Dr. and Mrs. Paul J. Poppers
Mort and Sandy Porwick
Mrs. A. C. Postier, Jr.
Mrs. Madeleine Richard-Zahrey
Virginia Ridder
Jennie Prosser Robinson
Jane C. Rubens
Howard and Sylvia Schlossman
Inge Schmidt
Robert and Lynne Schwartz
Isabelle Sherlock
Iris H. Silverman
Christine M. Singer
Laura and Philip Sperber

Matthew J. Spiro and Phyllis C. Shepard-Spiro
Stanley R. Stangren
Diana and Harry Stern
Lynn Steuer
Martin Strudler
Lewis C. and Dorothy Taishoff
Mrs. Vuko Tashkovich
Dr. Rosemarie Thau
Eugene V. Thaw
Sonya and Leo Tick
R. David Townley
Edith F. Unger
Jeanette M. Walke
Joan Weingarten
Mr. and Mrs. Walter C. Weissinger, Jr.
Mr. and Mrs. Frank P. Wendt
Josephine Scottino Wernau
Susan Siris Wexler
Mrs. James A. Whitlock
Mr. and Mrs. James H. Wiborg
Gabriel Wiesenthal
Dorothy Womble
Jayne Wrightsman
Lester and Suzanne Wunderman
Herbert Zohn
Anonymous (68)

# The Chairman's Council

Daniel Brodsky
*Chairman of the Board of Trustees*
Annette de la Renta
Samantha Boardman Rosen
*Co-Chairmen*
Anne H. Bass
Mercedes T. Bass
Mr. and Mrs. Robert A. Belfer
Mr. and Mrs. Olivier Berggruen
Mr. and Mrs. Leon D. Black
Mr. and Mrs. Eli Broad
Ambassador and Mrs. W. L. Lyons Brown
Jane C. Carroll
Mr. and Mrs. Richard L. Chilton, Jr.
Mr. and Mrs. Edward E. Cohen
Mr. Joseph M. Cohen
Steven and Alexandra Cohen

Mr. and Mrs. Marvin H. Davidson
Mrs. Douglas Dillon
Gale and Ira Drukier
Cheryl Cohen Effron and Blair Effron
Mr. and Mrs. Mark Fisch
David B. Ford and Pamela Fielder
Mrs. Marina Kellen French
Mr. and Mrs. S. Parker Gilbert
Elizabeth M. Gordon
Mr. and Mrs. Jeffrey W. Greenberg
Mrs. Henry A. Grunwald
Mr. and Mrs. Martin D. Gruss
Ms. Agnes Gund
Mr. and Mrs. Andrew Hall
Dr. William A. Haseltine and Ms. Maria Eugenia Maury
Mr. and Mrs. J. Tomilson Hill

Mr. and Mrs. James R. Houghton
Mr. and Mrs. Michael Jaharis
Mark Kingdon and Anla Cheng Kingdon
Mr. and Mrs. David H. Koch
Mr. and Mrs. Bruce Kovner
Mr. and Mrs. Henry R. Kravis
Mr. and Mrs. Noel Levine
Samuel H. and Linda M. Lindenbaum
Ambassador and Mrs. Earle I. Mack
Linda and Harry Macklowe
Ms. Joyce F. Menschel
Mr. and Mrs. John A. Moran
Wilson and Eliot Nolen
Mr. and Mrs. John A. Paulson

The Honorable and Mrs. Leon B. Polsky
William R. Rhodes and Louise Tilzer Rhodes
Mr. and Mrs. Frank E. Richardson
Mr. and Mrs. Daniel Rose
Mr. Robert Rosenkranz and Dr. Alexandra Munroe
Mr. and Mrs. E. John Rosenwald, Jr.
Mr. and Mrs. James J. Ross
The Honorable Sir Paul Ruddock and Lady Jill Ruddock
Bonnie J. Sacerdote
Mr. Alejandro Santo Domingo
Mrs. Julio Mario Santo Domingo
Mr. and Mrs. Andrew M. Saul
Mr. and Mrs. Stephen A. Schwarzman

Mr. and Mrs. Stanley S. Shuman
Mr. Andrew Solomon and Mr. John Habich Solomon
Mr. and Mrs. Howard Solomon
Mr. and Mrs. Sheldon H. Solow
Mr. and Mrs. Paul Soros
Mr. and Mrs. Michael H. Steinhardt
Ms. Juliana Curran Terian
Ms. Mary Ann Tighe and Dr. David Hidalgo
Dr. and Mrs. Jan Vilcek
Mr. and Mrs. John L. Vogelstein
Mr. and Mrs. Anthony W. Wang
Mrs. Charlotte C. Weber
Dr. Susan Weber
Ms. Shelby White
Mr. and Mrs. Leonard Wilf

# The Met Family Circle

Cynthia Humphrey
Sharon Hurowitz
Jill Swid Rosen
Kimberly Tighe
Stephanie Winston Wolkoff
*Chairs*
Jonathan Babkow and Maia Rubin
Dr. Kathryn Beal and Bruce Beal, Jr.
Victoria and Craig Bergstrom
Brenda M. Earl

Blair England and Peter Carlin
Anne and Richard Grissinger
Stephen and Deana Hanson
John S. and Christina Horner
Kathryn Jaharis and Richard Ledes
Megan Kearney
Margaret Munzer Loeb and Daniel Loeb

Kevin MacMillan and Tamara Minguez-MacMillan
Rebekah Mercer and Sylvain Mirochnikoff
Allison and Roberto Mignone
Kristy Watson Milkov and Milko Milkov
Alexandra and Gregory K. Mondre
Richard and Janice Moore

Mr. and Mrs. Richard M. Neustadter
Laura and Kevin O'Donohue
Valerie and Wright Ohrstrom
Susan and Gregory Palm
James Michael Plante and Beth Goodman-Plante
Eleanor Heyman Propp
Shaiza Rizavi and Jon Friedland
Jacqueline and Mortimer Sackler

Dr. and Mrs. Wales R. Shao
Amelia Starr and Matthew Ziehl
Melissa Thomas and David Koepp
Todd Tibbetts and Meg Gifford
The Waisman Family
Sharon Wee and Tracy Fu
Laura B. Whitman and Thomas C. Danziger
Richard and Susan Willis

# The Apollo Circle

## Young Friends of The Metropolitan Museum of Art

Genevieve Kinney
Alejandro Santo Domingo
Laura Z. Stone
*Chairs*

### Apollo Circle Patrons

Presca Ahn
Alyssa Cigarroa
Anibal Dams and Giomar Iglesias
Edouard P. Derom and Tshaka Muchiteni
Celine Fitzgerald and Shannon Fitzgerald
Alexandra Garrison
Heather and John Holmes
Elizabeth Madigan Jost and Bertrand Jost
Erica B. Kagan
Allison King
Genevieve Kinney
Ling W. Kong
Jody and Stephanie LaNasa
Jade Lau
Alexandra Leighton
Peter and Jocelyn Luongo
Angela Lustig and Dale Taylor
Emily V. Madrigal and Vicente E. Madrigal
Hollie Griego Manitiu
Patrick Gerard Mauro II
Jessica E. McShane
DS Mitchell
Philip Russell Munger
Laura Pozvolska Nicklas
Sebastian Palazio
Cara Ann Polizzi
Chretien B. Risley and Angie Lake
Charles L. Rosenberg
Jennifer Rudolf
Rachel C. Sanderford
Alejandro Santo Domingo
Tary Sawiris
Taya Sawiris
George Schoen
Oleg Shorokhov
Catherine E. Smith
Robert and Laura Stone
Kalista Tazlin
Mr. and Mrs. Jedediah Harrison Kress Turner
Zachary Kress Turner
Douglas and Marie Wall
Jenny and Len Wellenius
Calvin E. Wingfield, Jr.
David Wood and Hana Lahr

### Apollo Circle Members

Anna Abrams
Ninve Ramona Adams
Princess Khaliya Aga Khan
Jordan Agee and Matthew Reeg
Ahmar M. and Noreen K. Ahmad
Ericka N. Alford
Edward A. Allen
Sebastian Alsheimer and Jillian Colbert
Nicholas Andreottola
Stephanie L. Aranyos
Janine M. Atamian
Eugene and Elizabeth Avila
Cecilia Aza
Deana Baglanzis
Dr. Rebecca Balter and Brianna Kaplan
Lily and Doug Band
Camille Barbier
Paula L. Barnes, Esq.
Philip E. Barr
Drew W. Bass
Shiloh Bates
Peter T. Bazos and Andreea Stan
Lexi Beach
Yevgeniya A. Begun and Kevin Hanratty
Emily Bell
Mark Benigno
Elizabeth J. Berman
Ganesh H. Betanabhatla
Montana J. Beutler
Amy L. Biasotto
Victoria Birch
Eric Blair-Joannou
R. Ian Blakely
Berry Bloomingdale
Ross Blum
Jordan T. Blumberg
Carter Brady
Philip Samuel Breslow
Michael Bretholz
Mr. and Mrs. Alexander Brodsky
Amanda Brody
Alexandra Ferrell Brown
Ames Brown
Alexander Chatfield Burns
Emily Cafritz
Paul Johnson Calderon
Caroline Calloway
Nicholas J. Caplan and Marissa King
John A. Carley
Jill Ruth Carlson
Amy Carpenter and Charles Kornblith

Ann Carr
Christina J. Carroll and Catherine McCool
Carson Carter
Stephanie R. Caruso
Alicia J. Cauteruccio and Grace C. Astrove
Clarisa Cerro and Alexei Gorichev
Kevin L. Chang
Kristen Chiacchia and Whitey Flynn
Ellen Chisa and Tom Rudick
Alexander Clark
Kristen Maree Cleary
David Scott Clements
Caroline C. Closmore
Jessica Montoya Coggins
Ryan A. Colbert
Jacob and Ashley Coley
Felipe Coronel
Dr. Amy Elizabeth Crane
Mary Ellen Cravens
Mimi and Andrew Crawford
Jennifer A. Cuminale
Drs. Bobby Daly and Sarah Daly
Alex Daniels
Kristen Daniels
Tania Das and Robin Garner
Emily Elizabeth Davis
Danielle DeAngelis, R.Ph.
John L. DellaNoce
Laura Janes Deming
Jennifer C. DeMuth
Catherine Ann Goodman Dewey
Dr. Ira P. Do
Lesley Tuft Dryden and S. Searcy Dryden
Robin D'souza
Ron and Marisa D'Vari
Christina Eberli
Harris Edelman
Max Egan
Zachary K. Elliott
Adger G. Ellison
Andrew S. Ellison
Melissa B. Epperly
Jeremy Estabrooks and Quynh Vuong
Daniel A. Etra
Danielle M. Falls
Nicholas Farr and Wendy Fuller
Laurence Fayard
Sarah E. Feil
Andrew Ferenci
Sebastian and Claire Fern

Eric Alexander Fernandez
Sarah Fischel
Stephen James Fisher and Caroline Elizabeth Fisher
Eddie Fishman
Diane Neal FitzGerald and Marcus FitzGerald
Julia Flynn
Daria Rose Foner
Katie Fong
Christopher Formichella
Jon B. Fougner
Laura Braunstein Freiberg and Scott Freiberg
Theodore J. Frelinghuysen
Anne Eloise Frischkorn
Maria Gagos
Mary Garis
Adam B. Gasthalter and Emily B. Gasthalter
Sarah H. Gaston
Fernando Bunker Gentil, Jr.
Victor S. Gill and Amanda V. Lewis
Agatha E. Gilmore
David Gioiella and Mark Littman
Heather and Jonathan Godsmark
Alexander Goldberg
Agnieszka Golian
Christina M. Gonzalez
Kelsey Good
Jeffrey Goria
Nick Gray
Justin Green and Jenny Slayton-Green
Lawrence Greenfield
Kelley Virginia Griffin
Katherine Eckert Grunder and Robert Grunder
Jaime Gutierrez and Manoeli Cenci
Cristina I. Miller-Ojeda Hagglund and Ryan N. Hagglund
James Reed Hague
Kathryn M. Hannon
Laura Happersett
Hawthorne E. Hart
John N. Haskell
Charlotte Havemeyer and Frederick C. Havemeyer III
Dr. Neema Heivand
Alison Fay Hempel and Tyson Hempel
Vanessa Henderson
Elizabeth Hennings

Ruxandra and Blas Hernandez
John Heywood
Yumi Higashi-Ho and Philip Ho
Laura Higley
Suzanna M. Hill
Victoria A. Hill and Juliette A. Hill
Ryan and Sara Hinkle
Julie Ho
Evelyn Hoffman-Harland
Daniel Hoinacki and Andrea Mastro Hoinacki
Gabrielle C. Holbrook
Adrianna K. Holiat and Irena M. Holiat
Geoffrey Hsu
Jennifer Hu
Lauren T. Hubbell
Mac Hyman
Marla Hymes
S. Akif Irfan
Timothy W. Irons
Yuriko Iwai and Eiko Seevers
K. Jackson
Stephen Jackson and Taylor McKenzie-Jackson
Stephen and Yilin Jamison
Heather Janik
Drs. Beverly Johnson and Patrick McCormick
Lydia Melamed Johnson
Stefani Leigh Johnson
Sophie Kathryn Jones and Swetha Jaya Naroji
Mr. and Mrs. Alex Kallmann
Camilla Rose Kalvaria
Carey Kaplanek
Barbara A. Karpinska and Frank Breuer
Natalie Karpov
Harry M. Kastenbaum
Kelsey Kats
Edward J. Katz
Alexandra Kaufmann
Zane Kealey
Eliot A. Keele
Elina Khasina
Nathan and Julia Kiel
Jacqueline King
Evan S. Klebe
Paul Kleinschmidt and Lara Kleinschmidt
Elizabeth D. Kneuer
Nina Koduru
Nicole Koelle
Robert R. L. Kohse
Dr. John Koski and Mrs. Jennifer Koski

Daniel Krieger and Caroline E. Covington
Margaret O. Kullman
Vikram Kuriyan
Gwendolyn La Fantasie
Gretl Lam
Lucy Jane Lang and Scott Asher
Carolyn Larson-Hughes and Mathew Bushell
Nana Lee
Emily Lenz
Joshua Lerner, P.M.P., C.S.M. and Renata Lerner
Carrie Levande and Matthew J. Colbert
Gary Levin
Samantha A. Liistro
Aga M. Linnell and Jane Tippett
Angelina M-D Lippert
Daniel Litchfield and Laura Schubert
Andrew Lom
Cara Lonergan
Alexandra Longanecker and Joshua F. Knowlton
Jared Longhitano
Helena Lorentzen and Brian Byrd
Kate Lorenz and Keith Barraclough
Lara Lorenzana-Kolling and Matthew Kolling
Catherine Anne Lowden
Elena Luca
Dr. Alexandria C. Lynch and Tadia C. Lynch
Lily Mahdavi and John Schaefer
Arvind and Panagiota Mahendru
Marina Makanova and Maria Benavides
Shahi Mamasalieva
Eric M. Mandl
Christopher Manice
Emre and Solita Marcelli

Mr. and Mrs. Christopher Marcellin
Carol B. Martens
Anita Martignetti
Angela and Prakash Masand
Cyrus E. Massoumi
Susan Barbara Master
Ken Maxwell
Marissa Mayer and Zachary Bogue
Marjorie Mayrock
Hillary G. Mazanec
Christopher McDaniel
Robin McDonald and Anastasia Tonello
Katie McGee
Ella K. McHugh
Clare E. McKeon
Alison E. McManus
Cameron McMunn-Coffran
Johnny McNulty
Paige M. Medley
Chaitanya Mehra
Alexander Mendik
Danielle Michaan
Stephanie Michaan
Julianne Michelle
Hilary Helene Miller and Philip A. Thompson
Aaron Dickson Millhiser and Ross R. Millhiser IV
Joanna Milstein
Amanda Mintz
Mehvish Mirza
Natasha and Ranajit Mitra
Marcy Nicks Moody
Andrew Moroz
John Morris
Elise A. Morrissey
Cori Moscowitz
John F. Murphy III and Yvette Ferrer
Nader Naeymi-Rad
Mary Louise Napier and Daniel Zuzunaga
Daniel Neczypor
Hope Needles
Blythe K. O'Brien
Kristine H. O'Connell

Allison Davis O'Keefe
Dr. Rafael A. Ortiz
Natalia Ovchinnikova
Andrew C. Owens
Charlotte Campbell Owens
Christina Seeger Pacetti
Marissa Pagnani and Vanessa Pagnani
Nicholas Palko
Peter Paruch and Christina Starkey
Max E. Patinkin
Kelly Pecore
Emily Perrucci
Trevor Peterson
Robin Phipps
Jeffrey C. Piermont and Barbara B. Piermont
David Pildes
Irina Pisareva and Dr. Paresh Thakker
Benjamin Plum
Jason J. Porta and Leah S. Edwards
Alexandra Caroline Porter
Clarissa Post
Phoebe G. Prioleau
Reynan J. Punzalan and Christopher Brancaccio
Lauren M. Rackow and Chris Tuffin
Caroline and Nicholas Rafferty
Sangeetha G. Ramaswamy
Bryan and Megan Ramm
Enrichetta Ravina
Ariana Ravins
Alexandra C. Reboul
Catherine Rehkamp
John D. Reichard and Ashley Parriman
Charles E. Reid
Jenna Rennert
Carolyn Reynolds
Emma Richman
David H. Robbins, M.D., M.Sc.
John A. Robbins and Christopher Gaillard

Jodi L. Roberts and Kristina Ojdanic
Alberto Rosello
Richard and Kaori Royce
Devon A. Rudberg
Rebecca Saenger and Philip Abelson
Elizabeth and Matthew Salem
Noelle M. Salzano
Safiyeh Samii
Meredith Sanandres
Matthew Sandschafer and Darcie Hazelton
Lauren and Andrés Santo Domingo
Rachel Sard
Meg Scanlon
Emma Scully
Kelly E. See
Valentina Shah and Shail Shah
Vedanta Shamnath
Olivia Shandora
Lacary E. Sharpe
Jennifer Sheng
Kelsey Shwetz
Cristi N. Silva
Alina Sinelnikov
Anastasiya Siro
Sheryl Sison
Mr. and Mrs. Andrew Skelton
Sarah Bella Slagsvol
Nancy Smith
Virginia Cullaway Smith
Sabrina Spitaletta
Alexandra D. Steel
Charlotte Steel
Elizabeth M. Steel
Caroline M. Straty
Mr. and Mrs. Patrick Sullivan
Arthur G. Sulzberger
Alexa and Marc Suskin
Peter Svrcek
Asha Talwar
Dr. Dana Tarcatu
Jamie and Jessica Taub

Austin and Adele Taylor
Todd Thaxton
Eric J. Thomas
Nicole Thompson
Roberto Thompson and Amalia Spinardi
Adam Tishman
Stuart Tishman
Peter Tittiger
Lindsay Torpey-Cross
Edward Ubell
Philip Uhde
Dr. Samuel E. Vazquez
Nancy McCormick Vella
Alexis L. Versandi and Jason E. Girard
Michele Vettorazzo
Caroline F. Wade
Robert M. Walton
Scott Wang
Shun Linda Wang
Yuanheng Sally Wang and Miaomin Zhang
Rebecca Warner
Josephine T. Warshauer and Michael S. Ives
Joshua Whitcraft
Carolina S. Richardson White and Thomas C. White
Diana Wierbicki
Charles Perry Wilson and Rachel S. Tashjian
Michelle Wolinsky
Jennifer Wright
Thomas Eugene Wright, Jr.
Geraldine Wu
Mike and Woan Jen Wu
Jie Xiu
William Yang
Tiffany K. Ying and Tedmond Y. Wong
Marwan Younes
Christina Young
Timur Yurtseven
Zach and Kathlyn Zaman
Vera V. Zlatarski and John B. Henderson
Anonymous (7)

# The William Society

Joan Taub Ades and Alan M. Ades
Alfred and Binnie Adler
Arthur S. Ainsberg
Alicia Alan
Pearl Albino
Mary Ann Albright
Harriet R. Allentuch
Mr. and Mrs. Donald G. Allison
Patricia and Donald Altomare
Paul Anbinder
Dale and Doug Anderson
Paul and Kazuko Anderson
Carl Apfel and Iris Barrel Apfel
Elinor Appleby
Mrs. Frank W. Appleton, Jr.
Nancy R. Armstrong
Maria Astifidis
Ronald R. Atkins, Esq.
Bob Atwater
John M. Bacon
Isaac H. Barkey
Stevan and Caryl Baron
Corrine Barsky
Thomas W. and Ann M. Barwick
Mrs. Rudolf T. Bauer
James Scharps Baumann
Anne Noel Bayer
Dianne Ely Beach
B. J. Beck
Mr. and Mrs. Stephen R. Beckwith
Renee E. and Robert A. Belfer
Flora W. Benas
Maurice and Yvette Bendahan
Claire B. and Lawrence A. Benenson
Dawn F. Bennett
Jeffrey L. Berenson
Susanna Berger
Eileen and Herbert Bernard
Shermane Billingsley
Carl H. Bilyeu
The Reverend Terence Blackburn
Mrs. William McCormick Blair, Jr.
George A. Blanchard
Anne Blatt
Drs. Martin and Judith Bloomfield
Irving Blum
Pamela Z. Blum
Louis H. Blumengarten
W. Robert Blust
George B. Bookman
Jennifer Boondas

Dorothy A. Borg
Robert Goss Bowen, Jr.
Ruth Bowman
Nancy Brady
Joan Bragin
Barbara B. Brickman
Sylvia Brody, Ph.D.
Edye Bromley
Christie Gardner Brown
Morton R. Brown
Ellen Brown-Ferraro
Mr. and Mrs. Darrell W. Brownawell
Agnes Bruno
Katherine F. Brush
B. William G. Bryant
Germaine M. K. Bryant
Paul S. Bunten and Gerard J. Corrigan
Dr. James V. Burke
Rochelle Busch
Gilbert and Ildiko Butler
Margaret L. Butler
James L. Buttenwieser
Nina Bykow
Jill Leslye Byrd
John P. Cahill
Barbara M. Campbell
Elizabeth Campbell
Vivian F. Carlin
Ruth S. Carpenter
Nora Carrol
Jane and Robert Carroll
Thomas A. Cassidy
C. A. M. Cavanaugh
Mr. and Mrs. Neil Celentano
Peter J. Cerasaro, Jr.
Marcy Chambers
Dr. Victoria Chan-Palay
Gerald M. Chanin
Dr. Roberta Chapey
The Reverend Dr. Chawanda Charae
Jennifer Anne Charlebois
Bertha Chase
Simona and Jerome A. Chazen
Austin B. Chinn
David Chou
Deborah and David Chuk
Dr. Young Y. Chung-Ikeda
C. Robert and Sallye R. Clark
Sue Cassidy Clark
Vivien Ranschburg Clark
Colleen Cleary
Margaret Olstad Cleary
Hugh H. Clemmer
Hope Fay Cobb
Alice and Howard Cohn
Nicholas J. Colas
Barbara Cole and Sam Folsom
Elizabeth A. Coleman

Scott R. Coleman
Judith and Stephen F. Condren
Mel and Bette Cooperman
Anne V. Corey
Mr. and Mrs. Robert A. Cowden
Diana and Gary Craig
George B. Crawford
William R. Crookston and Marilyn A. Sauline
Charles and Sandra Curtis
George B. Dandridge and Marcos Tychbrojcher
Patricia Daniels
Martin J. Davidson
Deborah L. Davis
Harrison R. T. Davis
Terry Davis
Mrs. Daniel P. Davison
Gino DeGeorgio
Antoinette S. Denisof
Mrs. Douglas Dillon
Mrs. John J. Donnelly
Dorothy Boroughs Donovan
David Alan Dorfman, Esq.
Kathleen and Lee Dorosz
Domitilia M. dos Santos
James H. Duffy
Jack Dunbar
Diane C. Dunne
Victor J. DuRapau, Jr.
June Dyson
Barbara Dzubak
Patricia Eames
Dr. Joan Eliasoph
Duane G. Elliot
Robert Hatfield Ellsworth
Jerrold I. Engber
Mr. and Mrs. John J. Entwistle
Elizabeth S. Ettinghausen
Harvey and Gloria Evans
Mr. and Mrs. James H. Evans
Richard B. Everett
Joseph P. Fahey, Jr.
Susan Farkas
Judith Farkas
Roxanne Farkas
Monir Farmanfarmaian
John L. Feldman
M. Feltenstein
Elaine Reiman Fenton, Ph.D.
Barry Fernando, M.D.
Coleene Fernando, M.D.
Stuart M. Fischman
T. Richard Fishbein and Estelle P. Bender
Edward Coleman Fitzgerald
David Shawn FitzMaurice
Mrs. Ben Fogel

Ellen L. Fogle
David H. Fox
Gloria Fox
Mrs. Beatrice Francais
Mrs. Leylah Frank
Elizabeth Ann Fraser
Sara and Leonard Frey
Richard E. Friedman, Ph.D.
Harold and Norma Gainer
Sheilah Purcell Garcia
Lois Gartlir
Kitty L. Gensler
William T. Georgis
Charlotte Pickman Gertz
Andrea L. Gifford
Marianne Johnson Gill
Barbara Ann Gillette
Mr. and Mrs. Gregory T. Glashan
Nora Lee Glass
Barbara Winter Glauber
Kiyoko A. Glum
Joyce Golden
William B. Goldstein, M.D.
Mr. and Mrs. Maurice Goodman, Jr.
Dr. George M. Goodwin
Elizabeth Marsteller Gordon
John Stuart Gordon
Richard A. Gorr
Peter Gottesman
Taffy Gould
Richard J. Gradkowski
José S. Graniela
Richard Greenbaum, Esq.
Judith Greene
David Griffin
Priscilla L. Grigas
Luci Bondi Grollman
Mrs. Bruce B. Grynbaum
Dr. Rosalind Guaraldo
Robert W. Gutman
Lewis I. Haber and Carmen Dubroc
Myron Habib
Michael Hall, Esq.
Budd and Diana Pierce Hallberg
Dr. and Mrs. John B. Haney
John A. and June D. Hardy
Sandra and Charles Hardy
Josie Harkness
Mrs. Edith Harnik
Conrad K. Harper
Brett A. Harris, Esq.
Dr. and Mrs. Gunnar Hasselgren
Robert W. Hatem
Andrée Hayum
Joan E. Hellmann
Joseph B. Hellmann
Barbara K. Heming
Mr. and Mrs. Richard Herber

John Herget IV
Judith Hernstadt
William J. Hevert
Charles D. Hewett, Jr.
David T. Hicks, Jr.
Mrs. Ruth Hirsch
Rosalie and Bert Holden
Melania Holiat
Mary Tavener Holmes
Burt Holtzman
Marc and Madeline Holzer
Elayne R. Horn
Jeanne Howard
Mr. and Mrs. Jerome L. Huff
Karen T. Hughes
Joan Merrell Hull
W. E. H. Hutchinson-Hall IV
Florence and Herbert Irving
Betty Isermann
Howard Isermann
Theodore J. Israel, Jr.
Nina M. and Steven Itkin
Dr. Beverly S. Jacobs
Professor Irma B. Jaffe
Robert M. and Deborah S. Jaffe
Marlene E. Jeenel
Dr. Marilyn Jenkins-Madina
Margot Johnson and Bogdan Lenkiewicz
Peter T. Johnson
Jennifer Josephy
Warren and Joanne Josephy
Kenneth F. Kahn and Arthur J. Margolin
Carolyn Kane
Lucille Kantor
Alan Kanzer
William W. Karatz
Elaine Karpf
Joan Macy Kaskell
Herbert Kasper
Beatrice Kaufman
Dr. Sivia Kaye
Nanette R. Kelekian
Robert G. Keller
Sue Kemp
Jo Kilbride
Geun-Eun Kim, M.D. and Eun Kyung Choi Kim
Jeanie J. Kim
Jeffrey and Sherry Klein
Gary Knisely
Hilda Koch
Lisa Cook Koch
Alfred R. Koelle
Nancy G. Koenigsberg
Linda and Leslie Koepplin
Leslye Kohl
Carolyn Kopp
Ethel Fisher Kott
Seymour H. Kott

Joan D. Kotzenberg
Dr. Lorraine A. Krajewski
Mr. and Mrs. George
    Kramer
Mrs. Joseph Krimsley
Arlyne B. Krum
Yasuo Kuniyoshi
Doris M. Kurzius
Dr. Marguarite C. La Belle
James I. Lader
Mr. and Mrs. Isaac Lagnado
Lansing and Ada Lamont
Jacques and Noemi Landau
Kenneth Jay Lane
Lynn Lane
Avis Lang
Walter L. Larkin III
Stephanie Later
Hulda G. Lawrence
Russell V. Lee
Beatrice George Leeds
Norman Mills Leff
Dr. Roberta Leff
Katherine Lessersohn
Linda Leven
Leonard Levenson
Simon and Bonnie Levin
Blanche Levine
Ellen Levine and Dr. Ivan
    K. Strausz
Mr. and Mrs. Noel Levine
Abby and Alan D. Levy
Dr. and Mrs. Richard W.
    Levy
Mrs. Edward W. Lewis
Sally D. Liff
David Lingren
Pamela Linton
Robert and Margot Linton
Anne D. Lipari
A. Michael and Ruth C.
    Lipper
Dr. Paul J. Locher
Anne-Marie Logan
Catherine Lomuscio
Alice Frost Loria
Mrs. Screven Lorillard
Andreas and Elena
    Lowenfeld
Marion Lynton
Mr. and Mrs. Peter L.
    Malkin
Burton Marcus
Junis Roberts Marcus
Martin Z. Margulies
James C. and Marie
    Nugent-Head Marlas
Allan L. and Kay R.
    Mattson
M. J. McAuliffe
Mrs. William McCabe
Laura McCloskey
Robert and Elinor McDade

John R. McGinley, Jr.
Mary Jane McGoey
Ann McGowan
Ann F. McHugh, Ph.D.
Ingrid and Paul McHugh
Lowen McKay
Bonnie Lynn Mechanick
Dr. Robert L. Meineker
The Honorable Marilyn L.
    Mennello and Michael A.
    Mennello
Joyce F. Menschel
Charles W. Merrels
Harvey S. Shipley Miller
Lee Paula Miller
Tomoko Mitsuhiro
Butzi Moffitt
Wayne Mones
Mr. and Mrs. Robert E.
    Monk, Jr.
Dave Moore
Kimberly Cole Moore
Ruth A. Mueller
George B. Munroe and
    Elinor Bunin Munroe
Pamela Miller Ness
Herbert F. Neuwalder, M.D.
Teruko S. Neuwalder, M.D.
Wilson and Eliot Nolen
Halsey and Alice North
Janice Nowinski
Russell Oberlin
Peggy A. Ogden
Doris M. Ohlsen
Marian M. Oliva
Dorinda J. Oliver
Susan A. Ollila
Anka Kriser Palitz
Jessie Kindel Palmer
Marian Papp
Cynthia Parks
Mrs. Fifi D. Pate
Fran Pearson
Kevin J. Pearson
Ada Peluso
Romano I. Peluso
Fernando J. Peña, M.D.
Stanley Perlman
Sheila and Charles Perruzzi
Mona Picket
Dorothy Wolpert Piela
Francine and Benson
    Pilloff
Susan H. Pinkham
Geri and Lester Pollack
William F. Pons
Dr. and Mrs. Paul J.
    Poppers
Mort and Sandy Porwick
Annabelle Postier
A. Carter Pottash
Lisa M. Raiti
Jacqueline Raque

Lawrence and Padma
    Reichwald
Barbara and Marc J. Reiss
Annette de la Renta
Gregory Reynolds
Madeleine Richard-Zahrey
Lynne and John Richards
Fred M. and Rita Richman
Frederick W. Richmond
Virginia Ridder
Mary S. Riebold
Ralph L. Riehle
O. Rives-Niessel
Mrs. James P. Robbins
Jennie Prosser Robinson
Peter Rodda and Vincenza
    Scarpaci
Rama Rodvien
Gloria Roma
Daniel Rose
Susan Joan Rosen-Oléjarz
Paul and Edith Rosenberg
Robert Rosenkranz
Barbara S. Rosenthal
E. John Rosenwald, Jr.
Frances Ross
Daniel Rossiter
Robert P. Rothenberg
Mary Ann Routledge
Jane H. Rowen
Jane C. Rubens
Geraldine Q. Ruthchild,
    Ph.D.
Mrs. Derald H. Ruttenberg
Emily Sachar
Harvey Salzman
Gary R. Santmyer
Adele V. Satkus
Deborah L. Sauer
William Savino
Dr. and Mrs. Stephen K.
    Scher
Karin C. Schiavone
Patrick J. Schiavone
Mr. and Mrs. David T.
    Schiff
Linda Leonard Schlenger
Howard Schlossman
Inge Schmidt
Tobias Schneebaum
Anne Kaufman Schneider
Mary Presley Schwinn
John Seaman
Robert G. Sebastiano
Alan D. Seget
Eugenia C. Shannon
Sissy Sherlock
Edward B. Silberstein, M.D.
Iris H. Silverman
Elaine Simon
Christine M. Singer
Stephen Sayre Singer
Margaret Skornia

Sabina Slavin
Elinor H. Smith
Mrs. Harold Smith
Ronald Solomon in
    Memory of Diane
    Solomon
Dr. and Mrs. Peter Som
Laura and Philip Sperber
Matthew J. Spiro and
    Phyllis C. Shephard-
    Spiro
Nancy Stadtman
Stanley R. Stangren
Dennis E. Stark
Martha Roby Stephens
Diana and Harry Stern
Mrs. Ludi Stern
Ruth C. Stern
Lynn Steuer
Andrea G. Stillman
Zoe Judith Greer Stolbun
    and Martin A.
    Stolbun, M.D.
Howard Stringfellow
Barbara Strodt
Martin Strudler
Audrey J. Sutton
Edith R. Sydney
Lewis C. and Dorothy
    Taishoff
Shirley Glubok Tamarin
Oscar L. Tang
Mrs. Vuko Tashkovich
David Teiger
Ann G. Tenenbaum and
    Thomas H. Lee
Dr. Rosemarie Thau
Eugene V. Thaw
Kathleen Thielens
Theresa S. Thompson
Sonya and Leo Tick
David and Julie Tobey
R. David Townley
Arnold J. and Randy S.
    Trezza, and children
Sylvia Troy
Josephine Tuffy
Michael E. Tully
Edith F. Unger
Hollis Nan Wagenstein
Jeanette M. Walke
Carol and Henry Walker
Marcia B. Walker
Nathaniel Wallace
Peter M. Walter
Thomas Walther
Lulu C. and Anthony W.
    Wang
Gayllis Robinson Ward
Toni Weaver
Helen Freeman Weber
Marie-Hélène Weill
Marshall M. Weinberg

Joan Weingarten
Dr. Jane Weiser
June T. Weissinger
Mary Lou Welz
Robert H. Welz
Barbara Boothby Wendt
Dorothea F. and
    Malcolm W. West, Jr.
Larry J. West
Christine Debany
    Westerhoff
Ralph Westerhoff
Susan Siris Wexler
Shelby White
Mrs. James A. Whitlock
Laura Bowne Whitman
Mr. and Mrs. James H.
    Wiborg
Malcolm H. Wiener
Gabriel Wiesenthal
Barrie and Deedee
    Wigmore
Arthur J. Williams
Reba and Dave Williams
Eli Wilner
Penny Potenz Winship
Mr. and Mrs. William D.
    Wixom
Dorothy Womble
Lester and Suzanne
    Wunderman
Penelope Yungblut
Ruth M. Ziegler
Martha and Murray
    Zimiles
William K. Zinke
Herbert Zohn
Anonymous (100)

**Gifts Matured**

Rudolf T. Bauer
Jack Bergstein
Lewis R. Bloom
Ernest Bragin
Morton Breskend
John J. Donnelly
Lynne W. Doss
Gray Foy
John R. Gibb
Everett Hoffman
Eleanor M. Johnson
Martin E. Kantor
Professor Maan Z.
    Madina
Dr. Josephine L. Murray
Sylvia A. Poyta
Harold B. Stern
Arthur Ochs Sulzberger
Charles Tebo
Roger O. Wedekindt

# The Real Estate Council

Daniel Brodsky
*Chair*
Bruce A. Beal, Jr.
William C. Rudin
Alan H. Wiener
*Deputy Chairs*
Douglas Durst
T. J. Gottesdiener
Peter M. Lehrer
*Vice Chairs*
Peter L. Malkin
Burton P. Resnick
*Co-Chairs Emeriti*

AKRF, Inc.
Linda and Earle Altman
ATCO Properties &
Management Inc.

Bank of America Merrill
Lynch
Dr. Kathryn Beal and
Mr. Bruce A. Beal, Jr.
Benenson Capital
Partners
Lawrence A. Benenson
BNY Mellon
Capital One Bank
Debrah Lee Charatan
Realty
The Durst Organization
E-J Electric Installation Co.
Eastdil Secured, LLC
Edward J. Minskoff
Equities, Inc.
Fisher Brothers
Foundation

Norbert Gehr
Goldfarb & Fleece
Joan and Donald J.
Gordon
Eugene and Emily Grant
Hunter Roberts
Construction Group
Jack Resnick & Sons, Inc.
Kaufman Organization
The Kibel Foundation
Lend Lease (U.S.)
Construction LMB Inc.
Mrs. William M. Lese
James L. Levy
Samuel H. and Linda M.
Lindenbaum
The Litwin Foundation
Maidman Realty

Stephen J. Meringoff
Matthew Miller
Newmark Grubb Knight
Frank
Oestreicher Properties, Inc.
The Par Group
Arnold Penner
Quinlan Development
Group
RCDolner LLC
The Rockefeller Group
Rose Associates, Inc.
Ruben Companies
Rubenstein Associates, Inc.
Barbara and LeRoy
Rubin
Rudin Management
Company, Inc.

Sage Realty Corporation
Silverstein Properties, Inc.
Skidmore, Owings &
Merrill LLP
The Solomon
Organization, LLC
Bernard and Anne Spitzer
Stribling & Associates, Ltd.
Time Equities, Inc.
Harvey R. Uris
Weiler Arnow Mgt. Co. Inc.
Jay Weiser
Donald and Barbara
Zucker Foundation, Inc.

# The Business Committee

Jeffrey M. Peek
Mary Ann Tighe
*Co-Chairs*
Daniel Brodsky
*Ex Officio*
Carl Spielvogel
*Honorary Chair*

*Vice Chairs*
Frederick H. S. Allen
Candace K. Beinecke
Jewelle W. Bickford
Leon D. Black

Don Callahan
Richard L. Chilton, Jr.
Joseph M. Cohen
Edith Cooper
George David
Michel David-Weill
Rena De Sisto
Peter Dunn
Janice Reals Ellig
Peter M. Fasolo, Ph.D.
James E. Fitzgerald, Jr.
Michael A. J. Farrell
Toni K. Goodale

Jeffrey W. Greenberg
William R. Hearst III
James R. Houghton
Ann Kaplan
Catherine R. Kinney
Michael J. Kowalski
Christopher Lawrence
Alexandra Lebenthal
Diony Lebot
Lew Leone
Christian Meissner
Pamela J. Newman
Jacques C. Nordeman

Richard D. Parsons
Robert E. Pelzer
Ruth Porat
Grant A. Porter
Felipe Propper de Callejon
Thomas A. Renyi
William R. Rhodes
Frank E. Richardson
E. John Rosenwald, Jr.
Sir Paul Ruddock
Marjorie M. Scardino
Henry B. Schacht
Alan D. Schnitzer

Adam Sender
Muriel Siebert
Sheldon H. Solow
Burton B. Staniar
Steven B. Tanger
Roxanne Taylor
David Tepper
Pamela A. Thomas-Graham
Jonathan M. Tisch
Enzo Viscusi
Lulu C. Wang
Donald E. Zilkha

# Professional Advisory Council

Linda B. Hirschson, Esq.
*Chairman*
Christopher C. Angell, Esq.
Paul Beirne
Jonathan R. Bell, Esq.
Amy G. Bermingham
Sally Bliss
Ninette S. Bordoff, Esq.
Arthur W. Brill
Beverly F. Chase, Esq.
Niles Citrin

Carolyn C. Clark, Esq.
L. David Clark, Esq.
Peter F. Culver
Fred C. Farkouh, C.P.A.
William H. Forsyth, Jr., Esq.
Robert W. Freiman
Bart Friedman
Nancy Shavel Gabel
Lorraine F. George-Harik
George J. Gillespie III, Esq.
Roger Goldman, Esq.

Donald A. Goldsmith, Esq.
Katherine Hastings
Ashton Hawkins, Esq.
Barbara K. Heming
Marlene Hess
Joanne E. Johnson, Esq.
Jayne M. Kurzman, Esq.
Ann Berger Lesk
Karen A. G. Loud
Carlyn McCaffrey, Esq.
James McGarry, Esq.
Lee Paula Miller

Robert C. Miller, Esq.
Gloria S. Neuwirth, Esq.
Lorena Sayer O'Brien
Romano I. Peluso
Susan Porter
Janine A. Racanelli, Esq.
Barbara Paul Robinson, Esq.
Paul I. Rosenberg
Gideon Rothschild
Joshua S. Rubenstein, Esq.
Laurie S. Ruckel

Winthrop Rutherfurd, Jr., Esq.
John Sare, Esq.
Sanford J. Schlesinger
Alan D. Seget, Esq.
Lauren Katzowitz Shenfield
C. Michael Spero, Esq.
David Stoll, Esq.
David E. Stutzman, Esq.
Robert D. Taisey, Esq.
Sandra S. Weiksner, Esq.
William D. Zabel, Esq.

# Multicultural Audience Development Advisory Committee

Sammer Aboelela
*New York Community of Muslim Progressives*
John H. Austin, Jr.
*Board of Directors, New York Chapter of 100 Black Men, Inc.*
Milagros Baez-O'Toole
*President, National Chapter of 100 Hispanic Women, Inc.*
Lauren Maillian Bias
*Founder and Chief Executive Officer, Luxury Market Branding*
Estrellita Brodsky
*Advisory Board, El Museo del Barrio*
Gail Bruce
*Co-Founder, Ramscale Productions, Inc.*
William H. Burgess III
*Former Chairman, National Minority Business Council, Inc.*
Reginald Canal
*Director, Client Development, The Medici Group*
Yvonne Chan
*Partner, Paul, Weiss, Rifkind, Wharton & Garrison LLP*

Lybra Clemons
*Greater New York Chapter of The Links, Inc.*
Harriette Cole
*President and Creative Director, Harriette Cole Media*
Susan Delvalle
*Executive Director, Sugar Hill Children's Museum of Art & Storytelling*
Rita Di Martino
*Member, Board of Trustees, The City University of New York*
Tiffany Duncan
*Director, Cultural Affairs, National Black MBA Association, Inc.*
Laura Green
*Chair, Arts and Culture Committee, New York Coalition of One Hundred Black Women, Inc.*
Natatia Griffith
*Commissioner, NYC Commission on Women's Issues*
Deesha M. Hill, Esq.
*Art Consultant*

Wayne H. Ho
*Director of Advocacy, Federation of Protestant Welfare Agencies*
Yosuke Honjo
*President and Chief Executive Officer, Ito En (North America) Inc.*
Hugh Hysell
*President, HHC Marketing*
Tinku Jain
*Host of Namaste America*
Joann Lee
*Managing Director, Lam Group*
Tonya Lewis Lee
*Art Consultant*
Susana Torruella Leval
*Trustee, The Metropolitan Museum of Art*
Irvine Mac Manus
*Former Trustee, El Museo del Barrio*
Neyda Martinez
*Art Consultant*
Spencer Means
*Art Consultant*
Harriet R. Michel
*President, National Minority Supplier Development Council (NMSDC)*

Gail E. Mitchell
*President, Pan Hellenic Council of Greater New York, Inc.*
Haroon Moghul
*Associate Editor, Religion Dispatches*
Lal Motwani
*Executive Vice President, National Federation of Indian-American Associations (NFIA), President, Global Organization of People of Indian Origin (GOPIO-NY)*
Humberto Petit
*Photography Agent, Management+Artists*
Jaime Prieto
*President, Global Brand Management, Ogilvy & Mather*
Asim Rehman
*President, The Muslim Bar Association of New York*
Isabel Rivera
*President, RiverFish Productions Inc.*
Robert Sancho
*Vice President for Development and External Affairs, Bronx-Lebanon Hospital Center*

Sylvia Sandridge
*President, Tau Omega Chapter of Alpha Kappa Alpha Sorority, Inc.*
Jeanine Shama
*Advisor, Arab Arts Initiatives, New York City*
Usha Subrahmanyam
*Art Consultant*
Henry Tang
*Board of Directors, The Committee of 100*
Dr. Alexander Tsui
*President, Asian Professional Extension, Inc. (APEX)*
Bonnie Wong
*President, Asian Women in Business (AWIB)*
Lana Woods
*Representative, Jack and Jill of America, Inc.*

**Founding Members**

Sandra Jackson Berger
Cherrie Illidge-McKenna
Dr. Robert North
Professor Pamela Palanque-North
Dr. Lowery Stokes Sims
Linda Zango-Haley

# Visiting Committees

## The Curatorial Departments

### Arts of Africa, Oceania, and the Americas

Drs. Daniel and Marian Malcolm
*Co-Chairmen*
Lester Wunderman
*Chairman Emeritus*
Alisa LaGamma
*Curator in Charge*
Stephanie H. Bernheim
Alfred L. Bush
Dr. and Mrs. Sidney G. Clyman
Diana Fane
Vincent P. Fay
John A. Friede
Dr. Jane K. Katcher
Steven M. Kossak
Mr. and Mrs. Sacha Lainovic
Jerome L. Liebowitz
Adam M. Lindemann
Linda M. Lindenbaum
Mary R. Morgan
Joanne Pearson
Fred M. Richman
Allen Rosenbaum
Holly Ross
James J. Ross
Dr. Gordon Sze
Faith-dorian Wright
Ann Ziff

### The American Wing

Mrs. Lawrence A. Fleischman
Mrs. Erving Wolf
*Co-Chairmen*
Morrison H. Heckscher
*Lawrence A. Fleischman Chairman of The American Wing*
Max N. Berry
Frances F. Bretter
Richard L. Chilton, Jr.
Maurice J. Cunniffe
Theodore R. Gamble, Jr.
Robert G. Goelet
Bonnie B. Himmelman
John K. Howat
Mrs. Robert A. Hut
Richard H. Jenrette
Mrs. George M. Kaufman
Mrs. John Klingenstein
Mrs. Screven Lorillard
Mrs. Peter Lunder
Mrs. Richard Manney
Frank Martucci
Pauline C. Metcalf

Elizabeth G. Miller
Mrs. Nicholas Millhouse
Annette de la Renta
Richard J. Schwartz
Mrs. Stanley Tananbaum
Juliana Curran Terian
Lulu C. and Anthony W. Wang
Barrie A. Wigmore
Erving Wolf
Roy J. Zuckerberg

### Ancient Near Eastern Art

Shelby White
*Chairman*
Joan Aruz
*Curator in Charge*
Sidney Babcock
Professor Zainab Bahrani
Dr. Josephine L. Berger-Nadler
Dr. Giorgio Buccellati
Robert H. Dyson, Jr.
Sue Ann Evans
Professor Ann Farkas
Prudence O. Harper
Sir Joseph Hotung
Nanette Rodney Kelekian
Ms. Hiroko Koyama
Nina Joukowsky Köprülü
Ralph D. Minasian
Holly Pittman
Steven D. Robinson
Mr. and Mrs. Jonathan P. Rosen
John Malcolm Russell
Mrs. Raymond R. Sackler
Dr. Glenn M. Schwartz
Mr. and Mrs. Michael H. Steinhardt
Mr. and Mrs. James M. Vaughn, Jr.
Malcolm H. Wiener
Dr. Rita Wright
Dr. Richard L. Zettler

### Arms and Armor

Ronald S. Lauder
*Chairman*
Pierre Terjanian
*Arthur Ochs Sulzberger Curator in Charge*
Mrs. Russell B. Aitken
Mrs. Charles Baber
Dean K. Boorman
Kevin Brine
Gerald Klaz
Drs. Kenneth Lam and Vivian Chui Lam
Laird Landmann

Robert M. Lee
Mr. Christian Levett
Mr. and Mrs. John H. Morris, Jr.
Michael Pourfar
Sir Paul Ruddock
Hiroaki Saga
Dr. Jerome Zwanger

### Asian Art

Oscar L. Tang
*Chairman*
Maxwell K. Hearn
*Douglas Dillon Chairman*
Adrian Cheng
Phyllis Collins
Herbert J. Coyne
John R. Curtis, Jr.
Richard M. Danziger
Willem J. R. Dreesmann
Richard T. Fishbein
Sir Joseph Hotung
Mrs. Herbert Irving
Richard S. Lanier
H. Christopher Luce
Michael McCormick
Eliot C. Nolen
Cynthia Hazen Polsky
Annette de la Renta
Robert Rosenkranz
Andrew M. Saul
Jeff Soref
Mary Wallach
Lulu C. Wang
Charlotte C. Weber
Marie-Hélène Weill
Shelby White
Jerry Yang

### The Costume Institute

Harold Koda
*Curator in Charge*
Mrs. William McCormick Blair, Jr.
Hamish Bowles
Mrs. B. Gerald Cantor
Susan Casden
Amy Fine Collins
Cathryn Collins
Mrs. Ahmet Ertegun
Mrs. Randolph Hearst
Carolina Herrera
Gretchen Jordan
Janet and Howard Kagan
Julia Irene Kauffman
Kenneth Jay Lane
Aerin Lauder
Ralph Lauren
Mireille Levy
Oscar de la Renta
Patsy Tarr

### Drawings and Prints

David T. Schiff
*Chairman*
George R. Goldner
*Drue Heinz Chairman*
Joseph Baillio
Mrs. Howard J. Barnet
Katrin Bellinger
Jeffrey L. Berenson
Dr. Nancy Bialler
Jean A. Bonna
Ildiko Butler
Mrs. Arthur G. Cohen
Barbaralee Diamonstein-Spielvogel
John Driscoll
Arthur H. Elkind, M.D.
Martha Feltenstein
Dr. Howard A. Fox
Giuseppe Gazzoni-Frascara
Stephen A. Geiger
Charles Hack
Michael Hall, Esq.
Mrs. Henry J. Heinz II
Samuel Josefowitz
Leonard A. Lauder
Peter Naiman
Jill Newhouse
Roberta J. M. Olson and Alexander B. V. Johnson
Janice Oresman
Jessie H. Price
Mrs. Derald H. Ruttenberg
Mr. and Mrs. David M. Tobey
Malcolm H. Wiener

### Egyptian Art

Mrs. Henry A. Grunwald
*Chairman*
Diana Craig Patch
*Lila Acheson Wallace Curator in Charge*
Dorothea Arnold
*Curator Emerita*
Dr. James P. and Mrs. Susan Allen
Dr. Manfred Bietak
Mrs. Daniel P. Davison
Dr. Lewis M. Dubroff
Dr. Marjorie Fisher
Dr. and Mrs. Sameh Iskander
Dr. W. Raymond Johnson
Nanette Rodney Kelekian
Mr. and Mrs. Jonathan P. Rosen
Mr. and Mrs. James M. Vaughn, Jr.
Dr. Roxie Walker
Liana Weindling
Malcolm H. Wiener

### European Paintings

Mark Fisch
*Chairman*
Keith Christiansen
*John Pope-Hennessy Chairman*
Candace K. Beinecke
Álvaro Saieh Bendeck
Gregory P. Callimanopulos
Karen B. Cohen
Michel David-Weill
Hester Diamond
Girolamo Etro
Elizabeth Marsteller Gordon
Alexis Gregory
J. Tomilson Hill
Philip H. Isles
Thomas Kaplan
David Kowitz
Jon Landau
Asbjörn R. Lunde
The Honorable J. William Middendorf II
Dianne Modestini
Philippe de Montebello
David H. Mortimer
Annette de la Renta
Patricia Lee Rubin
Aso O. Tavitian
Michael M. Thomas
A. Robert Towbin
Wheelock Whitney III
Malcolm H. Wiener
Jayne Wrightsman
Morris E. Zukerman

### European Sculpture and Decorative Arts

Mercedes T. Bass
*Chairman*
Luke Syson
*Iris and B. Gerald Cantor Curator in Charge*
Mrs. Russell B. Aitken
Mrs. Douglas Auchincloss
Mrs. B. Gerald Cantor
Mme. Michel David-Weill
Bruno Eberli
Marina Kellen French
Alexis Gregory
Mrs. John H. Gutfreund
J. Tomilson Hill
Anna-Maria Kellen
Romano I. Peluso
Annette de la Renta
Frank E. Richardson
John Richardson
Andrew M. Saul
Dr. Stephen K. Scher
Susan Weber
Jayne Wrightsman
William L. Zeckendorf

## Greek and Roman Art

Mrs. Robert A. Belfer
Nicholas S. Zoullas
*Co-Chairmen*
Carlos A. Picón
*Curator in Charge*
Robert A. Belfer
Dr. Lewis M. Dubroff
Mr. and Mrs. Michael Jaharis
Jonathan P. Rosen
Mr. and Mrs. Michael H. Steinhardt
Shelby White

## Islamic Art

Bijan Mossavar-Rahmani
*Chairman*
Sheila Canby
*Patti Cadby Birch Curator in Charge*
Prince Amyn Aga Khan
Dr. Josephine L. Berger-Nadler
Dr. Layla Diba
Dr. Jerrilynn Dodds
Jamshid Ehsani
Elizabeth S. Ettinghausen
Mrs. Lewis R. M. Hall
Rina and Norman Indictor
Mrs. Herbert Irving
Hans König
Nina and Murat Köprülü
Rebecca Lindsey
Ralph Minasian
Cynthia Hazen Polsky
Mrs. Robert Poster
Abolala Soudavar
Morad Tahbaz
Parviz Tanavoli
Mrs. Marshall Wolf
Ehsan Yarshater
Benjamin Zucker

## Medieval Art and The Cloisters

Michel David-Weill
*Chairman*
C. Griffith Mann
*Michel David-Weill Curator in Charge*
Ronald R. Atkins
Elizabeth A. R. Brown
Gail O'Neill Caulkins
Helen Clay Chace
Austin B. Chinn
Mme. Michel David-Weill
John L. Feldman
Jeri Garbaccio
Nellie Gipson
Christopher Grisanti and Suzanne P. Fawbush
Susan Hermanos

Caroline Howard Hyman
Mary Jaharis
Ronald S. Lauder
James H. Marrow
Thomas F. Mathews
James McGarry
Elaine Rosenberg
Sir Paul Ruddock
Dr. Stephen K. Scher
Dr. John C. Weber

## Modern and Contemporary Art

J. Tomilson Hill
Cynthia Hazen Polsky
*Co-Chairmen*
Sheena Wagstaff
*Leonard A. Lauder Chairman*
Steven Ames
Plácido Arango
Renée E. Belfer
Olivier Berggruen
Daniel Brodsky
Mrs. B. Gerald Cantor
Jane C. Carroll
Constance B. Cartwright
Paula Cussi
Gabriella De Ferrari
S. Parker Gilbert
Agnes Gund
Philip H. Isles
Christian K. Keesee
Leonard A. Lauder
Mrs. A. L. Levine
Linda M. Lindenbaum
Linda Macklowe
Eliot C. Nolen
Diana Widmaier Picasso
Nicholas A. Polsky
Samantha Boardman Rosen
Alejandro Santo Domingo
Mrs. Andrew M. Saul
Ann G. Tenenbaum
Eugene V. Thaw
Malcolm H. Wiener

## Musical Instruments

Mrs. Thatcher M. Brown III
Peter Duchin
Allan Weissglass
*Co-Chairmen*
J. Kenneth Moore
*Frederick P. Rose Curator in Charge*
Mark Adamo
Tony Bennett
Dr. Josephine L. Berger-Nadler
Harry Bicket
Assunta Carballeira
James Conlon
John Corigliano
Beatrice Francais

Michael R. Francis
Sir John Eliot Gardiner
Eugene M. Grant
Susan M. Greenberg
Stephen Griesgraber
Dr. Jonathan Kellerman
Dr. and Mrs. Paul A. Krieger
C. Terry Lewis
Rebecca Lindsey
Stephen Miller
Mr. and Mrs. Kenneth Miron
Mr. and Mrs. Alfred F. Ross
Patricia B. Selch
Robert Sirota
Robert White

## Photographs

Joyce F. Menschel
*Chairman*
Jeff L. Rosenheim
*Curator in Charge*
Pierre Apraxine
Frank B. Arisman
Diana Barrett
Renée E. Belfer
Joseph M. Cohen
Gary Davis
Robert Fisher
Charlotte Ford
Danielle Ganek
Virginia Joffe
Eric R. Johnson
Nancy L. Lane
Saundra B. Lane
Harriette Levine
Walter B. Lundberg
Philip Maritz
Marlene Nathan Meyerson
Debra Hess Norris
Hideyuki Osawa
Eugenia Parry
Jennifer Saul Rich
Dennis A. Roach
Robert Rosenkranz
Angelica Rudenstine
Robert Taub
Ann G. Tenenbaum
Susan Unterberg
John C. Waddell
Paul F. Walter
Thomas Walther
Gary Wolkowitz

## The Conservation and Scientific Research Departments

### Objects Conservation

Dr. John C. Weber
*Chairman*

Lawrence Becker
*Sherman Fairchild Conservator in Charge*
Thomas Block and Marilyn Friedman
Jennifer Y. Chi
Elissa Cullman
Hester Diamond
Jeri Garbaccio
Ludmila Schwarzenberg Hess
Bonnie B. Himmelman
Dr. Stephen K. Scher
A. Robert Towbin
Jan and Marica Vilcek
Malcolm H. Wiener

## Paintings Conservation

Bonnie B. Himmelman
*Chairman*
Michael Gallagher
*Sherman Fairchild Conservator in Charge*
Plácido Arango
Dr. Colin B. Bailey
Richard L. Chilton, Jr.
Michel David-Weill
Hester Diamond
Elizabeth Easton
Mark Fisch
J. Tomilson Hill
Jeff Koons
Jon Landau
Ian McLure
Philippe de Montebello
Anne L. Poulet
Annette de la Renta
Dr. Ashok Roy
Jayne Wrightsman

## Paper Conservation

Stephen A. Geiger
David M. Tobey
*Co-Chairmen*
Marjorie Shelley
*Sherman Fairchild Conservator in Charge, Sherman Fairchild Center for Works on Paper and Photograph Conservation*
Mrs. Russell B. Aitken
Saretta Barnet
Richard Barsam
Margaret Conklin
Mrs. Arthur G. Cohen
Mr. and Mrs. Jean-Marie Eveillard
Bobbie Falk
Martha Feltenstein
George L. K. Frelinghuysen
Mark Golden
Charles Hack
Christoph Henkel

Bonnie B. Himmelman
Marion T. Hirschler
Nanette Rodney Kelekian
Sally and Howard G. Lepow
Lynden B. Miller
Clement C. Moore II
Edgar Munhall
Diane Allen Nixon
Dr. Sheldon Peck
Ivan Phillips
Robert S Pirie
Jessie H. Price
Dr. Stephen K. Scher
Carol O. Selle
Mr. and Mrs. David Tobey
Marica F. Vilcek
Catherine R. Williams

## Department of Scientific Research

Dr. Roald Hoffmann
David H. Koch
*Co-Chairmen*
Marco Leona
*David H. Koch Scientist in Charge*
Jeri Garbaccio
Jeffrey W. Greenberg
Michael Kasser
Dr. David Kinne
Dr. John Lombardi
Nancy S. MacMillan
Dr. David Orentreich
Dr. Edgar O. Smith
Dr. Thomas Tague
Bob Vila and Diana Barrett
Dr. Y. Lawrence Yao

## Thomas J. Watson Library

The Reverend Leo O'Donovan
*Chairman*
Mrs. Herbert Irving
*Chairman Emerita*
Kenneth Soehner
*Arthur K. Watson Chief Librarian*
Candace K. Beinecke
Dr. Josephine L. Berger-Nadler
Olivier Berggruen
Mrs. Arthur G. Cohen
Conrad K. Harper
Ay-Whang Hsia
Alexandra Munroe
James G. Neal
Cynthia Hazen Polsky
Andrew Solomon
Neal Turtell
Susan Weber
Mariët Westermann
Shelby White

# The Staff

## Office of the Director

Thomas P. Campbell
*Director and Chief
Executive Officer*
Carrie Rebora Barratt
*Associate Director for
Collections and
Administration*
Christine Coulson
*Senior Adviser to the
Director*
Peggy H. Hebard
*Senior Adviser to the
Director's Office*
Elizabeth Katherine
Fitzgerald
*Associate Administrator*
Rachel Straus Tofel
*Assistant Administrator*
Christina Long
*Associate for
Administration*
Gretchen Kodanaz
*Assistant for
Administration*

### EXHIBITIONS

Jennifer Russell
*Associate Director for
Exhibitions*
Martha Deese
*Senior Administrator for
Exhibitions and
International Affairs*
Linda Sylling
*Manager for Special
Exhibitions and Gallery
Installations*
Patricia Gilkison
*Associate Manager for
Special Exhibitions and
Gallery Installations*
Colleen Ritzau Leth
*Associate Administrator,
Global Museum Leaders
Colloquium*
Sian Wetherill
*Senior Exhibition Analyst,
part-time*
Maria E. Fillas
*Assistant for
Administration*

## Digital Media Department

Ariel Estrada
*Administrator*
Joan L. Kay
*Associate Administrator*

### APPLICATION DEVELOPMENT

Jeffrey W. Strickland
*Senior Manager of
Application
Development*
Gowri Bettadahalli
Andrew Carpenter
Adam Plonski
*Senior Web Developers*
Danielle E. Lee
*Web Developer*
Anna Ninburg
*Quality Assurance
Specialist*
Jane Yan
*Programmer*

### COLLECTIONS INFORMATION

Jennie W. Choi
*Senior Manager of
Collections Information
Management*
Farhan Ali
*Collections Information
Analyst*
Cristina D. Linclau
Yer Vang-Cohen
*Associate Collections
Information Specialists*

### COLLECTIONS INFORMATION SERVICES

Shyam Oberoi
*General Manager,
Collections Information
Services*

#### Digital Asset Management

Claire C. Dienes
Stephanie J. Post
*Senior Digital Asset
Specialists*
Dan Brennan
Neal Stimler
*Associate Digital Asset
Specialists*

#### Rights and Permissions

Julie Zeftel
*Senior Manager of Rights
and Permissions*
Eileen Sullivan
*Senior Rights and
Permissions Specialist*
Jeri Wagner
*Associate Rights and
Permissions Specialist*
Lucinda Ross
*Rights and Permissions
Associate, part-time*

### CREATIVE DEVELOPMENT

Paco Link
*General Manager of
Creative Development,
Senior Media Producer*

#### Creative Development

Sung K. Park
*Senior Design and
Production Manager*
Rachel Rothbaum
*Interactive Media
Producer*
Elizabeth Filardi
*Associate Mobile Producer*
Natalia Mileshina
*Interactive Designer*
Staci Hou
*Assistant Content Producer*

#### Media Lab

Donald Undeen
*Senior Manager of Media
Lab*
Colin G. Kennedy
*Senior Interpretive
Technology Architect*
Ryan P. Donahue
*Senior Information Systems
Developer*
Jonathan E. Dehan
*Media Technology
Developer*
Mike Westfall
*Information Systems
Developer*

### CREATIVE PRODUCTION

Christopher A. Noey
*General Manager of
Creative Production*

#### Digital Learning

Masha Turchinsky
*Senior Manager of Digital
Learning, Senior Producer*

#### Media Production

Paul Caro
*Senior Manager of Media
Production and Technology
Services*
Robin Schwalb
*Senior Audio-Visual
Specialist*
Howard Silver
*Media Producer, Special
Projects*
Kate Farrell
Jessica Glass
*Audio-Visual Specialists*
Sarah G. Cowan
*Associate Audio-Visual
Specialist*
Stephanie R. Wuertz
*Assistant Production
Specialist*
Maureen Coyle
*Media Coordinator*
Marina Zarya
*Intern*

#### Online Publications

Teresa W. Lai
*Senior Manager of Online
Publications, Senior Producer*
Jacqueline T. Neale
Chadwick
*Senior Digital Imaging
Editor*
Austin C. Fisher
*Senior Production
Associate, part-time*
Elizabeth A. Weinfield
*Editorial Associate, part-time*
Amy P. Liebster
*Associate Coordinator*
Helena Guzik
*Assistant Coordinator*

### WEB GROUP

Eileen M. Willis
*Senior Website Managing
Editor*
Denise Canniff
*Senior Manager of Online
Marketing and Community
Development*
Anne R. Dolmatch
*Website Editor*
Christina Watson
*Associate Email Marketing
Manager*
Jordan S. Tuch
*Associate Email Marketing
Producer*
Taylor C. Newby
*Online Community Manager*
Lucy V. Redoglia
*Assistant Email Marketing
Producer*

## Editorial

Mark Polizzotti
*Publisher and Editor in
Chief*
Gwen Roginsky
*Associate Publisher and
General Manager of
Publications*
Mary Jo Mace
*Financial Adviser for
Administration*
Nadja Hansen
*Assistant for
Administration*

### EDITORIAL

Michael Sittenfeld
*Managing Editor*
Elizabeth Zechella
*Assistant Managing Editor*
Pamela T. Barr
Elizabeth L. Block
Cynthia Clark
Kamilah Foreman
Sue Potter
Dale Tucker
Emily Walter
*Senior Editors*
Marcie Muscat
*Editor*
Hilary Becker
*Administrative Assistant*

### PRODUCTION

Peter Antony
*Chief Production Manager*
Robert Weisberg
*Senior Project Manager*
Jennifer Van Dalsen
Sally Van Devanter
Christopher Zichello
*Production Managers*
Jane S. Tai
*Image Acquisitions
Manager*
Ling Hu
Josephine Rodriguez-Massop
*Image Acquisitions
Associates*
Crystal A. Dombrow
*Image Acquisitions
Associate, part-time*

### Design

Susan Sellers
*Head of Design*
Sophia Geronimus
Sue Koch
Connie Norkin
*Graphic Design Managers*
Mortimer Lebigre
Norie Morimoto
Kamomi Solidum
*Graphic Designers*

James Vetterlein
*Associate Graphic Designer*
Janet Barad
*Graphic Design Assistant,
part-time*
Michael Batista
Daniel Kershaw
Michael Langley
Michael Lapthorn
*Exhibition Design
Managers*
Brian Cha
*Assistant Exhibition
Designer*
Clint Ross Coller
Richard Lichte
*Lighting Design Managers*
Amy Nelson
*Assistant Lighting Designer*
Joseph Smith
*Production Manager*
John Muldowney
*Production Specialist*
Andrey Kostiw
*Label Specialist*
Patricia Llosa
*Senior Design Workflow
Coordinator*
Aubrey L. Knox
*Assistant for
Administration*

### The Photograph Studio

Barbara J. Bridgers
*General Manager for
Imaging and Photography*
Joseph Coscia, Jr.
*Chief Photographer*
William Scott Geffert
*Senior Imaging Systems
Manager*
Anna-Marie Kellen
Oi-Cheong Lee
*Associate Chief
Photographers*
Einar J. Brendalen
*Senior Imaging Systems
Analyst*
Thomas Ling
Nancy L. Rutledge
*Associate Managers*
Katherine Dahab
Paul H. Lachenauer
Mark Morosse
Bruce J. Schwarz
Eileen Travell
Juan Trujillo
Karin L. Willis
Peter Zeray
*Senior Photographers*
Hyla Skopitz
Eugenia B. Tinsley
*Photographers*
Christopher Heins
Heather L. Johnson
Wilson Santiago
*Associate Imaging
Specialists*

Teri Aderman
*Image Production Assistant,
part-time*

### Antonio Ratti Textile Center

Melinda Watt
*Supervising Curator*
Giovanna P. Fiorino-
Iannace
*Senior Manager*
Eva L. Labson
*Assistant Manager*
Toma Fichter
*Senior Collections Associate*
Isabel Kim
*Senior Collections
Assistant*
Kieran D. McCulloch
*Collections Assistant*
Eva H. DeAngelis-Glasser
*Assistant for
Administration*

### Registrar

Aileen Chuk
*Chief Registrar*
Meryl Cohen
*Exhibitions Registrar*
Mary McNamara
*Administrator*
Charles Agro
*Manager, Packing and
Art Services*
Willa Cox
*Manager, Storeroom One*
Nina S. Maruca
*Senior Associate Registrar*
Sarah Boyd
Caitlin Corrigan
Emily Foss
Cynthia Murphy
*Associate Registrars*
Allison E. Bosch
Nesta Mayo
*Assistant Registrars*
Mehgan Pizarro
*Registrar Assistant*
Jennifer Mulhearn
*Administrative Assistant*
Robert Kuszek
*Senior Storeroom One
Specialist*
Alejandro Lopez
*Storeroom One Specialist*
Ashley J. Hall
*Special Project Assistant,
part-time*
Eleanor White
*Senior Departmental
Technician*
Gerald Lunney
*Supervising Shop Foreman*
Benjamin Dillon
Andy Fennell

John Laughner
Wayne Morales
Jorge Roldan
*Maintainers*

## Office of the President

Emily Kernan Rafferty
*President*
Missy McHugh
*Chief Adviser to the
President*
Whitney Wilson
Donhauser
*Senior Adviser to the
President*
Bernice Chu
*Manager of Museum
Operations*
Caryn Lewi
Jeanette O'Keefe
*Associate Administrators*
J. Harbeck Gill
*Executive Assistant*

### Department of Human Resources

Debra A. McDowell
*Vice President for Human
Resources*
Norman Kyle Althof
Teresa C. Castro
*Associates for
Administration*
Zachary W. Hurd
*Senior Human Resources
Associate*
Daniel Miller
*Project Manager*

COMPENSATION AND
EMPLOYMENT

Brian P. Lewis
*Assistant Chief Human
Resources Officer*
Mary Walsh
*Recruitment Manager*
Rondeep Dutta
*Associate Manager of
Compensation and
Employment*
Elizabeth T. Williams
*Employment Generalist*

PROFESSIONAL AND
ORGANIZATIONAL
DEVELOPMENT/
EMPLOYEE RELATIONS

Irina Shifrin
*Assistant Chief Human
Resources Officer*
James Noone
*Manager of Employee
Relations/Labor Relations*

Amy Boozan
*Associate Manager of
Organizational and
Professional Development*

BENEFITS

Gordon L. Barger
*Associate Chief Human
Resources Officer*
Kristin D. Stankavich
*Absence Management
Specialist*
Ashley P. Moore
*Associate Benefits Generalist*

HUMAN RESOURCES
INFORMATION SYSTEMS

Joanne DiPietra
*Assistant Chief Human
Resources Officer*
Felicia M. Hull
*Human Resources
Information Systems
Manager*
Tina M. Fox
*Senior Human Resources
Information Systems
Specialist*
Seok Hye Lee
*Senior Human Resources
Information Systems and
Web Analyst*
Tiffany L. Williams
*Senior Human Resources
Information Systems and
Benefits Analyst*

### Investments

Suzanne E. Brenner
*Chief Investment Officer*
Lauren A. Meserve
*Deputy Chief Investment
Officer*
Vanessa L. Melendez
*Senior Investment Officer*
Kevin H. Liau
*Investment Officer,
Operations and Risk*
Elena Sands
*Senior Investment Officer,
part-time*
P. Scott Abookire
*Investment Analyst*
Charlotte Everette
*Administrator*

## The Curatorial Departments

### Arts of Africa, Oceania, and the Americas

Alisa LaGamma
*Curator in Charge*

Eric Kjellgren
*Evelyn A. J. Hall and
John A. Friede Associate
Curator*
Yaëlle Biro
*Assistant Curator*
Christine Giuntini
*Conservator*
Rebecca Fifield
*Collections Manager*
Heidi King
*Senior Research Associate,
part-time*
Jennifer L. Larson
*Assistant Visual Resource
Manager*
Jacqueline T. Zanca
*Collections Management
Assistant*
Frances S. Steiner
*Assistant for Administration*
Robert Sorenson
*Senior Departmental
Technician*

### The American Wing

Morrison H. Heckscher
*Lawrence A. Fleischman
Chairman of The American
Wing*
Peter M. Kenny
*Ruth Bigelow Wriston
Curator of American
Decorative Arts, and
Administrator of The
American Wing*
Amelia Peck
*Marica F. Vilcek Curator of
American Decorative Arts,
and Manager, The Henry R.
Luce Center for the Study
of American Art*
Alice Cooney
Frelinghuysen
*Anthony W. and Lulu C.
Wang Curator of American
Decorative Arts*
Thayer Tolles
*Marica F. Vilcek Curator of
American Paintings and
Sculpture*
Ronda Kasl
Elizabeth Mankin
Kornhauser
Beth Carver Wees
*Curators*
Medill Higgins Harvey
*Assistant Curator*
Adrienne Spinozzi
Nicholas Vincent
*Research Associates*
Jessica Murphy
*Research Associate,
part-time*
Amy E. Bogansky
*Research Assistant*
Leela Outcalt
*Collections Manager*

Sara M. Ketchum
*Associate Manager of Friends Groups*
Elaine Bradson
*Associate Administrator*
Catherine Mackay
Kelly Mulrow
Lauren A. Ritz
*Administrative Assistants*
Christine Olson
*Tiffany & Co. Foundation Curatorial Intern in American Decorative Arts*
Sean Farrell
*Supervising Departmental Technician*
Dennis Kaiser
*Principal Departmental Technician*
Chad Lemke
*Senior Departmental Technician*
Mary Beth Orr
*Departmental Technician*
Claudette Mullings
*Housekeeper*

**Ancient Near Eastern Art**

Joan Aruz
*Curator in Charge*
Kim Benzel
*Associate Curator, part-time*
Sarah Graff
Fiona Kidd
Yelena Rakic
*Assistant Curators*
Tim Healing
*Senior Administrator*
Susanna Lee
*Associate for Administration*
Michael Seymour
*Research Associate*
Anne-Elizabeth Dunn-Vaturi
*Hagop Kevorkian Research Associate, part-time*
Laetitia Raiciulescu
*Research Assistant*
Shawn Osborne-Campbell
*Principal Departmental Technician*

**Arms and Armor**

Pierre Terjanian
*Arthur Ochs Sulzberger Curator in Charge*
Stuart W. Pyhrr
*Distinguished Research Curator*
Donald J. La Rocca
*Curator*

Hermes Knauer
*Armorer*
Edward A. Hunter
*Conservator*
Stephen J. Bluto
*Collections Manager*
Marilynn T. Van Dunk
*Associate Administrator*
George W. Sferra III
*Collections Management Associate*
Sophia A. Kramer
*Assistant Conservator, part-time*

**Asian Art**

Maxwell K. Hearn
*Douglas Dillon Chairman*
Judith G. Smith
*Senior Administrator*
John Guy
*Florence and Herbert Irving Curator of the Arts of South and Southeast Asia*
John Carpenter
Denise Patry Leidy
Zhixin Jason Sun
*Curators*
Soyoung Lee
*Associate Curator*
Kurt Behrendt
Joseph Scheier-Dolberg
Sinéad Vilbar
*Assistant Curators*
Shi-yee Liu
*Assistant Research Curator*
Stephen Murphy
*Research Associate*
Xin Wang
*Research Assistant*
Monika Bincsik
*Mellon Curatorial Fellow*
Hwai-ling Yeh-Lewis
*Senior Collections Manager*
Alison Clark
*Collections Management Specialist*
Midori Oka
*Collections Management Assistant*
Jacqueline Taeschler
*Senior Collections Management Assistant, part-time*
Jill Wickenheisser
*Associate Administrator*
Ching Hui Wang
*Assistant for Administration*
Tinley P. Fynn
*Intern*
Beatrice Pinto
*Supervising Departmental Technician*

Imtikar Ally
Lori Carrier
Luis Nuñez
*Senior Departmental Technicians*

ASIAN ART CONSERVATION

Yuan-li Hou
*Douglas Dillon Conservator of Chinese Paintings*
Jennifer Perry
Kewei Wang
*Conservators*

**The Costume Institute**

Harold Koda
*Curator in Charge*
Andrew Bolton
*Curator*
Mark Joseph
*Administrator*
Sarah Scaturro
*Conservator*
Elizabeth Q. Bryan
*Associate Research Curator*
Jessica Regan
*Assistant Curator*
Joyce Fung
Amanda B. Garfinkel
*Senior Research Associates*
Elizabeth D. Arenaro
Jessica L. Glasscock
Marci K. Morimoto
Anne Reilly
*Research Associates*
Bethany L. Matia
Rebecca Perry
*Senior Research Assistants*
Lauren Helliwell
Mellissa Huber
Tracy Jenkins
Emma Kadar-Penner
Suzanne E. Shapiro
Anna Yanofsky
*Research Assistants*
Anna Barden
*Assistant for Administration*
Michael Downer
*Principal Departmental Technician*

CONSERVATION

Glenn O. Petersen
*Conservator*
Won Yee Ng
*Associate Conservator*
Cassandra Gero
*Conservation Assistant*

COSTUME COLLECTION OF THE BROOKLYN MUSEUM

Jan Glier Reeder
*Consulting Curator*

**Drawings and Prints**

George R. Goldner
*Drue Heinz Chairman*
Stijn Alsteens
Carmen Bambach
Constance McPhee
Nadine M. Orenstein
Samantha Rippner
Perrin Stein
*Curators*
Catherine Jenkins
Cora Michael
*Associate Curators*
Femke Speelberg
Freyda Spira
*Assistant Curators*
Mary Zuber
*Senior Collections Manager*
Rebekah Burgess
*Collections Management Coordinator*
Alexa J. Schwartz
Elizabeth Zanis
*Collections Management Assistants*
Hannah Korn
*Collections Management Assistant, part-time*
Kit Basquin
*Associate for Administration*
David del Gaizo
*Principal Departmental Technician*
Ricky Luna
*Research Associate*
John Byck
Brittany McKinney
Allison Rudnick
Britany Salsbury
*Research Assistants, part-time*

**Egyptian Art**

Diana Craig Patch
*Acting Curator in Charge*
Dieter Arnold
Marsha Hill
Adela Oppenheim
Catharine Roehrig
*Curators*
Nicholas Reeves
*Lila Acheson Wallace Associate Curator*
Janice Kamrin
Isabel Stuenkel
*Assistant Curators*
Morena Stefanova
*Research Associate, part-time*
Kei Yamamoto
*Mellon Curatorial Fellow*
Heather Masciandaro
*Associate Administrator*
Gustavo Camps
*Imaging Design Specialist, part-time*

Sara Chen
*Draftsperson*
Elizabeth M. Fiorentino
*Collections Manager*
Isidoro Salerno
*Supervising Departmental Technician*
Dennis Kelly
*Principal Departmental Technician*
Seth Zimiles
*Departmental Technician*

**European Paintings**

Keith Christiansen
*John Pope-Hennessy Chairman*
Maryan Ainsworth
Katharine Baetjer
Andrea Bayer
Walter Liedtke
Xavier F. Salomon
Susan Alyson Stein
*Curators*
Asher E. Miller
*Assistant Curator*
Rebecca Ben-Atar
*Administrator*
Gretchen Wold
*Senior Collections Manager*
Jennifer Meagher
*Collections Management Specialist*
Alison R. Hokanson
*Research Associate*
Lisa Cain
*Associate Administrator*
Patrice Mattia
*Assistant Administrator*
Andrew Caputo
*Associate for Administration*
Gary Kopp
*Supervising Departmental Technician*
Theresa King-Dickinson
John McKanna
*Principal Departmental Technicians*
Rachel Robinson
*Senior Departmental Technician*
Charles N. Howard
*Research Assistant, part-time*

**European Sculpture and Decorative Arts**

Luke Syson
*Iris and B. Gerald Cantor Curator in Charge*
James David Draper
*Henry R. Kravis Curator*
Wolfram Koeppe
*Marina Kellen French Curator*

139

Ellenor M. Alcorn
Danièlle O. Kisluk-Grosheide
Jeffrey Munger
*Curators*
Elizabeth A. H. Cleland
Clare Vincent
Melinda Watt
*Associate Curators*
Yassana Croizat-Glazer
*Assistant Curator*
Paola D'Agostino
*Senior Research Associate*
Elena Carrara
Tamara E. Schechter
Elizabeth Sullivan
*Research Associates*
Sarah W. Mallory
*Research Assistant*
Erin E. Pick
*Senior Administrator*
Denny Stone
*Senior Collections Manager*
Melissa Smith
*Assistant for Administration*
Alisa Chiles
*Collections Management Assistant*
Marva Harvey-Walcott
*Collections Assistant*
Juan Stacey
*Supervising Departmental Technician*
Jacob D. Goble
*Senior Departmental Technician*

**Greek and Roman Art**

Carlos A. Picón
*Curator in Charge*
Seán Hemingway
Christopher S. Lightfoot
Joan R. Mertens
*Curators*
Kyriaki Karoglou
*Assistant Curator*
Debbie T. Kuo
*Administrator*
William M. Gagen
*Collections Manager*
Fred A. Caruso
*Collections Specialist*
Matthew A. Noiseux
*Associate Administrator*
Michael J. Baran
*Administrative Assistant*
Ava Forte Vitali
*Collections Management Assistant*
Maya Muratov
*Research Assistant, part-time*
John F. Morariu, Jr.
*Supervising Departmental Technician*

Jennifer M. Soupios
*Principal Departmental Technician*

**Islamic Art**

Sheila Canby
*Patti Cadby Birch Curator in Charge*
Navina Najat Haidar
*Curator*
Maryam Ekhtiar
*Associate Curator*
Deniz Beyazit
Martina Rugiadi
*Assistant Curators*
Marika Sardar Nickson
*Senior Research Associate*
Jean E. Tibbetts
*Assistant for Administration*
Ria Breed
Vivek Gupta
*Research Assistants, part-time*
Annick Des Roches
*Collections Manager*
Michelle Ridgely
*Associate for Administration*
Julia A. Rooney
*Administrative Assistant, part-time*
Courtney A. Stewart
*Senior Research Assistant*
Tim Caster
*Principal Departmental Technician*
Douglas C. Geiger
*Departmental Technician*

**Robert Lehman Collection**

Dita Amory
*Acting Associate Curator in Charge and Administrator*
Alison Manges Nogueira
*Assistant Curator*
Debra Jackson
*Assistant Administrator*
Manus Gallagher
*Principal Departmental Technician*

**Medieval Art and The Cloisters**

Peter Barnet
*Michel David-Weill Curator in Charge*

MEDIEVAL ART

Helen C. Evans
*Mary and Michael Jaharis Curator of Byzantine Art*

Melanie Holcomb
Charles T. Little
*Curators*
Christine E. Brennan
*Senior Research Associate*
R. Theo Margelony
*Associate Administrator*
Thomas C. Vinton
*Principal Departmental Technician*

THE CLOISTERS

Barbara D. Boehm
Timothy B. Husband
*Curators*
Leslie Bussis Tait
Nancy Wu
*Museum Educators*
Emma Wegner
*Assistant Museum Educator*
Christina Alphonso
*Administrator*
Christine D. McDermott
*Coordinator for Administration*
Bianca A. Niggli
*Administrative Assistant*
Eileen Dirks
*Group Reservations Assistant*
Amber Dennis
*Group Reservations Assistant, part-time*
Deirdre Larkin
*Managing Horticulturist*
Andrew Winslow
*Senior Departmental Technician*
Carly B. Still
*Assistant Horticulturist*
Esme M. Webb
*Gardener, part-time*
Patricia A. Rooney
*Usher, part-time*

**Modern and Contemporary Art**

Sheena Wagstaff
*Leonard A. Lauder Chairman*
Sabine Rewald
*Jacques and Natasha Gelman Curator for Modern Art*
Rebecca A. Rabinow
*Leonard A. Lauder Curator of Modern Art, Curator in Charge of the Leonard A. Lauder Research Center for Modern Art*
Robert Nicholas Cullinan
Marla Prather
*Curators*
Jane Adlin
Ian Alteveer
Jared Goss

Anne L. Strauss
*Associate Curators*
Kay Bearman
*Senior Research Consultant*
Christel Hollevoet-Force
*Assistant Research Curator, part-time*
Maureen Pskowski
*Administrator*
Cynthia Iavarone
*Collections Manager*
Sara K. McBride
*Associate Manager for Friends Group*
Catherine Brodsky
Rebecca Tilghman
*Collections Management Associates*
Rebecca L. Ruderman
*Associate for Administration*
Anthony Askin
*Supervising Departmental Technician*
Sandie Peters
*Principal Departmental Technician*
Jeff Elliott
Brooks Shaver
*Senior Departmental Technicians*
Mary Chan
*Senior Research Assistant*
Mary Clare F. McKinley
Rachel Nelson
Lori Zabar
*Research Assistants, part-time*

**Musical Instruments**

J. Kenneth Moore
*Frederick P. Rose Curator in Charge*
Jayson Kerr Dobney
*Associate Curator and Administrator*
Elizabeth B. Strauchen-Scherer
*Associate Curator*
Marian Eines
*Associate for Administration*
Pamela Summey
*Administrative Assistant*

**Photographs**

Jeff L. Rosenheim
*Curator in Charge*
Malcolm Daniel
*Senior Curator*
Douglas Eklund
*Curator*
Mia Fineman
*Associate Curator*
Karan Rinaldo
*Senior Research Assistant*

Meredith Friedman
*Collections Manager*
Anna Wall
*Collections Specialist*
Myriam Rocconi
*Associate for Administration*
Predrag Dimitrijevic
*Supervising Departmental Technician*
Ryan Franklin
*Departmental Technician*

PHOTOGRAPH CONSERVATION

Nora Kennedy
*Sherman Fairchild Conservator*
Elisabeth Barro
*Associate Conservator, part-time*
Katherine C. Sanderson
*Assistant Conservator*
Georgia Southworth
*Assistant Conservator, part-time*

**The Conservation and Scientific Research Departments**

**Objects Conservation**

Lawrence Becker
*Sherman Fairchild Conservator in Charge*
Pete Dandridge
*Conservator and Administrator*
Dorothy H. Abramitis
Drew Anderson
Mechthild Baumeister
Linda Borsch
Nancy C. Britton
Ann Heywood
Ellen Howe
Jean-François de Lapérouse
Marijn Manuels
Pascale Patris
Lisa Pilosi
Kendra Roth
Deborah Schorsch
Jack Soultanian, Jr.
Karen Stamm
Donna Strahan
Wendy Walker
*Conservators*
Lucretia Kargère
*Conservator, The Cloisters*
Michele D. Marincola
*Conservator, The Cloisters, part-time*
Susana Caldeira
Beth Edelstein
Vicki Parry
Carolyn Riccardelli
*Associate Conservators*

Sarah McGregor
*Associate Conservator, part-time*
Emeline Baude
Christina Hagelskamp
Daniel Hausdorf
Janis Mandrus
*Assistant Conservators*
Frederick J. Sager
*Senior Conservation Preparator*
Jenna Wainwright
*Conservation Preparator*
Warren L. Bennett
Matthew Cumbie
*Associate Conservation Preparators*
David A. Sastre Perez
*Assistant Manager for Laboratories and Studios*
Ashira Loike
*Assistant Administrator*
Mary Ann Goldade
*Administrative Assistant*

**Paintings Conservation**

Michael Gallagher
*Sherman Fairchild Conservator in Charge*
George Bisacca
Charlotte Hale
Dorothy Mahon
*Conservators*
Shawn Digney-Peer
Isabelle Duvernois
Cynthia Moyer
*Associate Conservators*
Michael Alan Miller
*Assistant Conservator*
Evan Read
*Associate Manager of Technical Documentation*
Morgan Spatny
*Administrator*

**Paper Conservation**

Marjorie Shelley
*Sherman Fairchild Conservator in Charge, Sherman Fairchild Center for Works on Paper and Photograph Conservation*
Rachel Mustalish
Yana van Dyke
*Conservators*
Angela B. Campbell
Rebecca Capua
*Assistant Conservators*
Valerie Faivre
Marina Ruiz-Molina
*Assistant Conservators, part-time*
Martin Bansbach
*Senior Manager for Installation and Matting*

Mary Jo Carson
*Administrator*

**Department of Scientific Research**

Marco Leona
*David H. Koch Scientist in Charge*
Silvia A. Centeno
Mark Wypyski
*Research Scientists*
Julie Arslanoglu
Federico Carò
Paolo Dionisi Vici
Adriana Rizzo
Nobuko Shibayama
Masahiko Tsukada
*Associate Research Scientists*
Natalya Atlasevich
Jaclyn Catalano
Pablo Londero
*Research Associates*
Katherine Blaney-Miller
*Manager for Administration*
Lisa Chen
*Associate Laboratory Coordinator*

**Textile Conservation**

Florica Zaharia
*Conservator in Charge*
Cristina B. Carr
Kathrin Colburn
Emilia Cortes
Janina Poskrobko
*Conservators*
Min Sun Hwang
Kristine Kamiya
Olha Yarema-Wynar
*Associate Conservators*
Ronnee Barnett
*Associate Conservator, part-time*
Julia G. Carlson
Giulia Chiostrini
Yael Rosenfield
Kisook Suh
*Assistant Conservators*
Rebecca Beyth
*Conservation Assistant*
Sarah Pickman
*Assistant Administrator*

## Education

Peggy Fogelman
*Frederick P. and Sandra P. Rose Chairman of Education*
Kathryn Calley Galitz
*Associate Museum Educator*
Alaine K. Arnott
*Administrator*

Carolyn A. Hamrak
*Senior Financial Manager*
Marlene Graham
*Senior Manager, Uris Center for Education*
Merantine Hens
*Senior Managing Editor*
Donna A. Rocco
*Senior Production Manager*
Vivian Wick
*Editor*
Aaron Griffin
*Audio-Visual Specialist*
Brian S. Berman
Rafael Cortes, Jr.
Kobie Fowler
Travis Kray
Pat Push
William Sexton
Thomas R. Shomaker
*Audio-Visual Specialists, part-time*
Soo Hee H. Song
*Senior Coordinator*
DeWayne Phillips
*Senior Operations Coordinator*
Victoria Smolinsky
*Coordinator for Administration*
David Russell
*Financial Coordinator*
Alexis Alvarado
*Senior Education Operations Assistant*
Jose D. Mendez
Alberto Negron
*Education Operations Assistants*
Hannah Botkin
*Intern*

**Academic Programs**

Marcie J. Karp
*Managing Museum Educator*
Monica Mariño
*Assistant Museum Educator*
Hannah Kinney
*Education Programs Coordinator*
Erica Lohe
*Education Programs Associate*
Cristina Garza
*Education Programs Assistant*

**Gallery and Studio Programs**

Jacqueline Terrassa
*Managing Museum Educator*
Rebecca McGinnis
Michael Norris

Alice W. Schwarz
*Museum Educators*
Deborah Jaffe
*Associate Museum Educator, part-time*
Michelle M. Hagewood
Molly Kysar
*Assistant Museum Educators*
Brittany Prieto
*Education Programs Coordinator*
Jan M. Ingvalson
*Education Programs Associate*
Marianna Siciliano
Maya Valladares
*Education Assistants*
Arianna Paz Chavez
*Intern*

**Public and Exhibition Programs**

Joseph Loh
*Managing Museum Educator*
Jennifer Mock
Karen Plemons
*Assistant Museum Educators*
Kendra Tyson
*Assistant Manager for Exhibition Programs, Digital Assets, and Archive Management*
Nicole Leist
*Associate Education Programs Coordinator*

**School and Teacher Programs**

William B. Crow
*Managing Museum Educator*
David Bowles
Elizabeth Gibbons
*Assistant Museum Educators*
Claire E. Moore
*Assistant Museum Educator, part-time*
Susan E. Weisbrod
*Coordinator for Group Tour Fulfillment*
Katherine T. Abbey
*Education Programs Assistant*

**Concerts & Lectures**

Limor Tomer
*General Manager of Concerts & Lectures*
Erin Flannery
*Manager for Administration*

Debrina Handler
*Programming Assistant, part-time*
Lesley Alpert-Schuldenfrei
*Senior Manager, Promotion and Sales*
Ellen L. Holt
*Assistant Manager for Ticketing*
Meryl Cates
*Coordinator for Marketing*
Alethea Brown
*Assistant Coordinator for Ticketing*
Amnon Freidlin
*Marketing Assistant, part-time*
William Battaglia
Teresa V. Cajigas
*Box Office Aides, part-time*
Prentiss Kwabena Slaughter
*Senior Manager, Production and Programs*
Marsha Reid
*Production Coordinator*
Rosa Hyde
*Assistant Manager, Front of House, part-time*
Mikel Frank
*Stage Manager*
Stephen Rotker
*Assistant Stage Manager*
Rafael Cortes
Mark Costello
Eric Xu
*Audio-Visual Specialists, part-time*
Andrea Camerota
Kathleen Harnig
Hector Rivera
James Sullivan
*Senior Ushers, part-time*
Bebe Ahmad
Faith I. Cooper
Martin Corbin
Glenn Fleary
Kelly J. Hernandez-Alonzo
Elayne Horn
Rebecca Hunt
Sarah A. Merchlewitz
Judith Perlman
Lakshmi (Cass) Praimraj
Maria Rezk
Rhoda Russell
Diana M. Stewart
Michelle R. Volpe
Jeanette Williams
Adrienne K. Yee
Carol Zitrin
*Ushers, part-time*

## The Libraries

**Thomas J. Watson Library**

Kenneth Soehner
*Arthur K. Watson Chief Librarian*

Linda Seckelson
Daniel A. Starr
*Museum Librarians*
Margaret Black
Tamara Lee Fultz
Oleg Kreymer
Naomi Niles
Deborah Vincelli
Min Xu
*Associate Museum
Librarians*
Jared B. Ash
Michael Carter
Robyn Fleming
Lisa M. Harms
John Lindaman
Dan Lipcan
*Assistant Museum
Librarians*
Erika Hauser
Leah L. High
Tina Lidogoster
Andrea Puccio
*Librarians*
Nancy B. Mandel
*Manager for Library
Administration*
Tavia Fortt
*Associate Manager,
Technical Services*
Holly Phillips
*Assistant Manager for
Acquisitions*
Karen Williams
*Assistant Financial
Manager*
Guinevere David
Kate Sweeney
Angela Washington
*Senior Library Associates*
William Blueher
LuXuan Liu
Catherine M. Paolillo
*Library Associates*
Elizabeth Legere
Christina Manzella
Maria Marshall
*Library Associates,
part-time*
Jessica Ranne
*Collections Associate*
Ronald Fein
*Supervising Departmental
Technician*
Ren Murrell
*Principal Departmental
Technician*
Fredy Rivera
Maria Schurr
*Senior Departmental
Technicians*

ROBERT GOLDWATER
LIBRARY IN THE
DEPARTMENT OF ARTS OF
AFRICA, OCEANIA, AND
THE AMERICAS

James Ross Day
*Museum Librarian*

THE IRENE LEWISOHN
COSTUME REFERENCE
LIBRARY OF THE
COSTUME INSTITUTE

Julie Tran Lê
*Librarian*

THE ONASSIS LIBRARY
FOR HELLENIC AND
ROMAN ART IN THE
DEPARTMENT OF GREEK
AND ROMAN ART

Sarah Szeliga
*Assistant Visual Resource
Manager*

BOOK CONSERVATION

Mindell Dubansky
*Museum Librarian*
Jae Carey
Yukari Hayashida
*Senior Book Conservation
Coordinators*
Jenny Adolfson
*Book Conservation
Associate*

## Office of the Senior Vice President, Chief Financial Officer, and Treasurer

Olena Paslawsky
*Senior Vice President, Chief
Financial Officer, and
Treasurer*
Holly Zielinskie
*Financial Administration
Manager*
Sarah Osewalt
*Associate for Administration*
Rebekah Seely
*Assistant for
Administration*
Lawrence S. Motz
*Asset Liability Manager,
part-time*

## Treasury

Mary Benjamin
*Chief Treasury Officer*

CASHIER'S OFFICE

Iris Billy
*Cashier Analysis and
Reporting Manager*
Kimberly Moreno
*Associate Cash Operations
Manager*
Bernadine Fitzgerald
*Cash Operations
Coordinator*

Claudia Florez
Daniel McGuire
*Associate Cash Operations
Coordinators*
Essie Elliot
*Associate Cash Operations
Coordinator, part-time*
Charmaine B. Gayle
*Assistant Cash Operations
Coordinator, part-time*

INVESTMENT
ACCOUNTING

Katherine DeMarco
*Portfolio Accounting
Manager*
Steven Chang
*Senior Investment
Accounting Analyst*

PAYROLL

Sharon Inglese
*Payroll Manager*
Michele Maharaj
*Senior Payroll Analyst*
Gairy J. Blake
*Payroll Analyst*
Juana Sanchez
*Senior Payroll Coordinator*

TREASURY AND CASH
ACCOUNTING

Keri Cozzino
*Senior Manager of Cash
Accounting and Reporting*
Andrean E. Hart
*Senior Treasury Analyst*
Meghan Bergman
Alice Martin
*Accounting Analysts*
Johanna M. Warde
*Associate Treasury Analyst*
Ayana Dunlap
*Assistant Treasury Analyst*

## Planning and Budget

Christina Black
*Chief Planning and Budget
Officer*
Maureen Burke
*Deputy Chief Planning and
Budget Officer*
Katherine Brown
*Manager for Planning and
Budget*
Karen Coen
*Associate Manager for
Planning and Budget*
Jekaterina Judina
*Senior Financial Analyst
for Planning and Budget*

## Controller

Michael Spatt
*Controller*

ACCOUNTS PAYABLE

Ruth McCormack
*Senior Accounts Payable
Manager*
Hortense Rutherford-
Beckett
*Assistant Manager*
Michael Ramnarain
*Associate Accounts Payable
Analyst*
Daniel Knox
*Senior Accounts Payable
Associate*
Hannah Surujdeo
*Accounts Payable
Coordinator*

FINANCIAL REPORTING
AND ACCOUNTING

Lucia V. Matthew
*Manager of Financial
Reporting and Accounting*
Ruel A. Moulton
*Senior Accounting Analyst*
Henry Velasquez
*Accounting Analyst*

REVENUE AND EARNED
INCOME

Kuntal Joshi
*Senior Manager of Revenue
and Earned Income*
Nancy Paredes
*Senior Accounting Analyst*
Amsi Tadesse
*Assistant Travel Manager*
Jermaine A. Charles
Nicole Seales
*Accounting Analysts*

## Shared Services

Michael McBride
*Senior Manager for Shared
Services and Workday
Project Manager*
Patricia Fitzgerald
*Project Manager, Workday
Finance*
Victoria Landmark
*Manager for Shared
Services*
Richard Newburger
*Manager of Sales
Accounting and Control*
Ferlaisa Gomez
*Senior Financial
Coordinator*
Carlos Mejia
*Associate Financial
Coordinator*

Mary Ann Adkins
*Accounts Payable Manager*
Jeannette Cordero
*Accounts Payable Associate*
Monica Sands
*Accounts Payable Associate,
part-time*

## Information Systems and Technology

Jeffrey S. Spar
*Chief Technology Officer*
Jill Marcum
*Associate Administrator*
Sareen Patel
*Administrative Assistant*

APPLICATIONS AND
DATA SERVICES

Adam Padron
*Manager of Applications
and Data Services Group*
John E. Higgins
*Senior Application
Developer*
Danny Espinal
*Database Administrator*
Yuriy Grayfer
*Database Developer*
Andrew Allred
Scott K. Murphy
*Application Developers*
Michael W. Johnson
*Senior Systems Analyst*

INFRASTRUCTURE AND
TECHNICAL SUPPORT

Steven R. Ryan
*Manager of Technology
Operations*

NETWORK AND DATA
CENTER SERVICES

Gregory Bernard
*Associate Manager of Server
and Network Management*
Michael Narine
*Senior Network Security
and WLAN Engineer*
Robert Gerstle
*Senior Network Operations
Engineer*
Avelino L. Williams
*Data Center Operator and
Wiring Technician*

SYSTEMS AND ACCESS
MANAGEMENT

Adam J. Sonzogni
*Associate Manager of
Systems and Access
Management*
Kristin Penegor
*Systems Administrator*

## SYSTEMS ARCHITECTURE

Alan Greenwood
*Senior Systems and Network Architect*

## TECHNICAL SUPPORT

Danny Rotondo
*Associate Manager of Technical Support*
Rojah Peck
Shaun Walwyn
*Senior Technical Support Analysts*
Wojtek Batycki
Michael Crimi
*Technical Analysts*
Adam Honen
*Associate Technical Analyst*

## SERVER AND DESKTOP ADMINISTRATION

Nicholas Cerbini
*Senior Systems Engineer*
David J. Fiorenza
*Desktop and Server Support Engineer*
Frederick O. Duemig, Jr.
*Systems Engineer*
Patrick Moy
*Senior Desktop and Server Administrator*
Linda Barba
*Desktop and Digital Publications Administrator*

## ENTERPRISE APPLICATIONS MANAGEMENT

Jerry Strauss
*Manager, Application Support Group*
Lawren E. Greene
*Project Manager*

## MERCHANDISING SYSTEMS

Raya Moskovich
*Supervising Analyst for Merchandise Systems*
W. Jeffrey Meyer
*Senior Analyst for Merchandise Systems*
Margaret M. Scalone
*Senior Systems Analyst for Merchandising*

## FINANCIAL SYSTEMS

Johnnie Oliver
*Associate Manager of Financial Systems*
Arnold Hom
*Senior Analyst for Financial Systems*

Marina Tolkacheva
*Programmer/Analyst*

## CONSTITUENT SYSTEMS

Gary Goldstein
*Supervising Analyst for Constituent Systems*
Lily Tabarovsky
*Programmer/Analyst*

## RETAIL COMPUTER SYSTEMS

Cynthia J. Ruperto
*Retail Computer Systems and Training Manager*
Grzegorz Polakowski
*Associate Retail Computer Systems and Training Manager*
Mark Z. Gonzales
Yi-Chen Lin
*Associate Merchandise Systems Analysts*

## Office Services

Richard Peterson
*Manager of Office Services*

## MAIL SERVICES

Joel Chatfield
*Manager of Mail Services*
Nazmoon Jahoor
*Associate Mail Services Coordinator*
Natalie Wright
*Mail Services Assistant*
Dominique Nyren
Pablo Orendain
*Clerks*

## PRINTING SERVICES

Damaris Rosario
*Assistant Manager for Printing Services*
Paul Ortiz
*Senior Coordinator*
Felix Hernandez
*Lead Multilith Operator*
Cynthia Greene
*Prepress and Color Coordinator*
Shaaron Marrero
*Senior Typesetting Coordinator*
Concepcion Ekmekciyan
*Digital Print Copy Operator*
Dennis Hernandez
Jerry Stewart
*Press Operators*
Gregg F. Berliner
*Lead Bindery Operator*
Frederick Caballero
*Bindery Operator*

## PROCUREMENT

Richard Glendon
*Associate Manager*
John Doyle
Doug Harrison
*Associate Managers for Procurement*
Henry V. Artis
Kooldeep Ramdassie
Krista Rosario
*Senior Procurement Agents*

## RECEIVING

Gary Gregg
*Receiving Coordinator*
Jorge Gonzalez
*Receiving Assistant*
Lorenzo M. Esparraguera
Ricky Murrell
*Messengers*

## TRAFFIC AND FACILITIES

Nestor Allas
*Senior Traffic and Facilities Coordinator*

## Office of the Senior Vice President, Secretary, and General Counsel

Sharon H. Cott
*Senior Vice President, Secretary, and General Counsel*
Jeffrey N. Blair
*Assistant Secretary and Senior Associate Counsel*
Cristina Del Valle
*Senior Associate Counsel*
Lisa Freeman Bagshaw
Lee White Galvis
Elena J. Voss
*Assistant Counsels*
Kirstie M. Howard
Rebecca L. Murray
Linden Havemeyer Wise
*Special Counsels, part-time*
Romy M. Vreeland
*Manager, Board of Trustees, and General Counsel*
Ann C. Boardman
*Coordinator for Acquisitions*
Lili Burns
*Executive Assistant*
Christa L. Stephens
*Associate for Board Affairs*
Maeve O'Donnell-Morales
*Senior Legal Assistant*
Jake H. Calvert
*Legal Assistant*

## Archives

James Moske
*Managing Archivist*
Adrianna M. Slaughter
*Archivist*
Barbara W. File
*Archivist, part-time*
Melissa Bowling
*Associate Archivist*
Celia Hartmann
Lawrence D. Weimer
*Senior Associates for Archival Processing*
Arielle Dorlester
*Assistant for Archival Processing*

## Office of the Senior Vice President for Public Affairs

Harold Holzer
*Senior Vice President for Public Affairs*
Rebecca Schear
*Associate Coordinator*
Kraig Smith
*Assistant Administrator*

## GOVERNMENT AFFAIRS

Thomas P. Schuler
*Chief Government Affairs Officer*
Inez Lambert
*Senior External Affairs Associate*
Shadawn N. Smith
*Government Affairs Specialist*

## AUDIENCE DEVELOPMENT

Donna Williams
*Chief Audience Development Officer*
Christopher P. Gorman
*Assistant for Administration*
Katherine Nemeth
*College Marketing Associate*

## Visitor Services

Suzanne L. Shenton
*General Manager of Visitor Services*
Amy Romero
*Manager of Operations*
Jennifer Ciarleglio
*Assistant Manager of Special Projects*
Katherine DePew
*Administrative Assistant*
Christie R. Ramistella
*Administrative Assistant, part-time*

Helene Greenberg-Wyman
*Senior Representative in Training and Special Projects, part-time*

## ADMISSIONS

Angel L. Figueroa
*Associate Manager of Admissions and Administration*
Stephen Chiu
*Assistant Manager of Admissions*
Cristina Ambroselli
Julia Jin
*Associate Coordinators for Admissions*
Irene Muentes
*Senior Assistant for Admissions and Special Projects*
Oliver Bottino
Ji Wang-Nosek
*Financial Assistants*
Alyssa Accardo
Jane Baraz
Adina Cabrera
Tashiek Champean, Jr.
Catherine Dominguez
Ignacio Fajardo
Marilyn Fassberg
Heather Fleming
Daney Forbes
Michael Genth
Jennifer Gil
Ellen Goodwin
Jasmine Gregg
Donna Harrison
Katherine M. Howell
Jonathan Hsieh
Amber Johnson
Elizabeth J. Knowlton
Pamela Koehler
Gail Kramer
Kaitlyn Krieg
Wilmer Leon
Taylor Lewis
Michelle Li
Jessica Lynch
Veronica Mas
Lyssa Matadeen
Michelle Meged
Lindsey Miscia
Andrew Mohammed
Martha J. Monroe
Gladys Morris
Anna K. Mudd
Markella Nash
Clare I. Nolan
Amanda Olsen
Leana Ovadia
Brett D. Palmer
Yahui Pan
Janice Perez
Anita N. Ramchan
Myrna Ramirez
Lauren Redding
Angelina Rosado
Justine Rosenthal
Pedro Santiago

Susan Sauerbrun
Yanick Savain
Barbara Schubeck
Jami C. Shoop
Sonja Alisha Small
Jessica P. Snow
Sasha R. Tanner
Gilda Teutonico
Emily Turner
Alex J. Uyeno
Alex Vaynshtok
Daniel Velez
Leighana K. Waight
Stephanie Walden
Ashley Walker
Peggy Weiss
*Visitor Services Assistants,
part-time*

INFORMATION SERVICES

Rika Nakaya
*Manager of Great Hall and
Information Services*
Richard Carroll
*Associate Coordinator of
Information Services*
Attila I. Deak
*Senior Information Services
Assistant*
Zoraida Vanegas
Dan Wever
*Information Services
Assistants*
Beth A. Henderson
Dennis Hsaio
Carolyn H. Kim
Amanda M. Kraemer
Nadiana G. Lopez
Bria Maynard
Joshua Niland
Maria Ortegon
Daniel E. Ramos
Samantha H. Rowe
Pamela E. Stolz
*Visitor Services Facilitators,
part-time*

SYSTEMS
ADMINISTRATION

Hayden Wilson
*Manager of Systems
Administration*
Courtney Glover
*Associate Manager of
Systems Administration*

TOURISM AND GROUP
SERVICES

John D. Hazelett
*Associate Manager of
Group Services*
Motoki Endo
*Financial Coordinator of
Group Services*
Lauren Russell
*Coordinator of Group
Services*

Lance H. Posner
Maria C. Rhor
Kristen Vanderziel
*Associate Coordinators of
Group Services*
James Spann
*Tourism Associate, part-time*
Hilary S. Fitzpatrick
Kelly Gauvin
Carla Graham
Virginia M. Halpin
Heather L. Hayen
Laura Marte
Margaret O'Donnell
Carrie Sheppard
David A. Thomas
*Visitor Services Assistants,
part-time*
Andrew P. Deitz
Kenneth J. Murphy
Johnathan R. Neal
Mauricio A. Portillo, Jr.
Elizabeth R. Sheehan
Mary Young
*Visitor Services Facilitators,
part-time*

VISITOR SERVICES,
THE CLOISTERS

Keith A. Glutting
*Manager of Visitor Services*
Michael Ostergren
*Coordinator of Visitor
Services*
Jody Litman
*Assistant Visitor Services
Coordinator, part-time*
Drew E. Bucilla
Christopher J. Goodale
James A. Lemoine
James Levinsohn
Catherine Listi
Victoria Melendez
Robert Pinnock
William Quinlan
Kevin Takasato
Daniel Tsai
Irene Warro
*Visitor Services Assistants,
part-time*

## Office of the Senior Vice President for Marketing and External Affairs

Cynthia L. Round
*Senior Vice President for
Marketing and External
Affairs*
Jennifer A. Cuminale
*Assistant Administrator*

## Communications

Elyse Topalian
*Vice President for
Communications*

Ann Matson
*Communications
Manager*
Mary Flanagan
Alexandra Kozlakowski
Naomi Takafuchi
Egle Žygas
*Senior Press Officers*
Nancy Chilton
*Senior Press Officer and
Adviser to The Costume
Institute, part-time*
Cionin I. Lorenzo
*Senior Production
Coordinator*
Jessica J. Salzer
*New Media Coordinator*
Mikaela Dilworth
*Associate Coordinator*
Terence Edelman
*Assistant for
Administration*

ADVERTISING AND
MARKETING

Jennifer Oetting
*Senior Manager for
Advertising and
Marketing*

## Internal Communications

Mary Arendt
*Manager of Internal
Communications,
part-time*
Samantha Dillard
*Senior Editorial
Coordinator*

## Market Research

Karin Grafström
*Market Research
Manager*
Christina Schwindhackl-
Harchol
*Assistant Manager for
Visitor Research*
Margaret J. Choo
*Assistant Market Research
Coordinator*

## Tourism Marketing

David Filipiak
*Tourism Marketing
Manager*
Carly M. McCloskey
*Tourism Marketing
Coordinator*
Elaine Kilden
*Tourism Representative,
part-time*

## Office of the Vice President for Development and Membership

Nina McN. Diefenbach
*Vice President for
Development and
Membership*

## Development

Stephen A. Manzi
*Chief Development Officer
for Individual Giving*
Christine S. Begley
*Senior Deputy Chief
Development Officer for
Government and
Foundation Giving*
Pamela J. Butler
*Senior Deputy Chief
Development Officer for
Planned Giving and
Administration*
Christopher J. Hughes
*Deputy Chief Development
Officer for Research and
Strategic Planning*
Kristin M. MacDonald
*Deputy Chief Development
Officer for Events*
Sarah Higby
*Deputy Chief Development
Officer for Corporate
Programs*
Amy O'Reilly Rizzi
*Deputy Chief Development
Officer for The Fund for the
Met*
Young K. Bae
*Senior Development Officer
for Corporate Annual
Programs*
Lesley Cannady
*Senior Development Officer
for Government and
Foundation Giving*
Geoffrey Cestaro
*Senior Development Officer
for Systems*
Heather A. Gallagher
*Senior Development Officer
for Prospect Research*
Katherine Lyons Witt
*Senior Development Officer
for Individual Giving*
Kristin Martin McGuire
*Associate Administrator*
Anna S. Chiumenti
*Development Officer for
Planned Giving*
Aiza Keesey
*Development Officer for
The Apollo Circle and
Travel Program*
Bradley Wright
*Development Officer for the
Capital Campaign*

Daphne B. Birdsey
Katharine Dobie
Lucia Giordano
Alexandra L. Lambert
Dana Lawless
Ellie F. Novak
Rebecca L. Rutherford
Nicole Wilson
*Associate Development
Officers*
James Dreiss
*Assistant Development
Analyst*
Mary K. Allen
Elisa G. Thompson
*Assistant Development
Officers*
Caroline A. Ashley
Evelin G. Chabot
Kimberly Chey
Elizabeth C. Gordon
Doreen Ho
*Development Associates*
Clary Delano
Allison Logan
Morgan Martin
Nicole Reiner
Kasia A. Vincunas
Nicole E. Weindling
Bridget K. Wright
*Development Assistants*
Kathryn E. Fortlouis
*Deputy Chief Development
Officer for E-philanthropy,
part-time*
Felicia H. Blum
*Associate Development
Officer, part-time*

## Membership

Lisa S. Krassner
*Chief Membership Officer*
Emilio Caballero
*Deputy Chief Membership
Officer for Information
Systems*
Daniel Vincent
*Deputy Chief Membership
Marketing Officer*
Allison E. Sokaris
*Deputy Chief Membership
Officer for Special Events*
Nicholas DeVogel
*Senior Membership Officer
for Onsite Sales and
Services*
Jessica Hirschey
*Membership Analyst*
Lisa Musco Doyle
*Membership Officer for
Events and Programs*
Nitasha A. Kawatra
*Membership Officer for
Marketing*
Betty Lalicata
*Membership Officer for
Information Systems*

Peter Beard
Roberta Haynes
Jennifer Piro
Marissa A. Wendolovske
*Assistant Membership Officers*
Mary Taylor
*Assistant Membership Officer for Volunteers*
Marcia C. Chang
Natasha Joukovsky
Bridget A. Kluger
*Senior Membership Associates*
Lynne Argento
Jessie Deo
*Membership Associates*
Leonarda Di Mauro
*Membership Services Assistant*
Alexandra R. Oppenheim
*Assistant for Administration*
Robert A. Clarke
Teekawati Kissoon
Mary McCann
*Administrative Assistants*
Mary Schiliro
*Assistant Membership Officer for Volunteers, part-time*
Dayana Asenjo
Khalid W. Burgan
Anne Murray
*Membership Associates, part-time*
Lois Blume
Sara Bower
Larissa Hall
*Membership Services Assistants, part-time*

**Special Events**

Bronwyn Keenan
*Deputy Chief Special Events Officer*
Vanessa Hagerbaumer
*Senior Special Events Officer*
Libby Spears
*Assistant Special Events Officer*
Anais Disla
*Special Events Coordinator*
Elizabeth C. Lan
Cara L. Sanders
*Associate Special Events Coordinators*

Office of the Vice President and General Manager of Merchandise and Retail

Brad Kauffman
*Vice President and General Manager of Merchandise and Retail*
Hazel Washington
*Executive Assistant*

**Merchandise Development and Planning**

David Wargo
*General Merchandise Manager*

INVENTORY PLANNING AND ALLOCATION

Catherine Higham
*General Manager, Inventory Planning and Allocation*
Miho Adams
*Senior Planning and Reporting Analyst*
Deborah Katus
Cherisse Straw
Kurt Truong
Frances Willing
*Senior Inventory Planners*
Carl Belgrave
Nandini Ratnam
Robert Schneider
*Inventory Allocation Specialists*
Darcel Anderson
*Associate Inventory Allocation Specialist*
Elizabeth Williamson-Crittenden
*Traffic Manager*

PRODUCT DESIGN

Ruben Luna
*General Manager of Product Design*
Sandra Wiskari-Lukowski
*Senior Design and Research Specialist*
Sangeetha Kowsik
*Senior Designer*
Sarah M. Parke
*Designer*
SeoYeon Lee
SoYoun Whang
*Assistant Product Designers*
Kathleen Paton
*Product Copy Editor*

PRINTED PRODUCT, CHILDREN'S PRODUCT, AND ART SUPPLIES

Stefanie Levinson
*Divisional Merchandise Manager*
Andrew J. BeauChamp
Will Lach
*Product Development Managers*
Allison K. Sands
*Buyer, Children's Product and Art Supplies*

Mahin Kooros
*Production Manager*
Kim Cordero
*Senior Assortment Planner*
Mary Wong
*Senior Production Specialist*
Victoria Gallina
Gillian Moran
*Production Specialists*
Glendalys Sosa
*Associate Production Specialist*
Miriam M. Tribble
*Associate Product Development Manager*
Henry Casey
*Associate Editor*
John Murphy
*Assistant Buyer*

JEWELRY, ACCESSORIES, AND GIFTS

Cassandra Nash
*Divisional Merchandise Manager*
Karen Klink
Michael C. Nachbar
*Product Development Managers*
Margaret M. Davis
*Associate Product Development Manager*
Ronald Street
*Senior Manager, 3-D Imaging, Molding, and Prototyping*
James Jacouzzi
*Senior Assortment Planner*
Krista Rauth
Rita Soghanyemezian
*Senior Production Specialists*
Jeffrey P. Weber
*Production Specialist*
Denis M. DeProssino
Julia Temesy-Armos
*Associate Production Specialists*
Daniela Holban
*Associate Category Specialist*

**Merchandising Administration**

Elizabeth Stoneman
*Senior Manager of Merchandising Administration*

BOOK BUYING

Marilyn Jensen
*Manager and Book Buyer*
Douglas Kopsco
*Assistant Buyer*

**Retail Marketing and Publicity**

Jody Malordy
*General Manager of Marketing and Publicity*

PUBLICITY

Narmeen Husain
*Publicity Manager*

MARKETING

Janice Herrmann
*Senior Manager, Direct Marketing*
Alex Pritsker
*Manager, Online Marketing*
Matt Leskovic
*Marketing Analyst*
Ching-I Chia
*Associate Marketing Manager, E-commerce*

CREATIVE

Meredith Ballen-Brownstein
*Senior Manager, Creative and Production*
Heather Shaw
*Manager of Graphic Design*
Allison Bixby
*Editor*
Lila S. Allen
*Assistant Creative Manager*

E-COMMERCE

Rachel Clements-Walker
*Manager of E-commerce Content and Platform Development*
Rebecca A. Rosenblatt
*E-commerce Operations Manager*
Winnie Cheng
*E-commerce Content and Merchandising Manager*
Jon Paul Milostan
*Associate Manager, E-commerce Content and Merchandising*

**Retail Store Operations**

Will Sullivan
*General Manager, Retail*
Cathryn Leon
*Senior Manager, Retail Store Operations*
Rochelle Calvanese
*Administrative Assistant*

VISUAL MERCHANDISING

Kathy Mucciolo Savas
*Senior Manager, Visual Merchandising and Store Design*
Allison Rachlis
*Associate Manager, Visual Merchandising and Store Design*
Noriko Sugiura
*Associate Graphic Designer, Visual Merchandising and Store Design*
Buster Seccia
*Assistant Visual Merchandising Coordinator*
Allison Boesch
*Visual Merchandising Assistant, part-time*

MAIN GIFT SHOP

Benjamin Hansen
Michael Hladky
Carolina Morales
*Senior Store Managers*
Mohammed Uddin
Patrick T. Valentine
*Store Managers*
Michael C. Helt
Carmen Irizarry
Ana L. McCullough
Nicholas Plummer
Desiree L. Thurman
*Store Coordinators*
Leila Bondoc
Lorraine C. Engelman
Charlotte C. Facey
Jacqueline Griffith
*Assistant Store Coordinators*
Israt Jahan
Cebert Malcolm
Nicholas A. Montana-Walkonis
Henry O. Romero
Rosa M. Solis
*Senior Store Group Leaders, part-time*
Brittany Arnold
Katelyn Boyd
Susan Chung
Alfonso Clark
Brittany Giles
Georgine Herb
Thelma A. Jackson
Faraha S. Khan
Elizabeth Kottakis
Steven Proffitt
Leanice L. Richardson
Jonta S. Sanders
Ray J. Singh
Reshma A. Soodeen
Barbara H. Sussman
Aaron A. Valentin
*Store Group Leaders, part-time*
Joanna Abolafia
Jean V. Alba

145

Malaika S. Ali
Diana Araiza
Joanne M. Boccia
Kevin Brantner
Maria Dulce Castillo
Shirley Chapin
Scott A. Clevens
Alexandria Dano
Jason P. Dipnarinesingh
Charlotte L. Feldman
Rita G. Fitzgerald
Ling Fong
Cynthia P. Franz
William G. Garcia
Charmaine M. Grant
Marianne Herde
Marianne Hong
Ricardo R. Howell
Elizabeth T. Kaemmerle
Britawny Karlosky
James P. Kilroy
Jordan C. Levine
Yolanda Llanos
Mila M. Luna
Marisa Malaga
Keith S. Mannion
Kathryn G. Mansure
Claudia Marino
Kathryn Marks
Rudolph C. Martorella
Michael Masucci
Peter E. Maxwell
Yvette B. McArthur
Sheila Metcalf
Ayelet B. Montero
Marion Osmani
Rosanna C. Plasencia
Sultana Rahman
Nadya A. Richards
Maren Ryan
James P. Scott
James Slevin
Jennifer R. Solomon
Helene R. Steinhauer
Dilara Wadud
Eva Wolff
Regina Zvoma
*Senior Store Salespersons, part-time*
Melinda Alvarado
Victor Ayala
Larry Ballena
Rajeev Chattoo
Ian Carlos Crawford
Dianne Davis
Cory Duma
Marguerite D. Franco
Bradley Hamilton
James M. Kay
Damien Marzocchi
Zoe Mintz
Catherine Olson
Leander Pascall
Amanda Richards
Monique Robinson
Fernando Santacruz
Adam Tchorzewski
Daanish Tirmizi
*Store Salespersons, part-time*

John Colombo, Jr.
Tariq Elahie
*Assistant Store Managers*
David T. Pettie
Frantz M. Sannon
*Senior Store Group Leaders, part-time*
Sam Branman
Jacqueline Springer
Elizabeth A. Young
Christopher R. Yuen
*Senior Store Stockpersons, part-time*

THE CLOISTERS

Sheryl Esardial
*Store Manager*
Raina Roe
*Assistant Store Manager*
Jennifer McAuliffe
Adeka Stupart
*Senior Store Salespersons, part-time*

KENNEDY AIRPORT

Simon Mo
*Senior Store Manager*
Noowbasie Hossein
*Assistant Store Coordinator*
Monique HoSang
Danny C. Jofat
Emily Narainasami
Haneef Sabree
*Senior Store Salespersons, part-time*

LAGUARDIA AIRPORT

Carolyn A. Messina
*Store Manager*
Nicole Y. Moragne
*Store Group Leader, part-time*
Richard Mena
James Puccio
Yvonne Torres
*Senior Store Salespersons, part-time*

NEWARK LIBERTY AIRPORT

Jose E. Pina Leyva
*Store Manager*
Ricardo Hernandez
*Assistant Store Coordinator*
Brianna L. Guterra
*Store Group Leader, part-time*
Shah Begum
Cristina Yanez
*Senior Store Salespersons, part-time*
Jose Miguel Matir Rosa
*Store Salesperson, part-time*

ROCKEFELLER CENTER

Maureen McGrath
*Senior Store Manager*
Luis Feliciano
*Store Manager*
Pedro Lucas
Karen Sonn
*Store Coordinators*
Sandra Fukawa
Tiemoko Toure
*Assistant Store Coordinators*
Hilda Rivera
*Store Group Leader, part-time*
Adelina Batallones
Laura Lynne Coleman
Marilyn Conroy
Mary Curry
Nalini Dhanraj
Jean Dierks
Sandra Erickson
Maureen Gillis
Ilona Miller
Lucienne Murtha
Elaine Norman
Magaly Ochoa
Bozana Rublek
Cecilia Sassi
Olga Szabo
Stephanie Terril
Barbara Tomei
Janifer Youmans
Leslie R. Zivic
*Store Salespersons, part-time*
Luis Negron
*Senior Store Stockperson, part-time*
Noel M. Jabrica
Johnny Ng
Malcolm Valentine
*Store Stockpersons, part-time*

## Finance, Operations, Systems, and Wholesale

Ken Weinstein
*General Manager of Merchandising, Finance, Operations, and Systems*

SALES FINANCIAL

Azhar Ali
*Senior Manager of Merchandising Systems*
Brian Symons
*Senior Manager of Inventory Control*
Frank Helmrich
*Manager of Transactional Support*
Bersuze Leblanc-Saint-Jean
*Associate Transactional Support Analyst*
Wilson Liu
*Business Analyst*

WHOLESALE

Kristin Magnuson
*Manager*
Kristina Parrinello
*Associate Account Manager*

FULFILLMENT CENTER

Assumpta Sweeney
*General Manager of Logistics*
Satrohan Mahadeo
*Associate Operations Manager*
Dennis Ruggiero
*Associate Shipping and Receiving Manager*
Robin Bullard
*Coordinator*
Janée Jones
*Customer Service Coordinator*
Stacy Mahon
*Customer Service and Finance Coordinator*
Sheila McLoud
*Coordinator, Security Area*
Anthony Gillies
*Assistant Fulfillment Coordinator*
Laura McHugh
*Assistant Coordinator for Administration*
Perry Brown
*Assistant Coordinator for Shipping and Wholesale Fulfillment*
Cory G. Mayes
*Assistant Quality Control Coordinator*
Elroy Martinez
*Stockperson*
Jesus Medina
*Superintendent*
Joyset Garnes
Rita Giudice
Andrea Ifill
*Assistant Coordinators, part-time*
Oleg Teves
*Driver, part-time*
Eileen Fitschen
Daria Smith
*Clerks, part-time*
Reinaldo Armstrong
Mallory Crump
Francis Fennelly
Louise Gordon
Patricia Lowe
Elroy Martinez, Jr.
Oscar V. Ogando
Elisa Rodriguez
Bryan Small
Charles Stone
Paul H. Zagajeski
*Stockpersons, part-time*

## Office of the Vice President for Construction and Facilities

Tom A. Javits
*Vice President for Construction and Facilities*
Joseph A. Shatoff
*Manager of Special Projects and Strategic Planning*
Deborah Gul Haffner
*Environmental Health and Safety Manager*
Renee Bussiere
*Manager of Office Renovations*
Jennifer D. Hinckley-Baglia
*Assistant Manager of Office Renovations*
Kara Thomas Oliver
*Executive Assistant*

CONSTRUCTION

Eric W. Hahn
*General Manager for Construction*
Luisa Ricardo-Herrera
*Deputy Manager for Construction Services*
Stephen J. Mezzo
*Mechanical, Electrical, and Plumbing Project Manager*
Philip Tharel
*Architectural Project Manager*
Mahan Khajenoori
*Associate Project Manager*
Kelly A. Del Valle
*Administrative Coordinator*

FINANCIAL AND ADMINISTRATIVE SERVICES

Paul V. Cunningham
*Manager for Financial and Administrative Services*
Gina M. Pampena
*Associate Manager for Financial and Administrative Services/ Facilities*
Laura Scognamiglio
*Associate Manager for Financial and Administrative Services/ Capital*
Catherine Chesney Carotenuto
*Capital Projects Coordinator*

## Buildings

Tom Scally
*Buildings General Manager*
Linda Forchetti
*Administrative Coordinator for Buildings*

BUILDINGS MANAGEMENT

Gerard A. Dengel
*Associate Buildings Manager, The Cloisters*
Michael D. Dominick
*Associate Buildings Manager, Infrastructure*
Gordon Hairston
*Associate Buildings Manager, Maintenance*
Taylor Miller
*Associate Buildings Manager, Exhibitions*
William Q. Brunson
*Assistant Buildings Manager, Maintenance*
Agnes P. Minns
*Assistant Buildings Manager, Administration*
Crayton Sohan
*Assistant Buildings Manager, Rigging*
Maria Nicolino
*Assistant Project Manager*
Lena Smajlaj
*Assistant Manager, Custodial*
Merryl M. Jamison
Edward Ortiz
George Poulis
*Floor Managers/Custodial*
Henry E. Celestin
Rashida A. Johnson
William Ng
*Associate Building Coordinators*

ENGINEERING MANAGEMENT

Lawrence Kellermueller
*Senior Manager of Engineering Services*
William Foley
*Manager for Engineering Operations*
Eric Wrobel
*Associate Engineering Manager, Electrical*
Maik Atlas
Peter Merendino
Nicholas R. Torres
*Assistant Engineering Managers*
Valerie Morgan
*Assistant for Administration*

CARPENTRY

Vadim Danilov
*Supervising Maintainer*
Solomon Azaraev
Rameshwar Kissoon
Daniel Olson
Oneil Robinson
Amar Sukhnandan
Salvatore Vaina
*Maintainers*

CUSTODIAL SERVICES

Carl Coleman
Derek May
Kenneth Smith
*Supervising Maintainers/ Cleaners*
Haresh Bhagroo
Maria Den Uijl
George Gauthier
Prentiss Harmon
Jose Reyes
Theresa Wilson
*Maintainers/Cleaners*
Sabrie Ahmetaj
Carol Ana Arriola
William Barbor
William Barton
Qualis Blackett
Yolanda M. Bollin
James Boomer
Jamaine Brown
Tyrone Brown
Delvon Caldwell
Judy J. Chen
Swee Khim Cheong
Claude Cherilus
Bruce Clarke
Bernard Clesca
Juan Correa
Leon De Leon
Santos Deida
Christopher Den Uijl
Alexander Diaz
Mark A. Dickinson
Giovanni Domino
Eric D. Facey
Cesar Flores
Lae-Tisha Forde
Norman Gayle
Edgardo Gomez
Walter Goolsby
Colin Gordon
Lawrence Green
Warren Gruel
George Hampton
Phillip Harris
Fontinel Harry
Danielle Holcomb
Kaleem Hussain
Kevin Jackson
Daryll Johnson
Nellierose J. Jordan
Nadira Kumar
Channon R. Lilly
Pablo Lopez-Ospina
Leovigildo Luna

Havindra Mahabir
Calixto Martinez
Wilson Martinez
Anthony A. McKay
Angel D. Melo
Freddie Mendez
Rose Miller
Vadim Mitin
Pepper Montague
Patrick Murray
Kreshnik Narkaj
Leze Ndoci
James Neff
Sammy Nelson
Jims J. Olivier
Laura Palomo
Reyna Paredes
Carline Paris
Eric Persaud
Arthur J. Polendo
Angelito Pualengco
Gopal Ramdhanie
Stephen Reilly
Ruben Rivero
Andres Rosado
Israel Sanchez
Mahendranauth Seenarine
Tamika Serrano
Angjelina Shkoza
Anica Simion
Valentine Simoni
Kampta Singh
Khemraj Singh
Carlos Sosa
Edward Stanton
Michael Sump
Shankar Thoral
Nadine Toots
Carmen Torres
Edgard Torres
Kathy Valdes
Franklyn Velez
Abdu A. Vettikkathu
Nelson Villatoro
Stanley Walker
Tyrone Walsh
Anthony Wright
Marlo Yambao
Vitore Zefi
*Assistant Maintainers/ Cleaners*

CUSTODIAL SERVICES, THE CLOISTERS

Selvin Tapia
*Supervising Maintainer/ Cleaner*
Gabriel Chevez
Dianne Fitzgerald
Robert Romero
*Assistant Maintainers/ Cleaners*

ELECTRIC SHOP

Saul Cohen
*Supervising Maintainer*
Paul Diaz
Greg Piscitello

Ricardo Serrano
Ismael Vargas
Jason S. Wallenstein
Dariusz Zablotny
*Maintainers*

ENGINEERING SHOP

Brian O'Connor
Oscar Rivera
Mike Valencia
*Supervising Maintainers*
Gurdatt Bissessar
Jenerro Bollin
Chandrabhan Chandlall
Christopher Donegal
Matthew R. Evanac
Duane Hunter
Edward Jelic
Thomas Jewels
Krishna Lachhman
Reginald F. Murrell, Jr.
Corsi Norniella
Ramon Paredes
Benita Perez
Conrado Quintero
Sahupaul Shiwram
Peter Sotiropoulos
*Maintainers*
Julio Garcia
Daniel Jardine
Rupert Massop
Bhikramadit Misir
Paula Uribe
*Assistant Maintainers*

ENGINEERING, THE CLOISTERS

Chabilall Narsayah
*Supervising Shop Foreman*
Devendra Mahadan
Hector Medina
*Maintainers*

HORTICULTURE

Ferida Coughlan
*Maintainer*

LAMPING SHOP

Levent Oklu
*Supervising Maintainer*
Colm Feehan
William Lopez
Andrzej Poskrobko
Prabhu Shiwamber
Wayne Tong
*Maintainers*

MACHINE/MILLWRIGHT SHOP

Abdool Ali
*Supervising Shop Foreman*
Marcel Abbensetts
Miroslaw Mackiewicz
*Maintainers*

PAINT SHOP

Howard Halpin
*Supervising Shop Foreman*
Fernando Cipriano
Francesco D'Elia
Alex McGregor
Juan Suarez
*Maintainers*

PLEXI SHOP

Sean Thomas
*Supervising Maintainer*
Pietro Giordano
Michael McRae
Thomas G. Zimmerman
*Maintainers*

PLUMBING SHOP

Rawle Campbell
*Supervising Maintainer*
Kyle Allen
Frank Pizzolo
Mikhail Plyas
*Maintainers*
Richard J. Kletzky
*Assistant Maintainer*

RIGGING SHOP

Ray Abbensetts
*Supervising Maintainer*
Raouf Ameerally
Michael Doscher
Michael Guercio
Todd Rivera
Derrick Williams
*Maintainers*

ROOFING SHOP

Patrick D. Ryan
*Supervising Maintainer*
Marvin Aranda
Adrian Cruz
Noel Fernandez
Jason Raso
*Maintainers*

VEHICLE EXPENSE

John Mayers
*Supervising Maintainer*
Ed Cramer
Vincent Lauria
*Maintainers*

## Security Department

John Barelli
*Chief Security Officer*
Jose Rivero
*Manager of Security*
Sean Simpson
*Senior Associate Security Manager*

John Packert
Mario Piccolino
*Associate Security Managers*
David Canu
Edward Devlin
Leslye Saenz
Ana M. Tolentino
*Assistant Security Managers*
Aimes Vasquez
*Security Coordinator*
Sean Begley
*Administrative Assistant*
Izabella Dudek-Haffner
*Senior Dispatcher*
Olivia Boudet-Pasek
Paul McHale
*Dispatchers*
Guido Alvarez
Diana Amezquita
Dennis Clerkin
Lambert Fernando
Sharon Fitzpatrick
Carlos Goyco
Richard Haffner
Emanuel Hiles
Christopher Howell
Michael Kochan
Edlira Luca
Gregory K. Mann
Gary W. Miles
Michael A. Mitchell
Antonio Nicolino
Nicholas L. Ricevuto
Fabricio Trejos
Felix Velazquez
Terrance Walker
Colin B. Wallace
Thomas Walsh
Michael Wozniak
*Associate Dispatchers*
Raoul Baptiste
*Assistant Dispatcher*
Haitham Abdullah
Yvette Anzaldua
Fabian Berenbaum
John Camperlengo
J. Kelly Canzoneri
Joseph Colon
Lourdes Colon
Joseph Conte
Jose Cotti
Cane Dojcilovic
Kevin Franke
Garrett Gardell
Randolph Harris
Erik Haynes
John Healy
Christian Hudon
John Leung
Raymond Marmo
Phillip McRae
Mary Meda
Herman Merino
Richard Mirabile
Mark Norton
Jose Ortega
Qamil Osmani
Drew Samuels
Athir Shayota
Moonasar Sohan

Robert Trumbull
Richard Wheeler
Eliko Yefre
Kristina Zefi
*Senior Supervising Security Officers*
Thomas Murphy
Brian Pryor
Vera Qehaja
Peter Sharkey
Jillian Solorzano
Jean Villefranche
*Supervising Security Officers*
Edward Acquaviva
Kossi Adjiwanou
Komlan Agbodji
Sunday Agbonlahor
Mosammat Akhter
Ashraff Ali
Syed Ali
Jocelyn Alleyne
Peter Altescu
Francis Amar
Abdelmonem Amin
Lisette Anderson
Charles Andresen
Mark Andrews
Vladimir Anichkin
Masoomeh Ansari
Konstantin Antonovsky
Kenneth H. Applebaum
Raul Arce
Ivan Arocha
Danusca Badek
Anneliese Badke
Jae Bai
David Barney
Orpha Bessey
Perry Bialow
George Bistransin
Astride Blaise
Andrea Blas-Paredes
Harris Bleckley
John Bolton
Christopher Boynton
Patrick Bringley
Katherine Brooks
Adelaide Browne
Dominique Brysselbout
Keo Bun
Ferdinand Burghoffer
Jaime Cabanban
Giancarlo Calicchio
Owen S. Caliento
Matthew Callinan
Anthony Camarda
Michele Camisa
David Campbell
Nathalie Carmant
Philip Carpo
James Castiglione
Jorge Castro
Maureen Catbagan
Wah Yuen Chang
Shamim Chowdhury
Wayne Chua
Cheick Cisse
Phillip Clepper
Thomas Cobbinah

Louis Colon
Andrew Constable
Pamela Cooper
Thomas Cordero
Juan D. Correa
Joseph Cortazzi
Rachel V. Cowart
David Crane
Rafael Cuesta
Bardhok Cukaj
Alfred Cukalla
James Cunningham
Margareta Curanovic
Desire Dahie
Tuddy David
Ricardo De La Espada
Clark Delbrune
Carlos Delgado
Reineke Den Uijl
Joseph DeSantis
Jean Dietz
Lincoln Dipnarinesingh
Nikolai Dmitriev
Larry Docdocil
Dhuarata Doda
Thomas Donovan
Naseeb Dookie
Adrian Duka
Frazier Dyyon
Jose Egasan
Hasan Fall
Alfred Farrar
Jorge Figueroa
Eugene Fiore
Rafael Flores
Gustavo Fondeur
Ozzie Forney
Iryna Forostyan
Anthony Foster
James Frawley
Henry Freeman
Anthony Galluccio
Thomas Galluzzo
Gerlando Gangarossa
Geraldine P. Garcia
Joey Garcia
Raul Garcia
Yonel Georges
James Gilbert
Aleksander Gjoni
Dave Gluzman
David Godfrey
David Gould
Michael Grant
Nicolas Gregoire
Marvelyn Gregorio
Mark Gross
Roland Guignard
Okyun Han
Wilbert Harding
Ritva Haukemaa-Truesdell
Luce Haxhari
Roza Haxhari
Barry Hayden
Gerald Hazzard
Patricia Healy
Lynn Heinbach
Peter Hoffmeister
Myrtle Holmes
William Hrabar

Ronald Huang
MD Hussain
Nguyen Huynh
Gennady Inkateshta
Eric Isacsson
Logan Jacobsen
Carole Jamison
Marek Jamroz
Aaron Jeter
Christopher Jones
Andrew Joor
Hubert A. Joseph, Jr.
Farizan Kalloo
Jaisingh Kandhai
Atal Kapoor
Silvia Karamanoleva
Damian Katz
Henry Keteku
Anton Khavin
Jeff Khazan
Mintradawa Khelawan
Antonio Kho
Mykhaylo Khomyn
Bebe Kishun
Zef Kolaj
Bozena Konefal
Yevgeny Kotlyar
Dusan Krajan
Carla Kraus
Kimberle Kutch
Anthony LaHara
Louisa Lam
William Landolfi
Edwin Lanuza
Megan Laughner
Vincenza Lauria
William Law
Lia Lebedeva
Emilie Lemakis
Anthony Lenzo
Irina Levitskaya
Mark List
Fateh Lohani
Valentino Lopez
Yohan Lozano
Thomas Luckey
Joseph Manasherov
Charles Maniscalco
Apolonio Martinez
Aung Maw
Marie McAuliffe
Daniel McCabe
Dave McDonald
John McLoughlin
John Meda
Miriam Mendez
Derek Miles
Pamela Miller
George Mittag
Chris J. Molluso
Fanny Mon
Norha Monroy
Winston Moriah
Jamie Moriarty
Sugey Mosquera-Medina
Mustafa Muhammad
Albert Mulder
Stephen Naidu
Daniel Nelson
Meldine Nelson

Thomas Ng
Abaline Nieves
Lawrence Nowicki
Phillip G. O'Connor
Kevin F. O'Leary
Mitchell S. Ocean
Roger Ohanian
Serafina Ordaz
Luis Ospina
George Pabi
Deborah Palmer
Allan Palomo
Ines Pandelli
Andrew Passantino
Sandy Paul
Ann Peck
Edward Penny
Njazi Peqini
Steven Perelli
Churraman Persaud
Lennox Peterson
Joseph Piscopia
Alexander Pogorelyy
Jorge Polanco
Michael Powell
David Preniszni
Alrenzo Pressley
Albert Pride
Lenore Prince
Mohammed Rahimi
Khandker Rahman
Boris Rakhamimov
Ponciano Ramirez
Annie Rik-Prashad
Matthew Rodman
Louis Romero
Evelyn Rosa
Marisela Rosenberg
Michael Rozenblit
Rebecca Rudolph
Gilberto Ruiz
Ryuji Saita
Catalina Salazar
Hardat Sallick
Paul Salow
Chris Sangiovanni
Crescenzo Sangiovanni
Thanavut Sankanung
Robert Schirmer
Laurie Schnee
John Schopfer
Ellen Schulz
Frank Serrano
Maureen Shanahan
Julie Shapiro
Yan Shkolnik
Sharmaine Small
James Smith
Seunarine Sohan
Luz Solarte
Matthew Sommer
Barbara Spina
Vitaliy Starostin
Gerasimos Stathatos
Barry Steely
Dmitri Stolyarov
Alex Stolyarov
Matt Stueck
Thomas Sukhu
Robert Surowiec

John Sylvester
Paola Tavarez
Patricia Taylor
George Teodorescu
Alfred Thomas
Jacinto Tolentino
Irina Tolmacheva
Justin Torres
Sergei Tratsevski
Cesar Turcios
Raphael Uwechie
Michael Valentine
Alberto Valerio
Michael Varley
John Velez
Nanette Villanueva
Michael Villarosa
Glenneva Walwyn
Heather Warner
Leslie Watson
Sarah E. Wauchope
Owen Weber
Ethan Weinheimer
Adam Weldon
Cody Westphal
Joanna R. White
Cindy Williams
Gladstone Williams
Mark Willis
John Windbiel
Michelle Wladich
Yat Kwong Wong
Calvin L. Wright
Nathan Wright
Tadeusz Wroblewski
Peter Zapryluk
*Senior Security Officers*

Marcello Accardo
Joseph B. Adriano
Ali Amin
Jessi Atwood
Hannibal R. Banks
Maria Katrina Basilio
Andre Bent
Herman Best
George E. Blatch
James Boyett
Michael Boylan
Timothy Brandoff
Ryan Brown
Izaora Bulica
Nick Byron
Maria Sonia Cabrera
Levent Cakar
Michael S. Carlino
Tom Cassidy
Jessica A. Chan
Royce Chin
Vincent Chin
Heleni A. Christodoulou
Ariel E. Churnin
Abigail N. Clarke
Ryan R. Compton
Tiffany Cooper
Nadia D. Cruz
Jorge X. Delgado
Lydia Demidova
Iara C. Diaz
Joshua Diaz
Charles Dixon

Hisayo Dordick
Remi El
Yesenia Escobar
Anthony O. Fagbore
Maura Falfan
Aileen Fernandez
Julian Fernandez
Richard A. Figueroa
Peter Fox
Jessica Frias
Nirmal A. Gajadhar
Rachel G. Galbreath
Brian Galderisi
Stan Gamel
David Garcia
Matthew Geiger
Emmett E. Goodman
Florence N. Governali
Richard G. Gray
Cameron Gregg
John Greiner
Manuel P. Guerrero, Jr.
John D. Hazard
Carl A. Hedges
Zach Hewitt
Tyler Hixson
Jareth Holub
Christopher T. Hood
Elizabeth B. Hudman
Sarah M. Huffard
Marietta D. Huzar
Noha Inderawes
Cenon Inocent
Terrence Jablonski
Simone A. Jackson
Angela M. Jennings
Michael F. Jennings
Jeremy P. Johnson
Nia P. Jones
Kouassi Ketemepi
Armia Khalil
Kim M. Kimball
Sara M. Krcha
Natasha Kucic
Harvey Lackey
Bonnie Laessig
Maria Lauren Lambiris
Adam M. Langlois
William D. LaRue
John Lentz
Felicia A. Lingenhol
Daniel A. Loor
Maraya Lopez
Brandon Louk
Gregory Mamczak
Jamie Maroulakis
Timothy J. Martineau
Matthew J. Martinez
Sharon McKenzie
Wayne McLamb
Catherina Messier
Yekaterina P. Meykson
Morgan A. Minch
Soroush M. Moghadam
Edward Moore
Kenneth Murphy
Alexander Nalpantidis
Bernardo C. Navarro Tomas
Martine Daniele Ndeng
Dylan O'Brien

Christopher O'Toole
Meghan Oare
Kristen R. Ouimet
Peter E. Paolucci
Priscilla Parsard
Anthony Pignalosa
Megan M. Poepsel
Saifur Rahman
Michael Ramistella
Ryan M. Redka
Paul J. Riccobono
Jeffrey Rosen
Pavol Roskovensky
Michael A. Saldate
Jason C. Saleem
Mikhail A. Sedov
Mark A. Shaw
Philip J. Sherman
Christopher Singh
Naveen Singh
Ryan W. Siskar
Andrew Smereck
James Smith
Colby W. Somerville
Jedediah Spatz
Nadia A. Tadrous
Kader Tall
Paul Tchamambe
George Tinta
Inna Tkach
Richard A. Urciuoli
Frances L. Vincent
Ross O. White
Obi Wilson
Tommy Wu
Sheralyn N. Younge
Christopher Zenner
*Security Officers*

Nedal Abdel-Jabbar
Betsuaye Abia
Steve Browne
Warren Bruce
Patrick Collison
Francesco Destro
Edriseu Forbes
Shurald Forde
Mary Ann T. Galvin
Nora J. Hamilton
Curtis Horne
Victor Kan
Edward Lamouth
Andrea Lawrence
Edward Leonard
Rogelio Maclang
Christopher Marlow
Fredrick McCampbell
Jose Muchaypina
Ola Ogunbodede
Angel Rivera
Ken Romeo
Michael P. Scholz
Michael Schur
Eric Scott
Kingsley Stanley
Michael Sturm
Alfredo Torres
William Vance
Benny Williams
Billy Zias
*Senior Special Officers*

Maricela Chavez
Kayode C. Enunekwu
Shevon M. Haywood
Dontay A. Swain
*Special Officers*
Terrence Long
Shawn Murphy
Patrick Rogan
George Schwemmer
Brendan Sheehy
Eugene Weiss
William Westfield
*Senior Fire Safety Officers*
Daniel J. Massa
*Fire Safety Officer*
Vincent Verga
*Supervising Security
Departmental
Technician*
Michael Lombardo
*Principal Security
Departmental Technician*

INSTRUMENTS/
ELECTRONIC SHOP

Basil Pascall
*Supervising Maintainer*
Jan Bierowiec
Sonja Eklund
*Maintainers*

LOCKSMITH SHOP

Harrison J. Riley
*Supervising Maintainer*
Robert Giamanco
*Assistant Maintainer*

SECURITY,
THE CLOISTERS

Theodosios Kypriotis
*Associate Manager of
Security*
William Necker
*Assistant Manager of
Security*
Harold S. Jones
*Chief Supervising Security
Officer*
Margarita James
Gerald Kaye
Anthony Lang
Robert Oberkehr
Bernard Rowan
Alfredo San Diego
George Spencer
Vijaia Suraj
*Senior Supervising Security
Officers*
Stephen Bach
*Supervising Security Officer*
Hannibal Bourne

Claire Charles
Frank Nunez
Taharka Omowale
Robert Shnatman
Octavio Solano
Sean Turner
Niran Venus
*Senior Special Officers*
Christopher Andrews
Ivette Caballero
Veronica Clough
Howard Comeau
Ezekiel Ebinum
Kenneth Hesselbacher
Melvin Johnson
Alphonse Kiaku
Eric Miller
Chris Muenchinger
Paul Murray
Leila Osmani
Jorge Rivera
Tomas Romero
Stephen Schier
*Senior Security Officers*
Cesar A. Lopez
Hector B. Marroquin
Ryan W. McGillick
Eurydice Roman
John J. Rousseau
*Security Officers*
William J. Miranda
*Special Officer*

**Volunteer Organization**

Nancy Staniar
*Volunteer Chair*
Ruth Henderson
*Manager of Volunteer
Activities*
Gloria Abrams
*Librarian*
Jean Marie Cho
Laura Conley
Alice Geller
Carolyn Grossner
Rachel Kalnicki
Betsy Lane
Danielle Parker
Milton Sherman
Sharon Spellman
Susan Turner
Faith Wittner
*Program Chairs*

Emeriti

Philippe de Montebello
*Director Emeritus*
Dorothea Arnold
*Curator Emerita,
Egyptian Art*
Everett Fahy
*Curator Emeritus,
European Paintings*
Wen C. Fong
*Curator Emeritus,
Asian Art*

Prudence O. Harper
*Curator Emerita, Ancient Near Eastern Art*
Colta Ives
*Curator Emerita, Drawings and Prints*
Marilyn Jenkins-Madina
*Curator Emerita, Islamic Art*
Julie Jones
*Curator Emerita, Arts of Africa, Oceania, and the Americas*
Nobuko Kajitani
*Conservator Emerita, Textile Conservation*
Christine Lilyquist
*Curator Emerita, Egyptian Art*
Helmut Nickel
*Curator Emeritus, Arms and Armor*
Richard E. Stone
*Conservator Emeritus, Objects Conservation*
James C. Y. Watt
*Curator Emeritus, Asian Art*
H. Barbara Weinberg
*Curator Emerita, The American Wing*
William D. Wixom
*Curator Emeritus, Medieval Art and The Cloisters*

## Senior Research Scholars

Susan J. Allen
Kevin Avery

Barbara B. Ford
Johanna H. Hecht
Elizabeth J. Milleker
Oscar W. Muscarella
Elena Phipps

Suzanne G. Valenstein
*Research Scholar*

## Staff Retired During the Year July 1, 2012, to June 30, 2013

Benjamin Akakpo
*Senior Security Officer, Security, The Cloisters*
Alberto Apone
*Maintainer, Instrument/ Electronics Shop*
James Beckwith
*Senior Security Officer, Security, Day Guardianship*
Ronald Boyer
*Senior Supervising Security Officer, Ancillary Security Expense*
Patricia A. Coman
*Benefits Generalist, Human Resources*
William Conklin
*Budget Analyst, Merchandising and Publicity, Sales Financial, Merchandising Finance*
Felix Cotto
*Assistant Stage Manager, Concerts & Lectures*
Anthony Cruz
*Senior Special Officer, Security, Night Guardianship*

Laszlo Cselenszky
*Maintainer, Engineering Shop*
Alibert Davies
*Senior Security Officer, Security, Day Guardianship*
Arthur De Guzman
*Senior Security Officer, Security, Day Guardianship*
Joyce Denney
*Assistant Curator, Antonio Ratti Textile Center*
Raymond Fortier
*Senior Security Officer, Security, Day Guardianship*
Christine Gartelman
*Associate Human Resources Manager, The Distribution Center*
Jeffrey Johnson
*Store Manager, Main Gift Shop*
Julie Jones
*Andrall E. Pearson Curator in Charge, Arts of Africa, Oceania, and the Americas*
Ivan Koev
*Senior Security Officer, Security, Day Guardianship*
Vincent Lewis
*Maintainer, Masonry Shop*
John Loder
*Senior Coordinator for Ticketing, Concerts & Lectures*
Arnold Ludmer
*Senior Security Officer, Security, The Cloisters*
Chatnarine Mahabir
*Supervising Maintainer, Engineering Shop*
John McCormack
*Maintainer, Registrar*

Theresa Noel
*Senior Security Officer, Security, Day Guardianship*
Stella H. Paul
*Senior Manager of Interpretive Audio Program, Media Production Department*
Dennis Pearce
*Senior Fire Safety Officer, Security Department*
Joseph Peknik III
*Principal Departmental Technician, Musical Instruments*
Hazel Rodriguez
*Lecturer, Education*
Richard Solis
*Assistant Maintainer/ Cleaner, Custodial Services, The Cloisters*
Masako Watanabe
*Senior Research Associate, Asian Art*

## Staff Organizations

### Forum of Curators, Conservators, and Scientists

Amelia Peck
*Chair*
Rebecca A. Rabinow
*Vice Chair*
Angela B. Campbell
*Secretary*
Daniëlle O. Kisluk-Grosheide
*Delegate to the Board of Trustees*

### The Assembly

Masha Turchinsky
*Chair*
Robyn Fleming
*Vice Chair*
Robert Weisberg
*Secretary*
Naomi Niles
*Delegate to the Board of Trustees*

### Personnel Advisory Committee

Farhan Ali
Alethea Brown
Ana L. McCullough
Christine D. McDermott
Nancy L. Rutledge

### Staff Employee Benefits Committee

Emily Kernan Rafferty
*Chair*
Gordon L. Barger
Carrie Rebora Barratt
Lawrence Becker
Maureen Burke
Pamela J. Butler
Sharon H. Cott
Peter M. Kenny
Debra A. McDowell
Olena Paslawsky
Amelia Peck
Thomas P. Schuler
Alice W. Schwarz
Perrin Stein
Elena J. Voss
Ken Weinstein

Since its beginnings more than a century ago, the Metropolitan Museum has received generous support from a distinguished group of friends who have, with their gifts and personal commitment, built it into one of the most encyclopedic museums in the world.

There are a variety of ways in which friends of the Museum can maximize their support. A bequest by will continues to provide one important avenue. In addition, there are ways of benefiting the Museum that have immediate tax advantages for donors. These plans may provide income for the donor and/or some other person, or they can be useful in transferring assets to one's heirs at a lower tax cost.

Such a gift will both perpetuate your long-standing commitment to the Museum and help assure that its riches will be there for future generations to enjoy.

Perhaps you have already made such a provision. If so, you are eligible for membership in The William Society. To let us know, please contact the Planned Giving Program, The Metropolitan Museum of Art, 1000 Fifth Avenue, New York, New York 10028-0198, or by email at planned.giving@metmuseum.org. For more information on ways of supporting the work of the Metropolitan through estate planning, please visit the Museum's website at www.metmuseum.org in the Planned Giving section under *Give and Join*.

The Museum wishes to thank particularly: Mayor Michael R. Bloomberg; City Council Speaker Christine C. Quinn; Chair of the City Council Finance Committee Domenic M. Recchia, Jr.; Chair of the City Council Cultural Affairs, Libraries, and International Intergroup Relations Committee Jimmy Van Bramer; Comptroller John C. Liu; First Deputy Mayor Patricia E. Harris; Commissioner of Cultural Affairs Kate D. Levin; Commissioner of Parks and Recreation Adrian Benepe; Manhattan Borough President Scott M. Stringer; City Council Member Daniel R. Garodnick; City Council Member Robert Jackson; City Council Member Melissa Mark-Viverito; and other members of the New York City Council.

The State of New York again provided valuable support of the Museum through the New York State Council of the Arts. We thank especially Governor Andrew Cuomo; Assembly Speaker Sheldon Silver; State Senate Majority Leader Dean G. Skelos; and our local representatives in Albany, State Senator Liz Krueger and Assembly members Daniel Quart and Linda B. Rosenthal.