# Exhibit 37

# Excerpts of July 9, 2014 M. Todd Deposition Transcript

## Page 1

```
                    MARCELL TODD
        IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF MICHIGAN


In re:              ) Chapter 9
CITY OF DETROIT, MICHIGAN,  ) Case No. 13-53846
       Debtor.     ) Hon. Steven W. Rhodes
_____


     The Videotaped Deposition of MARCELL TODD,
     Taken at 1114 Washington Boulevard,
     Detroit, Michigan,
     Commencing at 8:57 a.m.,
     Wednesday, July 9, 2014,
     Before Cheri L. Poplin, CSR-5132, RPR, CRR.
```

## Page 2

```
                    MARCELL TODD
APPEARANCES:

MARY L. HALE, ESQ.,
ALEXANDER E. BLANCHARD, ESQ.
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
    Appearing on behalf of the Debtor, City of Detroit.




LALLY GARTEL, ESQ.,
WILLIAM E. ARNAULT, ESQ. (via telephone)
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
    Appearing on behalf of Syncora Guarantee Inc. and
    Syncora Capital Assurance Inc.
```

## Page 3

```
                    MARCELL TODD
DAN BARNOWSKI, ESQ. (via telephone)
Dentons US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005-3364
    Appearing on behalf of the Retiree Committee.




SARAH M. MATHEWS, ESQ. (via telephone)
Chadbourne & Parke, LLP
1200 New Hampshire Avenue, NW
Washington, D.C. 20036
    Appearing on behalf of Assured Guaranty Municipal
    Corp.
```

## Page 4

```
                    MARCELL TODD
MARK R. JAMES, ESQ.
Williams, Williams, Rattner & Plunkett, P.C.
380 North Old Woodward Avenue
Suite 300
Birmingham, Michigan 48009
    Appearing on behalf of the Financial Guaranty
    Insurance Company.



ALSO PRESENT:
Greg Cassin - Video Technician
```

Pages 1 to 4

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt  Doc 7150-37  Filed 08/28/14  Entered 08/28/14 01:05:39  Page 2 of 6

## Page 33

1  in the future; correct?
2  **A. It can, yes.**
3  Q. And a plan that's forward looking would state one way
4  or another regarding the level of things like parks in
5  the city; correct?
6  **A. It can, yes.**
7  Q. In your experience, has -- has that been the case as
8  you've planned, for instance, in the City of Detroit?
9  **A. Using your example in specific, recreation planning**
10  **occurs on a five-year basis within the recreation**
11  **department. In the past that plan has been referenced**
12  **aside from the City's Master Plan, and in other**
13  **instances components of it have been included in the**
14  **City's Master Plan, but that plan gets in -- but that**
15  **recreation plan gets into far greater detail than the**
16  **Master Plan itself does.**
17  Q. But the Master Plan references things like recreation
18  and public works, for instance?
19  **A. Yes, it does.**
20  Q. Speaking again about assets, so, for instance, in
21  the -- in the area of issues like blight or blight
22  remediation, assessing what to do about those issues
23  is part of an urban plan; correct?
24  **A. Yes.**
25  Q. And with regard -- with regard to how one might

## Page 34

1  accomplish that, that also generally would be
2  specified in an urban plan; correct?
3  **A. Yes. Again, in varying -- various -- varying levels**
4  **of detail.**
5  Q. But the goal of an urban plan is to set a -- to set a
6  goal for the future regarding issues like, for
7  instance, blight remediation; correct?
8  **A. Again, it can. From city to city, issue to issue, the**
9  **complexity of the plan, the type of plan, what's**
10  **governing it will dictate the level of -- of**
11  **complexity therein contained.**
12  Q. So, again, on a general level regarding urban
13  planning, do you think that components of an urban
14  plan relate to one another? And I'll say what I mean
15  specifically. When you make a decision about one
16  area, is it also important to keep in mind what
17  decisions you're making in other areas so land use and
18  blight, for instance, are related? Fair?
19  **A. Yes.**
20  Q. So can you describe generally when making an urban
21  plan how a planner takes into consideration various
22  areas working together?
23  MS. HALE: Objection to form.
24  **A. Could you give me more specific examples?**
25  BY MS. GARTEL:

## Page 35

1  Q. Sure. So would you agree that it wouldn't make sense
2  to make a decision regarding blight remediation only
3  and not make a corresponding decision regarding land
4  use moving into the future as part of an urban plan?
5  **A. It would be ideal to be able to accomplish both. When**
6  **the blight remediation, if you will, is paramount and**
7  **of great concern in terms of its resultant impact on a**
8  **city, it may be warranted to make a blight remediation**
9  **decision without having a full vision or understanding**
10  **as to what will come behind that area, but certainly,**
11  **again, in terms of varying degrees of complexity, one**
12  **should know, generally speaking, what will follow.**
13  **Should have a vision in terms of what will follow.**
14  Q. So with regard to making particular decisions as part
15  of an urban plan, it's important to keep in mind the
16  general goals so that all the parts can integrate?
17  **A. Yes.**
18  Q. So I guess I also want to talk about another
19  particular aspect of planning. When making an urban
20  plan, is it generally the case that you keep in mind
21  the size of the city you have in mind?
22  **A. Yes.**
23  Q. So what role does city size play in urban planning
24  and . . .?
25  **A. Let me expand upon the previous answer. Keeping in**

## Page 36

1  **mind -- your question was keeping in mind the size of**
2  **city you would -- you would want. Keeping in mind the**
3  **size of city that we have, dealing with the land mass**
4  **that we have here and the various challenges, we most**
5  **certainly keep that in mind in that one of the other**
6  **things that makes Detroit unique, so we're very much**
7  **concerned about that land mass and how it is used.**
8  MS. HALE: Can I just object for a minute?
9  You seem to be asking him general questions about
10  urban planning, almost as if he's a professor of urban
11  planning, and sometimes he's answering with respect to
12  the City of Detroit and sometimes he's answering
13  generally, so I think we need to be clear on whether
14  you're asking him as a general matter about his
15  knowledge of urban planning or whether you're asking
16  him specifically about what goes on in the City of
17  Detroit.
18  MS. GARTEL: I will be asking him
19  specifically about what goes on in the City of Detroit
20  moving forward in part in reference to his answers to
21  these general questions. But the answers regarding
22  Detroit in particular will be, you know, will be used
23  in moving forward. But these questions and certain of
24  the ones you're referring to were intended to be
25  general questions about urban planning.

Pages 33 to 36

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 7150-37   Filed 08/28/14   Entered 08/28/14 01:05:39   Page 3 of 6

## Page 125

1 giving way to the more substantive or detailed
2 document.
3 Q. So, correct me if I'm wrong, but based on our prior
4 discussion about the City Planning Commission's role
5 with regard to the Master Plan, the Master Plan also
6 incorporates some neighborhood specific or cluster
7 specific --
8 A. Yes.
9 Q. -- recommendations; is that correct?
10 A. Yes.
11 Q. And those also would be consistent with the Urban
12 Renewal Plans or the Master Plan's recommendation for
13 the neighborhoods in cluster one, for example? If
14 there was an Urban Renewal Plan for those
15 neighborhoods in the same area as cluster one, you
16 would expect those two to be consistent; is that
17 correct?
18 A. Yes.
19 Q. Do you have an understanding about any particular
20 recommendations with regard to blight in any of the
21 neighborhoods or clusters of the City of Detroit?
22 A. Within? Within which document?
23 Q. Any document. Either an Urban Renewal Plan, an EDC
24 document, or the Master Plan, either in the
25 recommendations generally or in the neighborhood

## Page 126

1 cluster portion?
2 A. I do have some specific knowledge, yes.
3 Q. Can you describe that knowledge, please?
4 A. In the case of the Urban Renewal Plans that I've
5 worked with directly, the Jefferson-Chalmers southeast
6 side of the -- to the extent that there is a southeast
7 side of the city, but far east side of the city
8 bounded generally by East Jefferson, Alter Road,
9 Conner, and the river, one-half of that community is
10 designated as a preservation area, the other half is
11 designated as redevelopment, wherein the intention is
12 to eliminate blight through the redevelopment of in
13 that case almost one-half of the community.
14 Q. When you say the intention, do you mean the intention
15 of the Urban Renewal Plan?
16 A. That is correct.
17 Q. And there is an Urban Renewal Plan that's applicable
18 to that particular area you're discussing now?
19 A. Yes. Yes.
20 Q. And do you know about the strategies regarding any
21 blight that may be present there? What does the Urban
22 Renewal Plan contain?
23 A. Again, it speaks to the redevelopment of the
24 designated development areas there, much of which has
25 been done. In other cases it will speak to

## Page 127

1 scattered-site infill housing being encouraged
2 throughout both the -- throughout the preservation
3 area.
4 Q. Can I ask you just for a moment to step back? Did you
5 say scattered-site infield housing?
6 A. Yes.
7 Q. Can you please describe just briefly what that is?
8 A. That essentially indicates that where there are
9 scattered vacant properties, vacant parcels where new
10 construction can be implemented, so that would be
11 scattered-site infill housing to fill in the gaps that
12 may exist.
13 Q. Understood. Thank you very much.
14 A. All right.
15 Q. Are you familiar with Urban Renewal Plans for any
16 other areas of the City?
17 A. Yes. Generally.
18 Q. And would you say that they all generally have a
19 consistent strategy of the type that you just
20 described for the southeast -- the so-called
21 southeast?
22 A. To varying degrees in response to the specific
23 landscape that's there.
24 Q. And, to your knowledge, that's -- and your
25 understanding of the Master Plan, those Urban Renewal

## Page 128

1 Plans are consistent with the goals set forth in the
2 City Master Plan of Policies of 2009?
3 A. Generally speaking, yes. There may again be instances
4 where as we come upon them there may be an errant
5 piece of verbiage that's inconsistent.
6 Q. Do you know how the City's plan to spend approximately
7 $440.3 million on blight remediation through its
8 restructuring and reinvestment initiatives integrates
9 with the City's Master Plan of Policies or the Urban
10 Renewal Plans that we were just discussing?
11 A. I am not aware of any specific document or dialogue
12 wherein those documents and that initiative have been
13 reconciled.
14 Q. Have you ever spoken with anyone at the City regarding
15 blight spending in the plan and the City's Master Plan
16 or any of the Urban Renewal Plans we just discussed?
17     MS. HALE: Objection. Form.
18 BY MS. GARTEL:
19 Q. If you understood the question, you can answer.
20 A. If you could elaborate just a little for me, please.
21 Q. Sure. Has anyone ever specifically asked you about
22 the relationship between the restructuring and
23 reinvestment initiatives, blight spending, and the
24 Master Plan?
25 A. No. I have not been asked that question.

Pages 125 to 128

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 7150-37   Filed 08/28/14   Entered 08/28/14 01:05:39   Page 4 of 6

Page 129

1  Q. Have you been asked the same question with regard to
2     the City's restructuring and reinvestment initiatives
3     on blight and the Urban Renewal Plans?
4  A. No, I have not.
5  Q. Have you been asked that question with respect to the
6     EDC and the restructuring and reinvestment
7     initiatives?
8  A. No.
9  Q. Are you generally familiar with the Master Plan of
10    Policies' recommendations on policies with respect to
11    public safety?
12 A. No.
13 Q. Are you aware that the Master Plan of Policies
14    addresses public safety as part of its --
15 A. Yes.
16 Q. Have you reviewed any of the sections of the Master
17    Plan of Policies regarding public safety in the past?
18 A. Yes.
19 Q. Are you aware of any of the specific policies
20    regarding public safety?
21 A. There are none that I can recall at this moment, no.
22 Q. If I could just ask you to turn to Page 49 of the
23    Master Plan. It might -- it's double-sided so it
24    might be on your left-hand side, but you can adjust
25    the clip. Are you familiar with this section of the

Page 130

1     Master Plan? Have you read it before, in other words?
2  A. I believe I read it in a draft state a number of years
3     ago.
4  Q. Are you aware about the relationship between the
5     City's proposed spending of $429.9 million on public
6     safety as part of its Plan of Adjustment, the
7     relationship between that spending and the policies in
8     the Master Plan of Policies of 2009?
9  A. No.
10 Q. Has anyone ever asked you about the relationship
11    between the restructuring and reinvestment initiatives
12    with respect to public safety and their integration
13    with the public safety initiatives that are part of
14    the Master Plan?
15 A. No.
16 Q. Are you generally aware of the Master Plan of
17    Policies' goals and policy statements with respect to
18    transportation?
19 A. Some, yes.
20 Q. Can you describe some of the policies in this plan?
21    And feel free to look at it if you . . .
22 A. What I recall most specifically that I did have some
23    involvement with concerns the non-motorized
24    transportation plan for the City, which is one of the
25    attachments -- attached maps to this document.

Page 131

1  Q. So this is part -- that forms part of the Master Plan
2     of Policies?
3  A. Yes, it does. And I was engaged as one of the
4     participants with that study when it was initiated by
5     the City, I believe by the City's recreation
6     department. Responsibility then changed to the
7     Department of Public Works. Once the document was
8     complete and when it was complete, I was no longer
9     directly involved, but there was another staff member,
10    it was then brought to bear to the Master Plan.
11 Q. And what did that provide for just generally? Can
12    you -- I'm sorry. Can you repeat? It's the
13    non-motorized?
14 A. Non-motorized transportation plan.
15 Q. Got it.
16 A. So in addition to the qualification of our street
17    network in terms of what's a secondary street, a
18    neighborhood street, major thoroughfare, that sort,
19    also the identified bus routes, this plan sought to
20    identify corridors that were right and appropriate for
21    non-motorized transportation enhancement, such as
22    bicycle enhancements, even for pedestrian movement,
23    and maybe as it concerns recreational areas wherein
24    Rollerblading or even skateboarding, again, other
25    forms of non-motorized forms of transportation could

Page 132

1     be encouraged and facilitated.
2  Q. Did I hear you -- did I hear you correctly when you
3     said that this made it through the Department of
4     Public Works and Recreation?
5  A. Yes.
6  Q. Not through the Department of Transportation?
7  A. Transportation was involved. The effort was led by
8     the Recreation Department initially and then the
9     Public -- then the Department of Public Works as the
10    roadways themselves, the rights-of-way are the
11    responsibility of that agency.
12 Q. So it was a collaborative effort among those agencies?
13 A. Yes.
14 Q. And it's also true that it was codified as part of the
15    Master Plan of Policies?
16 A. Yes.
17 Q. And -- and when the City Council passed this 2009
18    Master Plan, this was an element of the Master Plan;
19    correct?
20 A. That is correct.
21 Q. Are you aware of the relationship between the Master
22    Plan's approach to transportation among which is this
23    plan we were just discussing for the non-motorized
24    plan and the Plan of Adjustment spending with regard
25    to Public Works, the Department of Transportation, or

Pages 129 to 132

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 7150-37   Filed 08/28/14   Entered 08/28/14 01:05:39   Page 5 of 6

## Page 137

1  Q.  What's the relationship between the Board of Zoning
2      Appeals and the Planning Commission?
3  A.  **The Board of Zoning Appeals is a quasi-judicial body**
4      **that sits on the legislative side of government and by**
5      **charter and processes appeals, whether they are**
6      **appealing the decision of -- of reviews that are made**
7      **at the -- I'm sorry, the Buildings, Safety Engineering**
8      **and Environmental Department or some other aspects per**
9      **City code that may be appealable to that board.**
10 Q.  So is it fair to say that the Board of Zoning
11     Appeals -- I'll take a step back.  Prior to reaching
12     the Board of Zoning Appeals, where are zoning disputes
13     heard?  Which City department would hear a zoning
14     dispute?
15 A.  **If you could qualify --**
16 Q.  Yeah.  You -- you --
17 A.  **-- what you mean by dispute.**
18 Q.  Sure.  You -- you stated that the Board of Zoning
19     Appeals is a quasi --
20 A.  **Judicial.**
21 Q.  -- judicial entity that sits under the -- in the
22     legislative side of the City government?
23 A.  **(Nodding.)**
24 Q.  And where does it reside in the legislative side of
25     City government?

## Page 138

1  A.  **It is an independent body.**
2  Q.  Independent body.  Are you generally very familiar
3      with the work of the Board of Zoning Appeals?
4  A.  **Generally familiar, yes.**
5  Q.  And is that because of the zoning work that the City
6      Planning Commission does?
7  A.  **Yes.**
8  Q.  Have you ever been asked about the Board of Zoning
9      Appeals in the context of the City's plan to spend
10     money on the Board of Zoning Appeals as part of its
11     Plan of Adjustment?
12 A.  **No.  I've not been asked about it.**
13 Q.  Is it fair to say that you've never been asked by a
14     representative of the City or of Conway MacKenzie
15     regarding the integration of the Plan of Adjustment's
16     restructuring and reinvestment spending and the City's
17     Master Plan of Policies?
18 A.  **Yes.  I believe so.**
19 Q.  Is it fair to say that no one has ever approached you
20     and asked you about the integration of the City's
21     restructuring and reinvestment expenditures and the
22     Detroit Future City Strategic Framework?
23 A.  **I don't recall.**
24 Q.  You don't recall being asked the question?
25 A.  **I don't recall that I've been asked that question.  It**

## Page 139

1      **may have been phrased in a different way that I might**
2      **not have seen it in that light.**
3  Q.  Has anyone ever asked you your view on the Plan of
4      Adjustment's restructuring and reinvestment spending
5      from the City or from Conway MacKenzie?
6  A.  **Within the Legislative Policy Division, I believe we**
7      **have had a couple of discussions.**
8  Q.  With regard to what we discussed earlier today, that
9      is, distribution of planning and development
10     responsibilities among City departments, beyond
11     that -- beyond those issues, though, have you been
12     approached?
13 A.  **Nothing that I can recall at this -- at this moment in**
14     **time.**
15 Q.  Are you aware that the City's Plan of Adjustment
16     contemplates that -- in the context of its
17     restructuring and reinvestment spending contemplates
18     that the City will remain the same size indefinitely
19     into the future?
20 A.  **No.  I'm not aware that the -- that the plan**
21     **incorporates statements to that effect, no.**
22 Q.  Does that surprise you?  If that was the case, would
23     that surprise you?
24 A.  **No.**
25         MS. HALE:  Objection.

## Page 140

1          MR. JAMES:  What was the objection?
2          MS. HALE:  It's asking for speculation.
3  BY MS. GARTEL:
4  Q.  In the context of an urban planning decision with
5      regard specifically to the City of Detroit, for
6      instance, in the context of the update of the Master
7      Plan, do you know specifically how and when the Master
8      Plan will be updated?
9  A.  **Specifically, no.**
10 Q.  Do you know generally about the City's prospective
11     plan to update the Master Plan?
12 A.  **Yes.**
13 Q.  Can you describe generally what the time frame for
14     that looks like?
15 A.  **My understanding today is that there is a two-pronged**
16     **approach that I believe is still being developed in**
17     **its detail, but there is what we've been referring to**
18     **as low-hanging fruit identifying those aspects of the**
19     **Detroit Future City plan and other contributing**
20     **documents or resources or experiences again as we look**
21     **to approach this sort of thing comprehensively.  There**
22     **is an effort underway to identify, again, low-hanging**
23     **fruit or what we might say short-term amendments to**
24     **the Master Plan.**
25 Q.  Can I just ask a question regarding that?  When you

Pages 137 to 140

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7150-37   Filed 08/28/14   Entered 08/28/14 01:05:39   Page 6 of 6