# Exhibit 38

# Excerpts of July 21, 2014 D. Bing Deposition Transcript

                    DAVE BING

        IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF MICHIGAN

In re                  ) Chapter 9
CITY OF DETROIT, MICHIGAN,    ) Case No. 13-53846
         Debtor.   ) Hon. Steven W. Rhodes

_____

    The Videotaped Deposition of DAVE BING,
    Taken at 2 Woodward Avenue, Suite 500,
    Detroit, Michigan,
    Commencing, at 8:55 a.m.,
    Monday, July 21, 2014,
    Before Kathryn L. Janes, CSR-3442, RMR, RPR.

                    DAVE BING
APPEARANCES:

THOMAS F. CULLEN, JR., ESQ.
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113


    Appearing on behalf of the Debtor, City of
    Detroit.

LAUREN M. BUONOME, ESQ.
Jones Day
222 East 41st Street
New York, New York 10017


    Appearing on behalf of the Debtor, City of
    Detroit.

                    DAVE BING
MELVIN BUTCH HOLLOWELL, ESQ.
City of Detroit Law Department
2 Woodward Avenue
Suite 500
Detroit, Michigan 48226


    Appearing on behalf of the Witness.

DANIEL MORRIS, ESQ.
Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, DC 20005-3364


    Appearing on behalf of the Retiree Committee.

                    DAVE BING
MICHAEL J. PATTWELL, ESQ.
Clark Hill, PLC
212 East Grand River Avenue
Lansing, Michigan 48906
    Appearing on behalf of the Retirement Systems
    for the City of Detroit.


WILLIAM E. ARNAULT, ESQ.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
    Appearing on behalf of Syncora Guarantee Inc.
    and Syncora Capital Assurance Inc.

Pages 1 to 4

Elisa Dreier Reporting Corp.  (212) 557-5558
           950 Third Avenue, New York, NY 10022
13-53846-tjt  Doc 7150-38  Filed 08/28/14  Entered 08/28/14 01:05:39  Page 2 of 4

## Page 53

DAVE BING

    time any time something is taken away from you.
Q.  And you say that you didn't have the time or the
    data to -- to really talk productively with the
    unions, and so would you say that if you really
    wanted to make progress with the unions, it took
    more time than you had?
        MR. MORRIS:  Objection, form.
A.  For me personally, the answer would be yes.  That
    was not my day-to-day responsibility.  I mean, you
    had department heads that were responsible for
    that.
BY MR. ARNAULT:
Q.  And if you'll turn back to I think it was Bing
    Exhibit 3, it's this Can Detroit Be Saved
    article?
A.  Uh-huh.
Q.  And on the second page, the third paragraph,
    probably some editorializing by the paper, but it
    says that he grumbles that there are 17 unions
    with over 50 separate bargaining sheets --
    bargaining units.  And I can give you a data
    sheet that will show you we've got several of
    those bargaining units with less than 100 people
    and each one of them has a president that's paid

## Page 54

DAVE BING

    by the city to negotiate against the city.
    Coming from the private sector, I find that
    insane.  So while you were in office, there were
    actually 17 unions and more than 50 bargaining
    units you had to negotiate with?
A.  Not me personally, but yes.
Q.  But the City negotiated?
A.  Yes, yes.
Q.  And each bargaining unit had its own contract?
A.  Yes.
Q.  And it sounds like some of the bargaining units
    actually had less than 100 people?
A.  Yes.
Q.  So every couple years or so would the city
    actually have to go out and renegotiate new
    contracts with more than 50 different bargaining
    units?
A.  Depends upon the length of the contract, maybe not
    every couple years, some were, you know, three
    years, some may have been five years, but at
    the -- at the expiration of that contract, yeah,
    you entered into some more negotiations.
Q.  And were the end date of the various CBAs, were
    they staggered?

## Page 55

DAVE BING

A.  They were staggered.
Q.  So it seems like the City's labor relations
    department would just be constantly renegotiating
    contracts?
A.  Yes, yes.
Q.  Was that an efficient way for the government to
    operate, do you think?
A.  I don't think so.
Q.  I mean, as you put it, it seems insane to have
    that many unions?
A.  Yep.
Q.  I take it, you would agree that the number of
    unions and bargaining units caused problems for
    the city?
A.  Yes.
Q.  And besides --
A.  That's from an efficiency standpoint.  I mean, you
    just mentioned that the labor relations
    department, which was huge, you know, if we -- if
    we had done things a different way, a more
    efficient way, that's a department that probably
    didn't need nearly as many people.
Q.  Okay.  So the fact that there were more than 50
    bargaining units just led to inefficiencies --

## Page 56

DAVE BING

A.  Yeah.
Q.  -- for the city.
A.  I think so.
Q.  Were there any other problems you ran into
    because you had that more than 50 bargaining
    units?
A.  Well, you've got all person -- you've got 50
    different personalities from a leadership
    standpoint that you have to deal with and that's
    always a problem.
Q.  And you also mentioned that each of the
    bargaining units has a president that's paid by
    the city to negotiate against the city?
A.  Yes.
Q.  So the city was actually paying these union
    presidents to engage in negotiations against the
    city; is that right?
A.  Well, I guess they would say we represented the
    employees, so, you know.  But yeah, I -- I would
    say so.
Q.  Okay.  And do you think that caused a problem for
    the city?
A.  Yes.
Q.  How so?

Pages 53 to 56

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt  Doc 7150-38  Filed 08/28/14  Entered 08/28/14 01:05:39  Page 3 of 4

1  DAVE BING
2  A. You could never, once again, come to agreement on
3     anything. I mean, everything was just -- it was
4     an elongated process that didn't get -- didn't
5     really benefit anybody, in my opinion.
6  Q. So the number of bargaining units led to
7     inefficiencies, an elongated bargaining process,
8     having to deal with a number of different
9     department heads with different personalities,
10    were there any other problems that the number of
11    bargaining units caused?
12 A. Well, I mean, there was just a lack of trust
13    between management and the bargaining units. And
14    a lot of that I think is very historical. So it
15    was nothing new to us, but when -- when people say
16    they're going to do something and they come to an
17    agreement and they don't do it, then you just
18    don't have trust and -- and we found that to be a
19    big issue, a lack of trust.
20 Q. Did you take any steps is to try and bridge the
21    trust gap between the city and the unions?
22 A. Well, yeah, the labor relations department got
23    much more heavily involved in the process.
24 Q. And had they not been heavily involved in the
25    process before that?

1  DAVE BING
2  A. They may have been, but then once again, you know,
3     you had turnover, and it got down to
4     personalities. And a lot of cases, union
5     leadership, there's a lot of turnover. City
6     government leadership was a lot of turnover, so,
7     you know, just based on what happened
8     historically, we seemed to be just fighting each
9     other all the time and that's just not healthy.
10 Q. And did you think that reducing the number of
11    bargaining units was essential to the
12    restructuring of the city?
13 A. Yes.
14 Q. And while you were mayor, did you take any steps
15    to reduce the number of bargaining units?
16 A. We wanted to do that, but once again, based on
17    contractual obligations, that was very difficult,
18    very difficult to do.
19 Q. And what steps did you take --
20 A. I can't remember.
21 Q. Okay. And why did the -- and it was the CBAs
22    that made it difficult?
23 A. Yes.
24 Q. Do you remember how it made -- how the CBAs made
25    that change difficult?

1  DAVE BING
2  A. No.
3  Q. Let me know if at any time you want to take a
4     break.
5  A. All right.
6  Q. So you mentioned earlier that one of the big
7     problems that the city faced was the work rules.
8     And so my understanding is that the work rules in
9     the CBAs actually impaired the efficient
10    operation of the City government?
11 A. Yes.
12 Q. Would that be fair?
13 A. That would be fair.
14 Q. And how did the CBAs impair the efficient --
15 A. The biggest thing I can remember, they had bumping
16    rights and in some cases, based on seniority,
17    there may have been people in a seniority position
18    that we didn't think should remain in the City
19    government. But they had bumping rights and so
20    they would bump the less senior people who may
21    have been better equipped, more efficient, more
22    knowledgeable, but we -- we lost in that
23    situation. So I think it was bumping rights, you
24    got people that left one job, went to another job
25    they knew absolutely nothing about and they bumped

1  DAVE BING
2     out a person that knew the job, and that was --
3     that was very inefficient.
4  Q. Right. So a person could earn -- or an employee
5     could go from one department to another?
6  A. Yes.
7  Q. And if that person had more seniority than a
8     person who had been working on that job --
9  A. That's correct.
10 Q. -- they would be able to bump them?
11 A. Yes.
12 Q. Even if they didn't know anything about it?
13 A. Yes.
14 Q. And that was just a problem from an inefficiency
15    standpoint?
16 A. Absolutely, inefficiently and knowledge.
17 Q. And did it also affect morale?
18 A. Oh, I'm sure it did.
19 Q. And do you think that was also what led to some
20    of the attrition?
21 A. I'm sure.
22 Q. And did you try and modify the bumping rights
23    provisions in the CBAs?
24 A. Yes, that was attempted, but not sure we were
25    successful.

Pages 57 to 60

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022
13-53846-tjt   Doc 7150-38   Filed 08/28/14   Entered 08/28/14 01:05:39   Page 4 of 4