# Exhibit 39

# Excerpts of December 4, 2013 C. Moore Deposition Transcript

# IN RE: CITY OF DETROIT

# CHARLES MOORE

December 4, 2013

*Prepared for you by*



**Bienenstock**
NATIONWIDE COURT REPORTING & VIDEO

**Bingham Farms/Southfield • Grand Rapids**
Ann Arbor • Detroit • Flint • Jackson • Lansing • Mt. Clemens • Saginaw

Page 81

```
 1    date?
 2  A. We would have finalized that in early June, sometime
 3    prior to June 14th, but that period of time between
 4    the beginning of May and June 14th is when we would
 5    have finalized that number.
 6  Q. Now, that $1.25 billion number has not changed since
 7    June 14th, correct?
 8  A. Correct.
 9  Q. It is still the City's intention to pursue
10    $1.25 billion in restructuring and reinvestment
11    initiatives even as we sit here in December 2013,
12    correct?
13  A. Yes.
14  Q. Now, at the time that it made its recommendation, the
15    City of Detroit had not yet filed for bankruptcy,
16    correct?
17  A. Correct.
18  Q. And it was not known at that time whether the City
19    would or would not file, right?
20  A. Correct.
21  Q. How did Conway MacKenzie determine how much money it
22    thought the City should spend on the restructuring and
23    reinvestment initiatives?
24  A. Well, it was a, as I say, a very iterative process,
25    which had at its goal what does the City need to do in
```

Page 82

```
 1    order to be able to operate effectively, and those
 2    were the recommendations that we made in order for
 3    that to happen.
 4  Q. So is it a fair statement to say that you had the goal
 5    of making the City, you had the goal of trying to get
 6    the City to operate effectively, you made an
 7    assessment of what needed to be done to achieve that
 8    goal, and then you made an assessment of how much it
 9    would cost to achieve the things that needed to be
10    done to meet the goal.
11  A. Yes.
12  Q. In considering how much the City should spend on the
13    restructuring and reinvestment initiatives, did Conway
14    MacKenzie make any effort to determine how much the
15    City had to spend? How much was available to the City
16    to spend.
17  A. As it relates to the work that we did in coming up
18    with these items, we did that without regard to what
19    cash was available.
20  Q. Is it fair to say you were told go figure out what we
21    need to do to achieve our goals of effective service
22    provision, how much it will cost, and come back and
23    tell me the answer, don't worry about what we have to
24    work with?
25  A. I think that's a fair statement. Now, obviously no
```

Page 83

```
 1    one said those exact words, but yes, how you have
 2    characterized it, which is go figure out what it will
 3    take to get us to the point where we're operating
 4    effectively.
 5  Q. And that direction came to you from Mr. Orr?
 6  A. It would have started actually with the people that
 7    were involved prior to Mr. Orr's appointment.
 8  Q. And that was, tell me that gentleman's name again.
 9  A. Chris Andrews was the, he started off as program
10    management director. He moved into the chief
11    operating officer role. He was our primary person
12    with whom we interacted.
13  Q. And the direction that he gave you that you summarized
14    well for me was consistent with the direction that
15    Mr. Orr gave you in terms of how you should continue
16    doing what you were doing.
17  A. Yes.
18  Q. Mr. Orr didn't say stop, wait, you're going about it
19    all wrong. He allowed you to continue doing the
20    process the way you described it.
21  A. That's correct.
22  Q. Now, you're an experienced turnaround guy and you I
23    think live around here, is that correct?
24  A. Yes.
25  Q. So you were aware that the City had substantial debts,
```

Page 84

```
 1    correct?
 2  A. Yes.
 3  Q. But your process involved putting your awareness of
 4    those debts to one side and considering what needed to
 5    be done and how much it would cost, is that correct?
 6  A. Yes.
 7  Q. Now, what role did Ernst & Young have in formulating
 8    the amount of the restructuring and reinvestment
 9    initiatives, the amount of spending over the 10 years?
10  A. The way that the process worked is that Ernst & Young
11    prepared what we refer to as a baseline financial
12    projection, which is going out 10 years, based on how
13    the City is operating right now, what the City's
14    financial picture would look like.
15         Conway MacKenzie's work product, which are
16    the restructuring and reinvestment initiatives, were
17    then layered on top of that by department to then come
18    up with what is referred to as the restructured
19    financial projection going out 10 years. That's how
20    that came together.
21  Q. And then there was a necessary third step, right?
22    Because when you layered those things together, the
23    City obviously operated in even deeper deficit than it
24    did prior to the reinvestment initiatives, right?
25  A. Yes.
```

## Page 85

1  Q. The third step was to take the unsecured legacy
2     liabilities and back them out of the equation to see
3     whether the City could afford the restructuring and
4     reinvestment initiatives and to see if there was any
5     money left over for those unsecured creditors, right?
6  A. Essentially, yes. It was looking at taking the
7     revenue that was coming into the City, the expenses
8     that would remain, the reinvestment and restructuring,
9     and then figuring out after that what cash the City
10    would have to pay towards its obligations. Previous
11    obligations I should say.
12 Q. So obviously I represent a creditor who looks at it
13    from its own vantage point, I take it you're aware of
14    that?
15 A. I understand that.
16 Q. But it's fair to say that what the money that was
17    available for creditors came after the City assumed it
18    would be undertaking all of the restructuring and
19    reinvestment initiatives, correct?
20 A. That is how we have laid it out, yes.
21 Q. You backed into it so to speak.
22 A. We determined what cash would be available and then
23    that cash would go towards these previous obligations.
24 Q. Now, at the time that you made this proposal to
25    Mr. Orr that was then included in the June 14th

## Page 86

1     proposal, what was your understanding about how the
2     restructuring and reinvestment initiatives would be
3     funded?
4  A. That discussion was something that essentially as we
5     were going through this was part of the financial
6     projection process, so as we layered on our
7     restructuring and reinvestment initiatives to the
8     Ernst & Young baseline forecast, we looked out and we
9     said there's a surplus here. That surplus over the
10    10-year period was approximately $800 million.
11        So from that standpoint there was an
12    indication that this -- these items could be funded by
13    the City. The timing of those and whether there was
14    going to be sufficient cash by the City itself to fund
15    those certainly was not finalized or decided upon by
16    June 14th.
17 Q. I see. You're saying you looked in the aggregate and
18    understood whether you could make it work in the
19    aggregate over the 10-year period, with respect to how
20    any one year might be focused, funded, whether out of
21    operations or debt or whatever, you didn't look at
22    that until later.
23 A. That's right.
24 Q. I know that money is fungible, so I know that it's
25    tough to talk about what is the funding source for

## Page 87

1     things, but at a logical level, isn't it fair to say
2     that what was funding the reinvestment and
3     restructuring initiatives that were being proposed
4     were the cuts to the unsecured creditors?
5  A. Not necessarily, because you have mentioned the
6     1.25 billion number. There are revenue initiatives of
7     approximately $250 million during that time period and
8     then in addition to that an anticipated increase in
9     revenue of approximately $350 million; so during that
10    10-year period there's $600 million of additional
11    revenue that we anticipate would be coming in.
12        When you compare that to the 1.25, that
13    funds approximately half of that. Within that
14    $1.25 billion, the City would have capital
15    expenditures, normal capital expenditures every year
16    anyways. This is not just incremental capital
17    expenditures. Within the $1.25 billion, that is
18    complete capital expenditures.
19 Q. So okay, I think I understand what you said. Capital
20    expenditures in terms of average capital expenditures
21    that the City "typically makes."
22 A. Yes.
23 Q. Are included in the $1.25 billion, as well as the
24    incremental capital expenditures you are recommending
25    that it makes.

## Page 88

1  A. Yes.
2  Q. Even under the revenue enhancements that you hope that
3     the restructuring and re-initiatives will generate,
4     there's still a sizeable portion of the restructuring
5     and reinvestment initiatives that it was anticipated
6     by logical extension would be funded by cuts to
7     creditors, correct?
8         MR. HAMILTON: Object to form.
9         You can answer.
10 A. The -- taking a step back, again, capital expenditures
11    of any kind are included in the $1.25 billion. There
12    is an amount that would have to be there no matter
13    what.
14        If you look at what that amount may be
15    based on history, there's an argument to be made that
16    perhaps $600 million of that 1.25 would be there
17    anyways; so it could be that that -- of that 1.25, the
18    incremental portion is funded through the revenue
19    initiatives.
20 BY MR. HACKNEY:
21 Q. At some point we're kind of engaging in a mental
22    exercise to begin with by talking about what dollar is
23    funding what, I understand that, but that's in part
24    your answer that you just gave me would be based on
25    whether you would allocate the capital expenditures