# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | )  |
|---|---|
| In re | ) Chapter 9 |
| | ) |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| | ) |
| Debtor. | ) Hon. Steven W. Rhodes |
| | ) |

### *EX PARTE* MOTION OF SYNCORA GUARANTEE, INC. AND SYNCORA CAPITAL ASSURANCE, INC. FOR AN *EX PARTE* ORDER ENLARGING THE TIME FOR SYNCORA GUARANTEE, INC. AND SYNCORA CAPITAL ASSURANCE, INC. TO FILE PRE-TRIAL BRIEF

Syncora Guarantee, Inc. and Syncora Capital Assurance, Inc. ("Syncora") hereby move the Court, through its undersigned counsel, for entry of an order pursuant to Federal Rule of Bankruptcy Procedure 9006(b) and Local Rule 9006-1(b) enlarging the time for Syncora to file a pre-trial brief. When filing its pre-trial brief via the ECF system, Syncora was locked out of the PACER system due to hyperlinks contained in its Exhibit 33. Attached as **Exhibit 6** is a copy of an e-mail from Alexandra Schwarzman to Heather Lennox, counsel for the City, seeking consent of the Debtor to this Motion. As of the filing of this Motion, no consent was received.

**RELIEF REQUESTED**

WHEREFORE, Syncora respectfully requests that this Court (i) enter an order substantially in form attached hereto as **Exhibit 1**, granting the relief

requested herein; and (ii) grant such other and further relief to the Committee as the Court may deem proper.

Dated:  August 28, 2014 Respectfully submitted,

*/s/ Stephen C. Hackney*
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

- and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, Michigan  48304
Telephone:  (248) 646-5070
Facsimile:   (248) 646-5075

*Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*