**Exhibit 1**

KE 33165728

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | )  |
|---|---|
| In re | ) Chapter 9 |
| | ) |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| | ) |
| Debtor. | ) Hon. Steven W. Rhodes |
| | ) |

### *EX PARTE* ORDER ENLARGING THE TIME FOR SYNCORA GUARANTEE, INC. AND SYNCORA CAPITAL ASSURANCE, INC. TO FILE PRE-TRIAL BRIEF

This matter coming before the Court on the *ex parte* motion (the "Motion") of Syncora Guarantee, Inc. and Syncora Capital Assurance, Inc. ("Syncora") for an order enlarging the time for it to file a Pre-Trial Brief;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. Syncora may file its Pre-Trial Brief after 12:00am (EDT) on August 28, 2014.

4