**Exhibit 6**

KE 33165728

# Schwarzman, Alexandra

| | |
|---|---|
| **From:** | Schwarzman, Alexandra |
| **Sent:** | Thursday, August 28, 2014 12:14 AM |
| **To:** | Heather Lennox |
| **Cc:** | Bennett, Ryan Blaine; Hackney, Stephen C. |
| **Subject:** | Pacer Lockout |

Heather,

When filing our pretrial brief earlier this evening, we got kicked out of PACER because of hyperlinks contained in Exhibit 33. We are requesting your consent to file our pretrial brief outside of time?

Thanks,
Alex


**Alex Schwarzman**

Kirkland & Ellis LLP
300 North LaSalle  Chicago, IL 60654
Tel. +1-312-862-3160 | Fax +1-312-862-2200

alexandra.schwarzman@kirkland.com