# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I, Stephen C. Hackney, hereby certify that the *Ex Parte* Motion for an *Ex Parte* Order Enlarging the Time for Syncora Guarantee, Inc. and Syncora Capital Assurance, Inc. to File Pretrial Brief [Docket No. 7152] was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter on the 28th day of August, 2014, served via electronic mail to those parties set forth in **Exhibit 1**, attached hereto, on the 28th day of August, 2014, and served via first class mail to those parties set forth in **Exhibit 2**, attached hereto, on the 28th day of August, 2014.

Dated: August 28, 2014                    Respectfully submitted,

**KIRKLAND & ELLIS LLP**

By: */s/ Stephen C. Hackney*
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

- and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075

*Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*

# Exhibit 1
## Electronic Mail Service List

| | |
|---|---|
| steveramadan@gmail.com | dgheiman@jonesday.com; |
| hlennox@jonesday.com; | tawilson@jonesday.com |
| agarrett@miafscme.org | jbellman@jonesday.com |
| agarrett@miafscme.org | bberens@jonesday.com |
| emcneil@miafscme.org | bbennett@jonesday.com |
| cphillips@miafscme.org | mike.gearin@klgates.com |
| dmalcolm@miafscme.org | paige.barr@kattenlaw.com |
| clrncsndrs@yahoo.com | john.sieger@kattenlaw.com |
| Reesel@detroitmi.gov | kenneth.noble@kattenlaw.com; john.ramirez@kattenlaw.com |
| afscme207@sbcglobal.net | karen.dine@kattenlaw.com; |
| missnick64@hotmail.com | jbank@kerr-russell.com |
| afscmelocal229@ymail.com | pwhunt@kerr-russell.com |
| anurses@att.net | ecf@kaalaw.com |
| philphil48238@yahoo.com | union836@yahoo.com |
| afscmelocal1023@att.net; | tmayer@kramerlevin.com |
| deliaenright@hotmail.com | acaton@kramerlevin.com |
| arlene.kirby@yahoo.com | rgiunta@lambertleser.com; wboylan@lambertleser.com |
| gvp1220@aol.com | mlee@leeandcorrell.com |
| presidentlocal1227@hotmail.com | CPL@legghioisrael.com |
| KingY687@detroitmi.gov | john.dillman@lgbs.com |
| Yvonners2001@yahoo.com | rplecha@lippittokeefe.com |
| local2920@sbcglobal.net | bokeefe@lippittokeefe.com |
| david.boyle@airgas.com | slevine@lowenstein.com; pgross@lowenstein.com |
| dfish@allardfishpc.com; tgraves@allardfishpc.com | msl@maddinhauser.com |
| atulocal26pba@aol.com | jeaton@cousenslaw.com |
| dkorobkin@aclumich.org | jstevens@mathesonparr.com |
| BLurye@afscme.org; martz@afscme.org; mblumin@afscme.org | edunn@maxwelldunnlaw.com |

| **Exhibit 1** Electronic Mail Service List ||
|---|---|
| agerdes@gerdesplc.com | dmzack@mcalpinepc.com |
| Carol.Cohen@arentfox.com; caroline.english@arentfox.com; ralph.taylor@arentfox.com; emily.baver@arentfox.com; leah.montesano@arentfox.com | wsmith@mwe.com |
| David.Dubrow@arentfox.com | wsmith@mwe.com; ncoco@mwe.com |
| david.dubrow@arentfox.com; | mark.angelov@arentfox.com; |
| carol.cohen@arentfox.com | sgross@mcdonaldhopkins.com |
| lisa.fenning@aporter.com | jgadharf@mcdonaldhopkins.com |
| BellM1@michigan.gov | jweiner@mcdonaldhopkins.com |
| JenkinsH@detroitmi.gov | jmaddock@mcguirewoods.com |
| KingR@detroitmi.gov | jcanzano@michworklaw.com |
| patel@dwsd.org | mjkarwoski@alumni.nd.edu |
| pghosh@dwsd.org | laplante@millercanfield.com |
| m.neil@sbcglobal.net | fusco@millercanfield.com |
| theda3t@yahoo.com | rfetter@millercohen.com |
| senoritabonita@peoplepc.com | green@millercanfield.com; swansonm@millercanfield.com |
| miag@michigan.gov | wwkannel@mintz.com; awalker@mintz.com |
| nayad@ayadlaw.com | ejr@morganmeyers.com |
| marriott@ballardspahr.com | brettmiller@mofo.com; lmarinuzzi@mofo.com |
| summersm@ballardspahr.com | Sean.Cowley@usdoj.gov |
| Kim.robinson@bfkn.com | Maria.D.Giannirakis@usdoj.gov |
| jgregg@btlaw.com; pmears@btlaw.com | wmueller@olsmanlaw.com |
| skhanna@berkre.com | eabood-carroll@orlans.com; crule@orlans.com; hmcgivern@orlans.com; hdickow@orlans.com |
| Edwin.smith@bingham.com | jhb_ecf@osbig.com |

| | |
|---|---|
| **Exhibit 1** Electronic Mail Service List ||
| edwin.smith@bingham.com; | jared.clark@bingham.com; |
| marcus.marsh@bingham.com | yo@osbig.com |
| bbowman@bodmanlaw.com | kcornish@paulweiss.com; dkramer@paulweiss.com |
| btrumbauer@bodmanlaw.com | rpentiuk@pck-law.com |
| rdiehl@bodmanlaw.com | hertzbergr@pepperlaw.com |
| aroth@bredhoff.com | jfreund@bredhoff.com |
| dgreenfield@bredhoff.com | kovskyd@pepperlaw.com |
| wilkins@bwst-law.com; hall@bwst-law.com | kressk@pepperlaw.com |
| schristianson@buchalter.com | dbernstein@plunkettcooney.com |
| express33@aol.com | dlerner@plunkettcooney.com; plannen@plunkettcooney.com |
| Howard.Hawkins@cwt.com; | steven.wilamowsky@bingham.com; |
| lary.stromfeld@cwt.com | jturner@clarkhill.com |
| mark.ellenberg@cwt.com | poam@poam.net |
| Mark.Ellenberg@cwt.com; | Lary.Stromfeld@cwt.com; |
| Jason.Jurgens@cwt.com | ck445polc@yahoo.com |
| ecf@lassnerlaw.com | HansberryM@detroitmi.gov |
| jfischer@carsonfischer.com; | rweisberg@carsonfischer.com; |
| cgrosman@carsonfischer.com | presidentjan@aol.com |
| llarose@chadbourne.com ; skohn@chadbourne.com; lschapira@chadbourne.com | jd@primeshares.com; transfer@primeshares.com |
| lazonia.clark@chasepaymentech.com | rayguzall@attorneyguzall.com |
| Detroitinfo@kccllc.com | atonti@reedsmith.com |
| cobbm@detroitmi.gov | hnresnick@resnicklaw.net |
| rgordon@clarkhill.com | rdpffa@hotmail.com |
| sdeeby@clarkhill.com | tzamborsky@romanolawpllc.com; dromano@romanolawpllc.com |
| efeldman@clarkhill.com | mkato@sachswaldman.com |
| bceccotti@cwsny.com; | claude.montgomery@dentons.com |

| **Exhibit 1** Electronic Mail Service List ||
|---|---|
| pdechiara@cwsny.com; tciantra@cwsny.com | |
| mwarner@coleschotz.com | simoliun@dwsd.org |
| conlitpc@sbcglobal.net | jcarter@sbsco.com |
| jerry.ellis@couzens.com | dweiner@schaferandweiner.com |
| rlevin@cravath.com | bbest@schaferandweiner.com |
| rdavis@dbsattorneys.com | swahl@schiffhardin.com |
| detroit.chapter9.service@davispolk.com | rfrimmer@schiffhardin.com; mott@schiffhardin.com |
| dmollicone@dmms.com | rfrimmer@schiffhardin.com; mott@schiffhardin.com; jeaton@schiffhardin.com; mfisher@schiffhardin.com |
| jallmand@dmms.com | kschneider@schneidermiller.com |
| Ksummers@dflaw.com | bborder@sspclegal.com |
| mcto@debevoise.com | jbjork@sidley.com |
| nlabovitz@debevoise.com | langstony@gmail.com |
| allan.brilliant@dechert.com; stephen.wolpert@dechert.com | ayoung586@comcast.net |
| melissa@demolaw.com | aross@dwsd.org |
| carole.neville@dentons.com | dlin@seyburn.com |
| sam.alberts@dentons.com | proberts@shawfishman.com; rfishman@shawfishman.com; ibodenstein@shawfishman.com; ggouveia@shawfishman.com; ddoyle@shawfishman.com; mreiser@shawfishman.com |
| dmcnamara344@aol.com | lawtoll@comcast.net |
| marcicampbel@gmail.com | etashman@sidley.com; |
| DoluntS320@detroitmi.gov | gneal@sidley.com |
| youngM604@detroitmi.gov; | ltownse@detroitpubliclibrary.org |
| Polo4491@aol.com | gneal@sidley.com |
| williamsa@dhcmi.org | jbjork@sidley.com |

| **Exhibit 1** Electronic Mail Service List ||
|---|---|
| DiazM3329@gmail.com | jbendernagel@sidley.com |
| info@drcea.org | pcanzano@sidley.com |
| bfagan@dibandfagan.com | morris@silvermanmorris.com; avery@silvermanmorris.com |
| dcopley@dickinsonwright.com | dplon@sirlinlaw.com |
| showell@dickinsonwright.com; abach@dickinsonwright.com | kmiller@skjlaw.com |
| NicDun@detroitmi.gov | Schneiderm7@michigan.gov |
| Pamkin@detroitmi.gov | flanchers@michigan.gov; schneiderm7@michigan.gov |
| Artp1@degc.org; gwlong@degc.org; navin@degc.org; | MIStateTreasurer@michigan.gov |
| bkott@lewismunday.com | shapiro@steinbergshapiro.com; pavlic@steinbergshapiro.com |
| Kristin.Going@dbr.com | cbullock@sbplclaw.com; ecrowder@sbplclaw.com; swalsh@sbplclaw.com |
| Heath.Rosenblat@dbr.com | lbrimer@stroblpc.com |
| princel@dteenergy.com | mtaunt@stroblpc.com |
| rrose@dykema.com | mfield@stroblpc.com |
| sfarrell@dykema.com | psudnick@sudnicklaw.com |
| stoby@dykema.com | susheelkirpalani@quinnemanuel.com |
| jgatteno@comcast.net | bjdelta55@gmail.com |
| eerman@ermanteicher.com; jteicher@ermanteicher.com | TL214teams@ameritech.net |
| czucker@ermanteicher.com | rliscombe@alglawpc.com |
| bpatek@ermanteicher.com | eduardo.rodriguez@bnymellon.com |
| deisenberg@ermanteicher.com | Johnsoncu@detroitmi.gov |
| Abby.wilkinson@FaegreBD.com | bankruptcy@markowitzlegal.com |
| mdordeski@foleymansfield.com | hsanders@miafscme.org |
| jkamins@fosterswift.com | kthornbladh@gmail.com |

5

| | |
|---|---|
| **Exhibit 1** Electronic Mail Service List ||
| dbeckwith@fosterswift.com | susan.brown5@usbank.com |
| david.rosenzweig@nortonrosefulbright.com | susan.jacobsen2@usbank.com |
| melanie.kotler@nortonrosefulbright.com | lawrence.bell@usbank.com |
| tchristy@garanlucow.com | jcunningham@uaw.net |
| mvanoverbeke@vmtlaw.com | jcunningham@uaw.net |
| emajoros@glmpc.com | BrooR@detroitmi.gov |
| soconnor@glmpc.com | mimilaurie@yahoo.com; |
| sgold@glmpc.com; hmccollum@glmpc.com | mnicholson@uaw.net |
| mail@goodmanhurwitz.com; | courtney.rogers@wallerlaw.com |
| bgoodman@goodmanhurwitz.com | julia.caroff@usdoj.gov |
| ecf@gudemanlaw.com | jharrison@uwua.net |
| jcalton@honigman.com | canderson@dwsd.org |
| jsgroi@honigman.com | mcqueen@dwsd.org |
| tsable@honigman.com | swilson@dwsd.org |
| aoreilly@honigman.com | vgflawyer@sbcglobal.net |
| skitei@honigman.com; dadams@honigman.com; aoreilly@honigman.com | pra@vanguardians.org |
| ayala.hassell@hp.com | david.lemke@wallerlaw.com; |
| ken.higman@hp.com | Mike.Paslay@wallerlaw.com; Ryan.Cochran@wallerlaw.com |
| william.miller@iuoe324.org | sgrow@wnj.com; |
| ddozeman@wnj.com; | alfredo.perez@weil.com |
| cash@wnj.com | mrjames@wwrplaw.com |
| pdibello@ca.ibm.com | cash@wnj.com |
| mnicholson@uaw.net; nganatra@uaw.net | gary.holtzer@weil.com; |
| Bankruptcy2@ironmountain.com | alfredo.perez@weil.com |
| howard@jacobweingarten.com | kelly.diblasi@weil.com |
| enovetsky@jaffelaw.com | billwertheimer@gmail.com |
| phage@jaffelaw.com | ejessad@wwrplaw.com |

| **Exhibit 1** <br> Electronic Mail Service List ||
|---|---|
| lrochkind@jaffelaw.com | llarose@winston.com; |
| skohn@winston.com; | chardman@winston.com |
| jeansartre@msn.com | sfoss@winston.com |
| dpoitras@jmbm.com | swolfson@wolfsonbolton.com; akochis@wolfsonbolton.com |
| jeff@iobillboard.com | dls@wmlaborlaw.com |
| apclawyer@sbcglobal.net | macwilliams@youngpc.com; quadrozzi@youngpc.com; efiling@youngpc.com |
| quinjohn@umich.edu | ecf@zaplc.com |

## Exhibit 2
### First Class Mail Service List

AFSCME Local #0023
Attn: Robert Stokes
600 W. Lafayette, Ste. 134
Detroit, MI  48226

IBM Credit LLC
Andy Gravina
Special Handling Group MD NC317
6303 Barfield Rd NE
Atlanta, GA  30328

AFSCME Local #1642
Attn: Gina Thompson-Mitchell
600 W. Lafayette, Ste. L – 123
Detroit, MI  48226

The City of Detroit
Attn:  Kevyn D. Orr, Emergency Manager
Coleman A. Young Municipal Center
2 Woodward Ave, Suite 1126
Detroit, MI  48226

Detroit Police Benefit and Protective Association
Attn: Delbert R. Jennings, Sr.
3031 W. Grand Boulevard
Suite 405
Detroit, MI  48202

AFSCME Local #0457
ATTN:  Laurie Walker
600 W. Lafayett, Suite L-104
Detroit, MI  48226

The Office of the Governor of the State of Michigan
Governor Rick Snyder
P.O. Box 30013
Lansing, MI  48909

Field Engineers Association
Attn Larry Hart
PO Box 252805
West Bloomfield, MI  48325

Office of the United States Trustee
Daniel McDermott
211 West Fort Street Suite 700
Detroit, MI  48226

Detroit Firemen's Fund Association
Attn: Kim Fett
250 W. Larned Street, Suite 202
Detroit, MI  48226

**Exhibit 2**
First Class Mail Service List

AFSCME Local #0312
Attn: Phillip Douglas
14022 Linwood
Detroit, MI 48238

Nathaniel Brent
538 S. Livernois
Detroit, MI 48209

Securities & Exchange Commission
Attn: Bankruptcy Section
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604-2815