UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------x
                                                       :
In re                                                  : Chapter 9
                                                       :
CITY OF DETROIT, MICHIGAN,                             : Case No. 13-53846
                                                       :
                Debtor.                                : Hon. Steven W. Rhodes
                                                       :
                                                       :
-------------------------------------------------------x
```

# *EX PARTE* ORDER AUTHORIZING THE CITY OF DETROIT TO FILE AN OMNIBUS RESPONSE IN EXCESS OF PAGE LIMIT

This matter coming before the Court on the *Ex Parte* Motion Of The City Of Detroit For Entry Of An Order Authorizing It To File An Omnibus Response In Opposition To Syncora And FGIC's Motions To Exclude The Testimony Of Kenneth Buckfire Under Federal Rule Of Evidence 702 In Excess Of Page Limit (the "Motion"),[1] filed by the City of Detroit, Michigan (the "City"); and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

The Motion is GRANTED.

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

The City may file its Omnibus Response in excess of 25 pages.

.

**Signed on August 28, 2014**

                                           /s/ Steven Rhodes
                                           **Steven Rhodes**
                                           **United States Bankruptcy Judge**