UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------x
                                                 :
In re                                            : Chapter 9
                                                 :
CITY OF DETROIT, MICHIGAN,                        : Case No. 13-53846
                                                 :
                                Debtor.           : Hon. Steven W. Rhodes
                                                 :
                                                 :
-------------------------------------------------x
```

## *EX PARTE* ORDER AUTHORIZING THE CITY OF DETROIT TO FILE A RESPONSE IN EXCESS OF PAGE LIMIT

This matter coming before the Court on the *Ex Parte* Motion of the City of

Detroit for Entry of an Order Authorizing It To File a Response in Opposition To

Syncora's Motion To Exclude Certain of the Expert Opinions Of Martha Kopacz

Under Federal Rule of Evidence 702 In Excess of Page Limit (the "Motion"),[1] filed

by the City of Detroit (the "City"); and the Court being fully advised in the

premises;

**IT IS HEREBY ORDERED THAT:**

The Motion is GRANTED.

---

[1]     Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

The City may file its Response in excess of 25 pages.

.

**Signed on August 28, 2014**

                                    **/s/ Steven Rhodes**
                                    **Steven Rhodes**
                                    **United States Bankruptcy Judge**