UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SYNCORA GUARANTEE, INC., and
SYNCORA CAPITAL ASSURANCE, INC.,

    Appeallants,       Civil Action No. 14-CV-13044
    HON. BERNARD A. FRIEDMAN

vs.

    Bankr. No. 13-53846
CITY OF DETROIT, MICHIGAN,       HON. STEVEN W. RHODES

    Appellee.
_____/

## ORDER DISMISSING APPEAL

In an order dated August 20, 2014, the Court granted appellants' motion in this matter to expedite the briefing schedule and ordered that appellants file their opening brief by August 21, 2014. That deadline has passed, and appellants have neither filed an opening brief nor requested additional time to do so. The appeal is deemed abandoned and it is dismissed.

SO ORDERED.

Dated: August 27, 2014
    Detroit, Michigan

_s/ Bernard A. Friedman_____
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE