UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------------ x:
:
In re : Chapter 9
:
City of Detroit, Michigan, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
------------------------------------------------------------ x

# *EX PARTE* ORDER ENLARGING THE TIME FOR THE OFFICIAL COMMITTEE OF RETIREES TO FILE PRE-TRIAL BRIEF

This matter coming before the Court on the *ex parte* motion (the "Motion") of the Official Committee of Retirees (the "Committee") for an order enlarging the time for it to file a Pre-Trial Brief in Support of Confirmation;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Committee may file its Pre-Trial Brief after 12:00am (EDT) on August 28, 2014.

.

**Signed on August 28, 2014**

                                                 **/s/ Steven Rhodes**
                                                 **Steven Rhodes**
                                                 **United States Bankruptcy Judge**