**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                                      Chapter 9
City of Detroit, Michigan,                      Case No. 13-53846
     Debtor.                                      Hon. Steven W. Rhodes
_____/

### <u>Order to Strike</u>

On August 15, 2014, creditor Kenneth L. Emerson filed an objection to the City of Detroit's Plan of Adjustment. (Dkt. #6765) On August 15, 2014, the Court issued a Notice of Deficient Pleading because the objection did not contain an original signature. A deadline of August 22, 2014, was established in the notice for correcting the deficiency. As of this date, the deficiency has not been corrected and the Court notes further that the creditor's objection was filed after the deadline set by the Court for individual retirees to file objections to the plan.

Accordingly, it is hereby ordered that the objection filed by Kenneth L. Emerson (Dkt. #6765) is stricken from the record.

.

**Signed on August 28, 2014**

                                    _____/s/ Steven Rhodes_____
                                      **Steven Rhodes**
                                      **United States Bankruptcy Judge**