# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| *In re* | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| *Debtor*. | Hon. Steven W. Rhodes |

## ORDER DENYING *EX PARTE* MOTION OF SYNCORA GUARANTEE INC. AND SYNCORA CAPITAL ASSURANCE INC. TO EXPEDITE DEBTOR'S COUNTER-DESIGNATION OF THE RECORD

This matter having come before the Court on the motion of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (collectively, "Syncora") for the entry of an order expediting the Debtor's counter-designation of the record in the appeal noted by Syncora on August 26, 2014, Bankr. Dkt. No. 7080, the Court having reviewed Syncora's motion, and the Court having determined that the legal and factual bases set forth in the motion do not establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The motion is DENIED.

.

**Signed on August 28, 2014**

                                                                           /s/ Steven Rhodes
                                                                           **Steven Rhodes**
                                                                         **United States Bankruptcy Judge**

2.

13-53846-tjt   Doc 7163   Filed 08/28/14   Entered 08/28/14 10:09:47   Page 1 of 1