# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No.: 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## ORDER BARRING EVIDENCE OF A MATHEMATICAL COMBINATION OF THE AMOUNTS RECOVERED BY CLAIMANTS IN CLASSES 10, 11, AND 12.

This matter having come to the Court upon the Stipulation To Entry Of An Order Barring Evidence Of A Mathematical Combination Of The Amounts Recovered By Claimants In Classes 10, 11, And 12, filed by the City of Detroit, Michigan and Syncora Capital Assurance Inc. and Syncora Guarantee Inc., and the Court being otherwise duly advised in the premises;

**NOW, THEREFORE, IT IS ORDERED** that:

1. The City shall be barred from introducing evidence regarding the combined recoveries of the Pension Claims (Classes 10 and 11) and the OPEB claims (Class 12).

2. The Motion in Limine Barring the City from Introducing Evidence Regarding the Combined Recoveries of Pension and OPEB Claims [Docket No.

6975] is resolved by this Order.

.

**Signed on August 28, 2014**

                                                      /s/ Steven Rhodes
                                                      **Steven Rhodes**
                                                      **United States Bankruptcy Judge**