UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
2014 AUG 28 A 10 19

CITY OF DETROIT, MICHIGAN,

Debtor.

CHAPTER 9

Case No. 13-53846

Hon. Steven W. Rhodes

_____ /

## JOINDER IN MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S OBJECTION TO THE FOURTH AMENDED PLAN OF ADJUSTMENT

I am a General Retirement System active employee, and a member of Class 11. I support and join in the Objecting Creditor Michael J. Karwoski's Objection to the Confirmation of the Fourth Amended Plan of Adjustment (Doc. 5923, 7/10/14) and John P. Quinn's Objections to the Fourth Amended Plan of Adjustment (Doc. 5723, 7/1/14/). I request that the Court sustain those objections.

Signature: _____

Printed name: KELSIE J DAVIS

Address: 19504 OLYMPIA
REDFORD MI 48240

Phone: 313 804 7070

Date: 8-26-14

13-53846-tjt   Doc 7166   Filed 08/28/14   Entered 08/28/14 12:54:05   Page 1 of 1