UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:  Chapter 9
 13-53846-swr
City of Detroit, Michigan  Judge Steven W. Rhodes

Debtor(s)
_____/

## STIPULATION GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3)

The City of Detroit, Michigan, ("Debtor"), by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C., and M&T Bank, by and through its counsel, Orlans Associates, P.C., hereby stipulate to the entry of the proposed Order attached as **Exhibit A**.

Approved for entry:

DATED: August 28, 2014

| | |
|---|---|
| /s/ __Elizabeth M. Abood-Carroll__ | /s/ Eric D. Carslon (with consent) |
| Craig B. Rule, P67005 | Eric D. Carlson (P60277) |
| Elizabeth M. Abood-Carroll, P46304 | MILLER, CANFIELD, PADDOCK & |
| Heather D. McGivern, P59393 | STONE, P.L.C. |
| Orlans Associates, P.C. | 150 West Jefferson |
| Attorneys for M&T Bank | Suite 2500 |
| P.O. Box 5041 | Detroit, Michigan 48226 |
| Troy, MI 48007 | Telephone: (313) 963-6420 |
| (248) 502-1400 | Facsimile: (313) 496-7500 |
| Email: eabood-carroll@orlans.com | carlson@millercanfield.com |
| Orlans file: 14-005276 | |