# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

| | |
|---|---|
| City Of Detroit | Chapter 9 |
| | Case Number 13-53846 |
| Debtor | Honorable Steven W. Rhodes |
| _____/ | |

## STATEMENT REGARDING OWNERSHIP

Pursuant to local rule 9013-5, attached please find the statement of corporate ownership.

Date: August 28, 2014

/s/ Elizabeth M. Abood-Carroll
Craig B. Rule, Esq. P67005
Elizabeth M. Abood-Carroll, Esq. P46304
Heather D. McGivern, Esq. P59393
Orlans Associates, P.C.
Attorneys for M&T Bank
P.O. Box 5041
Troy, MI 48007
(248) 502-1400
Email: eabood-carroll@orlans.com
File Number: 14-012308