# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

## STATEMENT REGARDING OWNERSHIP OF
## M&T Bank

☐ The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

Name:_____
Address:_____


Name:_____
Address:_____

Name:_____
Address:_____

(For additional names, attach an addendum to this form)

☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

The undersigned is the:

X    Creditor, **M&T Bank**


I declare under penalty of perjury that the foregoing is true and correct. This statement is valid from execution unless the corporate ownership changes, at which time a new statement will be executed by the mortgage servicer/creditor as applicable.

Dated: July 9, 2012         By: _Alicia_____
                            Signature of Authorized Individual

                            _Alicia Oliver_____
                            Print Name

                            Its: _Assistant Vice President_