UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
2014 AUG 28 P 1: 24
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

IN RE:
City of Detroit
Debtor.

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Honorable Steven Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2014 (date of mailing), I served copies as follows:

1. Document(s) served: Motion for A Continuance To Eliminate All Debts of Detroit And purchase all vacant land and blighted properties

2. Served upon [name and address of each person served]:

   David Heiman
   Jones Day Law firm
   901 Lakeside Ave,
   Cleveland, OH 44114

3. By First Class Mail.

Dated: August 27, 2014

_Cookies And Sweets Inc_
(Signature of Debtor)

Print Name: Cookies And Sweets Inc.

_____
(Signature of Co-Debtor)

Print Name: _____