UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED 2014 AUG 28 P 1:24
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

IN RE:

City of Detroit

Debtor.

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Honorable Steven Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2014 (date of mailing), I served copies as follows:

1. Document(s) served: Motion for A Continuance To Eliminate All Debts of Detroit and Purchase all vacant land and blighted properties

2. Served upon [name and address of each person served]: Kirkland And Ellis LLP James Sprayregen; Stephen Hackney; Ryan Bennett 300 North LaSalle Chicago, IL 60654. McDonald Hopkins LLC Stephen M. Gross; Joshua Gadharf FiFth Third Building 600 Superior Ave. East, ste. 2100 Cleveland, Ohio 44114. AFSCME 1625 L street NW Washington, DC 20036 DRCEA P.O. Box 110713 Detroit, Michigan 48240

3. By First Class Mail.

Dated: August 28, 2014

Cookies and Sweets Inc.
(Signature of Debtor)

Print Name: Cookies and Sweets Inc.

_____
(Signature of Co-Debtor)

Print Name: _____