UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re                                                                    Chapter 9

CITY OF DETROIT, MICHIGAN,                          Case No. 13-53846

               Debtor.                                           Hon. Steven W. Rhodes
_____/

OBJECTING CREDITORS' MICHAEL J. KARWOSKI'S AND JOHN P. QUINN'S
NOTICE OF SUBMISSION OF EXHIBITS FOR MARKING AND OF
INTENT TO USE EXHIBITS LISTED IN JOINT FINAL PRETRIAL ORDER

Michael J. Karwoski ("Karwoski") and John P. Quinn ("Quinn") (collectively "we") give notice that:

1.  In compliance with the Court's Order Regarding Motions to Participate in the Confirmation Hearing (Doc. 6896, 8/20/14) and Order Regarding the Marking of Exhibits for Creditors Without an Attorney Who Have Been Granted Leave to Participate in the Confirmation Hearing (Doc. 6940, 8/21/14), on August 28, 2014 we took two copies of an exhibit to the Intake Counter on the 17th floor of the Bankruptcy Court at 211 W. Fort Street, Detroit Michigan. That exhibit is the PowerPoint presentation used by Michael VanOverbeke at a June 5, 2014, GRS Informational Meeting. It was marked as Exhibit No. PS-14020.

2.  We reserve the right to use and, if appropriate, offer into evidence at the Confirmation Hearing, any exhibit listed on behalf of any other part(ies) in the Corrected Stipulation to Entry of Joint Final Pretrial Order by Debtor and Certain Plan Objectors (Doc. 7074, 8/26/14) ("JFPTO").

3. For the convenience of the Court and parties, we identify in the following table[1] exhibits, listed in the JFPTO, that we currently foresee we may use during the Confirmation Hearing:

| Exhibit No. | Listing Party(ies) | Description |
|---|---|---|
| 464 | City | Expert Report of Charles M. Moore |
| 2000 | Retirement Systems | GRS Annual Report, 2005 |
| 2001 | Retirement Systems | GRS Annual Report, 2006 |
| 2002 | Retirement Systems | GRS Annual Report, 2007 |
| 2003 | Retirement Systems | GRS Annual Report, 2008 |
| 2004 | Retirement Systems | GRS Annual Report, 2009 |
| 2005 | Retirement Systems | GRS Annual Report, 2010 |
| 2006 | Retirement Systems | GRS Annual Report, 2011 |
| 8009 | UAW | GRS Financial Report, 2013 |
| 3000 | FGIC | GRS Annual Report, 2004 |
| 10102 | Retiree Committee | K. Nicholl Expert Report, July 22, 2014, Chart 45 |
| 10103 | Retiree Committee | K. Nicholl Expert Report, July 22, 2014, Chart 46 |
| 10104 | Retiree Committee | K. Nicholl Expert Report, July 22, 2014, Table 49 |
| 10107 | Retiree Committee | K. Nicholl Expert Report, July 22, 2014, Chart 58 |
| 10148 | Retiree Committee | GRS Annual Report, 2012, or part thereof |
| 10149 | Retiree Committee | GRS Annual Report, 2013, or part thereof |
| 10154 | Retiree Committee | Actuarial & Statistical Sec., GRS Annual Report, 2003 |

---

[1] Some entries in the table show duplicate exhibit numbers for what appear to be indentical documents. We do not intend to use or seek admission of the same exhibit under two or more numbers.

4. We will attempt to give the relevant parties reasonable advance notice when we expect to use exhibits listed in the JFPTO.

| | |
|---|---|
| /s/ Michael J. Karwoski | /s/ with consent of John P. Quinn |
| Michael J. Karwoski (P26658) | John P. Quinn |
| 26015 Felicity Landing | 2003 Military Street |
| Harrison Township, MI 48045 | Detroit, MI 48209 |
| (313) 378-7642 | (313) 673-9548 |
| mjkarwoski@alumni.nd.edu | quinjohn@umich.edu |

Dated: August 28, 2014

## CERTIFICATE OF SERVICE

I, Michael J. Karwoski, hereby certify that the Objecting Creditors' Michael J. Karwoski's and John P. Quinn's Notice of Submission of Exhibits for Marking and of Intent to Use Exhibits Listed in Joint Final Pretrial Order was filed and served via the Court's electronic case filing and noticing system on August 28, 2014.

/s/ Michael J. Karwoski