UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 9 |
| ) | | |
| CITY OF DETROIT, MICHIGAN, ) | | Case No. 13-53846 |
| ) | | |
| Debtor. ) | | Hon. Steven W. Rhodes |

-------------------------------------------------

**OBJECTING CREDITOR JAMIE S. FIELDS NOTICE
OF SUBMISSION OF EXHIBITS FOR MARKING**

Jamie S. Fields gives notice that:

1. In compliance with the Court's Order Regarding Motions to Participate in the Confirmation Hearing (Doc. 6896) and Order Regarding the Marking of Exhibits for Creditors without an Attorney Who Have Been Granted Leave to Participate in the Confirmation Hearing (Doc. 6940), on August 29, 2014 I took two copies of the following three exhibits to the Intake Counter on the 17th floor of the Bankruptcy Court at 211 W. Fort Street, Detroit Michigan:

| Exhibit No. | Description |
|---|---|
| PS 14221 | City of Detroit FAB Discussion Document (April 8, 2013) |
| PS 14222 | Detroit Police Department Plan of Action (January 9, 2014) |
| Ps 14223 | Denver Police Response Time Performance Audit Report (June 2014) |

2. I reserve the right to use and, if appropriate, offer into evidence at the Confirmation Hearing, the exhibit listed on behalf of any other party in the Corrected Stipulation to Entry of Joint Final Pretrial Order by Debtor and Certain Plan Objectors (Doc. 7074), including but not limited to:

| Exhibit No. | Listing Party | Description |
|---|---|---|
| 464 | City of Detroit | Expert Report of Charles M. Moore |

/s/Jamie S. Fields_____
Jamie S. Fields (P-52808)
555 Brush #2409
(313) 570-3906
Detroit, Michigan 48226
jeansartre@msn.com

August 29, 2014