# SQUIRE PATTON BOGGS (US) LLP

Martha Kopacz  
Martha E.M. Kopacz  
Senior Managing Director  
Suite 605 N  
10 Post Office Square  
Boston, Massachusetts 02109

Invoice Number: 8871454  
Invoice Date: 07/14/14  
Matter Number: 112677.00001

## City of Detroit

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 19,435.50 |
| Less Discount on Services: | $ (1,943.55) |
| Disbursements: | $ 1,601.86 |
| **Amount Due for this Invoice:** | **$ 19,093.81** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 24,849.87 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 43,943.68** |

### PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire Patton Boggs (US) LLP | Squire Patton Boggs (US) LLP | Scott A. Kane |
| P.O. Box 643051 | US Bank | Suite 2900 |
| Cincinnati, OH 45264 | 425 Walnut St. Cincinnati, OH 45264 | 221 E. Fourth Street |
| Phone: 216.687.3400 | Bank Routing #042000013 | Cincinnati, OH 45202 |
| Fax: 216.687.3401 | Bank Account #576762314 | United States |
| | | Phone: +1.513.361.1200 |
| | **For Wires outside the US:** | Fax: +1.513.361.1201 |
| | US Bank, USA | email: Scott.Kane@squirepb.com |
| | SWIFT Code: USBKUS44IMT | |
| | Bank Account #576762314 | |

Please Include Reference Number 8871454.112677 with all Payments  
Tax Identification Number 34-0648199

# SQUIRE PATTON BOGGS (US) LLP

Martha Kopacz  
Martha E.M. Kopacz  
Senior Managing Director  
Suite 605 N  
10 Post Office Square  
Boston, Massachusetts 02109

Invoice Number: 8871454  
Invoice Date: 07/14/14  
Matter Number: 112677.00001

## REMITTANCE COPY

**City of Detroit**

| INVOICE SUMMARY | |
|---|---:|
| Fees: | $ 19,435.50 |
| Less Discount on Services: | $ (1,943.55) |
| Disbursements: | $ 1,601.86 |
| **Amount Due for this Invoice:** | **$ 19,093.81** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 24,849.87 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 43,943.68** |

### PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire Patton Boggs (US) LLP | Squire Patton Boggs (US) LLP | Scott A. Kane |
| P.O. Box 643051 | US Bank | Suite 2900 |
| Cincinnati, OH 45264 | 425 Walnut St. Cincinnati, OH 45264 | 221 E. Fourth Street |
| Phone: 216.687.3400 | Bank Routing #042000013 | Cincinnati, OH 45202 |
| Fax: 216.687.3401 | Bank Account #576762314 | United States |
| | | Phone: +1.513.361.1200 |
| | **For Wires outside the US:** | Fax: +1.513.361.1201 |
| | US Bank, USA | email: Scott.Kane@squirepb.com |
| | SWIFT Code: USBKUS44IMT | |
| | Bank Account #576762314 | |

Please Include Reference Number 8871454.112677 with all Payments  
Tax Identification Number 34-0648199

SQUIRE PATTON BOGGS (US) LLP

112677.00001

07/14/14 Martha Kopacz / City of Detroit
Page 1 Invoice Number: 8871454

## CITY OF DETROIT

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|---|---|---|---|
| 06/02/14 | 2.50 | S. Kane | Telephone conference with M. Kopacz and Phoenix team regarding open document requests, strategy for follow-up with City, and issues relating to schedule for report (.7); telephone conference with G. Stewart (Jones Day) regarding open information request by Phoenix, including information concerning reconciliation (.2); email correspondence to client team regarding response by Jones Day (.2); telephone conference with counsel for City, M. Kopacz, S. Lerner, and Judge Rhodes (.6); review email correspondence from E&Y regarding response to information requests (.3); prepare for call with Judge Rhodes and related communication with S. Lerner (.5). |
| 06/02/14 | 2.20 | S. Lerner | Conference call with M. Kopacz and Phoenix Management team and S. Kane regarding status of document production and analysis, preparation for call with Judge Rhodes and related matters (.7); conference with S. Kane regarding follow up with G. Stewart (Jones Day) in advance of call with Judge Rhodes (.2); review materials in preparation for call with Judge Rhodes (.4); conference call with J. Rhodes, M. Kopacz and Phoenix Management team, S. Kane and G. Stewart regarding status of document production and timing for issuance of expert report (.6); related follow up matters (.3). |
| 06/03/14 | 0.70 | S. Lerner | Telephone call from S. Hackney (Kirkland) regarding document production (.2); email and telephone call with M. Kopacz regarding same (.2); telephone call with and emails with G. Stewart regarding document and information production and related matters (.3). |
| 06/04/14 | 0.60 | S. Lerner | Review pleadings regarding discovery, document production and proposed changes to scheduling (.5); email to M. Kopacz and Phoenix team (.1). |
| 06/05/14 | 0.20 | S. Lerner | Telephone call with M. Kopacz regarding status. |
| 06/09/14 | 0.50 | S. Kane | Email correspondence with M. Kopacz and S. Lerner (Squire) regarding discovery requests and scheduling of deadline for report (.3); email correspondence with M. Kopacz and team regarding information request and scheduling issues (.2). |
| 06/09/14 | 0.50 | S. Lerner | Participate in telephone conference with J. Rhodes, M. Kopacz and Jones Day (.4); follow up email with M. Kopacz regarding 5th scheduling order and related matters (.1). |
| 06/10/14 | 1.30 | S. Lerner | Telephone call with P. Keirnan (counsel to Dick Ravitch) regarding case status (.3); emails with G. |

SQUIRE PATTON BOGGS (US) LLP

07/14/14
Page 2

112677.00001
Martha Kopacz / City of Detroit
Invoice Number: 8871454

| | | | |
|---|---|---|---|
| | | | Stewart and D. Heiman regarding court order on date of M. Kopacz expert report (.1); conference call with D. Heiman, G. Stewart and H. Lennox regarding information requests and general status (.8); email update to M. Kopacz (.1). |
| 06/11/14 | 2.20 | S. Lerner | Telephone call with M. Kopacz regarding status and preparation for meeting/call with Judge Rosen, mediation team and Jones Day (.3); email to Jones Day regarding setting meeting on feasibility issues (.1); participate telephonically in meeting with Judge Rosen, mediation team, M. Kopacz, B. Gleason, D. Ravetch and Jones Day (1.6); review emails between Phoenix Management and Jones Day/City regarding information requests (.2). |
| 06/13/14 | 0.30 | S. Lerner | Review draft order approving M. Kopacz April fees (.1); emails with A. Simon and M. Kopacz regarding same (.1); email to C. Sikula regarding proposed order approving April fees (.1). |
| 06/13/14 | 1.00 | A. Simon | Review docket for court expert issues; prepare and circulate draft fee orde; receive comments and respond accordingly. |
| 06/15/14 | 0.30 | S. Lerner | Review emails between Jones Day and Phoenix Management regarding fulfilling document and information requests. |
| 06/16/14 | 1.10 | S. Lerner | Emails with C. Sikula regarding preparation of proposed order extending deadline for M. Kopacz expert report to July 15 (.1); email with A. Simon regarding preparation of order (.1); review Phoenix Management feasibility issue list (.2); email to Jones Day regarding Thursday meeting in New York (.1); review pleadings (.2); emails with M. Kopacz and G. Stewart regarding proposed deadline for M. Kopacz deposition (.3); follow up email to C. Sikula and J. Steinle with proposed amended scheduling order (.1). |
| 06/16/14 | 2.00 | A. Simon | Review recent filings related to expert witness issues (.9); prepare and circulate draft compensation order (1.1). |
| 06/17/14 | 1.60 | S. Lerner | Review filed amended scheduling order regarding expert report deadline (.1); emails with M. Kopacz regarding preparation for meeting with Jones Day regarding feasibility scope (.2); prepare for meeting with Jones Day (1.3). |
| 06/19/14 | 4.00 | S. Lerner | Meeting with M. Kopacz and Phoenix team regarding preparation for meeting with Jones Day, E&Y and Conway MacKenzie regarding feasibility issues (1.4); meeting with Phoenix Management, Jones Day, E&Y and Conway MacKenzie regarding feasibility issues (2.1); follow up meeting with M. Kopacz and Phoenix team (.4); emails with E&Y regarding follow up on payment of Phoenix April invoice (.1). |

SQUIRE PATTON BOGGS (US) LLP

07/14/14
Page 3

112677.00001
Martha Kopacz / City of Detroit
Invoice Number: 8871454

| Date | Hours | Timekeeper | Description |
|---|---|---|---|
| 06/25/14 | 0.70 | S. Kane | Telephone conference with M. Kopacz, B. Gleason (Phoenix) and S. Lerner (Squire) regarding plan for completion of report, open information request to City, and preparation for deposition (.5); review correspondence from Phoenix updating counsel for City concerning open information requests (.2). |
| 06/25/14 | 0.50 | S. Lerner | Conference call with M. Kopacz, B. Gleason and S. Kane regarding status and questions re preparation of expert report. |
| 06/26/14 | 0.30 | S. Lerner | Emails with G. Stewart regarding scheduling M. Kopacz deposition (.2); emails with C. Sikula regarding preparation of orders approving M. Kopacz and SPB May invoices (.1). |
| 06/27/14 | 0.80 | A. Simon | Review Squire Patton Boggs invoice and invoices of court's expert witness for May 2014 (.4); prepare draft order approving same (.4). |
| 06/30/14 | 0.80 | S. Lerner | Review pleadings (.4); review draft orders approving SPB and M. Kopacz May fees (.2); review emails between Phoenix and E&Y regarding information requests and related follow up (.2). |
| 06/30/14 | 0.40 | A. Simon | Follow up separately with client and with chambers related to proposed fee orders (.3); circulate same to court (.1). |

TOTAL SERVICES: $ 19,435.50

## TIME SUMMARY

| TIMEKEEPER | HOURLY RATE | HOURS | TOTAL |
|---|---|---|---|
| S. Kane | 575.00 | 3.70 | 2,127.50 |
| S. Lerner | 925.00 | 16.60 | 15,355.00 |
| A. Simon | 465.00 | 4.20 | 1,953.00 |
| TOTAL SERVICES: | | 24.50 | $ 19,435.50 |

SQUIRE PATTON BOGGS (US) LLP

07/14/14

Page 4

112677.00001

Martha Kopacz / City of Detroit

Invoice Number: 8871454

## DISBURSEMENT SUMMARY

| | | |
|---|---|---|
| Local Transportation | VENDOR: Elite; INVOICE#: 1598951; DATE: 6/20/2014 - cin-6/17/2014: Stephen Lerner LGA-Parker Meridian Hotel | 80.42 |
| Travel | VENDOR: Stephen D. Lerner; INVOICE#: 06202014; DATE: 6/20/2014 - cin-Travel to New York for meeting with M. Kopacz and Jones Day-Travel expenses to New York, NY, June 17-20, 2014 | 1,474.73 |
| Telephone | | 46.71 |
| **TOTAL DISBURSEMENTS:** | | **$ 1,601.86** |

## MATTER TOTAL

| | |
|---|---|
| SUBTOTAL SERVICES: | $ 19,435.50 |
| LESS 10.0% DISCOUNT: | $ (1,943.55) |
| SERVICES LESS DISCOUNT: | $ 17,491.95 |
| TOTAL DISBURSEMENTS: | $ 1,601.86 |
| TOTAL AMOUNT DUE FOR THIS MATTER: | $ 19,093.81 |

### PREVIOUS INVOICES OUTSTANDING AS OF THIS DATE

| Invoice Number | Invoice Date | Amount Billed | Amount Paid | Balance Due |
|---|---|---|---|---|
| 8867154 | 06/23/14 | $ 24,849.87 | $ 0.00 | $ 24,849.87 |
| TOTAL: | | | | $ 24,849.87 |