# SQUIRE PATTON BOGGS (US) LLP

Martha Kopacz
Martha E.M. Kopacz
Senior Managing Director
Suite 605 N
10 Post Office Square
Boston, Massachusetts 02109

Invoice Number: 8875591
Invoice Date: 08/08/14
Matter Number: 112677.00001

**City of Detroit**

## INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 77,218.50 |
| Less Discount on Services: | $ (7,721.85) |
| Disbursements: | $ 2,610.81 |
| **Amount Due for this Invoice:** | **$ 72,107.46** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 19,093.81 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 91,201.27** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire Patton Boggs (US) LLP | Squire Patton Boggs (US) LLP | Scott A. Kane |
| P.O. Box 643051 | US Bank | Suite 2900 |
| Cincinnati, OH 45264 | 425 Walnut St. Cincinnati, OH 45264 | 221 E. Fourth Street |
| Phone: 216.687.3400 | Bank Routing #042000013 | Cincinnati, OH 45202 |
| Fax: 216.687.3401 | Bank Account #576762314 | United States |
| | | Phone: +1.513.361.1200 |
| | **For Wires outside the US:** | Fax: +1.513.361.1201 |
| | US Bank, USA | email: Scott.Kane@squirepb.com |
| | SWIFT Code: USBKUS44IMT | |
| | Bank Account #576762314 | |

Please Include Reference Number 8875591.112677 with all Payments
Tax Identification Number 34-0648199

# SQUIRE PATTON BOGGS (US) LLP

Martha Kopacz  
Martha E.M. Kopacz  
Senior Managing Director  
Suite 605 N  
10 Post Office Square  
Boston, Massachusetts 02109

Invoice Number: 8875591  
Invoice Date: 08/08/14  
Matter Number: 112677.00001

## REMITTANCE COPY

City of Detroit

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 77,218.50 |
| Less Discount on Services: | $ (7,721.85) |
| Disbursements: | $ 2,610.81 |
| **Amount Due for this Invoice:** | **$ 72,107.46** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 19,093.81 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 91,201.27** |

### PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire Patton Boggs (US) LLP | Squire Patton Boggs (US) LLP | Scott A. Kane |
| P.O. Box 643051 | US Bank | Suite 2900 |
| Cincinnati, OH 45264 | 425 Walnut St. Cincinnati, OH 45264 | 221 E. Fourth Street |
| Phone: 216.687.3400 | Bank Routing #042000013 | Cincinnati, OH 45202 |
| Fax: 216.687.3401 | Bank Account #576762314 | United States |
| | | Phone: +1.513.361.1200 |
| | **For Wires outside the US:** | Fax: +1.513.361.1201 |
| | US Bank, USA | email: Scott.Kane@squirepb.com |
| | SWIFT Code: USBKUS44IMT | |
| | Bank Account #576762314 | |

Please Include Reference Number 8875591.112677 with all Payments  
Tax Identification Number 34-0648199

SQUIRE PATTON BOGGS (US) LLP

08/08/14
Page 1

112677.00001
Martha Kopacz / City of Detroit
Invoice Number: 8875591

## CITY OF DETROIT

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|---|---|---|---|
| 07/08/14 | 0.30 | S. Kane | Communications with M. Kopacz and S. Lerner regarding scheduling and possible extension of date for expert report. |
| 07/08/14 | 1.30 | S. Lerner | Review emails between Phoenix Management and E&Y regarding additional information requests (.4); telephone calls with M. Kopacz regarding status of information flow, receipt of new plan projections and impact on timing of report (.5); telephone calls with G. Stewart regarding agreed upon 3 day extension of report deadline (.3); follow up emails with M. Kopacz (.1). |
| 07/09/14 | 0.30 | S. Kane | Communications with M. Kopacz and S. Lerner regarding coordination with counsel for City and correspondence to Court regarding scheduling issues. |
| 07/09/14 | 0.70 | S. Lerner | Draft letter to Judge Rhodes regarding request for short extension of deadline to file expert report (.5); numerous emails with M. Kopacz, B. Gleason, D. Heiman and G. Stewart regarding same (.4); review and revise letter to Judge Rhodes (.4); telephone call with G. Stewart re final approval of letter to Judge Rhodes (.1); email to C. Sikula with letter to Judge Rhodes (.1). |
| 07/10/14 | 0.70 | S. Lerner | emails with C. Sikula regarding scheduling telephonic conference with Judge Rhodes re requested extension of deadline for expert report (.1); emails with M. Kopacz and G. Stewart regarding same (.3); telephone call with M. Kopacz re same (.1); review emails from Phoenix Management and Jones Day regarding outstanding information requests and related matters (.2). |
| 07/11/14 | 2.30 | S. Lerner | Conference call with J. Rhodes, M. Kopacz and G. Stewart regarding extension of filing deadline (.2); prepare order extending deadline (.3); email to G. Stewart regarding review and approval of order (.1); review emails between Phoenix and Jones Day regarding follow up on information requests (.4); email order to J. Rhodes chambers (.1); email with chambers regarding request for stipulation to support extension order (.1); prepare stipulation for extension order (.4); emails with Jones Day regarding execution and filing of stipulation and related matters (.3); review final stipulation and entered extension order (.2); emails with G. Stewart and M. Kopacz regarding expert report process matters (.2). |
| 07/11/14 | 0.40 | A. Simon | Review email from S. Lerner and prepare for bankruptcy court hearing on July 14. |

SQUIRE PATTON BOGGS (US) LLP

08/08/14
Page 2

112677.00001
Martha Kopacz / City of Detroit
Invoice Number: 8875591

| Date | Hours | Attorney | Description |
|---|---|---|---|
| 07/14/14 | 0.50 | S. Kane | Communications with S. Lerner regarding status and review of draft report (.3); email correspondence with M. Kopacz regarding status and coordination with counsel for City (.2). |
| 07/14/14 | 2.60 | S. Lerner | Participate telephonically in court hearing (1.6); conference with S. Kane regarding status and review of report, deposition preparation and related matters (.3); conference call with M. Kopacz and B. Gleason regarding status and preparation for call with J. Rhodes (.3); conference call with J. Rhodes and M. Kopacz regarding expert report (.4). |
| 07/15/14 | 4.50 | S. Kane | Review draft report and provide suggestions regarding potential edits and organizational issues (1.1); prepare summary of feasibility decisions in chapter 9 cases for M. Kopacz (2.9); multiple communications with M. Kopacz (Phoenix team) and S. Lerner regarding draft report and communications with counsel for City (.5). |
| 07/15/14 | 1.00 | S. Lerner | Review and comment on sections of draft expert report (.7); emails and telephone calls with S. Kane regarding same (.3). |
| 07/16/14 | 0.30 | S. Kane | Email with M. Kopacz regarding status of report and coordination with counsel for City. |
| 07/17/14 | 0.20 | S. Kane | Review order from Court regarding submission of report (.1); communications with S. Lerner (.1). |
| 07/17/14 | 0.50 | S. Lerner | Review and edit report section (.4); email to M. Kopacz and S. Kane regarding same (.1). |
| 07/18/14 | 0.30 | S. Kane | Communications with S. Lerner regarding status of report and service issues (.2); email correspondence with M. Kopacz (.1). |
| 07/18/14 | 1.60 | S. Lerner | Telephone call with and emails with M. Kopacz regarding final expert report, J. Rhodes authorization to serve, process for service and related matters (.6); emails with Jones Day, KCC and M. Kopacz regarding service of expert report (.2); brief review of final report (.8). |
| 07/19/14 | 2.80 | S. Lerner | Review served expert report of M. Kopacz. |
| 07/20/14 | 1.20 | S. Lerner | Continued review of expert report. |
| 07/21/14 | 2.40 | S. Lerner | Telephone call with M. Kopacz regarding status and deposition preparation (.2); continued review of expert report (1.8); telephone call from B. Funk (Weil Gotshal) regarding questions on documents relied upon in expert report (.1); follow up telephone call with S. Kane and email with M. Kopacz regarding same (.1); telephone call with G. Stewart and A. Blanchard (Jones Day) regarding producing list of report documents cross-referenced to discovery (.2). |

SQUIRE PATTON BOGGS (US) LLP

08/08/14
Page 3

112677.00001
Martha Kopacz / City of Detroit
Invoice Number: 8875591

| Date | Hours | Attorney | Description |
|---|---|---|---|
| 07/22/14 | 3.10 | S. Lerner | Emails with M. Kopacz and G. Stewart process for direct testimony at confirmation hearing (.3); email to C. Sikula regarding same (.1); continued preparation for deposition matters (2.7). |
| 07/23/14 | 3.40 | S. Kane | Analysis of report and issues for deposition preparation for M. Kopacz. |
| 07/23/14 | 2.30 | S. Lerner | Prep for M. Kopacz deposition preparation. |
| 07/24/14 | 0.40 | S. Kane | Preparation for deposition, including review of additional deposition notice received from party other than City and communications with S. Lerner regarding same. |
| 07/24/14 | 1.00 | S. Lerner | Deposition preparation (.8); emails with S. Kane regarding same (.1); review notices of deposition (.1). |
| 07/25/14 | 3.80 | S. Kane | Prepared outline for depositions preparation, including annotations of issues from report (3.2); telephone conference with S. Lerner regarding deposition preparation issues (.4); communications with G. Stewart (counsel for City) regarding deposition issues (.2). |
| 07/25/14 | 2.70 | S. Lerner | Review expert reports filed by objecting creditors (1.2); telephone call with S. Kane regarding preparation for M. Kopacz depositions (.4); deposition preparation (1.1). |
| 07/27/14 | 0.90 | S. Lerner | Brief review of amended plan of adjustment (.8); email amended plan of adjustment and related documents to M. Kopacz (.1). |
| 07/28/14 | 1.90 | S. Kane | Analysis of potential exhibits, expert report materials, and amended plan to prepare outline for deposition preparation. |
| 07/28/14 | 3.10 | S. Lerner | Send additional expert reports to M. Kopacz (.2); travel to New York for M. Kopacz deposition preparation and deposition (2.1 - billed at 50%); deposition preparation (.8). |
| 07/29/14 | 8.00 | S. Kane | Meeting with M. Kopacz, Phoenix Management team and S. Lerner regarding deposition preparation (6.3); review and annotate report for issues to cover during deposition preparation (1.7). |
| 07/29/14 | 6.70 | S. Lerner | Meeting with M. Kopacz, Phoenix Management team and S. Kane regarding deposition preparation (6.3); review pleadings regarding Syncora motion to continue confirmation hearing and related dates (.4). |
| 07/30/14 | 8.70 | S. Kane | Deposition preparation with M. Kopacz, Phoenix Management team, and S. Lerner (7.4); communications with counsel for City regarding logistical issues for deposition (.4); analysis of pension-related documents in preparation for deposition defense (.4); prepare potential exhibits for |

SQUIRE PATTON BOGGS (US) LLP

08/08/14
Page 4

112677.00001
Martha Kopacz / City of Detroit
Invoice Number: 8875591

|  |  |  |  |
|---|---|---|---|
|  |  |  | deposition, including regarding information for Rule 26 disclosures (.5). |
| 07/30/14 | 8.60 | S. Lerner | Deposition preparation with M. Kopacz, Phoenix Management team and S. Kane (7.4); review pension expert reports (1.2). |
| 07/31/14 | 10.80 | S. Kane | Final prep for and defend day 1 of M. Kopacz deposition. |
| 07/31/14 | 10.80 | S. Lerner | Final preparation for and attend M. Kopacz deposition. |

TOTAL SERVICES: $ 77,218.50

## TIME SUMMARY

| TIMEKEEPER | HOURLY RATE | HOURS | TOTAL |
|---|---|---|---|
| S. Kane | 575.00 | 43.40 | 24,955.00 |
| S. Lerner | 925.00 | 56.30 | 52,077.50 |
| A. Simon | 465.00 | 0.40 | 186.00 |
| TOTAL SERVICES: |  | 100.10 | $ 77,218.50 |

## DISBURSEMENT SUMMARY

| | | |
|---|---|---|
| Airfare through SS&D Travel Service | VENDOR: Travel - Financial Accounting use only INVOICE#: 58551_072714 DATE: 7/27/2014<br>Airfare for KANE/SCOTT A - ticket # 7409846690 - depart 07/28/2014 - CVG/LGA/CVG | 1,388.20 |
| Airfare through SS&D Travel Service | VENDOR: Travel - Financial Accounting use only INVOICE#: 58551_072714 DATE: 7/27/2014<br>Airfare for KANE/SCOTT A - ticket # 7409846690 - depart 07/28/2014 | 20.00 |

SQUIRE PATTON BOGGS (US) LLP

08/08/14

Page 5

112677.00001

Martha Kopacz / City of Detroit

Invoice Number: 8875591

| | | |
|---|---|---:|
| Meals | VENDOR: FOOD MERCHANTS; INVOICE#: EK5EWRU5U4; DATE: 7/2/2014 - NY - 07/02/2014 - 06/19/2014 - S Lerner/06-19-14/Food Delivery | 168.01 |
| Online services - Lexis/Nexis | | 67.50 |
| Online services - Lexis/Nexis | | 288.00 |
| Online services - Lexis/Nexis | | 6.98 |
| Color Imaging | | 9.00 |
| Printing/duplicating-in-house | | 457.38 |
| Telephone | | 205.74 |

**TOTAL DISBURSEMENTS:** $ 2,610.81

## MATTER TOTAL

| | |
|---|---:|
| SUBTOTAL SERVICES: | $ 77,218.50 |
| LESS 10.0% DISCOUNT: | $ (7,721.85) |
| SERVICES LESS DISCOUNT: | $ 69,496.65 |
| TOTAL DISBURSEMENTS: | $ 2,610.81 |
| TOTAL AMOUNT DUE FOR THIS MATTER: | $ 72,107.46 |

## PREVIOUS INVOICES OUTSTANDING AS OF THIS DATE

| Invoice Number | Invoice Date | Amount Billed | Amount Paid | Balance Due |
|---|---|---|---|---|
| 8871454 | 07/14/14 | $ 19,093.81 | $ 0.00 | $ 19,093.81 |
| TOTAL: | | | | $ 19,093.81 |