# EXHIBIT 2: LATE-FILED CLAIMS TO BE DISALLOWED

CITY OF DETROIT, MICHIGAN
LATE-FILED CLAIMS

| Name of Claimant | Claim Number | Date Filed | Claim Amount | | Reason for Disallowance |
|---|---|---|---|---|---|
| ANDERSON-BENTON, PATRICIA<br>4200 PEBBLE CREEK PKWY 1104<br>GOODYEAR, AZ 85395 | 3513 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$77,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| ATTWELL, GEORGE R<br>8225 MODENA AVE.<br>BROOKSVILLE, FL 34613-5814 | 3531 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| BAILEY, LADENNA<br>4254 MARYLAND<br>DETROIT, MI 48224 | 3536 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$586.56 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| BAILEY, LADENNA<br>4254 MARYLAND<br>DETROIT, MI 48224 | 3541 | 02/24/2014 | $0.00<br>$0.00<br>$29,087.20<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| BAILEY, LADENNA<br>4254 MARYLAND<br>DETROIT, MI 48224 | 3542 | 02/24/2014 | $0.00<br>$0.00<br>$121.50<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| BAILEY, LADENNA<br>4254 MARYLAND<br>DETROIT, MI 48224 | 3569 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$900.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| BENSON, LYNETTE<br>19141 OHIO<br>DETROIT, MI 48221 | 3634 | 03/06/2014 | $0.00<br>$0.00<br>$0.00<br>$1,225.90 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| BILLUPS, ANTHONY D<br>17249 MAINE ST<br>DETROIT, MI 48212-1529 | 3594 | 02/25/2014 | $0.00<br>$0.00<br>$0.00<br>$1,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| BLODGETT, DAVID<br>P.O.BOX 67000 DEPT 186201<br>DETROIT, MI 48267 | 3607 | 02/25/2014 | $0.00<br>$0.00<br>$0.00<br>$3,645.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| BOLTON, DINAH L<br>20230 FENELON STREET<br>DETROIT, MI 48234 | 3522 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$30,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| BRODART CO<br>ATTN ACCOUNTS PAYABLE<br>L-3544<br>COLUMBUS, OH 43260 | 3627 | 03/04/2014 | $0.00<br>$0.00<br>$0.00<br>$20,283.39 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| BROWN, KATHY L<br>16500 APPOLINE ST<br>DETROIT, MI 48235 | 3545 | 02/24/2014 | $0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |

| Name of Claimant | Claim Number | Date Filed | Claim Amount | | Reason for Disallowance |
|---|---|---|---|---|---|
| BUFFINGTON, CARLITA<br>GROVES, DANIEL ALLAN<br>THE LOBB LAW FIRM<br>26321 WOODWARD AVE<br>HUNTINGTON WOODS, MI 48070 | 3582 | 02/25/2014 | $0.00<br>$0.00<br>$0.00<br>$60,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| CALICUT, COURTNEY<br>5137 S. MARTINDALE<br>DETROIT, MI 48204 | 1545 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$25,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| CAMPBELL, MICHAEL<br>PROPERTY OWNER<br>9108 CAMERON<br>DETROIT, MI 48211 | 3668 | 03/26/2014 | UNLIQUIDATED<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| CARR, WILBUR<br>35937 VINEWOOD STREET<br>ROMULUS, MI 48174 | 3494 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$100,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| CARTER, EDWARD GEORGE<br>FIEGER, FIEGER, KENNEY, GIROUX, &<br>HARRINGTON, PC<br>19390 W. 10 MILE RD.<br>SOUTHFIELD, MI 48075 | 3509 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$50,000,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| CHANEY, MARVIN B.<br>9147 WOODHALL STREET<br>DETROIT, MI 48224 | 3506 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$100,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| CLEAR IMAGING & MI. SPINE & REHAB<br>C/O THE LOBB LAW FIRM, P.C.<br>26321 WOODWARD AVE.<br>HUNTINGTON WOODS, MI 48070 | 3580 | 02/25/2014 | $0.00<br>$0.00<br>$0.00<br>$20,150.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| CLEAR IMAGING, MI. SPINE & REHAB,<br>UNIVERSAL HEALTH GROUP<br>C/O THE LOBB LAW FIRM, P.C.<br>26321 WOODWARD AVE<br>HUNTINGTON WOODS, MI 48070 | 3585 | 02/25/2014 | $0.00<br>$0.00<br>$0.00<br>$53,200.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| COLEMAN, YVONNE<br>15947 BRAMELL ST<br>DETROIT, MI 48223-1014 | 3584 | 02/25/2014 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| COLLINS, BETTY<br>40 JORDAN GLEN LN<br>SAVANNAH, TN 38372 | 3570 | 02/24/2014 | $0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| CREWS, BENNIE<br>BERNSTEIN & BERNSTEIN<br>18831 W. 12 MILE ROAD<br>LATHRUP VILLAGE, MI 48076 | 3635 | 03/06/2014 | $0.00<br>$0.00<br>$0.00<br>$500,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |

| Name of Claimant | Claim Number | Date Filed | Claim Amount | | Reason for Disallowance |
|---|---|---|---|---|---|
| CURRY, JACQUELINE<br>850 WHITMORE, APARTMENT 201<br>DETROIT, MI 48203 | 3511 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$100,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| DAVIS, RONALDO<br>17158 SAN JUAN DR<br>DETROIT, MI 48221-2623 | 3549 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| DINO, WRIGHT<br>12244 SCHAUER DR.<br>WARREN, MI 48093 | 3628 | 03/04/2014 | $0.00<br>$0.00<br>$0.00<br>$225,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| DINWIDDLE, VESTER<br>18065 OHIO<br>DETROIT, MI 48221 | 3670 | 04/03/2014 | $0.00<br>$0.00<br>$0.00<br>$384.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| DIXON, VERNIESA JOY<br>9231 GRANDVILLE<br>DETROIT, MI 48205-1027 | 3602 | 02/25/2014 | $0.00<br>$0.00<br>$0.00<br>$420,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| DRAINS, JUDY<br>19716 GOULBURN ST<br>DETROIT, MI 48205-1615 | 3525 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$100,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| DUNCAN, MELINDA<br>14649 CLOVERLAWN ST<br>DETROIT, MI 48238-1809 | 3604 | 02/25/2014 | $112.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| DYBOWSKI, ROBERT V.<br>13790 TREELAND DRIVE<br>SHELBY TOWNSHIP, MI 48315 | 3519 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$100,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| EISMAN CLINIC (DR. JEFFREY EISMAN)<br>17401 GREENFIELD<br>DETROIT, MI 48235 | 3535 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$1,145.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| EISMAN CLINIC (DR. JEFFREY L EISMAN)<br>17401 GREENFIELD<br>DETROIT, MI 48235 | 3540 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$410.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| EISMAN CLINIC (DR. JEFFREY L EISMAN)<br>17401 GREENFIELD<br>DETROIT, MI 48235 | 3543 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$5,520.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| EISMAN CLINIC (DR. JEFFREY L EISMAN)<br>17401 GREENFIELD<br>DETROIT, MI 48235 | 3573 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$4,396.75 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |

CITY OF DETROIT, MICHIGAN
LATE-FILED CLAIMS

| Name of Claimant | Claim Number | Date Filed | Claim Amount | | Reason for Disallowance |
|---|---|---|---|---|---|
| EISMAN CLINIC (DR. JEFFREY L. EISMAN)<br>17401 GREENFIELD<br>DETROIT, MI 48235 | 3550 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$2,730.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| EISMAN CLINIC (DR. JEFFREY L. EISMAN)<br>17401 GREENFIELD<br>DETROIT, MI 48235 | 3551 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$7,820.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| ELECTROSTIM MEDICAL SERVICES<br>ATTN ACCOUNTS PAYABLE<br>3504 CRAGMONT DR STE 100<br>TAMPA, FL 33619 | 3677 | 04/08/2014 | $0.00<br>$0.00<br>$0.00<br>$13,440.88 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| FLOWERS, GWENDOLYN<br>48733 CHELMSFORD COURT<br>CHESTERFIELD, MI 48047 | 3678 | 04/08/2014 | $0.00<br>$0.00<br>$0.00<br>$20,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| FRANKLIN, ALFONZO<br>11327 WADE<br>DETROIT, MI 48213 | 3539 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$6,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| FRAZIER, MARCUS<br>18479 TRINITY<br>DETROIT, MI 48219 | 3671 | 03/21/2014 | $0.00<br>$0.00<br>$0.00<br>$30,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| FREEMAN, FRANCES B.<br>27190 CUMBERLAND CT.<br>SOUTHFIELD, MI 48033 | 3501 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| GESING, HENRY<br>35935 COLLINGWOOD DR<br>STERLING HEIGHTS, MI 48312 | 3673 | 04/01/2014 | $0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| GIBSON, DEREK<br>3913 SHERIDAN<br>DETROIT, MI 48214 | 3547 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$894.40 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| GIBSON, DEREK<br>3913 SHERIDAN<br>DETROIT, MI 48214 | 3548 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$6,988.80 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| GIBSON, DEREK<br>3913 SHERIDAN<br>DETROIT, MI 48214 | 3562 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$1,800.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| GILBERT, ALICE<br>14881 ASHTON AVE<br>DETROIT, MI 48223-2346 | 3523 | 02/24/2014 | $0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |

| Name of Claimant | Claim Number | Date Filed | Claim Amount | | Reason for Disallowance |
|---|---|---|---|---|---|
| GOSTON, JIMMY L<br>23055 RAVEN<br>EASTPOINTE, MI 48021 | 3565 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$840,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| GRADY, ROSALIND<br>2101 PRINCE HALL PL, APT 1B<br>DETROIT, MI 48207 | 3537 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| GRADY, ROSALIND<br>2101 PRINCE HALL PL, APT 1B<br>DETROIT, MI 48207 | 3558 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| GRADY, ROSALIND<br>2101 PRINCE HALL PL, APT 1B<br>DETROIT, MI 48207 | 3560 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| GRANBERRY, LATRICE<br>7498 BEAVERLAND ST<br>DETROIT, MI 48239-1049 | 3617 | 02/27/2014 | $0.00<br>$0.00<br>$0.00<br>$112.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| GROVER, KENNEDY<br>142240 FAUST AVE<br>DETROIT, MI 48223 | 3566 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$6,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| HARPER, DEBRA L.<br>18421 HUBBELL ST<br>DETROIT, MI 48235-2753 | 3556 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$130.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| HARPER, DEBRA L.<br>18421 HUBBELL ST<br>DETROIT, MI 48235-2753 | 3557 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$390.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| HARPER, DEBRA L.<br>D. L. HARPER<br>18421 HUBBELL ST<br>DETROIT, MI 48235-2753 | 3619 | 02/28/2014 | $0.00<br>$0.00<br>$0.00<br>$1,300.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| HARPER, DEBRA L.<br>D. L. HARPER<br>18421 HUBBELL ST<br>DETROIT, MI 48235-2753 | 3620 | 02/28/2014 | $0.00<br>$0.00<br>$0.00<br>$3,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| HARRIS, CARLOS<br>18513 MACKAY<br>DETROIT, MI 48234 | 3524 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$5,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| HENRY, ANNA JEAN<br>146 HAROLD REAMS RD<br>LONDON, KY 40741 | 3563 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |

CITY OF DETROIT, MICHIGAN
LATE-FILED CLAIMS

| Name of Claimant | Claim Number | Date Filed | Claim Amount | | Reason for Disallowance |
|---|---|---|---|---|---|
| JACKSON, RICKY<br>20220 STRASBURG<br>DETROIT, MI 48205-1027 | 3597 | 02/25/2014 | $0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| JAMES, BEVERLY<br>9440 MITCHELL<br>HAMTRAMCK, MI 48212 | 3785 | 07/14/2014 | $0.00<br>$0.00<br>$0.00<br>$1,050.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| JETER, PAMELA L.<br>15365 LAKESIDE VILLAGE DRIVE, #305<br>CLINTON TWP, MI 48038 | 3495 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| JONES-JACOBS, MONICA<br>34752 MORAVIAN DR #209<br>STERLING HEIGHTS, MI 48312 | 3598 | 02/25/2014 | $10,500.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| JONES-JACOBS, MONICA<br>34752 MORAVIAN DR #209<br>STERLING HEIGHTS, MI 48312 | 3599 | 02/25/2014 | $5,000.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| JONES-JACOBS, MONICA<br>34752 MORAVIAN DR #209<br>STERLING HEIGHTS, MI 48312 | 3600 | 02/25/2014 | $2,250.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |