## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

---------------------------------------------------------------x
                    :     Chapter 9

In re                    :

                    :     Case No. 13-53846

CITY OF DETROIT, MICHIGAN,  :

                    :     Hon. Steven W. Rhodes

           Debtor     :
---------------------------------------------------------------x

### NOTICE OF DEBTOR'S SIXTH OMNIBUS OBJECTION TO CERTAIN CLAIMS
### (Late-filed Claims)

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S).**

      **PLEASE TAKE NOTICE THAT** the Debtor, the City of Detroit, (the "City"), by and through its undersigned counsel, has filed an objection to certain late-filed claims (the "Sixth Omnibus Objection") and for an order disallowing and expunging such claims.

      **YOUR CLAIM MAY BE REDUCED, MODIFIED OR ELIMINATED. PURSUANT TO FED. R. BANKR. P 3007(e)(1), YOU SHOULD REVIEW EXHIBIT 2 OF THE SIXTH OMNIBUS OBJECTION TO FIND YOUR NAME AND CLAIM. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE.**

4841-1845-5070.

If you do not want the court to eliminate or change your claim, or grant the relief request in the Sixth Omnibus Objection, then on or before **September 24, 2014**, you or your lawyer must:

1.  File with the court, at the address below, a written response to the objection. Unless a written response is filed and served by the date specified, the court may decide that you do not oppose the objection to your claim.

Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

2.  A copy of your response must also be mailed to counsel for the City:

John A. Simon
Tamar N. Dolcourt
Foley & Lardner LLP
500 Woodward Ave., Ste. 2700
Detroit, MI 48226

3.  You must also attend the hearing on the objection scheduled to be held on **October 1, 2014** at 10:00 a.m. in Courtroom 716, Theodore Levin Courthouse, 231 W. Lafayette, Detroit, MI 48226 unless your attendance is excused by mutual agreement between yourself and the objector's attorney.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be canceled and the objection sustained.**

Date: August 29, 2014

FOLEY & LARDNER LLP

By: /s/ *Tamar N. Dolcourt*
John A. Simon (P61866)

4841-1845-5070.

Tamar N. Dolcourt (P73425)
500 Woodward Ave., Ste. 2700
Detroit, MI 48226
313.234.7100
joneill@foley.com
jsimon@foley.com
tdolcourt@foley.com
*Counsel for the Debtor, City of Detroit,*
*Michigan*

3

4811-1845-5070.