# EXHIBIT 2: LATE-FILED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim Number | Date Filed | Claim Amount | | Reason for Disallowance |
|---|---|---|---|---|---|
| JUSTUS, JAMES VIRGIL<br>22723 LAKE BLVD<br>ST. CLAIR SHRS, MI 48082-2726 | 3561 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| KAMINSKI, JOHN S<br>317 BALSA ST<br>HENDERSON, NV 89002 | 3654 | 03/17/2014 | $0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| KENNEDY, JACQUELYN<br>3403 OAKMAN BLVD<br>DETROIT, MI 48238 | 3640 | 03/07/2014 | UNLIQUIDATED<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| KING, BERNARD<br>19357 CHEYENNE ST.<br>CLINTON TWP, MI 48036 | 3651 | 03/14/2014 | $0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| LAPEER COUNTY ROAD COMMISSION<br>820 DAVIS LAKE ROAD<br>LAPEER, MI 48446 | 3526 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$10,731.95 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| LAUDERDALE, ARTHUR<br>2968 BEALE<br>DETROIT, MI 48214 | 3527 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$100,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| LIN, DANIEL MD<br>27450 SCHOENHERR STE 500<br>WARREN, MI 48088 | 3610 | 02/25/2014 | $0.00<br>$0.00<br>$0.00<br>$2,514.91 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| LIN, DANIEL MD<br>ATTN ACCOUNTS PAYABLE<br>27450 SCHOENHERR STE 500<br>WARREN, MI 48088 | 3608 | 02/25/2014 | $0.00<br>$0.00<br>$0.00<br>$685.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| LOVE, RHADELLE<br>CHRISTOPHER TRAINOR & ASSOCIATES<br>9750 HIGHLAND RD<br>WHITE LAKE, MI 48386 | 3591 | 02/25/2014 | $0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| LOWE-BRECKENRIDGE, MS. LASHELLE<br>LASHELLE LOWE-BRECKENRIDGE<br>20302 ARCHER ST.<br>DETROIT, MI 48219 | 3647 | 03/07/2014 | $0.00<br>$0.00<br>$0.00<br>$28,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| LYNK, LINDA C<br>24510 MANISTEE ST<br>OAK PARK, MI 48237 | 3575 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| LYONS, JENNIFER LOUISE<br>5777 CHEYENNE<br>DETROIT, MI 48227 | 3648 | 03/10/2014 | $0.00<br>$0.00<br>$0.00<br>$18,166.60 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |

| Name of Claimant | Claim Number | Date Filed | Claim Amount | | Reason for Disallowance |
|---|---|---|---|---|---|
| MACERI, ROBERT J<br>6351 W EDSEL FORD FWY<br>DETROIT, MI 48210-2365 | 3666 | 03/21/2014 | $0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| MCREYNOLDS, DONALD E.<br>10 BRANT CT<br>FREDERICKSBURG, VA 22406 | 3555 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| MILLS, ROSALIND<br>16267 ROSSINI<br>DETROIT, MI 48205 | 3675 | 04/10/2014 | $0.00<br>$0.00<br>$0.00<br>$36,567.20 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| MOON, SINA C<br>18279 MONTE VISTA<br>DETROIT, MI 48221 | 3499 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| NESSEL, DENNIS E<br>5824 BEE RIDGE RD. PMB 222<br>SARASOTA, FL 34233 | 3564 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| NEWKIRT, BENJAMIN F JR<br>151 CLEBURNE PKWY, APT# 1204<br>HIKAM, GA 30141 | 3574 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| OATES-FULWILEY, KRYSTAL<br>KRYSTAL FULWILEY<br>3644 MAXWELL<br>DETROIT, MI 48214 | 3603 | 02/25/2014 | $0.00<br>$0.00<br>$0.00<br>$9,180.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| OCCUPATIONAL AND REHAB<br>ATTN ACCOUNTS PAYABLE<br>P.O. BOX 47730<br>OAK PARK, MI 48237 | 3492 | 02/25/2014 | $0.00<br>$0.00<br>$0.00<br>$38,352.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| ONORATI, JUDITH<br>41817 LANGLEY DR<br>STERLING HEIGHTS, MI 48313-3131 | 3559 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| PARKER, GINA<br>C/O THE LOBB LAW FIRM, P.C., DANIEL A. GROVES<br>26321 WOODWARD AVE<br>HUNTINGTON WOODS, MI 48070 | 3581 | 02/25/2014 | $0.00<br>$0.00<br>$0.00<br>$50,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| PEETE, JANET<br>174 JOEL CT<br>INKSTER, MI 48141 | 3644 | 03/13/2014 | $0.00<br>$0.00<br>$0.00<br>$20,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |

| Name of Claimant | Claim Number | Date Filed | Claim Amount | | Reason for Disallowance |
|---|---|---|---|---|---|
| PHILLIPS, EARLINE - PROPERTY OWNER OF 14645 WHITCOMB, DETROIT, MI 48227 MACUGA, LIDDLE & DUBIN, P.C. 975 E. JEFFERSON AVE. DETROIT, MI 48207 | 3639 | 03/07/2014 | $0.00 $0.00 $0.00 $5,113.00 | Administrative Priority Secured Priority General Unsecured | LATE FILED |
| PHILLIPS, EARLINE 14645 WHITCOMB DETROIT, MI 48227 | 3672 | 04/01/2014 | $0.00 $8,000.00 $0.00 $2,500.00 | Administrative Priority Secured Priority General Unsecured | LATE FILED |
| PORCH, LOIS 11700 NE ANGELO DR. #263 VANCOUVER, WA 98684 | 3669 | 03/27/2014 | $0.00 $0.00 $0.00 $516.31 | Administrative Priority Secured Priority General Unsecured | LATE FILED |
| PROPERTY OWNER 1655 GLENDALE DETROIT, MI 48238 | 3589 | 02/25/2014 | $0.00 $0.00 $0.00 BLANK | Administrative Priority Secured Priority General Unsecured | LATE FILED |
| PROPERTY OWNER 17781 BEAVERLAND DETROIT, MI 48219 | 3645 | 03/13/2014 | $0.00 $70.00 $0.00 $0.00 | Administrative Priority Secured Priority General Unsecured | LATE FILED |
| PROPERTY OWNER 6037 NORTHFIELD DETROIT, MI 48210 | 3614 | 02/27/2014 | $2,400.00 $0.00 $0.00 $0.00 | Administrative Priority Secured Priority General Unsecured | LATE FILED |
| PROPERTY OWNER 8070 SUZANNE DETROIT, MI 48234 | 3595 | 02/25/2014 | $0.00 $1,453.79 $0.00 $0.00 | Administrative Priority Secured Priority General Unsecured | LATE FILED |
| PROPERTY OWNER FUCHON D. DRAIN 20510 HARNED DETROIT, MI 48234 | 3674 | 04/01/2014 | $100.00 $0.00 $0.00 $0.00 | Administrative Priority Secured Priority General Unsecured | LATE FILED |
| PROPERTY OWNER JAMES BATES 11325 STEEL DETROIT, MI 48227 | 3636 | 03/07/2014 | $0.00 $45,000.00 $0.00 $0.00 | Administrative Priority Secured Priority General Unsecured | LATE FILED |
| RICH, CLARENCE 5044 LANNOO ST DETROIT, MI 48236-2157 | 3680 | 04/17/2014 | $0.00 $12,596.00 $0.00 $0.00 | Administrative Priority Secured Priority General Unsecured | LATE FILED |
| RICH, WYNTER 5044 LANNOO ST DETROIT, MI 48236-2157 | 3679 | 04/17/2014 | $0.00 $12,596.00 $0.00 $0.00 | Administrative Priority Secured Priority General Unsecured | LATE FILED |

| Name of Claimant | Claim Number | Date Filed | Claim Amount | | Reason for Disallowance |
|---|---|---|---|---|---|
| RICHARDSON, EVELYN L.<br>PROPERTY OWNER<br>12404 MONICA<br>DETROIT, MI 48238 | 3656 | 03/20/2014 | $1,362.65<br>$29,700.79<br>$1,400.00<br>$11,627.77 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| RICHARDSON, GAIL<br>RECREATION DEPARTMENT<br>18100 MEYERS LOWER LEVEL<br>DETROIT, MI 48235 | 3653 | 03/17/2014 | $0.00<br>$0.00<br>$0.00<br>$48,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| RICHARDSON, MELYNI<br>CHERIE LOBB<br>26321 WOODWARD AVE.<br>HUNTINGTON WOODS, MI 48070 | 3586 | 02/25/2014 | $0.00<br>$0.00<br>$0.00<br>$55,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| RILEY, LINDA M.<br>1991 EDISON<br>DETROIT, MI 48206 | 3624 | 03/03/2014 | $0.00<br>$0.00<br>$0.00<br>$577,847.10 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| SANFORD, MELVIN<br>5525 MONTCLAIR<br>DETROIT, MI 48213 | 3544 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$10,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| SANFORD, MELVIN<br>5525 MONTCLAIR<br>DETROIT, MI 48213 | 3571 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$750.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| SANFORD, MELVIN<br>5525 MONTCLAIR<br>DETROIT, MI 48213 | 3572 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$750.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| SCOTT, BRIDGETT<br>LOBB, JOSEPH R.<br>THE LOBB LAW FIRM<br>26321 WOODWARD AVE<br>HUNTINGTON WOODS, MI 48070 | 3587 | 02/25/2014 | $0.00<br>$0.00<br>$0.00<br>$150,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| SCRUTCHIN, CLAUDETTE<br>8043 ROBBINS GLADE<br>CONVERSE, TX 78109 | 3576 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| SEALES, MARVIN<br>JAMES S. CRAIG<br>19390 W. 10 MILE RD.<br>SOUTHFIELD, MI 48075 | 3631 | 03/05/2014 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| SILVER, PETER A.<br>146 HAROLD REAMS RD<br>LONDON, KY 40741 | 3553 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |

| Name of Claimant | Claim Number | Date Filed | Claim Amount | | Reason for Disallowance |
|---|---|---|---:|---|---|
| SPOOR, THOMAS C MD<br>DEPT 186201<br>P.O.BOX 67000<br>DETROIT, MI 48267 | 3609 | 02/25/2014 | $0.00<br>$0.00<br>$0.00<br>$3,585.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| STANTON, ROBERT<br>24555 WEATHERVANE BLVD APT A121<br>CLINTON TOWNSHIP, MI 48035 | 3615 | 02/27/2014 | $0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| STEWART, TONIE<br>BAUER & HUNTER, PLLC<br>25240 LAHSER ROAD, STE 2<br>SOUTHFIELD, MI 48033 | 3781 | 06/23/2014 | $0.00<br>$0.00<br>$0.00<br>$27,900.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| THOMAS, LEKITA<br>PO BOX 721535<br>BERKLEY, MI 48072 | 3601 | 02/25/2014 | $0.00<br>$0.00<br>$0.00<br>$20,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| THOMAS, ROBERT A.<br>19384 BRADFORD<br>DETROIT, MI 48205 | 3552 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$12,500.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| TURNER, CHRISTOPHER<br>14801 WASHBURN<br>DETROIT, MI 48238 | 3498 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$100,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| TURNER, JAMEL<br>DANIELS, TAMMY<br>T. DANIELS & ASSOCIATES PLLC<br>26677 W 12 MILE RD<br>SOUTHFIELD, MI 48034 | 3606 | 02/25/2014 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| UPRIGHT WRECKING AND DEMOLITION, LLC<br>GUDEMAN & ASSOCIATES, P.C.<br>1026 W. ELEVEN MILE RD<br>ROYAL OAK, MI 48067 | 3546 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$116,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| WELCH, BEVERLY A.<br>9314 GRANDVILLE AVE.<br>DETROIT, MI 48228 | 3616 | 02/27/2014 | $0.00<br>$0.00<br>$0.00<br>$1,164,321.60 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| WILEY, KEITH SNR<br>BAUER & HUNTER, PLLC<br>25240 LAHSER RD, STE 2<br>SOUTHFIELD, MI 48033 | 3782 | 06/23/2014 | $0.00<br>$0.00<br>$0.00<br>$17,500.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| WILKERSON, ALVIN D<br>36539 FARMBROOK DR #32<br>CLINTON TWP, MI 48035 | 3605 | 02/25/2014 | $0.00<br>$0.00<br>$0.00<br>$1,500.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |

| Name of Claimant | Claim Number | Date Filed | Claim Amount | | Reason for Disallowance |
|---|---|---|---|---|---|
| WILKERSON, ALVIN D<br>36539 FARMBROOK DR #32<br>CLINTON TWP, MI 48035 | 3611 | 02/25/2014 | $0.00<br>$0.00<br>$0.00<br>$10,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| WILKERSON, ALVIN DEAN<br>36539 FARMBROOK DR #32<br>CLINTON TWP., MI 48035 | 3612 | 02/25/2014 | $0.00<br>$0.00<br>$0.00<br>$10,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| WILLIAMS, CHRISTINA NICOLE<br>7754 HEYDEN<br>DETROIT, MI 48228 | 3521 | 02/24/2014 | $0.00<br>$1,750.00<br>$0.00<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| WILLIAMS, REGGIE<br>CHRISTOPHER TRAINER & ASSOCIATES<br>9750 HIGHLAND RD<br>WHITE LAKE, MI 48386 | 3518 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$65,025.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| WILSON, REGINALD<br>CARLA D. AIKENS, P.C.<br>675 LAKEVIEW PARKWAY #6062<br>VERNON HILLS, IL 60061 | 3596 | 02/25/2014 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| WORDE, MARK<br>5105 LEMAY<br>DETROIT, MI 48213 | 3593 | 02/25/2014 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| WRIGHT, DINO<br>12244 SCHAUER DR.<br>WARREN, MI 48093 | 3621 | 02/28/2014 | $0.00<br>$0.00<br>$0.00<br>$225,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |