UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Steven W. Rhodes<br>Chapter 9 |

# DEBTOR'S SUPPLEMENT TO OBJECTION[1] TO MOTION FOR RELIEF FROM STAY FILED BY PHYLLIS HERNANDEZ

The City notes that although Ms. Hernandez was listed on the City's schedules as a creditor, her claim was listed as contingent, unliquidated, and disputed. *Second Amended List of Creditors*, Schedule H, Doc. No. 1059-2, p. 1381. Thus, she was required to file a proof of claim by 4:00 p.m. Eastern Time on February 21, 2014, in order to qualify for payment on any pre-confirmation claim she might have. *Order, Pursuant to Sections 105, 501 and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(C), Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof*, Doc. No. 1782, ¶¶ 4, 8(h). To date, she has not filed a claim. Thus, the City withdraws as improper its offer to treat any pre-petition claim she ultimately might receive in her state court lawsuit[2] as allowed and unsecured.

---

[1] Motion filed at Docket Number 6514; City's objection filed at Docket Number 7096.

[2] Case number 10-009510-CZ in the Circuit Court for the County of Wayne.

Dated: August 29, 2013	Respectfully submitted,

By: /s/Timothy A. Fusco
Jonathan S. Green (P33140)
Stephen S. LaPlante (P48063)
Timothy A. Fusco (P13768)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com
fusco@millercanfield.com

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

ATTORNEYS FOR THE CITY OF DETROIT

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 29, 2014, he filed the foregoing ***DEBTOR'S SUPPLEMENT TO OBJECTION TO MOTION FOR RELIEF FROM STAY FILED BY PHYLLIS HERNANDEZ*** using the court's CM/ECF system which will provide notice of the filing to all registered participants in this matter.

The undersigned further certifies that on August 29, 2014, he also caused a copy of the filing named above to be served upon the following party, via overnight delivery:

Phyllis Hernandez
27201 Roney
Brownstown, MI 48183

DATED: August 29, 2014

By: /s/Timothy A. Fusco
Timothy A. Fusco (P13768)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
fusco@millercanfield.com