IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
In re                                : Chapter 9
                                     :
                                     : Case No. 13-53846
CITY OF DETROIT, MICHIGAN,           :
                                     : Hon. Steven W. Rhodes
                     Debtor          :
---------------------------------------------------------------x

NOTICE OF DEBTOR'S SEVENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS
(Wrongly Classified Claims)

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S).**

PLEASE TAKE NOTICE THAT the Debtor, the City of Detroit, (the "City"), by and through its undersigned counsel, has filed an objection to certain wrongly classified claims (the "Seventh Omnibus Objection") and for an order disallowing and expunging such claims.

**YOUR CLAIM MAY BE REDUCED, MODIFIED OR ELIMINATED. PURSUANT TO FED. R. BANKR. P 3007(e)(1) AND PRIOR ORDERS OF THIS COURT, YOU SHOULD REVIEW EXHIBIT 2 OF THE SEVENTH OMNIBUS OBJECTION TO FIND YOUR NAME AND CLAIM. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE.**

If you do not want the court to eliminate or change your claim, or grant the relief request in the Seventh Omnibus Objection, then on or before **September 24, 2014**, you or your lawyer must:

1. File with the court, at the address below, a written response to the objection. Unless a written response is filed and served by the date specified, the court may decide that you do not oppose the objection to your claim.

   > Clerk of the Court
   > United States Bankruptcy Court
   > 211 W. Fort Street, Suite 2100
   > Detroit, MI 48226

   If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

2. A copy of your response must also be mailed to counsel for the City:

   > John A. Simon
   > Tamar N. Dolcourt
   > Foley & Lardner LLP
   > 500 Woodward Ave., Ste. 2700
   > Detroit, MI 48226

3. You must also attend the hearing on the objection scheduled to be held on **October 1, 2014** at 10:00 a.m. in Courtroom 716, Theodore Levin Courthouse, 231 W. Lafayette, Detroit, MI 48226 unless your attendance is excused by mutual agreement between yourself and the objector's attorney.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be canceled and the objection sustained.**

Date: August 29, 2014

FOLEY & LARDNER LLP

By: /s/ *Tamar N. Dolcourt*
John A. Simon (P61866)

Tamar N. Dolcourt (P73425)
500 Woodward Ave., Ste. 2700
Detroit, MI 48226
313.234.7100
joneill@foley.com
jsimon@foley.com
tdolcourt@foley.com
*Counsel for the Debtor, City of Detroit, Michigan*